

# Case Assignment
## Standard Civil Assignment

Case number **3:16CV-742-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 11/22/2016 3:26:27 PM
Transaction ID: 6601

[Request New Judge] [Return]