UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

STEPHANIE TROUTMAN,                    )
Administratrix of the Estate of        )
CHARLES R. TROUTMAN, Jr.,              )
Deceased,                              )
                                       )
            Plaintiff                  )
v.                                     )
                                       )
LOUISVILLE METRO DEPARTMENT            )   Civil Action No. 3:16-cv-000742-DJH
Of CORRECTIONS, et al.                 )   ELECTRONICALLY FILED
                                       )
                                       )
            Defendants.                )

## REPORT OF THE PARTIES' PLANNING CONFERENCE

Comes the Plaintiff, Stephanie Troutman, Administratrix of the Estate of Charles Troutman, Deceased, by counsel, pursuant to Fed. R. Civ. P. 26(f) and the Court's February 8, 2017, Order [DN 16], and submits the following Report of the Parties' Planning Conference with counsel for Defendants, Correct Care Solutions, LLC, Nurse Theresa Temple, Nurse Shelly Leamon, Nurse Abigayle Sommerfield, Nurse Kimberly Brown and Dr. Donna Smith, ("CCS Defendants") and Defendants Louisville/Jefferson County Metro Government, Louisville Metro Department of Corrections, Mark E. Bolton, Dustin C. Miller, Randell T. Ramey, Clifford Marbrey, Officer Pierce T. Warden and J. Myers and Sgt. Earnest L. Goff.

1. **Attendees at the conference**: The parties met on March 21, 2017, to address the matters set forth in FRCP 26(f) and the Court's Order. Participants included Larry Simon and Christina Norris for the Plaintiff, Denis Ogburn for the Louisville/Jefferson County Metro Government Defendants, and Megan O'Reilly for the CCS Defendants.

2. **Initial Disclosures**: The parties agreed to exchange information required by FRCP 26(a)(1) on or before April 4, 2017.

3. **Discovery Plan**: The parties proposed the following discovery plan:

   a) Subject Matter of Discovery: The parties shall undertake discovery on all of the claims and causes of action asserted by Plaintiff and all defenses asserted by the Defendants, subject to the applicable provisions of FRCP 26, *et seq*.

   b) Fact Discovery: Parties shall commence discovery depositions in May 2017, with fact discovery to conclude on or before October 31, 2017. The parties anticipate there will be, at a minimum, 14 fact witness depositions.

   c) Expert Discovery: Plaintiff shall serve her expert witness disclosures, including expert reports pursuant to FRCP 26(a)(2), on or before January 15, 2018. Defendants shall serve their expert witness disclosures, including expert reports pursuant to FRCP 26(a)(2), on or before March 19, 2018. The deadline for taking expert witness depositions shall be on or before May 22, 2018.

   d) Dispositive Motions: Any dispositive motions shall be filed by July 20, 2018.

4. **Trial:** The parties anticipate the matter will take 4-5 days to try, and request a trial date after September 2018.

5. **Other Items:**

   a) Pretrial conference: The parties believe that a pretrial conference will be appropriate and that it should be set at the discretion of the Court approximately 30 days before trial.

   b) Joinder of Parties: Counsel for the Plaintiff proposed that she should be allowed until July 1, 2017, to join additional parties and to amend the pleadings. The

    Defendants would be allowed 30 days thereafter to join additional parties and to amend the pleadings.

  c) Settlement:  The parties desire to amicably and efficiently resolve this matter and the parties will consider a possible mediation or settlement conference; however, the parties believe that best time for meaningful settlement discussions would likely be after the close of discovery.

  6. Other discovery issues were discussed by counsel for the parties at the Planning Conference. However, the resolution of any disagreements may be memorialized in a supplemental joint report or addressed during the Rule 16 telephonic scheduling conference with Magistrate Judge Lindsay currently scheduled for April 19, 2017 at 9:45 a.m.

            Respectfully submitted,

            /s/ LARRY SIMON
            LARRY SIMON
            239 South Fifth Street, Suite 1700
            Louisville, Kentucky 40202
            (502) 589-4566
            larrysimonlawoffice@gmail.com

            -and-

            CHRISTINA R. L. NORRIS
            P.O. Box 386
            Prospect, Kentucky 40059
            (502) 899-4755
            christina@norrislawky.com

            *CO-COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing was filed electronically with the Clerk of the Court on this the 4th day of April, 2017, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| J. Denis Ogburn | Megan O'Reilly |
| Assistant Jefferson County Attorney | Blackburn Domene & Burchett PLLC |
| 531 Court Place, Suite 900 | 614 West Main Street, Suite 3000 |
| Louisville, KY 40202 | Louisville, Kentucky 40202 |
| Denis.Ogburn@louisvilleky.gov | moreilly@bdblawky.com |
| *Attorney for Louisville/Jefferson County Metro Government* | *Attorney for Correct Care Solutions, LLC* |

                                              /s/ LARRY SIMON
                                              LARRY SIMON