UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEPHANIE TROUTMAN,                                                                                       Plaintiff,

v.                                                                Civil Action No. 3:16-cv-742-DJH-CHL

LOUISVILLE METRO DEPARTMENT OF
CORRECTIONS, et al.,                                              Defendants.

\* \* \* \* \*

## ORDER

This action was filed on November 22, 2016. (Docket No. 1) Since that time, the parties have filed in the record numerous documents pertaining to discovery, including notices of intent to obtain records via subpoena duces tecum and notices to take depositions. (*See, e.g.*, D.N. 62; D.N. 63; D.N. 73; D.N. 74) Pursuant to Federal Rule of Civil Procedure 5(d)(1), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission." For purposes of this rule, "'[d]iscovery requests' includes deposition notices." Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment. Accordingly, it is hereby

**ORDERED** that the parties shall refrain from further filing of discovery documents except as appropriate under the Federal Rules of Civil Procedure.

January 9, 2018

                                                                              **David J. Hale, Judge**
                                                                      **United States District Court**