**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:16-CV-742-DJH**

**STEPHANIE TROUTMAN,**
**Administratrix of the Estate of**
**CHARLES R. TROUTMAN, Jr.,**
**Deceased,**                                                                                                   **Plaintiff,**

v.

**LOUISVILLE METRO DEPARTMENT**
**OF CORRECTIONS, et al.,**                                                                      **Defendants.**

### Order on Status Conference

On January 9, 2018, the Court held a status conference regarding this case's pervasive discovery issues.  Christina Norris and Larry Simon appeared on behalf of the plaintiff, Stephanie Troutman ("Troutman").  Denis Ogburn appeared on behalf of defendant Louisville Metro Department of Corrections ("Louisville Metro"), and Megan O'Reilly appeared on behalf of defendant Correct Care Solutions ("CCS").  The Director of the Louisville Metro Department of Corrections, Mark Bolton, was also in attendance.

At the hearing, the Court addressed several of its concerns, chiefly Louisville Metro's delayed responses to several of Troutman's written discovery requests and its last minute cancellations of depositions.  The Court related its expectation to the parties that they will not cancel future depositions absent emergency circumstances.  The Court is satisfied that the parties understand the Court's discovery expectations and it does not anticipate any future issues.  As the Court stated at the hearing, Troutman may file a motion seeking reasonable fees if she wishes.  This should not be construed as an invitation to file such a motion.

Also as discussed at the hearing, the Court hereby makes the following changes to the current discovery deadlines:

(1) The parties shall complete written fact discovery no later than **January 23, 2018**. The deadline for all other fact discovery remains **March 16, 2018**.

(2) Plaintiff shall complete identification of experts in accordance with Fed. R. Civ. P. 26(a)(2) no later than **May 18, 2018**.  Defendant shall complete identification of experts no later than **July 27, 2018**.

(3) The parties shall complete all expert discovery no later than **September 28, 2018**.

(4) No later than **November 23, 2018**, the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

IT IS SO ORDERED.


cc:  Counsel of record
0:30