UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STEPHANIE TROUTMAN,<br>Administratrix of the Estate of<br>CHARLES R. TROUTMAN, Jr.,<br>Deceased,<br><br>            Plaintiff<br>v.<br><br>LOUISVILLE METRO DEPARTMENT<br>Of CORRECTIONS, et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:16-cv-000742-DJH |

**CORRECT CARE SOLUTIONS, LLC and NURSE BROWN'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FEE AFFIDAVIT**

Now come the Defendants, CCS and Nurse Kimberly Brown, through counsel, and respectfully request this Honorable Court grant them an extension of time to file their Response to Plaintiff's Fee Affidavits [Docket no. 100]. In support of this Motion, CCS and Nurse Brown state as follows:

1. On June 19, 2018, this Honorable Court entered an Order granting Plaintiff's Motion to Compel in part and awarded partial monetary sanctions against Defendants CCS and Nurse Brown. [Docket no. 96].

2. On July 3, 2018, CCS and Nurse Brown filed an Objection to the award of monetary sanctions pursuant to Local Rule 72.2 and also filed a Motion to Reconsider, which remains pending. [*see* Docket no. 97]

3. Plaintiff's counsel subsequently filed affidavits regarding their fees related to the award of monetary sanctions on July 19, 2018. [Docket no. 100]

4. According to the Court's Order awarding monetary sanctions, the Defendants have until August 9, 2018, in which to file a response to the reasonableness of Plaintiff's fee affidavit. [Docket no. 96]

5. However, because the Defendants' Objection to the Award of Monetary Sanctions and Motion to Reconsider remain pending, Defendants respectfully request this Honorable Court grant them additional time in which to file a response to Plaintiff's fee affidavits. Defendants believe that they would be prejudiced by responding to the reasonableness of the fee affidavits while still awaiting a ruling on their prior Objections/Motion. Additionally, the Defendants do not wish to waive any objections they have to the award of monetary sanctions by filing a response regarding the reasonableness of Plaintiff's attorney's fees.

6. Accordingly, the Defendants respectfully request an extension of time to respond to Plaintiff's fee affidavits. Should Defendants' Objections/Motion be denied, Defendants believe that allowing them 21 days following the entry of such an order would allow them sufficient time to file a response. Should their objections be sustained and/or their Motion to Reconsider be granted, any response to Plaintiff's fee affidavits would be moot.

7. This Motion is not brought to unduly delay these proceedings or prejudice any party.

Wherefore, for the foregoing reasons, CCS and Kimberly Brown respectfully request this Honorable Court grant them an extension of time in which to respond to Plaintiff's fee affidavits.

Respectfully submitted,

/s/Megan P. O'Reilly
Megan P. O'Reilly
Blackburn Domene & Burchett PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
(502) 584-1600 - Telephone
(502) 584-9971 – Facsimile
moreilly@bdblawky.com
*Counsel for Defendant Correct Care Solutions, LLC, Nurse Kimberly Brown, and Dr. Donna Smith*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on August 3, 2018, a true and complete copy of *Defendants' Motion for an Extension of Time* was served upon the Court via the United States District Court for the Western District of Kentucky's CM/ECF system which will automatically send copies to the counsel of record.

        By: /s/ Megan P. O'Reilly
        Megan P. O'Reilly
        Blackburn Domene & Burchett PLLC
        614 West Main Street, Suite 3000
        Louisville, Kentucky 40202
        Phone:   (502) 584-1600
        E-mail:  moreilly@bdblawky.com