PIU-001
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

CASE NUMBER: 13-072

| TYPE OF INVESTIGATION: | In-Custody Death | | |
|---|---|---|---|
| DATE INITIATED: | 10/19/2013 | DATE OF INCIDENT: | 10/19/2013 |
| INVESTIGATOR: | Sgt. Mindy Baker | | |

| SUBJECT(S) OF INVESTIGATION | |
|---|---|
| Name: | |
| Agency: | Louisville Metro Department of Corrections |
| Assignment: | |

| VICTIM(S) / COMPLAINANT(S) | |
|---|---|
| Name: | Mahmoud Hindi |
| Address: | 8412 Running Spring Dr. Lou. Ky. 40241 |
| Contact #: | |

| OTHER *(suspects / perpetrators of acts against police officers)* | |
|---|---|
| Name: | |
| Address: | |

**INITIAL INFORMATION**

On October 19, 2013 at approximately 1654 hours, Lt. Arthur Eggers, LMDC PSU, advised that inmate Mahmoud Hindi had been discovered by another inmate hanging by his neck from a bed sheet on 5 North 1, cell 3 at the HOJ facility. Hindi was transported to University of Louisville Hospital where he was pronounced deceased.

| SUPERVISORY REVIEW OF CASE FILE | | | |
|---|---|---|---|
| **Public Integrity Unit Commander** | | | |
| **Name:** | Lieutenant Kevin E. DeSpain | **Date of Review:** | 5/6/2015 |
| **Signature:** | Lt. Kevin DeSpain | | |
| **Remarks:** | CASE CLOSED. MR. HINDI'S DEATH HAS BEEN RULED A SUICIDE. | | |
| **Special Investigations Unit Commander** | | | |
| **Name:** | Major Donald F. Burbrink II | **Date of Review:** | 5/7/15 |
| **Signature:** | Donald F. Burbrink II | | |
| **Remarks:** | Case Closed. | | |

| ADDITIONAL REVIEW *(if necessary)* | | | |
|---|---|---|---|
| **Name:** | | **Date of Review:** | |
| **Signature:** | | | |
| **Remarks:** | | | |
| **ADDITIONAL REVIEW** *(if necessary)* | | | |
| **Name:** | | **Date of Review:** | |
| **Signature:** | | | |
| **Remarks:** | | | |

| **Date Investigation Completed:** | 04/28/2015 |
|---|---|
| **Disposition:** | MR. HINDI'S DEATH WAS DUE TO ASPHYXIA VIA LIGATURE HANGING AS AN APPARENT SUICIDE |
| **Date Case Closed:** | 05/06/2015 |

PIU-002
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

CASE NUMBER: 13-072

| CASE FILE TRACKING RECORD | | | | | |
|---|---|---|---|---|---|
| | NAME | TITLE | DATE | TIME | RECEIVED BY INITIALS |
| 1 | DF Burbank II | Major | 5/7/15 | | |
| NOTES: Case Closed. Return to PIU for Filing | | | | | |
| 2 | | | | | |
| NOTES | | | | | |
| 3 | | | | | |
| NOTES: | | | | | |
| 4 | | | | | |
| NOTES: | | | | | |
| 5 | | | | | |
| NOTES: | | | | | |
| 6 | | | | | |
| NOTES: | | | | | |
| 7 | | | | | |
| NOTES: | | | | | |

## RETURNED TO PUBLIC INTEGRITY UNIT

| DATE | RECEIVED BY |
|---|---|
| | |
| | |
| | |
| | |

PIU-003
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

CASE NUMBER: 13-072

# CASE FILE CHECKLIST

| **INTRODUCTION** *(appears in front of the case file before any tabs)* | ✓ or N/A |
|---|---|
| **PIU Case File Cover & Review Form (PIU-001)** | ✓ |
| **PIU Case File Tracking Form (PIU-002)** | ✓ |
| **PIU Case File Checklist (PIU-003)** | ✓ |
| **1. SUMMARY** | ✓ or N/A |
| **Memorandum addressed to PIU Commander summarizing investigation** *(This should be included after the case has been presented to the County/Commonwealth Attorney and/or the case is recommended to be closed)* | ✓ |
| **2. INVESTIGATIVE RECORD** | ✓ or N/A |
| **PIU Investigative Record Form (PIU-004)** | ✓ |
| **3. INVESTIGATIVE REPORTS** | ✓ or N/A |
| **PIU Investigative Report Form(s) (PIU-005)** *(All investigative reports submitted regarding the investigation in chronological order)* | ✓ |
| **4. INTERVIEWS** | ✓ or N/A |
| **Transcriptions of Recorded Statements** *(all transcribed statements, tabbed individually by name, in chronological order)* | ✓ |
| **Compact Discs of Recorded Statements** *(all CDs of statements, tabbed individually by name, in chronological order. If the statement has been transcribed, then the CD will be included with under the tab of the transcription)* | ✓ |
| **5. DOCUMENTATION** | ✓ or N/A |
| **Suspension Information** *(suspension paperwork, weapon re-issue, etc.)* | N/A |
| **Arrest / Citation** *(all documentation pertaining to arrest or citation, including warrants, summons, etc.)* | N/A |
| **Incident Report** (ILEADS) | ✓ |
| **Administrative Incident Report** (AIR) | N/A |
| **Search Warrants / Consent Forms** | N/A |
| **Crime Scene Unit** (CSU) *(CSU Reports, Photos, Video, Scene Diagram, Property Slips, etc.)* | ✓ |
| **Maps** | N/A |
| **Crime Lab** *(Ballistic Reports, Substance Testing, etc.)* | N/A |
| **Medical** *(EMS documentation, Hospital, Medical Examiner, Clinical Forensic Exam, etc.)* | ✓ |
| **Financial Records / Information** | N/A |
| **Arbitrator / Mobile Video** | N/A |
| **MetroSafe** *(CAD, 911 recordings, radio transmissions, rundowns, etc.)* | N/A |
| **Cell Phone Forensics / Records** | N/A |
| **LMPD Specialty Team Information** *(SWAT, HNT, Bomb Squad, etc.)* | N/A |
| **Correspondence** *(e-mails, etc.)* | ✓ |
| **6. MISCELLANEOUS** | ✓ or N/A |
| **Information from Federal or Outside Agencies** *(FBI, ATF, USMS, other LE, etc.)* | N/A |
| **LMDC Documentation** *(In-Custody Death Reports, etc.)* | ✓ |
| **Media Coverage** | N/A |
| **Security / Business Surveillance Video / Body Camera video** | ✓ |
| **Social Media** *(Facebook, Twitter, Instagram, etc.)* | N/A |
| **Public Information** *(court records, PVA, etc.)* | N/A |
| | |
| | |
| | |
| | |
| | |
| | |
| | |





# LOUISVILLE METRO POLICE DEPARTMENT

## *SPECIAL INVESTIGATIONS DIVISION*

### *Public Integrity Unit*

## INVESTIGATIVE REPORT

| Type of Investigation<br>In- Custody Death | File No.<br>13-072 | Date of Report:<br>10-19-2013 |
|---|---|---|
| Activity:<br>Notification, Response and Post-mortem examination | Submitted By<br>Sergeant Mindy Baker | |
| | Lead Investigator:<br>Sergeant Mindy Baker | |

**NOTIFICATION AND RESPONSE**

On October 19, 2013, at approximately 1654 hours, Lt. Flaherty received a call from Lieutenant Arthur Eggers, employed with Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU). Lieutenant Eggers advised Inmate Mahmoud Hindi was discovered hanging in his single cell located on the fifth floor.

Lt. Flaherty advised Sgt. Kevin Taylor and I respond to LMDC and Sgt. Ed Goins respond to University of Louisville Hospital. I noted my arrival time at LMDC Professional Standards Office at approximately 1820 hours. After arriving on scene, Sgt. Kevin Taylor and I were briefed by Lt. Eggers. I requested the Crime Scene Unit (CSU) to respond. CSU technician Megan Brown arrived and processed the scene. After collecting all paperwork related to the death investigation, Sgt. Taylor and I conducted interviews.

While at University Hospital, Sgt. Goins spoke to Coroner Larry Carroll and requested CSU respond to the hospital. Sgt. Goins interviewed the correction officers that accompanied the transporting EMS crew to the hospital. Sgt. Goins finished his initial investigation at the hospital and then proceeded to Louisville Metro Department of Corrections (LMDC) to assist with interviews. At the conclusion of all interviews Sgt. Taylor, Sgt. Goins and I secured from the scene.

Mahmoud Y. Hindi - Middle eastern / male SS# [redacted] DOB [redacted]

Lt. Eggers provided me with the following:

- AED reading
- Hallway surveillance video of the 5th floor
- Officer body camera video of response to the incident
- Rundown of officers working shift
- Secure call platform audio CD (the two calls Hindi made on same day of incident)

**POST-MORTEM EXAMINATION**

On October 20, 2013, at 0800 hours, a post-mortem examination was conducted on Hindi by Dr. Amy Burrows Beckam of the Office of the Medical Examiner at 810 Barret Avenue. Louisville Metro Crime Scene Technician Jessica Silveria was in attendance and documented the examination.

| Investigator's Signature: |
|---|
| Supervisor's Signature: |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.



 

# LOUISVILLE METRO POLICE DEPARTMENT

***SPECIAL INVESTIGATIONS DIVISION***

***Public Integrity Unit***

## INVESTIGATIVE REPORT

| Type of Investigation<br>In-Custody Death | File No.<br>13-072 | Date of Report:<br>10-25-2013 |
|---|---|---|
| Activity:<br>Jails Calls from day of suicide (10-19-2013) | Submitted By<br>Sergeant Mindy Baker<br>Lead Investigator:<br>Sergeant Mindy Baker | |

Officer Youssef Mattiche came to the PIU office and listened/interpreted the two phone conversations Inmate Hindi had the morning of the day he committed suicide. He also interpreted the two notes that were found in Inmate Hindi's cell. One of the notes was a prayer that is normally said every night before bed. The other appeared to be an older note in which Inmate Hindi was complaining about the care in corrections.

The recordings, transcriptions of the phone conversations and copies of the notes collected will all be maintained and made a part of this case file.

| Investigator's Signature: |
|---|
| Supervisor's Signature: |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

# MEMORANDUM

**LOUISVILLE METRO POLICE DEPARTMENT**

**GREG FISCHER**
MAYOR

**STEVE CONRAD**
CHIEF OF POLICE

5/6/2015

TO: Lieutenant Kevin DeSpain
Public Integrity Unit Commander

FROM: Sergeant Mindy Baker
Public Integrity Unit Investigator

DATE: April 28, 2015

RE: PIU Case #13-072

On October 19, 2013, at approximately 1654 hours, Lt. Flaherty received a call from Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU) Lieutenant Arthur Eggers. Lieutenant Eggers advised Inmate Mahmoud Hindi was discovered hanging in his single cell located on the fifth floor of LMDC.

Mahmoud Hindi was arrested and housed at LMDC on September 13, 2012, charged with two counts of murder and 7 counts of wanton endangerment. Inmate Hindi was occupying a single cell on the 5th floor, North 1 in cell 3. Work-aide Inmate Alan Murphy discovered Inmate Hindi hanging from the bars of the window located inside his single cell by way of a bed sheet wrapped around his neck. Inmate Murphy yelled for officers to respond to Hindi's cell. Officers and medical personnel immediately started attempts to revive Inmate Hindi, while calling for Louisville Metro Emergency Medical Services (LMEMS) to respond. LMEMS responded and transported Inmate Hindi to University Hospital where he was pronounced deceased.

Interviews were conducted with all LMDC Officers, nurses, and LMEMS personnel. The camera located in the hallway of the 5th floor and worn by LMDC Officer Ryan Taylor, confirms the accounts given during interviews. The body camera also shows the life saving measures attempted by officers and medical personnel. These videos are included within the file.

On October 20, 2013, at 0800 hours, a post-mortem examination was conducted by Dr. Amy Burrows Beckam of the Office of the Medical Examiner at 810 Barret Avenue. Dr. Beckham's final diagnosis was Mr. Hindi died of asphyxia via ligature hanging.



LMDC - Sgt

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 19th, 2013 The time is 2224 hours.

This is an interview with Sgt Edward Brockbank (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. Jefferson, LMDC

Present during this interview is; Myself + Sgt. Brockbank

(Title) (Name)

Q1 ☑ Are you aware this interview is being audio and/~~or video~~ recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
Q5 ☑ State your home address including the zip code. [redacted]
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? [redacted]
Q7 ☑ State your ~~home telephone~~ phone number with the area code. [redacted]
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there. Sgt
Q11 ☑ What is your work telephone number? [redacted]
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Edw Brockbank, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

[signature] 10/19/13 2226

Signature Date Time

Witness signature Date Time

Subscribed and sworn to me by Edward Brockbank

This 19th day of October, ~~2012~~ 2013

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903

Malinda Baker

Notary Public, State at Large My Commission Expires

conclude 10:35

October 19, 2013

| | |
|---|---|
| Baker | This is Sergeant Mindy Baker with Louisville Metro Police Department's Public Integrity Unit. This is gonna be official statement. Case number 13-072. Today's date is October 19th, 2013 and the time is 22:24 hours. This is an interview with Sergeant Edward Brockbank and is being conducted at 600 West Jefferson at Corrections. Present during this interview is myself and Sergeant Brockbank. Sergeant Brockbank, are you aware this interview is being audio recorded? |
| Brockbank | Yes. |
| Baker | Has anyone threatened you in order to obtain this interview? |
| Brockbank | No. |
| Baker | Are you giving this interview of your own free will? |
| Brockbank | Yes I am. |
| Baker | Please state your full name and spell your last name. |
| Brockbank | Edward Ellis Brockbank. B-R-O-C-K-B-A-N-K. |
| Baker | And what is your date of birth? |
| Brockbank | [redacted] |
| Baker | State you home address including the ZIP Code. |
| Brockbank | [redacted] |
| Baker | Is this the same as your mailing address? |
| Brockbank | Yes. |
| Baker | State your home telephone number with the area code. |
| Brockbank | [redacted] There ya go. |
| Baker | All right. Do you have a cell phone number? |
| Brockbank | That's it. I'm sorry. That's all I have. |
| Baker | Same thing? |
| Brockbank | Yes. |
| Baker | Are you employed? |
| Brockbank | Yes. |

| | |
|---|---|
| | anything, I just would, you know. (Chuckles) You know, I hate to say, you know, but I kinda stood back to kinda keep the scene kinda clear and you know. |
| Baker | Uh-hum. |
| Brockbank | Like everybody just kinda back up a little bit. Give 'em room and let them through and that sort of thing. But. . . |
| Baker | Who were the nurses that you saw working on him? |
| Brockbank | I wanna say Nurse Malone |
| Baker | (Inaudible). |
| Brockbank | Malone. |
| Baker | Malone. Okay. |
| Brockbank | Yes. Uh, Bertram and then of course I brought uh, Griffith and Hammond but they were just kinda just, you know, kinda handin' items as needed and called by the nurses that were right there. Workin' on him. |
| Baker | So, Nurse Griffith and Hammond were just handing items in. They weren't really involved in the care? |
| Brockbank | Yeah. From what I saw. |
| Baker | Okay. |
| Brockbank | You know, there were times when I stepped away from the incident just to kinda, you know, cause it. . . It got, you know, it was gettin' crowded back there and I wanted to make sure when, when EMS and fire department got there, you know. I just kinda got, you know, further and further back from the scene. Allow them, you know, room and access. To take care of what they needed to do. |
| Baker | When you walked up to the, uh, to the cell. |
| Brockbank | Uh-hum. |
| Baker | Could you tell what kinda medical condition he or what kinda issue he was having? Why they were working on him? |
| Brockbank | Not really. Uh, I. . . to be honest with ya, I didn't really even know what had transpired or what incident had happened. You know, I didn't realize that it was from, you know, was it hangin' himself? I didn't realize that at the time. You know, when I, even when I heard it over the radio, I didn't even know what inmate it was. So, when I got there and saw. . . and it's been several months since I worked around inmate Hindi. So, I didn't even really recognize him. At all. And I looked down and there was uh, Officer Skaggs was doin' |

Baker Okay.

Brockbank 'Cause about that time, um, Louisville Fire Department showed up and then it was not maybe a few minutes later that a Louisville EMS showed up as well and then started treatment along with our guys takin' care of him.

Baker Okay. Did you ever hear at any time anyone say anything about he had a pulse or a heart, you know, a heartbeat (Inaudible).

Brockbank I, I heard, uh, somebody say and I... like I said I don't remember who said it 'cause there was a lot people talkin' that I think I feel a pulse. But it was small and then they called for the AED and then another officer went to go grab the AED and bring it in. But, like I said, I'm not exactly sure who went and got that. And then I remember them sayin' that it, um, somethin' about . . . I'm tryin' to think.

Baker (Inaudible).

Brockbank Well, like I said about that time EMS and everybody kinda showed up too. So, I think they were kinda, you know, they were hookin' their stuff up to him as well. So, I don't believe the AED was ever found or used.

Baker Okay.

Brockbank You know. Or grabbed and used. That kinda thing. It was kind of a lot to take in.

Baker Uh-hum.

Brockbank You know. With all that goin' on and all that stuff. Probably, I believe the first one I've ever seen like that. The one I was involved in years ago or last year actually. You know, nothin' ever came of it because he was fine. But that's the first scene I've ever been on where an inmate was actually laid out like that where somebody's doin' chest compressions on 'em. Think I'd seen it before in 7 years, but I haven't. So. I don't...

Baker All right. Um, is there anything you can think of? Any questions that I, I have not covered with you that any information that might be beneficial to the case that you can think of?

Brockbank No. Not really. Other than the fact that, uh, I mean, it seemed like I . . . durin' the radio traffic while I was gettin' the nurses, it seemed like they were callin' for everybody really quick. You know, tryin' to get, you know, the urgency was there. You know, 'cause I 'member thinkin' okay. They need medical staff up there. Then I. . . then just a few seconds later, a few, you know. Well, you know, the time kinda... you kinda go through that little time warp in there. You know, time kinda changes on ya. I said okay. We need some more. All right. Well, I'm over here, let me look for a nurse. That kinda thing. So, it's like everybody was gettin' everything together to, you know, to

Statement: Brockbank, Sgt. Edward/PIU Case #13-072 October 19, 2013 Page 7 of 7

GB003492

LMDC · OFC.

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 9:42 pm hours.

This is an interview with OFF. MONET. BULLARD (LMDC) (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON St. LMDC

Present during this interview is;

| (Title) | (Name) |
|---|---|
| | SGT. K. TAYLOR (PIU) |
| | SGT. M. BAKER |

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
Q5 ☑ State your home address including the zip code. [redacted]
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? YES
Q7 ☑ State your home telephone number with the area code. [redacted]
Q8 ☑ State your mobile and an alternate phone number with area codes. [redacted]
Q9 ☐ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number? [redacted]
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, MONET BULLARD, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X M. Bullard — Signature — 10/19/13 Date — 21:44 Time

Sgt M. Baker — Witness signature — 10/19/13 Date — 2144 Time

Subscribed and sworn to me by OFF. MONET BULLARD

This 19th day of OCTOBER, 2013 KEVIN L. TAYLOR Notary ID# 451725 Notary Public, State at Large, KY My commission expires Sept. 21, 2015

[signature] Notary Public, State at Large — My Commission Expires

Concluded 9:51

LMDC - OFC

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 19th, 2013 The time is 2245 hours.

This is an interview with OFF. MARIO Cooper (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☐ Other Location: 600 W. JEFFERSON LMDC

Present during this interview is; Myself + Mario Cooper

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/~~or video~~ recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 ☑ State your home address including the zip code. [redacted]
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area code [redacted]
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there. LMDC Officer
- Q11 ☑ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Mario Cooper, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

[signature] 10/19/13 2245

Signature Date Time

Witness signature Date Time

Subscribed and sworn to me by OFF. MARIO Cooper

This 19th day of OCTOBER 2013

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903

[signature]

Notary Public, State at Large My Commission Expires

Concluded 10:49P

LMDC SGT.

# POLICE OFFICER TAPED STATEMENT FORM

## OPENING

This is E. GOINS of the Louisville Metro Police Department's Public Integrity Unit.

Today's date is: 10/19/13.

The time is: 2151.

We are present at: 810 Barret Avenue, 4th Floor, in the Public Integrity Office.

**Other Location:** 400 S. 6th St. LMDC

This will be a taped statement from ~~Officer~~ SGT. STEVE EASON.

This statement is in reference to PIU case # 13-072.

Present with me are Officer:__________,Attorney:__________, and Lt./Sgt. __________ of the Public Integrity Unit.

Officer, are you aware that this statement is being video and audio taped?

Does this meet with your approval?

## BACKGROUND INFORMATION ON OFFICER

Officer, please state your full name and spell your last name.

What is your code number?

Where are you currently assigned?

How long have you been in that Unit?

How long have you been on the Department?

Are you under the influence of alcohol, drugs or any other intoxicants at this time? (If so, what are they?)

Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

Did you sustain any injuries during this situation? (If so, please describe.)

Did you receive medical treatment? (If so, where and by whom?)

What type of uniform or clothing were you wearing at the time of this incident?

Do you have the same uniform or clothing on right now?

**RIGHTS WAIVER**

Because of the statutory requirements of KRS 15.520, I am obligated to advise you of your constitutional rights prior to asking any further questions. Obtain rights waiver.

**START THE STATEMENT/INTERVIEW**

**ENDING THE STATEMENT**

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time now is: 2157



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 10:22 pm hours.

This interview with MATHEW FORBES LMDC (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON LMDC (PSU)

Present during this interview is; SGT. K. TAYLOR (PIU)

(Title) (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code [redacted]
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☐ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number? 574.7507
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, MATHEW FORBES, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| Signature | Date | Time |
|---|---|---|
| [signature] | 10-19-13 | 2225 hrs |
| Witness signature | Date | Time |

Subscribed and sworn to me by OFF MATTHEW FORBES

This 19th day of OCTOBER, 2013

KEVIN L. TAYLOR Notary ID# 451725
Notary Public, State at Large, KY
My commission expires Sept. 21, 2015

Notary Public, State at Large — My Commission Expires

LMDC - LT.

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 10:45 pm hours.

This is an interview with Lt. Steven Gilbert (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. Jefferson LMDC (PSU)

Present during this interview is; SGT. K. TAYLOR (PIU)

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes. [redacted]
- Q9 ☐ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☑ What is your work telephone number? 502 574 7521
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Steven Gilbert, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

Lt. Steven Gilbert #716 | 10-19-13 | 2250
Signature | Date | Time

Witness signature | Date | Time

Subscribed and sworn to me by LT. STEVEN GILBERT

This 19th day of OCTOBER 2013

KEVIN L. TAYLOR Notary ID# 451725
Notary Public, State at Large, KY
My commission expires Sept. 21, 2015

Notary Public, State at Large — My Commission Expires

LMDC Sgt.

**POLICE OFFICER TAPED STATEMENT FORM**

**OPENING**

This is E. Goins of the Louisville Metro Police Department's Public Integrity Unit.

Today's date is: 10/19/13.

The time is: 1843.

We are present at: 810 Barret Avenue, 4th Floor, in the Public Integrity Office.

**Other Location:** 400 S. Jackson

This will be a taped statement from ~~Officer~~ Sgt. Darren Gibson.

This statement is in reference to PIU case # 13-072.

Present with me are Officer:__________,Attorney:__________, and Lt./Sgt. __________ of the Public Integrity Unit.

Officer, are you aware that this statement is being video and audio taped?

Does this meet with your approval?

**BACKGROUND INFORMATION ON OFFICER**

Officer, please state your full name and spell your last name.

What is your code number?

Where are you currently assigned?

How long have you been in that Unit?

How long have you been on the Department?

Are you under the influence of alcohol, drugs or any other intoxicants at this time? (If so, what are they?)

Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

Did you sustain any injuries during this situation? (If so, please describe.)

Did you receive medical treatment? (If so, where and by whom?)

What type of uniform or clothing were you wearing at the time of this incident?

Do you have the same uniform or clothing on right now?

**RIGHTS WAIVER**

Because of the statutory requirements of KRS 15.520, I am obligated to advise you of your constitutional rights prior to asking any further questions. Obtain rights waiver.

**START THE STATEMENT/INTERVIEW**

**ENDING THE STATEMENT**

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time now is: 1856

October 19, 2013

| | |
|---|---|
| Goins | This is Sergeant Ed Goins of Louisville Metro Police Department's Public Integrity Unit. Today's date is October the 19th, 2013. Time is 18:43 hours. We are present at 400 South Jackson Street at the University Hospital. This will be a taped statement from Louisville Metro Corrections Officer, Sergeant Darren Gibson. This state is in reference to PIU Case #13-072. Sergeant, are you aware this statement is bein' audio taped? |
| Gibson | I am. |
| Goins | Does this meet with your approval? |
| Gibson | It does. |
| Goins | Please state your full name and spell your last name. |
| Gibson | Darren Scott Gibson. G-I-B-S-O-N. |
| Goins | And what is your code number or badge number? |
| Gibson | 364. |
| Goins | And where are you currently assigned? |
| Gibson | Uh, new jail complex. Main jail complex. |
| Goins | How long have you been in that unit? |
| Gibson | Uh, goin' on 7 ½ years. |
| Goins | How long have you been on the department? |
| Gibson | Same time. |
| Goins | Are you under the influence of alcohol, drugs or any other intoxicants at this time? |
| Gibson | I am not. |
| Goins | Are you taking any kind of medication that would affect your judgment or your ability to think clearly? |
| Gibson | No I am not. |
| Goins | Did you sustain any injuries during this situation? |
| Gibson | Not at this time. |
| Goins | What type of uniform or clothing were you wearing at the time of the incident? |
| Gibson | Uh, BDU's. |

| | |
|---|---|
| | Soon as we got down to University of Louisville Hospital Emergency Room, I jumped out the side door to the ambulance. Came around the back. Opened up the doors and assisted pullin' the stretcher out and I was givin' chest compressions all the way until we gone in to room 9 and University of Louisville nurses took over. |
| Goins | Did you stay with inmate Hindi while U of L, uh, doctors and nurses were givin' first aid? |
| Gibson | I didn't. |
| Goins | I need to go back to, uh, when you first entered the cell. |
| Gibson | Yes sir. |
| Goins | Uh, is there anything out of the ordinary that you noticed in his cell? I mean, obviously he was, he was in need of medical attention. |
| Gibson | Right. |
| Goins | But other than that, did you notice any other thing? |
| Gibson | Uh, the only thing I, I saw, um, I didn't know what the situation was when I got up there. I didn't know why they were performin' CPR but look up on the bars and you could see the sheet hangin'. Um, but other than that, nothin' was out of the ordinary. |
| Goins | He used a bed sheet? |
| Gibson | Yes. |
| Goins | And did you notice, did it look like it had been cut? |
| Gibson | I didn't pay too much attention. |
| Goins | Okay. |
| Gibson | . . . to whether it had been cut or not. |
| Goins | And how was it. . . you said it was on the bar. How was it affixed to the bar? |
| Gibson | It was tied. |
| Goins | Did you notice any blood? |
| Gibson | No. I don't believe so |
| Goins | Inmate Hindi, did he appear to be, uh. . . from your vantage point, did he appear to be pale? |
| Gibson | He did. |
| Goins | Okay. And was inmate Hindi, did he have a roommate or was he in there by himself? |

| | |
|---|---|
| Goins | Okay. And did you all have any success in restarting his pulse or his heartbeat, heart rate? |
| Gibson | As far as I know, no. |
| Goins | Was somebody checking that? |
| Gibson | Yes. The nurse had a, uh, pulse oximeter on his finger. |
| Goins | Uh-hum. |
| Gibson | And um, she had at one point, I believe said that she, she has a pulse. She's like it's, it could be from the chest compressions. |
| Goins | Uh-hum. |
| Gibson | So, um, once the ambulance got there, they hooked him up and started monitoring them and I don't remember if they said he has a pulse or not. |
| Goins | How long do you think it was, uh, you administered first aid before... you said the fire department got there first? |
| Gibson | Yes sir. |
| Goins | How long, how long, how long do you think it took them to get there? |
| Gibson | Um, it might've been 20 minutes if that. 15, 20 minutes before they all showed up. |
| Goins | Okay. |
| Gibson | It was 16:01 when we, we gotta call over the radio. Uh, 16:02 is when EMS was notified, uh, on the phone and then we arrived here at University of Louisville Emergency Room, room 9. At 16:40 hours. But I was busy doin' chest compressions. I didn't get the times when (Inaudible), and EMS showed up. |
| Goins | So, basically, from your notes, 38 minutes from the time that EMS was notified to the time that you arrived at room 9. Is that correct? |
| Gibson | Yes sir. That's correct sir. |
| Goins | Okay. So, once the fire department got there, they assisted you in, uh, basic lifesaving, the first aid that you were administering? |
| Gibson | Yes sir. |
| Goins | And then EMS got there at the same time as the fire department or, or a little bit later? |
| Gibson | Uh, couple minutes later. |
| Goins | Okay. And from your recollection, neither the fire department nor the EMS, Paramedics and EMT's, uh, they were, they were unsuccessful in starting his |

| | |
|---|---|
| Gibson | Yes sir. |
| Goins | Okay. You also stated that, that EMS drilled something into his shin. Do you know what that was? Can you tell me. . .? |
| Gibson | Um, uh, pick line. Uh, they use a drill to go into the shin bone. Put the pick line in and that's probably administered to be uh, shots. Whatever they give him. |
| Goins | Did he have any reaction to. . . when, when that was bein' done? |
| Gibson | No visual reaction. No sir. |
| Goins | The oxygen tank that, that the nurses placed on him. Did that stay on him the whole time until he got here to the hospital? |
| Gibson | Uh, no sir. That was, um, removed and the ambu bag was being used. And then, uh, once we got into the ambulance. . . once EMS got there, they were using combination of the ambu bag and oxygen. |
| Goins | If you had to go back and, and do anything different, would you have done anything different by the way that you acted this evening? |
| Gibson | I don't know of anything else we could've done sir. |
| Goins | And is there anything else, any other information that, uh, that you wanna state for the record before we end? Somethin' I, I might have forgotten to ask you or you want to state for the record? |
| Gibson | I can't think of anything right now, sir. |
| Goins | Is everything you told me been the truth to the best of your knowledge? |
| Gibson | It has. Yes sir. |
| Goins | Saying that, we'll end this interview. Time is 18, 18:56 hours. |

END OF STATEMENT

PIU

File #13-072/pm

# POLICE OFFICER TAPED STATEMENT FORM

## OPENING

This is E. Goins of the Louisville Metro Police Department's Public Integrity Unit.

Today's date is: 10/19/13.

The time is: 2122.

We are present at: 810 Barret Avenue, 4th Floor, in the Public Integrity Office.

**Other Location:** 400 S. 6th St.

This will be a taped statement from ~~Officer~~ Sgt. Chris Hornback.

This statement is in reference to PIU case # 13-072.

Present with me are Officer:__________, Attorney:__________, and Lt./Sgt. __________ of the Public Integrity Unit.

~~Officer~~ Sgt., are you aware that this statement is being video and audio taped?

Does this meet with your approval?

## BACKGROUND INFORMATION ON OFFICER

~~Officer~~ Sgt, please state your full name and spell your last name.

What is your code number?

Where are you currently assigned?

How long have you been in that Unit?

How long have you been on the Department?

Are you under the influence of alcohol, drugs or any other intoxicants at this time? (If so, what are they?)

Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

Did you sustain any injuries during this situation? (If so, please describe.)

Did you receive medical treatment? (If so, where and by whom?)

What type of uniform or clothing were you wearing at the time of this incident?

Do you have the same uniform or clothing on right now?

**RIGHTS WAIVER**

Because of the statutory requirements of KRS 15.520, I am obligated to advise you of your constitutional rights prior to asking any further questions. Obtain rights waiver.

**START THE STATEMENT/INTERVIEW**

**ENDING THE STATEMENT**

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time now is: 2144

October 19, 2013

| | |
|---|---|
| Goins | This is Sergeant Ed Goins of the Louisville Metro Police Department's Public Integrity Unit. Today's date is October 19th, 2013. The time is 21:22 hours. We are present at 400 South 6th Street in the Louisville Metro Department of Corrections Public, um, Professional Standards Unit office. This will be a taped statement from Sergeant Chris Hornback. This statement is in reference to PIU Case #13-072. Sergeant, you aware this statement is being audio taped? |
| Hornback | Yes sir. |
| Goins | Does this meet with your approval? |
| Hornback | Yes sir. |
| Goins | Sergeant, please state your full name, and spell your last name. |
| Hornback | My name is Sergeant Chris Hornback. Last name is spelled H-O-R-N-B-A-C-K. |
| Goins | And what is your badge number? |
| Hornback | 333. |
| Goins | Where are you currently assigned? |
| Hornback | I'm assigned to Floor Security on the fifth floor of the Hall of Justice. |
| Goins | And how long have you been in that unit? |
| Hornback | I've been in Floor Security since the beginning of my career and as well as when I was promoted to Sergeant. I've also stayed in, in Floor Security. |
| Goins | Okay. |
| Hornback | Um, my, my floor assignment changes day-to-day. So, I'm not always on the fifth floor. |
| Goins | Okay. How long have you been on the department? |
| Hornback | Uh, since 9-19-03. |
| Goins | Okay. Are you under the influence of alcohol, drugs or any other intoxicants at this time? |
| Hornback | No sir. |
| Goins | Are you taking any kind of medication that would affect your judgment or your ability to think clearly? |

| | |
|---|---|
| Hornback | No sir. |
| Goins | Did you sustain any injuries during this situation? |
| Hornback | No sir. |
| Goins | Did you, did you... I'm sorry. What type of uniform or clothing were you wearing at the time of this incident? |
| Hornback | I was wearin' a Class 'A' uniform with my uh, Class 'A' duty belt. |
| Goins | And do you have the same uniform or clothing on right now? |
| Hornback | Yes sir. |
| Goins | Because of the statutory requirements of KRS 15.520, I'm obligated to advise you of your constitutional right to prior to asking any further questions. The important thing is for you to understand that this is a criminal investigation. Not an administrative one. But saying that, would you like to give me a statement anyway? |
| Hornback | Yes sir. |
| Goins | All right. Thank you. Sarge, are. . .were you working tonight, um, when there was a, uh, Medical Alarm Call that went out concerning an inmate by the name of Mamu Hindi? |
| Hornback | Yes sir. |
| Goins | And can you tell me in as much detail as possible; in your own words, what you remember about this incident? |
| Hornback | Okay. When the incident occurred, I was sittin' in the Control Room at my desk. I was doin' my beginning of the shift paperwork on the computer. You know, fillin' out the break sheets and um, just loggin' in at the beginning shift activities. At... it was about 16:00. Well, I'm sorry. 15:59 Officer Ramsey ran into the Control Room and he was yellin' that inmate Hindi was hangin' his self and he had the type... the 'knife for life'. Which 'knife for life' is what we use to cut the sheets down when, when guys try to hurt themselves. Um, at that time, myself and Officer Ramsey ran back over to the East Walk where inmate Hindi was housed. He's in, he's housed on H5 East, North 1, Cell # 3. (Clears throat) Excuse me. Upon my arrival, I observed inmate Hindi already on the floor. The Officer Sanders and Officer Skaggs had already removed him from the sheet that he was usin' as a noose. They were able to pull it apart rather than cut it down before we got back there. So, they already had him on the, on the floor and he was on his back. And he was, his head was facin' towards the, the cell door. And they were tryin' to revive him. You know, they were checkin' him and tryin' to wake him up. And, you know, that... they were checkin' his pulse and things like that. I tried to call on the radio for my Control Room to notify the nurse that was on the floor to respond back there; but there was some other radio traffic. I, I kept gettin' cut |

off. So, I just took off runnin' out there and I grabbed the nurse. I said hey I need you to come back here real quick. This guy's down. He's hurt. He needs help and I told the Control Room Officer to call the nurses station and get some more medical staff up there. So, then we all ran back there again. Me and the nurse. Officer Ramsey, Sanders and Skaggs were still tendin' to him. Um, Nurse Malone... Nurse Angel Malone, I believe is her name. She checked his pulse and checked him for signs of life. She said we need to start CPR. So, we immediately started CPR. She was doin' chest compressions. I used the uh, Ambu bag to give him, give him oxygen. And we continued that, you know, for several minutes. Um, Officer Skaggs and it was Officer, Officer Skaggs relieved the nurse on the chest compressions. Sanders assisted with the bag so that I could, I could stop and start callin' in, you know, radio in more stuff in. And gettin' some more people up there. Um, also, durin' all this I, I, I advised Main Control to start EMS. As soon as we start... as soon as I knew we had to start CPR, I, I called for am, ambulance. Um, so, we started the CPR, the ambulance was comin'. The nurse said, "look, you need to double check and make sure that ambulance is comin." So, I called again on the radio and told 'em to make sure that, told Main Control to tell 'em to step it up and to respond Code 3, 'cause we needed them there right away. And um, you know. 'Cause we knew he was in trouble. And we continued CPR. Um, additional nurses arrived. I'm not sure what all their names are. I, I don't know. There was several nurses arrived. Several more officers arrived. I've got most of their names written down. I, I couldn't tell ya right off hand right now. But uh, several of those officers, including two more Sergeants assisted with CPR. You know, 'cause they were gettin' tired. You know, we worked on him for quite a while. Um, so, we continue CPR and the fire department arrived and EMS shortly after. They continued carin' for him. They hooked him up with a AED machine. Our AED machine that's assigned to that floor was out of service. In fact, it's kinda strange 'cause right before this incident, I just logged into the computer that it was out. You know, durin' our equipment check that our Safety Officer had taken it out of service for repairs. So, um, anyway they hooked the AED machine up to him and continued CPR. They continued carin' for him. Um and then they decided, you know, they, they put him on the backboard and got him on the stretcher. We escorted him out. You know, downstairs to the Sal, old Sally Port at the Hall of Justice. Got him on the ambulance and, and send him to the hospital. Um, we had officers escort him there and they... you know, standard procedures. We secure him in a security set. Which is a set of security shackles. You know, anybody gets transported goes in those. So they put them on him at, at the ambulance. Um, he was transported to the hospital and I learned shortly thereafter... well about a few minutes later, I heard on the radio he was goin' to room 9 and shortly there afterwards, I, we got the call that he had, he had passed away. Um, most of the incident was recorded on our body cameras.

Goins Uh-hum.

Hornback I think at first the officer that was carryin' a body camera wasn't back there. But, shortly there, shortly there durin' the incident he was there. When I got done... when I came up from doin' CPR, the camera, he was there with the cameras. I'm not sure how much footage he got. And then of course, everything's recorded up there on the, on the floor video cameras. Um, I had Officer Cooper come down from the 6th floor. He was maintainin' a log of the activities goin' in and out of the incident as well as my Control Room Officer Bullard. I was also takin' notes. Um, Officer Cooper is apparently new officer. So, a lot of his notes wasn't very good. But, I mean, he, he was tryin'.

Goins Uh-hum.

Hornback Um, I've got a detail notes from the, from the Control Room Officer and then I had my notes as well for the report. And then Officer Taylor, who had the body camera.

Goins Who's that? Officer Taylor?

Hornback Taylor. Taylor had the body camera. That's the officer who was out there in the hallway.

Goins Okay.

Hornback Um, and of course I radioed... Well as soon as I knew that there was an inmate tryin' to hurt themselves, I immediately notified the Lieutenant on the radio before I even got... I was walkin' back there.

Goins Uh-hum.

Hornback You know, when... and I radioed and I told him to respond. But I didn't know how bad it was until I actually got there and then I realized he was down, you know and then I started callin'...runnin' back and forth to get the nurse and gettin' the ambulance.

Goins Okay. Okay.

Hornback Other than that I, I can't remember much after that. Other than just . . .

Goins Okay.

Hornback You know, other than that; then you guys showin' up. (Laughs).

Goins That, that's fine, that's fine. You've been, been very thorough. Uh, just have a few follow-up questions. Uh, just to make sure I understand everything. Um, or help. I guess help, help me clear up some things so I can understand. Um, you said Officer Ramsey ran into the Control Room and, and retrieved the knife.

Hornback Yes sir.

Goins To cut... that you all use to cut sheets.

Hornback Yes sir.

Goins Do you know how he was notified that there's an inmate tryin' to hang himself or (Inaudible)?

Hornback I'm not exactly sure. I think. . . And it's just speculation, I think from. . . and I haven't actually sat down and talked to him about how he found out, but. . . 'Cause he was assigned to the West. I think that the um, the work aide that was assigned back there to. . . They was watchin' another inmate right next to Hindi's cell. I think he came out there and told him.

Goins Uh-hum.

Hornback Um and then he went back there to see about him, you know. And then when he got back there and the other two officers were, were there. They all went in to get him down and I guess after they . . . I'm, I'm assumin' that Ramsey probably opened the door and then let Sanders and Skaggs into the cell.

Goins Uh-hum.

Hornback So they could get him down and then he ran over to get the knife. By the time we got back over there they were able to get him, you know, off of it.

Goins But that's just spec. . . you don't know that for a fact.

Hornback I don't know that for a fact.

Goins You're just puttin' it together.

Hornback I'm just, I'm just guessin'.

Goins Right.

Hornback You know.

Goins Okay. Based on what you saw. That's. . .

Hornback Right.

Goins . . .that (Inaudible).

Hornback I know at some point, he, he found out that, that Hindi was tryin' to hurt his self. I don't know if one those officers hollered for help and he went to see or if the work aides came out and told him.

1035Goins Okay. All right. That's fine. Uh so when you first entered the cell, uh, what was the first thing you saw?

Hornback Uh, when I first, when I first got in there, you know, um, me and Malone pretty. . .Nurse Malone pretty much entered at the same time.

Goins Uh-hum.

Hornback Um, inmate Hindi was layin' on his back. Um, he didn't appear to be breathin'.

| | |
|---|---|
| Goins | Uh-hum. |
| Hornback | You know, he. . . and I saw the, the sheet hangin' from the bars. So, I knew he really, he really tried to do it this time. You know, I knew he was tryin' to hurt his self and the nurse was checkin' his vitals and you know, she started do CPR and I uh, I grabbed the, the bag. We were, we had to put the bag together. |
| Goins | Uh-hum. |
| Hornback | And then, and then I, I, you know, put it on his face and started pumpin' the air in. So, um, other than that, I mean, the cell looked normal. |
| Goins | Okay. |
| Hornback | Um, you know, his bunk was made. He um, he's of the uh, Islamic faith and he had his um, prayer rugs folded up on his bed. |
| Goins | Uh-hum. |
| Hornback | So, I mean, it looked like a normal cell. |
| Goins | Okay. |
| Hornback | You know there was nothin' out of place. |
| Goins | Okay. Where was the uh, where was the oxygen bag you used? Where'd you get that from? |
| Hornback | Out of. . . we have uh, um, ER bag inside every Control Room. |
| Goins | Okay. |
| Hornback | So, you know, when I came out to grab the nurse, she grabbed that. |
| Goins | Okay. |
| Hornback | And we brought it back there with us. |
| Goins | Okay. So, when you first saw inmate Hindi, um, you said it appeared that he was not breathing? |
| Hornback | Yeah. He didn't look like he was breathin, to me. |
| Goins | Okay. Was his skin pale or his face blue or anything like that? |
| Hornback | No. No. I mean, I didn't notice any discolor. I mean he had some facial hair, you know. And when I was, when I was assistin' he, he. . . his body felt warm. You know, he wasn't cold or anything. |
| Goins | Uh-hum. |
| Hornback | So. |
| Goins | Okay. |

| | |
|---|---|
| Hornback | But, but he, but there was. . . I mean, his chest wasn't comin' up and down. |
| Goins | Okay. |
| Hornback | And, and I checked him for air too when I was, when we were puttin' that bag together. I didn't, I didn't hear anything or see anything. |
| Goins | You said the nurse. . . she checked for a pulse? |
| Hornback | Yeah. She checked his pulse. |
| Goins | And what did she say? |
| Hornback | And she, she, she said, "let's start CPR now." |
| Goins | Okay. |
| Hornback | And she started. |
| Goins | Okay. |
| Hornback | You know, basically she started CPR and said, "let's go." |
| Goins | Okay. |
| Hornback | So, we, you know, we started. |
| Goins | So, the whole time that you were in the cell, uh, after EMS arrived and transported him to the old Sally Port. Um, did you see any obvious signs of life? His eyes open, a breath, a movement, hands, leg, anything? |
| Hornback | No sir. |
| Goins | Okay. Um, you also mentioned just a few minutes ago, uh, something about do it again. Is this the first time that he's attempted suicide or talked about it or..? |
| Hornback | He has talked about it before. I haven't had a whole lot of dealings with him in the past several months but I do know that he has been on Level 1 observation before where he has made threats to hurt his self. Um, I don't know a specific dates and times. |
| Goins | Uh-hum. |
| Hornback | We'd have to get that information from the medical or the mental health staff. |
| Goins | Uh-hum. |
| Hornback | But, I do know that he has been on levels before. |
| Goins | Okay. |
| Hornback | Where he's threatened to hurt his self. |
| Goins | Okay. |

| | |
|---|---|
| Hornback | I don't know how many times. But I do know at least once that it, it's happened. |
| Goins | Okay. |
| Hornback | You know, just 'cause I've heard stories about him, you know, bein' put on those levels. |
| Goins | Okay. Lookin' back on everything that, that had happened tonight. . . and I know it's, it was probably very chaotic scene up there. Uh, but lookin' back, uh, kinda in the hind sight. Um, specifically as a supervisor, is there anything that you all could've done differently? |
| Hornback | I, I, I can't see what we could've done different. I think we tried everything we could. Um, the Wing Officers responded. You know, very quickly. They jumped right in there and they started checkin' him. Um, the nurse got there very quickly. You know, from the time I found out about it 'til the time we had nur, a nurse in there and doin' CPR was, you know, a minute, 2 minutes tops. |
| Goins | Uh-hum. |
| Hornback | And we immediately started care for him. You know, we, we tried everything we could to save him. |
| Goins | Uh-hum. |
| Hornback | Um, we never let up on CPR. I mean some other officers and Sergeants did arrive and they, they jumped in there and relieved the officers that were doin' chest compressions. You know and, and. . .so we were constantly switchin' up so it never let up. |
| Goins | Uh-hum. |
| Hornback | You know, there was never a time where they were too tired to keep goin'. You know, we, we'd pull him out and put somebody right back on, on him. And that continued even when the um, EMS and Fire Department showed up. I believe Sergeant Gibson continued. . . was the one doin' the chest compressions on the way on to the ambulance. |
| Goins | When um, the Fire Department arrived, uh, did they, did they do any additional, uh, basic lifesaving first aid? Other, other than chest compressions and, and (Inaudible). |
| Hornback | Um, yeah. They were checkin' his vitals and, and, and things. I mean, there were so many people around. At that point, by the time they got there I'd kinda stepped back out of the cell. |
| Goins | Uh-hum. |
| Hornback | And I was takin' notes and tryin' to log everything in and makin' sure that we were clearin' the way for the Fire Department and stuff to get in there. But |

once they arrived, you know, they, there was several of 'em. And it's a very tight quarters up there. Um, they were, you know, they had him surrounded and they were workin' on him. You know. I'm not. . .they hooked him up some of their machines and um, I don't know if they gave him any injections or not. But I do know they hooked him up to their, to their equipment.

Goins Uh-hum.

Hornback And had monitors on him.

Goins Uh-hum.

Hornback And they, they too were, were doin' CPR as well.

Goins Okay. And the last, this last couple of question. Uh, can you estimate how long it took for EMS to get there?

Hornback Um, actually I have the times. Um, I wrote everything down as it, as it was happenin'. (Shuffling through papers) (Inaudible) on this piece of paper I brought down here with me. Of course, that's not it. Well. . . I'm sorry I left all that up on my desk. (Laughs)

Goins That's okay.

Hornback Sorry. Well anyway, it wasn't very, it wasn't. . . I don't think it was very long. Um, I got over there at 16:00 I was callin' for the ambulance. I believe it's 16:0, if I'm not mistaken, at 16:05 the uh, Fire Department arrived and I believe at 16:08 is when EMS arrived.

Goins Uh-hum.

Hornback And then by, I'd have. . . I wish I had them in front of me. 'Cause I just did our report.

Goins Uh-hum.

Hornback Logged all that in there. But I believe by 16:24 we were taking him to the ambulance and then . . . I mean, shortly after that, 'bout 16:30 he was on his way to the hospital.

Goins Okay. Okay. And, and it's just a estimation.

Hornback Right. Right.

Goins That's fine. That's fine.

Hornback I have the exact times written down. I'm, I apologize for not havin' 'em right in front of me.

Goins Okay. Um, had you had any prior, prior incidents? I know we talked about inmate Hindi and made reference about suicide or made threatenin' to suicide. But, but in, in your time as a officer here and a, and a Sergeant while he's been an inmate, have you had prior disciplinary incidents with him or anything like

that?

Hornback I have in the past. Since I've been a supervisor, I've had no issues with inmate Hindi. Um, I been assigned to areas that, that he was housed at.

Goins Uh-hum.

Hornback In the new jail complex. He was house, housed on J3 and J4 for a while. You know, goin' back and forth there. We always keep him in a single cell.

Goins Uh-hum.

Hornback Um, but durin' those times, I had no incidents with him. Prior to that when I was an officer, um, there was an incident where he had and we declared it a cultural misunderstanding 'cause he was happy with the nurse and to give her things. He tried to give her a hug and kiss. You know, to thank her for helpin' him.

Goins Uh-hum.

Hornback And I'm thinkin' it was over gettin' him some medication or somethin'. But from that he got written up. You know, 'cause that considered assaultin' a staff member.

Goins Uh-hum.

Hornback You're not supposed to grab nurses or try to hug and kiss 'em. Um, so he was written up for that. I wasn't, I wasn't involved with that but I'm not actually the one that wrote him up. Another officer wrote him up and I just, I was just there to escort him back and forth to talk with the supervisors that were investigatin' that incident. Um, about a month or so later, I work J3. That's the new, new jail and he was housed in Dorm 7, I believe, is where that incident occurred. Um, it was Sick Call time. You know, the nurse has to go to their dorm and, and our job was escort the nurse while they give their medicine. Um, he came out of the dorm then and, and you know, for some reason he. . . I don't know why. 'Cause I never had any bad, bad incident with him or any kind of bad contact with him at all other than him gettin' written up, you know, a month prior. But he had somethin' some kind of issue with me and he was mad at me about somethin' and he was yellin' at me and things and I'd been told by some of the other officers that he had a problem with me.

Goins Uh-hum.

Hornback And I thought well that's crazy. I haven' had any issues with him. You know, I just thought they're, you know, I thought they were yankin' my chain, honestly. And but that morning when he came out for Sick Call he had said some things and I thought, man, you know, we gotta get to the bottom of this. So, I asked him to step out and I was gonna escort him down to West Hold and talk to him. Well, then he just, you know, he just went ballistic and was screamin' and yellin' and. . . Um, we end up havin' to walk him down to the cell and, and secure him in West Hold and um, from there I had mental health

| | |
|---|---|
| | come up and talk to him. 'Cause he was in the mental health dorm at that time. |
| Goins | Uh-hum. |
| Hornback | So I thought well he's just lost it. You know. For whatever reason. So, mental health came up and talked to him and they decided they were gonna take him down to J2 for um, observation. Just to watch him. You know, 'cause I told 'em I don't know why he's got such a issue with me. Honestly, I think he had me confused with somebody else. |
| Goins | Uh-hum. |
| Hornback | I don't know why or who it was. But. . . That's, that's what we figured. |
| Goins | Okay. |
| Hornback | Well from there um, the mental health staff come back to our floor and said look he's got. . .he really has an issue with you and he. . .the whole time he's been down there he's been makin' threats that he's gonna kill you. No matter what. |
| Goins | Uhm. |
| Hornback | And he had said that when they were escorting him off the floor down to 2 but I just blow it off. You know, cause guys in there say that all the time. |
| Goins | Uh-hum. |
| Hornback | But when the mental health doctor and the nurse came up and said look, you guys need to file a report. He really may try to hurt you. We really think he's goin' to. |
| Goins | Yeah. |
| Hornback | So, um, me and my Sergeant at the time, we, we talked about it. And we're like well I guess we'd better do an Incident Report and we'll put charges on him for terroristic threatening. So, we did that and then of course, he's a high profile case, so that got blown all over the news. And uh, you know, which was ridiculous. (Chuckles) But um, but after that, I mean, after that day, I haven't had any more negative contact with him at all. You know, 'cause . . . even from that day I have seen him since then and I have talked to him and, and said hello to him. You know, even after puttin' those charges on him. |
| Goins | Uh-hum. |
| Hornback | So, I, I don't know. It's kinda, kinda wild. |
| Goins | And he, he never discovered the source of, of his apparent dislike of you? |
| Hornback | No. No. I, I never knew the. . . The mental health doctor that was here at the time, he resigned and I never did get the full story. (Laughs) |

Goins — All right. Uh, is there anything you wanna state for the record before we uh, end this interview?

Hornback — No sir, other than uh, you know, we, we did everything we could to try and save him. I uh, I am pretty upset that he passed away. You know. I don't wish that on anybody. And um, from what I seen, all the officers did their job. They, they did the best they could and I'm just sorry this happened. So. I, I don't know. We'll just have to say some prayers for him and his family now.

Goins — Okay.

Hornback — I, I don't know what else to do.

Goins — Okay. Is everything you've told me been the truth to the best of your knowledge?

Hornback — Yes sir.

Goins — All right. Seeing that, we will end this interview. The time is now 21:44 hours.

END OF STATEMENT

PIU

File #13-072/pm

LMDC OFC.

# POLICE OFFICER TAPED STATEMENT FORM

## OPENING

This is E. Goins of the Louisville Metro Police Department's Public Integrity Unit.

Today's date is: 10/19/13.

The time is: 1917.

We are present at: 810 Barret Avenue, 4th Floor, in the Public Integrity Office.

**Other Location:** 400 S. Jackson

This will be a taped statement from Officer Antonio James.

This statement is in reference to PIU case # 13-072.

Present with me are Officer:__________, Attorney:__________, and Lt./Sgt. __________ of the Public Integrity Unit.

Officer, are you aware that this statement is being video and audio taped?

Does this meet with your approval?

## BACKGROUND INFORMATION ON OFFICER

Officer, please state your full name and spell your last name.

What is your code number?

Where are you currently assigned?

How long have you been in that Unit?

How long have you been on the Department?

Are you under the influence of alcohol, drugs or any other intoxicants at this time? (If so, what are they?)

Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

Did you sustain any injuries during this situation? (If so, please describe.)

Did you receive medical treatment? (If so, where and by whom?)

What type of uniform or clothing were you wearing at the time of this incident?

Do you have the same uniform or clothing on right now?

**RIGHTS WAIVER**

Because of the statutory requirements of KRS 15.520, I am obligated to advise you of your constitutional rights prior to asking any further questions. Obtain rights waiver.

**START THE STATEMENT/INTERVIEW**

**ENDING THE STATEMENT**

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time now is: 1931

October 19, 2013

Goins — This is Sergeant Ed Goins of the Louisville Metro Police Department's Public Integrity Unit. Today's date is October 19th, 2013. The time is 19:17 hours. We are present at 400 South Jackson, University of Louisville Hospital. This will be a taped statement from Louisville Metro Corrections Officer Antonio James. This statement is in reference to PIU Case #13-072. Officer, are you aware this statement is being audio taped?

James — Yes sir.

Goins — Does this meet with your approval?

James — Yes sir.

Goins — Please state your full name and spell your last name.

James — Antonio LeMar James. James spelled J-A-M-E-S.

Goins — And what is your code number?

James — 7657.

Goins — And where you currently assigned?

James — The Booking Floor, sir.

Goins — How long you, how long have you been in that unit?

James — 2 years, sir.

Goins — How long have you been on the department?

James — 2 years, sir.

Goins — Are you under the influence of alcohol, drugs or any other intoxicants at this time?

James — No sir.

Goins — Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

James — No sir.

Goins — Did you sustain any injuries during this situation?

James — No sir.

Goins — What type of uniform or clothing were you wearing at the time of the incident?

James — I am wearing a full Class 'A' uniform sir.

Goins Do you have the same uniform or clothing on right now?

James Yes sir.

Goins Because of the statutory requirements of KRS 15.520, I'm obligated to advise you of your constitutional rights prior to asking any further questions. It's also important for you to understand that this is a criminal investigation. Not an administrative one and knowing that would you like to give me a statement anyway?

James Yes sir.

Goins All right. Officer, Officer James, were you present this evening at Louisville Metro Corrections when there was a medical call, uh, that went out concerning an inmate by the name of Mahmoud Hindi?

James Yes sir.

Goins Can you tell me in your own words what actions you took or you observed, uh, concerning the, this medical call?

James Yes sir. At the time of the call, uh, I got on to one of our computers down on the Booking Floor and uh, checked to see who the inmate was who they were speaking of at the time. Uh and so I pulled it up and was able to see who was it. I saw there was a Mahmoud Hindi. Uh, at the time, we just kinda were at a standstill. The Booking Floor wasn't too busy. So, we're just kinda listenin' in to see what all was goin' on. Um, from that time there was just a, a short little time and then a phone call I received; I didn't receive a phone call. Another officer received the phone call. Uh, one of the Sergeants asked for me and they told me to uh, grab my gear. My weapon, you know. And, and pretty much, uh, head out to the old Sally Port. Uh, at the time, I didn't quite know if I was gonna go on a run or maybe I was helpin' to direct traffic so no one would try to stop and try to see what was goin' on at the time. But, uh, what I did I end up goin' into Exterior Control Room. When I got there, they told me that I was gonna go, possibly gonna go on a run. So, I end up goin' to Exterior, Exterior Control and getting their, a uh, department, depart, departmental cell phone. That way they could keep in contact with me. So, when I was on the ambulance and when I, I arrived at the hospital I could let them know what was goin' on at the time. So, from that time, I, I retrieved the departmental cell phone, I went over to, uh, the old Sally Port and I stood outside, uh and waited for the ambulance to arrive with, uh, Hindi. Uh and at that time once they were (Inaudible) and everything and were able to get him inside of the, uh, ambulance vehicle that I was to get on, get inside and would ride with him to the hospital. Um, there was another officer who, uh, they also had, uh, go along with me and it was, uh, Officer Stimphil. And he logged, he rode along with me and we pretty much, uh, waited as they finished up and got Hindi into the vehicle. Once they did that, uh, Officer Stimphil told me I didn't, as long as I, along as me as well. Uh, it pretty much, they continued on

with, uh... At the time they, they come in with Hindi, they were doin' uh, chest compressions and using the device to put air into his lungs. I pretty much stood out the way so that they could get him into the vehicle property, properly secured and (Inaudible) waited once he was secured and uh, everyone was told what they needed to do being the EMS and the Fire Department and all the other officers once everyone was told what they needed to do. (Inaudible). I entered the vehicle and I pretty much uh, sit around and make sure I was out of the way so they could continue to give Hindi, you know, compressions and uh, put air in his lungs. Try to keep him alive as much as they can. Uh, once there was, uh, once everyone... the doors were shut, uh, I was inside of the EMS vehicle. Uh, one of the EMS officers asked me, you know, to grab, grab some gloves and uh, help with compressions. You know, uh, my Sergeant, Sergeant Gibson, he had been helpin' with compressions from the time that they arrived to the vehicle to the time that they got him in and I know he was, you know, gettin' a bit fatigued. So, I had no problem steppin' in to help with that. Uh, Sergeant Gibson, he started off with... from the time they got inside to the time we were inside the vehicle and then another EM, uh, EMS officer, uh, traded up times with him and then at that time, the EM, EMS officer was gettin' fatigued, I took in over for him. Uh, 'round that time that I took over, we were gettin' closer to University Hospital. So, I continued to give chest compressions while, uh, for, an EMS officer put a, put the, um, breath into his lungs. At that time then, once we arrived at the, uh, hospital and uh, the vehicle actually stopped. My, uh, partner, Officer Stimphil, he took over for me so that I could exited the vehicle and could help get Hindi out of the vehicle and into the hospital. Uh, once Hindi was out of the vehicle, Sergeant Gibson continued the, uh, he continued...he took over with the, uh, chest compressions until we were able to get into, uh, Room 9 which is the trauma unit at the University of, uh, University Hospital. At that time, uh, University, uh, hospital staff, they took over and uh, that pretty much, uh, completed everything we had, uh...my, completed my part of the, the uh, situation.

Goins Okay. Let me back up and just to make sure...

James Uh-hum.

Goins ...I understand a few things.

James Yes sir.

Goins Clarify a few things.

James Yes sir.

Goins The call to... the call that, uh, that inmate Hindi needed some medical attention, did that come over the radio?

James Yes sir.

| | |
|---|---|
| Goins | And do you remember what the, what the call was or what they said? |
| James | Uh, not verbatim. Uh, I know they said, uh, 5021, medical, any medical staff, uh, they come to the, uh, 5th floor, Eastside. Uh, see uh, I wanna say North 1, bed 3. I think that's (Inaudible). I'm not quite sure. Yeah. I wanna say it's North 1, bed 3. |
| Goins | And that's, that's typical, uh, a typical call would come out just like that? |
| James | Yeah, yeah. Uh, if anything it was if someone is havin' a seizure. If someone just accidently fall out of the bed. If it was anything dealin' with medical, they would make a call like that. Uh, but the... this call usually serious for the Sergeant on that floor. He uh, he repeated it again. |
| Goins | Uh-hum. |
| James | And then he also notified uh, via radio, for uh, our Lieutenant. |
| Goins | Uh-hum. |
| James | So. At that time, he was... it was pretty serious. |
| Goins | Because he called for his commanding officer? |
| James | Yes sir. |
| Goins | And that's not normally done? |
| James | Uh, if it is anything that severe. |
| Goins | Uh-hum. |
| James | Then, yes. They will always call the commanding officer. |
| Goins | Okay. |
| James | Yes sir. |
| Goins | Okay. |
| James | Always call the commanding officer. |
| Goins | So, you knew it was something serious. |
| James | Yes. Yes. |
| Goins | Just by the way it came over the radio. |
| James | Just by the it came out. Uh, you could tell, uh, he was very a, he was a, very, you could tell his tone was very serious. |
| Goins | Uh-hum. |
| James | And on top of that he immediately called for, um, our Lieutenant and uh. some more medical staff. |

| | |
|---|---|
| Goins | Uh-hum.  You said you, you said you pulled him up on the computer to see what inmate it was? |
| James | Uh-hum. |
| Goins | Do they, so they, they, they used the inmate's name or you just looked him up by his cell number? |
| James | Uh, the cell. |
| Goins | Okay. |
| James | Uh, in our computer systems you can uh, uh. . . each inmate is assigned to a bed. |
| Goins | Uh-hum. |
| James | Uh, especially single cells.  Each inmate who is in a single cell, you can tell, you can look them up, uh, by their single cells.  Uh-hum. |
| Goins | And. . . So you, you found out on the computer that it was Ma, Mahmoud Hindi. |
| James | Yes sir. |
| Goins | Is that correct? |
| James | Yes sir. |
| Goins | And had you have any previous dealings with this inmate? |
| James | Uh, I. . . was on a hospital run awhile back.  I had to (Inaudible).  Uh, can't really remember the date or the time but, uh, when I (Inaudible) he didn't have any problems.  He was up here for medical reasons. |
| Goins | Uh-hum. |
| James | Uh, he's pretty quiet for the most part.  Watch TV. |
| Goins | Uh-hum. |
| James | But um. . . |
| Goins | Y'all didn't have any conversations? |
| James | Uh, he just talked to me about the TV shows and anything like that. |
| Goins | Uh-hum. |
| James | But nothing else. |
| Goins | Uh-hum.  And he wasn't a disciplinary problem at that time? |
| James | I didn't have any problems out of him. |
| Goins | Did he make any comments that you thought might've been strange or weird |

or, or odd?

James — Uh, he would a, he just. . . in my opinion the only question he would ask the nurse, you know, can I have, you know, a cup of ice or, you know, somethin' like that. The things that they are, they're allowed here in University Hospital. But, I didn't have any problems with him.

Goins — Okay. And then you received a phone call to go across the street to the only Sally Port?

James — Yes sir.

Goins — Is that correct?

James — Uh-huh.

Goins — And what did the Sergeant tell you on that phone call?

James — Uh, he just pretty much told me to uh, grab my gear. Grab my weapon and then the gear from my duty-belt and just go outside and wait in Sally Port. Wait for EMS to come with Hindi. And then from there I pretty much, uh . . . I went there and then, uh, I pretty much waited, um, to see what the situation was.

Goins — Uh-hum. And when you first saw inmate Hindi, I guess, coming to, coming to the ambulance...

James — Uh-hum.

Goins — . . . what was goin' on with him?

James — Uh, you had EMS, you had uh, our officers, Sergeants, uh, you had Fire Department, uh, everyone. . . some nurses from the, uh, from the jail, uh, Department of Corrections. Uh, everyone was pretty much. . . everyone who could lend a hand and to make sure that, you know, he stayed. . . he had breaths and they would. . . uh, our Sergeant. They would give compressions. The EMS staff were pressin' breathe into his lungs. So, anyone who could do anything, they were helpin'. Uh, think Fire Department were, you know, gettin' the right type of, uh, medicines to, to keep him uh, you know, stabilized. They were (Inaudible). Everybody who could do anything, that they were able to without bein' too clustered, they, they, they did what they could.

Goins — Uh-hum.

James — So, uh, that pretty much it. Everybody. . .they did what they did and then there was some (Inaudible). Other staff too, as well who were also. . . they were people who responded to the call. So.

Goins — Yeah.

James Everybody pretty much made sure that he was there and he was still takin' care of him from the time he left, from the time he got to the ambulance to the time we left.

Goins Okay. You, you referenced medicine. Were they tryin' to. . .were they givin' him medication?

James Uh, I don't know if it was like, uh, like medication, medication (Inaudible) to like to stabilize him. The heart rate or to, uh, you know. . . I don't know any medical terms. So it just. . . to keep him in a pretty like safe area. Until they were able to get him to the hospital.

Goins Was this through a, uh, pill or a IV or?

James I think, I, I wanna say like a IV.

Goins Okay.

James Yeah.

Goins But, do you know, was that in his arm or hand or do you know?

James Uh, I won't, I didn't quite check to see where it was.

Goins But you saw a, you saw a IV line or somethin' comin' from his body.

James Uh-hum. Yes. Yes sir. And they had IV line, they had oxygen.

Goins Okay.

James Just doin' whatever they could to make sure that he, you know, had breath in him. Just tryin' to stay alive 'til they get him to the hospital.

Goins Okay. So, then you rode with him and the other. . . your Sergeant and another officer. . .

James Yes sir.

Goins . . . on the way to the hospital?

James Yes sir.

Goins Um, what was goin' on in, inside the ambulance?

James Inside the ambulance.

Goins On the way, on the way here.

James On the way. Uh, we pretty much were takin' turns, uh, giving compressions. Me and my fellow officer and then our Sergeant and then another EMS guy. The four of us who took turns givin' compressions and then there was one, uh, EMS staff who was, uh, pushin' the breath into his lungs. And the four of us, the four of us who are takin', uh, turns we just. . . soon as we noticed someone was gettin' fatigued, we just one right after the other.

Goins Okay.

James Step in to give, uh, chest compressions.

Goins And you continued to do that 'til you got here to University of Louisville Hospital?

James Yes.

Goins Okay. Durin' all that time, um, from the ride from Corrections to here, uh, or even while you're getting him out of the ambulance, did it, did you ever notice any obvious signs of life? Did his eyes come open? Did he breathe? Did he move a hand or a foot?

James No sir. I didn't notice any signs of life.

Goins Okay. Is there anything else you wanna state for this, uh, record? Anything you wanna state for the record before we end this interview?

James No sir.

Goins Is there some other information that you have that, uh. . . piece of information that you think I should know? Something I might've forgot to ask you?

James No sir.

Goins Is everything you've told me been the truth to the best of your knowledge?

James Yes sir.

Goins All right. Seeing that, we'll end this interview. The time is now 19:31 hours.

END OF STATEMENT

PIU

File #13-072/pm



LMDC-OAE

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 19th, 2013 The time is 10:57pm hours.

This is an interview with Desean Ramsey (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. Jefferson, LMDC

Present during this interview is; Myself + Desean Ramsey

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or ~~video~~ recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 ☑ State your home address including the zip code. [redacted]
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? [redacted]
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes [redacted]
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there. Curr
- Q11 ☑ What is your work telephone number? [redacted]
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Desean Ramsey, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| [signature] | 10/19/13 | 2258 |
|---|---|---|
| Signature | Date | Time |
| | | |
| Witness signature | Date | Time |

Subscribed and sworn to me by Desean Ramsey

This 19th day of OCTOBER, 2013

Malinda Baker — Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 475303

My Commission Expires



[redacted]

October 19, 2013

| | |
|---|---|
| Baker | This is Sergeant Mindy Baker with Louisville Metro Police Department's Public Integrity Unit. This is gonna be official statement. Case number is 13-072. Today's date is October 19th, 2013 and the time is 10:57 p.m. This is an interview with DeSean Ramsey and it's being conducted at 600 West Jefferson at Corrections. Present during this interview is myself and DeSean Ramsey. DeSean, are you aware this interview is being audio recorded? |
| Ramsey | Yes. |
| Baker | Has anyone threatened you in order to obtain this interview? |
| Ramsey | No. |
| Baker | Are you giving this interview of your own free will? |
| Ramsey | Yes. |
| Baker | Please state your full name and spell your last name. |
| Ramsey | DeSean Michael Ramsey. R-A-M-S-E-Y. |
| Baker | What is your date of birth? |
| Ramsey | [redacted] |
| Baker | State your home address including the ZIP code. |
| Ramsey | [redacted] |
| Baker | Is this the same as your mailing address? |
| Ramsey | Yes. |
| Baker | Do you have a home telephone number? |
| Ramsey | Negative. |
| Baker | Do you have a cell number? |
| Ramsey | [redacted] |
| Baker | Are you employed? |
| Ramsey | Yes. |
| Baker | State your employer and the position you hold there. |
| Ramsey | Corrections Officer. Louisville Metro Department of Corrections. |
| Baker | What is your work phone number? |

Ramsey

Baker Are you aware the following interview will be a sworn statement?

Ramsey Yes.

Baker Please raise your right hand. Do you, DeSean Ramsey, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Ramsey I do.

Baker Okay, just sign right there. And put the date.

Ramsey Okay. And it is. . .

Baker All right. Regarding the incident that happened earlier, um, with, with inmate Hindi. Can you just tell me in your own words what your role was and what you observed and how you were involved in that.

Ramsey All right. I was in Five Control. Um, came out. . . I was leavin' out to get some papers. Officer Skaggs ran to me and was like we have somebody back there hangin'. I immediately followed him back to the East Walk, at cell 3 he opened the door. Went in and I seen inmate Hindi hangin' facin' the wall towards the window out with his back to us. I immediately ran to him and grabbed a hole of him. Picked him up to relieve pressure from the sheet that he had around his neck. After I did that, try. . . Skaggs and Sanders were in there with me. They attempted to pull the sheet off of his head. It wasn't workin', so, I told Sanders to hold tight to h[redacted]t back, I just ran back to the Control Room to grab the 'Knife of Life' to cut the sheet down. Came back with the 'Knife of Life'. He was already down and had the sheet off of his[redacted] I got back. We laid him to the ground. I immediately start yellin', uh, Mr. Hindi's name. Rubbin' him, movin' him. Seein' if he'd move his head or respond. He didn't. I gave him a few, I will say 5 sternum rubs to see if he would respond to that. He did not. Um, it was at that time, the nurse came and she said we needed to start CPR. At that time, she began do chest compressions. While she was doin' that I observed, uh, Officer Sanders with a oxygen mask. Has a blue ball to it that you squeeze and it gives the person air. He was holdin' to his face, squeezin'. He got tired probably after like a good 2 minutes into it. Just constant. So, I relieved him and I start[redacted]bag. I squeezed the bag until more officers came. It was probably like another probably minute and a half and after that, uh, I believe it was, I believe it was Officer Forbes. Him. He relieved me. I stayed back because I couldn't make my way out. So, I just stayed back and observed him and watched everyone else. Um, constantly asked 'em if they needed to change out. They was tired. They didn't. I eventually relieved my Sergeant, Sergeant Gibson and oxygen bag again. I squeezed as much as I could until EMS got there. They arrived. Uh,

the whole time while they was doin' their thing, I was still givin' him oxygen through the little blue bag. We moved. Got up. They got him on the backboard. Put him on a stretcher. I was still right there controllin' the oxygen. Walked all the way to the... rode the little stretcher to the elevator. Got on the elevator with him. I'm still givin' oxygen this whole time. Elevator all the way down to the kitchen. We went out the old Sally Port. Whole time still (Inaudible) on the oxygen. All way 'til we got to the EMS van. We got inside the van. I was relieved by one of the EMS workers. I exit the van. That was it.

Baker — When Officer Skaggs ran and got you for help.

Ramsey — Uh-hum.

Baker — And you all both went back to the door. Had the door been open before both of y'all went back or...

Ramsey — No.

Baker — ... you went back. And how did y'all get the door open?

Ramsey — On the way back, Skaggs, uh, stopped at the box and he had keys, so, when he ran back there, he popped the box and we both shot in. 'Cause he was right there for me. Like leaned out, so, basically he stopped at the box. Opened it. I kept goin'. He followed me and we both went in.

Baker — So you, um, you open a box.

Ramsey — Uh-hum.

Baker — And then is there uh...?

Ramsey — There's a button. He was in cell 3, so, he keyed it. Opened the box. He pressed cell 3. The door opened up. Left the box. He ran down there. Just left everything else. We both went in.

Baker — Okay. When you first went in...

Ramsey — Uh-hum.

Baker — What'd you notice about him when you first went in?

Ramsey — When I first went... I noticed that how he was, how he was basically like hangin' his self. Like, uh, he has his... basically, his body weight like he was on his knees and when you go through the door, there's a window like on the bar at the top and he was facin' that way. Usually it was odd 'cause usually they face the opposite way. Like the door opens up and they're facing you. He was faced away from us. So, he wasn't lookin' at us first I noticed and knowed that he was like not movin'. So, normally he's out... He's unconscious, so. Pick him up. Relieve that pressure and try to get him back. That was the first thing I noticed was how he was, how he was actually

hangin' his self.

Baker — When you went to pick him up, did you notice if he was cold to the touch? If he was warm?

Ramsey — He wasn't at that time. I grabbed. . . I didn't have actual skin contact 'cause he had a jump suit and I had these. . . on BDU's. Long sleeves on. But I reached around him, when I picked him up, I didn't feel anything. He was at the point that when I left and came back and they already had the sheet off of him. He laid him down. That's when I start feelin' contact and I felt his hands 'cause we moved him over and he was, he was cold. He had a few. . . his hands were cold. His ears were turnin' a little blue and I noticed his toes was blue or purplish. At that time.

Baker — So he was cool to the touch?

Ramsey — At that time, yes.

Baker — Okay. You didn't notice a pulse?

Ramsey — I didn't check. I didn't um, I don't even know how to check for a pulse to feel, so. Uh, I didn't check for a pulse or anything like that. I just basically shoutin' his name. Shakin' him. Tryin' to get him to respond. A few sternum rubs on the top. Nothin'.

Baker — Okay. So did it look like he was on his, like his knees were actually touching the ground?

Ramsey — Yes.

Baker — How was his, um, neck or his head? Was his head tilted down? Was it up? Did you, do you (Inaudible)?

Ramsey — It was, it was basically, it was, it was like, um, it's like. . . It wasn't down. It is like in a regular position how he was layin' and how he had the sheet. 'Cause like I said it was odd because he was facin' away. So usually like if it was a sheet, he was like tryin' to push his head forward. But when his. . . like a regular person standin' upright and he wasn't drooped over or anything. He was just standin' right there and the weight of his body just had his head perfect. Like it was just lined up perfectly. It wasn't forward, it wasn't back. It was just like a regular person.

Baker — So if you were walkin' by. . .

Ramsey — Uh-hum.

Baker — . . . and you just glanced over. . . if you didn't see the sheet hangin'. . .

Ramsey — Uh-hum.

Baker — . . . you might've of just thought he. . .

Ramsey — You would think, you, you'd think he was prayin'.

Baker — Did he do that a lot? Did he pray?

Ramsey — He did a lot. With Hindi did a lot of prayin'. He did a lot.

Baker — Are you normally on that floor?

Ramsey — Yes.

Baker — So you dealt with inmate Hindi a lot.

Ramsey — A lot.

Baker — What. . . Usually what is his demeanor? How is he. . .?

Ramsey — Absolutely perfect. Like he's fine. Tells me jokes. Uh, he's always smilin'. Ask for his (Inaudible). Gets his medicine on time. Never had not one problem out of him.

Baker — And he prays a lot?

Ramsey — A lot.

Baker — And you can. . .is he. . . how'd you know? Is he. . . can you hear him or. . .?

Ramsey — Yeah. You can hear him prayin' or when you just walkin' by, you can see him on his prayer rug and doin' his prayer. Just keep goin'. Sometimes you can hear the stuff he says. And just like any other day.

Baker — When he prays and you walk by, is that usually the way he's facin' and where he's at?

Ramsey — No. But he's prayin'. He's usually facin' like towards the door. He walked in and he's facin' the wall. But when he's prayin' he's usually facin' outward. Like how if we walk through a door and you see him first. Eye contact. He's not gotta his back to ya or anything.

Baker — Was it anything odd about today with his demeanor?

Ramsey — I didn't, I didn't have no contact. I was on the, I was assigned to the West. So, it's the other side. Um, so, I didn't have the. . . kind to like, have communication with him. I would (Inaudible) on my way back there and like joke around with everybody. But today I didn't get a chance to, uh, so. I didn't have like no contact with him to that point.

Baker — But he, you said he, he's, he jokes with you and. . .

Ramsey — Uh-hum. Yeah. He's complete. Never had not a one problem out of him. At all.

Baker — Is this somethin' that, that he's never mentioned before or would you have ever thought he would've done this?

Ramsey | No. Not with the all . . . I never heard him say anything about it. I never heard him threaten his life. Anybody else. Like I said, when I'm around I guess our rapport's, so, it was good rapport. But when I'm around him, I, I never not one incident with him. He's always smilin', laughs, thumbs-up all the time. He always gives me the thumbs-up. Everything he does. That's what I remember about him.

Baker | So the, this kind of shocked you?

Ramsey | It did! It actually did 'cause I wanna. . . Skaggs came and said somebody back there hangin'. I did not expect it to be Mr. Hindi. Did not.

Baker | I may have asked you this.

Ramsey | Uh-hum.

Baker | At any time did you hear anybody say that he had a pulse or um, they could feel a pulse whether it be the nurses or EMS, Fire. Did you ever hear anything like that?

Ramsey | They did not. I didn't. I was focused on like what was goin' on. I. . . it. . . a lot of it was on, there was a lot of people back there and it was strange that I didn't hear none of it. Just basically focused and seein' if he moved. That was the main thing.

Baker | And you never saw that?

Ramsey | Never saw him move.

Baker | After they. . . EMS took him out of the cell. . .

Ramsey | Uh-hum.

Baker | . . . and they transported him, what'd you do after that?

Ramsey | I went with him. I was the one supplyin' oxygen. Like somebody had the, the mask on his face. Like pressed air so it's a good seal. And I basically just squeezed the bag. Give air in there. To give air to his body. The whole time. Since. . . when we left his cell 3, got to the elevator. Down on the elevator. All the way through the kitchen. Out to Sally Port into the van. I was the one givin' him air. Or attemptin' to.

Baker | When you all go down and walk through the hall.

Ramsey | Uh-hum.

Baker | Do you usually look into each cell as you're goin' down through?

Ramsey | Yes. Uh-hum. It comes just like second nature.

Baker | When had you been in there. . .had you been in there before that happened?

Ramsey | Have not. Not that day. It was early in the shift and I was still tryin' to get

things settled on my side and when I came in at Control, that's when I seen Skaggs. I wasn't. . . I ain't even been, I ain't even been off the dorms to my side yet.

Baker: Okay. Is there anything, any other questions, anything that I haven't asked you that you can think of that may be beneficial to this case?

Ramsey: Uh-uh.

Baker: Any other details? Things that you might've seen or heard?

Ramsey: No. I was the second one in. I. . . nothin' from that point when we, I mean, I didn't. . . like I said, it was a shock to me. So. And like, it was like prepped or anybody said anything. Like somebody back there doin'. I just heard somebody's back there hangin' and I went. And for me goin' to that cell first time that day until they, we left, that was my only interaction, only thing I heard from him. I didn't hear nothin' from my work aid. I didn't hear nothin' from anybody else but Skaggs tellin' me when we went back there.

Baker: Did inmate Hindi have uh, a good relationship or um, with, with all the Correction Officers on, on, that work that area?

Ramsey: Uh, that worked there. I, I would say yeah. I haven't heard of anything of him havin' a problem with anybody. See, he was, he was a easy guy. He was a real easy guy. Always smilin' and never, never caused a problem. I don't remember him havin' a problem with anybody that comes to mind. (Inaudible) that's on that floor.

Baker: And the way the cells operate. . .

Ramsey: Uh-hum.

Baker: There's a. . . no way that anyone could have gotten into the cell with him unless they had a key and had released and opened the cell door.

Ramsey: Absolutely.

Baker: So, the work aid that walks back and forth.

Ramsey: Uh-hum.

Baker: Don't. . . they do not have access to get in those cells.

Ramsey: No.

Baker: Okay. Um, I don't have any other questions. Like I said, is there anything else that you wanna add to the statement before we conclude?

Ramsey: No. With my involvement, that's all I can. . . I went through it a lot in my head. Over and over. Just to make sure I wasn't missin' nothin' but that's everything.

| | |
|---|---|
| Baker | Okay. |
| Ramsey | On my end. |
| Baker | Uh, with that is everything that you told me the truth to the best of your knowledge? |
| Ramsey | Absolutely. |
| Baker | Okay.  We will conclude this statement.  The time is 11:10 p.m. |

END OF
STATEMENT

PIU

Case#13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 9:56 pm hours.

This is an interview with OFC GEORGE SANDERS (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON LMDC

Present during this interview is; SGT. K. TAYLOR (PIU)

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes.
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☑ What is your work telephone number? —
- Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, GEORGE SANDERS, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X George Sanders (signature) 10-19-13 2202

Signature Date Time

Witness signature Date Time

Subscribed and sworn to me by OFC GEORGE SANDERS

This 19th day of OCTOBER, 2013

(signature)

Notary Public, State at Large

KEVIN L. TAYLOR Notary ID# 451725
Notary Public, State at Large, KY
My commission expires Sept. 21, 2015

My Commission Expires

October 19, 2013

Taylor — Okay. This is Kevin. . . Sergeant Kevin Taylor of the Louisville Metro Police Department's Public Integrity Unit. Uh, this is gonna be an official statement. Case #13-072. Today's date is 10-19 of 2013. The time is gonna be 9:56 p.m. This is gonna be uh, an interview Officer George Sanders of, uh, Louisville Metro Division of Corrections. Our location is gonna be 600 West Jefferson at the PSU Offices of Metro Corrections. Uh, present durin' this interview is myself, Sergeant Kevin Taylor of Public Integrity. Um, Officer Sanders are you aware this interview is being audio recorded?

Sanders — Yes.

Taylor — Has anyone threatened you in order to obtain this interview?

Sanders — No.

Taylor — Are you giving this interview of your own free will?

Sanders — Yes.

Taylor — Please state your full name and spell your last name.

Sanders — Uh, George Sanders. Uh, my last name is S-A-N-D-E-R-S.

Taylor — And what is your date of birth?

Sanders — [redacted]

Taylor — State your home address including the ZIP code.

Sanders — [redacted]

Taylor — And is this same as your mailing address?

Sanders — Yes.

Taylor — Okay. State you home number and area code.

Sanders — Uh, area code i[redacted]

Taylor — State you mobile or alternate number.

Sanders — Uh, cell number i[redacted]

Taylor — Are you currently employed?

Sanders — Yes.

Taylor — State your employer and the position you hold there.

Sanders — Um, I work at Louisville Metro Department of Corrections. Um, I'm a Floor

| | |
|---|---|
| | Officer. |
| Taylor | Uh, what is your work number there? |
| Sanders | Uh, work number, my badge number? |
| Taylor | Uh, the phone number to the Corrections. |
| Sanders | Shoot I haven't. . . (Chuckles) |
| Taylor | Okay. |
| Sanders | Uh, I, I might have it wrote down somewhere. (Laughs) I'm sorry. |
| Taylor | Okay. That's okay. I mean, these (Inaudible) I'm askin', are you employed? |
| Sanders | Okay. |
| Taylor | I mean, I know that. But yeah. It's just like a set of questions that's on this sheet here. |
| Sanders | I understand. |
| Taylor | Are you aware the following interview will be a sworn statement? |
| Sanders | Yes. |
| Taylor | Okay. Please raise your right hand? Do you, George Sanders, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God? |
| Sanders | Yes. |
| Taylor | Okay. I just need your signature right there wh[illegible]ade an 'x'. Signature, date and time. And we can begin. |
| Sanders | Today's 9th? |
| Taylor | 19th. |
| Sanders | Been writin' it all day. Time is 22:00 hours. (Inaudible). My signature right here? |
| Taylor | Yeah. That's it. You got it. You do. |
| Sanders | Okay. |
| Taylor | That's it. |
| Sanders | That's it. There ya go[illegible] |
| Taylor | All right. Okay. Officer Sanders, um, we're here investigatin', uh, uh, an in-custody death that occurred at Metro Corrections tonight. Um, just in your own words could you just explain, um, how you became involved with the incident? |

Sanders Um, I was comin' from, uh, South 1. I just got done talkin' with some inmates over there. I was comin' down the hallway that leads from, from South 1. The hallway that goes to North 1. And I heard, um, Officer Skaggs holler for Officer Ramsey and I come round the corner and Officer Skaggs motioned to me to go to one of the cells. I didn't which cell he was open, at the time. And I saw the door open and really didn't was goin' into. Until I got in there.

Taylor Wow.

Sanders And uh, and it just all took, everything just took over. You know, I just grabbed him.

Taylor Uh-hum.

Sanders . . . and lifted up on, uh, Mr. Hindi. I grabbed him immediately and just picked up on him. And uh, Officer Skaggs was just tryin' to pull it off of this, you know, his, uh, over the top of his head. Which he had a hard time at first.

Taylor Uh-hum.

Sanders And uh, Officer Ramsey went to get, uh, scissors to cut it and I was just holdin' him. And that's, I mean, that, that's it. That's pretty much as quick. . .that's just. . . I mean, it. . . a blink of eye of how quick it happened.

Taylor Okay. Do you know who first, uh, found, uh, Mr. Hindi?

Sanders Um, it was my understanding and uh, that the inmate walked by. A inmate that was doin' a 101.

Taylor Uh-hum.

Sanders Um, said somethin' to uh, Officer Skaggs. Hey, you have a guy apparently is tryin' to hang himself or somethin' to that matter. I'm really not sure. 'Cause I. . .

Taylor Okay.

Sanders But, you know, that's all I really know.

Taylor Okay. When, when you first, uh, entered the cell, um, do you remember which face, which, which direction he was facing?

Sanders He was facing the. . . away from us. He had his back to the door.

Taylor So his back was to the door?

Sanders Right. It looked, it looked like he was kneeling.

Taylor It did?

Sanders Yeah.

Taylor Okay. Could you tell . . . were, were his knees on the ground?

Sanders I couldn't tell. I didn't even look.

| | |
|---|---|
| Taylor | Or touching? |
| Sanders | To be honest with you. I just immediately went to grab him. That's it. |
| Taylor | Okay. All right. So, let's see you grabbed him to. . . I guess in an attempt to kinda hold him up. |
| Sanders | I've just. . . yeah. I literally picked . . . |
| Taylor | Uh, uh, you (Inaudible) while the officer did the. . . |
| Sanders | I had him picked up. I picked his whole entire body up. And his head, his head fell back and landed on my shoulder right here and then he went limp this way and I just pulled him back and then Skaggs was, Officer Skaggs is right there, you know, with me the whole time. That's how quick it all, it all happened. |
| Taylor | Okay. Um, at any time during that, uh, period did, did it appear that he was conscious or unconscious? |
| Sanders | I don't know. He, uh, he was unconscious. I'm almost positive he was unconscious. He was limp. |
| Taylor | Okay. Um, once it's removed, uh, what happened next? Once, once. . . |
| Sanders | I let him down on the floor and laid him back. |
| Taylor | Okay. |
| Sanders | And we. . . I checked, I checked his vitals. I che, I checked his neck. |
| Taylor | Okay. |
| Sanders | I was, I was still (Inaudible) a pulse. I could find one. And then everything just started happenin' so fast. |
| Taylor | Okay. |
| Sanders | At that point. |
| Taylor | Um, who administered CPR? |
| Sanders | We all started workin' on him. |
| Taylor | Okay. But can you give me who all was assisting (Inaudible)? |
| Sanders | Oh. That (Inaudible) me, um, Officer Skaggs, Officer Ramsey. Shortly after that, the nurse showed up and we all would just started workin' on him. Uh, we put the breath, um, the mask on his face. Um, Skaggs started doin' uh, chest compressions. I was to his. . . squeezin' of the bag. |
| Taylor | Who was the nurse? |
| Sanders | Oh, I can't remember her name. I can't remember none of the nurses names |

Taylor Can you describe her to me? What does she look like?

Sanders Uh, short black lady. Probably in her late 30's. She, she was right there with us. She was helpin' us.

Taylor Could it have been Malone? The name ring a bell?

Sanders I don't know. I don't have any idea.

Taylor Okay.

Sanders I didn't. . .

Taylor So durin' the, durin' the course of CPR, you guys were takin', were probably takin'. . . doin' a rotation. Um. . .

Sanders Well, um, yeah, um, I was, I was doin' the, uh, bag. My hands, my forearms started crampin'.

Taylor Yeah.

Sanders Okay. And I was doin' it and I said, hey, I need somebody to take the bag. And I think it was Ramsey. I'm not sure.

Taylor Okay.

Sanders I, I don't know who relieved me and at that point, then I just slid over and held the mask over his mouth and his nose.

Taylor Okay.

Sanders And uh, and I did that for a little while. I don't' know how long. And I had my legs underneath me.

Taylor Uh-hum.

Sanders Squattin' down on my legs. It was cramped right there. And my legs went to sleep. Okay. And I started crampin' up.

Taylor Yeah.

Sanders I was in a lot of pain at the time. And I said somebody's gotta hold this mask. I gotta get up.

Taylor Right.

Sanders And then somebody else jumped in. I'm not even sure who jumped in at that point.

Taylor Okay.

Sanders I don't even. . .I didn't even look at anybody's faces. I was just, you know, lookin', you know, Mr. Hindi. I was just tryin', you know, (Inaudible) all tryin' to get it together, sort to speak.

| | |
|---|---|
| Taylor | So, any time during, uh, the CPR, did it appear that you guys might've been able to revive him. Did you see any signs of. . .? |
| Sanders | I don't, I really don't, I don't really don't know. I thought we did at one time. |
| Taylor | (Inaudible). |
| Sanders | 'Cause I saw, I saw his jaw move and his tongue move. |
| Taylor | Really? |
| Sanders | And I, and I hollered out. I said, hey, he's movin' his tongue. He's movin' his tongue. But I don't know if, I don't know if that was, you know, I'm right there in his face. Holdin' it, right? |
| Taylor | Right. |
| Sanders | You follow me? You understand what I'm sayin'? |
| Taylor | Yeah. |
| Sanders | And uh, and I just, probably just blurted it out just out of, you know. Okay, cool. You know, we're gettin' somewhere with this. |
| Taylor | Yeah. |
| Sanders | You know, it's pretty crazy. It was kinda, it was. . . We were, you know and Skaggs was doin' chest compressions. He was workin' his butt off. The nurse was doin' chest compressions. Skaggs was doin' chest compressions and I. . . somebody else jumped in. I, I. . . one of the Sergeants jumped in at that point, I believe. |
| Taylor | Okay. Um, do you normally like do the same job every day or does every day you end up you could be doin' somethin' different? Just in terms of . . . |
| Sanders | On a given week, I might work on the, on the, in the old jail. H5. I might be over there three days a week and I might be somewhere else two days a week. |
| Taylor | So, were you one of the officers on that floor? |
| Sanders | Yes. |
| Taylor | Okay. |
| Sanders | I was assigned to that floor that day. |
| Taylor | Okay. Explain to me how the, how the, you know, the jail works in terms of, you know, an inmate that's inside, um, a single cell. |
| Sanders | Okay. |
| Taylor | Um, how does it work in terms of, um. . . Would anyone have access to enter his cell? |
| Sanders | No. It would be impossible. |

Taylor Is that even possible?

Sanders No. It'd be impossible.

Taylor Not possible? Okay.

Sanders It's not possible, no. That... no. Those doors when they're locked, their logged.

Taylor Okay. And can you explain to me what's the process for, for opening a door? For any cell.

Sanders You have to... okay. At the end, at the end of the halls, um, there's a box.

Taylor Uh-hum.

Sanders (Inaudible) box. And it takes a certain key to open that lock.

Taylor Okay.

Sanders Okay. You turn the lock and then you grab the handle and you push down and pull out at the same time.

Taylor Okay.

Sanders And that's where the control panel is to open the doors.

Taylor Okay.

Sanders And it would... somebody would have to do that to open a door up and down that walk. Right there.

Taylor So, um in addition to the work aide, uh, do you guys periodically walk up and down to check on the inmates?

Sanders Yeah. Absolutely.

Taylor Um, did you do that today?

Sanders Yes.

Taylor Uh...

Sanders Actually, I, I, I saw Mr. Hindi at probably, probably round 10 after, 15 after, sitting on his rack. I was doin' my count. I was goin' through, you know, we have to do our count to begin our shift.

Taylor 10 after what?

Sanders I'm gonna say at 10 to 15 after three. That's the beginning of the shift.

Taylor Okay. And you say he was doin' what?

Sanders He was sitting on his, on his bed. And then I saw him again be... later. A little while later. I think he was, I, I'm almost positive he was still sitting on his bed, at that time. You know, you walk by and you catch... you know, you

| | |
|---|---|
| | glance, you, you're walkin', you glance. You keep goin'. |
| Taylor | Right. |
| Sanders | You know, you really study what, what they're doin' per se. |
| Taylor | Right. So, at any time, did they, did anything about, um, Mr. Hindi's behavior seem different? |
| Sanders | No. He was very quiet. He didn't, he didn't say much to anybody. |
| Taylor | (Inaudible) normally (Inaudible)? |
| Sanders | Yeah. He was very polite to all of us. |
| Taylor | Really? |
| Sanders | Yeah. I never had a lick of trouble with him. |
| Taylor | Okay. |
| Sanders | No. Absolutely not. He was, he was always, you know, Mr. Hindi you want your (Inaudible) out. Yes please, da, you know. No. He was very polite to us. We never had an trouble with him. |
| Taylor | Okay. Um, is there anything else you'd like to add to your statement before we conclude? |
| Sanders | No. That's it. |
| Taylor | Okay. All right. Well, the time now is, uh, 10:09 p.m. and that will conclude this statement. |

END OF STATEMENT

PIU

File #13-072/pm

LMDC-OFC



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: 13-072

Today's date is _10/19/13_          The time is _8:12 pm_ hours.

This is an interview with OFC. _RAMON D. SKAGGS_          (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: _1000 W. JEFFERSON St. (LMDC)_

Present during this interview is;

_SGt. K. TAYLOR    (PIU)_
_SGt. M. BAKER    (PIU)_

(Title)                                        (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address ▓▓▓▓
Q7  ☑ State your home telephone number with the area code. ▓▓▓▓
Q8  ☑ State your mobile and an alternate phone number with area codes. ▓▓▓▓
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there. _LMDC Corr. Offcer_
Q11 ☐ What is your work telephone number? ▓▓▓▓
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _RAMON SKAGGS_, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_Ramon Skaggs_                    _10/19/13_       _8:13 pm_
Signature                          Date              Time

_Kim L. Taylor_                    _10/19/13_       _8:30 pm_
Witness signature                  Date              Time

Subscribed and sworn to me by   OFC. _RAMON SKAGGS_

This _19th_ day of _October_, 2013

_Malinda B_
Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903

My Commission Expires

Conclude _2043 hrs_

GB003547

October 19, 2013

Baker — This is Sergeant Mindy Baker with Louisville Metro Police Department's Public Integrity Unit. This is official statement. Case number is 13-072. Today's date is October 19th, 2013 and the time is 20:12. This is an interview with Ray, Raymond Skaggs. This interview is being conducted at 600 West Jefferson in Corrections. Present during this interview is myself and Sergeant Kevin Taylor and Officer Raymond Skaggs. Officer Skaggs, are you aware this interview is being audio recorded?

Skaggs — Yes.

Baker — Has anyone threatened you in order to obtain this interview?

Skaggs — No.

Baker — Are you giving this interview of your own free will?

Skaggs — Yes.

Baker — Please state your full name and spell your last name.

Skaggs — Ramone Dominic Skaggs. S-K-A-G-G-S.

Baker — State your home address including the ZIP code.

Skaggs — [redacted]

Baker — Is this the same as your mailing address?

Skaggs — Yes.

Baker — State your home telephone number with the area code if you have one?

Skaggs — [redacted]

Baker — Do you have a mobile number?

Skaggs — Yes.

Baker — What's that with the area code?

Skaggs — [redacted]

Baker — Are you employed?

Skaggs — Yes.

Baker — State your employer and the position you hold there.

Skaggs — LMDC and a Wing Officer.

Baker Your work number.

Skaggs Uh, my work number would probably be the jail. Probably uh, 502-574-7508.

Baker Are you aware the following interview will be a sworn statement?

Skaggs Yes.

Baker Please raise your right hand. Do you, Ramone Skaggs, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Skaggs I do.

Baker Is Raymond?

Skaggs Ramone.

Baker Ramone. Okay. Have you sign here. Thank you.

Skaggs Your welcome.

Baker Regarding the incident tonight, just start out with where you were assigned and tell me, you know, what happened.

Skaggs I'm assigned to H5 East. Uh, me and Officer Sanders. At about approximately, 15:55, uh, my one-on-one worker, inmate Allen Myers, came to me and told me that uh, inmate in Cell #3 was hanging his self. So after that. . . at that point when he told me, I went to Cell 3, North 1, Cell 3 and I seen inmate Hindi hanging himself. So I ran and told um, Officer Ramsey to come assist me. At that point I opened his door. Officer Ramsey, Officer Sanders and I ran into the dorm. In his cell. Excuse me. And uh, we attempted to pick him up and try to take the ,uh, the sheet off his neck. At that point, we couldn't get it off. Officer, Officer Ramsey exit the cell to get the 'Knife of Life'. I got on his bunk. Actually, I pulled the sheet enough to loosen it enough to actually take it off his head, at that point. Officer Sanders and I laid him on the ground . I kept sayin' his name. Hindi, Hindi, Hindi. He wasn't respondin'. So I put, uh. . . I checked his pulse. No pulse. So I put uh, a blanket under his head and Officer Ramsey kept givin' him a couple of sternum rubs. I kept sayin', Hindi, Hindi and gettin' no response. At that point, um, Nurse Malone came to the scene and uh, she checked his pulse. She didn't get a pulse, so, she said we needed to to do CPR. At that point, an officer actually brought the little bag in a[illegible] Officer Ramsey was squeezin' the bag over his face and she, uh, Nurse [illegible] actually doin' CPR on him. And I stood back until she needed someone to assist her. At that point, I think, 3 or 4 minutes after she doin' compressions, I took over and started doin' compressions. As she, as she, as she told me to. Did compressions for about 3 or 4 minutes and uh, at that point, other officers started comin' in. And then Sergeant Gibson came in and he took over for me and I exited the

cell.

Baker What'd you do after you exited the cell?

Skaggs Well, I, I just... Lieutenant uh, Lieutenant Gilbert told me to exit the cell 'cause I was actually soaked. When I, when I was sweatin' a whole lot 'cause I was doin' compressions for 4 or 5 minutes. It's a long time and uh, I just cooled off at the Officer's Station. And then at that point, he told me to actually walk around. Do some rounds. To make sure everyone in the, on the East Wing wasn't actin' silly.

Baker Okay. Do you remember the, when the last time... Did you actually see, uh, the inmate Hindi in 3, did you see him durin' the day? Before this happened?

Skaggs Yeah. He was sittin' on his bunk. He was fine.

Baker Do you remember when it was you saw him before this happened?

Skaggs Uh, well, I left, uh, around... I can say approximately 15:40, 15:42ish. That's when I walked out of the dorm. Out the east side wing. And then at 15:55 that's when, uh, the inmate came to me and told me.

Baker Were you one of the last ones...? Do you all check them periodically or have to look at 'em with the sheets? How does that work?

Skaggs Well, the sheets only happen to people who's on levels. So if they have a sheet hangin' up, we have to do, you have to check their sheets every 15 to 20 minutes. But he was an inmate that actually doesn't have a sheet. So, usually whenever I'm hittin' somebody's sheet, I'll check in on all the cells. When I walk past. But in North 1 is where he's at, so, I would have to go back and forth. That's where the officers section is. So, we have to go back and forth all the time. So every time I walk past, since his cell's always close... always check them cells anyway.

Baker So, you had seen him last sittin' on the bed at around 15:42?

Skaggs Yeah. He was fine.

Baker Is that when you also checked the cell 2 of which is, had a sheet on it?

Skaggs Yes ma'am. The thing that uh, I think if I'm right, at 15:35 was the last time we actually hit that sheet. Uh, if I think I'm right. 15:35 was the last... cell 2 sheet.

Baker But you probably saw him more around 15:42?

Skaggs Yeah.

Baker Hour.

Skaggs Hm?

| | |
|---|---|
| Baker | Did he say anything to ya at all today? |
| Skaggs | Naw. He ain't talked to me once today. I was shocked. 'Cause he usually always says, you know, I talk. . . When I'm back there. . . I'm usually on the West Wing. But usually, when I come to (Inaudible) he usually talkin'. But he didn't say anything today. |
| Baker | Had he been acting odd lately? Any. . . |
| Skaggs | I'm not for sure. 'Cause usually I'm on the West, so. Today was the first time I'm on East in probably a couple of weeks. |
| Baker | Okay. Did you ever hear any of the other inmates say anything about him or. . . |
| Skaggs | No ma'am. |
| Baker | . . . him actin' odd today? |
| Skaggs | No ma'am. |
| Baker | Sergeant Taylor. |
| Taylor | You said that, uh, he normally talks to ya. What type of things does he normally talk to you about? |
| Baker | Uh, basically, he don't really talk to me a whole lot. He'll say, 'How ya doin' Officer Skaggs." "Is chow up?" Stuff like that, but other than that, he doesn't really have a deep conversation. But usually, most the time, he's always prayin'. |
| Taylor | Really? |
| Skaggs | Yeah. |
| Taylor | Okay. Um, did anything about his behavior when you saw him earlier today, seem different or odd? |
| Skaggs | No. Just sittin' on his (Inaudible). He's usually sittin' up or he's layin' down. |
| Taylor | Okay. When, um, I mean, you guys were notified, um, by the aide. What exactly did he say? How'd he describe to you what happened? |
| Skaggs | He came, he came to me and said uh, "Skaggs." He said uh, "Inmate in cell #3 is hangin' himself." I said, are you serious? And he was like, "Yes. I'm serious." And so I that's when I, that's when I ran over there to him. |
| Taylor | Okay. |
| Skaggs | And then, uh, he went back to his pole. Where he was sittin' at and that's when I seen the inmate hangin'. . . Hindi, Hindi hangin' his self. So, like I said, at that point, I said, Officer Ramsey, I need your assistance. And I ran, |

he ran over to me. As soon as that, I opened the door and we all three. Me, Officer Ramsey and Officer Sanders ran to his cell.

Taylor — So, was he face, facing the, facing away from the cell door or facing the cell door (Inaudible) facing one of the walls?

Skaggs — No. He was face. . . no, he was, he was facing, he was facing . . . If you, if you look in the cell, where the bars are at. He's facing like you're lookin', like you were lookin' outside.

Taylor — Oh. So, he was facing. . . so, his. . . when you, when you looked in, you saw his backside?

Skaggs — Yes.

Taylor — Okay.

Skaggs — Look like. . . He looked like he was on his knees 'cause he's so tall but he was on, look like he was on his knees but he had a noose hangin' around his neck and was on his knees.

Taylor — Okay. So, could you tell if his knees were actually touchin' the ground?

Skaggs — That, I'm not for sure.

Taylor — Okay.

Skaggs — But it kinda looked like he was but I'm not really, not for sure.

Taylor — Um, when. . . I guess when you guys first noticed or you know found him in there, what. . . was he. . . did you guys detect like a heartbeat, pulse, anything?

Skaggs — No. Soon as, as soon as we, as soon as I got the, uh, the sheet off his neck, uh, me and Officer Sanders laid him on the ground and uh, immediately Officer Ramsey gave him some sternum rubs and like I said I kept callin' his name. So I took his pulse. I didn't get a pulse of him at all.

Taylor — (Inaudible).

Skaggs — And that's when uh, Nurse Malone stepped in and she said oh we. . . she checked his pulse. Nothin'. She said we need immediately start CPR.

Taylor — Um, can you remember how his, how his, I guess his neck looked? Did you notice anything about his neck that didn't seem normal?

Skaggs — I didn't pay attention to his neck. I just noticed his face was really white.

Taylor — His face was white?

Skaggs — Yeah.

Taylor — Um. . .

| | |
|---|---|
| Skaggs | And his mouth was, his mouth was open. His face was real white. But I didn't pay attention to his neck because I was tryin' to, you know, see. . . tryin' to get him to wake up and also tryin' to listen to Nurse Malone instructions as well. |
| Taylor | I see. Okay. Um, I don't have any further. |
| Baker | You said he was facing the, towards the window. |
| Skaggs | Yes ma'am. |
| Baker | Where the bars are. |
| Skaggs | Yes ma'am. |
| Baker | And his knees were almost to the ground? |
| Skaggs | Yes ma'am. |
| Baker | You say he prays a lot? |
| Skaggs | Well, every time I'm over there, he's always prayin'. Yes. |
| Baker | And when he's prayin', is he, is he usually sittin' on his bed? How's, how's he usually. . . is he on his knees? |
| Skaggs | Well, that I'm not for sure because usually when he's prayin', I don't bother him. I'm at the officer's station. I can just hear him pray. But I don't actually pay like, you know, I don't disturb him when he's prayin'. But he prays, when he prays, he prays loud. |
| Baker | Okay. You ever walk by and see him. . .? |
| Skaggs | No. I've never. No ma'am. |
| Baker | Is there any other questions that we have not asked you, um, as far as, information that you might remember that might be beneficial to this case? |
| Skaggs | No, ma'am. (Inaudible) everything. |
| Baker | Is everything that you've us the truth to the best of your knowledge. |
| Skaggs | Absolutely. |
| Baker | Okay. We will conclude this interview at 20:43 hours. |

END OF STATEMENT

PIU

File #13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13.072

Today's date is 10/19/13 The time is 10:35 pm hours.

This is an interview with OFC HENRY SIMMONS (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON LMPC (PSU)

Present during this interview is; SGT. K. TAYLOR (PIU)

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code. [redacted]
- Q8 ☑ State your mobile and an alternate phone number with area codes.
- Q9 ☐ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☐ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, HENRY SIMMONS, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| [signature] | 10-19-13 | 10:40 |
|---|---|---|
| Signature | Date | Time |
| | | |
| Witness signature | Date | Time |

Subscribed and sworn to me by HENRY SIMMONS

This 19th day of OCTOBER, 2013

[signature] Notary Public, State at Large

My Commission Expires

GB003554

LMDC OFC.

# POLICE OFFICER TAPED STATEMENT FORM

## OPENING

This is E. Goins of the Louisville Metro Police Department's Public Integrity Unit.

Today's date is: 10/19/13.

The time is: 1902.

We are present at: 810 Barret Avenue, 4th Floor, in the Public Integrity Office.

**Other Location:** 400 S. Jackson

This will be a taped statement from Officer Richardson Stimphil.

This statement is in reference to PIU case # 13-072.

Present with me are Officer:__________________,Attorney:______________________, and Lt./Sgt. ________________________ of the Public Integrity Unit.

Officer, are you aware that this statement is being video and audio taped?

Does this meet with your approval?

## BACKGROUND INFORMATION ON OFFICER

Officer, please state your full name and spell your last name.

What is your code number?

Where are you currently assigned?

How long have you been in that Unit?

How long have you been on the Department?

Are you under the influence of alcohol, drugs or any other intoxicants at this time? (If so, what are they?)

Are you taking any kind of medication that would affect your judgment or your ability to think clearly?

Did you sustain any injuries during this situation? (If so, please describe.)

Did you receive medical treatment? (If so, where and by whom?)

What type of uniform or clothing were you wearing at the time of this incident?

Do you have the same uniform or clothing on right now?

**RIGHTS WAIVER**

Because of the statutory requirements of KRS 15.520, I am obligated to advise you of your constitutional rights prior to asking any further questions. Obtain rights waiver.

**START THE STATEMENT/INTERVIEW**

**ENDING THE STATEMENT**

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time now is: 1911

LMDC - SGT

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 19, 2013 The time is 2157 hours.

This is an interview with Sgt Phillip Summers (R/S)

This interview is being conducted at:

- [ ] Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204
- [x] Other Location: 600 W. JEFFERSON ST. (LMDC)

Present during this interview is; Myself, Sgt Summers, +

(Title) (Name)

- Q1 [x] Are you aware this interview is being audio and/or ~~video~~ recorded?
- Q2 [x] Has anyone threatened you in order to obtain this interview?
- Q3 [x] Are you giving this interview of your own free will?
- Q4 [x] Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 [x] State your home address including the zip code. [redacted]
- Q6 [x] Is this the same as your mailing address? (If no) Mailing address? [redacted]
- Q7 [x] State your home telephone number with the area code. [redacted]
- Q8 [x] State your mobile and an alternate phone number with area codes. [redacted]
- Q9 [x] Are you employed?
- Q10 [x] State your employer and the position you hold there. LMDC Sgt Dayshift
- Q11 [x] What is your work telephone number? [redacted]
- Q12 [x] Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Phillip Summers, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| [signature] | 10/19/13 | 2159 |
|---|---|---|
| Signature | Date | Time |
| | / | — |
| Witness signature | Date | Time |

Subscribed and sworn to me by Phillip Summers

This 19th day of OCTOBER, 2013

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903

Malinda Baker
Notary Public, State at Large — My Commission Expires

GB003557

Conclude - 10:12pm

October 19, 2013

Baker — This is Sergeant Mindy Baker of the Louisville Metro Police Department's Public Integrity Unit. This is official statement. Case number is 13-072. Today's date is October 19th, 2013 and the time is 21:57 hours. This will be an interview with Sergeant Phillip Summers. And is being conducted at 600 West Jefferson Street at the Department of Corrections. Present during this interview is myself and Sergeant Summers. Sergeant Summers, are you aware this interview is being audio recorded?

Summers — Yes.

Baker — Has anyone threatened you in order to obtain this interview?

Summers — No.

Baker — Are you giving this interview of your own free will?

Summers — Yes.

Baker — Please state your full name and spell your last name.

Summers — Phillip Summers. S-U-M-M-E-R-S.

Baker — What is your date of birth?

Summers — [redacted]

Baker — State your home address including the ZIP code.

Summers — [redacted]

Baker — Is this the same as your mailing address?

Summers — Correct.

Baker — State your home telephone number with the area code, if you have one.

Summers — [redacted]

Baker — State your mobile and an alternative uh, phone number. An alternate phone number with the area codes.

Summers — [redacted]

Baker — Are you employed?

Summers — Yes.

Baker — State your employer and the position you hold there.

Summers — Louisville Metro Department of Corrections. Um, I'm a Day-Shift Supervisor. Sergeant.

Baker — Work telephone number.

Summers — 574-2167.

Baker — Are you aware the following interview will be a sworn statement?

Summers — Yes, I am.

Baker — Please raise your right hand. Do you, Phillip Summers, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Summers — Yes ma'am.

Baker — I need you to sign right here. And (Inaudible) the date and the time.

Summers — Sorry.

Baker — That's okay. 21:59. All right. Thank you. Um, the incident that occurred today, if you'll just explain to me in your own words, um, what you saw, what happened and how you were involved.

Summers — Um, as I stated, I'm on day-shift but I signed up for volunteer overtime. I was assigned to the 6th floor. So, after the day-shift I was standin' outside of the main jail complex. Um, talkin' to a Lieutenant from first shift when I heard Sergeant Hornback come over the radio approximately 16:00, stating that he needed additional medical personnel on H5 East. So, I started walkin' that way, uh, due to the fact that, um, I'm a Sergeant [redacted]floor above him. Plus, he's a fairly new Sergeant. So, I was gonna try to help him out as much as possible. Um, as I was makin' my way into the front door of the Hall of Ju[redacted]g that they had begun CPR. So I actually started running to the scene to see if I could help. When I arrived I got on the H5 East. Um, there were officers as well as one nurse in the cell at that time, already administering CPR. Um, I noticed that there were work aides that were still inmates. They were still um, out on the walk. I instructed, uh, Wing Officers that were standin' there to go ahead and lock the floor down. Put all those inmates up. Ur[redacted]e of my officers from H6 post up outside of uh, the door leading into the East Walk on H5 and instructed him to take notes of any person entering or exiting H5 East and what time they did so. Um, I also instructed him to... no one except for Sergeants or above or medical staff was to come to t[redacted]to the fact that there was already enough people over there. I then returned back to Five East. Uh, entered the cell and I'm not sure if it was Officer Sanders or Officer Forbes, but one of 'em was holding the mask on inmate Hindi's face. Tryin' to create a barrier so that they could get oxygen in. And uh, I asked if they needed to be relieved. They said yes. So I took over that spot. Um, continued to, to hold

that position until uh, I believe it was Louisville Fire and Rescue arrived first. They didn't actually take over the CPR but they did start assessing, uh, inmate Hindi. Um, EMS then arrived. They were also assessing him and uh, several of them entered the cell. One of them actually gave me an oxygen mask to take the place of the manual oxygen mask. So, I replaced that. Uh, actually that was one of our nurses that did that before EMS actually entered the cell. So, I continued to hold my position, uh, until EMS entered the cell and then they actually took over my position, uh, tryin' to get, uh, an IV and stuff (Inaudible) inserted. I then exited the cell. Knew that we had, we're gonna have to have officers, uh, go on the, go on the, uh, emergency run with the inmate. So, I coordinated with the Booking Floor Sergeant. We actually sent 2. . . assigned 2 officers to go, go. Due to the fact of him bein' a high profile inmate. Uh, having a extensive or excessive, uh, bond amount even in his, you know, condition. So, um, those 2 officers were contacted. They were told that they needed to get their weapons and immediately, uh, report over to the old Sally Port. Um, I also tried to coordinate, uh, other things such as havin' an officer go get a security set to hand off to the officers goin' to. . . on the hospital run. Um, once everybody, uh, left the floor, we escorted EMS down to the ambulance. Helped them load, uh, the stretcher with inmate Hindi on it. Our officers were loaded in. As they, as they left, I instructed one of the officers from H5 or from a different floor. . . actually, it was Officer Warden. I instructed him to go back to H5 to get the cam, uh, digital camera. To open the door to the cell but do not enter. Take pictures of, of the cell. I also instruct him to get all the medical equipment and secure that in the Control Room. Um, and I believe then the last thing I did, uh, the observation sheets that were on the cells, on the East Walk, there was uh, I'm not sure how many total there were but there was some suicide observation sheets on certain inmates cells as well as some that were just medical. I had them go ahead and pull those and make copies of 'em. Just for reference to see what time that the officers had actually made rounds. Uh, the copies of those were made and I actually took those myself, uh, to the Lieutenant's office and handed those over to Lieutenant Gilbert. Uh, I then returned back to H5 to see if Sergeant Hornback needed anything else. Um, at that time, he was doin' everything that he needed to be doin' as far as report and all that. So, I actually left the floor to go check on my floor and that's pretty much it with the incident.

Baker — Okay. Who was the officer that you had takin' notes that you had stationed outside?

Summers — Officer Cooper. I will say that he's a, he is a brand new officer. Um, at the end of the incident, I asked to see his notes and they were pretty vague. They weren't any. . . and I know that Officer Bullard was, was also takin' notes. So, I looked at hers and I actually told her she took very good notes.

Baker — Uh-hum.

| | |
|---|---|
| Summers | So. We actually had 2 different people takin' 'em. And I made sure that both of those copies got to, uh, Sergeant Hornback. |
| Baker | Okay. |
| Summers | Since it was his floor. |
| Baker | Did her notes have everything on there and more than what his had? |
| Summers | Yes. Absolutely. |
| Baker | There wasn't anything on his that needed to be added to that? |
| Summers | No. No. |
| Baker | Okay. When you arrived in there, in the cell, was there... did you ever hear anything about there being a pulse? |
| Summers | I asked a couple of times was there a pulse. I believe the Medical Nurse said that she could only... I kept hearin' the word 10. That, that's all she could, she could get was 10. Basically 10 heart beats a minute. And then I heard her say that normal was between 60 and 100. |
| Baker | Was there ever, um, is it a AED or uh...where they used to shock...? Was that in there? |
| Summers | It was never... Not until EMS was there. I believe it was EMS. It was either Fire or EMS who brought it in. We did not actually have our own in there. |
| Baker | Did it, did it work? Did they use it? |
| Summers | They did hook it up and it advised 'No Shock'. |
| Baker | Okay. How long have you been on? Corrections? |
| Summers | Uh, 7 years. |
| Baker | In 7 years have you dealt with something like this before? |
| Summers | Yes. |
| Baker | Um, what'd it seem like to you when you walked in? Did he appear to be like he'd been there awhile or he was already...? |
| Summers | It, it was really hard to tell because even, you know, holding the mask on his face, he didn't appear very cold. He was still, you know, quite warm and at one time while holding the mask on, I actually thought he, I thought he was kinda movin' his head a little bit. But I'm not sure if that was from, you know, the motion of, of, of the chest compressions or what. But, uh, I noticed that his hands were, were white and they, you know, the longer it went, the colder he got. But... you know, seein', you know, I was involved in a, in another incident and soon as the guy fell to the ground and we started CPR, I mean, he was purple and blue just like that. So. It's hard for me to say how long he had |

actually, you know, been, been sitting there. Uh, one other thing I will say that I forgot to add was, um, when I took the observation sheets to Lieutenant Gilbert, I was talkin' to him about the DVR on the camera. So, I went down to main control and I pulled that up. And I noticed that the work aide who actually alerted the officers, went and stood in front of the cell and I counted. . .I, I watched the time elapse. It was somewhere around 20 to 22 seconds. I'm not sure if he was tryin' to. . . You can't. . . there's no audio.

Baker — Uh-hum.

Summers — It's only video and it's from the other end of the hallway pointin' that way. So, I couldn't tell if he was actually havin' a conversation with him. Maybe tryin' to talk him out of what he was doin' and then when he saw him actually do it, is when he. . . he didn't run out of the walk, walkway. He walked, you know, at a, at a, at a pretty good pace. And I mean, it was less than 10 seconds the officers were there.

Baker — But he was still warm when you were there still.

Summers — When I was there, yes.

Baker — You said Louisville Fire arrived first and they were assessing him and then EMS were assessing him. What were they saying as far as their assessment? Did you hear that?

Summers — You really, I really couldn't get a good grasp on. . . I mean they were tryin' different things. Now, when I came out of the cell, I know that they inserted an IV into his leg. Um, before I came out they put, put the AED on him. It. . . like I said, it advised 'No Shock'. Other than that, once I came out of the cell, like I said, I started focusin' on other things that needed to be done in order for them to depart to have the officers ready and stuff. So, I really didn't hear a whole lot of what they were sayin'. Now, when we were escorting them down the elevator, I did ask one of 'em if they. . .if he had a pulse. And one of 'em said, "no." So, I mean. . .

Baker — Who were the nurses that were in there? Do you know them by name?

Summers — Uh, Nurse Malone, Nurse Bertram and Nurse Griffith showed up. But, I don't think she actually was involved. She was just in the hallway and then she exited and I don't remember seein' her again.

Baker — And you've had situations like this before. Was there anything different about this situation that would. . . did everything go according to, you know, the way it should go for the way everybody's trained?

Summers — I mean, it was tough bein' in that small space. I've never had to deal with one in that small of a space. So that was difficult. But the officers that responded, medical that responded, everybody. . . nobody froze. Everybody acted, you know, they fell back on to what they were trained to do and I mean, they

started CPR right away. You know. Were doin' everything they could. They were yellin' his name. Tryin' to, you know, get him to do whatever. I mean, they're inmates but yet, you know, we're responsible for 'em, so. I didn't see anything that was. . . I mean, I think, I think everybody did a good job on what they tried to do to, you know, for as long as they did. You know, tryin' to, tryin' to get him to come back.

Baker: Who were the two officers that you sent with him to escort to the hospital? Do you know their names?

Summers: Officer James and Officer Stimphil. Which is S-T-I-M-P-H-I-L. And also uh. . . now, we only sent those but Sergeant Gibson got in the ambulance and actually went with them.

Baker: Okay. Is there any questions I have not asked you or any other information that you can think of that would be beneficial to this case?

Summers: Not that I know of. I mean, that's pretty much it.

Baker: Is everything that you've told me the truth to the best of your knowledge?

Summers: Yes ma'am.

Baker: Okay. We will now conclude this interview. The time is 10:12 p. m.

END OF STATEMENT

PIU

File #13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 9:15 pm hours.

This is an interview with OFF RYAN TAYLOR LMDC (R/S)

This interview is being conducted at:

- [ ] Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204
- [x] Other Location: 600 W. JEFFERSON (LMDC)

Present during this interview is;

| (Title) | (Name) |
|---|---|
| | SGT. TAYLOR (PIU) |
| | SGT. BAKER |

- Q1 [x] Are you aware this interview is being audio and/or video recorded?
- Q2 [x] Has anyone threatened you in order to obtain this interview?
- Q3 [x] Are you giving this interview of your own free will?
- Q4 [x] Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 [x] State your home address including the zip code.
- Q6 [x] Is this the same as your mailing address? (If no) Mailing address?
- Q7 [x] State your home telephone number with the area code. [redacted]
- Q8 [x] State your mobile and an alternate phone number with area codes.
- Q9 [x] Are you employed?
- Q10 [ ] State your employer and the position you hold there.
- Q11 [ ] What is your work telephone number? [redacted]
- Q12 [ ] Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, RYAN TAYLOR, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| Signature | Date | Time |
|---|---|---|
| * Ryan S Taylor #663 | 10-19-13 | 2119 |

| Witness signature | Date | Time |
|---|---|---|
| Sgt. M. Baker | 10-19-13 | 2120 |

Subscribed and sworn to me by OFF. RYAN TAYLOR.

This 19th day of October, 2013

[signature]
Notary Public, State at Large

KEVIN L. TAYLOR Notary ID# 451725
Notary Public, State at Large, KY
My commission expires Sept. 21, 2015
My Commission Expires

October 19, 2013

| | |
|---|---|
| Sgt. Taylor | This is Sergeant Kevin Taylor of the Louisville Metro Police Department's Public Integrity Unit. Uh, This is gonna be in reference to Case #13-072. Today's date is 10-19 of 2013. The time is 9:15 p.m. This is gonna be an interview with Officer Ryan Taylor of Louisville Metro Division of Corrections and our location is gonna be 600 West Jefferson, uh, in the PSU, PSU offices of Louisville Metro Division of Corrections. Present during this interview is Sergeant Kevin Taylor and Sergeant, um, Mindy Baker. Both of Public Integrity. Officer Taylor, are you aware this interview is being audio recorded? |
| Ofc. Taylor | Yes. |
| Sgt. Taylor | Has anyone threatened you in order to obtain this interview? |
| Ofc. Taylor | No. |
| Sgt. Taylor | Are you giving this interview of your own free will? |
| Ofc. Taylor | Yes. |
| Sgt. Taylor | Please state your full name and spell your last name. |
| Ofc. Taylor | Ryan Scott Taylor. T-A-Y-L-O-R. |
| Sgt. Taylor | And what is your date of birth? |
| Ofc. Taylor | [redacted] |
| Sgt. Taylor | Okay. State your home address including the ZIP code. |
| Ofc. Taylor | [redacted] |
| Sgt. Taylor | Okay. And is this the same as your mailing address? |
| Ofc. Taylor | Yes sir. |
| Sgt. Taylor | Okay. State your telephone number, area code. |
| Ofc. Taylor | [redacted] |
| Sgt. Taylor | Okay. Do you have a mobile or alternate number? |
| Ofc. Taylor | That's the mobile number. That's the only number I have. |
| Sgt. Taylor | Okay. All right and where are you currently employed? |
| Ofc. Taylor | Louisville Metro Department of Corrections. |
| Sgt. Taylor | All right. State the position you hold there. |

Ofc. Taylor Corrections Officer.

Sgt. Taylor And what is your work number?

Ofc. Taylor I don't know. I don't it. . .

Sgt. Taylor Yeah.

Ofc. Taylor . . . um, 5-7. I believe it's 502-574. . . I've got it written down here. (Pause) 502-574-7507.

Sgt. Taylor 7-5-0-7. Okay.

Ofc. Taylor That's the front desk.

Sgt. Taylor Okay. Are you aware the following interview will be a sworn statement?

Ofc. Taylor Yes sir.

Sgt. Taylor Okay. All right. Please raise your right hand? Do you, Ryan Taylor, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Ofc. Taylor Yes sir.

Sgt. Taylor Okay. Just need your signature right here. (Inaudible). Right there.

Ofc. Taylor All right.

Sgt. Taylor Signature, date and time. Okay. All right. Uh, Officer Taylor, um, in your own words just kinda, uh, just start from the beginning how you became involved in this incident and just tell us, you know, in your words what, what happened.

Ofc. Taylor As Officer Ramsey was comin' back to the C[redacted]m on H5.

Sgt. Taylor Uh-hum.

Ofc. Taylor He w[redacted] So, as I'm comin' out. . .as he's comin' out, he's runnin' back toward, uh, um, H5 East and he had the Knife for Life and he was callin' for the Sergeants to come over with him. And at that time I took off followin' him. Saw the body count at the time so, I figured, you know, we need to have this whenever there is something goin' on. [redacted]

Sgt. Taylor Right.

Ofc. Taylor So, I run over to the, uh, that, this. . . the area. I think it's H5 North One, Cell Three and there was already 4 other people. Other officers over there.

Sgt. Taylor Yeah.

Ofc. Taylor And so, at that time, I fig, I knew it had. . . it was crowded. So I stood to the, I stood off. . . a little bit back out of the way. And turned on the camera or the body camera. And basically just recorded the rest of it.

| | |
|---|---|
| Sgt. Taylor | Okay. Um, so, when you first got there, what exactly did you see? I mean, did you see. . .? |
| Ofc. Taylor | I saw, uh, inmate Hindi on the ground. That's all I saw. |
| Sgt. Taylor | Okay. So, they. . . he was already down on the ground. |
| Ofc. Taylor | He was already down on the ground. |
| Sgt. Taylor | Okay. And what were the officers doin' at that time? |
| Ofc. Taylor | They were already doin' chest compressions. |
| Sgt. Taylor | Okay. So, they were administering CPR? |
| Ofc. Taylor | Correct. |
| Sgt. Taylor | Um, can you remember who the officers were that you saw doin' the CPR? |
| Ofc. Taylor | I know there was Officer Skaggs. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | Officer Ramsey, Officer Sanders and I remember them. And then it started gettin' really crowded. So, I couldn't really tell, uh, who else was doin' it. Because. . . and I know that they continued to switch off. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | As it was gettin', as they were doin' it for a while. |
| Sgt. Taylor | Right. |
| Ofc. Taylor | 'Cause they was gettin' tired but I don't know who all was actually doin' it. I do know that them. . . was it 3 or 4. Skaggs, Ramsey, Sanders. I know that they were all over there. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | But that's all I can. . . I know that for sure. |
| Sgt. Taylor | Durin' that time did you see any medical personnel. . . |
| Ofc. Taylor | Yes, uh. . . |
| Sgt. Taylor | . . .involved in the CPR? |
| Ofc. Taylor | Nurse Malone was right behind us. |
| Sgt. Taylor | Nurse Malone. |
| Ofc. Taylor | Yes sir. Soon as she got there, she, she helped with it. She helped out. She jumped right in. |
| Sgt. Taylor | Okay. Um, From what you could see, uh, did he. . . did there appear to be or did you hear anyone say that he might've had a pulse or was breathing or |

| | |
|---|---|
| | anything? |
| Ofc. Taylor | I did hear that uh, there was a possibility of a pulse. |
| Sgt. Taylor | Uh-hum. |
| Ofc. Taylor | And I do know our, our. . . I don't know anything about the AED but I do know that the AED did not administer a shock. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | So, it said no shock needed. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | And that's all I, I know that much. |
| Sgt. Taylor | All right. |
| Ofc. Taylor | I don't know what that means or anything. But, it might've been a pulse but nothing happened. |
| Sgt. Taylor | So, um, you mentioned earlier that you were in possession of the body cam. |
| Ofc. Taylor | Yes sir. |
| Sgt. Taylor | Uh, where exactly is that like placed on the uniform? |
| Ofc. Taylor | Where it was placed on my chest right here. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | But because there was, it was so crowded, I was actually holdin' it up. Usin' it hand held. |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | So, that way I get a better view of what was goin' on. |
| Sgt. Taylor | So, does it pick up, uh, audio and video or is it just video? |
| Ofc. Taylor | I believe it does pick up audio. I'm not 100% sure 'cause I've never seen. . . |
| Sgt. Taylor | Okay. |
| Ofc. Taylor | . . . the video on it. But I believe it does. |
| Sgt. Taylor | Okay. Um, were you there when EMS arrived? |
| Ofc. Taylor | Yes sir. |
| Sgt. Taylor | Okay. Um, is it, is it possible, you know, with, you know. . . just kinda explain how, how your facility works. Is is possible if someone is in a single cell; is it possible for anyone to get inside there without you guys knowin' it? |
| Ofc. Taylor | No. |

Sgt. Taylor — It's not possible?

Ofc. Taylor — Not that I know of.

Sgt. Taylor — Okay.

Ofc. Taylor — We have to have keys to ope, unlock it. Or the uh, Control Room Officer, if you're over in, uh, the new jail complex.

Sgt. Taylor — Uh-hum.

Ofc. Taylor — Or the, uh, (Inaudible) or J1 through J3 to J4.

Sgt. Taylor — Uh-hum.

Ofc. Taylor — Over there you have to have a Control Room Officer to, uh, open the door.

Sgt. Taylor — Okay.

Ofc. Taylor — But over in where we were, H5, H6 you gotta have the keys.

Sgt. Taylor — Okay.

Ofc. Taylor — And then you gotta unlock it.

Sgt. Taylor — Okay. Um, did you know, uh, inmate Hindi? Did you know of him or who he was or (Inaudible)?

Ofc. Taylor — I knew who he was but I been workin' on this floor for several weeks.

Sgt. Taylor — Okay.

Ofc. Taylor — And he's been on this floor for probably 'bout the past month, possibly.

Sgt. Taylor — Uh-hum.

Ofc. Taylor — I don't know when they moved him up, but I do know that he's been on this floor for a while.

Sgt. Taylor — Have you noticed anything about him that would spark any concern?

Ofc. Taylor — No.

Sgt. Taylor — Any difference in the way he was behaving or anything he might've said?

Ofc. Taylor — No.

Sgt. Taylor — Okay. Um, Sergeant Baker, do you have anything?

Baker — What'd you know of inmate Hindi. How'd you. . . what have your interactions been like with him?

Ofc. Taylor — I haven't had any. . . I mean, it's just, they've been professional. Haven' really have any, uh, conversate. . . I don't really talk to 'em too much and uh, he really hadn't. . . he's been, he's been professional back to me. He wasn't really. . . he didn't threaten me or anything like that. Just been professional

| | |
|---|---|
| | both ways. |
| Baker | When you walk by there, when you do work that, that area, what have you noticed about him? What does he (Inaudible)? |
| Ofc. Taylor | I do know he's, I know he's, he prays. He's real quiet. He don't really bother anyone. And uh, I notice he, he sleeps a lot. And so, other than that I don't really know much. |
| Baker | You say he, he prays a lot? |
| Ofc. Taylor | Yeah. He prays ... I don't know how often but I believe he's Muslim, possibly. And so I do know that he had a prayer rug in his cell and so he. . . I know he prays 'cause at times you can hear him prayin' from down the hall. |
| Baker | So he's kinda (Inaudible). |
| Ofc. Taylor | Or down the walk. |
| Baker | Loud? |
| Ofc. Taylor | At times. Yes. |
| Baker | When you've walked by and he's been praying before, had you noticed how he does that? Is, is he. . .? |
| Ofc. Taylor | He tend. . . I know he's on the floor and that's only. . . I, I don't. . . I try not to disturb him. I, I mean, I do due to the security checks. |
| Baker | Uh-hum. |
| Ofc. Taylor | But I try not to disturb him when he's doin' that because I know it's important to him. And so, ever, every once in a while when I'm walkin' by if he's prayin', I'll kinda look in and I've noticed. . . I don't, see I don't know which way that Muslim's face. 'Cause I know they face certain ways each time. And uh, so, I don't know if, um, he's always facin' same direction or if he maybe facin' a different direction each time. But I do notice that he's on the floor. |
| Baker | What, like on his knees? |
| Ofc. Taylor | Yes. |
| Baker | Okay. How long from that. . . the time that you heard, I guess it was commotion goin' on. |
| Ofc. Taylor | Hm. |
| Baker | Um, to when EMS got there. How long do you think all that, um, that time period was? |
| Ofc. Taylor | I wanna say, probably, 7 or 8 minutes. |
| Baker | From the point that this started? |

| | |
|---|---|
| Ofc. Taylor | That when. . . he was con. . . yeah. From . . . Well, from whenever I got over there 'til they arrived, was about 7 or 8 minutes. |
| Baker | But you had gotten there late? |
| Ofc. Taylor | I got there as soon as, uh, I heard. . . Like he was already on the ground when I got there. I don't know how long it'd been. Because I just. . . I went over there soon as I saw a commotion goin'. Tried to do what I could. |
| Baker | But they had already, they had already gotten him off. . . |
| Ofc. Taylor | They already got him off. Yes. |
| Baker | I don't have anything else. Sergeant Taylor, any other questions? |
| Sgt. Taylor | No. Um, did uh, is there anything else you'd like to add to your statement before we conclude here today? |
| Ofc. Taylor | That's it. |
| Sgt. Taylor | All right. The time now is 09:26 p.m. And that will conclude this statement. |

END OF
STATEMENT

PIU

File #13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 1012 pm hours.

This is an interview with OFC. TERRY WARDEN II (R/S) ______

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON LMDC (PSU)

Present during this interview is; SGT. K. TAYLOR (PIU)

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☐ State your home telephone number with the area code. —
- Q8 ☑ State your mobile and an alternate phone number with area codes [redacted]
- Q9 ☐ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☐ What is your work telephone number? [redacted]
- Q12 ☑ Are you aware the following interview [redacted] be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, TERRY WARDEN, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| TERRY WARDEN [signature] | 10-19-13 | 10:12 pm |
|---|---|---|
| Signature | Date | Time |
| ______ | ______ | ______ |
| Witness signature | Date | Time |

Subscribed and sworn to me by OFC. TERRY WARDEN

This 19th day of OCTOBER, 2013

[signature] — Notary Public, State at Large

KEVIN L. TAYLOR Notary ID# 451725
Notary Public, State at Large, KY
My commission expires Sept. 21, 2016

My Commission Expires

LMDC NURSE

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 2253 hours.

This is an interview with Nicole Bertram (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: 400 S. 6th St LMDC

Present during this interview is;

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes.
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☐ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Nicole Bertram, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X [signature] Signature X 10/19/13 Date X 2254 Time

Witness signature Date Time

Subscribed and sworn to me by NICOLE BERTRAM

This 19 day of OCT, 2013

[signature] Notary Public, State at Large

Notary Public, State at Large, KY
My Commission expires July 27, 2016
Notary ID# 471447
My Commission Expires

October 19, 2013

| | |
|---|---|
| Goins | This is Sergeant Ed Goins of the Louisville Metro Police Department's Public Integrity Unit. This is an official statement in regards to Case #13-072. Today's date is October 19th, 2013. The time is 22:53 hours. This is an interview with Nicole Bertram. This interview is being conducted at 400 South 6th Street in the Louisville Metro Department of Corrections Professional Standards Unit office. Miss Bertram, are you aware this interview is being audio recorded? |
| Bertram | Yes. |
| Goins | Has anyone threatened you in order to obtain this interview? |
| Bertram | No. |
| Goins | Are you givin' this interview of your own free will? |
| Bertram | Yes. |
| Goins | Please state, please state your full name and spell your last name. |
| Bertram | Nicole Bertram. B-E-R-T-R-A-M. |
| Goins | And what is your date of birth? |
| Bertram | [redacted] |
| Goins | State your home address including the ZIP code. |
| Bertram | [redacted] |
| Goins | Is this the same as your mailing address? |
| Bertram | Yes. |
| Goins | Please state your home telephone number with area code. |
| Bertram | I don't have a home telephone. |
| Goins | Do you have a cell phone? |
| Bertram | Yes. |
| Goins | Please state your cell phone, uh, with area code. |
| Bertram | [redacted] |
| Goins | Are you employed? |
| Bertram | Yes. |
| Goins | Please state your employer and the position you hold there. |

Bertram — Corizon. And I'm a LPN.

Goins — Are you aware the following interview will be a sworn statement?

Bertram — Yes.

Goins — Please raise your right hand. Do you, Nicole Bertram, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Bertram — Yes.

Goins — Please sign and date. 22:54. All right, Miss Bertram. Were you present this evening, uh, here at Corrections when a medical call came out, uh, concerning an in, uh, concerning an inmate by the name of Mamu Hindi?

Bertram — Yes.

Goins — And did you respond to that call at some point in time?

Bertram — Yes.

Goins — Uh, can you tell me in your own words what you did, what you observed, uh, while on scene at that call?

Bertram — Uh, yes. Uh, upon arrival, uh, to the inmate's, uh, cell, I seen staff performin', uh, CPR. Uh, he was on the floor. Uh, his skin color was pale. Uh, unconscious. His eyes were closed and staff was performin' CPR. Um, I was told to go get, um, an emergency bag. Uh, brought that back and uh, handed a O2 Stat Monitor Machine to my Supervisor Malone. She, uh, applied it to his finger and uh, I just stayed with them until EM[redacted]d and left the building with him. Uh, in case they needed any, you know, other assistance. Other than that, EMS took over.

Goins — Okay. Where were you when the call came out?

Bertram — I was on the 3rd floor.

Goins — Is that your normal area?

Bertram — Yes. In the Triage Room. Doin' Accu-checks.

Goins — And how . . . what. . .did the call come over the radio or was it your cell phone or?

Bertram — Uh, it was, it came over the radio. Um, I heard some, you know, it, goin' over the radio. But, I didn't know what was goin' on. I was in the Triage Room. And then I heard them askin' each other. . .CO's askin' each other if I had left and I was like, no. I'm, I'm still here. [redacted]e that I needed to get over to 5, um, immediately.

Goins — Did they tell ya what, what it was for?

Bertram — No. They just said I needed to go ASAP. Um, Officer, um, Warden, uh, pretty much escorted me over there. We ran over there and as we were runnin'

over to 5, we heard the 300 code. So.

Goins — And what does that mean?

Bertram — Um, death. Possible death. I'm not. . . I just. . .

Goins — Okay.

Bertram — I just know he said, "oh. It's a 300" and you know, we started runnin' faster.

Goins — Okay. So, it took you. . . I'm assuming it took you a few minutes to get from where you were up to, up to 5.

Bertram — Yeah.

Goins — Okay. And once you arrived on, on the 5th floor at, uh, inmate Hindi's cell, what'd you see? What was the first thing you saw when you, you entered that area?

Bertram — Um, I just seen CO's everywhere and as I approached the, you know, the door, I seen him on the floor with my Supervisor and other CO's. They were performin' CPR.

Goins — And your Supervisor is. . .

Bertram — Malone.

Goins — Malone?

Bertram — Uh-hum.

Goins — Okay. So, she was performin' CPR?

Bertram — Yes. She was assistin' with the CPR.

Goins — Along with. . . some correction officers?

Bertram — Yes. I'm not sure of their names.

Goins — Okay. And what did you do at that point?

Bertram — At that point, I was just like, you know, what'd y'all need me to do and she told me to go get the ER Bag. Emergency, uh, we needed, uh, (Inaudible). The Emergency, uh, life saver. The. . .

Goins — The AED?

Bertram — The AED. I'm sorry.

Goins — Okay.

Bertram — So, we needed that. Uh, we didn't have one on the floor. Um, I went into the Triage Room to look for it. To see if it was in the Triage Room on the 5th floor. It wasn't in there. So, I just grabbed the Emergency Bag. Brought that and uh, we needed a O2 Sat Machine. Um, my co-worker, uh, Griffin, she had one. Griffith. And she handed it to me and I handed it to the Supervisor. She put it on the finger so that we could get some type of, um, (Inaudible) to see if

| | |
|---|---|
| | he was. . . had a, a pulse and all of that. You know. And O2. So. |
| Goins | Do you what that O2 reading came back? Do you know what the number was? |
| Bertram | No. |
| Goins | Okay. Do you remember. . . you said that inmate, Hindi, was layin' on the floor? |
| Bertram | Uh-hum. |
| Goins | Uh, do you remember looking at the room? Did you see anything around the room that was unusual or out of place? |
| Bertram | No. All I know is I saw the sheet. 'Cause I didn't know exactly what had happened. I just know he was on the floor. I didn't know if he had choked or what. So, um, when I seen the sheet, I asked. . .I was like what did he, you know, hang his self? And they was like yeah. So. |
| Goins | And where, where was the sheet? |
| Bertram | It was hangin' from the bar. From the window. You know, the bars on the windows. |
| Goins | Okay. And can you describe the condition of, uh, inmate Hindi, himself? You said he was pale? |
| Bertram | Uh-hum. |
| Goins | And not just his face? |
| Bertram | No. His, his body too. His. . . I mean, 'cause I, you know, his chest was uncovered. They were doin' CPR and it. . . he was just pale. It, you know. His eyes were closed and seemed lifeless. It just. . . you know. We were tryin' to get him to come back. |
| Goins | Okay. What is your um. . . You, you said you're an LPN. |
| Bertram | Uh-hum. |
| Goins | Or are you a RN? |
| Bertram | LPN. |
| Goins | You're an LPN? And long have you been an LPN? |
| Bertram | 3 years. |
| Goins | Okay. And prior to that, were you in the medical field? |
| Bertram | Yes. |
| Goins | What and at, in what facility? |
| Bertram | Oh, gosh. Uh, I've worked at other nursin' homes. Uh, Georgetown Manor, |

| | |
|---|---|
| | uh. . . |
| Goins | Were you a CNA? |
| Bertram | I was a nurse there. LPN there. |
| Goins | Oh, you were LPN? |
| Bertram | Uh-hum. |
| Goins | Okay. |
| Bertram | And I was a CNA, a CMT for years, so. Since '98. |
| Goins | Okay. |
| Bertram | I've worked at Jewish, U of L. |
| Goins | So over 15 years of medical experience. |
| Bertram | Uh-hum. |
| Goins | Okay. Um, so in your experience, uh, looking at his condition, did it appear to you that he was in some type of cardiac arrest or, or was havin' serious. . . |
| Bertram | Yes. |
| Goins | . . .serious medical problems? |
| Bertram | Yes. |
| Goins | Okay. So what they were doing. . . the, the O2 on the finger, the chest compressions, uh, were they breathing for him as well? |
| Bertram | Yes. We had the bin, the Ambu Bag, yeah. |
| Goins | Okay. |
| Bertram | He was doin' the whole thing. |
| Goins | Okay. So, none of that seemed out of place or out of the ordinary. |
| Bertram | No. Uh-uh. |
| Goins | That was very, uh, in your opinion, that's exactly what you would've done. Is that correct? |
| Bertram | Yes. |
| Goins | Okay. Did you stay in that area once EMS arrived on the scene? Did you stay there? |
| Bertram | Yes. I didn't leave until they left. |
| Goins | Okay. Um and what were, uh, EMS's actions? |
| Bertram | Uh, they came in and uh, help assisted the CO. CO, you know, kept performin', uh, CPR. And they came in; took over. Started, uh, gettin' their equipment out. Placin' it. Tryin' to get some readings. Uh, EKG's. Tryin' to |

get, see if they could get some, um, pulses and. . . they were, they were pretty good. They, they did what they had to do. Um, they performed CPR for a while.

Goins Okay. Now, what is a while? Is that a couple of minutes. . .?

Bertram No. It was. . . I know at least a good 15 to 20 minutes. It, it was a nice minute.

Goins Okay.

Bertram It was a while.

Goins So in fact, 15 to 20 minutes they, they performed CPR.

Bertram Yeah. We was. . .up there, yeah.

Goins Okay. And anytime while you were present there, did you notice any obvious signs of life? Did his eyes come open? Did his hands or feet move? Any breathing?

Bertram No. Um. . . no. He didn't move at all. Um, at one point, we got a. . . We thought we had a pulse. I guess, uh, the Supervisor said, she was, uh, on the machine it came. . . she said it was 10 or somethin' like that and so we all started yellin' his name, you know. Hindi, Hindi, you know. But. . . he didn't never responded.

Goins Never responded. Okay. Looking back, uh, on that, this incida night, this incident tonight. . . I know it was probably very chaotic, but looking back on it now, in hindsight, uh, is there anything that you would've done differently?

Bertram Um. . . (long pause) No, I. . . no. I don't. . . I think we all did what we, you know, we're trained to do. You know. Put in a whole lot of effort.

Goins Yeah.

Bertram You know. Worked as a team.

Goins Right. Had you had any, uh, previous, uh, run-ins with, uh, inmate Hindi? Any conversations?

Bertram Yeah, this mornin'. I, I gave him his medicine and he was very nice. He's always been very nice to me. You know. Um, polite. So, no. He's always been a really nice inmate.

Goins This mornin' did he make any unusual comments?

Bertram Uh-uh.

Goins Did he appear to be distraught or under any type of distress?

Bertram No. He seemed normal to me. You know.

Goins Did he take his medications?

Bertram Yeah. He took his medication except for uh, he took ibuprofen. So.

Goins In addition to some other type of medicine?

Bertram No. He did not take 2 of his medications.

Goins Okay. And that. . .was that unusual?

Bertram Um, no. No.

Goins Okay. But his mental state seemed. . .

Bertram Fine. Very pleasant. It. . . I had no question. You know, usually, you know, um, you can tell when somethin's botherin'. If you. . . 'cause I have that same floor all the time when I work. He's been the same ples, pleasant person. Smilin', waivin'. Nothin' different.

Goins Okay. Uh, I wanna ask you. . . just. . . I wanna check on one thing. The AED. You said you went to look for that first and it, and it. . . What'd you say about that?

Bertram They kept sayin', uh, they was sayin' that we needed A, A, that we needed the AED. And I was like, where is it. And they said, Bennet had it. I don't know who Bennet is. So, I, uh, she told me go in and just look in the Triage Room just to see if it's in there. And I went in there and I didn't see in there and I grabbed the uh, emergency bag and so. . . and tried to find anything in there that we can use, um, like the oxygen masks, (Inaudible). And we, you know, got that hooked up and all that stuff, so.

Goins Is that something that's kept on every floor? Does every floor have an AED? Or do you know?

Bertram I'm not for sure. Obviously, uh. . . I'm not for sure. So, I don't wanna say.

Goins Do you have one on your floor? On the 3rd floor?

Bertram Mm, no. Not that I know of. Not. . . no. Not that I know of. I'm thinkin' because. . . uh-uh. No. I've never seen one.

Goins Did you follow the. . . once he was on the, uh, gurney, did you follow 'em all the way down to the Sally Port?

Bertram No.

Goins Was there anything unusual about what EMS did? Everything seem normal procedures for them?

Bertram Yeah. Um, I watched 'em, uh, intubate him. Uh and they kept doin' the CPR.

Goins Okay. Uh, is there anything else you wanna state for the record before we close this interview?

Bertram No. Um, I just feel like everybody worked as a team tryin' to bring him back, you know. Despite what he may have done, he was a, he was always kind to

| | |
|---|---|
| | me. |
| Goins | Uh-hum. |
| Bertram | And that's about it. |
| Goins | Okay. Uh, is there any other piece of information that you think might be useful to this investigation? Somethin' I haven't asked you. |
| Bertram | (Pause) Um, no. Not that I can think of. |
| Goins | Is everything you've told me been the truth to the best of your knowledge? |
| Bertram | Yes. |
| Goins | Okay. Saying that we'll end this interview. The time is 23:08 hours. |

END OF STATEMENT

PIU

File #13-072/pm

LMDC NURSE

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 2315 hours.

This is an interview with Latashia Griffith (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: 400 S. 6th St LMDC

Present during this interview is;

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☐ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes.
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☐ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Latashia Griffith, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X [signature] X 10/19/13 X 2317

Signature Date Time

Witness signature Date Time

Subscribed and sworn to me by LATASHIA GRIFFITH

This 19 day of OCT, 2013

[signature] Notary Public, State at Large

Notary Public, State at Large, KY
My Commission expires July 27, 2016
Notary ID# 471447
My Commission Expires

October 19, 2013

| | |
|---|---|
| Goins | This is Sergeant Ed Goins with the Louisville Metro Police Department's Public Integrity Unit. This is an official statement in regards to Case #13-072. Today's date is October the 19th, 2013. Time is 23:15 hours. This is an interview with Latashia Griffith. This interview is being conducted at 400 South 6th Street, Louisville Metro Department of Corrections, Professional Standards Unit office. Miss Griffith, are you aware this interview is bein' audio recorded? |
| Griffith | Yes. |
| Goins | Has anyone threatened you in order to obtain this interview? |
| Griffith | No. |
| Goins | Are you giving this interview of your own free will? |
| Griffith | Yes. |
| Goins | Please state your full name and spell your last name. |
| Griffith | Latashia Vonshea Griffith. G-R-I-F-F-I-T-H. |
| Goins | And what is your date of birth? |
| Griffith | [redacted] |
| Goins | State your home address including the ZIP code. |
| Griffith | [redacted] |
| Goins | Is this the same as your mailing address? |
| Griffith | Yes. |
| Goins | Please state your home telephone number with area code. |
| Griffith | I don't have a home telephone. |
| Goins | Please state your cellphone number with area code. |
| Griffith | [redacted] |
| Goins | Are you employed? |
| Griffith | Yes. |
| Goins | Please state your employer and the position you hold there. |
| Griffith | Corizon. Licensed Practical Nurse. |

Goins	Are you aware the following interview will be a sworn statement?

Griffith	Yes.

Goins	Please raise your right hand? Do you, Latashia Griffith, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Griffith	I do.

Goins	Please sign, date and time. 23:17. Miss Griffith, were you working this evening, uh, when a call came in about a medical emergency involving an inmate by the name of Mahmoud Hindi?

Griffith	Yes.

Goins	And did you in fact respond to the location of Mr. Hindi's cell?

Griffith	I did.

Goins	And in your own words, can you explain to me what you observed once you arrived there?

Griffith	I, um, arrived there. Mr. Hindi was lying on the ground and several officers and um, my Charge Nurse were giving him, um, CPR. Uh, chest compressions and they had the ambu bag on. At that time, I, uh, I opened the emergency bag and retrieved the oxygen mask and too being and hooked it up to the O2 tank and waited for them to ask for it.

Goins	And where were you when uh, received word of this, of this medical emergency?

Griffith	Um, I had just gotten off the elevator and walked into the station and the phone was ringing. I was the only nurse in there. I answered the phone. Um, there, uh, one of the CO's on H5 had said we need medical attention for inmate on H5. I hung up the phone. As soon as I walked out of the nurses station, Sergeant Brockbank uh, was also had heard over the radio that they needed a nurse over there and he went, he went with me.

Goins	And what was his last name?

Griffith	Brockbank.

Goins	And you said you were in the nurses station. Where is that? What floor is that on?

Griffith	It's on the two, um, floor two.

Goins	So, then you and Sergeant Brockbank went up to H5?

Griffith	Yes. And several other officers were with us as well. We gotta, we all entered the elevator at the same time. Goin' to the same incident.

Goins — Okay. You said you observed your Charge Nurse. Who is that?

Griffith — Angel Malone.

Goins — Okay. And you also talked about retrieving equipment from the emergency bag. Where. . . did you have this bag with you?

Griffith — Yes. We have the emergency. Oh, Nurse Hammond. She was also with us when we got, we. . . she grabbed the emergency bag. We all got on the elevators together and um, when we got over there, I got the, um, the oxygen mask out of the emergency bag.

Goins — Did anybody ask you to do that?

Griffith — No.

Goins — Is that normal procedure?

Griffith — Um, yes. If we get 'em revived, you wanna apply oxygen.

Goins — Okay.

Griffith — Um, to make sure he gets oxygen.

Goins — Okay. And did in fact, was there a point in time where, where you had to apply oxygen to him?

Griffith — No.

Goins — Did somebody else do that?

Griffith — Um, by that time, EMS was comin'. They had came.

Goins — Okay. So you never really actually had to turn on the oxygen and put the mask ion his face.

Griffith — No. I, I hooked up and turned it on but we. . . they were still had the ambu bag over him and still givin' him chest compressions at that time.

Goins — Uh-hum.

Griffith — And by that time they were . . . like I said, they were givin' him chest compressions and doin' the ambu bag and. . . You know, once you start the compressions, you have to keep goin' until you get a pulse and that. By that time, the EMS came and then that's when I stepped back and let EMS do what they had to do.

Goins — Uh-hum. Do you know how, how long approximately you were there before EMS got there?

Griffith — Yeah. Only a few minutes.

Goins — Okay. Were, were the fire department there when you got there?

Griffith — It could've been the fire department. It was other, other people that came. I don't remember if it was fire department or EMS. I just know another entity showed up.

Goins — Okay.

Griffith — I didn't pay attention to what they were wearing or anything like that.

Goins — Okay. Um, your tittle is a LPN. Is that correct?

Griffith — Yes.

Goins — How many years have you been LPN?

Griffith — Um, five...?

Goins — Okay.

Griffith — Five. Yeah.

Goins — Were, were you in the medical field prior to, to that?

Griffith — No.

Goins — Okay. In your, in your opinion, um, based upon the condition of inmate Hindi, um, should anything had been done differently?

Griffith — No. He...

Goins — Were the procedures, procedures that they were doin', was that correct in your opinion?

Griffith — Yes. He was gettin' chest compressions and they had the ambu bag on immediately. So, he was, he got what he... what, what was supposed to happen. It was been in order.

Goins — Okay. Did you actually go in his cell?

Griffith — No. I was standing right there in the, I guess, the, the doorway?

Goins — The doorway?

Griffith — Yes.

Goins — Okay.

Griffith — Uh-hum.

Goins — Um, can you describe Mr. Hindi. What he looked like to you in your opinion? Medically.

Griffith — He was gray. His eyes were closed and um, he, he was, he was gray. He was gray and his eyes were closed but he had the ambu bag was on him. Uh, he wasn't, you know, movin'.

Goins Okay. Did he have any other marks? No blood or anything?

Griffith No. I didn't see any blood.

Goins What about his cell? How would you describe his cell?

Griffith Um, I did see the sheet still hangin' on the bars. I, I did observe that. Um. . .

Goins What bars was that?

Griffith Sort of bars. Like the window up there and um, sort the, the bars like right there.

Goins Uh-hum.

Griffith Um, on the. . . you know, right. . . The, the window is all the way up at the top but there's still bars there.

Goins Uh-hum.

Griffith For some reason. So. Um, that as there. Um, I saw a book on his table opened up. Um but that's all I could see of the room. There were officers and then and the other two nurses were actually inside of the, the cell, so. And it's not a very large cell, so. That was. . . I couldn't see anything else.

Goins Okay. Did you assist in any way in, in, uh, doin' CPR?

Griffith No.

Goins Did you. . . were you present in, in the area the whole time while EMS was giving him basic lifesaving and first aid?

Griffith No. Um, Nurse, Nurse Hammond suggested that a nurse needed to go back to the nurses station since all of the nurses were over there and um, I went back over because I needed to call Doctor Smith and let him know what happened and also get the paperwork ready to send. . . to fax over to the hospital as well. So, I was, I went back to the nurses station when EMS got there.

Goins Okay. So, how long approximately do you think you were um, present in his cell or in the area?

Griffith 3 to 5 minutes.

Goins Okay. Had you had any prior incidents uh, with this inmate? Good, bad or, or (Inaudible)?

Griffith Oh, yeah. Uh, average incidents. Like givin' him his medicine before. Um, you know, he's spoken to me. Hello Nurse Griffith, you know. Different things like that but not a, never a bad incident.

Goins Okay.

Griffith Yeah.

| | |
|---|---|
| Goins | When was the last time you gave him medication? |
| Griffith | Well, you know. Let me take that back. He's, uh, he did... I did have to respond to an incident that he had one time. |
| Goins | Uh-hum. |
| Griffith | The last time I gave him medication? I can't specifically say right now because I don't have his M.A.R. in front of me. But he hasn't been on the floor that I work on in, in several months. |
| Goins | Okay. |
| Griffith | But when he was on the floor that I worked on, I, I, I've given him medication before. |
| Goins | Okay. |
| Griffith | Uh-hum. |
| Goins | And what floor do you normally work on? |
| Griffith | Four. |
| Goins | Okay. And you said just a few minutes ago that you did have to respond to an incident with him? |
| Griffith | Yes. Um, a few months ago when he was on 4, um, he... the, um, I had to respond to an incident that was, um... He was, um... I don't wanna use the word fighting. He was resisting an officer. |
| Goins | Uh-hum. |
| Griffith | And usually when they have to put handcuffs on 'em, I... the nurse has to go up and check to make sure that, you know, the circulation and everything. So. That's what happened with that. |
| Goins | Okay. Did he have any injuries from that incident? |
| Griffith | Um, just redness on him, you know. On his, on his wrist and from where they had to lay him on the floor, he had some redness on him. But he didn't have any bruises, bumps, cuts or anything like that. |
| Goins | Okay. I know that you stated that you were only in, in, in his cell or in the area for, for 3 to 5 minutes, but in that time... |
| Griffith | Uh-hum. |
| Goins | ... uh, looking back on it now, um, based upon what everybody did, would you do anything differently? Would you suggest they do anything differently? |
| Griffith | No. And while you were there in the area, uh, did you notice any obvious signs of life? Did his eyes open? Did he move? Did he breathe on his own? |

| | |
|---|---|
| Griffith | No. |
| Goins | Any of that. Okay. Is there anything you wanna state for the record before we end this interview? |
| Griffith | No. |
| Goins | Is there any information that you have that you think might be beneficial to this investigation? Something I haven't asked you? |
| Griffith | No. |
| Goins | Okay. Is everything you told me been the truth to the best of your knowledge? |
| Griffith | Yes. |
| Goins | All right. Saying that, we'll end this interview. Time is 23:27 hours. |

END OF STATEMENT

PIU

File #13-072/pm

NURSE
LPN



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _13.072_

Today's date is _10/19/13_                The time is _11:04 pm_ hours.

This is an interview with _(NURSE) SHARON HAMMOND_ (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑   Other Location: _600 W. JEFFERSON (LMDC) (PSU)_

Present during this interview is; _____

_SGT. K.TAYLOR (PIU)_

_____          _____
(Title)                                           (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth? ▇▇▇▇▇
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☐ State your home telephone number with the area code.
Q8  ☐ State your mobile and an alternate phone number with area codes. ▇▇▇▇▇
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there. _CORIZON, LPN_
Q11 ☐ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _SHARON HAMMOND_ solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

✗ _____        _10/19/13_         _2304_
              Signature                          Date                  Time

_____        _____         _____
        Witness signature                     Date                  Time

Subscribed and sworn to me by          _SHARON HAMMOND_

This _19th_ day of _OCTOBER_    · ? 2013    KEVIN L. TAYLOR  Notary ID# 451725
                                                        Notary Public, State at Large, KY
_____                   My commission expires Sept. 21, 2015
    Notary Public, State at Large                      My Commission Expires

GB003590

October 19, 2013

| | |
|---|---|
| Taylor | This is Sergeant Kevin Taylor of the Louisville Metro Police Department's Public Integrity Unit. This will be an official statement, uh, in reference to Case #13-072. Today's date is 10-19 of 2013. The time is 11:04 p.m. This will be a statement with, uh, Nurse Sharon Hammond? |
| Hammond | Uh-hum. |
| Taylor | And our location is gonna be 600 West Jefferson. Uh, in the PSU Offices of the Louisville Metro Division of Corrections. Uh, present for this interview is myself, Sergeant Kevin Taylor and um, Miss Sharon Hammond. Miss Hammond, are you aware this interview is bein' audio recorded. |
| Hammond | Yes. |
| Taylor | Has anyone threatened you in order to obtain this interview? |
| Hammond | No. |
| Taylor | Are you giving this interview of your own free will? |
| Hammond | Yes. |
| Taylor | Please state your full name and spell your last name. |
| Hammond | Sharon Lee Hammond. H-A-M-M-O-N-D. |
| Taylor | And what is your date of birth? |
| Hammond | [redacted] |
| Taylor | State your home address with. . . uh, including the ZIP code. |
| Hammond | [redacted] |
| Taylor | Okay. And is this the same as your mailing address? |
| Hammond | Yes. |
| Taylor | State your home number with area code. |
| Hammond | Cell phone number. No home number. |
| Taylor | Okay. |
| Hammond | [redacted] |
| Taylor | [redacted]? |
| Hammond | [redacted] |

| | |
|---|---|
| Taylor | 8038. Okay. Okay. And uh, state your employer and the position you hold there. |
| Hammond | Corizon. LPN. |
| Taylor | Okay. And what is your work number? |
| Hammond | (Silence) |
| Taylor | Okay. (Chuckles) Are you. . . |
| Hammond | I know it. . . |
| Taylor | Are you aware the following interview will be a sworn statement? |
| Hammond | Yes. |
| Taylor | All right. Please raise, please raise your right hand? Do you, Sharon Hammond, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God? |
| Hammond | Yes. |
| Taylor | All right. I just need your signature right here. And date and time. Okay. All right. Miss Hammond, in your own words, um, just tell us how you became involved with the incident that occurred at the, uh, jail tonight. |
| Hammond | I was on the second floor of the jail walking with an officer and heard a co, call for more medical assistance needed in H5. Which is Hall of Justice 5. I went to emerg. . . they. . .the medical, the medicine room. Grabbed the ER bag with an officer who also grabbed an oxygen tank. We proceeded to go to. . . Myself, approximately 6 officers and another nurse proceeded to walk over to or run to the Hall of Justice. When I arrived, inmate Hindi was on the floor in his cell. CPR was being performed by Nurse Malone and an officer, who I'm not for sure who was, um, at the time. I basi[redacted] stayed in the hall in case assistance was needed. |
| Taylor | Okay. |
| Hammond | And whe[redacted]ce there were several nurses there, I decided it was best to go back to the medical. . . nurses station instead of leaving at number 1 with no nurses. And went to make copies of pertinent information in his chart to send with EMS to the hospital. But by the time I had the copies made, he was already in route and we faxed to U of L. |
| Taylor | Okay. So, I guess at no time you actually were a part of the, uh. . . |
| Hammond | No. Just there in case anything was needed. |
| Taylor | Okay. All right. Did you see anyone ad[redacted]? |
| Hammond | Yes. Nurse Malone. |
| Taylor | Okay. |

| | |
|---|---|
| Hammond | And several officers in the time I was standing there. I'm not really for sure how many. Took turns doin' chest compressions. |
| Taylor | Do you know of the officers. You know the names? |
| Hammond | No, no. I still don't know most of the officers names. |
| Taylor | Okay. Um, I guess when you arrived on scene, um, did, did you get to, a chance to see inmate Hindi? |
| Hammond | Not real well. 'Cause there were too many people around the door. He was in the door. I was out in the hall. Never was in the room with him. I did see him briefly through glimpses. Uh, he was unresponsive and CPR was being done. And basically, did not see much because everybody was huddled over. I mean, you know, they were on top of him. Not on top of him. Doing CPR and nurse Malone was administering the oxygen. |
| Taylor | Okay. At any time, were you. . . so, were you present when EMS arrived? |
| Hammond | Yes. |
| Taylor | Okay. Uh, at any time, did he, uh, appear to be revived? |
| Hammond | Not that I was aware of, no. |
| Taylor | Okay. |
| Hammond | There were 20 officers and people there around the door and I stood back just in case help was needed. |
| Taylor | Okay. |
| Hammond | So, I really didn't any. . . I didn't actually see anything. |
| Taylor | Um, prior to, uh, today, had you had any, uh, interaction with inmate Hindi? |
| Hammond | He has some. . . gave him his meds several times. |
| Taylor | Okay. Just in your, you know, your. . . what you can remember, um, do you remember anything about his personality or anything about him. . . |
| Hammond | Nothing. |
| Taylor | . . . to let you think that he might be. . .? |
| Hammond | Uh-uh. (Inaudible). As a matter fact, he has refused some of his meds. In the past. But he was smiling when he did it. |
| Taylor | Really? |
| Hammond | Uh-hum. |
| Taylor | Okay. Um, did he give you any reason why he didn't (Inaudible)? |
| Hammond | I've never actually spoke with. Other than him saying, "I do not want meds." Or, "Thank you." When I have gave him his meds. But as far as a |

|  |  |
|---|---|
| | conversation. . . |
| Taylor | (Yawns). Sorry. |
| Hammond | . . . far as a conversation, No, I've never had a conversation with him. |
| Taylor | Uh, are you at liberty to say. . . if you can even remember, what those meds might've been? |
| Hammond | I. . . not off the top of my head. I don't remember what they are. |
| Taylor | Okay. Well, um. . . |
| Hammond | We give meds to a lot of people in the night. So. The interaction with each inmate is very short. |
| Taylor | I see. Um. . . well, I don't really have any other questions. |
| Hammond | Okay. |
| Taylor | Is there anything else you'd like to add to your statement? |
| Hammond | No. No. |
| Taylor | Okay. All right. The time now is 11:12 p.m. And that will conclude this statement. |

END OF
STATEMENT

PIU

File #13-072/pm

LMDC NURSE

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is 10/19/13 The time is 2213 hours.

This is an interview with Angel Malone (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: 400 S. 6th St. LMDC

Present during this interview is;

(Title) (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes. [redacted]
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Angel Malone, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X [signature] 10-19-13 2214
Signature Date Time

Witness signature Date Time

Subscribed and sworn to me by ANGEL MALONE

This 19 day of OCT, 2013

[signature]
Notary Public, State at Large

Notary Public, State at Large, KY
My Commission expires July 27, 2016
Notary ID# 471447
My Commission Expires

October 19, 2013

| | |
|---|---|
| Goins | This is Sergeant Ed Goins of the Louisville Metro Police Department's Public Integrity Unit. This is an official statement in regards to Case #13-072. Today's date is October 19th, 2013. The time is 22:13 hours. This is an interview with Angel Malone. This interview is being conducted at 400 South 6th Street in the Louisville Metro Department of Corrections Professional Standards Unit office. Miss Malone, are you aware this interview is being audio recorded? |
| Malone | Yes. |
| Goins | Has anyone threatened you in order to obtain this interview? |
| Malone | No. |
| Goins | Are you giving this interview of your free will? |
| Malone | Yes. |
| Goins | Please state your full name, and spell your last name. |
| Malone | My name is Angel Renee Malone. Malone is spelled M-A-L-O-N-E. |
| Goins | And what is your date of birth? |
| Malone | [redacted] |
| Goins | Please, please state your home address including the ZIP code. |
| Malone | [redacted] |
| Goins | Is this the same as you mailing address? |
| Malone | Correct. |
| Goins | Do you have a home telephone number? |
| Malone | No. |
| Goins | Do you have a cell phone number? |
| Malone | [redacted] |
| Goins | Are you employed anywhere? |
| Malone | Yes. |
| Goins | Please state your employer and the position you hold there. |
| Malone | I work for Corractions, Corazon Correctional Medical and my position is RN Weekend Supervisor. |

| | |
|---|---|
| Goins | And do you know what your work telephone is? |
| Malone | It's 502-574-2145. |
| Goins | Are you aware the following interview will be a sworn statement? |
| Malone | Yes. |
| Goins | Please raise your right hand. Do you, Angel Malone, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God? |
| Malone | Yes, I do. |
| Goins | Please sign and date. |
| Malone | Time? |
| Goins | 22:14. |
| Malone | 22:14? |
| Goins | Uh-hum. |
| Malone | Okay. |
| Goins | Thank you. |
| Malone | Thanks. |
| Goins | Miss Malone were you working, uh, earlier this evening when there was a uh, medical call. A medical alarm that went out on a inmate by the name of Mamu Hindi? |
| Malone | Yes I was. |
| Goins | And were you on scene, uh, during some of the uh, uh, basic lifesaving that [redacted] |
| Malone | Yes I was. |
| Goins | Can you tell me as much detail as possible and in your own words. Uh, what you remember about this incident? |
| Malone | Yes. I arrived, uh, on the 5th floor which is. . .that's where the inmate was located, uh, to do my Accu Checks. When I arrived Officer Ramsey was standin' by the Control Room. I explained to him that I was here to do the Accu Checks. Uh, it was about 16[redacted]trol Room. Started to ask him can we go ahead and do the Accu Checks. At that time, uh, Officer. . .I don't. . .I'm not sure of his name, came up and said, "there's an inmate hangin'." We need backup. I set my uh, Accu Check cubby in the Control Room right there. Asked Officer Bullard, who was workin' Control, to get all the. . .of the nursin' staff here immediately. And I went to respond to the inmate uh, with the possible hangin'. When I got to the inmate's cell, uh, he was already on the floor and um, I checked his pulse in three areas. His carotid, his brachial and his pedal. He was without a pulse. His extremities, |

his upper and lower extremities, hands and feet were both cold. I started CPR. Called for Corrections to call 9-1-1. I was informed by a Correctional Officer that 9-1-1 had already been called. Continued to do the CPR for about 5 minutes. At that time Officer Skaggs switched me places. He started to do CPR. Meanwhile Officer Ramsey was givin' rescue breaths with the Ambu bag. I continued to check the pulse off and on until EMS arrived. At one point the other nurses came. One of 'em gave me uh tank with oxygen. I put it on him. Uh, another nurse gave me a O2 set. I checked it. His O2 was showin' 83%. Um, his heart rate was 10. I told them to continue CPR. 10 was not compatible with life. Um, at that time, EMS arrived. They checked him and seen that he was without pulse and then they switched me and Correctional Staff's place and they started CPR. Another EMS attached the AED leads and um, to see if he needed shockin'. The AED indicated that no shock was advised and to continued CPR. They continued CPR. Another EMS pulled out the Epinephrine and gave him a shot of the Epinephrine. He still was without pulse. We continued to check, check his pulse again. At that time, the EMS transferred him from the floor to the stretcher and they asked did they need to continue CPR. I told 'em yes, they are to continue CPR until the doctor tells 'em to stop. They continued CPR on exiting the building. Uh, me and a couple of the correction officers followed 'em out from the floor all the way to when the inmate got in the ambulance. They was still doin' the CPR at this time and I, I could see 'em doin' it as they, as the ambulance pulled away.

Goins — All right. Um, just a few follow-up questions. Uh, you said uh, I believe you said your, your title's an RN?

Malone — Yes.

Goins — Okay. And how long have you been an RN?

Malone — I got my RN license August 12th of this year.

Goins — Okay.

Malone — 2013.

Goins — Okay. And did you work in the medical field prior to that?

Malone — Yes. I was workin' as a LPN since July the 5th of 2011.

Goins — Okay.

Malone — And I was workin' as a nurse assistant from August of '98 to. . . I got my LPN license.

Goins — Okay. So you, you've got approximately uh, a little more than a 15 years experience in, in nursing in the medical field.

Malone — That's correct.

Goins Okay. And your position uh, on this date and time specifically is. . .not only an RN but you're the Weekend Supervisor.

Malone I'm the Weekend Supervisor.

Goins Okay. And you talked about a Accu Check. What is that?

Malone It's where you test how much the amount of, uh, sugars in a person's blood and determine whether they need insulin or a snack if it's low. Uh, insulin if it's high. Uh, I was assigned to do the insulin, the Accu Checks on 2 floors. Five and Six. When I got in the elevator, I asked the, put up the 6 fingers for them to take me to 6 first and then gonna come back down to 5 but he took me to 5 first and uh, I remember commenting when I got off the elevator, I asked Officer Ramsey, I said what're you doin' on 6? And he said, "Malone, you're not on 6. You're on 5." And he's like, "well you're here now. Let's go ahead and do the Accu Checks." I was like, okay, you know. I'll go on and get 'em over with, you know. And then at that time, that's when officer came up and said, 'we need backup. There's a inmate hangin'."

Goins And which officer was that?

Malone I'm not sure of his name.

Goins Okay. Was he a white male, black male?

Malone He was a black male. I think it was Officer Skaggs. But I'm not sure.

Goins Okay. Okay. And what was his words specifically?

Malone "We need backup. A inmate's hangin'."

Goins Okay. Um and what'd you do at that time?

Malone Well, I. . . at this time, when he came up, me and Officer Ramsey was standin' by the Control Room and I had, uh, my cubby that holds my Accu Check material which it has sharps and needles and so, we suppose to keep them locked up at all times. So, since I was standin' by the Control Room, I put that Accu Check cubby right there in the doorway and I yelled for the Control Officer, which was Officer Bullard, call all the other nurses and get 'em here now. And then I raced to the inmate.

Goins Okay. And what was the first thing that you saw once you entered the cell?

Malone When I, when I first uh, got to the cell, I could see he was on the floor. I could see that the officers was tryin' to straighten him out and they was sayin' we don't think he's breathin'. And then that's when I stepped over him and I checked his pulse in the three areas. Staring with carotid, then the brachial and then the ped, pedal.

Goins And which, which officers were in there already?

Malone Ramsey and Skaggs.

Goins — Okay. And were they performing any type of life saving first aid?

Malone — They was . . . Ramsey was trying to um, check to see if he did have a pulse and he was asking me. I don't think he has a pulse. Can you check it? And I said sure. You know. And I went to check his three pulses.

Goins — Okay.

Malone — The three locations for the pulses.

Goins — And then when you, you checked those three locations, you didn't have any. . . you didn't feel a pulse. That's when you said we need to start CPR? Is that correct?

Malone — I didn't say it, I just did it.

Goins — You just did it.

Malone — Yes. I locked my fingers and I started CPR and I said call 9-1-1.

Goins — Okay. You also stated that to, to, to your touch, in your opinion, uh, his hands and feet felt cold?

Malone — Yes.

Goins — Okay. Is that, uh, medically, is that significant?

Malone — Medically, that could indicate that the blood was not flowin' for a good minute.

Goins — Okay. When you say a minute, that's specifically 60 seconds or just a short period of time?

Malone — Short period of time. But it meant that his pulse, his heart rate did not stop right there when I got there. It had already probably stopped.

Goins — Okay.

Malone — But uh, before I do the CPR, I need to verify that he's without pulse.

Goins — Uh-hum.

Malone — But, once I went to check his pulse, you know, I felt his fingers and when I checked his pedal pulse, his feet, it, they both were cold to touch. So, my nursin' judgment was he was already without a pulse.

Goins — Okay. You also referenced uh, his O2 was at 83%. Uh, can you medically, could you explain that?

Malone — The O2 stat for a healthy uh, viables. . .livable person should be no less than 90% but they like it to be 95 or better.

Goins — Uh-hum.

Malone — If a person's under 90, you're gonna have him on oxygen. You're gonna be

| | |
|---|---|
| | tryin' to do some life savin' measures. |
| Goins | Okay. So, even at 83%, which seems like it would be high. It's really very dangerous situation. |
| Malone | Yes. |
| Goins | Okay. Do you... in your estimation, how long did you perform uh, CPR before EMS got there? |
| Malone | I didn't per, perform it the whole time. I performed it 5 minutes and then Officer Skaggs took over and he did it for a while. |
| Goins | Uh-hum. |
| Malone | And uh and then Officer Gibson, um, took over. |
| Goins | Okay. And that... were, were all three of y'all alternating on the Ambu bag? |
| Malone | Yes. I... no. Ramsey did the Ambu bag the whole time. |
| Goins | Okay. |
| Malone | We was alternatin' on the CPR. |
| Goins | Uh-hum. |
| Malone | The Ambu bag can be tire, tiring. You know. But the CPR, the actual compressions of the chest, it takes a lot of energy and lot of force. Um, sometimes even ribs get cracked, but sometimes that have to happen in order to save the life. |
| Goins | So, did you stay in the cell once E uh, once the Fire Department and EMS arrived? |
| Malone | Yes. |
| Goins | And you just observed... Did you continue to help or you just (Inaudible) observed them? |
| Malone | I continued to speak on my nursin' judgment. When they put the AED on him to check to see if shock was indicated, I asked them please, please stay clear of the patient when, when you're tryin' to see if a shock needs...so, they won't nobody get shocked. |
| Goins | Uh-hum. |
| Malone | And uh, again, when they transferred him from the floor to the, um, stretcher, uh, uh, EMS asked another EMS that should we continue CPR. And I spoke up and said yes. You're to continue CPR until a doctor tells you stop. |
| Goins | Okay. And you also made a statement about, about the AED, uh, once they attach the leads, I guess the machine indicated no shock needed, necessary. |
| Malone | Correct. |

Goins — Why. . .if he was having uh, uh some type of cardiac incident, why would that say no shock?

Malone — This machine is not supposed to shock when there's no heartbeat. It's only to shock if there is a heartbeat but it's sporadic or irregular and then it shocks it to get it, to a normal beat.

Goins — Okay.

Malone — But if there's no heartbeat, this machine will not shock. It'll say continue CPR. Shock is not indicated.

Goins — Okay.

Malone — You have to have a heartbeat for this machine to shock you.

Goins — Okay. All right. And this AED machine, was that yours or was that something Corr, uh EMS brought?

Malone — That was somethin' that EMS had brought.

Goins — Okay. But you all do have AED machines in the, in the jail here. Is that correct?

Malone — Yeah.

Goins — Okay. Uh, the epi, the epi shot that he was, that he received, that wasn't successful? In bring, in bringin' up some type of a pulse?

Malone — No. No. Um, sometimes it is. Sometimes it's successful like if they maybe have a heartbeat but it's low. Like if at one point when I was doin' the CPR and we put the Pulse-Ox Machine on his finger, it's gonna tell how, how much oxygen in his blood and it's gonna tell his heart rate. Well, it showed 10 which is not compatible with life. You still have to do CPR. 'Cause 10 is if he don't have a heartbeat. So, maybe if we had the epinephrine at that time and give it to him, yes. Maybe it could bring that heart rate up 'cause he had one. But when you don't have one and you're givin' the medicine that's supposed to bring it up, it may not be effective.

Goins — Right.

Malone — He didn't have a heart rate.

Goins — Right. Okay. And did you follow. . . uh, once, once EMS had him on the gurney, um, did you follow them all the way down to the Sally Port?

Malone — Yes I did. I followed 'em until they got him in the ambulance and until they left. I wanted to make sure that they continued CPR.

Goins — Okay. And they, and they did do that. Is that correct?

Malone — They did.

Goins — Okay. Have, have you any previous uh, incidents with this uh, with inmate

Hindi? Any disciplinary, anything that you thought was odd or unusual?

Malone I hadn't. I hadn't had any incidents with him.

Goins Okay. Had you have any conversations with him before?

Malone I mainly work the, uh, Mental Health Floor. Um, the Mental Health Floor is, uh, around the nurses station and on second shift I work a cart. Mental Health Cart and I work as the Supervisor. So they kinda keep me to the floor by the nurses station so that if a, if anything happens, I can respond fast. I was there to do Accu Checks. I do go to do the Accu Checks over there. But as far as, passin' out meds and stuff, there's nurses that's assigned to that floor with them, them inmates over there. So, I haven't had the chance to really talk to him.

Goins Uh-hum.

Malone Uh, I'm not sure if the other nurse who usually works that floor had. She possibly could've.

Goins Okay. Um, in hindsight, lookin' back on everything, uh, specifically as a supervisor, uh, if you had to do it all over again, was there anything you would do differently?

Malone No. I would do everything I could to save his life like I did today. And uh, I would expect the same from the officers who was workin' with me today.

Goins Is there anything else you wanna state for the record before we end this interview?

Malone I, I wondered a while afterwards how it is that I put up 6 fingers and ended up on 5, you know. And I just said maybe that's where I supposed to be at that time.

Goins Uh, is there anything else you think I should know? Something that might help this investigation? Maybe a question I didn't ask you? Or somethin' that you think is important?

Malone You know, he was a mental health patient. Uh, he wasn't on levels uh, from what I'm told, he had never made any, you know, threats. Um, I guess if he would've, he would've been down on the Mental Health Floor which is where I work, you know. But, I don't think that doin' anything different would've still saved him. You know? I think that we done everything we could. Um, Medical and Corrections alike. Um, I was the only nurse over there for a period of time. Uh, it wasn't a extended period of time. But, um, you know, they had to locate all the other nurses on their floors and call 'em over and I felt like, you know, I felt like Corrections was just as good as Medical. I kinda felt like they had my back, sort to say. And uh, that's the type of team I want workin' when somethin' like that happens.

Goins Okay. Uh, is everything you've told me the truth, to the best of your

| | |
|---|---|
| | knowledge? |
| Malone | Yes. |
| Goins | Okay. (Inaudible) we'll end this interview. Time is 22:31 hours. |

END OF STATEMENT

PIU

File #13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 20th, 2013 The time is 1528 hours.

This is an interview with Harry H Dozier III (R/S)

This interview is being conducted at:

☑ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☐ Other Location:

Present during this interview is; Myself + Harry Dozier

(Title) (Name)

Q1 ☑ Are you aware this interview is being audio and/~~or video~~ recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
Q5 ☑ State your home address including the zip code. [redacted]
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? [redacted]
Q7 ☑ State your home telephone number with the area code. [redacted]
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there. LMEMS Div 2 paramedic
Q11 ☑ What is your work telephone number? [redacted]
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Harry Dozier, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| X [signature] | 10-20-13 | 1531 |
|---|---|---|
| Signature | Date | Time |
| — | — | — |
| Witness signature | Date | Time |

Subscribed and sworn to me by Harry Dozier

This 20th day of October, 2013

Malinda Baker
Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903
My Commission Expires

**ENDING THE STATEMENT**

Are there any questions we have not asked you or any other information you have that may be beneficial to this case? N

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time is: 1548 hrs



October 20, 2013

Baker — This is Sergeant Mindy Baker of the Louisville Metro Police Department's Public Integrity Unit. This is a official statement. Case number is 13-072. Today's date is October 20th, 2013 and the time is 15:28 hours. This is an interview with Harry. . .

Dozier — Dozier.

Baker — . . .Dozier. This interview is being conducted at the Public Integrity Unit. 810 Barret Avenue, Louisville, Kentucky 40204. Present during this interview is myself and Harry. . .

Dozier — Dozier.

Baker — . . .Dozier. Are you aware this interview is being audio recorded?

Dozier — Yes.

Baker — Has anyone threatened you in order to obtain this interview?

Dozier — No.

Baker — Are you giving this interview of your own free will?

Dozier — Yes.

Baker — Please state your full name, and spell your last name.

Dozier — Harry H. Dozier III. Last name is D-O-Z-I-E-R.

Baker — What is your date of birth?

Dozier — [redacted]

Baker — State a home address including the ZIP code.

Dozier — [redacted]

Baker — Is this the same as your mailing address?

Dozier — Yes.

Baker — State your home telephone number with the area code.

Dozier — I don't have a home. Just a cell.

Baker — Okay. What is your cell number?

Dozier — Cell phone is area code [redacted]

Baker — Are you employed?

Dozier Yes.

Baker State your employer and the position you hold there.

Dozier Employer's Louisville Metro EMS and I am a Division 2 Paramedic.

Baker Do you know your work phone number?

Dozier Uh, I can give ya, just like our supervisor's number.

Baker That's good.

Dozier Uh, 574-4261.

Baker Are you aware the following interview will be a sworn statement?

Dozier Yes.

Baker Please raise your right hand. Do you, Harry. . .

Dozier Dozier.

Baker . . .Dozier, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Dozier I do.

Baker All right. Just sign right there. Sign and date and time. All right. Yesterday on October 19th you were dispatched to a run at Corrections. Just tell me, uh, your role and what happened.

Dozier Okay. We were dispatched to Corrections on a cardiac arrest, uh associated with a hanging. We had just cleared Kosair Hospital when we were dispatched. Um, not sure of the exact in-route time. But, I know it wasn't all that long. It was just, uh, I think it was only half a mile distance to the run there. Um, escorted up by a police officer. Arrived on scene to a 56, I believe, year-old male. Was still partially in the cell laying supine. A CPR was being performed between, uh, Louisville Fir[redacted]d Metro Corrections staff. Um, initially, when we got there, patient had been on the Fire Departments AED. They advised there was no shock advised. He was placed [redacted]hm and remained so throughout the entire, uh. run. Best I can tell while we were doin' it, they, uh, said that they had found the patient at approximately, uh. . . I spoke with a Corrections Officer that told me he was the one who found the patient and said he had found him at 15:50. Uh, was when they found him. Nobody knew how long he'd been down. I asked a couple of times just to get an idea of the down time on the patient during the cardiac arrest and I never really got an answer of that. Just when, when they found him was at 15:50. Um, patient did have obviously ligature marks around the neck that I could see. It was cyanotic from the clavicles[redacted]iously, you know, with the cardiac arrest, he was unconscious, unresponsive. Pulseless, not breathing. So, CPR is being performed. Ventilations were being done. Uh, my role was the paramedic on

scene. So, went through of all our ACLS protocol and guidelines. Uh, an I.O., Inner Osseous needle was started to administer medications. Um, went through all that. Gave her medications. Got him on the backboard. Put him on the stretcher. At that point, we went ahead and intubated him once we had a little bit more room and got him actually outa the cell. I didn't see... just a quick overview. Didn't really see a whole lot of trauma other than to his chest. He did have abnormal deformity to his chest but most likely it was because of CPR prior to when we got there. Looked like that when I got there. Um, could've been just from, from CPR being done or it could just be how his chest look. But I didn't see any like bruising type trauma. It was just the, the shape of his chest was abnormal from what I normally see. Um, got him intubated. Ventilations continued and uh, I mean, we just followed our, like I said, our ACLS (Inaudible) protocol guidelines with him. Uh, he remained on our monitor. Like I said, we never, he was never shocked. We never got a pulse back. Never had a rhythm that would've indicated he had a pulse back. Um, supervisor was on scene as a, a second paramedic on scene with me and uh, took him downstairs to the ambulance and ended up transporting him. It was myself, uh, Paramedic, our Paramedic Supervisor and I believe 2 Metro Corrections staff in the back of the ambulance with us. Uh and we transported him Code 3. Our lights and sirens to University Hospital.

Baker — Okay. Just a few things.

Dozier — Uh-huh.

Baker — You said that Fire had him hooked up to a AED?

Dozier — Correct.

Baker — And it said no shock advised?

Dozier — Correct.

Baker — Why is that that it says 'no shock advised'?

Dozier — 'Cause he, he... the, their AED isn't...they're not trained to interpret a rhythm. So the machine essentially interprets the rhythm for them and an asystolic rhythm, you can't shock it. There's nothing...there's no electrical activity in the heart...it's, you know, when you see flat line that's essentially what asystolic is. There's no electrical activity. The machine makes that determination for them. So, essentially, they just let me know that he had not been defibrillated prior to our arrival.

Baker — So, when it says 'no shock advised', that means he's basically, he's...

Dozier — He's not...yeah. He's, his heart is not in a rhythm that the machine will defibrillate. There's only two rhythms. Ventricular fibrillation and ventricular tachycardia for the most part that that machine will, will defibrillate. He wasn't in either, either one of those. So, his heart was asystolic. He had no electrical activity in his heart whatsoever. So, there's, there's no reason for

that machine to deliver a shock. So, at that point, all you do is continue with CPR and ventilations. So, I did. . .essentially do the same thing, but instead of the machine analyzing it, I have 'em stop CPR. Look at what the rhythm is on the monitor. What it's showing and I make that determination whether or not the patient's in a rhythm that needs to be shocked or is not in a rhythm to, to be shocked. Which he never was. He was in a asystolly the whole time.

Baker — With him being in that capacity.

Dozier — Uh-hum.

Baker — Does it. . .that usually mean he's been down for a quite a while or he is basically deceased at that point and how. . .what is that usually. . .?

Dozier — It, it's hard to say. I mean, there, there's really no determination. Some people can go a long time in a particular rhythm before they go asystolly. Some people go straight into asystolly. Just depends on what the, I guess, ideology is behind the cardiac arrest. There, there's really no way to know. Without having a monitor present beforehand. Yes. Usually at that point they're. . . when somebody's asystolic, that is one our requirements for pronouncing somebody dead on top of all the other ones per, uh, the, the determine that, that death protocol. But, there. . . to, to me, there's no way to know how long he had been in that rhythm or how long he was in another rhythm prior to it. There's just. . .All I know is what he was in when I got there and what he was in throughout the, the time of the run.

Baker — And he stayed from the point you made contact with him and from apparently, the point that, um, the staff and Fire made contact, he was always in that a. . .

Dozier — Asystolly. As far as, with the AED, I, I don't know. He could've been in another rhythm but he wasn't in a rhythm that the AED would recognize as a shockable rhythm. Like I said, the only thing that I know for sure is from when the time I put him on my monitor, he was in asystolly and remained so the entire time he was on our, on our monitor.

Baker — Okay. I see. I understand now. So, to clarify, from the point you hooked him up to your monitor, from that point all the way to the hospital and when you were hands off and he was with hospital staff.

Dozier — Correct.

Baker — He was asystolly the whole time.

Dozier — Correct. Yes. Yeah. He never had, uh. . . At, at every pulse check that I. . .where I had CPR stopped so I can analyze the rhythm, he never had a, uh, anything that could've been determined as a, a profusing rhythm or, uh, evidence of goin' towards a profusing rhythm. It was asystolly the entire time.

Baker — And you said cyanotic from clavicle up.

Dozier — Correct.

Baker What, what does that mean?

Dozier The uh. . . So, like a blue color to the skin and most likely just caused because of the, the hanging part of it. So, you get that cut off of blood, blood flow. So, you get the blood trapped in the head. And a lot of it's just because he was in cardiac arrest. You don't have blood flow unless you're doing CPR. And even at best it. . . at your best CPR, it's not as good as your heart, you know, is your, your heart pumping on its own. So. So, essentially, it's uh, just a blue color. Is what cyanotic means. And it was more pronounced from the, from the clavicles up from what I could tell.

Baker And, and this is a question you might not know the answer to this. But, how long you. . . is a normally will somebody be, uh, hanging before they go out? Um, is that usually a couple of minutes to hang like that and then they. . .?

Dozier I don't know that I can say for sure. I mean, I. . .maybe everybody's different. I mean, at some point, eventually, without blood flow to the head, you're gonna, you, you know, you're gonna pass out and you know, as soon as, once you pass out, your respiratory drive will stop or if you, you know, if it's tight enough and you can't breathe, they're both gonna work against it. You know, you're cutting the blood flow off to the head and you're not breathing, so, you're not circulating any oxygenated blood at that point. And it's, you know, it's a downward progression from there. You're, you're not breathing. You have no blood flow, so, you start getting the, the brain damage sets in pretty quick. And at that point you, your heart goes, your heart stops beating. What rhythm it goes into, I can't, I. . .there's no way for me to determine that without being present while it happens, you know.

Baker Uh-hum. Did you ever. . .when you arrived, was he cold, do you remember was he cold to the touch or. . .?

Dozier He was cool. Um, however, given the circumstance when I found him he was, it wasn't very warm in there to begin with. So, he's gonna, you're naturally gonna be cold 'cause your heart's not circulating. You have no metabolism that you, your body normally uses to keep you warm and he was layin' on a concrete floor.

Baker Okay.

Dozier That's gonna naturally make you cold. So, um, whether it was all of those combined or if it was a prolonged down time, you know, that's, that's why I asked multiple times tryin' to find out if anybody knew at least an approximate time of how long he'd been down and I, I never really got a, a solid answer out of it. You know, with given the situation, somebody might've known and they just couldn't say or couldn't remember. So, the only thing I could go off of was when they found him which was, you know, like I said, I was told 15:50 and from the time that. . .from that time to the time that we got there and began everything. So, that's, you know, that's all I have to go off of is the information that everybody else might have and kinda piece it together. But, I

mean, yeah. He, he absolutely, was cool to the touch. Most people who don't have a heart beat are, you know. You just. . .

Baker Uh-hum.

Dozier . . . it's kinda how it works.

Baker Was there anything that looked odd to you or suspicious in any way?

Dozier Not that I noticed. I mean, granted the. . .when I'm goin' through things, I kinda do just a, a quick look. You know, just make sure there's no other obvious trauma. Obviously, I focused most of my assessment on his neck region. Made sure there wasn't any trauma preventing us from ventilating him which would cause even further problems. I, you know, I did see the bruising and the, the ligature marks around his neck. I saw the. . .where he had been hanging from the uh, from the back wall. But, other than that. . . and, and his chest. Like I talked about before. And like I said, not having ever seen him before, very well could've been how his chest normally looks.

Baker Uh-hum.

Dozier But to me I have to point it out because it doesn't look normal to me. Can't say what it was for sure but I just have to, you know. I can only document what I, what I see and to me that's abnormal for. . .compared to the, the norm, the average person.

Baker You said it's abnormal when somebody. . . if, if. . . say they had found him and it took you all maybe 5 minutes, 10 minutes to get down into that area.

Dozier Uh-hum. Uh-hum.

Baker If they had been doin' CPR on him constantly with chest compressions for 10 minutes, would that cause some (Inaudible)?

Dozier It could. It depends on the quality of CPR. You know, they have set guidelines and you're supposed to compress this far and this fast. Some people get excited and maybe do CPR too fast or too hard and it can cause trauma. You know, really, most the time you're gonna break ribs when you do CPR. It's just kinda the nature of the beast. Because you gotta get that compression to get the blood circulation. Um, it, it very well could be from that. It could be a situation where they didn't have their hands correctly placed during CPR. You know, you get a little too far down and it can cause a little bit more deformity because of. . . you're essentially using your sternum to compress your heart against your backbone. I mean, that's what you're using to, to profuse. If you're not exactly in the right spot it can cause problems. And it also depends on the patient's physical condition. You know, if you have a younger person that's in good shape and has strong bones, you're gonna have less deformity with prolonged periods of CPR versus somebody who's , you know, 100 pounds and 90 years old and has osteoporosis and you know, bone degeneration. It doesn't take much to get that deformity to the chest

because their bones just can't handle the trauma of CPR in general. So, you know, that's. . .there's. . . unfortunately there's a lot of factors that go into it. But, I mean, the longer you do CPR, yes. You. . .the, the more you'll see that you kinda get a, a, an indent there on the chest just from that repetitive compression. Um and then like I said, it has to do with how the CPR is done as well.

Baker So, it wouldn't' be odd though to, for the abnormally to come from CPR.

Dozier Not, not necessarily. You know, it, it. . .I've seen it before. Just not necessarily, I guess, maybe not as pronounced as this was. You know, it seemed like he did have a, a fairly good concave in his chest. But not having seen what his chest looked like before. Like I said, you can. . .some peoples. . . Not everybody's rib cage is the same. It very well could've been normal for him.

Baker Okay. All right. Um, Is there any questions that I haven't asked you or any other information that you think may be beneficial to this case?

Dozier I don't think so. Uh, you know, like I said, I saw the. . . nobody could tell me how long he'd been down. Uh, given the circumstances. Especially with a, a hanging. Although it could be considered a traumatic, a, a traumatic cardiac arrest because it was a hanging, his may not have been necessarily traumatic just because there wasn't, you know, a long fall associated with the hanging. Uh, no severe neck trauma was noted other than, you know, the ligature marks where, where the sheet was. But, um, I mean, like I said, I, I really didn't see much else other than, you know, they, they had showed me where he'd been hanging. Nobody. . . I don't, I think I asked once but I don't know that I ever got an answer as to exactly how he was found hanging. Whether he was, you know, his feet were out or he was on his knees. I don't think I ever really got an answer to that; which at that point, it's somewhat inconsequential, you know. It was what it was. So.

Baker Okay. Is there anything that you wanna state for the record before we end?

Dozier Nope.

Baker Is everything you told me the truth to the best of your knowledge?

Dozier To the best of my knowledge.

Baker Okay. We will now conclude this statement. The time is 15:48 hours.

END OF STATEMENT

PIU

File # 13-072/pm



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct. 19th, 2013 The time is 2053 hours.

This is an interview with Inmate Alan Meyer (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. Jefferson St. (LMDC)

Present during this interview is; Sgt Kevin Taylor

(Title) (Name)

- Q1 ☑ Are you aware this interview is being audio and/~~or video~~ recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? Alan Joseph
- Q5 ☑ State your home address including the zip code. [redacted]
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? [redacted]
- Q7 ☑ State your home telephone number with the area code. [redacted]
- Q8 ☑ State your mobile and an alternate phone number with area codes. [redacted]
- Q9 ☑ Are you employed? NO
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☐ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

Work Aide/Monitor

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Alan Meyer, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X [signature] — Signature — Date: 10/19/13 — Time: 2054

X [signature] — Witness signature — Date: 10/19/13 — Time: 2054

Subscribed and sworn to me by ALAN MEYER

This 19th day of October, 2013

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903

[signature] — Notary Public, State at Large — My Commission Expires

Concluded 2109

October 19, 2013

| | |
|---|---|
| Baker | This is Sergeant Mindy Baker of the Louisville Metro Police Department's Public Integrity Unit. This is a official statement. Case number is 13-072. Today's date is October 19th, 2013 and the time is 20:53 hours. This is an interview with Alan Meyer. This interview is being conducted at 600 West Jefferson Street, Louisville Metro Corrections. Present during this interview is myself, Alan Meyer and Sergeant Kevin Taylor. Alan, are you aware this interview is being audio recorded? |
| Meyer | Yes ma'am. |
| Baker | Has anyone threatened you in order to obtain this interview? |
| Meyer | No ma'am. |
| Baker | Are you giving this interview of your own free will? |
| Meyer | I am. |
| Baker | Please state your full name and spell your last name. |
| Meyer | It's Alan Joseph Meyer. M-E-Y-E-R. Is my last name. |
| Baker | What is your date of birth? |
| Meyer | It's [redacted] |
| Baker | State your home address including the ZIP code. |
| Meyer | Uh [redacted] |
| Baker | Is this the same as your mailing address? |
| Meyer | Yes ma'am. |
| Baker | Do you have a home telephone number? |
| Meyer | [redacted] |
| Baker | Do you have a mobil number or alternate number? |
| Meyer | Uh [redacted] |
| Baker | Are you employed? |
| Meyer | Uh, no ma'am. |
| Baker | Are you aware that the following interview will be a sworn statement? |
| Meyer | Yes ma'am. |

Baker — Please raise your right hand. Do you, Alan Meyer, solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Meyer — I do.

Baker — Just have ya sign right there. And then date. 19. It's 20:54. All right. Just tell me. . . uh, today you were assigned as a Work Aide Monitor. Um, just tell me what happened tonight.

Meyer — Uh, like she was sayin', I was assigned to be a work aide. Uh, what, what they call is a one-on-one monitor and the wing. . . I was on the 5th floor, East Wing. Uh, I think it was Admin. Seg. There's about 11 cells I had to look at. About 10 of 'em were full and I was supposed to go look at the medical patients and make sure that they weren't havin' seizures. It was uh, there's about 5 or 6 cells. And one of 'em was uh, the one who hung himself. Number 3. And I first initially got there and I checked . I walked pass his room. Made sure nothin' was happenin' and uh, I thought I saw him prayin' so I kept goin'. I'd only been there 10 minutes probably on my shift. Um and as I walked back through 'bout 5 minutes later, I saw, um, him prayin' still but then I saw the noose that was attached to the bars and he was hangin'. His toes were purple. His hands were free. I obviously knew that he was tryin' to hang himself. Tryin' to commit suicide. Uh, so, I went and yelled at, uh, the officer on the, the unit. It was, uh, a white guy. It was Sanders, Officer Sanders and the black guy was, uh, Skaggs, I believe. And uh, I yelled at Skaggs first. Skaggs came and uh, then Sanders came. Followed. And they took him down. So. But I just uh, I guess I was the initial one to recognize that. . . because I was monitoring him.

Baker — He wasn't actually somebody that you were supposed to be monitoring, though. He wasn't on a watch. It was. . .

Meyer — Well, he, uh, he [redacted] . . . [redacted]dn't medically have like a uh, sheet of paper that I was supposed to look at.

Baker — So, are you supposed to look at everybody that's in that. . .

Meyer — On that's. . . walk. Yes.

Baker — Okay.

Meyer — Just to make sure that they're not harmin' [redacted] or they're not havin' seizures.

Baker — When you went by the first time, you [redacted] ht he was prayin'.

Meyer — You know, like I, I had initially got there, they told me what I needed to do and 'bout 10 minutes into it, I walked through. And uh, I thought I saw him prayin'. And then about 5, 10 minutes after that, I walked through and uh, that's when I saw him prayin' again and realized that it was a noose. It was a white uh, blanket that he had tied I guess a couple of times and hung to the

bars and then put around his neck and uh, he was hangin'.

Baker Which way was he facing?

Meyer He was, he was, uh... I was looking at his back. He was facing north, northbound, I guess.

Baker Okay.

Meyer Lookin' at Jefferson Street.

Baker Okay. He was facing away from the actual cell that you were looking at.

Meyer Yeah. He was... Yes, yes.

Baker Were his...was he actually hanging as far as his feet or knees? Was there any, um...?

Meyer Uh, his toes, his feet were on the ground but he was in this kinda obviously, like deliberately, like tryin' to fall back as far as he could to, I guess, to make sure it's around his neck. But his toes were on the ground and they were purple when I saw him.

Baker Where are you normally housed at? Which floor?

Meyer Uh, in the new jail. On the uh, 3rd floor.

Baker And this is the first day you've ever done the monitoring?

Meyer In that wing. It's the 3rd day that I've done monitoring.

Baker Have you heard or seen him praying before?

Meyer No.

Baker So why'd you think he was prayin'?

Meyer Just the way that...because the way he... his feet were... came out. I mean, I'm Catholic. I've been... I've seen pews and, you know, the way his feet were out and his hands were out and his head was up and it just kinda what it looked like.

Baker So, this is the first time you monitored this floor at all?

Meyer Yes.

Baker Have you... you've never had conversations with him any other days?

Meyer No. No.

Baker Did you have any conversation with him? You said you'd been there for 10 minutes.

Meyer No.

Baker Had you had any...?

| | |
|---|---|
| Meyer | No. Interaction none. I hadn't even seen him. I didn't know what... anything about him. |
| Baker | What time did you start today? |
| Meyer | The uh, shift started at a probably be about 3:30, 3:40. Maybe 4:00. I, I don't remember. |
| Baker | When you got there, when you started...how long was it before you walked down that way? |
| Meyer | Well, I initially, walked through. But I didn't look in. And uh, I sat down. Uh, talked to the C.O. and then 10 minutes went by and I was walkin' through there and that's when I thought I saw him prayin'. And then 5 minutes later, I walked back and that's when I realized somethin's wrong. |
| Baker | When you initially walked through and you thought he was prayin', you were walkin' towards... you went pass toward Cell 2? |
| Meyer | I, I walked... The initial time I saw him, he was on my right and when I came back, he was on my left. The cell. It was Cell 3, actually. |
| Baker | But, you were going... Did you stop at Cell 2? Check on him and then you turned back around to come back or did you walk into the quarters where the guards are? |
| Meyer | Yeah. I just was kinda lookin' at the guards. I looked at 2, I looked at 1 and then kinda just was zoned out lookin' at the guards. Killin' time. And then when I walked back through, there was just like peek, peek and then peek again and then I saw the noose. |
| Baker | Okay. How long have you been here uh, at Corrections? |
| Meyer | Uh, since the 14th of October. 'Bout 5, 6 days. |
| Baker | Did you hear, did any other inmates say anything that they had heard him uh, say anything today or that they thought, you know, he had said anything about plannin' this or...? |
| Meyer | No ma'am. Uh, I really haven't talked to anybody that knew him or knew of him. The other people in there didn't mention it. You know, they knew anything about him wantin' to harm himself or do (Inaudible). No. |
| Baker | Sergeant Taylor? |
| Meyer | Yeah. I was just gonna ask, um, when you saw him um... could you tell if his knees were actually on the ground or not? |
| Baker | I, I didn't... the first time, I didn't when I looked through the glass, I didn't really ... It was so quick that I didn't realize that his knees were on the ground. |
| Taylor | Uh-hum. |

Meyer — I just passed him. I thought he was prayin'. Uh... it's only like a 6 inch by 3foot glass and you just kinda just peer into it.

Taylor — Right.

Meyer — And uh, then the second time around is when he hadn't moved at all. That was kinda weird, so. That's when I felt like I needed to really look in there. And that's when I saw the noose.

Taylor — I mean, just try to remember how his body was positioned. Did it appear that his hand was up or was it down?

Meyer — I couldn't remem, I couldn't, I couldn't tell ya.

Taylor — Okay.

Meyer — It looked normal like. Like he was sittin' up, I guess.

Taylor — Okay. When, I guess, when the officers went in and the nurse came in, um, you were...were you inside the cell durin' all that or you probably were out of the way when all that stuff was goin' on?

Meyer — I was kinda out of the way. I saw Officer Sanders pick him up. I didn't, I didn't go into the, the cell. I stood outside of it and I saw Officer Sanders pick him up and uh, Skaggs pulled the noose off of him, I think.

Taylor — And that's just by from what you saw or you just heard that?

Meyer — I saw that.

Taylor — Okay. Uh, (Inaudible).

Meyer — And there was a 3rd, 3rd uh, officer in there as well.

Taylor — Was, I mean, was it...did that appear to be somethin' like a high degree of difficulty for them to remove the noose from his neck or...?

Meyer — Yeah. I think he struggled initially. They had picked him up and uh, they tried to, to pull it off of him. And uh, I guess, messed up so they had to try it again.

Taylor — And so, durin' all this, I mean, did he appear to be already unconscious?

Meyer — Oh, he was already out. He was, he was already out. Um, when, when they picked him up he did spin a little bit and I mean, I didn't see... his eyes were closed and he already looked purple.

Taylor — Uh-hum.

Meyer — So.

Taylor — While they were, uh, doin' all that, can, can you think of anything that you might've heard just in terms of the conversations? I mean, did anyone say that they could detect a pulse or note any breathing or anything like that? I mean,

could you hear any of those conversations?

Meyer Uh, they said that he wasn't breathing.

Taylor Okay.

Meyer Um and that, that was from the nurse. Um and then I guess the Sergeant came in with uh everything you needed to do with, to do. . .not only CPR but like the, uh, breathe through the mouth.

Taylor Uh-hum.

Meyer (Inaudible). A big (Inaudible). And uh, they, they started doin' CPR. They started yellin' his name.

Taylor Uh-hum.

Meyer It started with a. . . It's like Hensley or Hen, Henley.

Taylor It's Hindi.

Meyer Hindi?

Taylor Uh-hum.

Meyer Yeah. Hindi, Hindi.

Taylor Okay.

Meyer And then right after that they pulled me back out. They, they shut the, the jail down.

Taylor Uh-hum.

Meyer And they locked me down. So.

Taylor Okay. Aside from you. . .

Meyer (Inaudible).

Taylor Aside from you, um and granted I know this is a jail and they're all in individual cells. Is it possible anyone else could've been on that floor or possibly entered his cell? Is that even possible?

Meyer I don't think so.

Taylor Okay.

Meyer Not. . .no. Not unless, uh, an officer opens his door.

Taylor Okay. I don't have anything further.

Baker Like what he was sayin', you said it was obvious. . . you thought he wanted to, you know, this was his choice or what was it you said. . .

Meyer Oh, yeah. I mean. Yeah. This is definitely his choice. That was suicide. That's uh. . .I mean. . . Tryin' to hang himself. There was a noose that he

made from his bed sheet. Shoo. It's sad.

Baker Did it appear to you that the, the officers and nurses did everything they could to try and bring him back?

Meyer Oh, yeah. They. . . Just fast as they could when they realized what was goin' on. When I, when I told Officer Skaggs, him and Sanders busted in. Tried to pick him up. Tried to start CPR. The nurse came in by then and it all happened so quick. It was 30 seconds to 2 minutes.

Baker Did you see them doin' CPR on him?

Meyer Yes.

Baker Did that last for quite a while?

Meyer Well, I was only there for a specific. . .like probably 30 seconds watchin' 'em do CPR and then I guess they came over the radio that they're shuttin' the jail down. That I needed to go.

Baker So, where did they take you?

Meyer Uh, in another wing. On the same floor. And uh, locked me up.

Baker But you couldn't hear anything when you went into that other wing?

Meyer No, no, no. I couldn't hear anything.

Baker Okay. Sergeant Taylor?

Taylor I don't have anything further.

Baker Okay. Is there anything we haven't asked you about that, you know, you remember or think would be beneficial to tell us regarding this case?

Meyer No ma'am.

Baker Okay. Is everything that you've told us the truth to the best of your knowledge?

Meyer Yes ma'am.

Baker With that we will conclude that, conclude this interview. The time is 21:09.

END OF STATEMENT

PIU

File # 13-072/pm



EMS Tech

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT

CASE NUMBER: 13-072

Today's date is Oct 20th, 2013 The time is 1501 hours.

This is an interview with EMS Phillip Nahm (R/S)

This interview is being conducted at:

☑ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☐ Other Location:

Present during this interview is; Myself + Phillip Nahm

(Title) (Name)

Q1 ☑ Are you aware this interview is being audio and/or ~~video~~ recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth? [redacted]
Q5 ☑ State your home address including the zip code. [redacted]
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address? [redacted]
Q7 ☑ State your home telephone number with the area code. [redacted]
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there. EMS tech
Q11 ☑ What is your work telephone number? [redacted]
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Phillip Nahm, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| X [signature] | 10-20-13 | 1503 |
|---|---|---|
| Signature | Date | Time |
| | | |
| Witness signature | Date | Time |

Subscribed and sworn to me by Phillip Nahm

This 20th day of OCTOBER, 2013

Malinda Baker
Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID # 478903
My Commission Expires

**ENDING THE STATEMENT**

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time is: 1506 hrs.





# Subject Information Form

**Printed By: Louisville Metro Police Department**

Telephone: Fax:
Printed for: User, LMPD

## HINDI, MAHMOUD Y - (498356)

Address at time of Photo:

**Subject Physical Descriptors**

| | | | |
|---|---|---|---|
| | | Race: | UNKNOWN |
| Book Num: | 2012029784 | Sex: | MALE |
| | | Height: | 600 |
| | | Weight: | 195 |
| SID: | | Hair Color: | MIXED |
| FBI ID: | | Eye Color: | GREEN |
| SSN: | | Facial Hair: | MUSTACHE |
| DOB: | | | |
| Age: | 56 Years | | |
| Age at Arrest: | 55 Years | Birth City: | |
| DL State: | | Birth State: | |
| DL Num: | | Birth Country: | |

6782MZ 10/20/2013 6:30:29 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

JEFFERSON CIRCUIT COURT / CASE NUMBER: 12-CR-002772

Log-Off 

| **COMMONWEALTH VS. HINDI, MAHMOUD YOUSEF** | | | Source: S |
|---|---|---|---|
| | Filed on 09/13/2012 | **CIRCUIT CRIMINAL** ; Open Judge: HON. FREDERIC COWAN | |
| **COMPLAINING WITNESS: BAKER, YOLANDA / LMPO,** | | | P-800-2491 |
| | Address | LMPD ; , | |
| **COMMONWEALTH'S ATTORNEY: CONROY, RYANE,** | | | RCCAO |
| | Address | COMMONWEALTH ATTORNEY OFFICE ; , | |
| **DEFENDANT / RESPONDENT: HINDI, MAHMOUD YOUSEF** | | | @40000765900 |
| | Address | [redacted] | |
| | Id-Info | Race: W; Sex: M DOB: [redacted] EyeColor: GN; HairColor: BK; Height: 600; Weight: 195 SCH #: 201586141185 | |
| | Bail: 1 | Set on: 09/13/2012; Amount: $0 NO BAIL SET (DEF MAY NOT POST BOND) | DEF IS REMANDED INTO CUSTODY WITHO UT BAIL |
| **CHARGE 1 ORIGINAL: MURDER** | | | |
| | Charged on 09/13/2012 | UOR: 0091500 | |
| **CHARGE 2 ORIGINAL: MURDER** | | | |
| | Charged on 09/13/2012 | UOR: 0091500 | |
| **CHARGE 3 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 4 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 5 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 6 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 7 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |

| | | | |
|---|---|---|---|
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 8 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **CHARGE 9 ORIGINAL: WANTON ENDANGERMENT-1ST DEGREE** | | | |
| | Charged on 09/13/2012 | UOR: 0132010 | |
| **Document(s) Information** | | | |
| 1 | Filed on 09/13/2012 | INDICTMENT | |
| 2 | Filed on 09/13/2012 | COMMITTMENT | 9/20/12 @ 3:30 |
| 3 | Filed on 09/13/2012 | CORRESPONDENCE | CONFIRMATION OF RECEIPT SENT TO JA IL OF THE MOTION TO REMAND THE DEF T. WITHOUT BAIL PURSUANT TO RCR 4. 02 |
| 4 | Filed on 09/19/2012 | ORDER OF ARRAIGNMENT - NOT GUILTY PLEA; FIRST CLASS MAIL | PD APPT BAIL MAY NOT BE GIVEN 10 /22/12 @ 9:30 PTC |
| 5 | Filed on 09/26/2012 | ORDER APPOINTING PUBLIC ADVOCATE | |
| 6 | Filed on 10/09/2012 | ORDER OF CONTINUANCE; FIRST CLASS MAIL | PC R/A TO 11-02-12 |
| 7 | Filed on 10/09/2012 | ORDER - EX PARTE; HAND DELIVERY | SEALED |
| 8 | Filed on 10/12/2012 | DISCOVERY | |
| 9 | Filed on 10/25/2012 | DISCOVERY | |
| 10 | Filed on 11/05/2012 | ORDER FOR HOSPITAL RECORDS; FIRST CLASS MAIL | OF MARVIN FISHER |
| 11 | Filed on 11/20/2012 | ORDER SCHEDULING | 12/3/12 BH |
| 12 | Filed on 12/03/2012 | COMMITTMENT | NBS 1/14/13 @ 8:45 |
| 13 | Filed on 12/04/2012 | SUPPLEMENTAL FILING | RESPONSE TO ORD FOR DISC |
| 14 | Filed on 01/14/2013 | COMMITTMENT | 3-4-13 @ 10:00 NBS |
| 15 | Filed on 01/24/2013 | SUPPLEMENTAL FILING | RESPONSE TO ORD FOR DISC |
| 16 | Filed on 02/08/2013 | SEALED DOCUMENT | EX PARTE |
| 17 | Filed on 03/04/2013 | COMMITTMENT | 4-26-13 AT 8:45AM NO BOND SET |
| 18 | Filed on | RESPONSE | ...TOTHE COURTS PRETRIAL ORD FOR D |

| | | | |
|---|---|---|---|
| | 03/12/2013 | | ISCOVERY AND NOTICE PURSUANT TO 40 4(B) |
| 19 | Filed on 03/28/2013 | SUPPLEMENTAL FILING | RESPONSE TO THE COURTS PRETRIAL OR DER OF DISC , CD ATTATCHED |
| 20 | Filed on 04/08/2013 | SEALED DOCUMENT | EXPARTE |
| 21 | Filed on 04/26/2013 | COMMITTMENT | 6-3-13 @ 10AM PTC NBS DEFT REMAN DED IN JAIL WITHOUT BAIL |
| 22 | Filed on 04/26/2013 | JUDGE'S MEMO | THE CW HAS A SUPPLEMENTED DISCOVER Y THE CW IS CLOSE TO COMPLETING DISCOVERY NEXT PC IS 6-3-13 @ 10 AM |
| 23 | Filed on 04/30/2013 | DISCOVERY | SUPPLEMENTAL; PP 1102-103 |
| 24 | Filed on 06/03/2013 | COMMITTMENT | 8-26-13 @ 8:45 NBS DEFT MAY NOT G IVE BAIL |
| 25 | Filed on 06/06/2013 | JUDGE'S MEMO | ONL OUTSTANDING DISCOVERY IS RECOR DING FROM CORRECTIONS MEDICAL RE CORDS WILL BE PROVIDED TO DEFT N EXT PC SET FOR 8-26-13 @ 8:45 |
| 26 | Filed on 06/06/2013 | ORDER OF CONTINUANCE; HAND DELIVERY | 5-6-14 @ 10AM PC 7-11-14 @ 10AM J T |
| 27 | Filed on 08/12/2013 | SEALED DOCUMENT | |
| 28 | Filed on 08/26/2013 | COMMITTMENT | 10-10-13 @ 8:45 NO BAIL SET DO NOT RELEASE |
| 29 | Filed on 08/27/2013 | ORDER OF CONTINUANCE; HAND DELIVERY | 10-16-13 @ 8:45 |
| 30 | Filed on 10/16/2013 | JUDGE'S MEMO | CW BELIEVES DISCOVERY IS COMPLETE; NO LAB TESTS REQUIRED 12/13/13 @ 8:45AM |
| 31 | Filed on 10/16/2013 | ORDER OF COMMITMENT | 12/13/13 @ 8:45AM NO BAIL SET, DE FENDANT MAY NOT GIVE BAIL, DO NOT RELEASE |

**Court Date(s) Information**

| | | | |
|---|---|---|---|
| 1 | ARRAIGNMENT on 09/17/2012 | Judge: HON. FREDERIC COWAN Time: 1530 hours; Rm: 13 | |
| 2 | PRETRIAL CONFERENCE on 11/02/2012 | Judge: HON. FREDERIC COWAN Time: 1000 hours; Rm: 13 | R/A FR 10-22-12 |
| 3 | MOTION HOUR on 11/13/2012 | Judge: HON. FREDERIC COWAN Time: 1530 hours; Rm: 13 | |
| | Motion 1 filed on: 11/08/2012 | MOTION - OTHER; Filed By: APA ; Disp: ; Manner Type: ****** | |
| 4 | BOND HEARING on 12/03/2012 | Judge: HON. FREDERIC COWAN Time: 1100 hours; Rm: 13 | |
| 5 | PRETRIAL CONFERENCE on 01/14/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 | |
| 6 | PRETRIAL CONFERENCE on 03/04/2013 | Judge: HON. FREDERIC COWAN Time: 0900 hours; Rm: 13 | |
| 7 | PRETRIAL CONFERENCE on 04/26/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 | |

| | | |
|---|---|---|
| 8 | PRETRIAL CONFERENCE on 06/03/2013 | Judge: HON. FREDERIC COWAN Time: 1000 hours; Rm: 13 |
| 9 | PRETRIAL CONFERENCE on 08/26/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 |
| 10 | PRETRIAL CONFERENCE on 10/16/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 Super Memo |
| 11 | PRETRIAL CONFERENCE on 10/16/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 |
| 12 | PRETRIAL CONFERENCE on 12/13/2013 | Judge: HON. FREDERIC COWAN Time: 0845 hours; Rm: 13 |
| 13 | PRETRIAL CONFERENCE on 05/06/2014 | Judge: HON. FREDERIC COWAN Time: 1000 hours; Rm: 13 |
| 14 | JURY TRIAL on 07/11/2014 | Judge: HON. FREDERIC COWAN Time: 1000 hours; Rm: 13 |

County information last updated on: 10/18/2013 5:15:00 AM

CourtNet

Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

**Inmate Nbr**
00577966

**Name**
HINDI, MAHMOUD Y

25207 Eggers 10/19/2013 17:58 Page: 1
GB003629

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| nmate # | Inmate Name | Sex | Race |
|---|---|---|---|
| 00577966 | HINDI, MAHMOUD Y | MALE | White/Eurp/ N.Afr/Mid Eas |
| Booking Number | Date/Time | Hair Color | Eye Color |
| 2012029784 | 09/07/2012 02:36 | Black | Green |

| Drivers License # | SSN | DOB | Ethnicity: | Height | Weight |
|---|---|---|---|---|---|
| IN | [redacted] | [redacted] | | 6'00" | 195 |

Address: INVALID CONVERSION ADDRESS RD JO

Phone:

FBI #:

SID #: A0761434

Resident:

County:

Birth State: JO

Citizenship: United States of America

Scars, Marks, Tattoos

| Type | Location | Description |
|---|---|---|

## Additional Information

Classification: MX/AB

Cell Assignment: H5-N1/003

Sentence Status:

Occupation:

Employer:

Emergency Contact:

## Arrest Information

Committed By:

Arresting Officer: BAKER

Arrest Date/Time: 09/06/2012 07:09

Booking Officer: Brown, Johnathan

Arresting Agency: LOUISVILLE METRO POLICE

Location: 4601 SPRINGDALE RD LOUISVILLE

Arrest Note: SUBJ SHOT TWO VIC AT ABV LOC CAUSING THE DEATH OF ONE VIC AND CRITICALLY INFJURING THE OTHER. SEVEN ADDITIONAL PEOPLE WERE WITHIN FEET OF SUBJ AS HE FIRED TWO SHOTS

## Charges

| Reference # / Case Nbr | Statute / Description | Category | Charge DtTm / Court DtTm | DispositionDtTm / Disposition | Document / Bond/Sentence | Court | Bond Type / Bond Amount |
|---|---|---|---|---|---|---|---|
| O2801207<br>12F010120 | 507.020<br>MURDER | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801208<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801209<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801210<br>*00T09993 LAUREL | 189.390<br>SPEEDING 7MPH OVER (LIMTED ACCESS) | NON-CRIMINAL | | 09/09/2012 01:09<br>RIP CREDIT TIME SERVED | Not Applicable | | |
| O2801211<br>12CR2772 | 507.020<br>MURDER | NON-CRIMINAL | <br>12/13/2013 | | Not Applicable | CR13 | |
| O2801212<br>12CR2772 | 507.020<br>MURDER | NON-CRIMINAL | <br>12/13/2013 | | Not Applicable | CR13 | |
| O2801213 | 508.060 | NON-CRIMINAL | | | Not Applicable | CR13 | |

| Reference # | Statute | Category | Charge DtTm | DispositionDtTm | Document | Court | Bond Type |
|---|---|---|---|---|---|---|---|
| 12CR2772 | WANTON ENDANGERMENT 1ST DEGREE | | 12/13/2013 | | | | |
| O2801214 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801215 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801216 13F000021 | 508.080 TERRORISTIC THREATENING, 3RD DEGREE | NON-CRIMINAL | 12/06/2013 | | Not Applicable Bond: $10000.00 | 203 | CASH $ 10,000.00 |
| O2801217 12F010120 | 508.01 ASSAULT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801218 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801219 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801220 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801221 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801222 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable | | |
| O2801223 *00T09993 LAUREL | 02900 SERVING WARRANT FOR OTHER POLICE AGENCY | NON-CRIMINAL | | 09/07/2012 06:09 WARRANT SERVED | Not Applicable | | |
| O2801224 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801225 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801226 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801227 12CR2772 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801228 13F000021 | 13123 ASSAULT 3RD DEGREE (OFFICER TRANSPORTING INMATES) | FELONY | | 01/14/2013 12:01 DISMISSED | Not Applicable | | |

**Active Bond Total:** $10000.00

**Bonds Total:** $10000.00

## Arrest Information

**Committed By:**

**Arresting Officer:** NICHOLSON

**Arrest Date/Time:** 09/07/2012 04:09

**Booking Officer:** Brown, Johnathan

**Arresting Agency:** LOUISVILLE METRO CORRECTIONS DEPT

**Location:** 400 S 6TH ST LOUISVILLE

**Arrest Note:** ************************************A/C*********************************************
**
*******************************HOLD LAUREL CO*********************************
SUBJ HELD ON LAUREL CO WARRANT FOR COURT

## Charges

| Reference # | Statute | Category | Charge DtTm | DispositionDtTm | Document | Court | Bond Type |
|---|---|---|---|---|---|---|---|

| Case Nbr | Description | Inmate Signature | Court DtTm | Disposition Date | Bond/Sentence | Bond Amount |
|---|---|---|---|---|---|---|

Officer Signature

Date

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

## Arrest Information

**Committed By:**

**Arresting Officer:** HORNBECK

**Arrest Date/Time:** 01/01/2013 07:01

**Booking Officer:** Brown, Johnathan

**Arresting Agency:** LOUISVILLE METRO CORRECTIONS DEPT

**Location:** NJC - 3RD FLOOR D8 LOUISVILLE

**Arrest Note:** ******************************ADDED CHARGES****************************** WHILE IN CUSTODY AT THE LOUISVILLE METRO DEPT. OF CORRECTIONS, HOUSED ON THE THIRD FLOOR IN DORM #8. INMATE HINDI, MAHMOUD WAS RECEIVING HIS DAILY MEDICATION FROM THE FLOOR NURSE. AS HE STEPPED OUT INTO THE VESTIBULE. HE BECAME VERBALLY DISRUPTIVE TOWARDS OFFICERS. HE THREATENED TO KILL I OFFICER HORNBECK AS HE WAS BEING ESCORTED OFF THE FLOOR AND THREW WATER FROM HIS CUP ON MY UNIFORM, ARM AND FACE AS HE WAS BEING ESCORTED TO A HOLDING CELL. WHEN TALKING TO MENTAL HEALTH, HE MADE FOUR REFERENCES TO MY LIFE. I AM IN FEAR FOR MY LIFE AND PERSONAL SAFETY DUE TO THE CURRENT CHARGES THAT HAVE HIM HOUSED IN THE FACILITY AND HIS MENTAL ABILITY TO CARRY OUT HIS THREATS TOWARDS ME.

## Charges

| Reference # / Case Nbr | Statute / Description | Category | Charge DtTm / Court DtTm | DispositionDtTm / Disposition | Document / Bond/Sentence | Court | Bond Type / Bond Amount |
|---|---|---|---|---|---|---|---|

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

## Holds

| ORI | Agency Name / Statute | Bond Amount / Description | Status | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|

# CHRONOLOGICAL REPORT

Name: Mahmoud, Hindi DOB:[redacted] S[redacted] CIN# 577966

| DATE | TIME | |
|---|---|---|
| 9/7/12 | 2:36a | Patient booked into Louisville Metro Department of Corrections. |
| | 3:20a | Patient completed medical intake. Blood Pressure- 140/80, Pulse- 96, Respiration- 17, Temperature- 97.2. Reports a history of depression and was taking Prozac 40 mg samples from his office. Patient denied ever being hospitalized for any psychological reason, never had a suicide attempt, and denied current suicide ideation. He also reported a lower back surgery 3 months prior to arrest. Patient referred to mental health due to the nature of his charges and his report of depression. |
| | 1:15p | Patient seen by mental health. Mental health evaluation, treatment plan, and discharge completed. Patient reports a history of depression with last treatment in 2007. Stated that he was treating him with samples of Prozac from his work. Patient referred to doctor for continued evaluation. |
| | 1st shift | Patient seen by Psychiatrist. Patient was alert and orientated x' 3, mood and affect were normal however inappropriate for situation, denies suicide ideation or hallucinations. Patient was given the diagnosis of Depression and started on Prozac 40mg daily. Patient signed the Psychotropic Medication Consent Form. Return to see me in 1 month. |
| 9/17/12 | 1st shift | Patient seen by Psychiatrist. Patient was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. |
| 9/18/12 | 8:30a | Patient seen by mental health professional. Patient adjusted well to mental health dorm. Medication compliance reported, no issues reported. Patient encouraged continuing compliance. |
| 9/19/12 | 12:00p | Patient 14 day History and Physical and mental health evaluation completed. Blood Pressure- 122/90, Pulse- 64, Respiration- 16, Temperature- 98.4. Patient reported a history of 2 back surgeries in 1994 and 2012. Patient reported a history of depression and referral made. Patient denied any major problems and education was provided for medication and dental. |
| 9/26/12 | 12:30p | Patient seen by mental health. Patient doing well in mental health dorm. Presented as stable. Patient encouraged continuing compliance. |
| 10/4/12 | 1:00p | Patient seen by mental health. Presented as stable. No issues reported. |
| 10/9/12 | 11:00a | Patient seen by mental health. Patient doing well, stable. |
| 10/17/12 | 9:30a | Patient seen by mental health. Presented as stable. No issues reported. |
| 10/17/12 | 1st shift | Patient seen by psychiatrist. Patient was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression with psychotic, no change in medication. |
| 10/22/12 | 1st shift | Patient refused medication- Prozac and ibuprofen |
| 10/25/12 | 11:00a | Patient seen by mental health. Patient doing well, stable. Continue medication management. |
| 11/15/12 | 10:00p | Health Service Request- cutaneous allergies |
| 11/17/12 | 1:30p | Patient compliant was that he was having a rash caused by his underwear. Nurse noted no rash. Patient reported that he wanted Hanes from Wal-Mart. Patient became upset and ended assessment. |
| 12/10/12 | 1st shift | Patient seen by Psychiatrist. Patient seen doctor reported side effects to medication of forgetfulness. Patients mental status was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. |

| 12/31/12 | 1st shift | Patient seen by Psychiatrist. Patient seen doctor reported side effects to medication of rage and irritability. Patients mental status was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. Compliance rate of 93 %. |
|---|---|---|
| 12/18/12 | 12:15p | Patient seen by mental health. Patient expressed concerns about others in the dorm. Patient may be getting to comfortable in dorm. He refers to others in derogatory terms. Mental health professional encouraged medication compliance and will continue to monitor behavior changes. |
| 1/1/13 | 1:30p | Doctor and nurse pulled patient and spoke with him about altercation that happened on the floor. Patient reported that he had problems with the officers and stated that he would kill the officer. Medical called command staff to notify them of statements. |
| | 1st shift | Patient seen by Psychiatrist. Patient presented with pressured speak and focused anger. His mental status was alert and orientated x's 3, he was agitated and fidgety with rapid pressured speech, his mood was angry, with poor judgment and insight. Patient diagnosis was mood disorder with homicidal ideation. Patient refused Trilafon. |
| 1/2/13 | 1st shift | Patient seen by the Psychiatrist. His he reported homicidal ideation toward a particular officer. The Psychiatrist made a change in his medications at this time. |
| 1/3/13 | 1st shift | Patient seen by Psychiatrist. He continues to verbalize anger toward staff. He denies any homicidal or suicidal ideation at this time. |
| 1/3/13 | 10:15a | Patient seen by MHP. He continues to talk about incident with particular officer. His mental status was stable at the time. MHP provided reflective listening and had patient transferred into a dorm on the MH Unit. |
| 1/10/13 | 1:30p | Patient seen by MHP. He was stable at the time and remained in a MH dorm. |
| 1/16/13 | 1st shift | Patient seen by the Psychiatrist. Patient stable at the time. He complains of side effects of his medications. Changes were made in his medications. AIMS testing were also completed. |
| 1/24/13 | 1st shift | Patient seen by Psychiatrist. Patient stable at the time. He reports an improvement in his mood. He also request to move to another MH dorm. |
| 2/1/13 | 1st shift | Patient seen by the Psychiatrist. Patient stable at the time. He complains of side effects of medications and cell being cold. Changes were made in his medications. |
| 2/5/13 | 4:00p | Patient seen by MHP. He was stable and housed in a MH dorm at the time. He voiced no complaints. |
| 2/7/13 | 2:20p | Patient seen by MHP. He was stable at the time. He voiced no complaints. |
| 2/7/13 | 1st shift | Patient seen by Psychiatrist. He was stable at the time. He continued to talk about issue with officer. It was discussed with him that he would be moved to GP. |
| 2/9/13 | 12:30p | Patient placed on Suicide Precautions after voicing thoughts of self-harm. He also complains of feeling confused and paranoid. |
| 2/10/13 | 2:15p | Patient seen by MHP. He now denies suicidal ideation and voices concerns of being on Suicide Precautions. MHP discussed coping skills and reasons he was placed on levels with patient. He also discussed patient's medications with the Psychiatrist. |
| 2/11/13 | 12:00p | Patient seen by MHP. He is stable at the time. |
| 2/12/13 | 11:00a | Patient seen by MHP. He is stable at the time. |
| 2/12/13 | 1st shift | Patient seen by Psychiatrist. He is stable at the time. He voices concern with being moved to GP. He was changed to Level II at this time. |
| 2/13/13 | 1:50p | MHP attempted visit with patient however he was at a visit during the time. |
| 2/14/13 | 12:15p | Patient seen by MHP. He is stable at the time and denies any suicidal ideation. He complains of "forgetfulness". Coping techniques and safety issues were discussed. Patient remains on Level II at this time. |
| 2/15/13 | 11:45a | Patient seen by MHP. He is stable at the time. He continues to deny suicidal ideation. Coping techniques and medication compliance were discussed. |
| 2/16/13 | 11:30a | Patient seen by MHP. He is stable at the time. His only complaint is that cell is cold. |

| | | |
|---|---|---|
| 2/17/13 | 12:00p | Patient seen by MHP. He is stable at the time. Requested to be taken off levels. |
| 2/18/13 | 11:00a | Patient seen by mental health. He is stable at the time. Denied suicide ideation. |
| 2/19/13 | 3:50p | Patient seen by mental health. He is stable at the time. Reports some sadness over being housed in the cell. He wanted to go to GP. Mental health professional discussed coping. |
| 2/20/13 | 2:10p | Patient seen by mental health. He is stable at the time. Questions how much longer he will have to stay in observation. Denies suicide ideation. |
| 2/21/13 | 12:05p | Patient seen by mental health. Patient concerned about a change in sleep pattern. Denied suicidal ideation. Mental health professional and patient discussed medication. |
| 2/21/13 | 1st shift | Patient seen by psychiatrist. Patient reported some sadness and requested pervious medications. Medication adjustments were made and patient levels discontinued and cleared to general population. |
| 2/22/13 | 7:00p | Patient refused medication (Trilafon). |
| 2/25/13 | 8:00a | Patient refused medication (Cogentin & Trilafon). |
| 2/27/13 | 1st | Patient seen by Psychiatrist. Patient was confrontational and expresses that he would hurt patients on that mental health unit and staff. Psychiatrist assessment is and adverse side effect to Prozac and paranoia. |
| 2/28/13 | 11:20a | Patient seen by Mental Health. Patient requested that his medication be changed and the Prozac restarted. He stated that he wanted to be on the mental health unit. Mental Health professional and discussed patient concerns with doctor. Doctor aware of medication changes. |
| 3/3/13 | 1:35a-8:20a | Patient seen by medical. Patient complained of pain "I was kicked in my side." Nurse noted injury and called medical doctor. A stat x-ray was ordered and he is moved to medical unit on medical observation until patient x-ray could be read. Per report he had right numpneumothorax, he was then sent to ER. |
| 3/6/13 | | Patient return from the hospital. |
| 3/6/13 | 1st shift | Patient seen by medical provider. Orders were given for continued treatment and pain. |
| 3/6/13 | 1st shift | Patient seen by Psychiatrist- Patient refused to come to see doctor. Doctor went to see him cell side. Patient was argumentative with doctor and spoke about being at the hospital. Patient refused to sign consent forms for medication. |
| 3/7/13 | 1st shift | Patient seen by Psychiatrist. Patient noted to be paranoid about correction staff. Patient medications were changed at this time. |
| 3/11/13 | 1st shift | Patient seen by medical provider. Patient noted to need a follow up about with trauma clinic in 2 weeks. Medication changes made. |
| 3/15/13 | 1st shift | Patient seen by Psychiatrist. Patient noted to be in good spirits. Patient medication stayed the same. |
| 3/20/13 | 11:10a | Patient seen by mental health. Patient stable, medication compliance discussed, spoke about his release from medical. |
| 3/22/13 | 1st shift | Patient seen by medical provider. Patient vitals were stable. Medication increased and cleared to GP. |
| 3/28/13 | 11:15a | Patient seen by mental health on segregation rounds. |
| 4/2/13 | 9:40 | Patient returned from trauma clinic. Blood Pressure- 118/73, Pulse- 77. No new orders given. |
| 4/4/13 | 11:30a | Patient seen by mental health on segregation rounds. |
| 4/11/13 | 12:40p | Patient seen by mental health. Patient reports medication compliance. Patient had no concerns. |
| 4/11/13 | 12:45p | Patient seen by mental health on segregation rounds. |
| 4/17/13 | 1:20p | Patient seen by mental health on segregation rounds. |
| 5/2/13 | 2:32p | Patient seen by mental health. Patient reports medication compliance and had not concerns. |
| 5/6/13 | 11:00a | Health Service Request- Patient requesting medication change back to Prozac. |

| | | |
|---|---|---|
| 5/8/13 | 12:59p | Patient seen by mental health- Patient requested for his medication to be changed back to Prozac 40mg. Mental Health Professional spoke with patient about medication compliance. |
| 5/9/13 | 1:00p | Health Service Request- Wart on right hand and back pain |
| 5/10/13 | 12:45p | Patient seen by mental health on segregation rounds. |
| 5/13/13 | 11:00a | Vital signs normal. Patient concern is lower back pain. |
| 5/16/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 5/17/13 | 11:10a | Patient seen by mental health on segregation rounds. |
| 5/28/13 | 1:20p | Patient seen by Site Medical Director. His vitals were stable. He complained of lower back pain. Medications changed at this time. |
| 6/3/13 | 1st shift | Patient seen by MHP. He stable at the time. He voiced no complaints. |
| 6/26/13 | 12:20p | Patient seen by MHP. He stable at this time. He voiced wanting to be housed on the MH Unit. |
| 7/12/13 | 11:15a | Patient seen by mental health on segregation rounds. |
| 7/17/13 | 1st shift | Patient seen by MHP. He stable at the time. He voiced no complaints. |
| 7/17/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 7/26/13 | 12:00p | Patient seen by mental health on segregation rounds. |
| 8/1/13 | 1:35p | Patient seen by mental health on segregation rounds. |
| 8/8/13 | 11:20a | Patient seen by mental health on segregation rounds. |
| 8/8/13 | 1:30p | Patient seen by MHP. He requested to see the Psychiatrist. He was stable at this time. |
| 8/12/13 | 1st shift | Patient turned in HSR related to back pain and wart. |
| 8/14/13 | 2nd shift | Nursing called to assess patient. He complains of pain to his neck, knees, and ribs. His was assessed and in no distress. |
| 8/15/13 | 12:30a | Nursing called to assess. He complains of pain to his ribs. He was demanding to go to the E.R. His vital signs were in normal limits. An EKG was completed that showed no abnormalities. |
| 8/15/13 | 11:40a | Patient seen by Nursing regarding HSR. He refused the pain protocol. |
| 8/15/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 8/16/13 | 1st shift | Patient was uncooperative with Chronic Clinic visit. |
| 8/16/13 | 5:00p | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/16/13 | 3:30p | Patient seen by MHP related to call from spouse. She reports that he is having suicidal ideation. Patient was placed on Suicide Precautions. |
| 8/17/13 | 1:40a | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/18/13 | 4:10a | Wellness check completed by Nursing. Patient noted to be agitated. |
| 8/19/13 | 12:00a | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/19/13 | 8:00a | Wellness check completed by Nursing. Patient reports that he is fasting and wanted meds later. |
| 8/19/13 | 10:00a | Patient was seen by MHP. He was stable at the time and denied suicidal ideation. He requested change in medications. |
| 8/19/13 | 1:50p | Patient seen by MHP. He was agitated and uncooperative. |
| 8/19/13 | 1st shift | Patient seen by Psychiatrist. His mood was labile, pressured speech, thought process racing, flight of ideas, thought content paranoid, and he denies suicidal ideation. Medications changed at this time. |
| 8/20/13 | 12:30a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/20/13 | 11:00a | Patient seen by MHP. Patient stable at the time. He request to remain on the MH Unit. |
| 8/20/13 | 8:00p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/21/13 | 6:12a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/21/13 | 11:05a | Nursing visit. Patient assessed and stable. |

| | | |
|---|---|---|
| 8/21/13 | 1st shift | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. He request to be taken off Observation. |
| 8/21/13 | 1:00p | MHP visit. Patient stable and voices no complaints. |
| 8/21/13 | 4:45p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/22/13 | 12:35a | Wellness check completed by Nursing. Patient stable at this time. He reports that he does not want to harm self and would like to see the Psychiatrist. |
| 8/22/13 | 12:00p | Wellness check completed by Nursing. Patient stable at the time and request to see Psychiatrist to be taken off Observation. |
| 8/22/13 | 1:00p | Patient seen by MHP. Patient was stable. He requested to be moved from single cell to dorm on MH Unit. |
| 8/22/13 | 2nd shift | Wellness check completed by Nursing. He was noted to be agitated. He denies suicidal ideation. |
| 8/23/13 | 12:00a | Wellness check completed by Nursing. He stable and requesting to see the Psychiatrist to be taken of Observation. |
| 8/23/13 | 4:30a | Patient seen by Nursing with complaints of pain to finger. |
| 8/23/13 | 10:00a | Patient seen by MHP. He is stable and denies suicidal ideation. He demanded to remain on the MH Unit. |
| 8/23/13 | 8:00p | Wellness check completed by Nursing. He was stable but upset regarding his water being shut off. |
| 8/24/13 | 12:10a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/24/13 | 8:10a | Patient seen by MHP. Patient stable at the time and has no complaints. |
| 8/24/13 | 9:15a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/24/13 | 2nd shift | Patient turned in HSR with complaints of back pain. |
| 8/25/13 | 4:25a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/25/13 | 8:15a | Patient seen by MHP. He is stable at the time and requesting to come off Observation. |
| 8/26/13 | 2:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/26/13 | 4:00p | Patient seen by MHP. Patient reports increase depression related to court. He denies suicidal ideation. MHP discussed coping shields. |
| 8/26/13 | 8:00p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/26/13 | 2nd shift | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/27/13 | 12:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/27/13 | 12:00p | MHP visit. Patient stable and denies suicidal ideation. Patient asking about housing once released from the MH Unit. |
| 8/28/13 | 1:50a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/28/13 | 8:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/28/13 | 1st shift | Patient seen by Psychiatrist. His thought content was appropriate, no suicidal ideation; mood was labile, affect appropriate, speech pressure. He was taken off Observation. |
| 8/29/13 | 4:40p | Nursing visit. Patient stable. Pain protocol was ordered. |
| 9/3/13 | 1st shift | Call from patient's spouse stating that he is not harm self and stating that he wants to be taken off Observation. MHP followed up with patient who was stable at the time. |
| 9/4/13 | 1:50p | MHP visit. Patient stable and voices no concerns. |

| | | |
|---|---|---|
| 9/11/13 | 1:30p | MHP visit. Patient stable and voices no concerns. |
| 9/11/13 | 3:00p | Patient turns in HSR complaining of neck pain. He was requesting to see an MD for pain meds. He also requested meds for constipation. |
| 9/12/13 | 3:00p | Patient turns in HSR complaining of edema in lower extremities. He is requesting to see MD. |
| 9/13/13 | 6:05p | Nursing visit to address HSR's. His vitals were stable. He was ordered a pain pack and started on constipation protocol. |
| 9/18/13 | 2:00p | Patient seen by mental health. Patient stable and voiced no current concerns. |
| 9/19/13 | 1st shift | Patient seen by Psychiatrist. He was stable at this time. He denies suicidal ideation. He complains of decrease sleep changes were made in his medications. |
| 9/24/13 | 12:15p | Patient seen by mental health on segregation rounds. |
| 9/24/13 | 1:30p | Patient seen by mental health. Patient was stable and is quoted tell Mental health that "happy to see you". Patient requested to be moved to mental health dorm 8. Mental health explained that he was not a candidate for that housing location. |
| 9/25/13 | 1:00 | Health Service Request- neck pain and side effects to medication |
| 9/28/13 | 1st shift | Patient refused to see medical to address Health Service Request. |
| 10/2/13 | 11:12a | Patient seen by medical doctor in relation to edema is legs and stiffness in neck. Doctor noted no edema and gave ibuprofen for pain. |
| 10/2/13 | 12:05p | Patient seen by mental health on segregation rounds. |
| 10/9/13 | 12:40p | Patient seen by mental health on segregation rounds. |
| 10/14/13 | 8:00a | Patient was offered meds during med pass. |
| 10/14/13 | 8:00p | Patient was offered meds during med pass. |
| 10/15/13 | 8:00a | Patient was offered meds during med pass. |
| 10/15/13 | 8:00p | Patient was offered meds during med pass. |
| 10/16/13 | 8:00p | Patient was offered meds during med pass. |
| 10/16/13 | 1:10p | Patient seen by mental health on segregation rounds. |
| 10/16/13 | 8:00p | Patient was offered meds during med pass. |
| 10/17/13 | 8:00a | Patient was offered meds during med pass. |
| 10/17/13 | 8:00p | Patient was offered meds during med pass. |
| 10/18/13 | 8:00a | Patient was offered meds during med pass. |
| 10/18/13 | 1st shift | Patient seen by medical on medical segregation rounds |
| 10/18/13 | 8:00p | Patient was offered meds during med pass. |
| 10/19/13 | 8:00a | Patient was offered meds during med pass. |
| 10/19/13 | 4:00p | Patient found hanging in cell by correction staff. Medical was on floor and CPR begin and continued until EMS took over. |
| 10/19/13 | 4:45p | Dr. Johnson pronounced that patient was deceased. |

Respectfully Submitted,

Kibibi Wood-Montgomery
Director of Mental Health

Division: 1 DISTRICT

Beat: 123

Agency: LMPD Case Number: 80-13-080486 Case Status: OPEN ACTIVE

# Incident/Investigation Report

## Incident Information

| Date/Time Reported | Date/Time From | Date/Time To | Officer |
|---|---|---|---|
| 10/19/2013 18:57 | 10/19/2013 18:57 | 10/19/2013 18:57 | (6782) BAKER, MINDY R |

| Incident Location | |
|---|---|
| 400 S 6TH ST, LOUISVILLE, KY 40202 | |

## Charges

| Seq. | Charge Type | Description | Statute | UCR | Att/Com |
|---|---|---|---|---|---|
| 1 | State | DEATH INVESTIGATION | 03009 | 90Z | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol ☐ Drugs ☐ Computers | JAIL / PENITENTARY | | ☐ Yes ☑ No | 1. 2. 3. |

| Entry | Exit | Criminal Activity |
|---|---|---|
| | | |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| 1 | INDIVIDUAL | None | Resident | Non-Hispanic |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| HINDI, MAHMOUD YOUSEF | M | M | [redacted] | 56 |

| Address | Home Phone |
|---|---|
| [redacted] | |

| Employer Name/Address | Business Phone |
|---|---|
| [redacted] | |

| Victim of Crimes | | Cell Phone |
|---|---|---|
| 1 | | |

**Division:** 1 DISTRICT
**Beat:** 123
**Agency:** LMPD **Case Number:** 80-13-080486 **Case Status:** OPEN ACTIVE

# Incident/Investigation Report

## Property

| Seq. # 1 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| | | | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Property Notes**

| Seq. # 1 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| | | | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition [redacted] | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Property Notes** [redacted]

[redacted]

| Seq. # 1 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| | | | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Property Notes**

Division: 1 DISTRICT
Beat: 123
Agency: LMPD

# Incident/Investigation Report

Case Number: 80-13-080486
Case Status: OPEN ACTIVE

## Property

| Seq. # 1 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity / Units of Measure | Value |
| Gun Type / Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No / Test Type | Sight Test Yes No | Sight Type |

Property Notes

| Seq. # 2 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity / Units of Measure | Value |
| Gun Type / Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No / Test Type | Sight Test Yes No | Sight Type |

Property Notes

| Seq. # 2 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity / Units of Measure | Value |
| Gun Type / Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No / Test Type | Sight Test Yes No | Sight Type |

Property Notes

Division: 1 DISTRICT

Beat: 123

# Incident/Investigation Report

Agency: LMPD Case Number: 80-13-080486 Case Status: OPEN ACTIVE

## Property

| Seq. # 3 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
| Property Notes | | | | |

| Seq. # 4 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
| Property Notes | | | | |

| Seq. # 5 | Description | Serial Number | Make/Model |
|---|---|---|---|
| Owner | | License / State | Color |
| Status | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type |
| Property Notes | | | | |

**Division:** 1 DISTRICT

**Beat:** 123

# Incident/Investigation Report

**Agency:** LMPD **Case Number:** 80-13-080486 **Case Status:** OPEN ACTIVE

## Property

| Seq. # 6 | Description | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| Owner | | | | License / State | Color |
| Status | Status Officer | Quantity | Units of Measure | Value | |
| Gun Type | Caliber | Finish | Grip | Gun Stock | |
| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type | |
| Property Notes | | | | | |

| Seq. # 7 | Description | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| Owner | | | | License / State | Color |
| Status | Status Officer | Quantity | Units of Measure | Value | |
| Gun Type | Caliber | Finish | Grip | Gun Stock | |
| Condition | Gun Test Yes No | Test Type | Sight Test Yes No | Sight Type | |
| Property Notes | | | | | |

**Division:** 1 DISTRICT
**Beat:** 123

# Incident/Investigation Report

**Agency:** LMPD **Case Number:** 80-13-080486 **Case Status:** OPEN ACTIVE

## Notes/Narratives

### PUBLIC NARRATIVE

Subject was an inmate at Louisville Metro Department of Corrections. Subject was found hanging in his single cell. Corrections and medical staff personnel performed CPR on the subject. LMEMS arrived and took over the medical treatment. The subject was transported to University Hospital and promounced dead.

### INVESTIGATIVE NARRATIVE



# Louisville Metro Police Department
# Crime Scene Unit Report

Date: 10/19/2013 Day: Saturday ☒ Original ☐ Supplement

CSU #: 80-13-080486ORI-BROWN ICN #: 80-13-080486

Offense(s): Death Investigation

Notified/Dispatched by: Sergeant M. Baker / by telephone

Time Received: 1839 Arrival Time: 1910 Cleared Time: 2008

Detective(s) at Scene: Sergeant M. Baker, Sergeant K. Taylor

Lead Detective/Division/Unit: Sergeant M. Baker / PIU Code #: 6782

CSU Technician(s): M. Brown Code #: 8105

## Crime Scene Information:

Location of Scene: 400 South 6th Street, 5th Floor, Cell 3 (Louisville Metro Department of Corrections) Date of Occurrence: 10/19/2013

Type of Premise: ☐Residence ☐Roadway ☐Business ☐Vehicle ☒Other Jail

Weather Condition: ☒Inside ☐Snow ☐Rain ☐Clear ☐Other

## Victim's Information:

Victim's Name: Mahmoud Y. Hindi

Victim's Address: 400 South 6th Street, 5th Floor, Cell 3

City: Louisville State: [redacted] Zip Code: [redacted]

Elimination Prints Taken? ☐ Yes ☒ No ☐ Post Mortem

Race: White Sex: Male DOB: [redacted] Age: 56

Victim's Hands Bagged? ☐ Yes ☒ No GSR Done on Victim? ☐ Yes ☒ No

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| N/A | | | | | ☐ |
| | | | | | ☐ |

## Photography:

Photographing Technician(s): M. Brown

## Video:

Video Technician(s) or Detective: M. Brown with Sergeant M. Baker

## Crime Scene Mapping:

Crime Scene Measurements and Diagram Completed By: N/A

**CSU #**: 80-13-080486ORI-BROWN

**Evidence Processing:**

Processed for Latent Prints? ☐ Yes ☒ No

| Type | Description | Latent Prints Obtained? Yes | No | Where processed? |
|---|---|---|---|---|
| | N/A | ☐ | ☐ | ☐ Scene ☐ CSU ☐ ATG ☐ Other |
| | | ☐ | ☐ | ☐ Scene ☐ CSU ☐ ATG ☐ Other |

**Exhibits Collected:**

| Exhibit # | Description |
|---|---|
| 1 | Videotape of scene |
| 2 | Handwritten note on piece of white colored paper, located under the bed at 400 South 6th Street, 5th Floor, Cell 3 |
| 3 | White colored bedsheet containing two knots and used as a ligature by the victim, located tied to the ninth bar from the west of the set of bars near the window at 400 South 6th Street, 5th Floor, Cell 3 |
| 4 | Cut, gray colored "Bob Barker" brand short sleeve shirt, marked "LMDC" on the back, size "4XL", collected from Sergeant M. Baker |
| 5 | Cut, cream colored "Bob Barker Company Inc." brand long sleeve shirt, size "2XL", collected from Sergeant M. Baker |
| 6 | Pair of cut, gray colored pants, marked "LMDC" on front, unknown brand, unknown size, collected from Sergeant M. Baker |
| 7 | Pair of cut, gray colored "Hanes" brand underwear, unknown size, collected from Sergeant M. Baker |
| 8 | Black, gray, and orange colored "1440 sports" brand watch, collected from Sergeant M. Baker |
| | |
| | |

**Narrative:**

On Saturday 10/19/2013 at approximately 1839 hours, Sergeant M. Baker requested that CSU respond to Louisville Metro Department of Corrections, 5th Floor, Cell 3, located at 400 South 6th Street. Upon arrival, Technician M. Brown met with Sergeants M. Baker and K. Taylor and performed the following:

Videotaped the scene, which now becomes Exhibit #1.

Photographed the scene.

Collected Exhibits #2 and #3.

Collected Exhibits #4, #5, #6, #7, and #8 from Sergeant M. Baker.

At approximately 2008 hours, Exhibits #1, #2, #3, #4, #5, #6, #7, and #8 were transported to the CSU Office and secured in the CSU Evidence Lab.

**CONTINUED Page 3**

On Sunday 10/20/2013 at approximately 0035 hours, photographed Exhibits #2, #3, #4, #5, #6, #7, and #8.

Exhibits #4, #5, #6, and #7 were secured in a CSU Drying Cabinet.

Exhibits #2 and #8 were secured in a CSU Evidence Locker.

Exhibit #1 was deposited into the Forensics Video Vault on Sunday 10/20/2013 at approximately 0145 hours.

Exhibit #3 was secured in a CSU Evidence Locker for transport to Pathology on Sunday 10/20/2013.

(*NOTE - Technician J. Silveria removed Exhibit #3 from the CSU Evidence Locker on Sunday 10/20/2013 at approximately 0720 hours for transport to Pathology. Technician J. Silveria returned from Pathology and resecured Exhibit #3 in a CSU Evidence Locker at approximately 1130 hours. See CSU report 80-13-080486SILV.)

On Sunday 10/20/2013 at approximately 2230 hours, Technician M. Brown performed the following:

Exhibits #4, #5, #6, and #7 were removed from the CSU Drying Cabinet.

Exhibits #2, #3, and #8 were removed from the CSU Evidence Lockers.

Exhibits #2, #3, #4, #5, #6, #7, and #8 were transported to the LMPD Property Room and released to Clerk D. Richmond on Monday 10/21/2013 at approximately 0005 hours.

(*NOTE - A photocopy of Exhibit #2 was placed in the CSU file.)

Technician's Name: M. Brown Code #: 8105

Supervisor's Name: ______ Code #: ______

Date: ______

COPY



# Louisville Metro Police Department
# Crime Scene Unit Report

Date: 10/19/2013 Day: Saturday ☐ Original ☒ Supplement

CSU #: 80-13-080486DAVE ICN #: 80-13-080486

Offense(s): Death Investigation PIU Case #13-072

Notified/Dispatched by: Sergeant M. Baker, by phone

Time Received: 1839 Arrival Time: 1910 Cleared Time: 1936

Detective(s) at Scene: Sergeant E. Goins

Lead Detective/Division/Unit: Sergeant M. Baker/PIU Code #: 6782

CSU Technician(s): Technician S. Davenport Code #: 4223

**Crime Scene Information:**

Location of Scene: 400 South 6th Street, 5th Floor, Cell 3 (Louisville Metro Department of Corrections) Date of Occurrence: 10/19/2013

**Victim's Information:**

Victim's Name: Mahmoud Y. Hindi W/M[redacted]

Victim's Address: 400 South 6th Street, 5th Floor, Cell 3

City: Louisville State: KY Zip Code: 40202

**Suspect Information:**

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| | | | | | ☐ |
| | | | | | ☐ |

**Photography:**

Photographing Technician(s): Technician S. Davenport

**Exhibits Collected:**

| Exhibit # | Description |
|---|---|
| | N/A |
| | |
| | |

**Narrative:**

On 10/19/2013 at approximately 1839 hours, responded to University Hospital ER, 530 S. Jackson Street, Room 9, Bay 4. Upon arrival was met by Sergeant E. Goins of PIU and the following was performed by Technician S. Davenport at the request of Sergeant E. Goins:

Photographed the victim, Mahmoud Y. Hindi.

**CSU #**: 80-13-080486DAVE

Technician's Name: Technician S. Davenport Code #: 4223

Supervisor's Name: Code #:

Date:

COPY

LMPD
PIU

POSTMORTEM EXAMINATION

OF THE BODY OF

HINDI, MAHMOUD ME-13-1161

A postmortem examination of the body identified by the Jefferson County Coroner as Mahmoud Hindi is performed at the Urban County Government Center on Sunday, October 20, 2013 at 8:00 a.m. by Dr. Amy Burrows-Beckham. Attendant is Sarah LaMantia.

EVIDENCE

LMPD CSU provides a sealed evidence bag which contains a ligature. The bag is opened and the ligature is removed. The ligature consists of a white sheet which is tied in knots at each end to create two loops. At one end is a smaller loop which has been previously cut. Per a representative from the Louisville Metro Department of Corrections, this end was tied to bars on a window in a jail cell. At the other end is a larger loop. Per corrections, this loop was around Mahmoud Hindi's neck and was removed without cutting. At one end of the sheet are the initials "MBB" written in black marker. After examination, the ligature is returned to the evidence bag and sealed by CSU.

EXTERIOR OF THE BODY

The body is received clad in a hospital gown.

The body is that of a well-developed, well nourished, white male appearing the offered age of 56 years. The body has a height of 72 and 1/2" and a weight of 203 pounds. The scalp hair is light and dark gray, wavy, and measures up to 2". The pupils are round, equal, and 6mm. They are viewed through clear corneae. The irides are green. The sclerae and conjunctivae are not injected. A single bulbar petechial hemorrhage is present on the inferior aspect of the right globe. Several palpebral petechial hemorrhages are present on both right upper and lower eyelids. A single petechial hemorrhage is present on the palpebral conjunctivae of the left upper eyelid. The nose and ears are free of abnormality. The natural anterior dentition is present and in good repair. A gray beard and mustache are present. The lips demonstrate drying artifact. The superficial lymph nodes are not enlarged. The chest demonstrates a marked pectus excavatum. The chest is slightly asymmetric as the right anterior rib cage is more lateral and more pronounced. A 1 and 1/4" by 3/16" transverse scar is present in the right lateral mid chest. The abdomen is flat and demonstrates no obvious remote surgical scar. The external genitalia are normal male. The penis is circumcised. The testes are within the scrotal sac. The extremities demonstrate no edema, deformity or fracture. On the anterior aspect of the left knee is a 1/2" by 7/8" postmortem indentation with a tan center and a pink periphery. A similar 3/4" by 1/2" postmortem indentation is noted of the anterior aspect of the right knee. Small dry plaques are present inferior to the knees bilaterally with slight prominence of the underlying bone. On the ventral lateral aspect of the left wrist are at

least three remote scars which measure up to 1/4". On the dorsal aspect of the left arm in the middle one third is a 1" by 3/4" oval scar. Rigor mortis is well developed in the muscle groups. Livor mortis is present posteriorly except over pressure points. A 4 and 1/2" somewhat "Y" shaped, linear scar bearing evidence of surgical suturing is present on the lower mid back.

EVIDENCE OF MEDICAL TREATMENT

A cervical collar is in place. An endotracheal tube is present in the mouth and secured with tape. Defibrillator pads are present on the trunk. EKG pads are present on the trunk. An intraosseous catheter is present in the anterior aspect of the right leg and is attached to an IV bag. A hospital bracelet with the name "Mahmoud Hindi" and an Emergency Department bracelet with the numbers "8478" encircle the left ankle. An identification bracelet with the name "Mahmoud Hindi" and the initials "JCC" encircles the left ankle. Two toe tags are present on the left great toe which state the name "Mahmoud Hindi".

INJURIES

A nuchal ligature furrow encircles the anterior and lateral aspects of the neck. On the right lateral aspect of the neck, this ligature furrow measures up to 1 and 3/4" in width. On the anterior surface of the neck, this ligature furrow measures up to 1 and 1/2". On the left lateral aspect of the neck, the ligature furrow measures up to 1 and 1/4". The suspension point appears to be just inferior to the left ear. The posterior aspect of the neck is does not demonstrate the ligature furrow. A pale tan post mortem indentation of the tape securing the endotracheal tube encircles the neck and is present in association with the ligature furrow. The ligature furrow demonstrates an orange/yellow parchment type base in areas and pink discoloration in areas. This ligature furrow is consistent with the pattern of the sheet encircling the neck.

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 5cm into an abdominal cavity lined with glistening serosa and containing a few ccs of bloody fluid present between the left lobe of liver and the left hemidiaphragm. Generally, the intra-abdominal viscera maintain their usual in situ relations. A few adhesions are present between the omentum and the inferior aspect of the right lobe of liver, and the omentum and the anterior abdominal wall in the right upper quadrant. The vermiform appendix is present.

The mediastinum is in the midline. The lungs are of somewhat decreased inflation. There is no free fluid noted in either smooth, pleural space.

CARDIOVASCULAR

The heart is somewhat enlarged but of normal configuration and weighs 470 grams. The epicardial surface contains a mildly increased amount of glistening, yellow adipose tissue. The cardiac chambers demonstrate left ventricular hypertrophy with the left ventricular wall measuring up to 1.9cm and the interventricular septum measuring up to 1.6cm. The mural and valvular endocardia are smooth and glistening. The mitral valve demonstrates mild myxoid degenerative changes. The chordae tendineae are not thickened. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The sinotubular junction demonstrates mild atherosclerotic changes without compromise of the coronary ostia. The coronary ostia are in their usual location and give rise to a right dominant circulation. Sectioning the coronary arteries reveals no atherosclerotic changes. On section, the red/brown myocardium is of normal consistency and fails to demonstrate remote scar or acute hemorrhage.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

RESPIRATORY

The right lung is of normal lobation but demonstrates interlobar adhesions. The left lung demonstrates an additional partial fissure of the left upper lobe of lung. The lungs are heavy and weigh 1460 and 1120 grams, right and left respectively. Multiple petechial hemorrhages are present on the pleural surfaces bilaterally. A mild to moderate amount of subpleural anthracotic pigment is present within all lobes. The pleural surfaces are intact. The bronchial tree is of normal distribution and dimension. It is lined with tan/red epithelium and contains red tinged frothy fluid. The pulmonary vasculature is free of ante mortem thrombo-emboli. On section, the fine, lacy pulmonary architecture demonstrates marked edema but no consolidation, calcification or friability formation. The hilar lymph nodes are mildly anthracotic and non-calcified.

LIVER AND GALLBLADDER

The liver is somewhat large and weighs 2220 grams. The capsule is intact, smooth and shiny. The liver edge is sharp. On section, the red/brown hepatic substance demonstrates patchy yellow discoloration.

The gallbladder contains approximately 10cc of bile. Stone is not demonstrated. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, yellow/tan, soft substance. No focus of calcification is demonstrated.

ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

GENITOURINARY

The left kidney is somewhat larger than the right kidney; the left kidney weighs 250 grams, the right kidney weighs 190 grams. The capsules are removed easily to reveal multiple cortical scars on the left and an occasional cortical scar on the right. Otherwise the capsular surfaces are smooth. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis, cortex or medulla is demonstrated. The ureters are patent.

The urinary bladder contains approximately 75cc of urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated. A single approximate 5mm white nodule is present within the prostate.

SPLEEN

The spleen weighs 280 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is easily identified. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is present in its normal rugal pattern. The stomach contains approximately 1 and 1/2" cups of masticated food consisting of apparent potatoes and other food. The pylorus and duodenum display no abnormality. The small and large intestines are not remarkable.

MUSCULOSKELETAL

Examination and palpation of the spine, ribs, shoulder girdle and pelvis reveals a transverse fracture of the sternum and acute fractures of right anterior ribs 2 through 6 and left anterior ribs 2 through 7. Healing fractures with callus formation are noted of bilateral anterior ribs 8 and 9.

NECK
(DISSECTION PERFORMED LAST)

There is no soft tissue hemorrhage within the neck. The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber. They are lined with tan epithelium and contain no foreign material. The vocal cords display no abnormality.

The tongue displays no abnormality.

THYROID

The thyroid gland demonstrates no abnormality.

HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1500 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

DISPOSITION OF EVIDENCE

The following items are maintained at the OCME:

1) Photographic documentation
2) Diagrammatic documentation
3) Tissue for stock
4) A DNA standard card
5) Intraabdominal inferior vena cava blood for short term storage

Intraabdominal inferior vena cava blood, urine and vitreous fluid are submitted in a sealed kit to AIT Laboratories for toxicologic and possible chemical analysis.

A representative from LMPD CSU (J. Silveria) is present during the course of the autopsy and obtains photographic documentation, videographic documentation, pulled head hair, a DNA standard card, identification fingerprints, and the ligature.

Two representatives from Louisville Metro Department of Corrections (G. Joyner and A. Daugherty) are present during the course of the autopsy.

A representative from LMPD Public Integrity Unit (M. Baker) is present during the course of the autopsy.



# JUSTICE AND PUBLIC SAFETY CABINET

**Steven L. Beshear**
Governor

**Office of the Chief Medical Examiner**
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587 Fax (502) 852-1767
www.kentucky.gov

**J. Michael Brown**
Secretary

FINAL DIAGNOSIS

HINDI, MAHMOUD ME-13-1161

1) Asphyxia via ligature hanging:
   A. Recovered in jail cell hanging by sheet ligature attached to bars of a window, per coroner and representatives from LMDC
   B. Nuchal ligature furrow
   C. Bulbar and palpebral petechial hemorrhages
   D. Absence of hemorrhage in neck musculature or fracture of hyoid bone/thyroid cartilage
   E. Pulmonary edema
2) Status post attempted resuscitation with cervical collar, intubation, vascular access, acute rib and sternal fractures.
3) Cardiomegaly (470 grams).
4) Healing rib fractures.
5) Remote back surgery, NOS.
6) Death in custody.
7) Postmortem intraabdominal inferior vena cava blood and urine toxicology negative for tested drugs of abuse.

OPINION: Death in this 56 year old man, Mahmoud Hindi, is due to asphyxia via ligature hanging. (E983.0; E953.1J)

Amy Burrows-Beckham, MD
Amy Burrows-Beckham, MD

DATE PERFORMED: October 20, 2013
DATE COMPLETED: October 30, 2013
COUNTY OF JURISDICTION: Jefferson



COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name: Hindi, Mohmood 5[illegible] WM

Number: ME13-1161 Date: 10/20/13

Height: 72 1/2 Weight: 203

H- 470

RL- 1460

LL- 1120

L- 2220

L - 250

K- 440

R - 190

S- 280

B- 1500

1. Asphyxia via ligature hanging
   A. Recovered in jail cell hanging by sheet ligature attached to bars of window
   B. Nuchal ligature furrow
   C. Bulbar and palpebral petechial hemorrhages
   D. Absence of hemorrhage in neck musculature or fracture of hyoid bone / thyroid cartilage
2. S/P attempted resuscitation with cervical collar, ET, VA, IO + sternal fracture, pulmonary edema
3. Cardiomegaly (470 grams)
4. Healing rib fractures
5. Death in custody

Toxicology (BA) (BDS) CO (UDS) (VA) Ref Lab Histo

Manner A H N U (S) Pending

ICD Code

Opinion

Resident Staff ABB Attendant SL

County/Coroner Jefferson

White: Office Canary: Book Green: Coroner Pink: Police Yellow:Toxicology

#325709 - 12/12

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name Hindi, Mahmood 56yo WM

Number ME13-1161 Date 10/20/13

Height 72 1/2 Weight 203

H- 470
RL- 1400
LL- 1120
L- 2270
L – 250
K- 440
R – 190
S- 280
B- 1500

1. Asphyxia via ligature hanging
   A. Reported in jail cell hanging by sheet ligature attached to bars of window
   B. Nuchal ligature furrow
   C. Bulbar and palpebral petechial hemorrhages
   D. Absence of hemorrhage in neck musculature or fracture of hyoid bone/thyroid cartilage
2. S/p attempted resuscitation with cervical collar, ETT, VAD, IO + sternal fracture
3. Cardiomegaly (470 grams), pulmonary edema
4. Healing rib fractures
5. Death in custody

Toxicology (BA) (BDS) CO (UDS) (VA) Ref Lab Histo

Manner A H N U (S) Pending

ICD Code

Opinion

Resident Staff ARB Attendant SC

County/Coroner Jefferson

White: Office Canary: Book Green: Coroner Pink: Police Yellow:Toxicology

#325709 - 12/12

## …UND LOCATOR

**Office of the Chief Medical Examiner**
**Louisville, Kentucky**

**DECEDENT:** Hindi, Mahmoud

**CASE #:** 13-1161 **AGE:** 56 **RACE:** C

scar
defib abs
dry plaques

**DATE OF REPORT:** 10/20/13
8:00 **REVIEWED BY:** ____________

**Baker, Mindy**

**From:** Flaherty, Curtis
**Sent:** Sunday, October 20, 2013 1:15 AM
**To:** Burbrink, Don
**Cc:** Robison, Vince J; Baker, Mindy
**Subject:** P.I.U. Case # 13-072

Major,

On Saturday, October 19, 2013 at approximately 1654 hours I was contacted by Lt. Chuck Eggers, LMDC PSU commander, in reference to an inmate (Mahmoud Y. Hindi) who had been found with a bed sheet around his neck and unresponsive in his cell at Metro Corrections by another inmate (work aide) at approximately 1555 hours. Inmate Hindi received CPR from Corrections officers, Corrections medical staff, Metro E.M.S. and Louisville Fire. Inmate Hindi was transported to University Hospital where he was pronounced dead at 1645 hours. LMPD PIU and CSU responded to both Metro Corrections and University Hospital to conduct the death investigation. Deputy Coroner Larry Carroll responded to the hospital and advised an autopsy will be performed this morning. Inmate Hindi was booked into Metro Corrections on 09/07/12 at 0236 hours, he was arrested by LMPD for Murder and multiple counts of Wanton Endangerment I. Inmate Hindi was housed in a single cell on the fifth floor of the Hall of Justice. He was not on a suicide watch at the time of the incident. Sgt. Mindy Baker is the lead investigator on this case.

Inmate:

Hindi Y. Mahmoud
Arab Male
D.O.B [redacted]
HGT 6'00' WGT 195lbs

Respectfully,

*Curtis*

Discl

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 1***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-19-2013 10:19:07 | 10-19-2013 10:34:07 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-19-2013 10:03:03 | 10-19-2013 10:18:03 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-18-2013 17:21:41 | 10-18-2013 17:36:41 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-18-2013 17:05:14 | 10-18-2013 17:20:14 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-15-2013 18:46:43 | 10-15-2013 19:01:43 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-14-2013 18:47:47 | 10-14-2013 19:02:47 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-14-2013 18:31:30 | 10-14-2013 18:46:30 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-14-2013 18:15:25 | 10-14-2013 18:30:25 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-12-2013 10:12:11 | 10-12-2013 10:21:06 | 535 | 8.92 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-12-2013 09:55:38 | 10-12-2013 10:10:38 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-10-2013 11:30:24 | 10-10-2013 11:45:23 | 899 | 14.98 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-08-2013 12:27:47 | 10-08-2013 12:42:47 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-08-2013 12:11:48 | 10-08-2013 12:26:48 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-08-2013 11:55:43 | 10-08-2013 12:10:43 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-06-2013 08:50:47 | 10-06-2013 09:05:47 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-06-2013 08:34:29 | 10-06-2013 08:49:29 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-05-2013 08:45:55 | 10-05-2013 09:00:55 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-05-2013 08:29:40 | 10-05-2013 08:44:40 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-05-2013 08:13:39 | 10-05-2013 08:28:39 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-03-2013 09:53:15 | 10-03-2013 09:53:55 | 40 | 0.67 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-03-2013 09:44:09 | 10-03-2013 09:44:30 | 21 | 0.35 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-03-2013 09:42:08 | 10-03-2013 09:43:03 | 55 | 0.92 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-03-2013 09:25:58 | 10-03-2013 09:40:58 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-03-2013 09:10:01 | 10-03-2013 09:25:01 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-02-2013 10:27:06 | 10-02-2013 10:41:43 | 877 | 14.62 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-02-2013 10:11:05 | 10-02-2013 10:26:05 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-02-2013 09:55:06 | 10-02-2013 10:10:06 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-02-2013 09:36:23 | 10-02-2013 09:47:49 | 686 | 11.43 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-01-2013 19:28:24 | 10-01-2013 19:43:24 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-01-2013 19:12:29 | 10-01-2013 19:27:29 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 10-01-2013 18:56:32 | 10-01-2013 19:11:32 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-29-2013 09:34:37 | 09-29-2013 09:49:37 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-29-2013 09:18:26 | 09-29-2013 09:33:26 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-29-2013 09:02:26 | 09-29-2013 09:17:26 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-28-2013 12:27:15 | 09-28-2013 12:42:15 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-28-2013 12:11:16 | 09-28-2013 12:26:16 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-28-2013 11:55:20 | 09-28-2013 12:10:20 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-28-2013 11:39:11 | 09-28-2013 11:54:11 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-28-2013 11:23:35 | 09-28-2013 11:38:16 | 881 | 14.68 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-27-2013 16:56:46 | 09-27-2013 17:11:46 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-27-2013 16:40:48 | 09-27-2013 16:55:48 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-26-2013 13:18:21 | 09-26-2013 13:33:21 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-26-2013 13:02:25 | 09-26-2013 13:17:25 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-26-2013 11:32:28 | 09-26-2013 11:41:31 | 543 | 9.05 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-26-2013 11:16:30 | 09-26-2013 11:31:30 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-25-2013 10:27:06 | 09-25-2013 10:41:37 | 871 | 14.52 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-25-2013 10:10:58 | 09-25-2013 10:25:58 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-25-2013 09:54:56 | 09-25-2013 10:09:56 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-25-2013 09:38:53 | 09-25-2013 09:53:53 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 09-24-2013 18:36:02 | 09-24-2013 18:45:26 | 564 | 9.4 |

Print Summary:

Total Files:50 Total Size:83.02 (MB) Total Duration(Sec):41072 Total Duration(Min):684.53

Disc 2

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 2***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-24-2013 18:04:35 | 09-24-2013 18:19:35 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-23-2013 18:33:26 | 09-23-2013 18:48:26 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-22-2013 10:35:09 | 09-22-2013 10:50:09 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-22-2013 10:19:12 | 09-22-2013 10:34:12 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-22-2013 10:03:13 | 09-22-2013 10:18:13 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-21-2013 11:00:58 | 09-21-2013 11:15:38 | 880 | 14.67 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-21-2013 10:45:00 | 09-21-2013 11:00:00 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-21-2013 10:29:02 | 09-21-2013 10:44:02 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-21-2013 10:13:01 | 09-21-2013 10:28:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-20-2013 16:08:38 | 09-20-2013 16:23:16 | 878 | 14.63 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-19-2013 09:05:04 | 09-19-2013 09:20:04 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-19-2013 08:48:33 | 09-19-2013 09:03:33 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-19-2013 08:32:18 | 09-19-2013 08:47:18 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-19-2013 08:15:59 | 09-19-2013 08:30:59 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-18-2013 08:57:20 | 09-18-2013 09:09:59 | 759 | 12.65 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-18-2013 08:40:58 | 09-18-2013 08:55:58 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-18-2013 08:24:21 | 09-18-2013 08:39:21 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-18-2013 08:02:40 | 09-18-2013 08:17:23 | 883 | 14.72 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-17-2013 09:13:13 | 09-17-2013 09:28:13 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-17-2013 08:57:38 | 09-17-2013 09:12:20 | 882 | 14.7 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-17-2013 08:41:31 | 09-17-2013 08:56:31 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-17-2013 08:25:36 | 09-17-2013 08:40:36 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-17-2013 08:09:24 | 09-17-2013 08:24:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-16-2013 08:32:00 | 09-16-2013 08:39:55 | 475 | 7.92 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-16-2013 08:15:55 | 09-16-2013 08:30:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-16-2013 07:59:47 | 09-16-2013 08:14:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 10:42:16 | 09-15-2013 10:57:04 | 888 | 14.8 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 10:26:07 | 09-15-2013 10:41:07 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 08:43:38 | 09-15-2013 08:58:38 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 08:34:31 | 09-15-2013 08:38:58 | 267 | 4.45 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 08:18:20 | 09-15-2013 08:33:20 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-15-2013 08:02:12 | 09-15-2013 08:17:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-14-2013 09:31:43 | 09-14-2013 09:46:43 | 900 | 15.0 |

Print Summary:

Total Files:33 Total Size:57.28 (MB) Total Duration(Sec):28412 Total Duration(Min):473.53

01553

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 3***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-14-2013 08:25:56 | 09-14-2013 08:40:56 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-14-2013 08:08:24 | 09-14-2013 08:23:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 09:45:38 | 09-13-2013 10:00:20 | 882 | 14.7 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 09:25:13 | 09-13-2013 09:40:13 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 09:09:16 | 09-13-2013 09:24:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 08:37:01 | 09-13-2013 08:40:13 | 192 | 3.2 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 08:18:51 | 09-13-2013 08:33:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-13-2013 08:02:35 | 09-13-2013 08:17:35 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-12-2013 08:21:01 | 09-12-2013 08:31:43 | 642 | 10.7 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-12-2013 08:04:50 | 09-12-2013 08:19:50 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-12-2013 07:48:37 | 09-12-2013 08:03:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-11-2013 09:00:02 | 09-11-2013 09:14:40 | 878 | 14.63 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-11-2013 08:43:51 | 09-11-2013 08:58:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-11-2013 08:27:42 | 09-11-2013 08:42:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-11-2013 08:11:32 | 09-11-2013 08:26:32 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-11-2013 07:54:52 | 09-11-2013 08:09:52 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-10-2013 09:10:06 | 09-10-2013 09:25:06 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-10-2013 08:54:01 | 09-10-2013 09:09:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-10-2013 08:37:48 | 09-10-2013 08:52:48 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-10-2013 08:20:59 | 09-10-2013 08:35:59 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-10-2013 08:04:47 | 09-10-2013 08:19:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-09-2013 12:35:15 | 09-09-2013 12:50:15 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-09-2013 12:19:15 | 09-09-2013 12:34:15 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-09-2013 08:10:57 | 09-09-2013 08:25:57 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-09-2013 07:54:43 | 09-09-2013 08:09:43 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 09-08-2013 10:06:43 | 09-08-2013 10:16:53 | 610 | 10.17 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-08-2013 08:32:12 | 09-08-2013 08:47:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-08-2013 08:16:01 | 09-08-2013 08:31:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-08-2013 07:59:01 | 09-08-2013 08:14:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-07-2013 08:55:20 | 09-07-2013 09:10:02 | 882 | 14.7 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-07-2013 08:38:33 | 09-07-2013 08:53:33 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-07-2013 08:22:24 | 09-07-2013 08:37:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-07-2013 08:06:03 | 09-07-2013 08:21:03 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 15:53:34 | 09-06-2013 16:08:34 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 15:37:16 | 09-06-2013 15:52:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 09:56:24 | 09-06-2013 10:11:00 | 876 | 14.6 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 09:40:07 | 09-06-2013 09:55:07 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 09:24:00 | 09-06-2013 09:39:00 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 09:01:51 | 09-06-2013 09:04:45 | 174 | 2.9 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 08:42:22 | 09-06-2013 08:57:22 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 09-06-2013 08:23:39 | 09-06-2013 08:38:39 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-05-2013 09:09:53 | 09-05-2013 09:24:36 | 883 | 14.72 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-05-2013 08:53:52 | 09-05-2013 09:08:52 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-05-2013 08:37:52 | 09-05-2013 08:52:52 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-05-2013 08:21:54 | 09-05-2013 08:36:54 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-04-2013 08:38:39 | 09-04-2013 08:53:39 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-04-2013 08:22:34 | 09-04-2013 08:37:34 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-04-2013 07:57:37 | 09-04-2013 08:12:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-03-2013 13:18:51 | 09-03-2013 13:33:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | | MAHMOUD | HINDI | 5779662032 | 09-03-2013 08:23:39 | 09-03-2013 08:38:39 | 900 | 15.0 |

Print Summary:

Total Files:50 Total Size:86.94 (MB) Total Duration(Sec):42919 Total Duration(Min):715.32

Disc 4

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 4***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-02-2013 08:05:58 | 09-02-2013 08:20:58 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-02-2013 07:49:39 | 09-02-2013 08:04:39 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-01-2013 11:17:48 | 09-01-2013 11:31:43 | 835 | 13.92 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-01-2013 09:07:35 | 09-01-2013 09:22:35 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-01-2013 08:51:37 | 09-01-2013 09:06:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-01-2013 08:35:35 | 09-01-2013 08:50:35 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 09-01-2013 08:15:39 | 09-01-2013 08:30:39 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-31-2013 09:18:38 | 08-31-2013 09:33:38 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-31-2013 09:02:16 | 08-31-2013 09:17:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-31-2013 08:45:27 | 08-31-2013 09:00:27 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-30-2013 10:26:07 | 08-30-2013 10:40:48 | 881 | 14.68 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-30-2013 10:09:53 | 08-30-2013 10:24:53 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-29-2013 09:57:45 | 08-29-2013 10:12:09 | 864 | 14.4 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-29-2013 09:41:12 | 08-29-2013 09:56:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-29-2013 09:23:42 | 08-29-2013 09:38:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-28-2013 13:41:02 | 08-28-2013 13:56:02 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-28-2013 13:24:50 | 08-28-2013 13:39:50 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-27-2013 08:15:16 | 08-27-2013 08:29:58 | 882 | 14.7 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-27-2013 07:58:21 | 08-27-2013 08:13:21 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-26-2013 18:29:37 | 08-26-2013 18:44:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-26-2013 18:13:29 | 08-26-2013 18:28:29 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-26-2013 14:41:48 | 08-26-2013 14:56:45 | 897 | 14.95 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-25-2013 09:05:12 | 08-25-2013 09:20:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-25-2013 08:48:38 | 08-25-2013 09:03:38 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-25-2013 08:32:25 | 08-25-2013 08:47:25 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-25-2013 08:16:17 | 08-25-2013 08:31:17 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-24-2013 11:38:31 | 08-24-2013 11:53:31 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-24-2013 11:22:42 | 08-24-2013 11:37:23 | 881 | 14.68 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-24-2013 11:07:18 | 08-24-2013 11:21:44 | 866 | 14.43 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-24-2013 10:51:10 | 08-24-2013 11:06:10 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-23-2013 17:40:07 | 08-23-2013 17:54:22 | 855 | 14.25 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-23-2013 17:23:55 | 08-23-2013 17:38:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-22-2013 17:17:57 | 08-22-2013 17:32:38 | 881 | 14.68 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-22-2013 17:01:27 | 08-22-2013 17:16:27 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-22-2013 16:21:35 | 08-22-2013 16:36:03 | 868 | 14.47 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-21-2013 15:03:21 | 08-21-2013 15:18:21 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-21-2013 14:47:30 | 08-21-2013 15:02:00 | 870 | 14.5 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-21-2013 14:31:27 | 08-21-2013 14:46:27 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-20-2013 13:07:06 | 08-20-2013 13:09:16 | 130 | 2.17 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-20-2013 12:42:32 | 08-20-2013 12:57:32 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-20-2013 12:26:26 | 08-20-2013 12:41:26 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-20-2013 12:09:55 | 08-20-2013 12:24:55 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 19:57:35 | 08-19-2013 20:12:35 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 11:00:12 | 08-19-2013 11:15:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 10:43:59 | 08-19-2013 10:58:59 | 900 | 15.0 |

Print Summary:

Total Files:45 Total Size:79.86 (MB) Total Duration(Sec):39410 Total Duration(Min):656.83

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Hindi 5***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 10:27:55 | 08-19-2013 10:42:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 10:12:24 | 08-19-2013 10:26:44 | 860 | 14.33 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 09:56:17 | 08-19-2013 10:11:17 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-19-2013 09:15:22 | 08-19-2013 09:20:49 | 327 | 5.45 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-18-2013 18:05:19 | 08-18-2013 18:20:19 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-18-2013 11:43:05 | 08-18-2013 11:57:36 | 871 | 14.52 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-18-2013 11:22:14 | 08-18-2013 11:31:43 | 569 | 9.48 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-18-2013 11:10:52 | 08-18-2013 11:19:28 | 516 | 8.6 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-18-2013 10:54:49 | 08-18-2013 11:09:49 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 20:43:38 | 08-17-2013 20:46:34 | 176 | 2.93 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 17:49:09 | 08-17-2013 18:04:09 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 11:27:02 | 08-17-2013 11:41:36 | 874 | 14.57 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 11:10:57 | 08-17-2013 11:25:57 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 10:54:51 | 08-17-2013 11:09:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 10:38:49 | 08-17-2013 10:53:35 | 886 | 14.77 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 10:22:43 | 08-17-2013 10:37:43 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 10:06:33 | 08-17-2013 10:21:33 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 09:50:25 | 08-17-2013 10:05:25 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 09:34:19 | 08-17-2013 09:49:19 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-17-2013 09:18:11 | 08-17-2013 09:33:11 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-16-2013 09:52:33 | 08-16-2013 10:07:33 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-16-2013 09:36:27 | 08-16-2013 09:51:27 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-15-2013 19:08:50 | 08-15-2013 19:19:05 | 615 | 10.25 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-15-2013 08:29:12 | 08-15-2013 08:44:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-15-2013 08:13:09 | 08-15-2013 08:28:09 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-14-2013 18:52:24 | 08-14-2013 18:54:53 | 149 | 2.48 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-13-2013 20:37:50 | 08-13-2013 20:52:50 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-13-2013 09:51:27 | 08-13-2013 10:06:27 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-12-2013 15:44:47 | 08-12-2013 15:59:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-12-2013 15:28:41 | 08-12-2013 15:43:41 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-11-2013 08:51:20 | 08-11-2013 09:06:18 | 898 | 14.97 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-11-2013 08:35:04 | 08-11-2013 08:50:04 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-11-2013 08:19:04 | 08-11-2013 08:34:04 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-10-2013 16:49:34 | 08-10-2013 17:04:34 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-10-2013 16:32:58 | 08-10-2013 16:47:58 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-09-2013 11:10:53 | 08-09-2013 11:25:39 | 886 | 14.77 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-09-2013 10:54:45 | 08-09-2013 11:09:45 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-09-2013 10:38:42 | 08-09-2013 10:53:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 08-02-2013 10:10:42 | 08-02-2013 10:25:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 07-28-2013 09:00:47 | 07-28-2013 09:15:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 07-28-2013 08:44:42 | 07-28-2013 08:59:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 07-23-2013 21:52:03 | 07-23-2013 22:07:03 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-21-2013 08:20:55 | 07-21-2013 08:35:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-21-2013 08:04:35 | 07-21-2013 08:19:35 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-18-2013 18:36:20 | 07-18-2013 18:51:20 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-16-2013 18:10:47 | 07-16-2013 18:25:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-09-2013 22:34:17 | 07-09-2013 22:45:38 | 681 | 11.35 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-08-2013 16:39:57 | 07-08-2013 16:54:31 | 874 | 14.57 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-08-2013 16:23:28 | 07-08-2013 16:38:28 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [illegible] | MAHMOUD | HINDI | 5779662032 | 07-05-2013 10:57:51 | 07-05-2013 11:00:33 | 162 | 2.7 |

Print Summary:

Total Files:50 Total Size:83.43 (MB) Total Duration(Sec):40844 Total Duration(Min):680.73

9

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 6***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 07-04-2013 18:50:16 | 07-04-2013 19:05:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-29-2013 22:17:09 | 06-29-2013 22:32:09 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-28-2013 10:54:11 | 06-28-2013 11:01:15 | 424 | 7.07 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-26-2013 10:36:21 | 06-26-2013 10:51:21 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-25-2013 22:01:23 | 06-25-2013 22:16:23 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-22-2013 22:17:07 | 06-22-2013 22:32:07 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-20-2013 18:38:51 | 06-20-2013 18:53:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-20-2013 18:22:24 | 06-20-2013 18:37:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-18-2013 20:15:53 | 06-18-2013 20:30:53 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-15-2013 21:39:31 | 06-15-2013 21:54:31 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-13-2013 20:49:16 | 06-13-2013 21:04:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-13-2013 20:33:17 | 06-13-2013 20:48:04 | 887 | 14.78 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-11-2013 20:37:56 | 06-11-2013 20:52:56 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-11-2013 20:21:28 | 06-11-2013 20:36:28 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-10-2013 15:50:41 | 06-10-2013 16:05:15 | 874 | 14.57 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-07-2013 10:31:37 | 06-07-2013 10:46:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-04-2013 22:45:02 | 06-04-2013 23:00:02 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-04-2013 21:06:02 | 06-04-2013 21:21:02 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-02-2013 08:42:58 | 06-02-2013 08:57:58 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 06-02-2013 08:26:55 | 06-02-2013 08:41:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-30-2013 19:31:51 | 05-30-2013 19:46:51 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-30-2013 19:14:22 | 05-30-2013 19:29:22 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-28-2013 21:14:14 | 05-28-2013 21:29:14 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-24-2013 09:51:20 | 05-24-2013 10:06:20 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-21-2013 21:04:24 | 05-21-2013 21:19:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-19-2013 08:42:37 | 05-19-2013 08:57:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-16-2013 18:24:25 | 05-16-2013 18:39:25 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-14-2013 22:24:57 | 05-14-2013 22:39:57 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-10-2013 09:43:36 | 05-10-2013 09:58:36 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-08-2013 10:17:08 | 05-08-2013 10:32:08 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-06-2013 17:04:17 | 05-06-2013 17:18:54 | 877 | 14.62 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-04-2013 15:40:00 | 05-04-2013 15:55:00 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 05-01-2013 12:58:42 | 05-01-2013 13:13:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-28-2013 07:46:24 | 04-28-2013 08:01:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-25-2013 20:39:34 | 04-25-2013 20:54:34 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-23-2013 20:26:16 | 04-23-2013 20:41:16 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-20-2013 16:02:00 | 04-20-2013 16:17:00 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-18-2013 17:38:47 | 04-18-2013 17:53:47 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-16-2013 22:04:51 | 04-16-2013 22:19:37 | 886 | 14.77 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-14-2013 14:08:22 | 04-14-2013 14:23:20 | 898 | 14.97 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-12-2013 17:48:06 | 04-12-2013 18:02:49 | 883 | 14.72 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-09-2013 12:47:30 | 04-09-2013 13:02:30 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-07-2013 14:13:14 | 04-07-2013 14:28:14 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-04-2013 10:46:48 | 04-04-2013 11:01:48 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 04-01-2013 22:07:56 | 04-01-2013 22:12:24 | 268 | 4.47 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 03-31-2013 14:32:28 | 03-31-2013 14:47:28 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 03-28-2013 10:58:33 | 03-28-2013 11:13:33 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 03-26-2013 11:57:11 | 03-26-2013 12:12:11 | 900 | 15.0 |

Print Summary:

Total Files:48 Total Size:85.25 (MB) Total Duration(Sec):41997 Total Duration(Min):699.95

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 7***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 03-24-2013 14:20:42 | 03-24-2013 14:32:31 | 709 | 11.82 |
| Jefferson County Metro Govt - CORR | 4 DORM 7A-2 | 1 | | MAHMOUD | HINDI | 5779662032 | 03-23-2013 08:11:01 | 03-23-2013 08:26:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 3 2ND FL | 1 | | MAHMOUD | HINDI | 5779662032 | 03-21-2013 19:43:15 | 03-21-2013 19:57:03 | 828 | 13.8 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-19-2013 18:46:24 | 03-19-2013 19:01:24 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 3 2ND FL | 1 | | MAHMOUD | HINDI | 5779662032 | 03-18-2013 18:02:13 | 03-18-2013 18:16:58 | 885 | 14.75 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-16-2013 10:45:37 | 03-16-2013 11:00:37 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-15-2013 15:37:03 | 03-15-2013 15:52:00 | 897 | 14.95 |
| Jefferson County Metro Govt - CORR | WALK 3 2ND FL | 1 | | MAHMOUD | HINDI | 5779662032 | 03-14-2013 17:29:59 | 03-14-2013 17:44:59 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 3 2ND FL | 1 | | MAHMOUD | HINDI | 5779662032 | 03-13-2013 17:24:12 | 03-13-2013 17:36:55 | 763 | 12.72 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-12-2013 19:32:55 | 03-12-2013 19:47:55 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-10-2013 10:50:57 | 03-10-2013 11:05:18 | 861 | 14.35 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-09-2013 09:12:10 | 03-09-2013 09:27:10 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | | MAHMOUD | HINDI | 5779662032 | 03-08-2013 12:03:35 | 03-08-2013 12:18:08 | 873 | 14.55 |
| Jefferson County Metro Govt - CORR | WALK 3 2ND FL | 1 | | MAHMOUD | HINDI | 5779662032 | 03-07-2013 17:54:05 | 03-07-2013 18:09:05 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 03-02-2013 08:09:12 | 03-02-2013 08:24:12 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 03-02-2013 08:03:36 | 03-02-2013 08:08:13 | 277 | 4.62 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | | MAHMOUD | HINDI | 5779662032 | 03-01-2013 12:36:22 | 03-01-2013 12:51:22 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-28-2013 12:17:04 | 02-28-2013 12:31:45 | 881 | 14.68 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-27-2013 18:36:57 | 02-27-2013 18:51:57 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-26-2013 18:53:59 | 02-26-2013 19:03:28 | 569 | 9.48 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-26-2013 18:37:54 | 02-26-2013 18:52:54 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-24-2013 08:31:52 | 02-24-2013 08:46:38 | 886 | 14.77 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-24-2013 08:15:45 | 02-24-2013 08:30:45 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-20-2013 18:57:46 | 02-20-2013 19:09:56 | 730 | 12.17 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-18-2013 17:17:22 | 02-18-2013 17:32:02 | 880 | 14.67 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-15-2013 12:06:48 | 02-15-2013 12:18:30 | 702 | 11.7 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-12-2013 19:03:07 | 02-12-2013 19:18:05 | 898 | 14.97 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-11-2013 16:43:20 | 02-11-2013 16:57:54 | 874 | 14.57 |
| Jefferson County Metro Govt - HOJ | 5th Fl. DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-09-2013 09:57:43 | 02-09-2013 10:12:09 | 866 | 14.43 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-07-2013 17:44:25 | 02-07-2013 17:55:39 | 674 | 11.23 |
| Jefferson County Metro Govt - CORR | LP 115 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-03-2013 08:39:49 | 02-03-2013 08:54:49 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 02-01-2013 10:41:05 | 02-01-2013 10:56:05 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-28-2013 17:17:41 | 01-28-2013 17:29:04 | 683 | 11.38 |
| Jefferson County Metro Govt - CORR | 2 DORM 8 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-26-2013 15:36:57 | 01-26-2013 15:50:15 | 798 | 13.3 |
| Jefferson County Metro Govt - CORR | 2 DORM 8 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-25-2013 10:33:18 | 01-25-2013 10:48:18 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2 DORM 8 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-23-2013 11:32:28 | 01-23-2013 11:47:18 | 890 | 14.83 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-22-2013 09:42:45 | 01-22-2013 09:57:34 | 889 | 14.82 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-21-2013 10:21:23 | 01-21-2013 10:36:23 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-20-2013 10:43:28 | 01-20-2013 10:58:28 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-19-2013 10:02:56 | 01-19-2013 10:16:49 | 833 | 13.88 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-18-2013 09:36:34 | 01-18-2013 09:49:53 | 799 | 13.32 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-16-2013 14:27:45 | 01-16-2013 14:42:45 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-15-2013 10:39:03 | 01-15-2013 10:53:09 | 846 | 14.1 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-12-2013 10:10:03 | 01-12-2013 10:25:01 | 898 | 14.97 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-11-2013 11:46:09 | 01-11-2013 11:56:44 | 635 | 10.58 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-10-2013 09:36:02 | 01-10-2013 09:44:22 | 500 | 8.33 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-09-2013 09:30:02 | 01-09-2013 09:37:17 | 435 | 7.25 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-08-2013 13:48:31 | 01-08-2013 13:59:00 | 629 | 10.48 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-06-2013 11:02:19 | 01-06-2013 11:10:34 | 495 | 8.25 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-05-2013 11:39:43 | 01-05-2013 11:54:08 | 865 | 14.42 |

Print Summary:

Total Files:50 Total Size:82.75 (MB) Total Duration(Sec):40448 Total Duration(Min):674.13

GB003680

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi 8***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-04-2013 15:55:53 | 01-04-2013 16:06:28 | 635 | 10.58 |
| Jefferson County Metro Govt - CORR | 2 DORM 9 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-04-2013 09:12:18 | 01-04-2013 09:27:18 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-03-2013 17:06:30 | 01-03-2013 17:17:37 | 667 | 11.12 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-02-2013 17:15:38 | 01-02-2013 17:27:32 | 714 | 11.9 |
| Jefferson County Metro Govt - CORR | 2-DAY ROOM | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-01-2013 19:30:11 | 01-01-2013 19:40:27 | 616 | 10.27 |
| Jefferson County Metro Govt - CORR | WALK 1 2ND FL-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 01-01-2013 17:54:26 | 01-01-2013 18:07:41 | 795 | 13.25 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-31-2012 08:54:33 | 12-31-2012 08:57:28 | 175 | 2.92 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-30-2012 10:23:04 | 12-30-2012 10:37:49 | 885 | 14.75 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-29-2012 11:11:59 | 12-29-2012 11:26:59 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-28-2012 09:08:40 | 12-28-2012 09:23:40 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-27-2012 14:17:32 | 12-27-2012 14:22:21 | 289 | 4.82 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-27-2012 14:01:25 | 12-27-2012 14:16:25 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-26-2012 10:37:58 | 12-26-2012 10:41:53 | 235 | 3.92 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-26-2012 10:06:01 | 12-26-2012 10:21:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-25-2012 09:22:54 | 12-25-2012 09:28:37 | 343 | 5.72 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-25-2012 09:07:09 | 12-25-2012 09:21:46 | 877 | 14.62 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-23-2012 11:37:31 | 12-23-2012 11:46:45 | 554 | 9.23 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-22-2012 10:02:42 | 12-22-2012 10:17:42 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-21-2012 10:02:41 | 12-21-2012 10:17:41 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-19-2012 10:47:45 | 12-19-2012 11:02:45 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-17-2012 10:25:46 | 12-17-2012 10:40:21 | 875 | 14.58 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-16-2012 09:41:01 | 12-16-2012 09:56:01 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-14-2012 11:21:22 | 12-14-2012 11:36:08 | 886 | 14.77 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-13-2012 11:17:12 | 12-13-2012 11:32:12 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-11-2012 12:02:07 | 12-11-2012 12:17:07 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-10-2012 22:08:46 | 12-10-2012 22:10:08 | 82 | 1.37 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-10-2012 20:18:47 | 12-10-2012 20:20:16 | 89 | 1.48 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-10-2012 15:55:31 | 12-10-2012 15:56:52 | 81 | 1.35 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-09-2012 21:38:50 | 12-09-2012 21:52:12 | 802 | 13.37 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-08-2012 18:20:02 | 12-08-2012 18:21:26 | 84 | 1.4 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-08-2012 09:53:05 | 12-08-2012 10:08:05 | 900 | 15.0 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-06-2012 08:54:29 | 12-06-2012 09:09:12 | 883 | 14.72 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-05-2012 20:52:49 | 12-05-2012 20:54:10 | 81 | 1.35 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-1 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-05-2012 10:59:41 | 12-05-2012 11:05:43 | 362 | 6.03 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-04-2012 21:20:45 | 12-04-2012 21:35:43 | 898 | 14.97 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-04-2012 14:37:41 | 12-04-2012 14:38:30 | 49 | 0.82 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 12-02-2012 17:51:12 | 12-02-2012 18:00:30 | 558 | 9.3 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-29-2012 16:07:29 | 11-29-2012 16:20:51 | 802 | 13.37 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-27-2012 12:14:58 | 11-27-2012 12:25:17 | 619 | 10.32 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-25-2012 16:34:46 | 11-25-2012 16:42:05 | 439 | 7.32 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-25-2012 16:30:35 | 11-25-2012 16:33:42 | 187 | 3.12 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-22-2012 14:39:27 | 11-22-2012 14:54:27 | 900 | 15.0 |

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-20-2012 16:11:00 | 11-20-2012 16:25:22 | 862 | 14.37 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-20-2012 09:32:26 | 11-20-2012 09:47:18 | 892 | 14.87 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-18-2012 14:39:55 | 11-18-2012 14:52:56 | 781 | 13.02 |
| Jefferson County Metro Govt - CORR | 3 DORM 8-2 | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 11-16-2012 11:59:23 | 11-16-2012 12:14:23 | 900 | 15.0 |

Print Summary:

Total Files:46 Total Size:61.43 (MB) Total Duration(Sec):29697 Total Duration(Min):494.95

## Eggers, Arthur

**From:** Hornback, Christopher A
**Sent:** Saturday, October 19, 2013 10:35 PM
**To:** Gilbert, Steven E; Fugate, Allan; Dejarnette, Randall; Hogan, Michael
**Cc:** Eggers, Arthur; Joyner, Gregory; Heacock, David; Madison, Lorna Y; Metro Corrections - Senior Staff; Metro Corrections Sergeants
**Subject:** 10-19-2013 051051
**Attachments:** 10-19-2013 051051.docx

At 1559, 10-19-2013. I Sgt. C. Hornback #333, observed Officer D. Ramsey run into the control room. He grabbed the knife for life, reported that inmate Hindi, Mahmoud cin#00577966 who is housed on HOJ 5-East North One, cell#3 was trying to hurt his self and was hanging from the cell bars. I and Ofc. D. Ramsey immediately responded to inmate Hindi's cell. I contacted Lt. Gilbert by radio to report the incident and for him to respond. Upon arrival at 1600 I observed inmate Hindi lying on his back with his head towards the cell door, with Ofc. G. Sanders and Ofc. R. Skaggs checking inmate Hindi for signs of life and attempting to revive him. The knife for life was not used because he had already been removed from the sheet that he used to make a homemade noose. It was still attached to the bars. Nurse A. Malone was on the floor at the time. I advised control to have medical to respond, but did not transmit due to other radio traffic. I then ran back to the control room and had Nurse Malone respond to the scene and advised Ofc. Bullard in control to call for additional medical personnel to respond. I then returned to the scene with Nurse Malone. Nurse Malone checked inmate Hindi for signs of life and we began CPR. At 1600, I advised main control by radio to start EMS and for additional medical staff to respond. Nurse Malone was on chest compressions and I assisted with the Ambu-Bag. Inmate Hindi was showing no signs of recovery, I again advised control by radio to advise EMS to step it up and respond code three. Additional medical and sworn staff responded along with shift commander Lt. Gilbert.

Officer G. Sanders, Ofc. R. Skaggs, Ofc. D. Ramsey, Ofc. M. Forbes, Sgt. D. Gibson, Sgt. P. Summers, Nurse A. Malone and I Sgt. C. Hornback all assisted in applying CPR to inmate Hindi. At 1605, The Louisville Fire Department Unit arrived and began to access inmate Hindi. At 1608, The Louisville Fire/EMS Unit arrived and continued care for inmate Hindi and used the AED. CPR continued during the entire incident. At 1624, Inmate Hindi was escorted by stretcher to the old HOJ sally port entrance on Liberty Street. He was secured in a security set and escorted to the University Hospital by Sgt. D. Gibson, Ofc. A. James and Ofc. R. Stimphil. EMS departed at 1630. I was advised by radio from the transporting officers that Inmate Hindi arrived at room nine University Hospital at 1639. At 1645, I was advised by Lt. Gilbert that inmate Hindi was declared deceased by the University ER doctor.

During the incident. Officer T. Warden escorted the Louisville Fire/EMS Units into the facility. Ofc. M. Cooper, Ofc. M. Bullard and I Sgt. C. Hornback kept a record of response times and traffic in and out of the incident area. Ofc. R. Taylor was responsible for the Body Camera and recorded the incident. The Body Camera and all observation sheets were pulled from the incident area and turned into Lt. Gilbert. Pictures were taken of the incident area around the cell, as well as inside the cell. The cell was secure, to preserve the scene for further investigation.

At 1829, the Louisville (PIU) Public Integrity Detectives and the (LMDC) Louisville Metro Department of Corrections (PSU) Professional Standards Unit Sgt. Joyner arrived on the scene. At 1914 the Forensic Detective arrived. To conduct an investigation of the incident. All pictures and information was forward to Lt. Eggers Office and Senior Staff. Lt. Gilbert was advised.

Sgt. C. Hornback#333.

**Baker, Mindy**

**From:** Eggers, Arthur
**Sent:** Monday, November 04, 2013 10:46 AM
**To:** Baker, Mindy
**Cc:** Flaherty, Curtis
**Subject:** FW: Classification Report - M. Hindi
**Attachments:** Mahmoud Hindi Classification Report.docx

**From:** Allen, Jamie
**Sent:** Tuesday, October 22, 2013 12:54 PM
**To:** Bolton, Mark
**Subject:** Classification Report - M. Hindi

Mr. Bolton

Attached is the classification report on M. Hindi #577966.

Thanks,

**Jamie Allen**
Offender Services Manager
Louisville Metro Department of Corrections
400 S. Sixth Street
Louisville, KY 40202
☎: [redacted]
jamie.allen@louisvilleky.gov

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Classification Inmate Report

**Inmate Number : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Name :** HINDI, MAHMOUD Y **Sex :** MALE **Race :** White/Eurp/ N.Afr/Mid Eas **DOB** [redacted] **Age :** 56

**Address :** [redacted] **SSN :** [redacted] **FBI :**

**Hair :** Black **Eye :** Green **Height :** 600 **Weight :** 195

**Birth Country :** JORDAN **State :** Armond

**Marital Status :** Married **# Children :** 3

**Religion :** Islamic **# Sisters :**

**Handedness :** **# Brothers :**

## Booking Details

**Facility :** Main Jail Complex

**Booking Type :** Standard **Juvenile :** N N

**Arrival DtTm :** 09/07/2012 02:36

## Charges

| Warrant # | Charge Code | Charge Description | Court Date/Time | Disposition |
|---|---|---|---|---|
| | 507.020 | MURDER | 12/13/2013 08:45 | Open |
| | 507.020 | MURDER | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.080 | TERRORISTIC THREATENING, 3RD DEGREE | | Open |
| | 508.01 | ASSAULT 1ST DEGREE | | Court Order |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 13123 | ASSAULT, 3RD DEGREE (SCHOOL EMPLOYEE OR SCHOOL VOLUNTEER) | | Dismissed |
| LAUREL CO WARRANT | 189.390 | SPEEDING 7MPH OVER (LIMITED ACCESS) | | RIP Time Served |
| LAUREL CO WARRANT | 02900 | SERVING WARRANT FOR OTHER POLICE AGENCY | | Warrant Served |

Mahmoud Hindi #577966 was booked into Metro Corrections on 9/7/2012 on charges of Murder, Assault 1, and seven counts of Wanton Endangerment 1st degree. On the same date he received added charges from Laurel County for a bench warrant for speeding. On 9/14/2012 the Assault 1st degree was upgraded to an additional Murder charge and all charges were indicted to Circuit Court (12CR2772). On 1/1/13 I/M Hindi received additional added charges from Metro Corrections for Assault 3rd and Terroristic Threating due to an incident that occurred while in custody.

On 9/7/2012 during the booking process I/M Hindi was pre-screened by Classification Staff. He stated he did not fear for his safety, did not have any known enemies within the facility and did not have any housing needs in regards to medical or mental health. Medical Nurse A. Ayers did however provide classification with a mental health notice to house I/M Hindi in the mental health unit J2W1.

On 9/8/12 after arraignment court I/M Hindi was oriented by Classification Staff. He indicated he was married to Fatima Hindi for 29 years, used her as his emergency contact and indicated he had 3 children. He further stated he completed high school and had a graduate degree. He did not have any military experience, indicated his religious preference was Islamic and could read and write in English. I/M Hindi was given a PREA screening, the opportunity to sign out his property and he took an inmate handbook.

[Due t]o inmate Hindi's charges he was classified as a MX-GP-MH. MX (Maximum) due to his Class A felony Murder charge, GP (General Population) level behavior and MH (Mental Health) due to his assigned mental health housing upon arrest. During his incarceration his behavior level was upgraded to AB (Alert level behavior) due to his behavior with staff and documented disruptive/combative incidents.

Created by: JAllen 10/22/13

# Housing Movement and Cell Transfers

Mahmoud Hindi #577966

| Assigned Time In | Assigned Time Out | Housing | | | | Type | Reason |
|---|---|---|---|---|---|---|---|
| /2012 04:40:15 | 9/7/2012 05:34:43 | J1 | P | 1 | 002 | Passive Booking | Fresh arrest housing while awaiting the booking process |
| 9/7/2012 05:55:29 | 9/17/2012 19:26:54 | J2W | W | W1 | 013 | Mental Health | After MH assessment was moved to MH unit single cell |
| 9/17/2012 20:58:22 | 12/6/2012 11:32:07 | J3 | N | 8 | 004 | Mental Health | Per MH Max Henderson moved to MH OPEN unit |
| 12/6/2012 11:38:47 | 12/6/2012 20:35:37 | J3 | S | 7 | 008 | Mental Health | Per Nurse Grubbs moved from MH OPEN unit to MH single cell |
| 12/6/2012 20:51:08 | 1/1/2013 08:49:37 | J3 | N | 8 | 006 | Mental Health | Per MH moved back into MH OPEN unit |
| 1/1/2013 10:29:55 | 1/3/2013 17:44:24 | J2W | W | OB1 | 003 | Mental Health | Per MH moved to MH unit observation cell |
| 1/3/2013 17:44:37 | 1/3/2013 17:45:21 | J2W | W | 09 | 012 | Mental Health | Per Nurse Sherman removed from obs into Open MH unit |
| 1/3/2013 17:45:21 | 1/4/2013 18:27:26 | J2W | W | 09 | 011 | Mental Health | Bed change in MH open unit |
| 1/4/2013 18:27:26 | 1/22/2013 16:17:40 | J2W | W | 09 | 001 | Mental Health | Bed change in MH open unit |
| 1/22/2013 16:18:07 | 1/23/2013 08:59:03 | J2W | W | W1 | 003 | Mental Health | Per MH moved into MH single cell |
| 1/23/2013 08:59:14 | 1/28/2013 17:02:00 | J2W | W | 08 | 002 | Mental Health | Per MH moved from single cell to MH open unit |
| 1/28/2013 17:02:00 | 1/31/2013 11:04:23 | J2W | W | 09 | 006 | Mental Health | Per MH moved to another MH open unit |
| 1/31/2013 11:04:23 | 1/31/2013 11:08:08 | J2W | W | W1 | 005 | Mental Health | Per MH moved from open MH unit to MH single cell |
| 1/31/2013 11:08:08 | 2/1/2013 13:04:10 | J2W | W | W1 | 009 | Mental Health | Moved to another MH single cell |
| 2/1/2013 13:04:10 | 2/6/2013 18:01:29 | J2W | W | W1 | 005 | Mental Health | Moved to another MH single cell |
| 2/6/2013 18:01:29 | 2/7/2013 21:30:00 | J2W | W | W1 | 012 | Mental Health | Moved to another MH single cell |
| 2/7/2013 21:39:03 | 2/9/2013 13:02:37 | H5 | W | 09 | 002 | Disciplinary Segregation | Per Dr. Easley cleared from MH unit. Had DS time to serve |
| 2/9/2013 13:03:35 | 3/3/2013 02:31:08 | H5 | E | N1 | 001 | Disciplinary Segregation | Moved to another DS cell |
| 3/3/2013 04:01:38 | 3/6/2013 02:35:17 | J2W | W | W2 | 004 | Mental Health | Per Nurse Sloan moved to MH unit single cell |
| 3/6/2013 02:35:17 | 3/22/2013 21:02:42 | J2W | W | W2 | 001 | Mental Health | Per MH moved to another MH single cell |
| 3/22/2013 21:14:22 | 4/14/2013 17:30:59 | J4 | S | 7 | 006 | Administrative Segregation | Per Nurse Daughtery cleared from MH unit. Placed on AS by Class |
| /2013 17:30:59 | 8/16/2013 22:00 | J4 | S | 7 | 007 | Administrative Segregation | Moved to another AS single cell |
| /2013 22:14 | 8/23/2013 7:36 | J2W | W | W1 | 006 | Mental Health | Per MH moved to MH unit single cell |
| 8/23/2013 7:36 | 8/31/2013 17:56 | J2W | W | W1 | 004 | Mental Health | Per Max Henderson moved to another MH unit single cell |
| 8/31/2013 17:56 | 9/20/2013 21:32 | J2W | W | W1 | 10 | Mental Health | Per Max Henderson moved to another MH unit single cell |
| 9/20/2013 21:32 | 10/21/2013 11:13 | H5 | E | N1 | 3 | Administrative Segregation | Per Nurse Sherman cleared from MH. Moved to AS by class |

I/M Hindi was housed in Metro Corrections for 410 days. During that time he was housed 26 different times. He had documented Mental Health housing from the date of his arrest 9/7/12 until he was cleared by Dr. Easley on 2/7/13. At that time he was placed in Disciplinary segregation once released from mental health due to having 60 days to serve plus an additional 15 on the shelf. While serving disciplinary segregation time he was moved back to the mental health unit and cleared again. Upon being cleared he was placed in administrative segregation by classification staff due his behavior towards officers and other inmates. He was reviewed by the Special Management Unit Committee who reviews inmates in single cell housing. Special Management is a multi-disciplinary team review with staff from Senior Management, Classification, Medical, Mental Health, Security and Disciplinary. While in Administrate Segregation housing he was moved to the mental health unit in a single cell for observation. He was cleared by Mental Health on 9/20/13 and placed back into Administrative Segregation until the incident on 10/21/13.

# Incident Reports

I/M Hindi had 13 incidents while in custody including strip search, disruptive, combative, hospital runs and suicide prevention.

| Incident Date | Incident Type | Booking # |
|---|---|---|
| | DISRUPTIVE | 2012029784 |
| 09/26/2012 03:09 | Strip Search - Inmate | 2012029784 |
| 12/06/2012 10:12 | DISRUPTIVE | 2012029784 |
| 12/06/2012 10:12 | UNAUTHORIZED CONTACT W/PUBLIC | 2012029784 |
| 01/01/2013 01:01 | ADDITIONAL CHARGES | 2012029784 |
| 01/01/2013 01:01 | DISRUPTIVE | 2012029784 |
| 02/09/2013 12:02 | Sucide Prevention | 2012029784 |
| 03/02/2013 07:03 | COMBATIVE | 2012029784 |
| 03/03/2013 09:03 | HOSPITAL, INMATE TRANSPORTED | 2012029784 |
| 08/14/2013 18:10 | STRIP SEACH - INMATE | 2012029784 |
| 08/16/2013 15:30 | Sucide Prevention | 2012029784 |
| 08/21/2013 11:05 | DISRUPTIVE | 2012029784 |
| 10/19/2013 15:55 | HOSPITAL, INMATE TRANSPORTED | 2012029784 |

Created by: JAllen

10/22/13

Inmate Notes

Mahmoud Hindi #577966

| Date | Inmate Notes | Created By User |
|---|---|---|
| /2012 | Pre-screening complete, 55 Jordanian/W/M: Per the medical Nurse, A. Ayers, LPN, inmate is to be housed in the NJC with a bottom bunk in J2W W1-#13 from J1P | Trammell, Barbara |
| 9/7/2012 | I/MS WIFE FATIMA HINDI 365-2648 CALL WAS RETURNED. A MESSAGE WAS LEFT RE: SECURA. MRS HINDI WAS GIVEN VISIT DATE AND TIME BY MH PROFESSIONAL BEV HASKINS. | Moppins, Marilyn |
| 9/8/2012 | W/M 55 - ORIENTATION and PREA COMPLETE - NO PROPERTY RELEASED - RECEIVED HANDBOOK - RTN: 203 ON 9/14 - MURDER, ASLT 1, WE 1 X 7 - $1,000,000 & **HOLD LAUREL CO** SPD $114.45 - OVERRIDE HIGH TO LOW MED | Arriaga, Samantha |
| 9/11/2012 | Mr. Hindi was given a prayer rug, Glasses and a Quran. The prayer rug was drop off by his son. | Whitlow, Sam |
| 9/12/2012 | REQUEST HAIRCUT AND SHAVE.GYM OFFICERS CONTACTED VIA E-MAIL | Moppins, Marilyn |
| 9/13/2012 | 2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW. | Moppins, Marilyn |
| 9/17/2012 | J3/D8#11 FROM J2W/W1#13 - PER MEDICAL MOVELIST FROM MAX HENDERSON | Arriaga, Samantha |
| 9/18/2013 | ADDED CHARGE , NO CHANGE IN CLASS | Mexicotte, Sylvia |
| 10/11/2012 | Inmate was given his Quarn out of his personal property, he removed the hardback cover and the cover was placed back in his property; Spoke with his son 270-804-5884 concerning his Quran | Whitlow, Sam |
| 12/6/2012 | PER NURSE GRUBBS I/M IS MOVED FROM J3/D8 TO J3/D7#8 | Martiroysan, Mane |
| 12/7/2012 | Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging in sexual activities with another person. received 15 days disp.seg. probated. | Dooley, Officer |
| 12/10/2012 | TURNED IN INMATE DISCIPLINARY APPEAL FORM | Mexicotte, Sylvia |
| 12/11/2012 | Disciplinary appeal form forwarded to Deputy Director Bingham. | Dooley, Officer |
| 18/2012 | NO CHANGE IN CLASS , HOLD GOT RELEASE | Mexicotte, Sylvia |
| 1/3/2013 | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN PLACED ON MOVELIST FROM J2W/OBS1 TO J2W/D9. | Thomas, Ella |
| 1/4/2013 | Recd write up on 1/1/2013 for; CAT.3-A disruptive behavior; CAT.3-F using abusive and vulgar language toward staff; CAT.3-G refusing to follow the directions of staf; CAT.3-I threatening staff with physical harm; CAT.4-K assaulting any staff member  Inmate recd 60 d.d.s which includes the 15 days he had on the shelf. his time will go until 3/5/2013 and needs to be moved to the disciplinary segregation unit today 1/4/2013; | Hale, Officer |
| 1/7/2013 | INMATE CAN'T BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH- EMAIL SENT TO ERNST AND HALE | Daub, Summer |
| 1/11/2013 | GIVEN A HAIR COMB. | Moppins, Marilyn |
| 1/28/2013 | J2W/D9 FROM J2W/D8 - PER MEDICAL MOVELIST FROM MAX HENDERSON | Arriaga, Samantha |
| 2/6/2013 | PER MAX HENDERSON I/M IS MOVING FROM J2W/W1#5 TO J2W/W1#12 | Martiroysan, Mane |
| 2/7/2013 | I/MS WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS HINDI REPORTS NOT HEARING FROM I/M IN THREE DAYS AND I/M USUALLY CALLS EVERYDAY.I/M WILL CALL HER LATER | Moppins, Marilyn |
| 2/7/2013 | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVING FROM J2W/W1#12 TO H5/D9#2 (NO D/S HOUSING AVAILABLE AT THIS TIME) | Martiroysan, Mane |

| | | |
|---|---|---|
| 2/15/2013 | A/R turned into property for allowables. | Ayers, Stacey |
| 2/19/2013 | Inmate given property bag with allowables. | Ayers, Stacey |
| 2/21/2013 | H5/EN1#1 - I/M IS CLEARED FROM M/H PER MEDICAL MOVELIST FROM NURSE PRICE - I/M IS CURRENTLY SERVING DISP TIME | Arriaga, Samantha |
| 3/1/2013 | Two grievances turned in. | Ayers, Stacey |
| 3/3/2013 | PER MOVE LIST, SLOAN, INMATE TO BE MOVED FROM H5N1/01 TO J2W/W2/04 | Bailey, Venus |
| 3/8/2013 | I/MS WIFE FUTIMA'S CALL WAS RETURNED 3-7-13 365-2648. I/M WAS GIVEN A MESSAGE TO CALL HIS WIFE COLLECT. | Moppins, Marilyn |
| 3/13/2013 | Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 3-G refusing to follow instructions, 4-K assaulting staff. Write up was dismissed for due process. | Dooley, Officer |
| 3/14/2013 | A/S hazard added due to inmate case being High Profile. email sent to Sup. Puckett for review | Shipley, Shavon |
| 3/14/2013 | Mahmoud Hindi cin577966 loc J2 W2 cell1 he is requesting to goto gym. Thanks  | Freeman, Debra |
| 3/15/2013 | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett****; Once the inmate has been cleared from medical, the inmate will have to be reviewed by SMU staff on Wednesdays. Date will be forth coming upon clearence from medcial. | Puckett, David |
| 3/22/2013 | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2W/W2#1 TO J4/D7#6. E-MAIL SENT TO D.PUCKETT. SEE PREVIOUS ENTRY. | Martiroysan, Mane |
| 3/25/2013 | 72 hr SMU review on this date: Went and spoke w the above inmate in concerns of his housing location. Inmate was unsure as to why he was in his current hosuing location. I informed him that because of his clearence from medical to return to general population was the reason for my visit w him. I explained the reason as to why he had been placed in his current hosuing location and inmate was understading of this fact. he has signed of his SMU review sheet requesting a move to Protective Cistody. The inmate's final housing will be determined at the next SMU meeting scheduled for 3-27-13. | Puckett, David |
| 3/27/2013 | SMU meeting on this date: Inmate will remain as ADMIN SEG.; SMU meeting held on this date in attendance were the following persons: Classification:Ayers, Puckett, Shipley and Allen, Medial Staff: D Fowler, Mental health staff:M Krank, SORT commander: Lt. Collins, Security staff: Disciplinary officer J Hale and Deputy Directors: Bingham and Clark. It was determined that the above inmate would continue to remain ADMIN SEG due to being assaultive towrds staff and that he would be unbale to function in a dorm setting. The inmate's request for protective custody is denied. | Puckett, David |
| 4/16/2013 | Mr. Hindi was given his Quran that was placed on his property because it had a zipper attached.Writer was given permission by Inmate son Musa to remove zipper. | Whitlow, Sam |
| 4/24/2013 | Per Lt. Davis, Inmate Hindi, Mahmoud is allowed to have his oversized Koran. This book is written in Arabic. Any questions, contact me. | Davis, Lt |
| 5/14/2013 | Inmate Hindi has two Quarans in his possession. If for any reason one or both are confiscated, please ensure that they are taken to property.  Lt. Davis | Davis, Lt |
| 6/3/2013 | Wife Fatima called. She said she had not heard from inmate in a few days. I called 502-365-2648 and told her that the inmate was still in the same location and was doing ok | English, Keith |

| Date | Note | Staff |
|---|---|---|
| /2013 | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs | McNese, Sgt |
| 7/25/2013 | Inmate Mahmoud Hindi recieved a Timex sports watch, model 1440. Public Defender, Angela Elleman was advised.: Lt. Davis #210 | Davis, Lt |
| 7/31/2013 | I have e-mailed kitchen supervisor Edward Wasson in regards to the above inmate's A/R dated 7/22/13 requesting a special diet tray w no meat. | Puckett, David |
| 8/8/2013 | Reference email sent by Supervisor Puckett: Inmate Mahmoud Y Hindi Cin# 577966 requested to have vegetarian meals. As of today, inmate is currently receiving meals with meat on the trays. Please add inmate to the vegetarian list as soon as possible. | English, Keith |
| 8/16/2013 | Returned answers from yestreday;s SMU committee review and inmate has expressed an intrest in being removed form ADMIN SEG to Protective custody. I informed the inmate that I would bring his request up at the next SMU meeting on 8-14-13. | Puckett, David |
| 8/21/2013 | J2W W1#6 LEVEL 2 PER M. HENDERSON AND SGT. REDMON; ALERT ADDED AND SARN CHANGED | Daub, Summer |
| 8/23/2013 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-23-13- A body/body SWAP- MAHMOUD HINDI #577966 J2W-WALK1#6 TO J2W-WALK 1#4 WITH KENNETH ADKINS #428020->J2W-WALK 1#4 TO J2W-WALK1#6.2ND FLR CONTROL OFC. ADVISED VIA PHONE.MARIA | Hayden, Maria |
| 8/23/2013 | BODY FOR BODY SWAP PER SHEILA REDELLA OF MENTAL HEALTH... MARIA | Hayden, Maria |
| 8/30/2013 | A/R turned into poperty for allowables. | Ayers, Stacey |
| 8/30/2013 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-31-13 FROM MAXWELL HENDERSON> MOVELIST FROM J2W-WALK 1#4 TO J2W-WALK 1#10.. MARIA | Hayden, Maria |
| 2013 | A/R FOR DORM BAG - - RELSD | Stansbury, Ryan |
| 2013 | Inmate given allowables from property. | Ayers, Stacey |
| 9/4/2013 | Inmate was reviewed at SMU meeting on 8-21-13 about his request to be removed from ADMIN SEG to Portective Custody. His request was deined and the inmate will continue to reamin as ADMIN SEG. | Puckett, David |
| 9/6/2013 | REQUEST FORWARDED TO LT DAVIS RE:MISSING HOLY MATERIAL | Moppins, Marilyn |
| 9/12/2013 | REQUEST FOR REPAIRS TO J2 DAY ROOM FORWARDED TO MAINTANCE BY SGT MUNFORD. REQUEST TO COMMISSARY RE: ITEMS THEY NEED TO HAVE IN STOCK ; FORWARDED TO COMMISSARY | Moppins, Marilyn |
| 9/12/2013 | LT DAVIS PRESENTED INMATE WITH INVOICE WHERE I/MS ACCOUNT WAS CREDITED FOR THE AMOUNT OF I/MS BOOK. | Moppins, Marilyn |
| 9/16/2013 | REQUEST NAIL CLIPPERS. GYM OFFICERS NOTIFIED VIA E-MAIL. | Moppins, Marilyn |
| 9/19/2013 | I/M BECAME VERY UPSET WHEN I WOULD NOT TAKE A REQUEST FOR HOW MANY TIMES THE KITCHEN CAN SERVE BEANS AND WHAT THEY NEED TO SERVE. I/M STARTED YELLING AND ACCUSED ME OF HAVING A BAD ATTITUDE. I/M WAS YELLING SO LOUD ; I WALKED AWAY AND CONTINUED MY ROUNDS. | Moppins, Marilyn |
| 9/19/2013 | Per Nurse Sherman, Inmate going from J2WW1C#10 to Gp however, there is no administration segregation cells. | Moore, Donna |
| 9/20/2013 | HS/EN1#3 FROM J2W/W1#10 - SEE PREVIOUS NOTES - M/H ALERT REMOVED | Arriaga, Samantha |

## Inmate Discipline

I/M Hindi had 3 disciplinary reports while in custody for offenses including, disruptive behavior, engaging in sexual activities with another person, using ive language, threatening staff with physical harm, assaulting staff, and refusing to follow instructions.

| Date | Category | Disposition | D/S Officer |
|---|---|---|---|
| 12/7/2012 | 3-A, 4-C | 15 days probated | Dooley, Officer |
| 1/4/2013 | 3-A, 3-F, 3-G, 4-K | 60 days to serve plus 15 days probated from 12/7/12 | Hale, Officer |
| 3/2/2013 | 3-A, 3-G, 4-K | Dimissed -Due Process | Dooley, Officer |

# Inmate Grievances

Mahmoud Hindi #577966

Grievances from IMS (9/7/12 – 6/23/13)

| | | | | | |
|---|---|---|---|---|---|
| 13000021 | 01-09-2013 0319 | SEC | 1 | J3 | N |
| 2013000185 | 03-04-2013 0210 | PROP | 1 | H5 | E |
| 2013000221 | 03-13-2013 0203 | SEC | 1 | J2W | W |
| 2013000458 | 05-17-2013 0216 | CLAS | 1 | J4 | S |

Grievances from IMS (9/7/12 – 6/23/13)

| Grievance # | Grievanc | Grievance | Grievance Category | Grievance Against | Disposition | Last Completed Step |
|---|---|---|---|---|---|---|
| 00000444 | 08/13/2013 | Service | CLASSIFICATION | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000449 | 08/13/2013 | Service | RECREATION | | APPEAL RETURN-DENIED | APPEAL RETURNED |
| 00000637 | 08/15/2013 | Service | PROGRAMS | | INFORMALLY-STAFF | RETURNED TO INMATE |
| 00000653 | 08/19/2013 | Service | MEDICAL | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000636 | 08/20/2013 | Service | SECURITY | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000624 | 09/13/2013 | Service | SECURITY | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000669 | 09/17/2013 | Service | RECREATION | | INFORMALLY-STAFF | RETURNED TO INMATE |
| 00000684 | 09/17/2013 | Service | STAFF | | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000688 | 09/19/2013 | Service | STAFF | Moppins Marilyn | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000690 | 09/24/2013 | Service | CLASSIFICATION | | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000710 | 09/24/2013 | Service | MEDICAL | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000749 | 09/27/2013 | Service | STAFF | | RETURNED-RESOLVED | RETURNED TO INMATE |

While in custody I/M Hindi filed a total of 16 grievances. Several of the grievances were related specifically to his housing in mental health, not receiving recreation time, his religion, medical and medication, staff discrimination both by security and classification, commissary, destroyed property and that he should not be in jail. All grievances listed were responded too and returned to I/M Hindi and none of them [illegible]ed in appeal.

# Inmate Visitation

From I/M Hindi's date of arrest on 9/7/12 until 6/23/13 he had 28 visitors including

Hasan Hindi
Musa Hindi
Yousef Hindi
Fatima Hindi
Hamza Hindi
Phillip Crowe
Tareq Hindi
Hasan Almohroug

**XJail data on visitation from 6/23/13 to current is not properly pulling information. Unable to report this data.

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| 06-19-2013 1644 | VISA | V16 | DSPEARMAN, SPEARMAN | 06-19-2013 1644 |
| 06-12-2013 1640 | VISA | V15 | DSPEARMAN, SPEARMAN | 06-12-2013 1640 |
| 05-15-2013 1649 | VISA | V12 | RMERRITT, MERRITT | 05-15-2013 1649 |
| 05-11-2013 0739 | VISA | V12 | CGIBBS, GIBBS | 05-11-2013 0739 |
| 04-13-2013 1637 | VISA | V117 | CPENDLEY, PENDLEY | 04-13-2013 1637 |
| 03-16-2013 1650 | VISA | V17 | RMERRITT, MERRITT | 03-16-2013 1650 |
| 03-11-2013 1642 | VISA | V16 | RDBURNS, BURNS | 03-11-2013 1642 |
| 02-10-2013 1636 | VISA | V126 | CPENDLEY, PENDLEY | 02-10-2013 1636 |
| 02-04-2013 1638 | VISA | V126 | CPENDLEY, PENDLEY | 02-04-2013 1638 |
| 01-19-2013 1537 | VISA | V119 | CPENDLEY, PENDLEY | 01-19-2013 1637 |
| 12-27-2012 1653 | VISA | V133 | CPENDLEY, PENDLEY | 12-27-2012 1653 |
| 12-23-2012 1221 | VISA | V19 | JHENDRICKS, HENDRICKS | 12-23-2012 1221 |
| 12-13-2012 1633 | VISA | V19 | CPENDLEY, PENDLEY | 12-13-2012 1633 |
| 12-02-2012 2154 | VISA | V127 | RDBURNS, BURNS | 12-02-2012 2154 |
| 11-29-2012 1633 | VISA | V127 | CPENDLEY, PENDLEY | 11-29-2012 1633 |
| 11-25-2012 1647 | VISA | V10 | CPENDLEY, PENDLEY | 11-25-2012 1647 |
| 11-18-2012 1936 | VISA | V10 | CPENDLEY, PENDLEY | 11-18-2012 1936 |
| 11-15-2012 1640 | VISA | V10 | RDBURNS, BURNS | 11-15-2012 1640 |
| 11-04-2012 1911 | VISA | V120 | CPENDLEY, PENDLEY | 11-04-2012 1911 |
| 10-28-2012 1643 | VISA | V120 | CPENDLEY, PENDLEY | 10-28-2012 1643 |
| 10-18-2012 1636 | VISA | V143 | CPENDLEY, PENDLEY | 10-18-2012 1636 |
| 10-04-2012 1633 | VISA | V129 | CPENDLEY, PENDLEY | 10-04-2012 1633 |
| 09-21-2012 1646 | VISA | V138 | CPENDLEY, PENDLEY | 09-21-2012 1646 |
| 09-17-2012 1651 | VISA | V138 | RDBURNS, BURNS | 09-17-2012 1651 |
| 09-15-2012 2033 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 2033 |
| 09-15-2012 1953 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 1953 |
| 09-12-2012 1753 | VISA | V138 | RDBURNS, BURNS | 09-12-2012 1753 |
| 09-10-2012 1641 | VISA | V131 | CPENDLEY, PENDLEY | 09-10-2012 1641 |
| 09-08-2012 1730 | VISA | V110 | CPENDLEY, PENDLEY | 09-08-2012 1730 |

Created by: JAllen 10/22/13

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| Inmate # | Inmate Name | Sex | Race |
|---|---|---|---|
| 00577966 | HINDI, MAHMOUD Y | MALE | White/Eurp/ N.Afr/Mid Eas |
| **Booking Number** | **Date/Time** | **Hair Color** | **Eye Color** |
| 2012029784 | 09/07/2012 02:36 | Black | Green |

| Drivers License # | SSN | DOB | Ethnicity: | Height | Weight |
|---|---|---|---|---|---|
| IN | [redacted] | [redacted] | | 6'00" | 195 |

**Address:** INVALID CONVERSION ADDRESS RD JO

**Phone:**

**FBI #:**

**SID #:** A0761434

**Resident:**

**County:**

**Birth State:** JO

**Citizenship:** United States of America

**Scars, Marks, Tattoos**

| Type | Location | Description |
|---|---|---|

## Additional Information

**Classification:** MX/AB

**Cell Assignment:** H5-N1/003

**Sentence Status:**

**Occupation:**

**Employer:**

**Emergency Contact:**

## Arrest Information

**Committed By:**

**Arrest Date/Time:** 09/06/2012 07:09

**Arresting Agency:** LOUISVILLE METRO POLICE

**Arresting Officer:** BAKER

**Booking Officer:** Brown, Johnathan

**Location:** 4601 SPRINGDALE RD LOUISVILLE

**Arrest Note:** SUBJ SHOT TWO VIC AT ABV LOC CAUSING THE DEATH OF ONE VIC AND CRITICALLY INFJURING THE OTHER. SEVEN ADDITIONAL PEOPLE WERE WITHIN FEET OF SUBJ AS HE FIRED TWO SHOTS

## Charges

| Reference # / Case Nbr | Statute / Description | Category | Charge DtTm / Court DtTm | DispositionDtTm / Disposition | Document / Bond/Sentence | Court | Bond Type / Bond Amount |
|---|---|---|---|---|---|---|---|
| O2801207<br>12F010120 | 507.020<br>MURDER | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801208<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801209<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801210<br>*00T09993 LAUREL | 189.390<br>SPEEDING 7MPH OVER (LIMTED ACCESS) | NON-CRIMINAL | | 09/09/2012 01:09<br>RIP CREDIT TIME SERVED | Not Applicable | | |
| O2801211<br>12CR2772 | 507.020<br>MURDER | NON-CRIMINAL | <br>12/13/2013 | | Not Applicable | CR13 | |
| O2801212<br>12CR2772 | 507.020<br>MURDER | NON-CRIMINAL | <br>12/13/2013 | | Not Applicable | CR13 | |
| O2801213 | 508.060 | NON-CRIMINAL | | | Not Applicable | CR13 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12CR2772 | WANTON ENDANGERMENT 1ST DEGREE | | 12/13/2013 | | | | |
| O2801214<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801215<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801216<br>13F000021 | 508.080<br>TERRORISTIC THREATENING, 3RD DEGREE | NON-CRIMINAL | 12/06/2013 | | Not Applicable<br>Bond: $10000.00 | 203 | CASH<br>$ 10,000.00 |
| O2801217<br>12F010120 | 508.01<br>ASSAULT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801218<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801219<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801220<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801221<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801222<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable | | |
| O2801223<br>*00T09993 LAUREL | 02900<br>SERVING WARRANT FOR OTHER POLICE AGENCY | NON-CRIMINAL | | 09/07/2012 06:09<br>WARRANT SERVED | Not Applicable | | |
| O2801224<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801225<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801226<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801227<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable | CR13 | |
| O2801228<br>13F000021 | 13123<br>ASSAULT 3RD DEGREE (OFFICER TRANSPORTING INMATES) | FELONY | | 01/14/2013 12:01<br>DISMISSED | Not Applicable | | |

**Active Bond Total:** $10000.00

**Bonds Total:** $10000.00

## Arrest Information

**Committed By:**

**Arresting Officer:** NICHOLSON

**Arrest Date/Time:** 09/07/2012 04:09

**Booking Officer:** Brown, Johnathan

**Arresting Agency:** LOUISVILLE METRO CORRECTIONS DEPT

**Location:** 400 S 6TH ST LOUISVILLE

**Arrest Note:** ***************************************A/C*****************************************************

*********************************HOLD LAUREL CO*********************************

SUBJ HELD ON LAUREL CO WARRANT FOR COURT

## Charges

| Reference # | Statute | Category | Charge DtTm | DispositionDtTm | Document | Court | Bond Type |
|---|---|---|---|---|---|---|---|

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

Status In Jail | Classification MX/AB | Cell H5-N1

**Note Entry**

Inmate Note Type INMATE MOVEMENT

Inmate Note **H5/EN1#3 FROM J2W/W1#10 - SEE PREVIOUS NOTES - M/H ALERT REMOVED**

Created By User Arriaga, Samantha | Created Dt/Tm 09/20/2013 16:14

**Notes**

Inmate Note Type

From Date/Time | To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 09/20/2013 16:14 | H5/EN1#3 FROM J2W/W1#10 - SEE PREVIOUS NOTES - M/H ALERT REMOVED | INMATE MOVEMENT | Arriaga, Samantha |
| 09/19/2013 19:36 | Per Nurse Sherman, Inmate going from J2WW1C#10 to Gp however, there is no administration segregation cells. | INMATE SERVICES NOTES | Moore, Donna |
| 09/19/2013 14:11 | I/M BECAME VERY UPSET WHEN I WOULD NOT TAKE A REQUEST FOR HOW MANY TIMES THE KITCHEN CAN SERVE BEANS AND WHAT THEY NEED TO SERVE. I/M STARTED YELLING AND ACCUSED ME OF HAVING A BAD ATTITUDE. I/M WAS YELLING SO LOUD ; I WALKED AWAY AND CONTINUED MY ROUNDS. | INMATE SERVICES NOTES | Moppins, Marilyn |
| 09/16/2013 11:00 | REQUEST NAIL CLIPPERS. GYM OFFICERS NOTIFIED VIA E-MAIL. | INMATE SERVICES NOTES | Moppins, Marilyn |
| 09/12/2013 16:01 | LT DAVIS PRESENTED INMATE WITH INVOICE WHERE I/MS ACCOUNT WAS CREDITED FOR THE AMOUNT OF I/MS BOOK. | INMATE SERVICES NOTES | Moppins, Marilyn |
| 09/12/2013 13:19 | REQUEST FOR REPAIRS TO J2 DAY ROOM FORWARDED TO MAINTANCE BY SGT MUNFORD. REQUEST TO COMMISSARY RE: ITEMS THEY NEED TO HAVE IN STOCK ; FORWARDED TO COMMISSARY | INMATE SERVICES NOTES | Moppins, Marilyn |
| 09/06/2013 09:58 | REQUEST FORWARDED TO LT DAVIS RE:MISSING HOLY MATERIAL. | INMATE SERVICES NOTES | Moppins, Marilyn |
| 09/04/2013 07:01 | Inmate was reviewed at SMU meeting on 8-21-13 about his request to be removed from ADMIN SEG to Portective Custody. His request was deined and the inmate will continue to reamin as ADMIN SEG. | SMU REVIEW NOTES | Puckett, David |

| | | | |
|---|---|---|---|
| 09/03/2013 08:15 | Inmate given allowables from property. | INMATE SERVICES NOTES | Ayers, Stacey |
| 09/01/2013 03:0 | A/R FOR DORM BAG - - RELSD | PROP NOTES | Stansbury, Ryan |
| 08/31/2013 14:29 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-31-13 FROM MAXWELL HENDERSON> MOVELIST FROM J2W-WALK 1#4 TO J2W-WALK 1#10.. MARIA | INMATE MOVEMENT | Hayden, Maria |
| 08/30/2013 10:01 | A/R turned into poperty for allowables. | INMATE SERVICES NOTES | Ayers, Stacey |
| 08/23/2013 14:04 | BODY FOR BODY SWAP PER SHEILA REDELLA OF MENTAL HEALTH.... MARIA | INMATE MOVEMENT | Hayden, Maria |
| 08/23/2013 14:01 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-23-13- A body/body SWAP- MAHMOUD HINDI #577966 J2W-WALK1#6 TO J2W-WALK 1#4 WITH KENNETH ADKINS #428020->J2W-WALK 1#4 TO J2W-WALK1#6..2ND FLR CONTROL OFC. ADVISED VIA PHONE..MARIA | INMATE MOVEMENT | Hayden, Maria |
| 08/21/2013 12:54 | I/M FILLED SEVERAL GRIEVANCE FORMS WITH RAMBLING ISSUES AND NEVER STATED WHAT THE GRIEVANCE WAS ABOUT.DIR OF MH KIBIBI WOOD-MONTGOMERY DISCUSSED THE FORMS WITH MH DR SMITH AND THE MH TEAM. THE FORMS WILL BE ADDED TO I/MS FILE. I/M WAS MOVED TO J2W1 TO ADJUST I/MS MEDICATION. | Caseworker Contact | Moppins, Marilyn |
| 08/16/2013 19:55 | J2W W1#6 LEVEL 2 PER M. HENDERSON AND SGT. REDMON; ALERT ADDED AND SARN CHANGED | INMATE MOVEMENT | Daub, Summer |
| 08/08/2013 13:48 | Returned answers from yestreday;s SMU committee review and inmate has expressed an intrest in being removed form ADMIN SEG to Protective custody. I informed the inmate that I would bring his request up at the next SMU meeting on 8-14-13. | SMU REVIEW NOTES | Puckett, David |
| 07/31/2013 12:36 | From: English, Keith D.<br>Sent: Wednesday, July 31, 2013 12:36 PM<br>To: Wasson, Edward<br>Cc: Puckett, David; Ernst, Kyle<br>Subject: inmate issues<br><br>Reference email sent by Supervisor Puckett:<br>Inmate Mahmoud Y Hindi Cin# 577966 requested to have vegetarian meals. As of today, inmate is currently receiving meals with meat on the trays. Please add inmate to the vegetarian list as soon as possible.<br><br>Thanks<br>PCI English | GENERAL INMATE NOTES | English, Keith |

| | | | |
|---|---|---|---|
| 07/25/2013 08:45 | I have e-mailed kitchen supervisor Edward Wasson in regards to the above inmate's A/R dated 7/22/13 requesting a special diet tray w no meat. | GENERAL INMATE NOTES | Puckett, David |
| 06/05/2013 10:53 | Inmate Mahmoud Hindi recieved a Timex sports watch, model 1440. Public Defender, Angela Elleman was advised.  Lt. Davis #210 | Old Notes | |
| 06/03/2013 06:2 | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs. | Old Notes | |
| 05/14/2013 15:24 | Wife Fatima called. She said she had not heard from inmate in a few days. I called 502-365-2648 and told her that the inmate was still in the same location and was doing ok | Old Notes | |
| 04/24/2013 11:31 | Inmate Hindi has two Quarans in his possession. If for any reason one or both are confiscated, please ensure that they are taken to property.  Lt. Davis | Old Notes | |
| 04/24/2013 11:23 | Per Lt. Davis, Inmate Hindi, Mahmoud is allowed to have his oversized Koran. This book is written in Arabic. Any questions, contact me. | Old Notes | |
| 04/16/2013 16:02 | Mr. Hindi was given his Quran that was placed on his property because it had a zipper attached.Writer was given permission by Inmate son Musa to remove zipper. | Old Notes | |
| 03/27/2013 13:24 | SMU meeting on this date: Inmate will remain as ADMIN SEG.  SMU meeting held on this date in attendance were the following persons: Classification:Ayers, Puckett, Shipley and Allen, Medial Staff: D Fowler, Mental health staff:M Krank, SORT commander: Lt. Collins, Security staff: Disciplinary officer J Hale and Deputy Directors: Bingham and Clark.  It was determined that the above inmate would continue to remain ADMIN SEG due to being assaultive towrds staff and that he would be unbale to function in a dorm setting. The inmate's request for protective custody is denied. | Old Notes | |

| | | |
|---|---|---|
| 03/25/2013 15:18 | 72 hr SMU review on this date: Went and spoke w the above inmate in concerns of his housing location. Inmate was unsure as to why he was in his current hosuing location. I informed him that because of his clearence from medical to return to general population was the reason for my visit w him. I explained the reason as to why he had been placed in his current hosuing location and inmate was understading of this fact. he has signed of his SMU review sheet requesting a move to Protective Cistody. The inmate's final housing will be determined at the next SMU meeting scheduled for 3-27-13. | Old Notes |
| 03/22/2013 16:07 | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2W/W2#1 TO J4/D7#6. E-MAIL SENT TO D.PUCKETT. SEE PREVIOUS ENTRY. | Old Notes |
| 03/15/2013 13:45 | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett**** Once the inmate has been cleared from medical, the inmate will have to be reviewed by SMU staff on Wednesdays. Date will be forth coming upon clearence from medcial. | Old Notes |
| 03/14/2013 12:17 | From: Freeman, Debra J  Sent: Thursday, March 14, 2013 12:17 PM To: Spenton, Joshua Cc: Freeman, Debra J; Moppins, Marilyn Subject: Gym request  Mahmoud Hindi cin577966 loc J2 W2 cell1 he is requesting to goto gym. Thanks  | Old Notes |
| 03/14/2013 10:54 | A/S hazard added due to inmate case being High Profile. email sent to Sup. Puckett for review | Old Notes |
| 03/13/2013 13:19 | Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 3-G refusing to follow instructions, 4-K assaulting staff. Write up was dismissed for due process. | Old Notes |
| 03/08/2013 15:01 | I/MS WIFE FUTIMA'S CALL WAS RETURNED 3-7-13 365-2648. I/M WAS GIVEN A MESSAGE TO CALL HIS WIFE COLLECT. | Old Notes |
| 03/03/2013 02:37 | PER MOVE LIST, SLOAN, INMATE TO BE MOVED FROM H5N1/01 TO J2W/W2/04 | Old Notes |
| 03/01/2013 10:1 | Two grievances turned in. | Old Notes |
| 02/21/2013 18:06 | H5/EN1#1 - I/M IS CLEARED FROM M/H PER MEDICAL MOVELIST FROM NURSE PRICE - I/M IS CURRENTLY SERVING DISP TIME | Old Notes |
| 02/19/2013 09:0 | Inmate given property bag with allowables. | Old Notes |
| 02/15/2013 09:4 | A/R turned into property for allowables. | Old Notes |

| | | |
|---|---|---|
| 02/07/2013 16:08 | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVING FROM J2W/W1#12 TO H5/D9#2 (NO D/S HOUSING AVAILABLE AT THIS TIME) | Old Notes |
| 02/07/2013 13:38 | I/MS WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS HINDI REPORTS NOT HEARING FROM I/M IN THREE DAYS AND I/M USUALLY CALLS EVERYDAY.I/M WILL CALL HER LATER | Old Notes |
| 02/06/2013 17:58 | PER MAX HENDERSON I/M IS MOVING FROM J2W/W1#5 TO J2W/W1#12 | Old Notes |
| 01/28/2013 17:01 | J2W/D9 FROM J2W/D8 - PER MEDICAL MOVELIST FROM MAX HENDERSON | Old Notes |
| 01/11/2013 10:4 | GIVEN A HAIR COMB. | Old Notes |
| 01/07/2013 09:14 | INMATE CAN'T BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH- EMAIL SENT TO ERNST AND HALE | Old Notes |
| 01/04/2013 12:31 | Recd write up on 1/1/2013 for  CAT.3-A disruptive behavior CAT.3-F using abusive and vulgar language toward staff CAT.3-G refusing to follow the directions of staff CAT.3-I threatening staff with physical harm CAT.4-K assaulting any staff member  Inmate recd 60 d.d.s which includes the 15 days he had on the shelf. his time will go until 3/5/2013 and needs to be moved to the disciplinary segregation unit today 1/4/2013 | Old Notes |
| 01/03/2013 16:41 | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN PLACED ON MOVELIST FROM J2W/OBS1 TO J2W/D9. | Old Notes |
| 12/18/2012 08:3 | NO CHANGE IN CLASS , HOLD GOT RELEASE | Old Notes |
| 12/11/2012 08:00 | Disciplinary appeal form forwarded to Deputy Director Bingham. | Old Notes |
| 12/10/2012 09:5 | TURNED IN INMATE DISCIPLINARY APPEAL FORM | Old Notes |
| 12/07/2012 13:27 | Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging in sexual activities with another person. received 15 days disp.seg. probated. | Old Notes |
| 12/06/2012 19:36 | PER NURSE GRUBBS I/M IS MOVED FROM J3/D8 TO J3/D7#8 | Old Notes |

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

## Movement Logs

| Location | Activity | Start DtTm | End DtTm | Note | Scheduled By | Moved By |
|---|---|---|---|---|---|---|
| H5-N1 | | 10/16/2013 11:36 | | | | |
| Court | CRT | 10/16/2013 08:44 | 10/16/2013 11:36 | | | Davis, Riechea |
| H5-N1 | | 10/16/2013 08:00 | 10/16/2013 08:44 | | | |
| J2-W1 | | 08/31/2013 17:56 | 09/20/2013 21:32 | | Hayden, Maria | Lee, Nathan M |
| J2-W1 | | 08/31/2013 17:00 | 08/31/2013 17:56 | | | |
| Court | CRT | 08/26/2013 07:44 | 08/26/2013 12:59 | | | McKinney, Curtis |
| J2-W1 | | 08/23/2013 07:36 | 08/26/2013 07:44 | | | Wiggins, Ryan |
| J2-W1 | | 08/16/2013 22:14 | 08/23/2013 07:36 | | Daub, Summer | Lee, Nathan M |
| | | 08/16/2013 22:00 | 08/16/2013 22:14 | | | |
| Court | CRT | 07/15/2013 09:00 | 07/15/2013 11:57 | | | Elmore, Timothy |

ALAN
INMATE – MEYER

# SECOND SHIFT
# 1st FLOOR POST ASSIGNMENTS

**DAY:** 10.19.13 SAT

**SERGEANT:** EASON

| Post | Officer |
|---|---|
| Grill | ENNIS ✓ |
| Grill | Polly ✓ |
| Body Scanner | |
| Passive Booking | HARRIS (SOT) ✓ |
| Live Scan | Mason (SOT) ✓ |
| Inside Trans (752) | SARGENT ✓ |
| Outside Trans (751) | JAMES ✓ |
| Rear Security | VANDVER ✓ |
| J5 Court Holds | |
| B.A. | SKAGGS ✓ |
| Front Desk | M. ROY ✓ / MCCRARY (SOT) ✓ |
| Magnometer | |
| Main Control | HAMILTON ✓ |
| Main Control | JESSE – FOT ✓ |
| Exterior Control | WARDEN ✓ |
| Rover | |
| Rover | |
| Rover | |

| Assigned Officers | (off days) | Reason |
|---|---|---|
| Hinton, Kevin | S/S | R |
| McIntosh, Evan | S/S | R |
| Phillips, Benjamin | S/M | / |
| Sargent, Shawn | M/T | / |
| James, Antonio | T/W | / |
| Ennis, Charles Jr. | W/T | / |
| Polly, Angie | W/T | / |
| Knoop, James | T/F | ✓ |
| Morton, Alex | T/F | ✓ |
| Hermann, David | F/S | R |
| Easton, Christina | F/S | R |
| | | |

| B.A. Assigned Officers | (off days) | Reason |
|---|---|---|
| Ceja, Morris | S/S | R |
| Skaggs, Danny | T/W | / |

| Front Desk Assigned Officers | (off days) | Reason |
|---|---|---|
| Cirkic, Himilja | T/W | ✓ |
| Rogers, Andrew | F/S | R |

| Control Room Assigned Officers | (off days) | Reason |
|---|---|---|
| Smith, Carl | S/S | R |
| Hamilton, Robert | S/M | / |
| Piotrowski, Cassandra | W/T | / |
| Thomas, Jonathon | T/F | / |
| Denzik, Kyle | F/S | R |

**SICK CALLS**

THOMAS – S

**OFFICERS ON OVERTIME**

MASON (SOT)
HARRIS (SOT)
MCCRARY (SOT)
JESSE – FOT

| Magnometer Assigned Officer | (off days) | Reason |
|---|---|---|
| White, Terrance | S/S | R |

**HOSPITAL/CLINIC RUNS**

JAMES CHRISTIE #736 (RITTER)

| Property Room Assigned Officers | (off days) | Reason |
|---|---|---|
| Miller, Aaron | S/M | |
| Graham, Richard | S/M | |
| Clark, Roger | T/W | ✓ |
| Bradford, Jonathan | W/T | |
| Tobin, Virgil | F/S | R |
| Stachoulas, Stavros | F/S | R |
| Sgt. Gentry, Donna | F/S | R |

Nurse Malone.

Louisville Metro Department of Corrections
Second Shift Post Assignments
Floor Security

Day: Sat

Date: 10/19/13

**Unit 2** Visits: Mon/Sat

| Post | Name |
|---|---|
| Sgt. | Brockbank ✓ |
| Control | Lee ✓ |
| Dorms | Tinker ✓ |
| Dorms | Ware ✓ |
| Psych | Reed ✓ |
| Psych | Allen ✓ |
| Rover | Ferguson ✓ |
| Rover | |

| Assigned Officers | | Off Days | Reason |
|---|---|---|---|
| **Unit 2: Sgt** | | | |
| Higdon, Daniel | | Sa/Su | R |
| Weatherington, Lisa | | Sa/Su | R |
| Arnold, Megan | | Su/M | VAC |
| Ware, Lasha | (S) | Su/M | ✓ |
| Ferguson, Kyle | | M/Tu | ✓ |
| Reed, Kurtis | | W/Th | ✓ |
| Allen, Eric | | W/Th | ✓ |
| Stengel, Corey | (S) | Th/F | VAC |
| Lee, Nathan | | Th/F | ✓ |
| Hutchins, Amanda | | F/Sa | R |

| Shift Commanders | | Off Days | Reason |
|---|---|---|---|
| Cpt. M. Hogan | | Sa/Su | R |
| Lt. R. DeJarnette | | Sa/Su | R |
| Lt. A. Fugate | | F/Sa | R |
| Lt. S. Gilbert | (S) | Su/M | ✓ |

| Sergeants | | | Off Days | Reason |
|---|---|---|---|---|
| Zapata, Melinda | | H6 | Sa/Su | R |
| Redmon, Mike | | RLF | Sa/Su | R |
| Gibson, Darren | (S) | J4 | Su/M | 4 |
| Eason, Stevie | | RLF | M/Tu | 1 |
| Brockbank, Edward | | J2 | M/Tu | |
| Goff, Ernest | | RLF | Tu/W | XXX |
| Hornback, Christoph | | RLF | W/Th | 2 |
| Semones, Danny | (S) | H5 | Th/F | 3 |
| Huber, Timothy | (S) | J1 | F/Sa | R |
| Johnston, Christophe | (S) | J3 | F/Sa | R |
| Total # of Sergeants | | | | 6 |

**Unit 3** Visits: Thurs/Sun

| Post | Name |
|---|---|
| Sgt. | June-SOD ✓ |
| Control | Phillips ✓ |
| North | Ramey ✓ |
| North | Silva ✓ |
| South | Sookal ✓ |
| South | Warden ✓ |
| Rover | |
| Rover | |

| Unit 3: Sgt | | Off Days | Reason |
|---|---|---|---|
| Harmon, Jeremy | (CIT) | Sa/Su | R |
| Barnes, Nicholas | | Su/M | SOD |
| Ramey, Randell | | M/Tu | ✓ |
| Wimsatt, Arlis | | M/Tu | VAC |
| Sookal, Ryan | | Tu/W | ✓ |
| Vanover, William | | Tu/W | ✓ |
| Silya, Jonathan | | Tu/W | ✓ |
| Warden, Terry | | W/Th | ✓ |
| Johnson, Summer | (S) | Th/F | R |
| Santiago, Daniel | | F/Sa | R |

**Overtime**

567. Summers - VOT
Sgt. June - SOD

**Unit 4** Visits: Wed/Sat

| Post | Name |
|---|---|
| Sgt. | Gibson ✓ |
| Control | Cline-SOD ✓ |
| North | C. Smith ✓ |
| North | Forbes ✓ |
| South | O'Bannon ✓ |
| South | Duff ✓ |
| Rover | Shirley ✓ |
| Rover | |

| Unit 4: Sgt | | Off Days | Reason |
|---|---|---|---|
| O'Bannon, Edwin | | Su/M | ✓ |
| Forbes, Matthew | (S) | Su/M | ✓ |
| Shirley, Gortez | | Su/M | ✓ |
| Duff, Casey | | M/Tu | ✓ |
| Pendleton, Brian | | M/Tu | VAC |
| Ritter, Joshua | | M/Tu | ✓ |
| Cooper, Mario | | Tu/W | ✓ |
| Smith, Cynthia | | W/Th | ✓ |
| Ernest, Cortez | (S) | F/Sa | R |

**Sick Calls / Late**

**Hospitals / Clinics**

James Christie UofL # 736 (Ritter) ✓

**Unit 5** Visits: Tues/Sun

| Post | Name |
|---|---|
| Sgt. | Hornback ✓ |
| Control | Bullard ✓ |
| West | [illegible] ✓ |
| West | Taylor ✓ |
| East | Skaggs ✓ |
| East | Sanders ✓ |
| Rover | |
| Rover | |

| Unit 5: Sgt | | Off Days | Reason |
|---|---|---|---|
| Lamkin, Kevin | | Sa/Su | R |
| Padilla-Archilla, Leste | | Sa/Su | R |
| Bullard, Monet | | M/Tu | ✓ |
| Sanders, George | | Tu/W | ✓ |
| Taylor, Ryan | | W/Th | ✓ |
| Skaggs, Ramon | | W/Th | ✓ |
| Ramsey, DeSean | | Th/F | ✓ |
| Lynch, Michael | | F/Sa | R |
| Marbrey, Clifford | (S) | F/Sa | XXX |
| Wylie, Brian | (S) | F/Sa | XXX |

| Special Security | | |
|---|---|---|
| Kitchen | Alexander, Joseph | ✓ |
| Kitchen | Carnes, Harold | ✓ |
| Kitchen | Luttrell, Michael | ✓ |
| Laundry | Vincent, Robert | |
| Sanitation | Craddock, Rick | ✓ |
| Relief | Laird, Wesley | |
| Gym | | |
| Gym | Cunagin, Roger | |

**First Responders**

**Unit 6** Visits: Fri/Sun

| Post | Name |
|---|---|
| Sgt. | Summers-VOT ✓ |
| Control | Stimphil ✓ |
| West | Ennis ✓ |
| West | McHolan ✓ |
| East | Simmons ✓ |
| East | A. Smith ✓ |
| Rover | Cooper ✓ |
| Rover | |

| Unit 6: Sgt | | Off Days | Reason |
|---|---|---|---|
| Noland, Colby | (S) | Sa/Su | R |
| Lucas, Christopher | | Sa/Su | R |
| Stimphil, Richardson | | Su/M | ✓ |
| Smith, Anthony | | Tu/W | ✓ |
| Ennis, Charles III | | Tu/W | ✓ |
| Simmons, Henry | | W/Th | ✓ |
| McHolan, Megan | | Th/F | ✓ |
| Tinker, Ann | | Th/F | ✓ |
| Echsner, Kyle | | F/Sa | R |

Total # of Officers: 33

## Eggers, Arthur

**From:** Bolton, Mark
**Sent:** Wednesday, October 23, 2013 2:47 PM
**To:** cpmilligan@bluegrass.org
**Cc:** Durham, Steve P; Hesen, Ellen M
**Subject:** Louisville Metro Department of Corrections Request for Independant Review

Ms. Milligan -

I would like to request an external and independent consultation and review of the Louisville Metro Department of Corrections protocols surrounding an inmate suicide that occurred in our facility on Saturday, October 19, 2013. As the Director of the statewide Jail Triage Program, having your and Ray Sabbatine's consultation around the circumstances of this incident would be helpful.

Please contact me at your convenience so we can further discuss this matter in more detail.

Thank you.

Mark E. Bolton
Director, LMDC
(502[redacted]
mark.bolton@louisvilleky.gov

**Eggers, Arthur**

**From:** Durham, Steve P
**Sent:** Tuesday, November 12, 2013 11:14 AM
**To:** Bolton, Mark; Clark, Dwayne A.; Eggers, Arthur
**Subject:** FW: License status

---

**From:** Lun, Jill (KBML) [mailto:Jill.Lun@ky.gov]
**Sent:** Tuesday, November 12, 2013 10:36 AM
**To:** Durham, Steve P
**Subject:** FW: License status

Dr. Hindi's license was inactive in September 2012.

Jill Lun, Legal Assistant
KY Board of Medical Licensure
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
[redacted]
502/429-7118 - Fax

---

**From:** Vest, Lloyd (KBML)
**Sent:** Monday, November 11, 2013 2:47 PM
**To:** Lun, Jill (KBML)
**Subject:** FW: License status

Can you respond to him? Thanks.

---

**From:** Durham, Steve P [mailto:Steve.Durham@louisvilleky.gov]
**Sent:** Friday, November 08, 2013 1:01 PM
**To:** Vest, Lloyd (KBML)
**Subject:** License status

Lloyd: I am filling in some information for Louisville Metro Department of Corrections about an Inmate Mohammad Hindi who recently died in custody.

Can you tell me what his licensure status was in Sept. 2012?

Steve

**Steve Durham**

**Eggers, Arthur**

**From:** Martin, Ronna
**Sent:** Tuesday, November 12, 2013 10:24 AM
**To:** Bolton, Mark; Clark, Dwayne A.; Troutman, Eric; Hamilton, Doug; Durham, Steve P; Ashby, William; Eggers, Arthur; Zellars, Lee; Allen, Jamie
**Cc:** Hesen, Ellen M
**Subject:** Minutes - Hindi After Action Review
**Attachments:** Minutes - After Action Review 11-6-13.pdf

**Ronna Martin**
Executive Assistant
Louisville Metro Department of Corrections
[redacted]
ronna.martin@louisvilleky.gov

# Meeting Minutes
# After Action Review – Mahmoud Hindi
# November 6, 2013

Director Mark Bolton
Chief of Staff Dwayne Clark
Deputy Director Eric Troutman
Chief of Public Services Doug Hamilton
County Attorney Steve Durham
Major Mike Ashby
Lieutenant Chuck Eggers
Lee Zellars
Jamie Allen

Meeting commenced at 9:00am
Director Bolton explained the purpose of this After Action Review; to enhance the process of wrapping up and closing the case of Inmate Mahmoud Hindi. This review will ensure all information surrounding Inmate Hindi's suicide death will be included in one final report where all other departmental reports are brought together. He mentioned that another action moving forward will be working with Bluegrass Mental Health. This company is contracted to do After Action Review on all jail suicides in Kentucky, except here at Louisville Metro Department of Corrections. Director Bolton said he will be asking Bluegrass Mental Health to come to our facility and conduct a review of our process.

Classification and Movement
Jamie Allen described all of Inmate Hindi's movements while he was in custody, the charges on which he was brought in, and all additional charges that were added while he was in custody as well. She described his classifications and explained upgrades in behavior levels. Jamie said Inmate Hindi had 26 different movements from 9/7/12 until 2/7/13 and then was housed by the Mental Health Unit, during which he had 15 different moves. Jamie mentioned that Classification does not know why Mental Health moves an inmate, but the move itself is documented. She listed and explained the write-up's Inmate Hindi received as well as any disciplinary action. She stated on 2/7/13 Inmate Hindi started to serve disciplinary segregation and had 5 additional mental health moves and then returned to the mental health housing. Jamie said Inmate Hindi could not remain in the dorm and coexist with others, so on 9/20/13 he was moved to administrative segregation, where he remained up until his death.

Mental Health Review
Lee Zellars described Inmate Hindi's mental health record and explained that when Hindi arrived to the facility, he had informed them that he had been self-treating his depression with samples of anti-depressants from his own office. Lee stated that Inmate Hindi wanted to be addressed as "Dr. Hindi," and initially was not a problem, had a prayer cloth and kept to his prayers regularly. Lee described when Hindi was seen by Mental Health and when he started to have issues with the dorm, which was December 2012. Lee gave details of Hindi's medications, changes in medications, and the events of Inmate Hindi threatening suicide. Lee described that on 9/3/13, the doctor took Inmate Hindi off all levels of observation, stating Hindi was denying that he was suicidal. Lee said there wasn't anything else significant until Hindi was found on 10/19/13. Lee said Inmate Hindi stopped his own medications 5 days prior to his death. Steve Durham

mentioned that the refusal forms would note that he was not taking the medication, and Director Bolton asked that the file be updated to document that. Steve mentioned checking on collecting Inmate Hindi's phone calls, to get the conversations he had with his wife. Lieutenant Eggers said they are all in Arabic, and would be included in the LMPD PIU investigation. Lee noted that Inmate Hindi's responses to being asked if he felt suicidal were always that it was "against my religion." Lieutenant Eggers noted that they did get an interpreter for the phone call that Inmate Hindi had with his wife the morning before his death, in which he told her he did not want his family visiting him the next day.

Timeline/Death Report/Staff Debrief/Autopsy

Lieutenant Eggers explained the timeline of his involvement with Inmate Hindi's case, and said PIU interviewed the staff members and nurses who had involvement with Hindi. Lieutenant Eggers gathered information on Hindi, gave the body cam video to PIU, and also gave them the North 1 Walk video and the observation sheets of that wing for each shift, along with the phone call from that morning, and all pictures that were taken of the cell after the incident. Lieutenant Eggers described the timeline for PIU. He mentioned that the staff debrief helped wrap up the timeline of the individuals involved in attempting to revive Inmate Hindi.

He said at the autopsy, he was given a pink sheet that showed that Inmate Hindi died of asphyxiation, and the toxicology was sent to the lab, but it could be 2-3 months before the results come in for those. Director Bolton asked if anything was out of line with staff observations, were checks done in accordance with policy and industry standards, and Lieutenant Eggers said it all appeared to be. Lieutenant Eggers said the one issue that needed to be addressed was that the observation sheet needed to be pulled once the incident occurred, and a new sheet started, with a note on the new sheet saying there had been a critical incident. Major Ashby stated this issue would be addressed today at the Captains and Lieutenants Meeting. Lieutenant Eggers asked if when a body cam is present during an incident, should there be more focus on getting the person with the body cam closer, for better recording of the events. Director Bolton and Steve Durham agreed that it would be an improvement to have someone "manage the incident," to keep walkways clear and help direct individuals where they are needed.

Open Discussion

Director Bolton mentioned that overall in reviewing this incident, policy was followed, State Jail regulations were adhered to, KAR was followed, that there were no critical gaps, but the department is committed to addressing where improvements could be made. He mentioned looking into some best practices and programs – wanting to create a program for people in administrative segregation, so that there is some type of protocol for social interaction with other inmates. He mentioned there are a couple of models out there, one being on the state DOC level. Lee mentioned that Dr. Smith would be introducing a model used at state prison, but it would need to be tweaked a bit for our facility.

Steve Durham referenced equipment issues; the ventilation mask not sealing Inmate Hindi properly because of his beard, and an AED not being on the floor. Director Bolton said an AED has since been assigned to this area. Director Bolton has also requested Health Services Administrator Lee Zellars look into whether or not there is a mask on the market that is specifically for use with individuals who may have full beards.

In Closing

Chief of Staff Clark mentioned he felt the staff performed at their peak in this case.

Steve Durham said the notes on Classification and Mental Health were very valuable.

Major Ashby said it was very positive for him to see how much Corrections staff cared about Inmate Hindi's well-being, even considering Hindi's history of being confrontational with staff.

Lee Zellars mentioned that he felt the charge nurse did a great job of trying to lead and direct people while attempting to revive Inmate Hindi.

Jamie Allen was very appreciative to be a part of the After Action Review since Classification works so much with documenting movement, and that it was good to be able to pull all the information out and put the pieces together.

Doug Hamilton mentioned that it could be beneficial to ask Metro Safe for another radio channel that is specifically for critical incidents, so that jamming the radio would not be an issue while first responders are trying to gather all necessary personnel and resources. Director Bolton agreed and said that he would follow up on that.

Deputy Director Troutman said he appreciated all senior staff coming down and being on scene when the incident occurred, to take care of issues and wrap it all up. Director Bolton stated this would be the protocol in the future as well. Director Bolton added that it was also beneficial to have Chaplain Whitlow and Major Ashby at the hospital with Inmate Hindi's family, and also gave them a packet of information to help them access grief and counseling resources. This packet also included information on how they could retrieve Inmate Hindi's property, and it was substantial in that it doesn't leave an inmate's family to "fend for themselves."

Meeting adjourned at 10:06am.

Approved ______________________________
Director Mark E. Bolton Date

Cc: Ellen Hesen, Mayor's Office
Steve Durham, County Attorney

 

# Louisville Metro Department of Corrections
## After Action Review Agenda
November 6, 2013

| Facilitator: Director Mark Bolton<br>Time Keeper:<br>Recorder: Ronna Martin | Lead | Start | Stop | Duration (mins) |
|---|---|---|---|---|
| **Opening Remarks** | Director Mark Bolton | 9:00 | 9:02 | 2 |
| | | | | |
| **Classification and Movement** | Jamie Allen | 9:02 | 9:09 | 7 |
| | | | | |
| **Mental Health Review** | Lee Zellars | 9:09 | 9:19 | 10 |
| | | | | |
| **Timeline** | Lieutenant Chuck Eggers | 9:19 | 9:26 | 7 |
| **Death Report** | Lieutenant Chuck Eggers | 9:26 | 9:36 | 10 |
| | | | | |
| **Staff Debrief** | Major Mike Ashby | 9:36 | 9:43 | 7 |
| | | | | |
| **opsy** | Lieutenant Chuck Eggers | 9:43 | 9:50 | 7 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Open Discussion** | | 9:50 | 10:00 | 10 |
| **Adjourn** | | 10:00 | | |

# Jefferson County, KY

## Records Summary Report

## Search Criteria:

***Folder Name: Mahmoud Hindi***

| Site Name | Port Loc | CC | Dialed # | First Name | Last Name | PIN | Start Date/Time | End Date/Time | Dur(Sec) | Dur(Min) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 10-19-2013 10:19:07 | 10-19-2013 10:34:07 | 900 | 15.0 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | [redacted] | MAHMOUD | HINDI | 5779662032 | 10-19-2013 10:03:03 | 10-19-2013 10:18:03 | 900 | 15.0 |

Print Summary:

Total Files:2 Total Size:3.63 (MB) Total Duration(Sec):1800 Total Duration(Min):30

GB003709

8028

1st phone call 10/21/13 @ 1012 am

- Initial call to "Fatoum" female.

- Fatoum: Peace be upon you, Mahmoud.
- Mahmoud: Peace be upon you as well.
- Fatoum: I can't really hear you.
- Mahmoud: what?
- Fatoum: I Couldn't hear you
- Mahmoud: how are you?
- Fatoum: I can hear you better now. I'm good now.
- Mahmoud: Can you hear me better now.
- Fatoum: yes. when you first started talking, I could barely hear you
I hope you woke up feeling good and everything is well.

Mahmoud: Not to bad.
Fatoum: God is great. God will help you. How's your back?
Mahmoud: It's good.
Fatoum: Do you need to take the pain Meds?
Mahmoud: yes I take them. I take the pain meds.
Fatoum: I hope everything gets better. God will make it better.
Mahmoud: Is Mousa (a male) there?
Fatoum: yes he's here and so is Fayza (a female)
Mahmoud: ok. let me talk to him about tomorrow
Fatoum: you want to talk to Mousa and what?
Mahmoud: So I can talk to him about not having to come tomorrow
Fatoum: why? well anyways, here talk to him.
Mahmoud: ok. let me talk to him.

- Conv with a male named Mousa.

- Mouse: Peace be upon you.

- Mahmoud: Peace be upon you as well.

- Mousa: Hi, how's it going?

- Mahmoud: I'm good. How about your self?

- Mouse: I'm good.

- Mahmoud: How's work?

- Mousa: It's good. we finished working on a self-check-in Kiosk at the office so that when patients arrive at the office, they don't have to fill out the forms and repeat the information every time they come in. They can check themselves in electronically. It's like an ATM machine. They'll be able to use the information that they had filled out the first time they came in.

- Mahmoud: Really? that's great.

- Mousa: we're starting to work on patients being able to take appointments online instead of having to come in.

- Mahmoud: yea.

- Mousa: yea that's what we're working on.

- Mahmoud: Do they put their ~~sympt~~ symptoms and ~~[illegible]~~ what they have on there?

- Mousa: yes. if it's a case where a physical is not necessary or if a patient does not have to be present, he doesn't need to get an appointment, the doc will just look at the symptoms and if necessary, a prescription is issued.

- Mahmoud: that's really good.

- Mouse: yes. that's what we've been working on for about 2 weeks.

- Mousa: Your voice is far. I can barely hear you.
- Mahmoud: how about now?
- Mousa: that's a lot better.
- Mahmoud: that's good. I'm glad things are working out for you.
- Mousa: thank god. "Never a dull moment."
- Mahmoud: what?
- Mousa: Never a dull moment, I mean. Every day at work there is ~~satisf~~ satisfaction in our performance.
- Mahmoud: that's good.
- Mousa: everything is good.
- Mahmoud: ~~____~~ ~~I~~ I hope you're ~~satist~~ satisfied with the location.

Mousa: I am. but I might move to a different location when my lease is up in December.

Mahmoud: why?

- Mousa: Because the Discount that was given to me is being reduced and twice now the rent has been increased. Plus my daily Commute to work every day is 20-30 min one way.
- Mahmoud: that's a long drive.
- Mousa: I'm going to try to see if I can find something with the same price but closer to save on time, gas and driving. I'm going to look for something better next month.

Mahmoud: I hope you find something better and ~~cls~~ close to you.

Mahmoud: Don't bother yourself and come by here.

- Mousa: why's that?

- Mahmoud: No reason to waste your time. if there was something important, I would have asked you to come but we ~~can~~ talk on phone so if you have anythin you can just tell me on the phone.

- Mousa: It's no big deal really.

- Mahmoud: It's ok. if there is anything new I will le you know.

- Mousa: It's not an inconvenience to me. It's only goin to take about 30 mins. I usually don't even have to wait outside. Plus I go to school in the mornings anyways.

- Mahmoud: that's ok. Please don't bother yourself.

- Mousa: It's really not an inconvenience.

- Mahmoud: I do want you to come I just don't want you to bother yourself.

- Mousa: If that's all it is, It's not going to bother me at all.

- Mahmoud: Just stay with your family and next visitation, I will make sure you come see me. the system they ~~[illegible]~~ ~~[illegible]~~ use here for visitations is not good and I can barely hear the other person talking.

- Mousa: what?

- Mahmoud: I can barely hear the other person talk when I get a visitor so there's no need to waste your time.

Mousa: It's no big deal. It's just 30 minutes and I'll be done. I just don't want you to feel like I'm forgetting about you.

Mahmoud: I know you're not. I just don't want to bother you. I ask about you and thank Allah you're doing good.

- Mousa: I don't know what to tell you.
- Mahmoud: I just don't want to occupy more of your time. You have enough responsibilities
- Mousa: enough about this. this isn't going to take half of my day if I visit you. let's just see what happens. anyways; you want to talk to mom or Fayza.
- Mahmoud: Let me talk to Fayza. I haven't talked to her.
- Mousa: OK - here she is. Bye.

Fayza

- Fayza: Peace be upon you -
- Mahmoud: Peace be upon you as well.
- Fayza: How are you, dad?
- Mahmoud: What kind of luck is this? I didn't get to talk to you during the holiday (Muslim holiday)
- Fayza: Yea I know. Mom told me.
- Mahmoud: That's just bad luck I don't get to talk to you.

Fayza: I know. that's my bad luck.

Mahmoud: I miss you very much

Fayza: Not as much as I miss you. how have you been?

Mahmoud: I'm doing good.

Fayza: you Sound tired. Are you sick or something

Mahmoud: the medecine that I have been taking for awhile. that's what it is.

Fayza: Do you have to take less of what you usually take.

Mahmoud: I had to Stop taking it suddenly.

Fayza: why?

Mahmoud: the side effects. it made me Confused and Bloated. So I had to stop taking it.

Fayza: It's not good that it Just happens suddenly. It's not like you Just Started taking it

Mahmoud: the Doctor said that she's going to see me after 4 weeks. It's been 4 weeks and I haven't seen her yet.

Fayza: that's not right. Can you talk to the attorney about getting to see your doctor, Because this isn't a Joke.

Mahmoud: I think I will talk to him monday.

Fayza: ok. This isn't a Joke. you'll have to go and see what's going on.

Mahmoud: ever since I read your letter, I became one of your fans.

Fayza: really? thank you. I'm no where as good as you are.

Mahmoud: God Bless you. you're better than me.

- Fayza: Dad, It said I have one minute left. who do you want to talk to?
- Mahmoud: I'll Just keep talking to you.
- fayza: ok. we can keep talking. I know that it's nothing compared to you (Talking about the letter again).
- Mahmoud: It's very professional.
- Fayza: thanks dad. I really appreciate that.
- Mahmoud: You're better than me.
- Fayza: Thanks dad. that means a lot to me

End

2nd Phone call Same Day 8350

Conv with Daughter Continues.

- ~~Mahmoud~~ fayza: Hello.
- Mahmoud: hey hun
- fayza: hey Dad.
- Mahmoud: like I was telling you, It's really good. You're one of the Best scientists. distinguished level.
- ~~[illegible]~~ Fayza: thanks Dad. But I'm really nothing compared to you.
- Mahmoud: No hun. Can you hear me?
- Fayza: yes. I can hear you well.
- Mahmoud: you know, ~~[illegible]~~ you're always in my dreams.
- fayza: really? that's great.
- Mahmoud: You make us proud.
- fayza: Same to you dad.

- Mahmoud: God Bless you. I hope to see you very Successful.
- Fayza: thank you. I hope that you always stay proud of us.
- Mahmoud: God Bless you
- Fayza: Pray for us. We're nothing without you.
- Mahmoud: of Course.
- Fayza: You believe in God. that's our destiny and there's no argument about that.
- Mahmoud: God will fix everything.
- Fayza: May God set you free. God does not forget anyone. Just take care of yourself.
- Mahmoud: Just from talking to me, you could tell I wasn't feeling good.
- Fayza: I Know. Last time I talked to you, I could tell you were in a good mood and feeling better. But now you Sound different.
- Mahmoud: God Bless you and help you succeed in life. Make sure you take ~~[illegible]~~ Classes for your Post Doctoral publication.
- Fayza: Yes, I Know. they were telling me what to take and I told them I just want to finish my project. I just want to Concentrate on that.
- Mahmoud: that's good.
- Fayza: I talked to her about getting done with what I'm doing now and moving on to the next step.

- Mahmoud: That's great. That's great. In the name of God.
- Fayza: Just keep praying for us. Next time I talk to you, I want to hear your voice and know that you're doing better. I don't know how they do things there, but get with the doctor and see what you can do. God is with you and He never forgets anyone.
- Mahmoud: May God protect you darling.
- Fayza: Let me see it mom or someone else wants to talk to you. Here mom wants to talk to you.
- Mahmoud: I'm really happy that I got to hear your voice today. I feel bad that I didn't talk to you on the holiday.
- Fayza: Me too. Mom told me. I think I was out when you called.
- Mahmoud: ok. take care darling.
- Fayza: Bye Dad.

Mom on phone

Fatoum: Hi Mahmoud,

Mahmoud: Hi, how's it going.

Fatoum: good. Sorry we bothered you today.

Mahmoud: No Bother. I feel better when I talk to the kids.

Fatoum: May God keep them safe. God will help us get through this.

- Fatoum: I can barely hear Mahmoud
- Mahmoud: Better now?
- Fatoum: Yes. Sometimes your voice gets really low and I can't hear anything.
- Mahmoud: Did you tell Mohammed that I said « happy holidays?»
- Fatoum: Yes, I did. I remembered to tell him that and called him the night before.
- Mahmoud: Thank you
- Fatoum: I could tell you weren't in the mood, so I figured I'd call. I told them that you called and said hi. Today the kids had the ACT practice test so I dropped them off this morning and will probably pick them up around noon or 12:15.
- Mahmoud: did they say how they did on the SAT?
- ~~Fa~~ Fatoum: they said it was easy.
- Mahmoud: Did the results come back yet?
- ~~[illegible]~~
- Fatoum: the results won't come back till December. they'll either send them through the school or to their home address. the other ACT test will take place in March.
- Mahmoud: March?
- Fatoum: yes. In Jefferson County, there are several Dates to take the ACT, but we're going to

Apply for it now.

- Mahmoud: that's good. May god help them.
- Fatoum: God will help them. May ~~God~~ God help you and protect you and bring you home soon.
- Mahmoud: Pray for me. And pray that God helps me get out of Jail soon.
- Fatoum: I will. God is capable of doing anything. God is Merciful. take care of yourself.
- Mahmoud: * * * Cannot hear what he says.
- Fatoum: whatever you want. like I said, I will talk to them monday. there is nothing to lose. I don't want to say I wish .... Call end:

- the letter

Shaitaan = Devil

Ayatul Kursy: the Quran verse

8028

1st phone call 10/21/13 @ 1012 am

- Initial call to "Fatoum" female.

-

- Fatoum: Peace be upon you, Mahmoud.

- Mahmoud: Peace be upon you as well.

- Fatoum: I can't really hear you.

- Mahmoud: what?

- Fatoum: I couldn't hear you.

- Mahmoud: how are you?

- Fatoum: I can hear you better now. I'm good now.

- Mahmoud: Can you hear me better now.

- Fatoum: yes. when you first started talking, I could barely hear you. I hope you woke up feeling good and everything is well.

Mahmoud: Not too bad.

Fatoum: God is great. God will help you. How's your back?

Mahmoud: It's good.

Fatoum: Do you need to take the pain Meds?

Mahmoud: yes I take them, I take the pain meds.

Fatoum: I hope everything gets better. God will make it better.

Mahmoud: Is Mousa (a male) there?

Fatoum: yes he's here and so is Fayza (a female)

Mahmoud: ok. let me talk to him about tomorrow

Fatoum: You want to talk to Mousa and what?

Mahmoud: So I can talk to him about not having to come tomorrow.

Fatoum: why? well anyways; here talk to him.

Mahmoud: ok, let me talk to him.

- Conv with a male named Mousa.

- Mouse: Peace be upon you.

- Mahmoud: Peace be upon you as well.

- Mousa: Hi, how's it going?

- Mahmoud: I'm good. How about your self?

- Mouse: I'm good.

- Mahmoud: How's work?

- Mousa: It's good. we finished working on a self check in Kiosk at the office so that when patients arrive at the office, they don't have to fill out the forms and repeat the information every time they come in. They can check themselves in electronically. It's like an ATM machine. They'll be able to use the information that they had filled out the first time they came in.

- Mahmoud: Really? that's great.

- Mousa: we're starting to work on patients being able to take appointments online instead of having to come in.

- Mahmoud: yea.

- Mousa: yea. that's what we're working on.

- Mahmoud: Do they put their ~~sympt~~ symptoms and ~~[illegible]~~ what they have on there?

- Mousa: yes. if it's a case where a physical is not necessary or if a patient does not have to be present, he doesn't need to get an appointment, the doc will just look at the symptoms and if necessary, a prescription is issued.

- Mahmoud: that's really good.

- Mouse: yes. that's what we've been working on for about 2 weeks.

- Mousa: Your voice is far. I can barely hear you.
- Mahmoud: how about now?
- Mousa: that's a lot better.
- Mahmoud: that's good. I'm glad things are working out for you.
- Mousa: Thank god. "Never a dull moment."
- Mahmoud: what?
- Mousa: Never a dull moment, I mean. Every day at work there is ~~satisf~~ Satisfaction in our performance.
- Mahmoud: that's good.
- Mousa: everything is good.
- Mahmoud: ~~[illegible]~~ I hope you're ~~satisf~~ satisfied with the location.

Mousa: I am. but I might move to a different location when my lease is up in December.

Mahmoud: why?

- Mousa: Because the Discount that was given to me is being reduced and twice now the rent has been increased. Plus my daily Commute to work every day is 20-30 min one way.
- Mahmoud: that's a long drive.
- Mousa: I'm going to try to see if I can find something with the same price but closer to save on time, gas and driving. I'm going to look for something better next month.

Mahmoud: I hope you find something better and ~~[illegible]~~ close to you.

- Mahmoud: Don't bother yourself and come by here.
- Mousa: why's that?
- Mahmoud: No reason to waste your time. if there was something important, I would have asked you to come but we ~~can~~ talk on phone so if you have anything you can just tell me on the phone.
- Mousa: It's no big deal really.
- Mahmoud: It's ok. if there is anything new I will let you know.
- Mousa: It's not an inconvenience to me. It's only going to take about 30 mins. I usually don't even have to wait outside. Plus I go to school in the mornings anyways.
- Mahmoud. that's ok. Please don't bother yourself
- Mousa: It's really not an inconvenience.
- Mahmoud: I do want you to come I just don't want you to bother yourself.
- Mousa: If that's all it is, It's not going to bother me at all.
- Mahmoud: Just stay with your family and next visitation. I will make sure you come see me. the system they ~~[illegible]~~ ~~[illegible]~~ use here for visitations is not good and I can barely hear the other person talking.
- Mousa: what?
- Mahmoud: I can barely hear the other person talk when I get a visitor so there's no need to waste your time.

- ~~Mo~~ Mousa: It's no big deal. It's just 30 minutes and I'll be done. I just don't want you to feel like I'm forgetting about you.
- Mahmoud: I know you're not. I just don't want to bother you. I ask about you and thank Allah you're doing good.
- Mousa: I don't know what to tell you.
- Mahmoud: I just don't want to ~~[illegible]~~ occupy more of your time. You have enough responsibilities.
- Mousa: enough about this. This isn't going to take half of my day if I visit you. Let's just see what happens. anyways; you want to talk to mom or Fayza.
- Mahmoud: Let me talk to Fayza. I haven't talked to her.
- Mousa: OK - here she is. Bye.

Fayza

- Fayza: Peace be upon you.
- Mahmoud: Peace be upon you as well.
- Fayza: How are you, dad?
- Mahmoud: What kind of luck is this? I didn't get to talk to you During the holiday (Muslim holiday)
- Fayza: yea I know. Mom told me.
- Mahmoud: That's just bad luck I don't get to talk to you.

Fayza: I know. that's my bad luck.

Mahmoud: I miss you very much

Fayza: Not as much as I miss you. how have you been?

- Mahmoud: I'm doing good.
- Fayza: you sound tired. Are you sick or something?
- Mahmoud: the medecine that I have been taking for awhile. that's what it is.
- Fayza: Do you have to take less of what you usually take.
- Mahmoud: I had to stop taking it suddenly.
- Fayza: why?
- Mahmoud: the side effects.. it made me confused and Bloated. So I had to stop taking it.
- Fayza: It's not good that it just happens suddenly. It's not like you just started taking it

Mahmoud: the Doctor said that she's going to see me after 4 weeks. It's been 4 weeks and I haven't seen her yet.
- Fayza: that's not right. Can you talk to the attorney about getting to see your doctor, Because this isn't a Joke.
- Mahmoud: I think I will talk to him monday.
- Fayza: ok. This isn't a Joke. you'll have to go and see what's going on.
- ~~[illegible]~~,
- ~~Mah~~ Mahmoud: ever since I read your letter, I became one of your fans.
- Fayza: really? thank you. I'm no where as good as you are.
- Mahmoud: God Bless you. you're better than me.

- Fayza: Dad, It said I have one minute left. Who do you want to talk to?
- Mahmoud: I'll Just keep talking to you.
- fayza: ok. we can keep talking. I know that it's nothing compared to you (Talking about the letter again).
- Mahmoud: It's very professional.
- Fayza: thanks dad. I really appreciate that.
- Mahmoud: You're better than me.
- Fayza: Thanks dad. that means a lot to me

End

2nd Phone call Same Day 8350

Conv with Daughter Continues

- ~~Mahmoud~~ Fayza: Hello.
- Mahmoud: hey hun
- Fayza: hey Dad.
- Mahmoud: like I was telling you, It's really good. You're one of the Best scientists. distinguished level.
- ~~Ah~~ Fayza: thanks Dad. But I'm really nothing compared to you.
- Mahmoud: No hun. Can you hear me?
- Fayza: Yes. I can hear you well.
- Mahmoud: You know, [redacted] you're always in my dreams.
- Fayza: really? that's great.
- Mahmoud: You make us proud.
- Fayza: Same to you dad.

- Mahmoud: God Bless you. I hope to see you very successful.
- Fayza: thank you. I hope that you always stay proud of us.
- Mahmoud: God Bless you
- Fayza: Pray for us. We're nothing without you.
- Mahmoud: of course.
- Fayza: You believe in God. that's our destiny and there's no argument about that.
- Mahmoud: God will fix everything.
- Fayza: May God set you free. God does not forget anyone. Just take care of yourself.
- Mahmoud: Just from talking to me, you could tell I wasn't feeling good.
- Fayza: I Know. Last time I talked to you, I could tell you were in a good mood and feeling better. But now you sound different.
- Mahmoud: God Bless you and help you succeed in life. Make sure you take ~~[illegible]~~ classes for your Post Doctoral publication.
- Fayza: yes, I know. they were telling me what to take and I told them I just want to finish my project. I just want to concentrate on that.
- Mahmoud: that's good.
- Fayza: I talked to her about getting done with what I'm doing now and moving on to the next step.

- Mahmoud: That's great. That's great. In the name of God.
- Fayza: Just keep praying for us. Next time I talk to you, I want to hear your voice and know that you're doing better. I don't know how they do things there, but get with the doctor and see what you can do. God is with you and He never forgets anyone.
- Mahmoud: May God protect you darling.
- Fayza: Let me see if mom or someone else wants to talk to you. Here mom wants to talk to you.
- Mahmoud: I'm really happy that I got to hear your voice today. I feel bad that I didn't talk to you on the holiday.
- Fayza: Me too. Mom told me. I think I was out when you called.
- Mahmoud: ok. take care darling.
- Fayza: Bye Dad.

Mom on phone

Fatoum: Hi Mahmoud,

Mahmoud: Hi, how's it going.

Fatoum: good. Sorry we bothered you today.

Mahmoud: No Bother. I feel better when I talk to the kids.

Fatoum: May God keep them safe. God will help us get through this.

- Fatoum: I can barely hear Mahmoud
- Mahmoud: Better now?
- Fatoum: Yes. Sometimes your voice gets really low and I can't hear anything.
- Mahmoud: Did you tell Mohammed that I said « happy holidays?»
- Fatoum: Yes, I did. I remembered to tell him that and called him the night before.
- Mahmoud: Thank you.
- Fatoum: I could tell you weren't in the mood, so I figured I'd call. I told them that you called and said hi. Today the kids had the ACT practice Test so I dropped them off this morning and will probably pick them up around noon or 12:15.
- Mahmoud: did they say how they did on the SAT?
- Fatoum: they said it was easy.
- Mahmoud: Did the results come back yet?
-
- Fatoum: the results won't come back till December. they'll either send them through the school or to their home address. the other ACT test will take place in March.
- Mahmoud: March?
- Fatoum: Yes. In Jefferson County, there are several Dates to take the ACT, but we're going to

Apply for it now.

- Mahmoud: that's good. May god help them.
- Fatoum: God will help them. May ~~God~~ God help you and protect you and bring you home soon.
- Mahmoud: Pray for me. And pray that God helps me get out of Jail soon.
- Fatoum: I will. God is capable of doing anything. God is Merciful. take care of yourself.
- Mahmoud: *** Cannot hear what he says.
- Fatoum: whatever you want. like I said, I will talk to them monday. there is nothing to lose. I don't want to say I wish .... Call ends.

- the letter

Shaitaan = Devil

Ayatul Kursy: the Quran verse

آية الكرسي - سورة البقرة آية 255

ALLAHU La ILAHA ILLA HUWA ALHAYYO ALQAYYOM. LA Ta'Khuthoh SINATUN Wa LA Nawm. LaHu MA FeSamawate Wa Ma FilArdh. Mun Thallathee Yashfa'u Endahu ILLA Be'thnihee. Ya'Lamu Ma Baina Aydeehim Wa Ma Khalfahum. Wa La Yuheetoona Bishayen Men Ilmihi ILLA Bimashaa. Wa SiA'a Kursiyyoho AlSamaaWati Wa Ardha Wa La Ya'oodoho Hifthohoma. WaHowa Ala'aLiyyo Ala'theem.

Intention,

Shaitaan "Omar" Ayatul Kursy

Jalum wa Jalum

**Baker, Mindy**

**From:** Matthiche, Youssef
**Sent:** Thursday, October 24, 2013 6:59 PM
**To:** Baker, Mindy

Allah! There is no god but He,-the Living, the Self-subsisting, Eternal. No slumber can seize Him nor sleep. His are all things in the heavens and on earth. Who is there can intercede in His presence *except as He permitteth?* He knoweth what (appeareth to His creatures as) before or after or behind them. Nor shall they compass aught of His knowledge *except as He willeth.* His Throne doth extend over the heavens and the earth, and He feeleth no fatigue in guarding and preserving them for He is the Most High, the Supreme (in glory). [The Glorious Quran 2:255]

اللَّهُ لَا إِلَهَ إِلَّا هُوَ الْحَيُّ الْقَيُّومُ لَا تَأْخُذُهُ سِنَةٌ وَلَا نَوْمٌ لَهُ مَا فِي السَّمَاوَاتِ وَمَا فِي الْأَرْضِ مَنْ ذَا الَّذِي يَشْفَعُ عِنْدَهُ إِلَّا بِإِذْنِهِ يَعْلَمُ مَا بَيْنَ أَيْدِيهِمْ وَمَا خَلْفَهُمْ
وَلَا يُحِيطُونَ بِشَيْءٍ مِنْ عِلْمِهِ إِلَّا بِمَا شَاءَ وَسِعَ كُرْسِيُّهُ السَّمَاوَاتِ وَالْأَرْضَ وَلَا يَئُودُهُ حِفْظُهُمَا وَهُوَ الْعَلِيُّ الْعَظِيمُ

Youssef Matthiche
Louisville Metro Police Department
7th Division
W. [redacted]
C. [redacted]

Allah! There is no god but He,-the Living, the Self-subsisting, Eternal. No slumber can seize Him nor sleep. His are all things in the heavens and on earth. Who is there can intercede in His presence *except as He permitteth?* He knoweth what (appeareth to His creatures as) before or after or behind them. Nor shall they compass aught of His knowledge *except as He willeth.* His Throne doth extend over the heavens and the earth, and He feeleth no fatigue in guarding and preserving them for He is the Most High, the Supreme (in glory). [The Glorious Quran 2:255]

فِي وَمَا السَّمَاوَاتِ فِي مَا لَهُ نَوْمٌ وَلَا سِنَةٌ تَأْخُذُهُ لَا الْقَيُّومُ الْحَيُّ هُوَ إِلَّا إِلَٰهَ لَا اللَّهُ
وَلَا خَلْفَهُمْ وَمَا أَيْدِيهِمْ بَيْنَ مَا يَعْلَمُ بِإِذْنِهِ إِلَّا عِنْدَهُ يَشْفَعُ الَّذِي ذَا مَنْ الْأَرْضِ
وَلَا وَالْأَرْضَ السَّمَاوَاتِ كُرْسِيُّهُ وَسِعَ شَاءَ بِمَا إِلَّا عِلْمِهِ مِنْ بِشَيْءٍ يُحِيطُونَ
ظِيمُالْعَ الْعَلِيُّ وَهُوَ حِفْظُهُمَا يَئُودُهُ

If I had known your system is this Corrupt & Redundant, I would have not allowed O.N.B. to Assault me 3 times, I would have not allowed Daniells & Warden to hand cuff me behind my back & beat my ribs and Puncture my lung. And I would have not allowed C. Emerson to cuff my hands behind my back, drag me down the corridor & with floor and assault me with help of 3 others in the holding area [the Basis (escape my V.L.) always broke my Neck or Back with their boots. If it were not for the arrival of

[illegible]

MBB

1248

I was under the impression, If I were not able to get Justice outside, I will find it in Jail. Main Reason

"Not Corrupt" your triage N. has been Blocking my seeing the MD. for my Nerve traumatic Pain since the latest Ass. on 8/14 — I have turned — 4 HSR's forms. And I will not quit until I see the Physician for my Paralyzing Neck pain due to 6/15 by your ruthless barbaric C.O. CC If you [illegible] [illegible]

[illegible]

M53

1 Pcs F Check

Oct 22 '18 5315

969 [illegible]



GB003737

GB003738



GB003739

GB003740



GB003741



GB003742



GB003743



GB003744



GB003745



GB003746



GB003747



GB003748



GB003749



GB003750



GB003751



GB003752



GB003753



GB003754



GB003755



GB003756

1559 - Ofc. Ramsey ran into control Room + grab Knife of life. then ran back out control

1600 - ~~[illegible]~~ Nurse Malone was already on the Flr she Told me to call Bertrum to have her bring up Kit.

1600 - Called Nurse station, Griffin answerd Told her. (Sgt. Hornback called over radio)

1601 - Nurse Bertrum arrived, then Few seconds later Ofc. Warden (male

1602 - Lt Gilbert & Nurse Griffin Arrive on Floor

1605 - Lt Gilbert called Mj. Ashby.

1605 - Fire fighter were escorted on Floor by Warden

1608 - Ems Cart Came on Floor

1606 - Nurse Hammond came on Floor / Sgt Summer came to Floor

1612 - ~~[illegible]~~ Ems & Sgt. Hornback came in ofc. to get

1614 - Notified Ofc. Stimphill to get belt on and head to old sally port.

1615 - Nurse Hammond Leaves Floor

1618 - Ems ms Arrive

1622 - Inmate & Ems departs Floor on Elevator 1

1623 - Lt. & Nurse departs on. Elevator 2

1624 - Nurse Bertrum departs Floor

1632 - ~~[illegible]~~ Ems departs called over Radio

1628 - Ofc. Warden Secured the crime Scene

# Death Report

**Inmate Mahmoud Hindi**

**CIN # 577966**

**Booking #2012029784**

**Prepared by:** Lt. Iryt Troutman
Ofc. Kristopher Johnson
Crisis Intervention Team
10/24/2013

To: Deputy Director Dwayne Clark
Chief of Staff

Fr: Lt. Iryt Troutman
Crisis Intervention Team

Re: Inmate Mahmoud Y Hindi CIN #577966
Summary Report

Dt: October 24, 2013

On October 24, 2013 a death report was completed on Inmate Mahmoud Y. Hindi. Inmate Hindi was pronounced dead on October 19, 2013 while at University of Louisville Hospital. The following is a summary of the death report that was completed.

Inmate Hindi was arrested by Louisville Metro Police on September 6, 2012 at 1929hrs on the charges of Murder, Assault 1st degree and 7 counts of Wanton Endangerment 1st degree. Charges from Laurel County of Serving warrant for other agency for speeding 7 over were added September 14, 2012. January 1, 2013 he received additional added charges from Metro Corrections for Assault 3rd and Terroristic Threatening due to an incident that occurred while he was in custody.

Inmate Hindi was booked into the Louisville Metro Department of Corrections on September 7, 2012 at 0236hrs. At 0320hrs his medical intake was completed. The booking process was completed at 0440hrs and he was secured in J1 passive booking. At 0555hrs inmate Hindi was moved from Passive Booking to J2W Walk 1 cell 13. He was seen at 1315 by mental health for an evaluation. The psychiatrist saw inmate Hindi and prescribed him medication.

On September 8, 2012 at 0924hrs he appeared in Arraignment Court and was to return back to court on September 14, 2012 at 0900hrs. Later that evening at 1730hrs inmate Hindi received a visit form Musa Hindi and Fatima Hindi. A deposit was also made to his account in the amount of $200.00.

On September 10, 2012 at 1641hrs inmate Hindi received a visit from Musa Hindi and Fatima Hindi.

On September 12, 2012 at 1753hrs inmate Hindi received a visit from Hindi Hamza.

On September 13, 2012 inmate Hindi was remanded into custody without bail on case# 12CR2772.

On September 14, 2012 at 1106hrs inmate Hindi was in District Court room 203 on Case #12-F-010120 where he was released on Murder 1st, Assault 1st and 7 counts of Wanton Endangerment.

September 15, 2012 at 1953hrs inmate Hindi received a visit from Musa Hindi. At 2033hrs he received another visit from Musa Hindi and Hasan Hindi.

September 17, 2012 he was seen by the psychiatrist on first shift. There were no changes to his medicine made at this time. At 1530hrs Circuit Court filed charges for 2 counts of Murder and 7 counts of Wanton Endangerment (Case # 12CR2772). A new court date of October 22, 2012 at 0930 was set. At 1651hrs inmate Hindi received a visit from Tarwq Hindi and Musa Hindi. At 2058hrs he was moved from J2W Walk 1 cell 13 to J3 North dorm 8 cell 4.

September 18, 2012 inmate Hindi was seen by mental health and it was noted that he was adjusting well to the mental health dorm.

September 19, 2012 his 14 day history and physical and mental health evaluation was completed.

September 21, 2012 inmate Hindi received a visit from Hasan Hindi and Hamza Hindi.

September 24, 2012 inmate Hindi purchased commissary in the amount of $33.30.

September 26, 2012 at 1230hrs inmate Hindi was seen by mental health and it was reported that he was doing well. At 1555hrs a strip search was conducted due to having a contact visit. This was documented in incident report #43205.

October1, 2012 inmate Hindi received commissary in the amount of $46.86.

October 4, 2012 at 1300hrs inmate Hindi was seen by mental health and no issues were reported. At 1633hrs inmate Hindi received a visit from Hasan Hindi.

October 8, 2012 inmate Hindi received commissary in the amount of $38.18.

October 9, 2012 the court date on case #12CR2772 was changed to November 11, 2012 at 1000hrs. Inmate Hindi was seen by mental health at 1100hrs and no issues were noted.

October 17, 2012 inmate Hindi was seen by mental health with no issues reported. He was also seen by the psychiatrist with no change in medication made.

October 18, 2012 at 1636hrs inmate Hindi received a visit from Hasan Hindi.

October 21, 2012 a deposit was made to inmate Hindi's account.

On October 22, 2012 inmate Hindi refused to take his medication. He also purchased commissary in the amount of $42.00.

On October 25, 2012 inmate Hindi was seen by mental health at 1100hrs.

October 28, 2012 at 1643hrs inmate Hindi received a visit from Hasan Hindi.

October 31, 2012 inmate Hindi purchased commissary in the amount of $22.40.

November 2, 2012 at 1000hrs the court date for case #12CR2772 changed to January 14, 2013 at 0845.

November 4, 2012 at 1000hrs inmate Hindi received a visit from Hasan Almohroug.

November 5, 2012 inmate Hindi purchased commissary in the amount of $49.47.

November 12, 2012 a deposit of $200 was made to inmate Hindi's account. He also purchased commissary in the amount of $53.36.

November 15, 2012 at 1640hrs inmate Hindi received a visit from Hasan Almohroug. At 2200hrs a health service request was filed regarding allergies.

November 17, 2012 at 1330hrs a compliant to medical was made of a rash caused by his underwear. When checked by the nurse no rash was noted. Inmate Hindi became upset and the assessment was ended.

November 18, 2012 at 1936hrs inmate Hindi received a visit from Fatima Hindi and Yousef Hindi.

November 19, 2012 commissary was purchased in the amount of $51.17.

November 25, 2012 at 1647hrs inmate Hindi received a visit from Tareq Hindi.

November 26, 2016 inmate Hindi purchased commissary in the amount of $44.52.

November 29, 2012 at 1633hrs inmate Hindi received a visit from Hasan Hindi.

December 2, 2012 at 2154hrs inmate Hindi received a visit from Phillip Crowe.

December 3, 2012 at 0924hrs the court date for case #12CR2772 was changed to December 3, 2012 at 1100hrs. Another return to court date was set for January 14, 2013 at 0845hrs.

December 5, 2012 commissary was purchased in the amount of $34.42.

December 6, 2012 at 1014hrs an incident report (#44661) was completed for unauthorized contact with the public. Inmate Hindi was moved from J3 North dorm 8 cell 4 at 1138hrs and then moved again at 2051hrs to J3 North dorm 8 cell 6. Also a commissary adjustment was placed on inmate Hindi's account in the amount of $34.42.

December 7, 2012 inmate Hindi received disciplinary for disruptive behavior and engaging in sexual activities with another person. He received 15 days probated for the offenses.

December 10, 2012 inmate Hindi was seen by the psychiatrist on first shift. There was also a deposit made to his account in the amount of $200.

December 11, 2012 inmate Hindi purchased commissary in the amount of $59.64.

December 13, 2012 at 1633hrs inmate Hindi received a visit from Hasan Hindi.

December 17, 2012 inmate Hindi purchased commissary in the amount of $57.40.

December 18, 2012 inmate Hindi was seen by mental health at 1215hrs. He expressed concerns about others in the dorm. On this day he also had a commissary adjustment in the amount of $1.20 added to his account.

December 23, 2012 at 1221hrs inmate Hindi received a visit from Musa Hindi.

December 24, 2012 inmate Hindi purchased commissary in the amount of $47.16.

December 27, 2012 at 1653hrs inmate Hindi received a visit from Yousef Hindi and Hamza Hindi.

December 31, 2012 inmate Hindi was seen by the psychiatrist and a compliance rate of 93% was reported. Also on this day inmate Hindi purchased commissary in the amount of $48.54.

January 1, 2013 at 0730hrs charges of Assault 3rd and Terroristic Threatening 3rd were added as a result of an incident (#45106). At 1029hrs inmate Hindi moved from J3 North dorm 8 cell 6 to J2W Obs 1 bed 3. At 1330hrs the doctor and nurse spoke to inmate Hindi about the altercation that occurred and inmate Hindi stated that he would kill the officer. Inmate Hindi was also seen by the psychiatrist who prescribed new medication in which inmate Hindi refused to take.

January 2, 2013 at 0951hrs a court date on case #13-F-000021 was set for January 3, 2013 at 0900. Inmate Hindi was seen again by the psychiatrist. It was reported that inmate Hindi was having homicidal ideations towards a particular officer. Due to this his medication was changed.

January 3, 2013 at 0917hrs inmate Hindi went to court and a new court date on case #13-F-00021 was set for January 14, 2013 at 0900hrs. At 1015hrs inmate Hindi was seen by mental health and was placed on the movelist to a mental health dorm. Inmate Hindi was also seen by the psychiatrist, and at this time there were no homicidal or suicidal ideations. At 1744hrs inmate Hindi was moved from J2W Obs 1 bed 3 to J2W dorm 9 bed 12. At 1745hrs he was moved again to J2W dorm 9 bed 11.

January 4, 2013 1827hrs inmate Hindi was moved from J2W dorm 9 bed 12 to J2W dorm 9 bed 1. Disciplinary was issued as a result of incident #45106, resulting in 60 days to serve plus 15 days probated for disruptive behavior, using abusive vulgar language towards staff, refusing to follow orders and assaulting staff.

January 9, 2013 inmate filed a grievance against security staff.

January 10, 2013 inmate Hindi was seen by mental health at 1330hrs. On this day a deposit was made to his account in the amount of $200.

January 14, 2013 at 0845hrs inmate Hindi went to court and a new date of March 4, 2013 0900hrs was set for case #12CR2772 and a date of July 15, 2013 0900hrs was set for case #12-F-000021.

January 16, 2013 inmate Hindi was seen by the psychiatrist on first shift. Changes were made to his medication.

January 18, 2013 inmate Hindi purchased commissary in the amount of $28.90.

January 19, 2013 at 1637hrs inmate Hindi received a visit from Hasan Hindi.

January 22, 2013 at 1618hrs inmate Hindi was moved from J2W dorm 9 bed 1 to J2W walk 1 cell 3.

January 23, 2013 at 0859hrs inmate Hindi was moved from J2W walk 1 cell 3 to J2W dorm 8 bed 2.

January 24, 2013 inmate Hindi was seen by the psychiatrist on first shift. Inmate Hindi requested to move to another dorm.

January 25, 2013 inmate Hindi purchased commissary in the amount f $13.36.

January 28, 2013 at 1702hrs inmate Hindi was moved from J2W dorm 8 bed 2 to J2W dorm 9 bed 6.

January 31, 2013 at 1104hrs inmate Hindi was moved from J2W dorm 9 bed 6 to J2W walk 1 cell 5. At 1108hrs he was moved again to J2W walk 1 cell 9.

February 1, 2013 inmate Hindi was seen by the psychiatrist and changes were made to his medication. At 1304hrs inmate Hindi was moved from J2W walk 1 cell 9 to J2W walk 1 cell 5.

February 4, 2013 at 1638hrs inmate Hindi received a visit from Hamaza Hindi and Hasan Hindi.

February 5, 2013 at 1600hrs inmate Hindi was seen by mental health and no complaints were noted.

February 6, 2013 an incident report (#45941) was completed on inmate Hindi for suicide prevention. Inmate Hindi was moved from J2W walk 1 cell 5 to J2W walk 1 cell 12.

February 7, 2013 inmate Hindi was seen by both mental health and the psychiatrist. At 2139hrs inmate Hindi was moved from J2W walk 1 cell 12 to H5 west dorm 9 cell 2. Commissary was purchased in the amount of $22.40.

February 9, 2013 at 1230hrs inmate Hindi was placed on suicide precautions after voicing thoughts of self-harm, feeling confused and paranoid. Later at 1303hrs inmate Hindi was moved from H5 West dorm 9 cell 2 to H5 east North 1 cell 1.

February 10, 2013 at 1415hrs inmate Hindi was seen by mental health and denies suicidal ideations. He also spoke with the psychiatrist about medication. At 1636hrs inmate Hindi received a visit from Yousef Hindi and Fatima Hindi.

February 11, 2013 inmate Hindi was seen by mental health at 1200hrs. He also purchased commissary in the amount of $22.40.

February 12, 2013 inmate Hindi was seen by mental health and the psychiatrist. He was changed from a level 1 observation to a level 2 observation. A deposit of $200 was made to his account on this day.

February 14, 2013 inmate Hindi was seen by mental health. He complains of forgetfulness and is to remain on level 2 observation. The next several days he received a daily visit from mental health.

February 18, 2013 inmate Hindi made a commissary purchase in the amount of $3.15.

February 19, 2013 inmate Hindi was seen by mental health and reports sadness over being in a single cell and wants to go to a dorm.

February 20, 2013 inmate Hindi was seen by mental health. He also received a commissary adjustment of $3.15 added to his account.

February 21, 2013 inmate Hindi was seen by mental health and his medication was discussed. He was later seen by the psychiatrist where sadness was reported and medications were changed. He was cleared for general population.

February 22, 2013 inmate Hindi refused to take his evening medication. He also refused to take his morning medication on February 25, 2013.

February 27, 2013 inmate Hindi was seen by the psychiatrist, at that time he was very confrontational and said he would hurt staff and others.

February 28, 2013 inmate Hindi was seen by mental health and requested that his medication be changed.

March 2, 2013 at 1948hrs an incident report (#46394) was completed for inmate Hindi being disruptive, refusing to follow orders, and assaulting staff. Disciplinary for this was dismissed due to due process.

March 3, 2013 at 0135hrs inmate Hindi was seen by medical. He complained that he was kicked in the side. An x-ray was ordered and at 0401hrs inmate Hindi was moved from H5 East North 1 cell 1 to J2W walk 2 cell 4. At 0818hrs an incident report (#46419) was completed due to inmate Hindi being transported to University of Louisville Hospital.

March 4, 2013 at 0900 inmate Hindi was assigned a new court date of April 26, 2013 at 0845 for case #12CR2772. Inmate Hindi also filed a grievance against property.

March 6, 2013 at 0235hrs inmate Hindi was moved from J2W walk 2 cell 4 to J2W walk 2 cell 1 after returning from the hospital. Later on first shift he was seen by medical and the psychiatrist. He was argumentative and refused to sign the consent forms for medication.

March 7, 2013 inmate Hindi was seen by the psychiatrist and his medications were changed.

March 8, 2013 inmate Hindi purchased commissary in the amount of $31.79.

March 10, 2013 a deposit was made to inmate Hindi's account in the amount of $200.

March 11, 2013 inmate Hindi was seen by medical and changes were made to his medications. At 1642hrs inmate Hindi received a visit from Yousef Hindi and Fatima Hindi.

March 13, 2013 a grievance was filed against security.

March 15, 2013 inmate Hindi was seen by the psychiatrist. He also ordered commissary in the amount of $10.97 on this day.

March 16, 2013 at 1650hrs inmate Hindi received a visit from Hasan Hindi.

March 20, 2013 inmate Hindi was seen by mental health. He also ordered commissary in the amunt of $11.20 on this day.

March 22, 2013 inmate Hindi was seen by medical and medications were changed. He was released from the medical unit. At 2114hrs inmate Hindi was moved from J2W walk 2 cell 1 to J4 South dorm 7 cell 6. He ordered commissary in the amount of $27.49 on this day.

March 28, 2013 inmate Hindi was seen by mental health. He received a commissary adjustment in the amount of $2.40 added to his account.

April 2, 2013 inmate Hindi returned from the clinic. No new orders were given. He also purchased commissary in the amount of $14.80.

April 4, 2013 inmate Hindi was seen by mental health.

April 9, 2013 inmate Hindi purchased commissary in the amount of $37.24.

April 11, 2013 inmate Hindi was seen by mental health with no concerns noted.

April 13, 2013 at 1637hrs inmate Hindi received a visit from Hasan Hindi.

April 14, 2013 at 1730hrs inmate Hindi moved from J4 South dorm 7 cell 6 to J4 South dorm 7 cell 7.

April 17, 2013 at 1320hrs inmate Hindi was seen by mental health.

April 23, 2013 a deposit was made to inmate Hindi's account in the amount of $26.95. He also purchased commissary in the amount of $36.70.

April 26, 2013 at 0845hrs inmate Hindi went to court and a new court date was set for June 3, 2013 1000hrs for case #12CR2772.

April 30, 2013 inmate Hindi ordered commissary in the amount of $43.26.

May 2, 2013 inmate Hindi was seen by mental health.

May 6, 2013 a Health Service Request was filed requesting medication change.

May 8, 2013 inmate Hindi was seen by mental health and requested mediation change.

May 9, 2013 inmate Hindi filed a Health Service Request regarding a wart on his hand and back pain.

May 10, 2013 inmate Hindi was seen by mental health. He also purchased commissary in the amount of $ 40.14 on this day.

May 11, 2013 at 0739hrs inmate Hindi received a visit from Musa Hindi.

May 13, 2013 inmate Hindi was seen by medical for his lower back pain.

May 15, 2013 at 1649hrs inmate Hindi received a visit from Hamza Hindi.

May 16, 2013 inmate Hindi was seen by mental health.

May 17, 2013 inmate was seen by mental health. He also filed a grievance on classification.

May 22, 2013 inmate Hindi purchased commissary in the amount of $59.14.

May 28, 2013 inmate Hindi was seen by the site medical director. He complained of lower back pain. His medication was changed.

May 29, 2013 inmate Hindi purchased commissary in the amount of $46.86.

May 30, 2013 inmate Hindi purchased commissary in the amount of $20.00.

June 3, 2013 at 1000hrs inmate Hindi went to court and a new court date was set for August 26, 2013 at 0845hrs for case #12CR2772.

June 4, 2013 inmate Hindi purchased commissary in the amount of $55.89.

June 6, 2013 inmate Hindi purchased commissary in the amount of $19.95.

June 12, 2013 at 1640hrs inmate Hindi received a visit from Hasan Hindi. He also purchased commissary in the amount of $44.88 on this day.

June 19, 2013 at 1644hrs inmate Hindi received a visit from Hasan Hindi.

June 23, 2013 maccount balance was transferred from IMS to XJail. Inmate Hindi's balance is $170.61.

June 26, 2013 inmate Hindi was seen by mental health and asked to be moved to the mental health unit.

July 12, 2013 inmate Hindi was seen by mental health with no issues noted.

July 13, 2013 inmate Hindi purchased commissary in the amount of $58.72. His balance is $111.89.

July 15, 2013 at 0929hrs inmate Hindi went to court and a new court date was set for December 6, 2013 at 0900hrs for court case #13-F-000021.

July 17, 2013 inmate Hindi was seen by mental health on 2 occasions. He also had 3 commissary purchases in the amounts of $7.25, $23.42 and $5.60 leaving him a balance of $75.62.

July 23, 2013 inmate Hindi purchased commissary in the amount of $38.06 leaving a balance of $37.56.

July 26, 2013 inmate Hindi was seen by mental health.

July 28, 2013 inmate Hindi received a deposit to his account in the amount of $200 leaving him a balance of $237.56.

July 30, 2013 inmate Hindi purchased commissary in the amount of $50.35 leaving him a balance of $187.21.

August 1, 2013 inmate Hindi was seen by mental health.

August 8, 2013 inmate Hindi was seen by mental health and requested to speak to the psychiatrist.

August 12, 2013 a Health Service Request was filed regarding back pain and a wart.

August 13, 2013 inmate Hindi filed 2 grievances. One was against classification and one was against recreation.

August 14, 2013 at 1650hrs an incident report (#49652) was completed due to inmate Hindi being disruptive. He was seen by medical due to complaints of pain to neck, knees and ribs. At 1810hrs another incident report (#49714) was completed due to a strip search being conducted on inmate Hindi after a contact visit with his family.

August 15, 2013 inmate Hindi was assessed by a nurse due to complaints of pain to ribs. He demanded to go to the ER. An EKG was completed and his vitals were normal. At 1140hrs he was seen by medical for his Health Service Request. He refused pain protocol. He also filed a grievance against programs on this date.

August 16, 2013 inmate Hindi was uncooperative at the chronic care clinic. At 1530hrs an incident report (#49714) was completed due to inmate Hindi being placed on suicide observation. He was seen by mental health due to a phone call from his wife, who reported that Hindi was having suicidal ideation. At 2214hrs inmate Hindi was moved from J4 South dorm 7 cell 7 to J2W walk 1 cell 6 on observations.

August 17, 2013 a wellness check was conducted on inmate Hindi.

August 18, 2013 a wellness check was completed on inmate Hindi. Inmate Hindi purchased commissary in the amount of $55.44 leaving him a balance of $131.77.

August 19, 2013 inmate Hindi filed a grievance against medical.

August 20, 2013 inmate Hindi was seen by mental health. He also filed a grievance against security staff.

August 21, 2013 inmate Hindi purchased commissary in the amount of $22.40 leaving him a balance of $109.37. At 1105hrs an incident report (#19822) was completed from inmate Hindi being disruptive. Wellness checks were completed on all shifts.

August 22, 2013 inmate Hindi had wellness checks conducted on all shifts. It was noted during the second shift check that he was agitated.

August 23, 2013 inmate Hindi was seen by medical for complaints of finger pain. At 0736hrs inmate Hindi was moved from J2W walk 1 cell 6 to J2W walk 1 cell 4. Wellness checks were conducted.

August 26, 2013 inmate Hindi went to court and a new court date was set for October 16, 2013 at 0845hrs for case #12CR2772. Wellness checks were completed on all shifts.

August 27, 2013 wellness checks were conducted on inmate Hindi. He had a credit in the amount of $22.40 placed on his account leaving him a balance of $131.77.

August 28, 2013 inmate Hindi had wellness checks conducted. He was also seen by the psychiatrist and taken off observations. He purchased commissary in the amount of $22.40 leaving him a balance of $109.37.

August 29, 2013 inmate Hindi was seen by medical and pain protocol was ordered. Inmate Hindi purchased commissary in the amount of $59.23 leaving a balance of $50.14.

August 31, 2013 at 2132hrs inmate Hindi was moved from J2W walk 1 cell 4 to J2W walk 2 cell 10.

September 3, 2013 mental health received a phone call from inmate Hindi's spouse. She stated that he is not going to harm himself and that he wants off observations. Mental health followed up.

September 4, 2013 inmate Hindi was seen by mental health. A deposit was made to inmate Hindi's account in the amount of $200 leaving him a balance of $250.14.

September 6, 2013 inmate Hindi purchased commissary in the amount of $11.20 leaving him a balance of $238.94.

September 9, 2013 inmate Hindi purchased commissary in the amount of $58.75 leaving a balance of $180.19.

September 11, 2013 inmate Hindi filed a health Service Request complaining of neck pain and constipation. He also purchased commissary in the amount of $5.60 leaving a balance of $174.59.

September 12, 2013 inmate Hindi filed a Health Service Request for edema in lower extremities. He also purchased commissary in the amount of $59.23 leaving a balance of $11.36.

September 13, 2013 inmate Hindi was seen by medical to address Health Service Requests. He also filed a grievance against security staff.

September 17, 2013 inmate Hindi filed 2 grievances. One was against recreation and one was against medical.

September 19, 2013 inmate Hindi was seen by the psychiatrist, he complained of decreased sleep so medication was changed. He also purchased commissary in the amount of $40.02 leaving a balance of $75.34. Inmate Hindi also filed a grievance against staff.

September 20, 2013 inmate Hindi was moved J2W walk 2 cell 10 to H5 North 1 cell 3.

September 23, 2013 inmate Hindi purchased commissary in the amount of $27.65 leaving a balance of $47.69.

September 24, 2013 inmate Hindi was seen by mental health and requested to be moved to a mental health dorm. He filed 2 grievances, one against classification and one against medical.

September 25, 2013 inmate Hindi filed a Health Service Request for neck pain and side effects to medicine. At 1646hrs inmate Hindi received a visit from Hasan Hindi.

September 26, 2013 inmate Hindi was taken to gym.

September 27, 2013 inmate Hindi filed a grievance against staff.

September 28, 2013 inmate Hindi refused to see medical to address Health Service Request.

September 29, 2013 a deposit was made to inmate Hindi's account in the amount of $200 leaving a balance of $247.69.

October 2, 2013 inmate Hindi was seen by the medical doctor and medicine was prescribed. He also purchased commissary in the amount of $51.72 leaving a balance of $195.97.

October 4, 2013 inmate Hindi was taken to the gym.

October 11, 2013 inmate Hindi was taken to the gym.

October 16, 2013 at 0845hrs inmate Hindi was taken to court and a new date was set for December 13, 2013 at 0845hrs for case #12CR2772.

October 19, 2013 at 1559hrs an incident report (#51051) was started for inmate Hindi to be taken to University of Louisville Hospital. At 1605hrs Louisville Fire and EMS were on the scene. At 1630hrs inmate Hindi departed for University of Louisville Hospital via EMS. At 1645hrs inmate Hindi was pronounced dead.

October 22, 2013 a critical incident debriefing was conducted by Major Ashby. In attendance were most officers, sergeants and lieutenant that were involved, medical, mental health, senior staff, and crisis intervention team members.

Additional Information

There were no records found of any professional visits even though he did receive them. He had attorney visits and an in-house evaluation.

He also received regular visits. From June 23, 2013 forward a report was not able to be generated showing all visits.

**Mahmoud Hindi Critical Incident Debriefing**
**10-22-2013**

Director Mark Bolton
Chief of Staff Dwayne Clark
Deputy Director Eric Troutman
Major Ashby
Officer M. Forbes
Lieutenant S. Gilbert
Sergeant P. Summers
Sergeant D. Gibson
Angel Malone, RN
Captain M. Hogan
Kibibi Wood-Montgomery
Sharolyn Richardson
Lee Zellars
Donna Smith, MD
Samuel Whitlow, Jr.
Tony Harris
Officer Ryan Taylor
Officer Richardson Stimphil
Officer Mario Cooper
Nicole Bertram, LPN
Latashia Griffith, LPN
Sharon Hammond, LPN
Officer DeSean Ramsey
Sergeant C. Hornback
Officer R. Skaggs
Officer G. Sanders
Kristie Daugherty
Steve Durham
Lieutenant Iryt Troutman
Officer H. Simmons
Lieutenant Nicholas Angelini
Kevin Smith, MD

Debriefing commenced at 1600
Director Mark Bolton opened the debriefing by mentioning that the last successful suicide at Louisville Metro Department of Corrections was in 2010. He gave accolades to the first responders and those involved in this incident for their quick action and persistence in attempting to revive Inmate Mahmoud Hindi. Director Bolton encouraged everyone that should there be anyone struggling with this incident, to be sure to speak up and let someone know; that there are resources available to help individuals cope with the trauma and stress associated with critical incidents.

Major Mike Ashby informed everyone how the debriefing format was going to be organized; that those involved in the incident would give their timeline first, then the next person who came onto the scene giving their timeline next, coinciding with the chronological timeline in which the event unfolded. He mentioned that this event can also certainly be used as a learning experience and urged others to speak up and share if they were to see a need for improvement in any process as the incident details are given. Major Ashby also handed out literature from the CIT team that he encouraged those directly involved in this incident to read.

Below is each responder's description of the incident in chronological order:

Officer R. Skaggs reported that he was on J5 during 2nd shift, and at 1555 he observed Inmate Mahmoud Hindi hanging from his bunk with a sheet tied around his neck as a noose. He said he ran out and asked for assistance and then went back to Inmate Hindi and tried to pick him up in order to remove the noose from Hindi's neck, but he could not get the sheet off. Officer Ramsey came to help and Officer Skaggs instructed Ramsey to get the Knife For Life, so Officer Ramsey ran to go get it. Officer Skaggs had managed to get Hindi to the floor and remove the sheet from around Hindi's neck by the time Officer Ramsey returned with the knife. Nurse Malone came onto the scene next and this is when Officer Skaggs exited the cell.

Officer DeSean Ramsey said he was working 2nd shift in Control when he saw Officer Skaggs run out of Inmate Hindi's cell. Officer Ramsey saw Hindi with the sheet around his neck, and Officer Skaggs told

Officer Ramsey to get the Knife for Life, so he ran to get it. By the time Officer Ramsey returned, Officer Skaggs had moved Inmate Hindi to the floor and removed the sheet from his neck. He said Officer Skaggs was tapping on Inmate Hindi and calling his name, and doing sterna rubs. Officer Ramsey said Nurse Malone entered the cell and started performing CPR; doing chest compressions and the ambu-bag. Officer Ramsey said he helped with the bag, more people came and swapped out helping with the bag, as well as Officer Forbes. Officer Ramsey said EMS arrived, and he was still helping by applying oxygen to Inmate Hindi. He said he helped with oxygen until Inmate Hindi was placed into the back of the ambulance, and that was when EMS relieved Officer Ramsey.

Officer G. Sanders said he was working on H5 and came over from the South side because he heard Officer Skaggs yell for Officer Ramsey. Officer Sanders went into the cell and helped Officer Skaggs by picking Inmate Hindi off the floor and Officer Skaggs pulled the sheet off of Hindi. Officer Sanders went and got the Ambu-bag, placed the mask on Inmate Hindi's face and did bag compressions for a little while. He said after about 4-5 minutes, Officer Ramsey took over, as Officer Sanders was in a very awkward position and was experiencing cramping. This is when Officer Sanders exited the cell.

Nurse Angel Malone is the weekend supervisor for 1st and 2nd shift. She was doing Accu-checks on inmates when she heard an Officer yell for her. She put the Accu-check away and asked for all nurses STAT. Nurse Malone saw Inmate Hindi on the floor and she saw Officer Ramsey attempting to revive Hindi. She performed sternal rubs and checked for a pulse. She said she felt no pulse and began chest compressions. She said for someone to call 911 and was told it had already been called. Officer Skaggs asked her if she needed someone to relieve her, she said yes. She was relieved of chest compressions but remained in the cell, checking Inmate Hindi's pulse. She also applied oxygen to Inmate Hindi. Nurse Malone said EMS arrived, and she stayed with Hindi as he was transferred into the ambulance.

Sergeant Chris Hornback was the Sergeant on duty, and said at 1559 Officer Ramsey was in Control. He said when he and Officer Ramsey went into Inmate Hindi's cell, Hindi was on the floor and officers were already checking him and attempting to revive him. Sergeant Hornback went and got Nurse Malone and told officers on the radio to get more assistance, and also radioed for EMS. Officer Hornback assisted with the Ambu-bag, and said someone relieved him after a while, he thinks Officer Sanders, but was uncertain who it was. Officer Hornback called EMS again, told Control to tell EMS to step it up and Officer Hornback also called out Code 3. He said he stepped out of the cell and took notes once Officer Ramsey relieved him. Officer Hornback said other officers and nurses arrived, each assisting with relieving others on performing CPR on Inmate Hindi. He said Officer Taylor had the camera at that point and was recording the incident. Officer Hornback said EMS arrived, and that he also posted an officer at the entrance of the cell, taking notes. Officer Hornback said EMS took over the CPR, and that he could not see everything going on inside the cell at that point because there were so many people in it. He said Inmate Hindi was placed onto a stretcher and taken to the ambulance, meanwhile CPR continued the entire time. He said the cell and the scene were secured at that point so that nothing would be disturbed prior to an investigation. Officer Hornback said that he was informed by radio that Inmate Hindi would be located in room 9 at the hospital. He said at 1645 the hospital called, Lieutenant Gilbert answered, and the hospital informed him that Inmate Hindi had passed away. Officer Hornback said they kept the scene clear, kept the cell secure, interviewed others involved and filed incident reports.

Officer Ryan Taylor works 2nd shift on H5, and was coming out of dorm 9, when he saw Officer Ramsey getting the Knife for Life and calling Sergeant Hornback. Officer Taylor went and got the bodycam and said he observed Officers Sanders, Skaggs and Ramsey attempting to revive Inmate Hindi. Officer Taylor said he stood back out of the way because the officers had started CPR, so he filmed the incident. He said he also followed when officers and EMS took Inmate Hindi down to the ambulance.

Sergeant P. Summers was working overtime on H6, said he was with Grieser when he heard Sergeant Hornback's radio transmission. Sergeant Summers said he got on the radio and asked for assistance. He heard Sergeant Hornback say CPR had been started. When Sergeant Summers arrived, he saw that work aides were out, so he told the officer in the hallway to lock the floor down. He saw CPR being performed by an officer and Sergeant Hornback assisting on the bag ventilation. Sergeant Summers said he told Officer Cooper to take detailed notes on the incident taking place. He also told Officer Bullard (sp?) to take notes of all activity on the elevator. Sergeant Summers then asked the individuals performing CPR on Inmate Hindi if anyone needed to be relieved, and he then took over the mask for Officer Sanders and CPR continued. Sergeant Summers said he remained in the cell until EMS arrived, and then he backed out and got 2 officers assigned to escort Inmate Hindi in the ambulance. He also assigned an officer to get shackles. Sergeant Summers said he stayed Inmate Hindi was placed on the stretcher, he instructed officers to shut the cell and secure it, and then he went down to the ambulance with the officers as Inmate Hindi was taken down. Sergeant Summers instructed Taylor to take pictures and give them to Sergeant Hornback. Sergeant Summers said he went to H5 Control after Inmate Hindi departed in the ambulance.

Sergeant D. Gibson said he was working 2nd shift when he heard the call on the radio for assistance with Inmate Hindi, and that he had Officer Forbes and Lieutenant Gilbert go to assist. Sergeant Gibson heard another call go out on the radio and so he got on the elevator and went to get the ER bag and the oxygen and went to Inmate Hindi's cell. Sergeant Gibson said he observed Officer Skaggs already giving chest compressions, and Sergeant Gibson asked him if he needed to be relieved, so he stepped in for Officer Skaggs and gave compressions for a while. Sergeant Gibson said he and Officer Forbes took turns giving compressions for a while, and switched out 3-4 times. He said Louisville Fire Department arrived, and EMS was also contacted. He also said the EMTs stepped into the rotation of performing chest compressions on Inmate Hindi. Sergeant Gibson said EMS also gave 3 shots to Inmate Hindi, and hooked him up to a bag of fluids. He said nurses tried to get a pulse and vitals. He said the back board was brought in, and he helped put Inmate Hindi onto the board. Sergeant Gibson said Officer Forbes held the bag of fluids and that they took Hindi out of the cell and placed him on the stretcher. He said a paramedic placed an airway line into the throat of Inmate Hindi and then placed the ventilation bag onto the airway line, also placing oxygen on Hindi. Sergeant Gibson said he accompanied the group down to the ambulance, then boarded the ambulance and rode to the hospital with Inmate Hindi, also continuing to give chest compressions, still rotating with others. He said when they arrived at the hospital, the ER staff took over the CPR. Once the ER staff called the Time Of Death, Sergeant Gibson contacted Lieutenant Gilbert to inform him. Sergeant Gibson stood by for interview and a nurse gave him Inmate Hindi's property. Sergeant Gibson said PIU and LMPD Officer Goins, as well as the Deputy Coroner arrived and interviewed officers, and that Major Ashby arrived as well. Sergeant Gibson said CSU arrived and then Officer Goins cleared him and other officers to leave.

Nurse Latashia Griffith said she heard the call on the radio of an inmate in distress. She said she went to the Med room to get medical equipment and then went to the elevator. Nurse Hammond went to get the emergency bag and the O2 tank, and they went to H5. Nurse Griffith said that when they arrived at Inmate Hindi's cell, Nurse Bertram, Nurse Malone and an officer were in the cell performing chest compressions and breathing on Hindi. Nurse Griffith got the oxygen mask and handed it to one of the other nurses.

Nurse Nicole Bertram works doubles on the weekend (1st and 2nd shifts). Nurse Bertram said she was doing accu-checks when she heard the radio call about Inmate Hindi. She said when she arrived, she saw the other individuals performing compressions. She said someone said that they needed the AED but it wasn't on the floor. Nurse Bertram went to get the emergency bag just in case. She said she handed the oxygen mask and the O2 monitor to Nurse Malone. Nurse Malone reported that the pulse

rate was 10, at which point Nurse Bertram said she turned up the oxygen.  She said she stayed on scene until EMS arrived.

Nurse Sharon Hammond works the 3-11 shift; she heard on the radio that additional help was needed. Nurse Hammond said she went and got the emergency bag and the O2 and got on the elevator.  When she arrived, she saw Nurse Malone doing CPR, and Nurses Bertram and Griffith were there as well. Nurse Hammond stated she remained on scene until EMS arrived.  She said she then went and pulled the chart out of Medical Records and started making copies, but EMS had left at that point, so she faxed the information over to U of L Hospital.

Officer M. Forbes works the 2nd shift; Officer Forbes said he was assigned to J4 that afternoon when he heard the radio call for Medical.  He said he retrieved Nurses Hammond and Griffith to go with him to Inmate Hindi's cell.  Officer Forbes stated when he arrived, CPR had been started.  He said he switched out CPR with Officer Ramsey, and then swapped with Sergeant Gibson and did compressions for a while. Officer Forbes stated Fire and EMS arrived, and they started an IV line in Inmate Hindi's shin.  He said once Inmate Hindi was put onto the backboard, he was moved to the stretcher, and Officer Forbes carried the IV bag while Hindi was moved.  He said once Inmate Hindi was in the ambulance, he gave the IV bag to EMS personnel, and when they left with Hindi, he went back to H5.

Officer H. Simmons works the 2nd shift; Officer Simmons said he heard the radio call go out, and that he removed inmates off of the Walk and started clearing the way for EMS to get to the cell.  Officer Simmons stated he never entered the cell himself.

Officer Mario Cooper said he was on H6 when he heard the radio call.  Officer Cooper said he and Officer Simmons went down to the cell and saw that CPR was being performed.  Officer Cooper said he went to put inmates up and perform a lockdown.  He said he guarded the door and took notes of the incident.

Officer Richardson Stimphil works the 2nd shift; Officer Stimphil said he escorted Inmate Hindi to the hospital and took over (?) until they arrived to the hospital.

Lieutenant S. Gilbert works the 2nd shift; Lieutenant Gilbert said he heard the radio request from Sergeant Hornback.  Lieutenant Gilbert stated that he saw Sergeant Gibson and told him and Officer Forbes to come with him to H5.  He said he heard the 2nd radio call go out, and got on the elevator. Lieutenant Gilbert stated Nurses Griffith and Hammond got on the elevator as well, stopped to get medical equipment and got back on the elevator.  Lieutenant Gilbert said he got off the elevator and saw work aides walking and so he told Officer Simmons to secure and lock the place down.  He told _____(?) to keep timeline notes.  Lieutenant Gilbert said he saw CPR being performed by Officer Sanders.  He said he knew EMS was on the way, and he went to Control and informed Major Ashby what was going on.  Lieutenant Gilbert went back and saw Officers Cooper and Simmons and told them to guard the door.  He notified Main Control to restrict movements on the Hall of Justice.  He stated he saw Officer Taylor with the camera and so he repositioned Officer Taylor for a better view with the camera. Lieutenant Gilbert called Sergeant Hornback and was told what had happened.  Lieutenant Gilbert said the Louisville Fire Department arrived and joined in the CPR rotation, and then the EMS arrived and joined in the rotation.  Lieutenant Gilbert said while he was doing chest compressions, he saw the ventilation tube down Inmate Hindi's throat, and he heard Nurse Malone say to keep doing compressions.  Lieutenant Gilbert said he went down to the ambulance with Inmate Hindi, and that he was informed of Inmate Hindi's bond, so he got another officer to accompany them.  Lieutenant Gilbert said the ambulance left, and he notified Major Ashby.  He got a call from Sgt. Gibson that Inmate Hindi's time of death was called at 1645, and then he called Major Ashby again to notify him.  Lieutenant Gilbert also called Chief of Staff Dwayne Clark and Lieutenant Chuck Eggers.  Lieutenant Gilbert stated

that he held a debrief in H5 Control, then got a call from Mr. Clark to meet in Director Bolton's office until PIU arrived.

Chaplain Samuel Whitlow stated he received a call from Mr. Clark between 1630 and 1645 and was asked to call Inmate Hindi's family and have them go to U of L Hospital. Chaplain Whitlow called Inmate Hindi's wife, she was not home, so he left a message for her to call him. She called Chaplain Whitlow back, and he told her to meet him at the hospital. She called her son and they both arrived to the hospital. Chaplain Whitlow went to see them in the waiting room and took them to the quiet room. The Hospital Chaplain came and the doctor came in as well, and they explained to the family that Inmate Hindi had passed away. Chaplain Whitlow stated they gave the family some time to themselves. He said Major Ashby arrived and gave a packet to the family. The son asked Major Ashby how Inmate Hindi had passed, and Major Ashby informed them that he had hung himself. Chaplain Whitlow said they were in disbelief, stating that having known the consequences, Hindi would not have done such a thing. Chaplain Whitlow said he had spoken to the family today (10-22-13) and that they were burying Hindi today, and that they were coming to get Hindi's property on Wednesday (10-23-13). Steve Durham added that the family's words were "He did not, would not do that."

Mental Health Director Kibibi Wood-Montgomery mentioned that they are offering help to anyone who needs it, in coping with the incidents.

Lee Zellars asked individuals to support each other and that it is very natural to have issues after a trauma. He said it was time to pull together and be sure not to ridicule anyone if they were having a difficult time coping with the events.

Lieutenant Angelini stated they will be sending an active CIT list in the next week or two for any other needs.

Dr. Smith said all the inmates will hear about the incident and that this is when officers need to be vigilant in watching for "copycat" issues, etc. She said to feel free to refer any inmate to her if anyone felt it was necessary.

Major Ashby gave accolades to everyone involved for a job well done. He then ran segments of the video of the incident.

Meeting adjourned at 1709.

Roll Call / Hindi Debrief 10/22/13

| | Name | Title |
|---|---|---|
| 1 | ~~W Ashby~~ | Maj |
| 2 | M. Forbes | ofc |
| 3 | LT. S. GILBERT | LT. |
| 4 | Sgt P Summers | Sgt |
| 5 | Sgt. D. Gibson | Sgt |
| 6 | Angel Malone RN | |
| 7 | Cpt. M. Hogan | Cpt. |
| 8 | Kibabi Wood-Montgomery | MHD |
| 9 | Sharolyn Richardson | DON |
| 10 | [illegible] | HSA |
| 11 | Donna J. Smith MD | PSYCH |
| 12 | Samuel [illegible], Jr | |
| 13 | Tony Harris | |
| 14 | Ryan Taylor | Ofc. |
| 15 | ~~Dwayne A. Clark~~ | LMDC |
| 16 | Richardson Stimphil | OFC. |
| 17 | Cooper Mario | OFC |
| 18 | Nicole Bertram | LPN |
| 19 | Latashia Griffin | LPN |
| 20 | Sharon Hammond LPN | |
| 21 | DeSean Ramsey | ofc |
| 22 | Sgt. C. Hornback | Sgt |
| 23 | R. Skaggs | OFC |
| 24 | G SANDERS 744 | OFC |
| 25 | Kristie Daugherty | JCAO |
| 26 | Steve Durham | JCAO |
| 27 | [illegible] Troutman | CIT |
| 28 | H. Simmons | OFC |

GB003775

29 NICHOLAS ANGELINI LT./CIT
30 Kevin Smith, M.D. / Medical Director



*Correctional Medical Services*
Suicide Prevention Program Policy & Procedure
**Critical Incident Stress Information Sheets**

You have experienced a traumatic event or a critical incident (any event that causes usually strong emotional reactions that have the potential to interfere with the ability to function normally). Even though the event may be over, you may now be experiencing or may experience later, some strong emotional or physical reactions. It is very common, in fact quite normal, for people to experience emotional aftershocks when they have passed through a horrible event.

Sometimes the emotional aftershocks (or stress reactions) appear immediately after the traumatic event. Sometimes they may appear a few hours or a few days later. And, in some cases, weeks or months may pass before the stress reactions appear.

The signs and symptoms of a stress reaction may last a few days, a few weeks, a few months, or longer, depending on the severity of the traumatic event. The understanding and the support of loved ones usually cause the stress reactions to pass more quickly. Occasionally, the traumatic event is so painful that professional assistance may be necessary. This does not imply craziness or weakness. It simply indicates that the particular event was just too powerful for the person to manage by him/herself.

Here are some common signs and signals of a stress reaction:

| Physical* | Cognitive | Emotional | Behavioral |
|---|---|---|---|
| Chills | Confusion | Fear | Withdrawal |
| Thirst | Nightmares | Guilt | Antisocial Acts |
| Fatigue | Uncertainty | Grief | Inability to Rest |
| Nausea | Hyper vigilance | Panic | Intensified Pacing |
| Fainting | Suspiciousness | Denial | Erratic Movements |
| Twitches | Intrusive Images | Anxiety | Change in Social Activity |
| Vomiting | Blaming Someone | Agitation | Change in Speech Patterns |
| Dizziness | Poor Problem Solving | Irritability | Loss or Increase in Appetite |
| Weakness | Poor Abstract Thinking | Depression | Hyper alert to Environment |
| Chest Pain | Poor Attention/Decisions | Intense Anger | Increased Alcohol Consumption |
| Headaches | Poor Concentration/Memory | Apprehension | Change in Usual Communications |
| Elevated Blood Pressure | Disorientation of time, place, or person | Emotional Shock | Etc. |
| Rapid Heart Rate | Difficulty Identifying Objects or People | Emotional Outbursts | |
| Muscle Tremors | Heightened or Lowered Alertness | Feeling Overwhelmed | |
| Shock Symptoms | Increased or Decreased Awareness of Surroundings | Loss of Emotional Control | |
| Grinding of Teeth | Etc. | Inappropriate Emotional Response | |
| Visual Difficulties | | | |
| Profuse Sweating | | | |
| Difficulty Breathing | | | |
| Etc. | | | |

** Any of these symptoms may indicat[redacted] need for medical evaluation. When in doubt, cont[redacted] physician.*

© International Critical Incident Stress Foundation, Inc. 2001 All Rights R[redacted]d

Copyright © 2007 by Correctional Medical Services, Inc., All Rights Reserv[redacted]

If after speaking with one of our clinicians you decide that you would benefit from seeing a counselor face-to-face, you will receive a referral to a provider in your area. We'll encourage you to make an appointment right away to get the support you need.

Nick Angelini

## Additional Program Features:

### Magellan Self-Screening System

If you would like information on mental health or substance abuse issues but aren't ready to speak with a counselor, you can use the Magellan Self-Screening System. Available over the phone or on MagellanHealth.com, you can take a confidential screening on alcohol abuse or depression.

Living
Healthy
Working
Well®

**Louisville Metro Government**
Employee Assistance Program
**Call 1-800-588-8143**
Magellan Self-Screening: 1-866-891-1511
For TTY Users: 1-800-456-4006

6117

**Louisville Metro Government**
Employee Assistance Program
**Call 1-800-588-8143**
Magellan Self-Screening: 1-866-891-1511
For TTY Users: 1-800-456-4006

6117

© 2006 Magellan Health Services, Inc.

0000000B-C20Erev2

**Louisville Metro Government**
Employee Assistance Program
**Call 1-800-588-8143**
Magellan Self-Screening: 1-866-891-1511
For TTY Users: 1-800-456-4006

6117

MagellanHealth.com/member

GB003278

| | |
|---|---|
| 1 | Photo |
| 2 | Chronological Report |
| 3 | Medical Reports |
| 4 | Incident Reports |
| 5 | Records Folder |
| 6 | Classification |
| 7 | Shift Reports |
| 8 | PDL Entries |
| 9 | Property |
| 10 | Other Reports |

AVERY® READY INDEX®

600085



25352 Troutman                10/19/2013 23:43                          Page: 1

GB003780

**Inmate Number:** 00577966 **Inmate Name:** HINDI, MAHMOUD Y

**DOB:** **FBI #:** **SID #:** A0761434 **SSN:**

**DL state and Number:** IN **Race:** **Sex:**

**Address:** INVALID CONVERSION ADDRESS RD
JO

**Hair Color:** Black **Eye Color:** Green **Height:** 6'00" **Weight:** 195

**Inmate's Images:**

Jail ORI: KY056023C

## ERSONAL INFORMATION

HINDI, MAHMOUD Y

Alias:

Height: 6'00"

Race: W  Sex: M  Weight: 195

Address: INVALID CONVERSION address RD JO

Hair: BLK  Eyes: GRN  Comp:

Glasses: NONE  SSN: [redacted]  DL#: 2400294796

Phone No:  Inmate Nbr: 00577966  DOB: [redacted] Age: Arrest-56 Now-56)

FBI:  SID: A0761434

Citizenship: United States of America  US Marshall Number:  Religion:

Education Level:  Body Build:  Ethnicity:

POB:  Birth State: JO  Birth City: ARMOND

Marital Status:  Militry Veteran:

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|

Total Number of Rows: 0

## ARREST INFORMATION

| Booking #: | Arresting Agency: | Arresting Officer: | Case #: | |
|---|---|---|---|---|
| 2012029784 | LOUISVILLE METRO POLICE | BAKER | 12F010120 | |
| **Booking Officer:** | **Inmate Account Balance:** | **Booking Date/Time:** | **Release Date/Time:** | **Housed:** |
| Administrator, ADMIN | $ 195.97 | 09/07/2012 02:36 | | H5-N1/003 |

Arrest Note: SUBJ SHOT TWO VIC AT ABV LOC CAUSING THE DEATH OF ONE VIC AND CRITICALLY INJURING THE OTHER. SEVEN ADDITIONAL PEOPLE WERE WITHIN FEET OF SUBJ AS HE FIRED TWO SHOTS

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| MURDER | | | | | 12/13/2013 | | | |
| | N | | | CIRCUIT COURT DIV 13 | | 12CR2772 | | |
| MURDER | | | | | 12/13/2013 | | | |
| | N | | | CIRCUIT COURT DIV 13 | | 12CR2772 | | |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | 12/13/2013 | | | |
| | N | | | CIRCUIT COURT DIV 13 | | 12CR2772 | | |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | 12/13/2013 | | | |
| | N | | | CIRCUIT COURT DIV 13 | | 12CR2772 | | |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | 12/13/2013 | | | |
| | N | | | CIRCUIT COURT DIV 13 | | 12CR2772 | | |

GB003782

| | | | | | |
|---|---|---|---|---|---|
| | N | | BAD CHECK/ ECOLOGY -203 | | 13F000021 |
| WANTON ENDANGERMENT 1ST EGREE | | | | 12/13/2013 | |
| | N | | CIRCUIT COURT DIV 13 | | 12CR2772 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | 12/13/2013 | |
| | N | | CIRCUIT COURT DIV 13 | | 12CR2772 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | 12/13/2013 | |
| | N | | CIRCUIT COURT DIV 13 | | 12CR2772 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | 12/13/2013 | |
| | N | | CIRCUIT COURT DIV 13 | | 12CR2772 |
| MURDER | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| SPEEDING 7MPH OVER (LIMTED ACCESS) | LAUREL CO WARRANT | | | | |
| | Y | RIP CREDIT TIME SERVED | | | *00T09993 LAUREL |
| SAULT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| WANTON ENDANGERMENT 1ST DEGREE | | | | | |
| | Y | COURT ORDER | | | 12F010120 |
| SERVING WARRANT FOR OTHER POLICE AGENCY | LAUREL CO WARRANT | | | | |
| | Y | WARRANT SERVED | | | *00T09993 LAUREL |
| ASSAULT, 3RD DEGREE SCHOOL EMPLOYEE OR OOL VOLUNTEER) | | | | | |
| | Y | DISMISSED | | | 13F000021 |

**Total Number of Rows:** 22

## BOOKING NOTES

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|

**Total Number of Rows:** 0

**Total Bond:** $ 10,000.00

## SUPPLEMENTAL INFORMATION

**Classification:** MX/AB **Search Type:**

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|

**Total Number of Rows:** 0

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| Driver's License Number | 2400294796 |

**Total Number of Rows:** 1

To: Deputy Director Dwayne Clark
Chief of Staff

Fr: Lt. Iryt Troutman
Crisis Intervention Team

Re: Inmate Mahmoud Y Hindi CIN #577966
Chronological report

DT: October 24, 2013

On October 24, 2013 a chronological report was completed for the death of Inmate Mahmoud Hindi CIN #577966. Inmate Hindi was booked into custody of Louisville Metro Department of Corrections on September 7, 2012. Inmate Hindi was pronounced dead at University of Louisville on October 19, 2013 at 1645 hrs. The following is a chronological report of events for Inmate Hindi while he was in custody on the current arrest.

**September 7, 2012**
0236hrs- booked into the facility on charges of Murder, Assault 1st Degree, and 7 counts of Wanton Endangerment 1st Degree
0320hrs- medical intake was completed
0440hrs- housed in J1 Passive Booking cell 2
0446hrs- Added Charges from Laurel Co of Serving Warrant for Other Agency for Speeding 7 mph Over
0555hrs- moved to and housed on J2W W1 in Cell 13
1315hrs- was seen by mental health for evaluation
????hrs- was seen by the Psychiatrist on first shift, prescribed medication

**September 8, 2012**
0924hrs- had arraignment court on case #12-F-010120 and was committed to come back to court on 9-14-12 at 0900hrs
1730hrs- received a visit from Musa Hindi and Fatima Hindi
Deposit made to account in the amount of $200.

**September 10, 2012**
1641hrs- received a visit from Musa Hindi and Fatima Hindi

**September 12, 2012**
1753hrs- received a visit from Hamza Hindi

**September 13, 2012**
Was remanded into custody without bail Case# 12CR2772

**September 14, 2012**

1106hrs- had court in 203 District Court on Case #12-F-010120 where he was released on Murder, Assault 1st, and 7 counts of Wanton Endangerment

**September 15, 2012**

1953hrs- received a visit from Musa Hindi

2033hrs- received a visit from Musa Hindi and Hasan Hindi

**September 17, 2012**

????hrs- was seen by the Psychiatrist on first shift, no medication change

1530hrs- Circuit court charges filed for 2 counts of Murder and 7 counts of Wanton Endangerment Case #12CR2772 with a new court date set for 10-22-12 at 0930hrs

1651hrs- received a visit from Tareq Hindi and Musa Hindi

2058hrs- moved to and housed on J3 N in Dorm 8 Cell 4

**September 18, 2012**

0830hrs- was seen by mental health and noted that he was adjusting well to the mental health dorm.

**September 19, 2012**

1200hrs- 14 day history and physical and mental health evaluation was completed.

**September 21, 2012**

1646hrs- received a visit from Hasan Hindi and Hamza Hindi

**September 24, 2012**

Commissary purchased in the amount of $33.30

**September 26, 2012**

1230hrs- was seen by mental health, reported that he was doing well

1555hrs –EI 43205 strip search was conducted due having a contact visit

**October 1, 2012**

Commissary purchased in the amount of $46.86

**October 4, 2012**

1300hrs- was seen by mental health, no issues reported

1633hrs- received a visit from Hasan Hindi

**October 8, 2012**

Commissary purchased in the amount of $38.18

**October 9, 2012**

Court date on Case # 12CR2772 changed to 11-02-2012 at 1000hrs
1100hrs- was seen by mental health, no issues reported

**October 15, 2012**
Commissary purchased in the amount of $28.85

**October 17, 2012**
0930hrs- was seen by mental health, no issues reported
????hrs- was seen by the psychiatrist, no change in medicine

**October 18, 2012**
1636hrs- received a visit from Hasan Hindi

**October 21, 2012**
Deposit was made to account in the amount of $150

**October 22, 2012**
???hrs- refused to take his medication
Commissary purchased in the amount of $42.00

**October 25, 2012**
1100hrs- was seen by mental health

**October 28, 2012**
1643hrs- received a visit from Hasan Hindi

**October 31, 2012**
Commissary purchased in the amount of $22.40

**November 2, 2012**
1000hrs- Court date on Case # 12CR2772 court date changed to 1-14-13 0845hrs

**November 4, 2012**
1911hrs- received a visit from Hasan Almohroug

**November 5, 2012**
Commissary purchased in the amount of $49.47

**November 12, 2012**
Commissary purchased in the amount of $53.36
Deposit to the account of $200 was made

**November 15, 2012**

1640hrs- received a visit from Hasan Almohroug

2200hrs- Health Service Request for allergies was filed

**November 17, 2012**

1330hrs-compliant to medical of a rash caused by his underwear, no rash noted by the nurse. He became upset and assessment was ended.

**November 18, 2012**

1936hrs- received a visit from Fatima Hindi and Yousef Hindi

**November 19, 2013**

Commissary purchased in the amount of $51.17

**November 25, 2012**

1647hrs- received a visit from Tareq Hindi

**November 26, 2012**

Commissary was purchased in the amount of $44.52

**November 29, 2012**

1633hrs- received a visit from Hasan Hindi

**December 2, 2012**

2154hrs- received a visit from Phillip Crowe

**December 3, 2012**

0924hrs- received a court date of December 3, 2012 at 1100hrs Inmate Hindi went to court with a new date set for 1-14-13 at 0845hrs for case #12CR2772

**December 5, 2012**

Commissary was purchased in the amount of $34.42

**December 6, 2012**

1014hrs- EI 44661 completed for unauthorized contact with the public.

1138hrs- moved to and housed on J3 S in Dorm 7 Cell 8

2051hrs- moved to and housed on J3 N in Dorm 8 Cell 6

Commissary adjustment of $34.42 was place back on account

**December 7, 2012**

Disciplinary issued, 15 days probated for disruptive behavior and engaging in sexual activities with another person

**December 10, 2012**

????hrs- was seen by the psychiatrist

Deposit to the account was made in the amount of $200

**December 11, 2102**

Commissary was purchased in the amount of $59.64

**December 13, 2012**

1633hrs- received a visit from Hasan Hindi

**December 17, 2012**

Commissary was purchase in the amount of $57.40

**December 18, 2012**

1215hrs- was seen by mental health, he expressed concerns about others in the dorm

Commissary adjustment of $1.20 was added to the account

**December 23, 2012**

1221hrs- received a visit from Musa Hindi

**December 24, 2012**

Commissary was purchased in the amount of $47.16

**December 27, 2012**

1653hrs-received a visit from Yousef Hindi and Hamza Hindi

**December 31, 2012**

????hrs- was seen by the psychiatrist; compliance rate of 93% was reported

Commissary was purchased in the amount of $48.54

**January 1, 2013**

0730hrs- Added Charges of Assault 3rd Degree (Officer Transporting Inmates) and Terroristic Threatening 3rd Degree

1029hrs- moved to and housed on J2W OBS 1 bed 3

1330hrs- doctor and nurse spoke to him about the altercation earlier that day. Hindi stated that he would kill the officer

????hrs- was seen by the psychiatrist, refused to start a new medication

**January 2, 2013**

0951hrs- Court on Case # 13-F-000021 new date set for 1-3- 13 at 0900hrs

????hrs- was seen by psychiatrist, reported homicidal ideation towards a particular officer, medication was changed.

**January 3, 2013**

0917hrs- Court on Case # 13-F-000021 new date set for 1-14-13 0900hrs
1015hrs- was seen by mental health, was placed on move list to a mental health unit
????hrs-was seen by psychiatrist, denies homicidal or suicidal ideation
1744hrs- moved to and housed on J2W in Dorm 9 bed 12
1745hrs- moved to and housed on J2W in Dorm 9 bed 11

**January 4, 2013**

1827hrs- moved to and housed on J2W in Dorm 9 bed 1
Disciplinary issued of 60 days to serve plus 15 days probated for disruptive behavior, using abusive vulgar language towards staff, refusing to follow orders and assaulting staff
Commissary was purchased in the amount of $29.47

**January 9, 2013**

Grievance filed against security

**January 10, 2013**

1330hrs- was seen by mental health
Deposit was made in the amount of $200

**January 14, 2013**

0845hrs- Court on Case # 12CR2772 new date set for 3-4-13 at 0900
0955hrs- Court on Case # 12-F-000021 new date set for 7-15-13 at 0900

**January 16, 2013**

????hrs- was seen by the psychiatrist on first shift, changes were made to his medication

**January 18, 2013**

Commissary was purchased in the amount of $28.90

**January 19, 2013**

1637hrs- received a visit from Hasan Hindi

**January 22, 2013**

1618hrs- moved to and housed on J2W W1 in Cell 3

**January 23, 2013**

0859hrs- moved to and housed on J2W in Dorm 8 bed 2

**January 24, 2013**

????hrs- was seen by the psychiatrist on first shift, he requested to move to another dorm

**January 25, 2013**

Commissary was purchased in the amount of $13.36

**January 28, 2013**

1702hrs- moved to and housed on J2W in Dorm 9 bed 6

**January 31, 2013**

1104hrs- moved to and housed on J2W W1 cell 5

1108hrs- moved to and housed on J2W W1 cell 9

**February 1, 2013**

????hrs- was seen by psychiatrist on first shift, changes were made to medication

1304hrs- moved to and housed on J2W W1 cell 5

**February 4, 2013**

1638hrs- received a visit from Hamza Hindi and Hasan Hindi

**February 5, 2013**

1600hrs- was seen by mental health with no complaints

**February 6, 2012**

EI 45941 completed for suicide prevention.

1801hrs- moved to and housed on J2W W1 cell 12

**February 7, 2013**

1420hrs- was seen by mental health, no complaints noted

????hrs- was seen by the psychiatrist on first shift

2139hrs- moved to and housed on H5 W in Dorm 9 cell 2

Commissary was purchased in the amount of $22.40

**February 9, 2013**

1230hrs- placed on suicide precautions after voicing thoughts of self-harm, feeling confused and paranoid

1303hrs- moved to and housed on H5 E N1 cell 1

**February 10, 2013**

1415hrs- seen by mental health and denies suicidal ideations, discussed medication with the psychiatrist also

1636hrs- received a visit from Yousef Hindi and Fatima Hindi

**February 11, 2013**

1200hrs- was seen by mental health

Commissary adjustment of $22.40 was added to the account

**February 12, 2013**

1200hrs was seen by mental health

????hrs- was seen by the psychiatrist on first shift and changed to level 2 observation

Deposit to the account was made in the amount of $200

**February 13, 2013**

1350hrs- mental health attempted to speak to him but he was at a visit during this time

**February 14, 2013**

1215hrs- was seen by mental health, complains of forgetfulness, he remains on level 2 observation

**February 15, 2013**

1145hrs- was seen by mental health, continues to deny suicidal ideation

**February 16, 2013**

1130hrs- was seen by mental health, only complaint is that cell is cold

**February 17, 2013**

1200hrs- was seen by mental health, request was made to come off levels

**February 18, 2013**

1100hrs- was seen my mental health, denied suicide ideations

Commissary purchase in the amount of $3.15

**February 19, 2013**

1550hrs- was seen by mental health, reports sadness over being in single cell and wants to go to a dorm

**February 20, 2013**

1410hrs- was seen by mental health, denies suicide ideation

Commissary adjustment of $3.15 was added to the account

**February 21, 2013**

1205hrs- seen by mental health, discussed medication

????hrs- was seen by the psychiatrist on first shift, sadness was reported, medications were changed and he was cleared for general population

**February 22, 2013**

1900hrs- refused to take his medication

**February 25, 2013**
0800hrs- refused his medication

**February 27, 2013**
????hrs- was seen by the psychiatrist; he was confrontational and said he would hurt patients and staff

**February 28, 2013**
1120hrs- was seen by mental health and requested that medicine be changed

**March 2, 2013**
1948hrs- EI 46394 completed for being combative
Disciplinary dismissed for due process for disruptive behavior, refusing to follow orders and assaulting staff

**March 3, 2013**
0135hrs- seen by medical complained that he was kicked in the side. X ray was ordered and he was moved to the medical unit on observation.
0401hrs- moved to and housed on J2W W2 cell 4
0818hrs- EI 46419 completed for inmate transported to the hospital

**March 4, 2013**
0900hrs- Court on Case # 12CR2772 new date set for 4-26-13 at 0845hrs
Grievance filed against property

**March 6, 2013**
????hrs- returned from the hospital on third shift
0235hrs- moved to and housed on J2W W2 cell 1
????hrs- was seen by medical on first shift
????hrs- was seen by the psychiatrist on first shift, was argumentative and refused to sign consent forms for medication

**March 7, 2013**
????hrs- was seen by the psychiatrist on first shift, medications were changed

**March 8, 2013**
Commissary was purchased in the amount of $31.79

**March 10, 2013**
Deposit was made it the amount of $200

**March 11, 2013**
????hrs- seen by medical on first shift, medication changes were made
1642hrs- received a visit from Yousef Hindi and Fatima Hindi

**March 13, 2013**
Grievance filed against security

**March 15, 2013**
????hrs- seen by the psychiatrist on first shift, no change in medication
Commissary was ordered in the amount of $10.97

**March 16, 2013**
1650hrs- received a visit from Hasan Hindi

**March 20, 2013**
1110hrs- seen by mental health
Commissary was ordered in the amount of $11.20

**March 22, 2013**
????- was seen by medical on first shift, medications were changed and he was released from medical
2114hrs- moved to and housed on J4 S in Dorm 7 cell 6
Commissary was ordered in the amount of $27.49

**March 28, 2013**
1115hrs- was seen by mental health
Commissary adjustment of $2.40 was added to the account

**April 2, 2013**
0940hrs-returned from clinic visit, no new orders given
Commissary was ordered in the amount of $14.80

**April 4, 2013**
1130hrs- was seen by mental health

**April 9, 2013**
Commissary was ordered in the amount of $37.24

**April 11, 2013**
1240hrs- was seen by mental health, no concerns noted

**April 13, 2013**
1637hrs- received a visit from Hasan Hindi

**April 14, 2013**
1730hrs- moved to and housed on J4 S in Dorm 7 cell 7

**April 17, 2013**
1320hrs-was seen by mental health

**April 23, 2013**
A deposit was made the account in the amount of $26.95
Commissary was purchased in the amount of $36.70

**April 26, 2013**
0845hrs- Court on case #12CR2772 new date set for 6-3-13 at 1000hrs
1425hrs – moved with no location and time logged

**April 30, 2013**
Commissary purchased in the amount of $43.26

**May 2, 2013**
1432hrs- seen by mental health

**May 6, 2013**
1100hrs- Health service request requesting medication change filed

**May 8, 2013**
1259hrs- seen by mental health, requested medicine change

**May 9, 2013**
1300hrs- health service request for wart on right hand and back pain filed

**May 10, 2013**
1245hrs- seen my mental health
Commissary ordered in the amount of $40.14

**May 11, 2013**
0739hrs- received a visit from Musa Hindi

**May 13, 2013**
1100hrs- seen by medical for lower back pain

**May 15, 2013**
1649hrs- received a visit from Hamza Hindi

**May 16, 2013**
1300hrs- seen by mental health

**May 17, 2013**
1110hrs- seen by mental health
Grievance filed against classification

**May 22, 2013**
Commissary purchased in the amount of $59.14

**May 28, 2013**
1320hrs- seen by site medical director, complained of lower back pain, medication was changed

**May 29, 2013**
Commissary was purchased in the amount of $46.86

**May 30, 2013**
Commissary purchased on the amount of $20.00

**June 3, 2013**
1000hrs- Court on Case # 12CR2772 new date set for 8-26-13 at 0845hrs
????hrs- seen by mental health on first shift, no concerns noted

**June 4, 2013**
Commissary purchased in the amount of $55.89

**June 6, 2013**
Commissary purchased in the amount of $19.95

**June 12, 2013**
1640hrs- received a visit from Hasan Hindi
Commissary purchase in the amount of $44.88

**June 19, 2013**
1644hrs- received a visit from Hasan Hindi

**June 23, 2013**
Money balance transferred from IMS to X-Jail. Balance is $170.61

**June 26, 2013**
1220hrs- seen by mental health and asked to be moved to the mental health unit

**July 12, 2013**

1115hrs- was seen by mental health

**July 13, 2013**

Purchased commissary in the amount of $58.72. Balance is $111.89

**July 15, 2013**

0929hrs- Court on Case # 13-F-000021 new date set for 12-06-13 0900

**July 17, 2013**

????hrs- was seen by mental health on first shift
1300hrs- was seen by mental health
Purchased commissary in the amount of $7.25. Balance is 104.64
Purchased commissary in the amount of $23.42. Balance is $81.22
Purchased commissary in the amount of $5.60. Balance is $75.62

**July 23, 2013**

Purchased commissary in the amount of $38.06. Balance is $37.56

**July 26, 2013**

1200hrs- was seen by mental health

**July 28, 2013**

Deposit made to account in the amount of $200. Balance is $237.56

**July 30, 2013**

Purchased commissary in the amount of $50.35. Balance is $187.21

**August 1, 2013**

1335hrs- was seen by mental health

**August 8, 2013**

1120hrs- was seen by mental health
1330hrs- was seen by mental health and requested to speak to the psychiatrist

**August 12, 2013**

????hrs- Health Service Requested related to back pain and wart was filed

**August 13, 2013**

Grievance filed against classification
Grievance filed against recreation

**August 14, 2013**

1650hrs- EI 49652 completed for being disruptive.

????hrs- assessed by nurse, complains of pain to neck, knees and ribs

1810hrs- EI 49659 completed for strip search after contact visit with family.

**August 15, 2013**

0030hrs- assessed by nurse, complains of pain to ribs, demanded to go to the ER, vitals were normal and EKG was done

1140hrs- was seen by a nurse about Health Service Request, refused pain protocol

1300hrs-was seen by mental health

Grievance filed against programs

**August 16, 2013**

????hrs- was uncooperative with chronic clinic visit

1530hrs- was seen by mental health due to phone call from wife, she reported that he was having suicidal ideation, placed on suicide precaution

2214hrs- moved to and housed on J2W W1 cell 6

1530hrs- EI 49714 completed for suicide prevention

**August 17, 2013**

0140hrs- wellness check was conducted, no complaints

**August 18, 2013**

0410hrs- wellness check was conducted, it was noted that he was agitated

Purchased commissary in the amount of $55.44. Balance is $131.77

**August 19, 2013**

0000hrs- wellness check conducted, no complaints

0800hrs- wellness check completed and he reported that he wanted meds later due to fasting

1000hrs-was seen by mental health and denied suicidal ideation, requested change in medication

Grievance filed against medical

**August 20, 2013**

0030hrs- wellness check conducted

1100hrs-was seen by mental health, requested to stay on the mental health unit

2000hrs- was seen by mental health

Grievance filed against security staff

**August 21, 2013**

0612hrs- wellness check completed

1105hrs- EI 49822 completed for being disruptive

1105hrs- was assessed by medical

????hrs- wellness check was conducted on first shift
1300hrs- seen by mental health
1645hrs-wellness check was conducted
Purchased commissary in the amount of $22.40. Balance is $109.37

**August 22, 2013**
0035hrs- wellness check conducted, would like to talk to the psychiatrist
1200hrs- wellness check conducted, requested to be taken off observation
1300hrs- was seen by mental health, requested to be moved to a dorm
????hrs- wellness check conducted on second shift, noted being agitated

**August 23, 2013**
0430hrs- seen by nurse for complaints of pain to finger
0736hrs- moved to and housed on J2W W1 cell 4
1000hrs- was seen by mental health
2000hrs-wellness check was conducted; he was upset about water being turned off

**August 24, 2013**
0010hrs- wellness check conducted, no concerns reported
0810hrs- seen by mental health
0915hrs- wellness check was conducted
????- Health Service Request for back pain filed

**August 25, 2013**
0425hrs- wellness check conducted
0815hrs- seen by mental health, requested to come of observation

**August 26, 2013**
0200hrs- wellness check completed
0845hrs- Court on Case # 12CR2772 new date set for 10-16-13 at 0845hrs
1600hrs- seen by mental health, reports increase in depression related to court
2000hrs- wellness check conducted
????hrs- wellness check was conducted on second shift

**August 27, 2013**
0000hrs- wellness check completed
1200hrs- seen by mental health
Credit from commissary in the amount of $22.40. Balance is $131.77

**August 28, 2013**
0150hrs- wellness check conducted
0800hrs- wellness check conducted

????hrs- seen by psychiatrist, taken off observation
Purchased commissary in the amount of $22.40. Balance is $109.37

**August 29, 2013**
1640hrs- was seen by the nurse, pain protocol was ordered
Purchased commissary in the amount of $59.23. Balance is $50.14

**August 31, 2013**
2132hrs- moved to and housed on J2W W1 cell 10

**September 3, 2012**
????hrs- call received, on first shift, from spouse stating that he is not going to harm himself and that he wants off observation, mental health followed up

**September 4, 2013**
1350hrs- was seen by mental health, no concerns noted
Deposit made to account in the amount of $200.00. Balance is $250.14

**September 6, 2013**
Purchased commissary in the amount of $11.20. Balance is $238.94

**September 9, 2013**
Purchased commissary in the amount of $58.75. Balance is $180.19

**September 11, 2013**
1330hrs- was seen by mental health
1500hrs- Health Service Request complaining of neck pain and constipation was filed
Purchased commissary in the amount of $5.60. Balance is $174.59

**September 12, 2013**
1500hrs- Health Service Request for edema in lower extremities filed
Purchased commissary in the amount of $59.23. Balance is $115.36

**September 13, 2013**
1805hrs- nurse visited to address Health Service Requests, pain pack and constipation protocol ordered
Grievance filed against security staff

**September 17, 2013**
Grievance filed against recreation
Grievance filed against staff

**September 18, 2013**

1400hrs- was seen by mental health

**September 19, 2013**

????hrs-was seen by the psychiatrist on first shift, complains of decreased sleep, medication was changed

Purchased commissary in the amount of $40.02. Balance is $75.34

**September 19, 2013**

Grievance filed against staff

**September 20, 2013**

2132hrs- moved to and housed on H5 N1 cell 3

**September 23, 2013**

Purchased commissary in the amount of $27.65. Balance is $47.69

**September 24, 2013**

1215hrs-was seen by mental health

1330hrs- was seen by mental health, requested to move to mental health dorm 8

Grievance filed against classification

Grievance filed against medical

**September 25, 2013**

1300hrs- health service request for neck pain and side effects to medicine was filed

1646hrs- received a visit from Hasan Hindi

**September 26, 2013**

1200hrs- was taken to gym

**September 27, 2013**

Grievance filed against staff

**September 28, 2013**

????hrs- refused to see medical to address health service request on first shift

**September 29, 2013**

Deposit made to account in the amount of $200.00. Balance is $247.69

**October 2, 2013**

1112hrs was seen by the medical doctor and medicine was prescribed

1205hrs-was seen by mental health

Purchased commissary in the amount of $51.72. Balance is $195.97

**October 4, 2013**

1200hrs- was taken to gym

**October 9, 2013**

1240hrs- was seen by mental health

**October 11, 2013**

1200hrs- was taken to gym

**October 16, 2013**

0845hrs- Court on Case # 12CR2772 new date set 12-13-13 at 0845hrs

**October 19, 2013**

1559hrs- EI 51051 started for hospital run

1600hrs- medical was on scene, CPR in progress and continued until EMS took over

1605hrs- Louisville Fire/EMS on the scene

1630hrs- Departed for University of Louisville Hospital via EMS

1645hrs- Declared deceased by University of Louisville Hospital Dr. Johnson

**ADDITIONAL INFORMATION**

There were no records found of any professional visits even though he did receive them. He had attorney visits and an in-house evaluation.

He also received regular visits. From June 23, 2013 forward a report was not able to be generated showing all visits.

# CHRONOLOGICAL REPORT

Name: Mahmoud, Hindi   CIN# 577966

| DATE | TIME | |
|---|---|---|
| 9/7/12 | 2:36a | Patient booked into Louisville Metro Department of Corrections. |
| | 3:20a | Patient completed medical intake. Blood Pressure- 140/80, Pulse- 96, Respiration- 17, Temperature- 97.2. Reports a history of depression and was taking Prozac 40 mg samples from his office. Patient denied ever being hospitalized for any psychological reason, never had a suicide attempt, and denied current suicide ideation. He also reported a lower back surgery 3 months prior to arrest. Patient referred to mental health due to the nature of his charges and his report of depression. |
| | 1:15p | Patient seen by mental health. Mental health evaluation, treatment plan, and discharge completed. Patient reports a history of depression with last treatment in 2007. Stated that he was treating him with samples of Prozac from his work. Patient referred to doctor for continued evaluation. |
| | 1st shift | Patient seen by Psychiatrist. Patient was alert and orientated x' 3, mood and affect were normal however inappropriate for situation, denies suicide ideation or hallucinations. Patient was given the diagnosis of Depression and started on Prozac 40mg daily. Patient signed the Psychotropic Medication Consent Form. Return to see me in 1 month. |
| 9/17/12 | 1st shift | Patient seen by Psychiatrist. Patient was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. |
| 9/18/12 | 8:30a | Patient seen by mental health professional. Patient adjusted well to mental health dorm. Medication compliance reported, no issues reported. Patient encouraged continuing compliance. |
| 9/19/12 | 12:00p | Patient 14 day History and Physical and mental health evaluation completed. Blood Pressure- 122/90, Pulse- 64, Respiration- 16, Temperature- 98.4. Patient reported a history of 2 back surgeries in 1994 and 2012. Patient reported a history of depression and referral made. Patient denied any major problems and education was provided for medication and dental. |
| 9/26/12 | 12:30p | Patient seen by mental health. Patient doing well in mental health dorm. Presented as stable. Patient encouraged continuing compliance. |
| 10/4/12 | 1:00p | Patient seen by mental health. Presented as stable. No issues reported. |
| 10/9/12 | 11:00a | Patient seen by mental health. Patient doing well, stable. |
| 10/17/12 | 9:30a | Patient seen by mental health. Presented as stable. No issues reported. |
| 10/17/12 | 1st shift | Patient seen by psychiatrist. Patient was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression with psychotic, no change in medication. |
| 10/22/12 | 1st shift | Patient refused medication- Prozac and ibuprofen |
| 10/25/12 | 11:00a | Patient seen by mental health. Patient doing well, stable. Continue medication management. |
| 11/15/12 | 10:00p | Health Service Request- cutaneous allergies |
| 11/17/12 | 1:30p | Patient compliant was that he was having a rash caused by his underwear. Nurse noted no rash. Patient reported that he wanted Hanes from Wal-Mart. Patient became upset and ended assessment. |
| 12/10/12 | 1st shift | Patient seen by Psychiatrist. Patient seen doctor reported side effects to medication of forgetfulness. Patients mental status was alert and orientated x's 3, mood was euthymic, affect was normal, insight and judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. |

| 12/31/12 | 1st shift | Patient seen by Psychiatrist. Patient seen doctor reported side effects to medication of rage and irritability. Patients mental status was alert and orientated x's 3, mood was [illegible] was normal [illegible] judgment fair, denies having hallucinations or suicide ideation. Patient diagnosis was depression, no change in medication. Compliance rate of 93 %. |
|---|---|---|
| 12/18/12 | 12:15p | Patient seen by mental health. Patient expressed concerns about others in the dorm. Patient may be getting to comfortable in dorm. He refers to others in derogatory terms. Mental health professional encouraged medication compliance and will continue to monitor behavior changes. |
| 1/1/13 | 1:30p | Doctor and nurse pulled patient and spoke with him about altercation that happened on the floor. Patient reported that he had problems with the officers and stated that he would kill the officer. Medical called command staff to notify them of statements. |
| | 1st shift | Patient seen by Psychiatrist. Patient presented with pressured speak and focused anger. His mental status was alert and orientated x's 3, he was agitated and fidgety with rapid pressured speech, his mood was angry, with poor judgment and insight. Patient diagnosis was mood disorder with homicidal ideation. Patient refused Trilafon. |
| 1/2/13 | 1st shift | Patient seen by the Psychiatrist. His he reported homicidal ideation toward a particular officer. The Psychiatrist made a change in his medications at this time. |
| 1/3/13 | 1st shift | Patient seen by Psychiatrist. He continues to verbalize anger toward staff. He denies any homicidal or suicidal ideation at this time. |
| 1/3/13 | 10:15a | Patient seen by MHP. He continues to talk about incident with particular officer. His mental status was stable at the time. MHP provided reflective listening and had patient transferred into a dorm on the MH Unit. |
| 1/10/13 | 1:30p | Patient seen by MHP. He was stable at the time and remained in a MH dorm. |
| 1/16/13 | 1st shift | Patient seen by the Psychiatrist. Patient stable at the time. He complains of side effects of his medications. Changes were made in his medications. AIMS testing were also completed. |
| 1/24/13 | 1st shift | Patient seen by Psychiatrist. Patient stable at the time. He reports an improvement in his mood. He also request to move to another MH dorm. |
| 2/1/13 | 1st shift | Patient seen by the Psychiatrist. Patient stable at the time. He complains of side effects of medications and cell being cold. Changes were made in his medications. |
| 2/5/13 | 4:00p | Patient seen by MHP. He was stable and housed in a MH dorm at the time. He voiced no complaints. |
| 2/7/13 | 2:20p | Patient seen by MHP. He was stable at the time. He voiced no complaints. |
| 2/7/13 | 1st shift | Patient seen by Psychiatrist. He was stable at the time. He continued to talk about issue with officer. It was discussed with him that he would be moved to GP. |
| 2/9/13 | 12:30p | Patient placed on Suicide Precautions after voicing thoughts of self-harm. He also complains of feeling confused and paranoid. |
| 2/10/13 | 2:15p | Patient seen by MHP. He now denies suicidal ideation and voices concerns of being on Suicide Precautions. MHP discussed coping skills and reasons he was placed on levels with patient. He also discussed patient's medications with the Psychiatrist. |
| 2/11/13 | 12:00p | Patient seen by MHP. He is stable at the time. |
| 2/12/13 | 11:00a | Patient seen by MHP. He is stable at the time. |
| 2/12/13 | 1st shift | Patient seen by Psychiatrist. He is stable at the time. He voices concern with being moved to GP. He was changed to Level II at this time. |
| 2/13/13 | 1:50p | MHP attempted visit with patient however he was at a visit during the time. |
| 2/14/13 | 12:15p | Patient seen by MHP. He is stable at the time and denies any suicidal ideation. He complains of "forgetfulness". Coping techniques and safety issues were discussed. Patient remains on Level II at this time. |
| 2/15/13 | 11:45a | Patient seen by MHP. He is stable at the time. He continues to deny suicidal ideation. Coping techniques and medication compliance were discussed. |
| 2/16/13 | 11:30a | Patient seen by MHP. He is stable at the time. His only complaint is that cell is cold. |

| | | |
|---|---|---|
| 2/17/13 | 12:00p | Patient seen by MHP. He is stable at the time. Requested to be taken off levels. |
| 2/18/13 | 11:00a | Patient seen by mental health. He is stable at the time. Denied suicide ideation. |
| 2/19/13 | 3:50p | Patient seen by mental health. He is stable at the time. Reports some sadness over being housed in the cell. He wanted to go to GP. Mental health professional discussed coping. |
| 2/20/13 | 2:10p | Patient seen by mental health. He is stable at the time. Questions how much longer he will have to stay in observation. Denies suicide ideation. |
| 2/21/13 | 12:05p | Patient seen by mental health. Patient concerned about a change in sleep pattern. Denied suicidal ideation. Mental health professional and patient discussed medication. |
| 2/21/13 | 1st shift | Patient seen by psychiatrist. Patient reported some sadness and requested pervious medications. Medication adjustments were made and patient levels discontinued and cleared to general population. |
| 2/22/13 | 7:00p | Patient refused medication (Trilafon). |
| 2/25/13 | 8:00a | Patient refused medication (Cogentin & Trilafon). |
| 2/27/13 | 1st | Patient seen by Psychiatrist. Patient was confrontational and expresses that he would hurt patients on that mental health unit and staff. Psychiatrist assessment is and adverse side effect to Prozac and paranoia. |
| 2/28/13 | 11:20a | Patient seen by Mental Health. Patient requested that his medication be changed and the Prozac restarted. He stated that he wanted to be on the mental health unit. Mental Health professional and discussed patient concerns with doctor. Doctor aware of medication changes. |
| 3/3/13 | 1:35a-8:20a | Patient seen by medical. Patient complained of pain "I was kicked in my side." Nurse noted injury and called medical doctor. A stat x-ray was ordered and he is moved to medical unit on medical observation until patient x-ray could be read. Per report he had right numpneumothorax, he was then sent to ER. |
| 3/6/13 | | Patient return from the hospital. |
| 3/6/13 | 1st shift | Patient seen by medical provider. Orders were given for continued treatment and pain. |
| 3/6/13 | 1st shift | Patient seen by Psychiatrist- Patient refused to come to see doctor. Doctor went to see him cell side. Patient was argumentative with doctor and spoke about being at the hospital. Patient refused to sign consent forms for medication. |
| 3/7/13 | 1st shift | Patient seen by Psychiatrist. Patient noted to be paranoid about correction staff. Patient medications were changed at this time. |
| 3/11/13 | 1st shift | Patient seen by medical provider. Patient noted to need a follow up about with trauma clinic in 2 weeks. Medication changes made. |
| 3/15/13 | 1st shift | Patient seen by Psychiatrist. Patient noted to be in good spirits. Patient medication stayed the same. |
| 3/20/13 | 11:10a | Patient seen by mental health. Patient stable, medication compliance discussed, spoke about his release from medical. |
| 3/22/13 | 1st shift | Patient seen by medical provider. Patient vitals were stable. Medication increased and cleared to GP. |
| 3/28/13 | 11:15a | Patient seen by mental health on segregation rounds. |
| 4/2/13 | 9:40 | Patient returned from trauma clinic. Blood Pressure- 118/73, Pulse- 77. No new orders given. |
| 4/4/13 | 11:30a | Patient seen by mental health on segregation rounds. |
| 4/11/13 | 12:40p | Patient seen by mental health. Patient reports medication compliance. Patient had no concerns. |
| 4/11/13 | 12:45p | Patient seen by mental health on segregation rounds. |
| 4/17/13 | 1:20p | Patient seen by mental health on segregation rounds. |
| 5/2/13 | 2:32p | Patient seen by mental health. Patient reports medication compliance and had not concerns. |
| 5/6/13 | 11:00a | Health Service Request- Patient requesting medication change back to Prozac. |

| | | |
|---|---|---|
| 5/8/13 | 12:59p | Patient seen by mental health- Patient requested for his medication to be changed back to Prozac 40mg. Mental Health Professional spoke with patient about medication compliance. |
| 5/9/13 | 1:00p | Health Service Request- Wart on right hand and back pain |
| 5/10/13 | 12:45p | Patient seen by mental health on segregation rounds. |
| 5/13/13 | 11:00a | Vital signs normal. Patient concern is lower back pain. |
| 5/16/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 5/17/13 | 11:10a | Patient seen by mental health on segregation rounds. |
| 5/28/13 | 1:20p | Patient seen by Site Medical Director. His vitals were stable. He complained of lower back pain. Medications changed at this time. |
| 6/3/13 | 1st shift | Patient seen by MHP. He stable at the time. He voiced no complaints. |
| 6/26/13 | 12:20p | Patient seen by MHP. He stable at this time. He voiced wanting to be housed on the MH Unit. |
| 7/12/13 | 11:15a | Patient seen by mental health on segregation rounds. |
| 7/17/13 | 1st shift | Patient seen by MHP. He stable at the time. He voiced no complaints. |
| 7/17/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 7/26/13 | 12:00p | Patient seen by mental health on segregation rounds. |
| 8/1/13 | 1:35p | Patient seen by mental health on segregation rounds. |
| 8/8/13 | 11:20a | Patient seen by mental health on segregation rounds. |
| 8/8/13 | 1:30p | Patient seen by MHP. He requested to see the Psychiatrist. He was stable at this time. |
| 8/12/13 | 1st shift | Patient turned in HSR related to back pain and wart. |
| 8/14/13 | 2nd shift | Nursing called to assess patient. He complains of pain to his neck, knees, and ribs. His was assessed and in no distress. |
| 8/15/13 | 12:30a | Nursing called to assess. He complains of pain to his ribs. He was demanding to go to the E.R. His vital signs were in normal limits. An EKG was completed that showed no abnormalities. |
| 8/15/13 | 11:40a | Patient seen by Nursing regarding HSR. He refused the pain protocol. |
| 8/15/13 | 1:00p | Patient seen by mental health on segregation rounds. |
| 8/16/13 | 1st shift | Patient was uncooperative with Chronic Clinic visit. |
| 8/16/13 | 5:00p | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/16/13 | 3:30p | Patient seen by MHP related to call from spouse. She reports that he is having suicidal ideation. Patient was placed on Suicide Precautions. |
| 8/17/13 | 1:40a | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/18/13 | 4:10a | Wellness check completed by Nursing. Patient noted to be agitated. |
| 8/19/13 | 12:00a | Wellness check completed by Nursing. Patient stable with no complaints. |
| 8/19/13 | 8:00a | Wellness check completed by Nursing. Patient reports that he is fasting and wanted meds later. |
| 8/19/13 | 10:00a | Patient was seen by MHP. He was stable at the time and denied suicidal ideation. He requested change in medications. |
| 8/19/13 | 1:50p | Patient seen by MHP. He was agitated and uncooperative. |
| 8/19/13 | 1st shift | Patient seen by Psychiatrist. His mood was labile, pressured speech, thought process racing, flight of ideas, thought content paranoid, and he denies suicidal ideation. Medications changed at this time. |
| 8/20/13 | 12:30a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/20/13 | 11:00a | Patient seen by MHP. Patient stable at the time. He request to remain on the MH Unit. |
| 8/20/13 | 8:00p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/21/13 | 6:12a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/21/13 | 11:05a | Nursing visit. Patient assessed and stable. |

| 8/21/13 | 1st shift | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. He request to be taken off Observation. |
|---|---|---|
| 8/21/13 | 1:00p | MHP visit. Patient stable and voices no complaints. |
| 8/21/13 | 4:45p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/22/13 | 12:35a | Wellness check completed by Nursing. Patient stable at this time. He reports that he does not want to harm self and would like to see the Psychiatrist. |
| 8/22/13 | 12:00p | Wellness check completed by Nursing. Patient stable at the time and request to see Psychiatrist to be taken off Observation. |
| 8/22/13 | 1:00p | Patient seen by MHP. Patient was stable. He requested to be moved from single cell to dorm on MH Unit. |
| 8/22/13 | 2nd shift | Wellness check completed by Nursing. He was noted to be agitated. He denies suicidal Ideation. |
| 8/23/13 | 12:00a | Wellness check completed by Nursing. He stable and requesting to see the Psychiatrist to be taken of Observation. |
| 8/23/13 | 4:30a | Patient seen by Nursing with complaints of pain to finger. |
| 8/23/13 | 10:00a | Patient seen by MHP. He is stable and denies suicidal ideation. He demanded to remain on the MH Unit. |
| 8/23/13 | 8:00p | Wellness check completed by Nursing. He was stable but upset regarding his water being shut off. |
| 8/24/13 | 12:10a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/24/13 | 8:10a | Patient seen by MHP. Patient stable at the time and has no complaints. |
| 8/24/13 | 9:15a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/24/13 | 2nd shift | Patient turned in HSR with complaints of back pain. |
| 8/25/13 | 4:25a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/25/13 | 8:15a | Patient seen by MHP. He is stable at the time and requesting to come off Observation. |
| 8/26/13 | 2:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/26/13 | 4:00p | Patient seen by MHP. Patient reports increase depression related to court. He denies suicidal ideation. MHP discussed coping shields. |
| 8/26/13 | 8:00p | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/26/13 | 2nd shift | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/27/13 | 12:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/27/13 | 12:00p | MHP visit. Patient stable and denies suicidal ideation. Patient asking about housing once released from the MH Unit. |
| 8/28/13 | 1:50a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/28/13 | 8:00a | Wellness check completed by Nursing. Patient stable at the time and voices no concerns. |
| 8/28/13 | 1st shift | Patient seen by Psychiatrist. His thought content was appropriate, no suicidal ideation; mood was labile, affect appropriate, speech pressure. He was taken off Observation. |
| 8/29/13 | 4:40p | Nursing visit. Patient stable. Pain protocol was ordered. |
| 9/3/13 | 1st shift | Call from patient's spouse stating that he is not harm self and stating that he wants to be taken off Observation. MHP followed up with patient who was stable at the time. |
| 9/4/13 | 1:50p | MHP visit. Patient stable and voices no concerns. |

| 9/11/13 | 1:30p | MHP visit. Patient stable and voices no concerns. |
|---|---|---|
| 9/11/13 | 3:00p | Patient turns in HSR complaining of neck pain. He was requesting to see an MD for pain meds. He also requested meds for constipation. |
| 9/12/13 | 3:00p | Patient turns in HSR complaining of edema in lower extremities. He is requesting to see MD. |
| 9/13/13 | 6:05p | Nursing visit to address HSR's. His vitals were stable. He was ordered a pain pack and started on constipation protocol. |
| 9/18/13 | 2:00p | Patient seen by mental health. Patient stable and voiced no current concerns. |
| 9/19/13 | 1st shift | Patient seen by Psychiatrist. He was stable at this time. He denies suicidal ideation. He complains of decrease sleep changes were made in his medications. |
| 9/24/13 | 12:15p | Patient seen by mental health on segregation rounds. |
| 9/24/13 | 1:30p | Patient seen by mental health. Patient was stable and is quoted tell Mental health that "happy to see you". Patient requested to be moved to mental health dorm 8. Mental health explained that he was not a candidate for that housing location. |
| 9/25/13 | 1:00 | Health Service Request- neck pain and side effects to medication |
| 9/28/13 | 1st shift | Patient refused to see medical to address Health Service Request. |
| 10/2/13 | 11:12a | Patient seen by medical doctor in relation to edema is legs and stiffness in neck. Doctor noted no edema and gave ibuprofen for pain. |
| 10/2/13 | 12:05p | Patient seen by mental health on segregation rounds. |
| 10/9/13 | 12:40p | Patient seen by mental health on segregation rounds. |
| 10/14/13 | 8:00a | Patient was offered meds during med pass. |
| 10/14/13 | 8:00p | Patient was offered meds during med pass. |
| 10/15/13 | 8:00a | Patient was offered meds during med pass. |
| 10/15/13 | 8:00p | Patient was offered meds during med pass. |
| 10/16/13 | 8:00p | Patient was offered meds during med pass. |
| 10/16/13 | 1:10p | Patient seen by mental health on segregation rounds. |
| 10/16/13 | 8:00p | Patient was offered meds during med pass. |
| 10/17/13 | 8:00a | Patient was offered meds during med pass. |
| 10/17/13 | 8:00p | Patient was offered meds during med pass. |
| 10/18/13 | 8:00a | Patient was offered meds during med pass. |
| 10/18/13 | 1st shift | Patient seen by medical on medical segregation rounds |
| 10/18/13 | 8:00p | Patient was offered meds during med pass. |
| 10/19/13 | 8:00a | Patient was offered meds during med pass. |
| 10/19/13 | 4:00p | Patient found hanging in cell by correction staff. Medical was on floor and CPR begin and continued until EMS took over. |
| 10/19/13 | 4:45p | Dr. Johnson pronounced that patient was deceased. |

Respectfully Submitted,

Kibibi Wood-Montgomery
Director of Mental Health

| | | | | | |
|---|---|---|---|---|---|
| Name | HINDI, MAHMOUD Y | | Booking # | 2012029784 | Facility 1 |
| Inmate # | 00577966 | Sex MALE DOB [redacted] | Book Dt/Tm | 09/07/2012 02:36 | Wing H5E |
| Race | White/Eurp/ N.Afr/Mid.Eas | Age 56 | Release Dt/Tm | | Dorm H5E-N1 |
| **Status** | | In Jail | Classification | MX/AB | Cell H5-N1 |

## Incident History

| Incident Date | Incident Type | Booking # | Reporting Officer | Form Name | Facility | Approved Dt/Tm | Appr |
|---|---|---|---|---|---|---|---|
| 10/19/2013 15:55 | DEATH OF INMATE | 2012029784 | Hornback, Christopher | EI REPORT | 1 | | |
| 08/21/2013 11:05 | DISRUPTIVE | 2012029784 | Hale, Derek | EI REPORT | 1 | | |
| 08/16/2013 15:30 | Sucide Prevention | 2012029784 | Redmon, Michael | EI REPORT | 1 | | |
| 08/14/2013 18:10 | STRIP SEACH - INMATE | 2012029784 | Gibson, Darren | EI REPORT | 1 | | |
| 03/03/2013 09:03 | HOSPITAL, INMATE TRANSPORTED | 2012029784 | | EI REPORT | 1 | 03/10/2013 11:03 | |
| 03/02/2013 07:03 | COMBATIVE | 2012029784 | | EI REPORT | 1 | 03/04/2013 09:03 | |
| 02/09/2013 12:02 | Sucide Prevention | 2012029784 | | EI REPORT | 1 | 02/11/2013 01:02 | |
| l/01/2013 01:01 | ADDITIONAL CHARGES | 2012029784 | | EI REPORT | 1 | 01/07/2013 11:01 | |
| 01/01/2013 01:01 | DISRUPTIVE | 2012029784 | | EI REPORT | 1 | 01/07/2013 11:01 | |
| 12/06/2012 10:12 | DISRUPTIVE | 2012029784 | | EI REPORT | 1 | 12/06/2012 03:12 | |
| 12/06/2012 10:12 | UNAUTHORIZED CONTACT W/PUBLIC | 2012029784 | | EI REPORT | 1 | 12/06/2012 03:12 | |
| 09/26/2012 03:09 | Strip Search - Inmate | 2012029784 | | EI REPORT | 1 | 09/26/2012 11:09 | |
| | DISRUPTIVE | 2012029784 | Gibson, Darren | EI REPORT | 1 | | |

# Incident Report

Incident Report # 43205 Incident Type Incident DateTime 09/26/2012 03:

Location Type Location J3 MULTIPURPOSE ROOM

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative At approx. 1555 a strip search was conducted on J3 in the Multipurpose Room bathroom on inmate Hindi, Mahmoud # 577966. Strip search was conducted per policy following a contact visit. Search was conducted by Officer Walker and Officer Lydon. No contraband was located. Inmate returned to his housing location of J3 Dorm 8 with no incident. Strip Search Form completed and placed with shift paperwork. Shift Commander notified. EOR  Sgt. M Zapata # 302

## Officer involved

| Name |
|---|

Employee Signature Date

# Incident Report

Incident Report # 44661

Incident Type

Incident DateTime 12/06/2012 10:12

Location Type

Location J3 DORM 8

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 12-06-2012 at 1014 hours the canteen employee, Equisha Keys, was passing commissary to J3 D8, the mental health dorm. When Inmate Hindi Mahmoud CIN# 577966 got his commissary, I - OFC M. Weekes – witnessed Inmate Hindi hug and kiss the canteen worker on the forehead. I immediately pulled the inmate out of the dorm and placed him in the J3 West Hold. Mental Health was called and Sgt. Jones was notified. Inmate Hindi was moved to J3 dorm 7 cell 8 and received disciplinary.   OFC M. Weekes LMDC #748 –EOR–

## Officer Involved

| Name |
|---|

Employee Signature

Date

GB003841

# Incident Report

Incident Report # 45106 Incident Type Incident DateTime 01/01/2013 01:0

Location Type Location NEW JAIL COMPLEX, J3 DORM 8.

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On today's date at approximately 0730hrs while morning sick call was being conducted by Ofc. Hornback, inmate Hindi, Mahmoud cin#577966 had come up for his morning medication passing Ofc. Hornback and could be heard saying "you fucking bastard officer". Ofc. Hornback continued to let inmate Hindi receive his medication. After this action, Ofc. Hornback requested that inmate Hindi step out of the dorm to find out what his problem was. Inmate Hindi refused to step and and talk with Ofc. Hornback. Ofc. Hornback then instructed inmate Hindi to walk to west hold. Inmate Hindi refused to do so and appeared ready to throw water on Ofc. Hornback. Ofc. Hornback pulled his OC out and instructed inmate to walk to west hold. Again, inmate Hindi refused calling Ofc. Hornback "a fucking bastard officer". Ofc. Hornback used soft empty hand technique and while escorting him to west hold inmate Hindi threw that cup of water at Ofc. Hornback hitting him in the uniform, arm and facial area. I had witnessed this entire incident and Ofc. Hornback informed me that inmate Hindi has prior issues with Ofc. Hornback. I went to speak with mental health in regards to inmate Hindi and I was informed that he be moved to J2W obs. While I and Ofc. McKinney escorted inmate Hindi off the floor I overheard him tell Ofc. Hornback that "he(inmate Hindi) will kill him(Ofc. Hornback) if it took a thousand years.  Information was gathered that during a interview with Dr. Easley inmate Hindi made 4 references about Ofc. Hornback's life. I then spoke with Nurse Barbie Wood and asked her to document that in inmate Hindi's file. Ofc. Hornback has informed this Sgt that he will file added charges on this inmate. Additional charges of TT3 and Asslt 3 were placed on inmate Hindi. Citation number M582936. Disciplinary will be issued as well. Lt. Meriwether advised.  --End of Report--  Sgt. Allen #303 

## Officer involved

| Name |
|---|

Employee Signature

Date

# Incident Report

Incident Report # 45941

Incident Type

Incident DateTime 02/09/2013 12:0

Location Type

Location HALL OF JUSTICE FIFTH FLOOR DORM 9

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Mental health was called to assess I/M Hindi, Mahmoud, 577966. After speaking with I/M Hindi, it was determined he should be placed on Level I suicide observation.

## Officer involved

| Name |
|---|

Employee Signature

Date

# Incident Report

Incident Report # 46394 Incident Type Incident DateTime 03/02/2013 07:03

Location Type Location NORTH 1 CELL 1

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On the above date at approximately 1948, I Ofc Burba, while assigned to Passive Booking was on break and speaking with Sgt Goff in H5 control. While speaking to Sgt Goff I saw the work aid motioning for me and beating on the glass to the control room in an attempt to get my attention. This work aid yelled, "I think the officers need help" on the east walk. I immediately exited the control room and headed for the east walk.  When I entered the east walk I noticed that the sick call nurse was in the hallway alone. I also noticed that immediately to my left, the door to Cell #1 was open. No officers were around. I looked into cell #1 and saw Ofc. Daniels and Ofc. Warden engaged in a confrontation with I/M Hindi, Mahmoud (#577966). Ofc. Daniels had control of I/M Hindi's upper body and Ofc. Warden was attempting to take I/M Hindi to the ground. It appeared that I/M Hindi was trying to grab the legs of Ofc Daniels in an attempt to take him down. I/M Hindi continued to speak, but exactly what he was saying was unknown to me. I gave I/M Hindi verbal commands to stop resisting and to get on the ground. This inmate refused to follow verbal commands. I again gave verbal commands for I/M Hindi to get on the ground, he refused and began to kick his legs around as if he was attempted to kick officers. Due to the position of I/M Hindi's head, I was unable to deliver OC. I delivered a short knee to the body of I/M Hindi and he was able to be taken down.  Once on the ground I/M Hindi continued to resist and yell at officers, but after a few moments of struggling this inmate was able to be handcuffed behind his back by officers. Ofc. Daniels controlled the upper body of I/M Hindo and Ofc Warden controlled the legs of I/M Hindi to prevent him from kicking at officers any longer.  Once this inmate was secured I was able to establish dialogue with him and was able to calm him down. I asked him if we sat him on his bunk if he would follow instruction and let the nurse look at him, he

## Officer involved

| Name |
|---|

agreed. Myself and other officers then helped I/M Hindi to his feet, and then onto his bunk. Medical entered the cell and was able to check I/M Hindi for injuries. They also spoke with him about his medication which appeared to be the reason for his disruption/combativeness. Once medical checked I/M Hindi and Sgt. Goff spoke with him, Ofc. Daniels and Ofc. Warden placed I/M Hindi on his stomach on his bunk and the handcuffs were removed without further incident. All officers exited the cell without further incident.  While officers were outside the cell I/M Hindi continued to make threatening gestures to Ofc Daniels and Ofc Warden. He also continued to complain about his medication to the nurse.  This ends my involvement in this incident.  -Burba771

Employee Signature | Date

# Incident Report

Incident Report # 46419 Incident Type Incident DateTime 03/03/2013 09:03

Location Type Location J2, W2, C4

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative On 3/3/13 at approximately 0818hrs I was informed by Nurse Sloan that I/M Hindi Mahmoud, CIN #577966 needed to be transport to HHU by Corrections for a possible pneumothorax. Lt Grieser was notified and due to I/M Hindi's charges he was transported to HHU with Ofc Garret and Ofc Laws escorting./// EOR

## Officer involved

| Name |
|---|

Employee Signature Date

# Incident Report

Incident Report # 00049652 Incident Type Incident DateTime

Location Type Location J4 HALLWAY

Reporting Officer Gibson, Darren

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name GRIFFITH

☑ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| HINDI, MAHMOUD Y | HandCuffs | |

☑ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| HINDI, MAHMOUD Y | Physical | INMATE WAS LEG SWEPT AND TAKEN DOWN TO THE GROUND |

Narrative

On 08/14/2013 at around 1650 Sgt Gibson was called to J4 Central Hold. When he arrived, Officers had Inmate Hindi, Mahmoud (#577966) in handcuffs on the ground restraining him. Officer Ernest advised me that Inmate Hindi had been removed from his cell due to him having a visit in the multi purpose room with his family. Once inmate Hindi was removed from his cell, Officer Ernest advised him to shut his cell door since he was going to the visit. Inmate Hindi became verbally disruptive with Officer Ernest saying "you're stupid" and "I'm not shutting my door". Officer Ernest began escorting him out of the dorm down to the visiting booths and due to Inmate Hindi continuing to be verbally disruptive, Officer Ernest placed him into handcuffs. Officer Ernest decided to place the inmate into Central Hold until Sgt Gibson could arrive to determine if Inmate Hindis visit should be cancelled due to the verbal disruption that he was causing. Officer Ernest gave inmate Hindi verbal directions to sit down to which he was refusing to do. Officer Ernest advised that after the second attempt to sit him down, Inmate Hindi began jerking his arms around and he felt that Inmate Hindi was attempting to turn around on him so he performed a leg sweep and took the inmate down to the ground. Once on the ground, Officer Shirley assisted with controlling the inmate's body while he was on the ground. Once Sgt Gibson arrived, Inmate Hindi began informing him that the black Officers help out the black inmates on hour outs and that the white Officers help out the black inmates on hour outs and that

since he was a foreigner, none of the Officers would do anything for him. He advised Sgt Gibson that yesterday he had an issue with Officer Ernest not giving him several hours out of his cell and he tried to talk to him about it but Officer Ernest would not speak to him about it so that is why he called him stupid. Inmate Hindi advised that this man beat me up and put his knee on his neck. When Sgt Gibson arrived, Officer Ernest had his knee across his shoulders controlling the upper body. Sgt Gibson explained to inmate Hindi that Inmates were only allowed one hour out of their cell and if the floor Officers decided to give any extra time out that it was a bonus. Inmate Hindi then relayed that he had received 2 hours out of his cell last night. Sgt Gibson asked Inmate Hindi why he was attempting to turn around on Officer Ernest when he was attempting to sit him down and he advised this man was beating me and that's why I resisted. Inmate Hindi was assessed by medical Nurse Griffith. He complained of pain to his ribs, neck, wrist, knees and chest. Photos were taken of the inmate and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified of the incident. Inmate Hindi was moved back to J4 Dorm 7 Cell 7 and Sgt Gibson continued to explain to inmate Hindi that hour outs were only an hour. After getting verbal compliance to remain calm and stay seated, Sgt Gibson removed the handcuffs and all Officers exited the cell. EOR
Sgt D. Gibson #364

| Employee Signature | 08/14/2013<br>Date |
|---|---|

# Incident Report

| Incident Report # | 00049652(a) | Incident Type | DISRUPTIVE | Incident DateTime | |
|---|---|---|---|---|---|
| Location Type | | Location | J4 HALLWAY | | |
| Reporting Officer | Ernest, Cortez | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 8/14/2012 I Officer C. Ernest was pulling visits on J4 dorm 7. Inmate Hindi Mahmoud 577066 had a visit with his family in the multipurpose room Inmate Hindi came out of his cell and I told Inmate Hindi to close his cell door so I could let the next inmate out on his hour out and so he didnt have to worry about the other inmate going in his cell. Inmate Hindi responded by saying "you're stupid and I'm not shutting my door". I did told inmate Hindi that was his choice and that we would not be responsible if anything came up missing out of his cell. We then proceded to walk out of the dorm and that's when inmate Hindi became verbally abusive and called me a "dumb bastard". At that time I placed Inmate Hindi in wrist restraints behind his back and escorted him to central hold were I placed him so I could contact Sgt. Gibson to see if his visit could be cancelled due to his disruptive behavior. When we arrived to central hold I instructed him Hindi to have a seat on the bench so I could contact my Sgt. about his visit in which he refused and began being combative by jerking away and cursing at me. I then grabbed a hold of Inmate Hindi and performed a leg sweep on Inmate Hindi and at the time inmate Hindi fell to the ground and I held him down on the ground along with my partner. While on the ground Inmate Hindi was still being disruptive and kicking his legs so I placed my knee on Inmate Hindi back to apply pressure so he could not move. Sgt. Gibson arrived and spoke with inmate Hindi. Medical was called and arrived to assess inmate Hindi. Myself along with Sgt. Gibson and Officer Shirely escorted Inmate Hindi back to his cell. At that time Inmate Hindi spoke again with Sgt. Gibson about him being upset over the hour outs in dorm 7. Inmate Hindi was no longer combative or disruptive and the wrist restraints were removed without any further incident. All Officers then exited the cell without any further incident.

Officer C. Ernest #692

Employee Signature Date

# Incident Report

Incident Report # 00049652(b) Incident Type DISRUPTIVE Incident DateTime

Location Type Location J4 HALLWAY

Reporting Officer GRIFFITH, LATASHIA

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

This nurse was called to 4th floor holding to asses IM Hindi. IM Hindi complained of pain to his neck, ribs and bilat knees. All vital signs are within normal limits. No acute distress noted.

Latashia V. Griffith LPN

Employee Signature Date

# Incident Report

Incident Report # 00049659 Incident Type Incident DateTime 08/14/2013 18:1

Location Type MALE GP Location

Reporting Officer Gibson, Darren

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Inmate Hindi, Mahmoud (#577966) was strip searched by Officer Skaggs and training Officer G. Sanders and J. Ritter. The strip search was conducted in the Search room on J4 immediately following an approved contact attorney visit. No contraband was found. Lt Gilbert was notified. EOR

Sgt D. Gibson #364

Employee Signature

08/14/2013
Date

# Incident Report

| Incident Report # | 00049659(a) | Incident Type | STRIP SEACH - INMATE | Incident DateTime | 08/14/2013 18:10 |
|---|---|---|---|---|---|
| Location Type | | Location | | | |
| Reporting Officer | Skaggs, Danny | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

I Officer Skaggs conducted a strip search of I/M Hindi after an contact attorney visit and training Officer G. Sanders and J. Ritter were there as well. The strip search was conducted in the Search room on J4 immediately following an approved contact attorney visit. No contraband was found. Sgt was notified. EOR

Employee Signature Date

# Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00049659(b) | Incident Type | | Incident DateTime | 08/14/2013 18:10 |
| Location Type | | Location | | | |
| Reporting Officer | SANDERS, GEORGE | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

I assisted Ofc. Skaggs in the strip search of inmate Hindi Mahmoud. Myself and Ofc Ritter we conducted the strip search in the J4 strip search room and there was no contraband found.

Employee Signature

Date

# Incident Report

Incident Report # 00049659(c)

Incident Type

Incident DateTime 08/14/2013 18:10

Location Type

Location

Reporting Officer RITTER, JOSHUA

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Officer G. Sanders, Officer D Skaggs, and myself strip searched inmate Hindi,Mahmoud (#577966) due to a contact visit with his attorneys. The search was performed in the search room located on J4 and no contraband was found. Upon completion, Lt. Gilbert was notified. EOR

-- Officer Ritter, J --
-- #802

Employee Signature

Date

# Incident Report

Incident Report # 00049714 Incident Type Incident DateTime 08/16/2013 15:3(

Location Type Location J4-D7-C8

Reporting Officer Redmon, Michael

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? N\A Medical Responders Name M\H KIBIBI

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative ON 08/16/13 around 1530 M\H Professional Kibibi spoke with I\M Mahmoud Hindi (CIN#577966) who was housed on J4-7-C8, placed him on a level two observations for having thought of not wanting to live, and he was moved to J2W-W1-C6. The personal belongs of I\M Hindi was taking to the J1 property room by Ofc Skaggs. I\M Hindi was approved by Health Service Administrator Zellars to keep his wrist watch, Koran, and his prayer rug. Lt Gilbert was advised.

Sgt Redmon

Employee Signature Date

# Incident Report

Incident Report # 00049714(a)

Incident Type Sucide Prevention

Incident DateTime 08/16/2013 15:30

Location Type

Location J4-D7-C8

Reporting Officer WOOD-MONTGOMERY, KABIBI

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Mental Health received phone from patients family with concerns about his mental state. Mental Health attempted to speak with patient. He refused. Due to his refusal mental health decided to admit patient to unit for continued observation. Kibibi L. Wood-Montgomery, MSSW

Employee Signature

Date

# Incident Report

| Incident Report # | 00049714(b) | Incident Type | | Incident DateTime | 08/16/2013 15:30 |
|---|---|---|---|---|---|
| Location Type | | Location | J4-D7-C8 | | |
| Reporting Officer | SANDERS, GEORGE | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative: I helped escorted I/M Hindi to J2 west hold.Then took his property to the property room.

Employee Signature

Date

# Incident Report

Incident Report # 00049714(c)

Incident Type

Incident DateTime 08/16/2013 15:30

Location Type

Location J4-D7-C8

Reporting Officer Skaggs, Danny

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

I helped escorted I/M Hindi to J2 west hold.Then took his property to the property room.

Employee Signature

Date

# Incident Report

Incident Report # 00049822 Incident Type Incident DateTime 08/21/2013 11:(

Location Type SINGLE C Location J2W WALK 1 CELL # 6

Reporting Officer Hale, Derek

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name CHEATHAM

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☑ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| HINDI, MAHMOUD Y | SOFT EMPTY HAND | PLACED ON BUNK UNTIL CELL SEARCH WAS COMPLETE |

Narrative On 08/21/13 at 1105hrs, I(Sgt. Hale) was informed by Ofc. Wiggins that during a routine cell search of I/M Hindi, Mahmoud(cin#577966) in J2W Walk 1 Cell # 6, he became disruptive over the items that were being removed from his cell. I/M Hindi had hygiene items and a jail ink pen that he wasn't allowed to have due to being on level 2 suicide observation. I/M Hindi attempted to push Ofc. Wiggins out of the way and grab the items before Ofc. Wiggins could remove them. Ofc. Wiggins then grabbed I/M Hindi by his jumpsuit and placed him on his bunk and instructed him not to get up from the bunk until the search of the cell was complete. At that time Ofc. Wiggins was able to secure the items that wasn't allowed in the I/M's cell and depart the cell without further incident. Nurse Cheatham of medical was notified and assessed I/M Hindi for injuries. Photos were taken of I/M Hindi and sent to PSU and Shift Command. Lt. Norris was notified of the incident. EOR

Sgt. D. Hale

08/21/2013

# Incident Report

| Incident Report # | 00049822(a) | Incident Type | DISRUPTIVE | Incident DateTime | 08/21/2013 11:05 |
|---|---|---|---|---|---|
| Location Type | SINGLE C | Location | J2W WALK 1 CELL # 6 | | |
| Reporting Officer | Wiggins, Ryan | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On the above date at approximately 1105 hours I, Officer R Wiggins, was working the west side of the second floor of the Main Jail Complex. I observed that inmate Hindi, Mahmoud had several items in his cell that he was not allowed because he was on suicide observation level two. I had his cell door opened and spoke to him letting him know why I needed the items. Inmate Hindi refused to hand me the items I was requesting so I instructed him to sit on his bunk while I removed the items. Inmate Hindi refused to comply with my instructions saying that I was being rude to him. I again instructed him to sit on his bunk. He stated that he was going to get an item and attempted to push me aside to get a Koran sitting on his table. I then took hold of inmate Hindi's uniform shirt and pulled him down onto his bunk. I placed kept hold of his shirt with my left hand and placed my right forearm against his chest to prevent him from attempting to get up. I instructed inmate Hindi to remain on his bunk. He stated that he would comply. I removed contraband items from his cell and exited without further incident.

At this time, I contacted Sergeant Hale to inform him of what had happened. Nurse Cheatam spoke to inmate Hindi and checked him. Sergeant Hale took photographs of inmate Hindi. We again departed the cell without further incident.

Employee Signature Date

GB003831

# Incident Report

Incident Report # 00049822(b)

Incident Type DISRUPTIVE

Incident DateTime 08/21/2013 11:05

Location Type SINGLE C

Location J2W WALK 1 CELL # 6

Reporting Officer Cheatham, Roma

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 8/21/2013 at 1105am, this nurse assessed IM Hindi, Mahmoud 577966 in his single cell. IM had a small area of redness to his mid chest. Denies any injuries or pain at this time. EOR Nikki Cheatham LPN

Employee Signature

Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051** Incident Type **DEATH OF INMATE** Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Hornback, Christopher

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? BODY CAMERA Medical Responders Name NURSE MALONE, ANGEL

☑ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| HINDI, MAHMOUD Y | Other | SECURITY SET FOR TRANSPORTATION |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative At 1559, 10-19-2013. I Sgt. C. Hornback #333, observed Officer D. Ramsey run into the control room. He grabbed the knife for life, reported that inmate Hindi, Mahmoud cin#00577966 who is housed on HOJ 5-East North One, cell#3 was trying to hurt his self and was hanging from the cell bars. I and Ofc. D. Ramsey immediately responded to inmate Hindi's cell. I contacted Lt. Gilbert by radio to report the incident and for him to respond. Upon arrival at 1600 I observed inmate Hindi lying on his back with his head towards the cell door, with Ofc. G. Sanders and Ofc. R. Skaggs checking inmate Hindi for signs of life and attempting to revive him. The knife for life was not used because he had already been removed from the sheet that he used to make a homemade noose. It was still attached to the bars. Nurse A. Malone was on the floor at the time. I advised control to have medical to respond, but did not transmit due to other radio traffic. I then ran back to the control room and had Nurse Malone respond to the scene and advised Ofc. Bullard in control to call for additional medical personnel to respond. I then returned to the scene with Nurse Malone. Nurse Malone checked inmate Hindi for signs of life and we began CPR. At 1600, I advised main control by radio to start EMS and for additional medical staff to respond. Nurse Malone was on chest compressions and I assisted with the Ambu-Bag. Inmate Hindi was showing no signs of recovery, I again advised control by radio to advise EMS to step it up and respond code three. Additional medical and sworn staff responded along with shift commander Lt. Gilbert.
Officer G. Sanders, Ofc. R. Skaggs, Ofc. D. Ramsey, Ofc. M. Forbes, Sgt. D. Gibson,

Sgt. P. Summers, Nurse A. Malone and I Sgt. C. Hornback all assisted in applying CPR to inmate Hindi. At 1605, The Louisville Fire Department Unit arrived and began to access inmate Hindi. At 1608, The Louisville Fire/EMS Unit arrived and continued care for inmate Hindi and used the AED. CPR continued during the entire incident. At 1624, Inmate Hindi was escorted by stretcher to the old HOJ sally port entrance on Liberty Street. He was secured in a security set and escorted to the University Hospital by Sgt. D. Gibson, Ofc. A. James and Ofc. R. Stimphil. EMS departed at 1630. I was advised by radio from the transporting officers that Inmate Hindi arrived at room nine University Hospital at 1639. At 1645, I was advised by Lt. Gilbert that inmate Hindi was declared deceased by the University ER doctor.

During the incident. Officer T. Warden escorted the Louisville Fire/EMS Units into the facility. Ofc. M. Cooper, Ofc. M. Bullard and I Sgt. C. Hornback kept a record of response times and traffic in and out of the incident area. Ofc. R. Taylor was responsible for the Body Camera and recorded the incident. The Body Camera and all observation sheets were pulled from the incident area and turned into Lt. Gilbert. Pictures were taken of the incident area around the cell, as well as inside the cell. The cell was secure, to preserve the scene for further investigation.

At 1829, the Louisville (PIU) Public Integrity Detectives and the (LMDC) Louisville Metro Department of Corrections (PSU) Professional Standards Unit Sgt. Joyner arrived on the scene. At 1914 the Forensic Detective arrived. To conduct an investigation of the incident. All pictures and information was forward to Lt. Eggers Office and Senior Staff. Lt. Gilbert was advised.

Sgt. C. Hornback#333.

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(a)** Incident Type Incident DateTime 10/19/2013 15:5

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer TAYLOR, RYAN

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative On 10-19-13 at approximately 1559 I, Ofc. R. Taylor, responded to H5E-N1-C3 for a medical back up call. I had been assigned the H5 body cam (H5-VieVu Body Camera 017091). Upon arrival additional officers were already on scene. I began to record once I arrived at H5E-N1-C3. I continued to record until EMS departed at 1632. This ends my involvement with this incident.
Ofc. R. Taylor
#663

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(c)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Ramsey, DeSean

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

At approx. 1555hrs on the 19th of October while working H5, I Ofc. Ramsey was leaving the 5th floor control room when I was informed by Ofc. Skaggs that there was an inmate on H5 East attempting suicide by hanging. I then ran back to the scene where Mr. Hindi was indeed hanging himself with his sheet around his neck, tied to the bars. I immediately grabbed ahold of Mr. Hindi and lifted him up to relieve the pressure and loosen the sheet from his neck so it could be pulled off. It was at that time it would not free, So while Ofc. Skaggs and Ofc. Sanders where still holding him up and attempting to free the sheet I ran to the control room to retrieve the "Knife of Life" so the sheet could be cut down. When I returned Ofc. Skaggs was successful in freeing the sheet so the knife was not needed. We then laid him down on the floor. I then began calling his name while tapping his shoulders and administered a few sternum rubs to see if he would respond. CPR was started, I took over administering oxygen with the oxygen mask by squeezing the blue ball attached when one of the Officers got tired. I was then relieved by another Officer and EMS arrived and took over. I remained on scene eventually swapping back in to administer oxygen while Mr. Hindi was being transported from his cell to the Old Sally Port where the EMS van was stationed. Once inside the back of the EMS van I was relieved once more and exited the van.

This ends my involvement in this particular situation...

Ofc. Ramsey #855

Employee Signature

Date

25352 Troutman 10/19/2013 23:18 GB003837 Page: 2

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(e)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Warden, Terry

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative On 10-19-2013 at approx. 1600hrs I Ofc. T. Warden was assigned to J3 South when I heard Sgt. Hornback Calling for additional medical staff to respond to H5 East for an inmate trying to hurt himself. I then went to the 3rd floor triage room and informed Medical Nurse Bertram that she was needed on H5 East Asap. I then along with nurse Bertram got onto the elevator and made our way to H5. I along with Nurse Bertram arrived on H5 at approx. 1601hrs. I then made my way to H5 East when I was informed to stand by and wait for LEMS and LFD. Once I was informed that LFD had arrived in the old sally port I got onto elevator 1 and went to the kitchen. Once at that kitchen, LFD was escorted to the elevator 1 and I then escorted LFD to H5 at approx. 1605hrs. I then escorted them to H5 East. At approx. 1608 I saw LEMS getting off the Elevator on H5 and I directed them to H5 East. At that time I was instructed to stand by and wait for further instruction. At 1622 LEMS and LFD departed H5 with Inmate Hindi, Mahmoud (577966). At approx. 1628 I then instructed Ofc. Sanders to secured H5 East N1 and informed him to wait for further instruction by command staff at which time H5 East N1 Cell 3 was already secured. I then went to the H5 control room and retrieved the digital camera and took pictures of N1 walk by standing at the entrance of the walk. I then returned back to the control room to wait for further instruction. I was then instructed by Sgt Summers to take pictures of I/m Hindi cell (H5E N1 #3) but to not touch anything. I then took the pictures of the walk and of the cell. Once I completed this I turn the camera into Sgt. Hornback. I was then informed that I could return back to my assigned post at which time I did so. This Ends my involvement of the situation. End of Report.

1351

T.Warden 831

Employee Signature

Date

10/19/2013 23:19

GB003839

Page: 2

# Louisville Metro Department of Corrections Incident Report

Incident Report # 00051051(g) Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer SKAGGS, RA'MON

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

At approximately 1555 I was informed by my one on one workaid Myers, Alan (cin # 533364) that cell 3 was hanging himself. I ran over to the cell and looked inside and saw inmate Hindi with a sheet around his neck. At that point I hollered for Ofc. Ramsey and I opened Mr. Hindi's cell. Ofc. Ramsey, Sanders, and I went into the cell and tried to take the sheet of his neck. At first we couldn't get the sheet off of him so Ofc. Ramsey exited the cell to get the "Knife of Life". At the point I pulled the sheet as hard as I could and got it loose enough to pull the sheet off of his head. Ofc. Sanders and I laid him on the ground and immediately I started to say the inmates name. Ofc. Ramsey started to give him sternum rubs and i was checking to see if he had a pulse. I did not get a pulse from him so I put a blanket underneath his head. At the point, nurse Malone arrived on the scene. She checked his pulse and said we needed to do cpr. I stood back behind her until she told me it was time to switch to give him compressions. I took over for approximately four to five minutes until Sergeant Gibson took over. I exited the cell and stood back until further instructions.

E.O.R

R. Skaggs #628

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(h)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer COOPER, MARIO

## Inmates Involved

| Inmate # | Name |
| --- | --- |

Video Recorded? Type? H Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative

On 10/19/13 at 1405 I was called down to H5E to help with a medical incident. when I arrived at the scene I saw inmate Hindi Mahmoud (00577966) on the ground while nurse Malone does CPR. After I saw what was going on I immediately put all the work aids up on the floor back to there dorms. After securing all the work aids I head back to the scene to keep track of everyone that came up to H5E. EMS arrived on the scene at approximately 1615, to perform CPR on the inmate. EMS leaves the scene at 1628. After the scene was cleared I notified SGT Hornback that I was returning to my post. This ends my involvement with this incident.

Officer Cooper (#879)

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(i)** Incident Type Incident DateTime 10/19/2013 15:

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Gibson, Darren

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10/19/2013 at around 1601 hours, heard a call for assistance on H5 East and responded. I along with Lt Gilbert and Ofc Forbes got onto the elevator from J4 and the elevator went down to J2. 2 Nurses got on and I along with one of them went to grab the emergency bag and a bottle of oxygen from the med room on J2. Once we arrived on H5, I observed nurses and Officers performing CPR on inmate Hindi, Mahmoud (#577966). Officer Skagss was giving chest compressions and I asked if he was ok. Due to him conducting chest compressions for a while, I then took over giving them. At 1605 hours, Louisville Metro Fire department arrived and began assisting with CPR. 1608 hours LEMS arrived and began treating Inmate Hindi while CPR was still being delivered. I along with other Officers and LFD EMT/Paramedics were rotating out doing chest compressions. Once treatment in the cell was completed, a back board was brought in and Inmate Hindi was rolled onto it. He was secured to the stretcher and was moved down the elevator to the old sally port to the ambulance. I along with Officer James and Stimphil went in the ambulance to University of Louisville Hospital emergency room. During the trip, all 3 Officers rotated doing chest compressions while LEMS was rendering other aid. Once at the hospital, I got out of the side door of the ambulance and assisted with removing the stretcher. Once on the ground, I began giving chest compressions again until we went into room 9 (major trauma room) when University staff took over treatment. We had arrived at room 9 at 1640 hours. At 1645 hours, the emergency room doctor pronounced Inmate Hindi deceased. I contacted the shift commander Lt Gilbert and advised him of the situation. He advised me and Officer James and Stimphil to remain at University of Louisville emergency room with the body until Louisville Metro Police PIU unit cleared us to leave. At 1753 hours, Deputy Coroner Larry Carroll arrived and began his initial

assessment which completed at 1807 hours. At 1830 hours, PIU Sgt Gowens arrived and began his interviews. At 1919 hours, LMPD CSU arrived. All interviews were completed at 1934 hours and we were cleared to return to the jail. Upon our return to the jail, I brought Inmate Hindi's jumpsuit and watch that the hospital had removed from him to H5 and turned it over to PIU and CSU. This completed my involvement in this incident. EOR
Sgt D. Gibson #364

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(j)** Incident Type Incident DateTime 10/19/2013 15:

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Forbes, Matthew

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-19-13 at approximately 1600 I responded to H5N1#3 for an attempted suicide. Once I arrived at the cell I observed I/M Hindi lying on the ground and officers performing CPR on I/M Hindi. At that time I relieved ofc. Sanders who was giving rescue breathes with the breathing apparatus. A short time after that I relieved Sgt. Gibson in given chest compressions. After EMS arrived and started an IV in I/M Hindi's leg I then was relieved by Sgt. Gibson and I held the IV bag. At approximately 1622 I/M Hindi was transported down to the old sally port where I continued to hold the IV bag until I/M Hindi was secured into the ambulance where I was relieved of my duties. EOR...............
Ofc. M. Forbes #840

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(k)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer SANDERS, GEORGE

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On the 19th of October at approx 1555hrs. I Ofc. G. Sanders was coming from south one down the hallway to north one, when I heard Ofc. Skaggs holler for Ofc. Ramsey and I watched Ofc. Skaggs open North one cell 3 door when he motioned to me to come as well. When I went in I picked up I\M Hindi to relieve pressure off his neck from his apparent suicide attempt. Ofc. Skaggs then attempted to pull the sheet over Mr. Hindi's head. After Ofc. Skaggs pulled the sheet over Mr. Hindi's head, I laid Mr. Hindi on the floor and we started for signs of life and his vitals. The nurse stated CPR needed to be started and while she began chest compressions I administered oxygen to Mr. Hindi through the oxygen mask and blue air bag. When I got tired I got relieved by another officers that came to the scene.

This ends my involvement in this situation...

Ofc. G. Sanders #744

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(I)** Incident Type Incident DateTime 10/19/2013 15:

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Brockbank, Edward

## Inmates Involved

| Inmate # | Name |
| --- | --- |

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative

On 10/19/13 at approximately 1600 hours I ( Sgt. Brockbank) heard via radio for additional medical needed on HOJ 5 east walk. I saw nurse Hammond and nurse Griffith on J2. I advised them medical was needed over on HOJ 5 east walk. Advised them that based on the radio traffic it was extremely serious. The nurses grabbed the equipment they would need and joined me on the awaiting elevator. We arrived on scene to find officers and nursing staff giving CPR to inmate Hindi, Mahmoud cin# 577966. EMS had already been notified at that time and I stood by to lend assistance as needed. Louisville fire department arrived at approximately 1605 and began assisting with CPR, at approximately 1608 LEMS arrives and begins treatment of inmate Hindi. At Approximately 1632 hours LEMS departs for U of L Hospital. At that time I was cleared from scene and resumed my regular duties. /// EOR///
Sgt. Brockbank #331

[signature]

Employee Signature

10/19/2013
Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(m)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Summers, Philip

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00577966 | HINDI, MAHMOUD Y |

Video Recorded? Type? YES/BODY CAM Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative On 10/19/13 at approx. 1600, I (Sgt. Summers) was standing in front of the Main Jail Complex when I heard over the radio, Sgt. Hornback requesting additional medical personnel report H5. I started to make my way to the Hall of Justice, when I heard Sgt. Hornback transmit that CPR was being administered, so I quickly responded to H5. I arrived on H5 East, North 1 Walk and observed officers and medical administering CPR to I/M Hindi, Mahmoud (577966). I also observed work aides on the walk and instructed wing officers to lock down the floor. I also instructed Ofc. Cooper to post up outside H5 east Door and to document anyone that entered the area and times of their entry and departure. I then returned to H5 North 1 Cell #3, where I observed Ofc. R. Skaggs giving chest compressions, Medical Nurse Malone taking vital signs, Ofc. Sanders holding an air mask over I/M Hindi's face and Sgt. Hornback squeezing the air bag for oxygen. I then entered the cell, relieved Ofc. Sanders, and began holding the face mask over I/M Hindi's face. CPR was continued until Louisville Fire and Rescue arrived at approx. 1605, which then began assessing I/M Hindi. Louisville Emergency Services arrived at approx. 1608 and also began assessing and treating I/M Hindi, while LMDC personnel continued administering CPR. I was eventually relieved by EMS personnel and exited the cell.
I coordinated with Sgt. Eason (Booking Floor Sgt.) and assigned Ofc. Stimphil and Ofc. James as the officers who would escort I/M Hindi to University of Louisville Hospital when transport was ready. I also instructed Ofc. Warden to obtain a security set from H5 Control Room and I handed the security set off to Ofc. James for the transport to the hospital. I then returned to H5 after I/M Hindi departed the Hall of Justice via EMS and requested Ofc. Warden to take photos of I/M Hindi's cell without entering or touching anything and then deliver the camera to Sgt. Hornback. I then

requested wing officers on H5 East to remove all observation sheets (Suicide and Medical) and return them to H5 Control Room. I made copies of the observation sheets and delivered them to Lt. Gilbert in the Lieutenants office.
EOR
Sgt. P. Summers #346

Employee Signature | Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(n)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Stimphil, Richardson

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On October nineteenth of the year two thousand and thirteen and at approximately 1634 HRS I, Officer Stimphil, R. #847, was one of two escorting officers along with Sgt. Gibson for Inmate Hindi, Mahmoud CIN# 577966 to the hospital via EMS. I was waiting at the old sally port (HOJ Sally Port) when EMS and LFD Rescue placed Inmate Hindi into the EMS truck while administering CPR. When I gained access inside the EMS truck Sgt. Gibson was performing chest compression on Inmate Hindi and then Officer James took over and then I took over until we arrived at UofL Emergency where Sgt. Gibson took over again while EMS tech was giving breaths the whole entire time and as we entered the UofL where medical staff in Room 9 took over at 1640 HRS. Inmate Hindi, Mahmoud CIN# 577966 was pronounced deceased by medical UofL Hospital at 1645 HRS.

1752 HRS.........Deputy Coroner Carroll, Larry on scene.
1807 HRS.........Deputy Coroner Carroll, Larry off scene.
1824 HRS.........Major Ashby M. .........................on scene.
1828 HRS.........P.I.U............................................on scene.
1858 HRS.........Gave taped statement to P.I.U
1918 HRS.........Crime Scene Unit ......................on scene.
1934 HRS.........Departed the scene with Major Ashby en route to New Jail Complex.
1940 HRS.........Arrived at New Jail Complex.

This concludes my report.

Officer R. STIMPHIL # 847

Employee Signature | Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(p)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer GRIFFITH, LATASHIA

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative At approx. 1605 this nurse was made aware that an inmate on H5 E needed medical attention. This nurse, nurse Hammond and several officers immediately responded to H5 with O2 and ER bag. Upon arrival this nurse noted already there were several officers and two nurses performing CPR. This nurse retrieved O2 mask from ER bag and hooked it up to O2 and handed to nurse performing CPR.

Latashia V. Griffith LPN

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(p)** Incident Type Incident DateTime 10/19/2013 15

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer GRIFFITH, LATASHIA

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative At approx. 1605 this nurse was made aware that an Inmate on H5 E needed medical attention. This nurse, nurse Hammond and several officers immediately responded to H5 with O2 and ER bag. Upon arrival this nurse noted already there were several officers and two nurses performing CPR. This nurse retrieved O2 mask from ER bag and hooked it up to O2 and handed to nurse performing CPR.

Latashia V. Griffith LPN

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(q)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer GLENN, ANNA

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative I responded to radio call that i heard off of officers radio requesting additional medical help needed on H5 . I grabbed the emergency bag and with an officers assistance took canister of o2. When i arrived inmate Hindi was in cell on floor cpr was being performed by Nurse Malone and officers. I returned to medical to copy information from chart to send to hospital after ems arrived and took over care. Pertinant information from chart was copied and faxed to u of l. End of report . Sharon Hammond LPn

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(r)** Incident Type Incident DateTime 10/19/2013 15

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer MALONE, ANGEL

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10/19/213 at approximately 1405 this nurse was called to assist with code 300 on I/M Hindi(577966). Upon arrival I saw I/M lying on the floor of his cell and staff performing CPR. I/M was unconscious, eyes clothes, skin pale in color. This nurse was asked to get emergency bag from triage room, and O2 sat monitor to obtain pulse and oxygen In the body. This nurse handed O2 sat monitor to supervisor Malone to apply to finger tip of I/M and titrated oxygen when told to. Shortly after EMS arrived and took over medical care. This nurse stayed with I/M until EMS left the facility with the I/M. EOR

Nurse Bertram LPN

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(s)** Incident Type Incident DateTime 10/19/2013 15:55

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer James, Antonio

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative On 10/19/2013 I Officers A. James #765 entered an EMS transport vehicle with inmate Hindi, Mahmoud (577966) inside, inmate Hindi was being transported to the Uof L Hospital. Whilst inside the EMS vehicle EMS staff along with Louisville fire department staff, Sgt Gibson, I and Officer Stimphil were inside of the vehicle. The fire department staffs along with EMS and Sgt Gibson were trying to access I/m Hindi. Shortly after Louisville fire department left. For i/m Hindi was about to be transported to the University of Louisville hospital. Sgt Gibson was giving chest compressions while an EMS staff member placed air in i/m Hindi's lungs using an emergency resuscitation bag. At that time the vehicle began moving. As Sgt Gibson began to become fatigued another EMS staff member took over for him. The EMS staff member asked me to put on some gloves to help him continue with chest compressions for he was beginning to become fatigued as well. Shortly after I began with chest compressions on i/m Hindi, at that time we had arrived at the University of Louisville hospital, in which Officer Stimphil took over for me with chest compressions so that I my exit the vehicle. Once I/m Hindi was out of the EMS vehicle, he was quickly escorted to the trauma unit room 9. In which University hospital staff took over with performing CPR this was at 1640 hrs. At 1645 hrs i/m Hindi was notified as deceased by University medical personnel. At 1701 hrs medical released I/m Hindi's property to the department of corrections. At 1752 hrs Coroner Larry Carroll came to view i/m Hindi's body and begin his assessment. At 1807 hrs Coroner Carroll departed. At 1828 hrs PIU Sgt Goiens arrived on the scene and began his interviews. At 1917 hrs I gave my taped statement, at 1934 hrs I along with Sgt Gibson, and Officer Stimphil departed from the University hospital. At 1940 hrs I along with Sgt Gibson, and Officer Stimphil arrived at the new jail complex.

E.O.R.
Ofc. A. James #765

Employee Signature | Date

25352 Troutman 10/19/2013 23:25 GB003856 Page: 2

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(t)**    Incident Type    Incident DateTime 10/19/2013 15:55

Location Type SINGLE C    Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer Ramsey, DeSean

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative While sitting in H5 control room on the above date at approx 1559 Ofc. Ramsey came running into the control room stating that Inmate Hindi was hanging, while grabbing the knife of life. Once I heard that i immediately contacted the nurse station and began to log all movement and phone calls on the floor. This concluded my involvement in this incident.

Ofc. M. Bullard #533

Employee Signature    Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(u)** Incident Type Incident DateTime 10/19/2013 15

Location Type SINGLE C Location HOJ 5TH FLOOR, EAST WALK, NORTH ONE, CELL #3.

Reporting Officer BULLARD, MONET

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

While sitting in H5 control room on the above date at approx 1559 Ofc. Ramsey came running into the control room stating that inmate Hindi was hanging, while grabbing the knife of life. Once I heard that I immediately contacted the nurse station and began to log all movement and phone calls on the floor. This concluded my involvement in this incident.

Ofc. M. BUllard #533

Employee Signature Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00051051(o)** Incident Type Incident DateTime

Location Type Location

Reporting Officer SIMMONS, HENRY

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type? Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative ON 10-19-2013 I, OFC SIMMONS, RESPONDED TO AN EMERGENCY CALL FOR H5 EAST WALK. WHEN I ARRIVED I WAS SAW OFFICER AND MEDICAL STAFF PERFORMING CPR ON THE SUBJECT. I WAS TASKED WITH REMOVING THE WORK-AID OFF THE WALK AND KEEPING THE AREA CLEAR FOR OTHER MEDICAL STAFF AND EMS TO GET THROUGH. ONCE THE SUBJECT WAS TAKEN AWAY BY EMS I RETURN BACK TO MY POST.

Employee Signature Date

HINDI, MAHMOUD Y
Bk #: 2012029784
Bk Dt: 09-07-2012 0236
Loc: 000566 BIN

CIN: 577966
DOB

SEP

HINDI, MAHMOUD Y
Bk #: 2012029784 CIN: 577966
Bk Dt: 09-07-2012 0236 DO[redacted]
Loc: 000566 BIN

Address [redacted]

Date of Birth [redacted] Social Security # [redacted]

Charges: (mur, asltf, we, we, we, we, we, we, we) 9/10
Charges:
Charges:
Charges:
Added Charges: (spd 7mph) RIPC 9/9/12
Added Charges: MURDER MURDER, WE, WE, WE, WE, WE, WE, WE
Added Charges: (4 5/14 DSP IV, II III)

Laurel

Months | Days | Pen Time | Hold Information

Court Dates

| | | | |
|---|---|---|---|
| 8 9 9.8 | 2012 | | 20 |
| 203 9 914 | 2012 | | 20 |
| CR13 1530 9/17 | 2012 | | 20 |
| CR13 0930 10/22 | 2012 | | 20 |
| CR13 845 1/14 | 2013 | | 20 |
| 8 9 1/2 | 2013 | | 20 |
| 203 9 01/14 | 2013 | | 20 |
| CR13 90 3.14 | 2013 | | 20 |
| 203 9 1/15 | 2013 | | 20 |
| CR13 0845 4/26 | 2013 | | 20 |
| CR13 0066 6/3 | 2013 | | 20 |
| | 20 | | 20 |
| | 20 | | 20 |
| | 20 | | 20 |

Housing Area | Bond

Time Out Date | Move Date

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
*www.courts.ky.gov*

13 OCT 16

**ORDER OF COMMITMENT (MITTIMUS)**

Case No. **12CR2772**

Court: **Circuit 13**

County: **JEFFERSON**

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

2032

Defendant **Mahmoud Hindi**

Alias ____

Case Number **12CR2772**

Charges **Murder (2 CTS)**
**WE I (7 CTS)**

Return Date 12/13/13

Time 8:45am

Bond No Bail Set. Defendant May Not Give Bail. Do Not Release.

OR

Safely keep defendant having been sentenced to ____

**10/16/13**
Date

Judge, Jefferson Circuit Court

**ENTERED IN COURT**

**BY** M. Lautaro Mansilla
**Deputy Clerk**



JEF-05696
Rev. 6-06
Page 1 of
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

ORDER OF COMMITMENT
(MITTIMUS)

Case No.
Circuit Court D
County Jefferson

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

Defendant
Alias
Case Number
Charges

Return Date
Time
Bond
OR
Safely keep defendant having been sentenced

Date
Judge, Jefferson Circuit Court

ENTERED IN COURT

BY
Deputy Clerk

GB003863

JEF-056-66
Rev.6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**ORDER OF COMMITMENT**
(MITTIMUS)

Case No. 12CR2772
Circuit Court Div. 13
County        Jefferson

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

Defendant ████████ FINCH ████████ 2632

Alias

Case Number 12CR2772

Charges murder (2counts)  welfare endangerment
(3 counts)

Return Date 3/26/13
Time 8:45AM          Bond NBS (Court may not
                          give Bail)
                 OR

Safely keep defendant having been sentenced to

Date 1/31/13          Judge, Jefferson Circuit Court

ENTERED IN COURT

By ████████
   Deputy Clerk

GB003864

JEF-056-66
Rev. 6-08
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

ORDER OF COMMITMENT
(MITTIMUS)

Case No. 12CR2772
Circuit Court Div. 13
County Jefferson

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

Defendant Mo[redacted] Hindi [redacted] 2032

Alias

Case Number 12CR2772

Charges murder (2 counts), Wanton endangerment 1st (7 counts)

Return Date 6/3/13

Time 10:00

Bond No bond — deft is remanded into custody without bail

OR

Safely keep defendant having been sentenced to

4/26/13
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

BY [signature]
Deputy Clerk

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

JCCD

2013 MAR -4 AM 11:27

**ORDER OF COMMITMENT**
**(MITTIMUS)**

2013 MAR -4 AM 11:27

RM

Case No. 12CR2772
Circuit Court Div. 13
County Jefferson

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

Defendant Mohamed Hirsi -2032

Alias

Case Number 12CR2772

Charges Murder (2 cts)
Wanton Endangerment 1st (7 cts)

Return Date 4-26-13

Time 8:45 AM

Bond No bond set

OR

Safely keep defendant having been sentenced to

3-4-13
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

BY C Watkins
Deputy Clerk

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**ORDER OF COMMITMENT**
**(MITTIMUS)**

Case No. 12CR2772
Circuit Court Div. 13
County Jefferson

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

Defendant Mahmoud Hinde

Alias

Case Number 12CR2772

Charges Murder (2 cts) WE1st (9cts)

Return Date 3-14-13

Time 9:00

Bond NBS

OR

Safely keep defendant having been sentenced to

4-4-13
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

BY
Deputy Clerk

AOC-JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

ORDER OF COMMITMENT
(MITTIMUS)

Case No. 12CR2072
Circuit Court Div. 13
County Jefferson

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

--2032

Defendant Mahmoud Hindi

Alias

Case Number 12CR2072

Charges Murder (2 cts), WE 1st (17 cts)

Return Date 1-14-13

Time 8:45

Bond NBS

OR

Safely keep defendant having been sentenced to

12/13/12

Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

By Deputy Clerk

33

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

ORDER OF COMMITMENT
(MITTIMUS)

Case No. 12CR2292
Circuit Court Div. 13
County Jefferson

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

--2032

Defendant Mahmoud Yousef Hendi

Alias

Case Number 12CR2292

Charges Murder (2 cts) WE 1st (7 Cts)

Return Date 12-3-12

Time 11:00

Bond NBS

OR

Safely keep defendant having been sentenced to

12-3-12
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

BY
Deputy Clerk



JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**ORDER OF COMMITMENT**
**(MITTIMUS)**

Case No. 12CR2772
Circuit Court Div. 13
County Jefferson

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

-2032

Defendant Mahmoud Hindi

Alias

Case Number 12CR2772

Charges Murder (2 cts), WE 1st (9 cts)

Return Date 1-14-13

Time 8:45

Bond NBS ... may not give bail

OR

Safely keep defendant having been sentenced to

11/2/12
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

Deputy Clerk

| JEF-056-66<br>Rev. 6-06<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov | **ORDER OF COMMITMENT (MITTIMUS)** | Case No. 12CR2772<br>Circuit Court Div. 13<br>County Jefferson |
|---|---|---|

*CORRECTED* 10-9-12

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

Defendant Mahmoud Yousef Hindi --2032

Alias

Case Number 12CR2772

Charges Murder (2 cts), WE 1st (7 cts)

Return Date ~~[illegible]~~ 11-02-12

Time ~~[illegible]~~ 10:00 Bond NBS → No bail may be given

OR

Safely keep defendant having been sentenced to

9-17-12
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

BY [signature]
Deputy Clerk

appt PD

GB003871

JEF 056-06
Rev 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

ORDER OF COMMITMENT
(MITTIMUS)

Case No. 12CR2772
Circuit Court Div. 13
County Jefferson

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

Defendant Mahmoud Yousef Hindi --2022

Alias

Case Number 12CR2772

Charges Murder (2 CTS), WE 1st (7 CTS)

Return Date 10-22-12

Time 9:30

Bond NBS → No bail may be given

OR

Safely keep defendant having been sentenced to

9-19-12
Date

Judge, Jefferson Circuit Court

ENTERED IN COURT

By R Brennan
Deputy Clerk

COPY
RW

NO. 12CR2772

JEFFERSON CIRCUIT COURT
GRAND JURY JUDGE FOR SEPTEMBER 2012
JUDGE SUSAN SCHULTZ GIBSON

COMMONWEALTH OF KENTUCKY PLAINTIFF

VS.

**ORDER REMANDING THE DEFENDANT WITHOUT BAIL**

MAHMOUD YOUSEF HINDI DEFENDANT

* * * * *

The Motion of the Commonwealth is GRANTED and the Defendant is remanded into custody without bail.

JUDGE SUSAN SCHULTZ GIBSON

Dated: 9/13/12

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
SEP 13 2012
DEPUTY CLERK

RM

NO. 12CR2772

JEFFERSON CIRCUIT COURT
GRAND JURY JUDGE FOR SEPTEMBER 2012
JUDGE SUSAN SCHULTZ GIBSON

COMMONWEALTH OF KENTUCKY PLAINTIFF

VS. **ORDER REMANDING THE DEFENDANT WITHOUT BAIL**

MAHMOUD YOUSEF HINDI DEFENDANT

* * * * *

The Motion of the Commonwealth is GRANTED and the Defendant is remanded into custody without bail.

[signature]
JUDGE SUSAN SCHULTZ GIBSON

Dated: 9/13/12

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
SEP 13 2012
[signature]
DEPUTY CLERK

# GRAND JURY PRESENTATIONS

RW

**Date:September 12 2012**

**Hindi, Mahmoud Yousef** D[redacted] S[redacted] Circuit Court Case Number: **12CR2772** 102958

**Bond:** **Bond Amount** $0.00 District Court Case Number: **Division #:** 13

District Court Case Type: D/S

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 507.020 | 091500 | MURDER | 1 | TB |
| 2 | KRS 507.020 | 091500 | MURDER | 1 | TB |
| 4 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 5 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 6 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 7 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 8 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 9 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |
| 10 | KRS 508.060 | 132010 | WANTON ENDANGERMENT IN THE FIRST DEGREE | 1 | TB |

**Alonzo, Alonzo** DOB: 10/29/1965 SSN: ***-**- 9279 Circuit Court Case Number: **12CR2773**-001 102560

**Bond:** **Bond Amount** $0.00 District Court Case Number: **Division #:** 2

District Court Case Type: D/S

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 514.110 | 280320 | RECEIVING STOLEN PROPERTY OVER $500 BUT LESS THAN $10,000 | 1 | TB |

**McAllister, Christy L.** DOB: 2/26/1977 SSN: ***-**- 6445 Circuit Court Case Number: **12CR2773**-002 102560

**Bond:** **Bond Amount** $0.00 District Court Case Number: **Division #:** 2

District Court Case Type: D/S

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 514.110 | 280320 | RECEIVING STOLEN PROPERTY OVER $500 BUT LESS THAN $10,000 | 1 | TB |
| 2 | KRS 516.060 | 250620 | CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND DEGREE | 1 | TB |



16:27:01

GB003876

# Case History

## COMMONWEALTH VS. HINDI, MAHMOUD YOUSEF

## Case# 12-CR-002772

**County** JEFFERSON
**Court** CIRCUIT Court
**Opening Judge** HON. FREDERIC COWAN
**Current Judge**
**Closing Judge**

| Date | Event | Details | Page # |
|---|---|---|---|
| 09/13/2012 | **Bail Set**<br>NO BAIL SET (DEF MAY NOT GIVE BAIL)<br>*DEF IS REMANDED INTO CUSTODY WITHO UT BAIL* | $ 0.00 | |
| 09/13/2012 | **Case Filed**<br>CIRCUIT CRIMINAL | | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0091500 Murder Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0091500 Murder Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 3 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 4 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 5 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 6 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 7 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 8 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Charge Filed**<br>CHARGE 9 ORIGINAL | 0132010 WANTON ENDANGERMENT-1ST DEGREE Citation: NA Citation Date: 09/13/2012 | |
| 09/13/2012 | **Document Filed**<br>INDICTMENT | | |
| 09/13/2012 | **Document Filed**<br>COMMITTMENT<br>*9/20/12 @ 3:30* | | |
| 09/17/2012 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. FREDERIC COWAN | Sep 17 2012 at 3:30 PM | |

AOC-390 Doc. Code: OAP
Rev. 1-05

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov
KRS 421.600-.690

# ORDER FOR APPEARANCE OF PRISONER

Case No. 13-F-000021
Court District
County Jefferson

COMMONWEALTH OF KENTUCKY

VS

HINDI, MAHMOUD Y DEFENDANT

To the Warden/Jailer of Jefferson County:

On the motion of the Commonwealth [redacted], it appearing that

HINDI, MAHMOUD Y
(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | 577966 | |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby **ORDERED** to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
|---|---|---|
| 12/06/2013 | 09:00 AM | (CRIMINAL COURTROOM 203) |

there to remain, subject to further orders of this Court.

07/15/2013 at 9:29:22 AM
Date

/s/ electronically signed by HON. SHEILA COLLINS
Judge's Signature

ENTERED

Date

Clerk

By D.C.

GB003878

PSYC 2

#1

AOC-425.1 Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER / JUDGMENT AND ORDER RELEASING**

Citation No.
Case No. 13-F-000021
Court District
Div.
County: Jefferson

COMMITMENT

COMMONWEALTH OF KENTUCKY PLAINTIFF

V.

**HINDI, MAHMOUD Y** DEFENDANT

Alias:

Jail ID: 577986

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** Jefferson , **Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

CHARGE 1 ASSLT3RD DWOP. MOTION JAIL FOR TT CHARGE

Next Court Date: 07/15/2013 09:00 AM (CRIMINAL COURTROOM 203)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve See sentence details above. On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: ________ am/pm to ________ am/pm ________ through ________, for one or more of the following purposes:

- [ ] 1. Working at his/her employment.
- [ ] 2. Seeking employment.
- [ ] 3. Attendance at an educational institution.
- [ ] 4. Medical treatment.
- [ ] 5. Other Bail Conds: { }

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of ________ perform the functions under KRS 439.179 (3) and (5).

01/14/2013 at 9:55:01 AM
Date

/s/ electronically signed by HON. SHEILA COLLINS
Signature of Judge
Div ________

Entered
________, D.C.

Clerk

**Distribution:** Transporting Officer
Jail/Corrections
Court File

GB003879

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB  | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000684 | Step Dt/Tm 10/19/2013 23:56 | Grievance Status RESPONSE

Step Officer Troutman, Iryt

Grievance Dt/Tm 09/17/2013 00:00 | Grievance Sent To Walker, Armon | Grievance Regarding Service

**Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved**

| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
|---|---|---|---|---|
| | STAFF | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/27/2013 10:06 | YOCUM, Lisa | INITIAL | Incompleted | i/m alleges Officer Miller discriminates against him due to his religion. |
| ievance Response | | | | Incompleted | |
| RETURNED TO INMATE | | | | Incompleted | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |


Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE |  | B[redacted] 09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

---

Grievance Number 00000688 | Step Dt/Tm 10/02/2013 08:46 | Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 09/19/2013 00:00 | Grievance Sent To Allen, Jamie | Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| Moppins, Marilyn | STAFF | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/27/2013 10:14 | YOCUM, Lisa | INITIAL | Completed | i/m alleges that Ms. Moppins has an attitude and does not properly do her rounds and help inmates when needed. |
| Grievance Response | 09/30/2013 12:39 | Ernst, Kyle | RESPONSE | Completed | |
| RETURNED TO INMATE | 10/02/2013 08:46 | YOCUM, Lisa | RETURNED-RESOLVED | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |

Grievance Number 00000688

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| Moppins Marilyn | STAFF |

Summary

i/m alleges that Ms. Moppins has an attitude and does not properly do her rounds and help inmates when needed.

Grievance Sent To Allen, Jamie





Grievance Number 00000688

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Resolution Response

Summary

i/m alleges that Ms. Moppins has an attitude and does not properly do her rounds and help inmates when needed.

Response

Mr. Hindi,
I will speak to Mrs. Moppins regarding her un professionalism and also regarding grievances turned into staff. Was anyone else present that i could speak with regarding her rude behavior that i can speak with?

Respondant Ernst, Kyle Reviewed Dt/Tm 09/30/2013 12:39

Grievance Unfounded or Resolved? RESOLVED

Grievance Number 00000688

Inmate Name HINDI, MAHMOUD Y

Inmate Number 00577966

Grievance Sent To Allen, Jamie

Respondant Ernst, Kyle

Reviewed Dt/Tm 09/30/2013 12:39

Summary

i/m alleges that Ms. Moppins has an attitude and does not properly do her rounds and help inmates when needed.

Response

Mr. Hindi,

I will speak to Mrs. Moppins regarding her un professionalism and also regarding grievances turned into staff. Was anyone else present that i could speak with regarding her rude behavior that i can speak with?

Officer Signature Date

Inmate Signature Date

Given to Inmate Dt/Tm 10/02/2013 00:00

| | | | | | |
|---|---|---|---|---|---|
| Name HINDI, MAHMOUD Y | | | Booking # 2012029784 | Facility 1 |
| Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 56 | Release Dt/Tm | Dorm H5E-N1 |
| **Status** | In Jail | | Classification MX/AB | Cell H5-N1 |

Grievance Number 00000690 Step Dt/Tm 10/14/2013 09:21 Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 09/24/2013 00:00 Grievance Sent To Allen, Jamie Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | CLASSIFICATION | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/27/2013 10:18 | YOCUM, Lisa | INITIAL | Completed | i/m alleges he turned in 7 grievances between 8/13-8/20 that never reached the grievance counselor. He stated he turned them into floor counselors. |
| Grievance Response | 09/30/2013 12:33 | Ernst, Kyle | RESPONSE | Completed | |
| RETURNED TO INMATE | 10/14/2013 09:21 | YOCUM, Lisa | RETURNED-RESOLVED | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |

Grievance Number 00000690

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | CLASSIFICATION |

Summary

i/m alleges he turned in 7 grievances between 8/13-8/20 that never reached the grievance counselor. He stated he turned them into floor counselors.

Grievance Sent To Allen, Jamie




Grievance Number 00000690

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Resolution Response

Summary

I/m alleges he turned in 7 grievances between 8/13-8/20 that never reached the grievance counselor. He stated he turned them into floor counselors.

Response

I am trying to locate your pink slips, if you have them please let Mrs Upton the grievance counselor know so i can check into them.

I, Lisa Upton-Yocum, received and made copies of pink grievance forms. I have processed these through the grievance system and returned to inmate.

At Mr. Ernst request I have found that inmate Hindi states he turned in those grievances to Ms. Freeman and Mr. English.

So as a follow up i will speak to the counslers listed regarding the aabove

Respondant Ernst, Kyle Reviewed Dt/Tm 09/30/2013 12:33

Grievance Unfounded or Resolved? RESOLVED

Grievance Number 00000690

Inmate Name HINDI, MAHMOUD Y

Inmate Number 00577966

Grievance Sent To Allen, Jamie

Respondant Ernst, Kyle

Reviewed Dt/Tm 09/30/2013 12:33

Summary

I/m alleges he turned in 7 grievances between 8/13-8/20 that never reached the grievance counselor. He stated he turned them into floor counselors.

Response

I am trying to locate your pink slips, if you have them please let Mrs Upton the grievance counselor know so i can check into them.

I, Lisa Upton-Yocum, received and made copies of pink grievance forms. I have processed these through the grievance system and returned to inmate.

At Mr. Ernst request I have found that inmate Hindi states he turned in those grievances to Ms. Freeman and Mr. English.

So as a follow up i will speak to the counslers listed regarding the aabove

Officer Signature     Date

Inmate Signature     Date

Given to Inmate Dt/Tm 10/15/2013 00:00

| | | | | | |
|---|---|---|---|---|---|
| Name | HINDI, MAHMOUD Y | | Booking # | 2012029784 | Facility 1 |
| Inmate # | 00577966 | Sex MALE  | Book Dt/Tm | 09/07/2012 02:36 | Wing H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | | Dorm H5E-N1 |
| **Status** | | In Jail | Classification | MX/AB | Cell H5-N1 |

Grievance Number 00000710 Step Dt/Tm 10/03/2013 12:09 Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 09/24/2013 00:00 Grievance Sent To YOCUM, Lisa Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | MEDICAL | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 10/03/2013 12:07 | YOCUM, Lisa | NOT GRIEVABLE | Completed | i/m filed a grievance about the times that he receives his meidcaitons.<br><br>Pr Mr. Zellars,<br>Medical staff have a window to administer medication. All procedures/protocols are being followed. Individual treatment is not grievable. |
| Grievance Response | 10/03/2013 12:08 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| RETURNED TO INMATE | 10/03/2013 12:09 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |

Grievance Number 00000710

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | MEDICAL |

Summary

Grievance Sent To YOCUM, Lisa

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000749 | Step Dt/Tm 10/19/2013 23:58 | Grievance Status RESPONSE
Step Officer Troutman, Iryt

Grievance Dt/Tm 09/27/2013 00:00 | Grievance Sent To Walker, Armon | Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | STAFF | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 10/08/2013 09:58 | YOCUM, Lisa | INITIAL | Incompleted | i/m alleges officer Veter and Sanders discriminated against him and were disresp |
| Grievance Response | | | | Incompleted | |
| RETURNED TO INMATE | | | | Incompleted | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |

Floor Security | Booking Floor | 3rd Shift NJC

Date: 26-Sep-12
Day: Wednesday

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | J. June |
| [illegible] | D. Skaggs |
| D[illegible]-3 | M. Curry |
| Do[illegible]-7 | K. Echsner |
| PSYCH | M. Sacra / Duff |
| PSYCH | K. Alexander |
| Rover | L. Weatherington |
| | Post closed |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | M. Zapata |
| Control | J. Stinson |
| North | R. Walker / Lydon |
| North | C. Noland |
| South | J. Horn / Arnold |
| South | R. Hamilton |
| Rover | Post Closed |

**Unit 4** (SGT-1421)

| | |
|---|---|
| SERGEANT | D. Gentry |
| Control | L. Padilla |
| North | C. Lucas |
| North | M. Forbes |
| South | M. Lynch |
| South | D. Higdon |
| Rover | Post Closed |
| | Post Closed |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | J. Jones |
| Control | J. Warner |
| West M-4 | C. Donahue |
| West 5-8 | C. Hornback |
| East | R. Anthony |
| East | T. Stanfield |
| Rover | Post Closed |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | J. Jones |
| Control | C. Piotrowski |
| West M-4 | D. Santiago |
| West 5-8 | C. Ernest |
| East | V. Lloyd |
| East | D. Bumphus |
| Rover | Post Closed |

**Unit 7** (SGT-1721)

| | |
|---|---|
| SERGEANT | N/A |
| Control | N/A |
| Dorms | N/A |
| [illegible] | N/A |
| [illegible] | N/A |
| W[illegible] | N/A |

**Unit 1** (SGT-1121) (SGT-1121A)

| | |
|---|---|
| SERGEANT | Sgt. A. Fugate |
| SERGEANT | Post Closed |
| Grill | K. Hinton |
| Grill | H. Roy |
| Livescan | R. Graham |
| Livescan | Closed Staff Shortage |
| Passive | S. Weatherly |
| Movement | Post Closed |
| Movement | J. Sipes |
| J5 Court holds | Post Closed |
| Transportation | T. Woods |
| Rear Security | A. Morton |
| Magnatometer | T. White |
| B.A. Lab | M. Ceja |
| B.A. Lab | Post Closed |
| B.A. Lab | Post Closed |
| Main Control | K. Denzik |
| Main Control | A. Miller |
| Outer Control | J. Thomas |
| Front Desk | A. Rogers |
| Sanitation | R. Craddock |
| Laundry | S. Vincent |
| Kitchen | J. Alexander |
| Kitchen | W. Laird |
| Kitchen | Post closed |
| Property Ofc. | S. Stachoulas |
| Property Ofc. | J. Dever |
| Property Ofc. | T. Masingo |
| Property Ofc. | Closed Staff Shortage |
| Property Ofc. | Post Closed |

First Responders: N/A

Hospital: See Summary

| | |
|---|---|
| Captain | Baker |
| Lieutenant | DeJarnette |
| Lieutenant | |
| Lieutenant | |

**Staff Off Duty / Reason**

| | |
|---|---|
| Sgt. M. Redmon | V |
| Sgt. S. Broome | R |
| Sgt. S. Gilbert | V |
| Sgt. C. Roy | BRV |
| Sgt. D. Gibson | R |
| Sgt. T. Huber | R |
| Ofc. C. Easton | S |
| Ofc. C. Smith | V |
| Ofc. C. Marbery | ML |
| Ofc. A. Daniels | V |
| Ofc. R. Stimphil | SD |
| Ofc. E. McIntosh | SD |
| Ofc. C. Brown | TR |
| Ofc. B. Wylie | TR |

**Overtime**

| | |
|---|---|
| *Ofc. C. Hornback* | *SOT* |
| Ofc. R. Anthony | SOT |
| Ofc. D. Bumphus | SOT |
| Ofc. T. Stanfield | SOT |
| Ofc. J. Sipes | SOT |
| Ofc. S. Weatherly | SOT |
| Ofc. J. Stinson | VOT |
| Ofc. J. Warner | VOT |
| Ofc. V. Lloyd | VOT |
| Ofc. T. Woods | VOT |
| Ofc. Brison Sgt. Jones | VOT |

**Next Shift Sick/Absent**

**Shift Activity:**
See Summary

Prepared by: Lt. R. DeJarnette # 222

# Daily Incidents
# 09-26-12

**Commanders on Duty: DeJarnette, Baker**

**Booking Deferrals: NONE**

**Hospital runs: I/m Gerald Bryant - 7th floor ICU #1**

**I/m James Lang - ER RETURNED at approximately 1900 hours**

Incident # 5853 - Inmate Strip Search - J3, At approx. 1555 hours a strip search was conducted on J3 in the Multipurpose Room bathroom on inmate Hindi, Mahmoud # 577966. Strip search was conducted per policy following a contact visit. Search was conducted by Officer Walker and Officer Lydon. No contraband was located. Inmate returned to his housing location of J3 Dorm 8 with no incident. Strip Search Form completed and placed with shift paperwork. Shift Commander notified.

Incident # 5856 - Pre Existing Injury - J1, At approx. 1736 hrs. fresh arrest inmate Eggers, David cin # 456114 arrived at LMDC with pre-existing injuries to his face. Nurse Fisher assessed him and cleared him for entry into the facility. When Inmate Eggers was questioned about his injuries he stated "The Police beat me up". Inmate Eggers was arrested by LMPD Ofc. D. Henke # 7783. A photo was taken and sent to PSU and 2nd shift command.

Incident # 5857 - Contraband - H6, at approximately 1610 hrs Sgt. Jones was notified by Ofc. Santiago that when he went to collect the razor from I/M Timothy Gibson cin #291341 the blades were missing. I/M Gibson stated that he was in the restroom area shaving and was hitting the razor on the sink when the front of the razor came off and went down the sink drain. Ofc. Santiago brought the broken razor into the control room. Sgt. Jones notified Lt. DeJarnette and a shakedown of dorm 5 was conducted at approximately 1630 hrs. During the shakedown there was an excessive amount of toilet paper found. There was excess linen and trash found. There was 2 bottles of suspected jail hooch found in the property of I/M Clarence Celik cin #576626. I/M Celik was written up and moved pending disciplinary. I/M Celik stated that the hooch was not his and that another I/M must have put it in his property when the dorm found out we were coming in to shake them down. Photos were taken of all contraband. The missing razor blades were not found and are believed they went down the sink drain. The razor did not appear to have been tampered with. All contraband was disposed of in its correct location. Lt. DeJarnette was notified of the situation.

Incident # 5858 - Contraband - J1, at approx. 1758 hrs. fresh arrest inmate Butler, Angelica cin # 565816 was being searched on the grill by Ofc. H. Roy. A small metal container was attached to her key ring which contained 15 oval orange pills. The pills were identified via drug information online as Amphetamine 20 mg. a schedule 2 controlled substance. Added charges were filed on inmate Butler for prescription controlled substance in improper container and promoting contraband 1st. The pills were transported to The LMPD property room by Ofc. H. Roy. Inmate Butler was arrested by LMPD Ofc. A. Rodman # 7026. Photos of the contraband were taken and sent to PSU and 2nd shift command.

Incident # 5859 - Area Search - J2, at 1745 hrs, Sgt. June was coming out of the J2 Sergeant's office, when sGT. June could see an inmate run out of J2 D1B and run back into the dorm. He walked over to J2 D1A/D1B, D1A was unsecured. Sgt. June secured the door and checked D1B to make sure it was secured, it was. He then reviewed the DVR to see what took place. I/m Vincent, Nantasha cin-438207 (D1B) take some items, came out of the dorm and then pass them to I/m Harris, Lanesha cin-424212 (D1A). Sgt. June had I/m Vincent escorted out the dorm to the attorney booth. He then entered D1A and escorted I/m Harris out of the dorm. I/m Harris had multiple food items. Both inmates were searched by officers. Ofc. Curry felt an unknown object on I/m Harris and I/m smelled strongly of marijuana. Sgt. June ordered a strip search that was conducted by Ofc. Curry and Ofc. Duff on the booking floor (strip search room). No contraband found. Strip search form was completed. Ofc. Curry stated that I/m's bra smelled strongly of marijuana. A shake down was conducted in J2 D1B. The contraband found was-a cup of peas, that someone had been drying out. I/m Bruce, Brittany cin-548685 had 1 match wrapped inside a piece of paper. I/m Townsell, Stephanie cin-577543 had multiple notes from other inmates located in other dorms. I/m Harris stated that she was just getting some food items and didn't come in the jail with any drugs. I/m Vincent stated that she was just giving an old friend some food. I/m Harris and I/m Vincent were moved to pre-hearing detention with write ups. I/m Bruce and I/m Townsell were given write ups, but allowed to stay in the dorm. Pictures were taken and sent to PSU. All contraband was disposed of. Lt. Dejarnette was notified.

Incident # 5860 - Area Search - J4, At approximately 1940 hours a search was conducted in J4N2B due to the inmates refusing (earlier in the shift) to move from temporary beds (boats) to the open bunks. The inmates informed the officers it was their job "to get the boats and move people". All inmates were instructed to gather their property, mats and linen and exit the dorm. When Capt Baker asked Inmate Curtis Davis #556196 to get his armband, Inmate Davis stated, "I ain't got one." Capt Baker instructed the subject to step out of the dorm due to the fact the subject's armband was laying on his boat. While Officer Forbes and Officer Higdon were walking the subject out, he raised his left arm and became verbally and physically resistant towards the

away and would not put his arms behind his back. The subject was placed against the door and handcuffs were applied. Inmate Davis was then escorted to West Hold and will be written up. Assigned bottom bunks were verified through Medical. Once this was completed, the inmates with bottom bunks armbands were moved back into the dorm and given a bottom bunk. The rest of the dorm was returned two at a time to claim a bunk. Once Inmate Roy Felton #476322 was instructed to enter the dorm, he became verbally disruptive, telling the officers to "suck my dick", "fuck you motherfuckers" and "I ain't starting over on a top bunk so fuck you." The subject was handcuffed and taken to West Hold. He was also written up. During a search of the subject's property, an extra pair of shoes were confiscated, taken to LMDC Property and placed on the subject's account. Classification was notified and placed both subject's on the move list. Capt Baker, who was present for some of the incident, and Lt Dejarnette were notified.

**Incident # 5862 - Pre Existing Injury - J1, At approx. 2259 hrs. Fresh arrest Inmate Crenshaw, Charles cin # 265156 arrived at LMDC with pre-existing injuries to his face. Nurse Cheatham assessed inmate Crenshaw and cleared him for entry into the facility. When questioned about his injuries inmate Crenshaw stated "I fell when they tazed me". Inmate Crenshaw was arrested by Jeffersontown Police Ofc. N. Presley # 8224. Photos were taken and sent to PSU and 2nd shift command.**

**Information : X module : CLEAR**

## Floor Security

**Unit 2** (SGT-1221)

| | |
|---|---|
| **SERGEANT** | Summers |
| Control | Brison |
| Med/Psych | McCullough |
| Med/Psych | Miller |
| Dorms | Shipley |
| Dorms | Kelley |
| Medical | Downs |
| Rover | Wiggins |

**Unit 3** (SGT-1321)

| | |
|---|---|
| **SERGEANT** | Jones |
| Control | Brockbank LD |
| North | Weeks |
| North | Hornback |
| South | Lloyd |
| South | Sanders |
| Rover | |

**Unit 4**(SGT-1421)

| | |
|---|---|
| **SERGEANT** | Angelini |
| Control | Conner |
| North | Sullivan |
| North | Elmore |
| South | Laws |
| South | Cline |
| Rover | Young |

**Unit 5** (SGT-1521)

| | |
|---|---|
| **SERGEANT** | Thomas |
| Control | M. Moore |
| West | Warner |
| West | Garrett |
| East | Kirk |
| East | Ernspiker |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| **SERGEANT** | Thomas |
| Control | Kassinger LD |
| West M-4 | Williams |
| West 5-8 | Pinnick |
| East | Dorsey |
| East | D. Johnson |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| **SERGEANT** | Closed |
| Control | |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

## 1st Floor Security

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| **SERGEANT** | McCubbins |
| **SERGEANT** | |
| Grill | McNeese |
| Grill | Frisby |
| Passive | Estes |
| Livescan | Page |
| | |
| Rear Security | Ayers |
| Trans (751) | Nichols |
| Trans (752) | Burba |
| Clinics | |
| Movement | Brown |
| B.A./Movement | Benner |
| J5 Overflow | Jessie |
| B.A. Lab | |
| Main Control | Dugan |
| Main Control | Reese |
| Outer Control | Fowler |
| Magnometer | M Johnson |
| Front Desk | Grieser |
| Sanitation | |
| Laundry | |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| **Property Sgt.** | |
| Property Ofc. | Stone |
| Property Ofc. | Geracitano |
| Property Ofc. | Wheatherly |
| Property Ofc. | Rauchwater |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |
| District Court | Mason |
| District/Circuit 2 | Henderson |
| Circuit Court | Woods |
| Arr. Court | Harris |

| | |
|---|---|
| **Date:** | December 6, 2012 |
| **Day:** | Thursday |
| **Shift:** | **1st** |
| **Captain** | Walker Vac |
| **Lieutenant** | Meriwether |
| **Lieutenant** | Grieser |
| **Lieutenant** | Mitchell - SD |

**Staff Off Duty / Reason**

Mangrum - Sick
DeJarnette - FMLA
Woolen - Trn

**Sick Calls for Next Shift**

Lamkin S

**Overtime**

**Overtime Used- FOT/SOT/VOT**

None

**Hospital Runs/Clinics**

Clark, Wilder - ER Ofc. Hagan

**Incidents**

Report # 7333
Report # 7336
Report # 7337
Report # 7338
Report # 7339
Report # 7340
Report # 7341
Report # 7346

# Daily Incidents
# December 6, 2012

**Hospital Runs:** Clark, Wilers ER Room 6 - Ofc. Hagan (returned at about 1215 hrs

**X - Module inmates:** No one in The X - Module

**Incident** : At 0730 hours on 12/6/12 Nurse Slider advised that inmate Amanda Skaggs would need to be escorted to J2D7#6 and be placed on a level one observation. Nurse Slider advises that during her medical interview she stated she attempted suicide on 12/05/12 by taking a full bottle of Oxycotin pain pills. Subject was then dressed out, escorted to J2 and placed on a level one observation as ordered. Lt. M. Grieser advised. Report # 7333

At about 1005 hours Sgt. Summers was notified by Ofc. Roth(Property) that while speaking with I/M Johnson, Monique (481955) located in Dorm 1A on J2 about her property being signed over to a third party, she informed him that she still had possession of her money. He then located Sgt. Summers and they had inmate Johnson exit the dorm and she explained to them that she was not completely coherent when she arrive to the facility and that she was not aware of having the money on her person until she awoke in the dorm. I/M Johnson was already dressed out in a departmental jumpsuit, but stated that her money was located in her bra area. Sgt. Summers had I/M Johnson step out into the hallway, along with him and Ofc. Roth in order that all actions were recorded on camera. I/M Johnson proceeded to pull out a roll of money from her bra area and Sgt. Summers instructed her to count it in front of him and Ofc. Roth. I/M Johnson counted the money which included (3)100.00 bills, (4) 20.00 bills, (1) 5.00 bill, and (4) 1.00 bills totaling $389.00. Sgt. Summers then asked Ofc. Roth to count the money also and he also came to the same total of $389.00. Sgt. Summers then escorted Ofc. Roth to Property on J1 and he placed the money on I/M Johnson's account. Sgt. Summers was given the receipt that was generated and returned to J2 Dorm 1A to deliver the receipt to I/M Johnson. I/M Johnson was also searched by Ofc. Kelley for any other remaining currency or other contraband, which no other was found. Lt. Grieser notified and normal operations resumed. Report # 7336

At about 1020 hourson J4 Dorm 7 #11, Sgt. Angelini was advised by Ofc. Cline that Inmate O'Bannon, Alfonzo (334246) attempted to exit his cell and get to Inmate Dunn, Quinton (565281). Ofc. Cline advised that while conducting sick call, Inmate O'Bannon's cell was opened to give him his medication. Upon his cell being opened, Inmate O'Bannon attempted to go past Ofc. Cline at which time Ofc. Cline told him to stop and held out his hand to gesture for him to stop. (Inmate O'Bannon is deaf.) Inmate O'Bannon continued his attempt to get to Inmate Dunn, at which time Ofc. Cline pushed Inmate O'Bannon back into his cell. Inmate O'Bannon then tripped and fell onto the floor. Ofc. Cline then closed his cell door. Ofc. Cline and Ofc. Laws returned with the camera to take pictures of Inmate O'Bannon. Nurse Fowler arrived on the floor to assess Inmate O'Bannon, no injuries found. Lt. Grieser was advised of the incident. Inmate O'Bannon stated that he was attempting to get to Inmate Dunn due to him teasing him while in the dayroom. Photo was forwarded to PSU. Report # 7337

At about 1224 hours Ofc. R. Estes advised Sgt. McCubbins to respond to J1 passive booking. Upon arrival he advised that inmate Richard Smith fell down and appeared to have a seizure. Medical was notified and Nurse D. Fowler responded. After subject was cleared by medical, Nurse Fowler advised that subject needed to be moved to J2WD12 for closer observation. At around 1250 hours while in the dress out room located by property subject had what appeared to be another seizure. Nurse Fowler was then called again and arrived shortly after. Once cleared by medical subject was dressed out, sat in a wheelchair and escorted to J2 as instructed. Lt. M. Grieser advised. Report # 7338

At approximately 1014 hours Sgt. Jones was notified that I/M Hindi Mahmoud cin #577966 while receiving his canteen on J3 gave canteen work Equisha Keys a hug and a kiss on the forehead. Ofc. M. Weekes immediately removed I/M Mahmoud from dorm 8 and placed him in the west hold. Sgt. Jones asked Ms. Keys if she was alright and she stated that she was shocked. Sgt. Jones advised her to wash off with soap and water. I/M Mahmoud was moved to J3 dorm 7 #8. Mental health was notified. I/M Mahmoud is pending disciplinary. Lt. Grieser was notified. Later Sgt. Jones spoke with I/M Mahmoud about his write up. I/M Mahmoud stated that he did hug and kiss the canteen worker on the forehead. He stated that he didn't mean any harm that he was excited and felt that she had went above and beyond by finding his missing commissary. Sgt. Jones explained to I/M Mahmoud that we do not allow that type of avior. I/M Mahmoud apologized several times and stated that he didn't mean any harm. Report # 7339

## Floor Security

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | Mumford |
| Control | Kassinger - LD |
| Med/Psych | Miller |
| Med/Psych | Downs |
| Dorms | Shipley |
| Dorms | Scott |
| Medical | |
| Rover | Brison |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Neal |
| North | Hornback |
| North | Stinson |
| South | Batts |
| South | McKinney |
| Rover | |

**Unit 4**(SGT-1421)

| | |
|---|---|
| SERGEANT | White |
| Control | Peace - VOT |
| North | Kelley |
| North | Hamilton |
| South | Hommrich |
| South | Sullivan |
| Rover | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | Dejarnette |
| Control | Vetter |
| West | M Moore |
| West | Sheppard |
| East | Garrett |
| East | B Moore |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | Thomas |
| Control | Ennis - VOT |
| West M-4 | Williams |
| West 5-8 | Dorsey |
| East | Frech |
| East | Wiggins |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| SERGEANT | Closed |
| Control | |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

## 1st Floor Security

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | McCubbins |
| SERGEANT | |
| Grill | Ayers |
| Grill | Roehm |
| Passive | Smith |
| Livescan | Estes |
| | |
| Rear Security | Page |
| Trans (751) | Nichols |
| Trans (752) | |
| Clinics | |
| Movement | Goff |
| B.A./Movement | Benner |
| J5 Overflow | |
| B.A. Lab | |
| Main Control | Reese |
| Main Control | Pridgen |
| Outer Control | Fowler |
| Magnometer | Woods |
| Front Desk | Ledrick |
| | |
| Sanitation | |
| Laundry | |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| | |
| **Property Sgt.** | |
| Property Ofc. | Geracitano |
| Property Ofc. | Wheatherly |
| Property Ofc. | Rauchwater |
| Property Ofc. | |
| | |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |
| | |
| District Court | Closed |
| District/Circuit 2 | Closed |
| Circuit Court | Closed |
| Arr. Court | Mangrum / Morgan |

| | |
|---|---|
| **Date:** | January 01,2013 |
| **Day:** | Tuesday |
| **Shift:** | 1st |
| **Captain** | |
| **Lieutenant** | Meriwether |
| **Lieutenant** | Grieser - V |
| **Lieutenant** | Mitchell - V |

**Staff Off Duty / Reason**

Berry - Sick
Hagan - FMLA
Boog - Sick
Bunnell - Sick
Floyd - Sick
Puente - FMLA

**Sick Calls for Next Shift**

**Overtime**

**Overtime Used- FOT/SOT/VOT**

Peace , Ennis , Edens - VOT

**Hospital Runs/Clinics**

Thomas Bryant ICU#10 Edens VOT

**Incidents**

EI# 0005
EI# 0008

GB003897

# Daily Incidents
# January 01, 2013

**Hospital Runs**: Thomas Bryant 5West ICU Bed #10

**X - Module inmates**: X Module checked

**Incidents :** 0740 hrs St. Allen overheard a loud noises coming from the area of J3D8. When he went to see what was going on he was advised that inmate Polini, Anthony was banging his head due to him not recieving his morning medication. His medication was not on the morning cart and he was informed by the nurse that she would have to bring it back. Inmate Polini continued to bang his head against the cell window causing redness and swelling to his head. Inmate Polini was instructed to quit and he complied. Nurse Barbie Wood arrived on the floor to assess inmate for his injury. Pictures taken and forwarded to cammand staff and A I. EI# 0005

0730hrs while morning sick call was being conducted ON J 3 by Ofc. Hornback, inmate Hindi, Mahmoud had come up for his morning medication passing Ofc. Hornback and could be heard saying "you fucking bastard officer". Ofc. Hornback continued to let inmate Hindi receive his medication. After this action, Ofc. Hornback requested that inmate Hindi step out of the dorm to find out what his problem was. Inmate Hindi refused to step and and talk with Ofc. Hornback. Ofc. Hornback then instructed inmate Hindi to walk to west hold. Inmate Hindi refused to do so and appeared ready to throw water on Ofc. Hornback. Ofc. Hornback pulled his OC out and instructed inmate to walk to west hold. Again, Inmate Hindi refused calling Ofc. Hornback "a fucking bastard officer". Ofc. Hornback used soft empty hand technique and while escorting him to west hold inmate Hindi threw that cup of water at Ofc. Hornback hitting him in the uniform, arm and facial area. Sgt. Allen witnessed this entire incident and Ofc. Hornback informed him that inmate Hindi has prior issues with Ofc. Hornback. Sgt. Allen went to speak with mental health in regards to inmate Hindi and he was informed to move Hindi to J2W obs. While Allen and Ofc. McKinney escorted inmate Hindi off the floor Allen overheard him tell Ofc. Hornback that "he(inmate Hindi) will kill him(Ofc. Hornback) if it took a thousand years.

Information was gathered that during a interview with Dr. Easley inmate Hindi made 4 references about Ofc. Hornback's life. Allenthen spoke with Nurse Barbie Wood and asked her to document that in inmate Hindi's file. Ofc. Hornback filed added charges on this inmate. Additional charges of TT3 and Asslt 3 were placed on inmate Hindi. Citation number M582936. Disciplinary will be issued as well. EI# 0008

**Commanders on Duty**

Lt. Meriwethwer

## Floor Security | Booking Floor | 3rd Shift NJC

Date: 2-Sep-13
Day: Saturday

### Unit 2 (SGT-1221)

| | |
|---|---|
| SERGEANT | Mumford |
| Control | Brison |
| Dorms 1-3 | Neal |
| Dorms 4-7 | Wiggins |
| PSYCH | McKinney |
| PSYCH | Berry |
| Rover | Downs |

### Unit 3 (SGT-1321)

| | |
|---|---|
| SERGEANT | White |
| Control | Weekes |
| North | Hornback |
| North | Lloyd |
| South | Davis |
| South | Kirk |
| Rover | |

### Unit 4 (SGT-1421)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Hamilton |
| North | Bunnell |
| North | Young |
| South | Sullivan |
| South | Laws |
| Rover | |

### Unit 5 (SGT-1521)

| | |
|---|---|
| SERGEANT | DeJarnette |
| Control | Batts |
| West M-4 | Sheppard |
| West 5-8 | Hommrich |
| East | Floyd |
| East | B. Moore |
| Rover | |

### Unit 6 (SGT-1621)

| | |
|---|---|
| SERGEANT | DeJarnette |
| Control | Sanders |
| West M-4 | Frech |
| West 5-8 | McCullough |
| East | Johnson |
| East | Muncy |
| Rover | |

### Unit 7 (SGT-1721)

| | |
|---|---|
| SERGEANT | N/A |
| Control | N/A |
| Dorms | N/A |
| Walk 1 | N/A |
| Walk 2 | N/A |
| Walk 3 | N/A |

### Unit 1 (SGT-1121) (SGT-1121A)

| | |
|---|---|
| SERGEANT | Summers |
| SERGEANT | |
| Grill | Goff |
| Grill | Burba |
| Livescan | McNeese |
| Livescan | |
| Passive | Brown |
| Movement | Morgan |
| Movement | |
| J5 Court holds | |
| Transportation | Waford |
| Rear Security | Roehm |
| B.A. Lab | Woods |
| B.A. Lab | |
| Magnotometer | Cline |
| Main Control | Jessie |
| Main Control | Reese |
| Outer Control | Pridgen |
| Front Desk | Ledrick |
| Sanitation | |
| Laundry | Luttrel |
| Kitchen | Brangers |
| Kitchen | Bloyd |
| Kitchen | |
| Property Ofc. | Spinks |
| Property Ofc. | Rauchwater |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| District Court | |
| District / Circuit | |
| Circuit Court | |
| Arraignment | Henderson |
| Hospital | |

| | |
|---|---|
| Captain | |
| Lieutenant | Angelini |
| Lieutenant | |
| Lieutenant | |
| Lieutenant | |

### Staff Off Duty / Reason

Frisby - V
Page - V
Scott - S
Brockbank - WC
Ernspiker - WI
Elmore - V
Pinnick Sx2
Puente - FML

### Overtime

None

### Next Shift Sick/Absent

Broome - S

**Shift Activity:**
See shift summary for Incidents

*Prepared by: Lt. N. Angelini #227*

GB003899

# Daily Incidents
# 2/9/2013

**Commanders on Duty:**

**Lt. Angelini**

At 1030 hours on J1, Sergeant Summers was in arraignment court when Inmate Dominique Dudley became disruptive with the Judge. Officer Waford and Sgt. Summers escorted him to Rear Security Cell 1. While talking with Sgt. Summers, Inmate Dudley began crying. Mental Health Worker Mark Krank spoke with him and determined to place him on Level 1 suicide observation. He was placed in J2W Walk 1 Cell 14 for his observation. Lieutenant Angelini was notified. Incident # 0869.

At 0805 hours on H6, Sergeant DeJarnette was notified that Inmate Franklin Bumphus became disruptive with Officer McCullough during Mandatory Linen Exchange. While officers were collecting linen in Dorm 3, Officer McCullough instructed him to place his blanket, that was wrapped on his head, either back on his bunk or place it in a bin if it was extra. Inmate Bumphus exited the dorm carrying his blanket. Officer McCullough then attempted to grab the blabnket from him, at which time he pulled away and raised his arms and took an agressive stance. Officer McCullough then grabbed him and placed him against the wall/glass in order to control him while placing him in handcuffs. Officer Cline and Officer Frech arrived to assist, and they took him to the floor in order to place him in handcuffs. Inmate Bumphus struggled briefly, but the complied with the officers instructions. He was escorted to the H6 bullpen without further incident. Medical Nurse Brewer assessed him and noted no injuries, nor did he claim to have any. Photos were taken and forwarded to Shift Command and PSU. Lieuitenant Angelini was notified. Incideent # 0866.

At 1230 hours on H5, Sergeant DeJarnette was notified by Mental Health Worker Mark Krank that Inmate Mahmoud Hindi needed to be placed on Level 1 suicide observation. He was placed in H5 North 1 Cell 1 for his observation. Lieutenant Angelini was notified. Incident # 0870.

At about 0720 hours on J1, Sergeant Summers was notified that Inmate Melissa Greer's Body Scan # 00006330 showed an unknown void around her vagina area. Sergeant Summers authorized a strip search and it was completed by Officers Spinks, Roehm and Rauchwater. Inmate Greer became verbally noncompliant, stating that she had surgury on her wrist recently. Nurse Daughtery assessed and cleared her to continue. Staff completed the strip search but were not completely sure about the lack of contraband. Inmate Greer was body scanned again (# 00006331), which again showed an unknown void. She was dry celled in Booking Floor Hold Cell 5. After she became compliant with the booking process, she was removed from the holding cell and booking process completed. No contraband was found in the holding cell. A strip search report was completed and placed in the shift report. Photos were taken and fowarded to Shift Command and PSU. Lieutenant Angelini was notified. Incident # 0867.

**Hospital- NONE**

**X-Module- NONE @ 1442 hrs.**

## Floor Security

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | Llaguno |
| Control | C. Downs- Fot |
| Dorms 1-3 | N. Barnes |
| Dorms 4-7 | C. Duff |
| PSYCH | K. Lamkin |
| PSYCH | K. Alexander |
| Medical | A. Tinker |
| Rover | |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | Horn- Fot |
| Control | R. Stimphil |
| North | L. Ware |
| North | M. Lynch |
| South | G. Shirley |
| South | |
| Rover | |

**Unit 4**(SGT-1421)

| | |
|---|---|
| SERGEANT | Huber |
| Control | C. Ennis |
| North | J. Harmon |
| North | M. Forbes |
| South | C. Stengel |
| South | D. Ramsey |
| Rover | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | Goff |
| Control | A. Green- Fot |
| West M-4 | D. Santiago |
| West 5-8 | A. Daniels |
| East | A. Helm |
| East | T. Warden |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | L. Brison- Fot |
| Control | R. Sookal |
| West M-4 | Ofc. Lee |
| West 5-8 | R. Sullivan- Fot |
| East | Y. Neal- Vot |
| East | |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| Sergeant | Closed |
| Control | Closed |
| Dorms | Closed |
| Walk 1 | Closed |
| Walk 2 | Closed |
| Walk 3 | Closed |
| Rover | Closed |

## 1st Floor Security

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | Fugate |
| SERGEANT | |
| Grill | J. Roehm- Fot |
| Grill | S. Sargent |
| Clinics | Post Closed |
| Livescan | Closed Staff shortage |
| Livescan | J. Knoop |
| Passive | J. Burba- Fot |
| Trans (751) | A. Morton |
| Trans (752) | D. Hermann |
| Rear Security | R. Graham |
| Movement | Post Closed |
| Movement | Post Closed |
| J5 Overflow | Post Closed |
| B.A. Lab | M. Peace |
| Main Control | J. Thomas |
| Main Control | A. miller |
| Outer Control | C. Piotrowski |
| Magnometer | N/A |
| Front Desk | H. Cirkic |
| Sanitation | R. Craddock |
| Laundry | W. Laird |
| Kitchen | H. Carnes |
| Kitchen | M. Luttrell |
| Kitchen | Post Closed |
| **Property Sgt.** | Post Closed |
| Property Ofc. | N. Brauner-Sod |
| Property Ofc. | M. Roy |
| Property Ofc. | A. Hutchins |
| Property Ofc. | J. Bradford |
| Gym Ofc 1330 | Post Closed |
| Gym Ofc 1530 | Post Closed |
| District Court | N/A |
| District/Circuit 2 | N/A |
| Circuit Court | N/A |
| Arr. Court | N/A |
| | N/A |

| | |
|---|---|
| **Date:** | March 2, 2013 |
| **Day:** | Saturday |
| **Shift:** | **2nd** |
| **Captain** | Hogan-R |
| **Lieutenant** | DeJarnette-R |
| **Lieutenant** | Angelini-Sod w Ezell |
| **Lieutenant** | Ezell |

**Staff Off Duty / Reason**

Sgt. Redmon- UB
Conner- Cancelled SOT
Joyner- Cancelled SOT
Ofc. Wimsatt- MIL

**Sick Calls**

Sgt. Brown- Cancelled Sot for 3rd shift

**OVERTIME**

Brison/ Fot
R. Sullivan/ Fot
C. Downs/ Fot
A. Green/ Fot
J. Horn/ Fot
J. Roehm/ Fot
J. Burba/ Vot
Y. Neal/ Vot

**Hospital Runs**

Jamie Webb- Rm. 338
Dialysis- Joseph Johnson

**Incidents**

EI # 1345 1740hrs. Fire Smoke Detected/ Alarm (J2 W2 cell 3)
EI # 1344 1815hrs. Self Abusive Behavior/ Suicide Prevention ( H5 S1 cell 6)
EI # 1347 1900hrs. Strip Search Inmate ( J1)
EI # 1350 1945hrs. Suicide Attempt/ Contraband/ Strip Search ( J2W W1 cell 4)
EI # 1349 1930hrs. Combative ( H5 N1 cell 1)
EI #1351 2106hrs. Strip Search Inmate ( J1)
EI #1355 2245hrs. Contraband ( J2/2a)

# Daily Incidents
# 3/2/2013

**Commander(s)on Duty:**

Lt. T. Ezell

**EI #1345 Fire or Smoke Detection ( J2, W2 cell 3)**

At 1740hrs. main control advised that the fire alarm was activated. Upon Sgt. Llaguno's arrival to the cell I/m George Henderson (578459) was taking a shower and throwing water at the smoke detector. I/m Henderson is classified as pysch but was placed into the medical cell due to lack of mental health space. Lt. Ezell was notified. Safety officer Bennett was notified however, main control was able to reset the alarm system without Ofc. Bennett responding directly. Photos of the single cell was forwarded to PSU. Lt. Ezell responded to the scene and resumed normal operations after the alarm was reset.

**EI #1344 Self Abusive Behavior/ Suicide Prevention ( H5, S1 cell 6)**

At 1815hrs. I/m Michael Gaddis (569099) informed Ofc. Warden that he had cut himself on the bars connected to the window in his single cell. Sgt. Goff was immediately notified. I/m Gaddis was handcuffed an immediately moved to the holding cell at H5 dorm 9. The subject advised Sgt. Goff that he was cutting his arm because he was stressed out due to all the noise on the south walk. Nurses Grubbs and Howard arrived and advised that I/m Gaddis was not suicidal therefore he was placed into cell 5 inside of H5 dorm 9. Before a picture of his original injury was made I/m Gaddis cut himself agair and made a drawing on the wall of his cell with his blood. Mental health was notified and Nurse Price arrived to clean up I/m Gaddis' cuts. The nurse noted that the subject had a scratch on the right side of his face and two cuts on his left arm. However, Nurse Grubbs called and stated that I/m Gaddis would be moved to J2W on a level one suicide observation. All photos were forwarded to PSU. Lt. Ezell was notified of the incident.

**EI #1347 Strip Search Inmate ( J1)**

At 1900hrs. Ofc. Graham was searching fresh arrest inmate Joe Toohey (501299) on the grill when a syringe was located in the subjects back pocket. The syringe was returned to the arresting LMPD officer who placed added charges on the subject. As the frisk search continued Ofc. Graham felt an object in the subjects crotch area. A body scan was conducted that revealed an abnormality. Therefore, Sgt. Fugate authorized a strip search of I/m Toohey.
However, no other contraband was recovered. A strip search form was submitted with J1 paperwork. The arresting LMPD officer was Tapp. No I.D. was given with the report. Lt. Ezell was notified of the incident.

**EI # 1350 Suicide Attempt/ Contraband/ Strip Search Inmate ( J2w, w1 cell 4)**

At 1945hrs. Sgt. Llaguno was notified by Ofc. Alexander that I/m Charles Clark (539114) had given him a broken razor. As Sgt. Llaguno spoke to I/m Clark he advised that a 2nd shift workaide I/m Detrick Davis (575718) gave him the razor that he received from I/m Michael Gaddis (569099). At the time I/m Gaddis was housed in the cell next to I/m Clark. I/m Gaddis advised Sgt. Llaguno that he had the broken razor for a couple of months and that he hid it in his shower shoes. I/m Gaddis was strip search with no other contraband found on his body. I/m Clark was uncooperative but recieved a pat search and a cell search. No other razors were found on the subjects.
A review of DVR camera C47J2W1 revealed that the one on one workaides had passed something between both Clark an Gaddis' cell. The other one on one workaides involved were I/m Edwin Reichmuth (544147) and James Downing (253098 All workaides involved received disciplinary write ups and were removed from the work aide dorm. I/m Gaddis was moved to walk 1 cell 4. Lt. Ezell was notified and responded to the scene of the incident.

At 2058hrs. it was discovered that I/m Gaddis once again had fresh cuts on his face and arm. Sgt. Llaguno and medical was at the scene. The subject advised Sgt Llaguno that he didn't have anything but the cuts indicated that a razor was stil unaccounted for. I/m Gaddis was escorted to the body scanner but the scan did not reveal that I/m Gaddis had a razor in his possession. I/m Gaddis was moved to Walk 1 cell 2 where he revealed to Sgt. Llaguno that a razor was hidden in a crack at cell #4. The razor segment was found in a wall crack and disposed of outside the security perimeter. Photos of the razors were all forwarded to PSU before disposal. Lt. Ezell was notified of the extended incident.

**EI # 1349 Combative (H5 North 1 cell 1)**

At 1930hrs. as sick call was being conducted on the east wing I/m Mahmoud Hindi (577966) became disruptive by telling Nurse Price that Dr. Easly could take his medication and "shove it up his ass!" Ofc. Warden instructed I/m Hindi to step back into his single cell but he refused to comply. Therefore, Ofc. Daniels assisted placing I/m Hindi back into his single cell. As the officers assisted I/m Hindi he grabbed at the officers in an attempt to resist. Officer Daniels controlled I/m Hindi's upper body as Ofc. Warden controlled the lower part of the subjects body in an effort to place him on the ground. Ofc. Warden advised that he gave two empty hand strikes to the body in an attempt to control I/m Hindi's actions. Ofc. Warden then tried to control the subjects legs and was kicked in the faced. Ofc. Burba arrived at backup and delivered twc knee strikes to I/m Hindi as he refused to follow verbal commands to go to the ground. Once I/m Hindi was controlled to the ground he was placed into wrist restraints behind his back and sat up on his bunk inside his single cell. Sgt. Goff and Lt. Ezell at the scene as I/m Hindi explained that he was upset with Dr. Easly. Nurse Price entered the cell to assess I/m Hindi for injuries. No injuries were noted by Nurse Price.
After the incident Ofc. Warden reported that he was kicked in the face and had an injured elbow. Nurse Price assessed all

backup officers with no major injuries reported. However, Ofc. Warden completed an OSHA form for his injuries. Photos o I/m Hindi and Ofc. Warden were forwarded to PSU.

**EI # 1351 Strip Search - Inmate ( J1)**
At 2106hrs. fresh arrest inmate Carolyn Marshall (462346) had an abnormal body scan therefore Sgt. Fugate authorized a strip search of the subject. The strip search was conducted by Officers Hutchins and Duff but no contraband was found during the search. A strip search form was completed and submitted with J1 paperwork.
Lt. Ezell was notified of the incident.

**EI # 1355 Contraband ( J2/2a)**
At 2245hrs. Ofc. Duff was speaking to Detox inmate Tiffany Browning (347775) wo advised that she kept pills so that she could sleep at night. As she was being frisk searched OFc. Duff felt an unidentified object in her bra area. Sgt. Llaguno was notified and authorized a strip search of I/m Browning. As she was walking into the strip search area a piece of newspaper with a pill fell out of her shirt. I/m Browning advised that the pill was her sleeping medication. A small baggie o crushed yellow powder was also found in her bra. Sgt. Llaguno verified from medical that I/m Browning is prescribed Valium which is yellow in color. Due to the powder substance being crushed there was no way to verify its content. Therefore, I/m Browning was given a write up. The Valium was given to the medical unit for disposal. However, photos of the medication was forwarded to PSU. Lt. Ezell was notified of the incident.

## Hospital runs

**Hospitals- Jamie Webb- Rm. 338**
**Joseph Johnson- Dialysis**

**X-Module- N/A**

## Floor Security

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | Mumford |
| Control | Neal |
| Med/Psych | Pinnick |
| Med/Psych | McKinney |
| Dorms | Kelley |
| Dorms | Welch |
| Medical | |
| Rover | |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Frech |
| North | Davis-Dominy FTO |
| North | Batts |
| South | Green |
| South | Cline |
| Rover | |

**Unit 4** (SGT-1421)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Kirk-Bradley FTO |
| North | Hagan |
| North | Bunnell |
| South | Elmore |
| South | B. Moore |
| Rover | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | White |
| Control | Roehm |
| West | Horn |
| West | Johnson |
| East | Hommrich |
| East | Garrett |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | White |
| Control | Walker |
| West M-4 | Vetter |
| West 5-8 | Muncy |
| East | Scott |
| East | Laws |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| SERGEANT | Closed |
| Control | |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

## 1st Floor Security

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | Broome (BA) |
| SERGEANT | |
| Grill | Henderson |
| Grill | Frisby |
| Passive | Weeks |
| Livescan | Burba/Shipley |
| | |
| Rear Security | Floyd |
| Trans (751) | Ayers |
| Trans (752) | |
| Clinics | |
| Movement | Morgan |
| B.A./Movement | |
| J5 Overflow | |
| B.A. Lab | |
| Main Control | Fowler |
| Main Control | Pridgen |
| Outer Control | Jessie |
| Magnometer | |
| Front Desk | Grieser |
| Sanitation | |
| Laundry | |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| Property Sgt. | |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | Roy |
| Property Ofc. | Rauchwater |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |
| District Court | |
| District/Circuit 2 | |
| Circuit Court | |
| Arr. Court | |

| | |
|---|---|
| Date: | March 2, 2013 |
| Day: | Saturday |
| Shift: | 1st |
| Captain | Walker-R |
| Lieutenant | Grieser |
| Lieutenant | |
| Lieutenant | Mitchell-R |

**Staff Off Duty / Reason**

Sanders - FMLA
Summers - Sick
Berry-FMLA
Brockbank-WI
Puente-FMLA

Ernspiker - WI

**Sick Calls for Next Shift**

**Overtime**

**Overtime Used- FOT/SOT/VOT**

None

**Hospital Runs/Clinics**

J. Webb -UofL338-Conner/BullardFTO
Mahmond Hindi - 710 Garrett & Laws

Gary Mirick - ER Elmore

**Incidents**

Inciden # 1366
Inciden # 1367
Incident #1368

# Daily Incidents
# March 3, 2013

**Hospital Runs**: Inmate Jamie Webb -Room#338- Officer Scott, Inmate Mahmond Hindi -Room 710- Ofc. Garrett and Ofc. Laws (2man), Inmate Gary Mirick - ER Ofc. Elmore

**X - Module inmates:** X - module is cleared. Checked at 1442 hours

**Incidents:** At approximately 0818 hours on J2, Sgt. Mumford was informed by Nurse Sloan that Inmae Hindi Mahmoud, CIN #577966 needed to be transport to UofL hospital by Corrections for a possible pneumothorax. Lt Grieser was notified and due to Inmate Hindi's charges he was transported to UofL with Ofc Garret and Ofc Laws escorting. Incident # 1366

At approximately 0905 hours Sgt. Allen was advised that inmate Mirick, Gary cin#330260 needed to be sent to University of Louisville hospital to seek treatment for a rash that covered his body. Inmate Mirick was transported via Corrections and Ofc. Elmore was escorting officer. Incident # 1367

At approximately 0701 hours on J1, Inmate Hylton, Jade #523239 was brought to LMDC from UofL ER by LMPD for processing after his arrest with Pre Existing Injuries to his face and head. The Inmate was treated at UofL ER for his injuries and his release papers were given to Nurse Tatum, who also cleared him to continue in the booking process. Inmate states that his injuries were caused by the arresting officer. He was arrested by Ofc Grossman with LMPD. Lt Grieser was notified. Pictures were taken and sent to PSU, SR Command Staff, and 1st Shift Command Staff. Incident # 1368

**Commanders :**
Lt. Grieser

**Floor Security** | **1st Floor Security**

Date: August 14, 2013
Day: Wednesday
Shift: 2nd

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | Brockbank |
| [illegible] | Wimsatt |
| [illegible] 1-3 | Ware |
| Dorms 4-7 | Hutchins |
| PSYCH | Higdon/Silva |
| PSYCH | Stengel |
| Medical | Tinker |
| Rover | |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | Zapata |
| Control | Weatherington |
| North | Santiago |
| North | Barnes |
| South | Harmon |
| South | S.Johnson/Ritter |
| Rover | |

**Unit 4** (SGT-1421)

| | |
|---|---|
| SERGEANT | Gibson |
| Control | Phillips/Smith |
| North | Duff |
| North | D.Skaggs/Sanders |
| South | Shirley |
| South | Ernest |
| [illegible] | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | June |
| Control | Sipes- VOT |
| West M-4 | Lamkin |
| West 5-8 | Bullard |
| East | Forbes |
| East | Ramsey |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | June |
| Control | Hamilton- VOT |
| West M-4 | Echsner |
| West 5-8 | Stimphil |
| East | Lucas |
| East | Marbrey |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| Sergeant | |
| [illegible] | Closed |
| D[illegible] | |
| Wa[illegible] | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | Huber |
| SERGEANT | |
| Grill | Morton |
| Grill | Knoop |
| Clinics | |
| Body Scan | |
| Livescan | Hinton |
| Passive | Shipley- VOT |
| Trans (751) | Sargent |
| Trans (752) | McIntosh |
| Rear Security | Graham |
| Movement | |
| Movement | |
| J5 Overflow | L. Harris- VOT |
| B.A. Lab | Ceja |
| Main Control | Thomas |
| Main Control | C. Smith |
| Outer Control | Hamilton |
| Magnometer | White |
| Front Desk | Rogers |
| Sanitation | Craddock |
| Laundry | Laird |
| Kitchen | Luttrell |
| Kitchen | |
| Kitchen | |
| Property Ofc. | Miller |
| Property Ofc. | Sgt. Gentry |
| Property Ofc. | Dever |
| Property Ofc. | Tobin |
| Property Ofc. | Stachoulas |
| Property Ofc. | |
| Gym Ofc 1330 | Cunagin |
| Gym Ofc 1530 | Prebeck |

| | |
|---|---|
| Captain | |
| Lieutenant | S. Gilbert |
| Lieutenant | A. Fugate |
| Lieutenant | |

**Staff Off Duty / Reason**

O'Bannon- Vac
Sgt. Redmon- UB
Lynch- S
Noland- S
Easton- Brv
Denzik- S

**SICK CALL**

Garrett- FMLA x1

**OVERTIME**

L. Harris- VOT
Shipley- VOT
G. Hamilton- VOT
Sipes- VOT

**Hospital Runs**

I/m Cary Smith U of L 3rd fl #323

**Incidents**

See shift summary.

# Daily Incidents

# 08-14-13

**Commanders on duty**

Lt. S. Gilbert
Lt. A. Fugate

**Hospitals**

I/m Cary Smith U of L 3rd fl #323 (Ofc. Weatherington)(returned this shift)

**Body Camera assignments**

Sgt. Huber- J1- Ofc. Hinton
Sgt. Brockbank- J2/J2W- Ofc. Ware
Sgt. Zapata- J3- Ofc. S. Johnson
Sgt. Gibson- J4- Ofc. Duff
Sgt. June- H5- Ofc. Ramsey
Sgt. June- H6- Ofc. Echsner

**Perimeter checks**

Sgt. Brockbank- 1930 (no issues to report)
Sgt. Gibson- 2215 (no issues to report)
Sgt. Zapata- 2130 (no issues to report)
Sgt. Huber- 2100 (no issues to report)
Sgt. June- unable to conduct one due to the high activity on H5 nad H6

**Incident #49651- Medical- J2**

On 8/14/13 at approximately 1508 hours Sgt. Brockbank was arriving on J2 and was advised by officers that during count, in J2 1A , inmate Willaims, Tara (cin#560170) was having a seizure and medical was already on scene. All inmates were removed from the dorm and escorted to central hold. Nurse Brewer and Nurse Schinler were treating inmate Williams. Inmate Williams was laying in the bathroom area with blankets under her head. After this episode, Inmate Williams was cleared by medical to remain in the dorm. This inmate was assisted by officers to the bunk area and placed in her bunk. Inmate Williams will be moved to J2 dorm 2A per medical. Sgt. Brockbank was advised that medical will continue to follow up on I/m Williams condition. Lt. Gilbert was notified.

**Incident #49652- Disruptive- J4**

On 08/14/2013 at around 1650 Sgt Gibson was called to J4 Central Hold. When Sgt. Gibson arrived, Officers had Inmate Hindi, Mahmoud (#577966) in handcuffs on the ground restraining this inmate. Officer Ernest advised that Inmate Hindi had been removed from his cell due to I/m Hindi having a visit in the multi purpose room with family members. Once inmate Hindi was removed from the cell, Officer Ernest advised I/m Hindi to shut the cell door since this inmate was going to the visit. Inmate Hindi became verbally disruptive with Officer Ernest saying "you're stupid" and "I'm not shutting my door". Officer Ernest began escorting I/m Hindi out of the dorm down to the visiting booths and due to Inmate Hindi continuing to be verbally disruptive, Officer Ernest placed this inmate into handcuffs. Officer Ernest decided to place the inmate into Central Hold until Sgt Gibson could arrive to determine if Inmate Hindis visit should be cancelled due to the verbal disruption that this inmate was causing. Officer Ernest gave inmate Hindi verbal directions to sit down to which I/m Hindi was refusing to do. Officer Ernest advised that after the second attempt to sit this inmate down, Inmate Hindi began jerking his arms around and Ofc. Ernest felt that Inmate Hindi was attempting to turn around on this officer so Ofc. Ernest performed a leg sweep and took the inmate down to the ground. Once on the ground, Officer Shirley assisted with controlling the inmate's body while this inmate was on the ground. Once Sgt Gibson arrived, Inmate Hindi began informing Sgt. Gibson that the black Officers help out the black inmates on hour outs and that the white Officers help out the black inmates on hour outs and that since this inmate was a foreigner, none of the Officers would do anything for this inmate. I/m Hindi advised Sgt Gibson that yesterday I/m Hindi had an issue with Officer Ernest not giving this inmate several hours out of his cell and I/m Hindi tried to talk to Ofc. Ernest about it but Officer Ernest would not speak to I/m Hindi about it, so that is why I/m Hindi called Ofc. Ernest stupid. Inmate Hindi advised that Ofc. Ernest beat this inmate up and put his knee on his neck. When Sgt Gibson arrived, Officer Ernest knee's were across I/m Hindi's shoulders controlling the upper body. Sgt Gibson explained to inmate Hindi that Inmates were only allowed one hour out of their cell and if the floor Officers decided to give any extra time out that it was a bonus. Inmate Hindi then relayed that this inmate had received 2 hours out of his cell last night. Sgt Gibson asked Inmate Hindi why this inmate was attempting to turn around on Officer Ernest when this officer was attempting to sit I/m Hindi down and this inmate stated" this officer was beating me and that's why I resisted". Inmate Hindi was assessed by medical Nurse Griffith. I/m Hindi complained of pain to his ribs, neck, wrist, knees and chest. Photos were taken of the inmate and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified of the incident. Inmate Hindi was moved back to J4 Dorm 7 Cell 7 and Sgt Gibson continued to explain to inmate Hindi that hour outs were only an hour. After getting verbal compliance to remain calm and stay seated, Sgt Gibson removed the handcuffs and all Officers exited the cell.

At approx. 1705hrs. A strip search was conducted on J3, per policy, following a contact visit between I/m Clyde Williams Jr. and his attorney. Inmate Williams, Clyde Jr. was placed in an attorney booth by Officer Barnes where the speaker was not functioning and the paper pass slot was open so that they could hear each other and due to the other attorney booth already being utilized. Strip Search was conducted by Officer Barnes and Officer Santiago in the Multi Purpose Room. No contraband was located. Attorney booth was placed out of order and an email was sent to Maintenance. Strip search form was completed and placed with the shift paperwork. Shift Commander was notified. Sgt. Zapata is the reporting sergeant.

**Incident #49654- Sucide prevention- J1**

On 8/14/13 at approximately 1650 hours Sgt. Brockbank was advised by Ofc. Stengel that inmate Hendricks, Kurtis ( cin# 549160) who was housed in J2W OBS 2 had tied a sheet around his own neck and asked the other inmates in the dorm to pull on the sheet. Inmate Hendricks was secured in wrist restraints and removed from the dorm and placed into a single cell. When Sgt. Brockbank spoke with inmate Hendricks as to why this inmate had a sheet around his own neck, I/m Hendricks advised he wanted a scarf. When Sgt. Brockbank inquired why I/m Hendricks asked other inmates to pull on it I/m Hendricks just stared at Sgt. Brocknak and was silent. Mental health nurse Price spoke with inmate Hendricks and it was determined based on this inmate's actions that inmate Hendricks be placed on level one observation. Inmate Hendricks was escorted to J2W walk 1 cell 6 placed in a suicide paper gown with a watcher. Inmate Hendrick's property was collected and taken to the property room by Ofc. Higdon. Lt. Gilbert was notified and pictures were taken and forwarded on to senior command staff, second shift command staff and PSU.

**Incident #49657- Combative- H5**

On the date of 8-14-2013 at 1820 hrs, Sgt. June was notified by Ofc. Bullard that I/m Pearon, Antonie cin-431674 (H5E N1#6) was exposing himself to Ofc. Bullard (showing her his penis). Sgt. June explained to Ofc. Bullard to eliminate this problem move Pearson to H5E N2#1. This was being done, due to H5E N1#6 is located next to the officer's station. Ofc. Bullard came and told Sgt. June a few minutes later that I/m Pearson was refusing to move to a different cell. Sgt. June went over the cell and explained to I/m Pearson that I/m Pearson was moving to another cell because of this inmate's actions. I/m Pearson stated that he wasn't moving anywhere. Sgt. June then advisedI/m Pearson to stand up and "place your hands behind your back." I/m Pearson replied "I'm not moving" and refused to comply with Sgt. June's instructions. Sgt. June grabbed I/m Pearson's left wrist and started to place it behind this inmate's back. I/m Pearson stated to Sgt. June "get your hands off me" and started to pull away. Sgt. June placed I/m Pearson against the wall, I/m Pearson then started to pull away from Sgt. June and wouldn't comply with Sgt. June's instructions to stop resisting. Sgt. June applied multiple hard hand strikes to the I/m's upper body and face area to gain compliance. I/m Pearson still refused to comply with instructions. Sgt. June then placed I/m Pearson on the floor for the safety of both the inmate and Sgt. June. Ofc. Bullard placed I/m Pearson's right hand into a hand restraint, but I/m Pearson still refused to comply with Sgt. June's instructions to stop resisting. Sgt. June then exposed I/m Pearson to a short burst of OC to this inmate's facial area. Ofc. Ramsey arrived and I/m Pearson's hand were placed behind this inmate's back. I/m Pearson was then helped to his feet and escorted to the bull pen. I/mPearson was seen by medical (Nurse Berterum). I/m's face area/eyes were cleaned by Nurse Berterum. I/m had no visual injuries. Pictures were taken and sent to PSU. OC form was filled out and turned in with my shift report. I/m was moved to H5E N2#1 without any further incident. Write up completed on I/m. Body camera (H5) was used during the incident. Lt. Gilbert was notified.

**Incident #49658- Area search (SORT)- H6**

On 08/17/2013 at around 1850 hours, Lt Gilbert activated the SORT team to conduct a show of force in H6 Dorm 1 due to actions of the dorm over the past couple of days (threathening officers, assaulting inmates, throwing items out of the food slot and attempting intimidate officers). I activated the following Officers;Ofc Ware EQV, Ofc. Stengel Stingbal, Ofc S.Johnson, Ofc.D.Skaggs, Ofc Ernest, Ofc Forbes, Ofc Marbrey Stengel, Ofc Prebeck Less Lethal shotgun, Ofc McIntosh, Ofc Sargent, Ofc Dever, Sgt Gibson PepperBall, Sgt Huber PepperBall. Major Ashby had authorized the use of the less lethal shotgun and stingball grenades if needed. Entry was made into the dorm and verbal commands were given for every inmate to get on the ground face down and place their hands on top of their head. Once this was completed, every inmate was placed into flex cuffs and moved out one by one out to the hallway where they were placed in a sitting position facing the wall. The dorm was searched. Inmate Truss, William (#565292) was complaining of chest pains so this inmate was moved away from eveyone else, the flex cuffs were removed and Nurse Griffith assessed this inmate. All other inmates were brought back to the dorm 1 at a time, the flex cuffs were removed and they were placed face down on their bunks. Once every inmate was back in the dorm, the team exited and debriefed on J5 Gym. Lt Gilbert was present for the activation.

**Incident #49659- Strip search- J4**

Inmate Hindi, Mahmoud (#577966) was strip searched by Officer Skaggs and training Officer G. Sanders and J. Ritter. The strip search was conducted in the Search room on J4 immediately following an approved contact attorney visit. No contraband was found. Lt Gilbert was notified. Strip search form was completed and turned in with the shift's paperwork. Sgt. Gibson is the reporting sergeant.

**Incident #49660- Indecent Exposure- H1**

ON WEDNESDAY AUGUST 14 WHILE CHRIS LONNON WAS CONDUCTING HIS NIGHTLY VISITATION CHECK. CHRIS LONNON OBSERVED VISITOR LISA BOLIN WITH HER SHIRT LIFTED UP FLASHING INMATE GEORGE GREER IN THE KITCHEN VISITING AREA. CHRIS LONNON WENT TO HIP AND TOLD OFC. DOANE SHE WAS NEEDED IN THE VISITATION AREA IN THE KITCHEN DUE TO A VISITOR EXPOSING HERSELF. WHEN VISITOR LISA BOLIN WAS ASKED IF THIS VISITOR WAS FLASHING, MS. BOLIN SAID "YES, I/M GREER TOLD ME THAT IT WAS OK BECAUSE WE WOULD NOT GET CAUGHT". WHEN TALKING TO VISITOR BOLIN, THIS VISITOR KEPT REPEATING THAT SHE DID NOT MEAN ANYTHING SHE JUST DID NOT THINK SHE WOULD GET CAUGHT". MS. BOLIN VISITATION PRIVILEGES HAS BEEN

**Floor Security** **1st Floor Security**

| | |
|---|---|
| Date: | August 16, 2013 |
| Day: | Friday |
| Shift: | 2nd |
| Captain | |
| Lieutenant | S. Gilbert |
| Lieutenant | |
| Lieutenant | |

**Unit 2** (SGT-1221)

| | |
|---|---|
| SERGEANT | Brockbank |
| [illegible] | Duff |
| Dorms 1-3 | Arnold |
| Dorms 4-7 | McHolan |
| PSYCH | Lee |
| PSYCH | Higdon/Silva |
| Medical | Reed |
| Rover | |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | Redmon |
| Control | Bullard |
| North | Harmon |
| North | Barnes |
| South | Sookal |
| South | Santiago |
| Rover | |

**Unit 4**(SGT-1421)

| | |
|---|---|
| SERGEANT | Redmon |
| Control | Woods-VOT |
| North | D.Skaggs/Sanders |
| North | Simmons |
| South | Forbes |
| South | Echsner |
| | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | Llaguno |
| Control | Stinson-VOT |
| West M-4 | Lamkin |
| West 5-8 | Taylor |
| East | Lynch |
| East | R. Skaggs |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | Zapata |
| Control | Warner-SOT |
| West M-4 | Ferguson |
| West 5-8 | Stimphil |
| East | Wimsatt |
| East | Lucas/Smith |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| Sergeant | |
| [illegible] | Closed |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

**Unit 1** (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | Huber |
| SERGEANT | |
| Grill | Easton |
| Grill | James |
| Clinics | |
| Body Scan | |
| Livescan | Ennis Jr. |
| Passive | Graham |
| Trans (751) | Hinton |
| Trans (752) | Sargent |
| Rear Security | Rogers |
| Movement | |
| Movement | |
| J5 Overflow | Polly |
| B.A. Lab | Ceja |
| Main Control | C. Smith |
| Main Control | Hamilton |
| Outer Control | L. Harris |
| Magnometer | White |
| Front Desk | Cirkic |
| Sanitation | Craddock |
| Laundry | Laird |
| Kitchen | Luttrell |
| Kitchen | Carnes |
| Kitchen | |
| Property Ofc. | Miller |
| Property Ofc. | Bradford |
| Property Ofc. | Dever |
| Property Ofc. | Clark |
| Property Ofc. | |
| Property Ofc. | |
| Gym Ofc 1330 | Cunagin |
| Gym Ofc 1530 | Prebeck |

**Staff Off Duty / Reason**

Noland- S
Warden- Vac
Ennis III -Vac
Piotrowski- Vac
Sgt. Gibson- SD
Sgt. Goff- WI

**SICK CALL**

**OVERTIME**

L. Harris- VOT
Stinson- VOT
Woods- VOT
Warner- SOT

**Hospital Runs**

**Incidents**

See shift summary.

GB003909

# Daily Incidents
# 08-16-13

**Commanders on duty**
Lt. S. Gilbert

**Hospitals**

**Body Camera assignments**
Sgt. Huber- J1- Ofc. James
Sgt. Brockbank- J2/J2W- Ofc. Lee
Sgt. Redmon- J3- Ofc. Barnes
Sgt. Redmon- J4- Ofc. Simmons
Sgt. Llaguno- H5- Ofc. Lynch
Sgt. Zapata- H6- Ofc. Lucas

**Perimeter checks**
Sgt. Brockbank- 1900 (no issues to report)
Sgt. Llaguno- 1622 (no issues to report)
Sgt. Zapata- 1750 (no issues to report)
Sgt. Huber- 1650 (no issues to report)
Sgt. Redmon- 2030 (no issues to report)

**Incident #49715- Strip search- H6**
At approx. 1539hrs. Sgt. M Zapata authorized a strip search of inmate Baker, Eugene # 480431. Strip Search was conducted per policy following a pre approved visit with Dr. Wagner. Officer Ferguson and Officer Stimphil conducted the strip search. No contraband was located. Inmate was then transported back to his housing location of H6 Dorm 7 with no incident. Strip Search form was completed and placed with the shift paperwork. Shift Commander notified.

**ncident #49714- Sucide prevention- J4**
ON 08/16/13 around 1530 M\H Professional Kibibi spoke with I\M Mahmoud Hindi (CIN#577966), who was housed on J4-7-C8, and placed this inmate on a level two observations for having thought of not wanting to live, and I/m Hindi was moved to J2W-W1-C6. The personal belongs of I\M Hindi was taking to the J1 property room by Ofc Skaggs. I\M Hindi was approved by Health Service Administrator Zellars to keep his wrist watch, Koran, and his prayer rug. Lt Gilbert was advised.

**Incident #49716- Strip search- J4**
ON 08/16/2013 around 1625 I\M George Wade (CIN#455046), who is housed on J4-4B, had completed an approved contact visit with Jennifer Porter, and Amy Hannah of the Public Defender's office. A strip search was completed by Officers Echsner, and Simmons, and no contraband was recovered. A strip search report was completed, and placed into the shift paper work. Lt Gilbert was advised. Sgt. Redmon is the reporting Sergeant.

**Incident #49720- Booking deferral- J1**
On 8/16/13 approximately 1734hrs, Sgt T. Huber was advised that Shively PD had a fresh arrest inmate that was going to be medically deferred to the hospital by Nurse Glenn. The prisoner was identified as Greene, George (343685). The prisoner was deferred at this time because this prisoner was given a BA test that registered .348 prior to entering the facility. Mr. Greene was arrested by (SPD) Officer Eisenback #7104 and charged with AI and bench warrants. A copy of the booking deferral paperwork will be attached to shift paperwork. Lt Gilbert notified.

At approximately 2015hrs, Sgt T. Huber was advised that inmate Greene, George (343685) had returned to the facility from University Hospital. The inmate was deferred earlier in the shift. The booking floor medical staff was advised and was given the hospital paperwork. Shift command was notified.

**Incident #49723- Assaulting another inmate- J2**
On 8/16/13 at approximately 2115 hours Sgt. Brockbank was alerted to a fight that occurred on J2 Dorm 1B. When Sgt. Brockbank arrived at 1B Ofc. Arnold was escorting inmate Moss, Pamela cin# 534879 out of 1B. Inmate Moss had visible scratches on her neck nd hands. At first inmate Moss was reluctant to inform Sgt. Brockbank who this inmate was in an altercation with but while Nurse riffth was assessing her. I/m Moss advised that inmate Lainhart, Tristan cin# 523994 had ran up on her and started the assault and that Moss had just defended herself. Officers had entered 1B and had all inmates assigned there stand against the wall for a check of hands to determine who the other assailant was. About half way through inmate Lainhart raised her hand and admitted to the assault. Both inmates where made keeps froms and inmate Lainhart was issued disciplinary and moved to dorm 5B due to no single cells space being available. After speaking with the dorm and getting the story of what happened it was determined that inmate

Moss could remain in 1B as she was the victim. Lt. Gilbert was notified and pictures were taken and forwarded to senior command staff , second shift command staff and PSU.

**Incident #49722- Strip search- J4**

On 08/16/2013 around 1630 I\M Thomas Johnson (CIN#349969), who is housed on J4-6B, had completed a contact visit with the DRC program. A strip search was completed by Officers Echsner, and Simmons, and no contraband was recovered. A strip search report was completed, and placed into the shift paper work. Lt Gilbert was advised. Sgt Redmon is the reporting Sergeant.

**Incident #49724- Booking deferral- J1**

On 8/16/13 approximately 1830hrs, Sgt T. Huber was advised that LMPD had a fresh arrest inmate that was going to be medically deferred to the hospital by Nurse Glenn. The prisoner was identified as Lewis, James (243655). The prisoner was deferred at this time because he was given a BA test that registered .363 prior to entering the facility. Mr. Lewis was arrested by (LMPD) Officer M. Williams and charged with bench warrants. A copy of the booking deferral paperwork will be attached to shift paperwork. Lt Gilbert notified.

At approximately 2145hrs, Sgt T. Huber was advised that inmate Lewis, James (243655) had returned to the facility from University Hospital. The inmate was deferred earlier in the shift. The booking floor medical staff was advised and was given the hospital paperwork. Shift command was notified.

**Incident #49725- Assaulting another Inmate- J2**

On 8/16/13 at approximately 1930 hours Sgt. Brockbank was informed by Ofc. Mcholan that inmate Rucker, Seirra cin# 529085 had become disruptive on I/m Ruckers hour out and thrown urine and feces on inmate Snows, Sheila cin# 475827 cell door. Inmate Rucker told Ofc. Mcholan that this inmate struck inmate Rhyne, Marie cin# 409084 in the back of the neck (who was a one on one work aide). Work aides were already cleaning the cell area and day room. Sgt. Brockbank contacted main control to view the DVR for that time period Sgt. Brockbank was given and nothing was captured on video. Inmate Rhyne said yes she was hit by inmate Rucker. Inmate Rhyne was examined by Nurse Griffith and pictures were taken. Lt. Gilbert was notified, pictures were taken and forwarded to senior command staff, second shift command staff and PSU.

**Floor Security** | **Booking Floor** | **1st Shift NJC**

Date: 21-Aug-13
Day: Wednesday

**Unit 2** (SGT-1221)

| | |
|---|---|
| [illegible]EANT | Semones / Hale |
| | Brison |
| D[illegible] 3 | Conner / Heath |
| Dorms 4-7 | Kelley |
| PSYCH | Wiggins |
| PSYCH | Kirk / Lloyd |
| Rover | Woods |
| | Whidby |

**Unit 3** (SGT-1321)

| | |
|---|---|
| SERGEANT | White |
| Control | Stimphil |
| North | Davis / Iankle |
| North | Stinson |
| South | Cline |
| South | Homback |
| Rover | |

**Unit 4** (SGT-1421)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Sullivan |
| North | Hagan |
| North | Wylie |
| South | Frech |
| South | B. Moore |
| R[illegible] | |
| | |

**Unit 5** (SGT-1521)

| | |
|---|---|
| SERGEANT | DeJarnette |
| Control | Warner |
| West M-4 | Johnson |
| West 5-8 | Sanders |
| East | McCullough / Meyers |
| East | Garrett / Hammons |
| Rover | |

**Unit 6** (SGT-1621)

| | |
|---|---|
| SERGEANT | Thomas |
| Control | Lloyd |
| West M-4 | Kutchenbrod |
| West 5-8 | Emspiker |
| East | Young |
| East | Anthony |
| Rover | |

**Unit 7** (SGT-1721)

| | |
|---|---|
| SERGEANT | |
| Control | Bumphus |
| Dorms | |
| [illegible] | |
| | M. Moore |
| Na[illegible] | Williams |

**Unit 1** (SGT-1121) (SGT-1121A)

| | |
|---|---|
| SERGEANT | McCubbins |
| SERGEANT | Puente |
| Grill | Sacra |
| Grill | Brown |
| Transportation | Smith |
| Livescan | Arnold |
| Passive | Floyd |
| Movement | Scott |
| Movement | Ayers |
| J5 Court holds | Morgan |
| Transportation | Grieser |
| Rear Security | Walker |
| Clinics | Ledrick |
| B.A. Lab | Benner |
| B.A. Lab | |
| Magnotometer | Johnson |
| Main Control | Jessie |
| Main Control | Reese |
| Outer Control | Dugan |
| Front Desk | Woolen |
| Sanitation | |
| Laundry | Privette |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| Property Ofc. | Geracitano |
| Property Ofc. | Spinks |
| Property Ofc. | Page |
| Property Ofc. | |
| Property Ofc. | |
| District Court | Mason |
| District / Circuit | Henderson |
| Circuit Court | Mangrum |
| Arraignment | Harris |
| Hospital | None |

| | |
|---|---|
| Captain | |
| Lieutenant | Angelini |
| Lieutenant | Norris |
| Lieutenant | |
| Lieutenant | |

**Staff Off Duty / Reason**

Downs - BRV
Miller - FML
Bunnell - V
Dorsey - V
Vetter - V
Hommrich - S
Emspiker - V
Jones - NOP
Weekes - FML
Shipley - BRV
Alexander - V
Fowler - V
Weatherly - S

**Overtime**

Arnold - VOT
Scott - VOT
Stimphil - VOT
Lloyd - VOT
Anthony - VOT
Bumphus - VOT

**Next Shift Sick/Absent**

**Shift Activity:**
See shift summary for Incidents

*Prepared by: Lt. N. Angelini #227*

# Daily Incidents

**Commanders on Duty:**
Lt. Angelini
Lt. Norris

Incidents:
At around 1105 hours on J2W, Sergeant Hale was informed by Officer Wiggins that during an in-cell of Inmate Mahmoud Hindi's cell (Walk 1 Cell 6), he became disruptive over items that were being removed from his cell. Inmate Hindi had hygiene items and an ink pen in his cell that were not allowed due to him being on Level 2 Suicide Observation. Inmate Hindi attempted to push Officer Wiggins out of the way and grab the items before Officer Wiggins could remove them. Officer Wiggins then grabbed Inmate Hindi by his jumpsuit, pushed him onto his bunk and instructed him to remain on his bunk until the cell search was completed. Inmate Hindi complied with the instructions without further incident. Nurse Cheatham assessed him for injuries. Photos were taken and forwarded to PSU and Shift Command. Lieutenant Norris was notified. Incident # 49822.

At around 1210 hours on J2W, Sergeant Hale was notified by Nurse Slider that Inmate Marcus Greene needed to be transported to University of Louisville Hospital via EMS due to having chest pains and an irregular EKG. Inmate Greene was transported to University of Louisville Hospital at 1230 hours via EMS with Officer Ledrick and Officer McCullough escorting. ($1,000,000.00 Bond). Lieutenant Norris was notified. Incident # 49823.

At around 1300 hours on J1, Sergeant McCubbins was notified by Sharonda Simmons in Records that Inmate Dawnelia Johnson was a juvenile. Ms. Simmons advised that Inmate Johnson's aunt called stating that she only sixteen years old, but she could not provide a birth certificate. She did state that she had a juvenile record. A check with JCYC then confirmed her date of birth of 8/28/96, making her 17 years old. Inmate Johnson was then seperated from other inmates. Inmate Johnson then advised that another inmate in the dorm was also a juvenile. Inmate Ashley Stokes had been arrested with Inmate Johnson and was 15 years old. Inmate Stokes was seperated from other inmates as well. JCYC confirmed her date of birth as 5/5/98. Ms. Simmons was advised of the additional juvenile in custody. Lieutenant Angelini was notified. Paperwork was filled out and both inmates were transported to JCYC. Incident # 49824.

Perimeter checks:
Angelini - 1222 hours
Allen - 1300 hours
Thomas - 1325 hours

Hospital:
Marcus Greene (2 Man Due to Bond Amount) - Sent to University of Louisville E.R. @ 1230 hours.

Body Cameras:
J4 - Hagan
H3 - Moore
H6 - Ernspiker

Floor Security — 1st Floor Security

Date: October 19, 2013
Day: Saturday
Shift: 2nd

**Unit 2** (SGT-1221)

| Post | Name |
|---|---|
| SERGEANT | Brockbank |
| | Lee |
| D...-3 | Tinker |
| Dorm 4-7 | Ware |
| PSYCH | Reed |
| PSYCH | Allen |
| Medical | Ferguson |
| Rover | |

**Unit 3** (SGT-1321)

| Post | Name |
|---|---|
| SERGEANT | June- SOD |
| Control | Phillips |
| North | Ramey |
| North | Silva |
| South | Sookal |
| South | Warden |
| Rover | |

**Unit 4**(SGT-1421)

| Post | Name |
|---|---|
| SERGEANT | Gibson |
| Control | Cline- SOD |
| North | Cy. Smith |
| North | Forbes |
| South | O'Bannon |
| South | Duff |
| | Shirley |

**Unit 5** (SGT-1521)

| Post | Name |
|---|---|
| SERGEANT | Hornback |
| Control | Bullard |
| West M-4 | Ramsey |
| West 5-8 | Taylor |
| East | R. Skaggs |
| East | Sanders |
| Rover | |

**Unit 6** (SGT-1621)

| Post | Name |
|---|---|
| SERGEANT | Summers- VOT |
| Control | Stimphil |
| West M-4 | Ennis III |
| West 5-8 | McHolan |
| East | Simmons |
| East | A. Smith |
| Rover | Cooper |

**Unit 7** (SGT-1721)

| Post | Name |
|---|---|
| Sergeant | |
| | |
| | |
| Walk | |
| Walk 2 | |
| Walk 3 | |
| Rover | |

**Unit 1** (SGT-1121) (SGT-1121A)

| Post | Name |
|---|---|
| SERGEANT | Eason |
| SERGEANT | |
| Grill | Polly |
| Grill | Ennis Jr. |
| Clinics | |
| Body Scan | |
| Livescan | Mason- SOT |
| Passive | Harris- SOT |
| Trans (751) | James |
| Trans (752) | Sargent |
| Rear Security | Vanover |
| Movement | |
| Movement | |
| J5 Overflow | |
| B.A. Lab | D. Skaggs |
| Main Control | Hamilton |
| Main Control | Jesse- FOT |
| Outer Control | C. Warden |
| Magnometer | |
| Front Desk | M. Roy/McCrary-SOT |
| Sanitation | Craddock |
| Laundry | |
| Kitchen | Carnes |
| Kitchen | Luttrell |
| Kitchen | Alexander |
| Property Ofc. | Miller |
| Property Ofc. | Graham |
| Property Ofc. | R. Clark |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |

| Post | Name |
|---|---|
| Captain | |
| Lieutenant | S. Gilbert |
| Lieutenant | |
| Lieutenant | |

**Staff Off Duty / Reason**

Arnold- V
Barnes- SOD
Stengel- V
Wimsatt- V
Pendleton- V
Knoop- V
Morton- V
Cirkic- V
Bradford- V
Thomas- S
Sgt. Semones- SOD

**SICK CALL**

**OVERTIME**

Jesse- FOT
Mason- SOT
Harris- SOT
McCrary- SOT
Sgt. Summers- VOT

**Hospital Runs**

I/m James Christie UofL 7S#736

**Incidents**

See shift summary.

# Daily Incidents

## 10-19-13

**Commanders on duty**

Lt. S. Gilbert

**Hospitals**

I/m James Christie U of L 7S #736- Ofc. Ritter

**Body Camera assignments**

Sgt. Eason- J1- Ofc. Ennis Jr.
Sgt. Brockbank- J2/J2W- Ofc. Ware and Ofc. Reed
Sgt. June- J3- Ofc. Sookal
Sgt. Gibson- J4- Ofc. Duff
Sgt. Hornback- H5- Ofc. Taylor
Sgt. Summers- H6- Ofc. Simmons

**Perimeter checks**

Sgt. Eason- 2000(no issues to report)
Sgt. Gibson- 2113(no issues to report)
Sgt. Summers- 1955(no issues to report)
Sgt. June- 1745(no issues to report)
Sgt. Hornback- unable to conduct one due to incident and traffic on H5
Sgt. Brockbank- 1815(no issues to report)

**Incident #51051- Hospital, inmate transported- H5**

At 1559, 10-19-2013. I Sgt. C. Hornback #333, observed Officer D. Ramsey run into the control room. Ofc. Ramsey grabbed the knife for life, reported that inmate Hindi, Mahmoud cin#00577966, who is housed on HOJ 5-East North One cell#3, was trying to hurt his self and was hanging from the cell bars. Sgt. Hornback and Ofc. D. Ramsey immediately responded to inmate Hindi's cell. Sgt. Hornback contacted Lt. Gilbert by radio to report the incident and to respond. Upon arrival at 1600 Sgt. Hornback observed inmate Hindi lying on his back with his head towards the cell door, with Ofc. G. Sanders and Ofc. R. Skaggs checking inmate Hindi for signs of life and attempting to revive him. The knife for life was not used because I/m Hindi had already been removed from the sheet that he used to make a homemade noose. It was still attached to the bars. Nurse A. Malone was on the floor at the time. Sgt. Hornback advised control to have medical to respond. Sgt. Hornback then ran back to the control room and had Nurse Malone respond to the scene and advised Ofc. Bullard in control to call for additional medical personnel to respond. Sgt. Hornback then returned to the scene with Nurse Malone. Nurse Malone checked inmate Hindi for signs of life and we began CPR. At 1600, Sgt. Hornback advised main control by radio to start EMS and for additional medical staff to respond. Nurse Malone was on chest compressions and Sgt. Hornback assisted with the Ambu-Bag. Inmate Hindi was showing no signs of recovery, Sgt. Hornback again advised control by radio to advise EMS to step it up and respond code three. Additional medical and sworn staff responded along with shift commander Lt. Gilbert. Officer G. Sanders, Ofc. R. Skaggs, Ofc. D. Ramsey, Ofc. M. Forbes, Sgt. D. Gibson, Sgt. P. Summers, Nurse A. Malone and Sgt. C. Hornback all assisted in applying CPR to inmate Hindi. At 1605, The Louisville Fire Department Unit arrived and began to access inmate Hindi. At 1608, The Louisville Fire/EMS Unit arrived and continued care for inmate Hindi and used the AED. CPR continued during the entire incident. At 1624, Inmate Hindi was escorted by stretcher to the old HOJ sally port entrance on Liberty Street. I/m Hindi was secured in a security set and escorted to the University Hospital by Sgt. D. Gibson, Ofc. A. James and Ofc. R. Stimphil. EMS departed at 1630. Sgt. Hornback was advised by radio from the transporting officers that Inmate Hindi arrived at room nine in University Hospital at 1639. At 1645, Sgt. Hornback was advised by Lt. Gilbert that inmate Hindi was declared deceased by the University ER doctor. During the incident. Officer T. Warden escorted the Louisville Fire/EMS Units into the facility. Ofc. M. Cooper, Ofc. M. Bullard and Sgt. C. Hornback kept a record of response times and traffic in and out of the incident area. Ofc. R. Taylor was responsible for the Body Camera and recorded the incident. The Body Camera and all observation sheets were pulled from the incident area and turned into Lt. Gilbert. Pictures were taken of the incident area around the cell, as well as inside the cell. The cell was secure, to preserve the scene for further investigation. At 1829, the Louisville (PIU) Public Integrity Detectives and the (LMDC) Louisville Metro Department of Corrections (PSU) Professional Standards Unit Sgt. Joyner arrived on the scene. At 1914 the Forensic Detective arrived. To conduct an investigation of the incident. All pictures and information was forward to Lt. Eggers Office and Senior Staff. Lt. Gilbert was advised.

**Incident #51055- Hospital, inmate transported- J2**

On 10/19/13 at approximately 1900 hours Sgt. Brockbank was advised by nurse Hammond that inmate Williams, Regina cin# 533396 would need to go out to U of L Hospital per Dr. Smith due to I/m Williams pregnancy. Transportation would be by LMDC car with Ofc. Cy. Smith escorting. Once paperwork was complete Sgt. Brockbank advised Lt. Gilbert and escorted inmate Williams to the first floor for transportation. Inmate Williams departed for U of L Hospital at approximately 1935 hours. Information forwarded to senior command staff, second shift command staff and PSU

On the date 10-19-2018 at 2215 hrs, Sgt. June was called to J3 D7#12. Sgt. June arrived and could see I/m Noland, Dylan Cn-428043 sitting on his bunk with hand restraints applied (behind his back). Ofc. Sookal explained that Ofc. Sookal was conducting a security check in the dorm, when this inmate noticed that I/m had something wrapped around his neck and face area. Ofc. Sookal instructed I/m to remove the items, I/m refused and went into one of the corners of the cell (where he could not be seen). Ofc. Sookal had the cell door opened and instructed I/m to have a seat on his bunk, I/m refused. I/m was instructed to have turned around and place his hands behind his back, I/m refused. Ofc. Sookal applied a soft empty hand control technique to I/m's arm, I/m pulled away from Ofc. Sookal. I/m was placed on the floor by Ofc. Sookal, for his safety and officers. I/m was placed into hand restraints. I/m was helped to his feet and seated on the bunk. The item that was covering I/m's face and neck area that appeared to be a ripped sheet turned out to be a large amount of toilet paper. I/m was seen by mental health (Nurse Malone). I/m stated that he wasn't trying to hurt himself, was just trying to be a ninja. I/m had received a small cut above his right eyebrow, a small scratch on his face area, redness on his neck area, and a small scratch on his right elbow. Hand restraints were taken off of I/m and all officers exited the cell without any further incident. Ofc. Sookal had received 2 small cuts on his right hand. Ofc. Sookal stated that he had noticed a small amount of blood on his right hand after the incident had happened and wasn't sure if it was his own blood or if he had been exposed to I/m's blood. Ofc. Sookal was seen by medical (Nurse Bertram). Pictures were taken and sent to PSU and Senior staff. Ofc. Sookal was transported to U of L hospital for further treatment. Exposure report form was filled out and turned into HR and Ofc. Bennett (LMDC safety officer). I/m was asked if he would consent to a blood test, I/m refused. WC form will be filled out, when Ofc. Sookal returns from U of L Hospital. J3 body camera was used during the incident. Lt. Gilbert was notified and in turn contacted Ofc. Bennett. At approximately 2310 a court order was brought to LMDC signed by Judge Willcox to have I/m Noland's blood drawn. SORT was activated and assisted Nurse Cole with the court order blood draw. During this procedure I/m Noland became agitated, at which point, SORT placed I/m Noland in the restraint chair, without incident, to complete the blood drawal. Once the procedure was completed I/m Noland was removed from the restraint chair and placed back in to his cell without incident. This incident was recorded on the Body Camera.

Facility 1- MAIN JAIL COMPLEX Floor J3

Wing

**Log Entry**

Log Date/Time Activity

Employee Action

Entered By Entered Dt/Tm

Comments

**Inmates Involved**

| InmateName | InmateNumber |
| --- | --- |

**Log**

From Date/Time 08/14/2013 15:00:00 To Date/Time 08/14/2013 23:00:00

**Shift Log**

| Date/Time | Activity | Action | Employee |
| --- | --- | --- | --- |
| 08/14/13 17:18 | SERGEANT SECURITY CHECK | | Redmon, Michael |
| 08/14/13 15:20 | COUNT CONDUCTED | SECURED | Barnes, Nicholas |
| 08/14/13 15:27 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 15:00 | ROLL CALL | | Harmon, Jeremy |
| 08/14/13 15:15 | COUNT CONDUCTED | | Harmon, Jeremy |
| 08/14/13 15:40 | FACILITY COUNT | SECURED | Harmon, Jeremy |
| 08/14/13 15:45 | FOOD CARTS ARRIVE | | Harmon, Jeremy |
| 08/14/13 15:01 | ROLL CALL | | Zapata, Melinda |
| 8/14/13 15:10 | EQUIPMENT CHECK COMPLETE | | Zapata, Melinda |
| 08/14/13 15:12 | STAFF ON DUTY | | Zapata, Melinda |

| | | | |
|---|---|---|---|
| 08/14/13 15:24 | COUNT CONDUCTED | | Zapata, Melinda |
| 08/14/13 15:40 | FACILITY COUNT | | Zapata, Melinda |
| 08/14/13 15:46 | NURSE ARRIVES | | Harmon, Jeremy |
| 08/14/13 16:04 | SERGEANT SECURITY CHECK | | Zapata, Melinda |
| 08/14/13 16:53 | TRASH AND TRAYS | | Harmon, Jeremy |
| 08/14/13 17:13 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/14/13 15:01 | ROLL CALL | | Barnes, Nicholas |
| 08/14/13 16:00 | NURSE ARRIVES | | Barnes, Nicholas |
| 08/14/13 16:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 15:29 | INCELLS BEGIN | | Barnes, Nicholas |
| 08/14/13 15:49 | INCELLS COMPLET | | Barnes, Nicholas |
| 08/14/13 16:29 | NURSE DEPARTS | COMPLETED | Barnes, Nicholas |
| 08/14/13 17:19 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 17:05 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 16:45 | FOOD CARTS ARRIVE | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 17:08 | TRASH AND TRAYS | COMPLETED | Barnes, Nicholas |
| 08/14/13 17:20 | FOOD CARTS DEPART | | Barnes, Nicholas |
| 08/14/13 17:29 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 17:44 | PROGRAMS | | RITTER, JOSHUA |
| 08/14/13 17:48 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 18:12 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 18:19 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/14/13 18:13 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/14/13 18:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/14/13 18:41 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 18:46 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 18:56 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |

| | | | |
|---|---|---|---|
| 08/14/13 19:13 | SICK CALL BEGINS | | Barnes, Nicholas |
| 08/14/13 19:17 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| )8/14/13 19:31 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/14/13 19:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/14/13 20:04 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/14/13 20:05 | SICK CALL ENDS | | Santiago, Daniel |
| 08/14/13 20:00 | SICK CALL BEGINS | | Harmon, Jeremy |
| 08/14/13 20:19 | IT PERSONNEL ARRIVE | | Roy, Christopher D |
| 08/14/13 20:23 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 20:41 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 20:15 | SICK CALL ENDS | COMPLETED | Harmon, Jeremy |
| 08/14/13 20:40 | OFFICER SECURITY CHECK | | Johnson, Summer |
| 08/14/13 21:02 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| )8/14/13 21:05 | Walk and Talk | | Santiago, Daniel |
| J8/14/13 21:17 | OFFICER SECURITY CHECK | | Johnson, Summer |
| 08/14/13 21:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/14/13 21:35 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Johnson, Summer |
| 08/14/13 21:58 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 21:58 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 21:59 | COUNT CONDUCTED | | Barnes, Nicholas |
| 08/14/13 22:00 | COUNT CONDUCTED | | Johnson, Summer |
| 08/14/13 22:00 | SERGEANT SECURITY CHECK | | Zapata, Melinda |
| 08/14/13 22:10 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| /14/13 22:24 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Johnson, Summer |

| | | | |
|---|---|---|---|
| 08/14/13 20:42 | SERGEANT SECURITY CHECK | | Zapata, Melinda |
| 08/14/13 22:30 | COUNT CONDUCTED | | Zapata, Melinda |
| 08/14/13 22:40 | EQUIPMENT CHECK COMPLETE | | Zapata, Melinda |
| 08/14/13 22:48 | END OF SHIFT | | Zapata, Melinda |
| 08/14/13 22:33 | COUNT CONDUCTED | SECURED | Barnes, Nicholas |
| 08/14/13 23:00 | END OF SHIFT | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/14/13 23:00 | ROLL CALL | COMPLETED | Johnston, Christopher |
| 08/14/13 23:00 | ROLL CALL | COMPLETED | Briscoe, David |
| 08/14/13 17:46 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |

Facility 1- MAIN JAIL COMPLEX Floor J3

Wing

**Log Entry**

Log Date/Time Activity

Employee Action

Entered By Entered Dt/Tm

Comments

**Inmates Involved**

| InmateName | InmateNumber |
|---|---|

**Log**

From Date/Time 08/16/2013 15:00:00 To Date/Time 08/16/2013 23:00:00

**Shift Log**

| Date/Time | Activity | Action | Employee |
|---|---|---|---|
| 08/16/13 21:05 | SERGEANT SECURITY CHECK | | Huber, Timothy |
| 08/16/13 15:00 | ROLL CALL | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 15:22 | COUNT CONDUCTED | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 15:23 | Entry | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 15:24 | INCELLS BEGIN | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 15:00 | ROLL CALL | | Harmon, Jeremy |
| 08/16/13 15:20 | COUNT CONDUCTED | | Harmon, Jeremy |
| 3/16/13 15:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |

| | | | |
|---|---|---|---|
| 08/16/13 15:31 | FACILITY COUNT | | Harmon, Jeremy |
| 08/16/13 15:31 | FACILITY COUNT | SECURED | Sookal, Ryan |
| 08/16/13 15:44 | RAZORS ISSUED | | Barnes, Nicholas |
| 08/16/13 15:47 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 15:50 | RAZORS ISSUED | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 15:55 | NURSE ARRIVES | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 16:06 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 16:07 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/16/13 16:16 | FOOD CARTS ARRIVE | | Harmon, Jeremy |
| 08/16/13 16:24 | NURSE DEPARTS | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 16:25 | Walk and Talk | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 16:07 | INCELLS COMPLETE | NO DEFICIENCIES NOTED | Sookal, Ryan |
| 08/16/13 15:35 | Walk and Talk | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 16:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 16:32 | RAZORS COLLECTED | | Santiago, Daniel |
| 08/16/13 16:32 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 16:09 | NURSE ARRIVES | | Harmon, Jeremy |
| 08/16/13 16:45 | FOOD CARTS ARRIVE | | Sookal, Ryan |
| 08/16/13 17:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 17:12 | FOOD CARTS DEPART | | Santiago, Daniel |
| 08/16/13 17:29 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 17:37 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 17:52 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Sookal, Ryan |

| | | | |
|---|---|---|---|
| 08/16/13 17:53 | RAZORS COLLECTED | | Harmon, Jeremy |
| 08/16/13 18:06 | Walk and Talk | | Santiago, Daniel |
| 08/16/13 18:10 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 18:28 | NURSE ARRIVES | | Harmon, Jeremy |
| 08/16/13 18:32 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 18:42 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/16/13 18:56 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 18:56 | CHURCH SERVICE | ALL APPEARED SECURE | Sookal, Ryan |
| 08/16/13 18:55 | CHURCH SERVICE | | Sookal, Ryan |
| 08/16/13 18:57 | OFFICER SECURITY CHECK | | Santiago, Daniel |
| 08/16/13 18:59 | NURSE DEPARTS | | Harmon, Jeremy |
| 08/16/13 15:00 | ROLL CALL | | Redmon, Michael |
| 08/16/13 15:30 | STAFF ON DUTY | | Redmon, Michael |
| 08/16/13 15:31 | COUNT CONDUCTED | | Redmon, Michael |
| 08/16/13 15:26 | EQUIPMENT CHECK COMPLETE | | Redmon, Michael |
| 08/16/13 15:27 | COUNT CONDUCTED | | Redmon, Michael |
| 08/16/13 19:41 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 17:15 | SERGEANT SECURITY CHECK | | Redmon, Michael |
| 08/16/13 17:19 | SERGEANT SECURITY CHECK | | Redmon, Michael |
| 08/16/13 19:45 | SICK CALL BEGINS | | Harmon, Jeremy |
| 08/16/13 19:18 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 19:42 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 19:57 | CHURCH SERVICE | | Santiago, Daniel |
| 08/16/13 20:01 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 20:13 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| /16/13 20:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |

| | | | |
|---|---|---|---|
| 08/16/13 20:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 20:50 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 20:36 | OFFICER SECURITY CHECK | | Harmon, Jeremy |
| 08/16/13 21:13 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/16/13 21:04 | Walk and Talk | ALL APPEARED SECURE | Barnes, Nicholas |
| 08/16/13 21:14 | SICK CALL BEGINS | | Santiago, Daniel |
| 08/16/13 21:16 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 21:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 21:43 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 21:55 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Harmon, Jeremy |
| 08/16/13 22:03 | COUNT CONDUCTED | | Santiago, Daniel |
| 08/16/13 22:11 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 20:30 | PERIMETER CHECK | | Redmon, Michael |
| 08/16/13 21:45 | SERGEANT SECURITY CHECK | | Redmon, Michael |
| 08/16/13 21:48 | SERGEANT SECURITY CHECK | | Redmon, Michael |
| 08/16/13 22:13 | COUNT CONDUCTED | SECURED | Harmon, Jeremy |
| 08/16/13 22:32 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Santiago, Daniel |
| 08/16/13 22:30 | COUNT CONDUCTED | | Redmon, Michael |
| 08/16/13 22:45 | EQUIPMENT CHECK COMPLETE | | Redmon, Michael |
| 08/16/13 23:00 | END OF SHIFT | | Redmon, Michael |
| 08/16/13 23:00 | COUNT CONDUCTED | COMPLETED | AIKIN, JONATHON |
| 08/16/13 23:00 | ROLL CALL | | Gibson, Timothy |

Facility 1- MAIN JAIL COMPLEX | Floor J2

Wing J2W | Dorm

**Log Entry**

Log Date/Time | Activity

Employee | Action

Entered By | Entered Dt/Tm

Comments

**Inmates Involved**

| InmateName | InmateNumber |
|---|---|

**Log**

From Date/Time 08/21/2013 15:00:00 To Date/Time 08/21/2013 23:00:00

**Shift Log**

| Date/Time | Activity | Action | Employee |
|---|---|---|---|
| 08/21/13 15:00 | END OF SHIFT | | Wiggins, Ryan |
| 08/21/13 15:00 | ROLL CALL | COMPLETED | STENGEL, Corey |
| 08/21/13 15:23 | COUNT CONDUCTED | COMPLETED | STENGEL, Corey |
| 08/21/13 16:32 | IT PERSONNEL ARRIVE | | Roy, Christopher D |
| 08/21/13 15:52 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Weatherington, Lisa |
| 08/21/13 16:41 | FOOD CARTS ARRIVE | | STENGEL, Corey |
| 08/21/13 17:06 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Weatherington, Lisa |
| 08/21/13 17:33 | TRASH AND TRAYS | COMPLETED | STENGEL, Corey |
| ~8/21/13 18:01 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | STENGEL, Corey |

| | | | |
|---|---|---|---|
| 08/21/13 18:28 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | STENGEL, Corey |
| 08/21/13 18:56 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Weatherington, Lisa |
| 08/21/13 19:23 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | STENGEL, Corey |
| 08/21/13 19:40 | LIEUTENANT SECURITY CHECK | | Gilbert, Steven |
| 08/21/13 20:02 | SICK CALL BEGINS | | Weatherington, Lisa |
| 08/21/13 20:30 | SICK CALL ENDS | | Weatherington, Lisa |
| 08/21/13 20:56 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | STENGEL, Corey |
| 08/21/13 21:28 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | STENGEL, Corey |
| 08/21/13 21:53 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Weatherington, Lisa |
| 08/21/13 23:00 | ROLL CALL | | RAMEY, RANDELL TODD |

Facility 1- MAIN JAIL COMPLEX

Floor H5

Wing

**Log Entry**

Log Date/Time 10/20/2013 01:36

Activity

Employee

Action

Entered By

Entered Dt/Tm

Comments

**Inmates Involved**

| InmateName | InmateNumber |
|---|---|

**Log**

From Date/Time 10/19/2013 15:00:00 To Date/Time 10/19/2013 23:00:00

## Shift Log

| Date/Time | Activity | Action | Employee |
|---|---|---|---|
| 10/19/13 15:27 | ROLL CALL | | Gilbert, Steven |
| 10/19/13 15:27 | COUNT CONDUCTED | NO DEFICIENCIES NOTED | SANDERS, GEORGE |
| 10/19/13 15:00 | ROLL CALL | COMPLETED | Ramsey, DeSean |
| 10/19/13 15:29 | FACILITY COUNT | NO DEFICIENCIES NOTED | Skaggs, Danny |
| 10/19/13 15:18 | COUNT CONDUCTED | COMPLETED | TAYLOR, RYAN |
| 10/19/13 15:28 | FACILITY COUNT | COMPLETED | Ramsey, DeSean |
| 10/19/13 15:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Ramsey, DeSean |
| 10/19/13 15:01 | ROLL CALL | COMPLETED | Hornback, Christopher |
| 10/19/13 15:22 | COUNT CONDUCTED | SECURED | Hornback, Christopher |
| .../19/13 15:23 | EQUIPMENT CHECK COMPLETE | SECURED | Hornback, Christopher |

| | | | |
|---|---|---|---|
| 10/19/13 15:54 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SKAGGS, RA'MON |
| 10/19/13 15:58 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SANDERS, GEORGE |
| 10/19/13 15:50 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Ramsey, DeSean |
| 10/19/13 17:16 | Entry | ALL APPEARED SECURE | Ramsey, DeSean |
| 10/19/13 17:10 | FOOD CARTS ARRIVE | | SANDERS, GEORGE |
| 10/19/13 17:40 | Entry | COMPLETED | SKAGGS, RA'MON |
| 10/19/13 18:00 | TRASH AND TRAYS | COMPLETED | SANDERS, GEORGE |
| 10/19/13 17:40 | OFFICER SECURITY CHECK | | TAYLOR, RYAN |
| 10/19/13 18:00 | TRASH AND TRAYS | | TAYLOR, RYAN |
| 10/19/13 18:23 | Walk and Talk | | Ramsey, DeSean |
| 10/19/13 18:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SKAGGS, RA'MON |
| 10/19/13 18:00 | SICK CALL BEGINS | | SKAGGS, RA'MON |
| 10/19/13 18:30 | SICK CALL ENDS | COMPLETED | SKAGGS, RA'MON |
| 10/19/13 18:33 | SICK CALL BEGINS | | Ramsey, DeSean |
| 10/19/13 18:14 | RAZORS ISSUED | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 19:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SANDERS, GEORGE |
| 10/19/13 19:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SKAGGS, RA'MON |
| 10/19/13 19:00 | OFFICER SECURITY CHECK | | Ramsey, DeSean |
| 10/19/13 19:30 | OFFICER SECURITY CHECK | | TAYLOR, RYAN |
| 10/19/13 19:45 | Walk and Talk | | Ramsey, DeSean |
| 10/19/13 20:14 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SANDERS, GEORGE |
| 10/19/13 20:03 | RAZORS COLLECTED | COMPLETED | TAYLOR, RYAN |
| 10/19/13 20:20 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 20:40 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SANDERS, GEORGE |
| 10/19/13 21:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | SKAGGS, RA'MON |
| 10/19/13 20:50 | OFFICER SECURITY CHECK | | Ramsey, DeSean |

| | | | |
|---|---|---|---|
| 10/19/13 21:00 | Walk and Talk | | Ramsey, DeSean |
| 10/19/13 21:27 | Walk and Talk | | Ramsey, DeSean |
| 10/19/13 21:38 | NURSE ARRIVES | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 21:44 | NURSE DEPARTS | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 21:49 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 21:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | COOPER, MARIO |
| 10/19/13 22:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | COOPER, MARIO |
| 10/19/13 22:20 | COUNT CONDUCTED | COMPLETED | SKAGGS, RA'MON |
| 10/19/13 21:59 | COUNT CONDUCTED | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 22:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 22:45 | END OF SHIFT | | SANDERS, GEORGE |
| 10/19/13 15:55 | INCIDENT REPORT | PROBLEMS NOTED | Hornback, Christopher |
| 10/19/13 18:00 | SERGEANT SECURITY CHECK | SECURED | Hornback, Christopher |
| 10/19/13 22:54 | COUNT CONDUCTED | SECURED | Hornback, Christopher |
| 10/19/13 22:55 | EQUIPMENT CHECK COMPLETE | SECURED | Hornback, Christopher |
| 10/19/13 23:00 | END OF SHIFT | COMPLETED | Hornback, Christopher |
| 10/19/13 22:45 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 23:00 | END OF SHIFT | ALL APPEARED SECURE | TAYLOR, RYAN |
| 10/19/13 23:00 | ROLL CALL | | OBRYANT, PARKER |
| 10/19/13 23:00 | ROLL CALL | COMPLETED | LEE, JOSHUA |

# Account Activity

1 **Account Group:** INMATE **Account Type:** GEN **Account #:** 1936719

..ne(L,F,M,S): HINDI, MAHMOUD, Y

**Start Dt/Tm:** 01-01-1990 1200 **Ending Dt/Tm:** 10-22-2013 0530

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 3459700 | CADJ | 06-20-2013 1118 | $19.95 | $19.95 |
| 3227507 | BKFEE | 09-07-2012 1136 | ($35.00) | ($15.05) |
| 3228324 | TP1DEP | 09-08-2012 1801 | $200.00 | $184.95 |
| 3241261 | COMM | 09-24-2012 1000 | ($33.30) | $151.65 |
| 3246836 | COMM | 10-01-2012 1010 | ($46.86) | $104.79 |
| 3252878 | COMM | 10-08-2012 1009 | ($38.18) | $66.61 |
| 3258712 | COMM | 10-15-2012 1209 | ($28.85) | $37.76 |
| 3263902 | TP1DEP | 10-21-2012 1658 | $150.00 | $187.76 |
| 3264412 | COMM | 10-22-2012 1014 | ($42.00) | $145.76 |
| 3272386 | COMM | 10-31-2012 1404 | ($22.40) | $123.36 |
| 3275907 | COMM | 11-05-2012 0949 | ($49.47) | $73.89 |
| 3281983 | COMM | 11-12-2012 0849 | ($53.36) | $20.53 |
| 3282268 | TP1DEP | 11-12-2012 1321 | $200.00 | $220.53 |
| 3287188 | COMM | 11-19-2012 1018 | ($51.17) | $169.36 |
| 3292168 | COMM | 11-26-2012 0948 | ($44.52) | $124.84 |
| 3301286 | COMM | 12-05-2012 1248 | ($34.42) | $90.42 |
| 02446 | CADJ | 12-06-2012 1618 | $34.42 | $124.84 |
| 3304684 | TP1DEP | 12-10-2012 0924 | $200.00 | $324.84 |
| 3305495 | COMM | 12-11-2012 0755 | ($59.64) | $265.20 |
| 3310659 | COMM | 12-17-2012 1259 | ($57.40) | $207.80 |
| 3312074 | CADJ | 12-18-2012 1624 | $1.20 | $209.00 |
| 3316172 | COMM | 12-24-2012 1144 | ($47.16) | $161.84 |
| 3320346 | COMM | 12-31-2012 0854 | ($48.54) | $113.30 |
| 3323695 | COMM | 01-04-2013 1309 | ($29.47) | $83.83 |
| 3328354 | TP1DEP | 01-10-2013 1339 | $200.00 | $283.83 |
| 3334307 | COMM | 01-18-2013 1133 | ($28.90) | $254.93 |
| 3339611 | COMM | 01-25-2013 1103 | ($13.36) | $241.57 |
| 3350521 | COMM | 02-07-2013 1245 | ($22.40) | $219.17 |
| 3353804 | CADJ | 02-11-2013 1545 | $22.40 | $241.57 |
| 3355024 | TP1DEP | 02-12-2013 1743 | $200.00 | $441.57 |
| 3359339 | COMM | 02-18-2013 1020 | ($3.15) | $438.42 |
| 3361951 | CADJ | 02-20-2013 1550 | $3.15 | $441.57 |
| 3375038 | COMM | 03-08-2013 1214 | ($31.79) | $409.78 |
| 3376172 | TP1DEP | 03-10-2013 1131 | $200.00 | $609.78 |
| 3381092 | COMM | 03-15-2013 1250 | ($10.97) | $598.81 |
| 3385311 | COMM | 03-20-2013 1437 | ($11.20) | $587.61 |
| 387096 | COMM | 03-22-2013 1312 | ($27.49) | $560.12 |
| 1984 | CADJ | 03-28-2013 1549 | $2.40 | $562.52 |

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Account Activity

F: 1 **Account Group:** INMATE **Account Type:** GEN **Account #:** 1936719

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**Start Dt/Tm:** 01-01-1990 1200 **Ending Dt/Tm:** 10-22-2013 0530

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 3395807 | COMM | 04-02-2013 1449 | ($14.80) | $547.72 |
| 3402187 | COMM | 04-09-2013 1446 | ($37.24) | $510.48 |
| 3413641 | DEP | 04-23-2013 1249 | $26.95 | $537.43 |
| 3413757 | COMM | 04-23-2013 1456 | ($36.70) | $500.73 |
| 3419023 | COMM | 04-30-2013 1325 | ($43.26) | $457.47 |
| 3427285 | COMM | 05-10-2013 1243 | ($40.14) | $417.33 |
| 3436430 | COMM | 05-22-2013 0855 | ($59.14) | $358.19 |
| 3442014 | COMM | 05-29-2013 1454 | ($46.86) | $311.33 |
| 3443195 | COMM | 05-30-2013 1516 | ($20.00) | $291.33 |
| 3446512 | COMM | 06-04-2013 1524 | ($55.89) | $235.44 |
| 3448796 | COMM | 06-06-2013 1644 | ($19.95) | $215.49 |
| 3453151 | COMM | 06-12-2013 1304 | ($44.88) | $170.61 |
| | | | **Transaction Total:** | $170.61 |

**Total Amount by Transaction Type**

| Type | Amount |
|---|---|
| DEP / INMATE DEPOSIT | $26.95 |
| CADJ / COMMISSARY ADJUSTMENT - NEW TRANSACTION | $83.52 |
| COMM / COMMISSARY | ($1,254.86) |
| BKFEE / INITIAL BOOKING FEE | ($35.00) |
| TP1DEP / CREDIT / CASH DEPOSIT TOUCH PAY TO INMATE ACCOUNT GERERAL | $1,350.00 |
| **Transaction Total:** | $170.61 |

Name HINDI, MAHMOUD Y Booking # 2012029784 Facility 1

Inmate # 00577966 Sex MALE DOB [redacted] Book Dt/Tm 09/07/2012 02:36 Wing H5E

Race White/Eurp/ N.Afr/Mid Eas Age 56 Release Dt/Tm Dorm H5E-N1

Status In Jail Classification MX/AB Cell H5-N1

## Property Items

| Location | Bin | Picture | Qty | Item Nbr | Description | Item Type |
|---|---|---|---|---|---|---|
| J-BIN | 0566 | | 1 | 00002133 | . | CONVERSION |
| J-BIN | 0566 | | 1 | 00048597 | WHITE AND BLUE REEBOK TENNIS SHOES | SHOES |

Inmate Account Balance 195.97

## Beginning Balances

| Account Name | Balance |
|---|---|

## Begining Money Owed

| Account Name | Balance |
|---|---|

## Transactions

| Date Time | Type | Check Nbr / Receipt Nbr | Description / From/To | Debit / Xfer | Credit | Balance / Entered By | Payable |
|---|---|---|---|---|---|---|---|
| 10/02/13 14:50 | Comm | | Received from Canteen Interface, Trans ID:829257 | $51.72 | $0.00 | $195.97 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/29/13 15:33 | DepChk | 7956267 | Received from HINDI, MAHMOUD Y | $0.00 | $200.00 | $247.69 | $0.00 |
| | | 13-49454 | | | | Bradford, Johnathon | |
| 09/23/13 11:30 | Comm | | Received from Canteen Interface, Trans ID:827334 | $27.65 | $0.00 | $47.69 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/19/13 11:50 | Comm | | Received from Canteen Interface, Trans ID:826795 | $40.02 | $0.00 | $75.34 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/12/13 12:00 | Comm | | Received from Canteen Interface, Trans ID:825432 | $59.23 | $0.00 | $115.36 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/11/13 15:00 | Comm | | Received from Canteen Interface, Trans ID:825019 | $5.60 | $0.00 | $174.59 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/09/13 11:50 | Comm | | Received from Canteen Interface, Trans ID:824086 | $58.75 | $0.00 | $180.19 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/06/13 14:26 | Comm | | Received from Canteen Interface, Trans ID:823485 | $11.20 | $0.00 | $238.94 | $0.00 |
| | | | | | | Administrator, ADMIN | |
| 09/04/13 07:23 | DepChk | 7801346 | Received from HINDI, MAHMOUD Y | $0.00 | $200.00 | $250.14 | $0.00 |
| | | 13-36675 | | | | Weatherly, Steven | |
| 08/29/13 3:00 | Comm | | Received from Canteen Interface, Trans ID:822838 | $59.23 | $0.00 | $50.14 | $0.00 |
| | | | | | | Administrator, ADMIN | |

| Date | Type | Ref | Description | | | | | Staff |
|---|---|---|---|---|---|---|---|---|
| 08/28/13 13:20 | Comm | | Received from Canteen Interface, Trans ID:822486 | $22.40 | $0.00 | $109.37 | $0.00 | Administrator, ADMIN |
| 08/27/13 15:50 | Comm | | Received from Cante[illegible] Trans ID:821630 | $0.00 | $22.40 | $131.77 | $0.00 | Administrator, ADMIN |
| 08/21/13 14:20 | Comm | | Received from Canteen Interface, Trans ID:820964 | $22.40 | $0.00 | $109.37 | $0.00 | Administrator, ADMIN |
| 08/13/13 13:20 | Comm | | Received from Canteen Interface, Trans ID:819105 | $55.44 | $0.00 | $131.77 | $0.00 | Administrator, ADMIN |
| 07/30/13 14:40 | Comm | | Received from Canteen Interface, Trans ID:816199 | $50.35 | $0.00 | $187.21 | $0.00 | Administrator, ADMIN |
| 07/28/13 11:18 | DepChk | 7613693 13-18257 | Received from HINDI, MAHMOUD Y | $0.00 | $200.00 | $237.56 | $0.00 | Roy, Holly |
| 07/23/13 15:30 | Comm | | Received from Canteen Interface, Trans ID:814830 | $38.06 | $0.00 | $37.56 | $0.00 | Administrator, ADMIN |
| 07/17/13 22:46 | Comm | | Received from Canteen Interface, Trans ID:813746 | $5.60 | $0.00 | $75.62 | $0.00 | Administrator, ADMIN |
| 07/17/13 15:03 | Comm | | Received from Canteen Interface, Trans ID:813562 | $23.42 | $0.00 | $81.22 | $0.00 | Administrator, ADMIN |
| 07/17/13 13:47 | Comm | | Received from Canteen Interface, Trans ID:813172 | $7.25 | $0.00 | $104.64 | $0.00 | Administrator, ADMIN |
| 07/13/13 12:26 | Comm | | Received from Canteen Interface, Trans ID:812560 | $58.72 | $0.00 | $111.89 | $0.00 | Administrator, ADMIN |
| 06/23/13 11:0 | DepCsh | | Converted Account Balance | | $170.61 | $170.61 | $0.( | Administrator, ADMIN |

## Ending Balances

| Account Name | Balance |
|---|---|
| Spending | $ 195.97 |
| Total | $ 195.97 |

## Ending Money Owed

| Account Name | Balance |
|---|---|
| COMMISSARY | $ 0.00 |
| Total | $ 0.00 |

# Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BAG | 000264 | |

| Property Type | Description | Status |
|---|---|---|
| NO MONEY | NO PROPERTY | S |

**Notes**

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ (Inmate Signature/Date/Time)

X ______________________ (Signature/Date/Time)

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ (Inmate Signature/Date/Time)

X ______________________ (Signature/Date/Time)

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BAG | 000264 | Y |
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| NO MONEY | NO PROPERTY | S |
| SHIRT | | S |

**Notes**

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

(Inmate Signature/Date/Time) (Signature/Date/Time)

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

(Inmate Signature/Date/Time) (Signature/Date/Time)

# Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| NO MONEY | NO PROPERTY | S |
| SHIRT | | S |
| RX GLASSES | | S |

**Notes**

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

____________________ X ____________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ____________________ X ____________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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 [redacted]

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |
| 1 BOOK | FRM. MAILRM. | S |

**Notes**

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ X ______________________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ X ______________________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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 [redacted]

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| 1 BOOK | FRM. MAILRM. | R |
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |

**Notes**

hardback released to chaplain whitlow, inmate removed hard cover.

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ (Inmate Signature/Date/Time)

X ______________________________ (Signature/Date/Time)

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ (Inmate Signature/Date/Time)

X ______________________________ (Signature/Date/Time)

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |
| 1 CD | PUB DEF MEURER | S |

**Notes**

hardback released to chaplain whitlow, inmate removed hard cover.

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ X ______________________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________________ X ______________________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

LOUISVILLE METRO DEPT. OF CORRECTIONS

**Inmate Personal Property Receipt**

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DO**[redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |
| SHELF | 551108 | |

| Property Type | Description | Status |
|---|---|---|
| 1 CD | PUB DEF MEURER | S |
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |
| SHELF 5511 | in a bag that came down, due to level 1 obs | S |

**Notes**

2 underwear, 1 teeshirt, prayer rug, 1 hair brush, 1 magizine, 1 pair of socks, 1 pair of shower shoes, 1 pair of glasses, 1 thermal underwear., misc papers- all items listd here are in the property bag on shelf 5511

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

**X** ______________________________ **(Inmate Signature/Date/Time)**

**X** ______________________________ **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

**X** ______________________________ **(Inmate Signature/Date/Time)**

**X** ______________________________ **(Signature/Date/Time)**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |
| SHELF | 551108 | Y |

| Property Type | Description | Status |
|---|---|---|
| 1 CD | PUB DEF MEURER | S |
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHELF 5511 | in a bag that came down, due to level 1 obs | R |
| SHIRT | | S |

**Notes**

2 underwear, 1 teeshirt, prayer rug, 1 hair brush, 1 magizine, 1 pair of socks, 1 pair of shower shoes, 1 pair of glasses, 1 thermal underwear., misc papers- all items listd here are in the property bag on shelf 5511
RELS STORAGE BAG PER A/R

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| 1 CD | PUB DEF MEURER | S |
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |
| QURAN BIBLE | | S |

**Notes**

2 underwear, 1 teeshirt, prayer rug, 1 hair brush, 1 magizine, 1 pair of socks, 1 pair of shower shoes, 1 pair of glasses, 1 thermal underwear., misc papers- all items listd here are in the property bag on shelf 5511
RELS STORAGE BAG PER A/R

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236
**Name(L,F,M,S):** HINDI, MAHMOUD, Y
**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| Storage | Number | Rls/d |
|---|---|---|
| BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| 1 CD | PUB DEF MEURER | S |
| NO MONEY | NO PROPERTY | S |
| QURAN BIBLE | | R |
| RX GLASSES | | S |
| SHIRT | | S |

**Notes**

2 underwear, 1 teeshirt, prayer rug, 1 hair brush, 1 magizine, 1 pair of socks, 1 pair of shower shoes, 1 pair of glasses, 1 thermal underwear., misc papers- all items listd here are in the property bag on shelf 5511
RELS STORAGE BAG PER A/R
QURAN RELS TO WHITLOW

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

**X** ______________________________ **X** ______________________________
**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

**X** ______________________________ **X** ______________________________
**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

# Inmate Personal Property Receipt

**CIN:** 577966 **Book #:** 2012029784 **Book Dt/Tm:** 09-07-2012 0236

**Name(L,F,M,S):** HINDI, MAHMOUD, Y

**DOB:** [redacted] **Age:** 56 **Race:** W **Sex:** M **SSN:** 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

**Storage Locations**

| | Storage | Number | Rls/d |
|---|---|---|---|
| [redacted] | BIN | 000566 | |

| Property Type | Description | Status |
|---|---|---|
| 1 CD | PUB DEF MEURER | S |
| NO MONEY | NO PROPERTY | S |
| RX GLASSES | | S |
| SHIRT | | S |
| QURAN | x1 | S |

**Notes**

2 underwear, 1 teeshirt, prayer rug, 1 hair brush, 1 magizine, 1 pair of socks, 1 pair of shower shoes, 1 pair of glasses, 1 thermal underwear., misc papers- all items listd here are in the property bag on shelf 5511
RELS STORAGE BAG PER A/R
QURAN RELS TO WHITLOW

**Intake**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

**Release**

**Notice:** All properties listed are to be claimed within 30 days of release from custody.

X ______________________ X ______________________

**(Inmate Signature/Date/Time)** **(Signature/Date/Time)**

Facility: 1
102B BKMT

Printed: 0-19-2013 2035
Printed By: RCLARK, CLARK

GB003944

**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167 Fax:

## Inmate Account Transactions

**Date From : 09/07/2012** **Date To : 10/21/2013**

**Inmate # :** 00577966 **Inmate Name:** HINDI, MAHMOUD Y **Sex:** MALE **Race:** [redacted] N.Afr/Mid Eas

**Booking # :** 2012029784 **DOB:** 0[redacted]

**Account balance:** $195.97 **Payable balance:** $0.00 **Hold Funds :** $0.00

| Trans Type | Amount | Check No | Receipt No | Description | Balance | A/R Balance | Trans DtTm | Emp ID |
|---|---|---|---|---|---|---|---|---|
| DepCsh | $170.61 | | | Converted Account Balance | $170.61 | $0.00 | 06/23/2013 11:00 | ADM |
| Comm | $58.72 | | | Received from Canteen Interface, Trans ID:812560 | $111.89 | $0.00 | 07/13/2013 12:26 | ADM |
| Comm | $7.25 | | | Received from Canteen Interface, Trans ID:813172 | $104.64 | $0.00 | 07/17/2013 13:47 | ADM |
| Comm | $23.42 | | | Received from Canteen Interface, Trans ID:813562 | $81.22 | $0.00 | 07/17/2013 15:03 | ADM |
| Comm | $5.60 | | | Received from Canteen Interface, Trans ID:813746 | $75.62 | $0.00 | 07/17/2013 22:46 | ADM |
| Comm | $38.06 | | | Received from Canteen Interface, Trans ID:814830 | $37.56 | $0.00 | 07/23/2013 15:30 | ADM |
| DepChk | $200.00 | 7613693 | 13-18257 | Received from HINDI, MAHMOUD Y | $237.56 | $0.00 | 07/28/2013 11:18 | 25541 |
| Comm | $50.35 | | | Received from Canteen Interface, Trans ID:816199 | $187.21 | $0.00 | 07/30/2013 14:40 | ADM |
| Comm | $55.44 | | | Received from Canteen Interface, Trans ID:819105 | $131.77 | $0.00 | 08/13/2013 13:20 | ADM |
| Comm | $22.40 | | | Received from Canteen Interface, Trans ID:820964 | $109.37 | $0.00 | 08/21/2013 14:20 | ADM |
| Comm | $22.40 | | | Received from Canteen Interface, Trans ID:821630 | $131.77 | $0.00 | 08/27/2013 15:50 | ADM |

**Inmate # :** 00577966 **Inmate Name:** HINDI, MAHMOUD Y **Sex:** MALE **Race:** White/Eurp/ N.Afr/Mid Eas

**Booking # :** 2012029784 **DOB:** [redacted]

**Account balance:** $195.97 **Payable balance:** $0.00 **Hold Funds :** $0.00

| Trans Type | Amount | Check No | Receipt No | Description | Balance | A/R Balance | Trans DtTm | Emp ID |
|---|---|---|---|---|---|---|---|---|
| Comm | $22.40 | | | Received from Canteen Interface, Trans ID:822486 | $109.37 | $0.00 | 08/28/2013 13:20 | ADM |
| Comm | $59.23 | | | Received from Canteen Interface, Trans ID:822838 | $50.14 | $0.00 | 08/29/2013 13:00 | ADM |
| DepChk | $200.00 | 7801346 | 13-36675 | Received from HINDI, MAHMOUD Y | $250.14 | $0.00 | 09/04/2013 07:23 | 24601 |
| Comm | $11.20 | | | Received from Canteen Interface, Trans ID:823485 | $238.94 | $0.00 | 09/06/2013 14:26 | ADM |
| Comm | $58.75 | | | Received from Canteen Interface, Trans ID:824086 | $180.19 | $0.00 | 09/09/2013 11:50 | ADM |
| Comm | $5.60 | | | Received from Canteen Interface, Trans ID:825019 | $174.59 | $0.00 | 09/11/2013 15:00 | ADM |
| Comm | $59.23 | | | Received from Canteen Interface, Trans ID:825432 | $115.36 | $0.00 | 09/12/2013 12:00 | ADM |
| Comm | $40.02 | | | Received from Canteen Interface, Trans ID:826795 | $75.34 | $0.00 | 09/19/2013 11:50 | ADM |
| Comm | $27.65 | | | Received from Canteen Interface, Trans ID:827334 | $47.69 | $0.00 | 09/23/2013 11:30 | ADM |
| DepChk | $200.00 | 7956267 | 13-49454 | Received from HINDI, MAHMOUD Y | $247.69 | $0.00 | 09/29/2013 15:33 | 23850 |
| Comm | $51.72 | | | Received from Canteen Interface, Trans ID:829257 | $195.97 | $0.00 | 10/02/2013 14:50 | ADM |
| WthChk | $195.97 | 00252719 | 13-60098 | *VOID*Returned to HINDI, MAHMOUD Y | $0.00 | $0.00 | 10/21/2013 11:11 | 25585 |
| WthChk | $195.97 | 00252719 | 13-60098 | Void WthChk on 10/21/2013 11:11 | $195.97 | $0.00 | 10/21/2013 11:15 | 25585 |

**Total :** **24**

JEFFERSON COUNTY
INMATE PURCHASE REPORT
FROM: 09/17/2012 TO: 10/21/2013
INST #: JEFFCO

10/21/2013
11:53:02AM

| ID | Inv # | Name | | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|---|
| 577966 | | | | | | | |
| | 753859 | HINDI, MAHMOUD | | 09/24/2012 | User: svogs | | |
| | | HAIR BRUSH - NO HANDLE | 6007 | HYGIENE | $1.32 | 1 | $1.32 |
| | | DEODORANT SUAVE | 6074 | HYGIENE | $3.34 | 1 | $3.34 |
| | | SHAMPOO DANDRUFF | 6409 | HYGIENE | $2.17 | 1 | $2.17 |
| | | TOOTHPASTE COLGATE | 6726 | HYGIENE | $2.22 | 1 | $2.22 |
| | | BOXER SHORTS LARGE | 8003 | CLOTHING | $3.39 | 2 | $6.78 |
| | | PLAYING CARDS | 7110 | STATIONARY | $2.49 | 1 | $2.49 |
| | | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | | KIT KAT | 4219 | CANDY | $1.20 | 2 | $2.40 |
| | | SNICKERS | 4249 | CANDY | $1.20 | 2 | $2.40 |
| | | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 2 | $1.20 |
| | | RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | $0.60 | 3 | $1.80 |
| | | | | Invoice Totals: | Tax: $0.00 | | $33.30 |
| | 755503 | HINDI, MAHMOUD | | 10/01/2012 | User: svogs | | |
| | | BOXER SHORTS 2X LARGE | 8005 | CLOTHING | $3.60 | 1 | $3.60 |
| | | THERMAL BOTTOMS 2X LARGE | 8744 | CLOTHING | $6.36 | 1 | $6.36 |
| | | THERMAL TOP, 2XL | 8754 | CLOTHING | $6.36 | 1 | $6.36 |
| | | MUG STADIUM | 9901 | BEVERAGES | $1.89 | 1 | $1.89 |
| | | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | | MAXWELL HOUSE SINGLES | 1615 | BEVERAGES | $0.40 | 5 | $2.00 |
| | | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 4 | $4.16 |
| | | LEMON DROPS | 4021 | CANDY | $1.27 | 1 | $1.27 |
| | | SNICKERS | 4249 | CANDY | $1.20 | 4 | $4.80 |
| | | BEEF & CHEESE STICK | 5011 | PREPARED FOODS | $0.95 | 2 | $1.90 |
| | | RELISH PACK | 5411 | SNACKS | $0.10 | 3 | $0.30 |
| | | SALT 10CT | 5721 | SNACKS | $0.50 | 1 | $0.50 |
| | | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | | RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | | SPANISH RICE | 1280 | PREPARED FOODS | $1.10 | 1 | $1.10 |
| | | | | Invoice Totals: | Tax: $0.00 | | $46.86 |
| | 756870 | HINDI, MAHMOUD | | 10/08/2012 | User: svogs | | |
| | | BOXER SHORTS X LARGE | 8004 | CLOTHING | $3.39 | 1 | $3.39 |
| | | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | | NIP CHEE | 2003 | SNACKS | $0.60 | 3 | $1.80 |
| | | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 1 | $1.05 |
| | | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 1 | $1.05 |
| | | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 1 | $1.05 |
| | | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | | LEMON DROPS | 4021 | CANDY | $1.27 | 2 | $2.54 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| SNICKERS | 4249 | CANDY | | $1.20 | 4 | $4.80 |
| MACKEREL | 5155 | PREPARED FOODS | | $1.89 | 1 | $1.89 |
| TUNA | 5164 | PREPARED FOODS | | $2.29 | 1 | $2.29 |
| SALT 10CT | 5721 | SNACKS | | $0.50 | 1 | $0.50 |
| RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| | | Invoice Totals: | | Tax: $0.00 | | $38.18 |
| 758539 | | HINDI, MAHMOUD | 10/15/2012 | User: svogs | | |
| SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| READING GLASSES 300 | 8158 | STATIONARY | | $6.03 | 1 | $6.03 |
| POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 2 | $2.10 |
| COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 5 | $5.20 |
| LEMON DROPS | 4021 | CANDY | | $1.27 | 2 | $2.54 |
| SNICKERS | 4249 | CANDY | | $1.20 | 3 | $3.60 |
| MACKEREL | 5155 | PREPARED FOODS | | $1.89 | 2 | $3.78 |
| RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | | $0.60 | 4 | $2.40 |
| RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | | $0.60 | 4 | $2.40 |
| | | Invoice Totals: | | Tax: $0.00 | | $28.85 |
| 760195 | | HINDI, MAHMOUD | 10/22/2012 | User: svogs | | |
| TEA DRINK MIX | 1313 | BEVERAGES | | $0.38 | 3 | $1.14 |
| COFFEE REGULAR | 1605 | BEVERAGES | | $4.62 | 1 | $4.62 |
| SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | | $0.60 | 5 | $3.00 |
| POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 2 | $2.10 |
| POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | | $1.05 | 2 | $2.10 |
| ANDY CAPP FRIES | 2554 | SNACKS | | $1.00 | 1 | $1.00 |
| BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 2 | $2.40 |
| COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 5 | $5.20 |
| CHOCOLATE CUPCAKES | 3021 | SNACKS | | $1.10 | 2 | $2.20 |
| HONEY BUN-FROSTED | 3030 | SNACKS | | $1.10 | 2 | $2.20 |
| LEMON DROPS | 4021 | CANDY | | $1.27 | 2 | $2.54 |
| SNICKERS | 4249 | CANDY | | $1.20 | 2 | $2.40 |
| HOT SHOTS MEAT | 5027 | PREPARED FOODS | | $0.95 | 2 | $1.90 |
| RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | | $0.60 | 4 | $2.40 |
| RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | | $0.60 | 4 | $2.40 |
| | | Invoice Totals: | | Tax: $0.00 | | $42.00 |
| 762276 | | HINDI, MAHMOUD | 10/31/2012 | User: svogs | | |
| GRAB BAGS | 9852 | | | $5.60 | 4 | $22.40 |
| | | Invoice Totals: | | Tax: $0.00 | | $22.40 |
| 763057 | | HINDI, MAHMOUD | 11/05/2012 | User: svogs | | |
| PLAYING CARDS | 7110 | STATIONARY | | $2.49 | 1 | $2.49 |
| TEA DRINK MIX | 1313 | BEVERAGES | | $0.38 | 3 | $1.14 |
| COFFEE COLUMBIAN | 1614 | BEVERAGES | | $4.06 | 1 | $4.06 |
| SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | | $0.60 | 10 | $6.00 |

Visit Log for inmate: **HINDI, MAHMOUD Y**

Booking# 2012029784 LIN# 577966 R/S W M DOB

Current Housing Location/ Status: 1 J4 S 7 IN

| Visitor: | Event:: | Visit Date and Time: | Visit Booth: | Inmate Housing at time of visit: |
|---|---|---|---|---|
| USA HINDI, FATIMA HINDI | VISA | 09/08/2012 17:30 | V110 | 1 W J2W W1 |
| JSA HINDI, FATIMA HINDI | VISA | 09/10/2012 16:41 | V131 | 1 W J2W W1 |
| HINDI HAMZA | VISA | 09/12/2012 17:53 | V138 | 1 W J2W W1 |
| MUSA HINDI | VISA | 09/15/2012 19:53 | V138 | 1 W J2W W1 |
| MUSA HINDI, HASAN HINDI | VISA | 09/15/2012 20:33 | V138 | 1 W J2W W1 |
| TAREQ HINDI, MUSA HINDI | VISA | 09/17/2012 16:51 | V138 | 1 W J2W W1 |
| HASAN HINDI, HINDI HAMZA | VISA | 09/21/2012 16:46 | V138 | 1 N J3 8 |
| HASAN HINDI | VISA | 10/04/2012 16:33 | V129 | 1 N J3 8 |
| HASAN HINDI | VISA | 10/18/2012 16:36 | V143 | 1 N J3 8 |
| HASAN HINDI | VISA | 10/28/2012 16:43 | V120 | 1 N J3 8 |
| HASAN ALMOHROUG | VISA | 11/04/2012 19:11 | V120 | 1 N J3 8 |
| HASAN HINDI | VISA | 11/15/2012 16:40 | V10 | 1 N J3 8 |
| FATIMA HINDI, YOUSEF HINDI | VISA | 11/18/2012 19:36 | V10 | 1 N J3 8 |
| TAREQ HINDI | VISA | 11/25/2012 16:47 | V10 | 1 N J3 8 |
| HASAN HINDI | VISA | 11/29/2012 16:33 | V127 | 1 N J3 8 |
| PHILLIP CROWE | VISA | 12/02/2012 21:54 | V127 | 1 N J3 8 |
| HASAN HINDI | VISA | 12/13/2012 16:33 | V19 | 1 N J3 8 |
| MUSA HINDI | VISA | 12/23/2012 12:21 | V19 | 1 N J3 8 |
| YOUSEF HINDI, HAMZA HINDI | VISA | 12/27/2012 16:53 | V133 | 1 N J3 8 |
| SAN HINDI | VISA | 01/19/2013 16:37 | V119 | 1 W J2W 09 |
| MZA HINDI, HASAN HINDI | VISA | 02/04/2013 16:38 | V126 | 1 W J2W W1 |
| YOUSEF HINDI, FATIMA HINDI | VISA | 02/10/2013 16:36 | V126 | 1 E H5 N1 |
| YOUSEF HINDI, FATIMA HINDI | VISA | 03/11/2013 16:42 | V16 | 1 W J2W W2 |
| HASAN HINDI | VISA | 03/16/2013 16:50 | V17 | 1 W J2W W2 |
| HASAN HINDI | VISA | 04/13/2013 16:37 | V117 | 1 S J4 7 |
| MUSA HINDI | VISA | 05/11/2013 07:39 | V12 | 1 S J4 7 |
| HINDI HAMZA | VISA | 05/15/2013 16:49 | V12 | 1 S J4 7 |
| HASAN HINDI | VISA | 06/12/2013 16:40 | V15 | 1 S J4 7 |
| HASAN HINDI | VISA | 06/19/2013 16:44 | V15 | 1 S J4 7 |

LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS
400 S. Sixth Street
Louisville-40202,KY
Phone : (502) 574-2167x

# Visitor Information Report

**Date From : 6/23/2013** **Date To : 10/21/2013**

| Visitor Name | DOB | DL # | Phone # | Schedule Visitdate | Inmate Name |
|---|---|---|---|---|---|
| HINDI, HASAN | 9/25/1962 | 8971874611 | | 8/19/2013 4:46 PM | HINDI, MAHMOUD Y |
| HINDI, HASAN | 9/25/1962 | 8971874611 | | 9/16/2013 4:37 PM | HINDI, MAHMOUD Y |



LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
400 S. Sixth Street
Louisville-40202,KY
Phone : (502) 574-2167x

# Visit Search Report

**Building Name :**

| Visitor Name | Inmate # | Inmate Name | Booth Name | Booth Type | Visit Date | Monitor by |
|---|---|---|---|---|---|---|
| HINDI HASAN | 00577966 | HINDI MAHMOUD Y | DEFAULT | Professional | | |
| HINDI HASAN | 00577966 | HINDI MAHMOUD Y | DEFAULT | Professional | | |

Gym sign up sheet

Date 9-26-13

Officer Palummo

Time 1700

Area Admin seg

Carter, Anthony
Ellison, Antonio

*No more than 24 inmates allowed in the gym at one time*

1. Duncan } S1
2. Talles
3. Green } S2
4. Keehn
5. Hammond }
6. Wharton } East
7. Frillman }
8. Durrett }
9. Bowman }
10. Hindi } N1
11. Horton }
12. Massey }
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.

**Gym sign up sheet**

Date 10-4-13

Time 1200

Area 5 East Admin Seg.

Officer Palummo

*No more than 24 inmates allowed in the gym at one time*

1 Bowman
2 Durcett
3 Wharton
4 Hammond
(1–4: 5 East)

5 Hinds
6 Leach
7 Horton
8 Valdes
(5–8: 5N1)

9 Lee → 5N2

10 Duncan → 5S1

11 Keehn → 5S2

12
13
14
15
16
17
18
19
20
21
22
23
24

Gym sign up sheet

Date 10-11-13

Officer Palummo

Time 1200

Area Admin Seg

*No more than 24 inmates allowed in the gym at one time*

1. Hindi } N1
2. Massey
3. Horton
4. Valdes
5. Lee → N2
6. Bowman } East
7. Durrett
8. Wharton
9. Smith } S1
10. Duncan
11. McFarland — S2
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.

Collier Co

| ID | Inv # | Name | Inv Date | | Price | Qty | Amount |
|---|---|---|---|---|---|---|---|
| | SNACK CRACKERS | 2028 | SNACKS | | $3.32 | 1 | $3.32 |
| | PEANUTS | 2110 | SNACKS | | $0.85 | 1 | $0.85 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 2 | $2.10 |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 5 | $5.20 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | | $1.10 | 4 | $4.40 |
| | LEMON DROPS | 4021 | CANDY | | $1.27 | 3 | $3.81 |
| | SNICKERS | 4249 | CANDY | | $1.20 | 5 | $6.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | | $0.60 | 5 | $3.00 |
| | | Invoice Totals: | | | Tax: $0.00 | | $49.47 |
| 764683 | HINDI, MAHMOUD | | 11/12/2012 | User: svogs | | | |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| | TEA DRINK MIX | 1313 | BEVERAGES | | $0.38 | 3 | $1.14 |
| | COFFEE REGULAR | 1605 | BEVERAGES | | $4.62 | 2 | $9.24 |
| | SNACK CRACKERS | 2028 | SNACKS | | $3.32 | 2 | $6.64 |
| | PEANUTS | 2110 | SNACKS | | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | | $1.05 | 2 | $2.10 |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 5 | $5.20 |
| | STRAWBERRY CREME | 2843 | SNACKS | | $1.04 | 1 | $1.04 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | | $1.10 | 4 | $4.40 |
| | LEMON DROPS | 4021 | CANDY | | $1.27 | 3 | $3.81 |
| | SNICKERS | 4249 | CANDY | | $1.20 | 5 | $6.00 |
| | TUNA | 5164 | PREPARED FOODS | | $2.29 | 1 | $2.29 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| | | Invoice Totals: | | | Tax: $0.00 | | $53.36 |
| 766209 | HINDI, MAHMOUD | | 11/19/2012 | User: svogs | | | |
| | BOXER SHORTS LARGE | 8003 | CLOTHING | | $3.39 | 1 | $3.39 |
| | BOXER SHORTS X LARGE | 8004 | CLOTHING | | $3.39 | 1 | $3.39 |
| | CHERRY DRINK MIX | 1300 | BEVERAGES | | $0.38 | 3 | $1.14 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| | SNACK CRACKERS | 2028 | SNACKS | | $3.32 | 2 | $6.64 |
| | PEANUTS | 2110 | SNACKS | | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | | $1.05 | 2 | $2.10 |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 5 | $5.20 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | | $1.10 | 4 | $4.40 |
| | LEMON DROPS | 4021 | CANDY | | $1.27 | 3 | $3.81 |
| | SNICKERS | 4249 | CANDY | | $1.20 | 5 | $6.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| | | Invoice Totals: | | | Tax: $0.00 | | $51.17 |

| ID | Inv # | Name | | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|---|
| | 767263 | HINDI, MAHMOUD | | 11/26/2012 | User: svogs | | |
| | PLAYING CARDS | | 7110 | STATIONARY | $2.49 | 1 | $2.49 |
| | SUGAR PACKET 10 CT | | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | CHERRY DRINK MIX | | 1300 | BEVERAGES | $0.38 | 3 | $1.14 |
| | SNACK CRACKERS | | 2028 | SNACKS | $3.32 | 2 | $6.64 |
| | PEANUTS | | 2110 | SNACKS | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - CHERRY | | 2403 | SNACKS | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - STRAWB | | 2404 | SNACKS | $1.05 | 2 | $2.10 |
| | BBQ GRIPPOS | | 2632 | SNACKS | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | | 2815 | SNACKS | $1.04 | 6 | $6.24 |
| | LEMON DROPS | | 4021 | CANDY | $1.27 | 3 | $3.81 |
| | SNICKERS | | 4249 | CANDY | $1.20 | 5 | $6.00 |
| | SALT 10CT | | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - BEEF | | 1010 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHICK | | 1011 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | | | | Invoice Totals: | Tax: $0.00 | | $44.52 |
| | 769429 | HINDI, MAHMOUD | | 12/05/2012 | User: svogs | | |
| | CHERRY DRINK MIX | | 1300 | BEVERAGES | $0.38 | 3 | $1.14 |
| | SUGAR PACKET 10 CT | | 5730 | BEVERAGES | $0.40 | 1 | $0.40 |
| | SALT 10CT | | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - BEEF | | 1010 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHICK | | 1011 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | PEANUTS | | 2110 | SNACKS | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - CHERRY | | 2403 | SNACKS | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - STRAWB | | 2404 | SNACKS | $1.05 | 2 | $2.10 |
| | BBQ GRIPPOS | | 2632 | SNACKS | $1.20 | 1 | $1.20 |
| | LEMON DROPS | | 4021 | CANDY | $1.27 | 3 | $3.81 |
| | SNICKERS | | 4249 | CANDY | $1.20 | 5 | $6.00 |
| | COFFEE REGULAR | | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | | | | Invoice Totals: | Tax: $0.00 | | $34.42 |
| | 769691 | HINDI, MAHMOUD | | 12/06/2012 | User: SVOGS | | |
| | RAMEN SOUPS BLOCK - BEEF | | 1010 | PREPARED FOODS | $0.60 | -6 | ($3.60) |
| | RAMEN SOUPS BLOCK - CHICK | | 1011 | PREPARED FOODS | $0.60 | -6 | ($3.60) |
| | CHERRY DRINK MIX | | 1300 | BEVERAGES | $0.38 | -3 | ($1.14) |
| | COFFEE REGULAR | | 1605 | BEVERAGES | $4.62 | -1 | ($4.62) |
| | PEANUTS | | 2110 | SNACKS | $0.85 | -2 | ($1.70) |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | -3 | ($3.15) |
| | POP TARTS 2 PACK - CHERRY | | 2403 | SNACKS | $1.05 | -2 | ($2.10) |
| | POP TARTS 2 PACK - STRAWB | | 2404 | SNACKS | $1.05 | -2 | ($2.10) |
| | BBQ GRIPPOS | | 2632 | SNACKS | $1.20 | -1 | ($1.20) |
| | LEMON DROPS | | 4021 | CANDY | $1.27 | -3 | ($3.81) |
| | SNICKERS | | 4249 | CANDY | $1.20 | -5 | ($6.00) |
| | SALT 10CT | | 5721 | SNACKS | $0.50 | -2 | ($1.00) |
| | SUGAR PACKET 10 CT | | 5730 | BEVERAGES | $0.40 | -1 | ($0.40) |
| | | | | Invoice Totals: | Tax: $0.00 | | ($34.42) |

| ID | Inv # | Name | Inv Date | | Price | Qty | Amount |
|---|---|---|---|---|---|---|---|
| | 770242 | HINDI, MAHMOUD | 12/10/2012 | User: svogs | | | |
| | DEODORANT MEN'S | 6077 | HYGIENE | | $1.69 | 1 | $1.69 |
| | SHAMPOO BALSAM | 6404 | HYGIENE | | $2.32 | 1 | $2.32 |
| | SOCKS | 8666 | CLOTHING | | $1.32 | 1 | $1.32 |
| | T-SHIRT 2X LARGE | 8724 | CLOTHING | | $4.24 | 1 | $4.24 |
| | CREAMER PACKET | 5450 | BEVERAGES | | $0.12 | 6 | $0.72 |
| | CHERRY DRINK MIX | 1300 | BEVERAGES | | $0.38 | 3 | $1.14 |
| | COFFEE REGULAR | 1605 | BEVERAGES | | $4.62 | 1 | $4.62 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| | SNACK CRACKERS | 2028 | SNACKS | | $3.32 | 2 | $6.64 |
| | PEANUTS | 2110 | SNACKS | | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 2 | $2.10 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | | $1.05 | 3 | $3.15 |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 6 | $6.24 |
| | LEMON DROPS | 4021 | CANDY | | $1.27 | 3 | $3.81 |
| | SNICKERS | 4249 | CANDY | | $1.20 | 6 | $7.20 |
| | SALT 10CT | 5721 | SNACKS | | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | | $0.60 | 5 | $3.00 |
| | | | Invoice Totals: | | Tax: $0.00 | | $59.64 |
| | 771814 | HINDI, MAHMOUD | 12/17/2012 | User: svogs | | | |
| | ORANGE DRINK MIX | 1327 | BEVERAGES | | $0.38 | 3 | $1.14 |
| | COFFEE REGULAR | 1605 | BEVERAGES | | $4.62 | 1 | $4.62 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | | $4.06 | 1 | $4.06 |
| | CREAMER PACKET | 5450 | BEVERAGES | | $0.12 | 9 | $1.08 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | | $0.40 | 2 | $0.80 |
| | ORANGE SODA | 5883 | BEVERAGES | | $1.47 | 1 | $1.47 |
| | SALT 10CT | 5721 | SNACKS | | $0.50 | 2 | $1.00 |
| | SNACK CRACKERS | 2028 | SNACKS | | $3.32 | 2 | $6.64 |
| | PEANUTS | 2110 | SNACKS | | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | | $1.05 | 3 | $3.15 |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | | $1.04 | 4 | $4.16 |
| | ATOMIC FIREBALLS | 4001 | CANDY | | $1.27 | 1 | $1.27 |
| | LEMON DROPS | 4021 | CANDY | | $1.27 | 3 | $3.81 |
| | SNICKERS | 4249 | CANDY | | $1.20 | 5 | $6.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | | $0.60 | 7 | $4.20 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | | $0.60 | 8 | $4.80 |
| | | | Invoice Totals: | | Tax: $0.00 | | $57.40 |
| | 772513 | HINDI, MAHMOUD | 12/18/2012 | User: SVOGS | | | |
| | BBQ GRIPPOS | 2632 | SNACKS | | $1.20 | -1 | ($1.20) |
| | | | Invoice Totals: | | Tax: $0.00 | | ($1.20) |
| | 773583 | HINDI, MAHMOUD | 12/24/2012 | User: svogs | | | |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | T-SHIRT X LARGE | 8723 | CLOTHING | $3.07 | 1 | $3.07 |
| | CREAMER PACKET | 5450 | BEVERAGES | $0.12 | 10 | $1.20 |
| | PUNCH DRINK MIX | 1304 | BEVERAGES | $0.38 | 3 | $1.14 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 6 | $5.10 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | BBQ GRIPPOS | 2632 | SNACKS | $1.20 | 1 | $1.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | ATOMIC FIREBALLS | 4001 | CANDY | $1.27 | 1 | $1.27 |
| | JOLLY RANCHER | 4017 | CANDY | $1.27 | 1 | $1.27 |
| | LEMON DROPS | 4021 | CANDY | $1.27 | 2 | $2.54 |
| | MILKY WAY | 4229 | CANDY | $1.20 | 2 | $2.40 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 8 | $4.80 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $47.16 |
| 774592 | HINDI, MAHMOUD | | 12/31/2012 | User: svogs | | |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | GRAPE SODA | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHERRY DRINK MIX | 1300 | BEVERAGES | $0.38 | 3 | $1.14 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 7 | $5.95 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 6 | $6.24 |
| | ATOMIC FIREBALLS | 4001 | CANDY | $1.27 | 1 | $1.27 |
| | LEMON DROPS | 4021 | CANDY | $1.27 | 2 | $2.54 |
| | SARDINES IN HOT SAUCE | 5161 | PREPARED FOODS | $1.91 | 1 | $1.91 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - SHRIM | 1015 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $48.54 |
| 775462 | HINDI, MAHMOUD | | 01/04/2013 | User: svogs | | |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | SNACK CRACKERS | 2028 | SNACKS | $3.32 | 1 | $3.32 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | ATOMIC FIREBALLS | 4001 | CANDY | $1.27 | 1 | $1.27 |
| | LEMON DROPS | 4021 | CANDY | $1.27 | 2 | $2.54 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $29.47 |
| 778297 | HINDI, MAHMOUD | | 01/18/2013 | User: svogs | | |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | SNACK CRACKERS | 2028 | SNACKS | $3.32 | 1 | $3.32 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 1 | $1.05 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | ATOMIC FIREBALLS | 4001 | CANDY | $1.27 | 1 | $1.27 |
| | LEMON DROPS | 4021 | CANDY | $1.27 | 2 | $2.54 |
| | | | Invoice Totals: | Tax: $0.00 | | $28.90 |
| 779719 | | HINDI, MAHMOUD | 01/25/2013 | User: svogs | | |
| | CHERRY DRINK MIX | 1300 | BEVERAGES | $0.38 | 5 | $1.90 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 2 | $1.20 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 2 | $2.10 |
| | MILKY WAY | 4229 | CANDY | $1.20 | 2 | $2.40 |
| | | | Invoice Totals: | Tax: $0.00 | | $13.36 |
| 782515 | | HINDI, MAHMOUD | 02/07/2013 | User: svogs | | |
| | GRAB BAGS | 9852 | | $5.60 | 4 | $22.40 |
| | | | Invoice Totals: | Tax: $0.00 | | $22.40 |
| 783388 | | HINDI, MAHMOUD | 02/11/2013 | User: SVOGS | | |
| | GRAB BAGS | 9852 | | $5.60 | -4 | ($22.40) |
| | | | Invoice Totals: | Tax: $0.00 | | ($22.40) |
| 784851 | | HINDI, MAHMOUD | 02/18/2013 | User: svogs | | |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 3 | $3.15 |
| | | | Invoice Totals: | Tax: $0.00 | | $3.15 |
| 785392 | | HINDI, MAHMOUD | 02/20/2013 | User: SVOGS | | |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | -3 | ($3.15) |
| | | | Invoice Totals: | Tax: $0.00 | | ($3.15) |
| 788817 | | HINDI, MAHMOUD | 03/08/2013 | User: svogs | | |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 8 | $4.80 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 5 | $4.25 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 4 | $4.16 |
| | SNICKERS | 4249 | CANDY | $1.20 | 3 | $3.60 |
| | | | Invoice Totals: | Tax: $0.00 | | $31.79 |
| 790386 | | HINDI, MAHMOUD | 03/15/2013 | User: svogs | | |
| | DEODORANT MEN'S | 6077 | HYGIENE | $1.69 | 1 | $1.69 |

| ID | Inv # | Name | Inv Date | | Price | Qty | Amount |
|---|---|---|---|---|---|---|---|
| | TOOTHPASTE COLGATE | | 6726 | HYGIENE | $2.22 | 1 | $2.22 |
| | TOOTHBRUSH SECURITY | | 6743 | HYGIENE | $0.32 | 1 | $0.32 |
| | SUGAR PACKET 10 CT | | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | GRAPE SODA | | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS | | 2013 | SNACKS | $0.60 | 5 | $3.00 |
| | | Invoice Totals: | | | Tax: $0.00 | | $10.97 |
| | 791428 | HINDI, MAHMOUD | 03/20/2013 | | User: svogs | | |
| | GRAB BAGS | | 9852 | | $5.60 | 2 | $11.20 |
| | | Invoice Totals: | | | Tax: $0.00 | | $11.20 |
| | 791842 | HINDI, MAHMOUD | 03/22/2013 | | User: svogs | | |
| | COFFEE COLUMBIAN | | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | SUGAR PACKET 10 CT | | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | CHEESE ON WHEAT CRACKERS | | 2013 | SNACKS | $0.60 | 10 | $6.00 |
| | PEANUTS | | 2110 | SNACKS | $0.85 | 3 | $2.55 |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB | | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | | 2815 | SNACKS | $1.04 | 2 | $2.08 |
| | SNICKERS | | 4249 | CANDY | $1.20 | 3 | $3.60 |
| | | Invoice Totals: | | | Tax: $0.00 | | $27.49 |
| | 793100 | HINDI, MAHMOUD | 03/28/2013 | | User: SVOGS | | |
| | CHEESE ON WHEAT CRACKERS | | 2013 | SNACKS | $0.60 | -4 | ($2.40) |
| | | Invoice Totals: | | | Tax: $0.00 | | ($2.40) |
| | 793826 | HINDI, MAHMOUD | 04/02/2013 | | User: svogs | | |
| | COFFEE COLUMBIAN | | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | GRAPE SODA | | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS | | 2013 | SNACKS | $0.60 | 6 | $3.60 |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | | Invoice Totals: | | | Tax: $0.00 | | $14.80 |
| | 795647 | HINDI, MAHMOUD | 04/09/2013 | | User: svogs | | |
| | COFFEE COLUMBIAN | | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | GRAPE SODA | | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS | | 2013 | SNACKS | $0.60 | 10 | $6.00 |
| | PEANUTS | | 2110 | SNACKS | $0.85 | 5 | $4.25 |
| | POP TARTS 2 PACK - BLUEBE | | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | POP TARTS 2 PACK - CHERRY | | 2403 | SNACKS | $1.05 | 3 | $3.15 |
| | COOKIES DUPLEX | | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | STARLIGHT MINTS | | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | SNICKERS | | 4249 | CANDY | $1.20 | 4 | $4.80 |
| | RAMEN SOUPS BLOCK - CHICK | | 1011 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | | Invoice Totals: | | | Tax: $0.00 | | $37.24 |
| | 798559 | HINDI, MAHMOUD | 04/23/2013 | | User: svogs | | |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | SHAMPOO BALSAM | 6404 | HYGIENE | $2.32 | 1 | $2.32 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 2 | $2.94 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | SNACK CRACKERS | 2028 | SNACKS | $3.32 | 1 | $3.32 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | POP TARTS 2 PACK - CHERRY | 2403 | SNACKS | $1.05 | 3 | $3.15 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 5 | $5.50 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | TUNA | 5164 | PREPARED FOODS | $2.29 | 1 | $2.29 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | | | Invoice Totals: | Tax: $0.00 | | $36.70 |
| 800105 | HINDI, MAHMOUD | | 04/30/2013 | User: svogs | | |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | MOUNTAIN DEW | 5853 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 6 | $3.60 |
| | SNACK CRACKERS | 2028 | SNACKS | $3.32 | 1 | $3.32 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 2 | $2.08 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 9 | $9.90 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | SNICKERS | 4249 | CANDY | $1.20 | 3 | $3.60 |
| | TUNA | 5164 | PREPARED FOODS | $2.29 | 1 | $2.29 |
| | | | Invoice Totals: | Tax: $0.00 | | $43.26 |
| 801569 | HINDI, MAHMOUD | | 05/07/2013 | User: svogs | | |
| | TEA W/ LEMON | 5813 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHICK | 1011 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 10 | $6.00 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 4 | $3.40 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 2 | $2.08 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 12 | $13.20 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | | | Invoice Totals: | Tax: $0.00 | | $40.14 |
| 804140 | HINDI, MAHMOUD | | 05/22/2013 | User: svogs | | |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | GRAPE SODA | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 10 | $6.00 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 4 | $3.40 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | TEXAS CINNAMON ROLL | 3018 | SNACKS | $1.10 | 3 | $3.30 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 13 | $14.30 |
| | OATMEAL CREAM PIE | 3040 | SNACKS | $0.90 | 2 | $1.80 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | SNICKERS | 4249 | CANDY | $1.20 | 3 | $3.60 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 6 | $3.60 |
| | | Invoice Totals: | | Tax: $0.00 | | $59.14 |
| 805545 | HINDI, MAHMOUD | | 05/29/2013 | User: svogs | | |
| | HOT COCOA | 1706 | BEVERAGES | $0.50 | 4 | $2.00 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 6 | $3.60 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 12 | $13.20 |
| | LEMON DROPS | 4021 | CANDY | $1.27 | 1 | $1.27 |
| | SNICKERS | 4249 | CANDY | $1.20 | 4 | $4.80 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 7 | $4.20 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 8 | $4.80 |
| | | Invoice Totals: | | Tax: $0.00 | | $46.86 |
| 806016 | HINDI, MAHMOUD | | 05/30/2013 | User: svogs | | |
| | CHEETOS JALAPENO CHEDDAR | 2521 | SNACKS | $0.95 | 21 | $19.95 |
| | | Invoice Totals: | | Tax: $0.00 | | $19.95 |
| 806486 | HINDI, MAHMOUD | | 06/04/2013 | User: svogs | | |
| | ANTIFUNGAL CREAM | 6263 | HYGIENE | $2.96 | 1 | $2.96 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | HOT COCOA | 1706 | BEVERAGES | $0.50 | 4 | $2.00 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 10 | $6.00 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 2 | $1.70 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 5 | $5.25 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 12 | $13.20 |
| | SNICKERS | 4249 | CANDY | $1.20 | 2 | $2.40 |
| | MACKEREL | 5155 | PREPARED FOODS | $1.89 | 1 | $1.89 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 8 | $4.80 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 9 | $5.40 |
| | | Invoice Totals: | | Tax: $0.00 | | $55.89 |
| 807950 | HINDI, MAHMOUD | | 06/12/2013 | User: svogs | | |
| | PETROLEUM JELLY | 6574 | HYGIENE | $1.47 | 1 | $1.47 |
| | ORANGE SODA | 5883 | BEVERAGES | $1.47 | 1 | $1.47 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | HOT COCOA | 1706 | BEVERAGES | $0.50 | 3 | $1.50 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 6 | $3.60 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | POP TARTS 2 PACK - BLUEBE 2401 | | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB 2404 | | SNACKS | $1.05 | 2 | $2.10 |
| | COOKIES DUPLEX 2815 | | SNACKS | $1.04 | 3 | $3.12 |
| | HONEY BUN-FROSTED 3030 | | SNACKS | $1.10 | 12 | $13.20 |
| | RAMEN SOUPS BLOCK - BEEF 1010 | | PREPARED FOODS | $0.60 | 8 | $4.80 |
| | RAMEN SOUPS BLOCK - CHILI 1012 | | PREPARED FOODS | $0.60 | 8 | $4.80 |
| | | Invoice Totals: | | Tax: $0.00 | | $44.88 |
| 812560 | | HINDI, MAHMOUD | 07/13/2013 | User: svogs | | |
| | PETROLEUM JELLY 6574 | | HYGIENE | $1.47 | 1 | $1.47 |
| | T-SHIRT X LARGE 8723 | | CLOTHING | $3.07 | 1 | $3.07 |
| | COFFEE REGULAR 1605 | | BEVERAGES | $4.62 | 1 | $4.62 |
| | HOT COCOA 1706 | | BEVERAGES | $0.50 | 3 | $1.50 |
| | PEPSI 20OZ 5860 | | BEVERAGES | $1.47 | 1 | $1.47 |
| | ORANGE SODA 5883 | | BEVERAGES | $1.47 | 1 | $1.47 |
| | CHEESE ON WHEAT CRACKERS 2013 | | SNACKS | $0.60 | 14 | $8.40 |
| | POP TARTS 2 PACK - BLUEBE 2401 | | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - STRAWB 2404 | | SNACKS | $1.05 | 5 | $5.25 |
| | COOKIES DUPLEX 2815 | | SNACKS | $1.04 | 3 | $3.12 |
| | HONEY BUN-FROSTED 3030 | | SNACKS | $1.10 | 12 | $13.20 |
| | RAMEN SOUPS BLOCK - BEEF 1010 | | PREPARED FOODS | $0.60 | 10 | $6.00 |
| | RAMEN SOUPS BLOCK - CHILI 1012 | | PREPARED FOODS | $0.60 | 10 | $6.00 |
| | | Invoice Totals: | | Tax: $0.00 | | $58.72 |
| 813172 | | HINDI, MAHMOUD | 07/16/2013 | User: svogs | | |
| | PHILLY CHEESESTEAK 5325 | | | $7.25 | 1 | $7.25 |
| | | Invoice Totals: | | Tax: $0.00 | | $7.25 |
| 813562 | | HINDI, MAHMOUD | 07/16/2013 | User: svogs | | |
| | SUGAR PACKET 10 CT 5730 | | BEVERAGES | $0.40 | 2 | $0.80 |
| | COFFEE REGULAR 1605 | | BEVERAGES | $4.62 | 1 | $4.62 |
| | HONEY BUN-FROSTED 3030 | | SNACKS | $1.10 | 12 | $13.20 |
| | SNICKERS 4249 | | CANDY | $1.20 | 4 | $4.80 |
| | | Invoice Totals: | | Tax: $0.00 | | $23.42 |
| 813746 | | HINDI, MAHMOUD | 07/17/2013 | User: svogs | | |
| | GRAB BAGS 9852 | | | $5.60 | 1 | $5.60 |
| | | Invoice Totals: | | Tax: $0.00 | | $5.60 |
| 814830 | | HINDI, MAHMOUD | 07/23/2013 | User: svogs | | |
| | COFFEE REGULAR 1605 | | BEVERAGES | $4.62 | 1 | $4.62 |
| | COOKIES DUPLEX 2815 | | SNACKS | $1.04 | 5 | $5.20 |
| | HONEY BUN-FROSTED 3030 | | SNACKS | $1.10 | 12 | $13.20 |
| | OATMEAL INSTANT - BS&C 5352 | | SNACKS | $0.51 | 4 | $2.04 |
| | SALT 10CT 5721 | | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - BEEF 1010 | | PREPARED FOODS | $0.60 | 10 | $6.00 |
| | RAMEN SOUPS BLOCK - CHILI 1012 | | PREPARED FOODS | $0.60 | 10 | $6.00 |
| | | Invoice Totals: | | Tax: $0.00 | | $38.06 |
| 816199 | | HINDI, MAHMOUD | 07/30/2013 | User: svogs | | |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | TOOTHPASTE COLGATE | 6726 | HYGIENE | $2.22 | 1 | $2.22 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 4 | $3.40 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 4 | $4.16 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 24 | $26.40 |
| | SNICKERS | 4249 | CANDY | $1.20 | 5 | $6.00 |
| | OATMEAL INSTANT - BS&C | 5352 | SNACKS | $0.51 | 5 | $2.55 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $50.35 |
| 819105 | HINDI, MAHMOUD | | 08/13/2013 | User: svogs | | |
| | TOOTHBRUSH COVER | 9546 | HYGIENE | $0.27 | 1 | $0.27 |
| | LAUNDRY DETERGENT | 9673 | HYGIENE | $0.90 | 1 | $0.90 |
| | WASHCLOTH | 9683 | CLOTHING | $0.80 | 1 | $0.80 |
| | COMB | 6000 | HYGIENE | $0.11 | 2 | $0.22 |
| | SHAMPOO SUAVE | 6425 | HYGIENE | $3.17 | 1 | $3.17 |
| | STAMPED ENVELOPE | 7070 | STATIONARY | $0.55 | 2 | $1.10 |
| | T-SHIRT X LARGE | 8723 | CLOTHING | $3.07 | 1 | $3.07 |
| | TUMBLER CLEAR | 9900 | BEVERAGES | $0.75 | 1 | $0.75 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | PEPSI 20OZ | 5860 | BEVERAGES | $1.47 | 1 | $1.47 |
| | PUNCH DRINK MIX | 1304 | BEVERAGES | $0.38 | 4 | $1.52 |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 3 | $1.80 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 3 | $3.15 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | COOKIES PEANUT BUTTER-GRA | 2829 | SNACKS | $0.93 | 1 | $0.93 |
| | ASSORTED MINI | 3023 | SNACKS | $1.10 | 3 | $3.30 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 13 | $14.30 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | PEANUT BUTTER SQUEEZER | 5527 | SNACKS | $0.94 | 2 | $1.88 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 10 | $6.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $55.44 |
| 820964 | HINDI, MAHMOUD | | 08/21/2013 | User: svogs | | |
| | GRAB BAGS | 9852 | | $5.60 | 4 | $22.40 |
| | | | Invoice Totals: | Tax: $0.00 | | $22.40 |
| 821630 | HINDI, MAHMOUD | | 08/22/2013 | User: SVOGS | | |
| | GRAB BAGS | 9852 | | $5.60 | -4 | ($22.40) |
| | | | Invoice Totals: | Tax: $0.00 | | ($22.40) |
| 822486 | HINDI, MAHMOUD | | 08/28/2013 | User: svogs | | |
| | GRAB BAGS | 9852 | | $5.60 | 4 | $22.40 |
| | | | Invoice Totals: | Tax: $0.00 | | $22.40 |
| 822838 | HINDI, MAHMOUD | | 08/29/2013 | User: svogs | | |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 7 | $4.20 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 7 | $4.20 |
| | POP TARTS 2 PACK - BLUEBE | 2401 | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - BS&C | 2402 | SNACKS | $1.05 | 3 | $3.15 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 3 | $3.15 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 13 | $14.30 |
| | SNICKERS | 4249 | CANDY | $1.20 | 5 | $6.00 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | RAMEN SOUPS BLOCK - PICAN | 1014 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | | | | | | --------- |
| | | Invoice Totals: | | Tax: $0.00 | | $59.23 |
| 823485 | | HINDI, MAHMOUD | 09/03/2013 | User: svogs | | |
| | GRAB BAGS | 9852 | | $5.60 | 2 | $11.20 |
| | | | | | | --------- |
| | | Invoice Totals: | | Tax: $0.00 | | $11.20 |
| 824086 | | HINDI, MAHMOUD | 09/09/2013 | User: svogs | | |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 7 | $4.20 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 7 | $4.20 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 3 | $2.55 |
| | POP TARTS 2 PACK - BS&C | 2402 | SNACKS | $1.05 | 4 | $4.20 |
| | POP TARTS 2 PACK - STRAWB | 2404 | SNACKS | $1.05 | 4 | $4.20 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 5 | $5.20 |
| | COOKIES PEANUT BUTTER-GRA | 2829 | SNACKS | $0.93 | 2 | $1.86 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 10 | $11.00 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 1 | $1.27 |
| | BUTTERFINGER | 4208 | CANDY | $1.20 | 3 | $3.60 |
| | SNICKERS | 4249 | CANDY | $1.20 | 3 | $3.60 |
| | ERASERS | 4257 | STATIONARY | $0.25 | 1 | $0.25 |
| | RAMEN SOUPS BLOCK - BEEF | 1010 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | RAMEN SOUPS BLOCK - PICAN | 1014 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | | | | | | --------- |
| | | Invoice Totals: | | Tax: $0.00 | | $58.75 |
| 825019 | | HINDI, MAHMOUD | 09/11/2013 | User: svogs | | |
| | GRAB BAGS | 9852 | | $5.60 | 1 | $5.60 |
| | | | | | | --------- |
| | | Invoice Totals: | | Tax: $0.00 | | $5.60 |
| 825432 | | HINDI, MAHMOUD | 09/12/2013 | User: svogs | | |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | RAMEN SOUPS BLOCK - PICAN | 1014 | PREPARED FOODS | $0.60 | 4 | $2.40 |
| | CHEEZ-ITS | 2010 | SNACKS | $0.80 | 2 | $1.60 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 5 | $3.00 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 7 | $4.20 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 5 | $4.25 |
| | POP TARTS 2 PACK - BS&C | 2402 | SNACKS | $1.05 | 6 | $6.30 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | CHEETOS JALAPENO CHEDDAR | 2521 | SNACKS | $0.95 | 2 | $1.90 |
| | POPCORN | 2577 | SNACKS | $0.90 | 2 | $1.80 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 4 | $4.16 |
| | COOKIES PEANUT BUTTER-GRA | 2829 | SNACKS | $0.93 | 3 | $2.79 |
| | STARLIGHT MINTS | 4043 | CANDY | $1.27 | 2 | $2.54 |
| | BUTTERFINGER | 4208 | CANDY | $1.20 | 5 | $6.00 |
| | SNICKERS | 4249 | CANDY | $1.20 | 2 | $2.40 |
| | MACKEREL | 5155 | PREPARED FOODS | $1.89 | 2 | $3.78 |
| | TUNA | 5164 | PREPARED FOODS | $2.29 | 2 | $4.58 |
| | OATMEAL INSTANT - BS&C | 5352 | SNACKS | $0.51 | 4 | $2.04 |
| | HOT SAUCE | 5703 | SNACKS | $1.29 | 1 | $1.29 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $59.23 |
| 826795 | HINDI, MAHMOUD | | 09/19/2013 | User: svogs | | |
| | COFFEE REGULAR | 1605 | BEVERAGES | $4.62 | 1 | $4.62 |
| | COFFEE COLUMBIAN | 1614 | BEVERAGES | $4.06 | 1 | $4.06 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 5 | $3.00 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 7 | $4.20 |
| | CHEETOS JALAPENO CHEDDAR | 2521 | SNACKS | $0.95 | 5 | $4.75 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 5 | $5.50 |
| | SNICKERS | 4249 | CANDY | $1.20 | 4 | $4.80 |
| | HOT SAUCE | 5703 | SNACKS | $1.29 | 1 | $1.29 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - PICAN | 1014 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $40.02 |
| 827334 | HINDI, MAHMOUD | | 09/23/2013 | User: svogs | | |
| | RAMEN SOUPS BLOCK - CHILI | 1012 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | RAMEN SOUPS BLOCK - PICAN | 1014 | PREPARED FOODS | $0.60 | 5 | $3.00 |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 9 | $5.40 |
| | CHEETOS JALAPENO CHEDDAR | 2521 | SNACKS | $0.95 | 5 | $4.75 |
| | HONEY BUN-FROSTED | 3030 | SNACKS | $1.10 | 5 | $5.50 |
| | SNICKERS | 4249 | CANDY | $1.20 | 5 | $6.00 |
| | | | Invoice Totals: | Tax: $0.00 | | $27.65 |
| 829257 | HINDI, MAHMOUD | | 10/02/2013 | User: svogs | | |
| | PEANUT BUTTER/CHEESE CRAC | 2021 | SNACKS | $0.60 | 7 | $4.20 |
| | CHEESE ON WHEAT CRACKERS | 2013 | SNACKS | $0.60 | 7 | $4.20 |
| | PEANUTS | 2110 | SNACKS | $0.85 | 6 | $5.10 |
| | GRANOLA BAR | 2309 | SNACKS | $0.90 | 2 | $1.80 |
| | TRAIL MIX | 2326 | SNACKS | $0.80 | 3 | $2.40 |
| | FRITOS HONEY TWIST | 2535 | SNACKS | $0.95 | 3 | $2.85 |
| | DORITOS NACHO | 2539 | SNACKS | $0.95 | 3 | $2.85 |
| | COOKIES CHOCOLATE CHIP-GR | 2804 | SNACKS | $0.93 | 2 | $1.86 |
| | COOKIES PEANUT BUTTER-GRA | 2829 | SNACKS | $0.93 | 2 | $1.86 |
| | COOKIES DUPLEX | 2815 | SNACKS | $1.04 | 3 | $3.12 |
| | CHEDDAR CHEESE SQUEEZER | 5201 | SNACKS | $0.90 | 1 | $0.90 |
| | SALT 10CT | 5721 | SNACKS | $0.50 | 2 | $1.00 |

| ID | Inv # | Name | Inv Date | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| | STARBURST | 4042 | CANDY | $1.20 | 3 | $3.60 |
| | 3 MUSKETEERS | 4201 | CANDY | $1.20 | 2 | $2.40 |
| | M&M PLAIN | 4224 | CANDY | $1.20 | 1 | $1.20 |
| | M&M PEANUT | 4222 | CANDY | $1.20 | 1 | $1.20 |
| | REESE'S PIECES | 4246 | CANDY | $1.20 | 1 | $1.20 |
| | SUGAR PACKET 10 CT | 5730 | BEVERAGES | $0.40 | 2 | $0.80 |
| | GRAPE SODA | 5849 | BEVERAGES | $1.47 | 1 | $1.47 |
| | MINUTE MAID FR. PNCH. | 5814 | BEVERAGES | $1.47 | 2 | $2.94 |
| | LAUNDRY DETERGENT | 9673 | HYGIENE | $0.90 | 1 | $0.90 |
| | WRITING TABLET | 7374 | STATIONARY | $1.77 | 1 | $1.77 |
| | POCKET FOLDER | 7607 | STATIONARY | $1.05 | 2 | $2.10 |
| | | | Invoice Totals: | Tax: $0.00 | | $51.72 |
| | | | Inmate Totals: | Tax: $0.00 | | $1,745.93 |
| | | | Grand Totals: | Tax: $0.00 | | $1,745.93 |

D8 #6
~~Dorm 7~~ cell

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Rule Violation** **Part I**

Date: 12-06-12 Time: 1014 Facility: NJC Housing Area: J3 ~~DORM 8~~ 7W

Inmate Name: Hindi Mahmoud CIN: 577966 Location of Incident: J3 DORM 8

Violations by Category, Letter and Title:

| CAT | Letter | Title |
|---|---|---|
| 3 | a | Disruptive behavior |
| 4 | c | Engaging in Sexual activities with another IS |
| | | |
| | | |
| | | |

Witnesses (staff & inmates) ______

Narration: When I/M Hindi got his commissary. I/M Hindi hug and kissed the canteen worker on the forehead. I immediately pulled the I/M out of the dorm and placed in west hold. Mental health was called and Sgt. Jones notified. I/M was moved to J3 DORM 7 Cell 8.

Immediate Actions:
Removed from Housing Location [X] Yes [ ] No If yes, explain: Disruptive behavior

Use of Force during incident [ ] Yes [X] No (If Yes attach reports) Physical evidence collected [ ] Yes [X] No

[ ] Attached [ ] Photocopy List of evidence: ______

Evidence in the custody of ______ Location ______

Added Charges: ______

M. Weekes — [signature] — 12-06-12
Printed Staff Name — Signature — Date

**Investigation**

Incident Report Number (if applicable) #7339 Date 12-6-12 Time 1014hrs

Report of Investigating Supervisor I/M admits that he gave the canteen worker a hug and a kiss on the forehead. I/M states he only did it out of excitement. I/M felt that the canteen worker had went above and beyond to get his commissary for him. I/M states he didn't mean any harm. I explained to the I/M that this type of action is not allowed.

Sgt. J. Jones — [signature] #330 — 12-6-12
Investigating Supervisor Printed Name — Signature — Date

Please put disciplinary time on the shelf. [initials]

Lieutenant/Captain Review & Comments: ______

Michael Grieser — [signature] — 12-6-12
Lieutenant/Captain Printed Name — Signature — Date

I have received a copy of this report of disciplinary charge(s) filed against me. I understand I have the right to waive the twenty-four (24) hour waiting period between receipt of this notification and the Disciplinary Hearing. I understand I have the right to call witnesses, present documentary evidence and have a staff member assist me during my Disciplinary Hearing. I further understand I may appeal the decision of the Disciplinary Officer to the LMDC Deputy Director of Programs within five (5) days of the Disciplinary Hearing decision.

I choose to waive the twenty-four (24) hour notice [ ] Yes [ ] No
Witnesses requested ______

I request the assistance of LMDC Staff at my Disciplinary Hearing [ ] Yes [ ] No Staff name ______
I request a formal hearing [ ] Yes [ ] No

Mahmoud Y. Hindi MD — [signature] — 12/6/2012
Printed Inmate Name — Inmate Signature — Date

03-4.02-1 4/08
Original-Disciplinary Officer Yellow Copy-Inmate

577966
12-6-12

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Disciplinary Hearing Findings and Decision Part II**

12/7/12
1105

Inmate understands procedure [✓] Yes [ ] No
Inmate requested staff assistance [ ] Yes [✓] No
Inmate presented a defense [✓] Yes [ ] No
Inmate granted 48 hour continuance [ ] Yes [✓] No
If yes, explain: ______

[✓] Further clarification provided
Staff present during hearing [✓] Yes [ ] No
Inmate called witnesses [ ] Yes [✓] No Witnesses called: None listed

Inmate found incapable to present defense [ ] Yes [✓] No
Disciplinary Status: 1st Offense

Mental Health Staff: ______
Additional Information: ______

**Review of Documentation/Supporting Evidence:** write up + investigation findings

**Findings:**

| CAT | Letter | Title | Result |
|---|---|---|---|
| 3 | A | disruptive behavior | 15 DAYS Disp probated |
| 14 | C | engaging in sexual activities | |
| — | — | | |
| | | | |
| | | | |

**Guilty Plea**
[ ] ~~By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report. I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.~~

Inmate Signature ______ Date ______

Witnessing Staff Signature ______ Date ______

**findings of the Disciplinary Hearing resulted in the following:**

[ ] **Guilty** [ ] **Not Guilty** [ ] **Amended**

Total of 15 days in Disciplinary Segregation, with Credit Time Served (CTS) of 0 days and 15 probated.
Withdrawal of Sentence Credits Earned ______ Other: 15 days disp probated
(Remain/Move to) [ ] General Population [ ] Disciplinary Segregation

Review Date: ______ Release Date: 12-7-12

**Comments:** States there was no intentions of anything sexual. He was glad the commissary worker brought his commissary that she didn't bring earlier in the week.

[signature] 12-7-12
Disciplinary Officer Date

**Director/designee review:**
[signature] 12-11-2012
Director/designee Date

**By my signature, I acknowledge that I have received a copy of this Inmate Disciplinary Report in its entirety. I further acknowledge that I have the right to appeal this decision, unless I plead quilty, to the Deputy Director of Programs within five (5) days. I acknowledge that the Deputy Director has fifteen (15) days to respond to my appeal, should I choose to do so.**

[✓] **I wish to appeal this decision to the Deputy Director.**
[ ] **I do not wish to appeal this decision to the Deputy Director.**

x [signature] 6/7/2012 [signature] 12-7-12
Inmate Signature Date Witnessing Staff Signature Date

03-4.02-3 4/08
Original-Disciplinary Officer Green Copy-Inmate

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

D9

**Rule Violation** **Part I**

Date: 1-1-2013 Time: 0730 Facility: NJC Housing Area: J2

Inmate Name: Hindi, Mahmoud CIN: 577866 Location of Incident: J3D8

Violations by Category, Letter and Title:

| CAT | Letter | Title |
|---|---|---|
| 3 | A | Disruptive behavior |
| 3 | F | Using abusive & vulgar language directed toward staff. |
| 3 | G | Refusing to follow orders, directions, instructions of staff. |
| 3 | I | Threatening staff with physical harm. |
| 4 | K | Assaulting staff including spitting or throwing human waste on staff. |

Witnesses (staff & inmates) Sgt. Allen

Narration: While conducting sick call at dorm 8, Inmate Hindi was verbaly abusive towards me saying "you fucking basted officer." He refused verbal instructions to walk to west hold. While in route to west hold, he threw a cup of liquid on my uniform, left arm and face. When escorted to J2 by Sgt. Allen, he threatened to kill me, even if it took a thousand years. His disruptive behavior caused sick call to be delayed and interupted jail operations. To address his issues.

Immediate Actions:
Removed from Housing Location [✓] Yes [ ] No If yes, explain: ______

Use of Force during incident [✓] Yes [ ] No (If Yes attach reports) Physical evidence collected [ ] Yes [ ] No

[ ] Attached [ ] Photocopy List of evidence: Soft empty hand escort technique. There was no fight.

Evidence in the custody of ______ Location ______

Added Charges: Assault 3 and TT-3.

C. Hornbeck — Printed Staff Name | C. Hornback — Signature | 1-2-13 — Date

**Investigation**

Incident Report Number (if applicable) 0008 Date 1-2-13 Time 0730

Report of Investigating Supervisor I/M states he didn't say anything to Ofc. Hornback. I/M states that Ofc. Hornback pulled his "taser" out and threatened to taze him. He states he never threatened Ofc. Hornback. I/M states he doesn't want to talk to disciplinary Ofc. Dooley because he's prejudice.

Sgt. D. Hale — Investigating Supervisor Printed Name | [signature] — Signature | 01/02/13 — Date

Lieutenant/Captain Review & Comments: ______

Lt. Meriwether — Lieutenant/Captain Printed Name | [signature] — Signature | 1/2/13 — Date

I have received a copy of this report of disciplinary charge(s) filed against me. I understand I have the right to waive the twenty-four (24) hour waiting period between receipt of this notification and the Disciplinary Hearing. I understand I have the right to call witnesses, present documentary evidence and have a staff member assist me during my Disciplinary Hearing. I further understand I may appeal the decision of the Disciplinary Officer to the LMDC Deputy Director of Programs within five (5) days of the Disciplinary Hearing decision.

I choose to waive the twenty-four (24) hour notice [X] Yes [ ] No
Witnesses requested ______

I request the assistance of LMDC Staff at my Disciplinary Hearing [ ] Yes [X] No Staff name ______
I request a formal hearing [ ] Yes [X] No

Mahmoud Y. Hindi, MD — Printed Inmate Name | [signature] — Inmate Signature | 1/2/2013 — Date

03-4.02-1 4/08
Original-Disciplinary Officer Yellow Copy-Inmate

577966
1-1-13

w/m/55
1-4-13
1100

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Disciplinary Hearing Findings and Decision Part II**

Inmate understands procedure [✓] Yes [ ] No
Inmate requested staff assistance [ ] Yes [✓] No
Inmate presented a defense [✓] Yes [ ] No
Inmate granted 48 hour continuance [ ] Yes [✓] No
If yes, explain:

[✓] Further clarification provided
Staff present during hearing [✓] Yes [ ] No
Inmate called witnesses [ ] Yes [✓] No Witnesses called:

Inmate found incapable to present defense [ ] Yes [✓] No
Disciplinary Status: Not 1st offense
15 days probated

Mental Health Staff:
Additional Information: 12/6 Cat 3A, 4C

**Review of Documentation/Supporting Evidence:** write up + investigation findings

**Findings:**

| CAT | Letter | Title | Result |
|---|---|---|---|
| 3 | A | disruptive behavior | 60 dds |
| 3 | F | using abusive language | |
| 3 | G | refusing to follow orders | |
| 3 | I | threatening staff | |
| 4 | K | assaulting staff | |

**Guilty Plea**
[ ] **By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report. I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.**

Inmate Signature Date

Witnessing Staff Signature Date

**e findings of the Disciplinary Hearing resulted in the following:**

[✓] **Guilty** [ ] **Not Guilty** [ ] **Amended**

Total of 60 days in Disciplinary Segregation, with Credit Time Served (CTS) of 0 days and 0 probated.
Withdrawal of Sentence Credits Earned Other:
Remain/Move to [ ] General Population [✓] Disciplinary Segregation
Review Date: Release Date: 3-5-13
Comments: Inmate denies any thing in this write up. States officer is telling a big lie!

[signature] 1-4-13
Disciplinary Officer Date

Director/designee review:
[signature] 1/8/2013
Director/designee Date

**By my signature, I acknowledge that I have received a copy of this Inmate Disciplinary Report in its entirety. I further acknowledge that I have the right to appeal this decision, unless I plead guilty, to the Deputy Director of Programs within five (5) days. I acknowledge that the Deputy Director has fifteen (15) days to respond to my appeal, should I choose to do so.**

[✓] **I wish to appeal this decision to the Deputy Director.**
[ ] **I do not wish to appeal this decision to the Deputy Director.**

Refused to sign 1-4-13 Sgt [signature] 1/4/13
Inmate Signature Date Witnessing Staff Signature Date

03-4.02-3 4/08
Original-Disciplinary Officer Green Copy-Inmate

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Rule Violation** **Part I**

Date: 3-2-13 Time: 1930 Facility: LMJC Housing Area: J2W 112-1

Inmate Name: HINDI, MAHMOUD CIN: 577966 Location of Incident: H-5

Violations by Category, Letter and Title:

| CAT | Letter | Title |
|---|---|---|
| III | A | DISRUPTIVE BEHAVIOR |
| III | G | REFUSING TO FOLLOW THE ORDERS OF STAFF |
| IV | K | ASSAULTING STAFF |
| | | |
| | | |

Witnesses (staff & inmates) OFC. WARDEN, OFC DANIELS, OFC. BURBA

Narration: INMATE HINDI BECAME DISRUPTIVE DURING SICK CALL HE REFUSED TO STEP BACK INTO HIS CELL. WHEN OFC. WARDEN AND DANIELS ATTEMPTED TO RESTRAIN INMATE HINDI HE FOUGHT WITH STAFF AND KICKED OFC WARDEN IN THE FACE.

Immediate Actions:
Removed from Housing Location [X] Yes [ ] No If yes, explain: ______

Use of Force during incident [X] Yes [ ] No (If Yes attach reports) Physical evidence collected [ ] Yes [X] No

[ ] Attached [ ] Photocopy List of evidence: ______

Evidence in the custody of ______ Location ______

Added Charges: UNKNOWN

SGT. A. FUGATE — Printed Staff Name | A Fugate — Signature | 3-5-13 — Date

**Investigation**

Incident Report Number (if applicable) 1349 Date 3/5/2013 Time 1758

Report of Investigating Supervisor Inmate stated that he did not fight the officers or wasn't being disrespectful, inmate stated he did not resist, but that he kicked at officers to get them off his injured back, tried to kick. Inmate stated that he was punched in the right side.

G. Ulayano 339 — Investigating Supervisor Printed Name | G. Ulayano 339 — Signature | 3/5/2013 — Date

Lieutenant/Captain Review & Comments: ______

Lt TV Kautman — Lieutenant/Captain Printed Name | Lt Kautman — Signature | 3/6/13 — Date

I have received a copy of this report of disciplinary charge(s) filed against me. I understand I have the right to waive the twenty-four (24) hour waiting period between receipt of this notification and the Disciplinary Hearing. I understand I have the right to call witnesses, present documentary evidence and have a staff member assist me during my Disciplinary Hearing. I further understand I may appeal the decision of the Disciplinary Officer to the LMDC Deputy Director of Programs within five (5) days of the Disciplinary Hearing decision.

I choose to waive the twenty-four (24) hour notice [ ] Yes [ ] No
Witnesses requested ______

I request the assistance of LMDC Staff at my Disciplinary Hearing [ ] Yes [ ] No Staff name ______
I request a formal hearing [ ] Yes [ ] No

Mahmoud Y. Hindi, MD — Printed Inmate Name | [signature], MD — Inmate Signature | 3/5/2013 — Date

03-4.02-1 4/08
Original-Disciplinary Officer Yellow Copy-Inmate

577966
3-2-13

WTM155
3-13-13
1043

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Disciplinary Hearing Findings and Decision Part II**

Inmate understands procedure [✓] Yes [ ] No
Inmate requested staff assistance [ ] Yes [✓] No
Inmate presented a defense [✓] Yes [ ] No
Inmate granted 48 hour continuance [ ] Yes [✓] No
If yes, explain: ______

[✓] Further clarification provided
Staff present during hearing [✓] Yes [ ] No
Inmate called witnesses [ ] Yes [✓] No Witnesses called: ____
none listed

Inmate found incapable to present defense [ ] Yes [✓] No
Disciplinary Status: ______
3-I, 4-K 60DDS, 12/6 3-A, 4-C 15 Days prob.

Mental Health Staff: ______
Additional Information: 1/1 CAT. 3-A, 3-F, 3-G

Review of Documentation/Supporting Evidence: write up + investigation findings

**Findings:**

| CAT | Letter | Title | Result |
|---|---|---|---|
| 3 | A | disruptive behavior | Dismissed |
| 3 | G | refusing to follow orders | |
| 4 | K | assaulting staff | |
| | | | |
| | | | |

**Guilty Plea**

**[ ] By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report. I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.**

Inmate Signature ______ Date ______

Witnessing Staff Signature ______ Date ______

**findings of the Disciplinary Hearing resulted in the following:**

**[ ] Guilty [ ] Not Guilty [ ] Amended**

Total of 0 days in Disciplinary Segregation, with Credit Time Served (CTS) of 0 days and 0 probated.
Withdrawal of Sentence Credits Earned ______ Other: Dismissed / Due process
Remain/Move to [ ] General Population [ ] Disciplinary Segregation

Review Date: ______ Release Date: 3-13-13

Comments: Dismissed for due process. Write up dated 3-2-13 and completed on 3.5.13

[signature]
Disciplinary Officer

3-13-13
Date

**Director/designee review:**

Director/designee ______ Date ______

**By my signature, I acknowledge that I have received a copy of this Inmate Disciplinary Report in its entirety. I further acknowledge that I have the right to appeal this decision, unless I plead quilty, to the Deputy Director of Programs within five (5) days. I acknowledge that the Deputy Director has fifteen (15) days to respond to my appeal, should I choose to do so.**

**[ ] I wish to appeal this decision to the Deputy Director.**
**[✓] I do not wish to appeal this decision to the Deputy Director.**

[signature] 3/13/2013 C. Downs
Inmate Signature Date Witnessing Staff Signature Date

03-4.02-3 4/08
Original-Disciplinary Officer Green Copy-Inmate

AOC-425.1 Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER/ JUDGMENT AND ORDER RELEASING**

Citation No. ______
Case No. 13-F-000021
Court: District
Div: ______
County: Jefferson

COMMONWEALTH OF KENTUCKY PLAINTIFF

V.

**HINDI, MAHMOUD Y** DEFENDANT

Alias: ______

Jail ID: 577966

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** Jefferson, **Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date: 01/14/2013 09:00 AM (CRIMINAL COURTROOM 203)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve See sentence details above. On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: ______ am/pm to ______ am/pm ______ through ______, for one or more of the following purposes:

☐ 1. Working at his/her employment.
☐ 2. Seeking employment.
☐ 3. Attendance at an educational institution.
☐ 4. Medical treatment.
☐ 5. Other Bail Conds: { } Conditions Bail Credit Ineligible {danger};

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of ______ perform the functions under KRS 439.179 (3) and (5).

01/03/2013 at 9:17:53 AM
Date

/s/ electronically signed by HON. DAVID L. HOLTON II
Signature of Judge

Div ______

Clerk

Entered
______, D.C.

**Distribution:** Transporting Officer
Jail/Corrections
Court File

| AOC-390 Doc. Code: OAP<br>Rev. 1-05<br>Commonwealth of Kentucky<br>Court of Justice<br>*www.courts.ky.gov*<br>KRS 421.600-.690 | **ORDER FOR APPEARANCE OF PRISONER** | Case No. 13-F-000021<br>Court District<br>County Jefferson |
|---|---|---|

**COMMONWEALTH OF KENTUCKY**

**VS**

**HINDI, MAHMOUD Y** **DEFENDANT**

To the Warden/Jailer of Jefferson County:

On the motion of the Commonwealth [redacted], it appearing that

**HINDI, MAHMOUD Y**

(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | 577966 | |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby **ORDERED** to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
|---|---|---|
| 01/03/2013 | 09:00 AM | (CT 008) ARRAIGNMENT |

there to remain, subject to further orders of this Court.

01/02/2013 at 9:51:17 AM
Date

/s/ electronically signed by HON. DAVID L. HOLTON II
Judge's Signature

ENTERED

Date

Clerk

By D.C.

GB003975



## Conditions of Release and Judicial Decision

**County :** JEFFERSON
**Judge :** KAREM, ANNETTE
**Defendant's Name :** HINDI, MAHMOUD Y
**Interpreter Language :** NONE
**Next Court Date :** 01/02/2013 09:00 AM
**ASL Needed :** NO
**Court Type :** DISTRICT COURT
**Courtroom :** 008
**Jail ID# :** 577966

### Bail Credit

Bail Credit Amount: **$0.00**

Bail Credit: **NO**

Reason Ineligible: **Judicial Discretion**

### Release Decision

Bond Amount **$10,000.00 - CASH** on **01/01/2013 06:30 PM**

**Judicial Discretion**

DENIED ROR/USB & DENIED BAIL CREDIT: DANGER TO OTHERS.

### Case(s)

Booking Date: **01/01/13 05:03 PM**
**13-F-000021** JEFFERSON

| | | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0131240 | ASSAULT 3RD DEGREE - PRISONER TRANPORTATION OFFICER | 3M5829365 | D | F | 1 |
| 0008220 | TERRORISTIC THREATENING, 3RD DEGREE | 3M5829365 | A | M | 1 |

Date

Annette Karem

Judge's Signature

2012084784 U 577966

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

KSP 206 (REV 2/1/06)

DETENTION

## OFFENDER / VIOLATOR

AGENCY: Louisville Metro Dept. of Corrections
ORI: KY 056023C
NAME (L-F-M) SKIP A SPACE BETWEEN NAMES: Hadi, Mahmood, Y.
ATTN: ☐
HOME PHONE
ALIAS
EMERGENCY PHONE
ADDRESS (RFD/STREET/APT. NO., ETC.): In Custody
KENTUCKY RESIDENT STATUS: F. ☐ FULL TIME P. ☐ PART TIME N. ☐ NON RESIDENT
CITY: Louisville STATE: Ky. ZIP:
MARITAL STATUS
I.D. TYPE/STATE I.D. NUMBER
VICTIM'S RELATIONSHIP TO OFFENDER
DATE OF BIRTH: [redacted]
SEX: ☑ MALE ☐ FEMALE
RACE: ☑ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN
ETHNIC ORIGIN: ☐ HISPANIC ☑ NON HISPANIC
PLACE OF EMPLOYMENT / OCCUPATION CITY STATE
HEIGHT: 600 WEIGHT: 185 HAIR COLOR: Blk EYE COLOR: Grn

## VEHICLE

VEH. MAKE VEH. TYPE VEH. YEAR COLOR TOP/BOTTOM
ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☑ NO ☐ YES ☐ UNK
REG. STATE REG. YEAR REGISTRATION NO. VEHICLE IDENTIFIERS MPH IN MPH ZONE VOL. KEY

## DATE / TIME

VIOLATION DATE: 1/1/13 VIOLATION TIME: 0730
EXACT LOCATION OF VIOLATION / ARREST: NJC 2nd Floor D8
B.A. RESULTS
DATE OF ARREST: 1/1/13 TIME OF ARREST: 0730
MILES DIRECTION CITY: In Custody Louisville
COUNTY OF VIOLATION: Jefferson
SECTOR

## CHARGE(S)

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13124 | | 508.025 | Asslt III | 1 | | | | | | | | | |
| 00822 | | 508.080 | TT II | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

## COURT

COURT DATE
COURT TIME: ☐ AM ☐ PM
PAYABLE ☐ ☐ COURT
COURT LOCATION: In Custody
COURT CASE NO.
DISPN. DATE
TRIAL ☐ B ☐ J ☐ N
CLERKS INITIALS

## POST-ARREST COMPLAINT

While in custody at the Louisville Metro Dept. of Corrections located on the 2nd floor dorm #8, Inmate Hadi, Mahmood was receiving his daily medication from the nurse. Inmate Hadi stepped out to the vest Hole. He became verbally disruptive towards officer. He threatened to kill Officer Humbaugh as he was being escorted off the floor and then spit on the officer's uniform and face as he was being escorted to a holding cell. [illegible]

## CDL

CDL LICENSE ☐ No ☐ Yes
PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes
COMMERCIAL VEHICLE ☐ No ☐ Yes
CDL CLASS ☐ A ☐ B ☐ C
YEAR: 13

## CASE

NAME OF WITNESS ____ ADDRESS CITY/STATE ____
NAME OF WITNESS ____ ADDRESS ____
CASE NO. 1 2 3 4
CARRIED FOR UCR BY CONTRIBUTOR: ☐
☐ IN-CAR VIDEO
☐ FINGER PRINTS
☐ PHOTOS
EVIDENCE HELD
OTHER AGENCY: ☐ SPECIFY ____
OFFICER'S SIGNATURE X
BADGE / I.D. NUMBER
ASSIGNMENT

C. NUMBER: M582936

TYPE

GB003977

JEF-056-4
Rev. 6-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**ORDER OF COMMITMENT**

Case No. ______
Court District
County Jefferson

**JEFFERSON DISTRICT COURT**
**TO JEFFERSON COUNTY DEPARTMENT OF CORRECTIONS**

RIPC 9/9/13 BB

Defendant HINDI, MAHMOUD Y.

Alias 577966

Case Number and Charges 00 T 09993 / SPD 7 MPH OVER

Return Date 9/14 Court LAUREL

Time ______ Bond 113.45 ~~or 11 DTS~~

JM RIP Per B/B/G JM

Deputy Clerk

9-9-13
30 TS RIP

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve ______.

On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY ORDERED, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: ______ am/pm to ______ am/pm ______ through ______, for one or more of the following purposes:

____ 1. Working at his/her employment.
____ 2. Seeking employment.
____ 3. Attendance at an educational institution.
____ 4. Medical treatment.
____ 5. Other ______

Every prisoner gainfully employed and released herein is hereby ordered to pay a reasonable amount not to exceed ten dollars ($10.00) per day for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that The Secretary of the Metropolitan Department of Corrections of Jefferson County, perform the functions under KRS 439.179 (3) and (5).

______
Judge, Jefferson District Court

Date: ______

______
Clerk

GB003978

AOC-E-035 WarCode: BW
Rev. 1-08
Commonwealth of Kentucky
Court of Justice
RCr 2.05; RCr 2.06

95

Case Number: 00-T-09993
County: LAUREL
Court: DISTRICT COURT

Warrant Number: E06310001117302
Generated: 9/7/2012 4:30:31AM

**Warrant of Arrest**

**Bench Warrant**

Page 1 of 1

*Plaintiff.* COMMONWEALTH VS. MAHMOUDY HINDI *Defendant*

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:** You are commanded to arrest the person named below and bring him/her forthwith before the LAUREL COUNTY - DISTRICT COURT. If Court is not in session, you shall deliver him/her to the Jailer of LAUREL County.

MAHMOUDY HINDI
1019 SOUTH 6TH ST
TERRE HAUTE, IN 47802

| Gender | Race | Date of Birth | Height | Weight | Operator License# | State |
|---|---|---|---|---|---|---|
| M | WHITE | [redacted] | | | [redacted] | OLIN |

**To answer the following**
ROP $113.45 OR SERVE 11 DAYS

**The following are the underlying charges and dispositions (if applicable) in this case:**

| Chg# | UOR Code | KRS | Type | Description | ASCF | Counts | Disp Dt | Disp |
|---|---|---|---|---|---|---|---|---|
| 1A | 00035 | | | SPEED 7 MPH OVER (LIMITED ACCESS) (V) (X) | N/A | 1 | 07/27/2000 | GUILTY |

EXECUTION

[X] Executed
[ ] Not executed because

Date: Sept 7th, 2012

Signature of Peace Officer LMDC

Electronically signed by Judge J.Chappell (LAUREL COUNTY - DISTRICT COURT) on 12/13/2011 at 11:27:49PM.

Date printed: Friday, September 7, 2012

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

KSP 206 (REV 2/1/06)

DETENTION

**OFFENDER / VIOLATOR**

AGENCY: CMPC

ORI: KY 0560273C

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES: MAHMOUD, HINDI

ATTN: ☐

HOME PHONE

ALIAS

EMERGENCY PHONE

ADDRESS (RFD/STREET/APT. NO., ETC.): [redacted]

KENTUCKY RESIDENT STATUS: F.☐ FULL TIME P.☐ PART TIME N.☐ NON RESIDENT

CITY: Louisville STATE: KY ZIP: 40241

MARITAL STATUS

I.D. TYPE/STATE: OLN | I.D. NUMBER: [illegible] | S.S. NUMBER: [illegible]

VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH: [redacted] | SEX: ☒ MALE ☐ FEMALE | RACE: ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN

ETHNIC ORIGIN: ☐ HISPANIC ☒ NON HISPANIC

PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE

HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR

**VEHICLE**

VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR | TOP/BOTTOM

ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☒ NO ☐ YES ☐ UNK

REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VOL. KEY

**DATE / TIME**

VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION / ARREST: [redacted] 40258[illegible] | B.A. RESULTS

DATE OF ARREST: 9 7 13 | TIME OF ARREST: 1446 | MILES | DIRECTION | CITY: Louisville | COUNTY OF VIOLATION: Jeff | SECTOR

**CHARGE(S)**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2910 | | XXX.XXX | SWOA | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

COURT DATE | COURT TIME ☐ AM ☐ PM | PAYABLE ☐ COURT ☐ | COURT LOCATION: ARREST | COURT CASE NO. | DISPN. DATE | TRIAL ☐ B ☐ J ☐ N | CLERK'S INITIALS

**POST-ARREST COMPLAINT**

Serving B/W for Laurel County
Bwarrant # 117302
Case # 00-T-09973

CKMCC

**CDL**

CDL LICENSE ☐ No ☐ Yes | PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes | YEAR: 13

COMMERCIAL VEHICLE ☐ No ☐ Yes | CDL CLASS ☐ A ☐ B ☐ C

**CASE**

NAME OF WITNESS ____ ADDRESS ____ CITY/STATE

NAME OF WITNESS ____ ADDRESS ____

CASE NO. 1 ____ 2 ____ 3 ____ 4

CONTROL NUMBER: L989129

CARRIED FOR UCR BY CONTRIBUTOR: ☐ | ☐ IN-CAR VIDEO | ☐ FINGERPRINTS ☐ PHOTOS | EVIDENCE HELD

OTHER AGENCY: ☐ SPECIFY ____

OFFICER'S SIGNATURE: X L. Nicholson | BADGE / I.D. NUMBER: [illegible] | ASSIGNMENT: [illegible] 2nd | TYPE: 3

GB003980

(PS4C2) 203

AOC- 385.1 Doc. Code: RFC
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. 2G4783632-1
Case No. 12-F-010120
Court: District
Div: 203

RELEASE

COMMONWEALTH OF KENTUCKY PLAINTIFF

V.

**HINDI, MAHMOUD Y** DEFENDANT

Alias: ____

Jail ID: 577966

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | [redacted] | IN | | |

**To the Jailer/Department of Corrections of** Jefferson, **Kentucky:**

You are hereby commanded to release from custody the above-named Defendant who is charged with:

1 UOR:0091500 Murder ( F ) ( A ) Disp:09/14/2012 INDICTMENT BY GRAND JURY / INFORMATION

2 UOR:0131500 Assault, 1st Degree ( F ) ( B ) Disp:09/14/2012 INDICTMENT BY GRAND JURY / INFORMATION

3 UOR:0132010 WANTON ENDANGERMENT-1ST DEGREE ( F ) ( D ) *FTA Eligible* Disp:09/14/2012 INDICTMENT BY GRAND JURY / INFORMATION

4 UOR:0132010 WANTON ENDANGERMENT-1ST DEGREE ( F ) ( D ) *FTA Eligible* Disp:09/14/2012 INDICTMENT BY GRAND JURY / INFORMATION

*Additional charges exist, please see case.*

Next Court Date: 5. WE 1st Courtroom

**Further Orders:** 6. WE 1st
7. WE 1st
8. WE 1st
9. WE 1st

09/14/2012 at 11:06:46 AM
Date

/s/ electronically signed by HON. SHEILA COLLINS
Signature of Judge

Div 203

Clerk

Entered
____, D.C.

**Distribution:** Jail/Corrections Court File

GB003981

AOC-425.1 Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
KRS 439.179

# COMMITMENT ORDER/ JUDGMENT AND ORDER RELEASING

Citation No. ____
Case No. 12-F-010120
Court: District
Div. ____
County: Jefferson

COMMONWEALTH OF KENTUCKY PLAINTIFF

V.

HINDI, MAHMOUD Y DEFENDANT

Alias: ____

Jail ID: 577966

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | [redacted] | 600 | 195 | [redacted] | OLIN | 1,000,000.00 | CA |

**To the Jailer/Department of Corrections of** Jefferson, **Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date: 09/14/2012 09:00 AM (CRIMINAL COURTROOM 203)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve See sentence details above. On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: ____ am/pm to ____ am/pm ____ through ____, for one or more of the following purposes:

☐ 1. Working at his/her employment.
☐ 2. Seeking employment.
☐ 3. Attendance at an educational institution.
☐ 4. Medical treatment.
☐ 5. Other Bail Conds:NO CONTACT W/ COMPLAINING WITNESS/VICTIM; NO USE/POSSESS FIREARM OR OTHER WEAPON; { } Conditions Bail Credit Ineligible {DANGER};

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of ____ perform the functions under KRS 439.179 (3) and (5).

09/08/2012 at 9:24:20 AM
Date

/s/ electronically signed by HON. ANGELA MCCORMICK BISIG
Signature of Judge

Div ____

Clerk

Entered
____, D.C.

istribution: Transporting Officer
Jail/Corrections
Court File



## Conditions of Release and Judicial Decision

**County :** JEFFERSON

**Judge :** MCLAUGHLIN, SANDRA L

**Defendant's Name :** HINDI, MAHMOUD Y

**Interpreter Language :** NONE

**Next Court Date :** 09/08/2012 09:00 AM

**ASL Needed :** NO

**Court Type :** DISTRICT COURT

**Courtroom :** 008

**Jail ID# :** 577966

### Bail Credit

Bail Credit Amount: **$0.00**

Bail Credit: **NO**

Reason Ineligible: **Judicial Discretion**

### Release Decision

Bond Amount **$1,000,000.00 - CASH** on **09/07/2012 09:00 AM**

**Judicial Discretion**

ROR/USB AND BAIL CREDIT DENIED DUE TO DANGER TO THE COMMUNITY

### Case(s)

Booking Date: **09/07/12 02:36 AM**
**12-F-010120** JEFFERSON

| | | Citation # | Class | Level | Count |
|---|---|---|---|---|---|
| 0091500 | MURDER | 2G4783632 | A | F | 1 |
| 0131500 | ASSAULT, 1ST DEGREE | 2G4783632 | B | F | 1 |
| 0132010 | WANTON ENDANGERMENT-1ST DEGREE | 2G4783632 | D | F | 7 |

Date

Judge's Signature

Created On **09/07/12 9:39 am** by **Laura_Seay**

GB003983

COMMERCIAL VEHICLE

HAZARDOUS COMMERCIAL VEHICLE

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

JUVENILE OFFENDER

KSP 206 (REV. 1/1/88)

DETENTION

## OFFENDER/VIOLATOR

AGENCY: LOUISVILLE METRO POLICE

ORI: KY

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES

ATTN.

HOME PHONE

ALIAS

EMERGENCY PHONE

ADDRESS (RFD/STREET/APT. NO., ETC.)

KENTUCKY RESIDENT STATUS: F. ☒ FULL-TIME; P. ☐ PART-TIME; N ☐ NON RESIDENT

CITY: STATE: ZIP

MARITAL STATUS

I.D. TYPE/STATE | I.D. NUMBER | S.S. NUMBER

VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH

SEX: ☒ MALE ☐ FEMALE

RACE: ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN

ETHNIC ORIGIN: ☐ HISPANIC ☒ NON HISPANIC

PLACE OF EMPLOYMENT/OCCUPATION | CITY: | STATE:

HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR

## VEHICLE

VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR | TOP/BOTTOM

ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☒ NO ☐ YES ☐ UNK

REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY

## DATE/TIME

VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION/ARREST | B.A. RESULTS

DATE OF ARREST | TIME OF ARREST | MILES | DIRECTION | CITY | COUNTY OF VIOLATION | SECTOR

## CHARGE

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

## COURT

COURT DATE | COURT TIME ☐ AM ☐ PM | PAYABLE ☐ COURT ☐ | COURT LOCATION | COURT CASE NO. | DISPN. DATE | TRIAL ☐ B ☐ J ☐ N | CLERK'S INITIALS

## POST-ARREST COMPLAINT

POST-ARREST COMPLAINT

** DUE TO THE CIRCUMSTANCES OF THIS CASE DETECTIVE REQUESTS A HIGH BOND **

Continued to G478364

NAME OF WITNESS | ADDRESS CITY / STATE

NAME OF WITNESS | ADDRESS

## CASE

CASE NO. 1 | 2 H #12-212 | 3 | 4

CLEARED FOR UCR BY CONTRIBUTOR: ☐ | ☐ IN-CAR VIDEO | ☐ FINGERPRINTS | EVIDENCE

OTHER AGENCY: ☐ SPECIFY | ☐ PHOTOS

OFFICER | BADGE/I.D. NUMBER | ASSIGNMENT

YEAR | CONTROL NUMBER G47833 | TYPE

GB003984

☐ COMMERCIAL VEHICLE

☐ HAZARDOUS COMMERCIAL VEHICLE

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

☐ JUVENILE OFFENDER

KSP 206 (REV. 1/1/88)

DETENTION

**OFFENDER/VIOLATOR**

AGENCY: LOUISVILLE METRO POLICE — ORI: KY

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES — ATTN. ☐ — HOME PHONE

ALIAS — EMERGENCY PHONE

ADDRESS (BLD/STREET/APT. NO., ETC.) — KENTUCKY RESIDENT STATUS: F. ☐ FULL-TIME; P. ☐ PART-TIME; N ☐ NON RESIDENT

CITY: — STATE: — ZIP: — MARITAL STATUS

I.D. TYPE/STATE — I.D. NUMBER

DATE OF BIRTH — SEX: ☐ MALE ☐ FEMALE — RACE: ☐ WHITE ☐ BLACK ☐ AM. INDIAN ☐ ASIAN — ETHNIC ORIGIN: ☐ HISPANIC ☐ NON HISPANIC

PLACE OF EMPLOYMENT/OCCUPATION — CITY: — STATE: — HEIGHT — WEIGHT — HAIR COLOR — EYE COLOR

**VEHICLE**

VEH. MAKE — VEH. TYPE — VEH. YEAR — COLOR — TOP/BOTTOM — ALCOHOL/DRUG INVOLVED: ☐ NO ☐ YES ☐ UNK

REG. STATE — REG. YEAR — REGISTRATION NO. — VEHICLE IDENTIFIERS — MPH — IN MPH ZONE — VIOL. KEY

**DATE/TIME**

VIOLATION DATE — VIOLATION TIME — EXACT LOCATION OF VIOLATION/ARREST — B.A. RESULTS

DATE OF ARREST — TIME OF ARREST — MILES — DIRECTION — CITY — COUNTY OF VIOLATION — SECTOR

**CHARGE(S)**

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/ PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

COURT DATE — COURT TIME ☐ AM ☐ PM — PAYABLE ☐ COURT ☐ — COURT LOCATION — COURT CASE NO. — DISPN. DATE — TRIAL ☐ B ☐ J ☐ N — CLERK'S INITIALS

**POST-ARREST COMPLAINT**

POST-ARREST COMPLAINT

YEAR — CONTROL NUMBER: 6478364 — TYPE

**CASE**

NAME OF WITNESS ______ ADDRESS ______

NAME OF WITNESS ______ ADDRESS CITY / STATE ______

CASE NO. 1 — 2 — 3 — 4

CARRIED FOR UCR BY CONTRIBUTOR: ☐ — ☐ IN-CAR VIDEO — ☐ FINGERPRINTS — EVIDENCE HELD

OTHER AGENCY: ☐ SPECIFY ______ — ☐ PHOTOS

OFFICERS SIGNATURE X — BADGE/I.D. NUMBER — ASSIGNMENT

☐ COMMERCIAL VEHICLE ☐ HAZARDOUS COMMERCIAL VEHICLE

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

☐ JUVENILE OFFENDER

KSP 206 (REV. 1/1/88)

DETENTION

**OFFENDER/VIOLATOR**

AGENCY: LOUISVILLE METRO POLICE | ORI: KY 056[illegible]

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES: Hindi Mohammad Yusuf | ATTN. ☐ | HOME PHONE

ALIAS | EMERGENCY PHONE

ADDRESS (RFD/STREET/APT. NO., ETC.): [redacted] | KENTUCKY RESIDENT STATUS: F. ☐ FULL-TIME; P. ☐ PART-TIME; N ☐ NON RESIDENT

CITY: Louisville | STATE: KY | ZIP: [redacted] | MARITAL STATUS

I.D. TYPE/STATE: [illegible] IN | I.D. NUMBER: [redacted] | S.S. NUMBER: [redacted] | VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH: [redacted] | SEX: ☑ MALE ☐ FEMALE | RACE: ☑ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN | ETHNIC ORIGIN: ☐ HISPANIC ☑ NON HISPANIC

PLACE OF EMPLOYMENT/OCCUPATION | CITY: | STATE: | HEIGHT: 6'0" | WEIGHT: [illegible] | HAIR COLOR: [illegible] | EYE COLOR: [illegible]

**VEHICLE**

VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR | TOP/BOTTOM | ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☑ NO ☐ YES ☐ UNK

REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY

**DATE/TIME**

VIOLATION DATE: [redacted] | VIOLATION TIME: 1929 | EXACT LOCATION OF VIOLATION/ARREST: 4601 Springfield[illegible] | B.A. RESULTS: [redacted]

DATE OF ARREST | TIME OF ARREST: 1929 | MILES | DIRECTION | CITY: Lou | COUNTY OF VIOLATION: [redacted] | SECTOR

**CH.(S)**

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | [illegible] | [illegible] | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

COURT DATE | COURT TIME: ☐ AM ☐ PM | PAYABLE ☐ ☐ COURT | COURT LOCATION: Arrested | COURT CASE NO. | DISPN. DATE | TRIAL: ☐ B ☐ J ☐ N | CLERK'S INITIALS

**POST-ARREST COMPLAINT**

POST-ARREST COMPLAINT

Continued from G478364

YEAR: 12

CONTROL NUMBER: G478365

NAME OF WITNESS ______ ADDRESS CITY / STATE ______

NAME OF WITNESS ______ ADDRESS ______

CASE NO. 1: 80-12-071366 | 2: H # 12-272 | 3 | 4

CARRIED FOR UCR BY CONTRIBUTOR: ☐ | ☐ IN-CAR VIDEO | ☐ FINGERPRINTS | EVIDENCE HELD

OTHER AGENCY: ☐ SPECIFY ______ | ☐ PHOTOS

OFFICERS SIGNATURE: X [signature] | BADGE/I.D. NUMBER: [illegible] | ASSIGNMENT: [illegible] | TYPE: 2

GB003986

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**Fac:** **Flr:** **Wng:** **Drm:** **Bed:**

### Names

| Last Name | First | Middle | Suffix | Type |
|---|---|---|---|---|
| HINDI | MAHMOUD | [redacted] | | |
| HINDI | MAHMOUD [redacted] | Y | | BOOK |

### Additional Numbers

[redacted] [redacted]

**Type Description**

CIN: 577966

SID:

FBI:

AFIS:

NCIC:

Temp AFIS:

[redacted]

**DOB:** [redacted] **Race:** W **Sex:** M **Hgt:** 6'00" **Weight:** 195 **Hair:** BLK **Eye:** GRN

**Skin:** **Glasses:** **POB:** , **Citizen:** US **SSN:** [redacted]

**Home Address** [redacted]

Bldg: Apt:

Day Phone: (502) Ext: Night Phone: (502) Ext:

**Employment Address**

UNKNOWN/NONE Bldg: Apt:

LOUISVILLE, KY

Day Phone: (502) Ext: Night Phone: (502) Ext:

Occupation:

LOUISVILLE METRO DEPT. OF CORRECTIONS

# History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**[illegible]c:** **Flr:** **Wng:** **Drm:** **Bed:**

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 1 | | LOUISVILLE METRO POLICE | 09-06-2012 1929 | F A | FRA |

**Hold Agency:**

**Arresting Officer:** BAKER

**Notes:** SUBJ SHOT TWO VIC AT ABV LOC CAUSING THE DEATH OF ONE VIC AND CRITICALLY INFJURING THE OTHER. SEVEN ADDITIONAL PEOPLE WERE WITHIN FEET OF SUBJ AS HE FIRED TWO SHOTS

**Vehicle Information:**

**Make:** **Type:** **Year:**

**Color Top:** **Color Bottom:**

**Reg. State:** **Reg. Year:** **Reg. Number:**

**Identifers:**

**MPH:** **In MPH Zone:** **Violation Key:**

**Notes:** *

**Location of Arrest:**

**[illegible]tion Dt/Tm:** 09-06-2012 1929

**Exact LOA:** 4601 SPRINGDALE RD

**B.A. Result:** 0.000 **Officer Comments:**

**Officer:** **Officer ID:**

**Miles:** . **Direction:** **City:** LOUISVILLE

**County:** JEFFERSON **Sector:** *

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Bond Flag | Bond Amount | Bond Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 09150 | 008 | 09-08-2012 0900 | | | N | | | |

MURDER

**Citation #:** G478363 **Warrant #:** **CL:** F **CC:** A

**Case #:**

**Notes:**

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Bond Flag | Bond Amount | Bond Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|---|
| 2) | 13150 | 008 | 09-08-2012 0900 | | | N | | | |

ASSAULT 1ST DEGREE

**[illegible]itation #:** G478363 **Warrant #:** **CL:** F **CC:** B

**[illegible]ase #:**

**Notes:**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**Fac:** **Flr:** **Wng:** **Drm:** **Bed:**

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Flag | Bond Amount | Bond Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|---|
| 8) | 13201 | 008 | 09-08-2012 0900 | | | N | | | |

WANTON ENDANGERMENT 1ST DEGREE

**Citation #:** G478363 **Warrant #:** **CL:** F **CC:** D

**Case #:**

**Notes:**

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Flag | Bond Amount | Bond Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|---|
| 9) | 13201 | 008 | 09-08-2012 0900 | | | N | | | |

WANTON ENDANGERMENT 1ST DEGREE

**Citation #:** G478363 **Warrant #:** **CL:** F **CC:** D

**Case #:**

**Notes:**

**Grand Total** **$0.00 No Bond**

LOUISVILLE METRO DEPT. OF CORRECTIONS

## History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**ac:** 1 **Flr:** J2W **Wng:** W **Drm:** W1 **Bed:** 013

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 2 | | METRO CORRECTIONS DEPT | 09-07-2012 0446 | V | ADDC |

**Hold Agency:** OTHER COUNTY

**Arresting Officer:** NICHOLSON

**Notes:** ****************************************A/C*****************************************************
**********************************HOLD LAUREL CO*************************************
SUBJ HELD ON LAUREL CO WARRANT FOR COURT

**Vehicle Information:**

**Make:** **Type:** **Year:**

**Color Top:** **Color Bottom:**

**Reg. State:** **Reg. Year:** **Reg. Number:**

**Identifers:**

**MPH:** **In MPH Zone:** **Violation Key:**

**Notes:** *

**ocation of Arrest:**

**ation Dt/Tm:** 09-07-2012 0446

**Exact LOA:** 400 S 6TH ST

**B.A. Result:** 0.000 **Officer Comments:**

**Officer:** **Officer ID:**

**Miles:** . **Direction:** **City:** LOUISVILLE

**County:** JEFFERSON **Sector:** *

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Flag | Bond Amount | Bond Type | Status | Releaseable |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 02900 | | | *00T09993 LAI | | I | | | WTSD | Y |

SERVING WARRANT FOR OTHER POLICE AGENCY

**Citation #:** L989129 **Warrant #:** LAUREL CO WAI **CL:** N **CC:**

**Case #:** *00T09993 LAUREL CO

**Notes:**

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Flag | Bond Amount | Bond Type | Status | Releaseable |
|---|---|---|---|---|---|---|---|---|---|---|
| 2) | 00035 | 008 | 09-08-2012 0900 | *00T09993 LAI | | N | | | | |

SPEEDING 7MPH OVER (LIMTED ACCESS)

**tation #:** L989129 **Warrant #:** LAUREL CO WAI **CL:** V **CC:**

**ase #:** *00T09993 LAUREL CO

**Notes:**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**Fac:** 1 **Flr:** J2W **Wng:** W **Drm:** W1 **Bed:** 013

**Grand Total** **$0.00 No Bond**

Facility: 1
110I ACHG

Page 7 of 7

Printed: 09-07-2012 0612
Printed By: RMERRITT, MERRITT
GB003991

LOUISVILLE METRO DEPT. OF CORRECTIONS

History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**Fac:** 1 **Flr:** J2W **Wng:** W **Drm:** OB1 **Bed:** 003

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 3 | | METRO CORRECTIONS DEPT | 01-01-2013 0730 | F D | ADDC |

**Hold Agency:**

**Arresting Officer:** HORNBECK

**Notes:** ********************************ADDED CHARGES********************************
WHILE IN CUSTODY AT THE LOUISVILLE METRO DEPT. OF CORRECTIONS, HOUSED ON THE THIRD FLOOR IN DORM #8. INMATE HINDI, MAHMOUD WAS RECEIVING HIS DAILY MEDICATION FROM THE FLOOR NURSE. AS HE STEPPED OUT INTO THE VESTIBULE. HE BECAME VERBALLY DISRUPTIVE TOWARDS OFFICERS. HE THREATENED TO KILL I OFFICER HORNBECK AS HE WAS BEING ESCORTED OFF THE FLOOR AND THREW WATER FROM HIS CUP ON MY UNIFORM, ARM AND FACE AS HE WAS BEING ESCORTED TO A HOLDING CELL. WHEN TALKING TO MENTAL HEALTH, HE MADE FOUR REFERENCES TO MY LIFE. I AM IN FEAR FOR MY LIFE AND PERSONAL SAFETY DUE TO THE CURRENT CHARGES THAT HAVE HIM HOUSED IN THE FACILITY AND HIS MENTAL ABILITY TO CARRY OUT HIS THREATS TOWARDS ME.

**Vehicle Information:**

**Make:** **Type:** **Year:**

**Color Top:** **Color Bottom:**

**Reg. State:** **Reg. Year:** **Reg. Number:**

**Identifers:**

**MPH:** **In MPH Zone:** **Violation Key:**

**Notes:** /

**Location of Arrest:**

**Violation Dt/Tm:** 01-01-2013 0730

**Exact LOA:** NJC - 3RD FLOOR D8

**B.A. Result:** 0.000 **Officer Comments:**

**Officer:** **Officer ID:**

**Miles:** **Direction:** **City:** LOUISVILLE

**County:** JEFFERSON **Sector:** 056

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Bond Flag | Bond Amount | Bond Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 13124 | 008 | 01-02-2013 0900 | | | N | | | |

ASSAULT 3RD DEGREE (OFFICER TRANSPORTING INMATES)

**Citation #:** M582936 **Warrant #:** **CL:** F **CC:** D

**Case #:**

**Notes:**

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## History of Inmate

**CIN:** 577966 **CIN Name:** HINDI , MAHMOUD

**Fac:** 1 **Flr:** J2W **Wng:** W **Drm:** OB1 **Bed:** 003

| Chg # | Code Section | Court | Court Dt/Tm | Case # | ROC | Bond Flag | Bond Amount Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|
| 2) | 00822 | 008 | 01-02-2013 0900 | | | N | | |

TERRORISTIC THREATENING, 3RD DEGREE

**Citation #:** M582936 **Warrant #:** **CL:** M **CC:** A

**Case #:**

**Notes:**

**Grand Total** **$0.00 No Bond**

29784/ 577966

EV

056000105255
G478363

Criminal

HINDI, MAHMOUD Y

NEW
KYA0761434

M W 600 195 GRN BI

PT [illegible] 000N #1 LXMR #000000 20120907-03:55

KY056B000
KY056023C

09/06/2012

JO

09/06/2012

DL#

DFOSTER 577966

X

| | | |
|---|---|---|
| 09150 MURDER | | 507.020 |
| 1 G478363 | 09/06/2012 | |
| 13150 ASSAULT, 1ST DEGREE | | 508. |
| 1 G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| 1 G478363 | 09/06/2012 | |
| WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| 1 G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | |
| 1 G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| 1 G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| 1 G478363 | 09/06/2012 | |
| 13201 WANTON ENDANGERMENT-1ST DEGREE | | 508.060 |
| 1 G478363 | 09/06/2012 | |

BAKER 2491 JEFFERSON

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Release Report

| Inmate # | Inmate Name | Sex | Race |
|---|---|---|---|
| 00577966 | HINDI, MAHMOUD Y | MALE | White/Eurp/ N.Afr/Mid Eas |

| Booking Number | Date/Time | Hair Color | Eye Color |
|---|---|---|---|
| 2012029784 | 09/07/2012 02:36 | Black | Green |

| Committed By | SSN | DOB | Height | Weight |
|---|---|---|---|---|
| LOUISVILLE METRO CORRECTIONS DEPT | | | 6'00" | 195 |

Address: INVALID CONVERSION ADDRESS RD JO

Drivers License #: IN

FBI #:

SID #: A0761434

Phone:

Resident:

County:

Bag #: ()-

Scars, Marks, Tattoos

| Type | Location | Description |
|---|---|---|

## Release Information

Release Date/Time:

Reason for Release:

Releasing Officer:

Length of Stay:

Transfer To Agency:

Transportation:

Comments: DECEASED PER LT.FUGATE 10/20

## Arrest Information

Arrest Date/Time: 09/06/2012 07:09

Arresting Agency: LOUISVILLE METRO POLICE

Location: 4601 SPRINGDALE RD LOUISVILLE

Arresting Officer: BAKER

## Additional Information

Sentence Status:

Cell Assignment: H5-N1/003

Classification: MX/AB

Emergency Contact:

Booking Officer: Administrator, ADMIN

## Charges

| Reference # / Case Nbr | Statute / Description | Category | Charge DtTm / Court DtTm | DispositionDtTm / Disposition | Document / Bond/Sentence | Court | Bond Type / Bond Amount |
|---|---|---|---|---|---|---|---|
| O2801207 12F010120 | 507.020 MURDER | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable No Bond has been set | | |
| O2801208 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable No Bond has been set | | |
| O2801209 12F010120 | 508.060 WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09 COURT ORDER | Not Applicable No Bond has been set | | |
| O2801210 *00T09993 LAUREL | 189.390 SPEEDING 7MPH OVER (LIMTED ACCESS) | NON-CRIMINAL | | 09/09/2012 01:09 RIP CREDIT TIME SERVED | Not Applicable No Bond has been set | | |
| O2801211 12CR2772 | 507.020 MURDER | NON-CRIMINAL | 12/13/2013 | | Not Applicable No Bond has been set | CR13 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02801212<br>12CR2772 | 507.020<br>MURDER | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801213<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801214<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801215<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801216<br>13F000021 | 508.080<br>TERRORISTIC THREATENING, 3RD DEGREE | NON-CRIMINAL | 12/06/2013<br>[redacted] | [redacted] | Not Applicable 203<br>Bond: $10,000.00 | CASH<br>$ 10,000.00 |
| 02801217<br>12F010120 | 508.01<br>ASSAULT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801218<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801219<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801220<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801221<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801222<br>12F010120 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | | 09/14/2012 05:09<br>COURT ORDER | Not Applicable<br>No Bond has been set | |
| 02801223<br>*00T09993 LAUREL | 02900<br>SERVING WARRANT FOR OTHER POLICE AGENCY | NON-CRIMINAL | | 09/07/2012 06:09<br>WARRANT SERVED | Not Applicable<br>No Bond has been set | |
| 02801224<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801225<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801226<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801227<br>12CR2772 | 508.060<br>WANTON ENDANGERMENT 1ST DEGREE | NON-CRIMINAL | 12/13/2013 | | Not Applicable CR13<br>No Bond has been set | |
| 02801228<br>13F000021 | 13123<br>ASSAULT 3RD DEGREE (OFFICER TRANSPORTING INMATES) | FELONY | | 01/14/2013 12:01<br>DISMISSED | Not Applicable<br>No Bond has been set | |

## Holds

| ORI | Agency Name<br>Statute | Bond Amount<br>Description | Status | Bond Denied | WarrantNbr |
|---|---|---|---|---|---|

**By signing below I acknowledge the receipt of my property.**

Inmate Signature ______________________ Date ____________

Officer Signature ______________________ Date ____________

# Inmate Grievances

**Mahmoud Hindi #577966**

**Grievances from IMS (9/7/12 – 6/23/13)**

| | | | | | |
|---|---|---|---|---|---|
| 2013000021 | 01-09-2013 0319 | SEC | 1 | J3 | N |
| 2013000165 | 03-04-2013 0210 | PROP | 1 | H5 | E |
| 2013000221 | 03-13-2013 0203 | SEC | 1 | J2W | W |
| 2013000456 | 05-17-2013 0216 | CLAS | 1 | J4 | S |

**Grievances from IMS (9/7/12 – 6/23/13)**

| Grievance # | Grievanc | Grievance | Grievance Category | Grievance Against | Disposition | Last Completed Step |
|---|---|---|---|---|---|---|
| 00000444 | 08/13/2013 | Service | CLASSIFICATION | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000449 | 08/13/2013 | Service | RECREATION | | APPEAL RETURN-DENIED | APPEAL RETURNED |
| 00000637 | 08/15/2013 | Service | PROGRAMS | | INFORMALLY-STAFF | RETURNED TO INMATE |
| 00000653 | 08/19/2013 | Service | MEDICAL | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000636 | 08/20/2013 | Service | SECURITY | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000624 | 09/13/2013 | Service | SECURITY | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000669 | 09/17/2013 | Service | RECREATION | | INFORMALLY-STAFF | RETURNED TO INMATE |
| 00000684 | 09/17/2013 | Service | STAFF | | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000688 | 09/19/2013 | Service | STAFF | Moppins Marilyn | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000690 | 09/24/2013 | Service | CLASSIFICATION | | RETURNED-RESOLVED | RETURNED TO INMATE |
| 00000710 | 09/24/2013 | Service | MEDICAL | | NOT GRIEVABLE | RETURNED TO INMATE |
| 00000749 | 09/27/2013 | Service | STAFF | | RETURNED-RESOLVED | RETURNED TO INMATE |

While in custody I/M Hindi filed a total of 16 grievances. Several of the grievances were related specifically to his housing in mental health, not receiving recreation time, his religion, medical and medication, staff discrimination both by security and classification, commissary, destroyed property and that he should not be in jail. All grievances listed were responded too and returned to I/M Hindi and none of them [illegible]ted in appeal.

# Inmate Visitation

From I/M Hindi's date of arrest on 9/7/12 until 6/23/13 he had 28 visitors including

Hasan Hindi
Musa Hindi
Yousef Hindi
Fatima Hindi
Hamza Hindi
Phillip Crowe
Tareq Hindi
Hasan Almohroug

**XJail data on visitation from 6/23/13 to current is not properly pulling information. Unable to report this data.

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| 06-19-2013 1644 | VISA | V16 | DSPEARMAN, SPEARMAN | 06-19-2013 1644 |
| 06-12-2013 1640 | VISA | V16 | DSPEARMAN, SPEARMAN | 06-12-2013 1640 |
| 05-15-2013 1649 | VISA | V12 | RMERRITT, MERRITT | 05-15-2013 1649 |
| 05-11-2013 0739 | VISA | V12 | CGIBBS, GIBBS | 05-11-2013 0739 |
| 04-13-2013 1637 | VISA | V117 | CPENDLEY, PENDLEY | 04-13-2013 1637 |
| 03-16-2013 1650 | VISA | V17 | RMERRITT, MERRITT | 03-16-2013 1650 |
| 03-11-2013 1642 | VISA | V16 | ROBURNS, BURNS | 03-11-2013 1642 |
| 02-10-2013 1636 | VISA | V126 | CPENDLEY, PENDLEY | 02-10-2013 1636 |
| 02-04-2013 1638 | VISA | V126 | CPENDLEY, PENDLEY | 02-04-2013 1638 |
| 01-19-2013 1637 | VISA | V119 | CPENDLEY, PENDLEY | 01-19-2013 1637 |
| 12-27-2012 1653 | VISA | V133 | CPENDLEY, PENDLEY | 12-27-2012 1653 |
| 12-23-2012 1221 | VISA | V18 | JHENDRICKS, HENDRICKS | 12-23-2012 1221 |
| 12-13-2012 1633 | VISA | V18 | CPENDLEY, PENDLEY | 12-13-2012 1633 |
| 12-02-2012 2164 | VISA | V127 | ROBURNS, BURNS | 12-02-2012 2164 |
| 11-29-2012 1632 | VISA | V127 | CPENDLEY, PENDLEY | 11-29-2012 1633 |
| 11-25-2012 1647 | VISA | V10 | CPENDLEY, PENDLEY | 11-25-2012 1647 |
| 11-18-2012 1936 | VISA | V10 | CPENDLEY, PENDLEY | 11-18-2012 1936 |
| 11-15-2012 1940 | VISA | V90 | ROBURNS, BURNS | 11-15-2012 1940 |
| 11-04-2012 1911 | VISA | V120 | CPENDLEY, PENDLEY | 11-04-2012 1911 |
| 10-28-2012 1643 | VISA | V120 | CPENDLEY, PENDLEY | 10-28-2012 1643 |
| 10-18-2012 1635 | VISA | V143 | CPENDLEY, PENDLEY | 10-18-2012 1635 |
| 10-04-2012 1633 | VISA | V128 | CPENDLEY, PENDLEY | 10-04-2012 1633 |
| 09-21-2012 1646 | VISA | V130 | CPENDLEY, PENDLEY | 09-21-2012 1646 |
| 09-17-2012 1651 | VISA | V132 | ROBURNS, BURNS | 09-17-2012 1651 |
| 09-15-2012 2033 | VISA | V130 | CPENDLEY, PENDLEY | 09-15-2012 2033 |
| 09-15-2012 1953 | VISA | V130 | CPENDLEY, PENDLEY | 09-15-2012 1953 |
| 09-12-2012 1753 | VISA | V120 | ROBURNS, BURNS | 09-12-2012 1753 |
| 09-10-2012 1641 | VISA | V131 | CPENDLEY, PENDLEY | 09-10-2012 1641 |
| 09-08-2012 1730 | VISA | V118 | CPENDLEY, PENDLEY | 09-08-2012 1730 |

Created by: JAllen

10/22/13

## Inmate Notes Continued

## Mahmoud Hindi #577966

| Date | Note | Staff |
|---|---|---|
| 2/15/2013 | A/R turned into property for allowables. | Ayers, Stacey |
| 2/19/2013 | Inmate given property bag with allowables. | Ayers, Stacey |
| 2/21/2013 | H5/EN1#1 - I/M IS CLEARED FROM M/H PER MEDICAL MOVELIST FROM NURSE PRICE - I/M IS CURRENTLY SERVING DISP TIME | Arriaga, Samantha |
| 3/1/2013 | Two grievances turned in. | Ayers, Stacey |
| 3/3/2013 | PER MOVE LIST, SLOAN, INMATE TO BE MOVED FROM H5N1/01 TO J2W/W2/04 | Bailey, Venus |
| 3/8/2013 | I/M'S WIFE FUTIMA'S CALL WAS RETURNED 3-7-13 365-2648. I/M WAS GIVEN A MESSAGE TO CALL HIS WIFE COLLECT. | Moppins, Marilyn |
| 3/13/2013 | Received write up on 3/2/2013 for cat 3-A disruptive behavior, 3-G refusing to follow instructions, 4-K assaulting staff. Write up was dismissed for due process. | Dooley, Officer |
| 3/14/2013 | A/S hazard added due to inmate case being High Profile, email sent to Sup. Puckett for review. | Shipley, Shavon |
| 3/14/2013 | Mahmoud Hindi cin577966 loc J2 W2 cell1 he is requesting to goto gym Thanks  | Freeman, Debra |
| 3/15/2013 | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett***; Once the inmate has been cleared from medical, the inmate will have to be reviewed by SMU staff on Wednesdays. Date will be forth coming upon clearence from medcial. | Puckett, David |
| 3/22/2013 | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2W/W2#1 TO J4/D7#6. E-MAIL SENT TO D.PUCKETT. SEE PREVIOUS ENTRY. | Martiroysan, Mane |
| 3/25/2013 | 72 hr SMU review on this date: Went and spoke w/ the above inmate in concerns of his housing location. Inmate was unsure as to why he was in his current hosuing location. I informed him that because of his clearence from medical to return to general population was the reason for my visit w/ him. I explained the reason as to why he had been placed in his current hosuing location and inmate was understading of this fact. he has signed of his SMU review sheet requesting a move to Protective Cistody. The inmate's final housing will be determined at the next SMU meeting scheduled for 3-27-13. | Puckett, David |
| 3/27/2013 | SMU meeting on this date: Inmate will remain as ADMIN SEG.; SMU meeting held on this date in attendance were the following persons. Classification:Ayers, Puckett, Shipley and Allen. Medial Staff: D Fowler. Mental health staff:M Krank. SORT commander: Lt. Collins. Security staff: Disciplinary officer J Hale and Deputy Directors: Bingham and Clark. It was determined that the above inmate would continue to remain ADMIN SEG due to being assaultive towrds staff and that he would be unbale to function in a dorm setting. The inmate's request for protective custody is denied. | Puckett, David |
| 4/16/2013 | Mr. Hindi was given his Quran that was placed on his property because it had a zipper attached. Writer was given permission by Inmate son Musa to remove zipper. | Whitlow, Sam |
| 4/24/2013 | Per Lt. Davis, Inmate Hindi, Mahmoud is allowed to have his oversized Koran. This book is written in Arabic. Any questions, contact me | Davis, Lt |
| 5/14/2013 | Inmate Hindi has two Quarans in his possession. If for any reason one or both are confiscated, please ensure that they are taken to property.  Lt. Davis | Davis, Lt |
| 6/3/2013 | Wife Fatima called. She said she had not heard from inmate in a few days. I called 502-365-2648 and told her that the inmate was still in the same location and was doing ok | English, Keith |

# Inmate Notes

# Mahmoud Hindi #577966

| Date | Inmate Notes | Created By User |
|---|---|---|
| /2012 | Pre-screening complete. 55 Jordanian/W/M. Per the medical Nurse. A. Ayers, LPN. inmate is to be housed in the IIJC with a bottom bunk in J2W W1-#13 from J1P | Trammell, Barbara |
| 9/7/2012 | I/MS WIFE FATIMA HINDI 365-2648 CALL WAS RETURNED. A MESSAGE WAS LEFT RE SECURA. MRS HINDI WAS GIVEN VISIT DATE AND TIME BY MH PROFESSIONAL BEV HASKINS. | Moppins, Marilyn |
| 9/8/2012 | W/M 55 - ORIENTATION and PREA COMPLETE - NO PROPERTY RELEASED - RECEIVED HANDBOOK - RTN 203 ON 9/14 - MURDER ASLT 1 WE 1 X 7 - $1,000,000 & **HOLD LAUREL CO** SPD $114.45 - OVERRIDE HIGH TO LOW MED | Arriaga, Samantha |
| 9/11/2012 | Mr. Hindi was given a prayer rug, Glasses and a Quran. The prayer rug was drop off by his son. | Whitlow, Sam |
| 9/12/2012 | REQUEST HAIRCUT AND SHAVE.GYM OFFICERS CONTACTED VIA E-MAIL. | Moppins, Marilyn |
| 9/13/2012 | 2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW. | Moppins, Marilyn |
| 9/17/2012 | J3/D8#11 FROM J2W/W1#13 - PER MEDICAL MOVELIST FROM MAX HENDERSON | Arriaga, Samantha |
| 9/18/2013 | ADDED CHARGE , NO CHANGE IN CLASS | Mexicotte, Sylvia |
| 10/11/2012 | Inmate was given his Quarn out of his personal property, he removed the hardback cover and the cover was placed back in his property. Spoke with his son 270-804-5884 concerning his Quran | Whitlow, Sam |
| 12/6/2012 | PER NURSE GRUBBS I/M IS MOVED FROM J3/D8 TO J3/D7#8 | Martiroysan, Mane |
| 12/7/2012 | Received write up on 12/6/2012 for cat. 3-A disruptive behavior. 4-C engaging in sexual activities with another person. received 15 days disp.seg probated. | Dooley, Officer |
| 12/10/2012 | TURNED IN INMATE DISCIPLINARY APPEAL FORM | Mexicotte, Sylvia |
| 12/11/2012 | Disciplinary appeal form forwarded to Deputy Director Bingham. | Dooley, Officer |
| /3/2012 | NO CHANGE IN CLASS , HOLD GOT RELEASE | Mexicotte, Sylvia |
| 1/3/2013 | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN PLACED ON MOVELIST FROM J2W/OBS1 TO J2W/D9. | Thomas, Ella |
| 1/4/2013 | Recd write up on 1/1/2013 for: CAT.3-A disruptive behavior: CAT.3-F using abusive and vulgar language toward staff: CAT.3-G refusing to follow the directions of staf: CAT.3-I threatening staff with physical harm: CAT.4-K assaulting any staff member  Inmate recd 60 d.d.s which includes the 15 days he had on the shelf. his time will go until 3/5/2013 and needs to be moved to the disciplinary segregation unit today 1/4/2013; | Hale, Officer |
| 1/7/2013 | INMATE CAN'T BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH- EMAIL SENT TO ERNST AND HALE | Daub, Summer |
| 1/11/2013 | GIVEN A HAIR COMB. | Moppins, Marilyn |
| 1/28/2013 | J2W/D9 FROM J2W/D8 - PER MEDICAL MOVELIST FROM MAX HENDERSON | Arriaga, Samantha |
| 2/6/2013 | PER MAX HENDERSON I/M IS MOVING FROM J2W/W1#5 TO J2W/W1#12 | Martiroysan, Mane |
| 2/7/2013 | I/MS WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS HINDI REPORTS NOT HEARING FROM I/M IN THREE DAYS AND I/M USUALLY CALLS EVERYDAY.I/M WILL CALL HER LATER | Moppins, Marilyn |
| 2/7/2013 | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVING FROM J2W/W1#12 TO H5/D9#2 (NO D/S HOUSING AVAILABLE AT THIS TIME) | Martiroysan, Mane |

**Inmate Notes Continued** **Mahmoud Hindi #577966**

| | | |
|---|---|---|
| 6/5/2013 | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs | McNese Sgt |
| 7/25/2013 | Inmate Mahmoud Hindi recieved a Timex sports watch model 1440 Public Defender Angela Elleman was advised. Lt Davis #210 | Davis Lt |
| 7/31/2013 | I have e-mailed kitchen supervisor Edward Wasson in regards to the above inmate's A/R dated 7/22/13 requesting a special diet tray w no meat | Puckett David |
| 8/8/2013 | Reference email sent by Supervisor Puckett. Inmate Mahmoud Y Hindi Cin# 577966 requested to have vegetarian meals. As of today, inmate is currently receiving meals with meat on the trays. Please add inmate to the vegetarian list as soon as possible | English Keith |
| 8/16/2013 | Returned answers from yestreday's SMU committee review and inmate has expressed an intrest in being removed form ADMIN SEG to Protective custody. I informed the inmate that I would bring his request up at the next SMU meeting on 8-14-13 | Puckett David |
| 8/21/2013 | J2W W1#6 LEVEL 2 PER M HENDERSON AND SGT REDMON. ALERT ADDED AND SARN CHANGED | Daub Summer |
| 8/23/2013 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-23-13- A body/body SWAP- MAHMOUD HINDI #577966 J2W-WALK1#6 TO J2W-WALK 1#4 WITH KENNETH ADKINS #428020-> J2W-WALK 1#4 TO J2W-WALK1#6.2ND FLR CONTROL OFC. ADVISED VIA PHONE.MARIA | Hayden Maria |
| 8/23/2013 | BODY FOR BODY SWAP PER SHEILA REDELLA OF MENTAL HEALTH... MARIA | Hayden Maria |
| 8/30/2013 | A/R turned into poperty for allowables. | Ayers, Stacey |
| 8/30/2013 | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-31-13 FROM MAXWELL HENDERSON> MOVELIST FROM J2W-WALK 1#4 TO J2W-WALK 1#10 MARIA | Hayden, Maria |
| [illegible]/2013 | A/R FOR DORM BAG - - RELSD | Stansbury, Ryan |
| 9/3/2013 | Inmate given allowables from property. | Ayers, Stacey |
| 9/4/2013 | Inmate was reviewed at SMU meeting on 8-21-13 about his request to be removed from ADMIN SEG to Portective Custody. His request was deined and the inmate will continue to reamin as ADMIN SEG. | Puckett, David |
| 9/6/2013 | REQUEST FORWARDED TO LT DAVIS RE:MISSING HOLY MATERIAL | Moppins, Marilyn |
| 9/12/2013 | REQUEST FOR REPAIRS TO J2 DAY ROOM FORWARDED TO MAINTANCE BY SGT MUNFORD. REQUEST TO COMMISSARY RE: ITEMS THEY NEED TO HAVE IN STOCK : FORWARDED TO COMMISSARY | Moppins, Marilyn |
| 9/12/2013 | LT DAVIS PRESENTED INMATE WITH INVOICE WHERE I/MS ACCOUNT WAS CREDITED FOR THE AMOUNT OF I/MS BOOK | Moppins, Marilyn |
| 9/16/2013 | REQUEST NAIL CLIPPERS. GYM OFFICERS NOTIFIED VIA E-MAIL | Moppins, Marilyn |
| 9/19/2013 | I/M BECAME VERY UPSET WHEN I WOULD NOT TAKE A REQUEST FOR HOW MANY TIMES THE KITCHEN CAN SERVE BEANS AND WHAT THEY NEED TO SERVE. I/M STARTED YELLING AND ACCUSED ME OF HAVING A BAD ATTITUDE. I/M WAS YELLING SO LOUD . I WALKED AWAY AND CONTINUED MY ROUNDS | Moppins Marilyn |
| 9/19/2013 | Per Nurse Sherman. Inmate going from J2WW1C#10 to Gp however, there is no administration segregation cells. | Moore, Donna |
| 9/20/2013 | H5/EN1#3 FROM J2W/W1#10 - SEE PREVIOUS NOTES - M/H ALERT REMOVED | Arriaga, Samantha |

## Inmate Discipline

I/M Hindi had 3 disciplinary reports while in custody for offenses including, disruptive behavior, engaging in sexual activities with another person, using abusive language, threatening staff with physical harm, assaulting staff, and refusing to follow instructions.

| Date | Category | Disposition | D/S Officer |
|---|---|---|---|
| 12/7/2012 | 3-A, 4-C | 15 days probated | Dooley, Officer |
| 1/4/2013 | 3-A, 3-F, 3-G, 4-K | 60 days to serve plus 15 days probated from 12/7/12 | Hale, Officer |
| 3/2/2013 | 3-A, 3-G, 4-K | Dimissed -Due Process | Dooley, Officer |

Created by: JAllen 10/22/13

# Housing Movement and Cell Transfers

## Mahmoud Hindi #577966

| Assigned Time In | Assigned Time Out | Housing | | | | Type | Reason |
|---|---|---|---|---|---|---|---|
| 2012 04:40:15 | 9/7/2012 05:34:43 | J1 | P | 1 | 002 | Passive Booking | Fresh arrest housing while awaiting the booking process |
| /2012 05:55:29 | 19:26:54 | J2W | W | W1 | 013 | Mental Health | After MH assessment was moved to MH unit single cell |
| 9/17/2012 20:58:22 | 12/6/2012 11:32:07 | J3 | N | 8 | | Mental Health | Max Henderson moved to MH OPEN unit |
| 12/6/2012 11:38:47 | 12/6/2012 20:35:37 | J3 | S | 7 | 008 | Mental Health | Per Nurse Grubbs moved from MH OPEN unit to MH single cell |
| 12/6/2012 20:51:08 | 1/1/2013 08:49:37 | J3 | N | 8 | 006 | Mental Health | Per MH moved back into MH OPEN unit |
| 1/1/2013 10:23:55 | 1/3/2013 17:44:24 | J2W | W | OB1 | 003 | Mental Health | Per MH moved to MH unit observation cell |
| 1/3/2013 17:44:37 | 1/3/2013 17:45:21 | J2W | W | 09 | 012 | Mental Health | Per Nurse Sherman removed from obs into Open MH unit |
| 1/3/2013 17:45:21 | 1/4/2013 18:27:26 | J2W | W | 09 | 011 | Mental Health | Bed change in MH open unit |
| 1/4/2013 18:27:26 | 1/22/2013 16:17:40 | J2W | W | 09 | 001 | Mental Health | Bed change in MH open unit |
| 1/22/2013 16:18:07 | 1/23/2013 08:59:03 | J2W | W | W1 | 003 | Mental Health | Per MH moved into MH single cell |
| 1/23/2013 08:59:14 | 1/28/2013 17:02:00 | J2W | W | 08 | 002 | Mental Health | Per MH moved from single cell to MH open unit |
| 1/28/2013 17:02:00 | 1/31/2013 11:04:23 | J2W | W | 09 | 006 | Mental Health | Per MH moved to another MH open unit |
| 1/31/2013 11:04:23 | 1/31/2013 11:08:08 | J2W | W | W1 | 005 | Mental Health | Per MH moved from open MH unit to MH single cell |
| 1/31/2013 11:08:08 | 2/1/2013 13:04:10 | J2W | W | W1 | 009 | Mental Health | Moved to another MH single cell |
| 2/1/2013 13:04:10 | 2/6/2013 18:01:29 | J2W | W | W1 | 005 | Mental Health | Moved to another MH single cell |
| 2/6/2013 18:01:29 | 2/7/2013 21:30:00 | J2W | W | W1 | 012 | Mental Health | Moved to another MH single cell |
| 2/7/2013 21:39:03 | 2/9/2013 13:02:37 | H5 | W | 08 | 002 | Disciplinary Segregation | Per Dr. Easley cleared from MH unit. Had DS time to serve |
| 2/9/2013 13:03:35 | 3/3/2013 02:31:08 | H5 | E | N1 | 001 | Disciplinary Segregation | Moved to another DS cell |
| 3/3/2013 04:01:38 | 3/6/2013 02:35:17 | J2W | W | W2 | 004 | Mental Health | Per Nurse Sloan moved to MH unit single cell |
| 3/6/2013 02:35:17 | 3/22/2013 21:02:42 | J2W | W | W2 | 001 | Mental Health | Per MH moved to another MH single cell |
| 3/22/2013 21:14:22 | 4/14/2013 17:30:59 | J4 | S | 7 | 006 | Administrative Segregation | Per Nurse Daughtery cleared from MH unit. Placed on AS by Class |
| 4/2013 17:30:59 | 8/16/2013 22:00 | J4 | S | 7 | 007 | Administrative Segregation | Moved to another AS single cell |
| 013 22:14 | 8/23/2013 7:36 | J2W | W | W1 | 006 | Mental Health | Per MH moved to MH unit single cell |
| 8/23/2013 7:36 | 8/31/2013 17:56 | J2W | W | W1 | 004 | Mental Health | Per Max Henderson moved to another MH unit single cell |
| 8/31/2013 17:56 | 9/20/2013 21:32 | J2W | W | W1 | 10 | Mental Health | Per Max Henderson moved to another MH unit single cell |
| 9/20/2013 21:32 | 10/21/2013 11:13 | H5 | E | N1 | 3 | Administrative Segregation | Per Nurse Sherman cleared from MH. Moved to AS by class |

I/M Hindi was housed in Metro Corrections for 410 days. During that time he was housed 26 different times. He had documented Mental Health housing from the date of his arrest 9/7/12 until he was cleared by Dr. Easley on 2/7/13. At that time he was placed in Disciplinary segregation once released from mental health due to having 60 days to serve plus an additional 15 on the shelf. While serving disciplinary segregation time he was moved back to the mental health unit and cleared again. Upon being cleared he was placed in administrative segregation by classification staff due his behavior towards officers and other inmates. He was reviewed by the Special Management Unit Committee who reviews inmates in single cell housing. Special Management is a multi-disciplinary team review with staff from Senior Management, Classification, Medical, Mental Health, Security and Disciplinary. While in Administrate Segregation housing he was moved to the mental health unit in a single cell for observation. He was cleared by Mental Health on 9/20/13 and placed back into Administrative Segregation until the incident on 10/21/13.

## Incident Reports

I/M Hindi had 13 incidents while in custody including strip search, disruptive, combative, hospital runs and suicide prevention.

| Incident Date | Incident Type | Booking # |
|---|---|---|
| | DISRUPTIVE | 2012029784 |
| 09/26/2012 03:09 | Strip Search - Inmate | 2012029784 |
| 12/06/2012 10:12 | DISRUPTIVE | 2012029784 |
| 12/06/2012 10:12 | UNAUTHORIZED CONTACT W/PUBLIC | 2012029784 |
| 01/01/2013 01:01 | ADDITIONAL CHARGES | 2012029784 |
| 01/01/2013 01:01 | DISRUPTIVE | 2012029784 |
| 02/09/2013 12:02 | Sucide Prevention | 2012029784 |
| 03/02/2013 07:03 | COMBATIVE | 2012029784 |
| 03/03/2013 09:03 | HOSPITAL INMATE TRANSPORTED | 2012029784 |
| 08/14/2013 18:10 | STRIP SEACH - INMATE | 2012029784 |
| 08/16/2013 15:30 | Sucide Prevention | 2012029784 |
| 08/21/2013 11:05 | DISRUPTIVE | 2012029784 |
| 10/19/2013 15:55 | HOSPITAL INMATE TRANSPORTED | 2012029784 |

Created by: JAllen

10/22/13



# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Classification Inmate Report

**Inmate Number : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Name :** HINDI, MAHMOUD Y **Sex :** MALE **Race :** White/Eurp/ N.Afr/Mid Eas **DOB :** [redacted] **Age :** 56

**Address :** [redacted] **SSN :** [redacted] **FBI :**

**Hair :** Black **Eye :** Green **Height :** 600 **Weight :** 195

**Birth Country :** JORDAN **State :** Armond

**Marital Status :** Married **# Children :** 3

**Religion :** Islamic **# Sisters :**

**Handedness :** **# Brothers :**

## Booking Details

**Facility :** Main Jail Complex

**Booking Type :** Standard **Juvenile :** N N

**Arrival DtTm :** 09/07/2012 02:36

## Charges

| Warrant # | Charge Code | Charge Description | Court Date/Time | Disposition |
|---|---|---|---|---|
| | 507.020 | MURDER | 12/13/2013 08:45 | Open |
| | 507.020 | MURDER | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.080 | TERRORISTIC THREATENING, 3RD DEGREE | | Open |
| | 508.01 | ASSAULT 1ST DEGREE | | Court Order |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 508.060 | WANTON ENDANGERMENT 1ST DEGREE | 12/13/2013 08:45 | Open |
| | 13123 | ASSAULT, 3RD DEGREE (SCHOOL EMPLOYEE OR SCHOOL VOLUNTEER) | | Dismissed |
| LAUREL CO WARRANT | 189.390 | SPEEDING 7MPH OVER (LIMITED ACCESS) | | RIP Time Served |
| LAUREL CO WARRANT | 02900 | SERVING WARRANT FOR OTHER POLICE AGENCY | | Warrant Served |

Mahmoud Hindi #577966 was booked into Metro Corrections on 9/7/2012 on charges of Murder, Assault 1, and seven counts of Wanton Endangerment 1st degree. On the same date he received added charges from Laurel County for a bench warrant for speeding. On 9/14/2012 the Assault 1st degree was upgraded to an additional Murder charge and all charges were indicted to Circuit Court (12CR2772). On 1/1/13 I/M Hindi received additional added charges from Metro Corrections for Assault 3rd and Terroristic Threating due to an incident that occurred while in custody.

On 9/7/2012 during the booking process I/M Hindi was pre-screened by Classification Staff. He stated he did not fear for his safety, did not have any known enemies within the facility and did not have any housing needs in regards to medical or mental health. Medical Nurse A. Ayers did however provide classification with a mental health notice to house I/M Hindi in the mental health unit J2W1.

On 9/8/12 after arraignment court I/M Hindi was oriented by Classification Staff. He indicated he was married to Fatima Hindi for 29 years, used her as his emergency contact and indicated he had 3 children. He further stated he completed high school and had a graduate degree. He did not have any military experience, indicated his religious preference was Islamic and could read and write in English. I/M Hindi was given a PREA screening, the opportunity to sign out his property and he took an inmate handbook.

[illegible] to inmate Hindi's charges he was classified as a MX-GP-MH. MX (Maximum) due to his Class A felony Murder charge, GP (General Population) level behavior and MH (Mental Health) due to his assigned mental health housing upon arrest. During his incarceration his behavior level was upgraded to AB (Alert level behavior) due to his behavior with staff and documented disruptive/combative incidents.

Created by: JAllen 10/22/13



**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167 Fax:

## Inmate Report

**Inmate Number : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Name :** HINDI, MAHMOUD Y **Sex :** MALE **Race :** White/Eurp/ N.Afr/Mid Eas **DOB :** [redacted] **Age :** 56 **Phone :**

**Address :** INVALID CONVERSION address RD JO **SSN :** [redacted] **FBI :** **State ID :** A0761434

**Hair :** Black **Eye :** Green **Height :** 600 **Weight :** 195

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Birth Country :** | | **State :** | JORDAN | **City :** | ARMOND | **County :** | |
| **Marital Status :** | | **# Children :** | | **Military Veteran :** | N | **Military Service :** | |
| **Religion :** | | **# Sisters :** | | **Caution :** | N | **Comments :** | |
| **Handedness :** | | **# Brothers :** | | **Deceased :** | N | **Date :** | |
| | | | | **Disabled :** | N | | |

**Inmate Num... : 00577966  Inmate Name : HINDI, MAHMOUD Y**

**Inmate Transactions**

| Date | Type | Description | Credit Amt | Debit Amt | Balance |
|---|---|---|---|---|---|
| 06/23/2013 | DepCsh | Converted Account Balance | $170.61 | | $170.61 |
| 07/13/2013 | Comm | Received from Canteen Interface, Trans ID:812560 | $0.00 | $58.72 | $111.89 |
| 07/17/2013 | Comm | Received from Canteen Interface, Trans ID:813172 | $0.00 | $7.25 | $104.64 |
| 07/17/2013 | Comm | Received from Canteen Interface, Trans ID:813562 | $0.00 | $23.42 | $81.22 |
| 07/17/2013 | Comm | Received from Canteen Interface, Trans ID:813746 | $0.00 | $5.60 | $75.62 |
| 07/23/2013 | Comm | Received from Canteen Interface, Trans ID:814830 | $0.00 | $38.06 | $37.56 |
| 07/28/2013 | DepChk | Received from HINDI, MAHMOUD Y | $200.00 | $0.00 | $237.56 |
| 07/30/2013 | Comm | Received from Canteen Interface, Trans ID:816199 | $0.00 | $50.35 | $187.21 |
| 08/13/2013 | Comm | Received from Canteen Interface, Trans ID:819105 | $0.00 | $55.44 | $131.77 |
| 08/21/2013 | Comm | Received from Canteen Interface, Trans ID:820964 | $0.00 | $22.40 | $109.37 |
| 08/27/2013 | Comm | Received from Canteen Interface, Trans ID:821630 | $22.40 | $0.00 | $131.77 |
| 08/28/2013 | Comm | Received from Canteen Interface, Trans ID:822486 | $0.00 | $22.40 | $109.37 |
| 08/29/2013 | Comm | Received from Canteen Interface, Trans ID:822838 | $0.00 | $59.23 | $50.14 |
| 09/04/2013 | DepChk | Received from HINDI, MAHMOUD Y | $200.00 | $0.00 | $250.14 |
| 09/06/2013 | Comm | Received from Canteen Interface, Trans ID:823485 | $0.00 | $11.20 | $238.94 |
| 09/09/2013 | Comm | Received from Canteen Interface, Trans ID:824086 | $0.00 | $58.75 | $180.19 |
| 09/11/2013 | Comm | Received from Canteen Interface, Trans ID:825019 | $0.00 | $5.60 | $174.59 |
| 09/12/2013 | Comm | Received from Canteen Interface, Trans ID:825432 | [illegible] | $59.23 | $115.36 |
| 09/19/2013 | Comm | Received from Canteen Interface, Trans ID:826795 | $0.00 | $40.02 | $75.34 |
| 09/23/2013 | Comm | Received from Canteen Interface, Trans ID:827334 | $0.00 | $27.65 | $47.69 |
| 09/29/2013 | DepChk | Received from HINDI, MAHMOUD Y | $200.00 | $0.00 | $247.69 |
| 10/02/2013 | Comm | Received from Canteen Interface, Trans ID:829257 | $0.00 | $51.72 | $195.97 |

money order from mail

GB004005

**Inmate N : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Details**

**Facility :**

**Booking Type :** Standard **Juvenile :** N **Sex Offender :** N

**Booking # :** 2012029784 **Booking Date/Time :** 09/07/2012 02:36 **SORNA :** **SOR Level :**

**Arrival DtTm :** 09/07/2012 02:36 **Medical Alert :**

**Commited By Agency :** LOUISVILLE METRO CORRECTIONS DEPT

**Search By :** **Search Type :** **Confinement :**

**Sentence Status :** **Sentence Status Date :** **Booking Officer :** Administrator, ADMIN

**SSA Status :** **SSA Date :**

**DOC Compliance :** **DOC Compliance Date :**

**Pride Date :** **Video Rights :** N **Eligible For Parole :** N

**Cell :** H5-N1 **Bed :** 003 **Cell Note :**

**Arrest Details**

**Arrest Number :** 1023802 **Arrest DtTm :** 09/06/2012 07:09

**Arresting Agency :** LOUISVILLE METRO POLICE **Vehical Disp :**

**Cell Transfer Details**

| Cell Name | Assign Date Time | End Date Time |
|---|---|---|
| J4S-7 | 06/03/2013 02:06 | 08/16/2013 22:14 |
| J2-W1 | 08/16/2013 22:14 | 08/23/2013 07:36 |
| J2-W1 | 08/23/2013 07:36 | 08/31/2013 17:56 |
| J2-W1 | 08/31/2013 17:56 | 09/20/2013 21:32 |
| H5-N1 | 09/20/2013 21:32 | |

**Activity Details**

| Activity | Location | Note | Start Date Time | End Date Time |
|---|---|---|---|---|
| CRT | Court | | 07/15/2013 09:00 | 07/15/2013 11:57 |
| CRT | Court | | 08/26/2013 07:44 | 08/26/2013 12:59 |
| CRT | Court | | 10/16/2013 08:44 | 10/16/2013 11:36 |

**Inmate Nur : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801207 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 507.020 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

Inmate N[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y

Bc[illegible]g Charge Details

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801208 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

**Inmate Nu[illegible] : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

**Reference Nbr :** O2801209 **Document Type :** Not Applicable **CAD Case # :**
**Warrant # :** **Citation # :** G478363 **OBTS # :**
**Docket # :** 12F010120 **Docket # 2 :**
**Court Case # :** 12F010120 **Court :**
**Judge Name :**
**Statute :** 508.060 **Description :**
**Category :** NON-CRIMINAL **Class :** OTHER **Modifier :**
**Offence DtTm :** **Charge DtTm :**
**Arrest DtTm :** **Arresting Agency :**
**Charge Status :** **Charge Status DtTm :**
**Charge Disposition :** COURT ORDER **Disposition Dttm :** 09/14/2012 05:09 **Dispose By :**

**Inmate N[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Bo[illegible]g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801210 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | LAUREL CO WARRANT | **Citation # :** | L989129 | **OBTS # :** | |
| **Docket # :** | *00T09993 LAUREL | **Docket # 2 :** | | | |
| **Court Case # :** | *00T09993 LAUREL | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 189.390 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | RIP CREDIT TIME SERVED | **Disposition Dttm :** | 09/09/2012 01:09 | **Dispose By :** | |

**Inmate Nur. ·,·: 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801211 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 507.020 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

Inmate N[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y

B[illegible]ig Charge Details

| | | | | | |
|---|---|---|---|---|---|
| Reference Nbr : | O2801212 | Document Type : | Not Applicable | CAD Case # : | |
| Warrant # : | | Citation # : | G478363 | OBTS # : | |
| Docket # : | 12CR2772 | Docket # 2 : | | | |
| Court Case # : | 12CR2772 | Court : | CR13 | | |
| Judge Name : | | | | | |
| Statute : | 507.020 | Description : | | | |
| Category : | NON-CRIMINAL | Class : | OTHER | Modifier : | |
| Offence DtTm : | | Charge DtTm : | | | |
| Arrest DtTm : | | Arresting Agency : | | | |
| Charge Status : | | | | Charge Status DtTm : | |
| Charge Disposition : | | Disposition Dttm : | | Dispose By : | |

**Inmate Nu[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801213 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

Inmate N... : 00577966 Inmate Name : HINDI, MAHMOUD Y

Bo...g Charge Details

| | | | | | |
|---|---|---|---|---|---|
| Reference Nbr : | O2801214 | Document Type : | Not Applicable | CAD Case # : | |
| Warrant # : | | Citation # : | G478363 | OBTS # : | |
| Docket # : | 12CR2772 | Docket # 2 : | | | |
| Court Case # : | 12CR2772 | Court : | CR13 | | |
| Judge Name : | | | | | |
| Statute : | 508.060 | Description : | | | |
| Category : | NON-CRIMINAL | Class : | OTHER | Modifier : | |
| Offence DtTm : | | Charge DtTm : | | | |
| Arrest DtTm : | | Arresting Agency : | | | |
| Charge Status : | | | | Charge Status DtTm : | |
| Charge Disposition : | | Disposition Dttm : | | Dispose By : | |

Inmate Nu... r : 00577966 Inmate Name : HINDI, MAHMOUD Y

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801215 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate N[illegible] : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Bo[illegible]g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801216 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | M582936 | **OBTS # :** | |
| **Docket # :** | 13F000021 | **Docket # 2 :** | | | |
| **Court Case # :** | 13F000021 | **Court :** | 203 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.080 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate Nun. ~ / : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801217 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant #:** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.01 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

**Inmate N[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Bo[illegible]g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801218 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

**Inmate Num : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801219 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

Inmate N... : 00577966 Inmate Name : HINDI, MAHMOUD Y

Bo...g Charge Details

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801220 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

**Inmate Num... : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801221 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

Inmate N[illegible] : 00577966 Inmate Name : HINDI, MAHMOUD Y

Bo[illegible]g Charge Details

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801222 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12F010120 | **Docket # 2 :** | | | |
| **Court Case # :** | 12F010120 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | COURT ORDER | **Disposition Dttm :** | 09/14/2012 05:09 | **Dispose By :** | |

**Inmate Num : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801223 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | LAUREL CO WARRANT | **Citation # :** | L989129 | **OBTS # :** | |
| **Docket # :** | *00T09993 LAUREL | **Docket # 2 :** | | | |
| **Court Case # :** | *00T09993 LAUREL | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 02900 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | NON-CRIMINAL | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | WARRANT SERVED | **Disposition Dttm :** | 09/07/2012 06:09 | **Dispose By :** | |

**Inmate N[illegible]r : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Boo[illegible]g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801224 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate Num : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801225 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate N... : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Bo...g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801226 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate Num... : 00577966 Inmate Name : HINDI, MAHMOUD Y**

**Booking Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801227 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | G478363 | **OBTS # :** | |
| **Docket # :** | 12CR2772 | **Docket # 2 :** | | | |
| **Court Case # :** | 12CR2772 | **Court :** | CR13 | | |
| **Judge Name :** | | | | | |
| **Statute :** | 508.060 | **Description :** | | | |
| **Category :** | NON-CRIMINAL | **Class :** | OTHER | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | | **Disposition Dttm :** | | **Dispose By :** | |

**Inmate N[illegible] : 00577966** **Inmate Name : HINDI, MAHMOUD Y**

**Boo[illegible]g Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| **Reference Nbr :** | O2801228 | **Document Type :** | Not Applicable | **CAD Case # :** | |
| **Warrant # :** | | **Citation # :** | M582936 | **OBTS # :** | |
| **Docket # :** | 13F000021 | **Docket # 2 :** | | | |
| **Court Case # :** | 13F000021 | **Court :** | | | |
| **Judge Name :** | | | | | |
| **Statute :** | 13123 | **Description :** | | | |
| **Category :** | FELONY | **Class :** | CLASS D FELONY | **Modifier :** | |
| **Offence DtTm :** | | **Charge DtTm :** | | | |
| **Arrest DtTm :** | | **Arresting Agency :** | | | |
| **Charge Status :** | | | | **Charge Status DtTm :** | |
| **Charge Disposition :** | DISMISSED | **Disposition Dttm :** | 01/14/2013 12:01 | **Dispose By :** | |

# Inmate Moves

| CIN #: | Booking #: | | Inmate Name: | | Race/Sex |
|---|---|---|---|---|---|
| 577966 | 2012029784 | HINDI | MAHMOUD | Y | W M |

| Facility: | Floor: | | Cell: | Bed: | Time IN: | Time OUT: |
|---|---|---|---|---|---|---|
| 1 | J1 | P | 1 | 002 | 9/7/2012 04:40:15 | 9/7/2012 05:34:43 |
| 1 | J2W | W | W1 | 013 | 9/7/2012 05:55:29 | 9/17/2012 19:26:54 |
| 1 | J3 | N | 8 | 004 | 9/17/2012 20:58:22 | 12/6/2012 11:32:07 |
| 1 | J3 | S | 7 | 008 | 12/6/2012 11:38:47 | 12/6/2012 20:35:37 |
| 1 | J3 | N | 8 | 006 | 12/6/2012 20:51:08 | 1/1/2013 08:49:37 |
| 1 | J2W | W | OB1 | 003 | 1/1/2013 10:29:55 | 1/3/2013 17:44:24 |
| 1 | J2W | W | 09 | 012 | 1/3/2013 17:44:37 | 1/3/2013 17:45:21 |
| 1 | J2W | W | 09 | 011 | 1/3/2013 17:45:21 | 1/4/2013 18:27:26 |
| 1 | J2W | W | 09 | 001 | 1/4/2013 18:27:26 | 1/22/2013 16:17:40 |
| 1 | J2W | W | W1 | 003 | 1/22/2013 16:18:07 | 1/23/2013 08:59:03 |
| 1 | J2W | W | 08 | 002 | 1/23/2013 08:59:14 | 1/28/2013 17:02:00 |
| 1 | J2W | W | 09 | 006 | 1/28/2013 17:02:00 | 1/31/2013 11:04:23 |
| 1 | J2W | W | W1 | 005 | 1/31/2013 11:04:23 | 1/31/2013 11:08:08 |
| 1 | J2W | W | W1 | 009 | 1/31/2013 11:08:08 | 2/1/2013 13:04:10 |
| 1 | J2W | W | W1 | 005 | 2/1/2013 13:04:10 | 2/6/2013 18:01:29 |
| 1 | J2W | W | W1 | 012 | 2/6/2013 18:01:29 | 2/7/2013 21:30:00 |
| 1 | H5 | W | 09 | 002 | 2/7/2013 21:39:03 | 2/9/2013 13:02:37 |
| 1 | H5 | E | N1 | 001 | 2/9/2013 13:03:35 | 3/3/2013 02:31:08 |
| 1 | J2W | W | W2 | 004 | 3/3/2013 04:01:38 | 3/6/2013 02:35:17 |
| 1 | J2W | W | W2 | 001 | 3/6/2013 02:35:17 | 3/22/2013 21:02:42 |
| 1 | J4 | S | 7 | 006 | 3/22/2013 21:14:22 | 4/14/2013 17:30:59 |
| 1 | J4 | S | 7 | 007 | 4/14/2013 17:30:59 | |

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Booking #2012029784

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 09/20/2013 21:32 | | H5-N1 | 003 | | |
| 08/31/2013 17:56 | 09/20/2013 21:32 | J2-W1 | 010 | | |
| 08/23/2013 07:36 | 08/31/2013 17:56 | J2-W1 | 004 | | |
| 08/16/2013 22:14 | 08/23/2013 07:36 | J2-W1 | 006 | | |
| 06/26/2013 14:25 | 06/26/2013 14:25 | | | | |
| 06/03/2013 02:06 | 08/16/2013 22:14 | J4S-7 | 007 | | |



CIN Verified: Y | Administrative Alert:

Name (L,F,M,S): HINDI | MAHMOUD | Y |

DOB: [redacted] | Race: W | Sex: M | Height: 6'00" | Weight: 195

Hair: BLK | Eyes: GRN | Skin: LIGHT BRO | Glasses: NONE

City OB: ARMOND | State/Country OB: JO | Citizen: US | SSN: [redacted]

Facial Hair: | Hair Len: | Hair Style:

Eye Char: | Teeth: | Build:

Dexterity: | Speech: | Unusual:

Specialty: | Misc Obs: | Religion:

FBI: | AFIS: | Temp AFIS:

SID: A0761434 | NCIC:

Sunday, Oct 20, 2013 12:28 AM

**Address Lookup**

| Last Name | First Name | Address Type | Current Victim/ Witness | Arr # | CVO | EC | Prop Rise OK | Create Book # |
|---|---|---|---|---|---|---|---|---|
| HINDI | YOUSEF | OTHER FAMILY | | | | | | 2012029784 |
| HINDI | HAMZA | OTHER FAMILY | | | | | | 2012029784 |
| CROWE | PHILLIP | FRIEND | | | | | | 2012029784 |
| HINDI | YOUSEF | CHILD | | | | | | 2012029784 |
| ALMOHROUG | HASAN | OTHER FAMILY | | | | | | 2012029784 |
| HINDI | TAREQ | SIBLING | | | | | | 2012029784 |
| HINDI | HASAN | SIBLING | | | | | | 2012029784 |
| HAMZA | HINDI | SIBLING | | | | | | 2012029784 |
| HINDI | MUSA | SIBLING | | | | | | 2012029784 |
| HINDI | FATIMA | SPOUSE | | | | Y | | 2012029784 |
| HINDI | MAHMOUD | EMPLOYMENT | | | | | | 2012029784 |
| HINDI | MAHMOUD | HOME | | | Y | | | 2012029784 |



500NMAIN

CLASSIFICATION Navigator

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Inmate History

Lookup | Detail

| Entry Dt/Tm | Entry By | Text |
|---|---|---|
| [illegible] | [illegible] | Inmate Mahmoud Hindi requested a [illegible] model 1440 . Publ. |
| 08-03-2013 0626 | DRMCNEESE, MCNEESE | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs. |
| 05-14-2013 1624 | KENGLISH, ENGLISH | Wife Fatima called. She said she had not heard from inmate in a few days. I |
| 04-24-2013 1131 | EPATTERSON, DAVIS | Inmate Hindi has two Quarans in his possession. If for any reason one of both |
| 04-24-2013 1123 | EPATTERSON, DAVIS | Per Lt. Davis, inmate Hindi, Mahmoud is allowed to have his oversized Koran. |
| 04-16-2013 1602 | SWHITLOW, WHITLOW | Mr. Hindi was given his Quran that was placed on his property because it had a |
| 03-27-2013 1324 | DPUCKETT, PUCKETT | SMU meeting on this date. Inmate will remain as ADMIN SEG |
| 03-25-2013 1516 | DPUCKETT, PUCKETT | 72 hr SMU review on this date. Went and spoke w the above inmate in concerns |
| 03-22-2013 1507 | MMARTIROSY, MARTIROSYA | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP MOVING FROM J2W/W2#1 TO J4/07 |
| 03-15-2013 1345 | DPUCKETT, PUCKETT | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett*** |
| 03-14-2013 1217 | DJFREEMAN, FREEMAN | From: Freeman, Debra J. |
| 03-14-2013 1054 | SHNANCE, SHIPLEY | A/S hazard added due to inmate case being High Profile, email sent to Sup. |
| 03-13-2013 1319 | DDOOLEY, DOOLEY | Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 3-G refusing to |
| 03-08-2013 1501 | MMOPPINS, MOPPINS | I/MS WIFE FUTIMAS CALL WAS RETURNED 3-7-13 365-2648 I/M WAS GIVEN A MESS |
| 03-03-2013 0237 | VBAILEY, BAILEY | PER MOVE LIST- SLOAN, INMATE TO BE MOVED FROM HEN1/01 TO J2W/W2/04 |
| 03-01-2013 1014 | FITZPATRIC, AYERS | Two grievances turned in. |
| 02-21-2013 1606 | SWAGNER, ARRIAGA | H5/EN1#1. I/M IS CLEARED FROM MH PER MEDICAL MOVELIST FROM NURSE PRIC |
| 02-19-2013 0902 | FITZPATRIC, AYERS | Inmate given property bag with allowables. |
| 02-16-2013 0849 | FITZPATRIC, AYERS | A/R turned into property for allowables. |
| 02-07-2013 1608 | MMARTIROSY, MARTIROSYA | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVIN |
| 02-07-2013 1338 | MMOPPINS, MOPPINS | I/MS WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS |
| 02-06-2013 1758 | MMARTIROSY, MARTIROSYA | PER MAY HENDERSON I/M IS MOVING FROM J2W/W1#6 TO J2W/W1#12 |
| 01-26-2013 1701 | SWAGNER, ARRIAGA | J2W/D9 FROM J2W/D8 - PER MEDICAL MOVELIST FROM MAX HENDERSON. |
| 01-11-2013 1041 | MMOPPINS, MOPPINS | GIVEN A HAIR COMB. |
| 01-07-2013 0914 | SDAUB, DAUB | INMATE CANT BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH- EMAIL SEN |
| 01-04-2013 1231 | JHALE, HALE | Recd write up on 1/1/2013 for |
| 01-03-2013 1641 | MNTHOMPSON, THOMPSON | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN |
| 12-18-2012 0851 | SMEXICOTTE, MEXICOTTE | NO CHANGE IN CLASS. HOLD GOT RELEASE |
| 12-11-2012 0806 | DDOOLEY, DOOLEY | Disciplinary appeal form forwarded to Deputy Director Bingham. |
| 12-10-2012 0951 | SMEXICOTTE, MEXICOTTE | TURNED IN INMATE DISCIPLINARY APPEAL FORM. |
| 12-07-2012 1327 | DDOOLEY, DOOLEY | Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging |
| 12-06-2012 1936 | MMARTIROSY, MARTIROSYA | PER NURSE GRUBBS I/M IS MOVED FROM J3/D8 TO J3/D7#8. |
| 10-11-2012 1457 | SWHITLOW, WHITLOW | Inmate was given his Quran out of his personal property, he removed the |
| 09-18-2012 0838 | SMEXICOTTE, MEXICOTTE | ADDED CHARGE . NO CHANGE IN CLASS. |
| 09-17-2012 1653 | SWAGNER, ARRIAGA | J3/D8#11 FROM J2W/W1#13 - PER MEDICAL MOVELIST FROM MAX HENDERSON. |
| 09-13-2012 1034 | MMOPPINS, MOPPINS | 2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW. |

Previous | Next | Save | Close | OK | Add

Sunday, Oct 20, 2013 12:20 AM

GB004033

09-12-2012 1154 MMOPPINS, MOPPINS REQUEST HAIRCUT AND SHAVE GYM OFFICERS CONTACTED VIA E-MAIL

09-11-2012 1453 SWHITLOW, WHITLOW Mr. Hindi was given a prayer rug, Glasses and a Quran. The prayer rug was drop

[illegible]2012 2248 SWAGNER, ARRIAGA W/M 55 - ORIENTATION & PREA COMPLETE - NO PROPERTY RELEASED - RECEIVEI

09-[illegible]012 1519 MMOPPINS, MOPPINS I/MS WIFE FATIMA HINDI 365-2648 CALL WAS RETURNED. A MESSAGE WAS LEFT R

09-07-2012 0440 BTRAMMELL, TRAMMELL Pre-screening complete; 55 Jordanian/W/M

File Edit IMS Configuration Other Tools Window Help

SOONMAIN

CLASSIFICATION Navigator

Lookup

Detail

Entry Dt/Tm: 06-03-2013 0625

Entry By: DRMCNEESE MCNEESE

I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs.

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

Previous Next
Save Close

Ready

Start Premier IMS Search Desktop 12:31 AM



File Edit IMS Configuration Other Tools Window Help
SOONMAIN
CLASSIFICATION Navigator
Lookup
Detail
Entry By: KENGLISH ENGLISH
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Start
Premier IMS
Search Desktop
12:31 AM

unday, Oct 20, 2013 12:32 AM

GB004036

CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Lookup
Detail
Entry By: EPATTERSON DAVIS
Inmate Bindi has two Qurans in his possession. If for any reason one or both are confiscated, please ensure that they are taken to property.
Lt. Davis.
Ready
Start
Premier IMS
Search Desktop

Premier IMS

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

[redacted] 500KMAIN

**CLASSIFICATION Navigator**

- Summary
- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Evaluation Update
- Inmate History

Previous | Next

Save | Close

Entry Dt/Tm 04/24/2013 11:23 Entry By EPATTERSON DAVIS

Detail

Per Lt. Davis, Inmate Bird, Raymond is allowed to have his oversized Koran. This book is written in Arabic. Any questions, contact me.

Ready

Start | Premier IMS | Search Desktop | 12:32 AM

Sunday, Oct 20, 2013 12:32 AM

GB004038



1551

File Edit IMS Configuration Other Tools Window Help
CLASSIFICATION Navigator
Lookup
Detail
Entry By: SWHITLOW, WHITLOW
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop

Sunday, Oct 20, 2013 12:32 AM

GB004039



File Edit IMS Configuration Other Tools Window Help
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Lockup
Detail
Previous
Next
Save
Close
Start
Premier IMS
Search Desktop
12:32 AM

Sunday, Oct 20, 2013 12:32 AM

GB004040



1553

File Edit IMS Configuration Other Tools Window Help
500RMAIN
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Lookup
Detail
Entry Dt Tm: 03-25-2013 1518
Entry By: DPUCKETT PUCKETT
72 hr SRU review on this date. Went and spoke w the above inmate in concerns of his housing location. Inmate was unsure as to why he was in his current housing location. I informed him that because of his clearance from medical to return to general population was the reason for my visit w him. I explained the reason as to why he had been placed in his current housing location and inmate was understanding of this fact. He has signed on his SRU review sheet requesting a move to Protective Custody. The
Ready
Start
Premier IMS
Search Desktop
12:32 AM

Sunday, Oct 20, 2013 12:32 AM

GB004041

Premier IMS

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

[redacted] 500MMAIN

**CLASSIFICATION Navigator**

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Inmate History

Previous | Next

Save | Close

Lookup | Detail

Entry Dt/Tm: 10-22-2013 1607 Entry By: MMARTIROSY MARTIROSYAN

PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2B/U2#1 TO J4/D7#6. E-MAIL SENT TO D.PUCKETT. SEE PREVIOUS ENTRY.

Ready

Start | Premier IMS | Search Desktop | 12:33 AM

Sunday, Oct 20, 2013 12:33 AM

1555

CLASSIFICATION Navigator

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

Lookup | Detail

Entry Dt Tm: 03-15-2013 1345 Entry By: DPUCKETT, PUCKETT

***Once cleared from medical, please place ADMIN SEG and alert David Puckett****
Once the inmate has been cleared from medical, the inmate will have to be reviewed by SHU staff on Wednesdays. Date will be forth coming upon clearence from medical.

Previous | Next
Save | Close

Ready

Sunday, Oct 20, 2013 12:33 AM

GB004043



Premier IMS
File Edit IMS Configuration Other Tools Window Help
500H MAIN
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Lookup
Detail
Entry Dt/Tm: 03-14-2013 1217
Entry By: DJFREEMAN FREEMAN
From: Freeman, Debra J.
Sent: Thursday, March 14, 2013 12:17 PM
Cc: Freeman, Debra J.; Hopkins, Marilyn
Subject: Gym request
[illegible] he is requesting to goto gym.
Thanks
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:33 AM

Sunday, Oct 20, 2013 12:33 AM

GB004044

File Edit IMS Configuration Other Tools Window Help

SBCN MAIN

**CLASSIFICATION Navigator**

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Evaluation Update
Inmate History

Lookup | Detail

**Entry Dt Tm:** 03-14-2013 1054 **Entry By:** SHNANCE/SHIPLEY

A/S hazard added due to inmate case being High Profile, email sent to Sup. Puckett for review.

Previous | Next
Save | Close

Ready

Start | Premier IMS | Search Desktop | 12:39 AM

Sunday, Oct 20, 2013 12:33 AM

CLASSIFICATION
Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Entry Dt/Tm: 03-13-2013 1319
Entry By: DOOLEY, DOOLEY
Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 3-G refusing to follow instructions, 4-K assaulting staff. Write up was dismissed for due process
Previous
Next
Save
Close
Start
Premier IMS
Search Desktop
12:33 AM

unday, Oct 20, 2013 12:34 AM

GB004046



File Edit Ims Configuration Other Tools Window Help
500NMAIN
CLASSIFICATION Navigator
Lookup
Detail
Entry Dt Tm: 03-08-2013 1601
Entry By: MMORRINS, MORRINS
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:34 AM

Sunday, Oct 20, 2013 12:34 AM

GB004047



File Edit IMS Configuration Other Tools Window Help
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Start
Premier IMS
Search Desktop
12:34 AM

unday, Oct 20, 2013 12:34 AM

GB004048



CLASSIFICATION Navigator
Lookup
Detail
Entry Dt/Tm: 03-01-2013 1014
Entry By: F/T2PATRIC AYERS
Two grievances turned in
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:34 AM

Sunday, Oct 20, 2013 12:34 AM

GB004049



CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Lookup
Detail
500NMAIN
Entry By: SWAGNER ARRIAGA
Previous
Next
Save
Close
Start
Premier IMS
Search Desktop
12:35 AM

unday, Oct 20, 2013 12:35 AM

GB004050



CLASSIFICATION Navigator
Entry Dt/Tm: 02/19/2013 0902
Entry By: FITZPATRIC, AYERS
Inmate given property bag with allowables
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:35 AM

Sunday, Oct 20, 2013 12:35 AM

GB004051



CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Entry Dt/Tm
Entry By: FITZPATRICK AYERS
Previous
Next
Save
Close
Search Desktop
12:35 AM

unday, Oct 20, 2013 12:35 AM

GB004052



File Edit IMS Configuration Other Tools Window Help
500NMAIN
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Lookup
Entry Dt/Tm: 02 07 2013 1608
Entry By: MMARTIROSY, MARTIROSYAN
PER DR EASLEY I/M IS CLEAR FOR GP, HAS DISCIPLINARY TIME TO SERVE. MOVING FROM
2B/M1#12 TO H5/D9#2 (NO D/S HOUSING AVAILABLE AT THIS TIME)
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:35 AM

Sunday, Oct 20, 2013 12:35 AM

GB004053



File Edit IMS Configuration Other Tools Window Help
Chronological Notes
500NMAIN
CLASSIFICATION Navigator
Lookup
Detail
Entry By: MMOPPINS MOPPINS
I/M'S WIFE FATIMA HINDI 502-965-7640 CALL WAS RETURNED AT I/M REQUEST. MS. HINDI REPORTS NOT HEARING FROM I/M IN THREE DAYS AND I/M USUALLY CALLS EVERYDAY. I/M WILL CALL HER LATER TODAY
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Evaluation Update
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:35 AM

Sunday, Oct 20, 2013 12:35 AM

GB004054

Premier IMS

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

[redacted] 500NMAIN

**CLASSIFICATION Navigator**

Lookup

Detail

Entry D/Tm: 02-06-2013 1758 Entry By: MMARTIROSY MARTIROSYAN

PER MAX HENDERSON I/M IS MOVING FROM 12W/W1#5 TO 12W/41#12

- Summary
- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Evaluation Update
- Inmate History

Previous Next

Save Close

Ready

Start Premier IMS Search Desktop 12:36 AM

Sunday, Oct 20, 2013 12:36 AM

Premier IMS

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

506NMAIN

CLASSIFICATION Navigator

Summary
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Evaluation Update
Inmate History

Lookup | Detail

Entry Dt Tm: 01-28-2013 17:01 Entry By: SWADNER, ARRIAGA

[illegible] PER MEDICAL [illegible] FROM MAX HENDERSON

Previous Next
Save Close

Ready

Start | Premier IMS | Search Desktop | 12:36 AM

Sunday, Oct 20, 2013 12:36 AM

GB004056



1569

File Edit IMS Configuration Other Tools Window Help
CLASSIFICATION
Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Lookup
Detail
Entry Dt/Tm:
Entry By: MMOPPINS, MOPPINS
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:36 AM

Sunday, Oct 20, 2013 12:36 AM

GB004057

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

**CLASSIFICATION Navigator**

Lookup | Detail

Entry Dt/Tm: 01-07-2013 09:14 | Entry By: [illegible]

INMATE CAN [illegible] BE MOVED TO [illegible] UNTIL CLEARED BY MENTAL HEALTH. EMAIL SENT TO [illegible] AND HALE.

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Evaluation Update
- Inmate History

Previous | Next

Save | Close

Ready

Start | Premier IMS | Search Desktop | 12:36 AM

unday, Oct 20, 2013 12:36 AM

GB004058

File Edit IMS Configuration Other Tools Window Help

SOONMAIN

CLASSIFICATION Navigator

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

| Entry Dt Tm | Entry By | Text |
|---|---|---|
| 06-05-2013 1053 | EPATTERSON, DAVIS | Inmate Mahmoud Hindi recieved a Timex sports watch, model 1440. Public |
| 06-03-2013 0626 | DRMCNEESE, MCNEESE | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs |
| 05-14-2013 1524 | KENGLISH, ENGLISH | Wife Fatima called. She said she had not heard from inmate in a few days. I |
| 04-24-2013 1151 | EPATTERSON, DAVIS | Inmate Hindi has two Qurans in his possession. If for any reason one or both |
| 04-24-2013 1123 | EPATTERSON, DAVIS | Per Lt. Davis, Inmate Hindi, Mahmoud is allowed to have his oversized koran |
| 04-16-2013 1602 | SWHITLOW, WHITLOW | Mr. Hindi was given his Quran that was placed on his property because it had a |
| 03-27-2013 1324 | DPUCKETT, PUCKETT | SMU hearing on this date. Inmate will remain on ADMIN SEG. |
| 03-25-2013 1516 | DPUCKETT, PUCKETT | 72 hr SMU review on this date. Went and spoke w the above inmate on concerns |
| 03-22-2013 1807 | MMARTIROSY, MARTIROSYA | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2W/W2#1 TO J4/07 |
| 03-15-2013 1345 | DPUCKETT, PUCKETT | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett*** |
| 03-14-2013 1217 | DJFREEMAN, FREEMAN | From: Freeman, Debra |
| 03-14-2013 1054 | SHNANCE, SHIRLEY | A/S hazard added due to inmate case being High Profile, email sent to Sup |
| 03-13-2013 1318 | DDOOLEY, DOOLEY | Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 2-C refusing to |
| 03-08-2013 1501 | MMOPPINS, MOPPINS | I/M'S WIFE FATIMA'S CALL WAS RETURNED 3-7-13 365-2648. I/M WAS GIVEN A MESE |
| 03-03-2013 0237 | VBAILEY, BAILEY | PER MOVE LIST, SLOAN, INMATE TO BE MOVED FROM HSNY/01 TO J2W/W2/04 |
| 03-01-2013 1014 | FITZPATRIC, AYERS | Two grievances turned in |
| 02-21-2013 1806 | SWAGNER, ARRAGA | H6/SN 06 - I/M IS CLEARED FROM MH PER MEDICAL MOVELIST FROM NURSE PRIC |
| 02-19-2013 0902 | FITZPATRIC, AYERS | Inmate given property bag with allowables |
| 02-15-2013 0943 | FITZPATRIC, AYERS | A/R turned into property for allowables |
| 02-07-2013 1808 | MMARTIROSY, MARTIROSYA | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVIN |
| 02-07-2013 1336 | MMOPPINS, MOPPINS | I/M'S WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS |
| 02-06-2013 1758 | MMARTIROSY, MARTIROSYA | PER MAX HENDERSON I/M IS MOVING FROM J2W/W1#6 TO J2W/W1#2 |
| 01-28-2013 1707 | SWAGNER, ARRAGA | J2W/09 FROM J2W/08 - PER MEDICAL MOVELIST FROM MAX HENDERSON |
| 01-11-2013 1041 | MMOPPINS, MOPPINS | GIVEN A HAIR COMB |
| 01-07-2013 0914 | SDAUB, DAUB | INMATE CAN'T BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH. EMAIL SEN |
| [illegible] | [illegible] | [illegible] |
| 01-03-2013 1841 | MNTHOMPSON, THOMPSON | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN |
| 12-18-2012 0831 | SMEXICOTTE, MEXICOTTE | NO CHANGE IN CLASS. HOLD GOT RELEASE |
| 12-11-2012 0800 | DDOOLEY, DOOLEY | Disciplinary appeal form forwarded to Deputy Director Bingham |
| 12-10-2012 0951 | SMEXICOTTE, MEXICOTTE | TURNED IN INMATE DISCIPLINARY APPEAL FORM |
| 12-07-2012 1327 | DDOOLEY, DOOLEY | Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging |
| 12-06-2012 1936 | MMARTIROSY, MARTIROSYA | PER NURSE GRUBBS I/M IS MOVED FROM J3/08 TO J3/07#6 |
| 10-11-2012 1457 | SWHITLOW, WHITLOW | Inmate was given his Quarn out of his personal property, he removed the |
| 09-18-2012 0936 | SMEXICOTTE, MEXICOTTE | ADDED CHARGE. NO CHANGE IN CLASS |
| 09-17-2012 1853 | SWAGNER, ARRAGA | J3/08#11 FROM J2W/W1#3 - PER MEDICAL MOVELIST FROM MAX HENDERSON |
| 09-13-2012 1034 | MMOPPINS, MOPPINS | 2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW |

Previous Next
Save Close
OK Add

Ready
Start | Premier IMS | Search Desktop | 12:36 AM

Sunday, Oct 20, 2013 12:37 AM

CLASSIFICATION Navigator
Lookup
Detail
SUMMARY
Entry Dt/Tm 01-03-2013 1641
Entry By MNTHOMPSON, THOMPSON
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:37 AM

Sunday, Oct 20, 2013 12:37 AM

GB004060



CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Lookup
Detail
Entry Dt/Tm: 12-18-2012 0531
NO CHANGE IN CLASS, HOLD FOR RELEASE
Ready
Start
Premier IMS
Search Desktop
12:37 AM

Sunday, Oct 20, 2013 12:37 AM

GB004061

Sunday, Oct 20, 2013 12:38 AM





Premier IMS
File Edit IMS Configuration Other Tools Window Help
500NMAIN
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Lookup
Detail
Entry Dt/Tm: 12/07/2012 1327
Entry By: DOOLEY, DOOLEY
Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging in sexual activities with another person. received 15 days disp.seg. probated.
Ready
Start
Premier IMS
Search Desktop

Sunday, Oct 20, 2013 12:38 AM

GB004063



CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Entry Dt/Tm: 12 06 2012 1536
Entry By: MMARTIROSY MARTIROSYAN
SOONMAIN
Ready
Start
Premier IMS
12:38 AM

Sunday, Oct 20, 2013 12:38 AM

GB004064

500NMAIN

**CLASSIFICATION Navigator**

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Inmate History

Previous | Next

Save | Close

Lookup | Detail

Entry DtTm: 10-11-2012 1457 Entry By: SWHITLOW WHITLOW

Inmate was given his Quran out of his personal property, he removed the hardback cover and the cover was placed back in his property.
Spoke with his son 270-804-5664 concerning his Quran

Ready

Start | Premier IMS | Search Desktop

File Edit TMS Configuration Other Tools Window Help

Chronological Notes

SOONMAIN

CLASSIFICATION Navigator

Lookup

Detail

Entry Dt/Tm: 10-18-2012 0838

Entry By: SMEXCOTTE, MEXCOTTE

ADDED CHARGE - NO CHANGE IN CLASS

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

Previous Next
Save Close

Ready

Start Premier IMS Search Desktop 12:38 AM

Sunday, Oct 20, 2013 12:39 AM

GB004066

File Edit IMS Configuration Other Tools Window Help

[redacted] 500NMAIN

**CLASSIFICATION Navigator**

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

Lookup | Detail

Entry Dt/Tm: 09-17-2012 1653 | Entry By: SWAGNER ARRIAGA

J3/D8#11 FROM U2W/U1#19 - PER MEDICAL MOVELIST FROM MAX HENDERSON

Previous | Next
Save | Close

Ready

Start | Premier IMS | Search Desktop | 12:39

File Edit IMS Configuration Other Tools Window Help
CLASSIFICATION Navigator
Lookup
2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:39 AM

Sunday, Oct 20, 2013 12:39 AM

GB004068



File Edit TMS Configuration Other Tools Window Help
SOONMAIN
CLASSIFICATION Navigator
Lookup
Detail
Entry Dt/Tm: 09-12-2012 1154
Entry By: MMORRINS MORRINS
REQUEST HAIRCUT AND SHAVE. CTR OFFICERS CONTACTED VIA E-MAIL.
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop
12:39 AM

Sunday, Oct 20, 2013 12:39 AM

GB004069

File Edit IMS Configuration Other Tools Window Help

CLASSIFICATION Navigator

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Evaluation Update
Inmate History

Previous | Next
Save | Close

500NMAIN

Lookup | Detail

Entry Dt Tm: 09-11-2012 1453 Entry By: SWHITLOW, WHITLOW

Mr. Hindi was given a prayer rug, Glasses and a Quran. The prayer rug was drop off by his son.

Ready

Start | Premier IMS | Search Desktop | 12:39 AM

Sunday, Oct 20, 2013 12:39 AM

File Edit IMS Configuration Other Tools Window Help

500NMAIN

**CLASSIFICATION Navigator**

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History

Previous | Next
Save | Close

Lookup | Detail

Entry Dt/Tm: 10-08-2012 2248 Entry By: SWAGNER ARRIAGA

W/M 55 - ORIENTATION & PREA COMPLETE - NO PROPERTY RELEASED - RECEIVED HANDBOOK -
RTN: 203 ON 9/14 - MURDER, ASLT 1/WE 1 X / T - $1,000,000 + **HOLD LAUREL CO** MED
414.45 - OVERRIDE HIGH TO LOW MED

Ready

Start | Premier IMS | Search Desktop | 12:40

Sunday, Oct 20, 2013 12:40 AM

File Edit IMS Configuration Other Tools Window Help

Chronological Notes

500NMAIN

**CLASSIFICATION Navigator**

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Inmate History

Lookup | Detail

Entry Dt/Tm 09-07-2012 1519 Entry By MMOPPINS, MOPPINS

[illegible] VISIT FATIMA HINDI 965-2640 CALL WAS RETURNED A MESSAGE WAS LEFT [illegible] FATIMA [illegible] HINDI WAS GIVEN VISIT DATE AND TIME BY MH PROFESSIONAL BEV HASKINS

Previous | Next

Save | Close

Ready

Start | Premier IMS | Search Desktop | 12:40 AM

Sunday, Oct 20, 2013 12:40 AM

GB004072



1585

500NMAIN
CLASSIFICATION Navigator
Lookup
Detail
Entry Dt Tm: 09-07-2012 0440
Entry By: BTRAMMELL, TRAMMELL
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Inmate History
Previous
Next
Save
Close
Ready
Start
Premier IMS
Search Desktop

Sunday, Oct 20, 2013 12:40 AM

GB004073



1586

Premier IMS

File Edit IMS Configuration Other Tools Window Help

[redacted]

401CMAIN

**CLASSIFICATION Navigator**

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Chronological Notes
- [redacted]

Browse History | Edit History

Start Dt: 09-07-2012 End Dt: 10-20-2013 Event Type:

Find | Clear to Find

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| [redacted] | | | | |
| 06-12-2013 1640 | VISA | V15 | DSPEARMAN, SPEARMA | 06-12-2013 1640 |
| 06-03-2013 1410 | IN | IN | BMOORE, MOORE | 06-03-2013 1410 |
| 06-03-2013 0819 | CRT | COURT | JHORN, HORN | 06-03-2013 0819 |
| 05-17-2013 0216 | GRIEV | GRIEV #2013000456 | LUPTON, UPTON | 05-17-2013 1423 |
| 05-16-2013 1649 | VISA | V12 | RMERRITT, MERRITT | 05-16-2013 1649 |
| 05-11-2013 0739 | VISA | V12 | CGIBBS, GIBBS | 05-11-2013 0739 |
| 04-26-2013 1125 | IN | IN | VLLOYD, LLOYD | 04-26-2013 1125 |
| 04-26-2013 0928 | CRT | COURT | VLLOYD, LLOYD | 04-26-2013 0928 |
| 04-14-2013 1730 | MOVE | NEW HOUSING | HSIMMONS, SIMMONS | 04-14-2013 1730 |
| 04-13-2013 1637 | VISA | V117 | CPENDLEY, PENDLEY | 04-13-2013 1637 |
| 04-02-2013 1239 | IN | IN | JWARNER, WARNER | 04-02-2013 1239 |
| 04-02-2013 0738 | CLNC | CLINIC | JWARNER, WARNER | 04-02-2013 0738 |
| 03-26-2013 1619 | IN | IN | AMBRADLEY, BRADLEY | 03-26-2013 1619 |
| 03-26-2013 1449 | OTHR | OTHER OFF THE FLOOR | WBATTS, BATTS | 03-26-2013 1449 |
| 03-22-2013 2114 | MOVE | NEW HOUSING | CADSMITH, SMITH | 03-22-2013 2114 |
| 03-22-2013 2102 | MOVE | NEW HOUSING | KFERGUSON, FERGUSON | 03-22-2013 2102 |
| 03-22-2013 1606 | CLAS | CLASSIFICATION UPDATE | MMARTIROSY, MARTIROS | 03-22-2013 1606 |
| 03-16-2013 1650 | VISA | V17 | RMERRITT, MERRITT | 03-16-2013 1650 |
| 03-14-2013 1051 | CLAS | CLASSIFICATION UPDATE | SHNANCE, SHIPLEY | 03-14-2013 1051 |
| 03-13-2013 0203 | GRIEV | GRIEV #2013000221 | LUPTON, UPTON | 03-13-2013 1419 |
| 03-11-2013 1642 | VISA | V18 | RDBURNS, BURNS | 03-11-2013 1642 |
| 03-06-2013 0235 | MOVE | NEW HOUSING | SCOLLEY, COLLEY | 03-06-2013 0235 |
| 03-05-2013 1610 | IN | IN | AFUGATE, FUGATE | 03-05-2013 1610 |
| 03-04-2013 0210 | GRIEV | GRIEV #2013000185 | LUPTON, UPTON | 03-04-2013 1415 |
| 03-03-2013 1129 | HOSP | HOSPITAL | CMCKINNEY, MCKINNEY | 03-03-2013 1129 |
| 03-03-2013 0917 | INCI | INC #2013001366 | WMUMFORD, MUMFORD | 03-03-2013 0931 |
| 03-03-2013 0401 | MOVE | NEW HOUSING | SCOLLEY, COLLEY | 03-03-2013 0401 |
| 03-03-2013 0230 | MOVE | NEW HOUSING | SGLISSON, GLISSON | 03-03-2013 0230 |
| 03-02-2013 1946 | INCI | INC #2013001349 | ELGOFF, GOFF | 03-02-2013 1956 |
| 02-18-2013 2352 | RELSTO | RELEASE STORAGE | SWBREWER, BREWER | 02-18-2013 2352 |
| 02-10-2013 1636 | VISA | V128 | CPENDLEY, PENDLEY | 02-10-2013 1636 |
| 02-09-2013 1303 | MOVE | NEW HOUSING | BMOORE, MOORE | 02-09-2013 1303 |
| 02-09-2013 1302 | MOVE | NEW HOUSING | BASHERPARD, SHEPPAR | 02-09-2013 1302 |

Previous | Next | Save | Close | Add

Ready

Start | Premier IMS | Search Desktop | 12:41 AM

ınday, Oct 20, 2013 12:41 AM

GB004074



1587

File Edit IMS Configuration Other Tools Window Help

CLASSIFICATION Navigator

- Related Addresses
- Demographic Detail
- Incident Lookup
- EIF/Co-Defendants/Gangs
- Chronological Notes

Browse History | Edit History

Start Dt: 09-07-2012 End Dt: 10-20-2013 Event Type: | Find | Clear to Find

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| 02-09-2013 1230 | INCI | INC #2013000670 | SDEJARNETT, DEJARNETT | 02-09-2013 1302 |
| 02-08-2013 0732 | CLAS | CLASSIFICATION UPDATE | MBOARDS, BOARDS | 02-08-2013 0732 |
| 02-07-2013 2139 | MOVE | NEW HOUSING | RSOOKAL, SOOKAL | 02-07-2013 2138 |
| 02-07-2013 2129 | MOVE | NEW HOUSING | CSTENGEL, STENGEL | 02-07-2013 2129 |
| 02-07-2013 1607 | CLAS | CLASSIFICATION UPDATE | MMARTIROSY, MARTIROS | 02-07-2013 1607 |
| 02-07-2013 1606 | CLAS | CLASSIFICATION UPDATE | MMARTIROSY, MARTIROS | 02-07-2013 1606 |
| 02-06-2013 1601 | MOVE | NEW HOUSING | MFORBES, FORBES | 07-06-2013 1601 |
| 02-04-2013 1538 | VISA | V126 | CPENDLEY, PENDLEY | 02-04-2013 1538 |
| 02-01-2013 1304 | MOVE | NEW HOUSING | DOMILLER, MILLER | 02-01-2013 1304 |
| 01-31-2013 1107 | MOVE | NEW HOUSING | DOMILLER, MILLER | 01-31-2013 1107 |
| 01-31-2013 1104 | MOVE | NEW HOUSING | DOMILLER, MILLER | 01-31-2013 1104 |
| 01-28-2013 1701 | MOVE | NEW HOUSING | CMARBREY, MARBREY | 01-28-2013 1701 |
| 01-23-2013 0859 | MOVE | NEW HOUSING | DOMILLER, MILLER | 01-23-2013 0859 |
| 01-23-2013 0858 | MOVE | NEW HOUSING | DOMILLER, MILLER | 01-23-2013 0858 |
| 01-22-2013 1617 | MOVE | NEW HOUSING | DRAMSEY, RAMSEY | 01-22-2013 1617 |
| 01-22-2013 1617 | MOVE | NEW HOUSING | DRAMSEY, RAMSEY | 01-22-2013 1617 |
| 01-19-2013 1637 | VISA | V119 | CPENDLEY, PENDLEY | 01-19-2013 1637 |
| 01-14-2013 1400 | IN | IN | BBERRY, BERRY | 01-14-2013 1400 |
| 01-14-2013 0747 | CRT | COURT | DOMILLER, MILLER | 01-14-2013 0747 |
| 01-09-2013 0319 | GRIEV | GRIEV #2013000021 | LUPTON, UPTON | 01-09-2013 1532 |
| 01-04-2013 1827 | MOVE | NEW HOUSING | CSTENGEL, STENGEL | 01-04-2013 1827 |
| 01-03-2013 1745 | BADM | NEW HOUSING | CSTENGEL, STENGEL | 01-03-2013 1745 |
| 01-03-2013 1745 | MOVE | NEW HOUSING | CSTENGEL, STENGEL | 01-03-2013 1745 |
| 01-03-2013 1744 | BADM | NEW HOUSING | CSTENGEL, STENGEL | 01-03-2013 1744 |
| 01-03-2013 1744 | MOVE | NEW HOUSING | CSTENGEL, STENGEL | 01-03-2013 1744 |
| 01-03-2013 1744 | MOVE | NEW HOUSING | CSTENGEL, STENGEL | 01-03-2013 1744 |
| 01-03-2013 1300 | IN | IN | DOMILLER, MILLER | 01-03-2013 1300 |
| 01-03-2013 0736 | CRT | COURT | DOMILLER, MILLER | 01-03-2013 0736 |
| 01-01-2013 1300 | INCI | INC #2013000008 | PALLEN, ALLEN | 01-01-2013 1432 |
| 01-01-2013 1029 | BADM | NEW HOUSING | DOMILLER, MILLER | 01-01-2013 1029 |
| 01-01-2013 1029 | MOVE | NEW HOUSING | DOMILLER, MILLER | 01-01-2013 1029 |
| 01-01-2013 0849 | MOVE | NEW HOUSING | JSTINSON, STINSON | 01-01-2013 0849 |
| 12-27-2012 1653 | VISA | V139 | CPENDLEY, PENDLEY | 12-27-2012 1653 |
| 12-23-2012 1221 | VISA | V18 | JHENDRICKS, HENDRICKS | 12-23-2012 1221 |

Previous | Next

Save | Close | Add

Ready

Start | Premier IMS | Search Desktop

Sunday, Oct 20, 2013 12:42 AM

GB004075



File Edit IMS Configuration Other Tools Window Help
401C MAIN
CLASSIFICATION Navigator
Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Chronological Notes
Browse History
Edit History
Start Dt: 09-07-2012
End Dt: 10-20-2013
Event Type:
Find
Clear to Find
Previous
Next
Save
Close
Add
Ready
Start
Premier IMS
Search Desktop
12:42 AM

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| 12-18-2012 0831 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXICOTTE | 12-18-2012 0831 |
| 12-18-2012 0831 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXICOTTE | 12-18-2012 0831 |
| 12-13-2012 1633 | VISA | V19 | CPENDLEY, PENDLEY | 12-13-2012 1633 |
| 12-06-2012 2050 | MOVE | NEW HOUSING | CMERNEST, ERNEST | 12-06-2012 2050 |
| 12-06-2012 2035 | MOVE | NEW HOUSING | MLLYNCH, LYNCH | 12-06-2012 2035 |
| 12-06-2012 1136 | MOVE | NEW HOUSING | VLLOYD, LLOYD | 12-06-2012 1136 |
| 12-06-2012 1131 | MOVE | NEW HOUSING | MWEEKES, WEEKES | 12-06-2012 1131 |
| 12-06-2012 1014 | INCI | INC #201200739 | JJONES, JONES | 12-06-2012 1249 |
| 12-03-2012 1400 | IN | IN | RLDAVIS, DAVIS | 12-03-2012 1400 |
| 12-03-2012 1035 | CRT | COURT | RLDAVIS, DAVIS | 12-03-2012 1035 |
| 12-02-2012 2154 | VISA | V127 | RDBURNS, BURNS | 12-02-2012 2154 |
| 11-29-2012 1633 | VISA | V127 | CPENDLEY, PENDLEY | 11-29-2012 1633 |
| 11-25-2012 1647 | VISA | V10 | CPENDLEY, PENDLEY | 11-25-2012 1647 |
| 11-18-2012 1936 | VISA | V10 | CPENDLEY, PENDLEY | 11-18-2012 1936 |
| 11-15-2012 1640 | VISA | V10 | RDBURNS, BURNS | 11-15-2012 1640 |
| 11-04-2012 1911 | VISA | V120 | CPENDLEY, PENDLEY | 11-04-2012 1911 |
| 11-02-2012 1217 | IN | IN | VLLOYD, LLOYD | 11-02-2012 1217 |
| 11-02-2012 0809 | CRT | COURT | JSTINSON, STINSON | 11-02-2012 0809 |
| 10-28-2012 1543 | VISA | V120 | CPENDLEY, PENDLEY | 10-28-2012 1543 |
| 10-18-2012 1636 | VISA | V143 | CPENDLEY, PENDLEY | 10-18-2012 1636 |
| 10-04-2012 1633 | VISA | V129 | CPENDLEY, PENDLEY | 10-04-2012 1633 |
| 09-26-2012 1555 | INCI | INC #201200 5853 | MZAPATA, ZAPATA | 09-26-2012 1603 |
| 09-21-2012 1646 | VISA | V138 | CPENDLEY, PENDLEY | 09-21-2012 1646 |
| 09-18-2012 0838 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXICOTTE | 09-18-2012 0838 |
| 09-18-2012 0837 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXICOTTE | 09-18-2012 0837 |
| 09-18-2012 0742 | CLAS | CLASSIFICATION UPDATE | SFLENER, FLENER | 09-18-2012 0742 |
| 09-17-2012 2058 | MOVE | NEW HOUSING | GSHIRLEY, SHIRLEY | 09-17-2012 2058 |
| 09-17-2012 1926 | MOVE | NEW HOUSING | EOBANNON, OBANNON | 09-17-2012 1926 |
| 09-17-2012 1703 | IN | IN | EOBANNON, OBANNON | 09-17-2012 1703 |
| 09-17-2012 1651 | VISA | V138 | RDBURNS, BURNS | 09-17-2012 1651 |
| 09-17-2012 1149 | CRT | COURT | DLYDON, LYDON | 09-17-2012 1149 |
| 09-15-2012 2033 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 2033 |
| 09-15-2012 1953 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 1953 |
| 09-14-2012 1341 | IN | IN | MCCULLOUGH, MCCULLO | 09-14-2012 1341 |

Sunday, Oct 20, 2013 12:42 AM

GB004076



File Edit IMS Configuration Other Tools Window Help

CLASSIFICATION Navigator

Related Addresses
Demographic Detail
Incident Lookup
EIF/Co-Defendants/Gangs
Chronological Notes

Browse History | Edit History

Start Dt: 09-07-2012 End Dt: 10-20-2013 Event Type:

Find | Clear to Find

| Event Date/Time | Event Type | Destination | Entered By | Entry Date/Time |
|---|---|---|---|---|
| 11-29-2012 1633 | VISA | V127 | CPENDLEY, PENDLEY | 11-29-2012 1633 |
| 11-25-2012 1647 | VISA | V10 | CPENDLEY, PENDLEY | 11-25-2012 1647 |
| 11-18-2012 1936 | VISA | V10 | CPENDLEY, PENDLEY | 11-18-2012 1936 |
| 11-15-2012 1640 | VISA | V10 | RDBURNS, BURNS | 11-15-2012 1640 |
| 11-04-2012 1911 | VISA | V120 | CPENDLEY, PENDLEY | 11-04-2012 1911 |
| 11-02-2012 1217 | IN | IN | VLLOYD, LLOYD | 11-02-2012 1217 |
| 11-02-2012 0809 | CRT | COURT | JSTINSON, STINSON | 11-02-2012 0809 |
| 10-28-2012 1643 | VISA | V120 | CPENDLEY, PENDLEY | 10-28-2012 1643 |
| 10-18-2012 1636 | VISA | V143 | CPENDLEY, PENDLEY | 10-18-2012 1636 |
| 10-04-2012 1633 | VISA | V129 | CPENDLEY, PENDLEY | 10-04-2012 1633 |
| 09-26-2012 1556 | INCI | INC #2012005863 | MZAPATA, ZAPATA | 09-26-2012 1603 |
| 09-21-2012 1646 | VISA | V138 | CPENDLEY, PENDLEY | 09-21-2012 1646 |
| 09-18-2012 0838 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXCOTTE | 09-18-2012 0838 |
| 09-18-2012 0837 | CLAS | CLASSIFICATION UPDATE | SMEXCOTTE, MEXCOTTE | 09-18-2012 0837 |
| 09-18-2012 0742 | CLAS | CLASSIFICATION UPDATE | SFLENER, FLENER | 09-18-2012 0742 |
| 09-17-2012 2058 | MOVE | NEW HOUSING | GSHIRLEY, SHIRLEY | 09-17-2012 2058 |
| 09-17-2012 1926 | MOVE | NEW HOUSING | EOBANNON, OBANNON | 09-17-2012 1926 |
| 09-17-2012 1703 | IN | IN | EOBANNON, OBANNON | 09-17-2012 1703 |
| 09-17-2012 1651 | VISA | V138 | RDBURNS, BURNS | 09-17-2012 1651 |
| 09-17-2012 1149 | CRT | COURT | DLYDON, LYDON | 09-17-2012 1149 |
| 09-15-2012 2033 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 2033 |
| 09-15-2012 1953 | VISA | V138 | CPENDLEY, PENDLEY | 09-15-2012 1953 |
| 09-14-2012 1341 | IN | IN | MCCULLOUGH, MCCULLO | 09-14-2012 1341 |
| 09-14-2012 0741 | CRT | COURT | BBERRY, BERRY | 09-14-2012 0741 |
| 09-12-2012 1753 | VISA | V138 | RDBURNS, BURNS | 09-12-2012 1753 |
| 09-10-2012 1641 | VISA | V131 | CPENDLEY, PENDLEY | 09-10-2012 1641 |
| 09-08-2012 2250 | CLAS | CLASSIFICATION UPDATE | SWAGNER, ARRIAGA | 09-08-2012 2250 |
| 09-08-2012 2248 | CLAS | CLASSIFICATION UPDATE | SWAGNER, ARRIAGA | 09-08-2012 2248 |
| 09-08-2012 1730 | VISA | V110 | CPENDLEY, PENDLEY | 09-08-2012 1730 |
| 09-07-2012 0625 | RELSTO | RELEASE STORAGE | GLLAGUNO, LLAGUNO | 09-07-2012 0625 |
| 09-07-2012 0555 | MOVE | NEW HOUSING | BSDEWITT, DEWITT | 09-07-2012 0555 |
| 09-07-2012 0534 | MOVE | NEW HOUSING | DJTASSIN, TASSIN | 09-07-2012 0534 |
| 09-07-2012 0440 | MOVE | NEW HOUSING | BTRAMMELL, TRAMMELL | 09-07-2012 0440 |
| 09-07-2012 0439 | WW | WANTS/WARRANTS CHECK | JFABELL, ABELL | 09-07-2012 0439 |

Previous | Next

Save | Close

Add

Ready

Start | Premier IMS | Search Desktop | 12:43

Sunday, Oct 20, 2013 12:43 AM

GB004077



**LOUISVILLE METROPOLITAN DE... TMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167 Fax:

## Inmate Notes

**Date From : 09/07/2012 00:00 Date To : 10/20/2013 23:58**

| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| HINDI, MAHMOUD Y | 00577966 | Old Notes | Pre-screening complete, 55 Jordanian/W/M Per the medical Nurse, A. Ayers, LPN, inmate is to be housed in the NJC with a bottom bunk in J2W W1-#13 from J1P | |
| | | Old Notes | I/MS WIFE FATIMA HINDI 365-2648 CALL WAS RETURNED. A MESSAGE WAS LEFT RE: SECURA. MRS HINDI WAS GIVEN VISIT DATE AND TIME BY MH PROFESSIONAL BEV HASKINS. | |
| | | Old Notes | W/M 55 - ORIENTATION & PREA COMPLETE - NO PROPERTY RELEASED - RECEIVED HANDBOOK - RTN: 203 ON 9/14 - MURDER, ASLT 1, WE 1 X 7 - $1,000,000 & **HOLD LAUREL CO** SPD $114.45 - OVERRIDE HIGH TO LOW MED | |
| | | Old Notes | Mr. Hindi was given a prayer rug, Glasses and a Quran. The prayer rug was drop off by his son. | |
| | | Old Notes | REQUEST HAIRCUT AND SHAVE.GYM OFFICERS CONTACTED VIA E-MAIL. | |
| | | Old Notes | 2nd REQUEST FOR HAIRCUT AND SHAVE PRIOR TO CT TOMORROW. | |
| | | Old Notes | J3/D8#11 FROM J2W/W1#13 - PER MEDICAL MOVELIST FROM MAX HENDERSON | |
| | | Old Notes | ADDED CHARGE , NO CHANGE IN CLASS | |
| | | Old Notes | Inmate was given his Quarn out of his personal property, he removed the hardback cover and the cover was placed back in his property. Spoke with his son 270-804-5884 concerning his Quran | |
| | | Old Notes | PER NURSE GRUBBS I/M IS MOVED FROM J3/D8 TO J3/D7#8 | |
| | | Old Notes | Received write up on 12/6/2012 for cat. 3-A disruptive behavior, 4-C engaging in sexual activities with another person. received 15 days disp.seg. probated. | |

Date From : [illegible]07/2012 00:00 Date To : 10/20/2013 23:58

| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| | | Old Notes | TURNED IN INMATE DISCIPLINARY APPEAL FORM | |
| | | Old Notes | Disciplinary appeal form forwarded to Deputy Director Bingham. | |
| | | Old Notes | NO CHANGE IN CLASS , HOLD GOT RELEASE | |
| | | Old Notes | PER HEALTH SERVICES MOVELIST SIGNED BY SHANNON SHERMAN I/M HAS BEEN PLACED ON MOVELIST FROM J2W/OBS1 TO J2W/D9. | |
| | | Old Notes | Recd write up on 1/1/2013 for  CAT.3-A disruptive behavior CAT.3-F using abusive and vulgar language toward staff CAT.3-G refusing to follow the directions of staff CAT.3-I threatening staff with physical harm CAT.4-K assaulting any staff member  Inmate recd 60 d.d.s which includes the 15 days he had on the shelf. his time will go until 3/5/2013 and needs to be moved to the disciplinary segregation unit today 1/4/2013 | |
| | | Old Notes | INMATE CAN'T BE MOVED TO D/S UNTIL CLEARED BY MENTAL HEALTH- EMAIL SENT TO ERNST AND HALE | |
| | | Old Notes | GIVEN A HAIR COMB. | |
| | | Old Notes | J2W/D9 FROM J2W/D8 - PER MEDICAL MOVELIST FROM MAX HENDERSON | |
| | | Old Notes | PER MAX HENDERSON I/M IS MOVING FROM J2W/W1#5 TO J2W/W1#12 | |
| | | Old Notes | I/MS WIFE FATIMA HINDI 502-365-2648 CALL WAS RETURNED AT I/M REQUEST. MRS HINDI REPORTS NOT HEARING FROM I/M IN THREE DAYS AND I/M USUALLY CALLS EVERYDAY.I/M WILL CALL HER LATER TOAY. | |
| | | Old Notes | PER DR EASLEY I/M IS CLEAR FOR GP. HAS DISCIPLINARY TIME TO SERVE. MOVING FROM J2W/W1#12 TO H5/D9#2 (NO D/S HOUSING AVAILABLE AT THIS TIME) | |
| | | Old Notes | A/R turned into property for allowables. | |
| | | Old Notes | Inmate given property bag with allowables. | |
| | | Old Notes | H5/EN1#1 - I/M IS CLEARED FROM M/H PER MEDICAL MOVELIST FROM NURSE PRICE - I/M IS CURRENTLY SERVING DISP TIME | |

GB004079

| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| | | Old Notes | Two grievances turned in. | |
| | | Old Notes | PER MOVE LIST, SLOAN, INMATE TO BE MOVED FROM H5N1/01 TO J2W/W2/04 | |
| | | Old Notes | I/MS WIFE FUTIMA'S CALL WAS RETURNED 3-7-13 365-2648. I/M WAS GIVEN A MESSAGE TO CALL HIS WIFE COLLECT. | |
| | | Old Notes | Received write up on 3/2/2013 for cat. 3-A disruptive behavior, 3-G refusing to follow instructions, 4-K assaulting staff. Write up was dismissed for due process. | |
| | | Old Notes | A/S hazard added due to inmate case being High Profile. email sent to Sup. Puckett for review | |
| | | Old Notes | From: Freeman, Debra J  Sent: Thursday, March 14, 2013 12:17 PM To: Spenton, Joshua Cc: Freeman, Debra J; Moppins, Marilyn Subject: Gym request  Mahmoud Hindi cin577966 loc J2 W2 cell1 he is requesting to goto gym. Thanks  | |
| | | Old Notes | ***Once cleared from medical, please place ADMIN SEG and alert David Puckett**** Once the inmate has been cleared from medical, the inmate will have to be reviewed by SMU staff on Wednesdays. Date will be forth coming upon clearence from medcial. | |
| | | Old Notes | PER NURSE DAUGHERTY I/M IS CLEAR FOR GP. MOVING FROM J2W/W2#1 TO J4/D7#6. E-MAIL SENT TO D.PUCKETT. SEE PREVIOUS ENTRY. | |
| | | Old Notes | 72 hr SMU review on this date: Went and spoke w the above inmate in concerns of his housing location. Inmate was unsure as to why he was in his current hosuing location. I informed him that because of his clearence from medical to return to general population was the reason for my visit w him. I explained the reason as to why he had been placed in his current hosuing location and inmate was understading of this fact. he has signed of his SMU review sheet requesting a move to Protective Cistody. The inmate's final housing will be determined at the next SMU meeting scheduled for 3-27-13. | |

| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| | | Old Notes | SMU meeting on this date: Inmate will remain as ADMIN SEG.  SMU meeting held on this date in attendance were the following persons: Classification:Ayers, Puckett, Shipley and Allen, Medial Staff: D Fowler, Mental health staff:M Krank, SORT commander: Lt. Collins, Security staff: Disciplinary officer J Hale and Deputy Directors: Bingham and Clark.  It was determined that the above inmate would continue to remain ADMIN SEG due to being assaultive towrds staff and that he would be unbale to function in a dorm setting. The inmate's request for protective custody is denied. | |
| | | Old Notes | Mr. Hindi was given his Quran that was placed on his property because it had a zipper attached.Writer was given permission by Inmate son Musa to remove zipper. | |
| | | Old Notes | Per Lt. Davis, Inmate Hindi, Mahmoud is allowed to have his oversized Koran. This book is written in Arabic. Any questions, contact me. | |
| | | Old Notes | Inmate Hindi has two Quarans in his possession. If for any reason one or both are confiscated, please ensure that they are taken to property.  Lt. Davis | |
| | | Old Notes | Wife Fatima called. She said she had not heard from inmate in a few days. I called 502-365-2648 and told her that the inmate was still in the same location and was doing ok | |
| | | Old Notes | I/M Hindi used the KIOSK from 0000 hrs to 0045 hrs. | |
| | | Old Notes | Inmate Mahmoud Hindi recieved a Timex sports watch, model 1440. Public Defender, Angela Elleman was advised.  Lt. Davis #210 | |
| | | GENERAL INMATE NOTES | I have e-mailed kitchen supervisor Edward Wasson in regards to the above inmate's A/R dated 7/22/13 requesting a special diet tray w no meat. | Puckett, David |



| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| | | GENERAL INMATE NOTES | From: English, Keith D.<br>Sent: Wednesday, July 31, 2013 12:36 PM<br>To: Wasson, Edward<br>Cc: Puckett, David; Ernst, Kyle<br>Subject: inmate issues<br><br>Reference email sent by Supervisor Puckett:<br>Inmate Mahmoud Y Hindi Cin# 577966 requested to have vegetarian meals. As of today, inmate is currently receiving meals with meat on the trays. Please add inmate to the vegetarian list as soon as possible.<br><br>Thanks<br>PCI English | English, Keith |
| | | SMU REVIEW NOTES | Returned answers from yestreday;s SMU committee review and inmate has expressed an intrest in being removed form ADMIN SEG to Protective custody.  I informed the inmate that I would bring his request up at the next SMU meeting on 8-14-13. | Puckett, David |
| | | INMATE MOVEMENT | J2W W1#6 LEVEL 2 PER M. HENDERSON AND SGT. REDMON; ALERT ADDED AND SARN CHANGED | Daub, Summer |
| | | INMATE MOVEMENT | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-23-13- A body/body SWAP- MAHMOUD HINDI #577966 J2W-WALK1#6 TO J2W-WALK 1#4 WITH KENNETH ADKINS #428020->J2W-WALK 1#4 TO J2W-WALK1#6..2ND FLR CONTROL OFC. ADVISED VIA PHONE..MARIA | Hayden, Maria |
| | | INMATE MOVEMENT | BODY FOR BODY SWAP PER SHEILA REDELLA OF MENTAL HEALTH.... MARIA | Hayden, Maria |
| | | INMATE SERVICES NOTES | A/R turned into poperty for allowables. | Ayers, Stacey |
| | | INMATE MOVEMENT | PER SCANNED MENTAL HEALTH MOVELIST DTD 8-31-13 FROM MAXWELL HENDERSON> MOVELIST FROM J2W-WALK 1#4 TO J2W-WALK 1#10.. MARIA | Hayden, Maria |
| | | PROP NOTES | A/R FOR DORM BAG - - RELSD | Stansbury, Ryan |
| | | INMATE SERVICES NOTES | Inmate given allowables from property. | Ayers, Stacey |
| | | SMU REVIEW NOTES | Inmate was reviewed at SMU meeting on 8-21-13  about his request to be removed from ADMIN SEG to Portective Custody.  His request was deined and the inmate will continue to reamin as ADMIN SEG. | Puckett, David |
| | | INMATE SERVICES NOTES | REQUEST FORWARDED TO LT DAVIS RE:MISSING HOLY MATERIAL. | Moppins, Marilyn |
| | | INMATE SERVICES NOTES | REQUEST FOR REPAIRS TO J2 DAY ROOM FORWARDED TO MAINTANCE BY SGT MUNFORD. REQUEST TO COMMISSARY RE: ITEMS THEY NEED TO HAVE IN STOCK ; FORWARDED TO COMMISSARY | Moppins, Marilyn |
| | | INMATE SERVICES NOTES | LT DAVIS PRESENTED INMATE WITH INVOICE WHERE I/MS ACCOUNT WAS CREDITED FOR THE AMOUNT OF I/MS BOOK. | Moppins, Marilyn |

Date From : 0_/07/2012 00:00 Date To : 10/20/2013 23:58

| Inmate Name | Inmate # | Note Type | Inmate Notes | Created By User |
|---|---|---|---|---|
| | | INMATE SERVICES NOTES | REQUEST NAIL CLIPPERS. GYM OFFICERS NOTIFIED VIA E-MAIL. | Moppins, Marilyn |
| | | INMATE SERVICES NOTES | I/M BECAME VERY UPSET WHEN I WOULD NOT TAKE A REQUEST FOR HOW MANY TIMES THE KITCHEN CAN SERVE BEANS AND WHAT THEY NEED TO SERVE. I/M STARTED YELLING AND ACCUSED ME OF HAVING A BAD ATTITUDE. I/M WAS YELLING SO LOUD ; I WALKED AWAY AND CONTINUED MY ROUNDS. | Moppins, Marilyn |
| | | INMATE SERVICES NOTES | Per Nurse Sherman, Inmate going from J2WW1C#10 to Gp however, there is no administration segregation cells. | Moore, Donna |
| | | INMATE MOVEMENT | H5/EN1#3 FROM J2W/W1#10 - SEE PREVIOUS NOTES - M/H ALERT REMOVED | Arriaga, Samantha |

Total Inmates : 1



Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE | DO  09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

## Classification

| Classification | Classification Date | Booking # | Classification Officer | Form Name |
|---|---|---|---|---|
| MX/AB | 09/20/2013 16:14 | 2012029784 | Arriaga, Samantha | SARN Classification |
| MX/AB/MH | 08/16/2013 19:56 | 2012029784 | Daub, Summer | SARN Classification |
| MX/AB | 07/18/2013 10:18 | 2012029784 | Shipley, Shavon | SARN Classification |
| MX/AB/AS | 06/24/2013 12:38 | 2012029784 | Smith, Melissa | SARN Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |
| NOT CLASSIFIED | 01/01/2013 00:00 | 2012029784 | Administrator, ADMIN | Quick Classification |

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 | Sex MALE | DOB  | Book DtTm 09/07/2012 02:36 | Wing H5E

Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** | In Jail | Classification MX/AB | Cell H5-N1

## Grievance Summary

| Grievance # | Grievance DtTm | Grievance Regarding | Grievance Category | Grievance Against | Disposition | Last Com |
|---|---|---|---|---|---|---|
| 00000444 | 08/13/2013 00:00 | Service | CLASSIFICATION | | NOT GRIEVABLE | RETURN INMATE |
| 00000449 | 08/13/2013 00:00 | Service | RECREATION | | APPEAL RETURN-DENIE | APPEAL |
| 00000624 | 09/13/2013 00:00 | Service | SECURITY | | NOT GRIEVABLE | RETURN INMATE |
| 00000636 | 08/20/2013 00:00 | Service | SECURITY | | NOT GRIEVABLE | RETURN INMATE |
| 00000637 | 08/15/2013 00:00 | Service | PROGRAMS | | INFORMALLY-STAFF | RETURN INMATE |
| 00000653 | 08/19/2013 00:00 | Service | MEDICAL | | NOT GRIEVABLE | RETURN INMATE |
| 00000669 | 09/17/2013 00:00 | Service | RECREATION | | INFORMALLY-STAFF | RETURN INMATE |
| 00000684 | 09/17/2013 00:00 | Service | STAFF | | INITIAL | Initial Grie |
| 00000688 | 09/19/2013 00:00 | Service | STAFF | Moppins Marilyn | RETURNED-RESOLVED | RETURN INMA |
| 00000690 | 09/24/2013 00:00 | Service | CLASSIFICATION | | RETURNED-RESOLVED | RET[illegible] INMATE |
| 00000710 | 09/24/2013 00:00 | Service | MEDICAL | | NOT GRIEVABLE | RETURN INMATE |
| 00000749 | 09/27/2013 00:00 | Service | STAFF | | INITIAL | Initial Gri |

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1
**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000444 | Step Dt/Tm 08/14/2013 15:52 | Grievance Status
Step Officer YOCUM, Lisa

Grievance Dt/Tm 08/13/2013 00:00 | Grievance Sent To YOCUM, Lisa | Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | CLASSIFICATION | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 08/14/2013 15:38 | YOCUM, Lisa | NOT GRIEVABLE | Completed | i/m filed grievance in regards to his housing location in Administrative Segregation. Per LMDC policy, classification is not grievable, as it has its own appeal process. Furthermore vulgur language will not be accepted |
| Grievance Response | 08/14/2013 15:51 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| RETURNED TO INMATE | 08/14/2013 15:52 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |



Grievance Number 00000444

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | CLASSIFICATION |

Summary

Grievance Sent To YOCUM, Lisa

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000449 | Step Dt/Tm 09/16/2013 13:42 | Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 08/13/2013 00:00 | Grievance Sent To Dobson, Christopher | Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | RECREATION | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 08/15/2013 09:49 | YOCUM, Lisa | INITIAL | Completed | i/m alleges he is not getting recreation time as specified in policy and that gym officers show favoritism to certain groups of inmates. |
| Grievance Response | 08/30/2013 08:51 | Dobson, Christopher | RESPONSE | Completed | Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule. |



| | | | | |
|---|---|---|---|---|
| RETURNED TO INMATE | 09/03/2013 07:46 | YOCUM, Lisa | RETURNED-UNFOUNED | Completed |
| GRIEVANCE APPEAL | 09/10/2013 11:02 | YOCUM, Lisa | APPEAL | Completed |
| APPEAL RESPONSE | 09/16/2013 13:41 | YOCUM, Lisa | APPEAL RESPONSE | Completed |
| APPEAL RETURNED | 09/16/2013 13:42 | YOCUM, Lisa | APPEAL RETURN-DENIED | Completed |
| INFORMAL-STAFF | | | | Incompleted |
| NOT GRIEVABLE | | | | Incompleted |

Grievance Number 00000449

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | RECREATION |

Summary

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

Grievance Sent To Dobson, Christopher




Grievance Number 00000449

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Resolution Response

**Grievance Note**

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

**Grievance Review**

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

Review Officer Dobson, Christopher Reviewed Dt/Tm 09/03/2013 07:46

Grievance Unfounded or Resolved? UNFOUNDED

Grievance Number 00000449

Inmate Name HINDI, MAHMOUD Y

Inmate Number 00577966

Grievance Sent To Dobson, Christopher

Review Officer Dobson, Christopher

Reviewed Dt/Tm 09/03/2013 07:46

Grievance Note

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

Grievance Review

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

Officer Signature Date

Inmate Signature Date

Given to Inmate Dt/Tm 09/03/2013 00:00

Grievance Number 00000449

| | | | |
|---|---|---|---|
| Inmate Number | 00577966 | Inmate Name | HINDI, MAHMOUD Y |
| Grievance Disposition | APPEAL | Grievance Sent To | Dobson, Christopher |

**Grievance Note**

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

**Grievance Review**

Kentucky Jail Standards require that inmates shall be afforded the opportunity to attend recreation, those same standards also allow facilities to control inmates that threaten the safety and security of the facility by allowing us the right to restrict their privilage to attend recreation. LMDC will allow all inmates the opportunity to attend recreation based solely on the inmates actions and behavioral history. LMDC conducts periodic reviews of the inmates housed in single cells, as long as there seems to be no issues your recreation privileges will be restored and you will attend as your housing area falls into the schedule.

| | | | |
|---|---|---|---|
| Review Officer | Dobson, Christopher | Reviewed Dt/Tm | 09/03/2013 07:46 |

**Appeal Note**

I/m appeals stating he did not receive a response specific to his grievance and does not feel it was read.

| | | | |
|---|---|---|---|
| Appeal Type | | Appeal Dt/Tm | 09/10/2013 11:02 |

Grievance Number 00000449

Inmate Number 00577966

Inmate Name HINDI, MAHMOUD Y

Appeal Type

Appeal Dt/Tm 09/10/2013 11:02

Appeal Note

I/m appeals stating he did not receive a response specific to his grievance and does not feel it was read.

Review Officer Dobson, Christopher

Reviewed Dt/Tm 09/03/2013 07:46

Appeal Review

Your grievance was addressed by Lt. Dobson, therfore, appeal denied.

Appeal Review Officer Clark, Dwayne

Appeal Reviewed Dt/Tm 09/16/2013 00:00

Denied or Upheld ?

Grievance Number 00000449

Inmate Name HINDI, MAHMOUD Y

Inmate Number 00577966

Grievance Sent To Dobson, Christopher

Review Officer Dobson, Christopher

Reviewed Dt/Tm 09/03/2013 07:46

Appeal Note

I/m appeals stating he did not receive a response specific to his grievance and does not feel it was read.

Appeal Review

Your grievance was addressed by Lt. Dobson, therfore, appeal denied.

Appeal Review Officer Clark, Dwayne

Appeal Reviewed Dt/Tm 09/16/2013 00:00

Inmate Signature

Date

Appeal Given to Inmate Dt/Tm 09/17/2013 00:00

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB [redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000624 | Step Dt/Tm 09/13/2013 11:08 | Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 09/13/2013 00:00 | Grievance Sent To YOCUM, Lisa | Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | SECURITY | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/13/2013 11:06 | YOCUM, Lisa | NOT GRIEVABLE | Completed | i/m filed grievance about incident in January.<br><br>Per policy you may not use vulgar/abusive language. You also only have 5 business days to from incident to file grievance on specific incident. Per Policy you may not suggest form of disciplinary action. |
| Grievance Response | 09/13/2013 11:08 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| RETURNED TO INMATE | 09/13/2013 11:08 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |

GB004096



Grievance Number 00000624

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | SECURITY |

Summary

Grievance Sent To YOCUM, Lisa

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DO[redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

## Status

In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000636 | Step Dt/Tm 09/18/2013 11:16 | Grievance Status
Step Officer YOCUM, Lisa

Grievance Dt/Tm 08/20/2013 00:00 | Grievance Sent To YOCUM, Lisa | Grievance Regarding Service

| Grievance Against | Grievance Category | Connected Grievances | Other Inmates Involved | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | SECURITY | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/18/2013 11:15 | YOCUM, Lisa | NOT GRIEVABLE | Completed | I/m filed a grievance stating that he should not be in jail and that he shot two people.<br><br>There is not grievance in this statement. |
| Grievance Response | 09/18/2013 11:16 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| RETURNED TO INMATE | 09/18/2013 11:16 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |



Grievance Number 00000636

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | SECURITY |

Summary

Grievance Sent To YOCUM, Lisa

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DO[redacted] | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1
Status In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000637 Step Dt/Tm 09/18/2013 11:20 Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 08/15/2013 00:00 Grievance Sent To YOCUM, Lisa Grievance Regarding Service

**Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved**

| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
|---|---|---|---|---|
| | PROGRAMS | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/18/2013 11:17 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | I/m filed a grievance stating that LMDC is not a church but a county jail and that Jesus does not exist and that Officers are actively running a Christian missionary.<br><br>LMDC offers the opportunity for all inmates to practice the religion of their choice so long as it does not the safety and security of the facility. |
| Grievance Response | 09/18/2013 11:20 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | |
| RETURNED TO INMATE | 09/18/2013 11:20 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | |
| RIEVANCE APPEAL | | | | Incompleted | |
| PPEAL RESPONSE | | | | Incompleted | |
| PPEAL RETURNED | | | | Incompleted | |
| FORMAL-STAFF | | | | Incompleted | |
| GRIEVABLE | | | | Incompleted | |



Grievance Number 00000637

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | PROGRAMS |

Summary

Grievance Sent To YOCUM, Lisa


Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1

Inmate # 00577966 Sex MALE DO Book Dt/Tm 09/07/2012 02:36 Wing H5E

Race White/Eurp/ N.Afr/Mid Eas Age 56 Release Dt/Tm Dorm H5E-N1

**Status** In Jail Classification MX/AB Cell H5-N1

---

Grievance Number 00000653 Step Dt/Tm 09/20/2013 09:35 Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 08/19/2013 00:00 Grievance Sent To YOCUM, Lisa Grievance Regarding Service

| **Grievance Against** | **Grievance Category** | **Connected Grievances** | **Other Inmates Involved** | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | MEDICAL | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/20/2013 09:34 | YOCUM, Lisa | NOT GRIEVABLE | Completed | i/m filed grievance due to being placed on suicide watch.<br><br>Individual medical treatment protocol is not grievable per L |
| Grievance Response | 09/20/2013 09:35 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| RETURNED TO INMATE | 09/20/2013 09:35 | YOCUM, Lisa | NOT GRIEVABLE | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |



Grievance Number 00000653

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
|---|---|
| Grievance Against | Grievance Category |
| | MEDICAL |

Summary

Grievance Sent To YOCUM, Lisa

Name HINDI, MAHMOUD Y | Booking # 2012029784 | Facility 1
Inmate # 00577966 | Sex MALE | DOB  | Book Dt/Tm 09/07/2012 02:36 | Wing H5E
Race White/Eurp/ N.Afr/Mid Eas | Age 56 | Release Dt/Tm | Dorm H5E-N1

**Status** In Jail | Classification MX/AB | Cell H5-N1

Grievance Number 00000669 | Step Dt/Tm 09/26/2013 09:24 | Grievance Status

Step Officer YOCUM, Lisa

Grievance Dt/Tm 09/17/2013 00:00 | Grievance Sent To YOCUM, Lisa | Grievance Regarding Service

| Grievance Against | Grievance Category | Connected Grievances | Other Inmates Involved | |
|---|---|---|---|---|
| Grievance Against | Grievance Category | Grievance # | Inmate Number | Inmate Name |
| | RECREATION | | | |

Grievance Note

## Grievance History

| Grievance Step | Step Dt/Tm | Step Officer | Disposition | Status | Step Note |
|---|---|---|---|---|---|
| Initial Grievance | 09/26/2013 09:23 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | i/m filed grievance about not having hair cut or access to clippers.<br><br>Per officer, inmate will receive access to both today or tomorrow. |
| Grievance Response | 09/26/2013 09:24 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | |
| RETURNED TO INMATE | 09/26/2013 09:24 | YOCUM, Lisa | INFORMALLY-STAFF | Completed | |
| GRIEVANCE APPEAL | | | | Incompleted | |
| APPEAL RESPONSE | | | | Incompleted | |
| APPEAL RETURNED | | | | Incompleted | |
| INFORMAL-STAFF | | | | Incompleted | |
| NOT GRIEVABLE | | | | Incompleted | |



Grievance Number 00000669

Inmate Number 00577966 Inmate Name HINDI, MAHMOUD Y

Grievance Regarding Service

| Grievance Against | Grievance Category |
| --- | --- |
| Grievance Against | Grievance Category |
| | RECREATION |

Summary

Grievance Sent To YOCUM, Lisa