Callahan, Michael B

DUPLICATE

| | |
|---|---|
| **From:** | Baker, Martin L |
| **Sent:** | Wednesday, November 16, 2016 1:10 PM |
| **To:** | Callahan, Michael B |
| **Subject:** | RE: Question |

I found an email which states all inmates have to be cleared by medical before they can be housed in a single cell and the appropriate form which is in policy to be filled out. I hope this helps. Thanks!

**From:** Ernst, Kyle
**Sent:** Monday, January 13, 2014 4:20 PM
**To:** Metro Corrections Class
**Cc:** Ashby, William; Clark, Dwayne A.; Troutman, Eric; Metro Corrections Medical
**Subject:** RE: Single cell moves

Staff,
  From this point on anytime a Sgt calls you for a single cell, let them know you will call them back. You are to call Medical 574-2145 speak with a supervisor and say "I have an inmate that has to be housed in a single cell, is there any medical conditions that classification needs to make Security aware of before moving him into a single cell" The PCI will then notify the Sgt that the inmate can or can't be housed in a single cell, at the same time updating the notes with WHO you spoke with in medical, what was the condition if any, who in security you notified.
**This is to be documented in the inmate notes.

These calls are to be handled by staff assigned to Move list/OOC. So other than 11-7 shift, if pre-screening staff receive a call of this nature, then it is to be transferred to the move list.


**Louisville Metro Department of Corrections**
**Special Management Unit (SMU) Medial Notification**
Inmate Name_____ CIN _____
Date _____ Current location_____ .
New location_____ .
The above inmate has been placed in a single cell in the Special Management Unit for the following reasons:
_____
_____
_____

Approved by (Medical Staff) :_____

_____
Classification Signature Date and Time
03-3.01-2 3/11/14
**Louisville**


*Martin Baker*
*Offender Services Manager*
*Louisville Metro Department of Corrections*

**From:** Callahan, Michael B
**Sent:** Wednesday, November 16, 2016 11:59 AM
**To:** Baker, Martin L
**Subject:** RE: Question

1

GB002705