

## LOUISVILLE METRO POLICE DEPARTMENT

**GREG FISCHER**
MAYOR

**STEVE CONRAD**
CHIEF OF POLICE

January 11, 2018

Mr. Larry D. Simon
222 First Jefferson Centre
222 South First Street, Suite 307
Louisville, Kentucky  40202-5404

  Re: **Open Records Request #17-3659**
     **Inmate Jonathan D. Wright**

Dear Mr. Simon:

  This comes in response to your request for a copy of Louisville Metro Police Department's Public Integrity Unit's investigation file regarding the October 27, 2014 suicide of Jonathan D. Wright.

  Enclosed please find a copy of PIU #14-098.  Redactions appear in protection of personal privacy pursuant to KRS 61.878 (1) (a).  Enclosed is (1) interview audio CD and (1) CD of Hallway, (1) photo CD and (1) camera view.

Sincerely,

Pamela A. King
Paralegal
Louisville Metro Police Department
633 W. Jefferson Street
Louisville, Kentucky  40202

Enclosures

GB005098

PIU-001
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
CASE NUMBER:     **14-098**

| TYPE OF INVESTIGATION: | In-Custody Death | | |
|---|---|---|---|
| **DATE INITIATED:** | 10/27/2014 | **DATE OF INCIDENT:** | 10/27/2014 |
| **INVESTIGATOR:** | Sgt. Chad Kessinger | | |

| SUBJECT(S) OF INVESTIGATION | |
|---|---|
| **Name:** | |
| **Agency:** | Louisville Metro Department of Corrections |
| **Assignment:** | |

| VICTIM(S) / COMPLAINANT(S) | |
|---|---|
| **Name:** | Jonathan D. Wright (inmate) |
| **Address:** | 8011 Waterfern Way Louisville KY. 40291 |
| **Contact #:** | |

| OTHER *(suspects / perpetrators of acts against police officers)* | |
|---|---|
| **Name:** | |
| **Address:** | |

## INITIAL INFORMATION

On October 27, 2014 at approximately 1143 hours, Lt. Arther Eggers, LMDC PSU, advised that an inmate, Jonathan D. Wright, had been discovered by LMDC personnel hanging by his neck from a bed sheet on 5 South 1, cell 8 in the Hall at the HOJ facility. Wright was transported to Jewish Hospital where he was pronounced deceased.

GB005099

| SUPERVISORY REVIEW OF CASE FILE | | | |
|---|---|---|---|
| **Public Integrity Unit Commander** | | | |
| Name: | Lieutenant Kevin E. DeSpain | Date of Review: | 03/09/2015 |
| Signature: | *Lt. KeDeSpain* | | |
| Remarks: | *I RECOMMEND THIS CASE TO BE CLOSED. ALL EVIDENCE SUGGESTS THAT MR. WRIGHT COMMITTED SUICIDE BY HANGING.* | | |
| **Special Investigations Unit Commander** | | | |
| Name: | Major Donald F. Burbrink II | Date of Review: | 3/18/15 |
| Signature: | *Donald F. Burbrink II* | | |
| Remarks: | *Case Closed* | | |

| ADDITIONAL REVIEW *(if necessary)* | | | |
|---|---|---|---|
| Name: | | Date of Review: | |
| Signature: | | | |
| Remarks: | | | |

| ADDITIONAL REVIEW *(if necessary)* | | | |
|---|---|---|---|
| Name: | | Date of Review: | |
| Signature: | | | |
| Remarks: | | | |

| Date Investigation Completed: | 02/27/2015 |
|---|---|
| Disposition: | *CASE CLOSED. EVIDENCE INDICATES THAT MR. WRIGHT COMMITTED SUICIDE.* |
| Date Case Closed: | 03/09/2015 |

GB005100

PIU-002
11/14



# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit

## CASE NUMBER:   14-098

| CASE FILE  TRACKING RECORD | | | | |
|---|---|---|---|---|
| NAME | TITLE | DATE | TIME | RECEIVED BY INITIALS |
| 1  D. F. Burbrink II | Major | 3/18/15 | 0800 | DFBII |
| NOTES:  Case Closed. Return to PIU for Filing. | | | | |
| 2 | | | | |
| NOTES | | | | |
| 3 | | | | |
| NOTES: | | | | |
| 4 | | | | |
| NOTES: | | | | |
| 5 | | | | |
| NOTES: | | | | |
| 6 | | | | |
| NOTES: | | | | |
| 7 | | | | |
| NOTES: | | | | |

## RETURNED TO PUBLIC INTEGRITY UNIT

| DATE | RECEIVED BY |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

GB005101

PIU-003
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
CASE NUMBER:      14-098

# CASE FILE CHECKLIST

| | ✓ or N/A |
|---|---|
| **INTRODUCTION** *(appears in front of the case file before any tabs)* | ✓ or N/A |
| PIU Case File Cover & Review Form  (PIU-001) | ✓ |
| PIU Case File Tracking Form  (PIU-002) | ✓ |
| PIU Case File Checklist   (PIU-003) | ✓ |
| **1.  SUMMARY** | ✓ or N/A |
| Memorandum addressed to PIU Commander summarizing investigation *(This should be included after the case has been presented to the County/Commonwealth Attorney and/or the case is recommended to be closed)* | ✓ |
| **2.  INVESTIGATIVE RECORD** | ✓ or N/A |
| PIU Investigative Record Form   (PIU-004) | N/A |
| **3.  INVESTIGATIVE REPORTS** | ✓ or N/A |
| PIU Investigative Report Form(s)  (PIU-005) *(All investigative reports submitted regarding the investigation in chronological order)* | ✓ |
| **4.  INTERVIEWS** | ✓ or N/A |
| Transcriptions of Recorded Statements *(all transcribed statements, tabbed individually by name, in chronological order)* | N/A |
| Compact Discs of Recorded Statements *(all CDs of statements, tabbed individually by name, in chronological order.  If the statement has been transcribed, then the CD will be included with under the tab of the transcription)* | ✓ |
| **5.  DOCUMENTATION** | ✓ or N/A |
| Suspension Information *(suspension paperwork, weapon re-issue, etc.)* | N/A |
| Arrest / Citation *(all documentation pertaining to arrest or citation, including warrants, summons, etc.)* | N/A |
| Incident Report (ILEADS) | ✓ |
| Administrative Incident Report (AIR) | N/A |
| Search Warrants / Consent Forms | N/A |
| Crime Scene Unit (CSU) *(CSU Reports, Photos, Video, Scene Diagram, Property Slips, etc.)* | ✓ |
| Maps | N/A |
| Crime Lab *(Ballistic Reports, Substance Testing, etc.)* | N/A |
| Medical *(EMS documentation, Hospital, Medical Examiner, Clinical Forensic Exam, etc.)* | ✓ |
| Financial Records / Information | N/A |
| Arbitrator / Mobile Video | N/A |
| MetroSafe *(CAD, 911 recordings, radio transmissions, rundowns, etc.)* | N/A |
| Cell Phone Forensics / Records | N/A |
| LMPD Specialty Team Information *(SWAT, HNT, Bomb Squad, etc.)* | N/A |
| Correspondence *(e-mails, etc.)* | N/A |
| **6.  MISCELLANEOUS** | ✓ or N/A |
| Information from Federal or Outside Agencies *(FBI, ATF, USMS, other LE, etc.)* | N/A |
| LMDC Documentation *(In-Custody Death Reports, etc.)  AED REPORT* | ✓ |
| Media Coverage | N/A |
| Security / Business Surveillance Video | N/A |
| Social Media *(Facebook, Twitter, Instagram, etc.)* | N/A |
| Public Information *(court records, PVA, etc.)* | N/A |
| | |
| *LMDC SECURE CALL PLATFORM / PROVIDED BY LT. EGGERS (LMDC,PSU)* | N/A |
| *VIE VUE BODY CAMERA DISC (LMDC)* | ✓ |
| *NOTES PROVIDED BY LMDC OFFICER SGT. MCCUBBINS.* | ✓ |

# MEMORANDUM

### LOUISVILLE METRO POLICE DEPARTMENT

**Greg Fisher**
MAYOR

**Steve Conrad**
CHIEF OF POLICE

**TO:**     Lieutenant Kevin DeSpain   *03/09/2015*
            Commander, Public Integrity Unit

**FROM:**  Sergeant Chad Kessinger *CK.*
            Supervisor, Public Integrity Unit

**DATE:**   February 27, 2015

**RE:**     PIU Case #14-098

On October 27, 2014, at approximately 1148 hours I received a call from Lieutenant Arthur Eggers, employed with Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU). Lieutenant Eggers stated an inmate was discovered hanging in his single cell located on the fifth floor. I noted my arrival time at LMDC Professional Standards Office at approximately 1210 hours. LMDC Lieutenant Jennifer Eubanks (PSU) and Lieutenant Arthur Eggers (PSU) briefed members of the Public Integrity Unit.

During this investigation numerous interviews were conducted with LMDC Officers, LMDC nurses, civilian employees and LMEMS personnel. A Vi Vue body camera worn by LMDC personnel was utilized to document the events and capture medical treatment being provided to Mr. Wright. The disc has been included in the PIU file for further review.

According to LMDC booking information, the deceased subject is identified as Jonathan D. Wright. Mr. Wright was initially brought to LMDC on October 23, 2014, at approximately 2040 hours on a parole violation warrant. Mr. Wright was later housed in a single cell located on H5 south 1, cell 8. The deceased inmate, Jonathan Wright was discovered by a civilian commissary employee, Margaret Payne hanging inside his single cell. Metro Corrections Officer Jerry Mangrum heard Margaret Payne yelling and discovered the inmate hanging from the bars (inside the window) with a bed sheet tied around his neck. LMDC medical personnel responded to the cell and Louisville Metro EMS was notified to respond. Louisville Fire Department Engine 17, LMEMS E147 responded to LMDC and transported Mr. Wright to Jewish Hospital where he was pronounced deceased.

The autopsy was conducted by Dr. Donna Stewart at the Urban Government Center on October 28, 2014 at 8:15am. Dr. Stewart opined the following "This 41 year old white male, Jonathan Wright, died of asphyxia via ligature hanging in an isolated jail cell."

 

# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
## Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **In-Custody Death** | | **14-098** | **October 28, 2014** |
| Activity: | | Submitted By | |
| Notification and response | | Sergeant Chad Kessinger | |
| | | Lead Investigator: | |
| | | Sergeant Chad Kessinger | |

## Notification and response

On October 27, 2014, at approximately 1148 hours, I received a call from Lieutenant Arthur Eggers, employed with Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU). Lieutenant Eggers stated an inmate was discovered hanging in his single cell and was being transported by EMS to University Hospital. I notified Public Integrity Unit Commander Lieutenant Kevin DeSpain to inform him of the incident. Sergeants Aaron Crowell, Andy McClinton, Jackie Smith and Kevin Taylor assigned to the Public Integrity Unit (PIU) responded to Metro Corrections to assist with the investigation. PIU Sergeant Arnold Rivera was contacted by Lieutenant Kevin DeSpain and directed to respond to University Hospital to follow up on the subject's medical condition. Sergeant Arnold Rivera contacted MetroSafe to locate EMS after waiting approximately fifteen (15) minutes at University Hospital. MetroSafe dispatcher advised Sergeant Rivera the patient was taken to Jewish Hospital ER.

I documented my arrival time at Metro Corrections Professional Standards Office at 1210 hours. Investigators met with Metro Corrections Lieutenant Jennifer Eubanks and Lieutenant Arthur Eggers and briefed further on the events that transpired. At approximately 1234 hours investigators were escorted to the scene by Sergeant Heacock (LMDC, PSU). The scene was located on the 5th floor H5/East South 1 cell #8. I noted my arrival time on scene at approximately 1240 hours. Sergeant Rivera contacted Lieutenant Kevin DeSpain advising the patient was pronounced deceased at Jewish Hospital.

## Initial Information

The deceased inmate, Jonathan Wright was discovered by a civilian commissary employee, Margaret Payne hanging inside his single cell. Metro Corrections Officer Jerry Mangrum heard Margaret Payne yelling and discovered the inmate hanging from the bars (inside the window) with a bed sheet tied around his neck. LMDC medical personnel responded to the cell and Louisville Metro EMS was notified to respond.

The deceased was identified as:
Jonathon D. Wright W/M
DOB: 0██████████

## Investigation and Interviews

PIU Sergeants Aaron Crowell, Jackie Smith, Kevin Taylor and Andy McClinton interviewed numerous Metro Corrections Officers and civilian employees who came in to contact with

inmate Jonathan Wright. There were no inmates being housed within view of the deceased to interview as a potential witness. Lieutenant Kevin DeSpain and I remained on scene and notified LMPD Crime Scene Unit (CSU) Technician Tracy Gutterman (982) to respond and process the scene by taking photographs and collecting evidence.

Lt. Arthur Eggers provided the following information:

- Automated external defibrillator (AED) was secured in Lieutenant Egger's office. A download will be completed by LMDC personnel and provided to PIU upon completion.
- Lt. Eggers provided the Secure Call Platform paperwork on 10/27/14.
- Vie- Vue body camera recording (disc) was provided.

| | |
|---|---|
| Investigator's Signature: | |
| Supervisor's Signature: | LT. KEV... 2/12/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

GB005105

 

# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | | |
|---|---|---|---|
| **In-Custody Death** | | File No. **14-098** | Date of Report: **October 27, 2014** |
| **Activity:** | | | |
| Notification and response, Interviews of Margaret Payne, Dr. Ronald Everson, Officers Brian Berry, Jerry Mangrum, Ryan Wiggins, Jeff Horn and Sgt. Joseph McCubbins | | **Submitted By** Sergeant Aaron Crowell | |
| | | **Lead Investigator:** Sergeant Chad Kessinger | |

### Notification and response

On October 27, 2014 at approximately 1155 hours, I was informed by Sergeant Andrew McClinton of the Public Integrity Unit (PIU) that Sgt. Chad Kessinger was responding to Louisville Metro Department of Corrections (LMDC) to initiate an investigation into the death of an inmate that had just occurred. Sergeant Kessinger requested Sgt. McClinton and I respond to assist with the investigation. We agreed and responded immediately to the Louisville Metro Department of Corrections' Professional Standards Unit where we were met by Sergeant Kessinger and PIU Commander Lieutenant Kevin DeSpain and briefed further on the events that had transpired. I was informed that at approximately 1130 hours, a civilian employee had discovered the deceased hanging in his cell and informed the officers assigned to the floor who untied the deceased and provided first aid until Louisville Metro Emergency Medical Services (LMEMS) and Louisville Fire Department (LFD) arrived and transported the individual to University of Louisville Hospital where he was pronounced deceased.

The deceased was identified as:
Jonathon D. Wright W/M
~~██████████~~

It was determined that Sgt. McClinton and I would conduct interviews with staff members who came into contact with Wright. After familiarizing ourselves with the scene on the 5th floor of the jail complex we returned to the LMDC Professional Standards Unit (PSU) office and began conducting interviews. I was provided a list of all LMDC employees who had been assigned to the floor where Wright was housed or who had responded to the emergency medical request issued over the radio upon Wright being discovered. I requested that those employees be brought to our location to be interviewed.

All interviews were voluntarily given and audio recorded in their entirety, the following will be a brief synopsis of those interviews. For more detailed information on this aspect of the investigation please refer to the recordings which will be maintained with this case file.

## Interview of Margaret Payne

Ms. Payne was escorted to the PSU offices where she was interviewed by Sergeant Andrew McClinton and I concerning her involvement in the above styled investigation. Ms. Payne provided the following contact information:

Margaret Payne B/F



Ms. Payne is employed with Trinity Services Group which is contracted by LMDC to collect, fill and disperse commissary orders for inmates housed in LMDC. Ms. Payne stated that she was collecting commissary orders from the individual cells on 5 south 1 when she observed an inmate hanging from the bars covering the window of his single cell. She stated that it appeared the inmate had some type of fabric tied around his neck and connecting to the bars and that the inmate's feet were off the ground. She immediately notified Officer Mangrum who was assisting Ms. Payne by opening secured areas of the housing Unit and was located a short distance away. She stated that Officer Mangrum responded to the inmate's cell at which time she fled the immediate area. In response to questioning, Ms. Payne stated the inmate was clothed in an orange jumpsuit and that his face was blue in color and she believed that he was deceased at the time she observed him. Ms. Payne stated that she had not had any prior contact with the inmate and that she left the area prior to anyone entering the cell.

## Officer Brian Berry

After completing the interview of Ms. Payne I was informed by LMDC PSU Lieutenant Jennifer Eubanks that Officer Brian Berry was present to be interviewed. Sergeant McClinton and I conducted this interview and Officer Berry provided the following contact information:

Brian R. Berry W/M



Officer Berry stated that he had been completing unrelated paper work in the 5th floor control room when he heard the back-up call over the radio for 5 South. He responded to the location, 5 South 1 Cell 8 along with Officers Laws and Wiggins. He stated that Laws and Wiggins entered the cell and he observed that the inmate was hanging. Berry immediately went back to the control room and retrieved the "knife for life" which is a curved knife used to cut material similar to a seat belt cutter. Berry also retrieved the automated external defibrillator and returned to the cell to assist. Berry stated that upon returning to cell 8, Officers Laws and Wiggins had already freed the inmate from the bars and tried unsuccessfully to remove the ligature from the inmate's neck but were able to loosen it somewhat. Berry stated that Officers Laws and Wiggins initiated CPR while he and Nurse Perry attached the AED to the inmate. The AED did not advise to administer a shock so CPR was continued with Berry relieving Wiggins administering chest compressions until being relieved by Louisville Fire Department personnel.

In response to questioning, Berry stated that the inmate was clothed in jumpsuit pants and shoes with no shirt. He stated that the inmate's face was blue in color and that he believed that the

ligature was made from a bed sheet which was cut from the victim's neck by Officer Horn. He advised Officer Horn utilized scissors provided by LMEMS upon their arrival and the ligature remained in the cell. Berry stated that his only interaction with the inmate had been sometime between 1000 and 1100 hours when Berry provided the inmate his meal. He stated that the inmate stood and retrieved his meal but there was no other interaction between them and he did not observe anything unusual in the inmate's demeanor or cell.

## Officer Jerry Mangrum

Sergeant McClinton and I next interviewed Officer Jerry Mangrum who provided the following contact information:

Jerry L. Mangrum Sr. B/M



Officer Mangrum stated that at approximately 1100 hours on today's date, he was supervising inmates in the 5th Floor gym area when he was asked by the commissary worker, Ms. Payne to walk with her so she could collect her commissary order forms to which he agreed. Officer Mangrun stated that while collecting these forms he heard Ms. Payne yell "oh my God, he's hanging. I gotta go". Mangrum went to the area Ms. Payne had indicated and observed the inmate in cell #8 hanging. Mangrum called for backup over the radio and opened the cell door. Mangrum stated that upon backup arriving, he and other officers entered the cell and officers lifted the inmate up so that Mangrum could untie the ligature from bars covering the window. Mangrum left the cell to secure the inmates who were out in the gym in their individual cells while other officers administered first aid to the inmate in his cell. Mangrum had no other interaction with the inmate at this point but did relay that he had spoken with the inmate approximately 45 minutes prior to the incident when he asked the inmate if he wanted to come out for his gym time. The inmate refused and when Mangrum inquired if he was ok. The inmate smiled and said that he was. Mangrum stated that he told the inmate that if he changed his mind to get his attention and he would get the inmate out for gym. Mangrum stated that he had no other contact with the inmate prior to finding him hanging in the cell. When asked to describe the inmate's appearance when he entered the cell, Mangrum described the inmate as hanging from the bars covering the window with a "dingy" white sheet tied to the bar with the other end tied to his neck. He described the inmate's tongue as bright purple with purple discoloration on his right ear and his face being a bluish color. Mangrum noted that the inmate was wearing one Nike Air Max shoe with the other being on the floor but did not note what else the inmate was wearing.

## Officer Ryan Wiggins

Sergeant McClinton and I next interviewed Officer Ryan Wiggins. Wigging provided the following contact information:

Ryan M. Wiggins W/M



Officer Wiggins stated that on today's date he was working 5 West of the jail complex when he heard a backup call for 5 South over the radio. He immediately responded to 5 South and observed a commissary employee leaving 5 South and officers responding to cell 8. Wiggins observed an inmate hanging from a sheet in cell 8. Wiggins and Officer Laws entered the cell and picked the inmate up while Officer Mangrum untied the ligature from the bars covering the window while Officer Berry went to retrieve a "hook knife" from the control room. Officer Berry returned with a knife and Wiggins attempted to cut the sheet from the inmate's neck. Wiggins stated that he was unable to get the knife between the inmate's neck and the sheet but he was able to cut pieces from the sheet and loosen the ligature from the inmate's neck. Wiggins and Laws initiated CPR until the AED was attached to the inmate and powered on. The AED did not advise to administer a shock so Wiggins continued chest compressions until relieved by another officer. Wiggins described the inmate as being clothed in orange jumpsuit pants and tennis shoes with no shirt. Wiggins went on to describe the inmate as appearing limp and pale without much color in his face. Wiggins did not believe he had interacted with the inmate prior to this incident. Wiggins returned to his assigned area to supervise the inmates housed there and had no further knowledge of the incident.

### Sergeant Joseph McCubbins

Sergeant McClinton and I next interviewed Sergeant Joseph McCubbins who was the supervisor assigned to the 5th floor of the jail complex on today's date. Sergeant McCubbins provided the following contact information:

Joseph L. McCubbins W/M



Sergeant McCubbins stated that he was in the 5th floor control room when he heard Officer Mangrum call for back up to 5 South 1. He immediately responded to that walk and was directed to cell 8 where he observed the inmate hanging from a sheet tied to the bars covering the window. McCubbins stated that he could tell the inmate was unconscious and that he was suspended with his feet off the floor. McCubbins directed the officers present to lift the inmate up and remove the ligature but could not say for certain who did so. He stated that officers began CPR and utilized the AED while he requested that LMEMS and jail medical staff respond and notified his chain of command of the incident. McCubbins went on to state that the inmate was clothed in orange jumpsuit bottoms with a single shoe on and did not believe him to have been wearing a shirt. McCubbins denied any prior contact with the inmate or any knowledge of previous incidents involving the inmate.

### Officer Jeff Horn

Sergeant McClinton and I next interviewed Officer Jeff Horn who responded to the cell to assist. Officer Horn provided the following contact information:

Jeffrey J. Horn W/M



Officer Horn stated that while working the 4th floor of the jail complex he heard the backup call for 5 South 1. He responded to that location and upon arrival, he observed three officers administering CPR to an inmate in cell 8. He assisted by retrieving rescue scissors from the control room and attempted to cut the ligature which had been loosened from the inmate's neck. The scissors would not cut the ligature and horn was handed a different pair of scissors by an LMEMS crew member and Horn was able to cut the ligature with those scissors. Horn then helped secure the inmates who were out in the day rooms and return work aides to their housing area. Horn was tasked with taking scene photographs and securing the scene by Lieutenant N. Norris after the inmate and medical personnel had departed. Horn stated that he did not observe anything unusual in the inmate's cell other than some type of religious literature was open as if it had recently been read.. Horn photographed this literature along with the rest of the scene and proceeded to secure the scene until relieved by PIU investigators.

## Doctor Ronald Everson

Sergeant McClinton and I next interviewed Doctor Ronal Everson who is a physician employed by Correct Care Solutions and contracted by LMDC. Doctor Everson provided the following contact information:

Ronald J. Everson W/M



Doctor Everson stated that he was seeing patients on the second floor of the jail complex when he heard a call for medical staff to respond to 5 South 1 on a medical emergency. Everson and other medical staff responded to that location and upon arrival, Everson observed officers and nursing staff performing CPR on an inmate who had apparently hung himself. Everson stated that it appeared that the inmate had a ligature still around his neck but that it was loose enough to not impede breathing at this point. Everson went on to state that the staff administering CPR were doing so correctly so he did not interject other than to suggest the use of an "ambu" bag for respirations instead of the barrier mask they were currently using. LMEMS and LFD personnel arrived on scene and took over CPR until the inmate was transported out of the facility by ambulance. Everson then left the scene and returned to his duties. Having nothing else to offer the interview was concluded. I reported the information obtained from these interviews to Sergeant Kessinger and this concluded my activities in the above styled investigation.

| Investigator's Signature: | Sgt Clauson | |
| --- | --- | --- |
| Supervisor's Signature: | LT. KES | 01/25/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002     10/05.

GB005110



# LOUISVILLE METRO POLICE DEPARTMENT

### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **In Custody Death** | | **14-098** | **January 30, 2015** |
| **Activity:** Notification and Response, Interview of Matthew Laws | | **Submitted By** Sergeant Kevin Taylor | |
| | | **Lead Investigator:** Sergeant Chad Kessinger | |

## Notification and Response

On October 27th, 2014 at approximately 1312 hours, I was notified by Lieutenant Kevin DeSpain of the Public Integrity Unit that PIU was responding to Louisville Metro Department of Corrections (LMDC) to investigate an in-custody death that had occurred. Lieutenant DeSpain (PIU Commander) requested I report to Metro Corrections Professional Standards Unit for briefing and assignment duties. I arrived at Metro Corrections PSU at 1317 hours and was briefed further by Sergeant Chad Kessinger who requested I conduct any remaining interviews at the PSU office. I conducted the one remaining interview alone at the PSU office.

The deceased was identified as:
Jonathan D. Wright W/M

## Interview of Officer Matthew Laws

Officer Matthew Laws advised he became involved with the incident while transporting another inmate from the East wing on the 5th floor when he observed an officer running. Officer Laws advised he quickly followed an observed inmate Jonathan Wright hanging from his cell. Officer Laws and Officer Wiggins attempted to lift the inmate (to relieve pressure) while Officer Mangrum untied the noose. Both officers administered CPR, Laws did chest compressions and Wiggins did rescue breaths until Louisville Fire and Corrections Medical relieved them. Officer Laws advised, once he was relieved he continued to assist by holding inmate Wright's head back while Louisville Metro EMS resumed CRP.

Officer Laws stated that inmate Wright was assigned to a single cell, and that there was no one present when inmate Wright was found inside his cell. Officer Laws went on to say that inmate Wright was alone in his cell (#8) and that cell #7, and cell #10 were empty because the inmates assigned to those cells were signed out to the gym. Officer Laws then added that cell #9 was vacant and not in use.

GB005111

| Investigator's Signature: | SGt. ~~Kim L Taylor~~ | 2/3/15 |
| Supervisor's Signature: | ~~M. Kennelly~~ | 02/03/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

GB005112



# LOUISVILLE METRO POLICE DEPARTMENT

## Special Investigations Division
### Public Integrity Unit
### INVESTIGATIVE REPORT



| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **In Custody Death** | | **14-098** | **10/30/2014** |
| **Activity:** Interviews of LMDC Nurses Stacy Wylie, Kristen Laws | | **Submitted By** Sergeant Jackie Smith | |
| | | **Lead Investigator:** Sergeant Chad Kessinger | |

On October 27, 2014, I received a text regarding an in custody death at the Louisville Metro Department of Corrections (LMDC). I contacted Lt. Kevin DeSpain who instructed me to assist with interviews at the LMDC Professional Standards Unit office. Upon arrival to the Professional Standards Unit, I spoke with Lt. Chuck Eggers who relayed to me that an inmate had been found hanging in a cell. I then interviewed the following: LPN Stacy Wylie, and RN Kristen Laws.

Interview with LPN Stacy Wylie
Ms. Wylie stated at approximately 9:00 a.m., while conducting sick call, Inmate Jonathan Wright asked why he wasn't receiving his mental health medication. Ms. Wylie stated she took down his information and told him she would have someone from mental health speak to him. Ms. Wylie also stated Mr. Wright did not display any signs of anxiety or distress. Ms. Wylie further said she checked his intake screening chart (which is completed during the booking process), and Mr. Wright indicated he was not taking any medication.

A few hours later Ms. Wylie said she was notified there was a hanging on 5E. Ms. Wylie went to that location and discovered it was Inmate Wright. She stated other nurses and LMDC personnel were performing CPR, and she was asked to move from the area to allow access for LMEMS.

Interview with RN Kristen Laws
Ms. Laws stated at approximately 11:30 a.m., a call came over the radio requesting back up in Medical 2 - H 5 East. Ms. Laws stated upon arrival at the cell, she saw LMDC officers conducting CPR on Inmate Wright. She stated he was laying on his back, unconscious, with what appeared to be a sheet around his neck. Ms. Laws stated the AED machine was in use and continued to say "no shock advised." The officers continued CPR. Ms. Laws said she was using the Ambu bag to give rescue breaths to Inmate Wright, while other officers performed chest compressions. She stated she continued performing CPR until the Louisville Metro Fire Department arrived and took over care of Inmate Wright. Ms. Laws stated, a short time later, LMEMS arrived and transported Inmate Wright to Jewish Hospital.

Ms. Laws stated in Inmate Wright's intake screening chart, he listed he suffered from bipolar disorder and social anxiety, but denied taking medication. Ms. Laws further stated Inmate Wright was on the list to be seen by mental health on today's date.

All statements will be transcribed and included in the case file.

| Investigator's Signature: | |
| Supervisor's Signature: | 11/3/2014 |

This report is the property of the Louisville Metro Police Department.   Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

GB005114



# LOUISVILLE METRO POLICE DEPARTMENT
### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | | |
|---|---|---|---|
| **In Custody Death** | | **File No.** 14-098 | **Date of Report:** 10/27/2014 |
| **Activity:** Hospital Response; Witness Interviews | | **Submitted By** Sergeant Arnold Rivera | |
| | | **Lead Investigator:** Sergeant Chad Kessinger | |

## Notification and Response

On October 27, 2014 at 1156 hours, this investigator received a page from Metro Safe advising of an in custody death at the Louisville Metro Corrections Department. Lieutenant DeSpain called and directed this investigator via cell phone to respond to University of Louisville Hospital where the inmate was transported by ambulance. Arrival time at University Hospital was noted as 1212 hours. Contact was made with the charge nurse in the ER and she advised they did not have the patient. This investigator was advised by Lieutenant DeSpain the ambulance had not left corrections but would be doing so shortly. After waiting an additional Fifteen (15) minutes, this investigator called Metro Safe via cell phone to have the dispatcher locate the EMS crew. The dispatcher advised the patient was taken to the Jewish Hospital ER. This investigator proceeded to Jewish Hospital and noted the arrival time as 1245 hours.

## Jonathan Wright

Jonathan Wright was lying in a hospital bed and was being guarded by Officer Ted Perkins Code #485 of the Louisville Metro Corrections Department. The charge nurse advised the patient arrived in the hospital at 1222 hours and was pronounced deceased at 1228 hours by Dr. Johnston. The following observations of the deceased were noted.

Mr. Wright was lying in the bed and had a neck collar on and a ventilation tube in his mouth that was not connected to anything. Ligature marks around his neck were dark blue and prominent on his neck. Mr. Wright was wearing only black boxer style underwear. Additionally it was noted Mr. Wright had identical contusions/abrasions on the rear of his arm pit area. Mr. Wright's orange jail pants and one shoe were on the floor next to the bed.

## Officer Ted Perkins

LMDC Officer Ted Perkins code#485 was directed by his commander to come to the hospital in the ambulance with the patient. Officer Perkins advised he was on duty when the patient was located; however he was assigned to a different floor and knew nothing of the patient. Officer Perkins advised he was assigned to leave with the patient because all of the officers from the patients floor were being interviewed at corrections by the Public Integrity Unit.

Officer Perkins advised he assisted EMS with chest compressions while in the back of the ambulance and believes he completed one full set of compressions. Additionally Officer Perkins advised he had no knowledge of the patient as he is usually assigned to a different floor of the jail. The investigator then proceeded to the parking lot of Jewish hospital in order to interview the EMS crew that transported Mr. Wright.

GB005115

## Drew Weldy

Drew Weldy was the driver of the Ambulance that responded to Metro Corrections. Mr. Weldy advised when he and his partner arrived on scene they were escorted to the cell by LMDC employees. Mr. Weldy reported the following:

- Patient had already been cut down and Louisville Fire personnel were performing CPR.

- Patient had been intubated by fire personnel.

- Because the cell was too small they moved the patient from the cell to the hallway where CPR was continued.

- Noticed ligature marks on neck

Drew Weldy
Louisville Metro EMS



## Le Phuong

Le Phuong was partnered up with Drew Weldy assigned to unit 147. Ms. Phuong advised she and Mr. Wedly were escorted to the decedent's cell by corrections personnel. Ms. Phuong reported the following:

- Fire personnel were performing CPR in the cell

- Mr. Wright was already intubated and flesh appeared pink

- Observed ligature marks on neck

- Was unable to obtain information from corrections about the last time Mr. Wright was seen alive.

- Stated, "Patient was flat lined possibly dead 15-30 minutes."

Le Phuong
Louisville Metro EMS



## Cindy Curtsinger

Cindy Curtsinger of the Jefferson County Coroner's office arrived at the hospital at 1315 hours. Ms. Curtsinger took possession of the corps and performed a preliminary examination. Ms. Curtsinger advised the autopsy would take place the following day, October 25, 2014 at 0800 hours. Ms. Curtsinger advised she would be making the death notification to Mr. Wright's next of kin.

## Tracy Gutterman

CSU tech Tracy Gutterman code #9701 arrived at 1333 hours. Ms. Gutterman collected and photographed Mr. Wright's clothing.

| Investigator's Signature: | |
| Supervisor's Signature: | |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002     10/05.

 

# LOUISVILLE METRO POLICE DEPARTMENT
### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | | |
|---|---|---|---|
| **In-Custody Death** | | **File No.** 14-098 | **Date of Report:** 02/28/2014 |
| **Activity:** Interview of Officer Daniel Johnson Louisville Metro Department of Corrections (LMDC) | | **Submitted By** Sergeant Chad Kessinger | |
| | | **Lead Investigator:** Sergeant Chad Kessinger | |

## INTERVIEW WITH DANIEL JOHNSON

On Monday October 27, 2014, at approximately 1406 hours, an interview was conducted with Louisville Metro Corrections Officer Daniel Johnson. This interview was conducted by Sergeant Kevin Taylor and this investigator in the LMDC Professional Standards Office located at 600 West Jefferson. Mr. Johnson is more specifically identified as:

Daniel Johnson



DOB:

Officer Daniel Johnson said he heard the call for assistance on H5 over the radio, and immediately responded to the area. Upon arrival he observed the inmate lying on the floor unresponsive with a sheet tied loosely around his neck. LMDC Officers Wiggins and Laws were performing CPR. LMDC Sergeant McCubbins requested Officer Johnson get the digital camera out of the control room. Officer Johnson returned with the camera and gave it to Lt. Norris (LMDC). Officer Johnson remained on scene to assist with CPR if needed or requested by others. The Louisville Metro Fire Department arrived on scene and took over medical treatment.

| | |
|---|---|
| Investigator's Signature: | |
| Supervisor's Signature: | LT. KEL            03/03/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002       10/05.



# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
## Public Integrity Unit
### INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| In-Custody Death | | 14-098 | 02/28/2014 |
| Activity: | | Submitted By | |
| Interview of Heather Blandford | | Sergeant Chad Kessinger | |
| | | Lead Investigator: | |
| | | Sergeant Chad Kessinger | |

## INTERVIEW OF HEATHER BLANDFORD (RN/PRN)

On Monday October 27, 2014 at approximately 1419 hours, an interview was conducted with Heather Blandford.   This interview was conducted by Sergeant Kevin Taylor and this investigator in the Louisville Metro Department of Corrections (LMDC) Professional Standards Office (PSU) located at 600 West Jefferson. Mrs. Blandford is more specifically identified as:

Heather Lynn Blandford

▬▬▬▬▬▬▬▬▬▬

DOB: ▬▬▬▬▬▬

▬▬▬▬▬▬▬▬

Heather Blandford is employed by Correct Care Solutions and works at LMDC as an RN/PRN. Mrs. Blandford stated she heard a call over the radio requesting medical personnel at 5 east. Mrs. Blandford retrieved the ER bag containing supplies and was then escorted with others by LMDC Officers Jaggers and Morganson to increase response time to the requested area.  Upon arrival Mrs. Blandford observed the AED in use, and LMDC personnel performing CPR.  The ER bag was given to staff inside the single cell and Mrs. Blandford remained outside to allow room for medical personnel inside the cell.  Corrections Staff advised all extra staff to report to the control room to make room for EMS on scene.

| Investigator's Signature: | | |
|---|---|---|
| Supervisor's Signature: | LT. KE | 03/02/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

GB005119



# LOUISVILLE METRO POLICE DEPARTMENT

### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | | |
|---|---|---|---|
| In-Custody Death | | File No.<br>14-098 | Date of Report:<br>02/28/2014 |
| Activity: | | | |
| Interview of Melissa Greer | | **Submitted By**<br>Sergeant Chad Kessinger | |
| | | **Lead Investigator:**<br>Sergeant Chad Kessinger | |

## INTERVIEW OF MELISSA GREER (RN/PRN)

On Monday October 27, 2014, at approximately 1430 hours, an interview was conducted with Melissa Greer. This interview was conducted by Sergeant Kevin Taylor and this investigator in the Louisville Metro Department of Corrections (LMDC) Professional Standards Office (PSU) located at 600 West Jefferson. Mrs. Greer is more specifically identified as:

Melissa Greer

DOB:

Melissa Greer is employed by Correct Care Solutions and works at LMDC. Mrs. Greer heard the call over the radio requesting medical personnel at 5 east. . Mrs. Greer retrieved the oxygen tank and Ambu bag and responded to the location. Upon arrival she gave the medical equipment to other medical personnel inside the cell. Mrs. Greer said she remained outside the single cell while CPR and medical treatment was being performed. Corrections staff advised all extra staff report to the control room, at which time she left the area.

| | |
|---|---|
| Investigator's Signature: | |
| Supervisor's Signature: | 03/02/2016 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002     10/05.

GB005120

 

# LOUISVILLE METRO POLICE DEPARTMENT
### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation<br>**Death Investigation** | File No.<br>**14-098** | Date of Report:<br>**October 28, 2014** |
|---|---|---|
| Activity:<br>Post Mortem Examination | Submitted By<br>Sergeant Chad Kessinger | |
| | Lead Investigator:<br>Sergeant Chad Kessinger | |

## Post Mortem Examination

On October 28, 2014, this investigator attended the post mortem examination of Jonathan D. Wright.  The attending medical examiner was Dr. Donna Stewart.  Louisville Metro Crime Scene Unit Technician Jessica Silveria was in attendance and documented the examination.  Louisville Metro Department of Corrections (LMDC) Professional Standards Unit Lieutenant Jennifer Eubanks and LMDC medical nursing Joseph Schindler was in attendance.

| Investigator's Signature: | |
|---|---|
| Supervisor's Signature: | LT. KEN Joska  2/11/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002     10/05.



# Public Integrity Unit

# Case # 14-098

# Officer Daniel Johnson LMDC

GB005122



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
### CASE NUMBER: _14-098_

Today's date is _October 27, 2014_      The time is _1406_      hours.

This is an interview with _Daniel Johnson_      (R/S)

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☒   Other Location: _Professional Standards office, LMDC_
_600 West Jefferson_

Present during this interview is;    _Sgt. C. Kessinger, Sgt. K. Taylor_

_Mr._      _Johnson_
(Title)                              (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth? ▮▮▮
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Daniel Johnson_      , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____
Signature                              _10-27-2014_      _1408_
                                       Date                 Time

_____
Witness signature                      _10/27/14_      _1408_
                                       Date              Time

Subscribed and sworn to me by _Daniel Johnson_

This _27_ day of _October_ , 201_4_

_____
Notary Public, State at Large                    My Commission Expires

GB005123



# Public Integrity Unit

# Case # 14-098

# Officer Brian Berry
# LMDC

GB005124

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _14 - 098_

Today's date is _10/27/14_          The time is _1:11_     hours.

This is an interview with _Brian Berry_          (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☒   Other Location: _400 S 6th St._

Present during this interview is; _Sgt. Moclinger, Sgt. Crowell_
_Officer Brian Berry_

_____          _____
(Title)                              (Name)

Q1  ☑ Are you aware this interview is being audio ~~and/or video~~ recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Brian Berry_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x _Bri B_                         x _10/27/14_       x _1312_
_____                   _____    _____
Signature                          Date               Time

_____                   _10/27/14_          _1312_
Witness signature                  Date               Time

Subscribed and sworn to me by  _____

This _27_ day of _OCT_ , 201 _4_

_____                   _11-08-2016_
Notary Public, State at Large      My Commission Expires

GB005125



# Public Integrity Unit

# Case # 14-098

# Officer Jeff Horn
# LMDC

GB005126

## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _14 - 098_

Today's date is _10/27/14_     The time is _2:07_   hours.

This is an interview with _Jeff Horn_     (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _400 S 6th St_

Present during this interview is;   _Sgt. McClinton / Sgt. Crowell_

_Ofc._           _Jeff Horn_
(Title)                              (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Jeff Horn_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____     X _10-27-14_     X _1408_
         Signature                              Date                 Time

_____     _10/27/14_     _1408_
      Witness signature                  Date                 Time

Subscribed and sworn to me by

This _27_ day of _OCT_ , 201 _4_

_____     _11-08-2016_
   Notary Public, State at Large              My Commission Expires

GB005127



# Public Integrity Unit

# Case # 14-098

# Officer Jerry Mangrum Sr. LMDC

GB005128



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 14-098

Today's date is **10/27/14**     The time is **1:24**   hours.

This is an interview with **Jerry Mangrum Sr.** (R/S)

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: **400 S 6th Street**

Present during this interview is; **Sgt. McClinton / Sgt. Cromell**

**Officer**      **Jerry Mangrum**
(Title)           (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____    X **10/27/14**    X **13:25**
     Signature           Date        Time

_____    **10/27/14**    **1325**
Witness signature        Date        Time

Subscribed and sworn to me by _____

This **27** day of **OCT** , 201**4**

_____    **11-08-2016**
Notary Public, State at Large        My Commission Expires

GB005129



# Public Integrity Unit

# Case # 14-098

# Officer Ryan Wiggins LMDC

GB005130



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
#### CASE NUMBER: 14-098

Today's date is 10/27/14      The time is 134      hours.

This is an interview with Ryan Wiggins      (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: 400 S 6th St

Present during this interview is; Sgt. McClinton / Sgt. Cromell

Officer      Ryan Wiggins
(Title)                            (Name)

Q1 ☐ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Ryan Wiggins , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x _____     x 10/27/14     x 1335
            Signature                    Date              Time

_____     10/27/14     1335
     Witness signature              Date              Time

Subscribed and sworn to me by _____

This 27 day of OCT , 201 4

_____          11-08-2016
Notary Public, State at Large         My Commission Expires

GB005131



# Public Integrity Unit

# Case # 14-098

# Sergeant Joseph McCubbins LMDC

GB005132



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
### CASE NUMBER: 14-098

Today's date is __10/27/14__          The time is __1:49__ hours.

This is an interview with __Joe McCubbins__          (R/S) _____

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: __400 S 6th St__

Present during this interview is; __Sgt. McClinton / Sgt. Crowell__

__SGT__          __McCubbins__
(Title)                                        (Name)

Q1  ☐ Are you aware this interview is being audio and/or video recorded?
Q2  ☐ Has anyone threatened you in order to obtain this interview?
Q3  ☐ Are you giving this interview of your own free will?
Q4  ☐ Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☐ State your home address including the zip code.
Q6  ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☐ State your home telephone number with the area code.
Q8  ☐ State your mobile and an alternate phone number with area codes.
Q9  ☐ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number? __2276__
Q12 ☐ Are you aware the following interview will be a sworn statement?

## PLEASE RAISE YOUR RIGHT HAND

Do you, __Joe McCubbins__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

## I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.

x _____          x __10/27/14__     x __1351 hrs__
        Signature                                  Date                Time

_____          __10/27/14__        __1351__
        Witness signature                      Date                 Time

Subscribed and sworn to me by

This __22__ day of __Oct__ , 201 __4__

_____                          __11-08-2016__
Notary Public, State at Large                        My Commission Expires

GB005133



# Public Integrity Unit

# Case # 14-098

# Officer Matthew Laws LMDC

GB005134



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 14·098

Today's date is _10/27/14_    The time is _1:22 pm_ hours.

This is an interview with _MATTHEW W. LAWS_    (R/S)

This interview is being conducted at: _OFC (LMDC)_

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: _600 W. JEFFERSON LMDC (PSU)_

Present during this interview is;

_SGt. K. TAYLOR_

(Title)                                    (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☐ State your mobile and an alternate phone number with area codes.
Q9  ☐ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _MATTHEW LAWS_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_Matthew_ _____     _10-27-14_     _1.325_
          Signature                    Date           Time

_____     _____     _____
        Witness signature                Date           Time

Subscribed and sworn to me by _MATTHEW LAWS_

This _27th_ day of _OCt_ , 20~~14~~14

_____          KEVIN L. TAYLOR  Notary ID# 451725
Notary Public, State at Large          Notary Public, State at Large, KY
                                       My commission expires
                                       My Commission Expires ~~15~~

GB005135



# Public Integrity Unit

# Case # 14-098

# Margaret Payne
# Trinity Services Group
# LMDC

GB005136



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _14 - 098_

Today's date is _10 / 27 / 2014_     The time is _1256_     hours.

This is an interview with _Margaret Payne_     (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _400 South 6th St_

Present during this interview is; _Sgt McClinton / Sgt. Cromell_

_Ms._ _Margaret Payne_
(Title)                    (Name)

Q1 ☑ Are you aware this interview is being (audio and/or video) recorded?
Q2 ☐ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☐ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Margaret Payne_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Margaret Payne_                    X _10/27/14_        X _12:58_
Signature                                      Date                Time

_[Witness signature]_                         _10/27/14_        _12:58_
Witness signature                             Date                Time

Subscribed and sworn to me by

This _27_ day of _2014 Oct_ , 2014

_[signature]_                                   _11 - 08 - 2016_
Notary Public, State at Large                   My Commission Expires

GB005137

27 OCTTOBER 201

AT APPROXIMATELY 11:25 A.M. I MARGARET PAYNE WAS COLLECTING SCAN SHEETS. I STARTED COLLECTING ON H5 S1 AND PASSED BY A CELL AND SOMETHING OUT OF THE NORMAL CAUGHT MY ATTENTION. WHEN I WENT BACK TO SEE WHAT WAS WRONG AN INMATE WAS HANGING BY THE BAR WINDOW. I STARTED SCREAMING FOR OFFICER MANGRUM WHO HAD GONE TO UNLOCK THE EAST SIDE FOR ME. I JUST RAN OFF THAT SIDE AFTER OFFICER MANGRUM GOT THERE.

Margaret Payne



# Public Integrity Unit

# Case # 14-098

# Heather Blandford, RN LMDC

GB005139



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: __14.098__

Today's date is __10/27/14__                    The time is __2:19 pm__ hours.

This is an interview with __HEATHER BLANDFORD RN__   (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑   Other Location: __600 W. JEFFERSON, LMDC (PSU)__

Present during this interview is; __SGt. K. TAYLOR__

_____ __SGt. C. KESSINGER__

(Title) _____(Name)

Q1   ☑ Are you aware this interview is being audio and/or video recorded?
Q2   ☑ Has anyone threatened you in order to obtain this interview?
Q3   ☑ Are you giving this interview of your own free will?
Q4   ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5   ☑ State your home address including the zip code.
Q6   ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7   ☐ State your home telephone number with the area code.
Q8   ☑ State your mobile and an alternate phone number with area codes.
Q9   ☑ Are you employed?
Q10  ☐ State your employer and the position you hold there.
Q11  ☑ What is your work telephone number?
Q12  ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __HEATHER BLAND FORD__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

✗ _____         __10/27/14__        __2:22 pm__
Signature                        Date              Time

_____           __10/29/14__        __1422 hrs__
Witness signature               Date              Time

Subscribed and sworn to me by __Heather Blandford__

This __27th__ day of __Oct__ , 20~~12~~ 14

_____          KEVIN L. TAYLOR  Notary ID.# 451726
Notary Public, State at Large    Notary Public, State at Large
                                 My commission expires: _____
                                 **My Commission Expires**

GB005140



# Public Integrity Unit

# Case # 14-098

# Kristen Laws, RN
# LMDC

GB005141



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _14098_

Today's date is _October 27 2014_    The time is _14:31 pm_    hours.

This is an interview with _Kristen Laws_    (R/S)

This interview is being conducted at:

☐    Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑    Other Location: _LMDC-PSU 400 S. 6th Street_

Present during this interview is;

_Ms_    _Laws_
(Title)    (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Kristen Laws_    , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Kristen Laws_         _10/27/14_    _1433_
        Signature             Date        Time

_____    _____    _____
    Witness signature             Date        Time

Subscribed and sworn to me by _Kristen Laws_

This _27th_ day of _Oct._ , 2014

_Jacquelin Smith_         _10-12-2015_
    Notary Public, State at Large        My Commission Expires

GB005142



# Public Integrity Unit

# Case # 14-098

# Melissa Greer, RN
# LMDC

GB005143

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: *14-098*

Today's date is *October 27, 2014*     The time is *1430*     hours.

This is an interview with *Melissa Greer*     (R/S)

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: *Professional Standards Unit, LMDC 600 West Jefferson*

Present during this interview is; *Sgt. C Kessinger, Sgt. K Taylor*

*Mrs.*     *Greer*
(Title)                              (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth? ▮▮▮▮
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code ▮▮▮▮
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☐ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number? ▮▮▮▮
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, *Melissa Greer*     , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.

X *Melissa Greer*                    *10/27/14*        *1432*
          Signature                           Date              Time

*Kim L Taylor*                          *10/27/14*        *1432*
          Witness signature                   Date              Time

Subscribed and sworn to me by     *Melissa Greer*

This *27* day of *October* , 201*4*

_____          _____
Notary Public, State at Large               My Commission Expires

GB005144



# Public Integrity Unit

# Case # 14-098

# Stacy Wylie, LPN
# LMDC

GB005145



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 14-098

Today's date is _October 27, 2014_     The time is _2:21 pm_ hours.

This is an interview with _Stacy Wylie_ _____ (R/S) _____

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: _400 S. 6th Street - LMDC-PSU_

Present during this interview is;

_Ms_ _____     _Wylie_ _____
**(Title)**                                  **(Name)**

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Stacy Wylie_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Stacy Wylie_ _____     _10·27·14_     _2:23 pm_
                    **Signature**                        **Date**              **Time**

_____     _____     _____
         Witness signature                              Date                  Time

Subscribed and sworn to me by     _Stacy Wylie_

This _27th_ day of _Oct_ , 2014

_Jacqueline Smith_ _____     _10·13·2015_
Notary Public, State at Large                My Commission Expires

GB005146



# Public Integrity Unit

# Case # 14-098

# Dr. Ronald Everson

GB005147



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 14-098

Today's date is **10/27/14**     The time is **2:24** hours.

This is an interview with **Ronald Everson** _(R/S)_ _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: **400 South 6th St.**

Present during this interview is; **Sgt. McClinton ; Sgt. Crowell**

**OR.** **Ronald Everson**
(Title)                                          (Name)

Q1 ☑ Are you aware this interview is being (audio) and/or video recorded?
Q2 ☐ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☐ Are you aware the following interview will be a sworn statement?

## PLEASE RAISE YOUR RIGHT HAND

Do you, **Ronald Everson** , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____          X 10/27/14          X 2:25
        Signature                              Date                      Time

_____          10/27/14          14:25
    Witness signature                        Date                      Time

Subscribed and sworn to me by

This **27** day of **OCT** , 201 **4**

_____          11-08-2016
Notary Public, State at Large          My Commission Expires

GB005148

| Division: 1 DISTRICT | | **Incident/Investigation Report** | | |
|---|---|---|---|---|
| Beat: | 123 | | | |
| Agency: | LMPD | Case Number: 80-14-082847 | | Case Status: OPEN ACTIVE |

## Incident Information

| Date/Time Reported | Date/Time From | Date/Time To | Officer |
|---|---|---|---|
| 10/27/2014 12:12 | 10/27/2014 12:12 | 10/27/2014 12:12 | (2654) MCCLINTON, ANDREW S |
| Incident Location | | | |
| 400 S 6TH ST, LOUISVILLE, KY 40202 | | | |

## Charges

| **1** | Charge Type | Description | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|
| | State | DEATH INVESTIGATION | | | | 03009 | 90Z | ☑ Com |
| Alcohol, Drugs or Computers Used<br>☐ Alcohol  ☐ Drugs  ☐ Computers | | Location Type<br>JAIL / PENITENTARY | | Premises Entered | Forced Entry<br>☐ Yes  ☑ No | Weapons<br>1. | | |
| Entry | | Exit | | Criminal Activity | | 2. | | |
| | | | | | | 3. | | |
| Bias Motivation | | Bias Target | | Bias Circumstances | | Hate Group | | |

## Victims

| Seq. #<br>**1** | Type<br>INDIVIDUAL | | Injuries<br>None | | | Residency Status<br>Resident | | Ethnicity<br>Non-Hispanic | |
|---|---|---|---|---|---|---|---|---|---|
| Name(Last, First, M)<br>WRIGHT, JONATHAN DOUGLAS | | | | | Race<br>W | Sex<br>M | DOB<br>▓▓▓▓ | Age<br>41 |
| Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | | Business Phone | |
| Victim of Crimes<br>I | | | | | | | Cell Phone | |

GB005149

| Division: 1 DISTRICT | **Incident/Investigation Report** | |
|---|---|---|
| Beat: 123 | | |
| Agency: LMPD | Case Number: 80-14-082847 | Case Status: OPEN ACTIVE |

## Offenders

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 1 | INDIVIDUAL | UNKNOWN |

| AKA | | Race U | Sex U | DOB | Age 00 | Height | Weight |
|---|---|---|---|---|---|---|---|

| Address | | Home Phone |
|---|---|---|

| Employer Name/Address | | Business Phone |
|---|---|---|

Scars, Marks, Tatoos or other distinguishing features

Physical Characteristics

**Suspect Details**

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | | | | |

| Owner | | License / State | Color |
|---|---|---|---|

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|

| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
|---|---|---|---|---|

Property Notes

| Division: | 1 DISTRICT | **Incident/Investigation Report** |
|---|---|---|
| Beat: | 123 | |

| Agency: | LMPD | Case Number: | 80-14-082847 | Case Status: | OPEN ACTIVE |
|---|---|---|---|---|---|

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **1** | | | | |

**Owner** | License / State | Color

| Status | Status Officer | Quantity | Units of Measure | Value |

| Gun Type | Caliber | Finish | Grip | Gun Stock |

| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |

**Property Notes**

---

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **2** | | | | |

**Owner** | License / State | Color

| Status | Status Officer | Quantity | Units of Measure | Value |

| Gun Type | Caliber | Finish | Grip | Gun Stock |

| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |

**Property Notes**

---

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **3** | | | | |

**Owner** | License / State | Color

| Status | Status Officer | Quantity | Units of Measure | Value |

| Gun Type | Caliber | Finish | Grip | Gun Stock |

| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |

**Property Notes**

| Division: 1 DISTRICT | Incident/Investigation Report | |
|---|---|---|
| Beat:     123 | | |

**Agency:** LMPD     **Case Number:** 80-14-082847     **Case Status:** OPEN ACTIVE

## Notes/Narratives

### PUBLIC NARRATIVE

The Public Integrity Unit responded to Louisville Metro Corrections on an inmate who was found deceased in his cell.

### INVESTIGATIVE NARRATIVE

GB005152

# Louisville Metro Police Department
## Crime Scene Unit Report

Date: 10-27-2014     Day: Monday     ☒ Original     ☐ Supplement

CSU #: 80-14-082847ORI-GUTT     ICN #: 80-14-082847

Offense(s): Suicide Investigation

Notified/Dispatched by: Sgt. C. Kessinger via office phone

Time Received: 1203     Arrival Time: 1217     Cleared Time: 1354

Detective(s) at Scene: Sgt. C. Kessinger, Lt. Despain. Sgt. Riveria

Lead Detective/Division/Unit: Sgt. C. Kessinger- PIU     Code #: 2945

CSU Technician(s): T. Gutterman/ J. Silveria     Code #: 9701/9560

## Crime Scene Information:

Location of Scene: 400 South 6th Street- H5 East South 1 Cell 8- LMDC     Date of Occurrence: 10-27-2014

Type of Premise: ☐Residence ☐Roadway ☒Business ☐Vehicle ☐Other

Weather Condition: ☒Inside ☐Snow ☐Rain ☐Clear ☐Other

## Victim's Information:

Victim's Name: Jonathan D. Wright

Victim's Address: ▓▓▓▓▓▓▓

City: ▓▓▓▓     State: ▓▓▓     Zip Code: ▓▓▓

Race: White     Sex: Male     DOB: ▓▓▓     Age: 41

Elimination Prints Taken? ☐ Yes ☒ No     ☐ Post Mortem

Victim's Hands Bagged? ☐ Yes ☒ No     GSR Done on Victim? ☐ Yes ☒ No

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| N/A | | | | | ☐ |
| | | | | | ☐ |

## Photography:

Photographing Technician(s): T. Gutterman

## Video:

Video Technician(s) or Detective: N/A

## Crime Scene Mapping:

Crime Scene Measurements and Diagram Completed By: N/A

GB005153     LMPD 587-0001     05/13

**Evidence Processing:**

CSU #: 80-14-082847ORI-GUTT

Processed for Latent Prints?  ☐ Yes  ☒ No

| Type | Description | Latent Prints Obtained? | | Where processed? |
|------|-------------|:---:|:---:|------------------|
| | | **Yes** | **No** | |
| N/A | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |
| | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |

**Exhibits Collected:**

| Exhibit # | Description |
|:---:|-------------|
| 1 | Ligature, white torn sheet, unknown brand and size, located on the floor in Cell 8. |
| 2 | One pair of orange cut "Bob Barker" brand pants, size 4XL, collected from Jewish Hospital. |
| 3 | One left, black, grey and pink "Nike AirMax" brand shoe, size 11.5, collected from Jewish Hospital. |
| | |
| | |

**Narrative:**

On Monday 10-27-2014 at approximately 1203 hours, Sgt. C. Kessinger telephoned the CSU office and requested CSU respond to 400 South 6th Street, Louisville Metro Department of Corrections. Upon arrival met with Sgt. C. Kessinger and Lt. K. Despain and the following was performed:

Photographed the scene.

Collected Exhibit # 1 (See Exhibits Collected Section).

On this same date at approximately 1330 hours, CSU proceeded to Jewish Hospital per a verbal request from Sgt. C. Kessinger.  Upon arrival met with Sgt. Riveria and the following was performed:

Photographed the Victim.

Collected Exhibits # 2 and 3 (See Exhibits Collected Section).

At approximately 1459 hours, the following was performed in the CSU office:

Photographed Exhibits # 1, 2 and 3

Exhibits # 1, 2 and 3 were secured in the CSU Evidence Locker at approximately 1630 hours.

**CONTINUED Page 3**

LMPD # 07-0001
05/13

GB005154

On Tuesday 10-28-2014 at approximately 0800 hours, the following was performed in the CSU Office:

Removed Exhibits # 1, 2 and 3 from the CSU Evidence Lockers and placed in the LMPD Property Room, released to Property Room Clerk C. Spillman.

At approximately 0815 hours, Exhibit # 1 was removed from the LMPD Property Room and transported to 810 Barret Avenue, Pathology per a request from Medical Examiner Dr. Donna Stewart.

Exhibit # 1 was released to Technician J. Silveria at approximately 0830 hours.

Technicain J. Silveria placed Exhibit # 1 back in the LMPD Property Room, released to Property Room Clerk M. Spencer at approximately 1515 hours.

Technician's Name:  T. Gutterman                          Code #:  9701

Technician's Name:  J. Silveria                              Code #:  9560

Supervisor's Name: _____        Code #: _____

Date: _____

GB005155

LMPD # 07-0001
05/13



*Louisville Metro Police Department*
*Latent Fingerprint Supplementary Report* CLEARED

NOV 0 7 2014

To: CSU Commander
To: C. Kessinger

Date of Offense: 10-27-14
Date and Time of Report: 11-7-14

Complainant's Name: Jonathan D. Wright

Complainant's Address: ▇▇▇▇▇▇

Offense: Suicide Inv                Location of Offense: 400 S. 6th St                Division: PIU

CSU #: 80-14-082847                Latent Print Unit #: 14-105367                ICN #: 80-14-082847

Received in Latent Print Unit by: E.F.Jones

Assigned to: Ernest F. Jones #8167

---

Post-Mortem inked fingerprints from the above case were compared to the exemplar fingerprints of Wright, Jonathan  KYSID# KYA0203737  and were found to be the same.

Report submitted by:

ID Examiner: _____                Date and Time: 11-7-14  1227

Analysis reviewed by:

ID Examiner: Michele R Crawford                Date and Time: 12|1|14 @ 1318

Supervisor: _____ 2442                Date and Time: 12-1-14  1806

1

LMPD # 07-0023
09/10

GB005156

# Louisville Metro Police Department
## Crime Scene Unit Report
*Autopsy*

Date: 10-28-2014     Day: Tuesday     ☐ Original   ☒ Supplement

CSU #: 80-14-082847SILV      ICN #: 80-14-082847

Offense(s): Suicide Investigation

Notified/Dispatched by: Self Initiated

Time Received: 0745    Arrival Time: 0753     Cleared Time: 0930

Detective(s) at Scene: Sgt. C. Kessinger @ Pathology

Lead Detective/Division/Unit: Sgt. C. Kessinger- PIU    Code #: 2945

CSU Technician(s): J. Silveria    Code #: 9560

## Crime Scene Information:

      400 South 6th Street- H5 East South 1

Location of Scene:   Cell 8- LMDC     Date of Occurrence: 10-27-2014

## Victim's Information:

| | |
|---|---|
| Victim's Name: | Jonathan D. Wright |
| Victim's Address: | ▓▓▓▓▓▓▓ |

City: ▓▓▓▓    State: ▓▓▓▓    Zip Code: ▓▓▓

Race: White    Sex: Male    DOB: ▓▓▓▓    Age: 41

Elimination Prints Taken? ☐ Yes    ☐ No    ☒ Post Mortem

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| N/A | | | | | ☐ |
| | | | | | ☐ |

## Photography:

Photographing Technician(s):   J. Silveria

## Exhibits Collected:

| Exhibit # | Description |
|---|---|
| | **Collected at Pathology 10/28/2014** |
| 4 | Victim blood sample |
| | |
| | **Previously Collected** |
| 1 | Ligature, white torn sheet, unknown brand and size, located on the floor in Cell 8. |
| | |

LMPD # 97-0001
05/13

CSU #: 80-14-082847SILV

**Narrative:**

On Tuesday, October 28, 2014 at approximately 0745 hours responded to Pathology located at 810 Barret Avenue. Upon arrival met with Sergeant C. Kessinger who requested that the following be performed:

Note: Autopsy began at approximately 0815 hours.

Digitally photographed the Victim.

Collected from Dr. D. Stewart:
Exhibit #4.

Obtained one set of Victim ID prints.

At approximately 0838 hours Technician T. Gutterman hand delivered previously collected Exhibit #1 to Pathology per request of Dr. D. Stewart.

On the same date at approximately 0936 hours secured Exhibit #4 in the CSU Office.

On the same date at approximately 1000 hours forwarded the Victim ID Prints to the LMPD Latent Print Squad.

On 10/28/2014 at approximately 1515 hours placed Exhibit #4 in the LMPD Property Room, released to Clerk  M. Spencer.

Technician's Name:  J. Silveria                          Code #:  9560

Supervisor's Name:                                        Code #:

Date:

GB000158    00751157-0001
05/13



# Public Integrity Unit

# Case # 14-098

# LMPD CSU PHOTOGRAPHS

GB005159

POSTMORTEM EXAMINATION

OF THE BODY OF

WRIGHT, JONATHAN  ME-14-1279

A post mortem examination of the body identified by the County Coroner as Jonathan Wright is performed at the Urban County Government Center on October 28, 2014 at 8:15 a.m. by Dr. Donna Stewart. Attendant is Jason Ritter. University of Louisville Pathology Resident Dr. Julianne Bishop is in attendance. The following LMPD officials are in attendance: CSU official Jessica Sylveria, LMPD PIU Detective Chad Kessinger, LMPD CSU Professional Standards Unit Lt. Jennifer Eubanks, LMPD Department of Corrections Medical Nursing Joseph Schindler.

## EXTERIOR OF THE BODY

The body is received in a black plastic body bag lying on multiple white hospital linen sheets and wearing a pair of predominantly gray Hanes boxer underwear. A hospital sheet and a blue hospital gown are beside the body in the body bag.

The body is that of a well developed, well nourished, white male appearing the stated age of 41 years. The body has a measured height of 72" and a weight of 193 pounds. Rigor mortis is present to an equal extent in all joints. Post mortem lividity is present posteriorly and blanches with pressure. The body is cool to touch.

The head hair is short and close to the scalp appearing brown/black, measuring less than 0.1" in length. The eyelids are closed. The irides are visualized through clear corneae and are brown. The pupils are equal measuring 5mm each. No petechial hemorrhages are noted. The right sclera is injected. The skeleton of the nose is intact. The nares are clear. The teeth are natural and show carious disease. Beard and sideburns are present. Hair stubble is noted in the mustache region.  The trachea is midline. No palpable supraclavicular or cervical lymph nodes are noted of the neck.

The chest and abdomen are well developed. No false mobility of the chest is noted upon palpation. Possible pectus excavatum is appreciated. The abdomen is flat. The external genitalia are normal male and circumcised. Both testicles are noted within the scrotum. The pubic hair is of normal male distribution.

The fingernails are short to medium length and clean. No palpable skeletal deformities or edema are noted of the upper extremities.

The back and buttocks are well developed. The anus is covered with partially formed brown fecal material. The anus is patent and atraumatic.

ME-14-1279

The toenails are short to medium length and slightly dirty. The great toenails are thickened and discolored.  No palpable skeletal deformities or edema are noted of the lower extremities.

## IDENTIFYING SCARS, MARKS AND TATTOOS

1) About the right great toe, a Coroner's identification tag has the deceased's name inscribed.
2) At the lower parasternal left chest, a hyperpigmented birthmark measures 1.25" by 0.3".
3) On the back of the left elbow, a curvilinear scar measures 0.5" by 0.2".
4) On the left calf, punctate to linear hypopigmented scars range from 0.2" by 0.15" to 1.1" by 0.05".

## EVIDENCE OF MEDICAL THERAPY

1) Within The oropharynx, an endotracheal tube is placed.
2) On the anterior torso, EKG electrodes and defibrillator pads are present.
3) At the upper right shin, an intraosseous catheter is present.
4) About the right index finger, a pulse oximeter is present.
5) About the right wrist, is a medical identification band.
6) The sternum is fractured between the third and fourth ribs. Bilateral anterolateral rib fractures involve the 2nd through 5th ribs. Approximately 240ml of hemopericardium are associated with the lacerated right atrial wall anteriorly. The inferior of the right atrium also shows shearing laceration. Within the right chest cavity, 200ml of blood is present.  These changes are secondary to cardiopulmonary resuscitative measures. Extension of the hemopericardium is found within the anterior mediastinum and surrounding the right great vasculature lateral to the atraumatic neck, inclusive of the larynx.

## EVIDENCE OF INJURIES

## EVIDENCE OF ASPHYXIATION BY HANGING

1) Anteriorly and laterally about the neck is a partially abraded and dried band-like ligature furrow. The ligature furrow is found 1.5" below the right earlobe measuring 1.25" in thickness. Below the angle of the right mandibular jaw, the ligature furrow is pyramidal-shape in appearance, measuring 1.0" by 1.5" . It crosses the anterior midline of the neck above the thyroid cartilage measuring 0.5". It continues in an upward and left lateral direction to be found 0.5" below the left earlobe measuring 0.5" in thickness. Behind the earlobes bilaterally and involving the occiput and the posterior neck, the ligature furrow is not present.
2) The tongue tip shows a small, 1mm by 2mm contusion.

GB005161

ME-14-1279

3) Posterior body dissection of the back, buttocks, neck, lower extremities and upper extremities show focal superomedial left trapezius muscle hemorrhage. There is no disarticulation of the neck.

4) Examination of the LMPD CSU submitted ligature within the evidence bag (exhibit 1 ligature 80-14-082847 10/27/14 TLG) is an off-white non-fitted sheet with a knot found adjacent to two of the cut edges. The ligature measures 3.5" from the knot to the shortest end; 16" from the medium length end and 58.5"from the longest end. The knot itself measures 3 and 1/2" by 3" by 3". No obvious soiling is noted to the ligature.

## OTHER INJURIES

1) On the posterior axillary right arm, a "V" shaped abrasion measures 1.0" both medially and laterally with an average thickness of 0.25".

2) Similarly a more defined "V" shaped abrasion is noted to the posterior left axilla measuring 1.0" and 1.8" medially and laterally with an average thickness of 0.25". Superior and medial to this abrasion are punctate to linear superficial abrasions that range from 0.05" to 0.2" by 0.05".

3) On the left posterior flank, a scabbed punctate abrasion measures 0.1" by 0.05".

4) On the posterior right flank, a linear superficial scratch abrasion measures 1.5" by 0.1".

## INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 2.5cm in thickness through thin, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. Anteriorly, the liver edge is sharp and the diaphragm displays no abnormality.

The mediastinum is in the midline. The lungs are normally inflated. There is no free fluid in either smooth, pleural space.

## CARDIOVASCULAR

The heart is of normal configuration and weighs 440 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. The mid portion of the right coronary artery shows 60% to 80% stenosis by atherosclerotic plaque formation. The remaining arteries are free of stenosis. The heart circulation is codominant. Sectioning of the heart discloses a concentric left ventricular wall thickness of 1.6cm. On section, the firm, brown

3

GB005162

ME-14-1279

myocardium is of normal consistency. No focus of scar or acute hemorrhage is demonstrated.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

## RESPIRATORY

The lungs are of the usual lobation and weigh 880 and 610 grams, right and left respectively. Bullous emphysematous changes are noted. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The lungs are of normal crepitance. The pleurae are generally smooth and glistening. The bronchi are of normal distribution and dimension. They are lined with smooth, tan epithelium. There is no evidence of ante mortem thromboemboli. Sectioning discloses congestion and edema. Centrilobular emphysema is also noted. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and noncalcified.

## LIVER AND GALLBLADDER

The liver weighs 2150 grams. Mild congestion is noted upon sectioning. The capsule is intact, smooth and shiny. The liver edge is sharp. On section, the hepatic substance is homogeneously brown and of normal consistency. No focal abnormal markings are demonstrated.

The gallbladder contains approximately 20ml of amber bile. Stone is not demonstrated. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

## PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, yellow/tan, soft substance. No focus of calcification is demonstrated.

## ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

## GENITOURINARY

The kidneys are of similar size and shape. Together they weigh 360 grams. 1mm rare corticomedullary cysts are present. The capsules may be removed easily to reveal

4

GB005163

ME-14-1279

smooth, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis, cortex or medulla is demonstrated. The ureters are patent.

The bladder lumen contains approximately 50ml of medium yellow urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

SPLEEN

The spleen weighs 240 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is easily identified. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is present in its normal rugal pattern. The stomach contains approximately 150ml of gray tan/brown liquid and partially masticated and digested food material that includes macaroni. No obvious intact pills or capsules are present. The pylorus and duodenum display no abnormality. The small and large intestines are not remarkable.

MUSCULOSKELETAL

Examination and palpation of the spine, shoulder girdle and pelvis fail to reveal fracture.

NECK

The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

THYROID

The thyroid gland demonstrates no abnormality.

5

GB005164

ME-14-1279

## HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1750 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

## DISPOSITION OF EVIDENCE

1) The examined ligature brought in by LMPD CSU, photographic documentation, a blood DNA standard card and fingerprints are taken by the LMPD official attending the autopsy.
2) Photographic and diagrammatic documentation, small sections of organs for formalin fixation, stock and a blood DNA standard card are retained at the OCME.
3) The clothing is submitted with the body for funeral home pick up.
4) Central blood, urine and split vitreous humor are submitted for toxicologic analysis.

6

GB005165



# JUSTICE AND PUBLIC SAFETY CABINET

**Steven L. Beshear**
Governor

**Office of the Chief Medical Examiner**
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587   Fax (502) 852-1767
www.kentucky.gov

**J. Michael Brown**
Secretary

## FINAL DIAGNOSIS

### WRIGHT, JONATHAN  ME-14-1279

1) Asphyxia via ligature hanging in jail cell (Death in Custody):
   A. Partially dried ligature furrow about neck
   B. Left posterior neck trapezius muscle hemorrhage
   C. Per deputy coroner and police investigative reports:
       i.   Found hanging from vertical window bar of isolated jail cell on well-being check
       ii.  Partial suspension by soft ligature – bed sheet (examined)
       iii. Medial intake records accompany the body. Check times 11:10 – 11:29 a.m. on 10/27/14.
       iv.  History of drug abuse and Bipolar Disorder and social anxiety.
2) Status post cardiopulmonary resuscitative efforts that include rib and sternal fractures, hemopericardium and hemothorax.
3) Cardiomegaly with mild concentric left ventricular hypertrophy.
4) Early nephrosclerosis.
5) Congestion of the liver.
6) Bullous emphysematous and centrilobular changes of the lungs.
7) Blood toxicology:
   A. Drugs of abuse screen, negative
   B. Ethanol, negative
8) Urine toxicology:
   A. Drugs of abuse screen, negative
   B. Ethanol, negative

**OPINION:** This 41 year old white male, Jonathan Wright, died of asphyxia via ligature hanging in an isolated jail cell. (983.0/J)

Donna Stewart, MD

**DATE PERFORMED:** October 28, 2014
**DATE COMPLETED:** November 13, 2014
**COUNTY OF JURISDICTION:** Jefferson



COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name _____ Wright, Jonathan _____ 4/11/14

Number ____ 14-1279 ____ Date ____ 10-28-14

Height ____ 72" ____ Weight ____ 193

H- 440

RL- 880

LL- 610

L- 2150

K- 360

S- 240

B- 1950

| Toxicology | BA | BDS | CO | UDS | VA | Ref Lab | Histo |
|---|---|---|---|---|---|---|---|
| Manner | A | H | N | U | S | Pending | |

ICD Code _____

Opinion _____

Resident _____ Staff _____ Attendant _____

County/Coroner ____ Jefferson Co- 66 ____

GB005167 #448061

# AUTOPSY ATTENDEES

## YOU MUST SIGN IN

Fill in the following blocks of information if you attend any portion of the autopsy procedure. This includes all procedures for X-ray, photographic, record keeping, and external or internal examination. Everything seen or heard pertaining to specific cases is to be discussed only within medicolegal parameters and official investigations. Information should otherwise remain confidential.

| DATE | AUTOPSY # TO BE OBSERVED | PRINTED NAME OF OBSERVER | ORGANIZATION |
|------|--------------------------|--------------------------|--------------|
| 10/26/14 | 14-1263/1264/1265 | W. Stephens / M. Metzler | LMPD CSU / Homicide |
| 10/26/14 | 14-12 | | |
| 10/27/14 | 14-1270 | C. Ledbetter | CHPD C town. |
| 10/27/14 | 14-1273 | T. Gutterman / J. Beattu | LMPD CSU / Homicide |
| 10-27-14 | 14- | Tim Baney | BRECKINRIDGE CORONER |
| 10-27-14 | 14- | BRENT FLOOD | "    " HARDINSBURG. |
| 10-27-14 | 14-1271 | T. Gutterman / R. Sutherland | LMPD CSU / Traffic |
| 10-28-14 | 14-1279 | J. Silver / R. Kessinger | LMPD CSU / PIU |
| 10/28/14 | 14-1279 | LT. J. EUBANKS | LMIX PSU |
| 10/28/14 | 14-1279 | RN JOSEPH SCHINDLER | LMDC RN (MEDICAL) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

GB005168

**Kessinger, Chad A**

| | |
|---|---|
| From: | Johnson, John A |
| Sent: | Wednesday, February 11, 2015 2:32 PM |
| To: | Kessinger, Chad A |
| Subject: | CAD Report 400 South 6th Street, if you need something else let me know. Thanks John. |

# EVENT SUMMARY

| | |
|---|---|
| DATE: | 10/27/14 |
| ACCEPTED: | 11:32:46 |
| AGENCY: | EMS |
| EVENT NUMBER: | E14085882 |
| EVENT TYPE: | 09E01 |
| SUB EVENT TYPE: | |
| CALL SOURCE: | 2-Phone |
| TERMINAL: | 911ms17 |
| CT: | 28069 |
| DISPOSITION: | CFHOSP, CWR |

LOCATION: 400 S 6TH ST

CALLER NAME: OFC RECERT - JAIL

CALLER ADDRESS:

CALLER NUMBER: (502) 574-7500        CROSS STREET: W LIBERTY ST & CEDAR ST

CASE NUMBER:

ASSOC. EVENTS: E14085882, LF140028436

| TIME | CT | TERM | COMMENT |
|---|---|---|---|
| 11:32:46 | 28069 | 911ms17 | ON THE 5TH FLOOR |
| | | | UNC, NOT BREATHING |
| | | | ProQA dispatch code: 09E01 |
| | | | Responder script: You are responding to a patient in apparent cardiac |
| | | | (respiratory) arrest. The patient is a 35-year-old male, who is unconscious and |
| | | | not breathing. Not breathing at all. |
| 11:32:48 | 28069 | 911svdb01 | ** LOI search completed at 10/27/14 11:32:48 |
| 11:32:53 | 17645 | 911ms24 | ** Event E14085882 was viewed at: 10/27/14 11:32:53 |
| | | | ** >>>> by: 17645 on terminal: 911ms24 |
| 11:32:57 | 13269 | 911ms18 | ** Event LF140028436 was viewed at: 10/27/14 11:32:57 |
| | | | ** >>>> by: 13269 on terminal: 911ms18 |
| 11:32:59 | 17645 | 911ms24 | ** Recommended unit E131 for requirement CLOSESTEMS (5.9 min) |
| 11:33:00 | 28069 | 911ms17 | ENTER THROUGH OLD SALLYPORT |
| 11:33:04 | 13269 | 911ms18 | ** Recommended unit FE02 for requirement ENGINE (0.6 mi) |
| 11:35:03 | 28069 | 911ms17 | MS SUP OK |

1

GB005169

| | | | |
|---|---|---|---|
| 12:31:54 | 13269 | 911ms18 | ** Event LF140028436 closed. |
| 13:20:14 | 17645 | 911ms24 | ** Event E14085882 closed. |

| UNIT | STATUS | LOCATION | TIME |
|---|---|---|---|
| E131 | DP | 400 S 6TH ST LVIL: @JAIL | 11:32:59 |
| FE02 | DP | 400 S 6TH ST LVIL: @JAIL | 11:33:04 |
| E131 | ER | 400 S 6TH ST LVIL: @JAIL | 11:33:17 |
| FE02 | ER | 400 S 6TH ST LVIL: @JAIL | 11:34:15 |
| E147 | DP | 400 S 6TH ST LVIL: @JAIL | 11:35:34 |
| E147 | AK | 400 S 6TH ST LVIL: @JAIL | 11:35:37 |
| E131 | AM | PRP 1 | 11:35:51 |
| FE02 | AR | 400 S 6TH ST LVIL: @JAIL | 11:35:53 |
| E147 | AR | 400 S 6TH ST LVIL: @JAIL | 11:42:37 |
| E147 | ~ | 400 S 6TH ST LVIL: @JAIL | 11:52:37 |
| E147 | TR | 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL | 12:17:16 |
| E147 | TR | 217 E CHESTNUT ST LVIL: @JEWISH HOSPITAL | 12:17:57 |
| E147 | TA | 217 E CHESTNUT ST LVIL: @JEWISH HOSPITAL | 12:20:42 |
| FE02 | AM | 1135 W JEFFERSON ST | 12:31:54 |
| E147 | ~ | 217 E CHESTNUT ST LVIL: @JEWISH HOSPITAL | 12:40:42 |
| E147 | CU | 217 E CHESTNUT ST LVIL: @JEWISH HOSPITAL | 12:44:07 |
| E147 | AM | ENGINE 17 | 13:20:14 |

| PRIORITY | ZONE | BEAT | SWITCH | PICKUP | CREATE | DISPATCH | RESPOND | ONSCENE | CLOSED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 202 | 202 | | 11:31:58 | 11:32:46 | 11:32:59 | 11:33:17 | 11:42:37 | 13:20:14 |

GB005170



# Public Integrity Unit

# Case # **14-098**

# Information provided by:
## Louisville Metro Corrections
## Lieutenant Jennifer Eubanks

GB005171

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Jail ORI: KY0560000

## PERSONAL INFORMATION

WRIGHT, JONATHAN D

| | | | | | |
|---|---|---|---|---|---|
| Alias: | | | Height: | 6'00" | |
| Race: | W | Sex: | M | Weight: | 195 |
| Address: | ▉▉▉▉▉▉▉▉ | | | Comp: | |
| Hair: | BAL | Eyes: | BRO | | |
| Glasses: | NONE | SSN: | ▉▉▉▉▉ | DL#: | |
| Phone No: | | Inmate Nbr: | 00468305 | DOB: | ▉▉▉▉ (Age: Arrest-41 Now-41) |
| FBI: | 87861WB0 | SID: | A0203737 | | |

Citizenship: United States of America

US Marshall Number:

Religion: CHRISTIAN

Education Level: SOME COLLEGE

Body Build:

Ethnicity:

POB: United States of America

Birth State:

Birth City:

Marital Status: Divorced

Militry Veteran:

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|

Total Number of Rows: 0

## ARREST INFORMATION

| | | | |
|---|---|---|---|
| Booking #: 201430876 | Arresting Agency: JEFFERSON COUNTY SHERIFF | Arresting Officer: CLARK | Case #: |
| Booking Officer: Marquart, Ryan | Inmate Account Balance: $ 0.00 | Booking Date/Time: 10/23/2014 20:40 | Release Date/Time: | Housed: H5-S1/008 |

Arrest Note: ********HOLD P&P********
SERVING PVWT: 2004212

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | | Judge Name | Docket | Comments |
| PAROLE VIOLATION WARRANT | 4L813680 | | | | | | | |
| | N | | | | | | | |

Total Number of Rows: 1

## BOOKING NOTES

| Date/Time | Notes |
|---|---|

Total Number of Rows: 0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|
| PROBATION & PAROLE (KY) | | | Active | | | |

GB005172

Total Bond:    $ 0.00

## SUPPLEMENTAL INFORMATION

Classification:  MI/GP                    Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| UNEMPLOYED | | | |

Total Number of Rows:       1

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| | |

Total Number of Rows:       0

Name  WRIGHT, JONATHAN D

Inmate #  00468305          Sex  MALE          DOB

Race  White/Eurp/ N.Afr/Mid Eas          Age  41

**Status**                              In Jail

Booking #  201430876

Book Dt/Tm  10/23/2014 20:40

Release Dt/Tm

Classification  MI/GP

Facility  1

Wing  H5E

Dorm  H5E-S1

Cell  H5-S1

Booking #201430876

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 10/26/2014 06:17 | | H5-S1 | 008 | Movelist | |
| 10/26/2014 04:06 | 10/26/2014 06:17 | J4N-3A | 026 | Movelist | |
| 10/24/2014 20:49 | 10/26/2014 04:06 | J4S-4B | 008 | Movelist | J1R2>J4S4B#8 |
| 10/24/2014 00:15 | 10/24/2014 20:49 | J1-R-2 | | | Group Transfer |
| 10/23/2014 20:40 | 10/24/2014 00:15 | PASSIVE | J1-P-019 | | |

24976 EUBANKS

10/27/2014 11:59

GB005174

Page: 1

Name  WRIGHT, JONATHAN D

Inmate #  00468305          Sex  MALE          DOB ████████          Booking # 201430876          Facility  1

                                                                    Book Dt/Tm 10/23/2014 20:40          Wing  H5E

Race  White/Eurp/ N.Afr/Mid Eas          Age  41          Release Dt/Tm          Dorm  H5E-S1

**Status**          In Jail          Classification MI/GP          Cell  H5-S1

## Incident History

| Incident Date | Incident Type | Booking # | Reporting Officer | Form Name | Facility | Approved Dt/Tm |
|---|---|---|---|---|---|---|
| 11/17/2012 10:11 | CONTRABAND | 2012037544 | | EI REPORT | | |
| 02/17/2009 05:02 | ADDITIONAL CHARGES | 2009005458 | | EI REPORT | | |
| 02/17/2009 05:02 | CONTRABAND | 2009005458 | | EI REPORT | | |
| 02/17/2009 05:02 | Strip Search - Inmate | 2009005458 | | EI REPORT | | |
| 07/22/2008 05:07 | AWOL | 2008011853 | | EI REPORT | | |
| 11/21/2007 04:11 | AWOL | 2007041620 | | EI REPORT | | |
| 11/19/2007 10:11 | CONTRABAND | 2007041620 | | EI REPORT | | |
| 11/19/2007 10:11 | Strip Search - Inmate | 2007041620 | | EI REPORT | | |

**Inmate Nbr**
00468305

**Name**
WRIGHT, JONATHAN D



10/27/2014

CourtNet Inquiry Results - Not An Official Court Record

HEACOCK 10/27/2014 12:10:29 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## JEFFERSON FAM CRT/CIV DISTRICT DISTRICT COURT / CASE NUMBER: 14-D-502740-001



Log-Off

| STAUDENHEIMER, REGINA VS. WRIGHT, JONATHAN | | | Source: S |
|---|---|---|---|
| | Filed on 10/23/2014 | DOMESTIC VIOLENCE; FC05 ; Open Judge: HON. PATTY WALKER FITZGERALD | |

| DEFENDANT / RESPONDENT: WRIGHT, JONATHAN | | | @00001036653 |
|---|---|---|---|
| | Address | City @ Large ; Louisville, KY | |
| | Id-Info | Race: W; Sex: M DOB: ▓▓▓▓ EyeColor: BN; HairColor: BA; Height: 509; Weight: 190 | |
| | Summons: | Issued on: 10/23/2014 | Served on: 10/23/2014; DOMESTIC VIOLENCE SUMMONS |

| PLAINTIFF / PETITIONER: STAUDENHEIMER, REGINA | | | @00001036654 |
|---|---|---|---|
| | Address | | |
| | Id-Info | ; Sex: * DOB: 11/05/1979 | |

| Document(s) Information | | | |
|---|---|---|---|
| 1 | Filed on 10/23/2014 | COMPLAINT / PETITION; OTHER | COPIES TO ALL PARTIES |
| 2 | Filed on 10/23/2014 | ORDER TO SURRENDER FIREARMS; OTHER | ANY AND ALL FIREARMS |
| 3 | Filed on 10/23/2014 | FAMILY COURT CASE DATA; OTHER | |
| 4 | Filed on 10/23/2014 | ORDER FOR EMERGENCY PROTECTION; OTHER | NC,500FT,NOD/P,SF |
| 5 | Filed on 10/24/2014 | RETURN OF SERVICE | SERVED |

| Court Date(s) Information | | |
|---|---|---|
| 1 | DOMESTIC VIOLENCE on 11/04/2014 | Judge: HON. ELEANORE GARBER Time: 0900 hours; Rm: FC05 |

County information last updated on: 10/27/2014 8:45:00 AM

**CourtNet**

CourtNet Version 1.0.4

Case 3:16-cv-00742-DJH-CHL    Document 143-4    Filed 05/21/19    Page 81 of 199 PageID #: 2399

CHADKESSINGER 2/3/2015 12:23:03 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| **CourtNet Disposition** | **Defendant / Respondent** | | **SCH NO:** |
|---|---|---|---|
| **WRIGHT, JONATHAN DOUGLAS** | ████ | --- -- ---- | **M**    **W** |

| 001|01-M-007725 | CHARGE 200 AMENDED |
|---|---|
| \|JEFFERSON<br>\|10/09/2006<br>\|08/20/2007 | \|PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE)<br>\|*** **WITHDRAWN**<br>\| |

| 002|01-M-007725 | CHARGE 200 AMENDED |
|---|---|
| \|JEFFERSON<br>\|10/08/2003<br>\|10/14/2005<br>\| | \|PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE)<br>\|*** **GRANTED**<br>\|180 DAYS; JAIL; 180 DAYS CD; 180 DAYS SUPV PROB.; STATE PROBATION;<br>\|memo: CD 2 YRS, CD 2 YRS, |

| 003|01-M-007725 | CHARGE 200 AMENDED |
|---|---|
| \|JEFFERSON<br>\|10/18/2002<br>\|08/18/2003<br>\| | \|PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE)<br>\|*** **GRANTED**<br>\|<br>\|memo: WAIVES HEARING |

| 004|01-M-007725 | CHARGE 200 AMENDED |
|---|---|
| \|JEFFERSON<br>\|12/23/2000<br>\|03/11/2002<br>\| | \|*OBS* VIOLATION OF EMERGENCY PROTECTIVE ORDER<br>\|*** **GUILTY**<br>\|190 DAYS; JAIL; 180 DAYS CD; 10 DAYS CREDIT TIME;<br>\|memo: no contact with pw's por- Cd 2 Yrs; CTS Costs; |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| **CourtNet Disposition** | **Defendant / Respondent** | | **SCH NO:** |
|---|---|---|---|
| **WRIGHT, JONATHAN DOUGLAS** | ████ | --- -- ---- | **M**    **W** |

| 001|01-T-54230 | CHARGE 200 AMENDED |
|---|---|
| \|HARDIN<br>\|10/04/2001<br>\|03/18/2002<br>\| | \|SPEEDING 26 MPH OVER/GREATER<br>\|*** **GUILTY**<br>\|COST $112.05; FINE $100.00; STATE TRAFFIC SCHOOL;<br>\|memo: VIOLTIME=08:18AM |

GB005178
2/3/2015

| | | | CHARGE 200 AMENDED |
|---|---|---|---|
| 002|01-T-54230 |HARDIN |10/04/2001 |03/18/2002 | |NO/EXPIRED KENTUCKY REGISTRATION RECEIPT |*** **GUILTY** |FINE $10.00; |memo: Costs Merged; | | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## CourtNet Disposition          Defendant / Respondent                    SCH NO:

| WRIGHT, JONATHAN DOUGLAS | 0▇▇▇▇ | --- -- ---- | M   W |
|---|---|---|---|

| | | | CHARGE 200 AMENDED |
|---|---|---|---|
| 001|05-M-023225 |JEFFERSON |10/14/2005 |07/19/2006 | |*OBS* INDECENT EXPOSURE |*** **DISMISSED** | |memo: Stip Prob Cause | | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## CourtNet Disposition          Defendant / Respondent                    SCH NO:

| WRIGHT, JONATHAN D | ▇▇▇▇ | --- -- ---- | M   W |
|---|---|---|---|

| | | | CHARGE 200 AMENDED |
|---|---|---|---|
| 001|05-M-024798 |JEFFERSON |11/05/2005 |07/19/2006 | |FACL INDECENT EXPOSURE, 1ST DEGREE, 1ST OFFENSE |*** **DISMISSED** | |**memo: Stip Prob Cause** | | |

CourtNet Version 1.0.4

GB005179
2/3/2015

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| CourtNet Disposition | Defendant / Respondent | | SCH NO: |
|---|---|---|---|

### WRIGHT, JONATHAN DOUGLAS     0█████     --- -- ----     M     W

| | | |
|---|---|---|
| 001\|05-T-023195<br>\|JEFFERSON<br>\|05/27/2005<br>\|05/27/2005 | \|RECKLESS DRIVING<br>\|*** **GUILTY**<br>\|COST $126.50; FINE $75.00; STATE TRAFFIC SCHOOL;<br>\|**memo:** Other Payments $201.50 | CHARGE 200 AMENDED |
| 002\|05-T-023195<br>\|JEFFERSON<br>\|04/06/2005<br>\|05/27/2005 | \|SPEED 26 MPH OR OVER (LIMITED ACCESS)<br>\|*** **AMENDED DOWN** | CHARGE 200 AMENDED |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| CourtNet Disposition | Defendant / Respondent | | SCH NO: |
|---|---|---|---|

### WRIGHT, JONATHAN DOUGLAS     ████     --- -- ----     M     W

| | | |
|---|---|---|
| 001\|07-F-016073<br>\|JEFFERSON<br>\|11/19/2007<br>\|04/28/2008 | \|POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE - COCAINE<br>\|*** **DISMISSED**<br><br>\|**memo:** Dismiss w/o Prejudic 20 Day Rule R Cr 3.10ARRSTDT = 11/19/2007 | CHARGE 200 AMENDED |
| 002\|07-F-016073<br>\|JEFFERSON<br>\|11/19/2007<br>\|04/28/2008 | \|CRIMINAL TRESPASSING-3RD DEGREE<br>\|*** **DISMISSED**<br><br>\|**memo:** Dismiss w/o Prejudic 20 Day Rule R Cr 3.10ARRSTDT = 11/19/2007 | CHARGE 200 AMENDED |

CourtNet

CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:04 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| CourtNet Disposition | Defendant / Respondent | | SCH NO: |
|---|---|---|---|
| **WRIGHT, JONATHAN** | ████████ | --- -- ---- | M    W |

| | | |
|---|---|---|
| 001\|07-F-700575 | | CHARGE 200 AMENDED |
| \|JEFFERSON | \|FLAGRANT NON SUPPORT | |
| \|07/26/2007 | \|*** **GUILTY** | |
| \|11/29/2007 | \|365 DAYS; JAIL; | |
| \| | \|memo: 11/29/2007 730030 FTVVIOLTIME = 13007/7/08 730038 SE 365 DTS PO $69.6 0 WK, DEF MOT JS/WR EXT'D HRS, RED UCED RENT $3 DAY, N/A RELEASE,, | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| CourtNet Disposition | Defendant / Respondent | | SCH NO: |
|---|---|---|---|
| **WRIGHT, JONATHAN DOUGLAS** | ████████ | --- -- ---- | M    W |

| | | |
|---|---|---|
| 001\|08-F-004037 | | CHARGE 200 AMENDED |
| \|JEFFERSON | \|ESCAPE-3RD DEGREE | |
| \|04/18/2008 | \|*** **GUILTY** | |
| \|04/18/2008 | \|90 DAYS; JAIL; CONSECUTIVE; | |
| \| | \|memo: CONSECUTIVE W/CHILD SUPPORT CTS CO STS, | |

| | | |
|---|---|---|
| 002\|08-F-004037 | | CHARGE 200 AMENDED |
| \|JEFFERSON | \|ESCAPE-2ND DEGREE IDENTIFY FACILITY | |
| \|11/21/2007 | \|*** **AMENDED DOWN** | |
| \|04/18/2008 | \| | |
| \| | \|memo: AM ESCAPE 3 | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| CourtNet Disposition | Defendant / Respondent | SCH NO: |
|---|---|---|

| WRIGHT, JONATHAN | ▇▇▇▇▇ | --- -- ---- | M | W |

| 001|09-CR-000692 | | | CHARGE 200 AMENDED |
| |JEFFERSON | |*OBS* ATT/OBTAIN CONT SUB BY FRAUD/FALSE STMNT FORGERY |1ST |
| |03/06/2009 | |*** GUILTY |
| |04/06/2009 | |1 YRS.; PRISON; CONSECUTIVE; |
| | |Case Cross Ref.:  03/09/2009  09-F-001683 |
| | |Case Cross Ref.:  03/09/2009  09-F-001682 |

| 002|09-CR-000692 | | CHARGE 200 AMENDED |
| |JEFFERSON | |ESCAPE-2ND DEGREE IDENTIFY FACILITY |
| |03/06/2009 | |*** GUILTY |
| |04/06/2009 | |1 YRS.; PRISON; CONSECUTIVE; |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

**CourtNet Disposition**          **Defendant / Respondent**                    **SCH NO:**

| WRIGHT, JONATHAN DOUGLAS | ▇▇▇▇▇ | --- -- ---- | M | W |

| 001|09-F-001682 | | CHARGE 200 AMENDED |
| |JEFFERSON | |*OBS* ATT/OBTAIN CONT SUB BY FRAUD/FALSE STMNT FORGERY |1ST |
| |02/17/2009 | |*** INDICTMENT BY GRAND JURY / INFORMATION |
| |03/06/2009 | |
| | |memo: 3-16-09VIOLTIME = 1455 ARRSTDT = 02/17/2009 |
| | |Case Cross Ref.:  03/06/2009  09-CR-000692 |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

**CourtNet Disposition**          **Defendant / Respondent**                    **SCH NO:**

| WRIGHT, JONATHAN DOUGLAS | 01/21/1973 | --- -- ---- | M | W |

GB005182
2/3/2015

| 001|09-F-001683 | | CHARGE 200 AMENDED |
| |JEFFERSON | |ESCAPE-2ND DEGREE IDENTIFY FACILITY | |
| |07/22/2008 | |*** INDICTMENT BY GRAND JURY / INFORMATION | |
| |03/06/2009 | | |
| | | |memo: 3-16-09ARRSTDT = 02/17/2009 | |
| | | |Case Cross Ref.: 03/06/2009  09-CR-000692 | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## CourtNet Disposition        Defendant / Respondent            SCH NO:

WRIGHT, JONATHAN DOUGLAS       ▇▇▇▇▇           --- -- ----      M    W

| 001|09-F-001689 | | CHARGE 200 AMENDED |
| |JEFFERSON | |PROMOTING CONTRABAND - 1ST DEGREE | |
| |02/17/2009 | |*** DISMISSED | |
| |02/27/2009 | | |
| | | |memo: Dismiss w/o Prejudic RD PLEAVIOLTIME = 1730 ARRSTDT = 02/17/2009 | |

| 002|09-F-001689 | | CHARGE 200 AMENDED |
| |JEFFERSON | |PROMOTING CONTRABAND-2ND DEGREE | |
| |02/17/2009 | |*** DISMISSED | |
| |02/27/2009 | | |
| | | |memo: Dismiss w/o Prejudic RD PLEAVIOLTIME = 1730 ARRSTDT = 02/17/2009 | |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## CourtNet Disposition        Defendant / Respondent            SCH NO:

WRIGHT, JONATHAN DOUGLAS       ▇▇▇▇▇           --- -- ----      M    W

| 001|10-CR-00383 | | CHARGE 200 AMENDED |
| |HARDIN | |PROBATION VIOLATION (FOR FELONY OFFENSE) | |
| |02/14/2013 | |*** GRANTED | |

|02/14/2013 |
| | **memo:** REVOKED AND SENTENCED TO SERVE 7 Y RS IN ACCORDANCE WITH JUDGEMENT AN D SENTENCE ON A PLEA OF GUILTY PRE VIOSLEY ENTERED.
| | Case Cross Ref.: 10/29/2010 10-F-00601

---

002|10-CR-00383                                                    CHARGE 200 AMENDED
|HARDIN         |PROBATION VIOLATION (FOR FELONY OFFENSE)
|07/22/2011     |*** **OTHER**
|10/04/2011

---

003|10-CR-00383                                                    CHARGE 200 AMENDED
|HARDIN         |POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE - COCAINE
|10/28/2010     |*** **GUILTY**
               COST $730.00; 7 YRS.; PRISON; 7 YRS. SUSP.; 154 DAYS CREDIT TIME; CONSECUTIVE;
|02/08/2011     |CPD OTHER; NOTIFY PO; UNDERGO TREATMENT; PERMIT PO VISIT; REPORT TO PO;
               REMAIN IN AREA;
| | **memo:** EDC 10-F-00601 DOV 9-8-10TO RUN CONSECUTIVELY W/ANY OTH SEN TENCE PURSUANT TO PLEA AGRMNT

---

004|10-CR-00383                                                    CHARGE 200 AMENDED
|HARDIN         |DRUG PARAPHERNALIA - BUY/POSSESS
|10/28/2010     |*** **GUILTY**
|02/08/2011     |30 DAYS; 30 DAYS SUSP.; CONSECUTIVE;
               | **memo:** EDC 10-F-00601 DOV 9-8-10TO RUN CONSECUTIVELY W/ANY OTH SEN TENCE PURSUANT TO PLEA AGRMNT

---

005|10-CR-00383                                                    CHARGE 200 AMENDED
|HARDIN         |FAILURE TO OR IMPROPER SIGNAL
|10/28/2010     |*** **DISMISSAL BY MOTION OF PROSECUTOR**
|02/08/2011
               | **memo:** EDC 10-F-00601 DOV 9-8-10 DWOP , UPON A STIPULATION OF PROBABLE C AUSE

---

006|10-CR-00383                                                    CHARGE 200 AMENDED
|HARDIN         |PERSISTENT FELONY OFFENDER - 2ND DEGREE
|10/28/2010     |*** **ENHANCED**
|02/08/2011     |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

**CourtNet Disposition**          **Defendant / Respondent**                      **SCH NO:**

WRIGHT, JONATHAN DOUGLAS        ▬▬▬▬         --- -- ----        M   W

001|10-F-00601                                                    CHARGE 200 AMENDED
|HARDIN         |POSS CONT SUB, 1ST DEGREE, 1ST OFF (METHAMPHETAMINE)

Case 3:16-cv-00742-DJH-CHL  Document 143-4  Filed 05/21/19  Page 88 of 199 PageID #: 2406
CourtNet Criminal History Record -- Not An Official Court Record

Page 8 of 9

| |09/08/2010<br>|10/28/2010<br>|<br>| | **\*\*\* INDICTMENT BY GRAND JURY / INFORMATION**<br><br>|memo: LODGED - 5000.00 10& CASHVIOLTIME = 1141 ARRSTDT = 0 9/08/2010/10-28-2010 IND HCGJ/10-C R-00383/TRANSF HCC/BOND TO REMAIN THE SAME<br>|Case Cross Ref.: 10/29/2010  10-CR-00383 |

| | |
|---|---|
| 002\|10-F-00601<br>\|HARDIN<br>\|09/08/2010<br>\|10/28/2010<br>\| | **CHARGE 200 AMENDED**<br>\|DRUG PARAPHERNALIA - BUY/POSSESS<br>\|**\*\*\* INDICTMENT BY GRAND JURY / INFORMATION**<br><br>\|memo: VIOLTIME = 1141 ARRSTDT = 0 9/08/2010/10-28-2010 IND HCGJ/10-C R-00383/TRANSF HCC/BOND TO REMAIN THE SAME |

| | |
|---|---|
| 003\|10-F-00601<br>\|HARDIN<br>\|09/08/2010<br>\|10/28/2010<br>\| | **CHARGE 200 AMENDED**<br>\|FAILURE TO OR IMPROPER SIGNAL<br>\|**\*\*\* INDICTMENT BY GRAND JURY / INFORMATION**<br><br>\|memo: VIOLTIME = 1141 ARRSTDT = 0 9/08/2010/10-28-2010 IND HCGJ/10-C R-00383/TRANSF HCC/BOND TO REMAIN THE SAME |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| **CourtNet Disposition** | **Defendant / Respondent** | | **SCH NO:** |
|---|---|---|---|
| WRIGHT, JONATHAN DOUGLAS | ████████ | --- -- ---- | M    W |

| | |
|---|---|
| 001\|11-M-020778<br>\|JEFFERSON<br>\|09/02/2011<br>\|11/26/2012<br>\| | **CHARGE 200 AMENDED**<br>\|POSS OF MARIJUANA<br>\|**\*\*\* GUILTY**<br>\|2 DAYS; JAIL; 2 DAYS CREDIT TIME;<br>\|memo: VIOLTIME = 1750 ARRSTDT = 09/02/2011COSTS WAIVED, |



CourtNet Version 1.0.4

CHADKESSINGER 2/3/2015 12:23:05 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

| **CourtNet Disposition** | **Defendant / Respondent** | **SCH NO:** |
|---|---|---|

Case 3:16-cv-00742-DJH-CHL   Document 143-4   Filed 05/21/19   Page 89 of 199 PageID #: 2407

WRIGHT, JONATHAN D                                    --- -- ----        M    W

| 001|12-T-01080 | SPEEDING 10MPH OVER LIMIT | CHARGE 200 AMENDED |
|---|---|---|
| |LARUE | *** **FAILURE TO APPEAR** | |
| |10/16/2012 | | |
| |12/28/2012 | | |
| | memo: PREPAYABLE $163 VIOLTIME=09:57 | |



CourtNet Version 1.0.4

GB005186
2/3/2015

**Kessinger, Chad A**

| | |
|---|---|
| **From:** | Eggers, Arthur |
| **Sent:** | Tuesday, October 28, 2014 11:35 AM |
| **To:** | Kessinger, Chad A |
| **Cc:** | Eubanks, Jennifer L. |
| **Subject:** | FW: Document1 |
| **Attachments:** | Document1.docx |

Pictures taken at the scene of Inmate Jonathan Wright (1 of 2)

Thanks,
Lt. Eggers

**From:** Zapata, Melinda
**Sent:** Monday, October 27, 2014 4:35 PM
**To:** Eggers, Arthur
**Subject:** Document1

15 PICS OF 31

1

GB005187



GB005188



GB005189



GB005190



GB005191



GB005192



GB005193



GB005194



GB005195



GB005196



GB005197



GB005198



GB005199



GB005200



GB005201



GB005202

**Kessinger, Chad A**

| | |
|---|---|
| From: | Eggers, Arthur |
| Sent: | Tuesday, October 28, 2014 11:36 AM |
| To: | Kessinger, Chad A |
| Cc: | Eubanks, Jennifer L. |
| Subject: | FW: Document1 |
| Attachments: | Document1.docx |

Pictures taken on the scene of Inmate Jonathan Wright (2 of 2).

Thanks,
Lt. Eggers

**From:** Zapata, Melinda
**Sent:** Monday, October 27, 2014 4:46 PM
**To:** Eggers, Arthur
**Subject:** Document1

16-31 LAST OF PHOTOS, TOTAL 31 PICS

1

GB005203



GB005204



GB005205



GB005206



GB005207



GB005208



GB005209



GB005210



GB005211



GB005212





GB005214



GB005215



GB005216



GB005217



GB005218



GB005219

## LOUISVILLE METRO CORRECTIONS DEPARTMENT
## HOJ 5TH FLOOR HOUR OUT SCHEDULE

DATE: 10/27/14

SHIFT: 1·3

| Cell No. | NORTH 1 NAME | OUT | IN | Cell No. | NORTH 2 NAME | OUT | IN | Cell No. | EAST NAME | OUT | IN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Empty | — | | 5 | Moore | Refused | | 5 | Guzman | 0913 | |
| 6 | Braster | 0833 | 0933 | 6 | Perry | Refused | | 6 | EMPTY | — | |
| 7 | Sandfer | Refused | | 7 | Empty | — | | 7 | Withrow | Refused | |
| 8 | Sisco | Refused | | | | | | | | | |
| 9 | Hanson | | | | | | | | | | |
| 10 | Brown | Refused | | | | | | | | | |

| Cell No. | SOUTH 1 NAME | OUT | IN | Cell No. | SOUTH 2 NAME | OUT | IN |
|---|---|---|---|---|---|---|---|
| 5 | Cecil | CRT | | 5 | Stoves | 0913 | |
| 6 | Polsgrove | Refused | | 6 | Hager | | |
| 7 | Wright D | | | 7 | Empty | — | |
| 8 | Wright J. | Refused | | | | | |
| 9 | EMPTY | — | | | | | |
| 10 | Williams | | | | | | |

Officer Signature  Berry

Officer Signature  MM    CYH

Supervisor Signature

GB005220

## LOUISVILLE METRO CORRECTIONS DEPARTMENT
## HOJ 5TH FLOOR HOUR OUT SCHEDULE



DATE: 10/27/14

SHIFT: 1-3

| Cell No. | NORTH 1 NAME | OUT | IN |
|---|---|---|---|
| 5 | Empty | — | |
| 6 | Braster | 0933 | 0933 |
| 7 | Sandfer | Refused | |
| 8 | Sicca | Refused | |
| 9 | Hanson | | |
| 10 | Brown | Refused | |

| Cell No. | NORTH 2 NAME | OUT | IN |
|---|---|---|---|
| 5 | Moore | Refused | |
| 6 | Perry | Refused | |
| 7 | Empty | — | |

| Cell No. | EAST NAME | OUT | IN |
|---|---|---|---|
| 5 | Guzman | 0913 | |
| 6 | EMPTY | — | |
| 7 | Withrow | Refused | |

| Cell No. | SOUTH 1 NAME | OUT | IN |
|---|---|---|---|
| 5 | Cecil | CRT | |
| 6 | Polsgrove | Refused | |
| 7 | Wright D | | |
| 8 | Wright J. | Refused | |
| 9 | EMPTY | — | |
| 10 | Williams | | |

| Cell No. | SOUTH 2 NAME | OUT | IN |
|---|---|---|---|
| 5 | Stoves | 0913 | |
| 6 | Hagar | | |
| 7 | EMPTY | — | |

Officer Signature  Berry

Officer Signature  CHH

Supervisor Signature

GB005221

SECURUS

aeggers@l002661.KY  |  Help  |  Log Out

# Secure Call Platform

HOME   SYSTEM   MONITOR   TOOLS   ADMIN   FACILITY PORTAL

**MANAGEMENT LEVEL**

| Facility | Site | Phone Group | Phone |
|---|---|---|---|
| Jefferson County, KY >> | All Sites >> | All Phone Groups >> | All Phones |

## Call Detail Records Search   Saved Searches

⊞ FILL IN SEARCH CRITERIA ( * Indicates Required Fields )

**4 Results**                                               PAGE 1 OF 1                                   EXCEL   PDF   CSV

| | SITE | PORT LOC | DIALED # | START | END | DUR | ACCT #/ PIN | PREPAID ACCT# | NAME | CALL TYPE | CALL STATUS | TERM CAT | BLOCKED REASON | CALL PROPERTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jefferson County Metro Govt - CORR | Male Book 4 | (1) ▓▓ Local | 10-23-2014 21:59:26 | 10-23-2014 22:01:40 | 0 (s) 0 (m) | | | | Free Call | Incomplete | No Positive Acceptance | | Language: English |
| | Jefferson County Metro Govt - CORR | 4 DORM 4B-1 | (1) ▓▓ Local | 10-25-2014 10:53:58 | 10-25-2014 10:54:52 | 0 (s) 0 (m) | 468305 | | | Instant Pay | Incomplete | Caller Entered Invalid Information | | Language: English |
| | Jefferson County Metro Govt - CORR | 4 DORM 4B-1 | (1) ▓▓ Local | 10-25-2014 12:01:20 | 10-25-2014 12:01:55 | 0 (s) 0 (m) | 4683059179 | | | Instant Pay | Incomplete | Caller Hang up | | Language: English |
| | Jefferson County Metro Govt - HOJ | 5-5-1-DR | (1) ▓▓ Local | 10-26-2014 19:46:39 | 10-26-2014 19:47:21 | 0 (s) 0 (m) | 4683059179 | | | Instant Pay | Incomplete | Caller Hang up | | Language: English |

⏻ Save selected calls to folder

⏮ ◀◀ ▶ ■ ❚❚ ▶▶ ⏭

Terms and Conditions
© 2005,2011 Securus Technologies, Inc. All Rights Reserved.

*Provided by
Eggers
1330 hrs
10/27/14*

GB005022



# Public Integrity Unit

# Case # **14-098**

# Information provided by:
## Louisville Metro Corrections
## AED Defibrillator Incident Log.

GB005223

# <u>Death Report</u>

## Inmate Jonathan D. Wright

## CIN # 468305

## Booking #201430876

Prepared by:  Lt. Iryt Troutman
Crisis Intervention Team
10/31/14

GB005224



1   Photo

2   Chronological Report

3   Medical Reports

4   Incident Reports

5   Records Folder

6   Classification

7   Shift Reports PDL Entries

8   Property

9   Disciplinary

10   Other Reports

AVERY® READY INDEX®

HSE 82118   Inmate   Jonathan Wright

468305

Custody-4 DAYS
charges-PV   1129hrs Commissary worker finds inmate hanging, notifies mangrum.

1129 hrs  Back up called - Mangrum (subject hanging)

1129 hrs  Berry, Laws, wiggins, self→Sgt McCubbins

1129 hrs  Lt's, medical, Ems notified to respond, CRR began, AED VSED

1132 hrs  DJ, Horn, Johnson, Mary Perry, Lt. Norris
                                    Nurses
          Lt.

1134 hrs  Nurses Blandford, Greer, Wylie, arrived
          ← Dr. Everson        Nurse   Nurse Laws

1136  LFD, ems  arrived to building

1139  LFD arrived to scene, took over CPR

1141  EMS arrived to building

1145  Lt Eubanks arrived to scene

1147  EMS arrived on scene.

1211  EMS Departing Floor

1218  Ems Departs to UofL

1228  Called as deceased.


Hour Outs cancelled

Wiggins
Mangrum - MH

y Not optional

Mangrum spoke to Im aprox hour ago

ommissary Margaret Payne

GB005226





10/28/2014 02:22

To:     Deputy Director Dwayne Clark
        Chief of Staff

Fr:     Lieutenant Iryt Troutman
        Crisis Intervention Team Member

Re:     Inmate Jonathan D. Wright
        Chronological Notes

Dt:     October 31, 2014

On October 31, 2014, a chronological report was completed for the death of inmate Jonathan D. Wright CIN# 468305. Inmate Wright was booked into custody of Louisville Metro Department of Corrections on October 23, 2014 at 2040. Inmate Wright expired at Jewish Hospital on October 27, 2014 at 1228. The following is a chronological report of events for Inmate Wright while he was in custody on the current arrest.

**October 23, 2014**

**2040-** Inmate Wright was booked into the facility on Parole Violation Warrant #E03790002004212

**2045-** Cash deposit of $2 was placed on inmate Wright's account via the KIOSK system

**2100-** Booking fee of $35 assessed to inmate Wright

**2115-** Inmate Wright completed classification orientation

**2121-** Inmate Wright's property was inventoried

**2309-** Inmate Wright completed the medical screening

**October 24, 2014**

**0015-** Inmate Wright was moved from J1 passive booking to J1 rear security dorm 2 and secured in X Jail

**0843-** Inmate Wright was placed on the move list to go from J1 rear security dorm 2 to J4 dorm 4B

**2049-** Inmate Wright was moved from J1 rear security dorm 2 to J4 dorm 4B per the move list and secured in X Jail

GB005229

**October 26, 2014**

**0237-** Inmate Wright was placed on the move list due to a having a verbal argument with another inmate

**0406-** Inmate Wright was moved from J4 4B to J4 dorm 3A per the move list and secured in X Jail.

**0520-** Inmate Wright was written up for refusing to follow orders and disruptive behavior

**0600-** Inmate Wright was cleared my medical to be placed in a single cell.

**0602-** Inmate Wright was placed on the move list for refusing to move to dorm J43A.

**0617-** Inmate Wright was moved from J4 dorm 3A to H5 south 1 cell 8 per the move list and secured in X Jail.

**UNK-** Inmate Wright was seen by medical during nursing segregation rounds.

**October 27, 2014**

**0900-** Inmate Wright stated to nurse that he was not getting his medication. He was advised mental health would be notified. Upon completion of sick call mental health was notified. Inmate Wright was already on the mental health list to be assessed.

**0920-** Counselor made rounds and spoke with inmate Wright, inmate Wright requested a pencil and shower shoes

**1125-** Commissary worker noticed inmate Wright hanging and notified officer

**1129-** Main control notified to contact EMS for inmate Wright

**1133-** AED was utilized on inmate Wright with no shock advised

**1134-** Medical staff arrived on scene

**1135-** AED no shock advised

**1138-** AED no shock advised

**1139-** Louisville Fire Department arrived on scene.

**1140-** AED no shock advised

**1142-** AED no shock advised

**1145-** AED no shock advised

**1147-** EMS arrived on scene, AED no shock advised

**1211-** EMS departed the floor with inmate Wright

**1218-** EMS departed for the hospital

**1228-** Staff at Jewish hospital declared inmate Wright deceased

**1421-** Inmate Wright was marked out to the hospital in X Jail

**October 28, 2014**

**0800-** Autopsy completed

**Additional Notes:**

Inmate Wright did not attend any church services while in custody.
Inmate Wright did not have any visits.
Inmate Wright did not attend gym.
Inmate Wright did not have any commissary purchases.

GB005231

Wright, Jonathan

DOB: 1/21/1973

CIN: 468305

| 10/23/2014 | Inmate booked into facility at 20:40 |
|---|---|
| | Inmate screened by medical at 23:09. His BP-132/88, P-96, Res-16, and O2- 100. He denied having any medical currents. He did report that he had been using meth all day. He denied having any suicidal ideation, past suicide attempts, or past hospitalizations. He did request a mental health referral for social phobia and bipolar. However he denied any current medications or treatments. He received patient education on coping skills and hygiene. |
| 10/26/14 | Inmate was cleared by medical at 06:00 for single cell per corrections request. |
| | Inmate seen by medical during nursing segregation rounds |
| 10/27/14 | At 09:00 inmate told medical nurse that he was not getting his medication. He reported taking Lexapro and that he got it from Kroger in Fern Creek. Nurse advised that she would give the information to mental health staff. Inmate showed no signs of distress. After nurse completed medication pass she informed Mental Health Professional. Inmate was already on the mental health list to be assessed. |
| | At 11:30 medical was notified of a medical emergency on the 5th floor. When medical arrived inmate was on the ground and corrections officers had started CPR. Medical assisted until EMS arrived. |
| | At 12:44 medical staff notified that inmate had expired |
| | |
| | |

Respectfully Submitted,

Kibibi Wood-Montgomery, CSW

Mental Health Director- LMDC

GB005232

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886**          Incident Type  **Suicide**                    Incident DateTime  10/27/2014 11:29

Location Type  SINGLE C                                    Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  McCubbins, Joseph

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?    DVR          Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    See supplemental report.

_____          _____
Employee Signature                              Date
10/27/2014

25352 Troutman                    10/28/2014 02:19

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(a)**         Incident Type                                  Incident DateTime    10/27/2014 11:29

Location Type    SINGLE C                              Location      HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   BLANDFORD, HEATHER

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                        Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                        Force                        Note

Narrative    On 10/27/14 at 1130 this nurse was called to H5 to respond to an emergency. Upon arriving the patient was lying supine in floor of single cell. Officers actively performing CPR. This nurse retrieved ER bag, open the bag retrieving supplies. Supplies given to staff performing CPR. Corrections advised all extra staff to report to control to make room for EMS. EOR.---------------------- H. Blandford RN

Employee Signature                              Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(b)**          Incident Type                          Incident DateTime   10/27/2014 11:29

Location Type   SINGLE C                              Location     HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Greer, Melissa

## Inmates Involved

Inmate #         Name

Video Recorded? Type?                                  Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                      Restraint                   Note

☐ Use of Force Required

## Type of Force

Name                      Force                       Note

Narrative     At approximately 1130 medical arrived to H5 to respond to emergency.  Upon arrival pt was laying on floor with what appeared to be a sheet tied around his neck.  Officers were performing CPR.  I brought with me O2 tank along with Ambu Bag.  Medical along with officers continued care and all extra staff were asked to go to control to make room for EMS.

Employee Signature                          Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(c)**        Incident Type        Incident DateTime   10/27/2014 11:29

Location Type   SINGLE C                        Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  Laws, Kristen

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                Restraint            Note

☐ Use of Force Required

### Type of Force

Name            Force            Note

Narrative    At approximately 1130 I responded to an emergency on H5. When I arrived I/M Wright, Jonathan CIN#468305 was lying supine on cell floor unconscious with what appeared to be a sheet around his neck and officers were already performing CPR. AED was in place, no shock advised. I applied ambu bag with continuous oxygen while officers continued chest compressions. At approximately 1140 EMS arrived and took over care. EOR.
K. Laws, RN

Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(d)** | Incident Type | Incident DateTime   10/27/2014 11:29 |

Location Type   SINGLE C

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Perry, Mary

## Inmates Involved

Inmate #      Name

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                Restraint              Note

☐ Use of Force Required

## Type of Force

Name                Force              Note

Narrative

At approximately 1130 was called from triage room on H5 to assist officers with an emergency. Upon arriving, IM was laying on the floor with the sheet still around his neck,, Officer Wiggins was doing chest compressions and Officer Laws was cutting the sheet from around IM's neck. Assisted officer Berry with placing AED pads on IM. "No shock advised". Waited for any further assistance I could give. Officer in charge then asked that any staff not doing anything at that time to please leave to the officers station to make room for EMS. EOR  Mary Perry RN BSN..

Employee Signature                          Date

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(e)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

Location Type   SINGLE C

Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Johnson, Daniel

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                    Force                    Note

Narrative    On 10/27/2014 at approximately 1125 hours I responded to H5 on a back up call. Officer Horn and myself officer D. Johnson arrived on h5 at the same time. When I arrived on south 1 cell 8 I witnessed inmate wright laying in the floor with what appeared to be a sheet wrapped around his neck. Officer Wiggins and Officer Laws were performing CPR on the inmate.  I asked if either of them needed to switch out now knowing how long they had been performing CPR and they both said they were fine. I then went to control at the request of SGT McCubbins and got the digital camera.  When I arrived back at S1 the officers were still performing CPR. LT Norris again asked the officers if they were ok or needed to switch out and officer Wiggins switched out with officer Berry who continued with CPR chest compressions. EMS arrived shortly after and I assisted in giving them any medical supplies they needed handed to them.  Once EMS cleared per LT Norris Officer Horn and myself stayed and secured the scene until it was cleared by PSU and PIU.  Once the scene was clear, LT Norris arrived back on the floor and gave the final clear to clean out the cell and place any personal items of the inmate on the inmates property in the LMDC property room. END of report. Officer D. Johnson 733

Employee Signature                    Date

25352 Troutman                    10/28/2014 02:19                    GB005238
Page: 1

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(f)** | Incident Type | Incident DateTime   10/27/2014 11:29 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   BERRY, BRIAN

## Inmates Involved

Inmate #    Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name              Restraint              Note

☐ Use of Force Required

## Type of Force

Name              Force              Note

**Narrative**    On 10/27/14 at approximately 1130 a back up call went out over the radio by Ofc. Mangrum to South 2. I immediately left control where I was doing an inventory of Inmate Zapata's property who had left for KCPC. I responded to that location in which it was actually South 1 cell #8. Upon arrival I observed this inmate hanging from a sheet tied around his neck onto the bars in his cell. Ofc. Laws and Ofc. Wiggins entered the cell and I immediately left and went to control to retrieve the knife for life, the AED, and the body cam. Upon my arrival back to the scene Officers had already gotten this inmate untied from the bars but the sheet was still tied around his neck. I also activated the body cam to record what we could on this device. Officers Laws and Wiggins worked on loosening the sheet around his neck while I along with Medical Nurse Perry who responded to the scene placed the AED on this inmate and then activated the power button. Officers Laws and Wiggins then began CPR once the sheet was loosened enough so that airway was not restricted. Officer Wiggins did several cycles of chest compressions before I Officer Berry took over. I followed the instructions of the AED in which it never advised a shock. I follow the metronome of the AED on my compressions and stopped compressions  when the AED advised. I kept my cycle going until Louisville Fire relieved me from chest compressions. Once relieved I backed out of the way but in a way where I could still record the scene. I at some point moved all the way out of the cell but still in position to record. I was instructed to keep this device recording all the way down with EMS until they left. Once they were departing I then stopped the recording and handed the device over to LT. Norris. I was instructed to not report back to my floor until I had briefed with Mental Health.

| | | |
|---|---|---|
| 25352 Troutman | 10/28/2014 02:19 | GB005239<br>Page: 1 |

_____    _____

**Employee Signature**         Date

GB005240
Page: 2

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00058886(h)**        Incident Type                                    Incident DateTime   10/27/2014 11:29

Location Type   SINGLE C                                    Location      HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Laws, Matthew

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                        Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                        Force                        Note

Narrative        On the above date I Ofc. Laws responded to a suicide attempt on the 5th floor South 1 Cell 8. When I arrived on scene I saw inmate Wright hanging from the bars with a sheet around his neck. Myself and ofc. Wiggins lifted up on the inmate to relieve pressure and ofc. Mangrum untied the sheet from around the bars. Once it was untied we lowered inmate wright onto the bed and then to the floor so we could start CPR. The knife for life was retrieved and ofc. wiggins attempted to cut the sheet from around the neck of the inmate. CPR was started with ofc. wiggins giving chest compressions and a breathing barrier was retrieved and handed to me to place over his mouth and I started rescue breaths. The AED was retrieved and brought into the cell, pads were placed on the inmate and the AED instructed us to continue CPR. Medical arrived and nurse Laws assisted the officers and had an ambu bag to place on the inmate, I held the inmates head in place while that was applied. I continued to hold inmates head while CPR was being given. Fire and EMS arrived on scene and inmate was taken out of his cell. At that point I was told to take a break and I left the scene. This concludes my involvment in this incident.

Employee Signature                                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(i)** | Incident Type | Incident DateTime  10/27/2014 11:29 |

Location Type   SINGLE C

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Jaggers, Nicholas

## Inmates Involved

Inmate #      Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                    Force                    Note

Narrative   On 10/27/14 at approximately 1130 hrs., I (Sgt. Jaggers) heard a backup call on the radio for H5 S2. There was then a secondary call for Medical to respond immediately as well. I was on J2W at the time so I notified Medical and got on the elevator to escort them over to H5. Upon my arrival at the scene I was instructed to go to Liberty St. to meet with Metro EMS and escort them to the floor. EMS arrived shortly thereafter and I escorted them H5 S1. This concludes my involvement in this incident. End of Report.

Sgt. Jaggers #361

Employee Signature                    Date

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

<u>**Rule Violation**</u>      <u>**Part I**</u>

Date: 10-26-14   Time: 0520   Facility: MJC   Housing Area: HSE51C8

Inmate Name: Wright, Jonathan   CIN: 468305   Location of Incident: Central Hold

Violations by Category, Letter and Title:

CAT 3 Letter 9 Title Refusing to Follow Orders
CAT 3 Letter a Title Disruptive Behavior
CAT ___ Letter ___ Title ___
CAT ___ Letter ___ Title ___
CAT ___ Letter ___ Title ___

Witnesses (staff & inmates) ___

Narration: Inmate was moved from dorm due to arguement with another inmate. Inmate now is refusing to move. while in Central Hold inmate also began kicking Door. also cursing at officers.

Immediate Actions:
moved from Housing Location   [ ✓ ] Yes   [ ] No   If yes, explain: arguement

Use of Force during incident   [ ] Yes   [ ✓ ] No   (If Yes attach reports)   Physical evidence collected   [ ] Yes   [ ] No

[ ] Attached   [ ] Photocopy   List of evidence: ___

Evidence in the custody of ___   Location ___

Added Charges: ___

J. Aikin   501          10-26-14
Printed Staff Name          Signature          Date

<u>**Investigation**</u>

Incident Report Number (if applicable) N/A   Date 10/26/14   Time 0530

Report of Investigating Supervisor I'm refused to speak to me and stated he does not trust anyone on the floor.

Sgt. D McNeese #328   Sgt DMcN #328   10/26/14
Investigating Supervisor Printed Name          Signature          Date

Lieutenant/Captain Review & Comments: ___

Lt. Brown   B. Brown   10/26/14
Lieutenant/Captain Printed Name

GB005243

WRIGHT, JONATHAN                                      W/M 41
468305
( ·6/14

# Louisville Metro Department of Corrections
## Inmate Disciplinary Report (IDR)
### Disciplinary Hearing Findings and Decision   Part II

Inmate understands procedure  [   ] Yes  [   ] No        [   ] Further clarification provided
Inmate requested staff assistance  [   ] Yes  [   ] No     Staff present during hearing   [   ] Yes  [   ] No
Inmate presented a defense   [   ] Yes  [   ] No          Inmate called witnesses  [   ] Yes  [   ] No  Witnesses called: _____
Inmate granted 48 hour continuance  [   ] Yes  [   ] No    _____
If yes, explain: _____               _____

_____                              _____

Inmate found incapable to present defense [   ] Yes  [   ] No     Mental Health Staff: _____
Disciplinary Status: _IN OFFcuse_____              Additional Information: _____

Review of Documentation/Supporting Evidence: _Write up & Investigation Finding_

_____

**Findings:**

| CAT | Letter | Title | Result |
|-----|--------|-------|--------|
| 3 | C | Refusing to Follow order | |
| 3 | a | Disruptive Behavior | |
| | | | |
| | | | |
| | | | |

**Guilty Plea**
[   ] By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report.  I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.

Inmate Signature _____        Date _____

Witnessing Staff Signature _____        Date _____

The findings of the Disciplinary Hearing resulted in the following:

[   ]  Guilty   [   ]  Not Guilty   [   ]  Amended

Total of _____ days in Disciplinary Segregation, with Credit Time Served (CTS) of _____ days and _____ probated.
Withdrawal of Sentence Credits Earned _____   Other: _____
Remain/Move to   [   ]  General Population   {   }  Disciplinary Segregation

Review Date: _____        Release Date: _____

Comments: _____

_____

Disciplinary Officer _____        Date _____

Director/designee review:

_____        Date

GB005244

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00058886(g)**          Incident Type                                    Incident DateTime    10/27/2014 11:29

Location Type   SINGLE C                                        Location        HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Wiggins, Ryan

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                          Restraint                    Note

☐ Use of Force Required

### Type of Force

Name                          Force                    Note

Narrative

Employee Signature                                Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(j)** | Incident Type | Incident DateTime    10/27/2014 11:29 |

| | |
|---|---|
| Location Type   SINGLE C | Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   Wiggins, Ryan

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                        Restraint              Note

☐ Use of Force Required

### Type of Force

Name                        Force              Note

Narrative

On 10/27/2014 at approximately 1129 hours I, Officer R. Wiggins, was working the west side of the fifth floor of the Hall of Justice when I received a backup call to respond to the south walk of the east wing of the fifth floor. Upon arrival at the south walk I observed an officer head in the direction of cell eight on South One. Upon arrival at that cell I observed inmate Wright, Jonathan hanging by his neck with a sheet tied to the bars that cover his window. Officer Berry stated that he was getting the Knife for Life and the AED. I and Officer Laws held inmate Wright up to get pressure off of his neck while Officer Mangrum untied the sheet from the bars.

When the sheet was untied from the bars, I and Officer Laws lowered inmate Wright to the floor and I attempted to cut through the portion of the sheet that was around inmate Wright's neck while Officer Laws attempted to loosen the knot. I was unable to get the Knife for Life under the sheet and therefore began cutting sections of the sheet. When Officer Laws was able to loosen the sheet enough for the knife to be put under the sheet, the knife was ineffective at cutting it. We were able to get it loose enough to have an open airway for rescue breaths and I began chest compressions and Officer Laws began rescue breaths.

The AED was attached to inmate Wright and everyone stood clear while it analyzed inmate Wright's heart rhythm. No shock was advised and we continued chest compressions and rescue breaths. While performing CPR the AED did not advise a shock while I was present. After several cycles of CPR I became too tired to continue and Officer Berry took over for me. I was instructed to leave the scene as we had enough people present. I then departed.

25352 Troutman                        10/28/2014 02:20                        GB005246
Page: 1

_____    _____

Employee Signature                Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00058886(k)**          Incident Type                          Incident DateTime   10/27/2014 11:29

Location Type   SINGLE C                     Location      HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   WYLIE, STACY

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                          Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                     Restraint                Note

☐ Use of Force Required

## Type of Force

Name                     Force                    Note

Narrative   On 10/27/14 at approx 1145 I was leaving sheriff court holds when Officer notified me that there had been a hanging on H5 east. I immediately went to the elevators on HOJ and went to the H5 S1 # 8. Inmate Wright was lying on his back and Nurse Laws was using the ambu bag on inmate and Officer Wiggins was performing CPR. Inmate appeared to be unconcious. I stood by as back up for cpr until Lt. asked that all extra staff move to control room so that EMS and fire could get through. That ends my involvement. EOR SWylie,LPN

Employee Signature                                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(I)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |
| Reporting Officer | Perkins, Theodore | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| | |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

**Narrative**

On 10.27.14 while assigned to HOJ 6 west at approximately 1210 I was told to get my gear and meet EMS in the sub basement of the HOJ . I met up with EMS and went with them with I/M Wright, Jonathan CIN # 468305 via ambulance , I/M was receiving chest compressions by Louisville Fire and I was told to step in and give the person giving the compressions a break . We left LMDC for Jewish hospital at approximately 1218 , I gave compressions until I was told to stop so the EMS medics could see to I/M Wright . Upon arriving at Jewish hospital we went to their emergency room where their staff saw to I/M Wright , at 1228 staff there called I/M deceased. At approximately 1245 LMPD Sgt arrived on scene to begin his investigation and at approximately 1328 the coroner arrived . At 1333 CSU arrived and at approximately 1413 the coroner transferred the body to the coroners office . This ends my involvement ...........

END OF REPORT
Officer T Perkins 485

Employee Signature                    Date

GB005249
Page: 1

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(m)** | Incident Type | Incident DateTime   10/27/2014 11:29 |

Location Type   SINGLE C

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Smith-Davis, Saulette

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On today's date 10/27/14 I made my rounds to address any concerns and questions the inmates may have. I spoke with Mr. Jonathan Wright around 0920hrs.  Inmate was energetic, nice, and didn't display any signs of dismay.  He then asked for a pencil, and a pair of shower shoes. I gave Mr. Wright an action request for shower shoes, he then advised me security took his shoes, in which I advised him that's the protocol once pending a write up and advised me I will return with a pencil for him. He said thank you and I proceeded with my rounds. End of Statement.

Employee Signature                                         Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(n)**          Incident Type                          Incident DateTime   10/27/2014 11:29

Location Type   SINGLE C                              Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  Horn, Jeffrey

## Inmates Involved

Inmate #       Name

Video Recorded? Type?                        Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint              Note

☐ Use of Force Required

## Type of Force

Name                    Force                  Note

Narrative   On 10-27-14 at about 1125hrs. I responded to a back up call over the radio to respond to H5 E South #2. When I arrived Ofcs. and medical staff were inside cell #8 administering CPR to inmate Wright who was unconscious and unresponsive. I then went to the control room and retrieved medical shears. when I came back I secured the other inmates that were out on their hour outs back in their cell and moved the work aids to the north side day room. I then assisted with getting various supplies as needed and took control of the digital camera. When EMS departed Ofc. Johnson and myself were tasked with securing the scene and taking pictures. At 1230 Deputy Directors Clark and Troutman along with Martin Baker arrived on the scene and asked some basic questions after which they departed at 1235. At 1236 LMPD PIU arrived on the scene and began their investigation. At 1313 PIU departed and released the scene, after which Ofc. Johnson and myself cleaned the area and collected the inmate remaining property. We were then called to PSU to give our formal statements to PIU. This ended my involvement in the incident.

Ofc. J. Horn #705

EOR-----

Employee Signature                                      Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(o)** | Incident Type | Incident DateTime  10/27/2014 11:29 |

Location Type   SINGLE C

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Wylie, Brian

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                                Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                        Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                        Force                        Note

Narrative   On 10-27-14 around 1129 hrs I Ofc. Wylie heard backup via radio call to H5 South 1. Upon arrival to H5 S1 # 8, I seen I/M Wright laying on the floor and Officers performing CPR. I stood by to give any assistance needed. After Louisville Fire Dept. arrived I made sure the scene was secure and I then returned to my floor. This concludes my involvement in this incident. E.O.R.

B. Wylie#856

Employee Signature              Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(p)**          Incident Type                              Incident DateTime   **10/27/2014 11:29**

Location Type   **SINGLE C**                            Location      HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   McCubbins, Joseph

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?      **BODY CAMERA**      Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative    On October 27, 2014 at 1129 hours I, Sgt. J. McCubbins along with Ofc. B. Berry responded from the H5 Control room to a backup call to H5 East South 1. Upon arrival Ofc. J. Mangrum, the Gym Officer for the area advised inmate Jonathan Wright, who was housed in South 1 Cell #8 was just found hanging from the bars along the cell window. Upon arrival his cell door was just opened, and Officers R. Wiggins, M. Laws, who had also responded to the call entered the cell with Ofc. Berry and myself. Inmate Wright appeared to be unconscious and not breathing, his feet were dangling. Inmate Wright had taken a jail issued sheet and tied it around the cell bars that ran alongside the window in his cell and then again tied it around his neck. I immediately instructed the officers to lift him up and to untie or cut the sheet from the bars so that he could be laid down on the floor to start CPR. Also at 1129 hours as the officers began to get him down I advised via radio for medical and on-shift Lieutenants and Main Control to notify MetroSafe for EMS to respond. Once Inmate Wright was taken loose he was laid down on the ground and CPR was started. Shortly after someone with the AED arrived to the scene and placed on subjects chest, CPR continued. At 1132 hours Lieutenants R. Dejarnette and Lt. N. Norris, Officers J. Horn and D. Johnson and Nurse Mary Perry arrived to the scene and were advised of the situation. At 1134 hours Nurses Blandford, Wylie, Laws, Greer and Dr. Everson arrived. CPR continued, AED still had not advised of a shock needed. At 1136 hours LFD arrived outside and arrived on scene at 1139 hours and assumed CPR from corrections staff. At 1141 hours EMS arrived outside and arrived on scene at 1147 hours. At 1211 hours EMS departed the floor and departed to the hospital at 1218 hours. Ofc. Perkins, who was sent to provide escort with Inmate Wright departed with them.
Upon asking, Ofc. Mangrum advised while by the gym on H5 East, Margaret Payne, a

25352 Troutman                          10/28/2014 02:21

GB005254
Page: 1

commissary worker came up to him screaming that someone was hanging and pointed to the location where he was. Ms. Payne had been on the walk collecting commissary forms from inmates. He then advised he ran over and found inmate Wright hanging as she had said. He then called via radio for staff to respond.

Ofc. D. Johnson and J. Horn, who both had responded to the call were advised to stand by and secure the location and to keep it secure. Upon orders of command staff that cell and that part of the South 1 walk was to be closed off pending investigation. Area was secured and pictures were taken of the scene. Pictures sent to PSU.

At around 1435 hours Ofc. Perkins called me via phone and advised this inmate was pronounced deceased at 1228 hours. Command staff advised of same. End of report.

_____         _____
                                           Date
        Employee Signature

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(q)**   Incident Type   Incident DateTime   10/27/2014 11:29

Location Type  SINGLE C   Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  KRANK, Marc

## Inmates Involved

Inmate #   Name

Video Recorded? Type?   Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name   Restraint   Note

☐ Use of Force Required

## Type of Force

Name   Force   Note

Narrative   Mental Health was on H5 to process with all persons involved.  Mental Health spoke with the following officers:  Johnson, Horn, Wiggins, Laws, Berry, Mangrum, Simpson, McCubbins and Jaggers.  Mental Health also spoke with the following medical responders:  Laws and Blandford.  All staff were encouraged to contact a MHP if needed.

Employee Signature   Date

27 OCTTOBER 2014

AT APPROXIMATELY 11:25 A.M. I MARGARET PAYNE WAS COLLECTING SCAN SHEETS. I STARTED COLLECTING ON H5 S1 AND PASSED BY A CELL AND SOMETHING OUT OF THE NORMAL CAUGHT MY ATTENTION. WHEN I WENT BACK TO SEE WHAT WAS WRONG AN INMATE WAS HANGING BY THE BAR WINDOW. I STARTED SCREAMING FOR OFFICER MANGRUM WHO HAD GONE TO UNLOCK THE EAST SIDE FOR ME. I JUST RAN OFF THAT SIDE AFTER OFFICER MANGRUM GOT THERE.

Margaret Payne

GB005257

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(r)**　　　Incident Type　　　　　　　　　　　　　Incident DateTime  **10/27/2014 11:29**

Location Type  **SINGLE C**　　　　　　　　　　　　　　　Location  **HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8**

Reporting Officer  **Mangrum, Jerry**

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| | |

Video Recorded? Type?　　　　　　　　　　Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |
| | | |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |
| | | |

Narrative　　On the above date of 10/27/14 inmate Wright,John in s/c # 8 south 1 was found hanging from his neck by commissary staff Mrs Peaches @ this time she  told me about it as she was running away".I ran to the cell and seen him hanging"@ this time i open the cell while calling for back up! on the radio.I enter the cell trying to help him @ this time Sgt.McCubbins and officers Wiggins and Berry arrived on the scene.We all enter the cell and removed him from the bars i went back into the gym to take the inmates back to the kitchen.....

Employee Signature　　　　　　　Date



**WRIGHT, JONATHAN D**
Bk Dt: **10/23/2014 20:40**    DOB: **01/21/1973**
Inmate #:**00468305**
Booking #:**201430876**

# KENTUCKY PAROLE BOARD



## PAROLE VIOLATION WARRANT

Warrant No.:   E03790002004212

Frankfort, KY., October 02, 2014

To the Parole Officer of the Appointed Judicial District of Kentucky, or any Peace Officer of the Commonwealth of Kentucky, or any other State or Commonwealth:

It appearing from information furnished to the Parole Board of the Commonwealth of Kentucky that,  Jonathan Douglas Wright, DOC# 227872 a paroled prisoner, who was convicted of the offense(s) of Poss Cont Sub-1st Degree-1st Offense-Drug Unspecified  in the Hardin County Circuit Court(s),  and who was paroled on 04/17/2014 , has violated the terms of his parole as set out herewith:

1  Absconding parole supervision
2  Failure to complete treatment for substance abuse
3  Failure to pay supervision fee as directed
4  Use of controlled substance - Methamphetamines
5  Use of controlled substance - Marijuana
6  Failure to pay for drug testing as directed

This, therefore, is to command you to forthwith arrest the said Jonathan Douglas Wright, DOC#:  and deliver him to the custody of the Kentucky Department of Corrections.

This warrant is issued pursuant to Kentucky Revised Statute 439.330(1)(e), governing paroled convicts.

Given under my hand this date October 02, 2014

**By authority of the Parole Board**

ectronically signed by the Parole Board

e printed:  **Thursday, October 23, 2014**

GB005260

**WRIGHT, JONATHAN D**

☐ JUVENILE OFFENDER

Bk Dt: **10/23/2014 20:40**   DOB: **01/21/1973**
Inmate #:**00468305**
Booking #:**201430876**

KSP 206 (REV 2/1/06)

**COURT**

| AGENCY | JCSO | KY 0560000 |
|---|---|---|

**OFFENDER / VIOLATOR**

NAME (L-F-M)   SKIP A SPACE BETWEEN NAMES — Wright Jonathan Douglas   ATTN: ☐

ALIAS

HOME PHONE

EMERGENCY PHONE

ADDRESS (RED/STREET/APT. NO. ETC.)

CITY                     STATE      ZIP:

KENTUCKY RESIDENT STATUS
F.☑ FULL TIME  P.☐ PART TIME  N.☐ NON RESIDENT

I.D. TYPE/STATE  Id/ky   I.D. NUMBER

S.S. NUMBER

MARITAL STATUS  Divorced

VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH    SEX    RACE

ETHNIC ORIGIN

☐ MALE  ☐ FEMALE   ☐ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKAN  ☐ ASIAN

☐ HISPANIC  ☑ NON HISPANIC

PLACE OF EMPLOYMENT / OCCUPATION          CITY          STATE

HEIGHT 6   WEIGHT 195   HAIR COLOR Bald   EYE COLOR Bro

**VEHICLE**

VEH. MAKE   VEH. TYPE   VEH. YEAR   COLOR: TOP/BOTTOM

ALCOHOL/DRUG INVOLVEMENT (SPECIFY)
☐ NO  ☐ YES  ☑ UNK

REG. STATE   REG. YEAR   REGISTRATION NO.

VEHICLE IDENTIFIERS          MPH   IN MPH ZONE   VOL. KEY

**DATE / TIME**

VIOLATION DATE   VIOLATION TIME   EXACT LOCATION OF VIOLATION / ARREST   4812 Bardstown Rd

B.A. RESULTS

DATE OF ARREST 10 23 14   TIME OF ARREST 1943   MILES   DIRECTION   CITY Louisville   COUNTY OF VIOLATION Jefferson   SECTOR

**CHARGES**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93400 | | 439.430 | PV | 1 | | | | | | | | | |
| 02606 | | xxx.xxx | SpnOA | 2 | | | | | | | | | |
| 02655 | | 439.430 | PVDT | 3 | | | | | | | | | |
| 03999 | | xxx.xxx | SPVW | 4 | | | | | | | | | |

**COURT**

COURT DATE   COURT TIME ☐ AM   PAYABLE ☐   COURT LOCATION   Arrested

COURT CASE NO.   DISPN. DATE   TRIAL ☐ B  ☐ J   CLERK'S INITIALS ☐ N

**POST-ARREST COMPLAINT**

Serving Hardin Co. Parole Violation

Warrant

# 2004212

DK NOC

**CDL**

CDL LICENSE ☐ No  ☐ Yes

COMMERCIAL VEHICLE ☐ No  ☐ Yes

PLACARDED HAZARDOUS VEHICLE ☐ No  ☐ Yes

CDL CLASS ☐ A  ☐ B  ☐ C

YEAR 14

**CASE**

NAME OF WITNESS _____ ADDRESS _____ CITY/STATE

...ME OF WITNESS _____ ADDRESS _____

CASE NO.   1   2   3   4

CARRIED FOR UCR BY CONTRIBUTOR: ☐

OTHER AGENCY: ☐ SPECIFY

OFFICER'S SIGNATURE

☐ IN-CAR VIDEO   ☐ FINGERPRINTS   ☐ PHOTOS   EVIDENCE HELD ☐

BADGE / I.D. NUMBER   ASSIGNMENT

CONTROL NUMBER  L813680

GB005260

**WRIGHT, JONATHAN D**

Bk Dt: **10/23/2014 20:40**   DOB: **01/21/1973**

Inmate #:**00468305**

oking #:**201430876**

Address

Date of Birth

Social Security #

Charges: PVWT

Charges:

Charges:

Charges:

Added Charges:

Added Charges:

Added Charges:

Added Charges:

| Months | Days | Pen Time | Hold Information |
|--------|------|----------|------------------|
| | | | Hold PxP |

| Months | Days | Pen Time | Housing Area | Bond |
|--------|------|----------|--------------|------|
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |
| | 20 | | 20 | |

**WRIGHT, JONATHAN D**
Bk Dt: **10/23/2014 20:40**   DOB: **01/21/1973**
Inmate #:**00468305**
Booking #:**201430876**

GB005262

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| Inmate # 00468305 | Inmate Name WRIGHT, JONATHAN D | Sex MALE | Race White/Eurp/ N.Afr/Mid Eas |
|---|---|---|---|
| Booking Number 201430876 | Date/Time 10/23/2014 20:40 | Hair Color Bald | Eye Color Brown |

| Drivers License # | SSN ▓▓▓ DOB ▓▓▓ | Ethnicity: | Height 6'00" | Weight 195 |
|---|---|---|---|---|

| Address: 8▓▓▓ | Phone: | FBI #: 87861WB0 |
|---|---|---|
| | | SID #: A0203737 |

| Resident: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| County: | Type | Location | Description |
| Birth State: | | | |
| Citizenship: UNKNOWN | Aliases / SSN | | |
| | Name | DOB | AliasSSN |

## Additional Information

| Classification: PRE-ARRAIGNMENT | Occupation: |
|---|---|
| Cell Assignment: PASSIVE/J1-P-019 | Employer: |
| Sentence Status: | Emergency Contact: |

## Arrest Information

| Committed By: JEFFERSON COUNTY SHERIFF | Arresting Officer: CLARK |
|---|---|
| Arrest Date/Time: 10/23/2014 19:43 | Booking Officer: Marquart, Ryan |
| Arresting Agency: JEFFERSON COUNTY SHERIFF | Location: 4812 BARDSTOWN RD LOUISVILLE, KY |
| Arrest Note: ********HOLD P&P******* SERVING PVWT: 2004212 | |

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999 PAROLE VIOLATION WARRANT | NON-CRIMINAL | | (none) | Parole Warrant | | |

Active Bond Total: $0.00

Bonds Total: $0.00

## Holds

| RI | Agency Name Statute | Bond Amount Description | Status | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|
| KY037025G | PROBATION & PAROLE (KY) | | Active False | False | |

Inmate Signature                     Date

Officer Signature                     Date

GB005263

'14 OCT 23 2.

```
056000182569
L813680
```

Criminal



WRIGHT, JONATHAN

KYA0203737

M    W    600    195    BRO    BA



PT 50X50G4 3000N  #1

LXMK    #000000    20141023-21:06

GB005264

10/23/2014

KY0560000
KY056023C

KY
10/23/2014

DL#

DOOLIN                                                                                                    X

03959   SERVING PROBATION/PAROLE VIOLATION WARRANT           *** ***
1   L813680        10/23/2014

CLARK                       3530              JEFFERSON

GB005265

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Release Report

| Inmate # 00468305 | Inmate Name WRIGHT, JONATHAN D | | Sex MALE | Race White/Eurp/ N.Afr/Mid Eas | |
|---|---|---|---|---|---|
| Booking Number 201430876 | Date/Time 10/23/2014 20:40 | | Hair Color Bald | Eye Color Brown | |
| Committed By JEFFERSON COUNTY SHERIFF | SSN ▬▬▬ | DOB ▬▬▬ | Height 6'00" | Weight 195 | |
| Address ▬▬▬ | | Drivers License # | FBI #: 87861WB0 SID #: A0203737 | | |

Phone:

Resident:

County:

Bag #: ()-

**Scars, Marks, Tattoos**

Type        Location        Description

**Aliases / SSN**

Name                DOB        AliasSSN

## Release Information

Release Date/Time: 10/27/2014 17:26

Releasing Officer: Nicolas-Bates, Marylea

Transfer To Agency:

Comments:    Deceased 10/21/2014

Reason for Release: DECEASED

Length of Stay:  4 days

Transportation:

## Arrest Information

Arrest Date/Time: 10/23/2014 19:43

Location: 4812 BARDSTOWN RD  LOUISVILLE, KY

Arresting Agency: JEFFERSON COUNTY SHERIFF

Arresting Officer: CLARK

## Additional Information

Sentence Status:

Emergency Contact: LISA BREWER

Cell Assignment:

(502)436-4875

Classification: MI/GP

Booking Officer: Marquart, Ryan

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999 PAROLE VIOLATION WARRANT | NON-CRIMINAL | | 10/28/2014 19:21 DECEASED | Parole Warrant No Bond has been set | | |

## Holds

| ORI | Agency Name Statute | Bond Amount Description | Status | Bond Denied | WarrantNbr |
|---|---|---|---|---|---|
| KY037025G | PROBATION & PAROLE (KY) | | Active | False | |

Jail ORI: KY0560000

# PERSONAL INFORMATION

WRIGHT, JONATHAN D

| | | | |
|---|---|---|---|
| Alias: | | Height: | 6'00" |
| Race: | W | Sex: M | Weight: 195 |
| Address: | ███████████ | | |
| Hair: | BAL | Eyes: BRO | Comp: |
| Glasses: | NONE | SSN: ██████ | DL#: ██████ |
| Phone No: | | Inmate Nbr: 00468305 | DOB: ██████ (Age: Arrest-41 Now-41) |
| FBI: | 87861WB0 | SID: A0203737 | |
| Citizenship: | United States of America | US Marshall Number: | Religion: CHRISTIAN |
| Education Level: | SOME COLLEGE | Body Build: | Ethnicity: |
| POB: | United States of America | Birth State: | Birth City: |
| Marital Status: | Divorced | Militry Veteran: | |

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|
| | | |

Total Number of Rows:       0

## ARREST INFORMATION

| | | | |
|---|---|---|---|
| Booking #: 201430876 | Arresting Agency: JEFFERSON COUNTY SHERIFF | Arresting Officer: CLARK | Case #: |
| Booking Officer: Marquart, Ryan | Inmate Account Balance: $ 0.00 | Booking Date/Time: 10/23/2014 20:40 | Release Date/Time: 10/27/2014 12:28   Housed: |

Arrest Note:    ********HOLD P&P********
                SERVING PVWT: 2004212

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| PAROLE VIOLATION WARRANT | 4L813680 | | | | | | | 10/27/2014 |
| | Y | DECEASED | | | | | | |

Total Number of Rows:       1

## BOOKING NOTES

| te/Time | Notes |
|---|---|
| | |

Total Number of Rows:       0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|
| | | | | | | GB005267 |

Total Bond:    $ 0.00

## SUPPLEMENTAL INFORMATION

Classification:  MI/GP                    Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| UNEMPLOYED | | | |

Total Number of Rows:    1

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| | |

Total Number of Rows:    0

GB005268



**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone:  5025742167      Fax:

## Inmate Report

Inmate Number : 00468305    Inmate Name : WRIGHT, JONATHAN D

| Name | WRIGHT, JONATHAN D | | DOB | | Age | 41 | Sex | MALE | Height | 600 | | Weight | 195 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair | Bald | Eye | Brown | | Race | White/Eurp/ N.Afr/Mid Eas | | Ethnicity | | | SSN | | |
| Resident | | County | | | | SID | | FBI | | | Phone | | |
| Homeless | N | Out of State run away | N | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | | E-Mail | | |
| Address | | | | | | | | | | | | | |

### Additional Info

| Birth Country | United States of America | State | | City | | Military Veteran | N | County | | Military Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marital Status | Divorced | # Children | | Caution | N | | | Comments | | | |
| Religion | CHRISTIAN | # Sisters | | Deceased | N | | | Date | | | |
| Handedness | | # Brothers | | Disabled | N | | | | | | |

### Addresses

| Address From | Address To | Address Type | Location | | Non-US |
|---|---|---|---|---|---|
| | | Alternate | | | N |

### Contacts

| Contact Type | Name | Phone | Address |
|---|---|---|---|
| Emergency | LISA BREWER | | |

### Incompatible Details

| Inmate # | Inmate Name | Cell | SID # | Note | Waived |
|---|---|---|---|---|---|
| 00490151 | HAYDEN, JERMAINE L | H5-S1 | | ARGUMENT | N |

**Employer Details**

| Employer Name | Occupation | Phone | Address | Status |
|---|---|---|---|---|
| UNEMPLOYED | | | | |

**Languages**

| Language | Spoken | Written | Read |
|---|---|---|---|
| ENGLISH | Y | Y | Y |

**Education Details**

| Education Level | Area of Study | Other Area of Study | School Name | Address |
|---|---|---|---|---|
| SOME COLLEGE | | | | |

**Medical Insurance**

| Medical Insurance Type | Medical Insurance Company |
|---|---|
| | |

**Public Assistance**

| Food Stamp | N | SSI | N | Cash Assistance | N | Disability | N |
|---|---|---|---|---|---|---|---|

---

## Additional Information

Classification: MI/GP                          Occupation:

Cell Assignment: HS-S1/008                      Employer: UNEMPLOYED

Sentence Status:                                Emergency Contact: LISA BREWER ████████

## Arrest Information

Committed By: JEFFERSON COUNTY SHERIFF          Arresting Officer: CLARK

Arrest Date/Time: 10/23/2014 19:43             Booking Officer: Marquart, Ryan

Arresting Agency: JEFFERSON COUNTY SHERIFF      Location: 4812 BARDSTOWN RD LOUISVILLE, KY

Arrest Note: *********HOLD P&P*******
SERVING PVWRT: 2004212

## Charges

| Reference #  Case Nbr | Statute  Description | Category | Charge DtTm  Court DtTm | DispositionDtTm  Disposition | Document  Bond/Sentence | Court | Bond Type  Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999  PAROLE VIOLATION WARRANT | NON-CRIMINAL | | (none) | Parole Warrant | | |

Active Bond Total $0.00

Bonds Total $0.00

## Holds

| ORI | Agency Name  Statute | Bond Amount  Description | Status  Date | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|
| | | Inmate Signature | | | |
| KY037025G | PROBATION & PAROLE (KY) | | Active | False | |

Inmate Jonathan Wright was booked in to LMDC on 10-23-14 20:40. Inmate did not stated that he did not fear for his safety as well as stating that he did not have any thoughts of self-harm or harming others.

GB005270

# Housing Movement and Cell Transfers

# Jonathan Wright #468305

## Movement Logs

| Location | Activity | Start DtTm | End DtTm | Note | Scheduled By | Moved By |
|----------|----------|------------|----------|------|--------------|----------|
| HOSP-ER | HOSP | 10/27/2014 14:22 | | | | BERRY, BRIAN |
| H5-S1 | | 10/27/2014 14:21 | 10/27/2014 14:22 | | | |
| HOSP-ER | HOSP | 10/27/2014 14:21 | | | | McCubbins, Joseph |
| H5-S1 | | 10/27/2014 14:00 | 10/27/2014 14:21 | | | |
| J4N-3A | | 10/26/2014 04:06 | 10/27/2014 06:17 | | AYERS, STAC... | OBRYANT, TYLER |
| J4S-4B | | 10/24/2014 20:49 | 10/26/2014 04:06 | J1R2>J4S4B#8 | Moore, Donna | ENNIS III, CHARLES E |
| J1-R-2 | | 10/24/2014 00:15 | 10/24/2014 20:49 | Group Transfer | | RUSSELL, DANNY W. |
| ▶ PASSIVE | | 10/23/2014 20:40 | 10/24/2014 00:15 | | | Hinton, Kevin |

# Incident Reports

## 1 EI this booking (EI#58886)

| Incident Date | Incident Type | Booking # | Reporting Officer |
|---------------|---------------|-----------|-------------------|
| ▶ | | | |

# Inmate Notes

# Jonathan Wright #468305

## Inmate Notes

Date From : 10/23/2014 00:00     Date To : 10/28/2014 23:58

| Inmate Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|-------------|----------|-----------|--------------|--------------|-----------------|
| WRIGHT, JONATHAN D | 00468305 | ORIENTATION NOTES | INMATE ORIENTATED. SARN IS MI/GP | 10/23/2014 21:15 | COX, JAMES |
| | | INMATE MOVEMENT | J1R2>J4S4B#8 | 10/24/2014 08:43 | Moore, Donna |
| | | INMATE MOVEMENT | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | 10/26/2014 02:37 | AYERS, STACEY |
| | | INMATE MOVEMENT | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | 10/26/2014 06:02 | AYERS, STACEY |

# Zero Inmate Grievances filled

# Jonathan Wright #468305

# Inmate Visitation

## Inmate Visitor

Inmate Name : WRIGHT, JONATHAN D     Inmate # : 00468305

| or Name | Visitor Number | Visit Date | Start Time | End Time | Booth Type | Booth |
|---------|----------------|------------|------------|----------|------------|-------|
| | | | | | Total : | 0 |

GB005271

| Name | WRIGHT, JONATHAN D | | Booking # | 201430876 | Facility | 1 |
| Inmate # | 00468305 | Sex MALE | DO██████ | Book Dt/Tm 10/23/2014 20:40 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | Dorm | H5E-S1 |
| **Status** | | In Jail | | Classification MI/GP | Cell | H5-S1 |

Booking #201430876

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 10/26/2014 06:17 | | H5-S1 | 008 | Movelist | |
| 10/26/2014 04:06 | 10/26/2014 06:17 | J4N-3A | 026 | Movelist | |
| 10/24/2014 20:49 | 10/26/2014 04:06 | J4S-4B | 008 | Movelist | J1R2>J4S4B#8 |
| 10/24/2014 00:15 | 10/24/2014 20:49 | J1-R-2 | | | Group Transfer. |
| 10/23/2014 20:40 | 10/24/2014 00:15 | PASSIVE | J1-P-019 | | |

25352 Troutman                    10/28/2014 02:18

| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
| Inmate # 00468305 | Sex MALE | DOB | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| **Status** | In Jail | Classification MI/GP | Cell H5-S1 |

**Note Entry**

Inmate Note Type ORIENTATION NOTES

Inmate Note INMATE ORIENTATED. SARN IS MI/GP

Created By User COX, JAMES                   Created Dt/Tm 10/23/2014 21:15

**Notes**

Inmate Note Type

From Date/Time                          To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

| Name | WRIGHT, JONATHAN D | | | Booking # 201430876 | | Facility 1 |
|---|---|---|---|---|---|---|
| Inmate # 00468305 | | Sex MALE | DO▓ | Book Dt/Tm 10/23/2014 20:40 | | Wing H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | | Dorm H5E-S1 |
| **Status** | | In Jail | | Classification MI/GP | | Cell H5-S1 |

---

**Note Entry**

Inmate Note Type INMATE MOVEMENT

Inmate Note J1R2>J4S4B#8

Created By User Moore, Donna          Created Dt/Tm 10/24/2014 08:43

---

**Notes**

Inmate Note Type

From Date/Time                    To Date/Time

### Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

| Name | WRIGHT, JONATHAN D | | Booking # 201430876 | | Facility 1 |
|---|---|---|---|---|---|
| Inmate # 00468305 | Sex MALE | DO█████ | Book Dt/Tm 10/23/2014 20:40 | | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | | Dorm H5E-S1 |
| **Status** | | In Jail | Classification MI/GP | | Cell H5-S1 |

**Note Entry**

Inmate Note Type INMATE MOVEMENT

Inmate Note  INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED

Created By User AYERS, STACEY          Created Dt/Tm 10/26/2014 02:37

**Notes**

Inmate Note Type

From Date/Time                     To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
| Inmate # 00468305    Sex MALE | DOB ▮▮▮▮ | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| **Status** | In Jail | Classification MI/GP | Cell H5-S1 |

**Note Entry**

Inmate Note TypeINMATE MOVEMENT

Inmate Note PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE.

Created By UserAYERS, STACEY          Created Dt/Tm 10/26/2014 06:02

**Notes**

Inmate Note Type

From Date/Time                To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

## Floor Security

### Unit 2 (SGT-1221)

| SERGEANT | Sgt. Jaggers |
|---|---|
| Control | Ofc. Conner |
| Dorms | Ofc. Kelley |
| Dorms | Ofc. Kirk - late |
| Med/Psych | Ofc. Whidby |
| Med/Psych | Ofc. McCullough |
| Medical | Ofc. Cline |
| Movement | Ofc. Vetter |

### Unit 3 (SGT-1321)

| SERGEANT | Sgt. White |
|---|---|
| Control | Ofc. Caulder |
| North | Ofc. McKinney |
| North | Ofc. D. Johnson |
| South | Sgt. Montgomery |
| South | Ofc. Stallard |
| Movement | Not assigned |

### Unit 4 (SGT-1421)

| SERGEANT | Sgt. Allen |
|---|---|
| Control | Ofc. Anthony |
| North | Ofc. Ostertag |
| North | Ofc. Wylie |
| South | Ofc. Horn |
| South | Ofc. Davis |
| Movement | Not assigned |

### Unit 5 (SGT-1521)

| SERGEANT | Sgt. McCubbins |
|---|---|
| Control | Ofc. Avila - LD |
| West | Ofc. Wiggins |
| West | Ofc. Simpson |
| East | Ofc. Berry |
| East | Ofc. Laws |
| Movement | Not assigned |

### Unit 6 (SGT-1621)

| SERGEANT | Sgt. McCubbins |
|---|---|
| Control | Ofc. Sutton - LD |
| West M-4 | Ofc. Hommrich |
| West 5-8 | Ofc. Perkins |
| East | Ofc. Aikin |
| East | Ofc. Standard |
| Movement | |

### Unit 7 (SGT-1721)

| SERGEANT | Closed |
|---|---|
| Control | |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Movement | |

## 1st Floor Security

### Unit 1 (SGT-1121)
### (SGT-1121A)

| SERGEANT | Sgt. Puente |
|---|---|
| SERGEANT | Not assigned |
| Grill | Ofc. Burba |
| Grill | Ofc. Hernandez (BA) |
| Passive | Ofc. Frisby |
| Livescan | Ofc. Arnold |
| | |
| Rear Security | Ofc. Barth |
| Trans (751) | Ofc. Nichols |
| Trans (752) | Ofc. Sacra |
| Clinics | Not assigned |
| Movement | Ofc. Dolak |
| Movement | Ofc. Shipley - late |
| J5 Overflow | Ofc. Bunnell |
| B.A. Lab | Not assigned |
| Main Control | Ofc. Reese |
| Main Control | Ofc. Hodge |
| Outer Control | Ofc. Weeks |
| Magnometer | Ofc. Spinks |
| Front Desk | Ofc. Woolen |

| | |
|---|---|
| Sanitation | |
| Laundry | |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| | |
| Property Sgt. | |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| | |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |
| | |
| District Court | Ofc. Woods |
| District/Circuit 2 | Ofc. Morgan |
| Circuit Court | Ofc. Grieser |
| Arr. Court | Ofc. Mason |

## Notations

See page two for Activity and Incident Reports.

| | |
|---|---|
| Date: | October 27, 2014 |
| Day: | Monday |
| Shift: | 1st |
| Captain | Walker |
| Lieutenant | Norris |
| Lieutenant | DeJarnette |
| Lieutenant | Mitchell - off |

### Staff Off Duty / Reason

Sgt. Jones - NOP
Sgt. Summers - V
Ofc. D. Miller - FMLA
Ofc. Warner - V
Ofc. Kelty - Military
Ofc. Pinnick - WI
Ofc. Hagan - V
Ofc. Scott - Spec Detail
Ofc. Frech - WI
Ofc. Hammond - WI
Ofc. Dotson - UBW
Ofc. Garrett - S
Ofc. Smith - V
Ofc. Roehm - S
Ofc. Benner - UBW

### Overtime Used-FOT/VOT/SOT

FOT - Hernandez (BA), Caulder, Aikin.

VOT - Standard, Perkins, Anthony, Spinks, Sgt. Montgomery.

SOT - Bunnell, Barth, Arnold, Weeks.

### Hosptial/Clinc

Ofc. Welch.

GB005277

# **Daily Incidents**
## 27Oct14

**Commanders :**
Capt. Walker
Lt. DeJarnette
Lt. Norris

**Hospital Runs:**   Inmate Amanda Gaddie Rm 307

**Body Cams :**  Ofc. Frisby J1, Ofc. Stallard J3, Ofc. Ostertag J4, Ofc. Berry H5, Ofc.Hommrich H6.

**Incidents:**

**1100hrs. J2 D1A** Orientation
Walker
Puckett
Moppins
Nurse Hammond

**1129hrs. H5 S1 SC8** Sgt. J. McCubbins along with Ofc. B. Berry responded from the H5 Control room to a backup call to H5 East South 1. Upon arrival Ofc. J. Mangrum, the Gym Officer for the area advised inmate Jonathan Wright, who was housed in South 1 Cell #8 was just found hanging from the bars along the cell window. Upon arrival his cell door was just opened, and Officers R. Wiggins, M. Laws, who had also responded to the call entered the cell with Ofc. Berry and Sgt. McCubbins.

Inmate Wright appeared to be unconscious and not breathing, his feet were dangling. Inmate Wright had taken a department issued bed sheet and tied it around the cell bars that ran alongside the window in his cell and then tied it around his neck. Sgt. McCubbins immediately instructed the officers to lift the inmate up and to untie or cut the sheet from the bars so that he could be laid down on the floor to start CPR. Also at 1129hrs as the officers began to get him down Sgt. McCubbins advised via radio for medical and on-shift Lieutenants respond to the location. Sgt. McCubbins also contacted Main Control to notify MetroSafe for EMS to respond. Once Inmate Wright was taken loose he was laid down on the ground and CPR was started. Shortly after someone with the AED arrived to the scene and placed on subjects chest, CPR continued. At 1132hrs. Lieutenants R. Dejarnette and Lt. N. Norris, Officers J. Horn and D. Johnson and Nurse Mary Perry arrived to the scene and were advised of the situation. At 1134hrs Nurses Blandford, Wylie, Laws, Greer and Dr. Everson arrived. CPR continued, AED still had not advised of a shock needed. At 1136hrs LFD arrived outside and arrived on scene at 1139hrs and assumed CPR from corrections staff.  At 1141hrs EMS arrived outside and arrived on scene at 1147hrs. At 1211hrs EMS departed the floor and departed to the hospital at 1218hrs. Ofc. Perkins, who was sent to provide escort with Inmate Wright departed with them.

Ofc. Mangrum reported that  while by the gym on H5 East, Margaret Payne, a commissary worker came up to him screaming that someone was hanging and pointed to the location where he was. Ms. Payne had been on the walk collecting commissary forms from inmates. Ofc. Mangrum stated that he ran over and found Inmate Wright hanging as she had said. Ofc.Mangrum called via radio for staff to respond.

Ofc. D. Johnson who had responded to the call was instructed by Lt. Norris to stand by and secure the location and to keep it secure. Ofc. Horn was instructed by Lt. Norris to assist with floor operations where needed.  Upon orders of Lt. Norris that cell and that part of the South 1 walk (thru SC #7) was to

GB005278

be closed off pending investigation. Area was secured and pictures were taken of the scene. Pictures sent to PSU. The incident scene was released after PIU and CSU responded to the location.

Ofc. Perkins called and reported via phone and advised this inmate was pronounced deceased at 1228 hours. Command staff advised of same.
*EI #00058886*

**1230hrs J4 D8**  Sgt. Allen responded to an altercation in Dorm 8.  Sgt. Allen observed inmates Smith, Lonnie cin#276976 and Rodriques cin#522250 fighting.  Officers called for the door and instructed inmate Smith to return to his cell.  Inmate Smith was placed in handcuffs and led out of the dorm and placed in the J4 west hold.

Camera footage was reviewed on DVR #7, Cam #86 and noticed inmate Rodriques was on his hour out at which point he walked over to inmate Smith's cell and began to talk through the door.  As inmate Rodriques was walking away inmate Smith's door opened and the two began to fight.

Sgt. Allen spoke to inmate Smith and the inmate stated that for the last few days these two inmates have been arguing.  This morning inmate Rodriques began again and inmate Smith stated to me that he was going to deal with it.

Sgt. Allen interviewed inmate Rodriques ,the inmate stated and admitted that he and inmate Smith have been verbally threatening each other over the course of the last few days.  Earlier in shift, inmate Smith had thrown a liquid substance on his cell door.

After escorting inmate Smith out of the dorm, inmate Smith's cell door was inspected and found to have a large amount of toilet paper wedged in the door which allowed for the door not to secure.  The toilet paper was removed from the cell door.

Medical was called and Nurse Lachalmelle arrived to assess both inmates.  Both inmates had cuts to facial areas. Pictures taken and will be forwarded on to appropriate parties. Inmate Smith will be receiving disciplinary for his involvement as he was deemed the aggressor.
*EI #00058885*

**1245hrs J2 D7**  Sgt. Jaggers was called via radio to come to J2 D7. Upon his arrival Sgt. Jaggers was told by Ofc. Shipley that she brought Inmate Bailey, Christina up from booking to be placed in a single cell. Inmate Bailey was refusing to be dressed out in a jumpsuit and was threatening to hurt staff and herself. At that time Sgt. Jaggers notified Lt. Norris. Lt. Norris instructed Sgt Jaggers to contact Ofc. Shipley and Mental Health for additional information about the inmate's status. Mental Health arrived and attempted to speak with Inmate Bailey but the inmate refused to cooperate. It was then determined by Mental Health that due to the statements made by, and the behavior of this inmate she needed to be placed on Level 1 suicide observation. Inmate Bailey again refused to be dressed out into a suicide smock. Inmate Bailey was then placed in handcuffs by Ofc. McCullough so that Ofc. Shipley and Ofc. Conner could recover the inmates clothing and place her in the smock. At that time Inmate Bailey began actively resisting and kicking at officers. Inmate Bailey was then restrained on her bunk so the Officers could complete the task. All items were recovered and removed and all staff exited the cell without further incident. The Bodycam was present and utilized by Ofc. McCullough. This concludes my involvement in this incident.
*EI #00058887*

**Perimeter Checks:**
0911hrs. - Sgt. Puente.  HoJ closed.  CCC workaide in lobby.
1045hrs. - Sgt. White.  HoJ open.  CCC workaide in lobby.
1105hrs. - Sgt. McCubbins.  HoJ open.  CCC workaide in lobby.
1126hrs. - Sgt. Allen.  HoJ open.  CCC workaide in lobby.

GB005279

1255hrs. - Sgt. McCubbins.  HoJ open.  CCC workaide in lobby.
Seareches:
J1  Inmate Alonzo Farmer (court) nothing found.
J1  Inmate Brian Stevens (Passive) nothing found.
J2  Inmate Barbara Fowler (workaide) nothing found.
J2  Inmate Christina Bailey (dress out) nothing found.
J3  Inmate Vontre Bailey (courts) nothing found.
J3  Inmate Donald Lorden (courts) nothing found.
J4  Inmate Derius DeWitt (court) nothing found.
J4  Inmate David Mayfield (court) nothing found.
H5  Inmate Prince Bolin (court) nothing found.
H5  Inmate Chad Carter (court) nothing found.
H6  Inmate William Downs (court) nothing found.
H6  Inmate Gerald Harrison (court) nothing found.

GB005280

Date  _10/27/2014_ Shift  ____First____

## Officers

Total number of officers on forced overtime _____ 3

Total number of officers on volunteer overtime _____ 4

Total number of officers on scheduled overtime _____ 4

**Grand total of Officers on overtime** _____ 11

**List reason for use of overtime**

| | |
|---|---|
| Sick - 1 | Vacacny - 1 |
| Admin Susp (Main Control) - 1 | |
| UBW - 2 | |
| WI - 3 | |
| Military - 2 | |
| Spec Detail - 1 | |

## Sergeants

Total number of sergeants on forced overtime _____ 0

Total number of sergeants on volunteer overtime _____ 1

Total number of sergeants on scheduled overtime _____ 0

**Grand total of Sergeants on overtime** _____ 1

**List reason for Sergeant overtime and note if an Officer post was worked**

| | |
|---|---|
| FMLA - 1 | |
| | |
| | |
| | |

**Grand total of staff on overtime** _____ 12

Shift Commanders Typed Name     *Lt. N. Norris #215*

Facility 1- MAIN JAIL COMPLEX          Floor H5

Wing

**Log Entry**

Log Date/Time 10/28/2014 02:39          Activity

   Employee          Action

   Entered By          Entered Dt/Tm

Comments

**Inmates Involved**

InmateName          InmateNumber

---

**Log**

From Date/Time 10/27/2014 07:00:00          To Date/Time 10/27/2014 15:00:00

**Shift Log**

| Date/Time | Activity | Action | Employee | Comments |
|---|---|---|---|---|
| 10/27/14 07:00 | END OF SHIFT | | OBRYANT, TYLER | |
| 10/27/14 07:00 | ROLL CALL | COMPLETED | Norris, Norman | |
| 10/27/14 07:15 | COUNT CONDUCTED | NO DEFICIENCIES NOTED | BERRY, BRIAN | |
| 10/27/14 07:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:37 | COUNSELOR | | Smith-Davis, Saulette | |
| 10/27/14 08:38 | COUNSELOR | | Smith-Davis, Saulette | |
| 10/27/14 08:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:35 | NURSE ARRIVES | COMPLETED | WYLIE, STACY | |
| 10/27/14 09:05 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:50 | NURSE DEPARTS | COMPLETED | WYLIE, STACY | |
| 10/27/14 09:29 | FOOD CARTS ARRIVE | ALL APPEARED SECURE | BERRY, BRIAN | |

25352 Troutman          10/28/2014 02:40          GB005282
Page: 1

| Date/Time | Activity | Status | Officer | Notes |
|---|---|---|---|---|
| 10/27/14 09:29 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 10:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 10:01 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 07:00 | ROLL CALL | COMPLETED | Norris, Norman | |
| 10/27/14 08:15 | NURSE ARRIVES | | Wiggins, Ryan | |
| 10/27/14 09:00 | NURSE DEPARTS | | Wiggins, Ryan | |
| 10/27/14 07:15 | EQUIPMENT CHECK COMPLETE | | McCubbins, Joseph | Keys and equipment secured. |
| 10/27/14 07:55 | SERGEANT SECURITY CHECK | | McCubbins, Joseph | Security check conducted. |
| 10/27/14 13:00 | SERGEANT SECURITY CHECK | | McCubbins, Joseph | Security check conducted. |
| 10/27/14 07:01 | STAFF ON DUTY | | McCubbins, Joseph | Officers Avila-LD, Wiggins, Simpson, Berry a |
| 10/27/14 11:29 | INCIDENT REPORT | | McCubbins, Joseph | EI#00058886 Suicide |
| 10/27/14 09:30 | MEAL COUNT | | McCubbins, Joseph | Ordered 185 Sandwiches 20 Juice Cartons - Court Inmates  Received 183 Sandwiches 20 Juice Cartons - Court Inmates 3 Jugs of Juice  No issues reported. |
| 10/27/14 07:25 | MEAL COUNT | | CAULDER, IONA | 360 sandwhiches ordred 40 courts |
| 10/27/14 13:28 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | first chance to make round by this officer after incident on H5 E S1 |

| Date/Time | Event | Status | Officer | Notes |
|---|---|---|---|---|
| 10/27/14 14:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 14:54 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 15:00 | END OF SHIFT | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 14:59 | END OF SHIFT | | McCubbins, Joseph | End of shift. |
| 10/27/14 15:00 | ROLL CALL | | Higdon, Daniel | Conducted By Cpt. Hogan |
| 10/27/14 15:00 | ROLL CALL | | BARTH, ROGER | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | WRIGHT, JONATHAN D | | Booking # | 201430876 | Facility | 1 |
| Inmate # | 00468305 | Sex MALE DO | Book Dt/Tm | 10/23/2014 20:40 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | Age 41 | Release Dt/Tm | | Dorm | H5E-S1 |
| **Status** | | In Jail | Classification | MI/GP | Cell | H5-S1 |

## Property Items

| Item Type | Description |
|---|---|
| BELT | . |
| LIGHTER | . |
| LIP BALM | . |
| WALLET | . |
| CIG | . |
| CELL PHONE | ATT. |
| PANTS | . |
| SHIRT | . |
| SHOES | 1 SHOE |
| PAPER | MISC |

## Property Movements

| Original Location/Bin | New Location/Bin | DateTime of the Move | Moved By |
|---|---|---|---|
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |

Inmate Name WRIGHT, JONATHAN D

Receipt # 14-108103

Inmate # 00468305

Booking # 201430876

Received Date/Time 10/23/2014 21:21

Received By Graham - 30425

Received From

Relationship

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description |
|----------|-----|-----|---------|----------|-----------|-------------|
| J-BAG | J-BAG-0037 | 1 | | 00241064 | BELT | . |
| 1 | -1 | 1 | | 00241065 | CIG | . |
| 1 | J-BAG-0037 | 2 | | 00241064 | LIGHTER | . |
| 1 | J-BAG-0037 | 1 | | 00241064 | WALLET | . |
| 1 | J-BAG-0037 | 1 | | 00241066 | CELL PHONE | ATT. |
| 1 | J-BAG-0037 | 1 | | 00241064 | LIP BALM | . |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|

Notes

**All properties listed are to be claimed within 30 days of release from custody. After 90 days all unclaimed properties will be disposed of in accordance with K.R.S. 95.180.**

_____   _____
Inmate Signature                         Date

_____   _____
Officer Signature                         Date

30425 Graham

10/23/2014 21:22

GB005286

Inmate NameWRIGHT, JONATHAN D

Inmate # 00468305

Returned Date/Time10/29/2014 11:31

Returned ByGrieser - 25117

Returned To                                                    Relationship

Receipt # 14-109960

Booking # 201430876

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description | Return Qty |
|----------|-----|-----|---------|----------|-----------|-------------|------------|
| J-BIN | 0597 | 1 | | 00242684 | SHOES | 1 SHOE | 1 |
| J-BIN | 0597 | 1 | | 00242685 | PAPER | MISC | 1 |
| J-BIN | 0597 | 1 | | 00241576 | SHIRT | . | 1 |
| J-BIN | 0597 | 1 | | 00241576 | PANTS | . | 1 |
| J-BIN | 0597 | 1 | | 00241064 | BELT | . | 1 |
| J-BIN | 0597 | 1 | | 00241065 | CIG | . | 1 |
| J-BIN | 0597 | 2 | | 00241064 | LIGHTER | . | 2 |
| J-BIN | 0597 | 1 | | 00241064 | WALLET | . | 1 |
| J-BIN | 0597 | 1 | | 00241066 | CELL PHONE | ATT. | 1 |
| J-BIN | 0597 | 1 | | 00241064 | LIP BALM | . | 1 |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|

## Issued Property Items

| Property Item | Charge | Current Qty | Return Qty | Condition | Condition Comment |
|---------------|--------|-------------|------------|-----------|-------------------|

Total Charge

Notes

**Personal Property was released to Rev Whitlow, whom in turn released to the family**

**I certify that all properties taken by Louisville Metro Department of Corrections has been returned to me.**

_____          _____
Inmate Signature                         Date

_____          _____
Officer Signature                         Date

Name  WRIGHT, JONATHAN D
Inmate # 00468305          Sex  MALE          DOB ████████
Race  White/Eurp/ N.Afr/Mid Eas          Age 41

**Status**                    In Jail

Booking #  201430876
Book Dt/Tm  10/23/2014 20:40
Release Dt/Tm
Classification  MI/GP

Facility  1
Wing  H5E
Dorm  H5E-S1
Cell  H5E-S1

From Date/Time
To Date/Time

Account Type Spending

| | | | Balance | | Payable | | 129.60 |
| Last Transaction Date | | | 10/23/2014 21:01 | | | | |
| | | | | | Hold | | 0.00 |
| | | | | | Indigent Date | | |

**Transactions**

| Date Time | Type | Check Nbr Receipt Nbr | Description From/To | Debit Xfer | Credit | Balance | Payable |
|-----------|------|----------------------|---------------------|-----------|--------|---------|---------|
| 10/23/14 21:0 | BKFee | | BOOKING FEE | $35.00 | $0.00 | $0.00 | $129.60 |
| 10/23/14 20:45 | DepCsh | | Deposited By WRIGHT from KIOSK System | $0.00 | $2.00 | $0.00 | $94.60 |
| 06/23/13 11:0 | DepCsh | | Converted Account Balance | $0.00 | $0.00 | $0.00 | $96.60 |

25352 Trout

10/28/2014 02:23

Page: 1

GB005288

Name  WRIGHT, JONATHAN D

Inmate #  00468305        Sex  MALE        DO

Race  White/Eurp/ N.Afr/Mid Eas      Age  41

Status                                  In Jail

Booking #  201430876

Book Dt/Tm  10/23/2014 20:40

Release Dt/Tm

Classification  MI/GP

Facility  1

Wing  H5E

Dorm  H5E-S1

Cell  H5-S1

Balance 0.00

Payable 129.60

Hold  0.00        Indigent Date

## Individual Account Balances

| Account Name | Balance | Hold Amount |
|---|---|---|
| Spending | $ 0.00 | $ 0.00 |

## Payable Details

| Account Name | Balance |
|---|---|
| BOOKING FEE | $ 35.00 |
| HISTORY | $ 94.60 |

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name _____ WRIGHT, JONATHAN _____ 41 w/m

Number _____ 14-1279 _____ Date _____ 10-28-14

Height _____ 72" _____ Weight _____ 193

H- 440
RL- 880
LL- 610
L- 2150
K- 360
S- 240
B- 1750

1. Asphyxia via ligature Hanging
   - A. Found hanging from vertical window bars of isolated Jail cell.
   B. Partial Suspension by soft ligature - Bid sheet examined,
   C. left post Neck Trapezius hemorrhage
   D. Partially dried ligature furrow about Neck
   E. Individual inflicted accompanying body. Checked times 1:00 Am - 11:29 pm on 10/27/14
   F. CPR - 340 hemopericard 200 ml R Hemothorax + Sternum (B Ribs fractures)

Toxicology   (BA)   BDS   CO   (UDS)   (VA)   Ref Lab   Histo
Manner       A      H    N    U       (S)    Pending
ICD Code
Opinion _____ Asphyxia via ligature
Resident _____ JAB _____ Staff _____ DS _____ Attendant
County/Coroner _____ Jefferson Co - u

3. Cardiomegaly mild CVD
4. Early Nephrosclerosis
5. Congestn of liver
6. Bilateral Emphysema

# Meeting Minutes
## Critical Incident After Action Review
## Suicide, Inmate Jonathan Wright, CIN#468305
## October 27, 2014

| | | |
|---|---|---|
| Lieutenant Nick Angelini | Lieutenant N. Norris | Stacy Wylie, LPN |
| PCI Saulette Davis | Lieutenant R. DeJarnette | Mary Perry, RN BSN |
| Kristen Laws, RN | Lieutenant R. Mitchell | Captain A. Walker |
| Melissa Greer, RN | Lieutenant Iryt Troutman | Major Endora Davis |
| Officer J. Horn | Officer B. Berry | Marc Krank |
| Officer D. Johnson | Officer R. Wiggins | Officer M. Laws |
| Sergeant N. Jaggers | Sergeant J. McCubbins | Ronna Martin-Scribe |

**Incident Overview**

On October 31, 2014 a death report was completed on Inmate Jonathan D. Wright. Inmate Wright expired on October 27, 2014 at Jewish Hospital.

On October 23, 2014 Inmate Wright was brought to Louisville Metro Corrections by the Jefferson County Sheriff's Office and was booked into the facility at 2040. Inmate Wright was arrested on a parole violation warrant with no bond set. Inmate Wright completed his classification orientation and was given the SARN classification of MI/GP. Inmate Wright was also screened by medical. Inmate Wright denied having any medical conditions, denied having any suicidal ideation, past suicide attempts or hospitalizations. Inmate Wright did report that he had been using meth all day. He also requested a mental health referral due to social phobia and bipolar disorder, however denied any medications or treatment. Inmate Wright completed the booking process and was moved to J1 rear security dorm 2 on October 24, 2014 at 0015.

On October 24, 2014 Inmate Wright was placed on the move list from J1 rear security dorm 2 to J4 4B. Inmate Wright was dressed out and moved to the 4th floor. He was secured in J4 4B at 2049. On October 24, 2014 Inmate Wright has a verbal argument with another inmate in the dorm. Inmate Wright was removed from the dorm and placed on the move list to go to J4 3A. Inmate Wright refused to move to J4 3A. Classification was called and a new housing location of H5 south 1 bed 8 was given to Inmate Wright pending disciplinary. Medical was notified and cleared Inmate Wright to be housed in a single cell. At 0617 Inmate Wright was moved from the 4th floor to H5 south 1 bed 8. He was later seen by medical during their segregation rounds.

On October 27, 2014 at approximately 0900 Inmate Wright stated to a nurse that he was not getting his medication. He advised the nurse that he takes Lexapro and told the nurse where he gets his prescription filled. The nurse told Inmate Wright that she would notify mental health after sick call. The nurse also noted no signs of distress. When sick call was completed the nurse advised mental health. Inmate Wright was already on the mental health list to be assessed.
At approximately 1125 Inmate Wright was seen hanging in his cell. Backup was called at approximately 1130 and several officers responded. Inmate Wright was taken down from the bars and laid on the floor. The sheet that was around his neck was loosened and CPR was started. The AED was placed on Inmate Wright at 1133 and "no shock advised" was given several times until the AED was removed at 1147. Medical staff arrived on the scene at 1134, Louisville Fire Department arrived on scene at 1139 and Emergency Medical Services arrived on scene at 1147. Emergency Medical Services departed the floor with Inmate Wright at 1211 and at 1218 Emergency Medical

GB005291

Services departed for Jewish Hospital. At 1228 staff at Jewish Hospital pronounced Inmate Wright deceased.

**After Action Review**

Lieutenant Angelini opened the debrief, letting everyone know that everything in this room is confidential, and that this is an opportunity to discuss the incident, discuss how to improve and to speak on each person's involvement, and he let encouraged everyone to speak freely. He instructed as to how the debrief would progress, starting with the first person on the scene detailing what they know of the incident and their involvement, and moving to the next person in order of who arrived next, etc.

Lieutenant Davis started by saying that over the radio the call was heard "backup south 2" and that someone asked to clarify.

Sergeant J. McCubbins

Sergeant McCubbins said he and Officer Berry were close to each other and that they ran over to South 1 immediately and passed Mangrum. They said when they got there, they saw that the inmate was hanging. He said immediately they lifted him up to untie him, and then laid him on the ground and started CPR. Sergeant McCubbins said the call was made on the radio for EMS, and he got a piece of paper at that point and started recording the times and keeping track of traffic, etc.

Officer B. Berry

Officer Berry said he was in the control room when the call went out over the radio. He said he and Sergeant McCubbins both ran out, said they saw Officer Mangrum, who told them which cell backup was needed. They saw Mr. Wright hanging from the bars by a sheet. Officer Berry went to get the Knife for Life and the AED. He said he ran into Nurse Perry on the way and told her there was an emergency and so she came back to the scene with him. When he got back, Mr. Wright had been removed from the bars, but the sheet was still around his neck, as they could not cut it but they did get it loose enough to allow rescue breaths to be successful. He and the nurse placed the AED and then Officer Ryan Wiggins was doing chest compressions. When Officer Wiggins needed relief, Officer Berry took over.

Officer R. Wiggins

Officer Wiggins responded from the 5 West officer station. He said he followed someone to the cell, and heard that Officer Berry was going to get the Knife for Life. Officer Wiggins and Nurse Laws lifted Mr. Wright and Officer Mangrum started untying the knot. Officer Wiggins said the knife would not cut the sheet so they loosened the knot, and started breaths and compressions. The AED machine said no shock advised. He said they continued compressions and Officer Berry took over for him after 5 or so sets.

Officer M. Laws

Officer Laws was on the elevator and turned around and saw Sergeant McCubbins and Officer Wiggins start running. He said he left the inmate he was with shackled in the chair and ran to the cell. He said he ran to the gym and saw Officer Berry running to get the Knife for Life. Officer Laws helped lift the inmate up and put him on the ground. He said Officer Wiggins started chest compressions while he did breaths, and said he did breaths until Nurse Laws showed up with an Ambu-bag. He said after that point, he held the inmate's head steady while CPR was being administered.

GB005292

**Officer N. Jaggers**
Officer Jaggers said as soon as the backup call went out over the radio, he responded to the scene and stood by to assist. He said he also brought EMS up to the cell when they arrived.

**Officer D. Johnson**
Officer Johnson said he took the elevator to 5, and said by the time he got there, he saw everyone doing CPR on Mr. Wright, and saw the sheet still around his neck. He said that he and Officer Horn secured the other inmates and went back to Control and retrieved the camera. He said by that time, officers had switched in giving compressions. Officer Johnson stepped inside the cell in case he needed to give relief to anyone. He said the Fire Dept arrived and he stepped out, and then just assisted them as needed. Officer Johnson and Officer Horn stayed on the scene and secured the scene until PSU arrived. Once the scene was cleared, they cleaned out the cell of Mr. Wright's property, put those things on the property, and gathered trash and anything left behind.

**Officer J. Horn**
Officer Horn said he and Officer Johnson arrived to the scene together, and assisted as needed. He said he retrieved a pair of scissors, and took a picture of the knot on Mr. Wright's neck. Officer Horn also said he took pictures of the scene. He stayed and noted who showed up and what time they arrived. He said he and Officer Johnson cleaned the scene after everyone had departed.

**Marc Krank**
Marc Krank arrived at the same time as Officers Johnson and Horn, and he saw Officers Wiggins and Laws already working on Mr. Wright. He said he retrieved the medical bag and stood by in case any other assistance was needed. Once the scene was secure, he went back to his floor.

**Nurse Mary Perry**
Nurse Perry said when she arrived to the scene, Mr. Wright was already on the ground with CPR being performed by Officers Wiggins and Officer Laws was doing breaths. She and Officer Berry got the AED hooked up and when it advised no shock, she stepped out of the way and waited in order to be of assistance if needed.

**Nurse Stacy Wylie**
Nurse Wylie stated she was the last nurse on the scene. She had been in Sheriff court holds. She said she usually works 5 East so she went to the scene as soon as she could. When she arrived, she saw Officer Wiggins on compressions and Officer Laws on the Ambu-bag. She said she waited outside the cell.

**Nurse Kristen Laws**
Nurse Laws stated that when she arrived, Mr. Wright was already on the ground and CPR was being performed. Officer Wiggins was doing compressions. Nurse Melissa Greer had retrieved the O2 tank and the Ambu-bag, so Nurse Laws worked the bag. She said she did that until EMS arrived.

**Nurse Melissa Greer**
Nurse Greer stated she ran and got the oxygen and the Ambu-bag, hooked it up and gave it to Nurse Laws. Then she said she stepped out of the cell.

**PCI Saulette Davis**
Saulette Davis said she made rounds that morning at 0920 hours – Inmate Wright did not show any signs of distress or dismay – he was energetic and happy, and asked for shower shoes and a pencil.

She said she told him she didn't have a pencil but would bring him one. She said when she arrived back at his cell, he had already hung himself from the sheet.

Marc Krank
Marc Krank of Mental Health said Mr. Wright was on the list to be seen that day but he had started rounds with the females first. He said he arrived to the scene and remained there for officers.

Captain Armon Walker
Captain Walker said he arrived and saw officers performing CPR and rescue breaths. He said the Fire Dept arrived shortly and took over on CPR, and he said he stood by and assisted them.

Lieutenant R. DeJarnette
Lieutenant DeJarnette said he was the first shift commander up there. When he arrived, they were bringing the AED over, and he said he watched to make sure it was being used correctly. He said everyone was doing what they needed to but space was tight so he was trying to limit traffic. He said he collected paperwork on the wing that would have been pertinent.

Lieutenant N. Norris
Lieutenant Norris said everything was in full swing when he arrived to the scene, and the AED had just arrived. He stood by and made sure everyone was on task. He said he kept checking on the status of those inside the cell, checking if people needed to swap out CPR. He said he tasked Officer Johnson with scribing after Sergeant McCubbins was leaving. He said he redirected EMS to come in straight to the sally port.

**In Closing**
Lieutenant Angelini asked if anyone felt there were any areas where we could have responded differently. Officer Horn said everyone agreed that the Knife for Life was worthless in this instance and would not cut the sheet at all.

Major Davis closed by saying it sounded as though everyone responded appropriately. She mentioned suggested ways in which to watch for individuals who might be crying out for help.

Lieutenant Angelini passed around EAP information in case anyone felt as though they are having problems dealing with the incident. He also made mention that our Mental Health staff is available to anyone as well. He gave contact information for anyone who may need to talk about this or any other incident.

_____          _____
Mark E. Bolton                              Date    11/7/14
Director Review

CC:     Chief of Staff Dwayne Clark
        Attorney Steve Durham
        Major Endora Davis
        Lieutenant Chuck Eggers
        Death Report

GB005294

To:     Deputy Director Dwayne Clark
        Chief of Staff

Fr:     Lieutenant Iryt Troutman
        Crisis Intervention Team Member

Re:     Inmate Jonathan D. Wright CIN#468305
        Summary Report

Dt:     October 31, 2014

On October 31, 2014 a death report was completed on Inmate Jonathan D. Wright. Inmate Wright expired on October 27, 2014 at Jewish Hospital.

On October 23, 2014 Inmate Wright was brought to Louisville Metro Corrections by the Jefferson County Sheriff's Office and was booked into the facility at 2040. Inmate Wright was arrested on a parole violation warrant with no bond set. Inmate Wright completed his classification orientation and was given the SARN classification of MI/GP. Inmate Wright was also screened by medical. Inmate Wright denied having any medical conditions, denied having any suicidal ideation, past suicide attempts or hospitalizations. Inmate Wright did report that he had been using meth all day. He also requested a mental health referral due to social phobia and bipolar disorder, however denied any medications or treatment. Inmate Wright completed the booking process and was moved to J1 rear security dorm 2 on October 24, 2014 at 0015.

On October 24, 2014 inmate Wright was placed on the move list from J1 rear security dorm 2 to J4 4B. Inmate Wright was dressed out and moved to the 4th floor. He was secured in J4 4B at 2049. On October 24, 2014 inmate Wright has a verbal argument with another inmate in the dorm. Inmate Wright was removed from the dorm and placed on the move list to go to J4 3A. Inmate Wright refused to move to J4 3A. Classification was called and a new housing location of H5 south 1 bed 8 was given to inmate Wright pending disciplinary. Medical was notified and cleared inmate Wright to be housed in a single cell. At 0617 inmate Wright was moved from the 4th floor to H5 south 1 bed 8. He was later seen by medical during their segregation rounds.

On October 27, 2014 at approximately 0900 inmate Wright stated to a nurse that he was not getting his medication. He advised the nurse that he takes Lexapro and told the nurse where he gets his prescription filled. The nurse told inmate Wright that she would notify mental health after sick call. The nurse also noted no signs of distress. When sick call was completed the nurse advised mental health. Inmate Wright was already on the mental health list to be assessed.
At approximately 1125 inmate Wright was seen hanging in his cell. Back up was called at approximately 1130 and several officers responded. Inmate Wright was taken down from the bars and laid on the floor. The sheet that was around his neck was loosened and CPR was started. The AED was placed on inmate Wright at 1133 and "no shock advised" was given several times until the AED was removed at 1147. Medical staff arrived on the scene at 1134, Louisville Fire Department arrived on scene at 1139 and Emergency Medical Services arrived on scene at 1147. Emergency Medical Services departed the floor

GB005295

with inmate Wright at 1211 and at 1218 Emergency Medical Services departed for Jewish hospital.   At 1228 staff at Jewish Hospital pronounced inmate Wright deceased.

GB005296