# Jonathan Wright

# Meeting Minutes
## Critical Incident After Action Review
### Suicide, Inmate Jonathan Wright, CIN#468305
### October 27, 2014

| | | |
|---|---|---|
| Lieutenant Nick Angelini | Lieutenant N. Norris | Stacy Wylie, LPN |
| PCI Saulette Davis | Lieutenant R. DeJarnette | Mary Perry, RN BSN |
| Kristen Laws, RN | Lieutenant R. Mitchell | Captain A. Walker |
| Melissa Greer, RN | Lieutenant Iryt Troutman | Major Endora Davis |
| Officer J. Horn | Officer B. Berry | Marc Krank |
| Officer D. Johnson | Officer R. Wiggins | Officer M. Laws |
| Sergeant N. Jaggers | Sergeant J. McCubbins | Ronna Martin-Scribe |

**Incident Overview**

On October 31, 2014 a death report was completed on Inmate Jonathan D. Wright. Inmate Wright expired on October 27, 2014 at Jewish Hospital.

On October 23, 2014 Inmate Wright was brought to Louisville Metro Corrections by the Jefferson County Sheriff's Office and was booked into the facility at 2040. Inmate Wright was arrested on a parole violation warrant with no bond set. Inmate Wright completed his classification orientation and was given the SARN classification of MI/GP. Inmate Wright was also screened by medical. Inmate Wright denied having any medical conditions, denied having any suicidal ideation, past suicide attempts or hospitalizations. Inmate Wright did report that he had been using meth all day. He also requested a mental health referral due to social phobia and bipolar disorder, however denied any medications or treatment. Inmate Wright completed the booking process and was moved to J1 rear security dorm 2 on October 24, 2014 at 0015.

On October 24, 2014 Inmate Wright was placed on the move list from J1 rear security dorm 2 to J4 4B. Inmate Wright was dressed out and moved to the 4th floor. He was secured in J4 4B at 2049. On October 24, 2014 Inmate Wright has a verbal argument with another inmate in the dorm. Inmate Wright was removed from the dorm and placed on the move list to go to J4 3A. Inmate Wright refused to move to J4 3A. Classification was called and a new housing location of H5 south 1 bed 8 was given to Inmate Wright pending disciplinary. Medical was notified and cleared Inmate Wright to be housed in a single cell. At 0617 Inmate Wright was moved from the 4th floor to H5 south 1 bed 8. He was later seen by medical during his segregation rounds.

On October 27, 2014 at approximately 0900 Inmate Wright stated to a nurse that he was not getting his medication. He advised the nurse that he takes Lexapro and told the nurse where he gets his prescription filled. The nurse told Inmate Wright that she would notify mental health after sick call. The nurse also noted no signs of distress. When sick call was completed the nurse advised mental health. Inmate Wright was already on the mental health list to be assessed.
At approximately 1125 Inmate Wright was seen hanging in his cell. Backup was called at approximately 1130 and several officers responded. Inmate Wright was taken down from the bars and laid on the floor. The sheet that was around his neck was loosened and CPR was started. The AED was placed on Inmate Wright at 1133 and "no shock advised" was given several times until the AED was removed at 1147. Medical staff arrived on the scene at 1134, Louisville Fire Department arrived on scene at 1139 and Emergency Medical Services arrived on scene at 1147. Emergency Medical Services departed the floor with Inmate Wright at 1211 and at 1218 Emergency Medical

Troutman 00403

Services departed for Jewish Hospital. At 1228 staff at Jewish Hospital pronounced Inmate Wright deceased.

**After Action Review**

Lieutenant Angelini opened the debrief, letting everyone know that everything in this room is confidential, and that this is an opportunity to discuss the incident, discuss how to improve and to speak on each person's involvement, and he let encouraged everyone to speak freely. He instructed as to how the debrief would progress, starting with the first person on the scene detailing what they know of the incident and their involvement, and moving to the next person in order of who arrived next, etc.

Lieutenant Davis started by saying that over the radio the call was heard "backup south 2" and that someone asked to clarify.

Sergeant J. McCubbins

Sergeant McCubbins said he and Officer Berry were close to each other and that they ran over to South 1 immediately and passed Mangrum. They said when they got there, they saw that the inmate was hanging. He said immediately they lifted him up to untie him, and then laid him on the ground and started CPR. Sergeant McCubbins said the call was made on the radio for EMS, and he got a piece of paper at that point and started recording the times and keeping track of traffic, etc.

Officer B. Berry

Officer Berry said he was in the control room when the call went out over the radio. He said he and Sergeant McCubbins both ran out, said they saw Officer Mangrum, who told them which cell backup was needed. They saw Mr. Wright hanging from the bars by a sheet. Officer Berry went to get the Knife for Life and the AED. He said he ran into Nurse Perry on the way and told her there was an emergency and so she came back to the scene with him. When he got back, Mr. Wright had been removed from the bars, but the sheet was still around his neck, as they could not cut it but they did get it loose enough to allow rescue breaths to be successful. He and the nurse placed the AED and then Officer Ryan Wiggins was doing chest compressions. When Officer Wiggins needed relief, Officer Berry took over.

Officer R. Wiggins

Officer Wiggins responded from the 5 West officer station. He said he followed someone to the cell, and heard that Officer Berry was going to get the Knife for Life. Officer Wiggins and Nurse Laws lifted Mr. Wright and Officer Mangrum started untying the knot. Officer Wiggins said the knife would not cut the sheet so they loosened the knot, and started breaths and compressions. The AED machine said no shock advised. He said they continued compressions and Officer Berry took over for him after 5 or so sets.

Officer M. Laws

Officer Laws was on the elevator and turned around and saw Sergeant McCubbins and Officer Wiggins start running. He said he left the inmate he was with shackled in the chair and ran to the cell. He said he ran to the gym and saw Officer Berry running to get the Knife for Life. Officer Laws helped lift the inmate up and put him on the ground. He said Officer Wiggins started chest compressions while he did breaths, and said he did breaths until Nurse Laws showed up with an Ambu-bag. He said after that point, he held the inmate's head steady while CPR was being administered.

Troutman 00404

**Officer N. Jaggers**
Officer Jaggers said as soon as the backup call went out over the radio, he responded to the scene and stood by to assist. He said he also brought EMS up to the cell when they arrived.

**Officer D. Johnson**
Officer Johnson said he took the elevator to 5, and said by the time he got there, he saw everyone doing CPR on Mr. Wright, and saw the sheet still around his neck. He said that he and Officer Horn secured the other inmates and went back to Control and retrieved the camera. He said by that time, officers had switched in giving compressions. Officer Johnson stepped inside the cell in case he needed to give relief to anyone. He said the Fire Dept arrived and he stepped out, and then just assisted them as needed. Officer Johnson and Officer Horn stayed on the scene and secured the scene until PSU arrived. Once the scene was cleared, they cleaned out the cell of Mr. Wright's property, put those things on the property, and gathered trash and anything left behind.

**Officer J. Horn**
Officer Horn said he and Officer Johnson arrived to the scene together, and assisted as needed. He said he retrieved a pair of scissors, and took a picture of the knot on Mr. Wright's neck. Officer Horn also said he took pictures of the scene. He stayed and noted who showed up and what time they arrived. He said he and Officer Johnson cleaned the scene after everyone had departed.

**Marc Krank**
Marc Krank arrived at the same time as Officers Johnson and Horn, and he saw Officers Wiggins and Laws already working on Mr. Wright. He said he retrieved the medical bag and stood by in case any other assistance was needed. Once the scene was secure, he went back to his floor.

**Nurse Mary Perry**
Nurse Perry said when she arrived to the scene, Mr. Wright was already on the ground with CPR being performed by Officers Wiggins and Officer Laws was doing breaths. She and Officer Berry got the AED hooked up and when it advised no shock, she stepped out of the way and waited in order to be of assistance if needed.

**Nurse Stacy Wylie**
Nurse Wylie stated she was the last nurse on the scene. She had been in Sheriff court holds. She said she usually works 5 East so she went to the scene as soon as she could. When she arrived, she saw Officer Wiggins on compressions and Officer Laws on the Ambu-bag. She said she waited outside the cell.

**Nurse Kristen Laws**
Nurse Laws stated that when she arrived, Mr. Wright was already on the ground and CPR was being performed. Officer Wiggins was doing compressions. Nurse Melissa Greer had retrieved the O2 tank and the Ambu-bag, so Nurse Laws worked the bag. She said she did that until EMS arrived.

**Nurse Melissa Greer**
Nurse Greer stated she ran and got the oxygen and the Ambu-bag, hooked it up and gave it to Nurse Laws. Then she said she stepped out of the cell.

**PCI Saulette Davis**
Saulette Davis said she made rounds that morning at 0920 hours – Inmate Wright did not show any signs of distress or dismay – he was energetic and happy, and asked for shower shoes and a pencil.

Troutman 00405

She said she told him she didn't have a pencil but would bring him one. She said when she arrived back at his cell, he had already hung himself from the sheet.

Marc Krank
Marc Krank of Mental Health said Mr. Wright was on the list to be seen that day but he had started rounds with the females first. He said he arrived to the scene and remained there for officers.

Captain Armon Walker
Captain Walker said he arrived and saw officers performing CPR and rescue breaths. He said the Fire Dept arrived shortly and took over on CPR, and he said he stood by and assisted them.

Lieutenant R. DeJarnette
Lieutenant DeJarnette said he was the first shift commander up there. When he arrived, they were bringing the AED over, and he said he watched to make sure it was being used correctly. He said everyone was doing what they needed to but space was tight so he was trying to limit traffic. He said he collected paperwork on the wing that would have been pertinent.

Lieutenant N. Norris
Lieutenant Norris said everything was in full swing when he arrived to the scene, and the AED had just arrived. He stood by and made sure everyone was on task. He said he kept checking on the status of those inside the cell, checking if people needed to swap out CPR. He said he tasked Officer Johnson with scribing after Sergeant McCubbins was leaving. He said he redirected EMS to come in straight to the sally port.

**In Closing**
Lieutenant Angelini asked if anyone felt there were any areas where we could have responded differently. Officer Horn said everyone agreed that the Knife for Life was worthless in this instance and would not cut the sheet at all.

Major Davis closed by saying it sounded as though everyone responded appropriately. She mentioned suggested ways in which to watch for individuals who might be crying out for help.

Lieutenant Angelini passed around EAP information in case anyone felt as though they are having problems dealing with the incident. He also made mention that our Mental Health staff is available to anyone as well. He gave contact information for anyone who may need to talk about this or any other incident.

Mark E. Bolton
Director Review

11/7/14
Date

CC:    Chief of Staff Dwayne Clark
       Attorney Steve Durham
       Major Endora Davis
       Lieutenant Chuck Eggers
       Death Report

Troutman 00406

# <u>Death Report</u>

## Inmate Jonathan D. Wright

## CIN # 468305

## Booking #201430876

Prepared by:   Lt. Iryt Troutman
Crisis Intervention Team
10/31/14

Troutman 00407



1     Photo

2     Chronological Report

3     Medical Reports

4     Incident Reports

5     Records Folder

6     Classification

7     Shift Reports PDL Entries

8     Property

9     Disciplinary

10     Other Reports

AVERY READY INDEX

Troutman 00408



Troutman 00409



25352 Troutman                          10/28/2014 02:22                          Page: 1

Troutman 00410

To:     Deputy Director Dwayne Clark
        Chief of Staff

Fr:     Lieutenant Iryt Troutman
        Crisis Intervention Team Member

Re:     Inmate Jonathan D. Wright
        Chronological Notes

Dt:     October 31, 2014

On October 31, 2014, a chronological report was completed for the death of inmate Jonathan D. Wright CIN# 468305. Inmate Wright was booked into custody of Louisville Metro Department of Corrections on October 23, 2014 at 2040. Inmate Wright expired at Jewish Hospital on October 27, 2014 at 1228. The following is a chronological report of events for Inmate Wright while he was in custody on the current arrest.


**October 23, 2014**

**2040-** Inmate Wright was booked into the facility on Parole Violation Warrant #E03790002004212

**2045-** Cash deposit of $2 was placed on inmate Wright's account via the KIOSK system

**2100-** Booking fee of $35 assessed to inmate Wright

**2115-** Inmate Wright completed classification orientation

**2121-** Inmate Wright's property was inventoried

**2309-** Inmate Wright completed the medical screening


**October 24, 2014**

**0015-** Inmate Wright was moved from J1 passive booking to J1 rear security dorm 2 and secured in X Jail

**0843-** Inmate Wright was placed on the move list to go from J1 rear security dorm 2 to J4 dorm 4B

**2049-** Inmate Wright was moved from J1 rear security dorm 2 to J4 dorm 4B per the move list and secured in X Jail

Troutman 00411

**October 26, 2014**

**0237-** Inmate Wright was placed on the move list due to a having a verbal argument with another inmate

**0406-** Inmate Wright was moved from J4 4B to J4 dorm 3A per the move list and secured in X Jail.

**0520-** Inmate Wright was written up for refusing to follow orders and disruptive behavior

**0600-** Inmate Wright was cleared my medical to be placed in a single cell.

**0602-** Inmate Wright was placed on the move list for refusing to move to dorm J43A.

**0617-** Inmate Wright was moved from J4 dorm 3A to H5 south 1 cell 8 per the move list and secured in X Jail.

**UNK-** Inmate Wright was seen by medical during nursing segregation rounds.

**October 27, 2014**

**0900-** Inmate Wright stated to nurse that he was not getting his medication. He was advised mental health would be notified. Upon completion of sick call mental health was notified. Inmate Wright was already on the mental health list to be assessed.

**0920-** Counselor made rounds and spoke with inmate Wright, inmate Wright requested a pencil and shower shoes

**1125-** Commissary worker noticed inmate Wright hanging and notified officer

**1129-** Main control notified to contact EMS for inmate Wright

**1133-** AED was utilized on inmate Wright with no shock advised

**1134-** Medical staff arrived on scene

**1135-** AED no shock advised

**1138-** AED no shock advised

**1139-** Louisville Fire Department arrived on scene.

**1140-** AED no shock advised

**1142-** AED no shock advised

**1145-** AED no shock advised

Troutman 00412

**1147-** EMS arrived on scene, AED no shock advised

**1211-** EMS departed the floor with inmate Wright

**1218-** EMS departed for the hospital

**1228-** Staff at Jewish hospital declared inmate Wright deceased

**1421-** Inmate Wright was marked out to the hospital in X Jail

**October 28, 2014**

**0800-** Autopsy completed

**Additional Notes:**

Inmate Wright did not attend any church services while in custody.
Inmate Wright did not have any visits.
Inmate Wright did not attend gym.
Inmate Wright did not have any commissary purchases.

Troutman 00413

Wright, Jonathan

DOB: 1/21/1973

CIN: 468305

| | |
|---|---|
| 10/23/2014 | Inmate booked into facility at 20:40 |
| | Inmate screened by medical at 23:09. His BP-132/88, P-96, Res-16, and O2- 100. He denied having any medical currents. He did report that he had been using meth all day. He denied having any suicidal ideation, past suicide attempts, or past hospitalizations. He did request a mental health referral for social phobia and bipolar. However he denied any current medications or treatments. He received patient education on coping skills and hygiene. |
| 10/26/14 | Inmate was cleared by medical at 06:00 for single cell per corrections request. |
| | Inmate seen by medical during nursing segregation rounds |
| 10/27/14 | At 09:00 inmate told medical nurse that he was not getting his medication. He reported taking Lexapro and that he got it from Kroger in Fern Creek. Nurse advised that she would give the information to mental health staff. Inmate showed no signs of distress. After nurse completed medication pass she informed Mental Health Professional. Inmate was already on the mental health list to be assessed. |
| | At 11:30 medical was notified of a medical emergency on the 5th floor. When medical arrived inmate was on the ground and corrections officers had started CPR. Medical assisted until EMS arrived. |
| | At 12:44 medical staff notified that inmate had expired |
| | |
| | |

Respectfully Submitted,

Kibibi Wood-Montgomery, CSW

Mental Health Director- LMDC

Troutman 00414

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886** | Incident Type | **Suicide** |

Incident DateTime   10/27/2014 11:29

| | |
|---|---|
| Location Type | SINGLE C |

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   McCubbins, Joseph

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?   DVR          Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative     See supplemental report.

_Jz McCubbin_
_____          10/27/2014
Employee Signature                                Date

Troutman 00415

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00058886(a)** | Incident Type | | Incident DateTime | 10/27/2014 11:29 |

| | | | | |
|---|---|---|---|---|
| Location Type | SINGLE C | | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL · #8 |
| Reporting Officer | BLANDFORD, HEATHER | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬ |

Video Recorded? Type?                    Medical Responders Name

☒ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☒ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative       On 10/27/14 at 1130 this nurse was called to H5 to respond to an emergency. Upon arriving the patient was lying supine in floor of single cell. Officers actively performing CPR. This nurse retrieved ER bag, open the bag retrieving supplies. Supplies given to staff performing CPR. Corrections advised all extra staff to report to control to make room for EMS. EOR.————————— H. Blandford RN

| | |
|---|---|
| ▬▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬▬ |
| Employee Signature | Date |

Troutman 00416

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(b)** | Incident Type | Incident DateTime **10/27/2014 11:29** |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   Greer, Melissa

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative   At approximately 1130 medical arrived to H5 to respond to emergency. Upon arrival pt was laying on floor with what appeared to be a sheet tied around his neck. Officers were performing CPR. I brought with me O2 tank along with Ambu Bag. Medical along with officers continued care and all extra staff were asked to go to control to make room for EMS.

_____          _____
Employee Signature                              Date

Troutman 00417

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(c)** | Incident Type | Incident DateTime | **10/27/2014 11:29** |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer  Laws, Kristen

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative   At approximately 1130 I responded to an emergency on H5. When I arrived I/M Wright, Jonathan CIN#468305 was lying supine on cell floor unconscious with what appeared to be a sheet around his neck and officers were already performing CPR. AED was in place, no shock advised. I applied ambu bag with continuous oxygen while officers continued chest compressions. At approximately 1140 EMS arrived and took over care. EOR.
K. Laws, RN

| | |
|---|---|
| | Date |
| Employee Signature | |

Troutman 00418

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(d)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

| | |
|---|---|
| Location Type | SINGLE C |

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Perry, Mary

## Inmates Involved

| Inmate # | Name |
|---|---|
| ▬▬▬▬ | ▬▬▬▬ |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative   At approximately 1130 was called from triage room on H5 to assist officers with an emergency. Upon arriving, IM was laying onthe floor with the sheet still around his neck,, Officer Wiggins was doing chest compressions and Officer Laws was cutting the sheet from around IM's neck. Assisted officer Berry with placing AED pads on IM. "No shock advised". Waited for any further assistance I could give. Officer in charge then asked that any staff not doing anything at that time to please leave to the officers station to make room for EMS. EOR  Mary Perry RN BSN..

_____                    _____
Employee Signature                              Date

Troutman 00419

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(e)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

Location Type    SINGLE C            Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer    Johnson, Daniel

## Inmates Involved

| Inmate # | Name |
|---|---|
| ▬▬▬▬ | ▬▬▬▬ |

Video Recorded? Type?           Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| ▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| ▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ |

Narrative    On 10/27/2014 at approximately 1125 hours I responded to H5 on a back up call. Officer Horn and myself officer D. Johnson arrived on h5 at the same time. When I arrived on south 1 cell 8 I witnessed inmate wright laying in the floor with what appeared to be a sheet wrapped around his neck. Officer Wiggins and Officer Laws were performing CPR on the inmate. I asked if either of them needed to switch out now knowing how long they had been performing CPR and they both said they were fine. I then went to control at the request of SGT McCubbins and got the digital camera. When I arrived back at S1 the officers were still performing CPR. LT Norris again asked the officers if they were ok or needed to switch out and officer Wiggins switched out with officer Berry who continued with CPR chest compressions. EMS arrived shortly after and I assisted in giving them any medical supplies they needed handed to them. Once EMS cleared per LT Norris Officer Horn and myself stayed and secured the scene until it was cleared by PSU and PIU. Once the scene was clear, LT Norris arrived back on the floor and gave the final clear to clean out the cell and place any personal items of the inmate on the inmates property in the LMDC property room. END of report. Officer D. Johnson 733

| | |
|---|---|
| ▬▬▬▬▬▬ | ▬▬▬▬ |
| Employee Signature | Date |

Troutman 00420

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(f)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   BERRY, BRIAN

## Inmates Involved

| Inmate # | Name |
|---|---|
| | |

| | |
|---|---|
| Video Recorded? Type? | Medical Responders Name |

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative
On 10/27/14 at approximately 1130 a back up call went out over the radio by Ofc. Mangrum to South 2. I immediately left control where I was doing an inventory of Inmate Zapata's property who had left for KCPC. I responded to that location in which it was actually South 1 cell #8. Upon arrival I observed this inmate hanging from a sheet tied around his neck onto the bars in his cell. Ofc. Laws and Ofc. Wiggins entered the cell and I immediately left and went to control to retrieve the knife for life, the AED, and the body cam. Upon my arrival back to the scene Officers had already gotten this inmate untied from the bars but the sheet was still tied around his neck. I also activated the body cam to record what we could on this device. Officers Laws and Wiggins worked on loosening the sheet around his neck while I along with Medical Nurse Perry who responded to the scene placed the AED on this inmate and then activated the power button. Officers Laws and Wiggins then began CPR once the sheet was loosened enough so that airway was not restricted. Officer Wiggins did several cycles of chest compressions before I Officer Berry took over. I followed the instructions of the AED in which it never advised a shock. I follow the metronome of the AED on my compressions and stopped compressions when the AED advised. I kept my cycle going until Louisville Fire relieved me from chest compressions. Once relieved I backed out of the way but in a way where I could still record the scene. I at some point moved all the way out of the cell but still in position to record. I was instructed to keep this device recording all the way down with EMS until they left. Once they were departing I then stopped the recording and handed the device over to LT. Norris. I was instructed to not report back to my floor until I had briefed with Mental Health.

| | | |
|---|---|---|
| 25352 Troutman | 10/28/2014 02:19 | Page: 1 |

_____          _____
Employee Signature                        Date

Troutman 00422

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(h)**          Incident Type                          Incident DateTime    **10/27/2014 11:29**

Location Type  **SINGLE C**                          Location    **HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8**

Reporting Officer  **Laws, Matthew**

### Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative    On the above date I Ofc. Laws responded to a suicide attempt on the 5th floor South 1 Cell 8. When I arrived on scene i saw inmate Wright hanging from the bars with a sheet around his neck. Myself and ofc. Wiggins lifted up on the inmate to relieve pressure and ofc. Mangrum untied the sheet from around the bars. Once it was untied we lowered inmate wright onto the bed and then to the floor so we could start CPR. The knife for life was retrieved and ofc. wiggins attempted to cut the sheet from around the neck of the inmate. CPR was started with ofc. wiggins giving chest compressions and a breathing barrier was retrieved and handed to me to place over his mouth and I started rescue breaths. The AED was retrieved and brought into the cell, pads were placed on the inmate and the AED instructed us to continue CPR. Medical arrived and nurse Laws assisted the officers and had an ambu bag to place on the inmate, I held the inmates head in place while that was applied. I continued to hold inmates head while CPR was being given. Fire and EMS arrived on scene and inmate was taken out of his cell. At that point I was told to take a break and I left the scene. This concludes my involvment in this incident.

_____                    _____
                                                Date
        Employee Signature

Troutman 00423

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00058886(i) | Incident Type | | Incident DateTime | 10/27/2014 11:29 |
|---|---|---|---|---|---|

| Location Type | SINGLE C | | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |
|---|---|---|---|---|

Reporting Officer   Jaggers, Nicholas

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10/27/14 at approximately 1130 hrs., I (Sgt. Jaggers) heard a backup call on the radio for H5 S2. There was then a secondary call for Medical to respond immediately as well. I was on J2W at the time so I notified Medical and got on the elevator to escort them over to H5. Upon my arrival at the scene I was instructed to go to Liberty St. to meet with Metro EMS and escort them to the floor. EMS arrived shortly thereafter and I escorted them H5 S1. This concludes my involvement in this incident. End of Report.

Sgt. Jaggers #361

_____          _____
Employee Signature                 Date

25352 Troutman                  10/28/2014 02:20                              Page: 1

Troutman 00424

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00058886(g)**          Incident Type                    Incident DateTime  **10/27/2014 11:29**

Location Type  **SINGLE C**                             Location    **HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8**

Reporting Officer  **Wiggins, Ryan**

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint              Note

☐ Use of Force Required

## Type of Force

Name                    Force                  Note

Narrative

_____          _____
Employee Signature                        **Date**

25352 Troutman                      10/28/2014 02:20                      Page: 1

Troutman 00425

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00058886(j) | Incident Type | Incident DateTime | 10/27/2014 11:29 |

Location Type  SINGLE C

Location  HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  Wiggins, Ryan

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                Restraint            Note

☐ Use of Force Required

## Type of Force

Name                Force                Note

Narrative        On 10/27/2014 at approximately 1129 hours I, Officer R. Wiggins, was working the west side of the fifth floor of the Hall of Justice when I received a backup call to respond to the south walk of the east wing of the fifth floor. Upon arrival at the south walk I observed an officer head in the direction of cell eight on South One. Upon arrival at that cell I observed inmate Wright, Jonathan hanging by his neck with a sheet tied to the bars that cover his window. Officer Berry stated that he was getting the Knife for Life and the AED. I and Officer Laws held inmate Wright up to get pressure off of his neck while Officer Mangrum untied the sheet from the bars.

When the sheet was untied from the bars, I and Officer Laws lowered inmate Wright to the floor and I attempted to cut through the portion of the sheet that was around inmate Wright's neck while Officer Laws attempted to loosen the knot. I was unable to get the Knife for Life under the sheet and therefore began cutting sections of the sheet. When Officer Laws was able to loosen the sheet enough for the knife to be put under the sheet, the knife was ineffective at cutting it. We were able to get it loose enough to have an open airway for rescue breaths and I began chest compressions and Officer Laws began rescue breaths.

The AED was attached to inmate Wright and everyone stood clear while it analyzed inmate Wright's heart rhythm. No shock was advised and we continued chest compressions and rescue breaths. While performing CPR the AED did not advise a shock while I was present. After several cycles of CPR I became too tired to continue and Officer Berry took over for me. I was instructed to leave the scene as we had enough people present. I then departed.

Troutman 00426

_____          _____
Employee Signature                       Date

Troutman 00427

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(k)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   WYLIE, STACY

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                    Force                    Note

Narrative    On 10/27/14 at approx 1145 I was leaving sheriff court holds when Officer notified me that there had been a hanging on H5 east. I immediately went to the elevators on HOJ and went to the H5 S1 # 8. Inmate Wright was lying on his back and Nurse Laws was using the ambu bag on inmate and Officer Wiggins was performing CPR. Inmate appeared to be unconcious. I stood by as back up for cpr until Lt. asked that all extra staff move to control room so that EMS and fire could get through. That ends my involvement. EOR SWylie,LPN

Employee Signature                    Date

Troutman 00428

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00058886(!)** | Incident Type | Incident DateTime | 10/27/2014 11:29 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8 |

Reporting Officer   Perkins, Theodore

## Inmates Involved

| Inmate # | Name |
|---|---|
| | |

| | |
|---|---|
| Video Recorded? Type? | Medical Responders Name |

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative   On 10.27.14 while assigned to HOJ 6 west at approximately 1210 I was told to get my gear and meet EMS in the sub basement of the HOJ . I met up with EMS and went with them with I/M Wright, Jonathan CIN # 468305 via ambulance , I/M was receiving chest compressions by Louisville Fire and I was told to step in and give the person giving the compressions a break . We left LMDC for Jewish hospital at approximately 1218 , I gave compressions until I was told to stop so the EMS medics could see to I/M Wright . Upon arriving at Jewish hospital we went to their emergency room where their staff saw to I/M Wright , at 1228 staff there called I/M deceased. At approximately 1245 LMPD Sgt arrived on scene to begin his investigation and at approximately 1328 the coroner arrived . At 1333 CSU arrived and at approximately 1413 the coroner transferred the body to the coroners office . This ends my involvement ..........

END OF REPORT
Officer T Perkins 485

| | |
|---|---|
| | Date |
| Employee Signature | |

Troutman 00429

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(m)** | Incident Type | Incident DateTime  10/27/2014 11:29 |

Location Type  SINGLE C                                Location  HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  Smith-Davis, Saulette

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?                                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On today's date 10/27/14 I made my rounds to address any concerns and questions the inmates may have. I spoke with Mr. Jonathan Wright around 0920hrs. Inmate was energetic, nice, and didn't display any signs of dismay. He then asked for a pencil, and a pair of shower shoes. I gave Mr. Wright an action request for shower shoes, he then advised me security took his shoes, in which I advised him that's the protocol once pending a write up and advised him I will return with a pencil for him. He said thank you and I proceeded with my rounds. End of Statement.

_____          _____
Employee Signature                              Date

Troutman 00430

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(n)** | Incident Type | Incident DateTime  10/27/2014 11:29 |

Location Type    SINGLE C

Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer    Horn, Jeffrey

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                 Restraint              Note

☐ Use of Force Required

## Type of Force

Name                 Force                  Note

Narrative    On 10-27-14 at about 1125hrs. I responded to a back up call over the radio to respond to H5 E South #2. When I arrived Ofcs. and medical staff were inside cell #8 administering CPR to inmate Wright who was unconscious and unresponsive. I then went to the control room and retrieved medical shears, when I came back I secured the other inmates that were out on their hour outs back in their cell and moved the work aids to the north side day room. I then assisted with getting various supplies as needed and took control of the digital camera. When EMS departed Ofc. Johnson and myself were tasked with securing the scene and taking pictures. At 1230 Deputy Directors Clark and Troutman along with Martin Baker arrived on the scene and asked some basic questions after which they departed at 1235. At 1236 LMPD PIU arrived on the scene and began their investigation. At 1313 PIU departed and released the scene, after which Ofc. Johnson and myself cleaned the area and collected the inmate remaining property. We were then called to PSU to give our formal statements to PIU. This ended my involvement in the incident.

Ofc. J. Horn #705

EOR-----

| | | |
|---|---|---|
| 25352 Troutman | 10/28/2014 02:21 | Page: 1 |

Date

**Employee Signature**

Troutman 00432

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | 00058886(o) | Incident Type | Incident DateTime    10/27/2014 11:29 |

Location Type   SINGLE C

Location   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   Wylie, Brian

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On 10-27-14 around 1129 hrs I Ofc. Wylie heard backup via radio call to H5 South 1. Upon arrival to H5 S1 # 8, I seen I/M Wright laying on the floor and Officers performing CPR. I stood by to give any assistance needed. After Louisville Fire Dept. arrived I made sure the scene was secure and I then returned to my floor. This concludes my involvement in this incident. E.O.R.

B. Wylie#856

Employee Signature                              Date

25352 Troutman                    10/28/2014 02:21                          Page: 1

Troutman 00433

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(p)** | Incident Type | Incident DateTime    10/27/2014 11:29 |

Location Type   SINGLE C                           Location    HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer   McCubbins, Joseph

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00468305 | WRIGHT, JONATHAN D |

Video Recorded? Type?        BODY CAMERA        Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative     On October 27, 2014 at 1129 hours I, Sgt. J. McCubbins along with Ofc. B. Berry responded from the H5 Control room to a backup call to H5 East South 1. Upon arrival Ofc. J. Mangrum, the Gym Officer for the area advised inmate Jonathan Wright, who was housed in South 1 Cell #8 was just found hanging from the bars along the cell window. Upon arrival his cell door was just opened, and Officers R. Wiggins, M. Laws, who had also responded to the call entered the cell with Ofc. Berry and myself. Inmate Wright appeared to be unconscious and not breathing, his feet were dangling. Inmate Wright had taken a jail issued sheet and tied it around the cell bars that ran alongside the window in his cell and then again tied it around his neck. I immediately instructed the officers to lift him up and to untie or cut the sheet from the bars so that he could be laid down on the floor to start CPR. Also at 1129 hours as the officers began to get him down I advised via radio for medical and on-shift Lieutenants and Main Control to notify MetroSafe for EMS to respond. Once Inmate Wright was taken loose he was laid down on the ground and CPR was started. Shortly after someone with the AED arrived to the scene and placed on subjects chest, CPR continued. At 1132 hours Lieutenants R. Dejarnette and Lt. N. Norris, Officers J. Horn and D. Johnson and Nurse Mary Perry arrived to the scene and were advised of the situation. At 1134 hours Nurses Blandford, Wylie, Laws, Greer and Dr. Everson arrived. CPR continued, AED still had not advised of a shock needed. At 1136 hours LFD arrived outside and arrived on scene at 1139 hours and assumed CPR from corrections staff. At 1141 hours EMS arrived outside and arrived on scene at 1147 hours. At 1211 hours EMS departed the floor and departed to the hospital at 1218 hours. Ofc. Perkins, who was sent to provide escort with Inmate Wright departed with them.
Upon asking, Ofc. Mangrum advised while by the gym on H5 East, Margaret Payne, a

25352 Troutman                              10/28/2014 02:21                              Page: 1

commissary worker came up to him screaming that someone was hanging and pointed to the location where he was. Ms. Payne had been on the walk collecting commissary forms from inmates. He then advised he ran over and found inmate Wright hanging as she had said. He then called via radio for staff to respond.

Ofc. D. Johnson and J. Horn, who both had responded to the call were advised to stand by and secure the location and to keep it secure. Upon orders of command staff that cell and that part of the South 1 walk was to be closed off pending investigation. Area was secured and pictures were taken of the scene. Pictures sent to PSU.

At around 1435 hours Ofc. Perkins called me via phone and advised this inmate was pronounced deceased at 1228 hours. Command staff advised of same. End of report.

_____     _____
          Employee Signature                          Date

Troutman 00435

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00058886(q)** | Incident Type | Incident DateTime  10/27/2014 11:29 |

Location Type  SINGLE C

Location  HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

Reporting Officer  KRANK, Marc

## Inmates Involved

Inmate #     Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative  Mental Health was on H5 to process with all persons involved.  Mental Health spoke with the following officers:  Johnson, Horn, Wiggins, Laws, Berry, Mangrum, Simpson, McCubbins and Jaggers.  Mental Health also spoke with the following medical responders:  Laws and Blandford.  All staff were encouraged to contact a MHP if needed.

Employee Signature                              Date

Troutman 00436

27 OCTTOBER 2014

AT APPROXIMATELY 11:25 A.M. I MARGARET PAYNE WAS COLLECTING SCAN SHEETS. I STARTED COLLECTING ON H5 S1 AND PASSED BY A CELL AND SOMETHING OUT OF THE NORMAL CAUGHT MY ATTENTION. WHEN I WENT BACK TO SEE WHAT WAS WRONG AN INMATE WAS HANGING BY THE BAR WINDOW. I STARTED SCREAMING FOR OFFICER MANGRUM WHO HAD GONE TO UNLOCK THE EAST SIDE FOR ME. I JUST RAN OFF THAT SIDE AFTER OFFICER MANGRUM GOT THERE.

Margaret Payne

Troutman 00437

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00058886(r) | Incident Type | Incident DateTime | 10/27/2014 11:29 |

**Location Type**   SINGLE C                                    **Location**   HOJ 5TH FLOOR EAST WING SOUTH ONE CELL #8

**Reporting Officer**   Mangrum, Jerry

## Inmates Involved

Inmate #        Name

**Video Recorded? Type?**                    **Medical Responders Name**

☑ Use of Restraints Required

## Type of Restraints

Name                Restraint                Note

☑ Use of Force Required

## Type of Force

Name                Force                Note

**Narrative**   On the above date of 10/27/14 inmate Wright,John in s/c # 8 south 1 was found hanging from his neck by commissary staff Mrs Peaches @ this time she told me about it as she was running away".I ran to the cell and seen him hanging"@ this time i open the cell while calling for back up! on the radio.I enter the cell trying to help him @ this time Sgt.McCubbins and officers Wiggins and Berry arrived on the scene.We all enter the cell and removed him from the bars i went back into the gym to take the inmates back to the kitchen.....

Employee Signature                Date

Troutman 00438

**WRIGHT, JONATHAN D**

Bk Dt: **10/23/2014 20:40**   DOB: **01/21/1973**
Inmate #: **00468305**
Booking #: **201430876**





Troutman 00439



### KENTUCKY PAROLE BOARD

### PAROLE VIOLATION
### WARRANT

Warrant No.:    E03790002004212                                                 Frankfort, KY., October 02, 2014

To the Parole Officer of the Appointed Judicial District of Kentucky, or any Peace Officer of the Commonwealth of Kentucky, or any other State or Commonwealth:

It appearing from information furnished to the Parole Board of the Commonwealth of Kentucky that, Jonathan Douglas Wright, DOC# 227872 a paroled prisoner, who was convicted of the offense(s) of Poss Cont Sub-1st Degree-1st Offense-Drug Unspecified  in the Hardin County Circuit Court(s),  and who was paroled on 04/17/2014 , has violated the terms of his parole as set out herewith:

1  Absconding parole supervision
2  Failure to complete treatment for substance abuse
3  Failure to pay supervision fee as directed
4  Use of controlled substance - Methamphetamines
5  Use of controlled substance - Marijuana
6  Failure to pay for drug testing as directed

This, therefore, is to command you to forthwith arrest the said Jonathan Douglas Wright, DOC#:  and deliver him to the custody of the Kentucky Department of Corrections.

This warrant is issued pursuant to Kentucky Revised Statute 439.330(1)(e), governing paroled convicts.

Given under my hand this date October 02, 2014

**By authority of the Parole Board**

Electronically signed by the Parole Board

Date printed:    Thursday, October 23. 2014

Troutman 00440

**WRIGHT, JONATHAN D**

☐ JUVENILE OFFENDER

Bk. Dt: **10/23/2014 20:40**   DOB: **01/21/1973**
Inmate #:**00468305**
Booking #:**201430876**

KSP 206 (REV 2/1/06)

COURT

| AGENCY | | |
|---|---|---|
| JCSO | | KY 0560000 |

**OFFENDER / VIOLATOR**

NAME (L-F-M): Wright Jonathan Douglas   ATTN: ☐   HOME PHONE

ALIAS   EMERGENCY PHONE

ADDRESS (RED/STREET/APT. NO., ETC.): 9011 Waterfern Way   KENTUCKY RESIDENT STATUS F.☑FULL TIME  P.☐PART TIME  N.☐NON RESIDENT

CITY: Louisville   STATE: Ky   ZIP: 40291   MARITAL STATUS: Divorced

I.D. TYPE/STATE: ID/ky   I.D. NUMBER: W95671542   S.S. NUMBER   VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH: 1 21 73   SEX: ☑MALE ☐FEMALE   RACE: ☑WHITE ☐BLACK ☐AM. INDIAN OR ALASKAN ☐ASIAN   ETHNIC ORIGIN

☐HISPANIC ☑NON HISPANIC

PLACE OF EMPLOYMENT / OCCUPATION   CITY   STATE   HEIGHT: 6   WEIGHT: 195   HAIR COLOR: Bald   EYE COLOR: Bro

**VEHICLE**

VEH. MAKE   VEH. TYPE   VEH. YEAR   COLOR   TOP/BOTTOM   ALCOHOL/DRUG INVOLVEMENT (SPECIFY) ☐NO ☐YES ☑UNK

REG. STATE   REG. YEAR   REGISTRATION NO.   VEHICLE IDENTIFIERS   MPH   IN MPH ZONE   VOL. KEY

**DATE / TIME**

VIOLATION DATE   VIOLATION TIME   EXACT LOCATION OF VIOLATION / ARREST: 4812 Bardstown Rd   B.A. RESULTS

DATE OF ARREST: 10 23 14   TIME OF ARREST: 1943   MILES   DIRECTION   CITY: Louisville   COUNTY OF VIOLATION: Jefferson   SECTOR

**CHARGE(S)**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FIND-ING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93000 | | 439.430 | PV | 1 | | | | | | | | | |
| 32606 | | xxx.xxx | SroA | 2 | | | | | | | | | |
| 02655 | | 439.430 | PVDT | 3 | | | | | | | | | |
| 03999 | | xxx.xxx | SPVW | 4 | | | | | | | | | |

COURT DATE   COURT TIME ☐AM ☐PM   PAYABLE ☐FINE ☐COURT   COURT LOCATION   COURT CASE NO.   DISPN. DATE   TRIAL ☐B ☐J ☐N   CLERK'S INITIALS

Arrested

**POST-ARREST COMPLAINT**

Serving Hardin Co. Parole Violation

Warrant

# 2004212

DKNOC

**CDL**

CDL LICENSE ☐No ☐Yes   PLACARDED HAZARDOUS VEHICLE ☐No ☐Yes   14 YEAR

COMMERCIAL VEHICLE ☐No ☐Yes   CDL CLASS ☐A ☐B ☐C

**CASE**

NAME OF WITNESS ___   ADDRESS ___ CITY/STATE   L813680 CONTROL NUMBER

NAME OF WITNESS ___   ADDRESS ___

CASE NO.   1   2   3   4

CARRIED FOR UCR BY CONTRIBUTOR: ☐   ☐IN-CAR VIDEO   ☐FINGERPRINTS ☐EVIDENCE HELD

OTHER AGENCY: ☐ SPECIFY   ☐PHOTOS

OFFICER'S SIGNATURE   BADGE / I.D. NUMBER   ASSIGNMENT

X Sh. P.   T.Clk v

Troutman 00441

**WRIGHT, JONATHAN D**
Bk Dt: **10/23/2014 20:40**   DOB: **01/21/1973**
Inmate #:**00468305**
Booking #:**201430876**

8011 Waterfern Way
**Address**

1/21/73          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
**Date of Birth**        **Social Security #**

**Charges:** PVWT

**Charges:**

**Charges:**

**Charges:**

**Added Charges:**

**Added Charges:**

**Added Charges:**

**Added Charges:**

Hold P&P

| Months | Days | Pen Time | Hold Information |
|--------|------|----------|------------------|

| | Days | | Pen Time | Housing Area | Bond |
|---|------|---|----------|--------------|------|
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |

**WRIGHT, JONATHAN D**
Bk Dt: 10/23/2014 20:40
Inmate #:00468305
Booking #:201430876
DOB: 01/21/1973

Troutman 00442

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report



| Inmate # | Inmate Name | | Sex | Race |
|---|---|---|---|---|
| 00468305 | WRIGHT, JONATHAN D | | MALE | White/Eurp/ N.Afr/Mid Eas |
| Booking Number | Date/Time | | Hair Color | Eye Color |
| 201430876 | 10/23/2014 20:40 | | Bald | Brown |

| Drivers License # | SSN | DOB | Ethnicity: | | Height | Weight |
|---|---|---|---|---|---|---|
| | 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 | 01/21/1973 | | | 6'00" | 195 |

| Address: 8011 WATERFERN WY | Phone: | FBI #: 87861WB0 |
|---|---|---|
| LOUISVILLE, KY | | SID #: A0203737 |

| Resident: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| County: | Type | Location | Description |
| Birth State: | | | |
| Citizenship: UNKNOWN | Aliases / SSN | | |
| | Name | DOB | AliasSSN |

## Additional Information

| Classification: PRE-ARRAIGNMENT | Occupation: |
|---|---|
| Cell Assignment: PASSIVE/J1-P-019 | Employer: |
| Sentence Status: | Emergency Contact: |

## Arrest Information

| Committed By: JEFFERSON COUNTY SHERIFF | Arresting Officer: CLARK |
|---|---|
| Arrest Date/Time: 10/23/2014 19:43 | Booking Officer: Marquart, Ryan |
| Arresting Agency: JEFFERSON COUNTY SHERIFF | Location: 4812 BARDSTOWN RD LOUISVILLE, KY |
| Arrest Note: ********HOLD P&P******** SERVING PVWT: 2004212 | |

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999 | NON-CRIMINAL PAROLE VIOLATION WARRANT | | (none) | Parole Warrant | | |

Active Bond Total: $0.00

Bonds Total: $0.00

## Holds

| ORI | Agency Name Statute | Inmate Signature | Bond Amount Description | Status Date | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|---|
| KY037025G | PROBATION & PAROLE (KY) | | | Active | False | |

Officer Signature                                    Date

32689 Marquart                          10/23/2014 21:01                          Page: 1

Troutman 00443

NCIC

'14 OCT 23 2:

056000182569
L813680

Criminal

WRIGHT, JONATHAN

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



KYA0203737          01/21/1973     M     W    600    195    BRO    BA

PT 50X50G4 3000N  #1                         LXMK    #000000    20141023-21:06

KY0560000
KY056023C

10/23/2014

KY

10/23/2014

DLH

DOOLIN                                                                        X

03000   SERVING PROBATION/PAROLE VIOLATION WARRANT        *** ***
1    LR18620        10/23/2014



CLARK                3530              JEFFERSON

Oct 28,2014  19:34

*BATES*

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Release Report

| Inmate #<br>00468305 | Inmate Name<br>WRIGHT, JONATHAN D | | Sex<br>MALE | Race<br>White/Eurp/ N.Afr/Mid Eas |
|---|---|---|---|---|
| Booking Number<br>201430876 | Date/Time<br>10/23/2014 20:40 | | Hair Color<br>Bald | Eye Color<br>Brown |
| Committed By<br>JEFFERSON COUNTY<br>SHERIFF | SSN<br>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 | DOB<br>01/21/1973 | Height<br>6'00" | Weight<br>195 |
| Address: 8011 WATERFERN WY<br>LOUISVILLE, KY | | Drivers License # | FBI #: 87861WB0<br>SID #: A0203737 | |

| Phone: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| Resident: | Type | Location | Description |
| County: | | | |
| Bag #: ()· | Aliases / SSN | | |
| | Name | DOB | AliasSSN |

### Release Information

| Release Date/Time: 10/27/2014 17:26 | Reason for Release: DECEASED |
|---|---|
| Releasing Officer: Nicolas-Bates, Marylea | Length of Stay:  4 days |
| Transfer To Agency: | Transportation: |
| Comments:  Deceased 10/21/2014 | |

*JMB* (signature)

### Arrest Information

| Arrest Date/Time: 10/23/2014 19:43 | Arresting Agency: JEFFERSON COUNTY SHERIFF |
|---|---|
| Location: 4812 BARDSTOWN RD LOUISVILLE, KY | Arresting Officer: CLARK |

### Additional Information

| Sentence Status: | Cell Assignment: | Classification: MI/GP |
|---|---|---|
| Emergency Contact: LISA BREWER | (502)436-4875 | Booking Officer: Marquart, Ryan |

### Charges

| Reference #<br>Case Nbr | Statute<br>Description | Category | Charge DtTm<br>Court DtTm | DispositionDtTm<br>Disposition | Document<br>Bond/Sentence | Court | Bond Type<br>Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999<br>PAROLE VIOLATION WARRANT | NON-CRIMINAL | | 10/28/2014 19:21<br>DECEASED | Parole Warrant<br>No Bond has been set | | |

### Holds

| ORI | Agency Name<br>Statute | Bond Amount<br>Description | Status | Bond Denied | WarrantNbr |
|---|---|---|---|---|---|
| KY037025G | PROBATION & PAROLE (KY) | | Active | False | |

| 17208 Nicolas-Bates | 10/28/2014 19:24 | Page: 1 |
|---|---|---|

Troutman 00446

Jail ORI: KY0560000

## PERSONAL INFORMATION

WRIGHT, JONATHAN D

| | | | | |
|---|---|---|---|---|
| Alias: | | | Height: | 6'00" |
| Race: | W | Sex: M | Weight: | 195 |
| Address: | 8011 waterfern WY  LOUISVILLE, KY | | Comp: | |
| Hair: | BAL | Eyes: BRO | | |
| Glasses: | NONE | SSN: 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 | DL#: | |
| Phone No: | | Inmate Nbr: 00468305 | DOB: 01/21/1973 (Age: Arrest-41 Now-41) | |
| FBI: | 87861WB0 | SID: A0203737 | | |
| Citizenship: | United States of America | US Marshall Number: | Religion: CHRISTIAN | |
| Education Level: | SOME COLLEGE | Body Build: | Ethnicity: | |
| POB: | United States of America | Birth State: | Birth City: | |
| Marital Status: | Divorced | Militry Veteran: | | |

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|
| | | |

Total Number of Rows:        0

## ARREST INFORMATION

| | | | | |
|---|---|---|---|---|
| Booking #: 201430876 | Arresting Agency: JEFFERSON COUNTY SHERIFF | Arresting Officer: CLARK | Case #: | |
| Booking Officer: Marquart, Ryan | Inmate Account Balance: $ 0.00 | Booking Date/Time: 10/23/2014 20:40 | Release Date/Time: 10/27/2014 12:28 | Housed: |
| Arrest Note: | ********HOLD P&P******** SERVING PVWT: 2004212 | | | |

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| PAROLE VIOLATION WARRANT | 4L813680 | | | | | | | 10/27/2014 |
| | Y | DECEASED | | | | | | |

Total Number of Rows:        1

## BOOKING NOTES

| Date/Time | Notes |
|---|---|
| | |

Total Number of Rows:        0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|
| | | | | | | |

Total Bond:    $ 0.00

## SUPPLEMENTAL INFORMATION

Classification:  MI/GP                    Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| UNEMPLOYED | | | |

Total Number of Rows:        1

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| | |

Total Number of Rows:        0

Troutman 00448



**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167    Fax:

## Inmate Report

Inmate Number : 00468305    Inmate Name : **WRIGHT, JONATHAN D**

| Name | WRIGHT, JONATHAN D | | DOB | 01/21/1973 | Age | 41 | Sex | MALE | Height | 600 | | Weight | 195 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair | Bald | Eye | Brown | | Race | White/Eurp/ N.Afr/Mid Eas | | Ethnicity | | | SSN | | |
| Resident | | County | | | SID | | | FBI | | | Phone | | |
| Homeless | N | Out of State run away | N | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | | E-Mail | | |
| Address | | | | | | | | | | | | | |

### Additional Info

| Birth Country | United States of America | State | | City | | County | |
|---|---|---|---|---|---|---|---|
| Marital Status | Divorced | # Children | | Military Veteran | N | Military Service | |
| Religion | CHRISTIAN | # Sisters | | Caution | N | Comments | |
| Handedness | | # Brothers | | Deceased | N | Date | |
| | | | | Disabled | N | | |

### Addresses

| Address From | Address To | Address Type | Location | | Non-US |
|---|---|---|---|---|---|
| | | Alternate | HALF-WAY house  KY | | N |

### Contacts

| Contact Type | Name | Phone | Address |
|---|---|---|---|
| Emergency | LISA BREWER | 5024364875 | |

### Incompatible Details

| Inmate # | Inmate Name | Cell | SID # | Note | Waived |
|---|---|---|---|---|---|
| 00490151 | HAYDEN, JERMAINE L | H5-S1 | | ARGUMENT | N |

## Employer Details

| Employer Name | Occupation | Phone | Address | | Status |
|---|---|---|---|---|---|
| UNEMPLOYED | | | | | |

## Languages

| Language | | Spoken | Written | Read | |
|---|---|---|---|---|---|
| ENGLISH | | Y | Y | Y | |

## Education Details

| Education Level | Area of Study | Other Area of Study | School Name | Address |
|---|---|---|---|---|
| SOME COLLEGE | | | | |

## Medical Insurance

| Medical Insurance Type | | Medical Insurance Company | |
|---|---|---|---|
| | | | |

## Public Assistance

| Food Stamp | N | SSI | N | Cash Assistance | N | Disability | N |
|---|---|---|---|---|---|---|---|

## Additional Information

**Classification:** MI/GP

**Cell Assignment:** H5-S1/008

**Sentence Status:**

**Occupation:**

**Employer:** UNEMPLOYED

**Emergency Contact:** LISA BREWER          (502)436-4875

## Arrest Information

**Committed By:** JEFFERSON COUNTY SHERIFF

**Arrest Date/Time:** 10/23/2014 19:43

**Arresting Agency:** JEFFERSON COUNTY SHERIFF

**Arrest Note:** ********HOLD P&P******* SERVING PVWT: 2004212

**Arresting Officer:** CLARK

**Booking Officer:** Marquart, Ryan

**Location:** 4812 BARDSTOWN RD LOUISVILLE, KY

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 91324 | 03999 PAROLE VIOLATION WARRANT | NON-CRIMINAL | | (none) | Parole Warrant | | |

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

## Holds

| ORI | Agency Name Statute | Inmate Signature | Bond Amount Description | Status Date | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|---|
| KY037025G | PROBATION & PAROLE (KY) | | | Active | False | |

Inmate Jonathan Wright was booked in to LMDC on 10-23-14 20:40. Inmate did not stated that he did not fear for his safety as well as stating that he did not have any thoughts of self-harm or harming others.

## Housing Movement and Cell Transfers                    Jonathan Wright #468305

### Movement Logs

| Location | Activity | Start DtTm | End DtTm | Note | Scheduled By | Moved By |
|---|---|---|---|---|---|---|
| HOSP-ER | HOSP | 10/27/2014 14:22 | | | | BERRY, BRIAN |
| H5-S1 | | 10/27/2014 14:21 | 10/27/2014 14:22 | | | |
| HOSP-ER | HOSP | 10/27/2014 14:21 | | | | McCubbins, Joseph |
| H5-S1 | | 10/27/2014 14:00 | 10/27/2014 14:21 | | | |
| J4N-3A | | 10/26/2014 04:06 | 10/26/2014 06:17 | | AYERS,  STAC... | OBRYANT, TYLER |
| J4S-4B | | 10/24/2014 20:49 | 10/26/2014 04:06 | J1R2>J4S4B#8 | Moore, Donna | ENNIS III, CHARLES E |
| J1-R-2 | | 10/24/2014 00:15 | 10/24/2014 20:49 | Group Transfer | | RUSSELL, DANNY W. |
| PASSIVE | | 10/23/2014 20:40 | 10/24/2014 00:15 | | | Hinton, Kevin |

## Incident Reports

### 1 EI this booking (EI#58886)

| Incident Date | Incident Type | Booking # | Reporting Officer |
|---|---|---|---|
| 10/27/2014 14:20 | Suicidal | 201410878 | McCubbins, Joseph |

## Inmate Notes                                         Jonathan Wright #468305

### Inmate Notes

Date From : 10/23/2014 00:00      Date To : 10/28/2014 23:58

| Inmate Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|---|---|---|---|---|---|
| WRIGHT, JONATHAN D | 00468305 | ORIENTATION NOTES | INMATE ORIENTATED. SARN IS MI/GP | 10/23/2014 21:15 | COX, JAMES |
| | | INMATE MOVEMENT | J1R2>J4S4B#8 | 10/24/2014 08:43 | Moore, Donna |
| | | INMATE MOVEMENT | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 49D151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | 10/26/2014 02:37 | AYERS, STACEY |
| | | INMATE MOVEMENT | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | 10/26/2014 06:02 | AYERS, STACEY |

## Zero Inmate Grievances filled                        Jonathan Wright #468305

## Inmate Visitation

### Inmate Visitor

Inmate Name : WRIGHT, JONATHAN D     Inmate # : 00468305

| Visitor Name | Visitor Number | Visit Date | Start Time | End Time | Booth Type | Booth |
|---|---|---|---|---|---|---|
| | | | | | | Total :     0 |

Troutman 00451

| | | | |
|---|---|---|---|
| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
| Inmate # 00468305 | Sex MALE | DOB 01/21/1973 | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| **Status** | In Jail | | Classification MI/GP | Cell H5-S1 |

Booking #201430876

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 10/26/2014 06:17 | | H5-S1 | 008 | Movelist | |
| 10/26/2014 04:06 | 10/26/2014 06:17 | J4N-3A | 026 | Movelist | |
| 10/24/2014 20:49 | 10/26/2014 04:06 | J4S-4B | 008 | Movelist | J1R2>J4S4B#8 |
| 10/24/2014 00:15 | 10/24/2014 20:49 | J1-R-2 | | | Group Transfer. |
| 10/23/2014 20:40 | 10/24/2014 00:15 | PASSIVE | J1-P-019 | | |

Troutman 00452

| Name | WRIGHT, JONATHAN D | | | Booking # | 201430876 | Facility | 1 |
|------|----|---|---|---|---|---|---|
| Inmate # | 00468305 | Sex | MALE | DOB 01/21/1973 | Book Dt/Tm 10/23/2014 20:40 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | | Dorm | H5E-S1 |
| **Status** | | In Jail | | Classification MI/GP | | Cell | H5-S1 |

**Note Entry**

Inmate Note Type ORIENTATION NOTES

Inmate Note **INMATE ORIENTATED. SARN IS MI/GP**

Created By User COX, JAMES          Created Dt/Tm 10/23/2014 21:15

**Notes**

Inmate Note Type

From Date/Time          To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|-----------|-------------|-----------|--------------|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

Troutman 00453

| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
|---|---|---|---|
| Inmate # 00468305 | Sex MALE | DOB 01/21/1973 | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| **Status** | In Jail | Classification MI/GP | Cell H5-S1 |

---

**Note Entry**

Inmate Note Type  INMATE MOVEMENT

Inmate Note  J1R2>J4S4B#8

Created By User Moore, Donna          Created Dt/Tm 10/24/2014 08:43

---

**Notes**

Inmate Note Type

From Date/Time                    To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

---

Troutman 00454

| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
|---|---|---|---|
| Inmate # 00468305 | Sex MALE | DOB 01/21/1973 | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| Status | In Jail | Classification MI/GP | Cell H5-S1 |

**Note Entry**

Inmate Note Type INMATE MOVEMENT

Inmate Note INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED

Created By User AYERS, STACEY          Created Dt/Tm 10/26/2014 02:37

**Notes**

Inmate Note Type

From Date/Time          To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

Troutman 00455

| Name WRIGHT, JONATHAN D | | Booking # 201430876 | Facility 1 |
| Inmate # 00468305 | Sex MALE | DOB 01/21/1973 | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | Dorm H5E-S1 |
| Status | In Jail | | Classification MI/GP | Cell H5-S1 |

**Note Entry**

Inmate Note Type INMATE MOVEMENT

Inmate Note PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE.

Created By User AYERS, STACEY          Created Dt/Tm 10/26/2014 06:02

**Notes**

Inmate Note Type

From Date/Time                    To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/26/2014 06:02 | PER SGT MCNEESE INMATE IS REFUSING TO MOVE. MOVING FROM J4N3A TO H5ES1C8. PHDT ALERT ADDED. NURSE REESE SINGLE CELL CLEARANCE. | INMATE MOVEMENT | AYERS, STACEY |
| 10/26/2014 02:37 | INMATE WAS IN A VERBAL ARGUMENT WITH INMATE HAYDEN 490151. INMATE WAS REMOVED FROM THE DORM PER SGT MCNEESE. INMATE PLACED ON THE MOVELIST FROM J4S4B TO J4N3A. INCOMPATIBLES ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 10/24/2014 08:43 | J1R2>J4S4B#8 | INMATE MOVEMENT | Moore, Donna |
| 10/23/2014 21:15 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |

Troutman 00456

## Floor Security

### Unit 2 (SGT-1221)

| | |
|---|---|
| SERGEANT | Sgt. Jaggers |
| Control | Ofc. Conner |
| Dorms | Ofc. Kelley |
| Dorms | Ofc. Kirk - late |
| Med/Psych | Ofc. Whidby |
| Med/Psych | Ofc. McCullough |
| Medical | Ofc. Cline |
| Movement | Ofc. Vetter |

### Unit 3 (SGT-1321)

| | |
|---|---|
| SERGEANT | Sgt. White |
| Control | Ofc. Caulder |
| North | Ofc. McKinney |
| North | Ofc. D. Johnson |
| South | Sgt. Montgomery |
| South | Ofc. Stallard |
| Movement | Not assigned |

### Unit 4 (SGT-1421)

| | |
|---|---|
| SERGEANT | Sgt. Allen |
| Control | Ofc. Anthony |
| North | Ofc. Ostertag |
| North | Ofc. Wylie |
| South | Ofc. Horn |
| South | Ofc. Davis |
| Movement | Not assigned |

### Unit 5 (SGT-1521)

| | |
|---|---|
| SERGEANT | Sgt. McCubbins |
| Control | Ofc. Avila - LD |
| West | Ofc. Wiggins |
| West | Ofc. Simpson |
| East | Ofc. Berry |
| East | Ofc. Laws |
| Movement | Not assigned |

### Unit 6 (SGT-1621)

| | |
|---|---|
| SERGEANT | Sgt. McCubbins |
| Control | Ofc. Sutton - LD |
| West M-4 | Ofc. Hommrich |
| West 5-8 | Ofc. Perkins |
| East | Ofc. Aikin |
| East | Ofc. Standard |
| Movement | |

### Unit 7 (SGT-1721)

| | |
|---|---|
| SERGEANT | Closed |
| Control | |
| Dorms | |
| Walk 1 | |
| Walk 2 | |
| Walk 3 | |
| Movement | |

## 1st Floor Security

### Unit 1 (SGT-1121)
### (SGT-1121A)

| | |
|---|---|
| SERGEANT | Sgt. Puente |
| SERGEANT | Not assigned |
| Grill | Ofc. Burba |
| Grill | Ofc. Hernandez (BA) |
| Passive | Ofc. Frisby |
| Livescan | Ofc. Arnold |
| | |
| Rear Security | Ofc. Barth |
| Trans (751) | Ofc. Nichols |
| Trans (752) | Ofc. Sacra |
| Clinics | Not assigned |
| Movement | Ofc. Dolak |
| Movement | Ofc. Shipley - late |
| J5 Overflow | Ofc. Bunnell |
| B.A. Lab | Not assigned |
| Main Control | Ofc. Reese |
| Main Control | Ofc. Hodge |
| Outer Control | Ofc. Weeks |
| Magnometer | Ofc. Spinks |
| Front Desk | Ofc. Woolen |
| | |
| Sanitation | |
| Laundry | |
| Kitchen | |
| Kitchen | |
| Kitchen | |
| | |
| Property Sgt. | |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| Property Ofc. | |
| | |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |
| | |
| District Court | Ofc. Woods |
| District/Circuit 2 | Ofc. Morgan |
| Circuit Court | Ofc. Grieser |
| Arr. Court | Ofc. Mason |

## Notations

See page two for Activity and Incident Reports.

| | |
|---|---|
| Date: | October 27, 2014 |
| Day: | Monday |
| Shift: | **1st** |
| Captain | Walker |
| Lieutenant | Norris |
| Lieutenant | DeJarnette |
| Lieutenant | Mitchell - off |

### Staff Off Duty / Reason

| |
|---|
| Sgt. Jones - NOP |
| Sgt. Summers - V |
| Ofc. D. Miller - FMLA |
| Ofc. Warner - V |
| Ofc. Kelty - Military |
| Ofc. Pinnick - WI |
| Ofc. Hagan - V |
| Ofc. Scott - Spec Detail |
| Ofc. Frech - WI |
| Ofc. Hammond - Wi |
| Ofc. Dotson - UBW |
| Ofc. Garrett - S |
| Ofc. Smith - V |
| Ofc. Roehm - S |
| Ofc. Benner - UBW |

### Overtime Used-FOT/VOT/SOT

FOT - Hernandez (BA), Caulder, Aikin.

VOT - Standard, Perkins, Anthony, Spinks, Sgt. Montgomery.

SOT - Bunnell, Barth, Arnold, Weeks.

### Hosptial/Clinc

Ofc. Welch.

# Daily Incidents
## 27Oct14

**Commanders :**
Capt. Walker
Lt. DeJarnette
Lt. Norris
**Hospital Runs:**   Inmate Amanda Gaddie Rm 307
**Body Cams :**  Ofc. Frisby J1, Ofc. Stallard J3, Ofc. Ostertag J4, Ofc. Berry H5,
Ofc.Hommrich H6.
**Incidents:**
**1100hrs. J2 D1A** Orientation
            Walker
            Puckett
            Moppins
            Nurse Hammond

**1129hrs. H5 S1 SC8** Sgt. J. McCubbins along with Ofc. B. Berry responded from the H5 Control room to a backup call to H5 East South 1. Upon arrival Ofc. J. Mangrum, the Gym Officer for the area advised inmate Jonathan Wright, who was housed in South 1 Cell #8 was just found hanging from the bars along the cell window. Upon arrival his cell door was just opened, and Officers R. Wiggins, M. Laws, who had also responded to the call entered the cell with Ofc. Berry and Sgt. McCubbins.

    Inmate Wright appeared to be unconscious and not breathing, his feet were dangling. Inmate Wright had taken a department issued bed sheet and tied it around the cell bars that ran alongside the window in his cell and then tied it around his neck.  Sgt. McCubbins immediately instructed the officers to lift the inmate up and to untie or cut the sheet from the bars so that he could be laid down on the floor to start CPR.  Also at 1129hrs as the officers began to get him down Sgt. McCubbins advised via radio for medical and on-shift Lieutenants respond to the location.  Sgt. McCubbins also contacted Main Control to notify MetroSafe for EMS to respond. Once Inmate Wright was taken loose he was laid down on the ground and CPR was started. Shortly after someone with the AED arrived to the scene and placed on subjects chest, CPR continued. At 1132hrs. Lieutenants R. Dejarnette and Lt. N. Norris, Officers J. Horn and D. Johnson and Nurse Mary Perry arrived to the scene and were advised of the situation. At 1134hrs Nurses Blandford, Wylie, Laws, Greer and Dr. Everson arrived. CPR continued. AED still had not advised of a shock needed. At 1136hrs LFD arrived outside and arrived on scene at 1139hrs and assumed CPR from corrections staff. At 1141hrs EMS arrived outside and arrived on scene at 1147hrs. At 1211hrs EMS departed the floor and departed to the hospital at 1218hrs. Ofc. Perkins, who was sent to provide escort with Inmate Wright departed with them.

    Ofc. Mangrum reported that  while by the gym on H5 East, Margaret Payne, a commissary worker came up to him screaming that someone was hanging and pointed to the location where he was. Ms. Payne had been on the walk collecting commissary forms from inmates. Ofc. Mangrum stated that he ran over and found Inmate Wright hanging as she had said. Ofc.Mangrum called via radio for staff to respond.

    Ofc. D. Johnson who had responded to the call was instructed by Lt. Norris to stand by and secure the location and to keep it secure. Ofc. Horn was instructed by Lt. Norris to assist with floor operations where needed.  Upon orders of Lt. Norris that cell and that part of the South 1 walk (thru SC #7) was to

Troutman 00458

be closed off pending investigation. Area was secured and pictures were taken of the scene. Pictures sent to PSU. The incident scene was released after PIU and CSU responded to the location.

Ofc. Perkins called and reported via phone and advised this inmate was pronounced deceased at 1228 hours. Command staff advised of same.

*EI #00058886*

**1230hrs J4 D8** Sgt. Allen responded to an altercation in Dorm 8. Sgt. Allen observed inmates Smith, Lonnie cin#276976 and Rodriques cin#522250 fighting. Officers called for the door and instructed inmate Smith to return to his cell. Inmate Smith was placed in handcuffs and led out of the dorm and placed in the J4 west hold.

Camera footage was reviewed on DVR #7, Cam #86 and noticed inmate Rodriques was on his hour out at which point he walked over to inmate Smith's cell and began to talk through the door. As inmate Rodriques was walking away inmate Smith's door opened and the two began to fight.

Sgt. Allen spoke to inmate Smith and the inmate stated that for the last few days these two inmates have been arguing. This morning inmate Rodriques began again and inmate Smith stated to me that he was going to deal with it.

Sgt. Allen interviewed inmate Rodriques ,the inmate stated and admitted that he and inmate Smith have been verbally threatening each other over the course of the last few days. Earlier in shift, inmate Smith had thrown a liquid substance on his cell door.

After escorting inmate Smith out of the dorm, inmate Smith's cell door was inspected and found to have a large amount of toilet paper wedged in the door which allowed for the door not to secure. The toilet paper was removed from the cell door.

Medical was called and Nurse Lachalmelle arrived to assess both inmates. Both inmates had cuts to facial areas. Pictures taken and will be forwarded on to appropriate parties. Inmate Smith will be receiving disciplinary for his involvement as he was deemed the aggressor.

*EI #00058885*

**1245hrs J2 D7** Sgt. Jaggers was called via radio to come to J2 D7. Upon his arrival Sgt. Jaggers was told by Ofc. Shipley that she brought Inmate Bailey, Christina up from booking to be placed in a single cell. Inmate Bailey was refusing to be dressed out in a jumpsuit and was threatening to hurt staff and herself. At that time Sgt. Jaggers notified Lt. Norris. Lt. Norris instructed Sgt Jaggers to contact Ofc. Shipley and Mental Health for additional information about the inmate's status. Mental Health arrived and attempted to speak with Inmate Bailey but the inmate refused to cooperate. It was then determined by Mental Health that due to the statements made by, and the behavior of this inmate she needed to be placed on Level 1 suicide observation. Inmate Bailey again refused to be dressed out into a suicide smock. Inmate Bailey was then placed in handcuffs by Ofc. McCullough so that Ofc. Shipley and Ofc. Conner could recover the inmates clothing and place her in the smock. At that time Inmate Bailey began actively resisting and kicking at officers. Inmate Bailey was then restrained on her bunk so the Officers could complete the task. All items were recovered and removed and all staff exited the cell without further incident. The Bodycam was present and utilized by Ofc. McCullough. This concludes my involvement in this incident.

*EI #00058887*

**Perimeter Checks:**
0911hrs. - Sgt. Puente. HoJ closed. CCC workaide in lobby.
1045hrs. - Sgt. White. HoJ open. CCC workaide in lobby.
1105hrs. - Sgt. McCubbins. HoJ open. CCC workaide in lobby.
1126hrs. - Sgt. Allen. HoJ open. CCC workaide in lobby.

1255hrs. - Sgt. McCubbins.  HoJ open.  CCC workaide in lobby.
Seareches:
J1  Inmate Alonzo Farmer (court) nothing found.
J1  Inmate Brian Stevens (Passive) nothing found.
J2  Inmate Barbara Fowler (workaide) nothing found.
J2  Inmate Christina Bailey (dress out) nothing found.
J3  Inmate Vontre Bailey (courts) nothing found.
J3  Inmate Donald Lorden (courts) nothing found.
J4  Inmate Derius DeWitt (court) nothing found.
J4  Inmate David Mayfield (court) nothing found.
H5  Inmate Prince Bolin (court) nothing found.
H5  Inmate Chad Carter (court) nothing found.
H6  Inmate William Downs (court) nothing found.
H6  Inmate Gerald Harrison (court) nothing found.

Troutman 00460

Date  <u>10/27/2014</u> Shift   First

## Officers

| | |
|---|---|
| Total number of officers on forced overtime | 3 |
| Total number of officers on volunteer overtime | 4 |
| Total number of officers on scheduled overtime | 4 |
| **Grand total of Officers on overtime** | 11 |

**List reason for use of overtime**

| | |
|---|---|
| Sick - 1 | Vacacny - 1 |
| Admin Susp (Main Control) - 1 | |
| UBW - 2 | |
| WI - 3 | |
| Military - 2 | |
| Spec Detail - 1 | |

## Sergeants

| | |
|---|---|
| Total number of sergeants on forced overtime | 0 |
| Total number of sergeants on volunteer overtime | 1 |
| Total number of sergeants on scheduled overtime | 0 |
| **Grand total of Sergeants on overtime** | 1 |

**List reason for Sergeant overtime and note if an Officer post was worked**

| | |
|---|---|
| FMLA - 1 | |
| | |
| | |
| | |

| | |
|---|---|
| **Grand total of staff on overtime** | 12 |

Shift Commanders Typed Name    *Lt. N. Norris #215*

Troutman 00461

Facility 1- MAIN JAIL COMPLEX          Floor H5

Wing

**Log Entry**

Log Date/Time 10/28/2014 02:39                    Activity

   Employee                                      Action

   Entered By                          Entered Dt/Tm

Comments

**Inmates Involved**

InmateName                                    InmateNumber

**Log**

   From Date/Time 10/27/2014 07:00:00          To Date/Time 10/27/2014 15:00:00

**Shift Log**

| Date/Time | Activity | Action | Employee | Comments |
|---|---|---|---|---|
| 10/27/14 07:00 | END OF SHIFT | | OBRYANT, TYLER | |
| 10/27/14 07:00 | ROLL CALL | COMPLETED | Norris, Norman | |
| 10/27/14 07:15 | COUNT CONDUCTED | NO DEFICIENCIES NOTED | BERRY, BRIAN | |
| 10/27/14 07:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:37 | COUNSELOR | | Smith-Davis, Saulette | |
| 10/27/14 08:38 | COUNSELOR | | Smith-Davis, Saulette | |
| 10/27/14 08:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:35 | NURSE ARRIVES | COMPLETED | WYLIE, STACY | |
| 10/27/14 09:05 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 08:50 | NURSE DEPARTS | COMPLETED | WYLIE, STACY | |
| 10/27/14 09:29 | FOOD CARTS ARRIVE | ALL APPEARED SECURE | BERRY, BRIAN | |

Troutman 00462

| Date/Time | Event | Status | Name | Notes |
|---|---|---|---|---|
| 10/27/14 09:29 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 10:22 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 10:01 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 07:00 | ROLL CALL | COMPLETED | Norris, Norman | |
| 10/27/14 08:15 | NURSE ARRIVES | | Wiggins, Ryan | |
| 10/27/14 09:00 | NURSE DEPARTS | | Wiggins, Ryan | |
| 10/27/14 07:15 | EQUIPMENT CHECK COMPLETE | | McCubbins, Joseph | Keys and equipment secured. |
| 10/27/14 07:55 | SERGEANT SECURITY CHECK | | McCubbins, Joseph | Security check conducted. |
| 10/27/14 13:00 | SERGEANT SECURITY CHECK | | McCubbins, Joseph | Security check conducted. |
| 10/27/14 07:01 | STAFF ON DUTY | | McCubbins, Joseph | Officers Avila-LD, Wiggins, Simpson, Berry a |
| 10/27/14 11:29 | INCIDENT REPORT | | McCubbins, Joseph | EI#00058886 Suicide |
| 10/27/14 09:30 | MEAL COUNT | | McCubbins, Joseph | Ordered 185 Sandwiches 20 Juice Cartons - Court Inmates  Received 183 Sandwiches 20 Juice Cartons - Court Inmates 3 Jugs of Juice  No issues reported. |
| 10/27/14 07:25 | MEAL COUNT | | CAULDER, IONA | 360 sandwhiches ordred 40 courts |
| 10/27/14 13:28 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | first chance to make round by this officer after incident on H5 E S1 |

Troutman 00463

| | | | | |
|---|---|---|---|---|
| 10/27/14 14:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 14:54 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 15:00 | END OF SHIFT | ALL APPEARED SECURE | BERRY, BRIAN | |
| 10/27/14 14:59 | END OF SHIFT | | McCubbins, Joseph | End of shift. |
| 10/27/14 15:00 | ROLL CALL | | Higdon, Daniel | Conducted By Cpt. Hogan |
| 10/27/14 15:00 | ROLL CALL | | BARTH, ROGER | |

Troutman 00464

| | | | | | |
|---|---|---|---|---|---|
| Name WRIGHT, JONATHAN D | | | | Booking # 201430876 | Facility 1 |
| Inmate # 00468305 | Sex MALE | DOB 01/21/1973 | | Book Dt/Tm 10/23/2014 20:40 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 41 | | Release Dt/Tm | Dom H5E-S1 |
| Status | | In Jail | | Classification MI/GP | Cell H5-S1 |

## Property Items

| Item Type | Description |
|---|---|
| BELT | . |
| LIGHTER | . |
| LIP BALM | . |
| WALLET | . |
| CIG | . |
| CELL PHONE | ATT. |
| PANTS | . |
| SHIRT | . |
| SHOES | 1 SHOE |
| PAPER | MISC |

## Property Movements

| Original Location/Bin | New Location/Bin | DateTime of the Move | Moved By |
|---|---|---|---|
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BAG/J-BAG-0037 | J-BIN/0597 | 10/24/2014 19:30 | Graham, Richard |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |
| J-BIN/0597 | J-BIN/0597 | 10/27/2014 14:12 | DARNELL, DONNA |

Troutman 00465

Inmate Name WRIGHT, JONATHAN D                    Receipt # 14-108103

Inmate # 00468305                                 Booking # 201430876

Received Date/Time 10/23/2014 21:21

Received By Graham - 30425

Received From                                     Relationship

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description |
|----------|-----|-----|---------|----------|-----------|-------------|
| J-BAG | J-BAG-0037 | 1 | | 00241064 | BELT | . |
| 1 | -1 | 1 | | 00241065 | CIG | . |
| 1 | J-BAG-0037 | 2 | | 00241064 | LIGHTER | . |
| 1 | J-BAG-0037 | 1 | | 00241064 | WALLET | . |
| 1 | J-BAG-0037 | 1 | | 00241066 | CELL PHONE | ATT. |
| 1 | J-BAG-0037 | 1 | | 00241064 | LIP BALM | . |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|
| | | |

Notes

**All properties listed are to be claimed within 30 days of release from custody. After 90 days all unclaimed properties will be disposed of in accordance with K.R.S. 95.180.**

_____        _____
            Inmate Signature                    Date

_____        _____
            Officer Signature                   Date

30425 Graham                    10/23/2014 21:22                    Page: 1

Troutman 00466

Inmate NameWRIGHT, JONATHAN D

Receipt # 14-109960

Inmate # 00468305

Booking # 201430876

Returned Date/Time10/29/2014 11:31

Returned ByGrieser - 25117

Returned To                                                      Relationship

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description | Return Qty |
|----------|-----|-----|---------|----------|-----------|-------------|-----------|
| J-BIN | 0597 | 1 | | 00242684 | SHOES | 1 SHOE | 1 |
| J-BIN | 0597 | 1 | | 00242685 | PAPER | MISC | 1 |
| J-BIN | 0597 | 1 | | 00241576 | SHIRT | . | 1 |
| J-BIN | 0597 | 1 | | 00241576 | PANTS | . | 1 |
| J-BIN | 0597 | 1 | | 00241064 | BELT | . | 1 |
| J-BIN | 0597 | 1 | | 00241065 | CIG | . | 1 |
| J-BIN | 0597 | 2 | | 00241064 | LIGHTER | . | 2 |
| J-BIN | 0597 | 1 | | 00241064 | WALLET | . | 1 |
| J-BIN | 0597 | 1 | | 00241066 | CELL PHONE | ATT. | 1 |
| J-BIN | 0597 | 1 | | 00241064 | LIP BALM | . | 1 |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|

## Issued Property Items

| Property Item | Charge | Current Qty | Return Qty | Condition | Condition Comment |
|---------------|--------|-------------|------------|-----------|-------------------|

Total Charge

Notes

**Personal Property was released to Rev Whitlow, whom in turn released to the family**

**I certify that all properties taken by Louisville Metro Department of Corrections has been returned to me.**

_____         _____
Inmate Signature                           Date

_____         _____
Officer Signature                            Date

25117 Grieser                          10/29/2014 11:32                          Page: 1

Troutman 00467

Troutman 00468

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | WRIGHT, JONATHAN D | | | Booking # | 201430876 | Facility | 1 |
| Inmate # | 00468305 | Sex MALE | DOB 01/21/1973 | Book Dt/Tm | 10/23/2014 20:40 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | | Dorm | H5E-S1 |
| Status | | In Jail | | Classification | MI/GP | Cell | H5-S1 |

Account Type Spending

| From Date/Time | | Balance | 0.00 | Payable | 129.60 |
|---|---|---|---|---|---|
| To Date/Time | | Last Transaction Date | 10/23/2014 21:01 | Hold | 0.00 |
| | | | | Indigent Date | |

### Transactions

| Date Time | Type | Check Nbr Receipt Nbr | Description From/To | Debit Xfer | Credit | Balance | Payable |
|---|---|---|---|---|---|---|---|
| 10/23/14 21:0 | BKFee | | BOOKING FEE | $35.00 | $0.00 | $0.00 | $129.60 |
| 10/23/14 20:45 | DepCsh | | Deposited By WRIGHT from KIOSK System | $0.00 | $2.00 | $0.00 | $94.60 |
| 06/23/13 11:0 | DepCsh | | Converted Account Balance | $0.00 | $0.00 | $0.00 | $96.60 |

| Name | WRIGHT, JONATHAN D | | | Booking # | 201430876 | | Facility | 1 |
|---|---|---|---|---|---|---|---|---|
| Inmate # | 00468305 | Sex | MALE | DOB 01/21/1973 | Book Dt/Tm | 10/23/2014 20:40 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 41 | Release Dt/Tm | | Dorm | H5E-S1 |
| **Status** | | In Jail | | Classification | MI/GP | Cell | H5-S1 |

Balance 0.00          Payable 129.60

Hold 0.00          Indigent Date

## Individual Account Balances

| Account Name | Balance | Hold Amount |
|---|---|---|
| Spending | $ 0.00 | $ 0.00 |

## Payable Details

| Account Name | Balance |
|---|---|
| BOOKING FEE | $ 35.00 |
| HISTORY | $ 94.60 |

Troutman 00469

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Rule Violation      Part I**

Date: 10-26-14   Time: 0520   Facility: MJC   Housing Area: HSE51C8

Inmate Name: Wright, Jonathon   CIN: 468305   Location of Incident: Central Hold

Violations by Category, Letter and Title:

CAT 3   Letter 9   Title Refusing to Follow Orders

CAT 3   Letter a   Title Disruptive Behavior

CAT _____   Letter _____   Title _____

CAT _____   Letter _____   Title _____

CAT _____   Letter _____   Title _____

Witnesses (staff & inmates) _____

**Narration:** Inmate was moved from dorm due to arguement with another inmate. Inmate now is refusing to move, while in Central Hold inmate also began kicking Door. also cursing at officers.

Immediate Actions:
Removed from Housing Location   [ ✓ ] Yes  [ ] No   If yes, explain: arguement

Use of Force during incident   [ ] Yes   [ ✓ ] No   (If Yes attach reports)   Physical evidence collected   [ ] Yes   [ ] No

[ ] Attached   [ ] Photocopy   List of evidence: _____

Evidence in the custody of _____   Location _____

Added Charges:

J. Aikin    501                                    10-26-14

Printed Staff Name                Signature                Date

WRIGHT, JONATHAN
468305
_ 96/14

W/M 41

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**
**Disciplinary Hearing Findings and Decision   Part II**

Inmate understands procedure  [   ] Yes  [   ] No        [   ] Further clarification provided
Inmate requested staff assistance  [   ] Yes  [   ] No     Staff present during hearing  [   ] Yes  [   ] No
Inmate presented a defense  [   ] Yes  [   ] No          Inmate called witnesses  [   ] Yes  [   ] No  Witnesses called: _____
Inmate granted 48 hour continuance  [   ] Yes  [   ] No
If yes, explain: _____        _____
_____        _____
_____

Inmate found incapable to present defense  [   ] Yes  [   ] No      Mental Health Staff: _____
Disciplinary Status: _1st OFFENSE_____      Additional Information: _____

Review of Documentation/Supporting Evidence: _Wrote up & Investigation Findings_____
_____
_____

**Findings:**

CAT _3_ Letter _C_ Title _Refusing to Follow order_ Result _____
CAT _3_ Letter _A_ Title _Disruptive Behavior_ Result _____
CAT ____ Letter ____ Title _____ Result _____
CAT ____ Letter ____ Title _____ Result _____
CAT ____ Letter ____ Title _____ Result _____

**Guilty Plea**
[   ] By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report.  I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.

_____        _____
Inmate Signature                           Date

_____        _____
Witnessing Staff Signature                 Date

**The findings of the Disciplinary Hearing resulted in the following:**

Troutman 00471

# ZOLL AED Plus® Defibrillator Incident Log

2014-10-27 11:33:23
Patient: Wright, Jonathan D.
MR#: 468305
Run number: 58886
Report Date: 2014-10-28 09:42:31
*Prepared by RescueNet Code Review™, Standard Edition*

## Patient

Patient ID/MR Number: 468305
Last Name: Wright
First Name: Jonathan
MI: D
Gen:
Sex: Male
Race: White
Date of birth: 1973-01-21
Height: 72 in
Weight: 195.0 lbs

## Case

Date: 2014-10-27
Start time: 11:33:23
End time: 11:48:04
Length: 14:41
Run number: 58886
Device Type: AED Plus® Defibrillator
Serial Number: X12H561441
Device ID:
Software Version: 6.32
Operator: LMDC Staff
Number of Shocks Delivered: 0

## Event Summary

11:33:22 **Power on**

11:33:25 **Electrode: CPR-D Padz off**

11:33:27 **Electrode: CPR-D Padz on**

11:33:27 **Prompt: unit OK**

11:33:28 **Prompt: adult pads**

Troutman 00472

# ZOLL AED Plus® Defibrillator Incident Log

2014-10-27 11:33:23
Patient: Wright, Jonathan D.
MR#: 468305
Run number: 58886
Report Date: 2014-10-28 09:42:31
*Prepared by RescueNet Code Review™, Standard Edition*





11:35:50 **Analysis: started**

11:35:55 **Prompt: don't touch patient, analyzing**

11:35:59 **Analysis: no shock advised**

11:35:59 **Prompt: no shock advised**

11:36:01 **Prompt: start CPR**

11:36:06 **Prompt: push harder**

11:36:11 **Prompt: good compressions**

11:36:35 **Prompt: push harder**

11:36:39 **Prompt: good compressions**

11:37:01 **Prompt: push harder**

11:37:06 **Prompt: good compressions**

11:38:01 **Prompt: stop CPR**

11:38:03 **Prompt: stop CPR**

11:38:04 **Prompt: don't touch patient, analyzing**

11:38:06 **Analysis: started**

11:38:11 **Prompt: don't touch patient, analyzing**

11:38:15 **Analysis: no shock advised**

11:38:15 **Prompt: no shock advised**

11:38:16 **Prompt: start CPR**

Troutman 00473

## ZOLL AED Plus® Defibrillator Incident Log

**2014-10-27 11:33:23**
Patient: Wright, Jonathan D.
MR#: 468305
Run number: 58886
Report Date: 2014-10-28 09:42:31
*Prepared by RescueNet Code Review™, Standard Edition*



11:40:32 **Prompt: start CPR**

11:40:37 **Prompt: push harder**

11:40:41 **Prompt: push harder**

11:40:54 **Prompt: push harder**

11:40:59 **Prompt: push harder**

11:41:13 **Prompt: push harder**

11:41:17 **Prompt: push harder**

11:41:27 **Prompt: good compressions**

11:41:32 **Prompt: push harder**

11:41:36 **Prompt: good compressions**

11:41:49 **Prompt: push harder**

11:41:54 **Prompt: push harder**

11:42:07 **Prompt: push harder**

11:42:13 **Prompt: push harder**

11:42:25 **Prompt: push harder**

11:42:29 **Prompt: push harder**

11:42:33 **Prompt: stop CPR**

11:42:34 **Prompt: stop CPR**

11:42:36 **Prompt: don't touch patient, analyzing**

Troutman 00474

# ZOLL AED Plus® Defibrillator Incident Log

2014-10-27 11:33:23
Patient: Wright, Jonathan D.
MR#: 468305
Run number: 58886
Report Date: 2014-10-28 09:42:31
*Prepared by RescueNet Code Review™, Standard Edition*

 

 11:46:50 **Prompt: push harder**

11:46:54 **Prompt: good compressions**

 11:47:04 **Prompt: stop CPR**

11:47:06 **Prompt: stop CPR**

 11:47:08 **Prompt: don't touch patient, analyzing**

11:47:09 **Analysis: started**

 11:47:14 **Prompt: don't touch patient, analyzing**

11:47:18 **Analysis: no shock advised**

 11:47:18 **Prompt: no shock advised**

11:47:20 **Prompt: start CPR**

 11:47:24 **Prompt: push harder**

11:47:28 **Prompt: push harder**

11:47:30 **Prompt: good compressions**

11:47:45 **Prompt: push harder**

11:47:49 **Prompt: good compressions**

11:47:51 **Electrode: CPR-D Padz off**

11:48:04 *Case end*

Troutman 00475

# HIPAA Disclosure

2014-10-27 11:33:23
Run number: 58886
Report Date: 2014-10-28 09:42:10
*Prepared by RescueNet Code Review™, Standard Edition*

## Patient

Wright, Jonathan D.
MR#: 468305
Sex: Male
Race: White
Date of birth: 1973-01-21
Height: 72 in
Weight: 195 lbs

## HIPAA Disclosure Notes

| Time | User | Details |
|------|------|---------|
| 2014-10-28 09:31:36 858 | kebennett | User viewed case. |

Troutman 00476

**ZOLL® AED Plus® Defibrillator CPR Analysis**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00477

**ZOLL® AED Plus® Defibrillator CPR Analysis**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**

**Key Indicators**

|  | Manual | | AutoPulse |
|---|---|---|---|
| Time to first compression: | 00:00:27 | | --- |
| Average time to shock after compressions stopped: | 00:00:00 | | --- |
| Average time to compressions after shock delivered: | 00:00:00 | | --- |
| Mean compression depth: | 2.05 in | | |
| Mean compression rate: | 109.34 cpm | | |

**Entire Case**

| | | | |
|---|---|---|---|
| Case duration: | 00:14:42 | | |
| Time in CPR: | 00:12:48 | (87.07 %) | |
| Time not in CPR: | 00:01:54 | (12.93 %) | |

**CPR Periods**

|  | Manual | | AutoPulse |
|---|---|---|---|
| Time in compressions: | 00:11:30 | (89.84 %) | --- |
| Time not in compressions: | 00:01:18 | (10.16 %) | --- |
| Compressions in target: | 17.23 % | | |

**Depth (target zone from 1.5 to 2 in):**

| | | |
|---|---|---|
| Standard deviation: | 0.25 in | |
| Above target zone: | 805 | (64.50 %) |
| In target zone: | 405 | (32.45 %) |
| Below target zone: | 38 | (3.04 %) |

**Rate (target zone from 90 to 110 CPM):**

| | | |
|---|---|---|
| Standard deviation: | 16.27 cpm | |
| Above target zone: | 677 | (54.25 %) |

**Page 2 of 3**
*Prepared by RescueNet Code Review™, Standard Edition*

Troutman 00478

**ZOLL® AED Plus® Defibrillator CPR Analysis**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**

| | | |
|---|---|---|
| In target zone: | 541 | (43.35 %) |
| Below target zone: | 30 | (2.40 %) |

Troutman 00479

**ZOLL® AED Plus® Defibrillator CPR Performance Summary Data**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**

**Minutes relative to: Pads On (11:33:27)**

| Minute | Sec. w/o Comp. | Vents | Vents Imped. | Vents CO2 | Comp. Count | Comp. Rate | Comp. Fraction | Unanl. Sec. | Mean Comp. Depth | Comp. in Target | Mean CO2 |
|--------|---------------|-------|--------------|-----------|-------------|------------|----------------|-------------|------------------|-----------------|----------|
| 1 | 28 | 0 | 4 | 0 | 52 | 97.00 | 53.33 % | 0 | 2.09 | 11.54 % | 0.00 |
| 2 | 22 | 0 | 7 | 0 | 62 | 97.00 | 63.33 % | 0 | 1.79 | 70.97 % | 0.00 |
| 3 | 28 | 0 | 8 | 0 | 52 | 97.00 | 53.33 % | 0 | 2.03 | 26.92 % | 0.00 |
| 4 | 4 | 0 | 8 | 0 | 90 | 96.00 | 93.33 % | 0 | 2.09 | 28.89 % | 0.00 |
| 5 | 16 | 0 | 8 | 0 | 74 | 100.00 | 73.33 % | 0 | 2.22 | 2.70 % | 0.00 |
| 6 | 2 | 0 | 10 | 0 | 101 | 104.00 | 96.67 % | 0 | 2.10 | 34.65 % | 0.00 |
| 7 | 8 | 0 | 10 | 0 | 89 | 102.00 | 86.67 % | 0 | 1.94 | 68.54 % | 0.00 |
| 8 | 11 | 0 | 5 | 0 | 87 | 106.00 | 81.67 % | 0 | 1.80 | 86.21 % | 0.00 |
| 9 | 1 | 0 | 7 | 0 | 109 | 110.00 | 98.33 % | 0 | 1.79 | 77.98 % | 0.00 |
| 10 | 15 | 0 | 8 | 0 | 83 | 110.00 | 75.00 % | 0 | 2.15 | 24.10 % | 0.00 |
| 11 | 0 | 0 | 9 | 0 | 120 | 120.00 | 100.00 % | 0 | 2.14 | 10.83 % | 0.00 |
| 12 | 15 | 0 | 8 | 0 | 91 | 121.00 | 75.00 % | 0 | 2.14 | 5.49 % | 0.00 |
| 13 | 0 | 0 | 10 | 0 | 118 | 118.00 | 100.00 % | 0 | 2.21 | 0.00 % | 0.00 |
| 14 | 16 | 0 | 8 | 0 | 87 | 118.00 | 73.33 % | 0 | 2.05 | 21.84 % | 0.00 |
| 15 | 9 | 0 | 4 | 0 | 53 | 70.00 | 75.68 % | 0 | 2.13 | 18.87 % | 0.00 |

Troutman 00480

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00481

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00482

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00483

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00484

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00485



ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04
58886 2014-10-27 11:33:23
468305 Wright, Jonathan D.

**Page 11 of 54**
*Prepared by RescueNet Code Review™, Standard Edition*

Troutman 00486

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00487

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00488

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00489

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00490

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00491

ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04
58886 2014-10-27 11:33:23
468305 Wright, Jonathan D.



Troutman 00492

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00493

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00494



**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
58886 2014-10-27 11:33:23
468305 Wright, Jonathan D.

**Page 29 of 54**
*Prepared by RescueNet Code Review™, Standard Edition*

Troutman 00495

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00496

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00497

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00498

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00499

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00500

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00501

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00502



ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04
58886 2014-10-27 11:33:23
468305 Wright, Jonathan D.

**Page 45 of 54**
*Prepared by RescueNet Code Review™, Standard Edition*

Troutman 00503

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00504

**ZOLL® AED Plus® Defibrillator Full Disclosure Report 11:33:22 to 11:48:04**
**58886 2014-10-27 11:33:23**
**468305 Wright, Jonathan D.**



Troutman 00505

**Meeting Minutes**
**Critical Incident After Action Review**
**Suicide, Inmate Jonathan Wright, CIN#468305**
**October 27, 2014**

| | | |
|---|---|---|
| Lieutenant Nick Angelini | Lieutenant N. Norris | Stacy Wylie, LPN |
| PCI Saulette Davis | Lieutenant R. DeJarnette | Mary Perry, RN BSN |
| Kristen Laws, RN | Lieutenant R. Mitchell | Captain A. Walker |
| Melissa Greer, RN | Lieutenant Iryt Troutman | Major Endora Davis |
| Officer J. Horn | Officer B. Berry | Marc Krank |
| Officer D. Johnson | Officer R. Wiggins | Officer M. Laws |
| Sergeant N. Jaggers | Sergeant J. McCubbins | Ronna Martin-Scribe |

**Incident Overview**
On October 31, 2014 a death report was completed on Inmate Jonathan D. Wright. Inmate Wright expired on October 27, 2014 at Jewish Hospital.

On October 23, 2014 Inmate Wright was brought to Louisville Metro Corrections by the Jefferson County Sheriff's Office and was booked into the facility at 2040. Inmate Wright was arrested on a parole violation warrant with no bond set. Inmate Wright completed his classification orientation and was given the SARN classification of MI/GP. Inmate Wright was also screened by medical. Inmate Wright denied having any medical conditions, denied having any suicidal ideation, past suicide attempts or hospitalizations. Inmate Wright did report that he had been using meth all day. He also requested a mental health referral due to social phobia and bipolar disorder, however denied any medications or treatment. Inmate Wright completed the booking process and was moved to J1 rear security dorm 2 on October 24, 2014 at 0015.

On October 24, 2014 Inmate Wright was placed on the move list from J1 rear security dorm 2 to J4 4B. Inmate Wright was dressed out and moved to the 4th floor. He was secured in J4 4B at 2049. On October 24, 2014 Inmate Wright has a verbal argument with another inmate in the dorm. Inmate Wright was removed from the dorm and placed on the move list to go to J4 3A. Inmate Wright refused to move to J4 3A. Classification was called and a new housing location of H5 south 1 bed 8 was given to Inmate Wright pending disciplinary. Medical was notified and cleared Inmate Wright to be housed in a single cell. At 0617 Inmate Wright was moved from the 4th floor to H5 south 1 bed 8. He was later seen by medical during their segregation rounds.

On October 27, 2014 at approximately 0900 Inmate Wright stated to a nurse that he was not getting his medication. He advised the nurse that he takes Lexapro and told the nurse where he gets his prescription filled. The nurse told Inmate Wright that she would notify mental health after sick call. The nurse also noted no signs of distress. When sick call was completed the nurse advised mental health. Inmate Wright was already on the mental health list to be assessed.
At approximately 1125 Inmate Wright was seen hanging in his cell. Backup was called at approximately 1130 and several officers responded. Inmate Wright was taken down from the bars and laid on the floor. The sheet that was around his neck was loosened and CPR was started. The AED was placed on Inmate Wright at 1133 and "no shock advised" was given several times until the AED was removed at 1147. Medical staff arrived on the scene at 1134, Louisville Fire Department arrived on scene at 1139 and Emergency Medical Services arrived on scene at 1147. Emergency Medical Services departed the floor with Inmate Wright at 1211 and at 1218 Emergency Medical

Services departed for Jewish Hospital.  At 1228 staff at Jewish Hospital pronounced Inmate Wright deceased.

**After Action Review**
Lieutenant Angelini opened the debrief, letting everyone know that everything in this room is confidential, and that this is an opportunity to discuss the incident, discuss how to improve and to speak on each person's involvement, and he let encouraged everyone to speak freely.  He instructed as to how the debrief would progress, starting with the first person on the scene detailing what they know of the incident and their involvement, and moving to the next person in order of who arrived next, etc.

Lieutenant Davis started by saying that over the radio the call was heard "backup south 2" and that someone asked to clarify.

Sergeant J. McCubbins
Sergeant McCubbins said he and Officer Berry were close to each other and that they ran over to South 1 immediately and passed Mangrum.  They said when they got there, they saw that the inmate was hanging.  He said immediately they lifted him up to untie him, and then laid him on the ground and started CPR.  Sergeant McCubbins said the call was made on the radio for EMS, and he got a piece of paper at that point and started recording the times and keeping track of traffic, etc.

Officer B. Berry
Officer Berry said he was in the control room when the call went out over the radio.  He said he and Sergeant McCubbins both ran out, said they saw Officer Mangrum, who told them which cell backup was needed.  They saw Mr. Wright hanging from the bars by a sheet.  Officer Berry went to get the Knife for Life and the AED.  He said he ran into Nurse Perry on the way and told her there was an emergency and so she came back to the scene with him.  When he got back, Mr. Wright had been removed from the bars, but the sheet was still around his neck, as they could not cut it but they did get it loose enough to allow rescue breaths to be successful.  He and the nurse placed the AED and then Officer Ryan Wiggins was doing chest compressions.  When Officer Wiggins needed relief, Officer Berry took over.

Officer R. Wiggins
Officer Wiggins responded from the 5 West officer station.  He said he followed someone to the cell, and heard that Officer Berry was going to get the Knife for Life.  Officer Wiggins and Nurse Laws lifted Mr. Wright and Officer Mangrum started untying the knot.  Officer Wiggins said the knife would not cut the sheet so they loosened the knot, and started breaths and compressions.  The AED machine said no shock advised.  He said they continued compressions and Officer Berry took over for him after 5 or so sets.

Officer M. Laws
Officer Laws was on the elevator and turned around and saw Sergeant McCubbins and Officer Wiggins start running.  He said he left the inmate he was with shackled in the chair and ran to the cell.  He said he ran to the gym and saw Officer Berry running to get the Knife for Life.  Officer Laws helped lift the inmate up and put him on the ground.  He said Officer Wiggins started chest compressions while he did breaths, and said he did breaths until Nurse Laws showed up with an Ambu-bag.  He said after that point, he held the inmate's head steady while CPR was being administered.

### Officer N. Jaggers

Officer Jaggers said as soon as the backup call went out over the radio, he responded to the scene and stood by to assist. He said he also brought EMS up to the cell when they arrived.

### Officer D. Johnson

Officer Johnson said he took the elevator to 5, and said by the time he got there, he saw everyone doing CPR on Mr. Wright, and saw the sheet still around his neck. He said that he and Officer Horn secured the other inmates and went back to Control and retrieved the camera. He said by that time, officers had switched in giving compressions. Officer Johnson stepped inside the cell in case he needed to give relief to anyone. He said the Fire Dept arrived and he stepped out, and then just assisted them as needed. Officer Johnson and Officer Horn stayed on the scene and secured the scene until PSU arrived. Once the scene was cleared, they cleaned out the cell of Mr. Wright's property, put those things on the property, and gathered trash and anything left behind.

### Officer J. Horn

Officer Horn said he and Officer Johnson arrived to the scene together, and assisted as needed. He said he retrieved a pair of scissors, and took a picture of the knot on Mr. Wright's neck. Officer Horn also said he took pictures of the scene. He stayed and noted who showed up and what time they arrived. He said he and Officer Johnson cleaned the scene after everyone had departed.

### Marc Krank

Marc Krank arrived at the same time as Officers Johnson and Horn, and he saw Officers Wiggins and Laws already working on Mr. Wright. He said he retrieved the medical bag and stood by in case any other assistance was needed. Once the scene was secure, he went back to his floor.

### Nurse Mary Perry

Nurse Perry said when she arrived to the scene, Mr. Wright was already on the ground with CPR being performed by Officers Wiggins and Officer Laws was doing breaths. She and Officer Berry got the AED hooked up and when it advised no shock, she stepped out of the way and waited in order to be of assistance if needed.

### Nurse Stacy Wylie

Nurse Wylie stated she was the last nurse on the scene. She had been in Sheriff court holds. She said she usually works 5 East so she went to the scene as soon as she could. When she arrived, she saw Officer Wiggins on compressions and Officer Laws on the Ambu-bag. She said she waited outside the cell.

### Nurse Kristen Laws

Nurse Laws stated that when she arrived, Mr. Wright was already on the ground and CPR was being performed. Officer Wiggins was doing compressions. Nurse Melissa Greer had retrieved the O2 tank and the Ambu-bag, so Nurse Laws worked the bag. She said she did that until EMS arrived.

### Nurse Melissa Greer

Nurse Greer stated she ran and got the oxygen and the Ambu-bag, hooked it up and gave it to Nurse Laws. Then she said she stepped out of the cell.

### PCI Saulette Davis

Saulette Davis said she made rounds that morning at 0920 hours – Inmate Wright did not show any signs of distress or dismay – he was energetic and happy, and asked for shower shoes and a pencil.

Troutman 00508

She said she told him she didn't have a pencil but would bring him one. She said when she arrived back at his cell, he had already hung himself from the sheet.

Marc Krank
Marc Krank of Mental Health said Mr. Wright was on the list to be seen that day but he had started rounds with the females first. He said he arrived to the scene and remained there for officers.

Captain Armon Walker
Captain Walker said he arrived and saw officers performing CPR and rescue breaths. He said the Fire Dept arrived shortly and took over on CPR, and he said he stood by and assisted them.

Lieutenant R. DeJarnette
Lieutenant DeJarnette said he was the first shift commander up there. When he arrived, they were bringing the AED over, and he said he watched to make sure it was being used correctly. He said everyone was doing what they needed to but space was tight so he was trying to limit traffic. He said he collected paperwork on the wing that would have been pertinent.

Lieutenant N. Norris
Lieutenant Norris said everything was in full swing when he arrived to the scene, and the AED had just arrived. He stood by and made sure everyone was on task. He said he kept checking on the status of those inside the cell, checking if people needed to swap out CPR. He said he tasked Officer Johnson with scribing after Sergeant McCubbins was leaving. He said he redirected EMS to come in straight to the sally port.

**In Closing**
Lieutenant Angelini asked if anyone felt there were any areas where we could have responded differently. Officer Horn said everyone agreed that the Knife for Life was worthless in this instance and would not cut the sheet at all.

Major Davis closed by saying it sounded as though everyone responded appropriately. She mentioned suggested ways in which to watch for individuals who might be crying out for help.

Lieutenant Angelini passed around EAP information in case anyone felt as though they are having problems dealing with the incident. He also made mention that our Mental Health staff is available to anyone as well. He gave contact information for anyone who may need to talk about this or any other incident.

Mark E. Bolton
Director Review

11/7/14
Date

CC:   Chief of Staff Dwayne Clark
      Attorney Steve Durham
      Major Endora Davis
      Lieutenant Chuck Eggers
      Death Report

Troutman 00509

To:      Deputy Director Dwayne Clark
           Chief of Staff

Fr:       Lieutenant Iryt Troutman
           Crisis Intervention Team Member

Re:      Inmate Jonathan D. Wright CIN#468305
           Summary Report

Dt:       October 31, 2014

On October 31, 2014 a death report was completed on Inmate Jonathan D. Wright. Inmate Wright expired on October 27, 2014 at Jewish Hospital.

On October 23, 2014 Inmate Wright was brought to Louisville Metro Corrections by the Jefferson County Sheriff's Office and was booked into the facility at 2040. Inmate Wright was arrested on a parole violation warrant with no bond set. Inmate Wright completed his classification orientation and was given the SARN classification of MI/GP. Inmate Wright was also screened by medical. Inmate Wright denied having any medical conditions, denied having any suicidal ideation, past suicide attempts or hospitalizations. Inmate Wright did report that he had been using meth all day. He also requested a mental health referral due to social phobia and bipolar disorder, however denied any medications or treatment. Inmate Wright completed the booking process and was moved to J1 rear security dorm 2 on October 24, 2014 at 0015.

On October 24, 2014 inmate Wright was placed on the move list from J1 rear security dorm 2 to J4 4B. Inmate Wright was dressed out and moved to the 4th floor. He was secured in J4 4B at 2049. On October 24, 2014 inmate Wright has a verbal argument with another inmate in the dorm. Inmate Wright was removed from the dorm and placed on the move list to go to J4 3A. Inmate Wright refused to move to J4 3A. Classification was called and a new housing location of H5 south 1 bed 8 was given to inmate Wright pending disciplinary. Medical was notified and cleared inmate Wright to be housed in a single cell. At 0617 inmate Wright was moved from the 4th floor to H5 south 1 bed 8. He was later seen by medical during their segregation rounds.

On October 27, 2014 at approximately 0900 inmate Wright stated to a nurse that he was not getting his medication. He advised the nurse that he takes Lexapro and told the nurse where he gets his prescription filled. The nurse told inmate Wright that she would notify mental health after sick call. The nurse also noted no signs of distress. When sick call was completed the nurse advised mental health. Inmate Wright was already on the mental health list to be assessed.
At approximately 1125 inmate Wright was seen hanging in his cell. Back up was called at approximately 1130 and several officers responded. Inmate Wright was taken down from the bars and laid on the floor. The sheet that was around his neck was loosened and CPR was started. The AED was placed on inmate Wright at 1133 and "no shock advised" was given several times until the AED was removed at 1147. Medical staff arrived on the scene at 1134, Louisville Fire Department arrived on scene at 1139 and Emergency Medical Services arrived on scene at 1147. Emergency Medical Services departed the floor

Troutman 00510

with inmate Wright at 1211 and at 1218 Emergency Medical Services departed for Jewish hospital.   At 1228 staff at Jewish Hospital pronounced inmate Wright deceased.