## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **STEPHANIE TROUTMAN, Administratrix** ) | |
| **of the Estate of CHARLES R. TROUTMAN, Jr.** ) | |
| **deceased,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | **Case No. 3:16-cv-000742-DJH** |
| **v.** ) | |
| ) | |
| **LOUISVILLE METRO DEPARTMENT** ) | |
| **OF CORRECTIONS, et al.** ) | |
| ) | |
| **DEFENDANTS** ) | |

### DEFENDANTS CORRECT CARE SOLUTIONS, LLC, SUPPLEMENTAL RESPONSES TO PLANTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Comes the Defendant, Correct Care Solutions, LLC, by counsel and hereby submits the following Supplemental Responses to Plaintiff's Requests for Production of Documents:

### GENERAL OBJECTIONS

1.       The responses provided herein have been prepared after a due and diligent search conducted in connection with Plaintiff's discovery requests.  In responding to Plaintiff's discovery requests, The CCS Defendants have conducted a search for data and documents in those areas where information of the type requested would be expected to be found, if it still exists, and have made reasonable inquiry of those employees who would be expected to be aware of the information sought.  The documents provided are typical of documents responsive to the specific Interrogatory or Request for Production in which they are identified.  If during this litigation The CCS Defendants discover documents which are responsive to these Requests for Production that have not been previously produced, then they shall be disclosed in compliance with the Kentucky Rules of Civil Procedure.

GB005300

2.      The CCS Defendants object to the use of the terms "any" and "all," and in particular their juxtaposition, as vague, overly broad, and unduly burdensome. All Requests for Production propounded by Plaintiff which utilize the phrase "any" and "all" purport to call for a degree of detail that is beyond the realm of reason and is simply not required by the Kentucky Rules of Civil Procedure.

3.      Where a request for production purports to call for a more comprehensive or expansive response than that given, the CCS Defendants object to each such discovery request on the ground that it is impermissibly overbroad and is repetitive and not reasonably calculated to lead to the discovery of admissible non-cumulative evidence.

4.      The CCS Defendants object to these discovery requests insofar as they seek information or documents relating to information other than, or circumstances dissimilar to the claims at issue. In so doing, the Plaintiff is seeking information and documents that are not material or relevant to the issues in this matter and are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence. As such, the extraneous information and documents sought are beyond the scope of discovery. Unless stated otherwise, the responses of the CCS Defendants are limited to those matters concerning the time period of Mr. Troutman's incarceration at LMDC and Plaintiff's claims herein.

5.      The CCS Defendants incorporate each of these General Objections in all of the following answers and responses. To the extent that the CCS Defendants respond to any Interrogatory or Request for Production, it does not waive any General Objection, or any specific additional objection(s), and any answer or response is given subject to all such objections.

6.      The CCS Defendants' production of any documents in response to this discovery is not a warranty that such documents are the only documents of such type it has ever

GB005301

had in its possession, and it objects to any suggestion that it is under any duty to produce any documents other than those in its possession at this time.

For the purpose of these Responses, the following definitions shall apply:

**NOT RELEVANT:** Means that the information sought is unrelated to the issues raised by the pleadings and therefore cannot lead to the discovery of admissible evidence.

**BURDENSOME:**     Means that the time and effort to obtain the requested information would place an inappropriate imposition on The CCS Defendants far outweighing any value to Plaintiff and which would not be reasonably calculated to lead to the discovery of admissible evidence.

**OVERLY BROAD:** Means the request seeks information beyond the scope of discovery permitted by Civil Rule 26.

**Finally, all documents attached hereto are being produced pursuant to the agreement reached among all counsel and memorialized in the Agreed Protective Order filed on July 6, 2017.  It is understood that the production of these documents will remain confidential and will only be used for purposes of prosecuting the instant litigation. Additionally, the documents being produced as part of the Supplemental Responses are being produced pursuant to Court Order and Defendants do not waive any objection to their production.**

GB005302

## CCS'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUESTS FOR

## PRODUCTION OF DOCUMENTS

25.     Please produce any and all documents in the possession of CCS that constitute internally conducted mortality reviews and/or psychological autopsies and any reports in which pertinent policies and procedures involving suicide prevention and intervention were evaluated, either by employees of CCS or by consultants hired by CCS, with recommendations to corporate leadership and quality control divisions to correct or amend current policies or to develop new policies, after each of the following inmate suicides at Louisville Metro Corrections.

a.      Mahmoud Hindi (2013)

b.      Lavon Moore (2014)

c.      Jonathon Wright (2014)

d.      James Earl Ashby (2015)

e.      Charles Troutman (2015)

f.      Franklin Bolton (2015)

g.      Mark Webb (2015)

**RESPONSE:** Objection; this Request is vague and ambiguous, overly broad and unduly burdensome and producing this information may constitute a violation of HIPAA.

**SUPPLEMENTAL RESPONSE:** Objection; this Request is vague and ambiguous, overly broad as to time period and scope and unduly burdensome and producing this information may constitute a violation of HIPAA. Additionally, the documents are protected attorney work product and protected peer review, as the documents were completed as part of the CCS QI program. Without waiving said objections and pursuant to Court Order:

GB005303

a.    **Mahmoud Hindi (2013)- None. This death preceeded the CCS contract with LMDC.**

b.    **Lavon Moore (2014)- Attached.**

c.    **Jonathon Wright (2014)- Attached.**

d.    **James Earl Ashby (2015)- Attached.**

e.    **Charles Troutman (2015)- Attached.**

f.    **Franklin Bolton (2015)- Attached.**

g.    **Mark Webb (2015)- Attached.**

Respectfully submitted,

Megan O'Reilly
Blackburn Domene & Burchett PLLC
614 West Main Street, Suite 3000
Louisville, Kentucky 40202
moreilly@bdblawky.com
*Attorney for Correct Care Solutions*

GB005304

## CERTIFICATE OF SERVICE

I certify that a true copy of Correct Care Solutions, LLC's Supplemental Responses to Plaintiff's Requests for Production of Documents were mailed, postage prepaid, and e-mailed to the following counsel of record on this the 17th day of August 2018:

J. Denis Ogburn
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
Denis.Ogburn@louisvilleky.gov
*Attorney for Defendants LMDC and*
*Louisville-Jefferson County Metro*
*Government*

LARRY SIMON
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com
*CO-COUNSEL FOR PLAINTIFF*

Alphonse A. Gerhardstein
Gerhardstein and Branch, Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
agerhardstein@gbfirm.com
*Co-Counsel for Plaintiff*

Megan P. O'Reilly

GB005305

# SCREENING FORMS

GB005306

2D12

# INTAKE SCREENING REVIEW FORM

INMATE NAME: _Webb Mark_                CIN #: _601346_

| TASK | NURSING TASK COMPLETED | COMMENTS |
|------|------------------------|----------|
| Release of Information: | YES: ✓  NO:____  N/A____ | _____ |
| Medication(s) Bridged: | YES:____  NO:____  N/A ✓ | _____ |
| Detox Packet Completed: & added to Detox Log | YES: ✓  NO:____  N/A____ | _____ |
| Classification Notifed w/ Appropriate Housing | YES: ✓  NO:____  N/A____ | _____ |
| Blood Pressure Protocol | YES: ✓  NO:____  N/A ✓ | _____ |
| Chronic Care Referral: | YES: ✓  NO:____  N/A____ | _____ |
| Mental Health Referral: | YES: ✓  NO:____  N/A____ | _____ |
| Dressing Changes initiated: | YES:____  NO:____  N/A ✓ | _____ |
| Neuro Checks initiated: | YES:____  NO:____  N/A ✓ | _____ |
| Medical/Dental Sickcall: | YES:____  NO:____  N/A ✓ | _____ |
| Mental Health Sickcall: | YES:____  NO:____  N/A ✓ | _____ |
| Problem List Attached: | YES: ✓  NO:____  N/A____ | _____ |
| Education Sheet Attached: | YES: ✓  NO:____  N/A____ | _____ |
| Nurses Note Attached: | YES: ✓  NO:____  N/A____ | _____ |
| Diet Order Sheet Faxed: | YES:____  NO:____  N/A ✓ | _____ |
| OTHER: | YES:____  NO:____  N/A ✓ | _____ |

NURSE SCREENING INITIAL INTAKE: _Moody_

RN SIGNATURE: _____  DATE: _4/27/15_

# Louisville Metro Dept. of Corrections

### Initial Medical

| | | | |
|---|---|---|---|
| CIN   00601346 | SSN   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 | Inmate Screening #   00223775 | Screening Date Time   04/25/2015 07: |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name   WEBB, MARK | | Date Of Birth   11/05/1979 | Race   White/Eurp/ N.Afr/Mid Eas | Sex   MALE |

Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? (Y or N)  N

If yes, explain:   N

Do you have a serious medical condition that may require attention while you are here? (Y or N)   N

If yes, explain:  N

Have you had any past serious infectious disease? (Y or N)    N

If yes, explain:  N

## Vital Signs:

| | |
|---|---|
| Blood Pressure : | Reading:  134/87 |
| Pulse: | Reading:  93 |
| Respirations: | Reading:  14 |
| Temperature: | Reading:  UTO |
| SPO2 - Sat: | Reading:  99 |

Do you have any medical problems that we should know about? (Y or N)   Y

If yes, explain:   ANXIETY
DEPRESSION
HIGH BP

# Louisville Metro Dept. of Corrections

Initial Medical

Inmate Name    WEBB, MARK

Inmate Number    006013

## Current Medical Condition:

| | | |
|---|---|---|
| Intoxicated? (Y or N) | N | If yes, explain: N |
| Lesions? (Y or N) | N | If yes, explain: N |
| Obvious pain? (Y or N) | N | If yes, explain: N |
| Bruises? (Y or N) | N | If yes, explain: N |
| Fever? (Y or N) | N | If yes, explain: N |
| Nausea? (Y or N) | N | If yes, explain: N |
| Skin infestation? (Y or N) | N | If yes, explain: N |
| Skin rash? (Y or N) | N | If yes, explain: N |
| Jaundice? (Y or N) | N | If yes, explain: N |
| Needle marks? (Y or N) | N | If yes, explain: N |
| Swollen glands? (Y or N) | N | If yes, explain: N |
| Active cough? (Y or N) | N | If yes, explain: N |

Other issues not covered above? (Y or N)    N

If yes, explain    N

GB005309

# Louisville Metro Dept. of Corrections

Initial Medical

Inmate Name   WEBB, MARK                                                          Inmate Number   0060134

---

Are you allergic to any medications? (Y or N)   N

If yes, Explain:   N

---

Are you currently taking a prescription that may need continuation while you are here? (Y or N)   Y

If yes,

Med/Dose/Freq  :   LISINOPRIL-HCTZ  10/12.5 MG QDAY
CELEXA 40MG QDAY
WELLBUTRIN 150MG QDAY
ATIVAN 1MG TID

Pharmacy:   KROGER

Doctor:

---

Do you require a special diet? (Y or N)   N   Religious? ☐   Medical? ☐

If yes, Explain:   N

---

Have you fainted or had a head injury within the past 6 months? (Y or N)   N

If yes, Explain:   N

---

Have you been seen by a doctor in the last 6 months? (Y or N)   N

If yes, Explain:   NN

---

Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid? (Y or N)   N

If yes, Explain:   N

---

Do you have a prosthesis, a splint, crutches, a cast, or a brace? (Y or N)   N

If yes, Explain:   N

---

GB005310

# Louisville Metro Dept. of Corrections

## Medical Detox

Inmate Name   WEBB, MARK

Inmate Number   006013·

Have you taken potentially dangerous levels of drugs or alcohol? (Y or N)    N

If yes:

When:        N

What:        N

How much:    N

---

Do you drink alcohol? (Y or N)    N

       How often:  N

If yes:   How much:  NN

       Last time:   N

---

Do you use street drugs? (Y or N)    N

       What type:  N

If yes:   How often:  N

       Last time:  N

---

Do you use intravelnous drugs? (Y or N)    N

       What type:  N

If yes:   How often:  N

       Last time:  N

---

Have you ever experienced DT's or other serious withdrawal from drugs or alcohol? (Y or N)    N

Blackouts? (Y or N)    N

Seizures? (Y or N)    N

Tremors? (Y or N)    N

Nausea? (Y or N)    N

Vomiting? (Y or N)    N

Other? (Y or N)    N

Explain:  N

---

GB005312

# Louisville Metro Dept. of Corrections

## Current Medical

| | | | |
|---|---|---|---|
| CIN:   00601346 | SSN:  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 | Inmate Screening #   00223776 | Screening Date Time   04/25/2015 07: |
| Inmate Name   WEBB, MARK | | Date Of Birth   11/05/1979   Race   White/Eurp/ N.Afr/Mid Eas | Sex   MALE |

Do you know the date of your last tetanus shot? (Y or N)        N        If yes, Date received:

Have you had a TB skin test? (Y or N)      Y      If yes, Date received:                    Where:

      Was it positive? (Y or N)      N

Do you have any of the following problems?

Chronic Cough/blood? (Y or N)      N      If yes, explain:  N

Recent weight loss? (Y or N)      N      If yes, explain:  N

Recent appetite loss? (Y orN)      N      If yes, explain:  N

Fever? (Y or N)      N      If yes, explain:  NN

Night sweats? (Y or N)      N      If yes, explain:  N

Fatigue? (Y or N)      N      If yes, explain:  N

Have you ever been treated with TB drugs? (Y or N)      N

      If yes, explain:  N

Do you use tobacco products? (Y or N)      N        Type:  NN

      How often:  N

GB005313

# Louisville Metro Dept. of Corrections
### Current Medical

Inmate Name    WEBB, MARK                                               Inmate Number    006013

## Female Questions:

Are you pregnant? (Y or N)    N    If yes:

| | |
|---|---|
| Where: | N |
| When: | NN |
| Treatment: | N |

Have you recently given birth? (Y or N)    N    If yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Have you recently miscarried? (Y or N)    N    If yes:

| | |
|---|---|
| Where: | N |
| When: | NN |
| Treatment: | N |

Are you on birth control pills? (Y or N)    N    If yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | NN |

Are you taking any post natal medications? (Y or N)    N

| | |
|---|---|
| Med/Dose/Freq: | N |
| Pharmacy: | N |
| Doctor: | N |

## Do you have any of the following?

False teeth? (Y or N)    N    If Yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Caps, Crowns, or Bridges? (Y or N)    N    If Yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

GB005314

# Louisville Metro Dept. of Corrections

### Current Medical

Inmate Name  WEBB, MARK                                    Inmate Number   006013-

Arthritis? (Y or N)   N    Where:  N
If Yes:    When:  N
Treatment:  N

Diabetes? (Y or N)   N    Where:  N
If Yes:    When:  N
Accu-Check:  N    Treatment:  N

Seizure Disorder? (Y or N)   N    Where:  N
If Yes:    When:  N
Treatment:  N

Asthma? (Y or N)   N    Where:  N
If Yes:    When:  N
Peak flow:  N    Treatment:  N

Other lung problems? (Y or N)   N    Where:  N
If Yes:    When:  N
Treatment:  N

Heart Condition? (Y or N)   N    Where:  N
If Yes:    When:  N
Treatment:

Hypertension? (Y or N)   Y    Where:
If Yes:    When:
Treatment:  ROI SENT

Cancer? (Y or N)   N    Where:  N
If Yes:    When:  N
Treatment:  N

Sickle Cell Anemia? (Y or N)   N    Where:  N
If Yes:    When:  N

GB005315

Treatment: N

# Louisville Metro Dept. of Corrections

Current Medical

| Inmate Name | WEBB, MARK | | | Inmate Number | 006013 |
|---|---|---|---|---|---|

STDs? (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

Vaginal or penile discharge? (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

Hepatitis? (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

HIV? (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

Persistent sore throat? (Y or N)   N   where:  N
If Yes:   When:  N
Treatment:  N

Surgeries: (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

Chest pain? (Y or N)   N   Where:  N
If Yes:   When:  N
Treatment:  N

The inmate has been told that they may be given a three day supply of medication at their time of release. (Y or N)  Y

Do you understand that you may request a health care provider at any time while you are here? (Y or N)  Y

The inmate has been told that this facility charges a fee for services. (Y or N)   Y

# Louisville Metro Dept. of Corrections

## Current Medical

| | |
|---|---|
| Inmate Name   WEBB, MARK | Inmate Number   006013 |

Disposition

Emergency room - pre-booking injury: (Y or N)    N

Emergency room - Acute condition: (Y or N)    N

Physician: (Y or N)    N

Sick call (Y or N)    N

Mental Health (Y or N)    N

Explain all yes answers below:

N

Placement in:

General population - ChkBox    ☐

Detox - ChkBox    ☐

Medical - ChkBox    ☐

Mental health - ChkBox    ☐

Explain:

GB005317

# Louisville Metro Dept. of Corrections

## Psychiatric Questions

CIN   00601346         SSN   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      Inmate Screening #   00223777      Screening Date Time   04/25/2015 07::

Inmate Name   WEBB, MARK         Date Of Birth   11/05/1979   Race   White/Eurp/ N.Afr/Mid Eas   Sex   MALE

Do you have a serious mental health condition that may need attention while you are here? (Y or N)   Y

If yes, explain the condition and then call mental health: ANXIETY/ DEPRESSION

Have you been hospitalized for emotional problems within the last year? (Y or N)   N      If yes, call mental health

Where:   N

When:   N

Meds:   N

Are you currently being treated by an out patient community mental health center? (Y or N)   N

Doctor/Agency:   N

Pharmacy/Meds:   N

Explain:   N

Have you recently taken or been prescribed medications for emotional problems? (Y or N)   Y

If yes, explain: ROI SENT

Have you ever had a closed head injury that resulted in permanent disability? (Y or N)   N

If yes, explain: N

Do you have learning or other disabilities that will impact your ability to understand instructions while you are here? (Y or N)   N

If yes, explain: N

Are you aware of any reason you should be seperated from another inmate while you are here? (Y or N)   N

If yes, explain: N

Have you required seperation from another inmate while incarcerated in another facility? (Y or N)   N

If yes, explain: NN

Have you ever attempted suicide? (Y or N)   N   If yes, call mental health

Method:   N

When:   N

# of times:   N

GB005318

# Louisville Metro Dept. of Corrections

### Psychiatric Questions

Inmate Name    WEBB, MARK                                                                Inmate Number    006013

Are you currently thinking about suicide? (Y or N)    N    If yes, call mental health

Explain: N

Does subject have a plan or suicide instrument in their possession? (Y or N)    N

Explain: N

Does subject show signs of depression? (Y or N)    N

Explain: N

Does subject express feelings of hopelessness? (Y or N)    N

Explain: N

Does subject appear anxious, afraid, or angry? (Y or N)    N

Explain: N

Does subject appear embarrassed or ashamed? (Y or N)    N

Explain: N

Does subject talk or act in a strange manner? (Y or N)    N

Explain: N

Is subject apparently under the influence of alcohol or drugs? (Y or N)    N

Explain: N

Does subject show signs of withdrawal or mental illness? (Y or N)    N

Explain: N

Does officer/staff believe subject may be a suicide risk? (Y or N)    N

Explain: N

Does subject lack family or friends in the community? (Y or N)    N

Explain: N

Has subject experienced a significant loss within the last 6 months? (Y or N)    N

Explain: N

Is subject preoccupied with major problems other than their legal situation? (Y or N)    N

Explain: N

LPN21 Moody                           04/25/2015 08:10

GB005319

# Louisville Metro Dept. of Corrections

Psychiatric Questions

Inmate Name    WEBB, MARK                                                                      Inmate Number    006013

Has a family member or significant other attempted or committed suicide? (Y or N)   N

Explain:  N

Have you understood all the questions I have asked you? (Y or N)    Y

Explain:

Have you provided us with all the information that you want us to be aware of while you are here? (Y or N)   Y

Explain:

Does the screener feel that the subject is capable of understanding all questions being asked? (Y or N)   Y

Explain:

Does this subject have any institutional history alerts? (Y or N)   N   Call mental health if any alerts are related to mental health, suicide, MR. etc

Does the screener feel that this subject should be referred to a supervisor for review? (Y or N)   N

Explain:  N

Is there any indication that the subject is reacting so negatively toward their charges that they may engage in self harm? (Y or N)  N   Call mental health

Explain:  N

History of psychiatric treatment? (Y or N)    N

Where:  N

When:  N

Meds:  N

Did you answer yes to 6 or more questions? (Y or N)    N

If yes, Mandatory mental health notification.  Include name of person contacted and housing location of subject.

Name of staff:  N

Housing location:  N

GB005320

# Medical History & Screening Signature Form

| Inmate Name   WEBB, MARK | CIN   00601346 | Date Of Birth   11 |
|---|---|---|

1.  I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine by the facility healthcare professionals.  I understand that any medications not picked up within 3 days of release will be destroyed.

2.  I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

3.  I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report and have the officer call medical.  I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

4.  If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the to have it read; or I can go to the Health Department or my primary care physician to have it read.

5.  I have been told that I have the right to refuse care.  My refusal of care at any given time does not jeopardize future medical care.

6.  I hvae been told that I will receive a History & Physical Exam within the next 14 days free of charge.

7.  I have been given the opportunity to ask questions.

8.  The name I use at my pharmacy is: KROGER

_____          04/25/2015
Inmate Signature                                           Date

If diabetic, Accucheck reading is: N                    If asthmatic, peak flow is: N

_____          04/25/2015
Employee Signature                                        Date

GB005321

# CHANGE TO AUTHORIZED REPRESENTATIVE

Effective immediately I, _____, am notifying Kentucky

(Name of Applicant/Recipient)

Healthcare Connection that I no longer authorize the Louisville/Jefferson County Metro Corrections

AUTHORIZED REPRESENTATIVE:     **Edie M. Underwood or Designee**

to represent me in matters pertaining to my Kynect application, including getting information about my application and signing my application on my behalf.

_____          _____
(Signature)                                                              (Date)

A)   Inmate Number:          _____
B)   Booking Number:        _____
C)   Birth Date:                  _____
D)   Social Security Number:  _____

GB005322



# kynect
Kentucky's Healthcare Connection

# APPENDIX B
## Assistance with Completing Application

## You Can Choose an Authorized Representative.

You can give a person that you trust permission to make decisions for you about your healthcare coverage. You may need this person if you are unable to fill out your insurance application form, have given someone your Power of Attorney, or for any other reason. This person is called an "authorized representative". You don't have to have an authorized representative, but if you want one, you can choose someone to be your authorized representative by completing and signing this form.

**Check all of the things you would like your authorized representative to do for you:**

X  Submit and update my application for me, or respond to a change in my eligibility

☐ Act for me on all matters related to my account and application

| 1. Name of Authorized Representative (First name, Middle initial, Last name) Edith M Underwood or Designee | | | 2. Relationship to Applicant Corrections Coordinator |
|---|---|---|---|
| 3. Address   400 South 6th Street | | | |
| 4. City Louisville | 5. State KY | 6. Zip Code 40202 | 7. County Jefferson City |
| 8. Primary Phone Number   ☐ Home  X Work  ☐ Cell   (502) 574-2167 | | 9. Secondary Phone Number  ☐ Home  X Work  ☐ Cell   (502) 574-2189 | |
| 10. Organization Name (if applicable) Louisville/ Jefferson County Metro Corrections | | | 11. ID Number (if applicable) |
| 12. Email Address Edie.underwood@louisvilleky.gov | | | |
| 13. Signature of Applicant | | | 14. Date (mm/dd/yyyy) |

## You Can Choose an Insurance Agent or kynector.

Insurance agents and kynectors are people who are specifically trained to help you find a healthcare plan. Their services do not cost you anything extra. **Insurance agents** are licensed expert insurance professionals who can advise you on all types of insurance coverage and can recommend an insurance plan for you. kynectors are individuals and groups in your community that can tell you about kynect and can help you apply for coverage through kynect. kynectors are *not* insurance agents and cannot give advice or recommend a plan for you. You don't have to have an insurance agent or kynector. If you want one, you can choose someone to be your insurance agent or kynector by completing and signing below.

| 1. Name of Insurance Agent or kynector (First name, Middle initial, Last name) | |
|---|---|
| 2. Organization Name (if applicable) | 3. ID Number (if applicable) |
| 4. Signature of Applicant | 5. Date (mm/dd/yyyy) |

If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call 1-855-4kynect (459-6328). Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

GB005323

Page 1 of 1

WEBB, M~

Bk Dt: 04/25/2015 02:10   DOB: 11/05/1979   ~CKY

Inmate #: 00601346

Booking #: 201510842

ION

COURT

**AGENCY**
LOUISVILLE METRO POLICE DEPT

**ORI:** 0568000

**NAME: LAST, FIRST, MI, FILIAL**
WEBB, MARK A.

**ATTN** [ ]

**HOME PHONE**
UNKNOWN

**ALIAS NAME: LAST, FIRST, MI, FILIAL**

**EMERGENCY PHONE**
UNKNOWN

**ADDRESS (NUMBER, NAME, SUFFIX)**
3000 HILO COURT

**KENTUCKY RESIDENT STATUS**
[X] F: FULL-TIME   [ ] P: PART-TIME   [ ] N: NON RESIDENT

| CITY | STATE | ZIP CODE/EXTENSION |
|---|---|---|
| LOUISVILLE | KY | 40220-0000 |

**MARITAL STATUS**
DIVORCED

**VICTIM'S RELATIONSHIP TO OFFENDER**

| ID TYPE | ID STATE | ID NUMBER | S.S. NUMBER |
|---|---|---|---|
| OL | KY | W06482637 | 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 |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|
| 5'11" | 240 | BROWN | HAZEL |

[ ] COMMERCIAL VEHICLE   [ ] PLACARDED HAZARDOUS VEHICLE

**ETHNIC ORIGIN**
[ ] HISPANIC   [X] NON HISPANIC

**ALCOHOL/DRUG INVOLVEMENT**

| DATE OF BIRTH | | | SEX | | RACE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 05 | 1979 | [X] MALE  [ ] FEMALE | | [X] WHITE  [ ] BLACK | [ ] AM. INDIAN OR ALASKA | [ ] ASIAN | | |

**B.A. RESULTS**
[ ] BREATH
[ ] BLOOD
[ ] URINE

[ ] ALCOHOL
[ ] DRUGS
[X] UNKNOWN

**PLACE OF EMPLOYMENT/OCCUPATION**             CITY             STATE

| VEHICLE MAKE | VEHICLE MODEL | VEH. YEAR | VEHICLE COLOR |
|---|---|---|---|

| VEH. TYPE | REGISTRATION: STATE, YEAR, NUMBER | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY |
|---|---|---|---|---|---|
| KY | | | | | |

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| 04 . 25 . 2015 | 1:27AM | 3911 TAYLORSVILLE RD | | | LOUISVILLE |

COUNTY JEFFERSON   SECTOR 2

| ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | MILES | DIRECTION | CITY |
|---|---|---|---|---|---|
| 04 . 25 . 2015 | 1:37AM | 3911 TAYLORSVILLE RD | | | LOUISVILLE |

COUNTY JEFFERSON   SECTOR 2

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | .02906 | 0 | 514.030 | | | | |
| of | | | | | | | |
| of | | | | | | | |
| of | | | | | | | |

**POST-ARREST COMPLAINT**
Charge 1: EXECUTION OF BENCH WARRANT FOR TBUT OR DISP ALL OTHERS $500 OR MORE BUT U/$10,000 (23917).

Above arrested on Jefferson County Circuit Court Bench Warrant #21G4196 for above listed charge.  Officer knows nothing about the case.

| COURT DATE | COURT TIME | [ ] PAYABLE | COURT LOCATION |
|---|---|---|---|
| | ARRESTED | [X] COURT | JEFFERSON COUNTY DISTRICT COURT - W. Jefferson |

**COURT CASE NUMBER**

**TOTAL PREPAYABLE AMOUNT**   NOT PREPAYABLE

YEAR 15

**WITNESS 1 NAME: LAST, FIRST, MI, FILIAL**

| | | STATE | ZIP CODE |
|---|---|---|---|

**WITNESS 1 ADDRESS (NUMBER, STREET, SUFFIX)**                CITY

**WITNESS 2 NAME: LAST, FIRST, MI, FILIAL**

| | | STATE | ZIP CODE |
|---|---|---|---|

**WITNESS 2 ADDRESS (NUMBER, STREET, SUFFIX)**                CITY

CONTROL NUMBER BU68716

[ ] CARRIED FOR UCR BY OTHER AGENCY   SPECIFY:

**OFFICER SIGNATURE**
BRYANT, J.

| BADGE/I.D. NUMBER | ASSIGNMENT |
|---|---|
| 7770 | 515D |

[X] IN-CAR VIDEO
[X] FINGERPRINTS
[ ] PHOTOS

TYPE 3

GB005324

WEBB, N ?K
Bk Dt: 04/25/2015 02:10 DOB: 11/05/1979
Inmate #: 00601346
Booking #: 201510842

COURT

NO

ORI: 0568000

**OFFENDER/VIOLATOR**

LOUISVILLE METRO POLICE

| | | | |
|---|---|---|---|
| NAME: LAST, FIRST, MI, FILIAL: WEBB, MARK A. | ATTN: ☐ | HOME PHONE: UNKNOWN | |
| ALIAS NAME: LAST, FIRST, MI, FILIAL | | EMERGENCY PHONE: UNKNOWN | |
| ADDRESS (NUMBER, NAME, SUFFIX): 3000 HILO COURT | | KENTUCKY RESIDENT STATUS: ☑ F: FULL-TIME ☐ P: PART-TIME ☐ N: NON RESIDENT | |
| CITY: LOUISVILLE | STATE: KY | ZIP CODE/EXTENSION: 40220-0000 | MARITAL STATUS: DIVORCED; VICTIM'S RELATIONSHIP TO OFFENDER: |
| ID TYPE: OL | ID STATE: KY | ID NUMBER: W06482637 | S. S. NUMBER: 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 |
| HEIGHT: 5'11" | WEIGHT: 240 | HAIR COLOR: BROWN | EYE COLOR: HAZEL |

☐ COMMERCIAL VEHICLE ☐ PLACARDED HAZARDOUS VEHICLE

ETHNIC ORIGIN: ☐ HISPANIC ☑ NON HISPANIC

ALCOHOL/DRUG INVOLVEMENT: ☐ ALCOHOL ☑ DRUGS ☐ UNKNOWN

DATE OF BIRTH: 11 05 1979 SEX: ☑ MALE ☐ FEMALE RACE: ☑ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN

B.A. RESULTS: ☐ BREATH ☐ BLOOD ☐ URINE

PLACE OF EMPLOYMENT/OCCUPATION: CITY: STATE:

**VEHICLE**

| VEHICLE MAKE | VEHICLE MODEL | VEH. YEAR | VEHICLE COLOR |
|---|---|---|---|
| | | | |

| VEH. TYPE | REGISTRATION: STATE, YEAR, NUMBER | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. RE |
|---|---|---|---|---|---|
| | KY | | | | |

**DATE/TIME**

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY | COUNTY | SECTOR |
|---|---|---|---|---|---|---|---|
| 04 25 2015 | 1:27AM | 3911 TAYLORSVILLE RD | | | LOUISVILLE | JEFFERSON | 2 |

| ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | MILES | DIRECTION | CITY | COUNTY | SECTOR |
|---|---|---|---|---|---|---|---|
| 04 25 2015 | 1:37AM | 3911 TAYLORSVILLE RD | | | LOUISVILLE | JEFFERSON | 2 |

**CHARGES AND POST-ARREST COMPLAINT**

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 42081 | 0 | 218A.500(2) | 1 | 8015030259 | | Heroin |
| of | | | | | | | |
| of | | | | | | | |
| of | | | | | | | |

POST-ARREST COMPLAINT
Charge 1: DRUG PARAPHERNALIA - BUY/POSSESS

Officer called to above location on a suspicious subject sitting in a vehicle on a closed business lot. Officer arrived to find above sleeping in a company truck (middletown Air & Heating with plate KY592630). Upon talking to subject, above opened his car door to speak with officer and officer could see in plain view, a burned spoon, two used syringes and long tubing in the driver's side door pocket. Above stated that they were his and that he had used them to "shoot up" about three days prior. Above was arrested on a circuit court warrant #2164196 in addition to the above charge.

**COURT**

| COURT DATE | COURT TIME | | COURT LOCATION |
|---|---|---|---|
| ARRESTED | | ☐ PAYABLE ☑ COURT | JEFFERSON COUNTY DISTRICT COURT - W.Jefferson |

COURT CASE NUMBER: TOTAL PREPAYABLE AMOUNT: NOT PREPAYABLE

15

**CASE**

WITNESS 1 NAME: LAST, FIRST, MI, FILIAL — STATE — ZIP CODE
WITNESS 1 ADDRESS (NUMBER, STREET, SUFFIX) — CITY
WITNESS 2 NAME: LAST, FIRST, MI, FILIAL — STATE — ZIP CODE
WITNESS 2 ADDRESS (NUMBER, STREET, SUFFIX) — CITY

☐ CARRIED FOR UCR BY OTHER AGENCY SPECIFY:

☑ IN-CAR VIDEO ☑ FINGERPRINTS PHOTOS ☑ EVIDENCE HELD

| OFFICER SIGNATURE | BADGE/I.D. NUM | ASSIGNMENT |
|---|---|---|
| BRYANT, I. | 7770 | 615D |

CONTROL NUMBER: BU68717

2

10/27/2014 2:55 PM FAX  5025742145          LOUISVILLE METRO MAIN                ☑ 0002/0002

# DEATH REPORT
# SUICIDE

**Form must be completed within one business day of a death and submitted to the Corporate CQI Coordinator.**
(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

**CCS**
CORRECT CARE
SOLUTIONS

## IDENTIFYING INFORMATION

| Site Name: *(Do Not Abbreviate)* Louisville Metro Department of Corrections | Site Number: | Date of Death: 10,27,14 |
|---|---|---|
| Patient Name: Jonathan Wright | | Custody Date: 10,23,14 |
| Inmate Number: #468305 | ☒ Male ☐ Female | Birth Date: 01,21,73 | Today's Date: 10,27,14 |

## FACILITY REVIEW

**Recent Mental Health Contacts (< 1month):**
☒ MH Request ☐ Special Needs ☐ Crisis Level
☐ Psychiatry contact ☐ Group/Ind ☐ Seg Rev/Rnds
☐ None ☐ Other _____

Axis I: Bipolar    Axis II:
Axis III:          Axis IV:
Axis V:

**Relevant Medical Conditions:**
☐ None ☐ DM ☐ HTN ☐ COPD ☐ CAD ☐ HIV Disease
☐ CHF ☐ CVA ☐ ETOH ☐ Renal Insufficiency
☐ Hepatic Insufficiency ☒ Other Meth usage

**Medications:** ☒ None

## TYPE OF DEATH

**Method Used:**
☒ Hanging ☐ Cutting ☐ Overdose
☐ Unknown ☐ Other _____

**Prior Attempts:** ☐ Yes ☒ No

**Suicide Note Found:** ☐ Yes ☒ No
(cell still being processed at this time)

**Preliminary (Suspected) Cause of Death:** asphyxiation by hanging.

## LOCATION OF ATTEMPT

**Within Correctional Facility:**
☐ General Population ☐ Infirmary ☐ Intake/Booking
☒ Segregation ☐ Other
☐ Single Man Cell ☐ Multiman Cell

## MORTALITY REVIEW TRACKING

**Facility CQI Review Completion**
Date Review Completed: __/__/__ (mm/dd/yy)
Date This Form Completed: __/__/__ (mm/dd/yy)
Signature And Title Of Person Completing This Form:
Comments:

**Regional Medical Director Review**
Date Review Completed: __/__/__ (mm/dd/yy)
Signature:
Comments:

**Regional Mental Health Director Review (if event in region)**
Date Review Completed: __/__/__ (mm/dd/yy)
Signature:
Comments:

**Corporate Director of Mental Health Services Review**
Date Review Completed: __/__/__ (mm/dd/yy)
Signature:
Comments:

PATIENT SAFETY
~~Chief Medical~~ Officer Review
Date Review Completed: 2/17/16 (mm/dd/yy)
Signature:
Comments:

**Regional Psychiatric Director Review (if event in region)**
Date Review Completed: __/__/__ (mm/dd/yy)
Signature:
Comments:

**Corporate CQI Review**
Date Review Completed: 1/11/16 (mm/dd/yy)
Submitted For Risk Management Review?
Signature:
Comments:
* New staff onsite — New MH Director
* transfer is being considered _____
Chris McClint.

*This form and worksheet is completed as part of the CCS QI program, and it is exempt from discovery.*

**Michael McDonald**

**Subject:**                          FW: Current MH Staffing

**From:** Regina Davis-Reese
**Sent:** Thursday, August 18, 2016 10:28 AM
**To:** Michael McDonald <MMcDonald@correctcaresolutions.com>
**Subject:** Current MH Staffing

Hello,
Our current mental health staffing is as follows:

We have a nurse assigned to the  Mental Health population/housing 24/7. We have dedicated nursing assignments unless we need to change them for some unforeseen reason.

There are 4 MHPs scheduled M-F 7am-4pm
1 MHP M-F 4p-11:30p

On weekends there is one MHP on Saturdays/Sundays  7am-3:30pm.

The MH nurse serves as the MH staff in the building at the times that there is no MHP . The MHPs rotate on-call after hours and the MH Coordinator is a secondary backup for on call. They take call and will com into the facility of needed.

Thanks,
*Correct Care Solutions*
**Regina Davis-Reese, RN**
*Assistant Health Services Administrator*
400 South 6th Street, Louisville, KY. 40202
Rdavis-reese@correctcaresolutions.com
(502)-574-2193

1

GB005327

| Num | Question | Answer |
|-----|----------|--------|
| 1 | User Entering Event | KWOOD-MONTGOMERY |
| 2 | Contract | 66 |
| 3 | Contract Name | CCS-KY-Louisville Metro |
| 4 | Event/Incident Number | 663632014000013 |
| 5 | Master Event/Inc Number | 663632014000013 |
| 6 | Facility/Campus | 363 |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections |
| 8 | Type of Facility | JAIL (A) |
|  | PATIENT/PERSON DETAILS |  |
| 10 | Patient Event? | Y |
| 11 | Type of Person | PATIENT |
| 12 | Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 468305 |
| 13 | Medical Record # | 468305 |
| 14 | Org/Per ID | OP00359025 |
| 15 | Patient Name | Wright, Jonathan |
| 16 | Birth Date | 01/21/1973 |
| 17 | Gender/Sex | MALE |
| 18 | Admitting/Primary Diagnosis |  |
| 19 | Custody Date | 01/01/1900 |
|  | EVENT DETAILS |  |
| 21 | Event Date | 10/27/2014 |
| 22 | Day Of Week | Monday |
| 23 | Patient Age At Time Of Event | 41 |
| 24 | Patient Age Unit | Y |
| 25 | Event Time (Military format) | 11:30 |
| 26 | Location Where Event Occurred | CELL |
| 27 | Location Desc | Patient's Cell |
| 28 | Event Type | SUICIDE |
| 29 | Event Type Desc | SUICIDE |
| 30 | Event Sub Type | HANGING |

< Prev. Page   Next Page >

GB005328

| Num | Question | Answer |
|---|---|---|
| 31 | Event Sub Type Descr | HANGING |
| 32 | Event Description | At 11:30 medical was notified of a medical emergency on the 5th floor. Per officers upon their arrival to cell patient was observed hanging from a sheet tied around his neck onto the bars. Patient was placed on the floor and CPR started. When medical staff arrived to cell patient was lying supine on the floor unconscious. Medical assisted officers until EMS arrived and took over patient care. |
| 33 | Was Treatment Provided? | Y |
| 34 | Treatment Provided | FIRSTAID |
| 35 | Treatment Provided Desc | First Aid |
| 36 | Practitioner Notified? | Y |
| 37 | Practitioner Notified Search | 34786 |
| 38 | Practitioner Notified Name | Everson, Ronald |
| 39 | Date Practitioner Notified | 10/27/2014 |
| 40 | Time Practitioner Notified (Military) | 11:30 |
| 41 | Was Patient Taken To Hospital? | Y |
| 42 | Client Aware? | N |
| 43 | Media Involved? | N |
| | WITNESS INVOLVED DETAILS | |
| 45 | Was Event Witnessed? | N |
| | EQUIPMENT INVOLVED DETAILS | |
| 47 | Equipment Involved? | Y |
| 48 | Equipment Involved | |
| 49 | Equipment Involved Unique Number | EQN0000332 |
| 50 | Select Equipment | DEFIB |
| 51 | Equip Name | Defibrillator |
| | OTHER PARTY DIRECTLY INVOLVED DETAILS | |
| 53 | Were Other Parties Directly Involved? | N |
| | REPORTER DETAILS | |
| 55 | Reported By Type | USER |
| 56 | Reported By | KWOOD-MONTGOMERY |
| 57 | Reporter Name | WOOD-MONTGOMERY, KIBIBI L |
| 58 | Reported Date | 10/27/2014 |
| 59 | Reported Time | 15:32 |
| 60 | How Reported | INCREPRT |

< Prev. Page   Next Page >

GB005329

| Num | Question | Answer |
|-----|----------|--------|
| 61 | Date Event Rprt Received | 10/27/2014 |
| 62 | Reportable? | Y |
| 63 | Days In Transit/Lag Time | 0 |
| 64 | Follow Up Required? | Y |
| 65 | Follow Up Entry | WKL0328574 |

< Prev. Page   Next Page >

GB005330

| Num | Question | Answer |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0328180 |
| 2 | Record ID of the record that owns this record | INC0060124 |
| 3 | Patient/Person involved name | WRIGHT, JONATHAN |
| 4 | Event Type | SUICIDE |
| 5 | Event Type Desc | SUICIDE |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITMGRFOL |
| 8 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 9 | Status | C |
| 10 | Entry By | SARTHOMAS |
| 11 | Entry By Name | THOMAS, SARAH |
| 12 | Follow up Date | 10/27/2014 |
| 13 | Follow Up Details/Descr | Further communications shall be subject to attorney client privilege in anticipation of potential litigation. |

Entry Completed

< Prev. Page   Next Page >

GB005331



This document is protected by the Peer Review statute of this state.

**Correct Care Solutions**
**Mortality Report and Review**
**PART III – REPORT AND RECOMMENDATIONS**
**FOLLOWING MORTALITY I**

12/14/15

Inmate Name (Last, First, MI): Wright, Jonathan

Inmate ID No: 468305

Status:
☐ Expected Death  ☐ Unexpected Death  ☒ Suicide

Date of Death: 10/27/14

Dash-
Entire team is new at site (since 8/31/15) Not familiar with this death to do an I.P.

Circumstances surrounding the incident – Did staff provide services at e community standard of care? Were applicable procedures followed? In death. Yes.

Emergency response was appropriate? Yes

Pre-existing medical conditions and/or psychiatric diagnoses. Include current medications:
Bipolar, Social Anxiety. Patient reported taking Lexapro on day 4 of incarceration. Denied at intake.

Precipitating Factors – Were there factors that may have led to this incident that need to be addressed through changes or adoption of policies, procedures or training? None.

Facility Procedures relevant to the incident – Were there procedures in existence appropriate for all aspects of the situation? Do any procedures require amendment or supplementation?
Procedures were appropriate. No procedures require amendment.

Training received by the staff – Were all responding personnel current with respect to training? Was available training adequate to address the situation presented? Are additional training topics warranted?
Training was adequate to address the situation.

Pertinent services and reports – Was medical staffing adequate as it related to this incident? Were people with appropriate skill levels available at times relevant to the incident? Were reports complete and accurate? Were appropriate and complete entries made in the medical records?
Staffing was adequate related to the incident. Staff with appropriate skill levels were available. Reports were complete + accurate. Appropriate + complete entries were made.

Interventions to reduce risks, improve patient care, or improve future outcomes.  This is to include suggested procedure(s)



This document is protected by the Peer Review statute of this state.

or physical plant recommendations:

Mental Health has begun to triage all MH referrals and see additional patients on weekends.

Other recommendations:

Training for Suicide risk factors / assessment for all staff in Corrections (Support staff)
Find a way to flag patients with past MH history in Xjail

Name and credential of person completing this document:

Sharolyn Richardson, RN, HSA

GB005333



CCS
CORRECT CARE

This document is protected by the Peer Review statute of this state.

## Correct Care Solutions
## Mortality Report and Review
### Part II – Mortality Review Meeting

| Inmate Name (Last, First, MI): | Inmate ID No: | Facility/Location of Mortality Review: |
|---|---|---|
| Wright, Jonathan | 468305 | Louisville Metro Department of Corr. |

| Status: | Date of Death: | Date of Mortality Review Meeting: |
|---|---|---|
| ☐ Expected Death   ☐ Unexpected Death   ☒ Suicide | 10/27/14 | 11/24/14 |

NOTE: The Mortality review is intended to be a multidisciplinary review of facts surrounding the incident prepared for counsel to render legal advice and assess liability, as well as to allow clinicians and custodial staff the opportunity to review the adequacy of policies, procedures and preparedness. Attendees will include site clinical directors (medical and mental health), Health Service Administrator, Director of Nursing, clinical staff members that provided direct care to the inmate, facility administration, security supervisory staff, custody staff assigned to the inmate, facility CQI coordinator, and any other multidisciplinary team member deemed appropriate for participation.

### Attendees

| Name | Title |
|---|---|
| Shanlyn Richardson, RN | Health Services Administrator CCS |
| Bibi Wood-Montgomery, MSSW | Mental Health Director CCS |
| Starr Judkins, RN | Director of Nursing CCS |
| Michelle Reed, LCE, LCP | Behavioral Health Manager CCS |
| Rozel Elazegui, MD | Regional Medical Director CCS |
| Donna Smith, MD | Psychiatrist CCS |
| Dwayne Clark | Chief of Staff LMDC |
| Eric Troutman | Deputy Director LMDC |

### Information Sources

The following information was considered in conjunction with the Mortality Review:

☒ Medical Record          ☒ Other: X Jail
☒ Facility Incident Report      ☐ Information from interview:
☐ Disciplinary Hearing Report     ☐ MH Staff ☐ CO ☐ Inmate ☐ Family ☐ Other: _____
☐ MAR for relevant period      ☐ Sources sought but not available: _____
☐ Facility Classification Record    _____

Autopsy Report available?   ☒ No  ☐ Yes   If yes, date: _____   If yes, attach.

### Additional Facts Developed at Mortality Review not in Reports or Records

None


CCS
CORRECT CARE

This document is protected by the Peer Review statute of this state.

## Correct Care Solutions
## Mortality Report and Review
### Part I – Death Informational Report

| Inmate Name (Last, First, MI): Wright Jonathan | Inmate ID No: 468305 | Date of Birth: 7/21/73 |
|---|---|---|

| Inmate Age: 41 | Marital Status: ☐ Married ☒ Single ☐ Divorced ☐ Separated | Family Status: 1 Child | Race/Ethnicity: W |
|---|---|---|---|

| Facility: Louisville Metro Department of Corrections | Hospital: University of Louisville ☐ N/A |
|---|---|

| Date of Intake: 10/23/14 @ 2040 | Withdrawal Protocol utilized? ☐ Yes ☒ No   Dates: | Mental Health referral at intake?: Yes |
|---|---|---|

| Date Incident Occurred: 10/27/14 | Time of Incident: 1129 | Location: ☐ GP ☐ Booking Cell ☒ Disciplinary Seg ☐ PC ☐ Admin Seg / Med Unit Housing ☐ Off site hospital ☐ Other: |
|---|---|---|

If on Administrative Segregation / Medical Housing / Off site hospital, Reason for Placement:

Type of Death: ☐ Expected Death ☐ Unexpected Death ☒ Suicide

Nature of Death: ☐ Cardiac ☐ Respiratory ☐ Cancer ☐ External injury ☐ Disease end stage ☐ Homicide ☒ Suicide

| Last seen by medical / mental health (date): 10/27/14 During Pill Call | Reason for last visit to medical: N/A |
|---|---|

Diagnosis 1 Bipolar

Diagnosis 2 Social Anxiety

Diagnosis 3 Substance Abuse (Methamphetamine)

| Current Charges / Offenses – Time served: Parole Violation Warrant | Incarceration status: ☐ Pre-trial ☒ Pre-sentence ☐ Sentenced |
|---|---|

## Medical History

| Current Medications | Dose | Frequency | Current Medical Diagnoses |
|---|---|---|---|
| Lexpro (Per pt. report) | unknown | unknown | Not verified |
| | | | |
| | | | |

Past Medical History (Medications, Hospitalizations, Procedures, Response/Outcome):
☐ None Noted

Patient reported Bipolar, Social Anxiety during intake. Reported taking Lexapro to Nurse on the morning of the incident.

Course of Recent Illnesses:
☒ None Noted

Request for Medical/Mental Health Services (Dates, Major Complaint/Outcomes):

11/23/14 2309. Requested MH referral. No Specified Complaint. Scheduled to see MHP on morning of incident

GB005335



This document is protected by the Peer Review statute of this state.

## Mental Health History

Prior suicide attempts / gestures?  Dates
none

| Current Psychiatric Medications | Dose | Frequency | Current Psychiatric Diagnoses |
|---|---|---|---|
| Lexapro | Unknown | Unknown | Per pt report |
| | | | |
| | | | |

Inmate Compliant with Psychotropic Medication:
☐ Yes  ☒ No

If No, Explain: Did not report medication during intake.

If Non-compliant, does the medical record documentation reflect that mental health addressed the issue with the inmate?  ☐ Yes  ☒ No

| Past Psychiatric Treatment | Date | Name of Provider/Hospital |
|---|---|---|
| **Inpatient** none | | |
| **Outpatient** Unknown | | |

Mental Health History/Course of Treatment While in Custody:
Mental Health referral completed on 10/23/14. Scheduled to see MHP by Mental Health Scheduler on 10/24/14 for 10/27/14. Patient incident occurred before MHP could see pt.

Social Status-Functioning (Past/Recent):
Unemployed

Substance Abuse History (Drug/Alcohol):
Daily use of Methamphetamines.

Comments:

## Facts and Circumstances of Death (Summary)

Patient found hanging from the bars of his cell by commissary staff. CPR was initiated and patient transported to the hospital via EMS where he later expired.

## Identity of Persons Relevant to Incident and Response (with position, e.g. Nurse, officer, inmate)

Ofc. Mangrum, Wiggins, Laws and Berry. Initiated CPR. Nurses Blandford, Wylie, Laws. Continuance of CPR. Dr. Everson, Site Medical Director.

CCS PD 01.07 Form 01 Mortality Review I

Rev. 06/01/2

GB005336



This document is protected by the Peer Review statute of this state.

**Chart Review Summary – Chronological relevant to event**

please See attached Chronological review.

Wright, Jonathan

DOB: 1/21/1973

CIN: 468305

| 10/23/2014 | Inmate booked into facility at 20:40 |
|---|---|
| | Inmate screened by medical at 23:09. His BP-132/88, P-96, Res-16, and O2- 100. He denied have any medical currents. He did report that he had been using meth all day. He denied having any suicidal ideation, past suicide attempts, or past hospitalizations. He did request a mental health referral for social phobia and bipolar. However he denied any current medications or treatments. He received patient education on coping skills and hygiene. |
| 10/26/14 | Inmate was cleared by medical at 06:00 for single cell per corrections request. |
| | Inmate seen by medical during nursing segregation rounds |
| 10/27/14 | At 09:00 inmate told medical nurse that he was not getting his medication. He reported taking Lexapro and that he got it from Kroger in Fern Creek. Nurse advised that she would give the important to mental health staff. Inmate showed no signs of distress. After nurse completed medication pass she informed Mental Health Professional. Inmate was already on the mental health list to be assessed. |
| | At 11:30 medical was notified of a medical emergency on the 5th floor. When medical arrived inmate was on the ground and corrections officers had started CPR. Medical assisted until EMS arrived. |
| | At 12:44 medical staff notified that inmate had expired |
| | |
| | |

Respectfully Submitted,

Kibibi Wood-Montgomery, CSW

Mental Health Director- LMDC

Jonathan Wright
468305

Louisville Metro Department of Corrections
H5S1#8

1/21/1973
10/27/2014

11:30
Hanging

## Incident:

Jonathan Wright was a 41 year old divorced Caucasian male. He was booked into Metro Corrections on Thursday October 23, 2014 at 20:40 and had a completed suicide on Monday October 27, 2014. Medical was notified that there was a medical emergency on the fifth floor at approximately 11:30. Trinity staff was on the fifth floor collecting commissary sheets and discovered that Mr. Wright had hung himself in his cell. The Trinity worker was shocked at the sight of Mr. Wright and yelled alerting staff that he was hanging. There was an approximately 15-20 second response time from correctional staff. According to staff statements and incident reports upon arrival to Mr. Wright's cell he was observed hanging. He had a sheet tied around his neck and attached onto the bars in his cell. At which time the officer called for assistance and the medical over the radio. Moments later according to medical staff they also received a call notifying them of the emergency. The officers were able to remove the sheet from the bars and move Mr. Wright to the ground. They then loosen the sheet from around his neck and began lifesaving procedures before medical staff arrived (approximately 4 minutes after the notification was received). When medical arrived the officers continued lifesaving procedures with the assistance of medical staff until EMS arrived at approximately 11:40. At approximately 12:18 EMS left Metro Corrections for the hospital. At approximately 12:28 Mr. Wright was pronounced dead by hospital staff. At approximately 12:45 Louisville Metro Police arrived to investigate the scene and the coroner transferred Mr. Wright to the coroner's office at approximately 14:13. Per corrections administration there was no suicide note discovered.

## Autopsy/toxicology findings:

As of November 17, 2014 there is no information available to this reviewer on the results of Mr. Wright autopsy.

## Background Information:

According to X-jail (jail management system) Mr. Wright had 11 prior incarcerations beginning in 2002 at Metro Corrections that totaled 228 days. His longest incarceration was for 107 days in 2008 from April to July. Some of his past charges include EPO violations, probation violations, drug related charges, non-support, and escape. His most recent charge was a probation violation. There is no information available to this reviewer on how he violated his probation.

During his most recent classification intake screening he reported that he had graduated from high school and had some college. At the time of incarceration he reported that he was unemployed. There is not much information available about Mr. Wright's family. However, he did list his sister as his emergency contact at intake. Addition responses to intake screening are noted below in the appropriate section.

**Mental Health History:**
The only information that is available to this reviewer is from 2012 through 2014. All information prior to 2012 has been archived and destroyed per policy. In addition Louisville Metro Department of Corrections updated their jail information system and the reviewer no longer has access to information prior to the update.  A review of the information available from Mr. Wright's prior incarcerations shows that in 2012 he was incarcerated for 12 days. During this incarceration he reported that he had been using Xanax 6 mg's daily for 3 months. Due to this he was placed on a detox monitor and documentation was completed. He also reported that he had a past history of taking Zoloft 100 mg's but had not taken it for the 2 months prior to this arrest. During this arrest he completed 2 health service request requesting medication for detox and Zoloft. He was scheduled to be evaluated by the mental health professionals on 11/19/12 but had to be rescheduled. Mr. Wright was released prior to his evaluation.

In 2013 Mr. Wright was incarcerated for 9 days. During this incarceration he reported using Xanax 3 mg's and a ½ gram of heroin daily for the past 10 years.  Because of this he was place on a detox monitor and the documentation was completed. He also reported a history of social anxiety and was prescribed Zoloft 100 mg. The nurse completed a release of information to Wal-Mart and his medication was verified and orders were given to the medical provider and his Zoloft started.  At that time he was 57% compliant. During this arrest there was not a mental health referral located.

A review of the most current intake (10/23/14, 20:40) shows that denied using any substances that would have lead medical staff to start him on a detox monitor. However, he did report that he had used meth on the day of his incarceration. He also stated that he had a diagnosis of bipolar disorder and social anxiety. However, he denied any current treatment, past hospitalizations, medications, and suicidal ideations.  Because of his responses to his intake screening a mental health referral was completed. The referral was scheduled for follow up by a mental health professional on 10/27/14. On Monday 10/27/14 Mr. Wright stopped the floor nurse during morning medication pass and requested to be restarted on his medication as he reported at this time that he was taken Lexapro in the community. After medication pass was complete that nurse went to the mental health office and reported Mr. Wright's request. The MHP reported to the nurse that he was scheduled to evaluate Mr. Wright that day.  However, Mr. Wright the self-harm attempt occurred prior to the MHP's arrival to the unit.

**Medical History:**
During Mr. Wright's prior incarcerations he was placed on detox monitors and started on detox protocol medications. There is no other information available to this reviewer on Mr. Wright's medical history.

**Institutional Functioning:**
Mr. Wright had 5 incident reports in X-jail. Three of his incidents were due to having contraband and the other 2 were when he went AWOL from the jail in 2007 and 2008. Although there were no other incidents reports available for review according to his "inmate notes-X-jail" he had a verbal argument with another inmate on October 26th and was removed from his dorm per the floor sergeant. Due to this classification staff made Mr. Wright and the other inmate "incompatibles". Per "inmate notes- X-jail" Mr. Wright was put on the move list to another dorm and the sergeant requested that classifications move him to a single cell. Per the "inmate notes- X-jail" this request was made because Mr. Wright refused to move into another dorm the reason for his refusal is unknown. There is no other information available to this reviewer to review about Mr. Wright's institutional functioning.

**Personality Dynamics:**
Although Mr. Wright had been admitted to the jail on several occasions over the past few years he had limited interactions with medical staff and no interaction with mental health staff since his 2012 admission going forward so no hypothesis or conclusion can be drawn ABOUT personality dynamics.

**Precipitating Events:**
According to jail administration it does not appear that Mr. Wright had any phone calls, visits, or court appearances that might have been precipitating events. Debriefing of staff and other offender assigned to the housing unit yielded no indications of possible precipitating event.

**Presuicidal Functioning:**
Other than the verbal altercation with another offender there appeared to be not events suggestive of abnormal functioning since the date of admission of Mr. Wright.

**Motive for Suicide:**
Per corrections administration there was no a suicide note find and given the lack of other information a hypothesis for motive of suicide cannot be reached in this case.

**Summary:**
Jonathan Wright was a 41 year old divorced Caucasian male. He was booked into Metro Corrections on Thursday October 23, 2014 at 20:40 and was found inside his cell hanging on Monday October 27, 2014 by Trinity staff. Medical was notified that there was a medical emergency on the fifth floor at approximately 11:30. According to staff incident reports when corrections staff arrived at Mr. Wright's cell he was observed hanging from a sheet he had tied around his neck and attached onto the bars in his cell. The officers were able to loosen the sheet from around his neck and begin lifesaving procedures. Approximately 12:18 EMS left Metro Corrections with Mr. Wright heading to the hospital. At approximately 12:28 Mr. Wright was pronounced dead by hospital staff.

In review of his record in the corrections system he had 11 prior incarcerations at Metro Corrections. Some of his past charges include EPO violations, probation violations, and drug related charges, non-support, and escape. During his most recent classification intake screening he reported that he had graduated from high school and had some college. He listed his sister as his emergency contact at intake. During his medical intake screening he reported that he had been used meth and had a diagnosis of bipolar disorder and social anxiety. However, he denied any current treatment, past hospitalizations, medications, and suicidal ideations. A referral was generated to mental health. Notably on 10/27/14 he reported to floor nurse that he was taking Lexapro in the community and would like it restarted. However he had the self-harm attempt before the mental health professional arrived to his unit to follow up on the intake referral. Although there was a verbal altercation with another offended overall there is insufficient information available to draw a hypothesis about motive for suicide.

**Recommendation:**
1) The mental health professional that is assigned to weekend duties will triage intake, health service request, and referrals for any individuals that require a face to face visit on Saturdays and Sundays. (Weekend coverage had previously been reserved for one to one visits for all clients on the mental health unit) This shift in weekend duties has already occurred and is being monitored by Kibibi Wood-Montgomery mental health coordinator.

GB005341

2) Consider offering suicide risk assessment training to all civilian on volunteer staff on an annual basis. Mental health coordinator and HSA will discuss this possibility with jail administration.

Kibibi L. Wood-Montgomery, CSW                    11-24-14

Dr. Donna Smith, MD                               11-24-14

Sharolyn Richardson, HSA                          11/24/14

Ronald Everson, MD                                11/24/14

GB005342

## Beth Horton

| | |
|---|---|
| **From:** | Beth Horton |
| **Sent:** | Tuesday, October 28, 2014 3:26 PM |
| **To:** | Sharolyn J. Richardson; Melissa Greer |
| **Cc:** | Kibibi Wood-Montgomery; Starr Judkins; Pamela Renee Poole; Stan Wofford; Johannes Dalmasy; Ilana Iacobovici; Stephen Goldberg; Judd Bazzel; Dean Rieger, MD; Charlene Donovan; Sarah Thomas (Sarah.Thomas@correctioncare.com); Dawn Ducote |
| **Subject:** | JW, DOD:  10/27/14 - Louisville, KY - Attorney-Client Privilege |
| **Attachments:** | Mortality forms.pdf |

Good afternoon,

Thank you for sending notification of the above death.  **Please note Sarah Thomas has invoked Attorney-Client privilege in this matter.  Please make sure all communication with this event is labeled Attorney-Client Privilege in the subject line and Sarah should be included in the "To" line.**

Please provide me with the reports listed below by the date specified:

- Death Informational Report – (Form CCS PD 01.07 Form 01) – due 7 days prior to Mortality Review
- Medical Records – DUE 11/3/14 – Please advise if in ERMA (no paper files accepted – please scan to disk or flash drive)
- Mortality Review must be held within 30 days of the event (by 11/26/14) – **Please see note below**
- Mortality Review Report and Recommendations (Form CCS PD 01.07 Form 03) due one (1) day after MR
- Mortality Review Meeting (Form CCS PD 01.07 Form 02-sign in sheet) due one (1) day after MR
- Improvement Plan due one (1) week after MR, if applicable – in DataTrk

**Please let me know as soon as possible two dates when the mortality review can be held and I will confirm with the Home Office which date is open for someone from Operations and from Clinical to attend.**  A complete set of forms with policies and procedures is attached for your convenience.

Please fax documents to my attention at **615-296-0449**.  If you have any questions, please contact me.

Thank you.

Beth

Beth Horton
Legal Assistant
Correct Care Solutions, LLC
1283 Murfreesboro Road, Suite 500
Nashville, TN 37217
Phone: 615-844-5512
Fax:  615-296-0449
Cell:  (309) 360-0762
Email: BHorton@correctcaresolutions.com

GB005343



This document is protected by the Peer Review statute of this state.

**Correct Care Solutions**
**Mortality Report and Review**
**PART III – REPORT AND RECOMMENDATIONS**
**FOLLOWING MORTALITY REVIEW**

| Inmate Name (Last, First, MI): Wright, Jonathan | Inmate ID No: 468305 | Facility/Location of Mortality Review: Louisville Metro Department of Corr |
|---|---|---|

| Status: ☐ Expected Death  ☐ Unexpected Death  ☑ Suicide | Date of Death: 10/27/14 | Date of Mortality Review Meeting: 11/24/14 |
|---|---|---|

Circumstances surrounding the incident -- Did staff provide services at each step of the process commensurate with the community standard of care? Were applicable procedures followed? Include interventions provided at the time of the death. Yes.

Emergency response was appropriate? Yes

Pre-existing medical conditions and/or psychiatric diagnoses. Include current medications:
Bipolar, Social Anxiety. Patient reported taking Lexapro on day 4 of incarceration. Denied at intake.

Precipitating Factors – Were there factors that may have led to this incident that need to be addressed through changes or adoption of policies, procedures or training? None.

Facility Procedures relevant to the incident – Were there procedures in existence appropriate for all aspects of the situation? Do any procedures require amendment or supplementation?
Procedures were appropriate. No procedures require amendment.

Training received by the staff – Were all responding personnel current with respect to training? Was available training adequate to address the situation presented? Are additional training topics warranted?
Training was adequate to address the situation.

Pertinent services and reports – Was medical staffing adequate as it related to this incident? Were people with appropriate skill levels available at times relevant to the incident? Were reports complete and accurate? Were appropriate and complete entries made in the medical records?
Staffing was adequate related to the incident. Staff with appropriate skill levels were available. Reports were complete + accurate. Appropriate + complete entries were made.

Interventions to reduce risks, improve patient care, or improve future outcomes. This is to include suggested procedure(s)

**CCS**
CORRECT CARE

This document is protected by the Peer Review statute of this state.

or physical plant recommendations:

Mental Health has begun to triage all MH referals and see additional patients on weekends.

Other recommendations:

Training for Suicide risk factors / assessment for all staff in Corrections (support staff)
Find a way to flag patients with past MH history in Xtail

Name and credential of person completing this document:

Sharolyn Richardson, RN, HSA

GB005345

| Num | Question | Response | |
|---|---|---|---|
| 1 | User Entering Event | TZEITZ | |
| 2 | Contract | 66 | |
| 3 | Contract Name | CCS-KY-Louisville Metro | |
| 4 | Event/Incident Number | 663632015000009 | |
| 5 | Master Event/Inc Number | 663632015000009 | |
| 6 | Facility/Campus | 363 | |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections | |
| 8 | Type of Facility | JAIL (A) | |
| | PATIENT/PERSON DETAILS | | |
| 10 | Patient Event? | Y | Edit |
| 11 | Type of Person | PATIENT | |
| 12 | Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 431177 | Edit |
| 13 | Medical Record # | 431177 | |
| 14 | Org/Per ID | OP00466098 | |
| 15 | Patient Name | Ashby, James | |
| 16 | Birth Date | 09/22/1979 | |
| 17 | Gender/Sex | MALE | |
| 18 | Admitting/Primary Diagnosis | | |
| 19 | Custody Date | 01/01/1900 | |
| 20 | EVENT DETAILS | | |
| 21 | Event Date | 10/04/2015 | Edit |
| 22 | Day Of Week | Sunday | |
| 23 | Patient Age At Time Of Event | 36 | |
| 24 | Patient Age Unit | Y | |
| 25 | Event Time (Military format) | 16:15 | Edit |
| 26 | Location Where Event Occurred | CELL | Edit |
| 27 | Location Desc | Patient's Cell | |
| 28 | Event Type | SUICATTP | Edit |
| 29 | Event Type Desc | SUICIDE ATTEMPT | |
| 30 | Event Sub Type | HANGING | Edit |
| 31 | Event Sub Type Descr | HANGING | |
| 32 | Event Description - Include PMH & Response by CCS | Patient was found hanging with his sheet in his cell. At 16:20 medical was notified that there had been a hanging. When medical arrived at the cell the officers had already started CPR. At 16:29 the AED was used. At 16:31 EMS arrived. At 16:40 the patient had a BP of 110/66 and a pulse. Patient was taken to U of L. | Edit |
| 33 | Was Treatment Provided? | Y | Edit |
| 34 | Treatment Provided | FIRSTAID | Edit |
| 35 | Treatment Provided Desc | First Aid | |
| 36 | Practitioner Notified? | Y | Edit |
| 37 | Practitioner Notified Search | | Edit |

1

GB005346

| 38 | Date Practitioner Notified | 10/04/2015 | Edit |
|---|---|---|---|
| 39 | Time Practitioner Notified (Military) | 17:16 | Edit |
| 40 | Was Patient Taken To Hospital? | Y | Edit |
| 41 | Client Aware? | Y | Edit |
| 42 | Media Involved? | N | Edit |
| | **WITNESS INVOLVED DETAILS** | | |
| 44 | Was Event Witnessed? | N | Edit |
| 45 | Witness Involved | | Edit |
| | **EQUIPMENT INVOLVED DETAILS** | | |
| 47 | Equipment Involved? | N | Edit |
| | **OTHER PARTY DIRECTLY INVOLVED DETAILS** | | |
| 49 | Were Other Parties Directly Involved? | N | Edit |
| | **REPORTER DETAILS** | | |
| 51 | Reported By Type | USER | |
| 52 | Reported By | TZEITZ | |
| 53 | Reporter Name | ZEITZ, TERESA M | |
| 54 | Reported Date | 10/04/2015 | |
| 55 | Reported Time | 17:17 | |
| 56 | How Reported | INCREPRT | |
| 57 | Date Event Rprt Received | 10/04/2015 | |
| 58 | Reportable? | Y | |
| 59 | Days In Transit/Lag Time | 0 | |
| 60 | Follow Up Required? | Y | |
| 61 | Follow Up Entry | WKL0380410 | Edit |

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0376695 |
| 2 | Record ID of the record that owns this record | INC0064467 |
| 3 | Patient/Person involved name | ASHBY, JAMES |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITUSRREV |
| 8 | Type Of Follow Up Desc | Initial User Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 10/04/2015 |
| 13 | Follow Up Details/Descr Entry Completed | Medical was notified that the patient was intubated. |

| Num | Question | Response |
|---|---|---|

GB005347

| 1 | Unique number to identify the workload entry | WKN0376699 |
|---|---|---|
| 2 | Record ID of the record that owns this record | INC0064467 |
| 3 | Patient/Person involved name | ASHBY, JAMES |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITUSRREV |
| 8 | Type Of Follow Up Desc | Initial User Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 10/04/2015 |
| 13 | Follow Up Details/Descr | Patient custody date was 9/3/15 for possession of controlled substance (meth and Heroin), possession of a firearm, drug paraphernalia. Patient was place on detox monitor from 9/3 -9/5 which he was then released from and moved to CCC. He came back from CCC on 10/2 for a write up from being in a fight. At time of intake patient did not mention a mental health history. Patient had H and P on 9/18 where he told the nurse that in 2009 he had attempted suicide by cutting. He also told the nurse that he was hospitalize and received outpatient treatment. He said that he was on psychotropic medication were not identified. The summary was that the patient had no mental health issues and approved for GP. Patient was ordered Mobic 15mg QD and neurotin 400mg BID on 9/30 and the patient was compliance until the 10/3 and 10/4 when he was moved to the main jail. The CMT and officer went into the cell to check to see if anyone needed anything and the patient did not ask for his meds. Patient has 18 screws in his left hand and a ROI was filled out to get records regarding his hand. |
| 14 | Entry Completed | |

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0377244 |
| 2 | Record ID of the record that owns this record | INC0064467 |
| 3 | Patient/Person involved name | ASHBY, JAMES |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | SUICATTREV |
| 8 | Type Of Follow Up Desc | Suicide Attempt Review |
| 9 | Status | C |
| 10 | Entry By | KHBROWN |
| 11 | Entry By Name | BROWN, KATHERINE H |

3

GB005348

| 12 | Follow up Date | 10/07/2015 |
|----|----|----|
| 13 | Describe Self-Harm Event | Patient was found hanging in his cell in segregation on 10/4/15. Corrections staff started CPR and contacted medical staff and EMS. Medical staff took over CPR until the EMS arrived. |
| | **ATTEMPTED SUICIDE REVIEW DETAILS** | |
| 15 | CIWA/COWS Protocol? | REMOTE7DAY |
| 16 | Housing Type at the time of the event | SEGRSINGLE |
| 17 | Any prior self harm attempts? | ARRE12M |
| 18 | Prior SW at facility? | NO |
| 19 | Recent hunger strike? | NO |
| 20 | Recent or upcoming court/parole? | UPCOM>30D |
| 21 | Medical issues that are a source of stress | NO |
| 22 | Category of current charges | FELONY |
| 23 | Negative Family/Friend Interaction? | N |
| 24 | If the client was prescribed psychotropic medication at the time of the event, does a review of the MAR indicate compliance over the past four (4) weeks? | NA |
| 25 | If non-compliance was noted, was mental health staff notified? | NA |
| 26 | Describe the services provided to the client, noting dates of recent appointments going back at least one month. Indicate if self-harm concerns were addressed in any visit. *Please not if the client was not actively enrolled in mental health services a the time of the event. | Patient was on detox protocol and was referred by nursing to MH. Patient was seen by MHP on 9/5/15. A MH evaluation was not completed. The progress note indicated that he had attempted suicide 3 years ago and that he had a psychiatric hospitalization. |
| 27 | What appears to be the precipitating factors for the self-harm event? Include current release date and length of sentence if known, expound upon other answers if further information is available, and describe actions taken by Mh to encourage compliance, if applicable. | Patient had been in a fight on 10/2/15 and he was brought to segregation. No other factors were evident. |
| 28 | Were relevant site procedures followed regarding the care an | N |
| | **Entry Completed** | |

| Num | Question | Response |
|----|----|----|
| 1 | Unique number to identify the workload entry | WKN0377252 |

4

GB005349

| 2 | Record ID of the record that owns this record | INC0064467 |
|---|---|---|
| 3 | Patient/Person involved name | ASHBY, JAMES |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | SENIORCLIN |
| 8 | Type Of Follow Up Desc | Senior Clinician Review |
| 9 | Status | C |
| 10 | Entry By | KHBROWN |
| 11 | Entry By Name | BROWN, KATHERINE H |
| 12 | Follow up Date | 10/07/2015 |
| 13 | Follow Up Details/Descr | Patient's chart was reviewed. Patient did not initially admit to having any MH history at intake. Patient was referred to MH due to his being on detox protocol. MHP interviewed the patient, but did not complete an evaluation. Patient revealed to MHP that he had attempted suicide 3 years prior and that he had been treated in a psychiatric hospital. Patient was seen for his H and P. He gave the nurse a positive history related to suicide, IP treatment and previous treatment with psychotropic medication. A referral was not made to MH at that time. He had not been seen by MH staff while he was in segregation (48 hours). |
| 14 | Entry Completed | |

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0378181 |
| 2 | Record ID of the record that owns this record | INC0064467 |
| 3 | Patient/Person involved name | ASHBY, JAMES |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | IMPROVPLAN |
| 8 | Type Of Follow Up Desc | Improvement Plan |
| 9 | Status | C |
| 10 | Entry By | KHBROWN |
| 11 | Entry By Name | BROWN, KATHERINE H |
| 12 | Follow up Date | 10/12/2015 |
| 13 | Follow Up Details/Descr | Patient had a mental health history of having attempted suicide, having taken psychotropic medication and having been in inpatient treatment at a psychiatric hospital. No Mental Health Assessment was completeted. |
| | IMPROVEMENT PLAN DETAILS | |
| 15 | Enter Descr of Issue/Deficiency | Mental Health staff completed a progress note instead of a Mental Health Screening and Evaluation. |

5

GB005350

| 16 | * Goal/Targeted Change | Mental Health Professionals will complete a MH Screening and Evaluation when any patient gives the information that they have ever attempted suicide, ever taken psychotropic medication or ever had inpatient psychiatric treatment. An assessment will be completed regardless of the initial reason for the referral. |
|---|---|---|
| 17 | * Enter Descr of Action Steps | Mental Health Coordinator will discuss with staff at a staff meeting the requirement to complete an MH Screening and Evaluation whenever a patient reports a positive history of having attempted suicide, having ever taken psychotropic medication or ever having treatment in a psychiatric hospital. |
| 18 | Responsible Persons | Laura Duke, LMFT Mental Health Coordinator |
| 19 | * Target Date | 10/23/2015 |
| 20 | * Re-Evaluation Date | 12/31/2015 |
| | Entry Completed | |

GB005351

Inmate Name: James Ashby
Inmate Number: 431177

Institution: Louisville Metro Department of Corrections
Housing: H6W-9

Date of Birth: 9/22/1979
Date of Death: 10/21/2015

Time Discovered: 16:16
Method: ASPHYXIATION BY HANGING

I.  INCIDENT: James Ashby, a 36 year old, single, Caucasian male died on 10/21/2015.
On 10/4/2015, at approximately 16:16, Mr. Ashby was found by Officer Stigall while Stigall was serving chow. Mr. Ashby was found hanging in his cell (H6W-9 disciplinary segregation) from the bars with a sheet tied around his neck. Officer Stigall attempted to cut the sheet with the 'knife-for-life' but was unable to cut him down. The officer then was able to untie the sheet from the bars releasing Mr. Ashby.  Nurse Brown was the first medical staff to arrive between 16:20 and 16:24. Mr. Ashby was unresponsive with no pulse. Corrections Officers J. Horn and C. Mabrey started CPR and AED was utilized but not advised to shock. Then the AED advised to shock; CPR was restarted by corrections officers. Pulse was found and lost off and on.  The Fire department arrived at 16:29 and EMS at approximately 16:34. Mr. Ashby was transported to University of Louisville hospital via EMS and placed in the intensive care unit, (ICU). No suicide note was found.
Inmate Ashby was released from custody on 10/6/2015. Ashby never recovered and was removed from life supports and died on 10/21/2015.

II.  AUTOPSY/TOXICOLOGY FINDINGS:

    Unknown

III.  BACKGROUND INFORMATION: Mr.  Ashby was incarcerated on 9/3/2015 following an executed search warrant. He was charged with possession of a controlled substance, possession of a firearm, and drug paraphernalia on 9/10/2015. Mr. Ashby had been incarcerated for 31 days prior to his suicidal behavior on 10/4/2015. According to jail records, Mr. Ashby had 19 prior arrests including forgery, contempt of court, operating a motor vehicle with a suspended or revoked driver's license, terroristic threatening, burglary, assault, and public intoxication.

According to X-Jail, Mr. Ashby had reported having an 8th grade education and stated that he was unemployed.   Mr. Ashby listed his mother and his sister as his emergency contacts. He had one child. According to records in X-Jail Mr. Ashby indicated no religious preference. He

GB005352

was described as having facial piercings and numerous tattoos all over his body, including face and both arms. Mr. Ashby denied any gang affiliation.

Mr. Ashby was sent to the Community Corrections Center (CCC) from the main jail on 9/6/2015 and returned to the main jail on 10/2/2015 after a physical altercation at CCC with another inmate. X-Jail notes indicate that while he was at CCC he requested to be a work-aid on 9/8/2015 and 9/17/2015. He was denied on 9/9 with a statement that he had a trafficking charge and would be going to court on 9/10/2015. On 9/10/2015 Mr. Ashby was informed of added charges.

IV.     MENTAL HEALTH HISTORY: On 9/3/2015 Mr. Ashby was referred to mental health staff for assessment due to being placed on detox protocol on 9/3/2015. On 9/5/2015 MHP Da'Meca Jermain saw Mr. Ashby. She noted that Mr. Ashby had attempted suicide 3 years ago by cutting himself. He had one psychiatric hospitalization at Our Lady of Peace.

V.      MEDICAL HISTORY: Mr. Ashby was placed on detox protocol on 9/3/2015. He told MH staff on 9/5/2015 that he was not experiencing any withdrawal symptoms. He stated that he was only placed on detox because of his drug charges. He was cleared from detox on 9/5/2015. Mr. Ashby was seen by Nurse Lucas on 9/18/2015 for his Medical History and Physical Assessment. At that time he reported no significant medical problems.
On 9/22/2015 Mr. Ashby requested pain medication due to a surgery on his right wrist he had had on 7/20/2015.  Mr. Ashby was prescribed Gabapentin 400 mg BID for 90 days and Mobic 15 mg Q day for 90 days.

VI.     INSTITUTIONAL HISTORY: While at CCC Mr. Ashby was involved in a fight on 10/02/2015. Mr. Ashby told corrections staff that the other inmate hit him so he started choking the peer. As a result, Mr. Ashby was transferred to the main jail and housed in disciplinary segregation.

Mr. Ashby had a previous fight at Louisville Metro in June 2011, according to X-Jail. It appeared that Mr. Ashby had bitten the other inmate breaking his skin. He served 10 days of disciplinary segregation. Although he had been incarcerated more than a dozen times at Louisville Metro, these were the only disciplinary problems listed in X-Jail. In records dating back to 2005 Ashby was described as cooperative in several notes.

VII.    PERSONALITY DYNAMICS: Based on arrest record beginning in 2005, Mr. Ashby has had a history of violent behaviors as evidenced by 2 past incidents of fights resulting in physical injury to his peer.  He also had a history of arrests for assault and terroristic threatening, contempt of court, forgery, burglary, and operating without a driver's license. Mr. Ashby seems to have struggled with anger management and impulsivity. He also had numerous alcohol and drug related charges indicating a probable substance abuse problem. With a history of 19 arrests, Mr. Ashby appeared to have a disregard for adhering to social norms indicating antisocial personality traits.

GB005353

VIII.    PRECIPITATING EVENTS: While incarcerated Mr. Ashby had his 36th birthday on 9/22/2015. Mr. Ashby's altercation at CCC occurred on 10/2/15. As a result of the altercation Mr. Ashby was transferred back to main jail and housed in a single cell in disciplinary segregation.

IX.    PRESUICIDAL FUNCTIONING: Mr. Ashby had been in CCC for approximately one month prior to the altercation which led to his placement in segregation in the main jail. While at CCC Mr. Ashby had asked to be a work aide on two occasions.  Just prior to the altercation Mr. Ashby was on the telephone when he became annoyed with another inmate and a fight ensued.  No additional documentation is recorded regarding Mr. Ashby's functioning prior to his suicidal behavior.

The present risk factors were his prior suicide attempt approximately 3-6 years ago, his incarceration and the altercation at CCC with subsequent placement in single cell disciplinary segregation. Mr. Ashby's telephone call just prior to the altercation is suspect as a potential instigating factor. No suicide note was found.

X.    MOTIVE FOR SUICIDE: A combination of factors likely led Mr. Ashby to suicide such as potential lengthy incarceration with very little hope for the future. Mr. Ashby's lack of education, job skills/experience, coping skills, and his poor impulse control likely contributed to his decision. However, Mr. Ashby's specific emotional state at the time of incident was unknown.

XI.    SUMMARY/CONCLUSIONS: James Ashby, a 36 year old, Caucasian male was removed from life supports and died at University of Louisville Hospital after attempting suicide on 10/4/2015 while incarcerated at Louisville Metro Department of Corrections. Mr. Ashby had just returned from the Community Corrections Center (CCC) after getting into a physical altercation with a peer. As a result, Mr. Ashby was placed in disciplinary segregation.  During evening chow pass, a corrections officer noticed Mr. Ashby hanging from the cell bars from a sheet tied around his neck. Backup was called and nursing arrived on the scene to assist while CPR had already been initiated by corrections officers, including use of AED. Mr. Ashby was then transported by EMS to University hospital where he was placed on life supports.

Mr. Ashby's incarceration began on 9/3/2015 after officers executed a search warrant and found illegal substances.  He was referred to mental health staff for assessment due to being placed on detox protocol. Mental health saw Mr. Ashby who reported he had attempted suicide 3 years ago by cutting himself.  He also reported at least one prior psychiatric hospitalization. Mr. Ashby's lack of education, job skills/experience, coping skills, and his poor impulse control likely contributed to his suicide attempt decision.

GB005354

XII.    RECOMMENDATIONS: Behavioral health professionals will complete a full evaluation on every patient who has had prior suicide attempts and/or psychotropic medications or inpatient psychiatric hospitalizations for mental health.  Any inmate with a prior suicide attempt will not be housed in cells with bars and a 'no bars alert' and will be assigned in X-Jail.

XIII.    REVIEW AND SIGNATURES

_____    _____
Teresa Wallace, HSA                        Date
                                          1-4-16

_____    _____
Laura Duke, MHC                            Date
                                          1/4/16

GB005355

This docur___ ___s protected by the Peer Revi___ ___ tute of this state.

## DEATH REPORT
## SUICIDE



Form must be completed within one business day of a death and submitted to the Corporate or Regional CQI Coordinator.
(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

| IDENTIFYING INFORMATION | | |
|---|---|---|
| Site Name:   (Do Not Abbreviate) Louisville Metro KY | Site Number: 363 | Date of Death: 02/16/15 |
| Patient Name: Bolton | | Custody Date: / / |
| Inmate Number: 595460 | ☑ Male  ☐ Female   Birth Date: 6/12/96 | Today's Date: 3/28/16 |

| MORTALITY REVIEW TRACKING | |
|---|---|
| PATIENT SAFETY ~~Chief Medical~~Officer Review Date Review Completed: 3/28/16 (mm/dd/yy) Signature: Comments: | Regional Medical Director Review Date Review Completed: __/__/__ (mm/dd/yy) Signature: Comments: |
| Corporate Director of Mental Health Services Review Date Review Completed: __/__/__ (mm/dd/yy) Signature: Comments: | Regional Mental Health Director Review (if event in region) Date Review Completed: __/__/__ (mm/dd/yy) Signature: Comments: |
| Regional Psychiatric Director Review (if event in region) Date Review Completed: __/__/__ (mm/dd/yy) Signature: Comments: | Corporate CQI Review Date Review Completed: 3/29/16 (mm/dd/yy) Submitted For Risk Management Review? Signature: Comments: |
| Corporate Psychiatric Director Review Date Review Completed: __/__/__ (mm/dd/yy) Signature: Comments: | |

This form and worksheet is completed as part of the CCS QI program, and it is exempt from discovery.

GB005356

| Num | Question | Answer |
|-----|----------|--------|
| 1 | User Entering Event | SJUDKINS |
| 2 | Contract | 66 |
| 3 | Contract Name | CCS-KY-Louisville Metro |
| 4 | Event/Incident Number | 663632015000001 |
| 5 | Master Event/Inc Number | 663632015000001 |
| 6 | * Facility/Campus | 363 |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections |
| 8 | Type of Facility | JAIL (A) |
| | PATIENT/PERSON DETAILS | |
| 10 | * Patient Event? | Y |
| 11 | * Type of Person | PATIENT |
| 12 | * Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 595460 |
| 13 | Medical Record # | 00595460 |
| 14 | * Org/Per ID | OP00391011 |
| 15 | Patient Name | Bolton, Franklin |
| 16 | Birth Date | 01/21/1996 |
| 17 | Gender/Sex | MALE |
| 18 | Admitting/Primary Diagnosis | |
| 19 | Custody Date | 01/01/1900 |
| | EVENT DETAILS | |
| 21 | * Event Date | 02/16/2015 |
| 22 | Day Of Week | Monday |
| 23 | Patient Age At Time Of Event | 19 |
| 24 | Patient Age Unit | Y |
| 25 | Event Time (Military format) | 06:50 |
| 26 | * Location Where Event Occurred | CELL |
| 27 | Location Desc | Patient's Cell |
| 28 | * Event Type | DEATHUNEX |
| 29 | Event Type Desc | DEATH UNEXPECTED |
| 30 | Event Sub Type | SUICIDE |

< Prev. Page   Next Page >

GB005357

| Num | Question | Answer |
|---|---|---|
| 31 | Event: Sub Type Descr | SUICIDE |
| 32 | Event Description | On the date of 2/16/15 at the hour of 0615, Medical was notified of a possible hanging. When medical arrived on 5 East, Officers were on south 1 single cell # 5. Officers were in the single cell performing CPR on patient (Bolton, Franlin cin#595460). Nurse Hatcher assisted with the CPR and Nurse Reese went to the control room to get the emergency bag, 02 tank and AED. At 0618 Sgt. notified main control by radio to call EMS. At the hour of 0622 the AED was applied to Patient Bolton, and CPR continued by Officers and Medical staff. EMS arrived at 0629. Louisville fire and EMS took over the CPR, inmate was removed from the cell and placed in the hallway. EMS and Louisville fire continue CPR, Patient Bolton was placed on the stretcher and escorted off Seast at 0644. EMS and Louisville fire were escorted to the old sally port and patient Bolton placed in EMS truck at the time of 0646. EMS departed at 0652. Patient booked 12/29/2015, seen by mental health 1/3/2015, nursing issued a referral on 1/5/2015 for patient to see psych for medications, mental health saw patient again on 1/6/2015 and patient was placed on Dr. List. Dr. Smith saw patient on 1/8/2015 and he refused to speak with Dr. Smith no medications prescribed at this time. Psych Records were received from QLOP with medication verification, Dr. Smith saw patient on 1/15/2015 and started on Depakote and Celexa. On 2/3/2015 Patient refused to see psychiatrist and suicide happened on 2/16/2015. |
| 33 | Was Treatment Provided? | Y |
| 34 | Treatment Provided | FIRSTAID |
| 35 | Treatment Provided Desc | First Aid |
| 36 | Practitioner Notified? | Y |
| 37 | Practitioner Notified Search | 34786 |
| 38 | Practitioner Notified Name | Everson, Ronald |
| 39 | Date Practitioner Notified | 02/16/2015 |
| 40 | Time Practitioner Notified (Military) | 06:20 |
| 41 | Was Patient Taken To Hospital? | Y |
| 42 | Client Aware? | N |
| 43 | Media Involved? | N |
|  | WITNESS INVOLVED DETAILS | |
| 45 | Was Event Witnessed? | N |
|  | EQUIPMENT INVOLVED DETAILS | |
| 47 | Equipment Involved? | Y |
| 48 | Equipment Involved | |
| 49 | Equipment Involved Unique Number | EQN0000510 |
| 50 | Select Equipment | DEFIB |
| 51 | Equip Name | Defibrillator |
|  | OTHER PARTY DIRECTLY INVOLVED DETAILS | |
| 53 | Were Other Parties Directly Involved? | N |
|  | REPORTER DETAILS | |
| 55 | Reported By Type | USER |
| 56 | Reported By | SJUDKINS |
| 57 | Reporter Name | JUDKINS, STARR N |
| 58 | Reported Date | 02/16/2015 |
| 59 | Reported Time | 13:53 |
| 60 | How Reported | INCREPRT |

« Prev Page  Next Page »

GB005358

| Num | Question | Answer |
|-----|----------|--------|
| 61 | * Date Event Rprt Received | 02/16/2015 |
| 62 | Reportable? | Y |
| 63 | Days In Transit/Lag Time | 0 |
| 64 | Follow Up Required? | Y |
| 65 | **Follow Up Entry** | |

< Prev. Page   Next Page >

GB005359

Franklin Bolton
363-KY
Louisville

# MORTALITY REVIEW

## 3/10/2015

1. Starr N. Judkins RN, HSA

2. Charlene Donovan PhD, Chief of Behavioral Health Services

3. Donna J. Smith MD

4. Yulebe L. Wood, CSW

5. Yvette Riker   RVP

6. Chris Boye, Ce VP.

7. Major Davis

8. Mark E. Bolton

9. John McCauley, attorney via telephone vs

10. Martin Baker   Mark C. 3E   Offender Services

GB005360

## DEATH REPORT
## SUICIDE



Form must be completed within one business day of a death and submitted to the Corporate or Regional CQI Coordinator.

(CONFIDENTIAL-DO NOT FILE IN PATIENTS RECORDS)

**IDENTIFYING INFORMATION**

| | | |
|---|---|---|
| Site Name: *(Do Not Abbreviate)* Louisville Metro Department of Corrections | Site Number: 363 | Date of Death: 01/08/14 |
| Patient Name: Moore, Laron | | Custody Date: 07/14/13 |
| Inmate Number: 513297 | ☑ Male ☐ Female   Birth Date: 11/07/92 | Today's Date: 01/13/14 |

**FACILITY REVIEW**

Recent Mental Health Contacts (<1month):
☐ MH Request  ☑ Special Needs  ☐ Crisis Level
☐ Psychiatry contact  ☐ Group/Ind  ☐ Seg Rev/Rnds
☐ None  ☐ Other _____

Relevant Medical Conditions:
☑ None  ☐ DM  ☐ HTN  ☐ COPD  ☐ CAD  ☐ HIV Disease
☐ CHF  ☐ CVA  ☐ ETOH  ☐ Renal Insufficiency
☐ Hepatic Insufficiency  ☐ Other _____

Axis I: mood d/o nos  Axis II: Antisocial Personality D/O
Axis III:  Axis IV:
Axis V:

Medications:
Celexa 20mg     Zyprexa 10mg hs
Zyprexa 5mg     Trazodone 100mg hs

**TYPE OF DEATH**

Method Used:
☑ Hanging  ☐ Cutting  ☐ Overdose
☐ Unknown  ☐ Other _____

**LOCATION OF ATTEMPT**

Within Correctional Facility:
☐ General Population  ☐ Infirmary  ☐ Intake/Booking
☑ Segregation  ☐ Other _____
☐ Single Man Cell  ☐ Multiman Cell

Prior Attempts:  ☑ Yes  ☐ No

Suicide Note Found:  ☐ Yes  ☑ No

Preliminary (Suspected) Cause of Death: Suicide

**MORTALITY REVIEW TRACKING**

Facility CQI Review Completion
Date Review Completed: _/_/_ (mm/dd/yy)
Date This Form Completed: _/_/_ (mm/dd/yy)
Signature And Title Of Person Completing This Form:
Comments:

Regional Medical Director Review
Date Review Completed: _/_/_ (mm/dd/yy)
Signature:
Comments:

Regional Mental Health Director Review (if event in region)
Date Review Completed: _/_/_ (mm/dd/yy)
Signature:
Comments:

Corporate Director of Mental Health Services Review
Date Review Completed: 12/5/14 (mm/dd/yy)
Signature: Charlene Donovan PhD LP
Comments: The Psych autopsy and improvement plan

Regional Psychiatric Director Review (if event in region)
Date Review Completed: _/_/_ (mm/dd/yy)
Signature:
Comments:

Chief Medical Officer Review
Date Review Completed: 12/23/14 (mm/dd/yy)
Signature:
Comments:

Corporate CQI Review
Date Review Completed: 12/31/14 (mm/dd/yy)
Submitted For Risk Management Review ☐ Y ☐ N
Signature:
Comments:

*This form and worksheet is completed as part of the CCS QI program, and it is exempt from discovery.*

CCS PD 01 08 Form 01 – Death Report Suicide
05/01/10

Page 1 of 1  C Donovan PhD LP

are not included although they were both completed and reviewed by this writer who attended MR in person. OB VP request all paperwork submitted to legal. Legal reports they don't have it. Site will look for copys of improvement plan bnc MK believes all copys of solutions were ...

GB005361

| Num | Question | Answer | |
|-----|----------|--------|---|
| 1 | User Entering Event | SJRICHARDSON | Edit |
| 2 | Contract | 66 | Edit |
| 3 | Contract Name | CCS-KY-Louisville Metro | Edit |
| 4 | Event/Incident Number | 663632014000001 | Edit |
| 5 | Master Event/Inc Number | 663632014000001 | Edit |
| 6 | ˮ Facility/Campus | 363 | Edit |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections | Edit |
| | PATIENT/PERSON DETAILS | | |
| 9 | ˮ Patient Event? | Y | Edit |
| 10 | ˮ Type of Person | PATIENT | Edit |
| 11 | ˮ Patient Search -- Enter Last Name and Click SEARCH - ˮ NOT FOUND - Click ADD PATIENT | 563297 | Edit |
| 12 | Medical Record = | 00563297 | Edit |
| 13 | Org/Fer ID | OP00283321 | Edit |
| 14 | Patient Name | Moore, Laron | Edit |
| 15 | Birth Date | 11/07/1992 | Edit |
| 16 | Gender/Sex | MALE | Edit |
| 17 | Admitting/Primary Diagnosis | | Edit |
| 18 | Custody Date | 07/14/2013 | Edit |
| | EVENT DETAILS | | |
| 20 | ˮ Event Date | 01/04/2014 | Edit |

‹ Prev Page   Next Page ›

| Num | Question | Answer | |
|---|---|---|---|
| 21 | Day Of Week | Saturday | Edit |
| 22 | Patient Age At Time Of Event | 21 | Edit |
| 23 | Patient Age Unit | Y | Edit |
| 24 | Event Time (Military format) | 16:45 | Edit |
| 25 | Location Where Event Occurred | CELL | Edit |
| 26 | Location Desc | Patient's Cell | Edit |
| 27 | Event Type | SUICATTP | Edit |
| 28 | Event Type Desc | SUICIDE ATTEMPT | Edit |
| 29 | Event Sub Type | HANGING | Edit |
| 30 | Event Sub Type Descr | HANGING | Edit |
| 31 | Event Descriptor | Patient was found hanging in his cell. CPR performed by medical and corrections staff. Patient currently in ICU at University of Louisville Hospital. | Edit |
| 32 | Was Treatment Provided? | Y | Edit |
| 33 | Treatment Provided | OFFSITEIN | Edit |
| 34 | Treatment Provided Desc | Offsite In | Edit |
| 35 | Practitioner Notified? | Y | Edit |
| 36 | Practitioner Notified Search | 000000000 | Edit |
| 37 | Practitioner Notified Name | Chudleigh, James | Edit |
| 38 | Date Practitioner Notified | 01/04/2014 | Edit |
| 39 | Time Practitioner Notified (Military) | 15:30 | Edit |
| 40 | Was Patient Taken To Hospital? | Y | Edit |

< Prev, Next, Start date >

GB005363

| Num | Question | Answer | |
|---|---|---|---|
| 41 | Client Aware? | Y | Edit |
| 42 | * Media Involved? | N | Edit |
| | WITNESS INVOLVED DETAILS | | |
| 44 | * Was Event Witnessed? | N | Edit |
| | EQUIPMENT INVOLVED DETAILS | | |
| 46 | * Equipment Involved? | N | Edit |
| | OTHER PARTY DIRECTLY INVOLVED DETAILS | | |
| 48 | * Were Other Parties Directly Involved? | N | Edit |
| | REPORTER DETAILS | | |
| 50 | * Reported By Type | USER | Edit |
| 51 | * Reported By | SJRICHARDSON | Edit |
| 52 | * Reporter Name | RICHARDSON, SHAROLYN J | Edit |
| 53 | * Reported Date | 01/06/2014 | Edit |
| 54 | * Reported Time | 08:18 | Edit |
| 55 | How Reported | INCREPRT | Edit |
| 56 | * Date Event Rprt Received | 01/06/2014 | Edit |
| 57 | Reportable? | Y | Edit |
| 58 | Days In Transit/Lag Time | 2 | Edit |
| 59 | Follow Up Required? | Y | Edit |
| 60 | Follow Up Entry | WKL0317004 | Edit |

‹ Prev Page   Next Page ›

GB005364

| Num | Question | Answer | |
|-----|----------|--------|---|
| 1 | Unique number to identify this recorded entry | WKN0317039 | Edit |
| 2 | Record ID or the record that owns this record | INC00593180 | Edit |
| 3 | Patient/Person involved name | MOORE, LARON | Edit |
| 4 | Event Type | SUICATTP | Edit |
| 5 | Event Type Desc | SUICIDE ATTEMPT | Edit |
| 6 | Workload Type | 0 | Edit |
| 7 | Type Of Follow Up Being Performed | INITIALSSREV | Edit |
| 8 | Type Of Follow Up Desc | Initial User Follow Up | Edit |
| 9 | Status | C | Edit |
| 10 | Entry By | SJRICHARDSON | Edit |
| 11 | Entry By Name | RICHARDSON, SHAROLYN J | Edit |
| 12 | Follow Up Date | 01/07/2014 | Edit |
| 13 | Follow Up Details Descr | Received updated from UofL Hospital. Patients family has decided not to take him off life support despite poor prognosis. Doctors report zero chance of recovery or improvement. No gag reflex, no response to painful stimuli. Patient family and doctors considering the placement of a feeding tube. | Edit |

Entry Completed

| Num | Question | Answer | |
|-----|----------|--------|---|
| 1 | Unique number to identify the workload entry | WKN0317066 | Edit |
| 2 | Record ID of the record that owns this record | INC0059180 | Edit |
| 3 | Patient/Person involved name | MOORE, LARON | Edit |
| 4 | Event Type | SUICATTP | Edit |
| 5 | Event Type Desc | SUICIDE ATTEMPT | Edit |
| 6 | Workload Type | O | Edit |
| 7 | Type Of Follow Up Being Performed | INITIALSKREV | Edit |
| 8 | Type Of Follow Up Desc | Initial User Follow Up | Edit |
| 9 | * Status | C | Edit |
| 10 | * Entry By | SJRICHARDSON | Edit |
| 11 | Entry By Name | RICHARDSON, SHAROLYN J | Edit |
| 12 | * Follow up Date | 01/08/2014 | Edit |
| 13 | * Follow Up Details/Descr | Patient passed away at 1332 today. He was still connected to the vent, but his family had made him a DNR. | Edit |

Entry Completed

GB005366

## REPORT OF FACILITY MORTALITY REVIEW

Form must be completed within 30 days of Death.  Copies must be retained on site
by the HSA and forwarded to Corporate or Regional CQI Coordinator.
(CONFIDENTIAL-DO NOT FILE IN PATIENTS RECORDS)

**CCS**
CORRECT CARE

| IDENTIFYING INFORMATION | | | |
|---|---|---|---|
| Site Name:  *(Do Not Abbreviate)* Louisville Metro Department of Corrections | | Site Number: | Date of Death: 01.08.14 |
| Patient Name: Last Moore | First Lavon | M.I. | Custody Date: 07.14.13 |
| Inmate Number: 563297 | Gender: ☑ Male  ☐ Female | Birth Date: 11.07.92 | Today's Date: 01.23.14 |

| FACILITY REVIEW |
|---|

A facility mortality review was held today.  The purpose of this peer review activity was to identify areas in which future performance could be improved.  All identified areas for improvement were reported to the CQI Committee so that improvements could be implemented.

The following persons participated in the Mortality Review:

*Shawlyn Richardson, HSA*

*Lulu F Woods, MSSW*

*Charlene Donovan PhD VPBH - CCSHcare Office*

*Kevin Frost NU*

*Stan Wofford SVP*

*Eric Troutman, LMDC Deputy Director*

Signature of Person Completing this Form (date) *Shawlyn Richardson, HSA  1.23.14*

This document may be shared with accreditation surveyors as evidence that required mortality reviews were completed.

CCS PD 01.08 Form 04 – Report of Facility Mortality Review
05/01/10

Page 1 of 1

GB005367

This document protected by the Peer Review statute of this state.

# DEATH REPORT
# SUICIDE

**CCS**
CORRECT CARE
SOLUTIONS

Form must be completed within one business day of a death and submitted to the Corporate or Regional CQI Coordinator.
(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

| IDENTIFYING INFORMATION | | |
|---|---|---|
| Site Name: *(Do Not Abbreviate)* KYLouisville Metro | Site Number: 363 | Date of Death: 11.24.15 |
| Patient Name: Troutman, Charles R. | | Custody Date: 11.13.15 |
| Inmate Number: 255867 ☑Male ☐ Female | Birth Date: 07.05.68 | Today's Date: 06.13.16 |

| MORTALITY REVIEW TRACKING |
|---|

## Corporate Director of Mental Health Services Review

Date Review Completed: __/__/__(mm/dd/yy)

Signature:

Comments:

## Patient Safety Officer Review

Date Review Completed: 6/14/16 (mm/dd/yy)

Signature:

Comments:

## Corporate CQI Review

Date Review Completed: 4/11/16 (mm/dd/yy)

Submitted For Risk Management Review?  N

Signature:

Comments:

*This form and worksheet is completed as part of the CCS QI program, and it is exempt from discovery.*

GB005368

| Question | Response |
|---|---|
| Unique number to identify the workload entry | WKN0394733 |
| Name of the record that owns this record | FOLLOW UP DETAILS |
| Record ID of the record that owns this record | INC0065460 |
| Unique Number of the table that owns this record | 663632015000014 |
| Patient/Person involved name | TROUTMAN, CHARLES R |
| Event Type | SUICIDE |
| Event Type Desc | SUICIDE |
| Workload Type | D |
| Type Of Follow Up Being Performed | |
| Type Of Follow Up Desc | |
| Status | C |
| Entry By | TZEITZ |
| Entry By Name | ZEITZ, TERESA M |
| Follow up Date | 12/31/2015 |
| Follow Up Details/Descr | Patient reported no mental health history with the exception of a suicide attempt at age 13 when he ingested aspirin. Patient reported no history of psychotropic medication. At booking patient attempted suicide and was placed on suicide watch in observation. Patient should have been classified with a 'no bars' alert in the jail management system. Patient was cleared by provider and subsequently went to CCC where he got into an altercation with another inmate and was returned to main jail. At that time he was placed in a single cell with bars. Move was made without medical clearance. |

**IMPROVEMENT PLAN DETAILS**

| | | |
|---|---|---|
| Enter Descr of Issue/Deficency | Patient should have been classified with a 'no bars' alert at the time of being placed on level one suicide observation. Classification should wait to move patient to a single cell until approved by medical. |
| Goal/Targeted Change | Classification will wait for approval by medical before moving patient to a single cell. Every patient who is on suicide watch will have a 'no bars' alert added in the jail management system. Medical will provide a timely response to classification when clearing patients for single cells. Behavioral health professionals will receive refresher trainer concerning the process for evaluating persons on suicide watch and scheduling for re-evaluation for follow up appointments. |
| Enter Descr of Action Steps | Classification supervisors will discuss with their staff every patient placed on suicide observation will be classified with a 'no bars' alert. Classification supervisors will also discuss with their employees that every patient will receive approval from medical prior to moving patient to a single cell. AHSA and DON will address during staff meeting the importance of a timely response to classification for clearing a patient to single cell. Mental Health Coordinator will reiterate with staff the process for evaluating persons placed on suicide watch and the process for reevaluation once released from suicide watch. |
| Responsible Persons | Classification staff, Teresa Wallace, HSA, Regina Davis-Reese, AHSA, Cody Pittman, DON Laura Duke, Mental Health Coordinator |
| Target Date | 12/31/2015 |
| Re-Evaluation Date | 02/29/2016 |
| Entry Completed | |

< Prev. Page   Next Page >

GB005369

| Num | Question | Response |
|-----|----------|----------|
| 1 | Unique number to identify the workload entry | WKN0388493 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICIDE |
| 5 | Event Type Desc | SUICIDE |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | |
| 8 | Type Of Follow Up Being Performed | INITMGRFOL |
| 9 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 10 | Status | C |
| 11 | Entry By | TZeitz |
| 12 | Entry By Name | ZEITZ, TERESA M |
| 13 | Follow up Date | 12/02/2015 |
| 14 | Follow Up Details/Descr | Patient died on 11/28/15 at 1600. The patient family took him off life support. Notified by by Major on Monday that death occurred on 11/28/15. |
| | Entry Completed | |

< Prev. Page   Next Page >

| Num | Question | Response | |
|---|---|---|---|
| 1 | User Entering Event | TZEITZ | |
| 2 | Contract | 66 | |
| 3 | Contract Name | CCS-KY-Louisville Metro | |
| 4 | Event/Incident Number | 663632015000014 | |
| 5 | Master Event/Inc Number | 663632015000014 | |
| 6 | Facility/Campus | 363 | |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections | |
| 8 | Type of Facility | JAIL (A) | |
| | **PATIENT/PERSON DETAILS** | | |
| 10 | Patient Event? | Y | Edit |
| 11 | Type of Person | PATIENT | |
| 12 | Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 0029616B | Edit |
| 13 | Medical Record # | 2558676 | |
| 14 | Org/Per ID | 2558676 | |
| 15 | Patient Name | Troutman, Charles R | |
| 16 | Birth Date | 07/05/1968 | |
| 17 | Gender/Sex | MALE | |
| 18 | Admitting/Primary Diagnosis | | |
| 19 | Custody Date | 11/13/2015 | |
| | **EVENT DETAILS** | | |
| 21 | Event Date | 11/24/2015 | Edit |
| 22 | Day Of Week | Tuesday | |
| 23 | Patient Age At Time Of Event | 47 | |
| 24 | Patient Age Unit | Y | |
| 25 | Event Time (Military format) | 22:47 | Edit |
| 26 | Location Where Event Occurred | CELL | Edit |
| 27 | Location Desc | Patient's Cell | |
| 28 | Event Type | SUICATTP | Edit |
| 29 | Event Type Desc | SUICIDE ATTEMPT | |
| 30 | Event Sub Type | HANGING | Edit |
| 31 | Event Sub Type Descr | HANGING | |
| 32 | Event Description - Include PMH & Response by CCS | On 11/13/15 this pt tried to hang himself in the holding cell on the booking floor. A mental health referral was put in and pt was moved to OBS 1. Pt was observed 11/14/, 11/15, and 11/16 by a mental health professional. Pt stated to the Psychiatrist that "'he did it on purpose because the guard was mean to him and he wanted out of holding and up to gp' He denied it was an actual suicide attempt and adamantly denies SI/HI/AH currently and was calm and cooperative during evaluation". When pt was 13 took a few asa because he was angry. Pt has a long h/o drug use (EtOH, Cocaine and Heroin). Pt was cleared from Obs 1 to go to gp on 11/16/2015. Pt was moved to CCC on 11/19/15 and came back on 11/21/15 due to fighting. Pt was put into the a rear dorm and then on 11/24/15 at 20:39 was moved to a single cell with bars and no watcher. Medical did not clear him for a single cell with bars. At 2247 medical heard a backup call for HOJ 5th floor. When medical responding the pt was unresponsive on the floor of his cell. Officer found pt hanging from the bars by a bed sheet. EMS was called. The ambu bag was hooked up and was giving to the office doing rescue breathing. Another officer was administering chest compressions. When the officer needed a break the nurse continue the chest compressions. The pt was hooked to the AED. EMS transported him to the hospital Uoft. The nurse called UofL "for report @ 0500 to check on this inmate. When I talked to the nurse from UofL I received the following status update. Critical condition, GCS 3 out of 15, Pupils Non-Reactive, intubated, 150/102, 80, 25, 99%, N/S 100 drops/min, Propofol drip, no plans on d/c, 9th floor CVA unit." | Edit |
| 33 | Was Treatment Provided? | Y | Edit |

GB005371

| 34 | Treatment Provided | FIRSTAID | Edit |
| 35 | Treatment Provided Desc | First Aid | |
| 36 | Practitioner Notified? | Y | |
| 37 | Practitioner Notified Search | Motayne | Edit |
| 38 | Practitioner Notified Name | Motayne, Tonya | Edit |
| 39 | Date Practitioner Notified | 11/24/2015 | Edit |
| 40 | Time Practitioner Notified (Military) | 23:30 | Edit |
| 41 | Was Patient Taken To Hospital? | Y | Edit |
| 42 | Client Aware? | Y | Edit |
| 43 | Media Involved? | N | Edit |
| | **WITNESS INVOLVED DETAILS** | | |
| 45 | Was Event Witnessed? | N | Edit |
| 46 | Witness Involved | | Edit |
| | **EQUIPMENT INVOLVED DETAILS** | | |
| 48 | Equipment Involved? | N | Edit |
| | **OTHER PARTY DIRECTLY INVOLVED DETAILS** | | |
| 50 | Were Other Parties Directly Involved? | N | Edit |

< Prev. Page  Next Page >

| Num | Question | Response | |
| --- | --- | --- | --- |
| | **REPORTER DETAILS** | | |
| 52 | Reported By Type | USER | |
| 53 | Reported By | TZEITZ | |
| 54 | Reporter Name | ZEITZ, TERESA M | |
| 55 | Reported Date | 11/25/2015 | |
| 56 | Reported Time | 13:29 | |
| 57 | How Reported | INCREPRT | |
| 58 | Date Event Rprt Received | 11/25/2015 | |
| 59 | Reportable? | Y | |
| 60 | Days In Transit/Lag Time | 1 | |
| 61 | Follow Up Required? | Y | |
| 62 | Follow Up Entry | WKL0390882 | Edit |

< Prev. Page  Next Page >

GB005372

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0388001 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | SENIORCLIN |
| 8 | Type Of Follow Up Desc | Senior Clinician Review |
| 9 | Status | C |
| 10 | Entry By | CROSKO |
| 11 | Entry By Name | ROSKO, CHRISTOPHER J |
| 12 | Follow up Date | 11/30/2015 |
| 13 | Follow Up Details/Descr | Review of events completed. Patient with suicidal gesture while in booking 11/13/15, placed immediately on suicide watch, Level 1 by staff. Seen daily by BH staff while on Level 1 with patient denying SI. Seen by psychiatrist, Dr. Smith, on 11/16/15 who notes history of substance abuse, history of suicide attempt at age 13 ("took a few asa" when he was angry"). Release to GP on 11/16/15. No further contact with medical until CCE. Moved by corrections staff to Community Corrections 11/19/15, returned to main facility by corrections staff on 11/21/15. Several movements in the facility by corrections staff with patient moved to place of event on 11/24/15 at 2032 hours. According to HSA, there was no "no bars alert" placed by classification and event occurred 11/25/15 at approx 2247 hours. No medical clearance given by medical team prior to move to final placement by classification. Immediate response by medical staff was appropriate with CPR performed by staff (correctional and medical) with AED placed (no shock advised). CPR continued until arrival of EMS with return of circulation and transport by EMS to hospital for further treatment and evaluation. |
| | Entry Completed | |

< Prev. Page   Next Page >

GB005373

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0387708 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITMGRFOL |
| 8 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 11/28/2015 |
| 13 | Follow Up Details/Descr | Pt was released from custody 11/25/15 @ 16:00. Nurse called UofL at 1:14am on 11/28/15 for an update: "MRI was done, it showed very minimal in the brain steam. The family was notified and the hospital is waiting for the family to come in and the hospital will take the pt off life support. The hospital figure that is will be today (11/28/15). The hospital is providing palliative care." |
|  | Entry Completed |  |

< Prev. Page   Next Page >

GB005374

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0387862 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITMGRFOL |
| 8 | Type of Follow Up Desc | Initial Manager Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 11/28/2015 |
| 13 | Follow Up Details/Descr | Per LMDC incident report, on November 24, 2015 at approx. 22:47 a security back up call was made to pt's cell indicating something was wrong. When security officer arrived pt was on the floor with 2 officers, one who was giving pt CPR. Main control was notified to contact EMS due to pt being unresponsive. Fire department and EMS arrived between 10 and 12 minutes later. Pt was taken to the hospital. Mental health nurse was called to speak with inmates in the pt's dorm for debrief. Per incident report, Security officer stated that he was doing a security check in dorm 9 on HS when he noticed the Pt hanging in his cell. The officer reported that he called for help and then went into the cell and lifted the pt until another officer got the pt down. Medical was notified and 4 nurses arrived to the floor to assist. Shift command was notified and 4 Lt.s arrived on the scene and locked down the cell pending further investigation. Per nursing documentation, "ON 11/24/15 AT 2247 I HEARD A BACK UP CALL FOR HOJ CALLING FOR OFFICERS. NURSE PRICE,TEMPLE AND MYSELF RESPONDED AND WHEN WE ARRIVED ON THE SCENE CPR WAS ALREADY IN PROGRESS AND THE AED WAS BEING UTILIZED. THE CELL WAS CROWDED BUT, I COULD SEE PATIENT CHARLES TROUTMAN # 296168 LYING ON THE FLOOR OF HIS CELL AND CPR WAS IN PROGRESS. I FILLED OUT THE E.R. PAPER AS REQUESTED PER NURSE SCHINDLER AND LOUISVILLE FIRE AND RESCUE CAME ONTO THE SCENE FOLLOWED BY LOUISVILLE EMS. THIS CONCLUDES MY INVOLVEMENT. BARBIE WOOD LPN. Late entry for 11/24/15 2247: while I was in the nursing station on J2W I overheard a backup call on the radio for 5th floor HOJ. Charge Nurse Schindler answered the phone then took off running. When I arrived the charge nurse was already getting the oxygen tank fixed for rescue breaths. He stated to call EMS and get the paperwork ready for EMS. I did not have any contact with the I/M but was there standing by to render aid if someone was tired from performing chest compressions. Fire and then EMS arrived and took over care and escorted I/M out of the building. EOR. J. Price, LPN I gathered equipment and proceeded to HOJ upon arrival this nurse noticed officers in cell performing CPR on Patient. This Nurse was instructed to gather transport paperwork and patients Mar. This Nurse then went to get paperwork and to telephone HSA, DON, ADON, NP and inform them of this incident. After the other inmates in the dorm was moved to new locations this nurse went to assess inmates for any mental distress in which all denied. |

**Entry Completed**

< Prev. Page   Next Page >

GB005375

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0387707 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITUSRREV |
| 8 | Type Of Follow Up Desc | Initial User Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 11/28/2015 |
| 13 | Follow Up Details/Descr | Pt was released from custody 11/25/15 @ 16:00. Nurse call for an update on 11/28/15 @ 1:14am: MRI was done it showed very minimal in the brain steam. The family was notified and the hospital is waiting for the family to come in and they will take him off life support. The hospital is figuring that it will be today. They hospital is providing palliative care. |
| | **Entry Completed** | |

< Prev. Page   Next Page >

GB005376

| Num | Question | Response |
|-----|----------|----------|
| 1 | Unique number to identify the workload entry | WKN0387437 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITMGRFOL |
| 8 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 9 | Status | C |
| 10 | Entry By | TZeitz |
| 11 | Entry By Name | ZEITZ, TERESA M |
| 12 | Follow up Date | 11/25/2015 |
| 13 | Follow Up Details/Descr | Hospital update as of 1600. Pt GCS is a 3, no response at all. He is still on a ventilator, receiving propofol for hyperventilation,, sinus tachycardia, hr 113, foley catheter. Pt is producing urine, his labs results for urine were abnormal but show no sings of bacteria. Liver enzymes, white blood count, bun, glucose, and cardiac enzymes are all elevated. |
| | **Entry Completed** | |

< Prev. Page   Next Page >

GB005377

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0387355 |
| 2 | Record ID of the record that owns this record | INC0065460 |
| 3 | Patient/Person involved name | TROUTMAN, CHARLES R |
| 4 | Event Type | SUICATTP |
| 5 | Event Type Desc | SUICIDE ATTEMPT |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | INITMGRFOL |
| 8 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 9 | Status | C |
| 10 | Entry By | MAGUNGA |
| 11 | Entry By Name | AGUNGA, MARIE E |
| 12 | Follow up Date | 11/25/2015 |
| 13 | Follow Up Details/Descr | Please provide pt update |
|  | **Entry Completed** |  |

< Prev. Page   Next Page >

GB005378


CCS
CORRECT CARE

*This document is protected by the Peer Review statute of this state.*

## Correct Care Solutions
## Mortality Report and Review
### Part I – Death Informational Report

| Inmate Name (Last, First, MI): Troutman Charles R | Inmate ID No: 296168 | Date of Birth: 7-5-88 |
|---|---|---|

| Inmate Age: 47 | Marital Status: ☐ Married ☒ Single ☐ Divorced ☐ Separated | Family Status: Single 2 children | Race/Ethnicity: white /NH |

Facility: Louisville Metro Dept of Corrections

Hospital: ☐ N/A

| Date of Intake: 11-13-15 | Withdrawal Protocol utilized? ☒ Yes ☐ No  Dates: 11-13-15 – 11-17-15 | Mental Health referral at intake? Yes |

| Date Incident Occurred: 11-24-15 | Time of Incident: 22:47 | Location: ☐ GP ☐ Booking Cell ☒ Disciplinary Seg ☐ PC ☐ Admin Seg / Med Unit Housing  ☐ Off site hospital   ☐ Other: |

Non Administrative Segregation / Medical Housing / Off site hospital, Reason for Placement:

Type of Death: ☐ Expected Death   ☐ Unexpected Death   ☒ Suicide

Nature of Death: ☐ Cardiac   ☐ Respiratory   ☐ Cancer   ☐ External injury   ☐ Disease and stage   ☐ Homicide   ☒ Suicide

| Last seen by medical / mental health (date): | Reason for last visit to medical: |
|---|---|

Diagnosis 1

Diagnosis 2

Diagnosis 3

Current Charges / Offenses – Time served

Incarceration status: ☐ Pre-trial   ☐ Pre-sentence   ☐ Sentenced

## Medical History

| Current Medications | Dose | Frequency | Current Medical Diagnoses |
|---|---|---|---|
| none | | | |

Past Medical History (Medications, Hospitalizations, Procedures, Response/Outcome):
☐ None Noted

11-13-15  HTN  not confirmed

Course of Recent Illnesses:
☒ None Noted

Request for Medical/Mental Health Services (Dates, Major Complaint/Outcomes):

Rev. 06/01/2014

GB005379



This document is protected by the Peer Review statute of this state.

## Mental Health History

Prior suicide attempts / gestures?   Dates 11·13·15   / age 13

| Current Psychiatric Medications | Dose | Frequency | Current Psychiatric Diagnoses |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

Inmate Compliant with Psychotropic Medication:    If No, Explain:
☐ Yes ☐ No   N/A

If Non-compliant, does the medical record documentation reflect that mental health addressed the issue with the inmate?   ☐ Yes ☐ No

| Past Psychiatric Treatment | Date | Name of Provider/Hospital |
|---|---|---|
| Inpatient | | |
| | | |
| Outpatient | | |
| | | |

Mental Health History/Course of Treatment While in Custody:

11-13-15 wrapped curlex around his neck in a suicide attempt. Pt was placed on level 1

Social Status-Functioning (Past/Recent):

Substance Abuse History (Drug/Alcohol):

Started on COWS and treated for detox

Comments:

## Facts and Circumstances of Death (Summary)

Pt. found hanging in cell by custody staff @ 2247 on 11/24/15 Pt. was brought down and EMS called. CPR & AED initiated. Pulse was obtained + pt was stabilized on backboard. Pt taken to U of L. Pt released from custody on 11-25-15 LMDC staff was notified that on 11-28-15 pt's life support was pulled, and Pt did not recover + died.

## Identity of Persons Relevant to Incident and Response (with position, e.g. Nurse, officer, inmate)

| | |
|---|---|
| t.temple LPN | Multiple LMDC correction officers |
| J.Price LPN | |
| b.wood LPN | |
| J.Schindler RN | |

2

GB005380



This document is protected by the Peer Review statute of this state.

## Chart Review Summary – Chronological relevant to event

see attached sheet

CCS PD 01.07 Form 01 Mortality Review I

Rev. 06/01/2014

GB005381



This document is protected by the Peer Review statute of this state.

**Correct Care Solutions**
**Mortality Report and Review**
**PART III – REPORT AND RECOMMENDATIONS**
**FOLLOWING MORTALITY REVIEW**

| Inmate Name (Last, First, MI): Trautman Charles R | Inmate ID No: 296168 | Facility/Location of Mortality Review: Louisville Metro Dept of Corrections |
|---|---|---|

| Status: ☐ Expected Death  ☐ Unexpected Death  ☒ Suicide | Date of Death: 11·28·15 | Date of Mortality Review Meeting: 12-21-15 |
|---|---|---|

Circumstances surrounding the incident – Did staff provide services at each step of the process commensurate with the community standard of care? Were applicable procedures followed? Include interventions provided at the time of the death.
- community standard of care met
- All applicable procedures followed

Emergency response was appropriate?
Response appropriate and well carried out

Pre-existing medical conditions and/or psychiatric diagnoses. Include current medications:
Medical: HTN

Psychiatric: After the fact was told he had previously been ~~was admitted to~~ admitted to psychiartic facility.

Precipitating Factors – Were there factors that may have led to this incident that need to be addressed through changes or adoption of policies, procedures or training? fight at CCC moved backed to main jail and put into disciplinary seg. on 11/23/15 found out his case was referred to Grand Jury.

Facility Procedures relevant to the incident – Were there procedures in existence appropriate for all aspects of the situation? Do any procedures require amendment or supplementation?

They followed their Protocol.

Training received by the staff – Were all responding personnel current with respect to training? Was available training adequate to address the situation presented? Are additional training topics warranted?
Procedure for classification to add a no bars alert for Im with suicidial Hx. Also revisiting disciplinary classification system when Im return from CCC to main jail

Pertinent services and reports – Was medical staffing adequate as it related to this incident? Were people with appropriate skill levels available at times relevant to the incident? Were reports complete and accurate? Were appropriate and complete entries made in the medical records?
Yes, LPN and RN Responded.
Yes, Notes (progress note) in ERMA
CPR was started & AED hooked up.

Interventions to reduce risks, improve patient care, or improve future outcomes. This is to include suggested procedure(s)



**This document is protected by the Peer Review statute of this state.**

Interventions to reduce risks, improve patient care, or improve future outcomes.  This is to include suggested procedure(s) or physical plant recommendations:

Conversations initiated about repurposing of HOJ (single cells w/ bars) Mental Health professionals will complete a full initial evaluation.
Medical Staff will notify Charge Nurse when need a single cell clearance.

Other recommendations:
Classification officer will not move Im until receive clearance

Name and credential of person completing this document:

Teresa Wallace HSA
Laura Duke MBA, LMFT.

GB005383

Inmate Name: Charles Ralph Troutman Jr.
Inmate Number: 296168

Institution: Louisville Metro Department of Corrections
Housing: H5W-9

Date of Birth: 7/05/1968
Date of Death: 11/28/2015

Time Discovered: 11/24/2015 @ 22:47
Method: Asphyxiation by hanging

I.      INCIDENT: Charles R. Troutman Jr., a 47 year old, single, Caucasian male died on 11/28/2015 at University of Louisville Hospital after being released from Louisville Metro Department of Corrections (LMDC) on 11/25/2015 following an incident that occurred 11/24/2015 while Mr. Troutman was in custody.

On 11/24/2015 at 22:47 a backup call was made by a corrections Officer Miller for assistance on H5 cell 9. Corrections Officer Sgt. Goff arrived at the cell. Per Sgt. Goff's incident report Mr. Troutman was being resuscitated by Corrections Officers Ramey and Mabrey who were giving Troutman CPR. The incident report stated that Officer Miller was doing a security check in dorm 9 on H5 when he noticed Mr. Troutman hanging in his cell. After Officer Miller called for backup he went into the cell and lifted Troutman while Officer Ramey took him down. Nursing was notified and nurses Price, Temple, Schindler, and Wood responded. EMS was notified. The Fire Department arrived at 2257 to the jail. EMS arrived at the jail at 23:02 and was in H5 at 23:05. EMS departed with Mr. Troutman at 23:26. He was then transported by EMS to the University of Louisville.

II.     AUTOPSY/TOXICOLOGY FINDINGS: Results are not available.

III.    BACKGROUND INFORMATION: Mr. Troutman was incarcerated on 11/13/2015 after detectives conducting a narcotics investigation executed a search warrant which yielded bags of what appeared to be crystal methamphetamine, heroin and marijuana, along with needles and digital scales. He was charged with a Felony for Trafficking in Controlled Substances, 1st degree Offense (Heroin), a Felony for Trafficking in Controlled Substances, 1st Degree Offense (Methamphetamine), and a Misdemeanor Possession of Marijuana. In reviewing the jail records it was found that Mr. Troutman has been incarcerated on multiple occasions on drug related charges, theft, burglary, theft by deception, assault and contempt of court.

Mr. Troutman had been incarcerated for 11 days prior to his suicidal behavior on 11/24/2015. Mr. Troutman reported having a 9th grade education and was working as a drywall installer. He also reported having 2 children and listed a sibling as his emergency contact. Mr. Troutman indicated no religious preference and denied any gang affiliation.

IV.     MENTAL HEALTH HISTORY: No evidence could be found to indicate that Mr. Troutman had any prior mental health services prior to his most recent incarceration. On the first day of his

GB005384

most recent incarceration, November 13, 2015 @ 18:05, while he was on the booking floor, Mr. Troutman tied curlex around his neck. According to an incident report, Mr. Troutman told Sgt. Schmitt that he was a junkie, had no reason to live and that he'd probably be locked up for 20 years for his charges.  On November 13, 2015 at 18:30 nurse Heather Denning, RN competed her progress notes about meeting with Mr. Troutman to complete his medical intake. Nurse Denning documented that Mr. Troutman was showing signs of depression, expressing feelings of hopelessness, he appeared to be anxious, afraid or angry, and he appeared to be embarrassed or ashamed. Nurse Denning wrote that the patient had tried to strangle himself in the holding cell. Mr. Troutman was seen by Mental Health Professionals (MHPs) on November 14, 15 and 16. The MHPs described Mr. Troutman as being irritable, agitated, having pressured speech and being tangential. He denied any suicidal thoughts and told them that he had not attempted suicide. He told the MHPs that he was on suicide watch because the nurses were being mean to him because he was a junkie. He was described on November 16, 2016 by Dr. Donna Smith, as being appropriate and coherent. In her psychiatric evaluation Mr. Troutman reported no family history of mental illness, no prior treatment either inpatient or outpatient and no history of taking psychotropic medications. He reported that he had attempted suicide once when he was 13 years old by ingesting aspirin. Mr. Troutman had made a different report to the intake nurse on 11/13/2015. He reported that he had attempted suicide 3 or 4 times with the most recent being in 2015. Mr. Troutman told Dr. Smith that he had not attempted suicide on the booking floor. Dr. Smith documented the patient's behavior (tying the curlex around his neck) as well as his denials. He told her that an officer was being mean to him and that he "did it on purpose" because he wanted to get out of holding and go to general population. Dr. Smith diagnosed Mr. Troutman with polysubstance dependence, opiates, methamphetamines, cannabis, cocaine and alcohol. Dr. Smith did not prescribe any medications. She cleared Mr. Troutman to be released from Suicide Watch Protocols on November 16th.

V.    MEDICAL HISTORY: On November 13, 2015, Mr. Troutman was placed on detox protocol for possible withdrawal symptoms. He told the intake nurse that he was using 2 mg of heroin per day. Mr. Troutman reported having a history of hypertension for which he was being treated. No medication was able to be verified and Mr. Troutman did not recall the name of his medication. He was put on blood pressure checks to monitor for elevation. No other current medical problems were noted. Mr. Troutman was prescribed Loperamide 2 mg four times per day as needed and Meclizine 25 mg three time per day as needed. Both medications were for possible withdrawal symptoms. Mr. Troutman reported very few symptoms of withdrawal to the nursing staff. He was cleared from detox protocol on 11/17/2015 at 02:34.

VI.   INSTITUTIONAL HISTORY: Mr. Troutman has a long history of being incarcerated beginning in 1998. The officer notes were available starting 1/26/2007. Most of his legal problems were related to drugs. No evidence was found to indicate that he had ever been to prison. In X-Jail, Mr. Troutman was described in several entries over the past 8 years as being cooperative and compliant. He was involved in fights a few times over the past 8 years. On several occasions Mr. Troutman denied having any emergency contact person. It was also noted in X-Jail that his daughter Stephanie called the jail on 11/17/2015. She requested that her phone number be given to her father. Custody staff reported that they had some phone

GB005385

calls prior to his hanging. In the calls he expressed hopelessness, but did not state that he planned suicide.

Mr. Troutman left the main jail of LMDC on 11/19/2015 and was transferred to the Community Corrections Center (CCC). He was returned to the main jail on 11/21/2015 after a physical altercation with another inmate at CCC. According to notes in X-Jail, Mr. Troutman admitted that he had taken some noodles from another inmate and then the fight began.

VII.    PERSONALITY DYNAMICS: Mr. Troutman has a lengthy history of substance use and addiction. He had little insight into his drug problem or legal problems. He would tell people what he thought they wanted to hear, answering the same questions differently to different people. His psychiatric evaluation did not identify any mental illness. Mr. Troutman had little respect for the law or for other people, often violating common cultural norms both in the community and in the jail environment, as evidenced by his legal history and his stealing from another inmate. In addition to having an addiction to drugs, Mr. Troutman had anti-social personality traits as evidenced by his disregard of the rights and feelings of other people.

VIII.   PRECIPITATING EVENTS:  As previously stated, Mr. Troutman was sent to the Community Corrections Center (CCC) from the main jail on 11/19/2015 and returned to the main jail on 11/21/2015 after a physical altercation at CCC with another inmate. On November 24, 2015 at 15:58 it was documented in X-Jail that medical was called requesting medical/mental health clearance of Mr. Troutman for placement in single cell segregation. The message was not received by the charge nurse who was responsible for reviewing Mr. Troutman's chart for medical and mental health concerns. Apparently Mr. Troutman was placed in single cell segregation without medical review between 15:58 and 22:47 on 11/24/2015.

Mr. Troutman went to court on 11/23/2015 and learned that the grand jury decided to move ahead with the charges that had been filed. It is notable that his court hearing was on the day prior to his suicidal behavior. Although he had completed the detoxification process without difficulty, Mr. Troutman was also adjusting to not having heroin on a regular basis as he had for the past 2 years. He was caught stealing from another inmate, a possibly embarrassing event.

IX.     PRESUICIDAL FUNCTIONING: Prior to his incarceration Mr. Troutman was using 2 mg of heroin daily per his report. Mr. Troutman was incarcerated for a total of 11 days when he hanged himself. He had been on suicide watch between 11/13/2015 and 11/16/2015, following a suicidal gesture which he later denied and minimized. On 11/13/2015 Mr. Troutman was described as being depressed, hopeless and distressed by the possibility that he was facing a lengthy sentence. He was on detoxification protocol between 11/13/2015 and 11/17/2015. He reported very few withdrawal symptoms and his highest rating on the COWS assessments was "1". It is very likely that Mr. Troutman continued to be agitated, irritable and had difficulty with concentration during his 11 days of incarceration due to the adjustment of being abstinent form drugs. His emotional state was likely to have been labile. Mr. Troutman left the main jail to go to CCC and was there between 11/19/2015 and 11/21/2015. He was involved in an altercation on 11/21/2015. He evidenced poor judgement when he took noodles belonging to another inmate.

X.     **MOTIVE FOR SUICIDE:** Mr. Troutman expressed that he didn't have anything to live for on 11/13/2015 after he made a suicidal gesture. He had significant Felony charges and expected that he would have a lengthy sentence. He had court the day preceding his hanging. Mr. Troutman may have been upset about his placement in segregation. In addition he likely had emotional and psychosocial difficulties coping with his stressors without drugs. Mr. Troutman's hanging was likely an impulsive behavior during a time when he did not know how to cope with his thoughts (fears about the future) or emotions (depression, hopelessness, anger and/or shame).

XI.    **SUMMARY/CONCLUSIONS:** Charles R. Troutman, Jr., a 47 year old Caucasian male hanged himself on 11/24/2015 and died on 11/28/2015. He had been housed in a single cell on a segregation unit on 11/24/2015 prior to his hanging. He had been arrested on 11/13/2015 and was charged with two Felonies for Trafficking Controlled Substances and a Misdemeanor for possession of marijuana. He had a court hearing on 11/23/2015. Mr. Troutman had a lengthy history of drug addiction and was in the early stage of adjusting to being abstinent from drugs, a period marked by emotional liability, poor reasoning and impulsive behaviors.

XII.   **RECOMMENDATIONS:** 1.) Behavioral health professionals will receive refresher training concerning the process for evaluating persons who are placed on suicide watch. 2.) The process for scheduling patients released from Suicide Watch for follow up appointments will be reviewed with Behavioral Health professionals. 3.) Any inmate with a prior suicide attempt or who has made a suicidal gesture while in custody will not be housed alone in cells with bars and a 'no bars alert' will be assigned in X-Jail. The mental health or medical department will notify classification of the inmate's mental health status prompting the alert. The "No Bars" alert will remain in effect until the inmate is released from custody. 4.) Custody staff will have refresher training about the medical clearance of inmates to be housed in single cell segregation.

XIII.  **REVIEW AND SIGNATURES:**

Report prepared by: Katherine H. Brown RBHM       *Katherine H Brown  RBHM*

Report reviewed by: Teresa Wallace HSA       *M Wallen  HSA*

Report reviewed by: Laura Duke MHC       *Laura Duke, LMFT*

GB005387

Charles Troutman #00296168

11/13/2015 12:48am Booked in

11/13/2015 2:05 pm Gauze tied around neck on booking floor, Moved to Level 1

11/13/2015 6:29pm Seen by Nurse

11/14/2015 1:30am Seen by detox nurse

11/14/2015 10:36am See by detox nurse

11/14/2015 seen by Mental Health Professional

11/14/2015 8pm Seen by detox nurse

11/14/2015 9:27pm Seen by Psych Nurse

11/15/2015 1:30am Seen by detox nurse

11/15/2015 7:30am Seen by psych Nurse

11/15/2015 10am Seen by Detox Nurse

11/15/2015 Seen by Mental Health Professional

11/15/2015 7:00pm Seen by psych nurse

11/15/2015 9:30pm Seen by detox nurse

11/16/2015 12:05am Seen by detox nurse

11/16/2015 4:30am Seen by Detox Nurse

11/16/2015 8:00am Seen by psych nurse

11/16/2015 9:15am Seen by detox nurse

11/16/2015 Seen by Psychiatrist (initial evaluation)

11/16/2015 3:30 pm Seen by Detox nurse

11/16/2015 8pm Seen by Psych nurse

11/16/2015 Seen by Mental Health Professional

11/17/2015 2:36 am seen by detox nurse

11/24/2015 10:47pm Seen by Nurse

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name _____ Troutman, Charles _____ 47-WM

Number _15-1545_     Date _11-29-15_

Height _73"_     Weight _205_

H- 470

RL-1280

LL-1160

L- 2550

K- 600

S- 350

B- 1820

1) _____

2) Nuchal _lineture_ abrasion
c) 4 day _post-event_ survival
in hospital

2) _Tox_ not performed - hospital
record not available

3) _____

Toxicology / BA   BDS   CO   UDS   VA    Ref Lab    Histo

Manner    A    H    N    U   [S]   Pending

ICD Code _____

Opinion _____

Resident _____ Staff ____ JC ____ Attendant ____ JL

County/Coroner ____ Jeff Po · RT

GB005389

| Num | Question | Response | |
|-----|----------|----------|---|
| 1 | User Entering Event | SJUDKINS | |
| 2 | Contract | 66 | |
| 3 | Contract Name | CCS-KY-Louisville Metro | |
| 4 | Event/Incident Number | 663632015000004 | |
| 5 | Master Event/Inc Number | 663632015000004 | |
| 6 | Facility/Campus | 363 | |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections | |
| 8 | Type of Facility | JAIL (A) | |
| 9 | PATIENT/PERSON DETAILS | | |
| 10 | Patient Event? | Y | Edit |
| 11 | Type of Person | PATIENT | |
| 12 | Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 601346 | Edit |
| 13 | Medical Record # | 00601346 | |
| 14 | Org/Per ID | OP00424322 | |
| 15 | Patient Name | Webb, Mark | |
| 16 | Birth Date | 11/05/1976 | |
| 17 | Gender/Sex | MALE | |
| 18 | Admitting/Primary Diagnosis | | |
| 19 | Custody Date | 05/29/2015 | |
| 20 | EVENT DETAILS | | |
| 21 | Event Date | 05/29/2015 | Edit |
| 22 | Day Of Week | Friday | |
| 23 | Patient Age At Time Of Event | 38 | |
| 24 | Patient Age Unit | Y | |
| 25 | Event Time (Military format) | 12:06 | Edit |
| 26 | Location Where Event Occurred | BATH | Edit |
| 27 | Location Desc | Bathroom | |
| 28 | Event Type | SUICATTP | Edit |
| 29 | Event Type Desc | SUICIDE ATTEMPT | |
| 30 | Event Sub Type | HANGING | Edit |
| 31 | Event Sub Type Descr | HANGING | |
| 32 | Event Description - Include PMH & Response by CCS | Medical was called for backup to the 2nd floor at CCC. Upon reaching the 2nd floor corrections called for an AED. Upon arrival to the 2nd floor patient Webb was laying on the floor unresponsive and the officer was attempting to remove a sheet that was tied around his neck. At this time the patient was checked for a pulse and heartbeat which was absent. CPR was initiated at 1126 with chest compressions and the another nurse began rescue breaths, this was continued until EMS relieved said nurses. Aed continued to advise no shock. At 1206 patient regained a pulse and was placed on the stretcher and escorted to UofL hospital at | Edit |

1

GB005390

|     |                                                            | 1226. He remains intubated, in critical condition. |      |
| --- | ---------------------------------------------------------- | -------------------- | ---- |
|     | **SUICIDE ATTEMPT DETAILS**                                |                      |      |
| 34  | **CIWA/COWS**                                              |                      |      |
| 35  | **Housing at the time of the event**                      |                      |      |
| 36  | **Hunger Strike**                                          |                      |      |
| 37  | **First incarceration?**                                  |                      |      |
| 38  | **Was the patient prescribed psychotropic medication?**   |                      |      |
| 39  | **Does the patient have a psychiatric diagnosis?**        |                      |      |
| 40  | **On suicide watch at the time of the event?**            |                      |      |
| 41  | **Is the patient high profile (due to charges or standing in community)?** |      |      |
| 42  | **C-collar indicated?**                                   |                      |      |
|     | **ADDITIONAL EVENT DETAILS**                              |                      |      |
| 44  | **Was Treatment Provided?**                              | Y                    | Edit |
| 45  | **Treatment Provided**                                   | **OFFSITEER**        | Edit |
| 46  | **Treatment Provided Desc**                              | **Offsite ER**       |      |
| 47  | **Practitioner Notified?**                               | Y                    | Edit |
| 48  | **Practitioner Notified Search**                         | 000001               | Edit |
| 49  | **Practitioner Notified Name**                           | Newton, Jack         |      |
| 50  | **Date Practitioner Notified**                           | 05/29/2015           | Edit |
| Num | **Question**                                             | **Response**         |      |
| 51  | **Time Practitioner Notified (Military)**                | 12:06                | Edit |
| 52  | * **Was Patient Taken To Hospital?**                     | Y                    | Edit |
| 53  | * **Client Aware?**                                      | N                    | Edit |
| 54  | * **Media Involved?**                                    | N                    | Edit |
|     | **WITNESS INVOLVED DETAILS**                             |                      |      |
| 56  | **Was Event Witnessed?**                                | N                    | Edit |
| 57  | **Witness Involved**                                    |                      | Edit |
|     | **EQUIPMENT INVOLVED DETAILS**                          |                      |      |
| 59  | **Equipment Involved?**                                 | Y                    | Edit |
| 60  | **Equipment Involved**                                 |                      | Edit |
| 61  | **Equipment Involved Unique Number**                   | EQN0000701           |      |
| 62  | **Select Equipment**                                   | **DEFIB**            | Edit |
| 63  | **Equip Name**                                         | **Defribrillator**   |      |
|     | **OTHER PARTY DIRECTLY INVOLVED DETAILS**              |                      |      |
| 65  | **Were Other Parties Directly Involved?**              | Y                    | Edit |
| 66  | **Parties Directly Involved**                          |                      | Edit |
| 67  | **Party Involved ID**                                  | PTN0002178           |      |
| 68  | **Party Person Type**                                  | **OTHER**            | Edit |

GB005391

| 69 | Party Involved Name | Emergnecy Services and Corrections Officers | Edit |
|----|---------------------|---------------------------------------------|------|
| 70 | REPORTER DETAILS | | |
| 71 | Reported By Type | USER | |
| 72 | Reported By | SJUDKINS | |
| 73 | Reporter Name | JUDKINS, STARR N | |
| 74 | Reported Date | 05/29/2015 | |
| 75 | Reported Time | 15:42 | |
| 76 | How Reported | INCREPRT | |
| 77 | Date Event Rprt Received | 05/29/2015 | |
| 78 | Reportable? | Y | |
| 79 | Days In Transit/Lag Time | 0 | |
| 80 | Follow Up Required? | Y | |
| 81 | Follow Up Entry | WKL0356689 | Edit |

| Num | Question | Response |
|-----|----------|----------|
| 1 | Contract | 66 |
| 2 | Equipment Involved Unique Number | EQN0000717 |
| 3 | Person/Patient Name | WEBB, MARK |
| 4 | Select Equipment | DEFIB |
| 5 | Equip Name | Defribrillator |
| 6 | Model Number | |
| 7 | Serial Number | |
| 8 | Lot Number | |
| 9 | Brand Name | |
| 10 | Biomed Contacted? | N |
| 11 | Equip/Device Tagged? | N |
| 12 | Taken Out Of Service? | Y |
| 13 | Out Of Service Date | 05/29/2015 |

| Num | Question | Response |
|-----|----------|----------|
| 1 | Unique number to identify the workload entry | WKN0352618 |
| 2 | Name of the record that owns this record | FOLLOW UP DETAILS |
| 3 | Record ID of the record that owns this record | INC0062178 |
| 4 | Unique Number of the table that owns this record | 663632015000004 |
| 5 | Patient/Person involved name | WEBB, MARK |
| 6 | Event Type | SUICIDE |
| 7 | Event Type Desc | SUICIDE |
| 8 | Workload Type | D |
| 9 | Type Of Follow Up Being Performed | INITUSRREV |
| 10 | Type Of Follow Up Desc | Initial User Follow Up |
| 11 | Status | C |
| 12 | Entry By | SJUDKINS |

3

GB005392

| 13 | Entry By Name | JUDKINS, STARR N |
|---|---|---|
| 14 | Follow up Date | 06/01/2015 |
| 15 | Follow Up Details/Descr | On 5/29/2015 patient Webb was declared brain dead by Neurology. The patient's family wanted a full evaluation with a brain activity test, he remained on life support. This test was scheduled for 5/30/2015 at 4:45 pm, upon receiving results it was determined that the patient was declared brain dead and the family was informed. At approx 6:21 the patient expired however, he was kept on liofe support to preserve the organs as he was an organ donor. He was removed from life support at 8:04 pm 5/30/2015. An autopsy was completed on 5/31/2015 we are awaiting the coroner's report. |
| | Entry Completed | |

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0354816 |
| 2 | Name of the record that owns this record | FOLLOW UP DETAILS |
| 3 | Record ID of the record that owns this record | INC0062178 |
| 4 | Unique Number of the table that owns this record | 663632015000004 |
| 5 | Patient/Person involved name | WEBB, MARK |
| 6 | Event Type | SUICIDE |
| 7 | Event Type Desc | SUICIDE |
| 8 | Workload Type | D |
| 9 | Type Of Follow Up Being Performed | |
| 10 | Type Of Follow Up Desc | |
| 11 | Status | C |
| 12 | Entry By | KWOOD-MONTGOMERY |
| 13 | Entry By Name | WOOD-MONTGOMERY, KIBIBI L |
| 14 | Follow up Date | 06/12/2015 |
| 15 | Follow Up Details/Descr | Review of CCE and chart |
| 16 | ROOT CAUSE ANALYSIS DETAILS | |
| 17 | WHAT Happened? | Summary- Mark Webb attempted suicide by hanging on Friday May 29, 2015 at 11:25. On May 29, 2015 at approximately 11:25, Officer Parr called over the radio for backup to the second floor. Medical staff responded along with corrections staff. As medical staff reached the second floor, Officer Vandivier called over the radio for medical to respond to dorm 2N1 with an AED. The nurse Supervisor went back to retrieve the AED and the ER bag; while the floor nurse responded to 2N1. When medical arrived at the dorm they were directed to the bathroom of the dorm. Mr. Webb was laying on the floor unresponsive. The floor nurse began chest compressions and the Nurse Supervisor arrived and began performing rescue breaths |

GB005393

| | | |
|---|---|---|
| | | while the AED was applied. Life Saving procedures continued until EMS arrived and took over the scene at approximately 11:37. EMS continued lifesaving procedures and treatment until he regained a pulse and blood pressure (122/95) at approximately 12:20. At approximately 12:29 EMS left with him en route to University of Louisville Hospital ER. He arrived at the hospital at approximately 12:32. At approximately 20:04 on Saturday May 30, 2015 he was pronounced dead by hospital staff. Per PSU there was a suicide note left in his work truck that was located after his completed suicide. Circumstances leading up to the event- Prior to his suicide attempt it was noted by his floor counselor that he was terminated by his employer Middletown Heating and Air. In speaking with the corrections Captain she explained that his employer called to report that they had found pills and other items from customers homes in his work truck. Because of this his releases were suspended pending a drug test. The results of this test were not available to staff prior to his attempt because it had to be sent out to be analyzed. His drug screening came back positive for opiates at a level of 902 ng and barbiturates at a level of 318ng. Due to his releases being suspended he was also not able to go to his scheduled appointment with him probation officer that day. |
| 18 | What USUALLY happens? | If staff is alerted of Suicidal Ideation at any time at CCC the patient/inmate is assessed for risk factors. Based on that assessment if the patient/inmate is at risk then the patient/inmate is placed on precautions and moved to the main jail complex. If medical staff is ever unsure of a patient/inmates risk then they call mental health staff for guidance, or the MHP goes over to CCC to assess. In addition if medical is notified of an emergency at the site. They respond and assess the patient/inmate. Depending on their assessment the nurse would call for orders, treat using a pathway, or move the patient to the main jail. In this case when medical received the call there was not clear instructions on what the emergency was. Therefore one of the nurses had to return to get the AED. |
| 19 | What SHOULD HAVE happened? | Mr. Webb should have been assessed if information was passed on the staff. Based on the assessed precautions would be started or he would have been cleared to remain in his dorm. With regards to the emergency. Staff should have been given clear instruction/description of the situation in order to appropriately respond. |
| | -- Contributing Factors -- | |
| 21 | Contributing Factor - - Issues related to patient assessment? | Y |

5

GB005394

| 22 | If YES, what contributed to this factor being an issue? | On the day of the attempt a referral was not made to mental health staff. In review of his chart it was found that the referral that medical had generated for mental health was held by the charge nurse for 2 day before it was turned in to be scheduled. In addition when he was scheduled the MHP was unable to locate him because he was in court at the time. There was not a clear reschedule date turned in so that he could be rescheduled for the next day. Mr. Webb's medication was bridged however he was never evaluated by the doctor. He was scheduled for the doctor however, he was moved to CCC prior to his assessment. His appointment was transferred over to CCC. On the next Tuesday (May 19th) the doctor was not vacation and on May 26th sick call was cancelled do the the amount of patients admitted to the mental health unit and there not being any where to house patients. |
| --- | --- | --- |
| 23 | Is Patient Assessment a root cause of the event? | N |
| 24 | Contributing Factor -Issues related to staff training or staff competency? | Y |
| 25 | If YES, what contributed to this factor being an issue? | LMDC classification staff no longer receive classroom mental health training. Classification staff's training is via a online program. |
| 26 | Is Staff Training/Competency a root cause of the event? | N |
| 27 | Contributing Factor - Equipment/device? | N |
| 28 | Contributing Factor - Work environment? | Y |
| 29 | If YES, what contributed to this factor being an issue? | The housing dorms for inmates at CCC have bars over the windows that can aid in the completion of suicide. |
| 30 | Is Work Environment a root cause of the event? | N |
| 31 | Contributing Factor - Lack of or misinterpretation of information? | Y |
| 32 | If YES, what contributed to this factor being an issue? | Medical staff was not notified of Mr. Webb's change in situation. In addition Classification staff was not aware of Mr. Webb's mental health condition. |
| 33 | Is Lack Of/Misinterpretation Of Information a root cause of the event? | N |
| 34 | Contributing Factor - Communication? | Y |
| 35 | If YES, what contributed to this factor being an issue? | Neither department notified each other on his health status or situation changes. |
| 36 | Is Communication a root cause of the event? | N |

6

GB005395

| 37 | Contributing Factor - Appropriate rules/policies/ procedures? | N |
|---|---|---|
| 38 | Contributing Factor - Personnel issues? | Y |
| 39 | If YES, what contributed to this factor being an issue? | Mr. Webb was not seen by the doctor due to the doctor being on vacation and no PRN staff was available to work. |
| 40 | Is Personnel Issue a root cause of the event? | N |
| 41 | Contributing Factor - Supervisory issues? | N |
| 42 | Summarize WHY this happened | It is the belief of this reviewer that there were numerous factors that could have contributed to this outcome. MH staff was not given intake referral on day generated, MHP did not clearly state the follow up date, his medication were not bridged in a timely manner, once bridged he was not evaluated by the doctor, medical staff was not alerted about the change in his situation. |
| 43 | Entry Completed | |

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0352230 |
| 2 | Name of the record that owns this record | FOLLOW UP DETAILS |
| 3 | Record ID of the record that owns this record | INC0062178 |
| 4 | Unique Number of the table that owns this record | 663632015000004 |
| 5 | Patient/Person involved name | WEBB, MARK |
| 6 | Event Type | SUICIDE |
| 7 | Event Type Desc | SUICIDE |
| 8 | Workload Type | D |
| 9 | Type Of Follow Up Being Performed | INITMGRFOL |
| 10 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 11 | Status | C |
| 12 | Entry By | SPETERSON |
| 13 | Entry By Name | PETERSON, SYNTHIA A |
| 14 | Follow up Date | 05/29/2015 |
| 15 | Follow Up Details/Descr | RM notified at 6:50 pm CST that patient expired at hospital. Additional information will be added by the HSA as soon as possible. |
| 16 | Entry Completed | |

GB005396

**CCS**
CORRECT CARE

This document is protected by the Peer Review statute of this state.

## Correct Care Solutions
## Mortality Report and Review
## Part II – Mortality Review Meeting

| Inmate Name (Last, First, MI): Webb, Mark | Inmate ID No: 601346 | Facility/Location of Mortality Review: Louisville Metro Dept of Corrections |
|---|---|---|

Status:
☐ Expected Death   ☐ Unexpected Death   ☑ Suicide

Date of Death: 5/30/15

Date of Mortality Review Meeting: 6/23/15

NOTE: The Mortality review is intended to be a multidisciplinary review of facts surrounding the incident prepared for counsel to render legal advice and assess liability, as well as to allow clinicians and custodial staff the opportunity to review the adequacy of policies, procedures and preparedness.  Attendees will include site clinical directors (medical and mental health), Health Service Administrator, Director of Nursing, clinical staff members that provided direct care to the inmate, facility administration, security supervisory staff, custody staff assigned to the inmate, facility CQI coordinator, and any other multidisciplinary team member deemed appropriate for participation.

### Attendees

| Name | Title |
|---|---|
| Charlene Donovan PhD | Chief of Behavioral Health Services - CCS |
| Regal Glarqui | Regional Medical Director - CCS |
| Ronald Newton MD | MEDICAL DIRECTOR |
| M. Bolton | LMDC  Director |
| Dwayne A. Clark | LMDC, Chief of Staff |
| Donna J. Smith MD | PSYCHIATRIST @ CHL |
| Sharon Judkins RN, HSA | Health Services Administrator |
| Janet Roberts RN | CCS Clinical Operations Specialist Region 6 |
| Lt. Arthur Brigen | Professional Standards Unit |
| Lt. Jennifer Eubanks | " " " |

### Information Sources

See Reverse

The following information was considered in conjunction with the Mortality Review:

☑ Medical Record                    ☐ Other: _____
☐ Facility Incident Report          ☐ Information from interview:
☐ Disciplinary Hearing Report       ☐ MH Staff ☐ CO ☐ Inmate ☐ Family ☐ Other: _____
☑ MAR for relevant period           ☐ Sources sought but not available: _____
☐ Facility Classification Record

Autopsy Report available?   ☐ No  ☑ Yes   If yes, date: 5/31/2015          If yes, attach.

### Additional Facts Developed at Mortality Review not in Reports or Records

rev. 06/01/2014

GB005397

Stephen P. Durbin                    LMDC Administration

Amy Thomas              RN Supervisor CCC

Keluli L Wood, CSW   Mental Health

GB005398

*If ROI has Ø been r id �灵 24hrs*
*place on providers list.*
*Holidays, wknds place in Dr. hands (call)*

**Mortality Review:**

**Mark Webb / DOB 11/5/79 / Cin# 601346**

Good Afternoon LMDC Administration and Correct Care Solutions staff. We are holding a mortality review for Mark Webb where we will join together to review the events that led up to this patient ending his life.

We will use this time to reflect on what we can do to collectively as a team to prevent another event like this from happening,

During this mortality review we all will remain respectful and jointly examine the solutions and new processes that have been created as a result of this unfavorable situation.

**\*\*\*\* Have everyone introduce themselves\*\*\*\***

Start reading the chronological sent to Angelini. Once we get to the mental health portion allow Kibibi to continue.

**Process Changes**

**Medication Verification Process:** After each screening the medication verification is faxed to the pharmacy. The patient's name is added to a log that was created to ensure that these medication verifications are coming back in a timely manner. The nursing assistant then continues to check the log to see if the verification has come back into the facility. The charge nurse checks on the medication verifications every shift. Once this is received it goes in the DR/NP folder where the assistant ensures the delivery of the information to the Dr. where meds are ordered in a timely manner.

\*\*\* If the patient has been here within 90 days medications are automatically restarted if there are no changes\*\*\*

**Referrals:** A log has been created that the booking floor nurses are using that goes directly to Medical and Pysch each shift to ensure that each department is

*① enhancing Communication c̄ Operations*
*providing a list for MH Special Needs.*

GB005399

aware of who needs to be seen. If there is a patient that is exhibiting an acute issue mental health is automatically called.

*** Ask if there are any questions from anyone .... Conclude***

1-888-354-0094
4521758 } 5428

This document is protected by the Peer Review statute of this state.

(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

# REPORT OF PSYCHOLOGICAL AUTOPSY

Form must be completed contemporaneously with psychological autopsy.
Form must be submitted at Mortality Review, and maintained on site.
Copy of this Form should be sent to CCS Legal.



| IDENTIFYING INFORMATION | | |
|---|---|---|
| Site Name:  *(Do Not Abbreviate)*  Louisville Metro Department of Corrections | Site Number: 363 | Date of Death: 06/05/15 |
| Patient Name: | | Date Psych Autopsy Completed: |
| Last  Webb | First  Mark   M.I. | 06/23/15 |
| Inmate Number: 601346 | Gender: ☑ Male  ☐ Female   Birth Date: 11/05/79 | Date of Mortality Review: 06/23/15 |

| FACILITY REVIEW |
|---|

The above named individual completed suicide.  A psychological autopsy was completed on the date listed above.

The following individual completed the psychological autopsy:

NAME:  Kibibi L Wood-Montgomery, CSW
CREDENTIAL:

Signature of Person Completing the Psychological Autopsy (date)  *Kibibi L Wood, CSW* 6/23/15

The Health Services Administrator acknowledges receipt of the completed psychological autopsy, as evidenced by the signature below:

Signature of Health Services Administrator (date of receipt)  *Starr M. Judkins, HSA* 6/23/15

This document may be shared with accreditation surveyors as evidence that required psychological autopsy was completed.

*Opiate Abuse*

# CHRONOLOGICAL REPORT

Name: Webb     DOB: 11/5/1979     SS# 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     CIN# 601346

| DATE | TIME | |
|------|------|---|
| 4/25/15 | 0737 | Patient booked into Louisville Metro Department of Corrections |
| 4/25/15 | 0238 | Patient was assessed by the medical staff. B/P 134/87, Pulse 93, Respirations 14, SPO2-Sat 99%. He reported a diagnosis of Hypertension, Anxiety, and Depression. He reported taking the medication Celexa, 40 mg, Wellbutrin 150 mg, Lisinopril/HCTZ 10/12.5. Detox protocol was started for Ativan, blue arm band given, with mental health referral . He denied any current  drug or ETOH abuse. Blood sugar reading 98.   ROI faxed |
| 4/26/15 | NA | Medication Verification received from Kroger Pharmacy |
| 4/27/15 | 1453 | Inmate moved from dorm 12 to detox dorm . |
| 4/28/15 | NA | Mental Health responded to a mental health referral, inmate was in court. |
| 4/29/15 | 1030 | Received verbal orders to discontinue detox protocol/monitor. |
| 5/4/15 | NA | Nurse Practitioner started Lisinopril per medication verification record. |
| 5/7/15 | 0900 | Inmate completed history and physical. Inmate described abuse of Opiates and past mental health history. Per the H&P nurse Inmate was tearful so a mental health referral was initiated. |
| 5/8/215 | 0800 | Inmate refused medication and blood pressure checks. Refusal signed by 2 witnesses. |
| 5/9/15 | 0416 | Inmate was evaluated by mental health, another medication verification was faxed to Kroger pharmacy.  *faxed ROI by MH* |
| 5/11/15 | NA | Mental Health received medication verification after close of business ? |
| 5/12/15 | 1000 | Mental Health Director gave Psychiatrist verification and antidepressants were bridged for ordering.  *Dr. Light started on Celexa* |
| 5/12/15 | 1718 | Moved from J4D55A to 291#8 |
| 5/13/15 | 0800 | Inmate received Celexa  (anti-depressant). |
| 5/13-5/29/15 | 0800 | Inmate remained compliant on his medications at 100%. No medications were missed or refused. |
| 5/29/15 | 1126 | Received a call from CCC that a suicide by hanging had taken place. Administrator, Medical Dr. arrived to CCC 1140 and reviewed the chart.  Patient was on the floor in the attempts of being resusiated by EMS. |
| 5/29/15 | 1226 | EMS obtained a blood pressure of 122/95 and departed from the facility to UofL Hospital. |
| 5/29/15 | 1726 | Received a status that inmate was declared brain dead by Neurology |
| 5/29/15 | 1900 | Per the hospital administration family requested that inmate remains on life support until the decision of discontinuing life support has been determine. |
| 5/30/15 | 0730 | Update from hospital no status changes. |
| 5/30/15 | 1645 | Neurological Brain wave assessment completed. |
| 5/30/15 | 1745 | Neuro test shows no brain activity. |
| 5/30/15 | 621 | Inmate expired, time of death given. |
| 5/30/15 | 2004 | Inmate taken off of life support. |
| 5/30/15 | 2005 | LMDC Administration, CCS Administration notified. |

Respectfully Submitted,

GB005402

This docum⸺ is protected by the Peer Review ⸺tute of this state.

# DEATH REPORT
## SUICIDE



Form must be completed within one business day of a death and submitted to the Corporate or Regional CQI Coordinator.
(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

| IDENTIFYING INFORMATION | | |
|---|---|---|
| Site Name: *(Do Not Abbreviate)* KY – Louisville Metro Department of Corrections | Site Number: | Date of Death: 05 29 15 |
| Patient Name: Webb, Mark | | Custody Date: __/__/__ |
| Inmate Number: 601346 | ☒ Male  ☐ Female   Birth Date: 11 05 76 | Today's Date: 11 24 15 |

| MORTALITY REVIEW TRACKING | |
|---|---|
| PATIENT SAFETY<br>~~Chief Medical~~ Officer Review<br>Date Review Completed: 12/1/15 (mm/dd/yy)<br>Signature:<br>Comments: NEED TO AMEND IP TO INCLUDE WORKING E CUSTODY TO IMPROVE COMMUNICATION WHEN CALLING FOR MEDICAL ASSISTANCE TO ENSURE PROPER EQUIPMENT IS BROUGHT TO THE SCENE. | Regional Medical Director Review<br>Date Review Completed: __/__/__ (mm/dd/yy)<br>Signature:<br>Comments: |
| Corporate Director of Mental Health Services Review<br>Date Review Completed: __/__/__ (mm/dd/yy)<br>Signature:<br>Comments: | Regional Mental Health Director Review (if event in region)<br>Date Review Completed: __/__/__ (mm/dd/yy)<br>Signature:<br>Comments: |
| Regional Psychiatric Director Review (if event in region)<br>Date Review Completed: __/__/__ (mm/dd/yy)<br>Signature:<br>Comments: | Corporate CQI Review<br>Date Review Completed: 11/11/16 (mm/dd/yy)<br>Submitted For Risk Management Review?<br>Signature:<br>Comments: NEED TI |
| Corporate Psychiatric Director Review<br>Date Review Completed: __/__/__ (mm/dd/yy)<br>Signature:<br>Comments: | |

*This form and worksheet is completed as part of the CCS QI program, and it is exempt from discovery.*

CCS PD 01.08 Form 01 – Death Report Suicide
10/01/2013

Page 1 of 1

GB005403

| Num | Question | Response | |
|---|---|---|---|
| 1 | User Entering Event | SJUDKINS | |
| 2 | Contract | 66 | |
| 3 | Contract Name | CCS-KY-Louisville Metro | |
| 4 | Event/Incident Number | 663632015000004 | |
| 5 | Master Event/Inc Number | 663632015000004 | |
| 6 | Facility/Campus | 363 | |
| 7 | Facility/Campus Name | CCS-KY-Louisville Metro Department of Corrections | |
| 8 | Type of Facility | JAIL (A) | |
| | **PATIENT/PERSON DETAILS** | | |
| 10 | Patient Event? | Y | Edit |
| 11 | Type of Person | PATIENT | |
| 12 | Patient Search -- Enter Last Name and Click SEARCH - if NOT FOUND - Click ADD PATIENT | 601346 | Edit |
| 13 | Medical Record # | 00601346 | |
| 14 | Org/Per ID | OP00424322 | |
| 15 | Patient Name | Webb, Mark | |
| 16 | Birth Date | 11/05/1976 | |
| 17 | Gender/Sex | MALE | |
| 18 | Admitting/Primary Diagnosis | | |
| 19 | Custody Date | 05/29/2015 | |
| | **EVENT DETAILS** | | |
| 21 | Event Date | 05/29/2015 | Edit |
| 22 | Day Of Week | Friday | |
| 23 | Patient Age At Time Of Event | 38 | |
| 24 | Patient Age Unit | Y | |
| 25 | Event Time (Military format) | 12:06 | Edit |
| 26 | Location Where Event Occurred | BATH | Edit |
| 27 | Location Desc | Bathroom | |
| 28 | Event Type | SUICATTP | Edit |
| 29 | Event Type Desc | SUICIDE ATTEMPT | |
| 30 | Event Sub Type | HANGING | Edit |

‹ Prev. Page  Next Page ›

GB005404

| Num | Question | Response | |
|-----|----------|----------|---|
| 31 | Event Sub Type Descr | **HANGING** | |
| 32 | Event Description - Include PMH & Response by CCS | Medical was called for backup to the 2nd floor at CCC. Upon reaching the 2nd floor corrections called for an AED. Upon arrival to the 2nd floor patient Webb was laying on the floor unresponsive and the officer was attempting to remove a sheet that was tied around his neck. At this time the patient was checked for a pulse and heartbeat which was absent. CPR was initiated at 1126 with chest compressions and the another nurse began rescue breaths, this was continued until EMS relieved said nurses. Aed continued to advise no shock. At 1206 patient regained a pulse and was placed on the stretcher and escorted to UofL hospital at 1226. He remains intubated, in critical condition. | Edit |
| 33 | Was Treatment Provided? | **Y** | Edit |
| 34 | Treatment Provided | **OFFSITEER** | Edit |
| 35 | Treatment Provided Desc | **Offsite ER** | |
| 36 | Practitioner Notified? | **Y** | Edit |
| 37 | Practitioner Notified Search | **000001** | Edit |
| 38 | Practitioner Notified Name | **Newton, Jack** | |
| 39 | Date Practitioner Notified | **05/29/2015** | Edit |
| 40 | Time Practitioner Notified (Military) | **12:06** | Edit |
| 41 | Was Patient Taken To Hospital? | **Y** | Edit |
| 42 | Client Aware? | **N** | Edit |
| 43 | Media Involved? | **N** | Edit |
| | **WITNESS INVOLVED DETAILS** | | . |
| 45 | Was Event Witnessed? | **N** | Edit |
| 46 | Witness Involved | | Edit |
| | **EQUIPMENT INVOLVED DETAILS** | | |
| 48 | Equipment Involved? | **Y** | Edit |
| 49 | Equipment Involved | | Edit |
| 50 | Equipment Involved Unique Number | **EQN0000701** | |
| 51 | Select Equipment | **DEFIB** | Edit |
| 52 | Equip Name | **Defribrillator** | |
| | **OTHER PARTY DIRECTLY INVOLVED DETAILS** | | |
| 54 | Were Other Parties Directly Involved? | **Y** | Edit |
| 55 | Parties Directly Involved | | Edit |
| 56 | Party Involved ID | **PTN0002178** | |
| 57 | Party Person Type | **OTHER** | Edit |
| 58 | Party Involved Name | **Emergncy Services and Corrections Officers** | Edit |
| | **REPORTER DETAILS** | | |
| 60 | Reported By Type | **USER** | |

< Prev. Page  Next Page >

GB005405

| Num | Question | Response | |
|---|---|---|---|
| 61 | Reported By | SJUDKINS | |
| 62 | Reporter Name | JUDKINS, STARR N | |
| 63 | Reported Date | 05/29/2015 | |
| 64 | Reported Time | 15:42 | |
| 65 | How Reported | INCREPRT | |
| 66 | Date Event Rprt Received | 05/29/2015 | |
| 67 | Reportable? | Y | |
| 68 | Days In Transit/Lag Time | 0 | |
| 69 | Follow Up Required? | Y | |
| 70 | Follow Up Entry | WKL0356609 | Edit |

< Prev. Page   Next Page >

GB005406

| Num | Question | Response |
|-----|----------|----------|
| 1 | Contract | 66 |
| 2 | Equipment Involved Unique Number | EQN0000717 |
| 3 | Person/Patient Name | WEBB, MARK |
| 4 | Select Equipment | DEFIB |
| 5 | Equip Name | Defribrillator |
| 6 | Model Number | |
| 7 | Serial Number | |
| 8 | Lot Number | |
| 9 | Brand Name | |
| 10 | Biomed Contacted? | N |
| 11 | Equip/Device Tagged? | N |
| 12 | Taken Out Of Service? | Y |
| 13 | Out Of Service Date | 05/29/2015 |

< Prev. Page   Next Page >

GB005407

| Num | Question | Response |
|-----|----------|----------|
| 1 | Unique number to identify the workload entry | WKN0352230 |
| 2 | Record ID of the record that owns this record | INC0062178 |
| 3 | Patient/Person involved name | WEBB, MARK |
| 4 | Event Type | SUICIDE |
| 5 | Event Type Desc | SUICIDE |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | |
| 8 | Type Of Follow Up Being Performed | INITMGRFOL |
| 9 | Type Of Follow Up Desc | Initial Manager Follow Up |
| 10 | Status | C |
| 11 | Entry By | SPETERSON |
| 12 | Entry By Name | PETERSON, SYNTHIA A |
| 13 | Follow up Date | 05/29/2015 |
| 14 | Follow Up Details/Descr | RM notified at 6:50 pm CST that patient expired at hospital. Additional information will be added by the HSA as soon as possible. |
| | **Entry Completed** | |

< Prev. Page  Next Page >

GB005408

| Num | Question | Response |
|---|---|---|
| 1 | Unique number to identify the workload entry | WKN0352618 |
| 2 | Record ID of the record that owns this record | INC0062178 |
| 3 | Patient/Person involved name | WEBB, MARK |
| 4 | Event Type | SUICIDE |
| 5 | Event Type Desc | SUICIDE |
| 6 | Workload Type | D |
| 7 | Type Of Follow Up Being Performed | |
| 8 | Type Of Follow Up Being Performed | INITUSRREV |
| 9 | Type Of Follow Up Desc | Initial User Follow Up |
| 10 | Status | C |
| 11 | Entry By | SJUDKINS |
| 12 | Entry By Name | JUDKINS, STARR N |
| 13 | Follow up Date | 06/01/2015 |
| 14 | Follow Up Details/Descr | On 5/29/2015 patient Webb was declared brain dead by Neurology. The patient's family wanted a full evaluation with a brain activity test, he remained on life support. This test was scheduled for 5/30/2015 at 4:45 pm, upon receiving results it was determined that the patient was declared brain dead and the family was informed. At approx 6:21 the patient expired however, he was kept on liofe support to preserve the organs as he was an organ donor. He was removed from life support at 8:04 pm 5/30/2015. An autopsy was completed on 5/31/2015 we are awaiting the coroner's report. |
| | Entry Completed | |

< Prev. Page  Next Page >

GB005409

| 1 | Unique number to identify the workload entry | WKN0354816 |
|---|---|---|
| 2 | Record ID of the record that owns this record | INC0062178 |
| 3 | Patient/Person involved name | WEBB, MARK |
| 4 | Event Type | SUICIDE |
| 5 | Event Type Desc | SUICIDE |
| 6 | Workload Type | D |
| 7 | Type of Follow Up Being Performed | RCA |
| 8 | Type Of Follow Up Desc | Root Cause Analysis |
| 9 | Status | C |
| 10 | Entry By | KWOOD-MONTGOMERY |
| 11 | Entry By Name | WOOD-MONTGOMERY, KIBIBI L |
| 12 | Follow up Date | 06/12/2015 |
| 13 | Follow Up Details/Descr | Review of CCE and chart |
|  | **ROOT CAUSE ANALYSIS DETAILS** |  |
| 15 | WHAT happened? | Summary- Mark Webb attempted suicide by hanging on Friday May 29, 2015 at 11:25. On May 29, 2015 at approximately 11:25, Officer Parr called over the radio for backup to the second floor. Medical staff responded along with corrections staff. As medical staff reached the second floor, Officer Vandivier called over the radio for medical to respond to dorm 2N1 with an AED. The nurse Supervisor went back to retrieve the AED and the ER bag; while the floor nurse responded to 2N1. When medical arrived at the dorm they were directed to the bathroom of the dorm. Mr. Webb was laying on the floor unresponsive. The floor nurse began chest compressions and the Nurse Supervisor arrived and began performing rescue breaths while the AED was applied. Life Saving procedures continued until EMS arrived and took over the scene at approximately 11:37. EMS continued lifesaving procedures and treatment until he regained a pulse and blood pressure (122/95) at approximately 12:20. At approximately 12:29 EMS left with him en route to University of Louisville Hospital ER. He arrived at the hospital at approximately 12:32. At approximately 20:04 on Saturday May 30, 2015 he was pronounced dead by hospital staff. Per PSU there was a suicide note left in his work truck that was located after his completed suicide. Circumstances leading up to the event- Prior to his suicide attempt it was noted by his floor counselor that he was terminated by his employer Middletown Heating and Air. In speaking with the corrections Captain she explained that his employer called to report that they had found pills and other items from customers homes in his work truck. Because of this his releases were suspended pending a drug test. The results of this test were not available to staff prior to his attempt because it had to be sent out to be analyzed. His drug screening came back positive for opiates at a level of 902 ng and barbiturates at a level of 318ng. Due to his releases being suspended he was also not able to go to his scheduled appointment with him probation officer that day. |
| 16 | What USUALLY happens? | If staff is alerted of Suicidal Ideation at any time at CCC the patient/inmate is assessed for risk factors. Based on that assessment if the patient/inmate is at risk then the patient/inmate is placed on precautions and moved to the main jail complex. If medical staff is ever unsure of a patient/inmates risk then they call mental health staff for guidance, or the MHP goes over to CCC to assess. In addition if medical is notified of an emergency at the site. They respond and assess the patient/inmate. Depending on their assessment the nurse would call for orders, treat using a pathway, or move the patient to the main jail. In this case when medical received the call there was not clear instructions on what the emergency was. Therefore one of the nurses had to return to get the AED. |
| 17 | What SHOULD HAVE happened? | Mr. Webb should have been assessed if information was passed on the staff. Based on the assessed precautions would be started or he would have been cleared to remain in his dorm. With regards to the emergency. Staff should have been given clear instruction/description of the situation in order to appropriately respond. |
|  | **-- Contributing Factors --** |  |
| 19 | Contributing Factor - - Issues related to patient assessment? | Y |
| 20 | If YES, what contributed to this factor being an issue? | On the day of the attempt a referral was not made to mental health staff. In review of his chart it was found that the referral that medical had generated for mental health was held by the charge nurse for 2 day before it was turned in to be scheduled. In addition when he was scheduled the MHP was unable to locate him because he was in court at the time. There was not a |

GB005410

|     |                                                                          |                                                                                                                                                                                                                                                                                                                                                                          |
|-----|--------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |                                                                          | clear reschedule date turned in so that he could be rescheduled for the next day. Mr. Webb's medication was bridged however he was never evaluated by the doctor. He was scheduled for the doctor however, he was moved to CCC prior to his assessment. His appointment was transferred over to CCC. On the next Tuesday (May 19th) the doctor was not vacation and on May 26th sick call was cancelled do the amount of patients admitted to the mental health unit and there not being any where to house patients. |
| 21  | Is Patient Assessment a root cause of the event?                         | N                                                                                                                                                                                                                                                                                                                                                                        |
| 22  | Contributing Factor -Issues related to staff training or staff competency? | Y                                                                                                                                                                                                                                                                                                                                                                      |
| 23  | If YES, what contributed to this factor being an issue?                  | LMDC classification staff no longer receive classroom mental health training. Classification staff's training is via a online program.                                                                                                                                                                                                                                    |
| 24  | Is Staff Training/Competency a root cause of the event?                  | N                                                                                                                                                                                                                                                                                                                                                                        |
| 25  | Contributing Factor - Equipment/device?                                  | N                                                                                                                                                                                                                                                                                                                                                                        |
| 26  | Contributing Factor - Work environment?                                  | Y                                                                                                                                                                                                                                                                                                                                                                        |
| 27  | If YES, what contributed to this factor being an issue?                  | The housing dorms for inmates at CCC have bars over the windows that can aid in the completion of suicide.                                                                                                                                                                                                                                                                 |
| 28  | Is Work Environment a root cause of the event?                           | N                                                                                                                                                                                                                                                                                                                                                                        |
| 29  | Contributing Factor - Lack of or misinterpretation of information?        | Y                                                                                                                                                                                                                                                                                                                                                                        |
| 30  | If YES, what contributed to this factor being an issue?                  | Medical staff was not notified of Mr. Webb's change in situation. In addition Classification staff was not aware of Mr. Webb's mental health condition.                                                                                                                                                                                                                    |

< Prev. Page  Next Page >

GB005411



CCS
CORRECT CARE

## Correct Care Solutions
## Mortality Report and Review
## Part II – Mortality Review Meeting

| Inmate Name (Last, First, MI): Webb, Mark | Inmate ID No: 601346 | Facility/Location of Mortality Review: Louisville Metro Dept of Corrections |
|---|---|---|

| Status: ☐ Expected Death  ☐ Unexpected Death  ☑ Suicide | Date of Death: 5/30/15 | Date of Mortality Review Meeting: 6/23/15 |
|---|---|---|

NOTE: The Mortality review is intended to be a multidisciplinary review of facts surrounding the incident prepared for counsel to render legal advice and assess liability, as well as to allow clinicians and custodial staff the opportunity to review the adequacy of policie~~s~~ ___ ~~preparedness.~~ Attendees will include site clinical directors (medical and mental health), Health Service ___ ~~staff~~ members that provided direct care to the inmate, facility administratio~~n~~ ___ ~~to~~ the inmate, facility CQI coordinator, and any other multidisciplinar~~y~~ ___ ~~on.~~

*HSA started at site 8/31, All the documents we have in folder was what she was able to find*

| Name | Title |
|---|---|
| Christina Donovan | ~~Regional Health Services~~ - CCS |
| Rossi Clary | Medical Director - CCS |
| Gerald Newborn | DIRECTOR |
| Dwayne A. Cl | Chief of Staff |
| Donna J. S | ATRIST @ CH ___ |
| Patricia Thurp | ___ices Administrator |
| Janet Roberts | ___ical Operations Specialist Region |
| Lt. Adkins | D Standards Clinic |
| LT. Jennifer Eubanks | " |

## Information Sources

*See reverse*

The following information was considered in conjunction with the Mortality Review:

☑ Medical Record
☐ Facility Incident Report
☐ Disciplinary Hearing Report
☑ MAR for relevant period
☐ Facility Classification Record

☐ Other: _____
☐ Information from interview:
　☐ MH Staff  ☐ CO  ☐ Inmate  ☐ Family  ☐ Other: _____
☐ Sources sought but not available: _____

| Autopsy Report available? | ☐ No  ☑ Yes | If yes, date: 5/31/2015 | If yes, attach. |
|---|---|---|---|

## Additional Facts Developed at Mortality Review not in Reports or Records

GB005412

This document is protected by the Peer Review statute of this state.

(CONFIDENTIAL-DO NOT FILE IN PATIENT'S RECORDS)

# REPORT OF PSYCHOLOGICAL AUTOPSY

Form must be completed contemporaneously with psychological autopsy.
Form must be submitted at Mortality Review, and maintained on site.
Copy of this Form should be sent to CCS Legal.



| IDENTIFYING INFORMATION | | | |
|---|---|---|---|
| Site Name: *(Do Not Abbreviate)* Louisville Metro Department of Corrections | | Site Number: 363 | Date of Death: 06/03/15 |
| Patient Name: Last Webb          First Mark          M.I. | | | Date Psych Autopsy Completed: 06/23/15 |
| Inmate Number: 601346 | Gender: ☑ Male   ☐ Female | Birth Date: 11/05/79 | Date of Mortality Review: 06/23/15 |

### FACILITY REVIEW

The above named individual completed suicide. A psychological autopsy was completed on the date listed above.

The following individual completed the psychological autopsy:

NAME: Kibibi L Wood-Montgomery, CSW
CREDENTIAL:

Signature of Person Completing the Psychological Autopsy (date) _Kibibi L Wood, CSW 6/23/15_

*The Health Services Administrator acknowledges receipt of the completed psychological autopsy, as evidenced by the signature below:*

Signature of Health Services Administrator (date of receipt) _Mark W. Whatten  6/23/15_

This document may be shared with accreditation surveyors as evidence that required psychological autopsy was completed.

GB005413



Inmate Name: ___Webb, Mark_____
Inmate Number: _____601346_____

Institution: _____LMDC- Community Correction Center (CCC)
Housing: _____2N1_____

Date of Birth: ___11/05/1979_____
Date of Death: ____6/3/15_____

Time Discovered: ___5/29/15 –11:25am_____
Method: ___Hanging_____

**INCIDENT:**  Mark Webb a 35 year old, divorced Caucasian male was booked into Metro Corrections on Saturday 4-25-15 at 02:10am. He attempted suicide by hanging on Friday 5-29-15. He was found at approximately 11:25 am, by Officer Parr, who called over the radio for backup to the second floor at the Community Corrections Center (CCC).  Medical staff responded to the call also.  As medical reached the second floor, Officer Vandivier called over the radio for medical to respond to dorm 2N1 with an AED. The nurse Supervisor went back to the nurse's station to retrieve the AED and the ER bag while the floor nurse continued on to respond to 2N1.  When medical arrived at the dorm they were directed to the bathroom of the dorm.  Mr. Webb was laying on the floor unresponsive.  The floor nurse began chest compressions and the Nurse Supervisor arrived, applied the AED and began performing rescue breaths, and EMS was called by the control room officer. Lifesaving procedures continued until EMS arrived and took over the scene at approximately 11:37.  EMS continued lifesaving procedures and treatment until he regained a pulse and blood pressure (122/95) at approximately 12:20 pm.  At approximately 12:29 EMS left with Mr. Webb en route to University of Louisville Hospital ER.  He arrived at the hospital at approximately 12:32.  At the time of his arrival at the hospital he was placed in room 9 and later transferred to the ICU. Family members were notified of his condition by corrections administration. After seeing him at the hospital, and discussing his prognosis with hospital staff, it was the decision of the family to remove him from life support. At approximately 20:04pm on Saturday 5-30-15 he was removed from life support and subsequently pronounced dead by hospital staff. Per the Professional Standard Unit there was a suicide note left in his work truck that was located after his completed suicide.

**AUTOPSY/TOXICOLOGY FINDINGS:** According to the preliminary autopsy report Mr. Webb's cause of death was anoxic encephalopathy secondary to asphyxia by hanging.

**BACKGROUND INFORMATION:** According to X-jail (the internal jail management information system); this was Mr. Webb's first arrest at Metro Corrections. His charges were Drug Paraphernalia, Theft by Unlawful Taking or Disposition over $300, and a bench warrant. During his medical intake screening he reported having anxiety, depression, and high blood pressure. He reported being prescribed Lisinopril, Celexa, Wellbutrin, and Ativan which he received from Kroger Pharmacy. At that time a mental health referral was generated and he was placed on a detox monitor because of his report of taking Ativan. He denied using any other prescribed substances or alcohol.  In an attempt to verify his medication, a release of information was sent to Kroger pharmacy. At the time of his medical intake screening he denied have any suicidal ideation.

During his interview conducted at LMDC by classification also at the time of intake it was learned that Mr. Webb's religious preference was Christianity, he was divorced with 3 children, had a college education, and was employed at the time of his arrest at Middletown Heating and Cooling.

**MENTAL HEALTH HISTORY:** As noted above, the intake screen revealed his report of diagnoses including depression and anxiety, and a referral was generated to MH Services. The referral was not given to mental health staff until Monday 04-27-15 (it appears that the intake packet was not cleared by a nursing supervisor until that date); upon receipt of the referral at the mental health department, he was scheduled for the mental health professional (MHP) on 04-28-15. When the MHP attempted to complete the assessment on 4-28-15, Mr. Webb was in court and the assessment was to be rescheduled. The reschedule date was inadvertently left off the scheduling sheet, and the team member assigned to department scheduling duties assumed the "blank" meant no follow-up was needed and the patient was therefore not rescheduled for the initial MH evaluation process.

Mental health received another referral generated from the History and Physical (H&P) process on 05-08-15 because he reported a history of depression and anxiety. Mr. Webb was scheduled to be seen on 05-09-15. When he was assessed by the MHP on 05-09-15, he reported being treated for his depression and anxiety by his primary care physician. The MHP had him sign a ROI to verify psychotropic medications with the Kroger (Stoney-brook) Pharmacy. (Note: the initial ROI from the intake process had been returned on 4/25/15 verifying lisinopril, lorazepam and Celexa. Medical services then began providing lisinopril, but the information verifying the psychotropic medications was not communicated to MH Services and so the psychotropic medications were not started at that time)

He reported a recent hospitalization at Norton's Hospital psychiatric unit in January 2015. This hospitalization was due to a Mental Inquest Warrant issued by his ex-wife. He also reported a recent history of substance abuse approximately within the last month. He reported using unspecified amounts of heroin and opioids. He reported past substance abuse treatment with Jefferson Alcohol and Drug Abuse Center in 2011 and Recovery Works in 2012 and 2013. He was evaluated for risk of harm and level of functioning and then scheduled for a follow-up appointment in 30-days. During this encounter with the MHP, he denied suicidal and homicidal ideations.

The ROI sent to the Kroger Pharmacy by the MHP was returned after business hours on 05-11-15 and noted verification of the following medications; Lisinopril, Ativan, Wellbutrin XL, and Celexa. The verification was printed on 05-12-15 however; the psychiatrist was conducting sick call at CCC on that date, and orders to continue these medications were not received by the psychiatrist until 05-13-15; at that time only Celexa (20mg) was ordered (but no note for this order was found in the health record. Instead, the medication verification sheet was initialed by the prescriber). Wellbutrin was not continued as it was a non-formulary medication. Mr. Webb was also scheduled for evaluation with the psychiatrist on 05-14-15. However, Mr. Webb was transferred from the main jail to CCC on 05-12-15 and the psychiatric evaluation was not held on 05-14-15 due to the location change. His appointment was transferred over to next psychiatric sick call clinic at CCC to be conducted 05-19-15. However, the clinic on 05-19-15 was not held as the psychiatric provider was on vacation; another follow-up was scheduled for 5-26-15. However, this follow-up was also cancelled due to the high number of patients to be seen at the Main Jail due to the prior holiday weekend. (Of note, it was determined that Mr. Webb used his court ordered work releases and left the facility at approximately 06:00. It is not clear if he was informed that these appointments had been scheduled and he chose to leave the facility, so he would have missed these appointments if they had been held). A review of the MAR showed Mr. Webb was 100% compliant with the Celexa administration from the time it was prescribed until the date of the self-harm attempt. The mental health department did not receive any other referrals or request for services from Mr. Webb.

**MEDICAL HISTORY:** Mr. Webb was placed on a detox monitor at intake due to his report of Ativan use. The detox monitor was in effect from 4-25-15 at 08:00 and was discontinued on 4-29-15 by the detox nurse and signed off by the medical provider. During his monitor his CIWA-AR scores were within normal limits and he was compliant with all his detox assessments. In addition to his detox monitor, Lisinopril was started on 05-04-15. It appears that there was a nine day break in his medication because the verification was not given to the medical provider after it was received on 4-25-15. He was not seen by the medical provider however a verbal order was given by Dr. Newton on 05-13-15 for blood pressure checks every other day for 2 weeks, DP3 urine dipstick, ECG CXR, and to "refer to medical sick call whenever". There is no other information available to this reviewer on Mr. Webb's medical history.

**INSTITUTIONAL FUNCTIONING:** This was Mr. Webb's first incarceration at LMDC. After his initial intake, he was placed at CCC on 5-12-15 and returned to work at the same employer he had prior to incarceration, Middletown Heating and Air. There is no indication in x-jail that he had received any

GB005415

disciplinary actions other than on the day of the suicide attempt. On the day of the attempt, his employer contacted his floor counselor at CCC (Ms. Wilson) to report that unknown pills, drug paraphernalia and items from customer's homes had been found in his work vehicle and he was being terminated for gross misconduct. Because of this report, Mr. Webb was required by correctional policy to take a urine drug screen, which he did, and this sample was sent out for analysis. The results were not back at the time he made the self-harm attempt and medical was not notified of the suspicion of drug use. Therefore, a detox monitor was not restarted by medical and he was not moved back to the main jail.

**PERSONALITY DYNAMICS:** There is limited information available to the reviewer on Mr. Webb's personality dynamics. Mr. Webb reported on intake that he was diagnosed with depression and anxiety. During his MHP evaluation he was described as cooperative, pleasant, and receptive to mental health services.

**PRECIPITATING EVENTS:** As noted above, his employer reported to the facility that unknown pills, drug paraphernalia, and items from customer's homes had been located in Mr. Webb's work vehicle by his employer. This discovery led his employer to terminate his employment, and his permissions to leave CCC grounds were revoked. He was scheduled to meet with his Probation Officer on that day, and was not allowed to attend that appointment off CCC property. He was also asked to provide a urine screen for a drug screen. The CCC Floor Counselor documented these events on 5/29/15 at 9:08 a.m. Of note, the drug screen was eventually returned as positive for opiates (902 ng) and barbiturates (318ng).

Per corrections administrative staff, Mr. Webb left a suicide note in his work truck. In the letter he addressed his ex-wife Jessica, 3 children, and parents; he apologized to them for past problems and for completing suicide. He explained that he was tired and not strong enough anymore. "All the fight has left this warrior" was the closing statement in the note. Of interest, the note was not dated, and it is not clear when it was written and left in the work vehicle.

After the self-harm event, MH team members responded to the housing unit to debrief staff and other offenders. There was a report by other offenders in the housing unit that Mr. Webb had called his mother the day of the event and became upset about not being able to go to the probation office and his mother's unwillingness to pay his rent for him. (It was discovered that on 5-27-15 and 5-28-15 he was unable to leave CCC property because of unpaid rent. On 5-28-15 he was given permission by his floor counselor to leave CCC to get money from his bank account.) In addition, another offender reported that Mr. Webb had given him the telephone numbers for his loved ones on the night before the self-harm attempt with instructions to call and tell them that he loved them if something bad were to happen to him.

It does not appear that the other offenders who may have known of Mr. Webb's difficulties or demeanor in the days prior to his death reported anything out of the ordinary to facility staff. MH Services was also not made aware of the events involving Mr. Webb on the day or his attempt, although it is noted that the events occurred in relatively rapid succession that morning.

**PRESUICIDAL FUNCTIONING:** Medical/mental health staff were not informed of any changes in his mental status or behavior. During debriefing, the med pass nurse stated that Mr. Webb presented as he typically had during the morning medication pass, and the nurse noted he had initially missed Mr. Webb during med pass and had to return to the unit to provide his medication. In terms of the timeline for that morning, the medication pass was completed prior to Mr. Webb being notified that he had been terminated by his employer. LMDC Administration learned from family members after the event that he had talked with them on numerous occasions prior to his incarceration about suicidal ideations; it does not appear that family members reported any concerns to LMDC staff after his admission to the facility. It is unknown what may have prompted past suicidal ideations, as he denied all suicidal ideation past or present with staff.

**MOTIVE FOR SUICIDE:** It appears that Mr. Webb was experiencing thoughts of self-harm and perceived stressors that he did not think he could adequately manage, based on the contents of the suicide note and his verbal reports to his family about suicidal ideations. It does not appear that Mr. Webb discussed the extent of these concerns with health care staff at LMDC. It is suspected that Mr. Webb was engaging in substance use while at his job and off CCC grounds and it is suspected substance use impacted his thinking, insight and judgement. It is suspected that the additional acute stressors that occurred on the

day of the self-harm attempt (termination by his employer and likely realization that his drug screen would be positive and his possession of stolen items and might lead to additional charges or detention time) were proximate causal agents for the decision to engage in self-harm.

**SUMMARY/CONCLUSIONS:**   Mark Webb was a 35 year old, divorced Caucasian male with three children.  He was a college graduate and was employed in the HVAC industry.   He was booked into Metro Corrections on Saturday April 25, 2015 at 02:10 and attempted suicide by hanging at the CCC on Friday May 29, 2015. When medical staff arrived Mr. Webb was on the floor unresponsive.  Medical staff began life saving procedures and the AED was applied; EMS arrived, continued lifesaving procedures and regained a pulse and blood pressure before he was transported to University of Louisville Hospital where he remained until Saturday May 30, 2015 when he was pronounced dead by hospital staff after family made the decision to remove life support. According to the preliminary autopsy report Mr. Webb's cause of death was anoxic encephalopathy secondary to asphyxia by hanging.

This was Mr. Webb's first incarceration at LMDC. His charges were Drug Paraphernalia, Theft by Unlawful Taking, and a bench warrant. During his medical intake screening he reported having anxiety, depression, and high blood pressure. He reported being prescribed Lisinopril, Celexa, Wellbutrin, and Ativan.  At that time a mental health referral was generated but was not routed to MH Services until 4-27-15.  A detox monitor was started.  An ROI for medication verification was completed at intake as well. He was at court when an MHP attempted to see him on 4-28-15, and a follow-up appointment was not rescheduled due to a misunderstanding regarding how the appointment form was completed.

Medical Services received the medication verification on 4-25-15 and Lisinopril was started on 05-04-15 due to a delay in relaying the verification information to the medical provider.  Additionally, the results of the verification were not provided to MH Services and no psychotropic medications were started even though they were verified.  Another staff referral was generated to MH Services based on the H&P process on 05-8-15, and he was then seen by an MHP on 05-9-15.  At that time, he reported similar issues to those noted at intake, and another ROI was completed. This medication verification was returned on 05-11-15 and Celexa was ordered on 05-13-15; Wellbutrin was not ordered because it was a non-formulary medication.  He was scheduled for psychiatric follow-up on 05-14-15 but this did not occur as he was transferred to CCC in the meantime.  The appointment was rescheduled but again not held due to provider absence; the next rescheduled appointment was also missed due to level of workload at the main jail.  He was not seen by a psychiatric provider while in LMDC custody.  He was also scheduled for a MH follow-up thirty days after his initial MHP evaluation, but engaged in the self-harm attempt before this visit occurred.  The MAR suggests 100% compliance with the prescribed Celexa.

Mr. Webb was employed at Middletown Heating and Air (this was his employer at the time of his incarceration and he continued employment after his placement at CCC).  His employer notified CCC administration that they had found drugs, drug paraphernalia and items from customer's homes in his work vehicle.  He was terminated and per correctional policy required to provide a urine sample for a drug screen.  He apparently made a phone call to his mother after being notified of him employer's notification and this phone call was apparently not positive.  He then made the self-harm attempt later the same morning as these events. A suicide note was found in his work vehicle, and it was later learned he had been discussing self-harm ideation with family members when prior to his incarceration. It was also later learned he had given another offender family phone numbers and asked him to call these family members if anything happened to him.  His drug screen also came back positive for opiates and barbiturates.

**RECOMMENDATIONS:** After the review of the record and time line of events, the following recommendations was suggested and action plan created.

1.  The referral process from intake to the MH services did not function in a timely manner. This process has been changed. Now the RN supervisor is responsible for making sure that intake referrals get to the correct department at the beginning of each shift.

2.  The scheduling of a follow-up initial mental health evaluation did not occur due to a misunderstanding between the MHP and the team member assigned to MH Scheduling responsibilities. The mental health AA has now been trained to reschedule all patients for

the next day (including weekends) if the follow up date is missing or to consult with the Mental Health Coordinator for guidance.

3. After the initial evaluation was completed, it was determined the patient was currently receiving treatment, but the MHP follow-up date was set for thirty days. This time frame is too long for those patients currently in treatment. Mental Health staff will be educated to set follow-up visits for patients actively in treatment, and/or currently symptomatic, to no longer than fourteen days.

4. Release of Information process needs to be updated to make sure that all providers (medical or mental health) receive releases in a timely manner when they are received. In order to eliminate the delay in medication processes where change and there is now a log that details when a ROI is received and which provider has it.

5. Medication orders were not provided in a timely manner after the medication verifications were returned to the medical department from the community pharmacy. When a medication verification document is received and indicates verified current medications, it will be communicated promptly to the responsible provider, who will continue the medication (regardless of whether it is a formulary or non-formulary medication). If a verified medication is not continued, the provider will indicate the reason for this in the patient's health record.

6. Multiple psychiatric appointments were rescheduled for a variety of reasons, with the result that the patient was not seen by a psychiatric provider while he was at LMDC. Any visit that is rescheduled two times will be designated a priority for the next psychiatric clinic. In addition there will be a process developed for inmates that have court ordered releases that miss their appointments.

7. When a medication bridge order is given by a provider, this order will be documented in the health record.

8. CCS will work with facility administration to develop a process to provide the CCC administration with the names of the patients housed at CCC who are designated as Mental Health Special Needs patients. A process will also be developed so that Medical/Mental Health is notified of transfers to CCC so that this list (as well as the Medical Chronic Care list) may be kept current for staff at CCC. CCC staff can then alert MH Services to any change of status for offenders on this list in particular, as well as any notable changes in status at CCC that could put an offender at risk for self-harm. Additionally, CCS will work with CCC administration to ensure that the process of alerting medical staff in cases of suspected drug usage is functional so that health care staff can determine if it is necessary to begin a detox protocol.

9. CCS will work with CCC administration to ensure that patients who are scheduled to see a health care provider on site are notified of such so that the patient does not leave facility grounds and miss the appointment. If the patient decides to leave the facility, the CCC nurse will obtain a signed refusal form for the patient for the health record.

**Environmental recommendations:**

1. The dorms at CCC have bars over the windows like single cells or disciplinary housing cells at the main jail. These bars present an easily accessible opportunity for self-harm. It is recommended that the necessity of these bars be evaluated or an alternative safety implement for windows be considered.

GB005418

**REVIEW AND SIGNATURES:**

X _Donna Smith, MD_

X _Kibibi Wood-Montgomery, CSW_

X _Starr Judkins, HSA_

GB005419

| Name WEBB, MARK | | | Booking # 201510842 | Facility 2 |
|---|---|---|---|---|
| Inmate # 00601346 | Sex MALE | DOB 11/05/1979 | Book Dt/Tm 04/25/2015 02:10 | Wing 2C |
| Race White/Eurp/ N.Afr/Mid.Eas | | Age 35 | Release Dt/Tm | Dorm 2N1 |
| **Status** | In Jail | | Classification MI/GP | Cell 2N1 |

### Note Entry

Inmate Note Type GENERAL INMATE NOTES

Inmate Note INMATE WAS TERMINATED FROM MIDDLETOWN HEATING AND AIR...

Created By User Wilson, Shashana          Created Dt/Tm 05/29/2015 09:08

### Notes

Inmate Note Type

From Date/Time                    To Date/Time

### Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 05/29/2015 09:08 | INMATE WAS TERMINATED FROM MIDDLETOWN HEATING AND AIR... | GENERAL INMATE NOTES | Wilson, Shashana |
| 05/27/2015 13:34 | INMATE HAS PERMISSION TO TAKE MONEY OFF HIS ACCOUNT ON 5/28/15... | GENERAL INMATE NOTES | Wilson, Shashana |
| 05/14/2015 06:27 | INMATE REQUESTED REMAINING PROPERTY. WAS GIVEN BACK BY ME OFC SPAULDING #720 | PROP NOTES | SPAULDING, YUKEITHYA |
| 05/13/2015 14:03 | FROM: FINEGAN, LISA [MAILTO:LISA.FINEGAN@METROREVENUE.ORG] SENT: WEDNESDAY, MAY 13, 2015 2:02 PM TO: WILSON-WALKER, SHASHANA SUBJECT: RE: VERFICATION<br><br>THIS ACCOUNT IS COMPLIANT. THANKS<br><br>FROM: WILSON-WALKER, SHASHANA [<MAILTO:SHASHANA.WILSON-WALKER@LOUISVILLEKY.GOV>] SENT: WEDNESDAY, MAY 13, 2015 8:05 AM TO: FINEGAN, LISA; PAULIN, NAOMIROSE SUBJECT: VERFICATION<br><br>CAN YOU VERIFY THE FEDERAL ID# 26-0722517 MIDDLETOWN AIR CONDITIONING & HEATING 305 N. EVERGREEN RD.<br><br>RE-MARK WEBB | GENERAL INMATE NOTES | Wilson, Shashana |

GB005420

| 05/13/2015 12:14 | SCHEDULE ENTERED AND VERIFIED FOR MIDDLETOWN HEATING & COOLING EAF GIVEN TO INMATE. | GENERAL INMATE NOTES | Wilson, Shashana |
| 05/13/2015 08:09 | FROM: WILSON-WALKER, SHASHANA SENT: WEDNESDAY, MAY 13, 2015 8:05 AM TO: FINEGAN, LISA (LISA.FINEGAN@METROREVENUE.ORG); PAULIN, NAOMIROSE (NAOMIROSE.PAULIN@METROREVENUE.ORG) SUBJECT: VERFICATION<br><br>CAN YOU VERIFY THE FEDERAL ID# 26-0722517 MIDDLETOWN AIR CONDITIONING & HEATING 305 N. EVERGREEN RD.<br><br>RE-MARK WEBB | GENERAL INMATE NOTES | Wilson, Shashana |
| 05/12/2015 10:19 | WR EXT/OUT OF COUNTY/P&P | GENERAL INMATE NOTES | Wilson, Shashana |
| 05/12/2015 10:02 | ORIENTATION COMPLETE.   MOVIN TO 2N2. | GENERAL INMATE NOTES | BAKER, NATALIE |
| 05/11/2015 17:18 | 2S1#8 FROM J4D5A - PER OOC ON CASE 14CR853 - CR08 WILL NOTIFY NEXT COURT DATE - 25K FC W/EXT HRS WR, MAY WORK OUT OF COUNTY, P&P REL PER JUDGE CHAUVIN ON 5/11/2015 | INMATE MOVEMENT | Woolen, Caroline |
| 04/29/2015 10:13 | J4D5A#27 FROM J3D4B | INMATE MOVEMENT | Thomas, Ella |
| 04/27/2015 14:53 | CELL TRANSFER FROM J2W12 TO J34B#18.. DETOX SPACE IS NOW AVAILABLE. | INMATE MOVEMENT | Walker, Katreese |
| 04/25/2015 08:03 | J2/12 DETOX BB X7 DAYS PER NURSE MOODY THERE IS NO ROOM IN THE DETOX AVAILABLE | INMATE MOVEMENT | BURNS, RESHAYLA |
| 04/25/2015 07:20 | ORIENTATION COMPLETED MI/GP | ORIENTATION NOTES | Holt, Vinese |

GB005421



## CCS
CORRECT CARE SOLUTIONS

### TRANSFER FORM (INTRA-SYSTEM)

**From:** LMDC     **To:** CCC
(Institution)       (Institution)

**TRANSFER INFORMATION**

Is the Inmate Being Treated for a medical, mental health or dental condition (include chronic illness)?
☐ Yes ☐ No

If Yes, please explain: _Reports Hx of Anxiety, depression & HTN_

Last Chronic Care Clinic Visit: _none ?? 18_    ☐ Not Applicable

Is the Inmate Currently Prescribed any Medication? ☐ Yes ☐ No
If Yes, medications:
_Prozac 10/12.5 & 15 pd_

Last TB Screen Date: _4-27-15_    Result: _8mm_

If past Positive: Last CXR: _____ Result: _____

Activity Limitations (check all that apply):
☐ Bottom bunk
☐ Crutches
☐ Wheelchair
☐ Blind
☐ Other: _∅_

Drug Allergies: _NKDA_

Pending Consultations/Outside Appointments: _∅_

Signature _Simon_    Date: _5-12-15_

---

**RECEIVING INFORMATION**

Inmate Appearance (e.g. sweating, tremors, anxious, disheveled): ☐ Normal ☐ Abnormal
If Abnormal, Please explain/describe: _____

Inmate Difficulty of Ease of Movement (e.g. body deformities, gait): ☐ Yes ☐ No
If Yes, Please explain/describe: _____

Is there any Evidence of Abuse/Trauma? ☐ Yes ☐ No
If Yes, Please explain/describe: _____

**DISPOSITION**

☐ General Population

☑ General Population with the Following Referral:
☐ Medical ☐ Mental health ☐ Dental    Date: _TBA_

☐ Urgent/Emergent Treatment

Signature _[signature]_    Date: _5-13-15_

| Inmate Name | ID# | DOB | Date |
|---|---|---|---|
| _[handwritten]_ | _[handwritten]_ | _[handwritten]_ | _[handwritten]_ |

GB005422

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name WEGG MARK A JR                          35 W J?

Number 15-054                    Date 5/31/15

Height    72                     Weight _____

H- 580        1.1

RL- 810

LL- 740

L- 1000

K- 440

S- 230

B- 1390

Toxicology    BA    BDS    CO    UDS    VA    Ref Lab    Histo

Manner    A    H    N    U    S    Pending

ICD Code _____

Opinion _____

Resident _____    Staff _____    Attendant _____

County/Coroner _____

GB005423



**△CCS** CORRECT CARE SOLUTIONS

**PROBLEM LIST**

| | |
|---|---|
| Name: | **WEBB, MARK** |
| Site Name: Louisville Metro Department of Corrections | ID # 601346 |
| | D.O.B. 11/05/79 |

Medication Allergies    NKDA

| Date Idenitified | | Date Resolved | Health Care Practitioner Signature |
|---|---|---|---|
| 04/25/15 | HTN | | |
| 04/25/15 | ANXIETY | | |
| 04/25/15 | DEPRESSION | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date | Results | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|---|---|
| PPD | | | | | | | | |
| TETNUS | | | | | | | | |

GB005424



**△CCS**
CORRECT CARE SOLUTIONS

## INMATE EDUCATION RECORD

INMATE NAME: WEBB, MARK                    CIN #    601346

Education Codes:
V - Verbal
P - Printed Materials
D - Demonstrated
RD - Return Demonstration

| Topic | Date/Initial | Topic | Date/Initial |
|-------|--------------|-------|--------------|
| Arthritis | | Hygiene | |
| Asthma | | Hypertension | |
| Cardiac Disease | | Infectious Disease | |
| Community Resources | JLM V 4/25/2015 | Medications | JLM V 4/25/2015 |
| Constipation | | Muscular Problems | |
| COPD | | Nutrition | |
| Coping Skills | JLM V 4/25/2015 | Ortho Problems | |
| Dental Care | | Ostomy Care | |
| Diabetes | | Pregnancy | |
| Drug Abuse HEROIN | | STD | |
| Elevated BP at Screen | | Seizures | |
| ETOH Abuse | | Thyroid Disease | |
| Fungal Disease | | Wound Care | |
| Gyn Problems | | Other (Specify) | |
| | | | |

| JMOODY LPN | JLM |
|------------|-----|
| Signature | Initial |

| | |
|-----------|---------|
| Signature | Initial |

| | |
|-----------|---------|
| Signature | Initial |

| | |
|-----------|---------|
| Signature | Initial |

GB005425

# PHYSICIAN PROGRESS

# NOTES

GB005426



# NURSING NOTE

| NAME | CIN# | DOB: | ALLERGIES: |
|------|------|------|------------|
| Webb, Mark | GG1346 | 11517q | NKDA |

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 5/21/15 | 0730 | Preliminary Lab Results Back Noted Triglycrides 623 Alert Level HDL 31. Low Chart Refered to MD For Review – PMatty | |

Nursing Note
Revised 12/2014 ad

GB005427

# NURSING NOTES

GB005428



## PROGRESS NOTES

| Date/Time | Patient Name: WEBB MARK | Allergies: NKA | D.O.B.: 1/15/79 | ID#: 601346 |
|---|---|---|---|---|
| 5-30-15 10:30 A | Flu — Inmate Remains AT U of L Bed #28 Mother And Stepfather waiting for Family From Indiana. No change IN INMATE STATUS. — S. leamon LPN | | | |
| 11:30 AM 5-30-15 | Per Nurse Administrator, she needs Report on Inmate q 2 hours. — S. leamon LPN | | | |
| 5-30-15 1330 | Report called to Nurse Administrator, No change IN STATUS. — S. leamon LPN | | | |
| 5-30-15 1500 | Report called to NA, No change In STATUS. — S. leamon LPN | | | |
| 5-30-15 1700 | Report called TO NA, NO change. — S. leamon LPN | | | |
| 5-30-15 1830 | Per officer At Hospital, Inmate does NOT have Brain activity. Family has NOT decided when to Remove Inmate From life support. This information was reported to NA at this time. — S. leamon LPN | | | |
| 5-30-15 0004 | Inmate was removed From life support and Pronounced Dead. NA Notified — S. leamon LPN | | | |



# NURSING NOTE

| NAME | CIN# | DOB: | ALLERGIES: |
|------|------|------|------------|
| Webb, Mark | 601346 | 11/5/79 | NKA |

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 5/29/16 | 1235 | Medical responded to back up call by Ofc. Page on radio. Upon reaching 2nd floor, Ofc. Vandivier called for medical to respond to 2N1 c̄ AED. Nurse Thomas returned to medical to obtain Emer. bag and AED. This nurse responded to 2N1 and found pt lying on floor. Ofc was removing sheet from around pt neck. This nurse checked for pulse, none, pt unresponsive. CPR started approximtely 1126 hours c̄ chest compressions. Nurse Thomas arrived 1127 c̄ AED bag. Ofc Applied AED. Nurse Thomas began rescue breaths. AED advised no shock. After approx 4 sets of compressions Ofc ___ relieved this nurse. EMS arrived and took over scene at 1140. AED cont to advise no shock. Pt regained a pulse and was sent to UL ER approx 1225 hours. ___ | |

GB005430

3D4B

| NAME: | WEBB, MARK | | CIN: | 601346 | DOB: | 11/5/1979 |
|---|---|---|---|---|---|---|
| DETOX INITIATED: | 4/25/2015 | | MEDICATION ALLERGIES: | NKDA | DOI: | 4/25/15 |

### HISTORY

| DRUG/ETOH: | ATIVAN | | |
|---|---|---|---|
| AMOUNT: | 1MG | | |
| FREQUENCY: | TID | | |
| DURATION: | X 1 MO | | |
| LAST USE: | TODAY | | |

**PAST WITHDRAWAL SYMPTOMS: C I W A**

| N/V/D | N | TACTILE DISTURBANCES | N | ANXIETY | N |
|---|---|---|---|---|---|
| TREMORS | N | AUDITORY DISTURBANCES | N | HEADACHE | N |
| PAROXYSMAL SWEATING | N | VISUAL DISTURBANCES | N | SEIZURES | N |
| AGITATION | N | | | DT'S | N |

**PAST WITHDRAWAL SYMPTOMS: C O W S**

| SWEATING | NA | RUNNY NOSE/TEARING | NA | YAWNING | NA |
|---|---|---|---|---|---|
| RESTLESSNESS | NA | GI UPSET | NA | ANXIETY | NA |
| BONE/JOINT ACHES | NA | TREMOR | NA | IRRITABILITY | NA |

**MEDICAL HISTORY:**

HTN: **Y**    DM: N    SEIZURES: N    OTHER: _____

CURRENT MEDICATIONS: LISINOPRIL/HCTZ 10/12.5 MG

**VITAL SIGNS: O2 Sat 99 Pulse 93 Temp U B/P 134/87 Resp 14 GLUCOSE 98**

**DETOX ASSESSMENT INITIAL SCORE:**    CIWA:    0    COWS:    NA

**COMMENTS:**

I/M HAS NEVER BEEN OFF MEDS BEFORE

****NO INS

| D/C | | | | |
|---|---|---|---|---|
| DATE | TIME | ORDER | PER MD: | NURSE SIGNATURE |
| 4-29-15 | 1630 | V/O TO D/C DETOX MONITOR | _Chath_ | _MCaufl_ |
| | | DC DETOX MONITOR | | |

JMOODY LPN _____    4/25/2015

NURSE SIGNATURE                          DATE

_____    5/4/15

MD SIGNATURE                          DATE

GB005431

# CIWA-AR SCORE SHEET
## Alcohol and Benzodiazepine Withdrawal

**CCS CORRECT CARE SOLUTIONS**

| Patient Name (Last, First M): Webb, Mark | DOB: 11/6/73 | Inmate ID No: 001346 | Date: 4/25/15 |
|---|---|---|---|
| Complete CIWA-AR assessments every 8 hours x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR >19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score>10 prior to last dose Librium on day 5 | |
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐ Yes ☒ No | Contact HCP for Delirium Tremens ☐ Yes ☐ No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. | |

**Complete each section of score sheet every 8 hours x 5 days**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 4/25/15 | 4/25 | 26/15 | 4/27 | 4/28 | 4/1/15 | 4/2/15 | |
| Time | 0800 | 11 | 0930 | 090 | 1700 | 1105 | 1030 | |

### Vital Signs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Pressure (S)>180 or (D)>110 call HCP (S)<90 or (D)< 60 call HCP | 134/87 | 114/81 | 144/91 | 136/98 | 138/89 | 13/24/90 | | |
| Pulse >120 or <60 call HCP | 93 | 103 | 93 | 91 | 95 | 80 | 0 | |
| Temperature >101.1F call HCP | 4 | 97.4 | 97.6 | 97.4 | 97.6 | 97.2 | 0 | |
| Respirations <10 or >24 call HCP | 14 | 14 | 16 | 14 | 14 | 16 | 0 | |

### CIWA-Ar Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | | 0 | 0 | 0 | 0 | 0 | | |
| Tremors | | 0 | 0 | 0 | 0 | 0 | | |
| Paroxysmal sweating | | 0 | 0 | 0 | 0 | 0 | | |
| Agitation | | 0 | 0 | 0 | 0 | 0 | | |
| Tactile Disturbances | | 0 | 0 | 0 | 0 | 0 | | |
| Auditory Disturbances | | 0 | 0 | 0 | 0 | 0 | | |
| Visual Disturbances | | 0 | 0 | 0 | 0 | 0 | | |
| Anxiety | | 0 | 0 | 0 | 0 | 0 | | |
| Headaches, Fullness in Head | | 0 | 0 | 2 | 0 | 0 | | |
| Orientation | | 0 | 0 | 0 | 0 | 0 | | |
| **Total Score (max score 67)** | 0 | 0 | 0 | 2 | 2 | 2 | | |

### Behavioral Health Screen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☐N | ☐Y ☐N | |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☐N | ☐Y ☐N | |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☐N | ☐Y ☐N | |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☒N | ☐Y ☐N | ☐Y ☐N | |
| **Clinical Staff Initial** | M | MC | BS | MC | MC | CN | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| MC | [signature] | M | [signature] | BS | Beaudier LPN |
| | | | | | |

© Correct Care Solutions

August 2014

GB005432

## CIWA-AR
### Clinical Institute Withdrawal Assessment for Alcohol

| | |
|---|---|
| **NAUSEA & VOMITING** – Ask "Do you feel sick to your stomach? Have you vomited?" Observation<br><br>0 No nausea, no vomiting<br>1 Mild Nausea with no vomiting<br>4 Intermittent nausea with dry heaves<br>7 Constant nausea, frequent dry heaves & vomiting | **AUDITORY DISTURBANCES** - Ask "Are you more aware of sounds around you? Are they harsh? Do they frighten you? Are you hearing anything that is disturbing to you? Are you hearing things you know are not there?"<br><br>0 Not present<br>1 Very mild harshness or ability to frighten<br>2 Mild harshness or ability to frighten<br>3 Moderate harshness or ability to frighten<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations |
| **TREMOR** - Arms extended, fingers spread apart. Observation<br><br>0 No tremor<br>1 Not visible but can be felt fingertip to fingertip<br>4 Moderate, with patient's arms extended<br>7 Severe, even with arms not extended | **VISUAL DISTURBANCES** - Ask, "Does the light appear to be too bright? Is the color different? Does it hurt your eyes? Are you seeing anything that is disturbing to you? Are you seeing things you know are not there?"<br><br>0 Not present<br>1 Very mild sensitivity<br>2 Mild sensitivity<br>3 Moderate harshness or ability to frighten<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations |
| **PAROXYSMAL SWEATS** Observation<br><br>0 No sweat visible<br>1 Barely perceptible sweating, palms moist<br>4 Beads of sweat obvious on forehead<br>7 Drenching sweats | **ANXIETY** - Ask "Do you feel nervous?"<br><br>0 No anxiety, at ease<br>1 Mildly anxious<br>4 Moderately anxious, or guarded, so anxiety is inferred<br>7 Equivalent to acute panic state, as seen in severe delirium or acute schizophrenic reactions |
| **AGITATION** Observation<br><br>0 Normal activity<br>1 Somewhat more than normal activity<br>4 Moderately fidgety and restless, shifting positions frequently<br>7 Paces back and forth during most of the interview, or constantly thrashes about | **HEADACHE FULLNESS IN HEAD** - Ask, "Does your head feel different?" Does it feel like there is a band around your head?" Otherwise rate severity. Do not rate dizziness or lightheadedness<br><br>0 Not present<br>1 Very mild<br>2 Mild<br>3 Moderate<br>4 Moderately severe<br>5 Severe<br>6 Very severe<br>7. Extremely severe |
| **TACTILE DISTURBANCES** - Ask "Have you had any itching, pins & needles sensations, burning or numbness, or do you feel bugs crawling on or under your skin?"<br><br>0 None<br>1 Very mild itching, pins & needles, blurring, or numbness<br>2 Mild itching, pins & needles, burning, or numbness<br>3 Moderate itching, pins & needles, burning, or numbness<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations | **ORIENTATION** - Ask "What day is this? Where are you? Who am I?"<br><br>0 Oriented and can do serial additions<br>1 Cannot do serial additions or is uncertain about the date<br>2 Disoriented for date by no more than 2 calendar days<br>3 Disoriented for date by more than 2 calendar days<br>4 Disoriented for place and/or person |

| <10 Stable | 10-15 Mild to moderate withdrawal | 16-19 Moderate withdrawal | >20 Severe withdrawal |
|---|---|---|---|

CCS TX19                      © Correct Care Solutions                      August 2014

GB005433

# CIWA-AR SCORE SHEET
## Alcohol and Benzodiazepine Withdrawal



| Patient Name (Last, First, MI): | | DOB: | Inmate ID No: 100134-0 | | Date: |
|---|---|---|---|---|---|
| Complete CIWA-AR assessments every 8 hours x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR >19 CIWA score >15 schedule next clinic day with HCP | | Contact HCP if CIWA-AR score>10 prior to last dose Librium on day 5 | | |
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐ Yes ☐ No | Contact HCP for Delirium Tremens ☐ Yes ☐ No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation | | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. | | |

### Complete each section of score sheet every 8 hours x 5 days

| | Date | 4-27-15 | 4-27-15 | 4-28-15 | 4-28-15 | 4-29-15 | 4-29-15 |
|---|---|---|---|---|---|---|---|
| | Time | 1540 | 0630 | 1030 | 1630 | 0056 | 0800 |

#### Vital Signs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Blood Pressure (S)>180 or (D)>110 call HCP (S)<90 or (D)< 60 call HCP | | 155/96 | 144/97 | C | 140/99 | 121/89 | 140/99 |
| Pulse >120 or <60 call HCP | | 116 | 99 | D | 90 | 84 | 85 |
| Temperature >101.1F call HCP | | 98.2 | 470 | f | 98.0 | 96.6 | 98.2 |
| Respirations <10 or >24 call HCP | | | 12 | | 2 | 14 | 12 |

#### CIWA-Ar Scoring

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | | 0 | 0 | | 0 | 0 | |
| Tremors | | 0 | 0 | | 0 | 0 | |
| Paroxysmal sweating | | 0 | 0 | | 0 | 0 | |
| Agitation | | 0 | 2 | | 0 | 0 | |
| Tactile Disturbances | | 0 | 0 | | 0 | 0 | |
| Auditory Disturbances | | 0 | 0 | | 0 | 0 | |
| Visual Disturbances | | 0 | 0 | | 0 | 1 | |
| Anxiety | | 0 | 2 | | 0 | 0 | |
| Headaches, Fullness in Head | | 0 | 0 | | 2 | 0 | |
| Orientation | | 0 | 0 | | 0 | 0 | |
| Total Score (max score 67) | | 0 | 2 | | 3 | 1 | 2 |

#### Behavioral Health Screen

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☐Y☐N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☐N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☐N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☐Y☐N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☐N |
| Clinical Staff Initial | JV | Bw | JV | JV | MB | R |  |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | JV | | Bw | Bwoodson |
| | | | | mB | |
| An | BnDale | | | | |

JUN-01-2015 12:45 From:MEDICAL RECORDS   15O52547544   To:916158152766   Page:16/67

**CIWA-AR**
**Clinical Institute Withdrawal Assessment for Alcohol**

| | |
|---|---|
| **NAUSEA & VOMITING** – Ask "Do you feel sick to your stomach? Have you vomited?" Observation<br><br>0 No nausea, no vomiting<br>1 Mild Nausea with no vomiting<br>4 Intermittent nausea with dry heaves<br>7 Constant nausea, frequent dry heaves & vomiting | **AUDITORY DISTURBANCES** – Ask "Are you more aware of sounds around you? Are they harsh? Do they frighten you? Are you hearing anything that is disturbing to you? Are you hearing things you know are not there?"<br><br>0 Not present<br>1 Very mild harshness or ability to frighten<br>2 Mild harshness or ability to frighten<br>3 Moderate harshness or ability to frighten<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations |
| **TREMOR** - Arms extended, fingers spread apart. Observation<br><br>0 No tremor<br>1 Not visible but can be felt fingertip to fingertip<br>4 Moderate, with patient's arms extended<br>7 Severe, even with arms not extended | **VISUAL DISTURBANCES** - Ask, "Does the light appear to be too bright? Is the color different? Does it hurt your eyes? Are you seeing anything that is disturbing to you? Are you seeing things you know are not there?"<br><br>0 Not present<br>1 Very mild sensitivity<br>2 Mild sensitivity<br>3 Moderate harshness or ability to frighten<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations |
| **PAROXYSMAL SWEATS** Observation<br><br>0 No sweat visible<br>1 Barely perceptible sweating, palms moist<br>4 Beads of sweat obvious on forehead<br>7 Drenching sweats | **ANXIETY** - Ask "Do you feel nervous?"<br><br>0 No anxiety, at ease<br>1 Mildly anxious<br>4 Moderately anxious, or guarded, so anxiety is inferred<br>7 Equivalent to acute panic state, as seen in severe delirium or acute schizophrenic reactions |
| **AGITATION** Observation<br><br>0 Normal activity<br>1 Somewhat more than normal activity<br>4 Moderately fidgety and restless, shifting positions frequently<br>7 Paces back and forth during most of the interview, or constantly thrashes about | **HEADACHE FULLNESS IN HEAD** - Ask, "Does your head feel different? Does it feel like there is a band around your head?" Otherwise rate severity. Do not rate dizziness or lightheadedness<br><br>0 Not present<br>1 Very mild<br>2 Mild<br>3 Moderate<br>4 Moderately severe<br>5 Severe<br>6 Very severe<br>7. Extremely severe |
| **TACTILE DISTURBANCES** - Ask "Have you had any itching, pins & needles sensations, burning or numbness, or do you feel bugs crawling on or under your skin?"<br><br>0 None<br>1 Very mild itching, pins & needles, blurring, or numbness<br>2 Mild itching, pins & needles, burning, or numbness<br>3 Moderate itching, pins & needles, burning, or numbness<br>4 Moderately severe hallucinations<br>5 Severe hallucinations<br>6 Extremely severe hallucinations<br>7 Continuous hallucinations | **ORIENTATION** - Ask "What day is this? Where are you? Who am I?"<br><br>0 Oriented and can do serial additions<br>1 Cannot do serial additions or is uncertain about the date<br>2 Disoriented for date by no more than 2 calendar days<br>3 Disoriented for date by more than 2 calendar days<br>4 Disoriented for place and/or person |

| <10 Stable | 10-15 Mild to moderate withdrawal | 16-19 Moderate withdrawal | >20 Severe withdrawal |
|---|---|---|---|

GB005435

## CCS
CONNECT CARE SOLUTIONS

### INTERVENTION/PROGRESS NOTES

| HOUSE: | LMDC | | D.O.B.: | 11/5/1979 |
|---|---|---|---|---|
| NAME: | WEBB, MARK | | S.S #: | 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 |
| CIN# | 601346 | | | |
| ALLERGIES: | | NKDA | | |

| DATE | PROGRESS (S.O.A.P.) NOTES |
|---|---|
| 4/25/15 | Weight 165 O2 Sat 99 Pulse 93 Temp U  B/P 134/87 Resp 14  GLUCOSE 98 |
| 0815 A | I/M IS A 35 Y/O W/M REPORTS HAS HTN, ANXIETY AND DEPRESSION TAKES |
| | CELEXA 40MG PO Q DAY, WELLBUTRIN 150MG PO Q DAY, LISINOPRIL/HZTC 10/12.5 |
| | PO Q DAY, WILL DETOX FROM ATIVAN 1MG PO TID, BLUE ARMBAND GIVEN |
| | CC/MH REFERRAL COMPLETED ROI FAXED TO KROGER, CLASS NOTICE TO BURNS |
| | DENIED HI/SI/ETOH/DRUG USE AT THIS TIME--PROVIDER |
| | NOTIFIED---JMOODY LPN |

GB005436

CONSULTS

GB005437

# LABS/X-RAYS/EKGS

GB005438

# LabCorp
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1269

Phone: 800-282-7300

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 140-606-0210-0 | 601346 | GHU16421832 | 16421832 | 502-574-8953 | 08 |

| Patient Last Name | | Account Address |
|---|---|---|
| WEBB | | COMMUNITY CORRECTION CENTER |

| Patient First Name | Patient Middle Name | |
|---|---|---|
| MARK | | |

| Patient SS# | Patient Phone | Total Volume | 316 EAST CHESTNUT STREET |
|---|---|---|---|
| | | | LOUISVILLE KY 40202 |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 35/06/15 | 11/05/79 | M | Yes |

| Patient Address | Additional Information |
|---|---|
| | |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 05/20/15 13:00 | 05/20/15 | 05/21/15 07:17ET | | | NEWTON |

Tests Ordered

CMP13+LP+TP+TSH+2AC+CBC/D/F...

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP13+LP+TP+TSH+2AC+CBC/D/F... | | | | | 01 |
| Chemistries | | | | | |
| Glucose, Serum | 126 | High | mg/dL | 65 - 99 | 01 |
| BUN | 12 | | mg/dL | 6 - 20 | 01 |
| Creatinine, Serum | 0.73 | Low | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 120 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 139 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 16 | | | 8 - 19 | |
| Sodium, Serum | 138 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.4 | Low | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 95 | Low | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 25 | | mmol/L | 18 - 29 | 01 |
| Calcium, Serum | 8.7 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.3 | | g/dL | 1.5 - 4.5 | 01 |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | <0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Bilirubin, Direct | WillFollow | | | | 01 |
| Alkaline Phosphatase, S | 69 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 13 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 34 | | IU/L | 0 - 44 | 01 |
| | | | | | 01 |
| Lipids | | | | | 01 |
| Cholesterol, Total | 172 | | mg/dL | 100 - 199 | 01 |
| *Triglycerides* | *623* | *Alert* | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 31 | Low | mg/dL | >39 | 01 |
| Comment | | | | | 01 |

According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.

| VLDL Cholesterol Cal | | | mg/dL | 5 - 40 | |
|---|---|---|---|---|---|

The calculation for the VLDL cholesterol is not valid when
triglyceride level is >400 mg/dL.

| LDL Cholesterol Calc | | | mg/dL | 0 - 99 | |
|---|---|---|---|---|---|

Triglyceride result indicated is too high for an accurate LDL

| WEBB, MARK | 601346 | 140-606-0210-0 | Seq # 4935 |
|---|---|---|---|

05/21/15 07:17 ET           **PRELIMINARY REPORT**                    Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 502-456-4700

©2004-15 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOCI Ver: 1.49

GB005439

05/21/2015 7:18:09 AM   FROM: LABCORP LCLS BULK   TO: 5025748954 ¿ LABCORP   Page 9 of 9

TO:   COMMUNITY CORRECTION CENTER

# LabCorp

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1269

Phone: **800-282-7300**

| Patient Name | | | | | Specimen Number **140-606-0210-0** | | |
|---|---|---|---|---|---|---|---|
| **WEBB, MARK** | | | | | | | |
| Amount Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
| 16421832 | 601346 | GNU16421832 | 05/20/15 13:00 | 05/21/15 | M | 35/06/15 | 11/05/79 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

cholesterol estimation.
LDL/HDL Ratio
    Unable to calculate result since non-numeric result obtained for
    component test.
Please Note:                                                                    01

|  | | LDL/HDL Ratio | |
|---|---|---|---|
|  | | Men | Women |
| 1/2 Avg.Risk | | 1.0 | 1.5 |
| Avg.Risk | | 3.6 | 3.2 |
| 2X Avg.Risk | | 6.2 | 5.0 |
| 3X Avg.Risk | | 8.0 | 6.1 |

| | | | | | | 01 |
|---|---|---|---|---|---|---|
| Thyroid | | | | | | 01 |
| TSH | 0.722 | | uIU/mL | 0.450 - 4.500 | | 01 |
| Thyroxine (T4) | Will Follow | | | | | 01 |
| T3 Uptake | Will Follow | | | | | 01 |
| Free Thyroxine Index | Will Follow | | | | | 01 |
| | | | | | | 01 |
| CBC, Platelet Ct, and Diff | | | | | | 01 |
| WBC | 8.1 | | x10E3/uL | 3.4 - 10.8 | | 01 |
| RBC | 4.83 | | x10E6/uL | 4.14 - 5.80 | | 01 |
| Hemoglobin | 14.2 | | g/dL | 12.6 - 17.7 | | 01 |
| Hematocrit | 42.0 | | % | 37.5 - 51.0 | | 01 |
| MCV | 87 | | fL | 79 - 97 | | 01 |
| MCH | 29.4 | | pg | 26.6 - 33.0 | | 01 |
| MCHC | 33.8 | | g/dL | 31.5 - 35.7 | | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | | 01 |
| Platelets | 235 | | x10E3/uL | 150 - 379 | | 01 |
| Neutrophils | 54 | | % | | | 01 |
| Lymphs | 38 | | % | | | 01 |
| Monocytes | 7 | | % | | | 01 |
| Eos | 1 | | % | | | 01 |
| Basos | 0 | | % | | | 01 |
| Neutrophils (Absolute) | 4.3 | | x10E3/uL | 1.4 - 7.0 | | 01 |
| Lymphs (Absolute) | 3.1 | | x10E3/uL | 0.7 - 3.1 | | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1 - 0.9 | | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.4 | | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | | 01 |
| Immature Granulocytes | 0 | | % | | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | | 01 |

| 01 | CB | LabCorp Dublin | | Dir: Nathan Scanzillo, PhD |
|---|---|---|---|---|

6370 Wilcox Road, Dublin, OH 43016-1269
For inquiries, the physician may contact Branch: 502-456-4700  Lab: 800-282-7300

| WEBB, MARK | 601346 | 140-606-0210-0 | Seq # 4935 |
|---|---|---|---|

05/21/15 07:17 ET       **PRELIMINARY REPORT**       Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 502-456-4700

©2004-15 Laboratory Corporation of America ® Holdings
All Rights Reserved
Ver: 1.49

GB005240



DENTAL

GB005441

# MENTAL HEALTH

GB005442



**CCS**
CORRECT CARE
SOLUTIONS

# INITIAL MENTAL HEALTH EVALUATION

| Patient Name | Patient Number | Booking Number | Date of Birth | Date-Time of Service |
|---|---|---|---|---|
| Webb, Mark | 6013410 | | 11/5/79 | 5/9/15 |

**Reason for Referral**  ☐ Referral based on Admission Screening   ☒ Referral based on Initial Health Assessment   ☐ Inmate Request   ☐ Other: _____
Reviewed Receiving Screening ☐ Yes ☐ No   Reviewed Health Assessment ☐ Yes ☐ No

## Past History

| | | |
|---|---|---|
| Prior MH Treatment | ☐ Outpt ☒ Inpt | Provider: Mortons Hospital (Dr MEW) Jan 2015 Dr Hale |
| ROI completed? | ☐ Yes ☐ No | |
| Prior MH Medication | ☒ Yes ☐ No | If Yes, list: Celexa 40m Ativan Welbutr 150 |
| Prior MH Court Services | ☐ Yes ☒ No | If Yes, list: _____ Note if currently involved: _____ |
| Prior SSOI | ☐ Yes ☒ No | If Yes, list: _____ Note if currently receiving: _____ |
| Prior Guardianship | ☐ Yes ☒ No | If Yes, list: _____ Note current guardian, if any: _____ |
| Past Self Harm | ☐ Yes ☒ No | If Yes, detail: _____ |
| Past History of Violent Behavior | ☐ Yes ☒ No | If Yes, detail: _____ |
| Past History of Sexual Assault | ☐ Yes ☒ No | If Yes, detail: _____ |
| Past History of Victimization | ☐ Yes ☒ No | If Yes, detail: _____ |
| Past History of Head Injury | ☐ Yes ☒ No | If Yes, detail: _____ |
| Past Substance Abuse treatment | ☒ Yes ☐ No | If Yes, detail: JADAC 2011  Recovery works 2/24 2013 |

## Personal/Social History

Educational Hx: Associates Degree - HVAC

Employment Hx: Middletown Heat + Air

Military Hx: N/A

Family Support Status: Wife (Ex wife)

Legal History: Prison

Housing Status: With Prison

Religious Preference: Christian      Place of Birth: Indiana

JUN-00-2010 08:00 From:MEDICAL RECORDS   15025747544   To:9161581527.66   Page:25/67

GB005443



**CCS**
CORRECT CARE
SOLUTIONS

## INITIAL MENTAL HEALTH EVALUATION

### Current Status

| | | |
|---|---|---|
| Currently in MH Treatment | ☑ Yes ☐ No | Specify: _Female, MD_ |
| ROI Completed | ☑ Yes ☐ No | |
| Currently taking MH meds | ☐ Yes ☐ No | Provider: _Stephanie Krom_ |
| Dose/Frequency/Date Last Taken: | _Celexa   Wellbutrin_ | |

Current Self Harm thoughts    ☐ Yes ☑ No    Specify: ___

Substance Use    ☑ Yes ☐ No    Last use? _1 month ago_  Amount? _Unclear_

Concerns about ability to cope while incarcerated?    ☐ Yes ☑ No

_Opioids   Heroin_

Current MH Issues    ☐ Yes ☑ No    Specify: _Depressed, decrease in weight when decreasing oxym_

_Sleep ↓    Apptn - ox    05/14_

What has the client attempted to address issue? _Meditation / Talk w/ peers_

Note interventions/educational material provided and receptiveness of client: _CBT, Rehearsing skills_

_Discussed coping skills, enrolled in Risk & Obs._

Client Strengths: ___

Clinician Observations: _Cooperative & pleasant_

_Discussed the process of titration medication & to_

_ROI sent for Kroger Pharmacy_

### Mental Status Exam

**Sensorium:**
☑ Alert
☐ Oriented x 3
☐ Distractible
☐ Poor concentration
☐ Other ___

**Behavior:**
☑ Calm
☐ Agitated
☐ Slowed
☐ Other ___

**Mood:**
☐ Euthymic
☑ Depressed
☐ Anxious
☐ Elevated
☐ Irritable
☐ Other ___

**Thought Process:**
☑ Goal-Directed
☐ Disorganized
☐ Loose Associations
☐ Tangential
☐ Other ___

**Thought Content:**
☐ Homicidal
☐ Suicidal
☐ Paranoid
☐ Hallucinations
☐ Delusions
☑ Other _WNL_

**Appearance:**
☑ Well kept
☑ Self-neglect
☐ Other ___

**Speech:**
☑ Clear/Coherent
☑ Spontaneous
☐ Pressured
☐ Poverty
☐ Other ___

**Affect:**
☑ Appropriate
☐ Inappropriate
☐ Constricted
☐ Blunted
☐ Other ___

**Memory:**
☐ Recent Intact
☑ Remote Intact
☐ Impaired
☐ Other ___

**Cognitive Estimate:**
☐ High
☑ Average
☐ Low

### Plan

☐ Refer to MH Special Needs
☐ Initiate Self-Harm/MH Obs Watch
☐ Refer to Discharge Planner
☐ Provide educational material, specify: ___
☐ Refer to Medical for: ___
☐ Other: ___

☐ Refer to Psychiatry
☑ Follow-up by MH on _30 Days_ (date)
☐ MH follow-up PRN; inmate educated on how to request services

_Michelle M Curl_
Signature

_5/9/15_      _11:04_
Date & Time

Form XX.xx Initial Mental Health Evaluation - 2 page note

rev. 12/23/14

GB005444

Page:26/67      1S02S747S44 To:916151S12766 From: MEDICAL RECORDS JUN-01-2015 12:31


**CCS**
CORRECT CARE
SOLUTIONS

# Mental Health Progress Note
*Use only if no other specific note applies*

| Inmate Name | Inmate Number | Date of Birth | Date and Time of Assessment |
|---|---|---|---|
| WEBB, MARK | 16013746 | 11/5/79 | 28 April 15 |

Referral Source:  ☐ Sick Call   ☐ Nursing/Medical Referral   ☐ Security Referral   ☐ Other

Reason for Visit: Detox; Hx of 4 RXs

Subjective: I/M did not respond to MH calling name. I/M may be RELS or moved.

Objective:   Mental Status Exam

| Sensorium: | Behavior: | Mood: | Thought Process: | Thought Content: |
|---|---|---|---|---|
| ☐ Alert | ☐ Calm | ☐ Euthymic | ☐ Goal-Directed | ☐ WNL |
| ☐ Oriented x 3 | ☐ Agitated | ☐ Depressed | ☐ Disorganized | ☐ Homicidal |
| ☐ Distractible | ☐ Slowed | ☐ Anxious | ☐ Loose Associations | ☐ Suicidal |
| ☐ Poor concentration | ☐ Other | ☐ Elevated | ☐ Tangential | ☐ Paranoid |
| ☐ Other | | ☐ Irritable | ☐ Other | ☐ Hallucinations |
| | | ☐ Other | | ☐ Delusions |
| | | | | ☐ Other |

| Appearance: | Speech: | Affect: | Memory: | Cognitive Estimate: |
|---|---|---|---|---|
| ☐ Well kept | ☐ Clear/Coherent | ☐ Appropriate | ☐ Recent Intact | ☐ High |
| ☐ Self-neglect | ☐ Spontaneous | ☐ Inappropriate | ☐ Remote Intact | ☐ Average |
| ☐ Other | ☐ Pressured | ☐ Constricted | ☐ Impaired | ☐ Low |
| | ☐ Poverty | ☐ Blunted | ☐ Other | |
| | ☐ Other | ☐ Other | | |

Assessment and Interventions Provided:

Plan:
☐ Mental Health Treatment not indicated at this time – mental health will follow up as needed
☐ Mental Health follow-up in: _____ (# of days or date)
☐ Initiate suicide precaution protocol. **also complete the MH Initial Suicide Watch Note
☐ Refer to Special Needs.
☐ Referral to medical staff.
☐ Referral to psychiatric provider
☐ Consult with _____
☐ Completed ROI. Follow-up when information is received.
☐ Homework assigned? If yes, please list: _____
☑ Other Interventions: R/S

Mental Health Professional   CSW 28 April 15
Date

GB005445

# MISCELLANOUS

GB005446

Apr. 25. 2015 10:23AM    KROGER RX 379                                    04/25/2015 08:  No. 5169   P.

 **CCS**
Correct Care

# MEDICATION VERIFICATION / MEDICAL RELEASE FORM

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| I Authorize: | To Release Information To: |
|---|---|
| Name of organization or individual<br>_Kroger pharmacy_ | Correct Care Solutions |
| | Facility: |
| Address<br>_Stony Brook_ | Address  400 S 6TH STREET<br>LOUISVILLE KY, 40202<br>PHONE: 502-574-2145 |
| Fax #:  _499-7044 / 499-7524_ | Fax #:  FAX: 502-574-8790 |

For the following purpose: (state reason for request):  **CONTINUATION OF CARE**

Covering dates:  **LAST 90 DAYS**

Including the following portions of the record(s):  (check all that apply)

- ☐ All Records (Todas las historias clínicas)
- ☐ Medical Records (Historias clínicas médicas)   ☐ Mental Health Records (Historias clínicas de salud mental)
- ☐ Lab Tests (Análisis de laboratorio)   ☐ Medications (Medicamentos)   ☐ Other (Otros) _____

I authorize this release knowing that the confidentiality of the information may be protected by Federal or State laws or regulations. This includes any and all alcohol and/or drug abuse treatment records or psychiatric records. This also includes any information related to HIV testing, results or treatment. The above named person or agency and its representatives are released and discharged on any liability, and the undersigned will hold the company, its employees, agents and contractors harmless for complying with this information request.

Autorizo esta divulgación con conocimiento de que la legislación o normativa Estatal o Federal pueden velar por el carácter confidencial de dicha información. Esto abarca todos los registros de tratamiento contra el abuso de alcohol y/o drogo o registros psiquiátricos. Asimismo, esto comprende toda información relacionada con los análisis de VIH, sus resultados y tratamientos. Queda exenta de responsabilidad alguna la persona o institución que se nombra arriba junto con sus representantes; además, el abajo firmante exime de responsabilidad a la sociedad, sus empleados, agentes y contratistas que den cumplimiento a la presente solicitud de información.

This authorization expires  **ONE YEAR FROM SIGNED DATE**

SOCIAL
SECURITY # _____

OMEGA TOLIVER, LPN

X _____
Signature of Resident or Legal Guardian
(Proof is required for legal guardian)                    Witness

**NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION:** Federal laws and regulations prohibit further disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been **verified** for the above patient:

| Medication name and strength | dose, frequency and stop date | Date last filled | Qty; # refills; | Prescribing Provider |
|---|---|---|---|---|
| Lisinopril - HCTZ  10-12.5m | one tab every morning | 3-20-15 | Qty: 90   # refills: 0 | William French |
| Lorazepam  1 mg | one tab three times day as need | 3-20-15 | Qty: 90   # refills: 0 | William French |
| Citalopram  40 mg | one tab daily | 4-21-15 | Qty: 90   # refills: 1 | William French |
| | | | Qty:   # refills: | |

| | | |
|---|---|---|
| Pharmacist's name: | _Shelley Davis_ | |
| Nurse Signature: | | Date:  _4-25-15_ |
| Physician Signature: | _J.Dixon PPRN FNP-C_ | Date:  _5/4/15_ |

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| _Webb, Mark_ | _601346_ | _11-5-79_ | _4-25-15_ |

CCS-inf029 (formerly CCS-022)         revised 4/22/09

MAY-11-2015 09:11 From:MEDICAL  CORDS    15025747544       To  397526      Page:1/1

## CCS
CORRECT CARE SOLUTIONS

# MEDICATION VERIFICATION / MEDICAL RELEASE FORM

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| I Authorize: | To Release Information To: |
|---|---|
| Name of organization or individual | Correct Care Solutions |
| | Facility: |
| Address | Address  400 S 6TH STREET |
| | LOUISVILLE KY 40202 |
| | PH: (502)574-2145 |
| Fax #: 499-7526 | Fax #:  FAX:(502)574-8790  614 4336 |

ATTN: MENTAL HEALTH

For the following purpose (state reason for request): CONTINUITY of care  502.574.7536

Covering dates: Last 90 Days       SS# 311901188

Including the following portions of the record(s):  (check all that apply)
- ☐ All Records (Todas las historias clinicas)
- ☐ Medical Records (Historias clinicas medicas)
- ☐ Lab Tests (Análisis de laboratorio)
- ☐ Mental Health Records (Historias clinicas de salud mental)
- ☒ Medications (Medicamentos)
- ☐ Other (Otros)

This authorization expires ONE YEAR TO DATE

Signature of Resident or Legal Guardian          Witness
(Proof is required for legal guardian)

NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION: Federal laws and regulations prohibit further disclosure of the information whose confidentially is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been **verified** for the above patient:

| Medication name and strength | dose, frequency and stop date | Date last filled | Qty: | # refills: | Prescribing Provider |
|---|---|---|---|---|---|
| Lisinopril/HCTZ 10-12.5mg tab | 1 PO QAM | 3/20/15 | 90 | 0 | French, William |
| Ativan 1mg tablet | 1 PO TID PRN | 3/20/15 | 90 | 0 | French, William |
| Wellbutrin XL 150mg tab | 1 PO daily | 1/12/15 | 90 | 0 | French, William |
| Celexa 40mg | 1 PO daily | 12/21/14 | 90 | 2 | French, William |
| Hydrocodone Acetaminophen 5-325mg | 1 PO Q6H pp | 12/10/14 | 10 | 0 | Lundquist, Steven |

Pharmacist's name: Mertiglas Melby Pharm D. Candidate  5/11/15

Nurse Signature: _____  Date: _____

Physician Signature: _____  Date: 5/13/15

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| Webb  Mark | 601346 | 11/5/79 | 5/9/15 |

CCS-No226 (formerly CCS-629)

GB005448





**CORRECT CARE SOLUTIONS**

## REFUSAL OF TREATMENT

I, **Webb, Mark** have, this day, knowing that I have a condition
(Name of Inmate)
requiring medical care as indicated below:

✓ A. Refused medication                    ____ E. Refused X-Ray service
____ B. Refused dental care                ____ F. Refused other diagnosis services
____ C. Refused an outside medical appointment  ____ G. Refused physical exam
____ D. Refused laboratory services        ____ H. Other (Please specify)

**BP check, Lisinop - HCTZ 10/12.5mg**

Reason For Refusal **Did not get up for sick call**

Potential Consequences Explained:

✓ A. Worsening Of Medical Conditions       ____ C. Permanent Disability

____ B. Death                              ____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

*Danyella Crawford LPN*
Witness Signature
#671
Witness Signature                          Inmate Signature

                                           **08:00 am**
Date                                       Time

| Inmate Name | ID# | DOB | Date |
|---|---|---|---|
| Webb, Mark | 601346 | 11/5/79 | 5/8/15 |

CCS-C102 (formerly CCS-009)    revised 1/1/08

GB005449


**CCS**
CORRECT CARE
SOLUTIONS

## MEDICATION VERIFICATION / MEDICAL RELEASE FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| I Authorize: | To Release Information To: |
|---|---|
| Name of organization or Individual | Correct Care Solutions |
| | Facility: |
| Address 8 Honeybrook | Address 400 S 6TH STREET |
| | LOUISVILLE KY 40202 |
| | PH: (502)574-2145 |
| Fax #: 499-7526 | Fax #: ✳ FAX: (502)574-8798  614 4336 |

ATTN: MENTAL HEALTH
For the following purpose (state reason for request): CONTINUITY of care.  502-574-7536
Covering dates: Last 90 Deeps  ss# 311901188

Including the following portions of the record(s): (check all that apply)
- ☐ All Records (Todas las historias clínicas)
- ☐ Medical Records (Historias clínicas médicas)
- ☐ Lab Tests (Análisis de laboratorio)
- ☐ Mental Health Records (Historias clínicas de salud mental)
- ☒ Medications (Medicamentos)   ☐ Other (Otros)

I authorize this release knowing that the confidentiality of the information may be protected by Federal or State laws or regulations. This includes any and all alcohol and/or drug abuse treatment records or psychiatric records. This also includes any information related to HIV testing, results or treatment. The above named person or agency and its representatives are released and discharged on any liability, and the undersigned will hold the company, its employees, agents and contractors harmless for complying with this information request.

Autorizo esta divulgación con conocimiento de que la legislación o normativa Estatal o Federal pueden velar por el carácter confidencial de dicha información. Esto abarca todos los registros de tratamiento contra el abuso de alcohol y/o droga o registros psiquiátricos. Asimismo, esto comprende toda información relacionada con los análisis de VIH, sus resultados y tratamientos. Queda exenta de responsabilidad alguna la persona o institución que se nombra arriba junto con sus representantes; además, el abajo firmante exime de responsabilidad a la sociedad, sus empleados, agentes y contratistas que den cumplimiento a la presente solicitud de información.

This authorization expires ONE YEAR TO DATE

Signature of Resident or Legal Guardian                    Witness
(Proof is required for legal guardian)

NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION: Federal laws and regulations prohibit further disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been **verified** for the above patient:

| Medication name and strength | dose, frequency and stop date | Date last filed: | Qty: | Prescribing Provider: |
|---|---|---|---|---|
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filed: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filed: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filed: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filed: | Qty: | Prescribing Provider: |
| | | | # refills: | |

Pharmacist's name: _____

Nurse Signature: _____          Date: _____

Physician Signature: _____        Date: _____

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| Webb  Mark | 6013466 | 11/5/79 | 5/9/15 |

CCS-IN02es (formerly CCS-029)          revised 4/23/08

# Fax Send Image

Page 1

| Date & Time | : MAY-11-2015 09:11AM MON |
|---|---|
| Model Name | : B1265dnf Laser MFP |
| Machine Serial Number | : 8FWJ7S1 |

| No | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 349 | 94997526 | 05-11 09:11AM | 00'16" | ECM | 001/001 | OK |

### CCS CORRECT CARE

## MEDICATION VERIFICATION / MEDICAL RELEASE FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| I Authorize: | To Release Information To: |
|---|---|
| Name of organization or individual | Correct Care Solutions |
| | Facility: |
| Address | Address  600 S 6TH STREET |
| Honeybrook | LOUISVILLE KY 40202 |
| | PH: (502)574-2165 |
| Fax #: 499-7526 | Fax #  FAX: (502)574-8200  614 4336 |

ATTN: MENTAL HEALTH  502-574-7636

For the following purpose (state reason for request): CONTINUITY OF CARE

Covering dates: Last 90 Days    35 # 3119011188

Including the following portions of the record(s): (check all that apply)
- ☐ All Records (Todas las historias clínicas)
- ☐ Medical Records (Historias clínicas médicas)  ☐ Mental Health Records (Historias clínica de salud mental)
- ☐ Lab Tests (Análisis de laboratorio)  ☒ Medications (Medicamentos)  ☐ Other (Otros)

I authorize this release knowing that the confidentiality of the information may be protected by Federal or State laws or regulations. This includes any and all alcohol and/or drug abuse treatment records or psychiatric records. This also includes any information related to HIV testing, results or treatment. The above named person or agency and its representatives are released and discharged on any liability, and the undersigned will hold the company, its employees, agents and contractors harmless for complying with this information request.

Autorizo este divulgación con conocimiento de que la legislación o normativa Estatal o Federal pueden velar por el carácter confidencial de dicha información. Esto abarca todos los registros de tratamiento contra el abuso de alcohol y/o droga o registros psiquiátricos. Asimismo, esto comprende toda información relacionada con los análisis de VIH, sus resultados y tratamientos. Queda exenta de responsabilidad alguna la persona o institución que se nombra arriba junto con sus representantes; además, el abajo firmante exime de responsabilidad a la sociedad, sus empleados, agentes y contratistas que den cumplimiento a la presente solicitud de información.

This authorization expires ONE YEAR TO DATE

Signature of Resident or Legal Guardian  Witness
(Proof is required for legal guardian)

NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION: Federal laws and regulations prohibit further disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been verified for the above patient:

| Medication Name and Strength | Dose, Frequency and Stop date | Date last filled | Qty: # refills: | Prescribing Provider |
|---|---|---|---|---|
| Medication Name and Strength | Dose, Frequency and Stop date | Date last filled | Qty: # refills: | Prescribing Provider |
| Medication Name and Strength | Dose, Frequency and Stop date | Date last filled | Qty: # refills: | Prescribing Provider |
| Medication Name and Strength | Dose, Frequency and Stop date | Date last filled | Qty: # refills: | Prescribing Provider |
| Medication Name and Strength | Dose, Frequency and Stop date | Date last filled | Qty: # refills: | Prescribing Provider |

Pharmacist's name: _____

Nurse Signature: _____  Date: _____

Physician Signature: _____  Date: _____

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| Webb, Mark | 6013466 | 11/5/79 | 5/9/15 |

CCS MVF/RF Form09 (02/2009)  Revised 4/2009

 **ACCS**
CORRECT CARE
SOLUTIONS

# MEDICATION VERIFICATION / MEDICAL RELEASE FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| I Authorize: | To Release Information To: |
|---|---|
| Name of organization or individual<br>Kroger pharmacy | Correct Care Solutions<br>Facility: |
| Address<br>Stony Brook | Address  400 S 6TH STREET<br>LOUISVILLE KY, 40202<br>PHONE: 502-574-2145 |
| Fax #:  499-7044 / 499-7526 | Fax #  FAX: 502-574-8790 |

For the following purpose (state reason for request):   CONTINUATION OF CARE

Covering dates:   _____ LAST 90 DAYS

Including the following portions of the record(s):  (check all that apply)

- ☐ All Records (Todas las historias clínicas)
- ☐ Medical Records (Historias clínicas médicas)
- ☐ Lab Tests (Análisis de laboratorio)
- ☐ Mental Health Records (Historias clínicas de salud mental)
- ☐ Medications (Medicamentos)
- ☐ Other (Otra)

*FAXED*

I authorize this release knowing that the confidentiality of the information may be protected by Federal or State laws or regulations. This includes any and all alcohol and/or drug abuse treatment records or psychiatric records. This also includes any information related to HIV testing, results or treatment. The above named person or agency and its representatives are released and discharged on any liability, and the undersigned will hold the company, its employees, agents and contractors harmless for complying with this information request.

Autorizo esta divulgación  con conocimiento de que la legislación o normativa Estatall o Federal pueden velar por el carácter confidencial de dicha información. Esto abarca todos los registros de tratamiento contra el abuso de alcohol y/o droga o registros psiquiátricos. Asimismo, esto comprende toda información relacionada con los análisis de VIH, sus resultados y tratamientos. Queda exenta de responsabilidad alguna la persona o institución que se nombra arriba junto con sus representantes; además, el abajo firmante exime de responsabilidad a la sociedad, sus empleados, agentes y contratistas que den cumplimiento a la presente solicitud de información.

This authorization expires   ONE YEAR FROM SIGNED DATE

SOCIAL
SECURITY # _____

X _____
Signature of Resident or Legal Guardian
(Proof is required for legal guardian)

OMEGA TOLIVER, LPN

Witness

NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION:  Federal laws and regulations prohibit further disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been **verified** for the above patient:

| Medication name and strength | dose, frequency and stop date | Date last filled: | Qty: | Prescribing Provider: |
|---|---|---|---|---|
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filled: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filled: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filled: | Qty: | Prescribing Provider: |
| | | | # refills: | |
| Medication name and strength | dose, frequency and stop date | Date last filled: | Qty: | Prescribing Provider: |
| | | | # refills: | |

Pharmacist's name: _____

Nurse Signature: _____

Physician Signature: _____

Date: _____

Date: _____

| Patient Name<br>Webb, Mark | ID#<br>601 346 | DOB<br>11.5.79 | Date<br>4.25.18 |
|---|---|---|---|

# CCS
## CORRECT CARE
SOLUTIONS

## PHYSICIANS' ORDERS

Name  Webb, Mark                    D.O.B   11-05-79

Location  CCC      ID#  601346      Allergies   NKDA

| Check box as order is noted: | (Date & Time) |
|---|---|
| ✓ 9-13-8 1200 | RP   BID) every other day x 2 weeks |
|  | DPT  urine dipstick dipstick |
|  | BCG  CKR |
| Date: 5-13-18 | Med returnal to me whenever |
| Time: 1200 |  |
|  | M.D. Signature  Ronald Minto      Date/Time  5-13-18  1200 |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted By: |  |
| Date: |  |
| Time: |  |
|  | M.D. Signature ____  Date/Time ____ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted By: |  |
| Date: |  |
| Time: |  |
|  | M.D. Signature ____  Date/Time ____ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted By: |  |
| Date: |  |
| Time: |  |
|  | M.D. Signature ____  Date/Time ____ |

# PHYSICIAN ORDERS

# CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:**   502-574-2145

**SUBMITTED BY:** MOODY, JENNIFER

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 7201757

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

*LOUISVILLE, KY 40202*

GARTH, JANICE
LORAINE
MG2774114

**NAME:**   WEBB, MARK            **MRN:**   00601346

**ADDRESS:**   - - -            **DOB:**   11/05/1979

**ALLERGIES:**   NO KNOWN DRUG ALLERGY

| Cdp 25mg Capsule (LIBRIUM) -- DOT/COT ORDER |
|---|
| QUANTITY: 22.0000 |
| TAPER - AS DIRECTED BY PRESCRIBER |
| |
| ORDER TYPE: **Profile** |

| | | | |
|---|---|---|---|
| *WRITTEN:* 04/25/15 | *REFILLS:* 0 | *RX:* 7201757 | |
| *START:* 04/25/15 | *STOP:* 04/29/15 | | |
| *DIAMOND:* 22 | *STOCK:* 0 | *BACKUP:* 0 | |

GARTH, JANICE LORAINE
MG2774114

Option 1. Prescriber must manually sign the hard-copy and fax to Diamond.
Option 2. Check this box [ ] if the authorizing prescriber is not available to sign this hard-copy BUT the prescription with appropriate quantity was phoned to the backup directly by the prescriber, (or prescribers authorized agent) per backup/state policy.

If Options 1 or 2 are not met, Diamond will reject this fax as being incomplete

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

GB005455

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:** 502-574-2145

SUBMITTED BY: MOODY, JENNIFER

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:** NOT TO EXCEED 16MG/24HR*DETOX MEDS

**RX:** 7201754

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

*LOUISVILLE, KY 40202*

GARTH, JANICE
LORAINE
MG2774114

**NAME:**   WEBB, MARK                    **MRN:**  00601346

**ADDRESS:**   - - -                    **DOB:**  11/05/1979

**ALLERGIES:**   NO KNOWN DRUG ALLERGY

| Loperamide 2mg Capsule (IMODIUM) — DOT/COT ORDER |
|---|
| QUANTITY: 24.0000 |
| TAKE 1 CAPSULE(S) ORALLY FOUR TIMES DAILY AS NEEDED  NOT TO EXCEED 16MG/24HR*DETOX MEDS |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 04/25/15 | **REFILLS:** 1 | **RX:** 7201754 | | |
| **START:** 04/25/15 | **STOP:** 04/27/15 | | | GARTH, JANICE LORAINE |
| **DIAMOND:** 12 | **STOCK:** 0 | **BACKUP:** 0 | | MG2774114 |

\*\*\*CONTROLS ONLY\*\*\*
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

GB005456

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:**   502-574-2145

**SUBMITTED BY:**   MOODY, JENNIFER

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 7201752

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

*LOUISVILLE, KY 40202*

GARTH, JANICE
LORAINE
MG2774114

**NAME:**   WEBB, MARK                    **MRN:**   00601346

**ADDRESS:**   - - -                    **DOB:**   11/05/1979

**ALLERGIES:**   NO KNOWN DRUG ALLERGY

| Meclizine 25mg Chew Tab (ANTIVERT) -- DOT/COT ORDER |
| --- |
| QUANTITY: 15.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED |
| |
| ORDER TYPE: **Profile** |

| | | | |
| --- | --- | --- | --- |
| *WRITTEN:* 04/25/15 | *REFILLS:* 1 | *RX:* 7201752 | |
| *START:* 04/25/15 | *STOP:* 04/29/15 | | |
| *DIAMOND:* 15 | *STOCK:* 0 | *BACKUP:* 0 | |

GARTH, JANICE LORAINE
MG2774114

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

GB005457

# CHRONIC CLINIC

GB005458

# CCS
CORRECT CARE SOLUTIONS

# Staff Referral Form

Type:   ☐ Urgent   ☑ Routine

| **Medical** | **Dental** | **Mental Health** |
|---|---|---|

☐ Physician    ☐ Dentist    ☑ Psychiatric Provider    *anxiety Depression*

☐ Mid-level Provider    ☐ MH Professional

☐ Nurse    ☐ MH Nurse

☑ Chronic Care

___ Asthma    ___ COPD/Pulmonary    ___ Cardiac    ___ Diabetic    ___ NID Diabetic
✓ Hypertension    ___ HIV / AIDS    ___ Pregnancy    ___ Seizures    ___ Other (noted below)

☐ Other _____

Reason for Referral: _____

Additional Information (including interim actions taken):
_____
_____
_____
_____

Referred By:

Becky Gentry LPN BC    Becky Gentry LPN BC    5, 7, 15
Printed Name              Signature                       Date

Appointment Date: _____    Date Seen: _____

Seen By: _____

_____    _____/_____/_____
Printed Name              Signature                       Date

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| Webb Mark | 601346 | 11-5-79 | 5-7-15 |

GB005459

# INTAKE REFERRAL

| Name:<br>WEBB, MARK | CIN #<br>601346 | Location: | DOB:<br>11/5/79 |
|---|---|---|---|

## MENTAL HEALTH

Crisis Intervention:
____ Family Problems                    _X___ Completion of DETOX
____ Recent Stress                      _____ Evaluation psychiatric intervention
____ Problems with peer's               _X___ History of psychotropic meds prior to intake
____ Other: _____

Evaluation of Mental Condition:
___ Suicidal        ___ Depressed        ___ Mutilative      ___ Poor hygiene
___ Homicidal       ___ Withdrawn        ___ Suspicious      ___ Hostile/Angry
___ Hallucinations/Delusion             ___ Physical complaints
___ Sleep disturbance                   ___ Other: _____

Comments:
DETOX ATIVAN 1MG PO TID X 1 MONTH LASTUSE TODAY, WELLBUTRIN 150MGP O Q DAY AND CELEXA
40MGPO Q DAY ROI FAXED TO KROGER

## CHRONIC CARE CLINIC

| | | | |
|---|---|---|---|
| ASTHMA/ RESPIRATORY | X | HTN | |
| CARDIAC | | KIDNEY DISEASE | |
| COUMADIN | | LIPIDS | |
| DIABETES IDDM | | PREGNANCY | |
| HEPATITIS | | SEIZURES | |
| HIV | | TB | |

O2 Sat 99 Pulse 93 Temp U  B/P 134/87  Resp 14  GLUCOSE 98

Comments:
LISINOPRIL/HCTZ 10/12.5 MG PO Q DAY ROI FAXED TO KROGER

Protocol Initiated: YES
Referral originating from: _X__ Booking ____ Sick call        ____ Other: _____
Armband for Bottom Bunk/Detox Issued: _JLM___ (initials)

Referred by: __ JMOODY LPN _____        Date: ___4/25/15_____

APPOINTMENT DATE: _____        DATE SEEN: _____

SEEN BY: _____

Revised 03/2014 ad

# INTAKE REFERRAL

| Name: | CIN # | Location: | DOB: |
|---|---|---|---|
| WEBB, MARK | 601346 | | 11/5/79 |

## MENTAL HEALTH

Crisis Intervention:

____ Family Problems          _X___ Completion of DETOX
____ Recent Stress            _____ Evaluation psychiatric intervention
____ Problems with peer's     _X___ History of psychotropic meds prior to intake
____ Other: _____

Evaluation of Mental Condition:

___ Suicidal          ___ Depressed       ___ Mutilative        ___ Poor hygiene
___ Homicidal         ___ Withdrawn       ___ Suspicious        ___ Hostile/ Angry
___ Hallucinations/Delusion          ___ Physical complaints
___ Sleep disturbance                ___ Other: _____

Comments:
DETOX ATIVAN 1MG PO TID X 1 MONTH LASTUSE TODAY, WELLBUTRIN 150MGP O Q DAY AND CELEXA
40MGPO Q DAY ROI FAXED TO KROGER

## CHRONIC CARE CLINIC

| ASTHMA/ RESPIRATORY | X | HTN |
|---|---|---|
| CARDIAC | | KIDNEY DISEASE |
| COUMADIN | | LIPIDS |
| DIABETES IDDM | | PREGNANCY |
| HEPATITIS | | SEIZURES |
| HIV | | TB |

O2 Sat 99 Pulse 93 Temp U  B/P 134/87  Resp 14  GLUCOSE 98

Comments:
LISINOPRIL/HCTZ 10/12.5 MG PO Q DAY ROI FAXED TO KROGER

Protocol Initiated: **YES**
Referral originating from: _X__ Booking ____ Sick call     ____ Other:_____
Armband for Bottom Bunk/Detox Issued: _JLM___ (initials)

Referred by: __ JMOODY LPN _____          Date: ___ 4/25/15 _____

APPOINTMENT DATE:_____          DATE SEEN: _____

SEEN BY: _____

Revised 03/2014 ad

GB005461

# HISTORY & PHYSICAL

GB005462

cc/psych

4/27

**CCS**
**CORRECT CARE SOLUTIONS**

## MEDICAL HISTORY AND PHYSICAL ASSESSMENT

| History | | | | | |
|---------|-----|-----|---------|-----|-----|
| Problems | Yes | No | Problems | Yes | No |
| Anemia | | | Hypertension | ✓ | |
| Arthritis | | | Joint Problem | | ✓ |
| Asthma | | | Kidney Disease | | |
| Balance/Dizziness | | | Lice or Scabies | | |
| Blackouts | | | Liver | | |
| Bladder Infection | | | Muscle Problem | | |
| Blood | | | Nausea/Vomiting | | |
| Cough/Sputum | | | Nervous Disorder | | |
| D.T.'s | | | Oral Pain/Discomfort | | |
| Diabetes | | | Pneumonia | | |
| False Teeth | | | Recent Injury | | |
| Gall Bladder | | | Seizures | | |
| Gonorrhea | | | Stomach Pain | | |
| Hay Fever | | | Syphilis | | |
| Headache | | | Teeth | | |
| Hearing | | | Throat | | |
| Heart | | | Trouble Voiding | | |
| Heartburn | | | Tuberculosis | | |
| Hepatitis | | | Ulcer | | |
| Hernia | | | Other: | | |

**Immunization Status**

Date of last tetanus: 2010
Other:

**PPD Status:**

☐ Past Positive

Previous Treatment with Meds:  ☐ Yes  ☐ No

Was treatment completed?  ☐ Yes  ☐ No

Date of Positive PPD: _____

Where diagnosed: _____

☐ No history of past positive

☐ Unexplained weight loss
☐ Fever or Chills
☐ Night sweats
☐ Chronic cough – lasting 3 weeks or longer / Bloody sputum

Vision   (Snellen Chart)

RT   20/20   w/ glasses   W/O
LT   20/20   w/ glasses   W/O
Both   w/ glasses

| | | |
|---|---|---|
| Breast Exam | ☐ Normal | ☐ Deferred |
| Rectal Exam | ☐ Normal | ☐ Deferred |
| Testicular Exam | ☐ Normal | ☐ Deferred |

Receiving Screen Form Reviewed   ☑ Yes  ☐ No

Educational Materials Provided   ☐ Yes  ☐ No

Oral Hygiene Instructions Provided   ☑ Yes  ☐ No

| Exam | | | |
|------|---|--------|--------|
| Age 36  Sex M  Race W  Ht 5'1"  Wt 222 | | | |
| Pulse 102  BP 149/91  Resp 14  Temp 98.6 | | | |
| | | Normal | Abnormal |
| Skin | Color | | |
| | Condition | | |
| | Turgor | | |
| Eyes | Pupils | | |
| | Sclera | | |
| | Conjunctiva | | |
| Ears | Appearance | | |
| | Canals | | |
| | Hearing | | |
| Mouth | Throat | | |
| | Tongue | | |
| | Tonsils | ✓ | |
| | Teeth Condition | | |
| | Gums Condition | | |
| | False Teeth | None | |
| Nose | Obstructions | | |
| | Drainage | | |
| Neck | Veins | | |
| | Mobility | | |
| | Thyroid | | |
| | Carotids | | |
| | Lymph Nodes | | |
| Chest | Configuration | | |
| | Auscultation | | |
| | Respirations | | |
| Heart | Auscultation | | |
| | Radial Pulses | | |
| | Apical Pulse | | |
| | Rhythm | | |
| Extremities | Pulse | | |
| | Edema | | |
| | Joints | | |
| Spine | | | |
| Abdomen | Shape | | |
| | Bowel Sounds | | |
| | Palpitation | | |
| Comments | | | |

Examiner's Signature / Title _____   Date 5/7/15

Physician's Signature _____   Date 5/13/15

GB005463

## MENTAL HEALTH SCREENING AND EVALUATION

**CCS** CORRECT CARE SOLUTIONS

*anxiety Depression*

| Suicide Potential Screening | | Psychiatric Screening | |
|---|---|---|---|
| 1. Have you ever attempted suicide? When: How: | YES **NO** | 1. History of or current psychotropic medication? List: | YES **NO** |
| 2. Have you recently considered attempting suicide? if YES, explain | YES **NO** | 2. History of psychiatric hospitalization? When?   Where? | YES **NO** |
| 3. Note circumstances that Increase suicide potential: *None* | | 3. History of outpatient mental health treatment? | YES **NO** |

### Current Mental Status
(✓ All that apply)

**Orientation**
✓ Alert, Oriented    __ Disoriented

**Affect**
✓ Appropriate    __ Flat
__ Inappropriate

**Mood**
✓ Appropriate    __ Depressed
__ Terrified/crying    __ Elated
__ Angry

**Speech**
✓ Appropriate    __ Slurred
__ Pressured    __ Slowed
__ Loud

**Appearance**
✓ Neat & Clean    __ Dirty
__ Disheveled

**Hallucinations**    *Denies*
__ Visual    __ Auditory
__ Tactile    __ Olfactory

**Activity / Behavior**
✓ Appropriate    __ Unable to sit still
__ Slow    __ No eye contact

**Thought Process**
✓ Logical    __ Paranoid
__ Does not make sense

| | | |
|---|---|---|
| 4. History of substance abuse / treatment? (include therapy and/or medications) *OPIATES* | **YES** NO | |
| 5. History of sex offenses? | YES **NO** | |
| 6. History of victimization? | YES **NO** | |
| 7. History of violent behavior? | YES **NO** | |
| 8. History of cerebral trauma or seizures? | YES **NO** | |

### Summary

__ No mental health problems

✓ Mental health problems requiring routine follow-up

__ Chronic mental health problem
  __ Mental illness
  __ Developmental disability
  __ Other _____

__ Acute mental health problem
  __ Psychosis
  __ Suicidal
  __ Other _____

__ Potential withdrawal from substance abuse

Allergies: NKDA

### Disposition

__ No mental health referral
Approved for General Population

✓ Routine mental health referral
Approved for General Population

__ Mental Health Referral ASAP
Special Housing

__ Mental Health Referral ASAP
Suicide Precaution Procedure

__ Medical Monitoring for Potential Withdrawal

| | | | | |
|---|---|---|---|---|
| 9. Family Situation (check) __ Single ✓ Married __ Divorced __ Separated __ Widowed Family/Sig Other Supportive? | | | **YES** NO | |
| 10. History of special education? | | | YES **NO** | |
| 11. Education (highest grade completed): ASSOC DEGREE | | | | |
| 12. Level of Cognitive Functioning (check) __ Above Average __ Below Average ✓ Average | | | | |
| 13. I/M concerned with ability to cope? | | | YES **NO** | |

**COMMENTS** (Comment on all "YES" responses)
*Tearful*

| | | | | |
|---|---|---|---|---|
| Screened by: *Becky Gentry LPSC* | Date: 5/7/15 | Time: 1930 | | |
| Reviewed by: | Date: | Time: | | |

| Patient Name *Webb, Mark* | ID# 601346 | DOB 11-5-79 | Date 5-7-15 |
|---|---|---|---|

CCS-MH05A ERMA    2/1/09    NOTE: 2-sided form    Side 2 of 2

GB005464

△ **CCS** 2012
CORRECT CARE
SOLUTIONS

## TB Record

### ☒ INITIAL - PPD TEST

☐ *Previous Positive PPD (complete Previous Positive section below)*

Date / Time Planted: __04/24/2015__   Initials: __OT__   Location: __BOOKING__ Lot # __695670__   Expiration: __08/15__

☐ PPD Testing Pamphlet given

☐ PPD Skin Test Refused and Refusal Form Signed *(perform action in accordance with your facility policy)*

☐ PPD Skin Test NOT APPLIED due to: _____

Date / Time Read: __4/27/15__   Results: __0__ mm   Initials: __HS__   If positive result:

☐ Yes ☐ No   Did the patient answer YES to any of the TB symptom questions on the Receiving Screening?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ CXR   Ordered: _____   Completed: _____   Results: _____

---

### ☐ ANNUAL - PPD TEST

☐ *Previous Positive PPD (complete Previous Positive section below)*

Date / Time Planted: _____   Initials: _____   Location: _____   Lot # _____   Expiration: _____

Date / Time Read: _____   Results: _____ mm   Initials: _____   If positive result:

☐ Yes ☐ No   Did the patient answer YES to any of the TB symptom questions on the Periodic Health Assessment?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ CXR   Ordered: _____   Completed: _____   Results: _____

---

### ☐ PREVIOUS POSITIVE

**Past Positive History (Complete for Patients Past Positive Only)**

The patient reports a past positive TB Skin test, exposure to TB or past diagnosis of TB:
1. When: _____
2. Where: _____

☐ Yes ☐ No   Did the patient receive and/or take medication for exposure to TB or diagnosis of TB?
1. For how long? _____
2. What was the name of your medication? _____

☐ Yes ☐ No   Did the patient receive any other treatment for TB
1. If yes, what kind? _____
2. When? _____
3. Where was the patient's last chest x-ray screening? _____
4. When was the patient's last chest x-ray? _____

☐ Yes ☐ No   Did the patient answer YES to any of the TB symptom screening questions?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ CXR   Ordered: _____   Completed: _____   Results: _____

---

Screened by: __OMEGA TOLIVER__   Title: __LPN__

Signature: X _____   Date & Time: __04/24/2015__

| Patient Name | ID# | DOB | Intake Date | Last Release Date |
|---|---|---|---|---|
| Webb Maric | 601346 | 11.5.79 | 4.25.6 | |

GB005465