

## LOUISVILLE METRO POLICE DEPARTMENT

**GREG FISCHER**
MAYOR

**STEVE CONRAD**
CHIEF OF POLICE

January 11, 2018

Mr. Larry D. Simon
222 First Jefferson Centre
222 South First Street, Suite 307
Louisville, Kentucky  40202-5404

Re:   **Open Records Request #17-3655**
       **Inmate Franklin Bolton**

Dear Mr. Simon:

This comes in response to your request for a copy of Louisville Metro Police Department's Public Integrity Unit's investigation file regarding the February 16, 2015 suicide of Franklin Bolton.

Enclosed please find a copy of PIU #15-011.  Redactions appear in protection of personal privacy pursuant to KRS 61.878 (1) (a).  Enclosed are (1) interview audio CD and (1) separate CD.

Sincerely,

Pamela A. King
Paralegal
Louisville Metro Police Department
633 W. Jefferson Street
Louisville, Kentucky  40202

Enclosures

PIU-001
REVISED
09/15



# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
CASE NUMBER:  **15-011**

| TYPE OF INVESTIGATION: | In-Custody Death (In Facility) | | |
|---|---|---|---|
| DATE INITIATED: | 02/16/2015 | DATE OF INCIDENT: | 02/16/2015 |
| INVESTIGATOR: | Sergeant Arnold Rivera | | |

| SUBJECT(S) OF INVESTIGATION | |
|---|---|
| Name: | |
| Agency: | Louisville Metro Department of Corrections |
| Assignment: | |

| VICTIM(S) / COMPLAINANT(S) | |
|---|---|
| Name: | Franklin T. Bolton (LMDC Inmate) |
| Address: | 2705 Stephan Road, Louisville, KY 40214 |
| Contact #: | |

| OTHER (suspects / perpetrators of acts against police officers) | |
|---|---|
| Name: | |
| Address: | |

## INITIAL INFORMATION

On February 16, 2015 at approximately 0727 hours, the Public Integrity Unit was notified by Lt. Arthur Eggers, LMDC PSU, that an inmate had hung himself in the jail and was being transported to University of Louisville Hospital. At approximately 0615 hours, LMDC Officer B. Madden discovered the inmate, Franklin T. Bolton, W/M 19, hanging by his neck from a bed sheet tied to the exposed bars of a window in a single cell on HOJ 5th Floor EAST, South 1, Cell 5. LMDC personnel performed CPR and other lifesaving measures until LMEMS arrived and transported Mr. Bolton to the hospital, where he was pronounced deceased at approximately 0741 hours.

GB003249

## SUPERVISORY REVIEW OF CASE FILE

### Public Integrity Unit Commander

| Name: | Lieutenant Kevin E. DeSpain | Date of Review: | 09/24/2015 |
|---|---|---|---|
| Signature: | *Lt. KeDeSpain* | | |
| Remarks: | CASE CLOSED.   APPARENT   SUICIDE. | | |

### Special Investigations Unit Commander

| Name: | Major Donald F. Burbrink II | Date of Review: | 10/8/15 |
|---|---|---|---|
| Signature: | *Donald F. Burbink II* | | |
| Remarks: | Case Closed | | |

### ADDITIONAL REVIEW *(if necessary)*

| Name: | | Date of Review: | |
|---|---|---|---|
| Signature: | | | |
| Remarks: | | | |

### PIU Administrative Sergeant

| ITEMS / TASKS | Date Completed |
|---|---|
| IA PRO: Narrative, Suspects/Victims/Witnesses, Disposition | 9-30-2015 |
| Investigator's Electronic File / PIU Folder | 9-30-2015 |
| Portfolio Completed *(Only Critical Incidents unless otherwise requested)* | |
| Portfolio Redacted for Open Records Request | |

| Name: | Sergeant Jon Hagedorn |
|---|---|
| Signature: | |

| Date Investigation Completed: | 09/15/2015 |
|---|---|
| Disposition: | INVESTIGATION CONCLUDED THAT MR. BOLTON'S DEATH WAS FROM HANGING WHICH WAS SELF INFLICTED. — SUICIDE. |
| Date Case Closed: | 09/24/2015 |

PIU-002
11/14



# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

## CASE NUMBER:   15-011

| CASE FILE  TRACKING RECORD | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **DATE** | **TIME** | **RECEIVED BY INITIALS** |
| 1   DF Burbank II | mjor | 10/8/15 | | |
| NOTES:     Case Closed  Return to PIU | | | | |
| 2 | | | | |
| NOTES | | | | |
| 3 | | | | |
| NOTES: | | | | |
| 4 | | | | |
| NOTES: | | | | |
| 5 | | | | |
| NOTES: | | | | |
| 6 | | | | |
| NOTES: | | | | |
| 7 | | | | |
| NOTES: | | | | |

## RETURNED TO PUBLIC INTEGRITY UNIT

| DATE | RECEIVED BY |
|---|---|
| | |
| | |
| | |
| | |

GB003251

PIU-003
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
CASE NUMBER:   15-011

# CASE FILE CHECKLIST

| INTRODUCTION *(appears in front of the case file before any tabs)* | ✓ or N/A |
|---|---|
| **PIU Case File Cover & Review Form  (PIU-001)** | ✓ |
| **PIU Case File Tracking Form  (PIU-002)** | ✓ |
| **PIU Case File Checklist   (PIU-003)** | ✓ |
| **1.  SUMMARY** | ✓ or N/A |
| **Memorandum addressed to PIU Commander summarizing investigation** *(This should be included after the case has been presented to the County/Commonwealth Attorney and/or the case is recommended to be closed)* | ✓ |
| **2.  INVESTIGATIVE RECORD** | ✓ or N/A |
| **PIU Investigative Record Form  (PIU-004)** | ✓ |
| **3.  INVESTIGATIVE REPORTS** | ✓ or N/A |
| **PIU Investigative Report Form(s)  (PIU-005)** *(All investigative reports submitted regarding the investigation in chronological order)* | ✓ |
| **4.  INTERVIEWS** | ✓ or N/A |
| **Transcriptions of Recorded Statements** *(all transcribed statements, tabbed individually by name, in chronological order)* | N/A |
| **Compact Discs of Recorded Statements** *(all CDs of statements, tabbed individually by name, in chronological order. If the statement has been transcribed, then the CD will be included with under the tab of the transcription)* | ✓ |
| **5.  DOCUMENTATION** | ✓ or N/A |
| **Suspension Information** *(suspension paperwork, weapon re-issue, etc.)* | |
| **Arrest / Citation** *(all documentation pertaining to arrest or citation, including warrants, summons, etc.)* | |
| **Incident Report** (ILEADS) | |
| **Administrative Incident Report** (AIR) | |
| **Search Warrants / Consent Forms** | |
| **Crime Scene Unit (CSU)** *(CSU Reports, Photos, Video, Scene Diagram, Property Slips, etc.)* | |
| **Maps** | |
| **Crime Lab** *(Ballistic Reports, Substance Testing, etc.)* | |
| **Medical** *(EMS documentation, Hospital, Medical Examiner, Clinical Forensic Exam, etc.)* | |
| **Financial Records / Information** | |
| **Arbitrator / Mobile Video** | |
| **MetroSafe** *(CAD, 911 recordings, radio transmissions, rundowns, etc.)* | |
| **Cell Phone Forensics / Records** | |
| **LMPD Specialty Team Information** *(SWAT, HNT, Bomb Squad, etc.)* | |
| **Correspondence** *(e-mails, etc.)* | |
| **6.  MISCELLANEOUS** | ✓ or N/A |
| **Information from Federal or Outside Agencies** *(FBI, ATF, USMS, other LE, etc.)* | |
| **LMDC Documentation** *(In-Custody Death Reports, etc.)* | |
| **Media Coverage** | |
| **Security / Business Surveillance Video** | |
| **Social Media** *(Facebook, Twitter, Instagram, etc.)* | |
| **Public Information** *(court records, PVA, etc.)* | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEMORANDUM

### LOUISVILLE METRO POLICE DEPARTMENT

· GREG FISCHER
MAYOR

STEVE CONRAD
CHIEF OF POLICE

TO:       Lieutenant Kevin DeSpain
               Commander, Public Integrity Unit

FROM:    Sergeant Arnold Rivera
               Investigator, Public Integrity Unit

DATE:    September 15, 2015

RE:       PIU Case # 15-011 In Custody Death LMDC

## SUMMARY:

On February 16, 2015, at approximately 0600 hours, while conducting cell checks, LMDC Officer Blaine Madden found inmate Franklin Bolton hanging in his cell. Mr. Bolton had used a bed sheet and hung himself by tying the sheet to the window bars in the cell. Officer Madden with the assistance of Officer David Lopez cut Mr. Bolton down and began to perform CPR until relieved by responding emergency medical personnel.

Mr. Bolton was eventually transported by EMS to University of Louisville Hospital where he was eventually pronounced deceased at 0741 hours. On February 17, 2015, at 0800 hours a post- mortem examination of Mr. Bolton was conducted by Doctor Darius Arabadjief. The Medical Examiner declared the cause of death was due to hanging. A copy of the full medical examiner's report is included in the file.

A thorough review of the witness statements and evidence collected at the scene has been conducted and it is clear Mr. Bolton's death was self-inflicted. This investigation is now closed.

GB003253




# LOUISVILLE METRO POLICE DEPARTMENT

### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **In-Custody Death LMDC** | | **15-011** | **02-16-2015** |

| Activity: | Submitted By |
|---|---|
| Notification and Response, Initial Information and Interviews | Sergeant Andy McClinton |
| | **Lead Investigator:** |
| | Sergeant Arnold Rivera |

On February 16, 2015 at approximately 0741 hours I received a text message from Lieutenant Kevin DeSpain in regards to an in-custody death at the Louisville Metro Department of Corrections. I was asked to respond to the LMDC Professional Standard's Office and meet with Lieutenant Arthur Eggers. I arrived at LMDC at approximately 0850 hours.

Lieutenant Eggers stated at approximately 0615 hours, LMDC Officer Blaine Madden discovered the inmate, Franklin T. Bolton, white male, ██████████ hanging by his neck from a bed sheet tied to the exposed bars of a window in a single cell on HOJ 5th Floor East, South 1, Cell 5. LMDC personnel performed CPR and other lifesaving measures until LMEMS arrived and transported Mr. Bolton to U of L Hospital, where he was pronounced deceased at approximately 0741 hours.

Sergeant Aaron Crowell and I interviewed the following individuals in the LMDC PSU Office:

## LMDC Officer Gortez Shirley
Officer Shirley was the control room operator on the 5th Floor. He was notified by Officer Madden to contact medical and let the Sergeant know of a hanging. Officer Shirley called the nurses station, called the Sergeant, and then took notes on who was coming and going on the floor. He never went into the cell or saw inmate Bolton. Officer Shirley gave me a copy of the log he kept.

## Nurse Courtney Nichols
Nurse Nichols received a call from control at H5 requesting medical to arrive with a possible hanging. Nurse Nichols, Nurse Reese and Nurse Hatcher all ran to H5, and CPR had already been initiated. Nurse Nichols asked the Sergeant if EMS had been called, he said not yet, she advised to go ahead and call. The other nurses assisted with CPR and the AED. She notified the charge nurse and just observed what everyone was doing. When she arrived on scene inmate Bolton was inside the cell. When EMS arrived they asked to have the body moved into the hallway so they would have more room to work on inmate Bolton. She said one of the officers told her he was hanging and they had to cut him loose. She stated inmate Bolton had redness around his neck and he was blue.

## LMDC Officer Clifton Arnold
Officer Arnold heard on the radio that EMS had been notified and he was told to go wait outside the Hall of Justice and escort EMS upstairs. Once EMS arrived he escorted them to H5. He had no contact with inmate Bolton or his cell.

GB003254

**Nurse Lori Hatcher**
At 0620 hours Nurse Nichols received a phone call from an officer who said he thinks they had a hanging on H5. She ran to the elevator and went to H5. When she arrived on scene Lopez and Mills were performing CPR. Nurse Reese stopped at the control room and got the AED, an oxygen tank and the emergency bag. Nurse Hatcher grabbed the AED and took it into the cell. She had Lopez put the pads on inmate Bolton and no shock was advised. They continued CPR and then switched out with Fire and EMS. She noticed half a bed sheet hanging from the bars over the windows in the cell. She stated inmate Bolton was kind of blue and his legs were leaned over. The body was moved out of the cell by Fire/EMS with help from the corrections officers.

**Nurse Jennifer Reese**
At 0620 hours they received a phone call to respond to the 5th Floor because there had been a hanging. Nurse Nichols, Nurse Hatcher and Nurse Reese immediately responded. When they got to H5 Nurse Reese went into the control room and grabbed the emergency response bag, the AED and an oxygen tank. She handed the AED into the cell and attached the mask to the oxygen tank. She stated she was just watching, making sure everything was effective. She did perform some chest compressions. When EMS arrived they took over his care. She stated inmate Bolton's face and lips were blue. She thinks EMS moved the body to the hall.

**LMDC Sergeant Gene LLaguno**
He was the Sergeant on the 4th Floor at the time of the incident. He heard on the radio officers needed medical and a Sergeant in 5 East, so he responded with Lieutenant Brown. Lieutenant Brown told him to collect all of the observation sheets off the floor. Sergeant LLaguno collected all of the sheets from 5 east, south and west. He gave the sheets to Lieutenant Brown. He did not go into the cell or see inmate Bolton.

**LMDC Officer Brian Mills**
Officer Mills was working H5 and heard a call for back-up on H5 east. He and his partner, Officer Atty, took off running and reached H5 East. He noticed inmate Bolton was hanging from a sheet. Officer Lopez picked up inmate Bolton and Officer Madden was cutting the sheet. They got inmate Bolton down and started chest compressions. Officer Mills ran back to the H5 control room to get a CPR mask. He got the mask and ran back to the cell. When he returned there was already a mask on the inmate and he relieved one of the officers doing chest compressions. A nurse got on scene and handed him an oxygen mask and he put it on the inmate. An AED was handed into the cell and he tried to pull up the inmate's jumpsuit and eventually put it on. Fire/EMS arrived on scene and took over CPR. Officer Mills helped Fire/EMS move the body out of the cell and into the hallway. Officer Mills stated there was a sheet tied up on the bar above the window in the corner and around his neck. Inmate Bolton's feet were on the ground, but his knees were above the ground. Officer Mills took pictures of the cell, the sheet, and the sheet around his neck. At some point the sheet was taken off of his neck and Mills took pictures of it on the ground. Mills stated inmate Bolton had no pulse, no air coming out of his mouth, and he had a blue/purple tint.

At approximately 1100 hours all of the interviews were completed. I met with Sergeant Arnold Rivera and gave him a brief update. I cleared from the LMDC PSU Office at 1110 hours.

| Investigator's Signature: | |
|---|---|
| Supervisor's Signature: | LT. KE___ 03/03/2016 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002    10/05.

GB003255

 

# LOUISVILLE METRO POLICE DEPARTMENT
### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **In-Custody Death** | | **15-011** | **02/19/2015** |

| Activity: Notification and Response, Initial Information, Interview of Officer Mark Aubrey, Interview of Officer Eric Simpson, Interview of Officer Alexander Atty, Interview of Sergeant Michael Montgomery and Interview of Inmate William Grubbs Jr | **Submitted By** Sergeant Marcus Laytham |
|---|---|
| | **Lead Investigator:** Sergeant Arnold Rivera |

## NOTIFICATION AND RESPONSE
On Monday February 16, 2014 at approximately 0741 hours, this investigator received text message from Commander of the Public Integrity Unit (PIU), Lieutenant Kevin DeSpain, to respond to Louisville Metro Corrections (LMDC) in reference to an inmate which had been transported to the University of Louisville Hospital and was not expected to survive. The preliminary information received was the inmate was housed in a single cell and the inmate had hanged himself. This investigator arrived at LMDC at approximately 1005 hours.

## INITIAL INFORMATION
Lieutenants Eggers and Eubanks of LMDC briefed PIU investigators. The inmate was identified as follows:

Franklin T. Bolton W/M



DOB: ██████████

According to Lieutenant Eggers, Bolton was housed on the 5th floor in the cell designated as S15 East Walk. Bolton was discovered in his cell at 0615 hours by LMDC officers performing their routine inmate checks. Lieutenant Eggers also stated the last time Bolton was observed by officers was at 0523 hours. Bolton was discovered by LMDC Officers Madden and Lopez. These officers cut the victim down, began CPR and notified their command of the incident. Louisville Metro Emergency Medical Services (LMEMS) and the Louisville Fire Department were notified and responded to the scene. The victim was subsequently transported by LMEMS to University of Louisville Hospital. Bolton was declared deceased at 0741 hours.

## INTERVIEW OF OFFICER MARK AUBREY
On Monday February 16, 2014 at approximately 1018 hours, an interview was conducted with LMDC Officer Mark Aubrey. This interview was conducted by Lieutenant Kevin DeSpain and this investigator in the LMDC Public Standards Unit Office. Officer Aubrey supplied the following information:

Mark E. Aubrey



DOB: 

Officer Aubrey stated he was assigned to the booking floor during this particular incident and was requested to escort LMEMS and Louisville Fire Department to the 5th floor upon their arrival and also escorted them out of the facility. According to Officer Aubrey, the victim was unconscious the entire time and never made any statements. Officer Aubrey was not assigned to the 5th floor and had no contact with the victim prior to, or during the incident. This concluded Officer Aubrey's knowledge and involvement in the incident. Due to the fact his involvement was limited this interview was not recorded.

### INTERVIEW OF OFFICER ERIC SIMPSON

On Monday February 16, 2014 at approximately 1029 hours, an interview was conducted with LMDC Officer Eric Simpson. This interview was conducted by Lieutenant Kevin DeSpain and this investigator in the LMDC Public Standards Unit Office. Officer Simpson supplied the following information:

Eric D. Simpson



Officer Simpson stated he was assigned to the 2nd floor as a "rover" when he was instructed to report to the old jail sally port area. Officer Simpson was assigned to ride in the LMEMS ambulance to University Hospital with the victim. He noted their departure time as 0656 hours and stated the victim was unconscious the entire time. Officer Simpson remained at the hospital until the victim was declared deceased at 0741 hours. Officer Simpson had no other contact with the victim. Due to the fact his involvement was limited this interview was not recorded.

### INTERVIEW OF OFFICER ALEXANDER ATTY

On Monday February 16, 2014 at approximately 1033 hours, an interview was conducted with LMDC Officer Alexander Atty. This interview was conducted by Lieutenant Kevin DeSpain and this investigator in the LMDC Public Standards Unit Office. Officer Atty supplied the following information:

Alexander Atty



Officer Atty stated he was assigned to the 5th floor on 5 West when he responded to an assistance call on 5 East at approximately 0615 hours. When Officer Atty arrived at the scene the victim was still hanging from the bars by a sheet. Officers Madden and Lopez were already at the scene and they were cutting the sheet. Officers Madden and Lopez were able to free the victim and began CPR and called for medical assistance. Sergeant Montgomery arrived a short time later and handed Officer Atty a body camera in order to document the incident. Sometime during the incident Nurse Hatcher, Nurse Reece and Officer Brian Mills arrived on scene to

GB003257

assist with medical intervention. Prior to the incident Officer Atty did not have any contact with the victim during his shift and the victim was never conscious in the presence of Officer Atty. This interview was audio recorded and shall be made a part of the file.

## INTERVIEW OF SERGEANT MICHAEL MONTGOMERY

On Monday February 16, 2014 at approximately 1058 hours, an interview was conducted with LMDC Sergeant Michael Montgomery. This interview was conducted by Lieutenant Kevin DeSpain and this investigator in the LMDC Public Standards Unit Office. Sergeant Montgomery supplied the following information:

Michael Montgomery Jr.



Sergeant Montgomery stated he was assigned as the supervisor for the 5th and 6th floor of the Hall of Justice correction facility. Sergeant Montgomery stated the victim identified as Franklin Bolton was being housed in his area of responsibility on the 5th floor East Wing bed number 5. The officers assigned to that unit were Officers Madden and Lopez. Sergeant Montgomery stated he had spoken with the victim on two separate occasions during his shift. On the first occasion Bolton inquired why he was still in a single cell. Sergeant Montgomery informed Bolton he would check and notify him what he discovered. During his next security check Sergeant Montgomery informed Bolton he was on an administrative segregation until the administration determined he could return to general population. This interaction occurred at approximately 0415 hours. Bolton never made any statements to Sergeant Montgomery that would indicate to him he was suicidal. Sergeant Montgomery stated security checks on inmates are to be conducted every 30 minutes in that particular area. Sergeant Montgomery was in the 6th floor control room when he was notified by landline phone that an inmate on the 5th floor had possibly hanged himself at approximately 0615 hours. When Sergeant Montgomery arrived on-scene Officers Madden and Lopez where performing CPR on the victim. Nurses Hatcher, Reece and Nichols arrived shortly after his arrival and assisted. The control room was notified to have LMEMS respond. Officer Atty was assigned a body camera to document the remainder of the incident. LMEMS arrived and assumed control of the medical care of the victim. Officer Simpson was assigned to accompany LMEMS and the inmate to University of Hospital. This interview was audio recorded and shall be made a part of the file.

## INTERVIEW OF INMATE WILLIAM GRUBBS JR

On Monday February 16, 2014 at approximately 1126 hours, an interview was conducted with Inmate William Grubbs Jr. This interview was conducted by Lieutenant Kevin DeSpain and this investigator in the LMDC Public Standards Unit Office. Inmate Grubbs supplied the following information:

William G. Grubbs Jr.

Grubbs was housed in cell 6 directly next to the victim in this case but due to the configuration of the cells, he does not have a point of view to the interior of the victim's cell. According To Grubbs, occupants of adjacent cells are able to communicate audibly. Grubbs stated he spoke with Bolton at approximately 0430 hours after breakfast. The substance of their conversation was in reference to commissary slips which were due on the current date. Grubbs stated he went back to sleep when he was awakened by a commotion outside the victims cell. He stated Officer Madden was at the cell requesting medical and soon after Sergeant Montgomery and Officer Atty arrived along with additional personnel. Grubbs was asked if he was aware whether or not, anyone entered Bolton's before he was awakened and he stated he did not think so. Grubbs commented the doors made a loud sound and he would have heard it open if anyone entered the cell. Grubbs was asked if Bolton ever made any comments that would lead him to believe he was suicidal and he replied all the time. When he was challenged what specifically Bolton had stated he said Bolton told LMDC personnel he was ready to go the 2nd floor (medical and psychiatric) and inquired how he could go to KCPC (Kentucky Corrections Psychiatric Center). Grubbs did not hear any specific suicidal threat or comment. Bolton had told Grubbs he had a girlfriend and a child and was upset with his girlfriend for not writing to him. Grubbs confirmed LMDC and medical personnel made every effort possible to render medical aid to the victim. This interview was audio recorded and shall be made a part of the file.

| Supervisor's Signature: | |
|---|---|
| Investigator's Signature: | T. ICE   02/22/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002      10/05.

GB003259



# LOUISVILLE METRO POLICE DEPARTMENT

### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation **In-Custody Death LMDC** | File No. **15-011** | Date of Report: **02/20/2015** |
|---|---|---|
| Activity: Notification and Response, Crime Scene Processing and Interviews | Submitted By **Sergeant Arnold Rivera** | |
| | Lead Investigator: **Sergeant Arnold Rivera** | |

## NOTIFICATION AND RESPONSE

On February 16, 2015, at approximately 0730 hours, I received a text notification from Lieutenant Kevin DeSpain directing the investigators of the Public Integrity Unit (PIU) to respond to the Louisville Metro Department of Corrections (LMDC) on an in-custody death. While responding to the scene, I received a text message from LMDC Lieutenant Arthur Eggers which stated the inmate was pronounced deceased at University Hospital at 0741 hours. I arrived at the LMDC Professional Standards Unit Office located at 600 West Jefferson Street and noted my arrival time as 0850 hours.

I met with LMDC Lieutenant Eggers who briefed me on the incident. Lieutenant Eggers stated inmate Franklin Bolton was discovered hanging by his neck by a bed sheet which was tied to the exposed bars of a window in a single cell. The inmate was discovered at approximately 0615 hours, by LMDC Officer Blaine Madden. LMDC officers Madden and David Lopez cut the sheet from around Mr. Bolton's neck and began performing emergency medical attention. Additionally, the officers attached an Automated External Defibrillator (AED) to Mr. Bolton in an attempt to resuscitate him. Officers Madden and Lopez continued CPR until relieved by responding paramedics. Mr. Bolton was transported by ambulance to University Hospital where he was eventually pronounced deceased by hospital personnel.

At 0902 hours, I contacted the department's Crime Scene Unit and requested a technician respond to process the scene. CSU Tech Deanna Williams arrived at the Hall of Justice at 0922 hours, and we were escorted to the cell by LMDC Officer Larry May. CSU Tech Williams then processed the scene. The detailed CSU report including photographs is contained in the file. The processing of the scene was completed at 1031 hours, Sergeant Mindy Baker and I then conducted witness interviews in the LMDC PSU Office.

Deceased Information:

Franklin T. Bolton

W/M ████████████

SSN ████████

## FREDDIE DOWNER:

Freddie Downer was housed in the cell next to Franklin Bolton. Sergeant Mindy Baker and I interviewed Mr. Downer at the LMDC PSU Office at 1102 hours. The sworn statement was digitally recorded and the audio is contained in the file. The following is a summary of the information obtained from Mr. Downer during the interview:

- Mr. Downer stated Mr. Bolton was harassed by work aides and staff constantly.
- Stated he overheard Mr. Bolton asking to be moved out of segregation.

GB003260

- Mr. Downer stated he is a practicing Muslim and was preaching to Bolton because he felt sorry for him.

- Mr. Downer advised he was praying when the lights went out because the devil lurks in the darkness.

- Additionally, Mr. Downer repeatedly stated corrections staff look at them as, "nothing."

- Mr. Downer repeatedly stated, "They pushed him into it."

*It is important to note that the cells are sight separated and Mr. Downer was making allegations that he would have no way of witnessing. Additionally, it was clear Mr. Downer has animosity towards Corrections personnel in general and being housed in segregation specifically.*

## SHANE SMITH:

Mr. Shane Smith is a work aide assigned to the floor where Mr. Bolton was housed. Sergeant Mindy Baker and I interviewed Mr. Smith at the LMDC PSU Office at 1230 hours. The sworn statement was digitally recorded and the audio is contained in the file. The following is a summary of the information obtained from Mr. Smith during the interview:

- Mr. Smith observed or interacted with Mr. Bolton approximately six times during his shift.

- Stated he spoke with Bolton often and normally provided him with extra trays of food whenever he asked for them.

- Mr. Smith stated he remembered Mr. Bolton being upset the prior week and wanted to be moved from the segregation floor.

- Did not believe Mr. Bolton was suicidal.

- Additionally, Mr. Smith expressed his surprise that Bolton hung himself because he advised the cells are checked every 15 minutes.

- Mr. Smith last observed Mr. Bolton at approximately 0530 hours, while he was collecting food trays and stated Mr. Bolton was in his bed.

## SONNETT WYATT:

Ms. Sonnett Wyatt is employed as a nurse at LMDC. Sergeant Mindy Baker and I interviewed Ms. Wyatt at the LMDC PSU Office at 1251 hours. The sworn statement was digitally recorded and the audio is contained in the file. The following is a summary of the information obtained from Ms. Wyatt during the interview:

- Ms. Wyatt regularly administered medication to Mr. Bolton.

- Advised she didn't think he was depressed.

- Mr. Bolton never expressed any threats to harm or kill himself.

- Ms. Wyatt advised she never heard Mr. Bolton state he was being harassed by any inmates of Corrections personnel.

## ERIC RAILEY:

Mr. Railey is a work aide assigned to the floor Mr. Bolton was housed in and was working the late shift on the date of the incident. Sergeant Mindy Baker and I interviewed Mr. Railey in the LMDC PSU office at 1305 hours. The sworn statement was digitally recorded and the audio is

contained in the file. The following is a summary of the information obtained from Mr. Railey during the interview:

- Mr. Railey stated he had very few interactions with Mr. Bolton.

- He remembered Mr. Bolton always stating he was very hungry and would ask for extra food.

- Mr. Railey advised he remembered seeing Mr. Bolton at approximately 0530 hours while he was collecting food trays.

Mr. Railey advised he had no additional information regarding Mr. Bolton. He stated his contact with Mr. Bolton was minimal and he did not think any of his brief interactions were out of the ordinary. After concluding the interview I updated LMDC Lieutenant Eggers on the information obtained. At 1400 hours, I departed LMDC.

| Investigator's Signature: | |
| Supervisor's Signature: | |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

 

# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
## Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| In-Custody Death | | 15-011 | 02/25/2015 |
| **Activity:** Notification and Response, Initial Information, Processing of Scene, Interviews of Inmate Freddie Downer Jr., Inmate Shane Smith, Nurse Sonnett Wyatt and Inmate Eric Railey | | **Submitted By** Sergeant Mindy Baker | |
| | | **Lead Investigator:** Sergeant Arnold Rivera | |

## NOTIFICATION AND RESPONSE

On February 16, 2014, (0741 hours) I received a text message from the Commander of the Public Integrity Unit (PIU), Lieutenant Kevin DeSpain. The message advised all PIU members respond to Louisville Metro Department of Corrections (LMDC) in reference to an inmate which had been transported to the University of Louisville Hospital and was not expected to survive. The preliminary information received was the inmate was housed in a single cell and the inmate had hanged himself. I arrived at LMDC Professional Standard Unit (PSU) offices at approximately 1015 hours.

## INITIAL INFORMATION

Lieutenants Eggers and Eubanks of LMDC briefed PIU investigators. The inmate was identified as follows:

Franklin T. Bolton W/M



According to Lieutenant Eggers, Inmate Bolton was housed on the 5th floor in the cell designated as S15 East Walk. Inmate Bolton was discovered in his cell at 0615 hours by LMDC officers performing their routine inmate checks. Lieutenant Eggers stated the last time Bolton was observed by officers was at 0523 hours. Bolton was discovered by LMDC Officers Madden and Lopez. These officers cut the victim down, began CPR and notified their command of the incident. Louisville Metro Emergency Medical Services (LMEMS) and the Louisville Fire Department (LFD) were notified and responded to the scene. The victim was subsequently transported by LMEMS to University of Louisville Hospital. Bolton was declared deceased at 0741 hours. The report number issued for the case was 80-15-012198.

## PROCESSING OF SCENE

Lt. DeSpain requested I respond to the scene to assist Sgt. Rivera and Crime Scene Unit (CSU) technician D. Williams with scene processing and evidence collection. The scene consisted of a single cell with very few personal belongings. A video of the scene was made, photographs were taken and a small amount of evidence was collected.

## INTERVIEWS

Sergeant Rivera and I interviewed the following individuals:

(1102 – 1128 hrs.)
Freddie Lee Downer Jr.   B/M
██████████████

DOB ██████████      Home phone ████████
Inmate lodged in the single cell beside the victim

(1230 – 1243 hrs.)
Shane Smith         W/M
██████████████████

DOB ████████   Home phone ████████████
Inmate working as a work aide on the late shift.

(1251 – 1302 hrs.)
Sonnett Renee Wyatt   B/F
DOB ████████████
Nurse - LPN Correct Care Solutions

(1305 – 1311 hrs.)
Eric Thomas Railey   W/M
████████████████████

DOB ████████   Home phone ██████████  Cell phone █████████
Inmate working as a work aide on the late shift.


All interviews were taken in the form of an official recorded statement and will be maintained within the case file.  For a synopsis of the interviews refer to the investigative report submitted by Sergeant Rivera.

| | |
|---|---|
| Investigator's Signature: | *Sgt. M. Baker* |
| Supervisor's Signature: | *Lt. Kelsaya*   02/27/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

PIU 005  11/14.

GB003264

 

# LOUISVILLE METRO POLICE DEPARTMENT

### Special Investigations Division
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| Death Investigation | | 15-011 | 02/26/2015 |
| Activity: | Notification and Response | Submitted By | Sergeant Chad Kessinger |
| | | Lead Investigator: | Sergeant Arnold Rivera |

## NOTIFICATION AND RESPONSE

On Monday February 16, 2015, at approximately 0740 hours, I received a call from Lieutenant Kevin DeSpain, Commander of the Public Integrity Unit (PIU), requesting I respond to University Hospital to check the condition of an inmate that was located hanging inside a single cell at Louisville Metro Department of Corrections (LMDC). I noted my arrival time at University Hospital at approximately 0950 hours. Contact was made with Jefferson County Coroner Larry Carroll and LMDC Officer Braden King inside room 9.

The inmate was identified as follows:
Franklin T. Bolton W/M
DOB: ▉▉▉▉▉▉
SSN: ▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉

The deceased inmate was lying in a hospital bed and being guarded by LMDC Officer Braden King (badge #448). The body was covered up and his clothing bagged and placed at the end of the bed. Jefferson County Coroner Larry Carroll was present and provided me with medical reports that were copied, and the originals returned to him. Mr. Carroll advised the inmate arrived at University at 0702 hours, and was later pronounced deceased by Doctor Kyran Faryar at 0741 hours.

At approximately 1100 hours, Louisville Metro Police Crime Scene Unit Technician DeAnna Williams (car 981) arrived at University Hospital to collect evidence and take photographs of the deceased. I noted my departure time as 1125 hours from University Hospital.

| Investigator's Signature: | | |
|---|---|---|
| Supervisor's Signature: | LT. KE▉▉▉▉ | 03/03/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002    10/05.

GB003265

 

# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation<br>**In Custody Death LMDC** | File No.<br>**15-011** | Date of Report:<br>**05/06/2015** |
|---|---|---|
| Activity:<br>Interview of LMDC Officers Blaine Madden and David Lopez | Submitted By<br>Sergeant Arnold Rivera | |
| | Lead Investigator:<br>Sergeant Arnold Rivera | |

**SUMMARY:**

LMDC Officer Blaine Madden is the officer that found Mr. Bolton hanging in his cell. He and LMDC Officer David Lopez cut Mr. Bolton down and performed CPR until relieved by emergency medical personnel. On March 23, 2015, Sergeant Chad Kessinger and I interviewed Officers Madden and Lopez at LMDC. The following is a summary of the information obtained from them during the interviews.

**BLAINE MADDEN:**

On March 23, 2015, at 2302 hours, Sergeant Chad Kessinger and I interviewed LMDC Officer Blaine Madden at the Louisville Metro Department of Corrections. The sworn statement was digitally recorded and the audio is contained in the file. The following is a summary of the information obtained from Officer Madden during the interview:

- While performing cell checks observed inmate Bolton hanging from a bed sheet which had been tied to the exposed window bars inside the cell.

- Officer Madden then ran to the control room retrieved emergency equipment, and directed the control room operator to request EMS and notify command.

- He and Officer David Lopez then entered the cell. Officer Lopez picked up Mr. Bolton and Officer Madden cut Mr. Bolton down.

- Officers Lopez and Madden then began CPR and continued to do so until relieved by EMS.

- Officer Madden stated Mr. Bolton's eyes were open but he was unresponsive.

- Officer Madden described cutting the sheet above the knot around Mr. Bolton's neck.

Officer Madden stated EMS continued working on Mr. Bolton and eventually transported him to the hospital. Officer Madden did not accompany Mr. Bolton to the hospital and had no further information about the incident.

**DAVID LOPEZ:**

On March 23, 2015, at 0010 hours, Sergeant Chad Kessinger and I interviewed LMDC Officer David Lopez at the Louisville Metro Department of Corrections. The sworn statement was digitally recorded and the audio is contained in the file. The following is a summary of the information obtained from Officer Lopez during the interview:

- Officer Madden stated that sometime around 0600 hours, he was advised by Officer Madden that Mr. Bolton was hanging in his cell.

GB003266

- He and Officer Madden went to the cell, cut down Mr. Bolton and began performing CPR.

- They continued CPR until relieved by EMS.

- Officer Lopez stated Mr. Bolton was unresponsive but recalls hearing gurgling sounds when performing chest compressions.

Officer Lopez stated Mr. Bolton was eventually transported by EMS to the hospital. Officer Lopez did not accompany Mr. Bolton to the hospital and did not have any further information about the incident.

| Investigator's Signature: | |
| --- | --- |
| Supervisor's Signature: | |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

PIU 005   11/14.

GB003267



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## CASE INVESTIGATIVE RECORD
### CASE NUMBER:    15-011

| Complainant's Name | LMDC |
|---|---|
| Address | 400 S. 6th St. Louisville, KY 40202 |
| Phone Number | |
| Involved | Franklin Bolton |
| Location/Date/Time | 600 S. 6th St; 02/16/2015; 0615 hours |

| DATE | TIME | EVENT |
|---|---|---|
| 02/16/2015 | 0730 | Notified by Lt. DeSpain of in custody death at LMDC. |
| 02/16/2015 | 0830 | Arrived at LMDC PSU met with Sgt. McClinton and Lt. Eggers. Contacted ETU and requested assistance for scene processing. |
| 02/16/2015 | 0931 | Entered scene with CSU tech DeAnna Williams and began processing scene |
| 02/16/2015 | 1102 | Interviewed inmate Freddie Downer, Jr. Mr. Downer was in the cell next to the victim. |
| 02/16/2015 | 1229 | Interviewed Inmate Shane Smith. Mr. Smith is a work aide who brought Mr. Bolton his breakfast at 0400 hours. |
| 02/16/2015 | | Interviewed LMDC nurse Sonnett Wyatt. |
| 02/17/2015 | 0800 | Attended autopsy. Dr. Darius Arabadjief performed the post mortem exam. His preliminary finding is Suicide—Death by hanging. Complete report is forthcoming. |
| 02/23/2015 | 1100 | Received AED download report from Metro Corrections. |
| 02/26/2015 | 0900 | Lt. Eubanks called and stated the family of Mr. Bolton wanted the letters written by him that were collected from the scene. I photocopied the letters and they are contained in the file. |
| 02/27/2015 | 1100 | Delivered Mr. Bolton's letters to Lt. Eubanks and she advised that she would ensure they would be given to Mr. Bolton's family. |
| 03/03/2015 | 0740 | Called LMDC Officers Madden and Lopez to request interview. Left voice mail. |
| 03/03/2015 | 1438 | Called LMDC Officer Madden left voice mail. Called Officer Lopez left voicemail. |
| 03/23/2015 | 2300 | Interviewed Officers Madden and Lopez at LMDC. |



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
CASE NUMBER: __15·011__

Today's date is __February 16, 2015__     The time is __1033__     hours.

This is an interview with __Off. Alexander Atty__     (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☒   Other Location: __600 W. Jefferson (Office of LMDC Public Standards Unit__

Present during this interview is; __Sgt Marcus Laytham   Lt. Kevin DeSpain__

__Officer__ _____ __Atty__
(Title)                                            (Name)

Q1  ☒ Are you aware this interview is being audio and/or video recorded?
Q2  ☐ Has anyone threatened you in order to obtain this interview?
Q3  ☒ Are you giving this interview of your own free will?
Q4  ☒ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☒ State your home address including the zip code.
Q6  ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☒ State your home telephone number with the area code.
Q8  ☒ State your mobile and an alternate phone number with area codes.
Q9  ☒ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __Alexa Atty__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x __Alex Atty__                          __2/16/2015__        __1035 hrs__
          Signature                              Date                  Time

__Lt. Kevin D__                          __2/16/2015__        __1035 HRS__
          Witness signature                   Date                  Time

Subscribed and sworn to me by  __Alexander Atty__

This __16__ day of __February__ , 2015

__Marcus Laytham__
          Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires May 3, 2017
          My Commission Expires

GB003269

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time is: _1044_.

GB003270



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15·011

Today's date is __February 16, 2015__   The time is __1058__ hours.

This is an interview with __Sgt. Michael Montgomery__ (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑   Other Location: __600 W. Jefferson St. Office of LMDC PSU__

Present during this interview is; __Sgt. Marcus Baytham & Lt. Kevin DeSpain__

__Sgt.__ __Montgomery__
(Title) _____ (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __Sgt. Montgomery__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____     __2-16-2015__     __1100__
            Signature                        Date                   Time

__Lt. Kevin DeSpain__
        Witness signature          __2/16/2015__     __1100 HRS__
                                              Date                   Time

Subscribed and sworn to me by __Michael Montgomery__

This __16__ day of __February__ , 2015

__Marcus Baytham__
      Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires May 3, 2017
My Commission Expires

GB003271

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case? *N.*

Is there anything you want to state for the record before we end? *N.*

Is everything you told me the truth to the best of your knowledge? *Y.*

We will now conclude the statement.  The time is: __1114 hour__



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
### CASE NUMBER: 15-011

Today's date is __FEB 16__          The time is __1102__ hours.

This is an interview with __Freddie Downer Jr.__ (R/S) __B/M__

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: __LMDC PSU  600 W. JEFF__

Present during this interview is; __Sgt. Arnold Rivera__

_(Title)_                                                    _(Name)_

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed? Pers't)
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __Freddie Downer__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X __Freddie Downer Jr__                          __02-16-15__          __11:03__
_____Signature_____                   _____Date_____        _____Time_____

__Arnold Rivera__                               __02/16/2015__         __1103__
_____Witness signature_____               _____Date_____        _____Time_____

Subscribed and sworn to me by __Freddie Downer Jr.__

This __16th__ day of __FEB__ , 2015

__Melinda Baker__                    Notary Public, State at Large, KY
_____Notary Public, State at Large_____   My Commission Expires Nov. 26, 2016
                                        __11/26/16__  Notary ID # 478903
                                        My Commission Expires

GB003273

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.   The time is: _____1128 hrs._____



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15·011

Today's date is __February 16, 2015__     The time is __1126__     hours.

This is an interview with __William G. Grubbs Jr.__     (R/S)

This interview is being conducted at:

☐     Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒     Other Location: __600 West Jefferson St.  Office of LMDC  PSU__

Present during this interview is; __Sgt. M. Laytham & Lt. Kevin DeSpain__

__Mr.__ / __Grubbs__
_(Title)_                                      _(Name)_

Q1   ☑ Are you aware this interview is being audio and/or video recorded?
Q2   ☑ Has anyone threatened you in order to obtain this interview?
Q3   ☑ Are you giving this interview of your own free will?
Q4   ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5   ☑ State your home address including the zip code.
Q6   ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7   ☑ State your home telephone number with the area code.
Q8   ☑ State your mobile and an alternate phone number with area codes.
Q9   ☑ Are you employed?
Q10  ☑ State your employer and the position you hold there.
Q11  ☐ What is your work telephone number?
Q12  ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __William Grubbs Jr.__, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x __William Grubbs__
            Signature

__Lt. Ke DeSpain__
            Witness signature

__2-16-15__            __11:28 AM__
   Date                   Time

__2/16/2015__          __1128 HRS__
   Date                   Time

Subscribed and sworn to me by __William Grubbs Jr.__

This __16__ day of __February__, 2015

__Marcus Laytham__
   Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires May 3, 2017
   My Commission Expires

GB003275

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case? *No*

Is there anything you want to state for the record before we end? *No*

Is everything you told me the truth to the best of your knowledge? *Y.*

We will now conclude the statement. The time is: *1138hrs*.



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
CASE NUMBER: 15-011

Today's date is FEB. 16, 2015    The time is 12:30 hours.

This is an interview with Shane Smith    (R/S) W/M

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFF. LMDC PSU

Present during this interview is;

Sgt. Arnold Rivera

_____    _____
(Title)                              (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☐ Are you giving this interview of your own free will?
Q4 ☐ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☐ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Shane Smith , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____
_____ Signature

_____ Date 2-16-15    Time P @ 12:31

_____ Witness signature

Date 02/16/2015    Time 1231

Subscribed and sworn to me by Shane Smith

This 16th day of FEB , 2015

Malinda Baker
Notary Public, State at Large

Notary Public, State at Large, KY
My Commission Expires Nov. 26, 2016
Notary ID #478903

Nov 26, 2016
My Commission Expires

GB003277

**ENDING THE STATEMENT**

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: _____.

GB003278



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
CASE NUMBER: __15-011__

Today's date is __2/16/15__     The time is __1251__ hours.

This is an interview with __Sonnett Wyatt__    _(R/S)_

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: __600 W. Jefferson__

Present during this interview is;

__Sgt. Arnold Rivera; Sgt. Mindy Baker__

__Ms.__    __Sonnett Wyatt__
(Title)                   (Name)

Q1 ☒ Are you aware this interview is being audio and/or video recorded?
Q2 ☒ Has anyone threatened you in order to obtain this interview?
Q3 ☒ Are you giving this interview of your own free will?
Q4 ☒ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☐ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☐ State your home telephone number with the area code.
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __Wyatt__ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x _Sonnett R Wyatt_
      Signature           x __2-16-15__    x __12:52 pm__
                                 Date             Time

_Melinda Baker_
    Witness signature      __02/16/15__    __12:52__
                                 Date           Time

Subscribed and sworn to me by __Sonnett Wyatt__

This __16__ day of __Feb__ , 2015

_Arnold Rivera_
Notary Public, State at Large         __03/08/2016__
                                       My Commission Expires

GB003279

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: _____.

GB003280



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-011

Today's date is ___2/16/15___          The time is ___1305___ hours.

This is an interview with ___Eric Railey___          (R/S) ___WM___

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: ___600 W. Jefferson___

Present during this interview is; ___Sgt. Mindy Baker & Sgt. Arnold Rivera___

___Mr.___          ___Eric Railey___
(Title)                              (Name)

Q1  ☒ Are you aware this interview is being audio and/or video recorded?
Q2  ☒ Has anyone threatened you in order to obtain this interview?
Q3  ☒ Are you giving this interview of your own free will?
Q4  ☒ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☒ State your home address including the zip code.
Q6  ☒ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☒ State your home telephone number with the area code.
Q8  ☒ State your mobile and an alternate phone number with area codes.
Q9  ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, ___Eric Railey___ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X ___Eric Railey___          ___02-16-15___          ___21:06___
Signature                              Date                              Time

___Malinda Baker___          ___02-16-15___          ___1306___
Witness signature                    Date                              Time

Subscribed and sworn to me by ___Eric Railey___

This ___16___ day of ___Feb___ , 2015

___Arnold Rivera___          ___03/08/2016___
Notary Public, State at Large                    My Commission Expires

GB003281

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: _____.

GB003282

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**

CASE NUMBER: _15-011_

Today's date is _Tuesday_ ~~Monday~~ _March 24, 2015_   The time is _0010_ hours.

This is an interview with _David Lopez_ (R/S) _WSM_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _400 S. 6th St._

Present during this interview is; _Sgt. Chad Kessinger; Sgt Arnold Rivera_

_Officer_     _David Lopez_
(Title)                    (Name)

Q1 ☒ Are you aware this interview is being audio and/or video recorded?
Q2 ☒ Has anyone threatened you in order to obtain this interview?
Q3 ☒ Are you giving this interview of your own free will?
Q4 ☒ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☐ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☐ State your home telephone number with the area code.
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _David Lopez_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X_____        X _3-24-15_        X _0011_
              Signature                        Date                 Time

_Sgt. Chad K____          _03/24/2015_      _0011_
     Witness signature                 Date                 Time

Subscribed and sworn to me by _David Lopez_

This _24_ day of _March_ , 201_5_

_____          _03/08/2016_
Notary Public, State at Large        My Commission Expires

GB003283

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15-011_

Today's date is _Monday March 23, 2015_   The time is _2302_ hours.

This is an interview with _Blaine Madden_ _____ (R/S) _W/M_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _400 S. 6th St._

Present during this interview is; _Sgt. Chad Kessinger; Sgt Arnold Rivera_

_Officer_ _____ _Blaine Madden_
(Title)                          (Name)

Q1 ☒ Are you aware this interview is being audio and/or video recorded?
Q2 ☒ Has anyone threatened you in order to obtain this interview?
Q3 ☒ Are you giving this interview of your own free will?
Q4 ☒ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☐ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☐ State your home telephone number with the area code.
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Blaine Madden_, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Blaine Madden_ _____    X _3-24-15_ _23_    X _2304_
Signature                          Date                     Time

_Sgt. Chad K_ _____    _03/23/2015_    _2304_
Witness signature                Date              Time

Subscribed and sworn to me by _Blaine Madden_

This _23rd_ day of _March_, 2014_5_

_____    _03/23/2015_
Notary Public, State at Large         My Commission Expires

GB003284



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _15-011_

Today's date is _Feb 16, 2015_     The time is _0928_ hours.

This is an interview with _Cortez Shirley_     (R/S) _____

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: _LMDC PSU Office_

Present during this interview is;
_Sgt. Andy McClinton & Sgt. Aaron Crow_
_Ofc._____   Cortez Shirley_____
  (Title)                    (Name)

Q1  ☑ Are you aware this interview is being (audio) and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Cortez Shirley_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Cg Sh_                    X _2-16-15_         X _929_
      Signature                    Date                Time

_____           _2/16/15_          _0929_
   Witness signature              Date                Time

Subscribed and sworn to me by     _Cortez Shirley_

This _16th_ day of _2018_ , 2015

_Andy McClinton_                          _11-08-2016_
   Notary Public, State at Large              My Commission Expires

GB003285

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is:  _0933_.

GB003286

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-011

Today's date is **Feb 16th, 2015**   The time is **0936**   hours.

This is an interview with **Courtney Nichols** _(R/S)_

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: **LMDC, PSU Office**

Present during this interview is;

**Sgt. A. McClinton & Sgt Aaron Crowell**

**Nurse** _____ **Courtney Nichols** _____
(Title)                                  (Name)

Q1  ☑ Are you aware this interview is being (audio and/or video) recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

## PLEASE RAISE YOUR RIGHT HAND

Do you, _____ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

## I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.

X **Courtney Nichols**                    X **2.16.15**       X **0938**
_____ Signature _____                    Date              Time

_____ Witness signature _____            **2/16/15**       **0938**
                                             Date              Time

Subscribed and sworn to me by        **Courtney Nichols**

This **16th** day of **Feb** , 201**5**

_____ Notary Public, State at Large _____     **11-08-2016**
                                                  My Commission Expires

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: _0943_ .

- Who was doing CPR ?
- AED ? Hatcher
- Redness around Neck

GB003288



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15 - 011_

Today's date is _Feb 16, 2015_    The time is _0946_    hours.

This is an interview with _Clifton Arnold_    (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: _LMDC, PSU Office_

Present during this interview is; _Sgt. A McClinton ; Sgt. Aaron Crowell_

_Officer_          _Clifton Arnold_
(Title)                            (Name)

Q1  ☐  Are you aware this interview is being (audio and/or video) recorded?
Q2  ☑  Has anyone threatened you in order to obtain this interview?
Q3  ☑  Are you giving this interview of your own free will?
Q4  ☑  Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☑  State your home address including the zip code.
Q6  ☑  Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑  State your home telephone number with the area code.
Q8  ☑  State your mobile and an alternate phone number with area codes.
Q9  ☑  Are you employed?
Q10 ☐  State your employer and the position you hold there.
Q11 ☐  What is your work telephone number?
Q12 ☑  Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Clifton Arnold_    , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____          X _2/16/15_          X _0947_
            Signature                                    Date                    Time

_____          _2/16/15_          _0949_
        Witness signature                          Date                    Time

Subscribed and sworn to me by          _Clifton Arnold_

This _16th_ day of _FEB_ , 201_5_

_____                          _11-08-2016_
    Notary Public, State at Large                          My Commission Expires

GB003289

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: __09 5 /__ .

- Fire Dept
- Escort EMS
- H5 -
- Get
- Sgt. Montgomery

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _15 - 011_

Today's date is _Feb 16, 2015_     The time is _1009_     hours.

This is an interview with _Lori Hatcher_          (R/S) _____

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: _LMDC, PSU Office_____

Present during this interview is; _Sgt. A McClinton ; Sgt. Aaron Crowell_

_Nurse_          _Lori Hatcher_____
(Title)                    (Name)

Q1 ☐ Are you aware this interview is being audio and/or video recorded?
Q2 ☐ Has anyone threatened you in order to obtain this interview?
Q3 ☐ Are you giving this interview of your own free will?
Q4 ☐ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☐ State your home address including the zip code.
Q6 ☐ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☐ State your home telephone number with the area code.
Q8 ☐ State your mobile and an alternate phone number with area codes.
Q9 ☐ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Lori Hatcher_                    X _02/16/15_        X _10:11_
          Signature                              Date                      Time

_Clauson Crew_                    _2/16/15_        _1011_
          Witness signature                      Date                      Time

Subscribed and sworn to me by     _Lori Hatcher_

This _16th_ day of _FEB_, 2015

_____              _11-08-2016_
          Notary Public, State at Large              My Commission Expires

GB003291

**ENDING THE STATEMENT**

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: _1016_.

- Did you see Anything out of the ordinary?
- who moved the inmate out of cell?
-

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _15 - 011_

Today's date is _Feb 16th, 2015_   The time is _1019_   hours.

This is an interview with _Jennifer Reese_   (R/S)

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: _LMDC, PSU office_

Present during this interview is;

_Sgt. A McClinton & Sgt A Crowell_

_Nurse_ / _Jennifer Reese_
(Title) / (Name)

Q1  ☑ Are you aware this interview is being (audio) and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _____ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Jennifer Reese_
Signature

X _2/16/15_
Date

X _1020_
Time

_____
Witness signature

_2/16/15_
Date

_1020_
Time

Subscribed and sworn to me by _Jennifer Reese_

This _16th_ day of _FEB_ , 201_5_

_____
Notary Public, State at Large

_11- 08 - 2016_
My Commission Expires

GB003293

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is: ___1025___ .

- AED, Oxy Tank, etc..
- who put on AED ?
- Did you notice anything out of ordinary in cell ?
37 % he took medicine, anti-depressant -
J2

GB003294

# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
### OFFICIAL STATEMENT
#### CASE NUMBER: _15 - 011_

Today's date is _Feb 16, 2015_    The time is _1028_    hours.

This is an interview with _Gene LLaguno_    (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _LMDC, PSU Office_

Present during this interview is;

_Sgt._ _Sgt. A McClinton ; Sgt. A. Crowell_
(Title)    _Gene LLaguno_
(Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Gene LLaguno_    , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Gene Lenn_
(Signature)    X _2/16/2015_    X _1029_
Date    Time

_____
Witness signature    _2/16/15_    _1029_
Date    Time

Subscribed and sworn to me by    _Gene LLaguno_

This _16th_ day of _FEB_ , 2015

_Andy McNut_
Notary Public, State at Large    _11-08-2016_
My Commission Expires

GB003295

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement. The time is: _1031_.

- 4th Floor — LT. Brown
- OBSERVATION Sheets —

GB003296



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15 - 011_

Today's date is _Feb 16, 2015_    The time is _1034_    hours.

This is an interview with _Brian Mills_    (R/S) _____

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒   Other Location: _LMDC, PSU Office_

Present during this interview is; _Sgt. A. McClinton & Sgt. A. Crowell_

_Officer_        _Brian Mills_
(Title)                        (Name)

Q1  ☑ Are you aware this interview is being (audio and/or video) recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

## PLEASE RAISE YOUR RIGHT HAND

Do you, _____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

## I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.

X _Brian M_____        X _2/16/15_        X _1035_
      Signature                        Date                Time

_Crown Crew_____        _2/16/15_        _1035_
      Witness signature                Date                Time

Subscribed and sworn to me by _Brian Mills_

This _16th_ day of _FEB_, 201 5

_Andy McClin_____        _11-08-2016_
Notary Public, State at Large        My Commission Expires

GB003297

## ENDING THE STATEMENT

Are there any questions we have not asked you or any other information you have that may be beneficial to this case?

Is there anything you want to state for the record before we end?

Is everything you told me the truth to the best of your knowledge?

We will now conclude the statement.  The time is:  _1046_ .

- H5 West
- H5 East - responded to E, 51, cell 5
- Hanging from sheet

what was he hanging from?

Notice anything in cell?

was inmate breathing?
   when you got him down

- Get copy of photos.
- Brown Sheets

| Division: | 1 DISTRICT | **Incident/Investigation Report** | |
|---|---|---|---|
| Beat: | 123 | | |
| Agency: | LMPD | Case Number: 80-15-012198 | Case Status: INVESTIGATION COMPLETED |

## Incident Information

| Date/Time Reported | Date/Time From | Date/Time To | Officer |
|---|---|---|---|
| 02/16/2015  09:20 | 02/16/2015  05:23 | 02/16/2015  06:15 | (2091) RIVERA, ARNOLD F |

**Incident Location**
400 S 6TH ST, LOUISVILLE, KY 40202

## Charges

**1**

| Charge Type | Description | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|
| | IN-CUSTODY DEATH - CORRECTIONS - IN FACILITY | | | | ICD02 | 999 | ☒ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol   ☐ Drugs   ☐ Computers | JAIL / PENITENTARY | | ☐ Yes ☒ No | 1. |
| | | | | 2. |
| Entry | Exit | Criminal Activity | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

**2**

| Charge Type | Description | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|
| | SUICIDE INVESTIGTION - CORRECTIONS - IN FACILITY | | | | SU004 | 999 | ☒ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol   ☐ Drugs   ☐ Computers | JAIL / PENITENTARY | | ☐ Yes ☒ No | 1. |
| | | | | 2. |
| Entry | Exit | Criminal Activity | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| 1 | INDIVIDUAL | Fatal | Resident | Non-Hispanic |

| Name(Last, First, M) | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| BOLTON, FRANKLIN THOMAS | | W | M | ▓▓▓▓ | 19 |

| Address | Home Phone |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| Victim of Crimes | Cell Phone |
|---|---|
| 1,2 | ▓▓▓▓ |

GB003299

| Division: 1 DISTRICT | **Incident/Investigation Report** | |
|---|---|---|
| Beat: 123 | | |
| Agency: LMPD    Case Number: 80-15-012198 | | Case Status: INVESTIGATION COMPLETED |

## Witnesses

| Seq # 1 | Name (Last, First, M) MADDEN, BLAINE CORRECTIONS | Race | Sex | DOB | Age 00 |
|---|---|---|---|---|---|

| Address 400 S 6TH ST, LOUISVILLE, KY 40202 | Home Phone |
|---|---|
| Employer Name/Address 400 S 6TH ST | Business Phone |
| Witness Type ACTUAL | Cell Phone |

Witness Notes

## Property

| Seq # 1 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |

Property Notes

| Seq # 1 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |

Property Notes

| Division: 1 DISTRICT | **Incident/Investigation Report** | |
|---|---|---|
| Beat: 123 | | |
| Agency: LMPD | Case Number: 80-15-012198 | Case Status: INVESTIGATION COMPLETED |

## Property

| Seq.# **1** | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | Status Officer | | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Seq.# **1** | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | Status Officer | | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Seq.# **2** | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | Status Officer | | Quantity | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Division: | 1 DISTRICT | **Incident/Investigation Report** | | |
|---|---|---|---|---|
| Beat: | 123 | | | |
| Agency: | LMPD | Case Number: 80-15-012198 | Case Status: | INVESTIGATION COMPLETED |

## Property

| Seq. # **2** | Description | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|
| Owner | | | | License / State | | Color | |
| Status | | Status Officer | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | Finish | | Grip | Gun Stock | |
| Condition | | Gun Test  Yes  No | Test Type | | Sight Test  Yes  No | Sight Type | |
| Property Notes | | | | | | | |

| Seq. # **2** | Description | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|
| Owner | | | | License / State | | Color | |
| Status | | Status Officer | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | Finish | | Grip | Gun Stock | |
| Condition | | Gun Test  Yes  No | Test Type | | Sight Test  Yes  No | Sight Type | |
| Property Notes | | | | | | | |

| Seq. # **3** | Description | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|
| Owner | | | | License / State | | Color | |
| Status | | Status Officer | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | Finish | | Grip | Gun Stock | |
| Condition | | Gun Test  Yes  No | Test Type | | Sight Test  Yes  No | Sight Type | |
| Property Notes | | | | | | | |

| Division: | 1 DISTRICT | **Incident/Investigation Report** | | |
|---|---|---|---|---|
| Beat: | 123 | | | |
| Agency: | LMPD | Case Number: 80-15-012198 | Case Status: INVESTIGATION COMPLETED | |

## Property

| Seq.# 4 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | | Status Officer | Quantity / Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Seq.# 5 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | | Status Officer | Quantity / Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Seq.# 6 | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| Owner | | | License / State | Color |
| Status | | Status Officer | Quantity / Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test  Yes  No | Test Type | Sight Test  Yes  No | Sight Type |
| Property Notes | | | | |

| Division: 1 DISTRICT | **Incident/Investigation Report** | |
|---|---|---|
| Beat: 123 | | |
| Agency: LMPD    Case Number: 80-15-012198 | | Case Status: INVESTIGATION COMPLETED |

## Property

| Seq.# 7 | Description | | Serial Number | | Make/Model |
|---|---|---|---|---|---|
| Owner | | | License / State | | Color |
| Status | | Status Officer | Quantity | Units of Measure | Value |
| Gun Type | | Caliber | Finish | Grip | Gun Stock |
| Condition | | Gun Test   Yes   No | Test Type | Sight Test   Yes   No | Sight Type |
| Property Notes | | | | | |

## Notes/Narratives

### PUBLIC NARRATIVE

Victim # 1 while housed in Louisville Metro Corrections, was found hanging from a bed sheet which was tied to the exposed window bars of his cell. Witness # 1 cut the victim down and began Performing CPR. Louisville Metro Emergency Medical Services responded to the scene and transported the victim to University of Louisville Hospital where the victim was pronounced deceased at 0741 hours.

### INVESTIGATIVE NARRATIVE



# Louisville Metro Police Department
## Crime Scene Unit Report
### Scene / University of Louisville Hospital / Autopsy

Date: __02/16/2015__     Day: __Monday__          ☒ Original     ☐ Supplement

CSU #: __80-15-012198ORI-WILL__          ICN #: __80-15-012198__

Offense(s): __Suicide Investigation__          __PIU Case File 15-011__

Notified/Dispatched by: __Sergeant A. Rivera by telephone__

Time Received: __0902__     Arrival Time: __0924__          Cleared Time: __1117__

Detective(s) at Scene: __See Narrative__

Lead Detective/Division/Unit: __Sergeant A. Rivera / PIU__          Code #: 2091

CSU Technician(s): __Technician D. Williams__          Code #: 4209

## Crime Scene Information:

Louisville Metro Department of
Corrections / Hall of Justice
600 West Jefferson Street
Location of Scene: __5th Floor, South-1, Cell 5__          Date of Occurrence: __02/16/2015__

Type of Premise: ☐ Residence ☐ Roadway ☐ Business ☐ Vehicle ☒ Other __Corrections Facility__

Weather Condition: ☒ Inside ☒ Snow ☐ Rain ☐ Clear ☐ Other

## Victim's Information:

Victim's Name: __Franklin T. Bolton__

Victim's Address: ███████████

City: ████████     State: ████████     Zip Code: ████████

Race: __White__     Sex: __Male__     DOB: ████████     Age: __19__

Elimination Prints Taken? ☐ Yes ☐ No ☒ Post Mortem

Victim's Hands Bagged? ☒ Yes ☐ No          GSR Done on Victim? ☐ Yes ☒ No

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| | | | | | ☐ |
| | | | | | ☐ |

## Photography:
Photographing Technician(s): __Technician D. Williams__

## Video:
Video Technician(s) or Detective: __Technician D. Williams__

## Crime Scene Mapping:
Crime Scene Measurements and Diagram Completed By: __N/A__

GB003305
LMPD # 07-0001
05/13

CSU #: 80-15-012198ORI-WILL

## Evidence Processing:

Processed for Latent Prints?   ☐ Yes   ☒ No

| Type | Description | Latent Prints Obtained? Yes | No | Where processed? |
|------|-------------|:---:|:---:|------|
| | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |
| | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |

## Exhibits Collected:

| Exhibit # | Description |
|-----------|-------------|
| | **Exhibits 1, 2 and 3 were collected at the Louisville Metro Department of Corrections, Hall of Justice, 600 West Jefferson Street, 5th Floor, South-1, Cell 5.** |
| 1 | Videotape of scene. |
| 2 | Cut, torn, knotted brown fabric (ligature), unknown brand; was cut behind the knot and removed from the second bar east of the west wall of the window bar cage. |
| 3 | Cut, torn, knotted brown fabric (ligature), unknown brand; was located on the floor of Cell 5 between the toilet and the bed. |
| | |
| | **Exhibits 4, 4A, 4B, 4C, 4D, 4E and 4F were collected from Sergeant C. Kessinger at the University of Louisville Hospital Emergency Room, 541 South Jackson Street.** |
| 4 | Clear plastic "Patient Belongings" bag tagged "IBI8054 / Bolton, Franklin / 01/21/1996 19 M / 66181470 02/15/15 - ." |
| 4A | Four socks consisting of two white and gray socks, unknown brand, and unknown size, and two black and gray socks, unknown brand and unknown size. |
| 4B | Cut black and yellow "Adidas" brand boxer briefs, size L. |
| 4C | Cut gray and blue "Hanes" brand "boxer briefs, size XL. |
| 4D | Blue toboggan with an embroidered red cardinal bird on the outside, unknown brand, unknown size, with possible blood. |
| 4E | Cut gray "Bob Barker" brand, v-neck pullover shirt, with "LMDC" printed in white letters on the back, size 3XL, with possible blood. |
| 4F | Cut white thermal shirt, unknown brand, unknown size.  The sleeves appear to have been cut off of Exhibit 4F rendering it sleeveless. |
| | |
| | **Exhibits 5 and 6 were collected at Pathology, 810 Barret Avenue, from Dr. Darius Arabadjief at the victim's autopsy.** |
| 5 | Victim head hair standard. |
| 6 | Victim blood standard card. |
| | |
| | |

GB000367-0001
05/13

**Narrative:**

### **Louisville Metro Department of Corrections / Hall of Justice - Scene**

On Monday, February 16, 2015, at approximately 0902 hours, Sergeant A. Rivera telephoned the CSU Office and requested CSU respond to Louisville Metro Department of Corrections, Hall of Justice, 600 West Jefferson Street, 5th Floor, South-1, Cell 5. Technician D. Williams met with Sergeants A. Rivera and M. Baker upon arrival and performed the following:

- At approximately 1102 hours, photographed the scene.
- At approximately 0956 hours, videotaped the scene and collected the resulting videotape as Exhibit 1.
- At approximately 1004 hours, additionally photographed the scene.
- At approximately 1030 hours, collected Exhibits 2 and 3.

### **University of Louisville Hospital Emergency Room**

At approximately 1045 hours, per the verbal request of Sergeant Rivera, Technician Williams proceeded to the University of Louisville Hospital Emergency Room, 530 South Jackson Street. Technician Williams met with Sergeant C. Kessinger upon arrival and performed the following:

- At approximately 1102 hours, photographed the victim.
- At approximately 1110 hours, bagged the victim's hands.
- At approximately 1125 hours, collected Exhibits 4, 4A, 4B, 4C, 4D, 4E and 4F from Sergeant Kessinger.
- At approximately 1117 hours, Technician Williams transported Exhibits 1, 2, 3, 4, 4A, 4B, 4C, 4D, 4E and 4F to the CSU Evidence Lab and secured these same Exhibits at approximately 1129 hours.

### **CSU Evidence Lab**

- At approximately 1515 hours, Technician Williams secured Exhibit 1 in the Forensics Video Vault.
- At approximately 1523 hours, photographed Exhibits 2, 3, 4, 4A, 4B, 4C, 4D, 4E and 4F.
- At approximately 1615 hours, secured Exhibits 2, 3, 4, 4A, 4B, 4C, 4D, 4E and 4F in a CSU Evidence Locker.

**CONTINUED Page 4**

GB0053307 00737-0001
05/13

**\*\*Pathology\*\***

On Tuesday, February 17, 2015, at approximately 0745 hours, Technician Williams removed Exhibits ? and 3 from the CSU Evidence Locker and transported these same Exhibits to Pathology, 810 Barret Avenue, for review by the attending Medical Examiner.  Technician Williams met with Sergeant A. Rivera and Dr. Darius Arabadjief upon arrival and performed the following.

- At approximately 0812 hours, photographed the victim.
- At approximately 0935 hours, obtained one set of victim identification prints.
- At approximately 0945 hours, collected Exhibits 5 and 6 from Dr. Arabadjief.
- At approximately 0956 hours, transported Exhibits 2, 3, 5 and 6, along with the victim identification prints, to the CSU Evidence Lab and secured these same Items at approximately 1010 hours.

Technician Williams also performed the following:

- At approximately 1010 hours, moved Exhibits 4, 4A, 4B, 4C, 4D, 4E and 4F from the CSU Evidence Locker to the CSU Evidence Lab and secured these same Exhibits, along with Exhibits 2, 3, 5 and 6, pending transport to the Property Room.
- At approximately 1142 hours, secured the victim identification prints in the CSU Office for review by the Latent Print Squad.
- At approximately 1352 hours, transported Exhibits 2, 3, 4, 4A, 4B, 4C, 4D, 4E, 4F, 5 and 6 to the Property Room and released these same Exhibits to Clerk K. Wilbert at approximately 1406 hours.

Technician's Name:   Technician D. Williams          Code #:   4209

Supervisor's Name:                                   Code #:

Date:

GB003306-0001
05/13



# JUSTICE AND PUBLIC SAFETY CABINET

**Steven L. Beshear**
Governor

**Office of the Chief Medical Examiner**
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587   Fax (502) 852-1767
www.kentucky.gov

**J. Michael Brown**
Secretary

## FINAL DIAGNOSIS

### BOLTON, FRANKLIN T  ME-15-0220

I.  Hanging:
    A.  Ligature furrow partially encircling neck
    B.  Bilateral fractures of superior cornua of thyroid cartilage:
        1.  Minimal hemorrhage within left fracture; absence of hemorrhage with right fracture
        2.  Absence of hemorrhages in anterior strap muscles
    C.  Ligature previously recovered at scene by Louisville Metro Police Department/CSU and photographed at autopsy
    D.  Pulmonary edema and congestion
    E.  19-year-old man was found hanging by a portion of a bedsheet in his segregated cell at Louisville Metro Corrections, per Deputy Coroner report and Louisville Metro Police Department Public Integrity Unit detective:
        1.  History of bipolar disorder/depression with remote attempt(s) to harm self and history of suicidal ideation, per provided records
        2.  History of substance abuse, per Louisville Metro Police Department Public Integrity Unit detective
        3.  Status-post cardiopulmonary resuscitation
II.  Abrasions of lower lip oral mucosa
III.  Cardiac hypertrophy (480 grams):
    A.  Left ventricular hypertrophy (1.5 cm)
IV.  Hepatosplenomegaly (Liver: 2620 grams; Spleen: 440 grams)
V.  Postmortem toxicology of hospital admission blood is negative for tested drugs of abuse and alcohols

OPINION:  The death of this 19-year-old man, Franklin T. Bolton, is due to hanging. (E953.0)

Darius Arabadji, MD

DATE PERFORMED: February 17, 2015
DATE COMPLETED: March 31, 2015
COUNTY OF JURISDICTION:  Jefferson



# POST MORTEM EXAMINATION

## OF THE BODY OF

### BOLTON, FRANKLIN T  ME-15-0220

A post mortem examination of the body identified by the Jefferson County Deputy Coroner as Franklin T. Bolton is performed at the Urban County Government Center on February 17, 2015 at 8:25 a.m. by Dr. Darius Arabadjief. Pathology resident, Dr. Julie Ann Bishop, is also present during this examination. Attendant is Chris Holsclaw.

## EXTERIOR OF THE BODY

The body is received nude. The hands are covered by brown paper bags. A separate bag containing 6 tubes of hospital admission blood and one tube of urine are received from the Deputy Coroner. There are 4 tubes of blood, one purple top tube, one red top tube, one green top tube and one blue top tube, and one tube of urine that each contain a label with the letters and numbers "IBI 8054", but without a name. There are two pink top tubes of blood containing labels with the decedent's name and the letters and numbers "IBI 8054".

The body is that of a normally-developed, well-nourished, white man appearing to be the offered age of 19 years. The body has a measured height of 74" and a weight of 235 pounds. The scalp hair is brown, slightly wavy and measures up to ¾". The pupils are round, equal and measure 6 mm. They are viewed through clear corneae. There is red, linear, transverse drying of the bulbar conjunctivae, consistent with tache noir artifact. The conjunctivae are slightly congested without hemorrhages, petechiae or icterus. The ears and nose are free of deformity. The natural anterior dentition is in fair repair, and the frenulae are intact. Facial hair consists of scattered mustache and beard hairs that measure less than ¼". The neck is midline. The superficial lymph nodes are not palpable. The chest is symmetric and of normal mobility. The abdomen is slightly protuberant and demonstrates no remote surgical scars. There are multiple longitudinal, linear striae over the abdomen. The atraumatic external genitalia are that of a normal male. The penis is circumcised. The testes are palpable within the scrotal sac. The pubic hair is present in the appropriate distribution. The back is unremarkable. Examination and palpation of the extremities reveals no evidence of peripheral edema, deformity or fracture. The brown paper bags are removed from the hands to reveal fingernails that are extremely short and unremarkable.

Rigor mortis is well-developed in the major muscle groups. Livor mortis is red to purple, slightly blanching and present posteriorly except over pressure points.

## EVIDENCE OF MEDICAL TREATMENT

There is an oxygen saturation monitor present on the forehead. There is an endotracheal tube that is secured by a white cloth band around the cheeks and the neck. There is a blue and yellow plastic neck brace encircling the neck. There are defibrillator pads present on the right chest and the mid left flank. There are multiple

GB003310

ME-15-0220

electrocardiogram leads present on each side of the chest and abdomen. There is a blood pressure cuff encircling the left arm. There are intravascular catheters present in the right antecubital fossa, the dorsal left hand and the right inguinal region. There are multiple bags of normal saline and one bag of Lactated Ringers' solution that are connected to the catheter in the right inguinal region. There is a Foley catheter present with urine collection reservoir that is nearly empty. There is minimal yellow urine present in the catheter tube. There is an intraosseous catheter present in the proximal ventral left leg, which has an attached bag of fluid as mentioned above. There is a hospital ID band bearing the decedent's name and one containing the letters and numbers "IBI 8054" encircling the right ankle.

There is a 5" x 3-½" purple, irregular contusion on the middle of the chest. Opening of the chest demonstrates a nondisplaced, transverse fracture of the mid sternum. These injuries are consistent with occurrence during cardiopulmonary resuscitation.

INJURIES

There is a ligature furrow partially encircling the neck. This ligature furrow is present on the anterior neck and the right and left sides of the neck. It is a red, linear, broad and relatively transverse abrasion on the right side of the neck that courses upward and obliquely on the anterior neck and focally on the left side of the neck. It is partially obscured on the left side by impressions from the neck brace. This ligature furrow is centered 10-½" from the top of the head on the midline anterior neck. On the anterior neck, the ligature furrow ranges from ¾" to 7/8" wide and is less than 1/16" deep. On the right side of the neck, the ligature furrow is located 4-¼" below the right external auditory meatus in the 6 o'clock direction. It ranges from ½" to ¾" wide and is less than 1/16" deep on the right side of the neck. On the left side of the neck, the ligature furrow is a red, linear and oblique abrasion that fades below the left ear in an area of impressions from the neck brace. This abrasion furrow is located 2-½" below the left external auditory meatus in the 6 o'clock direction. It measures up to 5/8" wide and is less than 1/16" deep on the left side of the neck. There is also a ¼" red to purple, circular abrasion and contusion on the left side of the neck that is located 2-¾" below and slightly posterior to the left external auditory meatus in the 5 o'clock direction. This circular abrasion and contusion likely corresponds to a white, circular plastic tab on the neck collar.

The anterior neck is dissected in layered fashion following removal of the organs. The anterior strap muscles are without hemorrhages. The hyoid bone is intact without fractures. There is a transverse fracture of the superior cornu of the thyroid cartilage on each side. The musculature and surrounding soft tissues of the neck and mucosa of the larynx demonstrate absence of hemorrhages on each side. There is focal extremely minimal hemorrhage within the fracture of the left superior cornu of the thyroid cartilage. The right superior cornu of the thyroid cartilage is without hemorrhage.

RELATED LIGATURES

Two portions of dark brown bedsheet recovered from the decedent's cell are brought to the autopsy by the Louisville Metro Police Department/CSU. One of these is a

GB003311

ME-15-0220

long portion of bedsheet with an eccentric complicated knot with two shorter segments of bedsheet extending out to form a loop. Each of these shorter segments extending from the complicated knot has a frayed end where it was cut from around the decedent's neck, per provided scene photographs. There is a second long portion of bedsheet with a simple knot containing two very short frayed ends where it was cut from the bars over the cell window by the Louisville Metro Police Department/CSU, per provided scene photographs. These segments of bedsheet are photographed and returned to the Louisville Metro Police Department/CSU.

OTHER INJURIES

There are multiple red, linear and transverse to irregular abrasions on the oral mucosa of the lower lip, which correspond to the positions of the upper teeth.

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 4 cm into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. Anteriorly, the liver edge is blunt, and the diaphragm displays no abnormality.

The mediastinum is in the midline. The lungs are of decreased crepitance. There is no free fluid in either smooth pleural space.

CARDIOVASCULAR

The heart is of the normal configuration and weighs 480 grams. The epicardial surface contains an increased amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of increased prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. The major coronary arteries are without atherosclerosis. On section, the firm, brown myocardium is of normal consistency. The left ventricle measures 1.5 cm thick. The right ventricle measures 0.3 cm thick. No focus of scar or acute hemorrhage is demonstrated.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

RESPIRATORY

The lungs are of the usual lobation and weigh 1360 and 1200 grams, right and left respectively. Mild amounts of subpleural anthracotic pigment are present within all lobes. The lungs are of decreased crepitance. The pleurae are generally smooth and glistening.

GB003312

ME-15-0220

The bronchi are of normal distribution and dimension. They are lined with smooth, brown epithelium. There is no evidence of ante mortem thrombo-emboli. On section, the pulmonary parenchyma is purple, markedly congested and exudes abundant edema fluid on palpation. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER

The liver weighs 2620 grams. The capsule is intact, smooth and shiny. The liver edge is blunt. On section, the hepatic substance is light brown and of normal consistency. No focal abnormal markings are demonstrated.

The smooth-walled gallbladder contains approximately 10 ml of bile. Stone is not demonstrated. There are scattered yellow flecks on the mucosal surface, which is consistent with cholesterolosis. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

## PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, yellow/tan, soft substance. No focus of calcification is demonstrated.

## ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

## GENITOURINARY

The kidneys are of similar size and shape. Together they weigh 480 grams. The capsules may be removed easily to reveal smooth, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis, cortex or medulla is demonstrated. The ureters are patent.

The bladder lumen is without urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

## SPLEEN

The spleen weighs 440 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

GB003313

ME-15-0220

## ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is easily identified. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is mostly tan and present in its normal rugal pattern with micronodularity of the antral surface, which is suggestive of chronic gastritis. The stomach contains 200 ml of brown liquid and abundant partially digested food material. Pills or pill fragments are not present. The pylorus and duodenum display no abnormality. The small and large intestines are not remarkable.

## MUSCULOSKELETAL

Examination and palpation of the spine, ribs, shoulder girdle and pelvis fails to reveal fracture.

## NECK

See above "Injuries". There is no soft tissue hemorrhage within the neck. The hyoid bone is intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

The tongue displays no abnormality.

## THYROID

The thyroid gland demonstrates no abnormality.

## HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1570 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid, and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

GB003314

ME-15-0220

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

DISPOSITION OF EVIDENCE

The following items are maintained at the OCME:

1) Photographic documentation
2) Diagrammatic documentation
3) Tissue for stock
4) A DNA standard card
5) Heart blood for short-term storage

Two pink top tubes of hospital admission blood and vitreous fluid are submitted in a sealed kit to AIT Laboratories for toxicologic analysis. A separate sample of vitreous fluid is submitted in the same sealed kit to be held at AIT Laboratories for possible electrolyte analysis.

The following items are collected by the Louisville Metro Police Department/CSU:

1) Photographic documentation
2) Pulled head hair
3) A DNA standard card
4) ID fingerprints

The 4 other tubes of blood and the tube of urine are discarded at the OCME. The brown paper bags from the hands are discarded at the OCME.

6

GB003315

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name _____ Bolton, Franklin _____ 19 WM

Number __ 15-220 __          Date __ 2-17-15 __

Height _____ 74            Weight _____ 235

H- 400

RL- 1300

LL- 1000

L- 700

K-

S-

B- 1570

I. Hanging
A. Ligature furrow partially encircling neck
B. Ligature partially encircling neck with skin and
   [illegible]
C. [illegible]
   1. [illegible]
   2. [illegible]
D. [illegible]
   1. [illegible]
   2. [illegible]

II. [illegible]
A. [illegible]

III. Tox pending

Toxicology   (BA)   (BDS)   CO   UDS   (VA)   Ref Lab        Histo

Manner      A     H     N    U    (S)    Pending

ICD Code _____

Opinion _____ Hanging _____

Resident _____  Staff __ DM __    Attendant (CH)R

County/Coroner ____ Jeff Co _____

White: Office    Green: Coroner    Canary: Book    Pink: Police    Goldenrod: Toxicology

GB003316

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name __Bolton, Franklin__ 19-W-M

Number __15-220__   Date __2-17-15__

Height __74__   Weight __235__

H- 480

RL- 1360

LL- 1200

L- 2620

K- 480

S- 440

B- 1570

I. Hanging:
  A. Ligature furrow partially encircling neck
  B. Ligature previously recovered by LMPD/CSU and photographed
  C. Bilateral superior cornua fractures of thyroid cartilages:
    1. Minimal hemorrhage at site of left fracture; No hemorrhage with right fracture
    2. Absence of hemorrhages in strap muscles
  D. 19 y/o man was found hanging in his cell at Metro Corrections, per Deputy Coroner report:
    1. S/P CPR
    2. Hx of substance abuse, per LMPD PIU detective
II. Cardiac hypertrophy (480gms):
  A. Left ventricular hypertrophy (1.5cm)

III. Tox pending

Toxicology  (BA)  (BDS)  CO   UDS  (VA)  Ref Lab   Histo

Manner   A   H   N   U   (S)   Pending

ICD Code _____

Opinion __Hanging__

Resident __JAB__   Staff __DAA__   Attendant __CH/R__

County/Coroner __Jeff Co__

White: Office    Green: Coroner    Canary: Book    Pink: Police    Goldenrod: Tox

GB003317
#448061

Dear momma

How R you Doing?:) I'm Doing Good But I'm still kinda Depressed. I know you are Probally mad at me for what They Are saying I did But I promise You one Thing I am INNOCENT until Proven Guilty (Im Not Guilty) I know All of These years I Have Lied, Cheated, Steal, Cuss, & Disrespected you But I want To say Im sorry I Really am. I Love you momma. I Really Do I am Changing. I Have put my life in The Hands of my Father/creator/The Alpha and omega/The one and only God Almighty himself He knows the Truth what Really Happened. I Just want To Be a kid again I Grew up Real Quick (Too Quick) I miss Giving you a Hug and Being Hugged Back, saying I love you and Being Told I love you Back, I even miss Being on Restrictions Because I was Told to Sit on the couch in The same Room as my mom & Dad. I Finally Realize I have Fu**ed up But its To Late, Damn its Been a whole year But Feels like 20 years Im 19 on January 21st But I feel older Run Do out of Fuel, They say Im Jail "The streets are winning They are Right I was Doing The most out There stealing From anywhere or anybody For The NEXT HIT I'm sorry to say This momma But your son is a Junkie I was shooting up HEROIN, with a needle That was Not mine, I was smoking crack Losing weight By The pound Last Time You seen me You said You lose weight. Yes I Have "DRUGS!!!" I even shot up Ice w/ a needle That was not mine. Smoked meth, Popped pills, Drank codeine couth syrup, snorted cocaine, smoked spice, smoked weed, Drank alcohol and when I was Dope sick puking and shitting on myself Drank a Handful of seroquel and Trazodone To pass out and I will sleep For a whole week, I Took extacy, I ate shrooms, put 3 Hits of acid on my tongue at a time and Thought I was cool cause I was High I Thougt I looked & smelled Good But in reality I looked Dirty and smelled Like a Dumpster But THAT is Going To change Im going To Be locked up For About 3 years cop to a probation Deal Get Released & Go straight To Rehab Im Going To Be The First Person In The Doors of The church on Wednesdays and sundays In Bond In w/ The Good. Can I Im changing out w/ The Bad owe you But I need your Help can I ask you a Favor I know I still THIS ➤➤➤ continued on the Back ➤➤➤ please Go GB003378

WEB SITE or call 1-800-844-6591 so I can call you and hear your voice my mom & Dad is all I got & I want to be able to talk to you all before its to late. I one more for to ase of you the Guards & Director of the jail said Books cannot come straight from the house or the streets because of people sneaking in drugs & other contraband I want to please ask you can you go on a Book website like amazon.com or something and please Get me a Bible I Beg you please help me out that I all I ask for for my Birthday Is Holy Bible & I really need one my mailing adress is: 400 south sixth street, Louisville, Kentucky 40202. Can you please come see me visiting Hours are, I dont know I'm sorry you might have to call up Hear and check. Momma I'm scared to death please pray for me and stay on my side I love you. Oh yeah one more thing remember when I was 8 years old on christmas day we had a fire in the fireplace the lights out with the whole family gathered in the family Rm you was sitting in daddy's blue soft reclined chir and I was sitting in your lap we were watching Fantastic Four rise of the silver suffer movie as a family I fell asleep at the end of the movie you had Quincy carry me to my room and put me to Bed I miss that kind of stuff one more thing that makes me think about the Good times I dont remember how old I was But its funny I came upstairs and Got in the bed between you and daddy and we watched cartoons the first commercial you anddaddy started tickeling me and my tooth fell out and I swallowed it we all laughed. Damn I miss you all when I get out can I please come home I will sleep in the Dogs cage in the Bathroom please send childhood & updated photos in the mail when you write me Back (including Jill Bolton I miss her too!!! Give Daniel a hog and a kiss for me tell him he will see me soon give ~~~~~~~ the hugs and kisses to rest of the ~mily for me love you until next time

SINCERLY your Baby Boy

_Francis Thomas Baker_

P.S. see Back
write Please

GB003319

THIS IS SOMETHING FOR YOU AND DADDY—

## MOM AND DAD!

I WRITE THESE WORDS FOR YOU, MOM AND DAD, TO
PROVIDE SOME COMFORT WHEN I KNOW YOU'RE SAD
THERES NOTHING MAGICAL THAT I CAN SAY TO
WHAT HAS HAPPENED GO AWAY. I WISH SOMEHOW I
COULD EXPLAIN THE REASON FOR ALL THES NEEDLESS
PAIN. BUT THERE ARE NO ANSWERS WHEN I ASK MYSELF
WHY. JUST DON'T THINK IT'S BECAUSE ITS BECAUSE YOU
FAILED TO TRY. EVERYONE KNOW THAT THIS SIMPLY ISN'T TRUE,
AND THAT YOU ALWAYS DID WHAT GOOD PARENTS DO. YOU TAUGHT ME
MORALS AND TO BE POLITE, YOU CAME AND HELD ME IN THE MIDDLE OF
THE NIGHT. THERE WAS FOOD ON THE TABLE A ROOF OVER MY HEAD
LOVE AND COMPASSION WHENEVER TEARS WERE SHED. YOU SHOWED
ME THE DIFFERENCE BETWEEN RIGHT OR WRONG. TO NEVER GIVE UP
AND ALWAYS STAY STRONG. I ONLY WISH I COULD CHANGE
THE PAST BY SLOWING IT DOWN BECAUSE IT WENT TO FAST. NOW
M AND DAD, I'M SITTING HERE IN THIS CELL WITH THE WORDS
O. A POEM TRING TO TELL ABOUT THE LOVE THAT I HAVE FOR
YOU DEEP IN MY HEART AND THE PAIN THAT I FEEL BECAUSE
WE MUST BE APART. I CAN ONLY IMAGINE HOW TOUGH IT MUST BE
FOR BOTH OF YOU HAVING TO SEE, THE ROAD THAT I'VE TRAVELED OVER THE YEARS.
SO SELF-DESTRUCTIVE AND CAUSING YOU TEARS. I JUST WANT YOU TO
KNOW THAT HOWEVER THIS ENDS, YOU ARE MUCH MORE THAN PARENTS,
YOU'RE ALSO MY FRIENDS ヒ ヒ ヒ



P.S.
PLEASE
WRITE
BACK

P.S.
BOREDNESS
AND
TIME AND MEDITATION
LETS YOU THINK THAT HOW
I WROTE THIS LOVE YOU UNTIL
NEXT TIME RXG PLEASE WRITE BACK

SINCERLY YOUR BABY BOY

DEAR MOMMA

HERE IS JOHN 3:16 IN 8 LANGUAGES I LOVE YOU ENJOY :) (I'm taking MY GED I had help from the teacher with this still learning)

GB003321



## FRENCH

Car Dieu a tant aimé le Monde qu'il a donné son Fils d've, afin que quiconque croit en lui ne périsse point, mais qu'il ait la vie éternelle.

## ENGLISH

For God so loved the world that he gave his only son that whoever believes in h should not perish but have eternal life

## German

Denn also hat Gott die welt geliebt, daß er seinen eingeborenen sohn gab, auf daß alle die an ihn glauben, nicht verloren werden, sondern das ewige leben haben.

## DANISH

Thi så elskede Gud verden, at han gav sin søn den enbårne, at hver som tror på ham, ikke skal fortabes, men have evigt liv.

## Italian

Poiche Iddio ha tanto amato il mondo che ha dato il suo ingenito figliuolo affinche chiunque crede in lui, non perisca, ma abbia la eterna.

## DUTCH

Want also lief heeft God de wereld gehad dat hij zijn eeniggeboren zoon gegeven heeft op dat een ieder die in hem gelooft, niet verloren ga maar eeuwig leven hebbe

## POLISH

Ponieważ Bóg tak świat ukochał, że dał swego syna Jedynego, aby kto uwierzy w Niego nie zginał, lec żyt wiecznie

✝ = 1

## VIETNAMESE

Vì Đức Chúa Trời thương yêu thế-gian đến nỗi đã ban con độc sanh của Ngài, hầu cho hễ ai tin Con ấy không bị hư-mất mà được sự sống đời đời.

GB003522.



GB003323

# <u>Death Report</u>

## Inmate Franklin T. Bolton

## CIN# 595460

## Booking# 201436818

Prepared by: Lt. Iryt Troutman

Crisis Intervention Team Member

March 10, 2015

GB003324

# TABLE OF CONTENTS

Photo                    1

Chronological Report     2

Medical Reports          3

Incident Reports         4

Records Folder           5

Classification           6

Shift Reports            7

Attorney                 8

Property                 9

Other Reports            10

© Copyright

GB003325





To:     Deputy Director Dwayne Clark
        Chief of Staff

Fr:     Lieutenant Iryt Troutman
        Crisis Intervention Team Member

Re:     Inmate Franklin T. Bolton #595460
        Chronological Notes

Dt:     March 10, 2015

On March 10, 2015, a chronological report was completed for the death of inmate Franklin T. Bolton CIN# 595460. Inmate Bolton was booked into custody of Louisville Metro Department of Corrections on December 29, 2014 at 0955. Inmate Bolton expired at University of Louisville Hospital on February 16, 2015 at 0741. The following is a chronological report of events for Inmate Bolton while he was in custody on the current arrest.

**December 29, 2014**

**0955-** Inmate Bolton was booked into the facility with the following:
        Case# 14F014260 Kidnapping-Adult 2 counts, Robbery 1st degree 2 counts
        Added charges were placed due to contraband being found during the search on the grill
        Case # 14F014264 Possession of a controlled substance 1st degree (Heroin), Promoting contraband, Possession of marijuana and tampering with physical evidence
        Incident report was completed for added charges
        A court date of December 30, 2014 at 0900 in court room 008 was given.

**1011-** Inmate Bolton completed the medical intake. Inmate Bolton reported a history of bipolar, PTSD, ADD and Schizophrenia. He denied taking drugs or alcohol, denied being hospitalized for any psychological reason, never had a suicide attempt and denied current suicide ideation.

**1023-** Classification orientation completed and his SARN is MX/GP.

**1145-** Inmate Bolton secured in X Jail to J1 Rear security Dorm 3.

**1220-** Pretrial set a bond of $10,000.00.

**UNK-** Booking fee was assessed to inmate Bolton's account, Balance is -$240.00.

GB003328

**December 30, 2014**

**0900-** Inmate Bolton appeared in arraignment court for kidnapping 2 counts, robbery 1st degree 2 counts, Possession of a controlled substance, promotion of contraband, possession of marijuana and tampering with physical evidence. He was given a bond of $10,000.00 and a court date of January 9, 2015.

**December 31, 2014**

**0134-** Inmate Bolton moved from rear security dorm 3 to rear security dorm 1 in X Jail.

**0945-** Inmate Bolton was placed on the move list from rear security dorm 1 to H5 dorm 1.

**1133-** Classification notes show that previous move was cancelled due to dorm lockdown (move from J1 rear security dorm 1 to H5 dorm 1).

**1544-** Classification notes show that inmate Bolton was placed on the move list to go H5 dorm 1.

**2129-** Inmate Bolton moved from rear security dorm 1 to H5 dorm 1 in X Jail.

**UNK-** Attorney visit with Public Defender Sean Johnson .

**January 2, 2015**

**1536-** Incident report was completed on Inmate Bolton for fighting.

**1750-** Classification notes state that pre detention hearing alert was added per Sgt. Zapata. Inmate Bolton will be receiving a write up for assaulting another inmate. Keep froms were added. At this time inmate has been placed on detox and is moving to J2W per medical.

**1845-** Inmate Bolton was moved from H5 dorm 1 to J2W dorm 12 in X Jail.

**1st shift-** a mental health professional completed inmate Bolton's initial health evaluation. Inmate Bolton stated that he received treatment from Our Lady of Peace. He also reported abusing meth intravenously since age 16.

**2nd shift-** Mental health received a phone call from Sgt. Gibson requesting that inmate Bolton be moved to the medical unit and placed on detox monitor.

**Unk-** Inmate Bolton was seen on all shifts by a detox nurse. All vitals were in normal limits.

**January 3, 2015**

**1st shift-** Inmate Bolton was seen by a mental health professional. Inmate Bolton's mood was irritable, affect was normal; he denied having hallucinations or suicide ideation. He was added to the psychiatric sick call. A release of information was signed and faxed to Our Lady of Peace.

GB003329

**January 5, 2015**

**0957**- Classification notes show that inmate Bolton requested to use the kiosk.

**1356**- Inmate Bolton was placed on the move list from J2W dorm 12 per Nurse Cornett due to detox being complete.

**1735**- Inmate Bolton was moved from J2W dorm 12 to H6 dorm 2 in X Jail.

**1st shift**- Inmate Bolton was seen by mental health professional and another release was signed and faxed this time to CVS.

**Unk**- Staff referral form completed by medical staff for inmate Bolton to be assessed by mental health for medication.

**January 6, 2015**

**0540**- Classification notes state that per Sgt. Williams inmate checked out of the dorm. Inmate is pending a write up. Inmate Bolton was place on the move list. Move was approved by Nurse Sloan.

**0605**- Inmate Bolton was moved from H6 dorm 2 to H5 east east cell 5 in X Jail.

**1st Shift**- Inmate Bolton was seen by mental health. He denied symptoms of mental illness and was upset because he was awakened by the mental health professional.

**Unk**- Inmate Bolton was cleared to be moved to a single cell by medical.

**January 7, 2015**

**1st shift**- Mental health professional rounds were completed.

**January 8, 2015**

**1304**- Classification notes state that inmate Bolton received a write up on Jan. 2, 2015 for fighting, 20 days disciplinary was given, and release date is Jan. 28, 2015.

**1st shift**- Inmate Bolton was seen by psychiatrist. He denies having hallucinations or suicide ideation. Inmate Bolton diagnosis was conduct disorder, antisocial personality with a rule out of bipolar disorder per history.

**UKN**- Attorney visit with Public Defender Sean Johnson.

**January 9, 2015**

**1300-** Inmate Bolton appeared in court for a probation violation (Case # 14-M-012404) and was given 180 days in jail with no releases, Unlawful transaction with a minor, Criminal mischief 3rd and 2 counts of a probation violation (Case # 14-M-019692) in which he was released and Theft by Unlawful taking and 2 counts of probation violation (Case # 14-F-010111) in which he was released on. The charges of Kidnapping 2 counts and Robbery 1st 2 counts (Case # 14-F-014260) and Possession of a controlled substance, promoting of contraband, possession of marijuana and tampering with physical evidence ( Case # 14-F-014264) was to be waived to grand jury the week of February 9, 2015.

**1427-** Inmate Bolton was marked out to court in X Jail.

**1546-** Inmate Bolton was marked back into his dorm from court in X Jail.

**January 10, 2015**

**Ukn-** Inmate Bolton refused his history and physical.

**January 12, 2015**

**0805-** Classification notes state that inmate is serving disciplinary time and will remain in current housing location until disciplinary space is available.

**UNK-** Canteen delivered an indigent pack to inmate Bolton.

**January 14, 2015**

**0833-** Classification notes state that inmate is moving to disciplinary segregation dorm H5 dorm 8 from H5 east.

**1311-** Inmate Bolton was moved from H5 east to H5 dorm 8 in X Jail.

**1st shift-** Mental health professional segregation rounds were completed.

**January 15, 2015**

1st shift- Inmate Bolton was seen by the psychiatrist. He was alert, mood was depressed, and affect was hostile, denied having hallucinations or suicide ideations. Inmate Bolton was diagnosis was conduct disorder, antisocial personality, poly-substance dependence, opiate dependence, meth dependence, alcohol abuse, cannabis abuse and impulse control disorder. Medication was started.

**January 20, 2015**

**Ukn-** Inmate Bolton refused his medication.

GB003331

**January 24, 2015**

**Ukn-** Inmate Bolton refused his medication.

**January 26, 2015**

**1st shift-** Inmate Bolton was seen by a mental health professional. He reported having problems sleeping. Realization techniques were discussed.

**UNK-** Canteen delivered an indigent pack to inmate Bolton.

**January 28, 2015**

**0823-** Classification note state that inmate Bolton is moving to J33B form H5 D8 due to disciplinary time completed.
SARN classification changed to MX/HB from MX/GP due to disciplinary action 20 days for fighting.

**1138-** Inmate Bolton was move from H5 dorm 8 to J3 dorm 3B in X Jail.

**January 30, 2015**

**0452-** Classification notes state that per Sgt. Miller inmate Bolton is making threats. Inmate Bolton is being moved and placed in administrative segregation H5 north 1 cell 6.

**0527-** Inmate Bolton was moved from J3 dorm 3B to H5 north 1cell 6 in X Jail.

**February 2, 2015**

**1729-** Classification note was made that inmate Bolton is continuously making threats to another inmate.

**February 3, 2015**

**Unk-** Inmate refused his medication.

**February 4, 2015**

**1st shift-** Mental health professional rounds were completed.

**February 7, 2015**

**0438-** Inmate Bolton was moved from H5 north 1 cell 6 to H5 south 1 cell 5 in X jail.

**February 9, 2015**

**UNK-** Canteen delivered an indigent pack to inmate Bolton.

**February 11, 2015**

**1st shift**- Mental health professional segregation rounds were completed.

**February 12, 2015**

**Unk**- Inmate Bolton refused his medication.

**February 13, 2015**

**1st shift**- Inmate Bolton refused to speak to the psychiatrist.

**February 16, 2015**

**0606**- Security check was conducted and as Officer passed S1#5 he noticed inmate was slumped over and had a sheet tied around his neck and the bars.

**0614**- Medical was notified.

**0615**- Sgt. Montgomery notified of hanging.

**0618**- Nurses Arrived on the floor, Main control was called to notify EMS.

**0621**- Lt. Brown arrived on the scene.

**0622**- AED applied and no shock advised.

**0624**- AED, No shock advised.

**0626**- AED, No shock advised.

**0629**- EMS and Louisville Fire arrived on the scene, AED no shock advised.

**0630**- AED pads removed.

**0637**- Inmate Bolton was marked out to the hospital in X Jail.

**0644**- Inmate Bolton was escorted off the floor by EMS.

**0652**- EMS departed for University for Louisville Hospital.

**0741**- Inmate Bolton was pronounced deceased at University of Louisville Hospital.

**February 17, 2015**

**0800**- Autopsy completed.

GB003333

## Additional Notes:

Inmate Bolton did not attend any church services while in custody.
Inmate Bolton did not have any personal visits.
Inmate Bolton did not attend gym.

GB003334

# Inmate Franklin Bolton

# Case Report Review

# Signature Page

_H. Nicholas Angelini_ #227                    6/4/15

Lt. Nicholas Angelini, LMDC CIT Commander                    *Review Date*

*Have reviewed Case Report – Inmate Franklin Bolton*


Steve Durham, County Attorney                    *Review Date*

*Have reviewed Case Report – Inmate Franklin Bolton*


Lt. Arthur Eggers, LMDC PSU                    *Review Date*

*Have reviewed Case Report – Inmate Franklin Bolton*


Dwayne Clark, LMDC Chief of Staff                    *Review Date*

*Have reviewed Case Report – Inmate Franklin Bolton*


Mark E. Bolton, LMDC Director                    *Review Date*

GB003335

# CHRONOLOGICAL REPORT

Name: Bolton, Franklin     DOB:      S     CIN# 595460

| DATE | TIME | |
|---|---|---|
| 12/29/2014 | 09:55 | Patient booked into Louisville Metro Department of Corrections. |
| | 10:11 | Patient completed medical intake. Blood Pressure- 137/90, Pulse- 90, Respiration- 14, Temperature- 98.4. Reports a history of bipolar, PTSD, ADD, and schizophrenia. Reports taking unknown psych medications that he receives from CVS pharmacy on Dixie Hwy. Patient denied taking any drugs or alcohol, denied ever being hospitalized for any psychological reason, never had a suicide attempt, and denied current suicide ideation. In addition to his medical screening a high risk ebola virus disease screening. |
| 1/2/2015 | 2nd shift | Mental Health Professional received a called from Lt. Gibson requesting that Mr. Bolton be moved to the medical unit and placed on a detox monitor. Mental Health Professional sent move list to classifications moving Mr. Bolton to 2 dorm 12. |
| 1/2/2015 | 1st shift | Mental Health Professional completed patient's initial mental health evaluation. Reported getting treatment at Our Lady of Peace by Dr. Afac. Reported abusing Meth intravenously since age 16. At the time of evaluation he was alert, oriented x's 3 and stable. |
| 1/2/2015-1/5/15 | 1st, 2nd, 3rd, shifts | Patient seen by detox nurse. All vitals and COWS scoring were within normal limits. |
| 1/3/2015 | 1st shift | Patient seen by mental health professional. Patient was alert and orientated x's 3, mood was irritable, affect was normal, denied having hallucinations or suicide ideation. He was added to psychiatric sick call. Release of Information was signed and faxed to Our Lady of Peace. |
| 1/5/2015 | 1st shift | Patient seen by mental health professional and another release was signed. This time the release was faxed to CVS Pharmacy on Dixie Highway. |
| 1/5/2015 | | Staff referral form completed by medical staff for patient to be assessed by mental health for medication. |
| 1/6/2015 | | Patient cleared to be moved to a single cell by medical. |
| 1/6/2015 | 1st shift | Patient seen by mental health. Patient denied symptoms of mental illness. Patient was upset because he was awakened by the MHP. |
| 1/7/2015 | 1st shift | Mental health professional seg round completed. |
| 1/8/2015 | 1st shift | Patient seen by psychiatrist. Patient was alert and orientated x's 3, mood was appropriate, affect was hostile, denies having hallucinations or suicide ideation. Patient diagnosis was conduct disorder, antisocial personality, with a rule out of bipolar disorder per history. |
| 1/10/2015 | | Patient refused history and physical. |
| 1/14/2015 | 1st shift | Mental health professional seg round completed. |
| 1/15/2015 | 1st shift | Patient seen by psychiatrist. Patient was alert and orientated x's 3, mood was depressed, affect was hostile, denies having hallucinations or suicide ideation. Patient diagnosis was conduct disorder, antisocial personality, poly-substance dependence, opiate dependence, meth dependence, alcohol abuse, cannabis abuse, and impulse control disorder. Medication started. |
| 1/20/2015 | | Patient refused medication |
| 1/24/15 | | Patient refused medication |
| 1/26/2015 | 1st shift | Patient was assessed by mental health professional. Reports having problems sleeping. MHP and patient discussed realization techniques. |
| 2/3/2015 | | Patient refused medication |
| 2/4/2015 | 1st shift | Mental health professional seg round completed. |

GB003336

2

| | | |
|---|---|---|
| 2/11/2015 | 1st shift | Mental health professional seg round completed. |
| 2/12/2015 | | Patient refused medication. |
| 2/13/2015 | 1st shift | Patient refused psychiatrist. |
| 2/16/2015 | | Medical was notified that there was a medical emergency on the fifth floor at approximately 06:06. Officer Madden reported to his Sergeant that during his security check at 06:06 he had noticed that Mr. Bolton was hunched over with a sheet around his neck tied to the bars in the cell. According to staff incident reports upon arrival officers immediately used the knife for life to remove the sheet from the bars and move Mr. Bolton to the ground to start lifesaving procedures. According to incident reports medical was notified at approximately 06:14 and arrive at approximately 06:17. Medical staff in conjunction with correction staff continued lifesaving procedures until EMS and Louisville Fire arrived at approximately at 06:29 when they took over procedures. At approximately 06:52 EMS left Metro Corrections for the hospital. At approximately 07:02 Mr. Bolton arrived at University of Louisville Hospital. At approximately 07:41 Mr. Bolton was pronounced dead by hospital staff. |

Respectfully Submitted,



Kibibi Wood-Montgomery
Director of Mental Health

GB003337

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name **Bolton, Franklin**        19-W-M

Number 15-220        Date 2-17-15

Height 74        Weight 235

H- 480

RL- 1360

LL- 1200

L- 2620

K- 480

S- 440

B- 1570

I. Hanging:
   A. Ligature furrow partially encircling neck
   B. Ligature previously recovered by LMPD/CSU and photographed
   C. Bilateral superior cornua fractures of thyroid cartilages:
      1. Minimal hemorrhage at site of left fracture; No hemorrhage with right fracture
      2. Absence of hemorrhages in strap muscles
   D. 19 y/o man was found hanging in his cell at Metro Corrections, per Deputy Coroner report:
      1. S/P CPR
      2. Hx of substance abuse, per LMPD PSU detective

II. Cardiac hypertrophy (480 gms):
   A. Left ventricular hypertrophy (1.5 cm)

III. Tox pending

Toxicology  (BA)  (BDS)  CO  UDS  (VA)  Ref Lab        Histo

Manner  A  H  N  U  (S)  Pending

ICD Code

Opinion  Hanging

Resident  JAB        Staff  DAA        Attendant  (CH)/R

County/Coroner  Jeff Co

White: Office        Green: Coroner        Canary: Book        Pink: Police        Goldenrod: Toxicology

GB003338

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00061354** | Incident Type | **HOSPITAL, INMATE TRANSPORTED** | Incident DateTime **02/16/2015 06:52** |

Location Type **SINGLE C**

Location **MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5**

Reporting Officer **Montgomery, Michael**

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type? **BODY CAM**    Medical Responders Name **REESE**

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative

On the date of 2/16/15 at the hour of 0615, I (Sgt. Montgomery) was notified by phone to meet Officers on HOJ 5th floor East wing for a possible hanging.  When I arrived on 5 East, Officers were on south 1 single cell # 5. Officers Madden and Lopez were in the single cell performing CPR on Inmate (Bolton, Franlin cin#595460). Medical arrived on south 1 at 0618, Nurse Hatcher assisted with the CPR and Nurse Reese went to the control room to get the emergency bag, 02 tank and AED. At 0618 I notified main control by radio to call EMS, for a white male not breathing and unresponsive. At the hour of 0622 the AED was applied to inmate Bolton, and CPR continued by Officers and Medical staff. Main Control advised that Louisville Fire department and EMS had arrived at the Main Jail, Both arrived on the scene at 0629. Louisville fire and EMS took over the CPR; inmate was removed from the cell and placed in the hallway. EMS and Louisville fire continue CPR, inmate Bolton was placed on the stretcher and escorted off 5east at 0644. EMS and Louisville fire were escorted to the old sally port and inmate Bolton placed in EMS truck at the time of 0646. EMS departed the old sally port at 0652. Single cell # 5 was closed and south 1 was secure. Officer ATTY had the body camera during the incident.

I spoke with the east wing Officers, Officer Madden stated that during his security check at 0606 he had notice that Inmate was hunched over with the sheet around his neck tie to the bars. He notified his wing partner Officer Lopez. Both Officers enter the cell and used the knife for life and cut down the sheet and Officer Lopez began chest compressions. Officers Atty and Officer Mills arrived and assisted with CPR. When I had arrived I had Officer Atty get the body camera, and photo camera to use during the incident.  The pictures of the sheet tie to the bars and part of the sheet removed from his neck.

25352 Troutman

02/16/2015 11:06

GB003339
Page: 1

Times
0614 Medical Notified
0615 I Sgt. Montgomery was notified by phone
0617 I arrived on South 1 single cell #5
0618 Medical staff arrived, Nurse (Hatcher, Reese, Nichols)
0621 Lt Brown arrived
0629 EMS and Louisville fire arrived
0644 EMS Departed floor
0652 EMS departed from Old Sally port.

*M Montgomery*

_____              02/16/2015
Employee Signature                                Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00061354(a)**            Incident Type                                    Incident DateTime    02/16/2015 06:52

Location Type    SINGLE C                                Location      MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer    Hatcher, Lori

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint              Note

☐ Use of Force Required

## Type of Force

Name                    Force                 Note

Narrative    Called via phone to H5 for possible hanging.  On arrival CPR was being performed by Corrections.  AED and Oxygen applied during this time. Nurses and officers performed CPR until EMS/ Fire and Rescue arrived and took over. Patient transported via EMS to UofL Hospital.--EOR--L.Hatcher, LPN.

Employee Signature                       Date

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00061354(b) | Incident Type | | Incident DateTime | 02/16/2015 06:52 |

Location Type   SINGLE C                                    Location     MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   MILLS, BRIAN

## Inmates Involved

| Inmate # | Name |

Video Recorded? Type?                     Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |

Narrative    On above date at approximately 0615 I Ofc. Mills was on H5 west officer station when I responded to a back up call from Ofc. Madden to respond to H5 east immediately. Ofc. Atty and myself took off running towards the east side when I was notified that there was an inmate hanging. When I arrived I/M Bolton, Franklin was hanging from a bed sheet that was tied around his neck and around the bars over the window. I assisted in getting the inmate cut down, Ofc. Madden cut the sheet that was holding inmate up. When inmate was free, we immediately laid inmate bolton on ground and started CPR. I ran to control to retrieve a cpr face mask, control officer informed me that the other officers had gotten one already. So I ran back to the scene on South 1 cell 5 and started helping out. I rotated in with chest compressions and not long after I was giving chest compressions nurses were on scene with oxygen tank. Once I was relieved by an officer I then moved to holding oxygen over inmates facial area. I stayed on oxygen mask detail until I was relieved by Louisville Metro Fire and EMS. After fire and ems arrived they insisted on dragging inmate out of cell to have room to perform cpr on. After that I stayed by fire and ems side in case they needed my assistance. Shortly after ems departed floor and I took photographs of scene. This ends my involvement. E.O.R. B.Mills #591

_____                    _____
Employee Signature                              Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | 00061354(c) | Incident Type | Incident DateTime    02/16/2015 06:52 |

Location Type   SINGLE C

Location    MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   ATTY, ALEXANDER

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                Restraint            Note

☐ Use of Force Required

## Type of Force

Name                Force                Note

Narrative    At approximately 0615 hours on February 16, 2015 while sitting at the H5 West officer station I responded to a back-up call on H5 East S1. Upon arrival at H5 East S1 #5 I saw I/M Bolton, Franklin hanging from the bars in his cell with a brown bed sheet. Ofc. B. Madden and Ofc. D. Lopez cut the sheet and started CPR. Once medical arrived I was instructed by Sgt. Montgomery to hold the body cam and film the incident. At approximately 0627 hours Louisville Metro E.M.S. arrived and took over CPR. At approximately 0643 hours Louisville Metro E.M.S. departed H5. This concludes my involvement in this incident.

Ofc. A. Atty #728

Employee Signature                        Date

25352 Troutman                02/16/2015 11:08                GB003343
Page: 1

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00061354(d) | Incident Type | Incident DateTime | 02/16/2015 06:52 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |

Reporting Officer   Nichols, Courtney

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?                    Medical Responders Name   NICHOLS

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative   On 2/16/15 at approx 0620 medical called H5 for possible hanging.  On arrival CPR was being performed by Corrections.  AED and Oxygen applied during this time. Nurses and officers performed CPR until EMS/ Fire and Rescue arrived and took over. Patient transported via EMS to UofL Hospital.----EOR-------------------------------------------------------C.Nichols, LPN.

_____          _____
Employee Signature                                              Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00061354(e)**          Incident Type                           Incident DateTime    02/16/2015 06:52

Location Type   **SINGLE C**                                  Location    MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   Reese, Jennifer

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                           Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                    Force                    Note

Narrative    2/16/2015 Approx 0620 Call rec'd in Nursing Station for pt hung himself on H5.
Responded immediately with nurses Hatcher and Nichols. Upon arrival to floor, I went
to the control room to get the emergency bag, O2 tank and AED. Upon arrival to
H5ES1 #5, pt lying on floor. CPR in progress. AED applied. CPR continued by nurses
and officers until EMS arrived to take over pt care. Stayed on scene until EMS left with
pt. EOR JReese, RN

Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00061354(f)** | Incident Type | Incident DateTime  02/16/2015 06:52 |

Location Type  SINGLE C

Location  MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer  LOPEZ, DAVID A

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name               Restraint               Note

☐ Use of Force Required

## Type of Force

Name               Force               Note

Narrative       On 2/16/15 at appox. 0606, I, Ofc. Lopez was on H5 East at the North officer station when Ofc. Madden notified me that I/M Bolton (595460) had hung himself in South 1 Cell 5. I than went to the control room to grab the knife for life. I handed Ofc. Madden the knife for life while I opened the cell from the control box. Next I grabbed I/M Bolton's body while Ofc. Madden cut the sheet. I began chest compressions while Ofc. Madden opened a CPR mask and placed it on I/M Bolton. Ofc. Madden gave two breaths while I continued chest compressions. After a few minutes Ofc. Madden took over compressions while I gave breaths. Ofc. Madden, Ofc. Mills and I continued to trade off until medical arrived on the scene. Once medical took over, I took pictures of the scene. I remained in the cell until EMS cleared out. After the scene was cleared I remained on South 1 to keep the scene intact until Ofc. Hastings relieved me at appox 0750. This ends my involvement.

Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00061354(g)** | Incident Type | Incident DateTime  02/16/2015 06:52 |
| Location Type | SINGLE C | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |
| Reporting Officer | Shirley, Gortez | | |

## Inmates Involved

Inmate #        Name

_____

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                    Note

_____

☐ Use of Force Required

## Type of Force

Name                    Force                    Note

_____

Narrative   On 2/16/15 around 0610 hrs, I officer G shirley was informed of the incident on H5 east side and notified the nurses station and Sargent Montgomery. My post was third shift H5 control room operator. I took notes of the situation along with times and turn my notes into Sgt. Montgomery. This ends my involvement in this incident. Ofc G Shirley

_____        _____

Employee Signature                              Date

25352 Troutman                    02/16/2015 11:09                    GB003347

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00061354(h)**      Incident Type                Incident DateTime  . 02/16/2015 06:52

Location Type  **SINGLE C**                          Location      MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer  **Madden, Blaine**

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                          Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                Restraint              Note

☐ Use of Force Required

### Type of Force

Name                Force                Note

Narrative        On February 16, 2015 at approximately 0606 hours while performing a security check on H5 East Wing South 1 Walk and walking past cell 5 I noticed inmate Bolton, Franklin (CIN# 595460) hunched over as appeared to be kneeling over the seat in the cell. It was dark and wanting to make sure the inmate was fine I backed up a little to check in the cell again and noticed a sheet tied around the inmate's neck and to the bars and that the inmate was hanging and feet still touching the ground in a hunched position. At this time I rushed back to where my wing partner Officer Lopez was at North one officer station and notified him that I needed help. I went to the other side of the fifth floor the West Wing to notify our partners on the West Wing and retrieve gloves and a CPR face mask from the control room, no CPR mask were in the control room. When we got back to the cell Officer Atty gave me his CPR mask. At this time Officer Lopez held the inmate up while I used the knife of life that Officer Lopez handed me to cut the inmate down. I notified for the fifth floor and medical to 10-59 (or come to the wing). When the inmate was on the cell floor Officer Lopez began giving the inmate compressions and I began to give the inmate breaths. Officer Mills, Lopez and I were alternating giving the inmate compressions until medical staff arrived. This concludes my involvement in this particular incident.

End of Report

Officer B. Madden #689

_____        _____
Employee Signature                              Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00061354(i)** | Incident Type | Incident DateTime   02/16/2015 06:52 |

Location Type   SINGLE C

Location   MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   Llaguno, Gene

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?                     Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On 2/16/2015 at around 0615 a radio call was heard advising medical and H5 sergeant to respond to H5 East. I, Sgt. G. Llaguno, also responded from J4 to assist. Upon arriving on H5 I was instructed by Lt. Brown to retrieve all observation sheets on the floor as medical was already on scene working on the inmate. I proceeded to retrieve all observation sheets on H5 and printed out inmate's, Bolton, Franklin CIN 595460, information for the escorting officer. I the stood by on H5 Control in case my assistance was needed. All observation sheets were turned in to Lt. Brown immediately after the incident.
End of report.
Sgt. G. Llaguno #339

Employee Signature                          Date

## Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00061354(j)** | Incident Type | Incident DateTime   02/16/2015 06:52 |

Location Type   SINGLE C

Location   MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   SIMPSON, ERIC

### Inmates Involved

Inmate #        Name

Video Recorded? Type?                 Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name              Restraint              Note

☐ Use of Force Required

### Type of Force

Name              Force              Note

Narrative    On 2/16/15 at around 0656 hours I Ofc. Simpson departed from the jail transporting I/M Franklin Bolton in the ambulance. I was present through the nurses doing cpr. The nurses worked on him until 0741 when they pronounced him dead. E.O.R  This concludes my involvement with this incident.

Ofc. Simpson #415

Employee Signature                    Date

25352 Troutman                02/16/2015 11:09                GB003351

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00061354(k)**        Incident Type                                        Incident DateTime   02/16/2015 06:52

Location Type   SINGLE C                                Location        MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   AUBREY II, MARK

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                        Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                        Restraint                Note

☐ Use of Force Required

## Type of Force

Name                        Force                Note

Narrative        On 2/16/15 at approx 0620, I, Ofc M Aubrey #577, was advised by radio to meet with Louisville Fire and EMS at the old sally port to escort to H5 South 1Cell 5 for I/M (Bolton, Franklin CIN# 595460) who was non-responsive and not breathing. I was on Liberty St when Louisville Fire and EMS arrived. I escorted Fire through the old sally port grill doors to the elevators. We arrived on H5 and proceeded to South 1 Cell 5 where I observed I/M receiving chest compressions. I stood back and out of the way while EMS and Fire took over the scene and began medical treatment to I/M. I observed I/M to be loaded on the backboard and stretcher when I walked around the east walk to North 1 and proceeded to the servery area. I met with Fire and EMS and accompanied them on the elevator. Once we reached the first floor, I escorted them back through the old grill doors and out of the old sally port. I received a radio and shackles from Ofc Arnold and transported them to Ofc Simpon who was in the ambulance. This is the end of my involvement. EOR

Ofc M Aubrey II #577

Employee Signature                                Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00061354(I)**          Incident Type                                    Incident DateTime   02/16/2015 06:52

Location Type   SINGLE C                                    Location      MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   ARNOLD, CLIFTON

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?                                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative    On Monday, February 16, 2015 at approximately 0620hrs I (Officer Arnold) was assigned to Outside Trans Officer.  I was instructed by Sgt. Williams to go outside of the Hall Of Justice at the old Sallyport door and wait for EMS to arrive and escort them to H5.  Louisville Fire & Rescue arrived first and another officer escorted the firemen to the elevator, I waited for EMS to exit their vehicle and I escorted the EMT's to the elevator, there was a problem with one of the elevators and the firemen had to exit that elevator and get on the other elevator with myself and the EMTs.  When we arrived at H5 Officer Aubrey escorted the firemen and EMTs to the east side, I waited in the elevator lobby on H5 in case I was needed.  I was contacted by radio to go to Outer Control, when I arrived to Outer Control I was instructed to take a radio and a set of shackles to the escorting officer.  When I walked out of the Sallyport, Officer Aubrey took the shackles and radio and delivered it to the escorting officer.  This concludes my involvement in this incident.//EOR\\

Officer C. Arnold #790

Employee Signature                              Date

25352 Troutman                          02/16/2015 11:10                              GB003753  Page: 1

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00061354(m)**        Incident Type

Incident DateTime   02/16/2015 06:52

Location Type   SINGLE C

Location   MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   KING, BRANDEN

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                Restraint            Note

☐ Use of Force Required

## Type of Force

Name                Force                Note

Narrative    On 2/16/2015 approximate 0730hrs, I Ofc. King relieved, Ofc. Simpson @ University Hospital ER room 9 on IM Bolton, Franklin (#00595460). I was Advised that IM Bolton arrived approximately 0702hrs, and medical personal pronounced IM (00595460) Bolton, Franklin dead @ 0741hrs. Corner Larry Carroll arrived approximately 0933hrs, and completed his report and departed approx. 1018 hrs. PIU Sgt Chad Kessinger with LMPD arrived approx. 0955hrs, completed his report and departed approx. 1025hrs. I called x7255 spoke with LT. Brown and advised of the situation, I was then cleared to come back to MJC with gathered information. Nothing else follows.

This concludes my involvement of this issue

Ofc. B. King #448

Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00060323** | Incident Type | **ASSAULTING ANOTHER INMATE** | Incident DateTime | 01/02/2015 15:36 |

| | | | |
|---|---|---|---|
| Location Type | MJC ROOF | Location | H5 DORM 1 |

Reporting Officer   Zapata, Melinda

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |
| 00591092 | SOUTHERS, WILLIAM M |

| | | |
|---|---|---|
| Video Recorded? Type? | | Medical Responders Name   WYATT |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

**Narrative**   On 01/02/2015 at approximately 1536hrs. I (Sgt m Zapata) was notified by West Officers that a fight was currently occurring in H5 Dorm 1. Upon arrival Officer Sanders was ordering inmates Bolton, Franklin # 595460 and inmate Southers, William # 591092 to stop fighting. Inmate William immediately complied, I escorted inmate Southers  from the dorm and instructed Ofc Higdon to place him in handcuffs. Inmate Southers was then escorted to H5 Dorm 9 and seated in a chair. Ofc Pennington placed inmate Bolton in handcuffs and Ofc Sanders escorted him to the Chapel area and placed him into an Attorney Booth. Photos were being taken while waiting for Medical to arrive. Inmate Williams stated that inmate Bolton walked up on him and swung at him after he (Inmate Southers) made a comment that the bathroom smelled, after inmate Bolton finished using it. Inmate Southers stated that when inmate Bolton swung at him he "ducked" it and then just grabbed onto inmate Bolton until we arrived. When inmate Bolton was talked to he stated that inmate Southers didn't do anything to him, he just "picked" him to fight with so that he could get out of the dorm, inmate Bolton stated that he hasn't had his medication from Mental Health and seemed to be moving around a lot and twitching. Inmate Bolton when speaking to him was not making any sense and was very random in his responses. Medical Nurse Wyatt arrived and assessed both inmates for injuries and noted that inmate Southers just had redness to his chest. Inmate Bolton had redness and a scratch to his back and a small one to his right side of chest. Mental Health was also notified and MH Professional Krank arrived and assessed. MH Krank after assessing inmate Bolton stated that inmate Bolton has had extensive drug use and visible "track marks" on his arms from intravenous drug use and that he was not suicidal and that he would also check on his Mental Health medication.  Due to inmate Southers not being the

aggressor he was allowed to return to the dorm. Inmate Bolton was cleared for a single cell and was written up for assaulting any inmate and placed in Pending Disciplinary. Photos were taken and forwarded to PSU as well as Second Shift Command Staff. Shift Commander was notified of the incident. EOR.
Sgt M. Zapata # 302

_M. Zapata 0519_
_____          01/02/2015
Employee Signature                        Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060323(a)**

Incident Type

Location Type   MJC ROOF

Incident DateTime   01/02/2015 15:3

Reporting Officer   KRANK, Marc

Location   H5 DORM 1

## Inmates Involved

Inmate #        Name

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                Restraint                Note

☐ Use of Force Required

### Type of Force

Name                Force                Note

Narrative   Mental Health was called at I/M Bolton, Franklin(595460) request.  I/M Bolton reported he had just been involved in an altercation.  He reported no self harm ideation. However, he did ask about his medication.  The process to verify meds was explained.

Employee Signature                Date

25352 Troutman

02/16/2015 10:59

GB003357

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060323(b)**          Incident Type

Incident DateTime   01/02/2015 15:3

Location Type   MJC ROOF

Location   H5 DORM 1

Reporting Officer   Hornback, Christopher

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00595460 | BOLTON, FRANKLIN T |
| 00591092 | SOUTHERS, WILLIAM M |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative    At 1536 01-02-2015 I Sgt. C. Hornback#333 responded to a backup call on H5WD1. Upon arrival the incident was over and Inmate Bolton, Franklin cin#595460 and Inmate Southers, William cin#591092 had been escorted to and secured in separate holding cells. I assisted by taking photos of both inmates and while taking photos of Inmate Bolton, he stated he started the fight on purpose so he could be moved out of the dorm. I reported this to Sergeant Zapata who was the primary supervisor on the scene and returned to my assigned area.
Sgt. C. Hornback#333.

Employee Signature          Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #    **00060323(b)**              Incident Type

Incident DateTime    01/02/2015 15:3

Location Type    MJC ROOF

Location    H5 DORM 1

Reporting Officer    Hornback, Christopher

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00595460 | BOLTON, FRANKLIN T |
| 00591092 | SOUTHERS, WILLIAM M |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative    At 1536 01-02-2015 I Sgt. C. Hornback#333 responded to a backup call on H5WD1. Upon arrival the incident was over and Inmate Bolton, Franklin cin#595460 and Inmate Southers, William cin#591092 had been escorted to and secured in separate holding cells. I assisted by taking photos of both inmates and while taking photos of Inmate Bolton, he stated he started the fight on purpose so he could be moved out of the dorm. I reported this to Sergeant Zapata who was the primary supervisor on the scene and returned to my assigned area.
Sgt. C. Hornback#333.

Employee Signature                    Date

25352 Troutman

02/16/2015 10:59

GB003359

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060323(c)**                    Incident Type

Location Type   MJC ROOF                                              Incident DateTime    01/02/2015 15:3

Reporting Officer   WYATT, SONNETT                    Location    H5 DORM 1

## Inmates Involved

Inmate #          Name

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                          Restraint                    Note

☐ Use of Force Required

## Type of Force

Name                          Force                         Note

Narrative    On 1/2/15 medical (S.Wyatt,LPN) responded to a fight on the 5th floor.Upon assessment of inmate William Southers #591092 small pink scratches were noted on upper chest area. Inmate Southers had no complaints of pain or distress. Inmate Franklin Bolton #595460 was also assessed and had a small pink scratch on his right neck area. Inmate Bolton had no complaints of pain or distress. EOS S. Wyatt, LPN

Employee Signature                          Date

25352 Troutman

02/16/2015 10:59

GB003360

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00060323(d)**

Incident Type

Location Type   MJC ROOF

Incident DateTime   01/02/2015 15:

Reporting Officer   SANDERS, GEORGE

Location   H5 DORM 1

## Inmates Involved

Inmate #        Name

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint                Note

☐ Use of Force Required

## Type of Force

Name            Force            Note

Narrative

On 1/2/2015 at appr 15:36 I Officer Sanders I noticed inmates in dorm 1 were gathered in the day room. I saw inmate Bolton 595460 and inmate Southers 591092 on the floor of the day room hitting each other. Myself and Officer Pennington went into dorm 1 I gave verbal commands to both inmates to stop fighting and they complied. Officer Higdon escorted inmate Bolton to the bull pen and Officer Pennington put wrist restraints on inmate Southers I Officer Sanders escorted inmate Southers to the attorneys booth. This ends my report.

Officer Sanders 744

Employee Signature              Date

25352 Troutman

02/16/2015 10:59

GB003361

# Louisville Metro Department of Corrections Incident Report

Incident Report #

Incident Type

Location Type

Incident DateTime

Reporting Officer

Location

## Inmates Involved

Inmate #     Name

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name

Restraint          Note

☐ Use of Force Required

## Type of Force

Name

Force          Note

Narrative   On 1/2/2015 at 15:36, I Ofc. Pennington assisted Ofc. Sanders in H5 Dorm 1. Inmate Bolton, # 595460, was on the floor fighting inmate Southers, 591092. Both inmates complied with verbal commands. I assisted Officer Sanders with applying wrist restraints and escorted inmate Southers to the attorney booth. this ends of my report.

Officer Pennington 509

Employee Signature          Date

25352 Troutman

02/16/2015 11:00

GB003362

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060238(a)**

Incident Type

Location Type   GRILL

Incident DateTime   12/29/2014 09:5

Reporting Officer   Puente, Chad

Location   J1 GRILL

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 12-29-14 at 0955 Inmate Bolton, Franklin #595460 was placed through the body scanner after a pat search on the J1 grill. The body scanner showed a possible anomaly in the Pelvic area. The scan number was 00101030. Sgt. Puente was notified of the situation and authorized a strip search to be conducted of inmate Bolton. Ofc. C. Arnold and Ofc. Quesenberry conducted the strip search in the strip search room next to the grill. Once the strip search was complete Officers advised that a bag of green leaf substance and a bag of white substance was found. Inmate Bolton advised that one bag was marijuana and the other was heroin. A strip search report was completed and turn in with the shift report. Inmate Bolton was placed through the body scanner again and the scan (#00101031) was clear of any anomalies. Lt. Dejarnette was notified of the situation. Pictures were taken and forward to PSU and Command staff. The arresting LMPD officers name is Det. R.A. Jones #6360. Inmate Bolton's charges are 2 counts Rob 1st, 2 counts kidnapping. Ofc. Arnold placed add charges on inmate Bolton and they were PC 1, POC 1st Heroin, POM, TWPE. The bags of Heroin and Marijuana were transported to LMPD property room by Ofc. Arnold. The report number was 8014100155. The LMPD property receipt number is #4641385 for 11.9 grams of Marijuana with papers and 3.4 grams of heroin. The LMPD property report was turned in with the shift report.

25352 Troutman

GB003363

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060238(b)**

Incident Type

Location Type   GRILL

Incident DateTime   12/29/2014 09:5

Location   J1 GRILL

Reporting Officer   ARNOLD, CLIFTON

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On Monday, December 29, 2014 at approximately 0955hrs I, (Officer Arnold) was working the grill when I/M Bolton, Franklin #595460 was brought into the Sallyport by LMPD. Prior to entering the MJC I/M Bolton was asked if he had any drugs, weapons or contraband on his person, I/M Bolton replied "no". I/M Bolton's pants were too tight to do a proper pat search. After I/M Bolton was scanned on the SecurPass body scanner (#101030), an anomaly was seen in the pelvic area of I/M Bolton. A strip search was authorized by Sgt. Puente. I assisted in the strip search and a baggie of marijuana was recovered there was also rolling papers in the baggie, also a small baggie of heroin was recovered. The contraband was identified by I/M Bolton. Photos were taken of the contraband and the body scan by Sgt. Puente. Added charges were placed on I/M Bolton which were POCS 1st (heroin), PC 1, POM and TWPE. Case # 80-14-100155. I then took the contraband to LMPD property room. Property Voucher for marijuana #4641385 @ 11.9 grams and Property Voucher for heroin #4641386 @3.4 grams. This concludes my involvement in this incident.///EOR\\\

Officer C. Arnold #790

| Employee Signature | Date |
|---|---|

25352 Troutman

GB003364

02/16/2015 10:56

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00060238(c)**

Incident Type

Location Type   GRILL

Incident DateTime   12/29/2014 09:5

Location   J1 GRILL

Reporting Officer   Quesenberry, Wilton

## Inmates Involved

| Inmate # | Name |
|---|---|
| | |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative   On 12/29/14 at appx. 0955 hrs I was asked to come to the Grill By Officer Aronald, to recheck an Inmate search. Inmate Bolton, Franklin had extreme tight pants on which made the pat search hard to do. Do to his body scan a strip search was conducted. I assisted Officer Aronald in the strip search. The Inmate had a baggie of Marijuana with rolling papers in his Butt checks and rectum and a baggie of heroin in his small pants pocket. The Drugs and Contraband was turned over to the booking floor Sgt. to get Pics.  Added charges of POCS1st POM, PC1 and TWPE was placed on the Inmate.Officer Aronald took the drugs to LMPD property room. ///EOR///

W.Quesenberry

Employee Signature                     Date

25352 Troutman

02/16/2015 10:57

GB003365

**BOLTON, FRANKLIN T**

Bk Dt: **12/29/2014 09:55**   DOB: ███████
Inmate #:**00595460**
Booking #:**201436818**

**Date of Birth**   **Social Security #**

Charges: Kidn, Kidn, rob, rob, POCS, PC, Pom, Twpe

Charges: 

Charges: 

Charges: 

Added Charges: 

Added Charges: 

Added Charges: 

_____  _____  _____  _____
**Months**        **Days**          **Pen Time**      **Hold Information**

| Court Dates | | | | Housing Area | Bond |
|---|---|---|---|---|---|
| 8  9  12:30 | 20/ʘ | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | **Time Out Date** | **Move Date** |
| | 20 | | 20 | | |
| | 20 | | 20 | | |

AOC-425.1      Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER**
**JUDGMENT AND ORDER**
**RELEASING**

Citation N       NA
Case No     -M-012404
ourt District
Div
County:  Jefferson

COMMITMENT

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

V.

**BOLTON, FRANKLIN T**                                     DEFENDANT

Alias: _____

Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|------------------------|-------|-------------|------|
| M   | W    |               | 601    | 250    |                        |       |             |      |

To the Jailer/Department of Corrections of _Jefferson                                  ., Kentucky:

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

3   UOR:0026800  PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) ( O ) ( X )   **JAIL 180 DAYS ()**
Disn:01/09/2015  GRANTED

*7/7/15 AY*

Next Court Date:

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____ . On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

☐  1.  Working at his/her employment.            ☐  2.  Seeking employment.

☐  3.  Attendance at an educational institution.  ☐  4.  Medical treatment.

☑  5.  Other          Conditions No Releases {NO SHOCK, NO HIP};

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

01/09/2015 at 1:28:45 PM                          /s/ electronically signed by HON. JENNIFER B. WILCOX
Date                                              Signature of Judge                           Div _____

_____
Clerk

**Distribution:**  Transporting Officer
                   Jail/Corrections
                   Court File

Entered

_____ D.C.

GB003367

RELEASE

| AOC- 385.1   Doc. Code: RFC | | Citation No. 4N1060782-1 |
|---|---|---|

AOC- 385.1     Doc. Code: RFC
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. 4N1060782-1
Case No. 14-M-019692
Court: District
Div: _____
County: Jefferson

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

V.

**BOLTON, FRANKLIN T**                                           DEFENDANT

Alias: _____

Jail ID: 595460 _____

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | ▮▮▮▮▮ | 601 | 250 | | | | |

**To the Jailer/Department of Corrections of** _____Jefferson_____, Kentucky:

**You are hereby commanded to release from custody the above-named Defendant who is charged with:**

1   UOR:0020130  UNLAWFUL TRANSACTION W/MINOR-3RD DEGREE ( M ) ( A )  Disp:11/07/2014  AMENDED DOWN

1A  UOR:0014030  CRIMINAL MISCHIEF-3RD DEGREE ( M ) ( B )  Disp:11/07/2014  GUILTY

2   UOR:0026800  PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) ( O ) ( X )  Disp:12/05/2014  WITHDRAWN

3   UOR:0026800  PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) ( O ) ( X )  Disp:01/09/2015  WITHDRAWN


Next Court Date:                                          Courtroom


**Further Orders:**


01/09/2015 at 1:30:12 PM _____          /s/ electronically signed by HON. JENNIFER B. WILCOX
Date                                                    Signature of Judge                    Div _____


_____
           Clerk

| | Entered |
|---|---|
| | _____ Cle _____, D.C. |

**Distribution:**   Jail/Corrections          Court File

GB003368

AOC- 385.1      Doc. Code: RFC
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. **4M8062262-1**
Case No. **14-F-010111**
Court: **District**
Div:
County: **Jefferson**

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

V.

**BOLTON, FRANKLIN THOMAS**                                      DEFENDANT

Alias:

Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M   | W    |               | 601    | 200    |                         | KY    |             |      |

**To the Jailer/Department of Corrections of** ___Jefferson_____, Kentucky:

**You are hereby commanded to release from custody the above-named Defendant who is charged with:**

1   UOR:0239310  TBUT OR DISP SHOPLIFTING  $500 OR MORE BUT U/$10,000 ( F ) ( D )  Disp:11/07/2014  AMENDED DOWN

1A  UOR:0239311  ATTEMPT TBUT OR DISP SHOPLIFTING  $500 OR MORE BUT U/$10,000 ( M ) ( A )  Disp:11/07/2014  GUILTY

2   UOR:0026800  PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) ( O ) ( X )  Disp:12/05/2014  WITHDRAWN

3   UOR:0026800  PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) ( O ) ( X )  Disp:01/09/2015  WITHDRAWN

Next Court Date:                                          Courtroom

**Further Orders:**

01/09/2015 at 1:32:02 PM                    /s/ electronically signed by HON. JENNIFER B. WILCOX
Date                                        Signature of Judge

                                                                          Div _____

_____
            Clerk

                                            Entered

                                            _____, D.C.

**Distribution:**   Jail/Corrections        Court File

GB003369

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| ate # | Inmate Name | Sex | Race | |
|---|---|---|---|---|
| 95460 | BOLTON, FRANKLIN T | MALE | White/Eurp/ N.Afr/Mid Eas | |
| **Booking Number** | **Date/Time** | **Hair Color** | **Eye Color** | |
| 201436818 | 12/29/2014 09:55 | Brown | Brown | |

| Drivers License # | SSN       DOB | Ethnicity: | Height | Weight |
|---|---|---|---|---|
| | | | 6'01" | 225 |

| Address | Phone: | FBI #: 861851AE3 |
|---|---|---|
| | | SID #: A0724276 |

'14 DEC 29 11:5

| Resident: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| County: | Type | Location | Description |

**Birth State:** KY

**Citizenship:** United States of America

| Aliases / SSN | | | |
|---|---|---|---|
| Name | | DOB | AliasSSN |

## Additional Information

**Classification:** MX/GP

**Occupation:**

**Cell Assignment:** PASSIVE/J1-P-002

**Employer:** NONE

**Sentence Status:**

**Emergency Contact:** SANDRA BOLTON 

## Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arresting Officer:** R JONES

**Arrest Date/Time:** 12/29/2014 08:24

**Booking Officer:** Taylor, Sharon

**Arresting Agency:** LOUISVILLE METRO POLICE

**Location:** 7201 OUTER LOOP, KY

**Arrest Note:** ABOVE DEFT UNLAWFULLY RESTRAINED TWO VICTIMS @ KNIFEPOINT AND THREATENED TO KILL THE VICTIMS IF THEY DID NOT COOPERATE. ABOVE HANDCUFFED ONE OF THE VICTIMS TOOK HER CELLPHONE, CAR KEYS, AND STOLE HER CAR. DEFT FORCED THE OTHER VICTIM TO LEAVE THE RESIDENCE W/HIM AND DRIVE THE VICTIMS CAR. DEFT WAS CAUGHT WHEN HE TRIED TO DRIVE AND WRECKED THE VEHICLE ON BRENTLINGER LN. INCIDENT ALL STARTED BECAUSE DEFT SAID VICTIM OWED HIM MONEY. ABOVE DEFT CONFESSED TO DETECTIVE AND GAVE A RECORDED STATEMENT.

## Charges

| Reference #<br>Case Nbr | Statute<br>Description | Category | Charge DtTm<br>Court DtTm | DispositionDtTm<br>Disposition | Document<br>Bond/Sentence | Court | Bond Type<br>Bond Amount |
|---|---|---|---|---|---|---|---|
| 14458 | 10060<br>KIDNAPPING-ADULT | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 14459 | 10060<br>KIDNAPPING-ADULT | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 14460 | 12002<br>ROBBERY, 1ST DEGREE | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 461 | 12002<br>ROBBERY, 1ST DEGREE | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 14477 | 00273 | FELONY | | (none) | Added Charge | 008 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | POSS CONT SUB 1ST DEG 1ST OFF (HEROIN) | | 12/30/2014 | | | |
| 14478 | 49031 | FELONY | | (none) | Added Charge | 008 |
| | PROMOTING CONTRABAND - 1ST DEGREE | | 12/30/2014 | | | |
| '479 | 189A.010 | MISDEMEANOR | | (none) | Added Charge | 008 |
| | POSS OF MARIJUANA | | 12/30/2014 | | | |
| 14480 | 50230 | FELONY | | (none) | Added Charge | 008 |
| | TAMPERING WITH PHYSICAL EVIDENCE | | 12/30/2014 | | | |

Active Bond Total: $0.00

Bonds Total: $0.00

## Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arrest Date/Time:** 12/29/2014 09:55

**Arresting Agency:** LOUISVILLE METRO CORRECTIONS DEPT

**Arresting Officer:** C ARNOLD

**Booking Officer:** Taylor, Sharon

**Location:** 400 S 6TH ST KY

**Arrest Note:** **************************************ADDC**************************************
PRIOR TO ENTERING MAIN JAIL COMPLEX, I/M BOLTON WAS ASKED
IF HE HAD ANY DRUGS WEAPONS OR CONTRABAND ON HIS
PERSON. SUBJECT REPLIED "NO" SUBJ'S PANTS WERE TOO TIGHT
TO DO A PROPER PAT DOWN. AFTER SUBJ WAS SCANNED ON
SECURPASS BODY SCANNER, AN ANOMALY WAS SEEN IN SUBJ'S
BUTTOCK AREA. SCAN # 101030. SUBJ WAS THEN STRIP SEARCH BY
AUTHORIZATION OF SERGEANT. A BAGGIE OF MARIJUANA AND A
SMALL BAGGIE OF HEROIN WHICH WAS IDENTIFIED AS BEING SO
BY I/M BOLTON. ALSO INSIDE THE BAGGIE OF MARIJUANA WAS
ROLLING PAPERS. PHOTOS WERE TAKEN OF THE CONTRABAND
AND BODY SCANS BY SGT PUENTE. CONTRABAND WAS TAKEN TO
LMPD PROPERTY ROOM.

_____ Date
Initial Signature

_____ Date
Officer Signature

## Charges

| ..ference # | Statute | Category | Charge DtTm | DispositionDtTm | Document | Court | Bond Type |
|---|---|---|---|---|---|---|---|
| Case Nbr | Description | | Court DtTm | Disposition | Bond/Sentence | | Bond Amount |

Active Bond Total: $0.00

Bonds Total: $0.00

## Holds

| ORI | Agency Name | Bond Amount | Status | Bond Denied | Warrant Nbr |
|---|---|---|---|---|---|
| | Statute | Description | | | |

19303 Taylor

12/29/2014 11:37

Page: 2

GB003371

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| ate # .95460 | Inmate Name BOLTON, FRANKLIN T | Sex MALE | Race White/Eurp/ N.Afr/Mid Eas | |
|---|---|---|---|---|
| Booking Number 201436818 | Date/Time 12/29/2014 09:55 | Hair Color Brown | Eye Color Brown | |
| Drivers License # | SSN          DOB | Ethnicity: | Height 6'01"   Weight 225 | |
| Address | Phone: | FBI #: 861851AE3 SID #: A0724276 | | |

| Resident: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| County: | Type | Location | Description |
| Birth State: KY | | | |
| Citizenship: UNKNOWN | Aliases / SSN | | |
| | Name | DOB | AliasSSN |

## Additional Information

'14DEC 29 10:3:

Classification: PRE-ARRAIGNMENT

Occupation:

Cell Assignment: PASSIVE/J1-P-002

Employer: NONE

Sentence Status:

Emergency Contact: SANDRA BOLTON

## Arrest Information

Committed By: LOUISVILLE METRO POLICE

Arresting Officer: R JONES

Arrest Date/Time: 12/29/2014 08:24

Booking Officer: Taylor, Sharon

Arresting Agency: LOUISVILLE METRO POLICE

Location: 7201  OUTER LOOP, KY

Arrest Note: ABOVE DEFT UNLAWFULLY RESTRAINED TWO VICTIMS @ KNIFEPOINT AND THREATENED TO KILL THE VICTIMS IF THEY DID NOT COOPERATE. ABOVE HANDCUFFEDONE OF THE VICTIMS TOOK HER CELLPHONE, CAR KEYS, AND STOLE HER CAR. DEFT FORCED THE OTHER VICTIM TO LEAVE THE RESIDENCE W/HIM AND DRIVE THE VICTIMS CAR. DEFT WAS CAUGHT WHEN HE TRIED TO DRIVE AND WRECKED THE VEHICLE ON BRENTLINGER LN. INCIDENT ALL STARTED BECAUSE DEFT SAID VICTIM OWED HIM MONEY. ABOVE DEFT CONFESSED TO DETECTIVE AND GAVE A RECORDED STATEMENT.

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 14458 | 10060 KIDNAPPING-ADULT | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 14459 | 10060 KIDNAPPING-ADULT | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| 14460 | 12002 ROBBERY, 1ST DEGREE | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |
| '461 | 12002 ROBBERY, 1ST DEGREE | FELONY | 12/30/2014 | (none) | Fresh Arrest | 008 | |

Active Bond Total: $0.00

19303 Taylor

12/29/2014 10:09

Page: 1

GB003372

**Bonds Total:** $0.00

## Holds

| ORI | Agency Name | | Bond Amount | | Status | Bond Denied | Warrant Nbr |
|-----|-------------|--|-------------|--|--------|-------------|-------------|
| | Statute | Inmate Signature | Description | | Date | | |

| Officer Signature | | Date |
|-------------------|--|------|

GB003373

5.                    301 #12

| AOC-425.1        Doc. Code: OCOM | | Citation N |
| Rev. 11-10 | | Case No. 14-D-014260 |
| Page 1 of 1 | | Court District |
| Commonwealth of Kentucky | | Div |
| Court of Justice   www.courts.ky.gov | COMMITMENT ORDER JUDGMENT AND ORDER RELEASING | County: Jefferson |
| KRS 439.179 | | |

**COMMONWEALTH OF KENTUCKY**                                          PLAINTIFF

V.

**BOLTON, FRANKLIN T**                                               DEFENDANT

Alias: _____

Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | | 601 | 225 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** _Jefferson_                                    , Kentucky:

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Kidnapping - Adult

Kidnapping - Adult

Robbery 1st

Robbery 1st

Next Court Date:

### JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____ . On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

[ ] 1.  Working at his/her employment.          [ ] 2.  Seeking employment.

[ ] 3.  Attendance at an educational institution.   [ ] 4.  Medical treatment.

[✓] 5.  Other  Waive to Grand Jury Week of 2/9/15

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

01/09/2015 at 1:16:09 PM                          /s/ electronically signed by HON. JENNIFER B. WILCOX
_____              _____
Date                                              Signature of Judge
                                                                                  Div _____

_____
         Clerk

**Distribution:**  Transporting Officer
                   Jail/Corrections
                   Court File

| Entered |
| _____ , D.C. |

GB003374

AOC-425.1
Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER,
JUDGMENT AND ORDER
RELEASING**

Citation N

Case No. 14-F-014260

Court/District

Div

County: Jefferson

COMMONWEALTH OF KENTUCKY

PLAINTIFF

V.

**BOLTON, FRANKLIN T**

DEFENDANT

Alias: _____

Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | | 601 | 225 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** Jefferson _____, Kentucky:
You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date: 01/09/2015    09:00 AM    (CRIMINAL COURTROOM 301)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____. On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

- [ ] 1. Working at his/her employment.
- [ ] 2. Seeking employment.
- [ ] 3. Attendance at an educational institution.
- [ ] 4. Medical treatment.
- [ ] 5. Other } Bail Conds:NO USE/POSSESS FIREARM OR OTHER WEAPON;  {DANGER - A/C

Every prisoner gainfully employed and released herein is hereby ordered to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

12/30/2014 at 9:39:07 AM
_____
Date

/s/ electronically signed by HON. ANN BAILEY SMITH
_____
Signature of Judge

Div _____

_____
Clerk

Entered

_____, D.C.

**Distribution:**   Transporting Officer
Jail/Corrections
Court File

GB003375

Dec 29,2014 13:30





S. SWINNEY

## Conditions of Release and Judicial Decision

County : JEFFERSON

Defendant's Name : BOLTON, FRANKLIN THOMAS

Next Court Date : 12/30/2014 09:00 AM

Court Type : DISTRICT COURT

Jail ID# : 595460

Charge County: JEFFERSON

Judge : CALVERT, GINA K

Interpreter Language : NONE

ASL Needed : NO

Courtroom : 301

Holding County: JEFFERSON

### Bail Credit

Bail Credit Amount: $0.00

Bail Credit: NO

Reason Ineligible: Judicial Discretion

### Release Decision

Bond Amount $10,000.00 - CASH on 12/29/2014 12:20 PM

Judicial Discretion

DANGER

### Conditions

- NOT TO VIOLATE ANY LOCAL, STATE, OR FEDERAL LAWS
- NO CONTACT WITH ALLEGED VICTIM OR COMPLAINING WITNESS
- MAKE ALL SCHEDULED COURT APPEARANCES

### Case(s)

Booking Date: 12/29/14 09:55 AM

14-F-014260 JEFFERSON (DOMESTIC VIOLENCE)

|  |  | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0100600 | KIDNAPPING-ADULT | 4M3776692 | B | F | 2 |
| 0120020 | ROBBERY, 1ST DEGREE | 4M3776692 | B | F | 2 |

Booking Date: 12/29/14 11:00 AM

14-F-014264 JEFFERSON

|  |  | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0422050 | POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE HEROIN | 4N0909032 | D | F | 1 |
| 0490310 | PROMOTING CONTRABAND - 1ST DEGREE | 4N0909032 | D | F | 1 |
| 0423300 | POSS OF MARIJUANA | 4N0909032 | B | M | 1 |
| 0502300 | TAMPERING WITH PHYSICAL EVIDENCE | 4N0909032 | D | F | 1 |

_____
Date

_____
Judge's / Pretrial Officer's Signature

Created On 12/29/14 12:36 pm by Samantha_Dowdy

GB003376

CS

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

JUVENILE OFFENDER

KSP 206 (REV 2/1/06)

**DETENTION**

**AGENCY** Louisville Metro Police **ORI** KY 0568000

**OFFENDER / VIOLATO**

**NAME (L-F-N) SKIP A SPACE BETWEEN NAMES** Bolton Franklin Thomas **ATTN** ☐

**HOME PHONE** None

**ALIAS**

**EMERGENCY PHONE**

**ADDRESS**

**KENTUCKY RESIDENT STATUS** F. ☒ FULL TIME P. ☐ PART TIME N. ☐ NON RESIDENT

**CITY** **STATE** **MARITAL STATUS** Single

**I.D. TYPE/STATE** SS# **I.D. NUMBER** **S.** **VICTIM'S RELATIONSHIP TO OFFENDER**

**DATE OF BIRTH** **SEX** **RACE** **ETHNIC ORIGIN**

☒ MALE ☐ FEMALE ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN ☐ HISPANIC ☐ NON HISPANIC

**PLACE OF EMPLOYMENT / OCCUPATION** **CITY** **STATE** **HEIGHT** 6'1 **WEIGHT** 225 **HAIR COLOR** Bro **EYE COLOR** Blu

**VEHICLE**

**VEH. MAKE** **VEH. TYPE** **VEH. YEAR** **COLOR** **TOP/BOTTOM** **ALCOHOL/DRUG INVOLVEMENT (SPECIFY)** ☐ NO ☒ YES ☐ UNK

**REG. STATE** **REG. YEAR** **REGISTRATION NO.** **VEHICLE IDENTIFIERS** **MPH** **IN MPH ZONE** **VOL. KEY**

**DATE / TIME**

**VIOLATION DATE** **VIOLATION TIME** **EXACT LOCATION OF VIOLATION / ARREST** 7201 Outer Loop **B.A. RESULTS**

**DATE OF ARREST** 12 29 14 **TIME OF ARREST** 0824 **MILES** **DIRECTION** N **CITY** Louisville **COUNTY OF VIOLATION** Jefferson **SECTOR**

**CHA (S)**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10060 | O | 509.040 | Kidnapping | | | | | | | | | | |
| 10060 | O | 509.040 | Kidnapping | | | | | | | | | | |
| 12002 | O | 515.020 | Rob 1° | | | | | | | | | | |
| 12002 | O | 515.020 | Rob 1° | | | | | | | | | | |

**COURT**

**COURT DATE** **COURT TIME** ☐ AM ☐ PM **PAYABLE** ☐ COURT **COURT LOCATION** ARRESTED **COURT CASE NO.** **DISPN. DATE** **TRIAL** ☐ B ☐ J **CLERKS INITIALS**

**POST-ARREST COMPLAINT**

**POST-ARREST COMPLAINT** Kidnapping (Adult) / 2counts / Robbery 1st - 2counts

Above deft unlawfully restrained two victims @ knife point and threatened to kill the victims if they did not cooperate. Above handcuffed one of the victims, took her cellphone, car keys, and stole her car. Deft forced the other victim to leave the residence with him and drive the victims car. Deft was caught when he tried to drive and wrecked the vehicle on Bardstown Ln. Incident all started because deft said victim owed him money. Above deft confessed to detective and gave a recorded statement.

**CDL**

**CDL LICENSE** ☐ No ☐ Yes **PLACARDED HAZARDOUS VEHICLE** ☐ No ☐ Yes **YEAR** 14

**COMMERCIAL VEHICLE** ☐ No ☐ Yes **CDL CLASS** ☐ A ☐ B ☐ C

**NAME OF WITNESS** **ADDRESS** **CITY/STATE**

**NAME OF WITNESS** Jeremy B. Lackey **ADDRESS**

**CASE**

**CASE NO.** 80-14-100129

**CONTROL NUMBER** 8637669

**CARRIED FOR UCR BY CONTRIBUTOR** ☒ **OTHER AGENCY** ☐ SPECIFY **IN-CAR VIDEO** ☐ **FINGER PRINTS** ☐ **PHOTOS** ☐ **EVIDENCE HELD** ☐

**OFFICER'S SIGNATURE** X DET. R. A. JONES **BADGE / I.D. NUMBER** 6360 **ASSIGNMENT** 798

GB003377

**TYPE** 2

AOC-425.1   Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER,
JUDGMENT AND ORDER
RELEASING**

Citation N _____
Case No. ___-F-014264
Court District
Div _____
County: Jefferson

COMMONWEALTH OF KENTUCKY

PLAINTIFF

V.

**BOLTON, FRANKLIN T**

DEFENDANT

Alias: _____
Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|------------------------|-------|-------------|------|
| M | W | | 601 | 225 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** _ Jefferson _____, **Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

POCS 1st

Prom Contraband

POM

TWPE

Next Court Date:

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____. On Motion of the Defendant and the Court being sufficiently advised, IT IS HEREBY **ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

☐ 1. Working at his/her employment.           ☐ 2. Seeking employment.

☐ 3. Attendance at an educational institution.  ☐ 4. Medical treatment.

☐ 5. Other Waive to Grand Jury Week of 2/9/15

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

01/09/2015 at 1:19:23 PM                    /s/ electronically signed by HON. JENNIFER B. WILCOX
Date                                          Signature of Judge
                                                                Div _____

_____
Clerk

**Distribution:**  Transporting Officer
                   Jail/Corrections
                   Court File

Entered

_____ , D.C.

GB003378

| AOC-425.1 | Doc. Code: OCOM |
|---|---|
| Rev. 11-10 | |
| Page 1 of 1 | |

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER**
**JUDGMENT AND ORDER**
**RELEASING**

Citation No.
Case No. 14-F-014264
Court District
Div
County:  Jefferson

COMMONWEALTH OF KENTUCKY                                        PLAINTIFF

V.

**BOLTON, FRANKLIN T**                                          DEFENDANT

Alias: _____

Jail ID: 595460

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|---|---|---|---|---|---|---|---|---|
| M | W | | 601 | 225 | | | 10,000.00 | CA |

**To the Jailer/Department of Corrections of** _Jefferson_                                        **, Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date:  01/09/2015       09:00 AM       (CRIMINAL COURTROOM 301)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____ . On Motion of the Defendant and the Court being sufficiently advised, **IT IS HEREBY ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

| | | | | |
|---|---|---|---|---|
| ☐ | 1.  Working at his/her employment. | | ☐ | 2.  Seeking employment. |
| ☐ | 3.  Attendance at an educational institution. | | ☐ | 4.  Medical treatment. |
| ☐ | 5.  Other | Bail Conds:NO USE/POSSESS FIREARM OR OTHER WEAPON;   {DANGER - A/C } | | |

Every prisoner gainfully employed and released herein is hereby ordered to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

12/30/2014 at 9:39:21 AM
Date

_____
Clerk

/s/ electronically signed by HON. ANN BAILEY SMITH
_____
Signature of Judge                Div _____

Entered
_____, D.C.

**Distribution:**  Transporting Officer
Jail/Corrections
Court File

GB003379

☐ VIOLATION ☐ JUVENILE OFFENDER

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

KSP 206 (REV 2/1/06)

DETENTION

## OFFENDER / VIOLATOR

AGENCY: LMDC

ORI: KY [illegible]

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES: Bolton Franklin T

ATTN: ☐

HOME PHONE:

ALIAS:

EMERGENCY PHONE: [illegible]

ADDRESS (RFD/STREET/APT. NO., ETC.): [redacted]

KENTUCKY RESIDENT STATUS: F. ☒ FULL TIME P. ☐ PART TIME N. ☐ NON RESIDENT

CITY: [redacted] STATE: [redacted] ZIP: [redacted]

MARITAL STATUS:

I.D. TYPE/STATE: I.D. NUMBER: S.S. NUMBER: [redacted]

VICTIM'S RELATIONSHIP TO OFFENDER:

DATE OF BIRTH: [redacted]

SEX: ☒ MALE ☐ FEMALE

RACE: ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN

ETHNIC ORIGIN: ☐ HISPANIC ☒ NON HISPANIC

PLACE OF EMPLOYMENT / OCCUPATION: CITY: STATE:

HEIGHT: 6 1 WEIGHT: [illegible] HAIR COLOR: [illegible] EYE COLOR: [illegible]

## VEHICLE

VEH. MAKE: VEH. TYPE: VEH. YEAR: COLOR: TOP/BOTTOM:

ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☐ NO ☒ YES ☐ UNK [illegible]

REG. STATE: REG. YEAR: REGISTRATION NO.: VEHICLE IDENTIFIERS: MPH: IN MPH ZONE: VOL. KEY:

## DATE / TIME

VIOLATION DATE: 12 09 14

VIOLATION TIME: 0155

EXACT LOCATION OF VIOLATION / ARREST: 400 S 6th St

B.A. RESULTS:

DATE OF ARREST: 12 09 14

TIME OF ARREST: 0955

MILES: DIRECTION: CITY: Louisville

COUNTY OF VIOLATION: Jefferson

SECTOR:

## CHARGE(S)

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42205 | | 218A.1415 | Pocs 1st [illegible] | | | | | | | | | | |
| 49031 | | 520.050 | PCl | 2 | | | | | | | | | |
| 42330 | | 218A.1422 | Pom | 3 | | | | | | | | | |
| 50230 | | 524.100 | TWPE | 4 | | | | | | | | | |

## COURT

COURT DATE: COURT TIME: ☐ AM ☐ PM PAYABLE ☐ ☐ COURT

COURT LOCATION: Arrested

COURT CASE NO.: DISPN. DATE: TRIAL ☐ B ☐ J ☐ N CLERKS INITIALS:

## POST-ARREST COMPLAINT

[illegible handwritten narrative] ... Sgt. [illegible] ... 101030 ... a piece of marijuana and a small piece of [illegible] ... Lloyd [illegible] ...

## CDL

CDL LICENSE ☐ No ☐ Yes

PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes

COMMERCIAL VEHICLE ☐ No ☐ Yes

CDL CLASS ☐ A ☐ B ☐ C

YEAR: 14

NAME OF WITNESS: W [illegible]berry ADDRESS: LMDC [illegible]

CITY/STATE

NAME OF WITNESS: ADDRESS:

## CASE

CASE NO. 1: 2014100155 2: 3: 4:

CARRIED FOR UCR BY CONTRIBUTOR: ☐

OTHER AGENCY: ☐ SPECIFY

☐ IN-CAR VIDEO ☐ FINGER PRINTS ☐ PHOTOS EVIDENCE HELD

OFFICER'S SIGNATURE: X [signature]

BADGE / I.D. NUMBER: 790 / 10809

ASSIGNMENT: MDC [illegible]

CONTROL NUMBER: NC 0609603

TYPE:

GB003380

056000188226
M377669

Criminal

BOLTON,  FRANKLIN

KYA0724276              M    W    601    225    BRO   BR

PT 50X5084 3000N  #1                    LXMK      #000000      20141229-10:28

GB003381





**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167     Fax:

## Inmate Report

**Inmate Number : D00595460    Inmate Name : BOLTON, FRANKLIN T**

| Name | BOLTON, FRANKLIN T | | DOB | | Age | 18 | Sex | MALE | Height | 601 | | Weight | 225 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair | Brown | Eye | Brown | | Race | White/Eurp/ N.Afr/Mid Eas | Ethnicity | | | SSN | |
| Resident | | County | | | SID | | FBI | | | Phone | |
| Homeless | N | Out of State run away | N | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | E-Mail | |
| Address | | | | | | | | | | | |

### Additional Info

| Birth Country | United States of America | State | Kentucky | City | LOUISVILLE | County | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single | # Children | 1 | Military Veteran | N | Military Service | |
| Religion | Catholic | # Sisters | | Caution | N | Comments | |
| 'andedness | | # Brothers | | Deceased | N | Date | |
| | | | | Disabled | N | | |

### Addresses

| Address From | Address To | Address Type | Location | Non-US |
|---|---|---|---|---|
| 12/29/2014 09:55 | 12/29/2014 10:09 | Permanent | 1 | N |
| 08/02/2014 18:18 | 08/10/2014 14:52 | Permanent | | N |
| 08/10/2014 14:52 | 09/06/2014 04:23 | Permanent | | N |
| 09/06/2014 04:23 | 09/09/2014 14:44 | Permanent | | N |
| 09/09/2014 14:44 | 10/27/2014 03:57 | Permanent | | N |
| 10/27/2014 03:57 | 11/13/2014 17:14 | Permanent | | N |

### Contacts

| Contact Type | Name | Phone | Address |
|---|---|---|---|
| Emergency | SANDRA BOLTON | | |

GB003382

# Additional Information

**Classification:** MX/HB

**Cell Assignment:**

**Sentence Status:**

**Occupation:**

**Employer:** NONE

**Emergency Contact:** SANDRA BOLTON



# Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arrest Date/Time:** 12/29/2014 08:24

**Arresting Agency:** LOUISVILLE METRO POLICE

**Arresting Officer:** R JONES

**Booking Officer:** Taylor, Sharon

**Location:** 7201 OUTER LOOP, KY

**Arrest Note:** ABOVE DEFT UNLAWFULLY RESTRAINED TWO VICTIMS @ KNIFEPOINT AND THREATENED TO KILL THE VICTIMS IF THEY DID NOT COOPERATE. ABOVE HANDCUFFED ONE OF THE VICTIMS TOOK HER CELLPHONE, CAR KEYS, AND STOLE HER CAR. DEFT FORCED THE OTHER VICTIM TO LEAVE THE RESIDENCE W/HIM AND DRIVE THE VICTIMS CAR. DEFT WAS CAUGHT WHEN HE TRIED TO DRIVE AND WRECKED THE VEHICLE ON BRENTLINGER LN. INCIDENT ALL STARTED BECAUSE DEFT SAID VICTIM OWED HIM MONEY. ABOVE DEFT CONFESSED TO DETECTIVE AND GAVE A RECORDED STATEMENT.

# Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Count | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 14458 14F014260 | 10060 KIDNAPPING-ADULT | FELONY | 01/09/2015 | 02/16/2015 15:31 Fresh Arrest DECEASED | Bond: $10000.00 | 301 | CASH $ 10,000.00 |
| 14459 14F014260 | 10060 KIDNAPPING-ADULT | FELONY | 01/09/2015 | 02/16/2015 15:32 Fresh Arrest DECEASED | | 301 | |
| 460 ,4F014260 | 12002 ROBBERY, 1ST DEGREE | FELONY | 01/09/2015 | 02/16/2015 15:32 Fresh Arrest DECEASED | | 301 | |
| 14461 14F014260 | 12002 ROBBERY, 1ST DEGREE | FELONY | 01/09/2015 | 02/16/2015 15:32 Fresh Arrest DECEASED | | 301 | |
| 14477 | 00273 | FELONY | | 02/16/2015 15:32 Added Charge | | 301 | |

GB003383

| 14F014264 | POSS CONT SUB 1ST DEG 1ST OFF (HEROIN) | 01/09/2015 | | DECEASED | |
| 14478 | 49031 FELONY | | | 02/16/2015 15:32 Added Charge | 301 |
| 14F014264 | PROMOTING CONTRABAND - 1ST DEGREE | 01/09/2015 | | DECEASED | |
| 14479 | 189A.010 MISDEMEANOR | | | 02/16/2015 15:32 Added Charge | 301 |
| 14F014264 | POSS OF MARIJUANA | 01/09/2015 | | DECEASED | |
| 14480 | 50230 FELONY | | | 02/16/2015 15:32 Added Charge | 301 |
| 14F014264 | TAMPERING WITH PHYSICAL EVIDENCE | 01/09/2015 | | DECEASED | |
| 18208 | 100001 NON-CRIMINAL | | | 01/09/2015 18:33 Fresh Arrest | |
| 14F010111 | NOT HELD ON CHARGE | | | COURT ORDER | |
| 18209 | 100001 NON-CRIMINAL | | | 01/09/2015 18:34 Fresh Arrest | |
| 14M019692 | NOT HELD ON CHARGE | | | COURT ORDER | |
| 18210 | 02680 NON-CRIMINAL | | | 01/09/2015 18:35 Fresh Arrest | |
| 14M012404 | PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) | | | DECEASED | |

**Active Bond Total:** $0.00

**Bonds Total:** $10000.00

## Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arresting Officer:** C ARNOLD

**Arrest Date/Time:** 12/29/2014 09:55

**Booking Officer:** Taylor, Sharon

**Arresting Agency:** LOUISVILLE METRO CORRECTIONS DEPT

**Location:** 400 S 6TH ST KY

**Arrest Note:** *********************ADDC********************
PRIOR TO ENTERING MAIN JAIL COMPLEX, I/M BOLTON WAS ASKED IF HE HAD ANY DRUGS WEAPONS OR CONTRABAND ON HIS PERSON. SUBJECT REPLIED "NO" SUBJ'S PANTS WERE TOO TIGHT TO DO A PROPER PAT DOWN. AFTER SUBJ WAS SCANNED ON SECURPASS BODY SCANNER, AN ANOMALY WAS SEEN IN SUBJ'S BUTTOCK AREA. SCAN # 101030. SUBJ WAS THEN STRIP SEARCH BY AUTHORIZATION OF SERGEANT. A BAGGIE OF MARIJUANA AND A SMALL BAGGIE OF HEROIN WHICH WAS IDENTIFIED AS BEING SO BY I/M BOLTON. ALSO INSIDE THE BAGGIE OF MARIJUANA WAS ROLLING PAPERS. PHOTOS WERE TAKEN OF THE CONTRABAND AND BODY SCANS BY SGT PUENTE. CONTRABAND WAS TAKEN TO LMPD PROPERTY ROOM.

| | | | | | Date |
| | | | | | |
| | | | | | Date |

## Charges

| Reference # | Statute | Category | Charge DtTm | Disposition DtTm | Document | Count | Bond Type |
| Case Nbr | Description | | Count DtTm | Disposition | Bond/Sentence | | Bond Amount |

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

**Franklin Bolton #595460 was booked into LMDC at 0955hrs on 12-29-14. During Classification pre-screening interview, inmate stated he did not fear for his safety and he did not declare any medical or mental health issues.**

## Housing Movement and Cell Transfers

# Franklin Bolton #595460

**Movement Logs**

| Location | Activity | Start DtTm | End DtTm | Note | Scheduled By | Moved By | Cancelled By |
|----------|----------|------------|----------|------|--------------|----------|--------------|
| ► H5-S1 | | 02/07/2015 04:38 | | | | | |
| H5-S1 | | 02/07/2015 04:37 | 02/07/2015 04:38 | | | Holt, Vinese | Holt, Vinese |
| H5W-09 | | 02/07/2015 04:00 | 02/07/2015 04:37 | | | | |
| H5W-09 | | 01/30/2015 04:49 | 01/30/2015 04:50 | | COX, JAMES | | COX, JAMES |
| H5W-01 | | 01/30/2015 04:00 | 01/30/2015 04:49 | | | | |
| H5W-01 | | 12/31/2014 09:45 | 12/31/2014 10:27 | | Moore, Donna | | Moore, Donna |

## Incident Reports

## 3 Incidents during this booking

| Incident Date | Incident Type | Booking # | Reporting Officer |
|---------------|---------------|-----------|-------------------|
| ► 02/08/2015 | HOSPITAL INMATE TRANSPORT | 201428 | Hayden, Michael |
| | ASSAULTING ANOTHER INMATE | | Peuca, Linda |
| | BODY SCANNER - CONTRABAND | | Peuca, Shea |

## Inmate Notes

# Franklin Bolton # 595460

Date From: 12/29/2014 00:00     Date To: 02/19/2015 23:58

| Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|------|----------|-----------|--------------|--------------|-----------------|
| ON, FRANKLIN T | 00595460 | ORIENTATION NOTES | ORIENTATION COMPLETE MX GP | 12/29/2014 10:23 | Lovely, Eugenia |
| | | ORIENTATION NOTES | ORIENTATION COMPLETE MX/GP | 12/29/2014 10:24 | Lovely, Eugenia |
| | | INMATE SERVICES NOTES | J1R1 > H5WD1#20 | 12/31/2014 09:45 | Moore, Donna |
| | | INMATE MOVEMENT | Previous move cancelled Dorm on Lockdown | 12/31/2014 11:33 | Moore, Donna |
| | | INMATE MOVEMENT | H5/W1 FROM J1/R1 | 12/31/2014 15:44 | ARRIAGA, SAMANTHA |
| | | INMATE MOVEMENT | J2W/D12 FROM H5/W1 - PER MEDICAL MOVELIST FROM MARC KRANK - DETOX (ALERT ADDED) | 01/02/2015 17:50 | ARRIAGA, SAMANTHA |
| | | INMATE SERVICES NOTES | PHD ALERT ADDED - PER SGT ZAPATA I/M WILL BE RECEIVING A WRITE-UP FOR ASSAULTING ANOTHER I/M (SOUTHERS) - K/F ADDED - AT THIS TIME I/M HAS BEEN PLACED ON DETOX AND IS MOVING TO J2W PER MEDICAL | 01/02/2015 17:50 | ARRIAGA, SAMANTHA |
| | | INMATE SERVICES NOTES | REQUEST KIOSK | 01/05/2015 09:57 | Moppins, Marilyn |
| | | INMATE MOVEMENT | h6d2#5 from j2d12 - per J. Cornett, LPN - Detox complete - no space in PHD at present | 01/05/2015 13:56 | Woolen, Caroline |
| | | INMATE MOVEMENT | PER SGT WILLIAMS INMATE INMATE CHECKED OUT OF DORM. PER NOTES INMATE IS PENDING WRITE UP  MOVED FROM H6/D2 TO H5/EE/05 MOVE APPROVED BY NURSE SLOAN | 01/06/2015 05:40 | BAILEY, VENUS |
| | | DISCIPLINARY OFC NOTES | inmate received a write up on 1-2-15 for the following cat, 3-k fighting received 20dds release date 1/28/2015 *serving disp/seg time** will remain in current housing location until | 01/08/2015 13:04 | Kassinger, Jeffrey |
| | | INMATE MOVEMENT | disp/seg space is available | 01/12/2015 08:05 | Shipley, Shavon |
| | | INMATE MOVEMENT | Moving to D/S dorm H5 D8 from H5 EE | 01/14/2015 08:33 | Flener, Steven |
| | | RE-CLASSIFICATION NOTE | SARN changed to MX/H8 from MX/GP due to recent disciplinary action 20 dds for fighting | 01/28/2015 08:23 | Shipley, Shavon |

**Date From : 12/29/2014 00:00**      **Date To : 02/19/2015 23:58**

| Inmate Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|---|---|---|---|---|---|
| | | INMATE MOVEMENT | Moving to J338 from H5D8  **completed disp/seg time** | 01/28/2015 08:23 | Shipley, Shavon |
| | | INMATE MOVEMENT | INMATE PER SGT MILLER IS THREATENING INMATES. INMATE IS BEING MOVED AND PLACED IN ADMIN SEG H5N1 PER SGT MILLER. | 01/30/2015 04:52 | COX, JAMES |
| | | GENERAL INMATE NOTES | INMATE IS CONTINUOUSLY MAKING THREATS TO INMATE SHERLEY IN NORTH 1 #3. | 02/02/2015 17:29 | Johnson, Summer |
| | | INMATE MOVEMENT | INMATE IS BEING MOVED FROM H5EN1C6 TO H5ES1C5  CELL NEEDED FOR ANOTHER INMATE | 02/07/2015 04:38 | Holt, Vinese |

Total Inmates :      1

# Zero Inmate Grievances filled

# Inmate Visitation

## Inmate Visitor

**Inmate Name : BOLTON, FRANKLIN T       Inmate # : 00595460**

| Visitor Name | Visitor Number | Visit Date | Start Time | End Time | Booth Type | Booth |
|---|---|---|---|---|---|---|

Total :      0

# Inmate Discipline

I/M Moore had 3 disciplinary reports while in custody for Assaulting other inmates.

GB003386

Name  BOLTON, FRANKLIN T

Inmate #  00595460        Sex  MALE        DOB

Race  White/Eurp/ N.Afr/Mid Eas        Age  19

Booking #  201436818

Book Dt/Tm  12/29/2014 09:55

Release Dt/Tm

Facility  1

Wing  H5E

Dorm  H5E-S1

Cell  H5-S1

## Status          In Jail        Classification  MX/HB

Booking #201436818

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 02/07/2015 04:38 | | H5-S1 | 005 | Movelist | |
| 01/30/2015 05:27 | 02/07/2015 04:38 | H5-N1 | 006 | | |
| 01/28/2015 11:38 | 01/30/2015 05:27 | J3N-3B | 010 | | |
| 01/14/2015 13:11 | 01/28/2015 11:38 | H5W-08 | 006 | | |
| 01/06/2015 06:05 | 01/14/2015 13:11 | H5-E | 005 | Movelist | |
| 01/05/2015 17:35 | 01/06/2015 06:05 | H6W-02 | 005 | Movelist | |
| 01/02/2015 18:45 | 01/05/2015 17:35 | J2W-12 | 007 | | |
| 12/31/2014 21:29 | 01/02/2015 18:45 | H5W-01 | 010 | | |
| 12/31/2014 01:34 | 12/31/2014 21:29 | J1-R-1 | 001 | | Group Transfer |
| 12/29/2014 11:45 | 12/31/2014 01:34 | J1-R-3 | | | Group Transfer |
| 12/29/2014 09:55 | 12/29/2014 11:45 | PASSIVE | J1-P-002 | | |

Name BOLTON, FRANKLIN T                                              Booking # 201436818                    Facility 1

Inmate # 00595460          Sex MALE          [redacted]     Book Dt/Tm 12/29/2014 09:55        Wing H5E

Race  White/Eurp/ N.Afr/Mid Eas              Age  19          Release Dt/Tm                     Dorm H5E-S1

**Status**                                    In Jail          Classification MX/HB            Cell H5-S1

---

**Note Entry**

Inmate Note Type ORIENTATION NOTES

Inmate Note **ORIENTATION COMPLETE MX/GP**

Created By User Lovely, Eugenia          Created Dt/Tm 12/29/2014 10:24

---

**Notes**

Inmate Note Type

From Date/Time                              To Date/Time

## Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 02/07/2015 04:38 | INMATE IS BEING MOVED FROM H5EN1C6 TO H5ES1C5. CELL NEEDED FOR ANOTHER INMATE | INMATE MOVEMENT | Holt, Vinese |
| 02/02/2015 17:29 | INMATE IS CONTINUOUSLY MAKING THREATS TO INMATE SHERLEY IN NORTH 1 #3. | GENERAL INMATE NOTES | Johnson, Summer |
| 01/30/2015 04:52 | INMATE PER SGT MILLER IS THREATENING INMATES. INMATE IS BEING MOVED AND PLACED IN ADMIN SEG H5N1 PER SGT MILLER. | INMATE MOVEMENT | COX, JAMES |
| 01/28/2015 08:23 | MOVING TO J33B FROM H5D8  **COMPLETED DISP/SEG TIME** | INMATE MOVEMENT | Shipley, Shavon |
| 01/28/2015 08:23 | SARN CHANGED TO MX/HB FROM MX/GP DUE TO RECENT DISCIPLINARY ACTION 20 DDS FOR FIGHTING | RE-CLASSIFICATION NOTE | Shipley, Shavon |
| 01/14/2015 08:33 | MOVING TO D/S DORM H5 D8 FROM H5 EE | INMATE MOVEMENT | Flener, Steven |
| 01/12/2015 08:05 | *SERVING DISP/SEG TIME** WILL REMAIN IN CURRENT HOUSING LOCATION UNTIL DISP/SEG SPACE IS AVAILABLE | INMATE MOVEMENT | Shipley, Shavon |
| 01/08/2015 13:04 | INMATE RECEIVED A WRITE UP ON 1-2-15 FOR THE FOLLOWING CAT, 3-K FIGHTING RECEIVED 20DDS RELEASE DATE 1/28/2015 | DISCIPLINARY OFC NOTES | Kassinger, Jeffrey |
| 01/06/2015 05:40 | PER SGT WILLIAMS INMATE CHECKED OUT OF DORM. PER NOTES INMATE IS PENDING WRITE UP.  MOVED FROM H6/D2 TO H5/EE/05.  MOVE APPROVED BY NURSE SLOAN | INMATE MOVEMENT | BAILEY, VENUS |

---

25352 Troutman                          02/16/2015 11:18                    GB003388
                                                                           Page: 1

| | | | |
|---|---|---|---|
| 01/05/2015 13:56 | H6D2#5 FROM J2D12 - PER J. CORNETT, LPN - DETOX COMPLETE - NO SPACE IN PHD AT PRESENT | INMATE MOVEMENT | Woolen, Caroline |
| 01/05/2015 09:57 | REQUEST KIOSK | INMATE SERVICES NOTES | Moppins, Marilyn |
| 01/02/2015 17:50 | PHD ALERT ADDED - PER SGT ZAPATA I/M WILL BE RECEIVING A WRITE-UP FOR ASSAULTING ANOTHER I/M (SOUTHERS) - K/F ADDED - AT THIS TIME I/M HAS BEEN PLACED ON DETOX AND IS MOVING TO J2W PER MEDICAL | INMATE SERVICES NOTES | ARRIAGA, SAMANTHA |
| 01/02/2015 17:50 | J2W/D12 FROM H5/W1 - PER MEDICAL MOVELIST FROM MARC KRANK - DETOX (ALERT ADDED) | INMATE MOVEMENT | ARRIAGA, SAMANTHA |
| 12/31/2014 15:44 | H5/W1 FROM J1/R1 | INMATE MOVEMENT | ARRIAGA, SAMANTHA |
| 12/31/2014 11:33 | PREVIOUS MOVE CANCELLED DORM ON LOCKDOWN | INMATE MOVEMENT | Moore, Donna |
| 12/31/2014 09:45 | J1R1>H5WD1#20 | INMATE SERVICES NOTES | Moore, Donna |
| 12/29/2014 10:24 | ORIENTATION COMPLETE MX/GP | ORIENTATION NOTES | Lovely, Eugenia |
| 12/29/2014 10:23 | ORIENTATION COMPLETE MX GP | ORIENTATION NOTES | Lovely, Eugenia |
| 11/26/2014 11:13 | THIS INMATE WAS MOVED AT RANDOM IN AN ATTEMPT TO BREAK UP DORM J4D6A. THIS INMATE IS GOING TO H5D5. | INMATE MOVEMENT | Smith, Melissa |
| 11/25/2014 21:45 | PER SGT JAGGERS, I/M IS NOT GETTING ALONG WITH ANOTHER INMATE IN THE DORM. ADDED INCOMPATIBLES, PLACED I/M ON ML TO J4-3A FROM J46A | INMATE MOVEMENT | ADAMS, ASHLEY M |
| 11/14/2014 16:10 | PLACED ON MOVELIST FROM J1/R2 TO J4//3A MI/GP DORM | INMATE MOVEMENT | BROBST, SARAH |
| 11/13/2014 18:22 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |
| 11/04/2014 09:53 | INMATE IS MOVING TO J32A FROM J31A TO BE ADDED TO THE LAUNDRY LIST FOR 2ND SHIFT ON 11/5/14. INMATE HAS BEEN DENIED BY MEDICAL TO BE W/A IN THE KITCHEN AND W/A ARE NEED IT ON LAUNDRY. | INMATE MOVEMENT | Puckett, David |
| 10/31/2014 07:48 | MOVING TO J3 1A W/A DORM FROM CCC 4N2 | INMATE MOVEMENT | Flener, Steven |
| 10/30/2014 12:00 | 4N2#1 FROM J3D4B PER NURSE S. KOHL OFF DETOX PER MEDICAL | INMATE MOVEMENT | Thomas, Ella |
| 10/30/2014 10:59 | PLACED WA SHEET IN FLENER'S BOX | INMATE SERVICES NOTES | Jarrett, Francine |

GB003389

| Date/Time | Note | Type | By |
|---|---|---|---|
| 10/27/2014 06:23 | ORIENTATION COMPLETED: MI/GP | ORIENTATION NOTES | AYERS, STACEY |
| 10/27/2014 04:13 | PER CLASS NOTICE SIGNED BY NURSE MCCARTHY: DETOX MOVING FROM J1P TO J3S4B#19 DETOX ALERT ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 09/09/2014 16:03 | DETOX BB X 7 DAYS PER NURSE LAMP J1P>J4N3A#16 | INMATE SERVICES NOTES | Moore, Donna |
| 09/09/2014 15:58 | ORIENTATION COMPLETE:MI/GP TBUT-SHOP #008 9/10/14 | ORIENTATION NOTES | Moore, Donna |
| 08/12/2014 08:21 | MI/GP >J4N3A#19 | INMATE SERVICES NOTES | Moore, Donna |
| 08/12/2014 08:20 | I CALLED ANGELA,RECORDS TECH, I STATED THAT THIS I/M HAS A FUGITIVE WT. W/NO ALERT FLAGGED. ALERT HAS BEEN ADDED. | INMATE SERVICES NOTES | Moore, Donna |
| 08/12/2014 08:14 | FUGITIVE WT NOT REQUIRED/NO ALERT | INMATE SERVICES NOTES | Moore, Donna |
| 08/10/2014 15:18 | ORIENTATION COMPLETE: MI/GP | ORIENTATION NOTES | Thompson, Meagan |

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

HSE #5

**Rule Violation        Part I**

Date: 1/2/15        Time: 1534        Facility: 1        Housing Area: ~~JZD12~~

Inmate Name: Bolton, Franklin        CIN: 595460        Location of Incident: HSD1

Violations by Category, Letter and Title:

| CAT | | Letter | | Title | |
|-----|---|--------|---|-------|---|
| CAT | III | Letter | K | Title | Assaulting Any Inmate |
| CAT | | Letter | | Title | |
| CAT | | Letter | | Title | |
| CAT | | Letter | | Title | |

Witnesses (staff & inmates) Ofc SANDERS

Narration: Above I/M was seen by me and Ofc. Sanders in an Active Altercation with I/M Southing in HSD1. I/M admitted to starting the fight in order to get out of the dorm.

Immediate Actions:
Removed from Housing Location    [ ✓ ] Yes  [ ] No        If yes, explain: Placed in Bullpen on ~~H5~~

Use of Force during incident    [ ] Yes    [ ✓ ] No    (If Yes attach reports)    Physical evidence collected  [ ] Yes  [ ] No

[ ] Attached    [ ] Photocopy        List of evidence: _____

Evidence in the custody of _____        Location _____

Added Charges:

Sgt M Zapata #302        Sgt M Zapata #302        1/2/15
Printed Staff Name        Signature        Date

**Investigation**

Incident Report Number (if applicable) 60323        Date 01-02-15    Time 1818

Report of Investigating Supervisor I/M admits to fighting

Sgt S Eads #253        Sgt S Eads #253        01-02-15
Investigating Supervisor Printed Name        Signature        Date

Lieutenant/Captain Review & Comments: _____

Lt. S. Gilbert #716        Lt S Gilbert #716        1-2-15
Lieutenant/Captain Printed Name        Signature        Date

GB003391

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00060323**       Incident Type  **ASSAULTING ANOTHER INMATE**   Incident DateTime   **01/02/2015 15:36**

Location Type   MAIN JAIL COMPLEX ROOF                Location    H5 DORM 1

Reporting Officer  Zapata, Melinda

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |
| 00591092 | SOUTHERS, WILLIAM M |

Video Recorded? Type?                        Medical Responders Name   WYATT

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 01/02/2015 at approximately 1536hrs. I (Sgt m Zapata) was notified by West Officers that a fight was currently occurring in H5 Dorm 1. Upon arrival Officer Sanders was ordering inmates Bolton, Franklin # 595460 and inmate Southers, William # 591092 to stop fighting. Inmate William immediately complied. I escorted inmate Southers from the dorm and instructed Ofc Higdon to place him in handcuffs. Inmate Southers was then escorted to H5 Dorm 9 and seated in a chair. Ofc Pennington placed inmate Bolton in handcuffs and Ofc Sanders escorted him to the Chapel area and placed him into an Attorney Booth. Photos were being taken while waiting for Medical to arrive. Inmate Williams stated that inmate Bolton walked up on him and swung at him after he (inmate Southers) made a comment that the bathroom smelled, after inmate Bolton finished using it. Inmate Southers stated that when inmate Bolton swung at him he "ducked" it and then just grabbed onto inmate Bolton until we arrived. When inmate Bolton was talked to he stated that inmate Southers didn't do anything to him, he just "picked" him to fight with so that he could get out of the dorm, inmate Bolton stated that he hasn't had his medication from Mental Health and seemed to be moving around a lot and twitching. Inmate Bolton when speaking to him was not making any sense and was very random in his responses. Medical Nurse Wyatt arrived and assessed both inmates for injuries and noted that inmate Southers just had redness to his chest. Inmate Bolton had redness and a scratch to his back and a small one to his right side of chest. Mental Health was also notified and MH Professional Krank arrived and assessed. MH Krank after assessing inmate Bolton stated that inmate Bolton has had extensive drug use and visible "track marks" on his arms from intravenous drug use and that he was not suicidal and that he would also check on his Mental Health medication.  Due to inmate Southers not being the

25484 Zapata

GB003392

BOLTON, FRANKLIN
595460
1/15

W/M 18

10 27
1-8-15

**Louisville Metro Department of Corrections**
**Inmate Disciplinary Report (IDR)**

**Disciplinary Hearing Findings and Decision   Part II**

Inmate understands procedure  [✓] Yes   [ ] No          [ ] Further clarification provided
Inmate requested staff assistance  [ ] Yes   [✓] No     Staff present during hearing  [✓] Yes   [ ] No
Inmate presented a defense  [ ] Yes   [ ] No            Inmate called witnesses  [ ] Yes   [✓] No  Witnesses called: _____
Inmate granted 48 hour continuance  [ ] Yes   [✓] No
If yes, explain: _____        _____
_____        _____
_____        _____

Inmate found incapable to present defense  [ ] Yes   [✓] No       Mental Health Staff: _____
Disciplinary Status: _____ 18 months         Additional Information: _____

**Review of Documentation/Supporting Evidence:** Write up & Investigation Fnwle
_____

**Findings:**

| CAT | Letter | Title | Result |
|-----|--------|-------|--------|
| 3 | K | Assault on Any Inmate | 20 |
| | | | |
| | | | |
| | | | |
| | | | |

**Guilty Plea**
[✓] By my signature, I plead guilty to the violations charged against me in this Inmate Disciplinary Report.  I understand that by pleading guilty, I forfeit the right to appeal this decision to the Deputy Director.

X _Franklin Bolton_ _____   1-8-15
Inmate Signature                     Date

_Glen_ _____   1-8-15
Witnessing Staff Signature           Date

**The findings of the Disciplinary Hearing resulted in the following:**

[✓] Guilty   [ ] Not Guilty   [ ] Amended

Total of _20_ days in Disciplinary Segregation, with Credit Time Served (CTS) of _0_ days and _0_ probated.
Withdrawal of Sentence Credits Earned _____ Other: _____
Remain/Move to   [ ] General Population   [✓] Disciplinary Segregation

Review Date: _____   Release Date: _1-2?-15_

**Comments:** No Court
_____

X _____   1-8-15
Disciplinary Officer                 Date

**Director/designee review:**

_____   _____
Director/designee              Date

GB003393

## Floor Security

### Unit 2 (SGT-1221)

| SERGEANT | Vincent |
|---|---|
| Control | Stanfield |
| 1-3 | Allgeier |
| Dorms 4-7 | Caulder |
| PSYCH | Briscoe |
| PSYCH | Gunn |
| Rover | Simpson |
| | |

### Unit 3 (SGT-1321)

| SERGEANT | Miller |
|---|---|
| Control | Gholston |
| North | Casanova |
| North | Colley |
| South | Lee |
| South | Dearinger |
| Rover | |

### Unit 4 (SGT-1421)

| SERGEANT | Llaguno |
|---|---|
| Control | Mayes - LD |
| North | Standard |
| North | Bolton |
| South | Allen |
| South | Hale |
| Rover | |
| | |

### Unit 5 (SGT-1521)

| SERGEANT | Montgomery |
|---|---|
| Control | Shirley - VOT |
| West M-4 | Mills |
| West 5-8 | Lopez |
| East | Atty |
| East | Madden |
| Rover | |

### Unit 6 (SGT-1621)

| SERGEANT | Montgomery |
|---|---|
| Control | R. Skaggs - VOT |
| West M-4 | Spaulding |
| West 5-8 | Anthony |
| East | Heath |
| East | Williams |
| Rover | |
| | |

### Unit 7 (SGT-1721)

| SERGEANT | N/A |
|---|---|
| Control | N/A |
| Dorms | N/A |
| Walk 1 | N/A |
| | N/A |
| | N/A |

## Booking Floor

### Unit 1 (SGT-1121)
(SGT-1121A)

| SERGEANT | Williams |
|---|---|
| SERGEANT | |
| Grill | Russell |
| Grill | Spaulding |
| Bodyscan | |
| Livescan | McDermott |
| Passive | Kelley |
| Movement | Aubrey |
| Movement | |
| J5 Court holds | |
| Transportation | Arnold |
| Rear Security | Ritter |
| | |
| B.A. Lab | Ceja |
| B.A. Lab | |
| B.A. Lab | |
| Main Control | Weeks |
| Main Control | Sowders |
| Outer Control | Hernandez |
| Front Desk | |
| | |
| Sanitation | Reid |
| Laundry | Grimes |
| Kitchen | Manley |
| Kitchen | Fields |
| Kitchen | |
| | |
| Property Ofc. | Simpson |
| Property Ofc. | Dearinger |
| Property Ofc. | Hale |
| Property Ofc. | Atty |
| Property Ofc. | Williams |
| | |
| First Responders: | Simpson |
| | Dearinger |
| | Hale |
| | Atty |
| | Williams |
| | |
| Hospital | Joseph Kidd |
| | George Coddington |
| | |
| | |

**Shift Activity:**

2333 Beginning count secured

0642 Ending count secured

### Officer(s) on the hospital run(s)

I/M Kidd - Ofc. P. O'Bryant

I/M Coddington - Meyers

See shift summary for Incidents

## 3Rd Shift MJC

| | |
|---|---|
| Date: | 16-Feb-15 |
| Day: | Monday |

| | |
|---|---|
| Captain | Goodlett |
| Lieutenant | Brown |
| Lieutenant | Troutman |
| Lieutenant | Ezell |
| Lieutenant | Logsdon |

### Staff Off Duty / Reason

T. O'Bryant - V

Dolak - S

Roberts - V

Edens - S

Hayes - V

Sgt. McNeese - FML

O. Short - S

Perkins - JD

W. Short - S

### Overtime

R. Skaggs - VOT

Shirley - VOT

### Next Shift Sick/Absent

Miller - FML / McKinney

Bradley - FML / Johnson FML

Wiggins - FML / Sanders - S

Sgt. Glasgow - S / Shipley - S

Green - S / Dewitt - S

Sgt. McCubbins - FML

Boykin - S

Mason - S

*Prepared by: Lt. R. Brown 224*

GB003394

# Daily Incidents
## 2/16/2015

**Commanders on Duty:**
Lt. Brown, Lt. Logsdon, Lt. Ezell

**Body Camera assignments**
J1 - Kelley
Simpson & Allgeier
J3 - Dearinger
J4 - Hale
H5- Atty
Heath

**Perimeter Checks**
0045 hours by Sgt. Miller, nothing to report.          J2 -
0115 hours by Sgt. Vincent, nothing to report.
0230 hours by Sgt. Llaguno, nothing to report.
0235 hours by Sgt. Williams, nothing to report.

H6-

Hospital - Inmate Joseph Kidd is at University of Louisville Hospital  9W ICU #10
          Inmate Gerrge Coddington is at University of Louisville Hospital  706 #1

**J3 Injury, incident # 61353**
On 2/16/15 at 0001 hours, Sergeant Miller was advised by Inmate Smith, Edward (596445) that he had injured his right thumb while playing basketball in the gym.  He stated that he did not think it was hurt that bad until he woke up and saw that his thumb was swollen.  Medical was notified.  A photograph was taken of the injury and sent to PSU, Shift Command and Senior Staff.  Lt. Brown was notified.  Incident # 61353.

**H5 Suicide, incident # 61354**
On 2/16/15 at around 0615 hours, Sgt. Montgomery was notified by phone to meet Officers on HOJ 5th floor East wing for a possible hanging.  When Sergeant Montgomery arrived on 5 East, Officers were on south 1 single cell # 5.  Officers Madden and Lopez were in the single cell performing CPR on Inmate Bolton, Franlin cin # 595460.  Medical arrived on south 1 at around 0618 hours, Nurse Hatcher assisted with the CPR and Nurse Reese went to the control room to get the emergency bag, 02 tank and AED.  At 0618 Sergeant Montgomery notified main control by radio to call EMS, for a white male not breathing and unresponsive.  At 0622 hours the AED was applied to inmate Bolton, and CPR continued by Officers and Medical staff.  Main Control advised that Louisville Fire department and EMS had arrived at the Main Jail.  Louisville fire and EMS took over the CPR.  Inmate Bolton was removed from the cell and placed in the hallway.  EMS and Louisville fire continue CPR while inmate Bolton was placed on the stretcher and escorted off 5 East at 0644.  EMS and Louisville fire were escorted to the old sally port and inmate Bolton placed in EMS truck at 0646 hours.  EMS departed the old sally port at 0652 hours.  Single cell # 5 was closed and south 1 was secure.  Officer ATTY had the body camera during the incident.

Sergeant Montgomery spoke with the east wing Officers.  Officer Madden stated that during his security check at 0606 hours he had notice that Inmate was hunched over with the sheet around his neck tie to the bars.  Officer Madden notified his wing partner Officer Lopez.  Both Officers enter the cell and used the knife for life and cut down the sheet and Officer Lopez began chest compressions.  Officers Atty and Officer Mills arrived and assisted with CPR.  When Sergeant Montgomery arrived he had Officer Atty get the body camera, and photo camera to use during the incident.  The pictures of the sheet tie to the bars and part of the sheet removed from his neck.

Lieutenant Brown notified Major Davis via cell phone around 0623 hours, Chief of Staff Mr. Clark around 0625 hours, Lt. Eggers around 0630 hours.  Officer Lopez was instructed by Lieutenant Brown that the area was now a crime scene and that he is not to move anything or let anyone in the cell.  All the observation sheets were collected and given to Major Davis.  Copies of the observation sheets were made and placed with the H5 shift report.  Officer Smith called Lieutenant Brown via phone and informed him that they pronounced Inmate Bolton deceased at 0741 hours.  Lieutenant Brown corresponded back and forth with Major Davis, Lt. Eggers and any other staff needed.  Lt. Mitchell attempted to download the body cam with no success.  Incident 61354.

GB003395

Date _____2/16/2015_____ Shift _____Third_____

## Officers

Total number of officers on forced overtime _____ 0

Total number of officers on volunteer overtime _____ 2

Total number of officers on scheduled overtime _____ 0

**Grand total of Officers on overtime** _____ 2

**List reason for use of overtime**

4 sick calls
2 Hospitals
1 FML
1 Jury duty
3 Vac.
1 SUS

## Sergeants

Total number of sergeants on forced overtime _____ 0

Total number of sergeants on volunteer overtime _____ 0

Total number of sergeants on scheduled overtime _____ 0

**Grand total of Sergeants on overtime** _____ 0

**List reason for Sergeant overtime and note if an Officer post was worked**

**Grand total of staff on overtime** _____ 2

Shift Commanders Typed Name      *Lt. R. Brown 224*

GB003397

## Floor Security

### 1st Floor Security

| | | |
|---|---|---|
| Date: | | January 2, 2014 |
| Day: | | Friday |
| Shift: | | **2nd** |
| Captain | | |
| Lieutenant | | S. Gilbert |
| Lieutenant | | |
| Lieutenant | | |

### Unit 2 (SGT-1221)

| SERGEANT | Eason |
|---|---|
| Control | Cy. Smith |
| ... 1-3 | Stansbury |
| ... 4-7 | Treynor |
| ...CH | Porro |
| PSYCH | Holman |
| Medical | Petty |
| Rover | |

### Unit 3 (SGT-1321)

| SERGEANT | Hornback |
|---|---|
| Control | Santiago |
| North | Duff |
| North | Wells |
| South | Woolen |
| South | Wimsatt |
| Rover | |

### Unit 4 (SGT-1421)

| SERGEANT | Redmon |
|---|---|
| Control | Stimphil |
| North | Ochoa |
| North | M. Smith |
| South | Taylor |
| South | Lucas |
| Rover | |

### Unit 5 (SGT-1521)

| SERGEANT | Zapata |
|---|---|
| Control | Cunagin |
| West M-4 | Sanders |
| West 5-8 | Pennington |
| East | Briles |
| East | Higdon |
| Rover | |

### Unit 6 (SGT-1621)

| SERGEANT | Brockbank |
|---|---|
| Control | Henderson |
| West M-4 | Popp |
| West 5-8 | Lamkin |
| East | Barnes |
| East | Ramsey |
| Rover | |

### Unit 7 (SGT-1721)

| Sergeant | |
|---|---|
| Control | |
| ... | |
| ... | |
| Walk-3 | |
| Rover | |

### Unit 1 (SGT-1121)
### (SGT-1121A)

| SERGEANT | Gibson |
|---|---|
| SERGEANT | |
| Grill | Vanover |
| Grill | James |
| Clinics | |
| Body Scan | |
| Livescan | Sookal |
| Passive | Coons |
| Trans (751) | Wilburn |
| Trans (752) | Shirley |
| Rear Security | Wasseli |
| Movement | |
| Movement | |
| J5 Overflow | |
| B.A. Lab | Ware |
| Main Control | Rogers |
| Main Control | Reese- SOT |
| Outer Control | D. Skaggs |
| Magnometer | |
| Front Desk | McIntosh |
| Sanitation | |
| Laundry | Sgt. Jaggers |
| Kitchen | Luttrell |
| Kitchen | Carnes |
| Kitchen | |
| Property Ofc. | Braford |
| Property Ofc. | Graham |
| Property Ofc. | R. Clark/Phillips (FTO) |
| Property Ofc. | Bradford |
| Property Ofc. | |
| Property Ofc. | |
| Gym Ofc 1330 | |
| Gym Ofc 1530 | |

### Staff Off Duty / Reason

Harmon- Vac
Temple- Admin. Leave
Ennis III- FMLA
Owens- Spec. Assignment
Sgt. Goff- Vac
Hinton- Vac
Bunnell- Vac
White- Vac

### SICK CALL

Mulder- S (3rd shift)
Aikins- S (3rd shift)
Hayes- S (3rd shift)
Sheppard- S (1st shift)
Wylie- FML x1 (1st shift)

### OVERTIME

Reese- SOT

### Hospital Runs

### Transporting officer(s)

### Notes:

Unable to send CCC any officers/ CCC unable to send MJC any officers (Sgt. June)
Facility count secured @ 1521
J3 Body camera back in service (charging)
H5 Body camera back in service (charging)
I/m Paul Hatton transported to U of L hospital ER#13 (returned this shift @ appx. 2200)

GB003398

# Daily Incidents
## 1-2-14

**Commanders on duty**
Lt. S. Gilbert

**Hospitals/Clinics**

**Body Camera assignments**
J1- Ofc. Vanover
J2- Ofc. Stansbury
J2W- Ofc. Porro
J3- Charging
J4- Ofc. Ochoa
H5- Charging
H6- Ofc. Lamkin

**Perimeter checks**
Sgt. Zapata- 2000(no issues to report)
Sgt. Hornback- 2100(no issues to report)
Sgt. Gibson- 1920(no issues to report)
Sgt. Brockbank- 1835(no issues to report)
Sgt. Eason- 1830(no issues to report)
Sgt. Redmon- 2000(no issues to report)

**Incident #60321- Contraband- J1**
On 1/2/2015 at around 1550 hours, Inmate Smith, Jane (#491222) was returned by HIP. While searching her property, a syringe with needle was found inside of her red bag. Added charges of promoting contraband 1st and possession of drug paraphernalia are being added to the inmate. The contraband was secured in a sharps evidence tube and will be taken to LMPD property room by Ofc James with a case # of 8015-000364. A picture was taken of the contraband and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified. Sgt. Gibson is the reporting Sergeant.

**Incident #60323- Assaulting another inmate- H5**
On 01/02/2015 at approximately 1536hrs. Sgt. M. Zapata was notified by West Officers that a fight was currently occurring in H5 Dorm. 1. Upon arrival Officer Sanders was ordering inmates Bolton, Franklin # 595460 and inmate Southers, William # 591092 to stop fighting. Inmate William immediately complied, Sgt. Zapata escorted inmate Southers from the dorm and instructed Ofc Higdon to place him in handcuffs. Inmate Southers was then escorted to H5 Dorm 9 and seated in a chair. Ofc Pennington placed inmate Bolton in handcuffs and Ofc Sanders escorted him to the Chapel area and placed him into an Attorney Booth. Photos were being taken while waiting for Medical to arrive. Inmate Williams stated that inmate Bolton walked up on him and swung at him after Inmate Southers made a comment that the bathroom smelled, after inmate Bolton finished using it. Inmate Southers stated that when inmate Bolton swung at him he "ducked" it and then just grabbed onto inmate Bolton until staff arrived. When inmate Bolton was talked to he stated that inmate Southers didn't do anything to him, he just "picked" him to fight with so that he could get out of the dorm, inmate Bolton stated that he hasn't had his medication from Mental Health and seemed to be moving around a lot and twitching. Inmate Bolton when speaking to him was not making any sense and was very random in his responses. Medical Nurse Wyatt arrived and assessed both inmates for injuries and noted that inmate Southers just had redness to his chest. Inmate Bolton had redness and a scratch to his back and a small one to his right side of chest. Mental Health was also notified and MH Professional Krank arrived and assessed. MH Krank after assessing inmate Bolton stated that inmate Bolton has had extensive drug use and visible "track marks" on his arms from intravenous drug use and that he was not suicidal and that he would also check on his Mental Health medication. Due to inmate Southers not being the aggressor he was allowed to return to the dorm. Inmate Bolton was cleared for a single cell and was written up for assaulting any inmate and placed in Pending Disciplinary. Photos were taken and forwarded to PSU as well as Second Shift Command Staff. After further evaluation the decision was made for I/m Bolton to be moved to J2W D12 for detox monitoring. Shift Commander was notified of the incident.

**Incident #60324- Hospital, inmate transported- J1**
1/2/2015 at around 1700 hours, Sgt Gibson was informed by Medical Nurse Stewart that Inmate Hatton, Paul (#592600) needed to be transported to the hospital per the nurse practitioner for an injury to his pace maker. Inmate had stated to medical that he had been punched several times in his pace maker. After Sgt Gibson was made aware of this, he went to speak to Inmate Hatton to determine what had happened and when. Inmate Hatton stated that when he was in the sally port he began having some chest pains and he rolled onto the floor. I/m Hatton stated that the cops came out and began punching him and poking him in his chest. Inmate Hatton has several bruises on his chest and a large lump on the left side of his chest where his pacemaker is located. I/m

GB003399

Hatton stated that he does normally have a lump there but it is not normally that large. Inmate also had some bruises on both of his knees. Inmate was arrested by LMPD Ofc Vet (#7105). He was brought into the facility on 1/1/15 at 0538 hours. When asked if he had informed anyone when he came inside of the jail of his injuries, he stated that he told the nurse at the desk. Pictures were taken of the injuries and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was advised. Inmate was transported to the hospital by Ofc Wilburn and was escorted by Ofc Phillips.

### Incident #60327- General incident report- J4
On 01/2/15 around 1630 while Sgt Redmon was conducting a Walk N Talk in J4-6B I\M Jameel Williams (CIN#529924) approached him and said he a $20.00 dollar bill that he had in his property. When asked how long he had the money I\M Williams advised for some time now. The $20.00 bill was taken to the J1- property room by Ofc Taylor and placed on his account. Lt Gilbert was advised.

### Incident #60328- Contraband- J1
On 1/2/2014 at around 1835 hours, while searching Inmates Grider, Derek (#598837) on the grill, Ofc James located a syringe in the shoe of the inmate. Added charges of PC1st, TWPE and PDP are being added to the inmate. The syringe was secured in a sharps evidence tube and Ofc James is escorting the contraband to LMPD property room with a case number of 8015-000410. A picture was taken of the syringe and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified. Sgt. Gibson is the reporting Sergeant.

### Incident #60329- Pre-existing injury- J1
On 1/2/2015 at around 1733 hours, Inmate Yates, Jill (#598835) arrived at LMDC with some pre existing injuries consisting of a small cut on her right thumb and a scrape to her left shin. When asked how this inmate received these injuries, I/m Yates stated that she had gotten into a fight with her husband. I/m Yates was arrested by LMPD Ofc Loewell (#7166). Medical Nurse Hammond assessed the inmate and cleared her to continue with the process. Pictures were taken of the inmate and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified. Sgt. Gibson is the reporting Sergeant.

### Incident #60330- Booking deferral- J1
On 1/2/2015 at around 1924 hours, an unknown inmate was deferred booking by medical Nurse Roy due to an untreated dog bite on his left buttocks. The arresting agency was the U.S. Marshals. Prior to the inmate and Deputies information being retrieved, the Marshal departed the sallyport. An Inmate Deferred Admission form is being filled out and will be turned in with shift paper work. Lt Gilbert was notified. Sgt. Gibson is the reporting Sergeant.

### Incident #60332- Pre-existing injury- J1
On 1/2/2015 at around 2112 hours, Inmate Handley, Titus (#507396) arrived at LMDC with some pre existing injuries consisting of a very small cut on his left finger and a small scrape to his left knee. When asked how this inmate received these injuries, I/m Handley stated that the cop did it. I/m Handley was arrested by LMPD Ofc Hirshaw (#7204). Medical Nurse Roy assessed the inmate and cleared him to continue with the process. Pictures were taken and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified.

### Incident #60333- Area search- J4
On 01/2/15 around 2130 Sgt Redmon authorized an area search to be completed on J4-4A due to the smell of cigarette smoke. While Sgt Hornback was searching the bunk area of I\M Michael Moss (CIN# 485136) a plastic knife was found in his personal items. I\M Raquan Carmichael (CIN#545182) had a note containing information about an assault and that will be forwarded to Ofc May. Disciplinary reports were issued.  The plastic knife was disposed of outside the perimeter. Lt Gilbert was advised.

### Incident #60334- Pre-existing injury- J1
On 1/2/2015 at around 2142 hours, Inmate Bradley, Demeko (#598843) arrived at LMDC with some pre existing injuries. Inmate Demeko was previously the unnamed booking deferral (reference E.I. #60330). His pre existing injuries consist of a large covered area on his left arm from a dog bite and also a large covered area on his left side from the middle of his ribs to his buttocks which is also from a dog bite. I/m Bradley was arrested by USMS but was transported by LMPD Ofc Hamilton (#7830). Medical Nurse Roy assessed the inmate and cleared him to continue with the process after having been assessed by a doctor at University of Louisville emergency room. Pictures were taken of the injuries and will be forwarded to Senior Staff, PSU and 2nd shift command staff. Lt Gilbert was notified.

GB003400

Date  __1/2/2014__  Shift  ____2nd____

## Officers

Total number of officers on forced overtime ____0____

Total number of officers on volunteer overtime ____0____

Total number of officers on scheduled overtime ____1____

**Grand total of Officers on overtime** ____1____

**List reason for use of overtime**

1 annual vacation floors (Harmon)
1 FMLA (Ennis III)
1 admin leave (Temple)
1 special assignment (Owens)
1 annual vacation J1 (Hinton)
1 annual vacation FD (Bunnell)

1 annual vacation MAGS (White)
2 vacancies in MC (Skaggs & Sookal FTO)

## Sergeants

Total number of sergeants on forced overtime ____0____

Total number of sergeants on volunteer overtime ____0____

Total number of sergeants on scheduled overtime ____0____

**Grand total of Sergeants on overtime** ____0____

**List reason for Sergeant overtime and note if an Officer post was worked**

**Grand total of staff on overtime** ____1____

Shift Commanders Typed Name _____Lt. S. Gilbert_____

## Floor Security

### Unit 2 (SGT-1221)

| | |
|---|---|
| SERGEANT | Jaggers |
| Control | Conner |
| Dorms | Guinn |
| Dorms | Scott |
| Med/Psych | Horn |
| Med/Psych | Miller |
| Medical | Wylie |
| Rover | McKinney |

### Unit 3 (SGT-1321)

| | | |
|---|---|---|
| SERGEANT | McCubbins | |
| Control | Nichols | LD |
| North | Kirk | |
| North | Harper | |
| South | Stallard | |
| South | Hughes | |
| Rover | | |

### Unit 4 (SGT-1421)

| | |
|---|---|
| SERGEANT | Allen |
| Control | Cline |
| North | Olson |
| North | Whidby |
| South | Laws |
| South | Davis, C. |
| Rover | |

### Unit 5 (SGT-1521)

| | |
|---|---|
| SERGEANT | Hale |
| Control | Avila |
| West | Davis, R. |
| West | Johnson, D. |
| East | McCullough |
| East | Hastings |
| Rover | Post Closed |

### Unit 6 (SGT-1621)

| | |
|---|---|
| SERGEANT | Hale |
| Control | Garrett |
| West M-4 | Castellano |
| West 5-8 | Lucas |
| East | King |
| East | Berry |
| Rover | Post Closed |

### Unit 7 (SGT-1721)

| | |
|---|---|
| SERGEANT | Closed |
| Control | Closed |
| Dorms | Closed |
| Walk 1 | Closed |
| Walk 2 | Closed |
| Walk 3 | Closed |
| Rover | Closed |

## 1st Floor Security

### Unit 1 (SGT-1121)
### (SGT-1121A)

| | |
|---|---|
| SERGEANT | Puente |
| SERGEANT | Post Closed |
| Grill | Arnold |
| Grill | Roehm |
| Passive | Burba |
| Livescan | Ritter |
| | Post Closed |
| Rear Security | Barth |
| Trans (751) | Sacra |
| Trans (752) | Woods |
| Clinics | Ostertag |
| Movement | Welch |
| B.A./Movement | Quesenberry |
| J5 Overflow | Spaulding |
| B.A. Lab | |
| Main Control | Vetter |
| Main Control | Reese |
| Outer Control | Hodge |
| Magnometer | Benner |
| Front Desk | Baker |

| | |
|---|---|
| Sanitation | |
| Laundry | Weatherly |
| Kitchen | Bloyd |
| Kitchen | Brangers |
| Kitchen | |

| | |
|---|---|
| Property Sgt. | Post Closed |
| Property Ofc. | Darnell |
| Property Ofc. | Roy |
| Property Ofc. | Geracitano |
| Property Ofc. | |

| | |
|---|---|
| Gym Ofc 1330 | Mangrum |
| Gym Ofc 1530 | Moore |

| | |
|---|---|
| District Court | Morgan |
| District/Circuit 2 | Grieser |
| Circuit Court | Smith |
| Arr. Court | Mason |

### Incidents

| | |
|---|---|
| Date: | December 29, 2014 |
| Day: | Monday |
| Shift: | 1st |
| Captain | |
| Lieutenant | DeJarnette |
| Lieutenant | |
| Lieutenant | |

### Staff Off Duty / Reason

| | |
|---|---|
| Sgt. Summers | FML |
| Sgt. White | V |

| | |
|---|---|
| Ofc. Shipley | S |
| Ofc. Dever | ML |
| Ofc. Pinninck | WI |
| Ofc. Kelty | ML |
| Ofc. Hommrich | FML |
| Ofc. Hagan | FML |
| Ofc. Walz | FML |
| Ofc. Wiggins | FML |
| Sick Calls for Next Shift | |
| Ofc. Thomas | S |

### Overtime Used- FOT/SOT/VOT

| | |
|---|---|
| Hale | SOT |
| Barth | SOT |
| Arnold | FOT |
| Ritter | FOT |
| Spaulding | FOT |

GB003402

# Daily Incidents

**Commanders : DeJarnette**

**Hospital Runs: NONE**

**Body Cams :**
J1 – Ofc. Burba
J2 – Ofc. Guinn / Ofc. McKinney
J3 – Out of Service
J4 – Ofc. Whidby
H5 – Ofc. McCullough
H6 – Ofc. Berry

**Incident # 60238 - Contraband - J1,** at 0955 Inmate Bolton, Franklin #595460 was placed through the body scanner after a pat search on the J1 grill. The body scanner showed a possible anomaly in the Pelvic area. The scan number was 00101030. Sgt. Puente was notified of the situation and authorized a strip search to be conducted of inmate Bolton. Ofc. C. Arnold and Ofc. Quesenberry conducted the strip search in the strip search room next to the grill. Once the strip search was complete Officers advised that a bag of green leaf substance and a bag of white substance was found. Inmate Bolton advised that one bag was marijuana and the other was heroin. A strip search report was completed and turn in with the shift report.  Inmate Bolton was placed through the body scanner again and the scan (#00101031) was clear of any anomalies.  Lt. Dejarnette was notified of the situation. Pictures were taken and forward to PSU and Command staff. The arresting LMPD officers name is Det. R.A. Jones #6360. Inmate Bolton's charges are 2 counts Rob 1st, 2 counts kidnapping. Ofc. Arnold placed add charges on inmate Bolton and they were PC 1, POC 1st Heroin, POM, TWPE. The bags of Heroin and Marijuana were transported to LMPD property room by Ofc. Arnold. The report number was 8014100155. The LMPD property receipt number is #4641385 for 11.9 grams of Marijuana with papers and 3.4 grams of heroin. The LMPD property report was turned in with the shift report.

**Perimeter Checks:** Sgt. Puente 0833 hours, work aid cleaning front lobby restrooms - Sgt. McCubbins 1023 hours, work aid at the front desk - Sgt. Allen 1155 hours, work in the front lobby

**Searches:** No Contraband
J2 - Inmate Todd, Luretta / Inmate Barber, Diana
J3 - Inmate Brown, Terrance  /  Inmate Mitchem, Shermon
J4 - Inmate Tyler Wray / Inmate  Mason Yates
H5 - Inmate Christopher  Cox  /  Inmate Christopher Palmer
H6 - Inmate Williams, Antwon / Inmate Ransom,Gary

**Meeting in J21A**
Sgt. Jaggers
Class Sup. Flener
PCI Marvel
Sgt. Thomas
**Medical –  NONE**

GB003403

# Overtime Summary

Date __12/29/2014__ Shift __First__

## Officers

Total number of officers on forced overtime _____3_____

Total number of officers on volunteer overtime _____0_____

Total number of officers on scheduled overtime _____1_____

**Grand total of Officers on overtime** _____4_____

**List reason for use of overtime**

1 Sick
3 Staff Vacancies

## Sergeants

Total number of sergeants on forced overtime _____0_____

Total number of sergeants on volunteer overtime _____0_____

Total number of sergeants on scheduled overtime _____1_____

**Grand total of Sergeants on overtime** _____1_____

**List reason for Sergeant overtime and note if an Officer post was worked**

2 Staff Vacancies

**Grand total of staff on overtime** _____5_____

Shift Commanders Typed Name          *Lt. Randall DeJarnette  # 222*

**LOUISVILLE METROPOLITAN ... TMENT OF CORRECTIONS**

400 S. Sixth Street

Phone: 5025742167     Fax:

**Shift Log Report**

Date From : 02/15/2015 23:00     Date To : 02/16/2015 09:00

Facility : 1- MAIN JAIL COMPLEX     Floor : H5

| Inmate # | Inmate Name | LogDtTm | Activity | Action | Comments | Employee Name |
|---|---|---|---|---|---|---|
| | | 02/16/2015 08:48 | CAPTAIN SECURITY CHECK | | Capt. Walker conducts security check. | ALLEN, PETER |
| | | 02/16/2015 08:47 | CAPTAIN SECURITY CHECK | ALL APPEARED SECURE | Cpt Walker | HASTINGS, JACOB |
| | | 02/16/2015 08:30 | SERGEANT SECURITY CHECK | | Sgt. Allen conducts security check. | ALLEN, PETER |
| | | 02/16/2015 08:25 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | Kelty, Stuart |
| | | 02/16/2015 08:24 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | GHOLSTON, TIONDRA |
| | | 02/16/2015 08:17 | SERGEANT SECURITY CHECK | | Sgt. Allen conducts security check. | ALLEN, PETER |
| | | 02/16/2015 08:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | GHOLSTON, TIONDRA |
| | | 02/16/2015 07:41 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | Melvin, Leondrick |
| | | 02/16/2015 07:38 | FACILITY COUNT | ALL APPEARED SECURE | | GHOLSTON, TIONDRA |
| | | 02/16/2015 07:37 | WORKAID | | 1 on 1 switched out. | Melvin, Leondrick |
| | | 02/16/2015 07:30 | FACILITY COUNT | COMPLETED | | Melvin, Leondrick |
| | | 02/16/2015 07:30 | FACILITY COUNT | | Facility count secured. | ALLEN, PETER |
| | | 02/16/2015 07:25 | MEAL COUNT | | 183 ordered. | Johnson, Daniel |
| | | 02/16/2015 07:15 | COUNT CONDUCTED | ALL APPEARED SECURE | | Melvin, Leondrick |
| | | 02/16/2015 07:12 | EQUIPMENT CHECK COMPLETE | | Keys, Radios and Equipment secured by Ofc. Hughes. | ALLEN, PETER |
| | | 02/16/2015 07:05 | STAFF ON DUTY | | Control--Ofc. Hughes West--Ofc. Gholston/Kelty East--Ofc. Melvin/Hastings Sgt. Allen. | ALLEN, PETER |
| | | 02/16/2015 07:02 | ROLL CALL | | Cpt Walker and Lt. Mitchell | HASTINGS, JACOB |
| | | 02/16/2015 07:01 | ROLL CALL | | Roll call coducted by Capt. walker and Lt. Mitchell. | ALLEN, PETER |

Printed By 25352 Troutman On 02/19/2015 11:16

GB003405

Date From: 2/15/2015 23:00   Date To : 02/16/2015 09:00   Facility : ILL COMPLEX   Floor : H5

| Inmate Name | LogDtTm | Activity | Action | Comments | Employee Name |
|---|---|---|---|---|---|
| | 02/16/2015 07:00 | ROLL CALL | | Cpt Walker  Lt.Mitchell | Melvin, Leondrick |
| | 02/16/2015 03:50 | SERGEANT SECURITY CHECK | COMPLETED | SECURITY CHECK | Montgomery, Michael |
| | 02/16/2015 03:45 | MEAL COUNT | COMPLETED | H5<br>Floor count=169<br>Number of meals ordered=180<br>Number of meals received=180 | Montgomery, Michael |
| | 02/16/2015 03:15 | NURSE ARRIVES | | Meds handed to KSR's | |
| | 02/16/2015 03:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | LOPEZ, DAVID A |
| | 02/16/2015 02:59 | NURSE ARRIVES | | | LOPEZ, DAVID A |
| | 02/16/2015 02:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | Accu Check | ATTY, ALEXANDER |
| | 02/16/2015 02:15 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | LOPEZ, DAVID A |
| | 02/16/2015 02:01 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | ATTY, ALEXANDER |
| | 02/16/2015 01:29 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | LOPEZ, DAVID A |
| | 02/16/2015 01:11 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | LOPEZ, DAVID A |
| | 02/16/2015 01:00 | JUMPSUIT EXCHANGE | COMPLETED | | MILLS, BRIAN |
| | 02/16/2015 00:48 | JUMPSUITS DEPART | | Jumpsuit Exchange Completed | LOPEZ, DAVID A |
| | 02/16/2015 00:40 | SERGEANT SECURITY CHECK | COMPLETED | SECURITY CHECK | ATTY, ALEXANDER |
| | 02/16/2015 00:31 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | Montgomery, Michael |
| | 02/16/2015 00:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | ATTY, ALEXANDER |
| | 02/16/2015 00:01 | JUMPSUIT EXCHANGE | | | LOPEZ, DAVID A |
| | 02/16/2015 00:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | ATTY, ALEXANDER |
| | 02/16/2015 00:00 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | LOPEZ, DAVID A |
| | 02/15/2015 23:56 | INCELLS COMPLETE | | | LOPEZ, DAVID A |
| | 02/15/2015 23:41 | INCELLS BEGIN | | | ATTY, ALEXANDER |
| | 02/15/2015 23:33 | FACILITY COUNT | SECURED | FACILITY COUNT SECURE | ATTY, ALEXANDER |
| | | | | | Montgomery, Michael |

Printed By 25352 Troutman On 02/19/2015 11:16

Date: 2/15/2015 23:00   Date To: 02/16/2015 09:00   Facility: JAIL COMPLEX   Floor: H5

| Inmate Name | LogDtTm | Activity | Action | Comments | Employee Name |
|---|---|---|---|---|---|
| | 02/15/2015 23:30 | OFFICER SECURITY CHECK | ALL APPEARED SECURE | | MILLS, BRIAN |
| | 02/15/2015 23:19 | COUNT CONDUCTED | COMPLETED | FLOOR COUNT SECURE | Montgomery, Michael |
| | 02/15/2015 23:19 | STAFF ON DUTY | COMPLETED | TOTAL=169 STAFF ON THE FLOOR  OFC.SHIRLEY OFC.MILLS OFC.LOPEZ OFC.ATTY OFC.MADDEN | Montgomery, Michael |
| | 02/15/2015 23:18 | COUNT CONDUCTED | SECURED | Count Secured @ 38 | LOPEZ, DAVID A |
| | 02/15/2015 23:16 | EQUIPMENT CHECK COMPLETE | COMPLETED | EQUIPMENT CHECK SECURE | Montgomery, Michael |
| | 02/15/2015 23:16 | COUNT CONDUCTED | SECURED | | MILLS, BRIAN |
| | 02/15/2015 23:01 | ROLL CALL | COMPLETED | | Montgomery, Michael |
| | 02/15/2015 23:00 | END OF SHIFT | COMPLETED | ROLL CALL HELD BY LT BROWN | Montgomery, Michael |
| | 02/15/2015 23:00 | END OF SHIFT | | | SKAGGS, RAMON |
| | 02/15/2015 23:00 | END OF SHIFT | COMPLETED | End of shift. | ECHSNER, KYLE |
| | 02/15/2015 23:00 | ROLL CALL | | Roll Call Lt. Brown | Hornback, Christopher |
| | 02/15/2015 23:00 | ROLL CALL | | Roll Call Conducted Lt. Logsdon | ATTY, ALEXANDER |
| | | | | | LOPEZ, DAVID A |

Total: 52

| Date | Name | | Phone |
|---|---|---|---|
| 12/31/14 | A. daMosa | Law Clerk | 574-3800 |
| 12/31/14 | A. Tabss | Atty | 574-3800 Jennifer |
| 12/31/14 | S. Johnson | Atty | 574-3800 |
| 12/31/14 | S. Johnson | Atty | 574-3800 Williams |
| 12/31/14 | S. Christianson | Atty | 574-3800 Franklin Bolton |
| | " | " | 574-3800 Barry Roshs |
| | " | " | 574-3800 Victoria Drewell |
| 12/31/14 | S. Johnson | Atty | " Chris Powell |
| | " | " | 574-3800 Dessgey, Jeanie |
| M12 1-1-15 | Victor | " | " R.Johnson, T.Hess |
| 12-7-2015 | Victor Priest | Atty | 574-3800 Breed Wrgfe |
| 02-11-15 | C. Thurman | Atty | " Cast Morris |
| 1/2/15 | A. Wetamo | Atty | 574-3800 Surnmers |
| 1/2 | J. Mack | Atty | 574-3800 Albert Williams |
| | Pat Custilla | Atty | 574-3800 Kimberly Ivation |
| 1/2 | S. Mack | Atty | 574-320C W.Brown A.Stokes |
| 2015-01-04 | Braumbeck | Atty | 574-3800 Randall Skull |
| | | | Jon Nolan |
| | | | Jessica McPhuson |
| 1/4/15 | C. Thurman | Atty | Ra Cuss Yelden |
| | | " | Jonathan Louise |
| 1/4/2014 | N.L. | Ptg | Megan, Shaw |
| | | | E.J.Mills 574-3800 |
| 1/4/2018 | Lucas Priest | SJW | Breed Wrgfe |
| 1/4/2018 | Mark Priest | Atty | Breed Wrgfe |
| 1/4/2018 | Shanta | Atty | Edward Nunn 57/3800 |
| 1/4/2015 | Job Dewis | | Calvin White |
| 1/4/2015 | Mac Kramble | Atty | Jeff Stokes |

GB0003408

89

| Date | Name | Role | Phone | Signature | | |
|---|---|---|---|---|---|---|
| 1/7/16 | Kevin Coleman | Atty | 574-3800 | | | Megan Allen |
| " | " | " | " | | | Robert Bowlin |
| " | " | " | " | | | William Bonner |
| " | " | " | " | | | Dorn Bailey |
| " | " | " | " | | | Donald Naylor |
| 1/8/15 | E. Frank | Atty | 574-3800 | | | Anthony Holloway |
| " | | | | | | Steven Cruz |
| " | | | | | | Daniel Bryant |
| " | C. Kavanaugh | Atty | | | | Cedric Goodrich |
| 1/8/15 | Sean Johnson | Atty | 574-3800 | | | Henry Oren |
| | | | | | | Hayden, Arnell |
| | | | | | | Swain, Jeremy |
| | | | | | | Bolton, Franklin |
| 1/8/15 | S. Christianson | Atty | 574-3800 | | | Wolfe, Cody |
| " | " | " | " | | | Patrick Sharpie |
| " | " | " | " | | | Jason Meredith |
| " | " | " | " | | | Martin Vickers |
| " | by Pres | Cle??ow | | | | Jaynard Owens |
| | M. Priest | JSW | | | | Breeselove Cool |
| | | | | | | Breedlove Cool |
| 1-8-15 | Joe Christian | Atty | $147,3800 | | | Holly Wilson |
| 1-9-16 | Joe Christian | Atty | $743,800 | | | Aaron Cobb |
| 1/9/16 | Sean Johnson | Atty | 574,3800 | | | Diddrium Carl |
| 1/9/16 | | | 579-6100 | | | Harper, Bryant |
| 1/9/15 | | | 574-3800 | | | Lattie, Geo |
| | | | 574-3800 | | | Lasden, Abdall |

| Name BOLTON, FRANKLIN T | | Booking # 201436818 | Facility 1 |
|---|---|---|---|
| Inmate # 00595460 | Sex MALE | DOB ▮▮▮▮▮ | Book Dt/Tm 12/29/2014 09:55 | Wing H5E |
| Race White/Eurp/ N.Afr/Mid Eas | Age 19 | Release Dt/Tm | Dorm H5E-S1 |

**Status**            In Jail            Classification MX/HB            Cell H5-S1

## Property Items

| Location | Bin | Picture | Qty | Item Nbr | Description | Item Type |
|---|---|---|---|---|---|---|
| J-BIN | 0122 | | 1 | 00272361 | . | JACKET |
| J-BIN | 0122 | | 1 | 00272362 | , | PANTS |
| J-BIN | 0122 | | 1 | 00272361 | , | HAT |
| J-BIN | 0122 | | 1 | 00272362 | , | BANDANA |
| J-BIN | 0122 | | 1 | 00273520 | , | PANTS |
| J-BIN | 0122 | | 1 | 00273520 | , | SHIRT |

Inmate Account Balance            0.00

## Beginning Balances

| Account Name | Balance |
|---|---|
| Spending | $ 0.00 |
| Total | $ 0.00 |

## Begining Money Owed

| Account Name | Balance |
|---|---|
| BOOKING FEE | $ 205.00 |
| Total | $ 205.00 |

## Transactions

| Date Time | Type | Check Nbr Receipt Nbr | Description From/To | Debit Xfer | Credit | Balance Entered By | Payable |
|---|---|---|---|---|---|---|---|
| 02/09/15 12:30 | Comm | | Received from Canteen Interface, Trans ID:930164 | $0.00 | $0.00 | $0.00 | $240.00 |
| 01/26/15 15:00 | Comm | | Received from Canteen Interface, Trans ID:927260 | $0.00 | $0.00 | ADMINISTRATOR, ADMIN $0.00 | $240.00 |
| 01/12/15 13:50 | Comm | | Received from Canteen Interface, Trans ID:924139 | $0.00 | $0.00 | ADMINISTRATOR, ADMIN $0.00 | $240.00 |
| 12/29/14 10:0 | BKFee | | BOOKING FEE | $35.00 | $0.00 | ADMINISTRATOR, ADMIN $0.00 Taylor, Sharon | $240.00 |

## Ending Balances

| Account Name | Balance |
|---|---|
| Spending | $ 0.00 |
| Total | $ 0.00 |

## Ending Money Owed

| Account Name | Balance |
|---|---|
| BOOKING FEE | $ 240.00 |
| Total | $ 240.00 |

Inmate Name BOLTON, FRANKLIN T

Inmate # 00595460

Receipt # 14-129992

Booking # 201436818

Received Date/Time 12/29/2014 10:37

Received By ROY - 25541

Received From

Relationship

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description |
|----------|------|-----|---------|----------|-----------|-------------|
| J-BIN | 0122 | 1 | | 00272361 | JACKET | |
| J-BIN | 0122 | 1 | | 00272362 | PANTS | |
| J-BIN | 0122 | 1 | | 00272361 | HAT | |
| J-BIN | 0122 | 1 | | 00272362 | BANDANA | |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|

Notes

**All properties listed are to be claimed within 30 days of release from custody. After 90 days all unclaimed properties will be disposed of in accordance with K.R.S. 95.180.**

_____      _____
Inmate Signature                    Date

_____      12/29/2014
Officer Signature                   Date

25117 Grieser

02/16/2015 07:21

GB003411
Page: 1

Inmate Name BOLTON, FRANKLIN T

Inmate # 00595460

Receipt # 14-130833

Received Date/Time 12/31/2014 20:08

Booking # 201436818

Received By Gentry - 25799

Received From

Relationship

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Item Type | Description |
|----------|------|-----|---------|----------|-----------|-------------|
| J-BIN | 0122 | 1 | | 00273520 | PANTS | |
| J-BIN | 0122 | 1 | | 00273520 | SHIRT | |

## Money

| Type | CheckNumber | Amount |
|------|-------------|--------|

Notes

**All properties listed are to be claimed within 30 days of release from custody. After 90 days all unclaimed properties will be disposed of in accordance with K.R.S. 95.180.**

_____          _____
Inmate Signature                        Date

_____          _____
Officer Signature                       Date

25117 Grieser

02/16/2015 07:22

**LOUISVILLE METROPOLITAN ~ <TMENT OF CORRECTIONS**

400 S. Sixth Street

Phone: 5025742167     Fax:

## Inmate Report

**Inmate Number : 00595460     Inmate Name : BOLTON, FRANKLIN T**

| Name | BOLTON, FRANKLIN T | | DOB | | Age | 18 | Sex | MALE | Height | 601 | | Weight | 225 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair | Brown | Eye | Brown | | Race | White/Eurp/ N.Afr/Mid Eas | | Ethnicity | | | | SSN | |
| Resident | N | Out of State run away | N | County | | SID | | FBI | | | | | |
| Homeless | N | | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | | | Phone | | |
| Address | | | | | | | | | | | E-Mail | | |

### Additional Info

| Birth Country | United States of America | | State | Kentucky | | City | LOUISVILLE | | | County | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marital Status | Single | | # Children | 1 | | Military Veteran | N | | | Military Service | |
| Religion | Catholic | | # Sisters | | | Caution | N | | | Comments | |
| Handedness | | | # Brothers | | | Deceased | N | | | Date | |
| | | | | | | Disabled | N | | | | |

### Addresses

| Address From | Address To | Address Type | Location | | | | Non-US |
|---|---|---|---|---|---|---|---|
| 12/29/2014 09:55 | 12/29/2014 10:09 | Permanent | | | | | N |
| 08/02/2014 18:18 | 08/10/2014 14:52 | Permanent | | | | | N |
| 08/10/2014 14:52 | 09/06/2014 04:23 | Permanent | | | | | N |
| 09/06/2014 04:23 | 09/09/2014 14:44 | Permanent | | | | | N |
| 09/09/2014 14:44 | 10/27/2014 03:57 | Permanent | | | | | N |
| 10/27/2014 03:57 | 11/13/2014 17:14 | Permanent | | | | | N |

### Contacts

| Contact Type | Name | Phone | Address |
|---|---|---|---|
| Emergency | SANDRA BOLTON | | |

GB003413

## Incompatuaire Details

| Inmate # | Inmate Name | Cell | SID # | Note | Waived |
|---|---|---|---|---|---|
| 00591092 | SOUTHERS, WILLIAM M | | | BOLTON ASSAULTED SOUTHERS | N |

## Appearance Info

| Facial Shape | | | Complexion | | Glasses | |
|---|---|---|---|---|---|---|
| Facial Hair1 | | | Distinct Feature1 | | Contacts | N |
| Facial Hair2 | | | Distinct Feature2 | | Hair Style | |
| Facial Oddity1 | | | Body Build | | Hair Length | |
| Facial Oddity2 | | | Teeth | | Hair Shade | |
| Facial Oddity3 | | | | | | |

## Handicap

| Handicap | Description |
|---|---|
| None | |

## Employer Details

| Employer Name | Occupation | Phone | Address | Status |
|---|---|---|---|---|
| NONE | | | | |
| NONE | | | | |
| NONE | | | | |

## Languages

| Language | Spoken | Written | Read |
|---|---|---|---|
| ENGLISH | Y | Y | Y |

## Education Details

| Education Level | Area of Study | Other Area of Study | School Name | Address |
|---|---|---|---|---|
| 11TH GRADE | | | | |

## Medical Insurance

| Medical Insurance Type | Medical Insurance Company |
|---|---|
| | |

3 of 10

**Inmate #: 00595460   Inmate Name: BOLTON, FRANKLIN T**

## Public Assistance

| Food Stamp | N | | SSI | N | | Cash Assistance | N | | Disability | N |
|---|---|---|---|---|---|---|---|---|---|---|

## Booking Details

| | |
|---|---|
| Booking # | 201436818 |
| Booking Type | Standard |
| Facility | 1- MAIN JAIL COMPLEX |
| Arrival DtTm | |
| Committed Agency | LOUISVILLE METRO POLICE |

| | |
|---|---|
| Juvenile | N |
| Booking DtTm | 12/29/2014 09:55 |
| Medical Alert | |

| | |
|---|---|
| Search By | |
| Sentence Status | |
| SSA Status | |
| DOC Compliance | |
| Pride Date | |
| Cell | H5-S1 |

| | |
|---|---|
| Search Type | |
| Sentence Status Dt | |
| SSA Date | |
| DOC Compliance Dt | |
| Video Rights | N |
| Bed | 005 |

| | |
|---|---|
| Sex Offender | N |
| SORNA | |
| SOR Level | |

| | |
|---|---|
| Confinement | |
| Booking Officer | Taylor, Sharon |
| Eligible For Parole | N |
| Cell Note | |

## Arrest Details

| | |
|---|---|
| Arrest Number | 65428 |
| Arresting Agency | LOUISVILLE METRO POLICE |

| | |
|---|---|
| Arrest DtTm | 12/29/2014 08:24 |
| Vehical Disp | |

| | |
|---|---|
| Arrest Officer | Pratik Ramani |

## Booking Charge Details

| | |
|---|---|
| Reference Nbr | 14458 |
| Warrant # | M377669 |
| Docket # | |
| Court Case # | 14F014260 |
| Judge Name | |
| Statute | 10060 |
| Category | FELONY |
| Offence DtTm | |
| Arrest DtTm | |
| Arresting Agency | |

| | |
|---|---|
| Document Type | Fresh Arrest |
| Citation # | |
| Docket # 2 | |
| Court | 301 |
| Description | KIDNAPPING-ADULT |
| Charge Status DtTm | |
| Class | CLASS A FELONY |
| Charge DtTm | |
| Charge Status | |

| | |
|---|---|
| CAD Case # | |
| OBTS # | |
| Modifier | |
| Disposition DtTm | 02/16/2015 15:31 |
| Charge Disposition | DECEASED |
| Dispose By | Nicolas-Bates, Marylea |

Inmate : 00595460   Inmate Name : BOLTON, FRANKLIN T

## Booking Charge Details

| Field | Value | Field | Value |
|---|---|---|---|
| Reference Nbr | 14459 | Document Type | Fresh Arrest |
| Warrant # | M377669 | Citation # | |
| Docket # | | Docket # 2 | |
| Court Case # | 14F014260 | Court | 301 |
| Judge Name | | | |
| Statute | 10060 | Description | KIDNAPPING-ADULT |
| Category | FELONY | Charge Status DtTm | |
| | | Class | CLASS A FELONY |
| Offence DtTm | | Charge DtTm | |
| Arrest DtTm | | Charge Status | |
| Arresting Agency | | | |

| CAD Case # | |
|---|---|
| OBTS # | |
| Modifier | |

| Disposition DtTm | 02/16/2015 15:32 |
|---|---|
| Charge Disposition | DECEASED |
| Dispose By | Nicolas-Bates, Marylea |

## Booking Charge Details

| Field | Value | Field | Value |
|---|---|---|---|
| Reference Nbr | 14460 | Document Type | Fresh Arrest |
| Warrant # | M377669 | Citation # | |
| Docket # | | Docket # 2 | |
| Court Case # | 14F014260 | Court | 301 |
| Judge Name | | | |
| Statute | 12002 | Description | ROBBERY, 1ST DEGREE |
| Category | FELONY | Charge Status DtTm | |
| | | Class | CLASS C FELONY |
| Offence DtTm | | Charge DtTm | |
| Arrest DtTm | | Charge Status | |
| Arresting Agency | | | |

| CAD Case # | |
|---|---|
| OBTS # | |
| Modifier | |

| Disposition DtTm | 02/16/2015 15:32 |
|---|---|
| Charge Disposition | DECEASED |
| Dispose By | Nicolas-Bates, Marylea |

Inmate I. . .er : 00595460   Inmate Name : BOLTON, FRANKLIN T

**Booking Charge Details**

| Reference Nbr | 14461 | | Document Type | Fresh Arrest | | CAD Case # | |
| Warrant # | M377669 | | Citation # | | | OBTS # | |
| Docket # | | | Docket # 2 | | | Modifier | |
| Court Case # | 14F014260 | | Court | 301 | | | |
| Judge Name | | | | | | | |
| Statute | 12002 | | Description | ROBBERY, 1ST DEGREE | | | |
| Category | FELONY | | Charge Status DtTm | | | Disposition DtTm | 02/16/2015 15:32 |
| Offence DtTm | | | Class | CLASS C FELONY | | Charge Disposition | DECEASED |
| Arrest DtTm | | | Charge DtTm | | | Dispose By | Nicolas-Bates, Marylea |
| Arresting Agency | | | Charge Status | | | | |

**Booking Charge Details**

| Reference Nbr | 14477 | | Document Type | Added Charge | | CAD Case # | |
| Warrant # | N090903 | | Citation # | | | OBTS # | |
| Docket # | | | Docket # 2 | | | Modifier | |
| Court Case # | 14F014264 | | Court | 301 | | | |
| Judge Name | | | | | | | |
| Statute | 42205 | | Description | POSS CONT SUB 1ST DEG 1ST OFF (HEROIN) | | | |
| Category | FELONY | | Charge Status DtTm | | | Disposition DtTm | 02/16/2015 15:32 |
| Offence DtTm | | | Class | CLASS D FELONY | | Charge Disposition | DECEASED |
| Arrest DtTm | | | Charge DtTm | | | Dispose By | Nicolas-Bates, Marylea |
| Arresting Agency | | | Charge Status | | | | |

5 of 10

GB003417

Inmate : 00595460   Inmate Name : BOLTON, FRANKLIN T

## Booking Charge Details

| Reference Nbr | 14478 | | Document Type | Added Charge | | CAD Case # | |
|---|---|---|---|---|---|---|---|
| Warrant # | IN090903 | | Citation # | | | OBTS # | |
| Docket # | | | Docket # 2 | | | Modifier | |
| Court Case # | 14F014264 | | Court | 301 | | | |
| Judge Name | | | | | | | |
| Statute | 49031 | | Description | PROMOTING CONTRABAND - 1ST DEGREE | | | |
| Category | FELONY | | Charge Status DtTm | | | Disposition Dttm | 02/16/2015 15:32 |
| Offence DtTm | | | Class | CLASS D FELONY | | Charge Disposition | DECEASED |
| Arrest DtTm | | | Charge DtTm | | | Dispose By | Nicolas-Bates, Marylea |
| Arresting Agency | | | Charge Status | | | | |

## Booking Charge Details

| Reference Nbr | 14479 | | Document Type | Added Charge | | CAD Case # | |
|---|---|---|---|---|---|---|---|
| Warrant # | IN090903 | | Citation # | | | OBTS # | |
| Docket # | | | Docket # 2 | | | Modifier | |
| Court Case # | 14F014264 | | Court | 301 | | | |
| Judge Name | | | | | | | |
| Statute | 42330 | | Description | POSS OF MARIJUANA | | | |
| Category | MISDEMEANOR | | Charge Status DtTm | | | Disposition Dttm | 02/16/2015 15:32 |
| Offence DtTm | | | Class | CLASS B MISDEMEANOR | | Charge Disposition | DECEASED |
| Arrest DtTm | | | Charge DtTm | | | Dispose By | Nicolas-Bates, Marylea |
| Arresting Agency | | | Charge Status | | | | |

GB003418

Inmate ..aer : 00595460   Inmate Name : BOLTON, FRANKLIN T

**Booking Charge Details**

| | |
|---|---|
| Reference Nbr | 14480 |
| Warrant # | N090903 |
| Docket # | |
| Court Case # | 14F014264 |
| Judge Name | |
| Statute | 50230 |
| Category | FELONY |
| Offence DtTm | |
| Arrest DtTm | |
| Arresting Agency | |

| | |
|---|---|
| Document Type | Added Charge |
| Citation # | |
| Docket # 2 | |
| Court | 301 |
| Description | TAMPERING WITH PHYSICAL EVIDENCE |
| Charge Status DtTm | |
| Class | CLASS D FELONY |
| Charge DtTm | |
| Charge Status | |

| | |
|---|---|
| CAD Case # | |
| OBTS # | |
| Modifier | |
| Disposition Dttm | 02/16/2015 15:32 |
| Charge Disposition | DECEASED |
| Dispose By | Nicolas-Bates, Marylea |

**Booking Charge Details**

| | |
|---|---|
| Reference Nbr | 18208 |
| Warrant # | 14F010111 |
| Docket # | |
| Court Case # | 14F010111 |
| Judge Name | |
| Statute | 100001 |
| Category | NON-CRIMINAL |
| Offence DtTm | |
| Arrest DtTm | |
| Arresting Agency | |

| | |
|---|---|
| Document Type | Fresh Arrest |
| Citation # | |
| Docket # 2 | |
| Court | |
| Description | NOT HELD ON CHARGE |
| Charge Status DtTm | |
| Class | NON-CRIMINAL |
| Charge DtTm | |
| Charge Status | |

| | |
|---|---|
| CAD Case # | |
| OBTS # | |
| Modifier | |
| Disposition Dttm | 01/09/2015 18:33 |
| Charge Disposition | COURT ORDER |
| Dispose By | HASSELBACK, ANDREW |

Printed By Troutman, Iryt On 02/17/2015 10:50

GB003419

Inmate: 00595460   Inmate Name: BOLTON, FRANKLIN T

**Booking Charge Details**

| Reference Nbr | 18209 | Document Type | Fresh Arrest | CAD Case # | |
|---|---|---|---|---|---|
| Warrant # | 14M019692 | Citation # | | OBTS # | |
| Docket # | | Docket # 2 | | Modifier | |
| Court Case # | 14M019692 | Court | | | |
| Judge Name | | | | | |
| Statute | 100001 | Description | NOT HELD ON CHARGE | | |
| Category | NON-CRIMINAL | Charge Status DtTm | | | |
| Offence DtTm | | Class | NON-CRIMINAL | Disposition DtTm | 01/09/2015 18:34 |
| Arrest DtTm | | Charge DtTm | | Charge Disposition | COURT ORDER |
| Arresting Agency | | Charge Status | | Dispose By | HASSELBACK, ANDREW |

**Booking Charge Details**

| Reference Nbr | 18210 | Document Type | Fresh Arrest | CAD Case # | |
|---|---|---|---|---|---|
| Warrant # | 14M012404 | Citation # | | OBTS # | |
| Docket # | | Docket # 2 | | Modifier | |
| Court Case # | 14M012404 | Court | | | |
| Judge Name | | | | | |
| Statute | 02680 | Description | PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) | | |
| Category | NON-CRIMINAL | Charge Status DtTm | | | |
| Offence DtTm | | Class | NON-CRIMINAL | Disposition DtTm | 01/09/2015 18:35 |
| Arrest DtTm | | Charge DtTm | | Charge Disposition | DECEASED |
| Arresting Agency | | Charge Status | | Dispose By | HASSELBACK, ANDREW |

Inmate ...... .er : 00595460     Inmate Name : BOLTON, FRANKLIN T

## Sent.... Details

| Mitt/Trans No | |
|---|---|
| Conviction Date: | |
| Sentence Date: | |
| Court Code: | |

| | |
|---|---|
| Good Time | N |
| Alternate Credit | N |
| Work Credit | N |

| | |
|---|---|
| Manual Sentence Calculation | N |
| DOC - Unknown Release Dt | N |
| Clock Stopped | N |
| Sentence By Hours | N |

| Start DtTm | 01/09/2015 00:00 |
|---|---|

| Est Complete DtTm: | |
|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SentenceTotal | | Years | 0 | Months | 0 | Days | 180 | Hours | 0 |
| Amount To Suspend | | Years | 0 | Months | 0 | Days | 0 | Hours | 0 |
| Minimum To Serve | | Years | 0 | Months | 0 | Days | 0 | Hours | 0 |

| Credit For Time Served | 0 | Dead Time | 0 |
|---|---|---|---|

Comment :

| Effective Start DtTm | 01/09/2015 00:00 |
|---|---|
| Min Complete DtTm: | |
| Max Sentence DtTm | 07/07/2015 00:00 |
| Actual Complete DtTm | |

## Cell Transfer Details

| Cell Name | Assign Date Time | End Date Time | Reason | Cell Transfer By | Comments |
|---|---|---|---|---|---|
| PASSIVE | 12/29/2014 09:55 | 12/29/2014 11:45 | | FERGUSON, KYLE | |
| J1-R-3 | 12/29/2014 11:45 | 12/31/2014 01:34 | | BURBA, JASON | |
| J1-R-1 | 12/31/2014 01:34 | 12/31/2014 21:29 | | SPAULDING, YUKETHYA | Group Transfer |
| H5W-01 | 12/31/2014 21:29 | 01/02/2015 18:45 | | WELLS, STEVEN | Group Transfer |
| J2W-12 | 01/02/2015 18:45 | 01/05/2015 17:35 | | PORRO, ALAIN | |
| H6W-02 | 01/05/2015 17:35 | 01/06/2015 06:05 | Movelist | POPP, ADAM | |
| H5-E | 01/06/2015 06:05 | 01/14/2015 13:11 | Movelist | LOPEZ, DAVID A | |
| H5W-08 | 01/14/2015 13:11 | 01/28/2015 11:38 | | ALVIS, DEVAIN | |
| J3N-3B | 01/28/2015 11:38 | 01/30/2015 05:27 | | Kirk, Timothy | |
| H5-N1 | 01/30/2015 05:27 | 02/07/2015 04:38 | | LOPEZ, DAVID A | |
| H5-S1 | 02/07/2015 04:38 | 02/16/2015 15:54 | Movelist | Holt, Vinese | |

## Activity Details

| Activity | Location | Note | Start Date Time | End Date Time |
|---|---|---|---|---|
| CRT | SHERIFF COURT HOLD | | 01/09/2015 14:27 | 01/09/2015 15:46 |
| HOSP | Hosp-ER | | 02/16/2015 06:37 | 02/16/2015 15:54 |

Printed By Troutman, Iryt On 02/17/2015 10:50

GB003421

Inmate ...oer : 00595460   Inmate Name : BOLTON, FRANKLIN T

Inmate 1...sactions

**Account Type** | Spend

| Date | Description | Trans Code | Credit Amt | Debit Amt | Balance | Payable Balance | Officer Name |
|---|---|---|---|---|---|---|---|
| 08/02/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $35.00 | Pendley, Stephanie |
| 08/10/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $70.00 | Taylor, Sharon |
| 09/06/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $105.00 | Simms, Jason |
| 09/09/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $140.00 | Taylor, Sharon |
| 10/27/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $175.00 | Simms, Jason |
| 11/01/2014 | 1-1 | wap | $2.00 | $0.00 | $0.00 | $173.00 | CALLAHAN, MICHAEL |
| 11/03/2014 | 1/1 | wap | $2.00 | $0.00 | $0.00 | $171.00 | Goff, Ernest |
| 11/06/2014 | H5 1-1 | wap | $1.00 | $0.00 | $0.00 | $170.00 | CALLAHAN, MICHAEL |
| 11/13/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $205.00 | EGGLESTON, MARGARET |
| 11/18/2014 | Received from Canteen Interface, Trans ID:913231 | Comm | $0.00 | $0.00 | $0.00 | $205.00 | ADMINISTRATOR, ADMIN |
| 12/02/2014 | Received from Canteen Interface, Trans ID:915750 | Comm | $0.00 | $0.00 | $0.00 | $205.00 | ADMINISTRATOR, ADMIN |
| 12/29/2014 | BOOKING FEE | BKFee | $0.00 | $35.00 | $0.00 | $240.00 | Taylor, Sharon |
| 01/12/2015 | Received from Canteen Interface, Trans ID:924139 | Comm | $0.00 | $0.00 | $0.00 | $240.00 | ADMINISTRATOR, ADMIN |
| 01/26/2015 | Received from Canteen Interface, Trans ID:927260 | Comm | $0.00 | $0.00 | $0.00 | $240.00 | ADMINISTRATOR, ADMIN |
| 02/09/2015 | Received from Canteen Interface, Trans ID:930164 | Comm | $0.00 | $0.00 | $0.00 | $240.00 | ADMINISTRATOR, ADMIN |

0801   On scene

0815   Security check Scott          16 Feb 2015

0824   Sgt. Allen   ✓
  28   Sgt. Allen   ✓
0829   Exit
0834   Major. Davis, Cpt. Walker
       Sgt. Motgomry, Lt. Brown
0837   Depart

0845   Security check Scott
0907 10min   Break Scott
0915   Return

0923   Security check Scott
0929   PIU.   Sgt. Rivera
       Crime Scene Unit. Williams   ofc.
       OFC. MAY (P.S.U)

0950   Security ✓ OFC. Scott
1006   Security ✓ OFC. Scott
1019   Sgt. Joyner, Mindy PIU
1020   Security ✓ Scott, Sgt. Allen
1026   ●●● Out to make phono call
10:37   All P.S.U Depart
1054   Cell 4, 6 Departed to talk to PSU


                              Scotts notes

GB003423

16 Feb 2015

0801 On scene
0815 Security Check Scott
0824 Sgt. Allen ✓
0?8 Sgt. Allen ✓
0829 Exit
0834 Major, Davis, Cpt. Walker
      Sgt. Matgumry, Lt. Brown
0837 Depart
0845 security check Scott
0901 10min Break Scott
0915 Return
0923 Security Check Scott
0929 PIU. Sgt. Rivera
      Crime scene Unit. Williams ore.
      OFC. MAY (P.S.U)

0450 Security ✓ OFC. Scott
1006 Security ✓ OFC. Scott
1019 Sgt. Journey, Mindy PIU
1020 Security ✓ Scott, Sgt. Allen
1026 ●●● Out to make phono call
10:37 All P.S.U Depart
1054 Cell 4, 6 Departed to talk to PSU

GB003424

6:10   6:14 Notify Medical          Franklin Bolton
        6:15 Notify Sgt              SI #5
        6:17 Med arrives / SGT

        621. Lt arrives

        625   TJ call to Confirm inmate name
        627 EMS arrive on floor
            Audry / Arnold

        629 TJ arrives
        633 TJ leaves
        639 EMS leaves floor
        641 Lt Brown leaves
            N, H, R
        656 - EMS departs Jail

Sgt
Llasuro          Sgt Montgomery
arnold           Lt Brown
Audrey           Nurse Nichols     King - relieve Simpson
Madden           Nurse Hatchett    Simpson, E - escort to,
Lopez            Nurse Reece           hospital
Atty                7 - EMS
Mills

GB003425

**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**

WALK _E_     DATE_____

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | All Quiet | QC |
| 0000 | All Quiet | QC |
| 0030 | All Quiet | QC |
| 0100 | All Quiet | QC |
| 0225 | All Quiet | QC |
| 0141 | An Affairs Secute | Tm |
| 0216 | All Quiet | QC |
| 0238 | An Affairs Secute | Tm |
| 0300 | All Quiet | QC |
| 0320 | All Quiet | QC |
| 0345 | All Quiet | QC |
| 0455 | An Affairs Secute | Tm |
| 0520 | All Quiet | QC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE

OFFICERS SIGNATURE                    SUPERVISORS SIGNATURE

GB003426



### HALL OF JUSTICE 5TH FLOOR
### OBSERVATION SHEET

WALK _5_ DATE _____

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | Ald sleur | OC |
| 0000 | Ald sleur | OC |
| 0030 | Ald sleur | OC |
| 0100 | Ald sleur | OC |
| 0127 | Ald sleur | OC |
| 0157 | An Alleen ewato | Bn |
| 0208 | An Alleen ewato | Bn |
| 0238 | Sldeur | |
| 0300 | An Alleen ewato | Bn |
| 0320 | Ald sone | OC |
| 0348 | An Alleen ewato | Bn |
| 0415 | Sldeur | OC |
| 0450 | Ald sleur | OC |
| 0510 | Sldeur | OC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE

OFFICERS SIGNATURE

SUPERVISORS SIGNATURE

GB003427

**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**

WALK _N_   DATE _____

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | All clear | C |
| 0000 | All clear | C |
| 0030 | All clear | C |
| 0100 | All clear | C |
| 0120 | All clear | C |
| 0139 | All Officers Secure | fm |
| 0205 | All Officers Secure | fm |
| 0235 | All clear | fm |
| 0300 | All clear | C |
| 0320 | All clear | C |
| 0342 | All clear | C |
| 0415 | All Officers Secure | fm |
| 0451 | All Officers Secure | fm |
| 0520 | All clear | C |

_____
OFFICERS SIGNATURE

_____
OFFICERS SIGNATURE

_____
SUPERVISORS SIGNATURE

GB003428



### HALL OF JUSTICE 5TH FLOOR
### OBSERVATION SHEET



WALK D4   DATE 2-16-15.

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2326 | All Secure | BM |
| 2354 | all mrs n | m |
| 0016 | all mrs | m |
| 0036 | all mrs | m |
| 0050 | All Sen | BM |
| 0121 | All Secure | BM |
| 0152 | All Secure | BM |
| 0227 | All Secure | BM |
| 0242 | all mrs | m |
| 0308 | all mrs | m |
| 0334 | all mrs | m |
| 0350 | all mrs | m |
| 0351 | Security Sgt Manning #341 | m |
| 0421 | All Secure | BM |
| 0455 | All Secure | BM |
| 0501 | all mrs m | m |
| 0531 | all mrs | m |
| 0601 | All Secure | BM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

B. Mills 591

**OFFICERS SIGNATURE**

Phillips 728

**OFFICERS SIGNATURE**

**SUPERVISORS SIGNATURE**

GB003429



**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**

WALK D 8    DATE 2-16-15.



| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2327 | All   Secure | Bm |
| 2356 | All   ms hm | Bm |
| 0014 | All  ms hm | Bm |
| 0039 | All  ms m | |
| 0050 | All   Secure | Bm |
| 0122 | All  ms Sm | B/m |
| 0144 | All  ms m | |
| 0220 | All  ms m | Bm |
| 0241 | All  ms m | m |
| 0315 | All   Sem | Bm |
| 0347 | All   Secure | Bm |
| 0350 | Secure, Sgt Montgomy #301 | Pm |
| 0423 | All  Sedue | Bm |
| 0453 | All   Sem | Bm |
| 0513 | All  past m | Bm |
| 0533 | All  msm m | m |
| 0603 | All  Secure | Bm |

R. Mills 591
**OFFICERS SIGNATURE**

Atty #728
**OFFICERS SIGNATURE**

_____
**SUPERVISORS SIGNATURE**

GB003430

**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**

WALK D9   DATE 2-16-15

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2325 | All Secure | BM |
| 2357 | all secure | BM |
| 0036 | All Secure | BM |
| 0051 | All Secure | BM |
| 0120 | All Secure | BM |
| 0151 | all secure | BM |
| 0214 | all secure | BM |
| 0230 | All Secure | BM |
| 0252 | All Sec | BM |
| 0320 | All Secure | BM |
| 0350 | all secure | BM |
| 0405 | All Secure | BM |
| 0430 | All Sec | BM |
| 0500 | All Secure | BM |
| 0523 | all secure | BM |
| 0600 | All Secure | BM |

B. Mills 591
**OFFICERS SIGNATURE**

**OFFICERS SIGNATURE**

**SUPERVISORS SIGNATURE**

GB003431

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Sisco, Thomas

Age: 37          Sex: M          Race: C          Date: 2·16·05

ft Supervisor: _____     Shift: 3          DOB: ▓▓▓▓▓

Loc: SEN1 # 1

### Acute Housing Status: (circle one)     Level 1 | Level 2     Psych     Medical     Seizure     Detox
Security Checks every 15 minutes          I/M 1:1  Y/N?  (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | |
| 2340 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0020 | | ✓ | | | | | | | |
| 0040 | | ✓ | | | | | | | |
| 0100 | | ✓ | | | | | | | |
| 0120 | | ✓ | | | | | | | |
| 0137 | | ✓ | | | | | | | |
| 0204 | | ✓ | | | | | | | |
| 0233 | | ✓ | | | | | | | |
| 0300 | | ✓ | | | | | | | |
| 0323 | | ✓ | | | | | | | |
| 0340 | | ✓ | | | | | | | |
| 0340 | | ✓ | | | | | | | |
| 0440 | | ✓ | | | | | | | |
| 0450 | | ✓ | | | | | | | |
| 0520 | | ✓ | | | | | | | |
| 0545 | | ✓ | | | | | | | |
| 0610 | | ✓ | | | | | | | |
| 0630 | | ✓ | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____     Officer's Signature: _____
Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
                                                          Badge #: _____

GB003432

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Ritter, Lonnie

Age: 43          Sex: M          Race: C          Date: 2-16-15

Shift Supervisor: _____          Shift: 3          DOB: ▓▓▓▓

Loc: SEN1 #2

### Acute Housing Status: (circle one)        Level 1    Level 2    Psych    Medical    (Seizure)    Detox
Security Checks every 15 minutes                                    I/M 1:1   Y/N?   YES

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | |
| 2940 | | ✓ | | | | | | | Bm |
| 0000 | | ✓ | | | | | | | Bm |
| 0020 | | ✓ | | | | | | | Bm |
| 0040 | | ✓ | | | | | | | Bm |
| 0100 | | ✓ | | | | | | | Bm |
| 0120 | | ✓ | ✓ | | | | | | Bm |
| 0137 | | ✓ | | | | | | | OC |
| 0204 | | ✓ | | | | | | | OC |
| 0235 | | ✓ | ✓ | | | | | | Bm |
| 0300 | | ✓ | ✓ | | | | | | OC |
| 0325 | | ✓ | ✓ | | | | | | OC |
| 0340 | | ✓ | | | | | | | OC |
| | | ✓ | | | | | | | Bm |
| 0440 | | ✓ | | | | | | | Bm |
| 0450 | | ✓ | | | | | | | Bm |
| 0520 | | ✓ | | | | | | | Bm |
| 0545 | | ✓ | | | | | | | Bm |
| 0610 | | ✓ | | | | | | | OC |
| 0630 | | ✓ | | | | | | | OC |
| | | | | | | | | | OC |

Officer's Initials: _____    Officer's Signature: _____    Badge #: _____

Officer's Initials: _____    Officer's Signature: _____    Badge #: _____

GB003433

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: _Sherley, Donald_

Age: _27_     Sex: _M_     Race: _C_     Date: _2-16-15_

___ft Supervisor: _____     Shift: _3_     DOB: ▓▓▓▓▓

**Acute Housing Status: (circle one)**     Loc: _SEN1 #3_

Security Checks every (15) minutes

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Level 1 Using bathroom | Level 2 Talking to others | Psych Laughing | Medical I/M 1:1  Y/N? Crying | Seizure (YES) SELF STIMULATING: Rocking, Masturbating, talking to self, singing | Detox | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | | |
| 2340 | | ✓ | | | | | | | | |
| 0000 | | ✓ | | | | | | | | Bn |
| 0020 | | ✓ | | | | | | | | Bn |
| 0040 | | ✓ | | | | | | | | Bn |
| 0100 | | ✓ | | | | | | | | Bn |
| 0120 | | ✓ | | | | | | | | Bn |
| 0137 | | ✓ | | | | | | | | Bn |
| 0204 | | ✓ | | | | | | | | Bn |
| 0208 | | ✓ | | | | | | | | Bn |
| 0400 | | ✓ | | | | | | | | Bn |
| 0328 | | ✓ | | | | | | | | Bn |
| 0336 | | ✓ | | | | | | | | Bn |
| | | | | | | | | | | O.C |
| 0545 | | ✓ | | | | | | | | Bn |
| 0610 | | ✓ | | | | | | | | Bn |
| 0630 | | ✓ | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Officer's Initials: ___     Officer's Signature: _____     Badge #: _____

Officer's Initials: ___     Officer's Signature: _____     Badge #: _____

Officer's Initials: ___     Officer's Signature: _____     Badge #: _____

Officer's Signature: _____     Badge #: _____

## LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Miskell, Steven

Age: 29     Sex: M     Race: C     Date: 2-16-15

Shift Supervisor: _____     Shift: 3     DOB: ▓▓▓▓

**Acute Housing Status: (circle one)**     Loc: SENI #4

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 232p | | ✓ | | | | | | | |
| 234p | | ✓ | | | | | | | |
| 0002 | | | | | | | | | |
| 0020 | | ✓ | | | | | | | Bm |
| 0040 | | ✓ | | | | | | | Bm |
| 0100 | | | | | | | | | Bm |
| 0120 | | ✓ | | | | | | | Bm |
| 0137 | | | | | | | | | Bm |
| 0204 | | | | | | | | | Bm |
| 0235 | | | ✓ | | | | | | Bm |
| 0300 | | | | | | | | | Bm |
| 0320 | | ✓ | | | | | | | Bm |
| 40 | | | | | | | | | Bm |
| 45 | | | | | | | | | C |
| 0500 | | ✓ | | | | | | | C |
| 0520 | | | | | | | | | C |
| 0545 | | ✓ | | | | | | | Bm |
| 0600 | | ✓ | | | | | | | Bm |
| 0630 | | ✓ | | | | | | | C |
| | | | | | | | | | DC |

Officer's Initials: _____  Officer's Signature: _____  Badge #: _____
Officer's Initials: _____  Officer's Signature: _____  Badge #: _____
Officer's Initials: _____  Officer's Signature: _____  Badge #: _____
Initials: _____  Officer's Signature: _____  Badge #: _____

GB003435

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Cope, William

Age: 42     Sex: M     Race: C     Date: 2-16-15

ift Supervisor: _____     Shift: 3     DOB: ~~_____~~

**Acute Housing Status: (circle one)**     Level 1     Level 2     Psych     Medical     Loc: SENI #5

Security Checks every (15) minutes     1/M 1:1   Y/N? (YES)   Detox

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|------|------|------|------|------|------|------|------|------|------|
| 2320 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0030 | | ✓ | | | | | | | Bu |
| 0100 | | ✓ | | | | | | | OC |
| 0130 | | ✓ | | | | | | | OC |
| 0138 | | ✓ | | | | | | | OC |
| 0204 | | ✓ | | | | | | | Bu |
| 0235 | | ✓ | | | | | | | Bu |
| 0300 | | ✓ | | | | | | | Bu |
| 0323 | | ✓ | | | | | | | OC |
| 0340 | | ✓ | | | | | | | OC |
| 0415 | | ✓ | | | | | | | Bu |
| 0450 | | ✓ | | | | | | | Bu |
| | | | | | | | | | OC |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ficer's Initials: _____     Officer's Signature: _____
ficer's Initials: _____     Officer's Signature: _____     Badge #: _____
ficer's Initials: _____     Officer's Signature: _____     Badge #: _____
icer's Initials: _____     Officer's Signature: _____     Badge #: _____
                                                                      Badge #: _____

GB003436

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Aubrey, James

Age: 37     Sex: M     Race: C     Date: 2-16-15

Shift Supervisor: _____     Shift: 3     DC ▬▬▬▬

Acute Housing Status: (circle one)     Loc: 5EN1 #7

Security Checks every 15 minutes

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Level 1 Using bathroom | Level 2 Talking to others | Psych Laughing | Medical I/M 1:1 Y/N? Crying | Seizure YES SELF STIMULATING: Rocking, Masturbating, talking to self, singing | Detox OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2321 | | | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0030 | | ✓ | | | | | | | |
| 0103 | | ✓ | | | | | | | Bm |
| 0120 | | ✓ | | | | | | | BC |
| 0134 | | ✓ | | | | | | | DC |
| 0205 | | | | | | | | | DC |
| 0235 | | ✓ | | | | | | | DC |
| 0300 | | ✓ | | | | | | | Bm |
| 0523 | | ✓ | | | | | | | Bm |
| 0340 | | | | | | | | | DC |
| 2 | | | | | | | | | DC |
| 53 | | | | | | | | | Q |
| 0520 | | ✓ | | | | | | | Bm |
| | | | | | | | | | Bm |
| | | | | | | | | | Bm |
| | | | | | | | | | Q |

Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
Officer's Initials: _____     Officer's Signature: _____     Badge #: _____
                                Officer's Signature: _____     Badge #: _____

GB003437

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Douglas, Decarlo

Age: 26    Sex: M    Race: A A    Date: 2-16-15

Shift Supervisor: _____    Shift: 3    DO: ~~_____~~    Loc: SEN1 #10

**Acute Housing Status: (circle one)**    Level 1    Level 2    Psych    Medical

Security Checks every 15 minutes

I/M 1:1  Y/N? __ YES    Seizure    Detox

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 7320 | | | | | | | | | |
| 0800 | | ✓ | | | | | | | |
| 0030 | | ✓ | | | | | | | |
| 0800 | | ✓ | | | | | | | |
| 0190 | | ✓ | | | | | | | |
| 0139 | | ✓ | | | | | | | |
| 0205 | | ✓ | | | | | | | |
| 0223 | | | ✓ | | | | | | |
| 0300 | | ✓ | | | | | | | |
| 0328 | | | | | | | | | |
| 0341 | | ✓ | | | | | | | |
| 0212 | | ✓ | | | | | | | |
| 0453 | | ✓ | | | | | | | |
| | | ✓ | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____

Initials: _____   Officer's Signature: _____   Badge #: _____

Badge #: _____

GB003438

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Johnson, Anthony

Age: 28       Sex: M       Race: AA       Date: 2-16-15

Shift Supervisor: _____     Shift: 3     DO█████████

Loc: SENI #11

**Acute Housing Status: (circle one)**

Security Checks every 15 minutes

Medical I/M 1:1  Y/N?  YES

Seizure

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Level 1 Using bathroom | Level 2 Talking to others | Psych Laughing | Medical Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | Detox OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2330 | | ✓ | | | | | | | |
| 0000 | | | | | | | | | |
| 0030 | | ✓ | | | | | | | |
| 0100 | | ✓ | | | | | | | OC |
| 0130 | | | | | | | | | OC |
| 0140 | | = | | | | | | | OC |
| 0206 | | = | | | | | | | OC |
| 023 | | | | | | | | | Pam |
| 0300 | | ✓ | | | | | | | Bull |
| 0928 | | | | | | | | | |
| 0342 | | | | | | | | | |
| 0155 | | = | | | | | | | OC |
| 3 | | = | | | | | | | OC / Bull |
| 20 | | = | | | | | | | Pam / Bull |
| | | | | | | | | | OC |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____
Officer's Initials: _____   Officer's Signature: _____
Officer's Initials: _____   Officer's Signature: _____     Badge #: _____
Officer's Initials: _____   Officer's Signature: _____     Badge #: _____
                                                                Badge #: _____
                                                                Badge #: _____

GB003439

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Brown, John

Age: 31     Sex: M     Race: AA     Date: 2-16-15

Shift Supervisor: _____     Shift: 3     DOB: ███████

**Acute Housing Status: (circle one)**     Level 1     Level 2     Psych     Medical     ~~Seizure~~     Detox

Loc: 5EN1 #6

Security Checks every 15 minutes     i/M 1:1  Y/N? __ YES

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|------|------|------|------|------|------|------|------|------|------|
| 2320 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0030 | | ✓ | | | | | | | Bu |
| 0100 | | ✓ | | | | | | | |
| 0120 | | ✓ | | | | | | | |
| 0134 | | ✓ | | | | | | | |
| 0200 | | ✓ | | | | | | | |
| 0233 | | ✓ | ✓ | | | | | | |
| 0300 | | ✓ | | | | | | | |
| 0325 | | ✓ | | | | | | | |
| 03__ | | ✓ | ✓ | | | | | | |
| 0457 | | ✓ | | | | | | | |
| 0510 | K58 | Moved to JI | | | | | | | |
| | | | | | | | | | |

Officer's Initials: ____  Officer's Signature: _____     Badge #: _____
Officer's Initials: ____  Officer's Signature: _____     Badge #: _____
Officer's Initials: ____  Officer's Signature: _____     Badge #: _____
Officer's Initials: ____  Officer's Signature: _____     Badge #: _____

GB003440

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Jail ORI: KY0568000

## PERSONAL INFORMATION

BOLTON, FRANKLIN T

| | | | | |
|---|---|---|---|---|
| Alias: | | | **Height:** 6'01" | |
| Race: | W | **Sex:** M | **Weight:** 225 | |
| Address: | | | | |
| Hair: | BRO | **Eyes:** BRO | **Comp:** | |
| Glasses: | | **SSN:** | **DL#:** | |
| Phone No: | | **Inmate Nbr:** 00595460 | **DOB:** | (Age: Arrest-18 Now-19) |
| FBI: | 861851AE3 | **SID:** A0724276 | | |

Citizenship: United States of America

US Marshall Number:

Religion: Catholic

Education Level: 11TH GRADE

Body Build:

Ethnicity:

POB: United States of America

Birth State: KY

Birth City: LOUISVILLE

Marital Status: Single

Militry Veteran:

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|

Total Number of Rows:     0

## ARREST INFORMATION

| | | | |
|---|---|---|---|
| **Booking #:** 201436818 | **Arresting Agency:** LOUISVILLE METRO POLICE | **Arresting Officer:** R JONES | **Case #:** 14F014260 |
| **Booking Officer:** Taylor, Sharon | **Inmate Account Balance:** $ 0.00 | **Booking Date/Time:** 12/29/2014 09:55 | **Release Date/Time:** | **Housed:** H5-S1/005 |

Arrest Note: ABOVE DEFT UNLAWFULLY RESTRAINED TWO VICTIMS @ KNIFEPOINT AND THREATENED TO KILL THE VICTIMS IF THEY DID NOT COOPERATE. ABOVE HANDCUFFEDONE OF THE VICTIMS TOOK HER CELLPHONE, CAR KEYS, AND STOLE HER CAR. DEFT FORCED THE OTHER VICTIM TO LEAVE THE RESIDENCE W/HIM AND DRIVE THE VICTIMS CAR. DEFT WAS CAUGHT WHEN HE TRIED TO DRIVE AND WRECKED THE VEHICLE ON BRENTLINGER LN. INCIDENT ALL STARTED BECAUSE DEFT SAID VICTIM OWED HIM MONEY. ABOVE DEFT CONFESSED TO DETECTIVE AND GAVE A RECORDED STATEMENT.

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| KIDNAPPING-ADULT | M377669 | | $ 10,000.00 | CASH | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |
| KIDNAPPING-ADULT | M377669 | | | Composite | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |
| ROBBERY, 1ST DEGREE | M377669 | | | Composite | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |
| ROBBERY, 1ST DEGREE | M377669 | | | Composite | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |
| POSS CONT SUB 1ST DEG 1ST OFF (HEROIN) | N090903 | | | Composite | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |
| PROMOTING CONTRABAND - 1ST DEGREE | N090903 | | | Composite | 01/09/2015 | | | |
| | N | GRAND JURY | | FELONY/ MISD CT-301 | | | | |

GB0034441

| | N | GRAND JURY | FELONY/ MISD CT-301 | | | |
|---|---|---|---|---|---|---|
| TAMPERING WITH PHYSICAL EVIDENCE | N090903 | | Composite | 01/09/2015 | | |
| | N | GRAND JURY | FELONY/ MISD CT-301 | | | |
| ROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) | 14M01240 4 | | | | | 180 Days - 07/07/2015 00:00 |
| | N | SENTENCED COUNTY TIME | | | | |
| NOT HELD ON CHARGE | 14F010111 | | | | | |
| | Y | COURT ORDER | | | | |
| NOT HELD ON CHARGE | 14M01969 | | | | | |
| | Y | COURT ORDER | | | | |

Total Number of Rows:     11

## BOOKING NOTES

| Date/Time | Notes |
|---|---|
| | |

Total Number of Rows:     0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|
| | | | | | | |

Total Number of Rows:     0

Total Bond:     $ 10,000.00

## SUPPLEMENTAL INFORMATION

Classification:  MX/HB                    Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| NONE | | | |
| NONE | | | |
| NONE | | | |

Total Number of Rows:     3

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| | |

Total Number of Rows:     0

Name BOLTON, FRANKLIN T

Inmate # 00595460    Sex MALE    DOB ▬▬▬▬▬    Booking # 201436818    Facility 1

Race White/Eurp/ N.Afr/Mid Eas    Age 19    Book Dt/Tm 12/29/2014 09:55    Wing H5E

Status    In Jail    Release Dt/Tm    Dorm H5E-S1

Classification MX/HB    Cell H5-S1

## Note Entry

Inmate Note Type INMATE MOVEMENT

Inmate Note  PER SGT WILLIAMS INMATE CHECKED OUT OF DORM.  PER NOTES INMATE IS PENDING WRITE UP.  MOVED FROM H6/D2 TO H5/EE/05.  MOVE APPROVED BY NURSE SLOAN

Created By User BAILEY, VENUS    Created Dt/Tm 01/06/2015 05:40

## Notes

Inmate Note Type

From Date/Time    To Date/Time

### Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 02/07/2015 04:38 | INMATE IS BEING MOVED FROM H5EN1C6 TO H5ES1C5. CELL NEEDED FOR ANOTHER INMATE | INMATE MOVEMENT | Holt, Vinese |
| 02/02/2015 17:29 | INMATE IS CONTINUOUSLY MAKING THREATS TO INMATE SHERLEY IN NORTH 1 #3. | GENERAL INMATE NOTES | Johnson, Summer |
| 01/30/2015 04:52 | INMATE PER SGT MILLER IS THREATENING INMATES. INMATE IS BEING MOVED AND PLACED IN ADMIN SEG H5N1 PER SGT MILLER. | INMATE MOVEMENT | COX, JAMES |
| 01/28/2015 08:23 | MOVING TO J33B FROM H5D8  **COMPLETED DISP/SEG TIME** | INMATE MOVEMENT | Shipley, Shavon |
| 01/28/2015 08:23 | SARN CHANGED TO MX/HB FROM MX/GP DUE TO RECENT DISCIPLINARY ACTION 20 DDS FOR FIGHTING | RE-CLASSIFICATION NOTE | Shipley, Shavon |
| 01/14/2015 08:33 | MOVING TO D/S DORM H5 D8 FROM H5 EE | INMATE MOVEMENT | Flener, Steven |
| 01/12/2015 08:05 | *SERVING DISP/SEG TIME** WILL REMAIN IN CURRENT HOUSING LOCATION UNTIL DISP/SEG SPACE IS AVAILABLE | INMATE MOVEMENT | Shipley, Shavon |
| 01/08/2015 13:04 | INMATE RECEIVED A WRITE UP ON 1-2-15 FOR THE FOLLOWING CAT, 3-K FIGHTING RECEIVED 20DDS RELEASE DATE 1/28/2015 | DISCIPLINARY OFC NOTES | Kassinger, Jeffrey |
| 01/06/2015 05:40 | PER SGT WILLIAMS INMATE CHECKED OUT OF DORM. PER NOTES INMATE IS PENDING WRITE UP.  MOVED FROM H6/D2 TO H5/EE/05.  MOVE APPROVED BY NURSE SLOAN | INMATE MOVEMENT | BAILEY, VENUS |

| Date/Time | Description | Type | Staff |
|---|---|---|---|
| 01/05/2015 13:56 | H6D2#5 FROM J2D12 - PER J. CORNETT, LPN - DETOX COMPLETE - NO SPACE IN PHD AT PRESENT | INMATE MOVEMENT | Woolen, Caroline |
| 01/05/2015 09:57 | REQUEST KIOSK | INMATE SERVICES NOTES | Moppins, Marilyn |
| 01/02/2015 17:50 | PHD ALERT ADDED - PER SGT ZAPATA I/M WILL BE RECEIVING A WRITE-UP FOR ASSAULTING ANOTHER I/M (SOUTHERS) - K/F ADDED - AT THIS TIME I/M HAS BEEN PLACED ON DETOX AND IS MOVING TO J2W PER MEDICAL | INMATE SERVICES NOTES | ARRIAGA, SAMANTHA |
| 01/02/2015 17:50 | J2W/D12 FROM H5/W1 - PER MEDICAL MOVELIST FROM MARC KRANK - DETOX (ALERT ADDED) | INMATE MOVEMENT | ARRIAGA, SAMANTHA |
| 12/31/2014 15:44 | H5/W1 FROM J1/R1 | INMATE MOVEMENT | ARRIAGA, SAMANTHA |
| 12/31/2014 11:33 | PREVIOUS MOVE CANCELLED DORM ON LOCKDOWN | INMATE MOVEMENT | Moore, Donna |
| 12/31/2014 09:45 | J1R1>H5WD1#20 | INMATE SERVICES NOTES | Moore, Donna |
| 12/29/2014 10:24 | ORIENTATION COMPLETE MX/GP | ORIENTATION NOTES | Lovely, Eugenia |
| 12/29/2014 10:23 | ORIENTATION COMPLETE MX GP | ORIENTATION NOTES | Lovely, Eugenia |
| 11/26/2014 11:13 | THIS INMATE WAS MOVED AT RANDOM IN AN ATTEMPT TO BREAK UP DORM J4D6A. THIS INMATE IS GOING TO H5D5. | INMATE MOVEMENT | Smith, Melissa |
| 11/25/2014 21:45 | PER SGT JAGGERS, I/M IS NOT GETTING ALONG WITH ANOTHER INMATE IN THE DORM. ADDED INCOMPATIBLES, PLACED I/M ON ML TO J4-3A FROM J46A | INMATE MOVEMENT | ADAMS, ASHLEY M |
| 11/14/2014 16:10 | PLACED ON MOVELIST FROM J1/R2 TO J4//3A MI/GP DORM | INMATE MOVEMENT | BROBST, SARAH |
| 11/13/2014 18:22 | INMATE ORIENTATED. SARN IS MI/GP | ORIENTATION NOTES | COX, JAMES |
| 11/04/2014 09:53 | INMATE IS MOVING TO J32A FROM J31A TO BE ADDED TO THE LAUNDRY LIST FOR 2ND SHIFT ON 11/5/14. INMATE HAS BEEN DENIED BY MEDICAL TO BE W/A IN THE KITCHEN AND W/A ARE NEED IT ON LAUNDRY. | INMATE MOVEMENT | Puckett, David |
| 10/31/2014 07:48 | MOVING TO J3 1A W/A DORM FROM CCC 4N2 | INMATE MOVEMENT | Flener, Steven |
| 10/30/2014 12:00 | 4N2#1 FROM J3D4B PER NURSE S. KOHL OFF DETOX PER MEDICAL | INMATE MOVEMENT | Thomas, Ella |
| 10/30/2014 10:59 | PLACED WA SHEET IN FLENER'S BOX | INMATE SERVICES NOTES | Jarrett, Francine |
| 10/27/2014 06:23 | ORIENTATION COMPLETED: MI/GP | ORIENTATION NOTES | AYERS, STACEY |

| Date | Notes | Type | Staff |
|---|---|---|---|
| 10/27/2014 04:13 | PER CLASS NOTICE SIGNED BY NURSE MCCARTHY: DETOX MOVING FROM J1P TO J3S4B#19 DETOX ALERT ADDED | INMATE MOVEMENT | AYERS, STACEY |
| 09/09/2014 16:03 | DETOX BB X 7 DAYS PER NURSE LAMP J1P>J4N3A#16 | INMATE SERVICES NOTES | Moore, Donna |
| 09/09/2014 15:58 | ORIENTATION COMPLETE:MI/GP TBUT-SHOP #008 9/10/14 | ORIENTATION NOTES | Moore, Donna |
| 08/12/2014 08:21 | MI/GP >J4N3A#19 | INMATE SERVICES NOTES | Moore, Donna |
| 08/12/2014 08:20 | I CALLED ANGELA,RECORDS TECH, I STATED THAT THIS I/M HAS A FUGITIVE WT. W/NO ALERT FLAGGED. ALERT HAS BEEN ADDED. | INMATE SERVICES NOTES | Moore, Donna |
| 08/12/2014 08:14 | FUGITIVE WT NOT REQUIRED/NO ALERT | INMATE SERVICES NOTES | Moore, Donna |
| 08/10/2014 15:18 | ORIENTATION COMPLETE: MI/GP | ORIENTATION NOTES | Thompson, Meagan |

Name BOLTON, FRANKLIN T

| | | |
|---|---|---|
| Inmate # 00595460 | Sex MALE | DOB ▬▬ |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 19 |

Booking # 201436818
Book Dt/Tm 12/29/2014 09:55
Release Dt/Tm
Classification MX/HB

Facility 1
Wing H5E
Dorm H5E-S1
Cell H5-S1

**Status**  In Jail

| Reference # | Document | Court | CourtCaseNbr | Statute | Description | Date/Time |
|---|---|---|---|---|---|---|
| 60226 | Bench Warrant | FELONY/MISD CT-30 | 14M012404 | 23935 | THEFT BY UNLAWFUL TAKING/DISP U/500 **OBSOLETE | |
| 60227 | Bench Warrant | ARRAIGNMENT-8 | 14M012404 | 02906 | SERVING BENCH WARRANT FOR COURT | |
| 63039 | Fresh Arrest | FELONY/MISD CT-304 | 14F008857 | 73300 | FUGITIVE (WARRANT NOT REQUIRED) | |
| 73336 | Bench Warrant | ARRAIGNMENT-8 | 14M012404 | 02906 | SERVING BENCH WARRANT FOR COURT | |
| 73337 | Bench Warrant | ARRAIGNMENT-8 | 14M012404 | 23935 | THEFT BY UNLAWFUL TAKING/DISP U/500 **OBSOLETE | |
| 74463 | Fresh Arrest | FELONY/MISD CT-30 | 14F010111 | 23917 | TBUT OR DISP ALL OTHERS $500 OR MORE BUT U/$10,000 | |
| 74692 | Fresh Arrest | FELONY/MISD CT-30 | 14M012404 | 100001 | NOT HELD ON CHARGE | |
| 92219 | Fresh Arrest | FELONY/MISD CT-30 | 14M019692 | 02013 | UNLAWFUL TRANSACTION WITH MINOR - 3RD DEGREE | |
| 92220 | Bench Warrant | ARRAIGNMENT-8 | 14F010111 | 02906 | SERVING BENCH WARRANT FOR COURT | |
| 92221 | Bench Warrant | FELONY/MISD CT-30 | 14F010111 | 23917 | TBUT OR DISP ALL OTHERS $500 OR MORE BUT U/$10,000 | |
| 92222 | Bench Warrant | ARRAIGNMENT-8 | 14F010821 | 02906 | SERVING BENCH WARRANT FOR COURT | |
| 92223 | Bench Warrant | FELONY/MISD CT-30 | 14F010821 | 23917 | TBUT OR DISP ALL OTHERS $500 OR MORE BUT U/$10,000 | |
| 92224 | Bench Warrant | ARRAIGNMENT-8 | 14M012404 | 02906 | SERVING BENCH WARRANT FOR COURT | |
| 92225 | Bench Warrant | FELONY/MISD CT-30 | 14M012404 | 23917 | TBUT OR DISP ALL OTHERS $500 OR MORE BUT U/$10,000 | |
| 98946 | Fresh Arrest | FELONY/MISD CT-304 | 14M020965 | 02617 | CRIMINAL TRESPASS - 3RD DEGREE | |
| 98947 | Fresh Arrest | FELONY/MISD CT-304 | 14M020965 | 02371 | DISORDERLY CONDUCT 2ND DEGREE | |
| 98948 | Added Charge | FELONY/MISD CT-304 | 14F012716 | 73300 | FUGITIVE (WARRANT NOT REQUIRED) | |
| 06684 | Fresh Arrest | | 14M019692 | 100001 | NOT HELD ON CHARGE | |
| 06685 | Fresh Arrest | | 14F010111 | 100001 | NOT HELD ON CHARGE | |
| 06686 | Fresh Arrest | | 14M012404 | 100001 | NOT HELD ON CHARGE | |
| 14458 | Fresh Arrest | FELONY/MISD CT-30 | 14F014260 | 10060 | KIDNAPPING-ADULT | |
| 14459 | Fresh Arrest | FELONY/MISD CT-30 | 14F014260 | 10060 | KIDNAPPING-ADULT | |
| 14460 | Fresh Arrest | FELONY/MISD CT-30 | 14F014260 | 12002 | ROBBERY, 1ST DEGREE | |

| 14461 | Fresh Arrest | FELONY/ MISD CT-30 | 14F014260 | 12002 | ROBBERY, 1ST DEGREE |
| 14477 | Added Charge | FELONY/ MISD CT-30 | 14F014264 | 42205 | POSS CONT SUB 1ST DEG 1ST OFF (HEROIN) |
| 14478 | Added Charge | FELONY/ MISD CT-30 | 14F014264 | 49031 | PROMOTING CONTRABAND - 1ST DEGREE |
| 14479 | Added Charge | FELONY/ MISD CT-30 | 14F014264 | 42330 | POSS OF MARIJUANA |
| 14480 | Added Charge | FELONY/ MISD CT-30 | 14F014264 | 50230 | TAMPERING WITH PHYSICAL EVIDENCE |
| 18208 | Fresh Arrest | | 14F010111 | 100001 | NOT HELD ON CHARGE |
| 18209 | Fresh Arrest | | 14M019692 | 100001 | NOT HELD ON CHARGE |
| 18210 | Fresh Arrest | | 14M012404 | 02680 | PROBATION VIOLATION (FOR MISDEMEANOR OFFENSE) |

| Name | BOLTON, FRANKLIN T | | | | Booking # | 201436818 | Facility | 1 |
| Inmate # | 00595460 | Sex | MALE | DOB | Book Dt/Tm | 12/29/2014 09:55 | Wing | H5E |
| Race | White/Eurp/ N.Afr/Mid Eas | | | Age 19 | Release Dt/Tm | | Dorm | H5E-S1 |
| **Status** | | | In Jail | | Classification | MX/HB | Cell | H5-S1 |

Booking # 201436818

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 02/07/2015 04:38 | | H5-S1 | 005 | Movelist | |
| 01/30/2015 05:27 | 02/07/2015 04:38 | H5-N1 | 006 | | |
| 01/28/2015 11:38 | 01/30/2015 05:27 | J3N-3B | 010 | | |
| 01/14/2015 13:11 | 01/28/2015 11:38 | H5W-08 | 006 | | |
| 01/06/2015 06:05 | 01/14/2015 13:11 | H5-E | 005 | Movelist | |
| 01/05/2015 17:35 | 01/06/2015 06:05 | H6W-02 | 005 | Movelist | |
| 01/02/2015 18:45 | 01/05/2015 17:35 | J2W-12 | 007 | | |
| 12/31/2014 21:29 | 01/02/2015 18:45 | H5W-01 | 010 | | |
| 12/31/2014 01:34 | 12/31/2014 21:29 | J1-R-1 | 001 | | Group Transfer |
| 12/29/2014 11:45 | 12/31/2014 01:34 | J1-R-3 | | | Group Transfer |
| 12/29/2014 09:55 | 12/29/2014 11:45 | PASSIVE | J1-P-002 | | |

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00061354 | Incident Type | **HOSPITAL, INMATE TRANSPORTED** | Incident DateTime   02/16/2015 06:52 |

Location Type   SINGLE C

Location   MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   Montgomery, Michael

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?   BODY CAM   Medical Responders Name   REESE

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative

Employee Signature                    Date

25207 EGGERS                    02/16/2015 08:40                    GB003449
Page: 1

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00061354(e) | Incident Type | HOSPITAL, INMATE TRANSPORTED | Incident DateTime | 02/16/2015 06:52 |
|---|---|---|---|---|---|

| ation Type | SINGLE C | | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |
|---|---|---|---|---|

| Reporting Officer | Reese, Jennifer |
|---|---|

## Inmates Involved

| Inmate # | Name |
|---|---|

| Video Recorded? Type? | | Medical Responders Name | |
|---|---|---|---|

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

**Narrative**

2/16/2015 Approx 0620 Call rec'd in Nursing Station for pt hung himself on H5. Responded immediately with nurses Hatcher and Nichols. Upon arrival to floor, I went to the control room to get the emergency bag, O2 tank and AED. Upon arrival to H5ES1 #5, pt lying on floor. CPR in progress. AED applied. CPR continued by nurses and officers until EMS arrived to take over pt care. Stayed on scene until EMS left with pt. EOR JReese, RN

| Employee Signature | Date |
|---|---|

GB003450

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00061354(d)**   Incident Type **HOSPITAL, INMATE TRANSPORTED**   Incident DateTime **02/16/2015 06:52**

ation Type **SINGLE C**   Location **MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5**

Reporting Officer **Nichols, Courtney**

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?   Medical Responders Name **NICHOLS**

☐ **Use of Restraints Required**

## Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ **Use of Force Required**

## Type of Force

| Name | Force | Note |
|------|-------|------|

**Narrative**

On 2/16/15 at approx 0620 medical called H5 for possible hanging. On arrival CPR was being performed by Corrections. AED and Oxygen applied during this time. Nurses and officers performed CPR until EMS/ Fire and Rescue arrived and took over. Patient transported via EMS to UofL Hospital.---EOR-------------------------------------C.Nichols, LPN.

Employee Signature                    Date

GB003451

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00061354(c)**          Incident Type                              Incident DateTime   **02/16/2015 06:52**

ation Type **SINGLE C**                                    Location   **MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5**

Reporting Officer **ATTY, ALEXANDER**

## Inmates Involved

Inmate #          Name

Video Recorded? Type?                         Medical Responders Name

☑ Use of Restraints Required

## Type of Restraints

Name                      Restraint              Note

☑ Use of Force Required

## Type of Force

Name                      Force              Note

Narrative

At approximately 0615 hours on February 16, 2015 while sitting at the H5 West officer station I responded to a back-up call on H5 East S1. Upon arrival at H5 East S1 #5 I saw I/M Bolton, Franklin hanging from the bars in his cell with a brown bed sheet. Ofc. B. Madden and Ofc. D. Lopez cut the sheet and started CPR. Once medical arrived I was instructed by Sgt. Montgomery to hold the body cam and film the incident. At approximately 0627 hours Louisville Metro E.M.S. arrived and took over CPR. At approximately 0643 hours Louisville Metro E.M.S. departed H5. This concludes my involvement in this incident.

Ofc. A. Atty #728

Employee Signature                         Date

GB003452

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | 00061354(b) | Incident Type | HOSPITAL, INMATE TRANSPORTED |
| | | Incident DateTime | 02/16/2015 06:52 |

| | | |
|---|---|---|
| ation Type | SINGLE C | |
| | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |
| Reporting Officer | MILLS, BRIAN | |

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                Medical Responders Name

☐ **Use of Restraints Required**

## Type of Restraints

Name              Restraint              Note

☐ **Use of Force Required**

## Type of Force

Name              Force              Note

Narrative

On above date at approximately 0615 I Ofc. Mills was on H5 west officer station when I responded to a back up call from Ofc. Madden to respond to H5 east immediately. Ofc. Atty and myself took off running towards the east side when I was notified that there was an inmate hanging. When I arrived I/M Bolton, Franklin was hanging from a bed sheet that was tied around his neck and around the bars over the window. I assisted in getting the inmate cut down, Ofc. Madden cut the sheet that was holding inmate up. When inmate was free, we immediately laid inmate bolton on ground and started CPR. I ran to control to retrieve a cpr face mask, control officer informed me that the other officers had gotten one already. So I ran back to the scene on South 1 cell 5 and started helping out. I rotated in with chest compressions and not long after I was giving chest compressions nurses were on scene with oxygen tank. Once I was relieved by an officer I then moved to holding oxygen over inmates facial area. I stayed on oxygen mask detail until I was relieved by Louisville Metro Fire and EMS. After fire and ems arrived they insisted on dragging inmate out of cell to have room to perform cpr on. After that I stayed by fire and ems side in case they needed my assistance. Shortly after ems departed floor and I took photographs of scene. This ends my involvement. E.O.R. B.Mills #591

Employee Signature                Date

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00061354(a) | Incident Type | HOSPITAL, INMATE TRANSPORTED | Incident DateTime | 02/16/2015 06:52 |

| ation Type | SINGLE C | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |

| Reporting Officer | Hatcher, Lori |

## Inmates Involved

| Inmate # | Name |

Video Recorded? Type? [ ]    Medical Responders Name [ ]

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |

Narrative: Called via phone to H5 for possible hanging.  On arrival CPR was being performed by Corrections.  AED and Oxygen applied during this time. Nurses and officers performed CPR until EMS/ Fire and Rescue arrived and took over. Patient transported via EMS to UoIL Hospital.--EOR--L.Hatcher, LPN.

Employee Signature _____    Date _____

GB003454

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00061354** | Incident Type | **HOSPITAL, INMATE TRANSPORTED** | Incident DateTime | 02/16/2015 06:52 |

Location Type   SINGLE C                                    Location    MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   Montgomery, Michael

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00595460 | BOLTON, FRANKLIN T |

Video Recorded? Type?        BODY CAM          Medical Responders Name    REESE

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

_____        _____
Employee Signature                     Date

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00061354(h)** | Incident Type | Incident DateTime   02/16/2015 06:52 |

Location Type   SINGLE C

Location   MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   Madden, Blaine

## Inmates Involved

| Inmate # | Name |
|---|---|
| | |

Video Recorded? Type?

Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

Narrative

On February 16, 2015 at approximately 0606 hours while performing a security check on H5 East Wing South 1 Walk and walking past cell 5 I noticed inmate Bolton, Franklin (CIN# 595460) hunched over as appeared to be kneeling over the seat in the cell. It was dark and wanting to make sure the inmate was fine I backed up a little to check in the cell again and noticed a sheet tied around the inmate's neck and to the bars and that the inmate was hanging and feet still touching the ground in a hunched position. At this time I rushed back to where my wing partner Officer Lopez was at North one officer station and notified him that I needed help. I went to the other side of the fifth floor the West Wing to notify our partners on the West Wing and retrieve gloves and a CPR face mask from the control room, no CPR mask were in the control room. When we got back to the cell Officer Atty gave me his CPR mask. At this time Officer Lopez held the inmate up while I used the knife of life that Officer Lopez handed me to cut the inmate down. I notified for the fifth floor and medical to 10-59 (or come to the wing). When the inmate was on the cell floor Officer Lopez began giving the inmate compressions and I began to give the inmate breaths. Officer Mills, Lopez and I were alternating giving the inmate compressions until medical staff arrived. This concludes my involvement in this particular incident.

End of Report

Officer B. Madden #689

# Louisville Metro Department of Corrections Incident Report

| | | | | |
|---|---|---|---|---|
| Incident Report # | **00061354(g)** | Incident Type | Incident DateTime | 02/16/2015 06:52 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5 |

Reporting Officer  Shirley, Gortez

## Inmates Involved

Inmate #    Name

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name                    Restraint            Note

☐ Use of Force Required

## Type of Force

Name                    Force                Note

Narrative    On 2/16/15 around 0610 hrs, I officer G shirley was informed of the incident on H5 east side and notified the nurses station and Sargent Montgomery. My post was third shift H5 control room operator. I took notes of the situation along with times and turn my notes into Sgt. Montgomery. This ends my involvement in this incident. Ofc G Shirley

Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00061354(f)**          Incident Type                                          Incident DateTime   02/16/2015 06:52

Location Type   SINGLE C                                    Location      MJC, HOJ 5TH FLOOR SOUTH 1 CELL 5

Reporting Officer   LOPEZ, DAVID A

## Inmates Involved

Inmate #        Name

Video Recorded? Type?                          Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                    Restraint                Note

☐ Use of Force Required

### Type of Force

Name                    Force                    Note

Narrative       On 2/16/15 at appox. 0606, I, Ofc. Lopez was on H5 East at the North officer station when Ofc. Madden notified me that I/M Bolton (595460) had hung himself in South 1 Cell 5. I than went to the control room to grab the knife for life. I handed Ofc. Madden the knife for life while I opened the cell from the control box. Next I grabbed I/M Bolton's body while Ofc. Madden cut the sheet. I began chest compressions while Ofc. Madden opened a CPR mask and placed it on I/M Bolton. Ofc. Madden gave two breaths while I continued chest compressions. After a few minutes Ofc. Madden took over compressions while I gave breaths. Ofc. Madden, Ofc. Mills and I continued to trade off until medical arrived on the scene. Once medical took over, I took pictures of the scene. I remained in the cell until EMS cleared out. After the scene was cleared I remained on South 1 to keep the scene intact until Ofc. Hastings relieved me at appox 0750. This ends my involvement.

Employee Signature                                      Date

# HALL OF JUSTICE 5TH FLOOR
## OBSERVATION SHEET



WALK _E_   DATE _____

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | All Clear | QC |
| 0000 | All Clear | QC |
| 0030 | All Clear | QC |
| 0100 | All Clear | QC |
| 0125 | All Clear | QC |
| 0141 | An Officer Secure | RM |
| 0210 | All Clear | QC |
| 0238 | An Officer Secure | RM |
| 0300 | All Clear | QC |
| 0320 | All Clear | QC |
| 0345 | All Clear | QC |
| 0455 | An Officer Secure | RM |
| 0520 | All Clear | QC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE

T. MADDEN #689

OFFICERS SIGNATURE

SUPERVISORS SIGNATURE

GB003459

**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**

WALK _5_      DATE _____



| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | all quiet | OC |
| 0000 | all quiet | OC |
| 0030 | all quiet | OC |
| 0100 | all quiet | OC |
| 0127 | all quiet | OC |
| 0157 | Aw Affairs Events | BM |
| 0208 | Aw Affairs Events | BM |
| 0238 | sidewk | OC |
| 0300 | Aw Affairs Events | BM |
| 0320 | all quiet | OC |
| 0348 | Aw Affairs Events | BM |
| 0415 | all quiet | OC |
| 0450 | all quiet | OC |
| 0520 | all quiet | OC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE

OFFICERS SIGNATURE

SUPERVISORS SIGNATURE

GB003460

**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**



WALK _N_   DATE _____

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2330 | Bedroum | a |
| 0000 | Bedroum | a |
| 0030 | Bedroum | a |
| 0100 | Bedroum | a |
| 0120 | Bedroum | a |
| 0139 | Aw Affairs Suite | bm |
| 0205 | Aw Affairs Suite | bm |
| 0235 | Bedroum | a |
| 0300 | Bedroum | a |
| 0320 | Bedroum | a |
| 0342 | Bedroum | a |
| 0415 | Aw Affairs Suite | bm |
| 0451 | Aw Affairs Suite | bm |
| 0520 | Bedroum | a |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OFFICERS SIGNATURE

OFFICERS SIGNATURE

SUPERVISORS SIGNATURE

GB003461



### HALL OF JUSTICE 5TH FLOOR
### OBSERVATION SHEET



WALK $D4$ · DATE 2-16-15.

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2326 | All Secure | BM |
| 2354 | all ins m | m |
| 0016 | all ins m | m |
| 0036 | all ins m | m |
| 0050 | All Secure | BM |
| 0121 | All Secure | BM |
| 0152 | All Secure | BM |
| 0227 | All Secure | BM |
| 0242 | all ins m | m |
| 0309 | all ins m | m |
| 0334 | all ins m | m |
| 0350 | all ins m | m |
| 0351 | Secure by Sgt. Murray #501 | m |
| 0421 | All Secure | BM |
| 0455 | All Secure | BM |
| 0501 | all ins m | m |
| 0531 | all ins m | m |
| 0601 | All Secure | BM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

B. M-M 591
**OFFICERS SIGNATURE**

**OFFICERS SIGNATURE**

**SUPERVISORS SIGNATURE**

GB003462



**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**



WALK D 8    DATE 2-16-15.

| TIME | OBSERVATION | INT. |
|---|---|---|
| 2327 | All Secure | BM |
| 2356 | All | |
| 0019 | All | |
| 0039 | All | |
| 0050 | All Secure | BM |
| 0122 | All | BM |
| 0144 | All | |
| 0220 | All | |
| 0241 | All | |
| 0315 | All Secure | BM |
| 0347 | All Secure | BM |
| 0350 | Security Sgt Montgomery #301 | |
| 0423 | All Secure | BM |
| 0453 | All Sec | BM |
| 0513 | All | |
| 0533 | All | |
| 0603 | All Secure | BM |

R. Mills 591
**OFFICERS SIGNATURE**

#728
**OFFICERS SIGNATURE**

**SUPERVISORS SIGNATURE**

GB003463



**HALL OF JUSTICE 5TH FLOOR**
**OBSERVATION SHEET**



WALK DA        DATE 2-16-15

| TIME | OBSERVATION | INT. |
|------|-------------|------|
| 2325 | All Secure | BM |
| 2357 | | |
| 0036 | All Secure | BM |
| 0051 | All Secure | BM |
| 0120 | All Secure | BM |
| 0151 | | |
| 0214 | | |
| 0230 | All Secure | BM |
| 0252 | All Sec | BM |
| 0320 | All Secure | BM |
| 0350 | | |
| 0405 | All Secure | BM |
| 0430 | All Sec | BM |
| 0500 | All Secure | BM |
| 0523 | | |
| 0600 | All Secure | BM |

B. Mills 591
**OFFICERS SIGNATURE**

**OFFICERS SIGNATURE**

**SUPERVISORS SIGNATURE**

GB003464

## LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
### ACUTE HOUSING CHECK SHEET

Inmate Name: __Sisco, Thomas__                    Date: __2-16-15__

___ __37__          Sex: __M__          Race: __C__          DO~~B:~~

____t Supervisor: _____          Shift: __3__          Loc: __SENI__ #__1__

**Acute Housing Status: (circle one)     Level 1     Level 2     Psych     Medical     (Seizure)     Detox**

Security Checks every 15 minutes     I/M 1:1  Y/N? (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | |
| 2340 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0020 | | ✓ | | | | | | | |
| 0040 | | ✓ | | | | | | | |
| 0100 | | ✓ | | | | | | | |
| 0120 | | ✓ | | | | | | | |
| 0137 | | ✓ | | | | | | | |
| 0204 | | ✓ | | | | | | | |
| 0233 | | ✓ | | | | | | | |
| 0300 | | ✓ | | | | | | | |
| 0325 | | ✓ | | | | | | | |
| _ _ | | ✓ | | | | | | | |
| 0420 | | ✓ | | | | | | | |
| 0440 | | ✓ | | | | | | | |
| 0450 | | ✓ | | | | | | | |
| 0520 | | ✓ | | | | | | | |
| 0545 | | ✓ | | | | | | | |
| 0610 | | ✓ | | | | | | | |
| 0630 | | ✓ | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: _Ritter, Lonnie_                          Date: _2-16-15_

e: _43_          Sex: _M_          Race: _C_          DOB: ▓▓▓▓▓▓

Shift Supervisor: _____          Shift: _3_          Loc: _SE N1 #2_

**Acute Housing Status: (circle one)**     **Level 1     Level 2     Psych     Medical     (Seizure)     Detox**

Security Checks every 15 minutes          I/M 1:1   Y/N?  _YES_

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | |
| 2940 | | ✓ | | | | | | | Bm |
| 0000 | | ✓ | | | | | | | Bm |
| 0020 | | ✓ | | | | | | | Bm |
| 0040 | | ✓ | | | | | | | Bm |
| 0100 | | ✓ | | | | | | | Bm |
| 0120 | | ✓ | | | | | | | Bm |
| 0132 | | ✓ | | | | | | | OC |
| 0204 | | ✓ | | | | | | | Bm |
| 0235 | | ✓ | | | | | | | Bm |
| 0300 | | | | | | | | | OC |
| 0325 | | | | | | | | | OC |
| 2 | | ✓ | | | | | | | Bm |
| 0420 | | | | | | | | | Bm |
| 0440 | | | | | | | | | Bm |
| 0450 | | | | | | | | | Bm |
| 0520 | | | | | | | | | Bm |
| 0545 | | ✓ | | | | | | | OC |
| 0600 | | | | | | | | | OC |
| 0630 | | ✓ | | | | | | | OC |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

er's Initials: _____   Officer's Signature: _____          Badge #: _____
icer's Initials: _____   Officer's Signature: _____          Badge #: _____

GB003466

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Sherley, Donald                     Date: 2-16-15

Age: 27          Sex: M          Race: C          DOB: ▓▓▓▓

Supervisor: _____   Shift: 3          Loc: SEN #3

**Acute Housing Status: (circle one)**   Level 1   Level 2   Psych   Medical   (Seizure)   Detox
Security Checks every (15) minutes          I/M 1:1  Y/N? (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2320 | | ✓ | | | | | | | |
| 2340 | | ✓ | | | | | | | Bm |
| 0000 | | ✓ | | | | | | | Bm |
| 0020 | | ✓ | | | | | | | Bm |
| 0040 | | ✓ | | | | | | | Bm |
| 0100 | | ✓ | | | | | | | Bm |
| 0120 | | ✓ | | | | | | | Bm |
| 0137 | | ✓ | | | | | | | Bm |
| 0204 | | ✓ | | | | | | | Bm |
| 0200 | | ✓ | | | | | | | Bm |
| 0300 | | ✓ | | | | | | | B |
| 0325 | | ✓ | | | | | | | B |
| 0346 | | ✓ | | | | | | | B |
| 0400 | | ✓ | | | | | | | OB |
| 0500 | | ✓ | | | | | | | Bm |
| 0520 | | ✓ | | | | | | | Bm |
| 0545 | | ✓ | | | | | | | B |
| 0610 | | ✓ | | | | | | | B |
| 0630 | | ✓ | | | | | | | B |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

GB003467

## LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Miskell, Steven                     Date: 2-16-15

Age: 29          Sex: M          Race: C          DOB: ~~████~~

Shift Supervisor: _____          Shift: 3          Loc: SENI #4

Acute Housing Status: (circle one)          Level 1     Level 2     Psych     Medical     (Seizure)     Detox

Security Checks every 15 minutes          1/M 1:1   Y/N?   (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|------|------|------|------|------|------|------|------|------|------|
| 2132p | | ✓ | | | | | | | |
| 234 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | |
| 0030 | | ✓ | | | | | | | |
| 0040 | | ✓ | | | | | | | |
| 0100 | | ✓ | | | | | | | |
| 0120 | | ✓ | | | | | | | |
| 0137 | | ✓ | | | | | | | |
| 0204 | | | | | | | | | |
| 0235 | | | | | | | | | |
| 0300 | | ✓ | | | | | | | |
| 2 | | ✓ | | | | | | | |
| 340 | | | | | | | | | |
| 0415 | | | | | | | | | |
| 045 | | ✓ | | | | | | | |
| 0520 | | | | | | | | | |
| 0645 | | ✓ | | | | | | | |
| 0610 | | ✓ | | | | | | | |
| 0630 | | ✓ | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____
Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

GB003468

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Cope, William    Date: 2·16·15

Age: 42    Sex: M    Race: C    DOB: ~~_____~~

Shift Supervisor: _____    Shift: 3    Loc: 5EN1 #5

**Acute Housing Status: (circle one)**   Level 1   Level 2   Psych   Medical   (Seizure)   Detox

Security Checks every (15) minutes    l/M 1:1  Y/N? (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|------|------|------|------|------|------|------|------|------|------|
| 2320 | | ✓ | | | | | | | Bu |
| 0000 | | ✓ | | | | | | | Qc |
| 0030 | | ✓ | | | | | | | Qc |
| 0100 | | ✓ | | | | | | | Qc |
| 0130 | | ✓ | | | | | | | Qc |
| 0138 | | ✓ | | | | | | | Bu |
| 0204 | | ✓ | | | | | | | Bu |
| 0235 | | ✓ | | | | | | | Bu |
| 0300 | | ✓ | | | | | | | Qc |
| 0323 | | ✓ | | | | | | | Qc |
| 0340 | | ✓ | | | | | | | Qc |
| 0415 | | ✓ | | | | | | | Bu |
| 0 | | ✓ | | | | | | | Bu / Qc |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____

GB003469

## LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: Aubrey, James

Age: 37          Sex: M          Race: C          Date: 2·16·15

Shift Supervisor: _____          Shift: 3          DOB: ▓▓▓▓

Loc: 5EN1 #7

**Acute Housing Status: (circle one)**   Level 1   Level 2   Psych   Medical   (Seizure)   Detox

Security Checks every (15) minutes

I/M 1:1   Y/N? (YES)

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2321 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | Bu |
| 0030 | | ✓ | | | | | | | OL |
| 0100 | | | ✓ | | | | | | OC |
| 0120 | | | ✓ | | | | | | OC |
| 0139 | | ✓ | | | | | | | OC |
| 0205 | | ✓ | | | | | | | Bu |
| 0235 | | | | | | | | | Bu |
| 0300 | | | | | | | | | Bu |
| 0323 | | | | | | | | | OC |
| to | | | | | | | | | OC |
| 2 | | | | | | | | | Bu |
| 0452 | | ✓ | | | | | | | Bu |
| 0520 | | ✓ | | | | | | | Bu |
| | | | | | | | | | OC |

Officer's Initials: ___   Officer's Signature: _____   Badge #: _____
Officer's Initials: ___   Officer's Signature: _____   Badge #: _____
Officer's Initials: ___   Officer's Signature: _____   Badge #: _____
Officer's Initials: ___   Officer's Signature: _____   Badge #: _____

GB003470

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: _Douglas, Decarlo_          Date: _2-16-15_

Age: _26_     Sex: _M_     Race: _A A_     DOB: ~~████████~~

Supervisor: _____     Shift: _3_     Loc: _SEN1 #10_

**Acute Housing Status: (circle one)**     Level 1   Level 2   Psych   Medical   (Seizure)   Detox

Security Checks every 15 minutes          I/M 1:1   Y/N?  _YES_

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2330 | | ✓ | | | | | | | |
| 0000 | | ✓ | | | | | | | Tim |
| 0030 | | ✓ | | | | | | | OC |
| 0100 | | ✓ | | | | | | | OC |
| 0130 | | ✓ | | | | | | | OC |
| 0139 | | ✓ | | | | | | | OC |
| 0205 | | ✓ | | | | | | | OC |
| 0228 | | ✓ | | | | | | | Bu |
| 0300 | | ✓ | | | | | | | Bu |
| 0328 | | ✓ | | | | | | | OC |
| 0341 | | ✓ | | | | | | | OC |
| 2412 | | ✓ | | | | | | | Bu |
| 2453 | | ✓ | | | | | | | Bu |
| 2 | | | | | | | | | Bu |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

Officer's Initials: _____   Officer's Signature: _____   Badge #: _____

## LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: __Johnson, Anthony__   Date: __2-16-15__

Age: __28__   Sex: __M__   Race: __AA__   DOB ███████

Shift Supervisor: _____   Shift: __3__   Loc: __5EN1 #11__

**Acute Housing Status: (circle one)**    **Level 1**   **Level 2**   **Psych**   **Medical**   **Seizure**   **Detox**

Security Checks every 15 minutes    I/M 1:1   Y/N? __YES__

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2330 | | ✓ | | | | | | | Oc |
| 0000 | | ✓ | | | | | | | Oc |
| 0030 | | ✓ | | | | | | | Oc |
| 0100 | | ✓ | | | | | | | Oc |
| 0130 | | ✓ | | | | | | | Oc |
| 0140 | | ✓ | | | | | | | Pen |
| 0206 | | | | | | | | | Pen |
| 0223 | | ✓ | | | | | | | Pen |
| 0300 | | ✓ | | | | | | | |
| 0325 | | | | | | | | | Oc |
| 0342 | | ✓ | | | | | | | Oc |
| 0155 | | ✓ | | | | | | | Pen |
| 0153 | | ✓ | | | | | | | Pen |
| 0520 | | ✓ | | | | | | | Pen |
| | | | | | | | | | Oc |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____ Officer's Signature: _____ Badge #: _____
Officer's Initials: _____ Officer's Signature: _____ Badge #: _____
Officer's Initials: _____ Officer's Signature: _____ Badge #: _____
Officer's Initials: _____ Officer's Signature: _____ Badge #: _____

GB003472

# LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
## ACUTE HOUSING CHECK SHEET

Inmate Name: __Brown, John__    Date: __2-16-15__

Age: __31__    Sex: __M__    Race: __AA__    DOB: ▓▓▓▓▓▓▓▓

Shift Supervisor: _____    Shift: __3__    Loc: __5EN1 #6__

**Acute Housing Status: (circle one)**    Level 1    Level 2    Psych    Medical    ~~Seizure~~    Detox
Security Checks every 15 minutes    I/M 1:1   Y/N? __YES__

| TIME | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, Masturbating, talking to self, singing | OFFICER'S INITIALS |
|------|------|------|------|------|------|------|------|------|------|
| 2320 | | ✓ | | | | | | | Bu |
| 0000 | | ✓ | | | | | | | Bu |
| 0030 | | ✓ | | | | | | | Bu |
| 0100 | | ✓ | | | | | | | Bu |
| 0120 | | ✓ | | | | | | | Bu |
| 0134 | | ✓ | | | | | | | bu |
| 0200 | | ✓ | | | | | | | bu |
| 0228 | | ✓ | | | | | | | Bu |
| 0300 | | ✓ | | | | | | | Bu |
| 0325 | | ✓ | | | | | | | O. |
| | | ✓ | | | | | | | Bu |
| 0457 | | ✓ | | | | | | | Bu |
| 0510 | | KSR | Moved to JI | | | | | | Bu |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____
Officer's Initials: _____    Officer's Signature: _____    Badge #: _____

GB003473

# Jefferson County, KY
## Call Detail Report
### Search Criteria:

Country Code:
Account Number:
First Name: FRANKLIN
Phone Group:
Phone:

Dialed Number:
PIN:
Last Name: BOLTON

Destination Zone: ALL
Prepaid Acct#:

Termination Category: ALL
Call Type: ALL
Text2Connect: ALL

Blocked Reason: ALL
Call Status: COMPLETE

Internat ional Filter On:
Watche d Filter On:
Private Filter On:
3-Way Filter On:
Voice Biomet rics:

Wireles s:
RCF:
Test Call:

Search By Notes: No

Tracker ID:
Note Type: ALL
Call Tracker Notes:

Date Criteria: Date/Time Range
Start Date/Time: 12/29/2014 00:00:00
End Date/Time: 02/16/2015 23:59:59

| Site | Prvi ce | City | Wireless | Dialrest | Dest Zone | Start Time | End Time | Durl st | Acct # | PIN | Frst Name | Last Name | Call Type | Call Status | Term Cat | Bn/Reason | Prv. | Wat ch'd | Wri | 3Ws y | 3Wa y | V8 | Amo unt | Txe &Fees | Prom o & Fees | Test Call | Language | Conf Seize d | Conf Digit s | Test 2Conn nect | RCF | Trac king Num ber | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 1 | DOR M 3-2 | N | | Local | 12/29/20 14 13:00:46 | 12/29/20 14 13:01:17 | 31 | 5954 60 | 5954 6944 76 | FRANKL IN | BOLTON AIS | | complete | Caller Hang up | | | | | | | | 0.00 | 0.00 | | | English | N | 1012 1199 6#1 | | | | |
| Jefferson County Metro Govt - CORR | 1 | DOR M 3-2 | N | | Local | 12/29/20 14 13:01:41 | 12/29/20 14 13:02:20 | 39 | 5954 60 | 5954 6944 76 | FRANKL IN | BOLTON AIS | | complete | Caller Hang up | | | | | | | | 0.00 | 0.00 | | | English | N | 1005 9546 0#1 | | | | |

Report Generated on: 02/16/2015 10:10:36 Central Time

Page 1

GB003474

| Site | Port loc | City | Wireless | Dest Zone | Start Time | End Time | Dur (s) | Acct # | PIN | First Name | Last Name | Call Type | Call Status | Term Cat | Amount | Taxes & Fees | Language | Dtmf Detect | Dtmf Digits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - CORR | 1 DOR M 3-2 | | N | Local | 12/29/20 14 13:02:46 | 12/29/20 14 13:06:24 | 218 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 1112 22 |
| Jefferson County Metro Govt - CORR | 1 DOR M 3-2 | | N | Local | 12/29/20 14 15:42:00 | 12/29/20 14 15:42:39 | 39 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1100 5954 6081 0121 1996 22 |
| Jefferson County Metro Govt - CORR | 1 DOR M 3-1 | | N | Local | 12/29/20 14 17:17:27 | 12/29/20 14 17:19:47 | 140 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1100 5954 6081 0121 1996 #222 #2 |
| Jefferson County Metro Govt - CORR | 1 DOR M 3-2 | | N | Local | 12/29/20 14 22:00:59 | 12/29/20 14 22:03:03 | 124 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 998# 2 |
| Jefferson County Metro Govt - CORR | 1 DOR M 1-2 | | N | Local | 12/31/20 14 02:34:55 | 12/31/20 14 02:35:05 | 10 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 998# 222 |
| Jefferson County Metro Govt - CORR | 1 DOR M 1-2 | | N | Local | 12/31/20 14 02:57:41 | 12/31/20 14 02:59:34 | 113 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | |
| Jefferson County Metro Govt - HOJ | 5- Dor m 5- LT | | N | Local | 12/31/20 14 22:00:12 | 12/31/20 14 22:01:00 | 48 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 998# 2222 |
| Jefferson County Metro Govt - HOJ | 5- Dor m 5- LT | | N | Local | 12/31/20 14 22:01:56 | 12/31/20 14 22:02:49 | 53 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | 0.00 | 0.00 | English | N | 1595 4604 4708# 1 |
| Jefferson County Metro Govt - HAV | 5- Dor m 5- RT | | N | Local | 12/31/20 14 22:06:54 | 12/31/20 14 22:08:31 | 97 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Called party hangup | 0.00 | 0.00 | English | N | 1595 4605# 111 |
| | | | | | | | | | | | | | | | | | | | 1005 9546 0810 1211 998# 22 |

GR003475

| Site | Port/ce | City | Wireless | Dialect | Dest Zone | Start Time | End Time | Dirn (s) | Acct # | PIN | Prep aid | First Name | Last Name | Call Type | Call Status | Term Cd | BillReason | Priv | Amount | Taxes & Fees | Language | Dtmf Dtct d | Dtmf Digits | Txt 2Content |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-Dor m5-RT | N | | | Local | 12/31/20 14 22:09:14 | 12/31/20 14 22:11:43 | 149 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 999# 222 | 1005 9546 0810 1211 999# 222 |
| Jefferson County Metro Govt - HOJ | 5-Dor m1-LT | N | | | Local | 12/31/20 14 22:40:00 | 12/31/20 14 22:40:57 | 57 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | | 1005 9546 0810 1211 999# 22 |
| Jefferson County Metro Govt - HOJ | 5-Dor m1-RT | N | | | Local | 01/01/20 15 16:32:06 | 01/01/20 15 16:32:22 | 16 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | x | | 0.00 | 0.00 | English | N | | |
| Jefferson County Metro Govt - CORR | 1-DOR M 12-2 | N | | | Local | 01/03/20 15 00:04:11 | 01/03/20 15 00:06:13 | 122 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1100 5954 60#1 0121 1996 #222 22 | 1100 5954 60#1 0121 1996 #222 22 |
| Jefferson County Metro Govt - CORR | 2-DOR M 12-1 | N | | | Local | 01/05/20 15 12:27:46 | 01/06/20 15 12:28:58 | 73 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | x | | 0.00 | 0.00 | English | N | | |
| Jefferson County Metro Govt - HOJ | 6-Dor m2- | N | | | Local | 01/05/20 15 19:32:27 | 01/05/20 15 19:33:12 | 45 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | | 1005 9546 0810 1211 999# 22 |
| Jefferson County Metro Govt - HOJ | 5-E-1-DR | N | | | Local | 01/11/20 15 18:44:01 | 01/11/20 15 18:46:16 | 135 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 999# 22 | 1005 9546 0810 1211 999# 22 |
| Jefferson County Metro Govt - HOJ | 5-E-1-DR | N | | | Local | 01/12/20 15 08:41:27 | 01/12/20 15 08:42:34 | 67 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | x | | 0.00 | 0.00 | English | N | | 1005 9546 0810 1211 999# 418# 2222 222 |
| Jefferson County Metro Govt - HOJ | 5-Dor m8 | N | | | Local | 01/17/20 15 18:51:03 | 01/17/20 49 18:51:52 | 49 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | | 1100 5954 60#1 0121 1996 #4 |

Report Generated on: 02/16/2015 10:15:36 Central Time

Call Detail Report

GEO003476

| Site | Port/cc | City | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur (s) | Acct # | PIN | Prep aid | First Name | Last Name | Call Type | Call Status | Term. Cal | BillRate | Var d | Int'l | 3Wa y | V/S | Amo unt | Taxe s & Fees | Prom o Call | Text Credit | Language | Text Dept | Dirnl us | Dirnl Date Dept | Text 2Cou nnect | RCF | Trac king Num ber/ | Site wid e# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/17/20 15 19:30:49 | 01/17/20 15 19:31:56 | 67 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | 0.00 | 0.00 | | English | N | 5 | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/18/20 15 19:43:22 | 01/18/20 15 19:43:55 | 33 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | | | | | 0.00 | 0.00 | | English | N | 1100 5954 6041 0121 1996 #4 | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/18/20 15 20:49:07 | 01/18/20 15 20:51:22 | 135 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | English | N | 1005 9546 0810 1211 1996# 2222 2222 2 | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/20/20 15 08:14:25 | 01/20/20 15 08:15:32 | 67 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | | | | | | 0.00 | 0.00 | | English | N | | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/21/20 15 11:53:35 | 01/21/20 15 11:56:11 | 156 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | | | | | | 0.00 | 0.00 | | English | N | 1005 9546 0810 1211 1996# 2222 2222 2 | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/22/20 15 12:53:10 | 01/22/20 15 12:54:49 | 99 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | AIS | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | English | N | 1005 9546 0810 1211 1996# 2222 2222 2 | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/26/20 15 08:13:49 | 01/26/20 15 08:14:10 | 21 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | | | | | | 0.00 | 0.00 | | English | N | | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/26/20 15 08:15:37 | 01/26/20 15 08:15:42 | 5 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | English | N | | | | | | | |
| Jefferson County Metro Govt- HOJ | 5- Dor m 8 | 1 | N | | Local | 01/26/20 15 08:17:48 | 01/26/20 15 08:18:46 | 58 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Called party hangup | | X | | | | | 0.00 | 0.00 | | English | N | | | | | | | |

Report Generated on: 02/16/2016 10:10:30 Central Time

GB003477

| Site | Part/oc | City | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur/ll | Acct# | PIN | Frequ ed | First Name | Last Name | Call Type | Call Status | Term Call | BkReason | Pvt | VBT | Intl | 3Way | VB | Amount | Tave 18 & Fees | From Fees Call | Test Call | Language | Dmf Done ct | Dmf Digits | Test DCon rcvt | RCF | Tran eng Num ber | Sue Indx ed I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-Dor m8 | 1 | N | | Local | 01/26/20 15 08:30:09 | 01/26/20 15 08:33:14 | 185 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - HOJ | 5-Dor m8 | 1 | N | | Local | 01/27/20 15 09:23:35 | 01/27/20 15 09:24:16 | 41 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - HOJ | 5-Dor m8 | 1 | N | | Local | 01/28/20 15 10:37:38 | 01/28/20 15 10:39:00 | 82 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Called party hangup | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - HOJ | 5-Dor m8 | 1 | N | | Local | 01/28/20 15 10:56:18 | 01/28/20 15 10:57:27 | 69 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 15 11:45:57 | 01/28/20 15 11:46:39 | 42 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Called party hangup | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-1 | 1 | N | | Local | 01/28/20 15 13:07:02 | 01/28/20 15 13:07:35 | 33 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Called party hangup | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 15 15:03:27 | 01/28/20 15 15:04:25 | 58 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Called party hangup | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 15 16:30:30 | 01/28/20 15 16:30:34 | 4 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 16:50:57 | 01/28/20 15 16:31:00 | 3 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 16:31:18 | 01/28/20 16:31:27 | 9 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |
| Jefferson County Metro Govt - CORR | 3 DOR M 3B-2 | 1 | N | | Local | 01/28/20 16:31:46 | 01/28/20 16:31:49 | 3 | 5954 60 | 5954 6044 76 | | FRANKL IN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | | | | | 0.00 | 0.00 | | | English | N | | | | | |

Report Generated on: 02/18/2015 10:15:38 Central Time

Page 8

Call Detail Report

GB003478

| Site | PartLoc | City | Wireless | Dialects | Dest Zone | Start Time | End Time | Dur st | Acct # | PIN | First Name | Last Name | Call Type | Call Status | Term Cat | BarTimed | Prv | Auto dur t | Taxe & Fees | Language | Dtmf Done ct | Dtmf Digits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 01/30/20 15 18:45:15 | 01/30/20 15 18:47:48 | 153 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 9968 1482 2222 |
| Jefferson County Metro Govt - CORR | 4 DOR M 6B-2 | 1 | Y | | Local | 02/01/20 15 15:35:02 | 02/01/20 15 15:50:02 | 900 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | Advanced Connect | complete | Call duration limit exceeded | | | 0.00 | 0.00 | English | N | |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 02/02/20 15 08:04:39 | 02/02/20 15 08:06:45 | 126 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | 0.00 | 0.00 | English | N | |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 02/05/20 15 18:22:43 | 02/05/20 15 18:23:22 | 39 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 9968 44 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 02/06/20 15 20:52:26 | 02/06/20 15 20:53:27 | 61 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1005 9546 0810 1211 9968 44 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 02/06/20 15 20:56:21 | 02/06/20 15 20:57:26 | 65 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | 0.00 | 0.00 | English | N | 1100 5954 6081 0121 |
| Jefferson County Metro Govt - HOJ | 5-N-1-DR | 1 | N | | Local | 02/06/20 15 20:57:48 | 02/06/20 15 20:58:41 | 53 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | | X | 0.00 | 0.00 | English | N | 1100 5954 6081 0121 1996 #2#3 |
| Jefferson County Metro Govt - HOJ | 5-S-1-DR | 1 | N | | Local | 02/07/20 15 11:57:12 | 02/07/20 15 11:57:19 | 7 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1 |
| Jefferson County Metro Govt - HOJ | 5-S-1-DR | 1 | N | | Local | 02/12/20 15 16:34:22 | 02/12/20 15 16:35:32 | 70 | 5954 60 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | | 0.00 | 0.00 | English | N | 1100 5954 6081 0121 1996 #482 223 |

Page 6

Report Generated on: 02/10/2015 10:19:36 Central Time

Official Report

GB 003479

| Site | Pod | City | Wireless | Dialed# | Debt Zone | Start Time | End Time | Dur'al | Acct # | PIN | First Name | Last Name | Call Type | Call Status | Term Call | Pwr | Amo call | Taxe s & Fees | Language | Dmnt Date ct | Dmnt Digit s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson County Metro Govt - HOJ | 5-S-1-DR | 1 | N | ▓▓ | Local | 02/12/20 15 17:59:24 | 02/12/20 15 18:00:04 | 40 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | 0.00 | 0.00 | English | N | 1005 9546 0#10 1211 9968# 3 |
| | 5-S-1-DR | 1 | N | ▓▓ | Local | 02/12/20 15 18:00:24 | 02/12/20 15 18:01:30 | 66 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | X | 0.00 | 0.00 | English | N | 5 |
| | 5-S-1-DR | 1 | N | ▓▓ | Local | 02/13/20 15 19:53:10 | 02/13/20 15 19:53:44 | 34 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | 0.00 | 0.00 | English | N | 1100 5854 6084 0121 1996 #4 |
| | 5-S-1-DR | 1 | N | ▓▓ | Local | 02/13/20 15 20:10:20 | 02/13/20 15 20:12:04 | 104 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | AIS | complete | Caller Hang up | | | | English | N | 1111 1111 1111 1111 1111# 0059 5460 2119 9982 2228 |
| Jefferson County Metro Govt - HOJ | 5-S-1-DR | 1 | N | ▓▓ | Local | 02/13/20 15 20:40:56 | 02/13/20 15 20:42:04 | 68 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | Third Party IVR | complete | Caller Hang up | X | 0.00 | 0.00 | English | N | |
| Jefferson County Metro Govt - CORR | 4 DORM 6B-1 | 1 | Y | ▓▓ | Local | 02/15/20 15 17:29:25 | 02/15/20 15 17:44:04 | 879 | 5954 6044 76 | 5954 6044 76 | FRANKLIN | BOLTON | Advanced Connect | complete | Caller Hang up | | 0.00 | 0.00 | English | N | |

Summary

Attempts:55   Complete:55   Incomplete:0   Duration(Secs):5460   Duration(Mins):91   Average Call Length(Secs):99

Total Debit Minutes:0   Total Debit Complete Calls:0   Total Debit Incomplete Calls:0   Total Debit Charges(Excluding Taxes & Fees):$0.00

Report Generated on: 02/16/2015 10:19:26 Central Time

GB003480