

**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**LOUISVILLE, KENTUCKY**

**GREG FISCHER**
MAYOR

**STEVE CONRAD**
CHIEF OF POLICE

January 11, 2018

Larry D. Simon
222 First Jefferson Centre
222 South First Street, Suite 307
Louisville, Kentucky 40202-5404

**Re:     Open Records Request**
**Inmate James Earl Ashby**

Dear Mr. Simon:

This is in response to your open records request for a copy of the LMPD Public Integrity Unit's Investigation of the suicide of the above inmate which occurred on or about October 21, 2015.

Please find enclosed a copy of PIU #15-068. Redactions appear in protection of personal privacy pursuant to KRS 61.878(1)(a). Also please find enclosed 7 CD's responsive to the request.

Sincerely,

*Sharon L. King*

By: Sharon L. King, Paralegal
Louisville Metro Police Department
Open Records Unit
633 West Jefferson Street
Louisville, KY 40202
sharon.king@louisvilleky.gov
Telephone: 502-574-7697
Fax: 502-574-7071

SC/slk

ORR – 17-3662

cc:     Chief Steve Conrad

GB003037

PIU-001
REVISED
09/15

# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*
### CASE NUMBER:     **15-068**

| TYPE OF INVESTIGATION: | In-Custody Death (originally Attempted Suicide) | |
|---|---|---|
| **DATE INITIATED:** | 10/04/2015 | **DATE OF INCIDENT:** 10/04/2015 |
| **INVESTIGATOR:** | Sergeant Scott Gootee | |

### SUBJECT(S) OF INVESTIGATION

| Name: | |
|---|---|
| **Agency:** | Louisville Metro Department of Corrections |
| **Assignment:** | |

### VICTIM(S) / COMPLAINANT(S)

| Name: | James E. Ashby |
|---|---|
| **Address:** | 2426 W. Main Street, Louisville, KY |
| **Contact #:** | |

### OTHER *(suspects / perpetrators of acts against police officers)*

| Name: | |
|---|---|
| **Address:** | |

### INITIAL INFORMATION

On October 4, 2015, at approximately 1659 hours, the Public Integrity Unit was notified of an attempted suicide within the LMDC Jail Complex (HOJ). At approximately 1616 hrs, Inmate James Ashby, W/M 36, was found hanging by his neck from a bed sheet tied to the bars covering the windows in single cell #1, Dorm 9, 6th Floor. Mr. Ashby was unconscious and unresponsive after being cut down. The LMDC staff immediately began lifesaving measures. LMEMS responded and transported Mr. Ashby to University of Louisville Hospital. Mr. Ashby did not recover, dying in the hospital on October 21, 2015.

| SUPERVISORY REVIEW OF CASE FILE | | | |
|---|---|---|---|
| **Public Integrity Unit Commander** | | | |
| **Name:** | Lieutenant Kevin E. DeSpain | **Date of Review:** | 01/04/2016 |
| **Signature:** | Lt. KeDeSpai | | |
| **Remarks:** | CASE CLOSED. APPARENT SUICIDE. | | |
| **Special Investigations Unit Commander** | | | |
| **Name:** | Major Donald F. Burbrink II | **Date of Review:** | 1/6/16 |
| **Signature:** | Donald F. Burbrink II | | |
| **Remarks:** | Case Closed | | |

| ADDITIONAL REVIEW *(if necessary)* | | |
|---|---|---|
| **Name:** | | **Date of Review:** |
| **Signature:** | | |
| **Remarks:** | | |

| PIU Administrative Sergeant | | |
|---|---|---|
| **ITEMS / TASKS** | | **Date Completed** |
| IA PRO: Narrative, Suspects/Victims/Witnesses, Disposition | | |
| Investigator's Electronic File / PIU Folder | | |
| Portfolio Completed *(Only Critical Incidents unless otherwise requested)* | | |
| Portfolio Redacted for Open Records Request | | |
| **Name:** | Sergeant Jon Hagedorn | |
| **Signature:** | | |

| Date Investigation Completed: | 12/30/2015 |
|---|---|
| **Disposition:** | CASE CLOSED. APPARENT SUICIDE |
| **Date Case Closed:** | 01/04/2016 |

PIU-002
11/14



# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

CASE NUMBER:  ___15-068___

| CASE FILE  TRACKING RECORD | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **DATE** | **TIME** | **RECEIVED BY INITIALS** |
| 1    DF Burbank II | Major | 11/1/16 | | |
| NOTES:    Case Closed – Return to PIU for Filing | | | | |
| 2 | | | | |
| NOTES | | | | |
| 3 | | | | |
| NOTES: | | | | |
| 4 | | | | |
| NOTES: | | | | |
| 5 | | | | |
| NOTES: | | | | |
| 6 | | | | |
| NOTES: | | | | |
| 7 | | | | |
| NOTES: | | | | |

## RETURNED TO PUBLIC INTEGRITY UNIT

| DATE | RECEIVED BY |
|---|---|
| | |
| | |
| | |
| | |

GB003040



PIU-003
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
## *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*
CASE NUMBER:   15-068

# CASE FILE CHECKLIST

| | ✓ or N/A |
|---|---|
| **INTRODUCTION**   *(appears in front of the case file before any tabs)* | **✓ or N/A** |
| PIU Case File Cover & Review Form  (PIU-001) | ✓ |
| PIU Case File Tracking Form  (PIU-002) | ✓ |
| PIU Case File Checklist   (PIU-003) | ✓ |
| **1.  SUMMARY** | **✓ or N/A** |
| Memorandum addressed to PIU Commander summarizing investigation *(This should be included after the case has been presented to the County/Commonwealth Attorney and/or the case is recommended to be closed)* | ✓ |
| **2.  INVESTIGATIVE RECORD** | **✓ or N/A** |
| PIU Investigative Record Form   (PIU-004) | ✓ |
| **3.  INVESTIGATIVE REPORTS** | **✓ or N/A** |
| PIU Investigative Report Form(s)  (PIU-005) *(All investigative reports submitted regarding the investigation in chronological order)* | ✓ |
| **4.  INTERVIEWS** | **✓ or N/A** |
| Transcriptions of Recorded Statements *(all transcribed statements, tabbed individually by name, in chronological order)* | |
| Compact Discs of Recorded Statements *(all CDs of statements, tabbed individually by name, in chronological order. If the statement has been transcribed, then the CD will be included with under the tab of the transcription)* | ✓ |
| **5.  DOCUMENTATION** | **✓ or N/A** |
| Suspension Information *(suspension paperwork, weapon re-issue, etc.)* | |
| Arrest / Citation *(all documentation pertaining to arrest or citation, including warrants, summons, etc.)* | ✓ |
| Incident Report (ILEADS) | ✓ |
| Administrative Incident Report (AIR) | ✓ |
| Search Warrants / Consent Forms | |
| Crime Scene Unit (CSU) *(CSU Reports, Photos, Video, Scene Diagram, Property Slips, etc.)* | ✓ |
| Maps | |
| Crime Lab *(Ballistic Reports, Substance Testing, etc.)* | |
| Medical *(EMS documentation, Hospital, Medical Examiner, Clinical Forensic Exam, etc.)* | ✓ |
| Financial Records / Information | |
| Arbitrator / Mobile Video | |
| MetroSafe *(CAD, 911 recordings, radio transmissions, rundowns, etc.)* | ✓ |
| Cell Phone Forensics / Records | |
| LMPD Specialty Team Information *(SWAT, HNT, Bomb Squad, etc.)* | |
| Correspondence *(e-mails, etc.)* | ✓ |
| **6.  MISCELLANEOUS** | **✓ or N/A** |
| Information from Federal or Outside Agencies *(FBI, ATF, USMS, other LE, etc.)* | |
| LMDC Documentation *(In-Custody Death Reports, etc.)* | ✓ |
| Media Coverage | |
| Security / Business Surveillance Video | |
| Social Media *(Facebook, Twitter, Instagram, etc.)* | |
| Public Information *(court records, PVA, etc.)* | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GB003041

# MEMORANDUM

**LOUISVILLE METRO POLICE DEPARTMENT**

**GREG FISCHER**
MAYOR

**STEVE CONRAD**
CHIEF OF POLICE

01/04/2016

TO:      Lieutenant Kevin DeSpain
              Public Integrity Unit Commander

FROM:    Sergeant Scott Gootee
              Public Integrity Unit Investigator

DATE:    December 30, 2015

RE:       PIU Case #15-068

On Sunday, October 04, 2015, at approximately 1659 hours, I was notified by Public Integrity Unit (PIU) Commander, Lt. Kevin DeSpain, of a suicide attempt by an inmate at Louisville Metro Department of Corrections (LMDC). Inmate James Ashby was discovered hanging in Dorm 9, cell #1, located on the 6th floor of the Hall of Justice (HOJ).

At approximately 1616 hours, Inmate James Ashby, W/M 36, was found hanging by his neck, from a bed sheet tied to the bars covering the windows in single cell #1, Dorm 9, 6th Floor. Mr. Ashby was unconscious and unresponsive after being cut down. The LMDC staff immediately began lifesaving measures (CPR, AED). Louisville Metro Emergency Medical Services (LMEMS) and Louisville Fire Department (LFD) responded and transported Inmate Ashby to University Hospital.

Louisville Metro Police Department PIU investigator Sergeant Arnold Riveria responded to University Hospital to check on the condition of Inmate Ashby. Hospital medical staff indicated to Sergeant Riveria Inmate Ashby's condition was critical and life threatening.

Interviews were conducted with all LMDC Officers, LMDC medical staff, LMEMS personnel and inmates involved in the incident. All individuals were interviewed and provided similar accounts of what occurred.

On October 21, 2015, I was informed by Deputy Coroner Larry Carroll Inmate Ashby did not survive, and was pronounced dead at the hospital. A post-mortem examination of the body was conducted on October 22, 2015 at 0925 hours by

GB003042

Dr. Lauren Lippincott and Dr. Randall Falls.  The Medical Examiner declared the cause of death was due to asphyxia via ligature hanging.  A copy of the full medical examiner's report is included in the file.

A thorough review of the witness statements, and evidence collected at the scene has been conducted, and it is clear Mr. Ashby's death was self-inflicted. This investigation is now closed.

GB003043

PIU-004
11/14

# LOUISVILLE METRO POLICE DEPARTMENT
### *SPECIAL INVESTIGATIONS DIVISION*
### *Public Integrity Unit*

## CASE NUMBER:      15-068

## INVESTIGATIVE RECORD

| Type of Investigation | Attempted Suicide at LMDC |
|---|---|
| Subject(s) of Investigation | LMDC |
| Involved Agency | LMDC |
| Victim(s) / Complainant(s) | James E. Ashby |
| Other (perp against officer) | |
| Lead Investigator | Sergeant Scott Gootee |

| DATE | TIME | EVENT |
|---|---|---|
| 10/04/15 | 1710 | Notified of attempted suicide at LMDC |
| 10/04/15 | 1814 | Arrived at LMDC PSU Office |
| 10/04/15 | 1630 | CSU Redfield arrived |
| 10/04/15 | 1845 | PIU and CSU arrived on the 6th floor to process scene |
| 10/04/15 | 1904 | LMDC Officer Olson interviewed by Lt. DeSpain and Sgt Kessinger |
| 10/04/15 | 1917 | LMDC Officer Horn interviewed by Sgt Gootee and Sgt Hagedorn |
| 10/04/15 | 1930 | Mr. Kilgore'Odom interviewed by Lt. DeSpain and Sgt. Kessinger |
| 10/04/15 | 1933 | LMDC Officer interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 1958 | LMDC Officer Simpson interviewed by Lt. DeSpain and Sgt. Kessinger |
| 10/04/15 | 1959 | Mr. Bremts interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 2019 | LMDC Sergeant Goff interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 2031 | Mr. Kevon Lawless interviewed by Lt. DeSpain and Sgt. Kessinger |
| 10/04/15 | 2034 | LMDC Officer Stigall interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 2045 | LMDC Nurse Bohr interviewed by Lt. DeSpain and Sgt. Kessinger |
| 10/04/15 | 2058 | LMDC Nurse Nichols interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 2109 | LMDC Nurse Lachalmelle interviewed by Lt. DeSpain and Sgt. Kessinger. |
| 10/04/15 | 2124 | LMDC Nurse Crawford interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/04/15 | 2141 | Ms. Sommerfeld interviewed by Lt. DeSpain and Sgt. Kessinger |
| 10/04/15 | 2141 | LMDC Nurse Brown'Hayes interviewed by Sgt. Gootee and Sgt. Hagedorn |
| 10/06/15 | 1305 | Sgt. Gootee and Sgt. Banta reported to University of Louisville Hospital to check on Mr. Ashby. Per Rn assigned to him, Mr. Ashby in a medical induced coma. |
| 10/07/15 | 2042 | LMEMS Tech Saar interviewed by Sgt. Banta and Sgt. Gootee |
| 10/07/15 | 2054 | LMEMS Tech Kitchens interviewed by Sgt. Gootee and Sgt. Banta |
| 10/08/15 | 1450 | Picked up the AED report used on Mr. Ashby from LMDC. Lt. Eggers also gave a copy of a |

| | | court ordered release from custody for Mr. Ashby. |
|---|---|---|
| 10/12/15 | 1615 | Spoke with APRN Emily King in person about the status of James Ashby. Stated patient is still on life support and awaiting a decision from the family on whether or not to continue support. Mr. Ashby is housed on 6 west ICU. Left card with Nurse to call when status changes. |
| 10/21/15 | 1130 | Spoke with APRN King in person and she advised they would be taking Mr. Ashby off of life support today at approx. 1215 hrs. |
| 10/21/15 | 1920 | Talk to Coroner Larry Carroll on the phone in which he advised Mr. Ashby had passed and there would be an autopsy conducted at approx. 0800 on 10/22/15 |
| 10/22/15 | 0915 | Attended autopsy for Mr. Ashby. |
| 10/22/15 | 1215 | Notified Lt. Eggers of LMDC that Mr. Ashby passed on 10/21/15 |
| 12/30/15 | 1012 | Case closed and turned over to Lt. Despain |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |




# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
## INVESTIGATIVE REPORT

| Type of Investigation | File No. | Date of Report: |
|---|---|---|
| **Attempted Suicide** | **15-068** | **10/05/2015** |

| Activity: | Submitted By |
|---|---|
| Notification, Initial Response, Scene, and Interviews of: Officer Horn, Officer Marbrey, Sergeant Goff, Officer Stigall, Nurse Nichols, Nurse Crawford, Nurse Brown-Hayes, Inmate Christopher Brents | Sergeant Jon Hagedorn |
| | **Lead Investigator:** Sergeant Scott Gootee |

## NOTIFICATION

On Sunday, October 4th, 2015, I received a page from MetroSafe communications requesting a response to the Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU) in reference to an attempted suicide by an inmate while in his cell. I responded and noted my arrival time as 6:26 PM. While in the PSU office I met with Lieutenant Kevin DeSpain, Sergeant Scott Gootee, and Sergeant Chad Kessinger. Lt. DeSpain advised us that Sgt. Gootee would be the lead investigator and we discussed how we would begin to investigate this incident. Crime Scene Unit (CSU) Technician Redfield (#8141) then arrived and we briefed her on our plan of action.

## INITIAL RESPONSE

As a group, we then left the PSU office and went to the scene of the attempted suicide which was located on the 6th floor of the jail complex in Dorm number 9, cell number 1 in the West portion of the jail complex. I noted our arrival time to the scene as 6:45 PM. I was immediately approached by Sgt. Goff who presented me with a camera which he had used to take several photos of the scene before our arrival. I removed the SIM card from this camera and took possession of it to be preserved as evidence. On 10/05/2015 at 10:30 AM, I gave the SIM card to Sgt. Gootee.

## SCENE INVESTIGATION

Sgt. Gootee and I processed the scene with CSU Tech. Redfield. CSU Tech. Redfield documented the scene as we found it with photographs and collected evidence as directed by Sgt. Gootee. We also searched cell number 1 for any items of evidentiary value. All items collected as evidence were documented and maintained by CSU Tech. Redfield. For a more complete list of these items please see the CSU reports contained in this file.

After processing the scene, we returned to the PSU office where we began to conduct interviews of all persons believed to have knowledge of this incident. The following is a brief synopsis of these interviews and a more complete recounting of them can be found in this file within the audio recordings section.

GB003046

## OFFICER HORN INTERVIEW:

Jeff Horn W/M



LMDC - Officer

Officer Horn advised he heard the call over the jail radio requesting assistance with an inmate who had hung himself. He immediately responded there from H6 in the east portion of the jail complex and found the inmate lying on the ground being attended to by Officers Stigall and Simpson. He then began to assist with revival efforts by performing chest compressions on the victim. He was assisted with CPR by Officer Marbrey who had also responded and was performing rescue breathing. At some point an automatic electronic defibrillator (AED) was attached to the victim. Stigall believed that it made 5 assessment cycles, advising a shock on only the second cycle. He continued his CPR efforts until relieved by Louisville Fire and Rescue (LFR) personnel relieved him, which he believed was approximately 15-20 minutes later.

## OFFICER MARBREY INTERVIEW:

Clifford Marbrey B/M




LMDC - Officer

Officer Marbrey stated that after hearing the call for service he responded from his assigned area on the 5th floor in the East wing of the jail complex. Once on scene, he observed the victim lying on the ground and immediately began to assist with CPR by performing rescue breathing utilizing a CPR mask. He continued these efforts until relieved by LFR personnel

## SERGEANT GOFF INTERVIEW:

Ernest Goff W/M



LMDC - Sergeant

Sgt. Goff was the commanding officer responsible for the 5th and 6th floors of the jail complex on the date of this incident. He was on the 5th floor when he heard the call for help on the 6th floor. He responded there immediately and requested LFR and EMS to be notified. He then took steps to make sure that the scene was protected and took photographs. He told me that he believed that all LMDC standard procedures were followed and that all possible aid was rendered to the victim.

## OFFICER STIGALL INTERVIEW:

Timmy Stigall W/M



LMDC - Officer

Officer Stigall was the officer on the 6th floor covering Dorm 9 on the date of this incident. He told me that he had checked on the victim in his cell at 4:03 PM and he was fine. He returned shortly after for evening food service at 4:16 PM and found the victim in his cell hanging from the bars covering the window in cell#1. The victim was hanging from a ligature fashioned from bed sheets. He immediately called for assistance and had the cell door opened. He and Officer Simpson then entered the cell and lowered the victim to the ground and then carried him to the open area of the dorm just outside the cell. From this location, officers had more space to assess the victim and perform life saving measures. He said that Officers Horn and Marbrey responded to his call and immediately began CPR. At some point he said that Sgt. Goff noticed that the body camera which he, Stigall, was wearing was not turned on, so he instructed him to activate it. Officer Stigall said that the other 3 inmates in the dorm were confined to their single cells and could not have seen anything transpire. None of the inmates made any comments to him about the victim having threatened to hang himself.

## NURSE NICHOLS INTERVIEW:

Courtney Nichols W/F



Correct Care Solutions - LPN

Nurse Nichols responded to the call for assistance and brought medical supplies with her. She said that when she arrived CPR was already underway and was being performed correctly. At some point an AED was attached to the victim and performed several assessment cycles only advising a shock once. She said that she only observed because there was no need for her to intervene and cause a lapse in CPR administration. Nurse Nichols said she had no previous contact with the victim.

## NURSE CRAWFORD INTERVIEW:

Danyelle Crawford B/F



Correct Care Solutions - LPN

GB003048

Nurse Crawford responded to the call for assistance and observed only. She said in her estimation, all aid rendered was performed correctly and saw no need to intervene and cause a lapse in administration of potential life saving measures.

## NURSE BROWN-HAYSE INTERVIEW:

Kimberly Brown-Hayes B/F



Correct Care Solutions - LPN

Nurse Brown-Hayes was on the 6th floor performing "acuchecks" on inmates with known diabetic maladies when the call for assistance was made. She responded and saw the inmate hanging from the cell bars covering the cell window. She said Officers Stigall and Simpson lowered the victim to the ground and carried him into the open portion of the dorm. From this location they began to assess the victim and removed the ligature from his neck. She said she placed a "pulse/ox" meter on the victim's finger to ascertain if he had a pulse and what his blood oxygen content was. She said that his pulse was present but weak and could not remember what his oxygen reading was. She said that Officer Stigall and Marbrey, who had responded as well, then began CPR. She remained on scene and continually checked the victim's pulse during CPR. In her estimation CPR was performed correctly and she saw no need to intervene.

## INMATE BRENTS INTERVIEW:

Christopher Brents B/M



Extension Staffing - Laborer

Inmate Brents was housed in cell number 4 in dorm 9. He said that when the victim was brought to the dorm the previous day, he spoke with him briefly while he was on his hour out of his cell. He said that the victim seemed concerned about the potential time he may have to serve on his charges and never stated that he had thoughts of suicide. On the day of this incident, he could not see the victim in his cell but was able to see the incident once the victim was brought out to the common area for aid. He said that the officers were trying desperately to revive the victim and he commended them for their efforts.

| Investigator's Signature: | | |
|---|---|---|
| Supervisor's Signature: | | 10/08/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

PIU 005  11/14.

GB003049

 

# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
### Public Integrity Unit
### INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **Attempted Suicide** | | **15-068** | **10/05/2015** |

| Activity: | Submitted By |
|---|---|
| Notification and Response to University Hospital | Sergeant Arnold Rivera |
| | **Lead Investigator:** |
| | Sergeant Scott Gootee |

## NOTIFICATION AND RESPONSE:

On Sunday, October 4, 2015, at 1700 hours, I received a page notification from MetroSafe advising the investigators of the Public Integrity Unit (PIU) respond to the Louisville Metro Department of Corrections (LMDC), on an inmate hanging. Shortly after the notification, I received a phone call from Lieutenant Kevin DeSpain directing me to respond to University Hospital to ascertain the condition of the inmate. Lieutenant DeSpain provided me the name of the inmate as James Ashby and advised me Sergeant Scott Gootee would be the lead investigator.

I responded to University Hospital and noted my arrival time as 1755 hours. I located the inmate in bed 9 of the emergency room. Inmate Ashby was unconscious and on a ventilator. Inmate Ashby was being guarded by LMDC Officer Eric Davidson #867. Mr. Davidson accompanied the inmate in the ambulance from LMDC. He advised Mr. Ashby never regained consciousness and he did not have firsthand knowledge of the incident as he was working a different floor during the incident.

Inmate Ashby was breathing with the assistance of a ventilator. I observed markings around his neck consistent with ligature strangulation. Additionally, Mr. Ashby was not responding to any pain stimulus applied by medical personnel. I spoke with attending medical personnel and was advised he was in critical but stable condition; however, his prognosis for survival was unknown. I called Lieutenant DeSpain and updated him on Mr. Ashby's condition. I also provided Lieutenant DeSpain with the incident report number 80-15-079719. CSU Tech. Erin Redfield arrived and collected Mr. Ashby's clothing and took photographs of him. I then departed the hospital at 1957 hours and drove to LMDC.

I arrived at LMDC and met with Lieutenant DeSpain and Sergeant Scott Gootee. I provided them with an update on Mr. Ashby's condition.

| Investigator's Signature: | | |
|---|---|---|
| Supervisor's Signature: | LT. KE DeSpain | 10/13/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002    10/05.

GB003050

 

# LOUISVILLE METRO POLICE DEPARTMENT
### Special Investigations Division
### Public Integrity Unit
### INVESTIGATIVE REPORT

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **IN CUSTODY DEATH** | | **15-068** | **10/05/2015** |
| **Activity:** | | **Submitted By** | |
| Notification, Initial response, Scene investigation and Witness interviews | | Sergeant Scott Gootee | |
| | | **Lead Investigator:** | |
| | | Sergeant Scott Gootee | |

**NOTIFICATION**
On Sunday, October 4, 2015, at approximately 1710 hours, I was notified by Public Integrity Unit (PIU) Commander, Lieutenant Kevin DeSpain, regarding an attempted suicide by an inmate at Louisville Metro Department of Corrections (LMDC).   Lieutenant DeSpain requested I respond to LMDC Professional Standards Unit Office (PSU) to meet with other members of PIU.

**INITIAL RESPONSE**
I arrived at approximately 1814 hours and was met by Lieutenant Arthur Eggars and Lieutenant Jennifer Eubanks of LMDC and later joined by Lieutenant DeSpain, Sergeant Chad Kessinger and Sergeant Jon Hagedorn.  Crime Scene Unit Technician (CSU) Erin Redfield #8141 arrived at approximately 1630 hours and the unit briefed her as to the plan of action.

LMDC Lieutenant Eubanks provided investigators with copies of the inmate's personal information, observation sheets for the sixth floor, LMDC incident report and an email with photographs of the scene.  The inmate was identified as follows:

James E. Ashby W/M
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮
SSN: ▮▮▮▮▮▮

The Unit left the PSU office and went to the scene of the attempted suicide which was located on the 6th floor of the Hall of Justice in Dorm 9, cell 1.  We arrived on the 6th floor at approximately 1845 hours at which time myself, Sergeant Hagedorn and CSU Tech. Redfield started processing the scene.  After the scene was processed, Sergeant Hagedorn and I searched inmate Ashby's cell.  All items collected as evidence were documented and maintained by CSU Tech. Redfield. For a more complete list of these items please see the CSU reports contained in this file.

After all tasks were completed we returned to the PSU office and conducted interviews of all persons believed to have knowledge of this incident.  See Sergeant Hagedorn's report for a brief synopsis of the interviews he and I conducted.  For a more complete recount of the interviews, an audio recording can be found within this file.

*Page 1 of 2*

GB003051

Upon conclusion of the interviews members of the Unit met to discuss the information that was obtained.  Sergeant Arnold Rivera also briefed the Unit on information he obtained at University of Louisville Hospital.  The Unit departed LMDC PSU office at approximately 2207 hours.

Myself and Lieutenant DeSpain arrived at the PIU office, 810 Barret Avenue at approximately 2220 hours, where Lieutenant DeSpain assisted me in the initial preparation of the case file for the investigation.

Myself and Lieutenant DeSpain departed the PIU Office at approximately 2305 hours.

| | |
|---|---|
| Investigator's Signature: | |
| Supervisor's Signature: | LT. KEL___ 10/09/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002      10/05.

*Page 2 of 2*

GB003052

 

# LOUISVILLE METRO POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION
### Public Integrity Unit
### INVESTIGATIVE REPORT

| Type of Investigation **ATTEMPTED SUICIDE** | File No. **15-068** | Date of Report: **10/05/2015** |
|---|---|---|
| Activity: Notification, Initial Response, Interviews with Ofc. Devan Simpson, Inmate Kevon Lawless, LPN Abigayle Sommerfeld | Submitted By Lieutenant Kevin DeSpain | |
| | Lead Investigator: Sergeant Scott Gootee | |

## NOTIFICATION

On Sunday, October 4, 2015, at approximately 1659 hours, I received a telephone call from Lieutenant Arthur Eggers, Louisville Metro Department of Corrections (LMDC), Professional Standards Unit (PSU), who advised an inmate had hung himself inside his cell at the jail. Lieutenant Eggers identified the inmate as James Ashby, W/M 36 and stated he was found hanging in a single cell in Dorm 9 on the 6th floor of the jail complex in the Hall of Justice (HOJ). He further advised Mr. Ashby had been transported to University of Louisville Hospital by Louisville Metro Emergency Medical Services (LMEMS), unconscious and unresponsive.

After advising Lieutenant Eggers that the Public Integrity Unit (PIU) would be responding to investigate the incident, I contacted MetroSafe Supervisor Vince Looney at approximately 1704 hours, and requested that he send a text message to all PIU investigators, notifying them of a PIU Call-Out; and instructing them to report to the LMDC PSU office. At approximately 1710 hours, the following text message was received:

**public_integrity_unit THIS IS A PIU CALLOUT: WE HAVE AN INMATE HANGING AT LMDC HE WAS TRANSPORTED TO UNIV. MEET AT THE LMDC PSU OFFICE AT THE JAIL. LT DESPAIN.**

## INITIAL RESPONSE

At approximately 1712 hours, I contacted Sergeant Arnold Rivera by telephone, directing him to respond to University of Louisville Hospital. I noted my time of arrival at the LMDC PIU Office, 600 W. Jefferson Street, at approximately 1808 hours. I met with LMDC Lieutenants Arthur Eggers and Jennifer Eubanks, LMDC PSU, along with LMDC Lieutenant Christopher Roy, who provided the following information regarding Inmate Ashby:

**James Earl Ashby**, INMATE #00431177
W/M 36 YOA   DOB:▓▓▓▓▓▓▓▓▓▓
ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓
SS: ▓▓▓▓▓▓▓

Booking #: 201523918   Booking Date/Time: 09/03/2015 / 15:25 hours
**Charges:**
- Trafficking in Controlled Substance 1st Degree (Methamphetamine)
- Trafficking in Controlled Substance 1st Degree (Heroin)
- Possession of a Firearm by a Convicted Felon
- Possession of Drug Paraphernalia

Inmate Ashby was originally housed at the Community Corrections Center (CCC), 4 S1, but was moved on October 2, 2015, to the 6th floor of HOJ, Dorm 9, Cell #1 (single cell), due to a fight with another inmate (Sean Hiser) at CCC.

Lieutenant Eggers advised there were no records of outgoing or incoming telephone calls from/to Inmate Ashby. A preliminary list of potential witnesses was provided by Lieutenant Eggers and will be contained within the case file, along with the aforementioned booking information records. Lieutenant Eggers also provided a copy of an email he received from LMDC Sergeant Ernest Goff, dated Sunday, October 4, 2015, at 1749 hours. The email, which will be maintained within the PIU case file, contained initial photographs of the scene taken by LMDC personnel and a narrative of the incident, as follows:

*On October 4, 2015 at approximately 1620 a call came out over the radio to 1059 H6. When Sgt. Goff arrived on H6 dorm 9 Officers J. Horn and C. Marbrey was giving CPR to inmate Ashby, James cin # 431177. Nurse Brown was in dorm 9 assisting with inmate Ashby, James. Main control was contacted to notify EMS at approximately 1623. Lt. Roy arrives on scene at approximately 1624 along with Nurse Bohr, Summerfield, Nichols, Crawford, and Lachamelle. Ems notified by main control 1625, Fire arrives on floor at 1629, ems arrives at 1632, ems arrives on the floor at 1634, ems departs the floor at 1644, Lt. Eggers notified at 1644, ems departs facility at 1706.*

*Sgt. Goff spoke with Officer Stigall and was informed that while he was serving chow he saw inmate Ashby, James cin # 431177 was hanging from the bars with a sheet tied to his neck. Officer Stigall tried to use the knife for life to cut him down but was unable to get it done so he tried to untie him from the bars and was able to get him down that way. Pictures were taken and shift command was notified of the incident. A copy of this incident report will be sent to shift command, upper command, PSU, and to critical care unit.*

*EI# 66317*

*Sgt. Goff 319*

At approximately 1813 hours, I received a telephone call from Sergeant Arnold Rivera, who advised Inmate Ashby was still alive, in critical condition, at University of Louisville Hospital. Report # 80-15-079719 was obtained to document the incident. PIU Sergeants Scott Gootee, Jon Hagedorn and Chad Kessinger responded to the Call-Out and were briefed in the LMDC PSU Office. It was determined that Sergeant Gootee would be assigned as the lead investigator.

LMPD Crime Scene Unit (CSU) Technician Erin Redfield arrived at the LMDC PSU Office at approximately 1830 hours and she was briefed regarding the nature of the investigation. At approximately 1842 hours, PIU investigators and CSU Technician Redfield were escorted from the LMDC PSU Office by LMDC Lieutenant Eubanks to the 6th floor of the Jail Complex HOJ. At approximately 1845 hours, investigators observed the scene in Dorm 9. Sergeant Hagedorn and Sergeant Gootee were assigned to conduct the scene investigation with CSU Technician Redfield, to include Cell #1. At approximately 1857 hours, Sergeant Kessinger and I returned to the LMDC PSU Office to await the arrival of potential witnesses, which were to be sent by LMDC Lieutenant Eubanks.

I assisted Sergeant Kessinger with interviews of LMDC Officer Carl Olson (1904 hours), Inmate Davontay Kilgore-Odom (1930 hours), LPN Stephanie Bohr (2045 hours) and RN Crystal

Lachalmelle (2109 hours). The interviews were taken in the form of audio recorded sworn statements which will be maintained within the PIU case file. For a synopsis of those interviews, see the investigative report submitted by Sergeant Kessinger.

## INTERVIEW WITH LMDC OFFICER DEVAN SIMPSON

At approximately 1958 hours, Sergeant Kessinger assisted me with an interview of LMDC Officer Devan Simpson. The interview was taken in the form of an audio recorded sworn statement, which will be maintained in the PIU case file. Officer Devan Simpson is further identified as:

Devan Michael Simpson
W/M 
home
cell

A synopsis of the interview follows:

- Devan Simpson advised he is employed by the Louisville Metro Department of Corrections as a Corrections Officer.

- He stated he was returning from Dorm 1, where he had been assisting Nurse Brown with "Acu-Checks" of blood sugar of inmates with diabetes, when he observed Officer Stigall exiting Dorm 9, who then told him an inmate had hung himself.

- Officer Simpson stated Officer Stigall grabbed the "knife for life" as he (Simpson) went into cell #1 and held the inmate up while Officer Stigall attempted to cut the sheet.

- After Officer Stigall cut the sheet (from the bars covering the window), he (Simpson) dragged the inmate into the dayroom (in Dorm 9) and laid him flat on his back.

- Another officer (J. Horn) had arrived and started CPR, chest compressions.

- Officer Simpson stated he held the door to Dorm 9 open as other officers arrived to assist.

- He stated Lieutenant Roy directed him to wait by the elevator (entrance to the 6th floor) for responding personnel and maintain a log, noting the time of arrival of the fire department, EMS, etc. Officer Simpson advised the log was turned over to Sergeant Goff.

- Officer Simpson described the scene when he first observed Inmate Ashby hanging in single cell #1; stating it appeared the inmate had stepped off the stool in front of the desk, and was hanging from the bars (which cover the window) by a sheet (the cells have a bed, desk area, stool, toilet and sink, all of which are affixed to the floor or wall).

- Officer Simpson stated *"he was just hanging there, he was slightly discolored, he had drool on his chest, from where he had started drooling, so I...just went in and grabbed him...that's what we're trained to do...someone's got to hold him up, so he's not*

*disclosing his airway.  He was in that right hand corner, and I went in and grabbed him up best I could...and held him up."*

- In response to the question "were his feet touching the floor?" Simpson advised his feet were touching the floor, pointed upwards. Officer Simpson then stated he was not paying close attention to Inmate Ashby's feet, *"I was looking at him, trying to get to him, so I really didn't look at his feet."*

- Officer Simpson stated Inmate Ashby was not conscious at any time after he was discovered hanging in the cell.

- Officer Simpson stated he opened the door to cell #1, after Officer Stigall informed him that he had seen Inmate Ashby, through the window on the door, hanging inside the cell.

- Officer Simpson was not equipped with a body camera.

- Officer Simpson explained that a "dayroom" is a room within the dorm, that the single cells open into. Inmates are allowed one (1) hour per day in the dayroom, away from their single cells, individually. Inside the dayroom is a table, television and shower.   He advised the dayroom is approximately 6' X 6'.

Upon determining that Officer Simpson could provide no further information, we thanked him for his cooperation with the investigation and terminated the interview at approximately 2010 hours.

## INTERVIEW WITH LMDC INMATE KEVON LAWLESS

At approximately 2031 hours, Sergeant Kessinger assisted me with an interview of LMDC Inmate Kevon Lawless.  The interview was taken in the form of an audio recorded sworn statement, which will be maintained in the PIU case file.  Inmate Kevon Lawless is further identified as:

Kevon Lawless
B/M  DOB: 

A synopsis of the interview follows:

- In regards to the hanging, Inmate Lawless stated he couldn't really see anything because he was in a single cell and the door to his cell only has a small window.  Therefore he could only see into the dayroom.

*INVESTIGATOR'S NOTE:  The walls between the cells are solid, with no windows.*

- Inmate Lawless stated he and another inmate, who he called his "cousin", were talking about football earlier in day prior to the incident, when the victim joined the conversation.  He stated the victim said he liked the Steelers.

- Inmate Lawless stated he was in the cell next to the victim.  He was not sure of his cell number, but thought he was in cell 2, and the victim was in cell 1.

- Inmate Lawless stated he did not know the victim's name.

- He stated his "cousin" is Tay Kilgore.

- Inmate Lawless stated after the conversation about football ended, it got quiet and he laid down on his bed, then he heard the victim say *"I'm gonna hang myself, I'm gonna hang myself."* He thought the victim was "playing".

- When asked to explain further, Inmate Lawless said *"when we stopped talkin', and I laid down, he started beatin' on my wall, I took the cover off my head, and he got quiet, then he was like 'I'm gonna hang myself, I'm gonna hang myself', said it like four (4) times, so I just went back to sleep.  I didn't know if he was serious or not, the way he said it, it sounded like he wasn't ready to do it, just sayin' it to get attention type of thing, and I just went back to sleep, and when I woke back up he was on the ground"* (in the dayroom).

- Inmate Lawless stated he did not say anything in response to the victim.

- He stated about fifteen (15) to twenty (20) minutes after the victim made the statement that he was going to hang himself, the "trays" came in and the COs (corrections officers) found him.

- Inmate Lawless explained that "trays" is the food that is prepared for the inmates, which is passed by the corrections officers to the inmates.

- Inmate Lawless stated he told the corrections officers about the victim's statements indicating he was going to hang himself, after they discovered the victim hanging, but did not advise anyone about the comments prior to that.

- Inmate Lawless stated he overheard the corrections officers say *"Awe', he hung himself! Oh my God!"*, as he was walking to his cell door, when the trays were announced.

- He stated he didn't know which CO said it, *"there was like three (3) COs (corrections officers) in there, working on him"* (in the dayroom).

- As Inmate Lawless was watching through the window of the door to his cell, he stated they told him to go back in his cell away from the door.

- Inmate Lawless stated he had only been assigned to the 6th Floor, Dorm 9, since yesterday (October 3, 2015).  He advised the victim was already in cell 1, when he arrived in Dorm 9.

- Inmate Lawless stated it was about fifteen (15) to twenty (20) minutes from the time the victim said he was going to hang himself, to when the corrections officers came in and removed him from the cell.

- He stated he never heard the victim make any prior threats to harm himself, nor did the victim ever say why he wanted to hang himself.

Upon determining that Inmate Lawless could provide no further information, we thanked him for his cooperation with the investigation and concluded the interview at approximately 2041 hours.

## INTERVIEW WITH ABIGAYLE SOMMERFELD, LPN

At approximately 2141 hours, Sergeant Kessinger assisted me with an interview of LPN Abigayle Sommerfeld. The interview was taken in the form of an audio recorded sworn statement, which will be maintained in the PIU case file. LPN Sommerfeld is further identified as:

Abigayle Leigh Sommerfeld
W/F  DOB

A synopsis of the interview follows:

- Nurse Sommerfeld states she is a Licensed Practical Nurse (LPN) employed by Correct Care Solutions, which contracts with LMDC for the medical care provided to inmates.

- She advised she had just completed rounds for sick call on the Med Unit in J2 (main Jail, 2nd floor), when she observed LMDC Officer Horn running to the elevator. She stated she asked Officer Smith, a female officer that was nearby, what was going on? To which Officer Smith told her that she (Sommerfeld) needed to go the 6th floor.

- Nurse Sommerfeld stated she returned to the Med Unit to retrieve equipment sometime between 1615 and 1617 hours, where she met with other nurses, who advised there was an incident on the 6th floor they needed to respond to, possibly a hanging.

- She identified the other nurses as Nurse Bohr, Charge Nurse Lachalmelle and Nurse Nichols.

- When they arrived on the elevator at the 6th floor, she stated they were told the incident occurred in the West hold, so they proceeded to that location.

- Nurse Sommerfeld stated she arrived at Dorm 9 at approximately 1628 hours. Upon entering the dorm, she stated she observed the inmate/patient on the floor as Officer Horn was performing CPR. She believed an officer named Mulberry was doing the breathing with an ambu-bag. She stated the AED (Automated External Defibrillator) was on the patient, but the "shock" had not been given at that time.

- She stated she and the other nurses started getting oxygen ready, but the AED gave a warning to STAY AWAY/DON'T TOUCH. The AED then delivered the "shock" to the patient at approximately 1629 hours. She stated when the "shock" was delivered the

patient's arms flew forward then fell back to the ground. The AED then advised to continue CPR.

- Meanwhile, she stated she was still on stand-by, because there were so many people in the dorm. The officers were doing a great job with CPR.

- Nurse Sommerfeld stated after the "shock" was given, Nurse Courtney Nichols checked the patient's pupils to see if there was any neurological reaction at approximately 1630 hours, noting the patient's pupils were fixed and dilated.

- Nurse Sommerfeld described the patient as having blue lips and the patient himself was blue in color.

- The corrections officers continued CPR until the Fire Department arrived and the firefighters took over CPR. At that point, Nurse Sommerfeld stated she stepped outside of the dorm with Nurse Bohr and Officer Simpson. She stated they remained just outside of Dorm 9 until EMS arrived and removed the patient (transporting him to UofL Hospital).

- Nurse Sommerfeld stated she then returned to the Medical Unit on J2.

- Nurse Sommerfeld stated she did not know the inmate's name, nor had she seen him previously. She stated she recalled checking his paperwork and from that she knew he had just been assigned to the 6th floor and had only been on the 6th floor for one (1) day.

- The paperwork indicated that the inmate had been transferred because of a fight that occurred in CCC, where he was previously housed.

- Nurse Sommerfeld stated there was nothing in his medical record to indicate that he would do something like this (take his own life).

- Nurse Sommerfeld explained the AED is an Automated External Defibrillator, which monitors the patient's heart. If the heart gets out of rhythm, it delivers a "shock" in an attempt to return the heart to a normal rhythem.

- She stated the AED is utilized if a patient is unresponsive. She stated the AED "talks to you". When the AED determines it needs to deliver a "shock" it says "Stay Back, Don't Touch". It then monitors the heart rhythm of the patient and if the heart goes back into rhythm, it provides further instructions such as "continue CPR".

- Nurse Sommerfeld stated the patient had no pulse prior to the "shock" being delivered, but that afterward a shallow pulse was detected.

- She stated after the firefighters took over CPR, the patient appeared to have some color returning.

Upon determining that Nurse Sommerfeld could provide no further information, we thanked her for her cooperation with the investigation and terminated the interview at approximately 2154 hours.

Upon conclusion of the interview with LPN Sommerfeld, Sergeant Kessinger and I met with Sergeant Gootee and Sergeant Hagedorn to discuss the information that was obtained through interviews and information received from Sergeant Arnold Rivera, obtained while he was at University of Louisville Hospital. Upon determination of potential follow up investigative tasks, we departed the LMDC PSU Office at approximately 2207 hours.

Sergeant Gootee and I arrived at the PIU Office, 810 Barret Avenue at approximately 2220 hours, where I assisted Sergeant Gootee in the initial preparation of the case file for the investigation. At approximately 2254 hours, I prepared an email notification of the investigation and forwarded the email to Special Investigations Division Commander, Major Don Burbrink.

Sergeant Gootee and I departed the PIU Office at approximately 2305 hours.

| Investigator's Signature: | LT. KE |
| Supervisor's Signature: | |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

 **LOUISVILLE METRO POLICE DEPARTMENT** 

**Special Investigations Division**
**Public Integrity Unit**
**INVESTIGATIVE REPORT**

| Type of Investigation | | File No. | Date of Report: |
|---|---|---|---|
| **Attempted Suicide (LMDC)** | | **15-068** | **10/05/2015** |
| Activity: | | **Submitted By** | |
| Notification and Response Interviews conducted at LMDC | | Sergeant Chad Kessinger | |
| | | **Lead Investigator:** Sergeant Scott Gootee | |

## NOTIFICATION

On Sunday, October 4, 2015, at approximately 1710 hours, I was notified by Public Integrity Unit (PIU) Commander, Lieutenant Kevin DeSpain, regarding an attempted suicide by an inmate at Louisville Metro Department of Corrections (LMDC). Lieutenant DeSpain requested I respond to LMDC Professional Standards Office (PSU) to meet with additional PIU members. At approximately 1711 hours, I received a text message from MetroSafe Communications indicating a Public Integrity Unit Call-Out. The text message advised the following: THIS IS A PIU CALLOUT: WE HAVE A INMATE HANGING AT LMDC HE WAS TRANSPORTED TO UNIV. MEET AT THE LMDC PSU OFFICE AT THE JAIL. LT DESPAIN.

I met with PIU Sergeant Jon Hagedorn in the rear parking lot of Louisville Metro Police Department Headquarters, and walked over to LMDC Professional Standards Office. Upon arrival I met with LMDC PSU Lieutenant Jennifer Eubanks and Lieutenant Arthur Eggers. Also present was PIU members Lieutenant DeSpain, Sergeant Scott Gootee and Sergeant Hagedorn. Lieutenant DeSpain advised PIU Sergeant Arnold Rivera, responded to University Hospital to check the medical condition of the inmate.

LMDC Lieutenant Eubanks provided investigators with copies of the inmate's personal information, observation sheets for the jail complex (sixth floor), LMDC incident report and an email with photographs of the scene. This information was also provided to the lead investigator Sergeant Gootee, to place in the PIU file. The inmate was identified as follows:

James E. Ashby W/M
Address: ███████████████
DOB: ██████
SSN: ████████

I noted the arrival time of Crime Scene Unit Technician Erin Redfield, (code 8141) at 1830 hours. CSU Tech. Redfield, met with investigators in the LMDC PSU Office and briefed on the incident. Lieutenant. Eubanks then escorted all investigators to the scene that was located on H6 Dorm 9 Cell 1. I noted my arrival time on scene at 1845 hours. Once on scene, I noted that LMDC Officer Jeff Horn (badge# 705), was standing at the entrance to Dorm 9 that leads to cell 1. The scene was processed by CSU Tech Redfield, Sergeant Hagedorn and lead investigator Sergeant Gootee. For a more detailed account of the scene processing, refer to Sergerant Gootee and Sergeant Hagedorn's investigative report. Lieutenant DeSpain and I returned to the PSU Office, and began interviews with inmates, LMDC Officers and Medical Staff.

GB003061

## INTERVIEW WITH LMDC OFFICER CARL OLSON

On Sunday, October 4, 2015, Lieutenant DeSpain and I interviewed LMDC Officer Carl Olson at 600 West Jefferson, in the LMDC PSU Office. Mr. Olson is more specifically identified as:

Carol Joseph Olson
Address
DOB:



The interview was taken in the form of a sworn statement and the following are key aspects of the interview

- Officer Olson said at approximately 1620 hours, he responded to H6 Dorm 9 to assist officers. Upon arrival, he (Olson) said the inmate was lying on the ground outside his cell.
- Officer Olson said an Officer was performing CPR, so he (Olson) attempted to remove the sheet from around the inmate's neck, by using the "Knife for Life", but was not successful due to the thickness of the sheet. He (Olson) then untied it by hand. After the sheet was removed, his Sergeant directed him to activate the body camera that he was wearing.
- Officer Olson remained on scene until EMS arrived and transported to the inmate hospital.
- The body camera was given to LMDC Sergeant Hornback.

## INTERVIEW WITH DAVONTAY KILGORE'ODOM (INMATE)

On Sunday, October 4, 2015, Lieutenant DeSpain and I interviewed LMDC inmate, Davontay Kilgore'Odom, at 600 West Jefferson, in the LMDC PSU Office. Mr. Kilgore is more specifically identified as:

Davontay Kilgore'Odom
Address
DOB:



The interview was taken in the form of a sworn statement and the following are key aspects of the interview:

- Mr. Kilgore said he is in single cell #5, which has a small window in the door that allows him to see out.
- Mr. Kilgore said he overheard the victim talking approximately five minutes before chow was served. Mr. Kilgore said the work aide came in and said "*chow.*" He (Kilgore) got up and went to the window and overheard the work aide say "*dudes dead.*" Mr. Kilgore then observed the victim being removed from his cell and said he (victim) was not moving, and that CPR was then given.
- Mr. Kilgore said the victim he knows as "Bo", made no threats to harm himself.

GB003062

**INTERVIEW WITH CRYSTAL LACHALMELLE (NURSE)**

On Sunday, October 4, 2015, Lieutenant DeSpain and I interviewed Crystal Lachalmelle at 600 West Jefferson, in the LMDC PSU Office. Mrs. Lachalmelle is more specifically identified as:

Crystal Lachalmelle
Address: 
DOB:

Employer: Correct Care Solutions, Weekend Charge Nurse.

The interview was taken in the form of a sworn statement and the following are key aspects of the interview:

- Mr. Lachalmelle said she was at the nurses stations located on J2, when she overheard someone say they were needed on the 6th floor. She (Lachalmelle) said she arrived at approximately 1624 hours, on H6 D9 and stated that CPR was being performed by LMDC Officer Horn, who was performing compressions, and LMDC Officer Marbrey, who was giving breathes.
- At approximately 1629 hours, Mrs. Lachalmelle said the AED alerted to shock. Mrs. Lachalmelle said the Louisville Metro Fire Department (LMFD) arrived and took over CPR. She also documented the arrival time of EMS at approximately 1631 hours. At approximately 1840 hours, Mrs. Lachalmelle called Nurse Whitney at University of Louisville Hospital and was advised the patient was critical but stable.

It should be noted, that Mrs. Lachalmelle did not provide CPR, but was available if requested by additional medical personnel. While she was present, she documented the time of events and provided investigators with a copy of her notes at the interview. A copy of the notes will be provided to the lead investigator, Sergeant Gootee, and placed in the PIU file for further review.

**INTERVIEW WITH STEPHANIE BOHR**

On Sunday, October 4, 2015, Lieutenant DeSpain and I interviewed Stephanie Bohr, at 600 West Jefferson, in the LMDC PSU Office. Mrs. Bohr is more specifically identified as:

Stephanie Bohr
Address: 

The interview was taken in the form of a sworn statement and the following are key aspects of the interview:

- Mrs. Bohr said she was alerted by additional medical staff of an emergency on Hall of Justice 6th floor, sometime after 4pm.
- Mrs. Bohr said her and additional medical staff, grabbed the medical equipment and escorted to the area by security staff.

GB003063

- Mrs. Bohr said upon arrival at the scene, she observed the inmate lying on the floor with CPR being performed by unknown Corrections staff, and one medical personnel was present.
- Mrs. Bohr said the AED advised to shock one time. The Louisville Metro Fire Department (LMFD) arrived on scene and took over CPR.  EMS arrived shortly after and transported the inmate to the hospital.
- Mrs. Bohr said she did not perform any medical treatment while on scene.

| | |
|---|---|
| Investigator's Signature: | |
| Supervisor's Signature: | LT. KE _____ CO/06/2015 |

This report is the property of the Louisville Metro Police Department.  Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

LMPD # 05-0002       10/05.

GB003064




# LOUISVILLE METRO POLICE DEPARTMENT
## Special Investigations Division
## Public Integrity Unit
# INVESTIGATIVE REPORT

| Type of Investigation | File No. | Date of Report: |
|---|---|---|
| **LMDC IN CUSTODY-ATTEMPTED SUICIDE** | **15-068** | **10/08/2015** |

| Activity: | Submitted By |
|---|---|
| Interview of Louisville Metro Emergency Medical Services (LMEMS) Technicians John Saar and Teresa Kitchens | Sergeant Scott Gootee |
| | **Lead Investigator:** |
| | Sergeant Scott Gootee |

## INTERVIEW OF LMEMS TECHNICIAN JOHN SAAR

On Wednesday, October 07, 2015, Sergeant Robert Banta and I interviewed LMEMS Technician John Saar. Technician Saar responded to Louisville Department of Corrections (LMDC) located at 600 West Jefferson, on an inmate that had attempted suicide on 10/04/2015. Technician Saar is more specifically identified as:

Louisville Metro Emergency Services
Technician John Saar
White/Male



The interview was conducted at the Public Integrity Unit Office, 810 Barret Avenue. The interview was conducted in the form of a sworn statement. For the purpose of this investigation the interview focused upon the contact between Technician Saar and Louisville Department of Corrections Inmate James Ashby. The following are key aspects of the interview:

- Technician Saar arrived on scene and found Mr. Ashby lying on the ground unresponsive and breathing on his own.

- Technician Saar stated that he was told by Louisville Fire Department (LFD) the patient had been revived by them and LMDC.

- Technician Saar also stated LFD advised them that an AED on been used and the patient had been shocked once.

- Technician Saar stated he learned the patient had tried to hang himself so he immobilized him to prevent further injury.

- Technician Saar stated they transported the patient, code 3, to University of Louisville Hospital where he remained unresponsive the whole time.

- Once at the hospital they released the patient to hospital staff.

GB003065

It was determined Technician Saar had no further information and the interview was concluded. The interview was audio recorded and will be made a part of the file.

## INTERVIEW OF LMEMS TECHNICIAN TERESA KITCHENS

On Wednesday, October 07, 2015, Sergeant Robert Banta and I interviewed LMEMS Technician Teresa Kitchens. Technician Kitchens responded to Louisville Department of Corrections (LMDC) located at 600 West Jefferson, on an inmate that had attempted suicide on 10/04/2015. Technician Kitchens is more specifically identified as:

Louisville Metro Emergency Services
Technician Teresa Kitchens
White/Female



The interview was conducted at the Public Integrity Unit Office, 810 Barret Avenue. The interview was conducted in the form of a sworn statement. For the purpose of this investigation the interview focused upon the contact between Technician Kitchens and Louisville Department of Corrections Inmate James Ashby. The following are key aspects of the interview:

- Technician Kitchens arrived on scene and found Mr. Ashby lying on the ground unresponsive with shallow breathing.

- Technician Kitchens began to bag the patient to assist in breathing.

- Technician Kitchens also stated LFD advised them that an AED on been used and the patient had been shocked once.

- Technician Kitchens stated they immobilized him to prevent further injury.

- Technician Kitchens they transported the patient, code 3, to University of Louisville Hospital where he remained unresponsive the whole time.

- Once at the hospital they released the patient to hospital staff.

It was determined Technician Kitchens had no further information and the interview was concluded. The interview was audio recorded and will be made a part of the file.

| Investigator's Signature: | | |
|---|---|---|
| Supervisor's Signature: | LT. KE____ | 10/12/2015 |

This report is the property of the Louisville Metro Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.
LMPD # 05-0002    10/05.

GB003066



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15-068_

Today's date is _October 4, 2015_     The time is _1904_ hours.

This is an interview with _CARL OLSON_     (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: _600 West Jefferson, LMDC Professional Standards Office._

Present during this interview is; _LMDC OFFICER Olson, PIU Lt. D. Spain, Sgt. Kessinger_

_Mr. ___ Olson _____
(Title)              (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Carol Olson_____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Carl Olson_____          _10-4-15_          _7 1906_
                    Signature                           Date                 Time

_Lt- Kessinger_____          _10/04/2015_          _1906 HRS_
                    Witness signature                  Date                 Time

Subscribed and sworn to me by     _CARL OLSON_____

This ____4TH____ day of ___OCTOBER___, 2015

_____          _____
Notary Public, State at Large                        My Commission Expires

GB003067



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is _October 4, 2015_  The time is _1930_ hours.

This is an interview with _Davontay Kilgore 'Odom_ (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _600 West Jefferson, LMDC Professional Standards Office_

Present during this interview is; _Lt. Kevin DeSpain, Sgt. Kessinger_

_Mr.___  _Davontay Kilgore 'Odom_
(Title)                        (Name)

Q1 ☒ Are you aware this interview is being audio and/or video recorded?
Q2 ☒ Has anyone threatened you in order to obtain this interview?
Q3 ☒ Are you giving this interview of your own free will?
Q4 ☒ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☒ State your home address including the zip code.
Q6 ☒ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☒ State your home telephone number with the area code.
Q8 ☒ State your mobile and an alternate phone number with area codes.
Q9 ☒ Are you employed?
Q10 ☐ State your employer and the position you hold there.
Q11 ☐ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Davontay Kilgore_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X_____     _10-4-15_     _7:33 pm_
       Signature                Date         Time

_Lt. KeDeSpain_          _10/04/2015_    _1933 HRS_
     Witness signature         Date          Time

Subscribed and sworn to me by _Davontay Kilgore - Odom_

This _4TH_ day of _October_ , 2015

_____     Notary Public, State at Large, KY
Notary Public, State at Large    My Commission Expires Mar 29, 20__
                                  My Commission Expires



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15·068

Today's date is OCTOBER 4, 2015    The time is 1958    hours.

This is an interview with DEVAN SIMPSON    (R/S) W/M

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON STREET, LMDC PSU OFFICE

Present during this interview is: SGT. CHAD KESSINGER, LT. KEVIN DESPAIN

OFFICER          DEVAN SIMPSON
(Title)                          (Name)

Q1 ☑ Are you aware this interview is being audio ~~and/or video~~ recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, DEVAN SIMPSON , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_____        10-4-15        2000
Signature H598                    Date          Time

SGT. _____    10/04/2015    2001 HRS.
Witness signature                 Date          Time

Subscribed and sworn to me by    DEVAN SIMPSON

This 4TH day of OCTOBER , 2015

LT. KEVIN _____        NOVEMBER 14, 2017
Notary Public, State at Large              My Commission Expires

GB003069



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15·068

Today's date is __OCTOBER 4, 2015__     The time is __2031__     hours.

This is an interview with __KEVON LAWLESS__     (R/S) __B/M__

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☑   Other Location: __600 W. JEFFERSON ST, LMDC PSU OFFICE__

Present during this interview is; __SGT. CHAD KESSINGER, LT. KEVIN DESPAIN__

__MR._____ __LAWLESS_____
(Title)                               (Name)

Q1  ☑ Are you aware this interview is being audio ~~and/or video~~ recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, __KEVON LAWLESS__, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Kevon Lawless_                    _10-4-15_          _8:34 PM_
Signature                                   Date                 Time

_Sgt. Chad Kessinger_                _10/04/2015_       _2035 HRS_
Witness signature                           Date                 Time

Subscribed and sworn to me by     __KEVON LAWLESS__

This __4TH__ day of __OCTOBER__, 2015

_Lt. Kevin Despain_                          __NOVEMBER 14, 2017__
Notary Public, State at Large                My Commission Expires



# LOUISVILLE METRO POLICE DEPARTMENT
# PUBLIC INTEGRITY UNIT
# OFFICIAL STATEMENT
## CASE NUMBER: 15-068

Today's date is _October 4, 2015_     The time is _2045_ hours.

This is an interview with _STEPHANIE BOHR_     (R/S) _____

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _600 West Jefferson, LMDC PSU OFFICE_

Present during this interview is; _Lt DeSpain, Sgt. Kessinger_

_Mrs._ _Bohr_
_____         _____
(Title)                          (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _STEPHANIE BOHR_____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _S. Bohr_                    _10/4/15_        _2047_
_____         _____  _____
Signature                          Date              Time

_Lt. Kessinger_               _10/04/2015_     _2047 HRS_
_____         _____  _____
Witness signature                  Date              Time

Subscribed and sworn to me by _STEPHANIE BOHR_

This __4__ day of _October_, 2015

_____              Notary Public, State at Large, KY
Notary Public, State at Large        My Commission Expires Mar. 30, 2017

_____
Notary Public, State at Large          My Commission Expires

GB003071



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: 15·068

Today's date is OCTOBER 4, 2015    The time is 2141    hours.

This is an interview with ABIGAYLE SOMMERFELD    (R/S)   W/F

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: 600 W. JEFFERSON ST, LMDC PSU OFFICE

Present during this interview is; SGT. CHAD KESSINGER, LT. KEVIN DESPAIN

MS. _____ SOMMERFELD
(Title)                    (Name)

Q1 ☑ Are you aware this interview is being audio ~~and/or video~~ recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☒ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, ABIGAYLE SOMMERFELD, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____ Signature     10-4-15 Date     21:44 Time

_____ Witness signature     10/04/2015 Date     2145 HRS Time

Subscribed and sworn to me by ABIGAYLE SOMMERFELD

This 4TH day of OCTOBER, 2015

LT. KE_____ Notary Public, State at Large     NOVEMBER 14, 2017 My Commission Expires

GB003072



# LOUISVILLE METRO POLICE DEPARTMENT
# PUBLIC INTEGRITY UNIT
# OFFICIAL STATEMENT
### CASE NUMBER: 15 - 068

Today's date is **Sunday 10-04-2015**   The time is **7:17 PM**   hours.

This is an interview with **Ofc Jeff Horn**      (R/S)   **W/M**

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location:  **600 W. Jefferson (HOJ) Correction PSU**

Present during this interview is;  **Sgt Scott Gootee, Sgt Jon Hagadorn**

**Ofc**          **Jeff Horn**
(Title)                              (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, **Jeff Horn**          , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _____      **10-4-15**      **7:19**
            Signature                               Date              Time

_____      **10-04-15**      **7:19 p**
       Witness signature                        Date              Time

Subscribed and sworn to me by   **Jeff Horn**

This   **04**   day of   **OCT**      , 2015

_____      **10-28-2017**
   Notary Public, State at Large              My Commission Expires

GB003073



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15-068_

Today's date is _Sunday Oct 04-2015_   The time is _8:34 pm_ hours.

This is an interview with _Ofc Timothy Stigal_ _____ (R/S) ___ _w M_ ___

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: _600 W. Jefferson St HOJ/PSU (Correction_

Present during this interview is; _Sgt. Scott Gootee, Sgt Jon Hagadorn_

_Ofc_ _____ _Timothy Stigal_ _____
(Title)                         (Name)

- Q1  ☑ Are you aware this interview is being audio and/or video recorded?
- Q2  ☑ Has anyone threatened you in order to obtain this interview?
- Q3  ☑ Are you giving this interview of your own free will?
- Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
- Q5  ☑ State your home address including the zip code.
- Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7  ☑ State your home telephone number with the area code.
- Q8  ☑ State your mobile and an alternate phone number with area codes.
- Q9  ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☑ What is your work telephone number?
- Q12 ☐ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Timothy Stigal_ _____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_X Timothy Stigal_____     _X 10-4-15_     _X 8:37 PM_
Signature                         Date             Time

_[Witness signature]_____     _10-4-15_     _8:57 PM_
Witness signature                 Date             Time

Subscribed and sworn to me by _Timothy Stigal_

This _04_ day of _OCT_ , 2015

_Frances S Foster_____     _10-28-2017_
Notary Public, State at Large     My Commission Expires

GB003074



**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _15-068_

Today's date is _Sunday OCT 04 2015_    The time is _8:19 pm_    hours.

This is an interview with _Sgt Ernest Goff_    (R/S) _WM_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _600 W. Jefferson HOJ / PSU (Corrections)_

Present during this interview is; _Sgt Scott Gootee, Sgt Jon blagadorn,_
_Sgt                Ernest Goff_
(Title)                                    (Name)

Q1 ☒ Are you aware this interview is being audio and/or video recorded?
Q2 ☒ Has anyone threatened you in order to obtain this interview?
Q3 ☒ Are you giving this interview of your own free will?
Q4 ☒ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☒ State your home address including the zip code.
Q6 ☒ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☒ State your home telephone number with the area code.
Q8 ☒ State your mobile and an alternate phone number with area codes.
Q9 ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Ernest Goff_    , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

x _Ernest Lee Goff_               x _10/4/15_       x _2021_
         Signature/                        Date            Time

_Sgt Jon blagadorn_               _10-4-15_        _20:21 Hes_
         Witness signature              Date            Time

Subscribed and sworn to me by _Ernest Goff_

This _04_ day of _OCT_ , 2015

_Francis S Stottle_               _10-28-2017_
Notary Public, State at Large        My Commission Expires

GB003075



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is _Sunday 10-04-15_          The time is _7:33p_          hours.

This is an interview with _Ofc Clifford Marbrey_     (R/S)     _B M_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: _600 W. Jefferson St HOJ/PSU office (Correct..._

Present during this interview is; _Sgt Scott Gootee, Sgt Jon Hagadorn_

_Ofc_                    _Clifford Marbrey_
(Title)                         (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Clifford Marbrey_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _[signature]_                    X _10-4-13_          X _7:35pm_
_____Signature_____            _____Date_____        ____Time____

_[signature]_                    _10-4-15_          _7:35 PM_
_____Witness signature_____         _____Date_____        ____Time____

Subscribed and sworn to me by _Clifford Marbrey_

This    _04_    day of   _OCT_    , 2015

_[signature] Francis S [...]_                    _10-28-2017_
_____Notary Public, State at Large_____              _____My Commission Expires_____

GB003076



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is _Sunday OCT 04, 2015_   The time is _7:58 pm_ hours.

This is an interview with _Christopher Brents_   (R/S) _BM_

This interview is being conducted at:

☐  Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒  Other Location: _600 W Jefferson St/PSU (Corrections)_

Present during this interview is;
_Sgt Scott Gootee, Sgt Hagadorn_

Mr. _____ _Christopher Brents_
(Title)                              (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Christopher Brents_, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

✗ _C. L. Be_____                    ✗ _10-4-15_        ✗ _8:01_
Signature                              Date              Time

_Sgt Scott Gootee_                  _10-4-15_        _8:01 PM_
Witness signature                     Date              Time

Subscribed and sworn to me by _Christopher Brents_

This _04_ day of _OCT_ , 2015

_Frances S Foster_                  _10-28-2017_
Notary Public, State at Large        My Commission Expires

GB003077

**LOUISVILLE METRO POLICE DEPARTMENT**
**PUBLIC INTEGRITY UNIT**
**OFFICIAL STATEMENT**
CASE NUMBER: _15-068_

Today's date is _October 4, 2015_          The time is _2109_          hours.

This is an interview with _Crystal Lachalmelle_          *(R/S)*

This interview is being conducted at:

☐   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☒   Other Location: _600 West Jefferson, LMDC PSU Office_

Present during this interview is; _Lt. DeSpain, Sgt. Kessinger_

_Mrs._          _Lachalmelle_
(Title)                              (Name)

Q1  ☒ Are you aware this interview is being ⟨audio⟩ and/or video recorded?
Q2  ☒ Has anyone threatened you in order to obtain this interview?
Q3  ☒ Are you giving this interview of your own free will?
Q4  ☒ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☒ State your home address including the zip code.
Q6  ☒ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☒ State your home telephone number with the area code.
Q8  ☒ State your mobile and an alternate phone number with area codes.
Q9  ☒ Are you employed?
Q10 ☒ State your employer and the position you hold there.
Q11 ☒ What is your work telephone number?
Q12 ☒ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you _Crystal Lachalmelle_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Crystal Lachalmelle_               _10-4-15_          _2111_
Signature                                Date                  Time

_Lt. Ke DeSpain_                      _10/04/2015_       _2111 HRS_
Witness signature                      Date                  Time

Subscribed and sworn to me by     _CRYSTAL   LACHALMELLE_

This   _4TH_   day of   _OCTOBER_   , 2015

_[signature]_                          Notary Public, State at Large, KY
                                       My Commission Expires Mar. 29, 2017

Notary Public, State at Large          My Commission Expires



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is _Sunday Oct 04 2015_   The time is _9:41 pm_ hours.

This is an interview with _Kimberly Brown-Hayes_ (R/S) _BF_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☒ Other Location: _600 W. Jefferson St HOJ/PSU (Corrections)_

Present during this interview is; _Sgt. Scott Gootee Sgt Jon Hagadorn_

_Mrs_ _Kimberly Brown-Hayes_
(Title)                  (Name)

Q1 ☑ Are you aware this interview is being audio and/or video recorded?
Q2 ☑ Has anyone threatened you in order to obtain this interview?
Q3 ☑ Are you giving this interview of your own free will?
Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
Q5 ☑ State your home address including the zip code.
Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7 ☑ State your home telephone number with the area code.
Q8 ☑ State your mobile and an alternate phone number with area codes.
Q9 ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Kimberly Hayes_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_[signature]_          _10/4/15_          _2943_
Signature              Date              Time

_[signature]_          _10-4-15_          _2143 HRS_
Witness signature       Date              Time

Subscribed and sworn to me by _Kimberly Hayes_

This _04_ day of _OCT_ , 2015

_[signature]_          _10-28-2017_
Notary Public, State at Large    My Commission Expires

GB003079



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is _Sunday Oct 04 2015_  The time is _9:24 pm_ hours.

This is an interview with _Danyelle Crawford_ (R/S) _BF_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☑ Other Location: _600 W. Jefferson St HOJ/PIU (Corrections)_

Present during this interview is; _Sgt. Scott Gootee, Sgt. Jon Hagadorn_
_MS_ _Danyell Crawford_
(Title)                              (Name)

- Q1 ☑ Are you aware this interview is being audio and/or video recorded?
- Q2 ☑ Has anyone threatened you in order to obtain this interview?
- Q3 ☑ Are you giving this interview of your own free will?
- Q4 ☑ Please, state your full name, and spell your last name. What is your date of birth?
- Q5 ☑ State your home address including the zip code.
- Q6 ☑ Is this the same as your mailing address? (If no) Mailing address?
- Q7 ☑ State your home telephone number with the area code.
- Q8 ☑ State your mobile and an alternate phone number with area codes.
- Q9 ☑ Are you employed?
- Q10 ☑ State your employer and the position you hold there.
- Q11 ☑ What is your work telephone number?
- Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Danyell Crawford_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

➤ _Danyelle Crawford_ ✗ _10/4/15_ ✗ _9:27 pm_
Signature                          Date                Time

_Sgt. Jon McFerran_ _10-4-15_ _9:27 PM_
Witness signature                  Date                Time

Subscribed and sworn to me by _Danyell Crawford_

This _04_ day of _OCT_ , 2015

_Francis S. Potee_ _10-28-2017_
Notary Public, State at Large            My Commission Expires



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: _15-068_

Today's date is _Sunday Oct 04 2015_    The time is _8:58 pm_ hours.

This is an interview with _Courtney Nichols_    (R/S) _W F_

This interview is being conducted at:

☐ Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☒ Other Location: _600 W Jefferson St.   HOJ/PSU (Corrections)_

Present during this interview is; _Sgt. Scott Gootee, Sgt Jon Hagadorn_

_Mrs_ _____ _Courtney Nichols_ _____
(Title)                              (Name)

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, _Courtney Nichols_ , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

✗ _Courtney Nichols_          ✗ _10-4-15_          ✗ _2059_
            Signature                              Date                        Time

_Sgt Jon M. ____ _          _10-4-15_          _2100 HRS_
            Witness signature                    Date                        Time

Subscribed and sworn to me by _Courtney Nichols_

This _04_ day of _OCT_ , 2015

_Francis S ____ _          _10-28-2017_
    Notary Public, State at Large              My Commission Expires

GB003081



# LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is   Wednesday, October 07, 2015          The time is   2042          hours.

This is an interview with   John Saar                          (R/S)   W/M

This interview is being conducted at:

☒   Public Integrity Unit, 810 Barret Avenue, Louisville, KY  40204

☐   Other Location:

Present during this interview is;   Sgt. Scott Gootee  and Sgt Robert Banta

| Tech | John Saar |
|------|-----------|
| (Title) | (Name) |

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you,   John Saar                          , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

| Signature | Date 10-7/15 | Time 2044 |
|-----------|------|------|
| Witness signature | Date 10/7/15 | Time 2045 |

Subscribed and sworn to me by        John Saar

This     07     day of   October     , 2015

| Notary Public, State at Large | My Commission Expires  10-28-2017 |
|-------------------------------|------------------------|

GB003082



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT
## OFFICIAL STATEMENT
### CASE NUMBER: 15-068

Today's date is  Wednesday, October 07, 2015          The time is  _2054_          hours.

This is an interview with  Teresa Kitchens                    (R/S)    W/F

This interview is being conducted at:

☒    Public Integrity Unit, 810 Barret Avenue, Louisville, KY 40204

☐    Other Location: _____

Present during this interview is;  Sgt. Scott Gootee  and Sgt Robert Banta

| Tech | Teresa Kitchens |
|------|------------------|
| (Title) | (Name) |

Q1  ☑ Are you aware this interview is being audio and/or video recorded?
Q2  ☑ Has anyone threatened you in order to obtain this interview?
Q3  ☑ Are you giving this interview of your own free will?
Q4  ☑ Please, state your full name, and spell your last name.  What is your date of birth?
Q5  ☑ State your home address including the zip code.
Q6  ☑ Is this the same as your mailing address? (If no) Mailing address?
Q7  ☑ State your home telephone number with the area code.
Q8  ☑ State your mobile and an alternate phone number with area codes.
Q9  ☑ Are you employed?
Q10 ☑ State your employer and the position you hold there.
Q11 ☑ What is your work telephone number?
Q12 ☑ Are you aware the following interview will be a sworn statement?

**PLEASE RAISE YOUR RIGHT HAND**

Do you,  Teresa Kitchens          , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

_Teresa_                    _10-7-15_         _2056_
Signature                   Date             Time

_Robert Banta_              _10/7/15_         _2056_
Witness signature           Date             Time

Subscribed and sworn to me by           Teresa Kitchens

This   _07_    day of  _October_    , 2015

_Francis S Gootee_                     _10-28-2017_
Notary Public, State at Large          My Commission Expires

GB003083



GB003084



# Louisville Metro Police Department
## Crime Scene Unit Report

Date: 10/04/2015          Day: Sunday          ☒ Original          ☐ Supplement

CSU #: 80-15-079719ORI-RED          ICN #: 80-15-079719

Offense(s): Attempted Suicide

Notified/Dispatched by: Lt. K. Despain by telephone

| | LMDC-1825; U of L Hospital | LMDC-1830; U of L Hospital | LMDC-1913; U of L Hospital |
|---|---|---|---|
| Time Received: | 1913 | Arrival Time: 1921 | Cleared Time: 1927 |

Detective(s) at Scene: Lt. K. Despain and Sgt. S. Gootee

Lead Detective/Division/Unit: Sgt. S. Gootee/ PIU          Code #: 2471

CSU Technician(s): E. Redfield          Code #: 8141

## Crime Scene Information:

Location of Scene: 600 W. Jefferson Street, 6th floor, H6 Dorm 9 (Hall of Justice)          Date of Occurrence: 10/04/2015

Type of Premise: ☐Residence ☐Roadway ☐Business ☐Vehicle ☒Other  Correctional Facility

Weather Condition: ☒Inside ☐Snow ☐Rain ☐Clear ☐Other _____

## Victim's Information:

| | |
|---|---|
| Victim's Name: | James Earl Ashby |
| Victim's Address: | 600 W. Jefferson Street, 6th floor, H6 Dorm 9 (Hall of Justice) |

City: Louisville          State: KY          Zip Code: 40202

Race: White          Sex: Male          DOB: ███████          Age: 36

Elimination Prints Taken? ☐ Yes ☒ No ☐ Post Mortem

Victim's Hands Bagged? ☐ Yes ☒ No          GSR Done on Victim? ☐ Yes ☒ No

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| N/A | | | | | ☐ |
| | | | | | ☐ |

## Photography:

Photographing Technician(s): E. Redfield *Photos of the scene, victim at U of L Hospital, and Evidence at the CSU Office.*

## Video:

Video Technician(s) or Detective: N/A

GB003085          LMPD # 07-0001

## Crime Scene Mapping:
Crime Scene Measurements and Diagram Completed By:   N/A

## Evidence Processing:

Processed for Latent Prints?  ☐ Yes    ☒ No

| Type | Description | Latent Prints Obtained? Yes | No | Where processed? |
|------|-------------|------|------|------|
| N/A | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |
| | | ☐ | ☐ | ☐ Scene  ☐ CSU<br>☐ ATG  ☐ Other |

## Exhibits Collected:

| Exhibit # | Description |
|-----------|-------------|
| 1 | One (1) brown colored, unknown brand, bed sheet collected from the floor of the common area of 600 W. Jefferson Street, 6th floor, H6 Dorm 9 (Hall of Justice) *Note-Prior to CSU arrival, the bed sheet was moved from its original location so victim could receive medical attention. |
| | |
| | **The following Exhibits were collected at the University of Louisville Hospital, Emergency Room, Bed #6, and belong to the victim.** |
| 2 | One (1) orange colored, "BOB BARKER TriStitch" brand, size 4XL, cut, LMDC shirt collected from Detective A. Rivera. |
| 3 | One (1) pair of orange colored, "BOB BARKER TriStitch" brand, size 4XL, LMDC pants collected from Detective A. Rivera. |
| 4 | One (1) pair of blue colored, "Hanes" brand, size "XL", boxer style underwear collected from Detective A. Rivera. |
| | |
| | |

## Narrative:

On 10/04/2015 at approximately 1825 hours, Lt. K. Despain telephoned the CSU Office and requested response to 600 W. Jefferson Street at the PIU Office. Upon arrival, met with Lt. K. Despain and Sgt. S. Gootee and proceeded to the 6th floor, Dorm 9 where the following was performed:

Digitally photographed the scene.

Collected Exhibit #1 (See Exhibits Collected Section)

At approximately 1913 hours, Lt. K. Despain advised CSU to respond to 530 South Jackson Street, ER, Bed #6. Upon arrival, met with Sgt. A. Rivera and the following was performed:

Digitally photographed the victim.

Collected Exhibits #2, 3, and 4 (See Exhibits Collected Section).

' approximately 1958 hours, digitally photographed Exhibits #1, 2, 3, and 4.

At approximately 2030 hours, Exhibits #1, 2, 3, and 4 were secured in the CSU Evidence Lockers.

**CONTINUED Page 3**

MPD #-07-0001
05/13

On 10/05/2015 at approximately 2015 hours, Exhibits #1, 2, 3, and 4 were removed from the CSU Evidence Lockers.

On 10/05/2015 at approximately 2105 hours, Exhibits #1, 2, 3, and 4 were released to Property Room Clerk D. Pool at the LMPD Property Room.

Technician's Name:  E. Redfield _____  Code #:  8141 _____

Supervisor's Name: _____  Code #: _____

Date: _____

GB0003087-0001
05/13



# Louisville Metro Police Department
## Crime Scene Unit Report
### Autopsy

Date: __10/22/2015__     Day: __Thursday__          ☐ Original     ☒ Supplement

CSU #: __80-15-079719KRICH__          ICN #: __80-15-079719__

Offense(s): __Suicide Investigation__

Notified/Dispatched by: __self-initiated__

Time Received: __0743__   Arrival Time: __0752__          Cleared Time: __1033__

Detective(s) at Scene: __N/A__

Lead Detective/Division/Unit: __Sergeant S. Gootee/PIU__     Code #: __2471__

CSU Technician(s): __K. Richardson__     Code #: __8150__

## Crime Scene Information:

Location of Scene: 600 W. Jefferson Street, 6th Floor, H6 Dorm 9     Date of Occurrence: __10/04/2015__

## Victim's Information:

| | |
|---|---|
| Victim's Name: | James Ashby |
| Victim's Address: | 400 S. 6th Street (LMDC) |
| City: Louisville | State: KY          Zip Code: |
| Race: White | Sex: Male     DOB: ███     Age: 36 |
| Elimination Prints Taken? ☐ Yes     ☒ No     ☐ Post Mortem | |

## Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| N/A | | | | | ☐ |
| | | | | | ☐ |

## Photography:

Photographing Technician(s): K. Richardson

## Exhibits Collected:

| Exhibit # | Description |
|---|---|
| | **Exhibits collected at Pathology from Dr. R. Falls, Medical Examiner; belonging to the victim.** |
| 5 | Head hair standard. |
| 6 | Blood standard. |
| | |
| | |

GB003088

LMPD # 07-0001
05/13

3248

**Narrative:**

On Thursday October 22, 2015 at approximately 0743 hours, CSU Technician K. Richardson responded to Pathology at 810 Barret Avenue. Upon arrival, met with Dr. R. Falls, Medical Examiner and the following was performed at approximately 0925 hours:

Digitally photographed the victim.

Collected Exhibits 5 and 6 from Dr. R. Falls at approximately 1030 hours.

Transported and secured Exhibits 5 and 6 in the CSU Evidence Lab.

Released Exhibits 5 and 6 to the LMPD Property Room clerk K. Wilbert at approximately 1323 hours.

Technician's Name:   K. Richardson        Code #:   8150

Supervisor's Name:              Code #:

Date:

GB003089

Lmpd
Plu

# POSTMORTEM EXAMINATION

## OF THE BODY OF

### ASHBY, JAMES  ME-15-1353

A postmortem examination of the body identified by the Jefferson County Coroner as James Ashby is performed at the Urban County Government Center on October 22, 2015 at 9:25 a.m. by Dr. Lauren Lippincott and Dr. Randall Falls. The attendant is Kendall Gault.

## EXTERIOR OF THE BODY

The body is received in a white body bag clad in a multicolored hospital gown. An identification tag bearing the decedent's name is around the left ankle. A toe tag bearing the decedent's hospital alias is around the left first toe.

The body is that of a normally developed, normally nourished, adult white male appearing consistent with the reported age of 36 years. The body has a measured height of 66" and a weight of 136 pounds. The scalp hair is black and straight measuring up to 1/2" in length. The irides are brown. The sclerae are white. The pupils, viewed through clear corneae, are round and equal measuring up to 6 mm. The conjunctivae are minimally injected and petechiae are absent. The ears and nose are palpably intact. Facial hair consists of a brown mustache and beard, measuring up to 1". The frenula of the lips are intact. The natural anterior dentition is in fair repair. The trachea is midline and the neck is without masses. Superficial lymph nodes are not enlarged. There are multiple irregular red healing abrasions measuring from 1/8" up to 1/2" superior to the middle aspect of the left clavicle. The chest is symmetric and of normal mobility. The abdomen is slightly protuberant. White powder is present over the skin of the umbilicus, lower abdomen and groin. The atraumatic external genitalia are normal male. The penis is circumcised and the testes are palpable within the scrotal sac. Examination and palpation of the extremities reveals no evidence of peripheral edema, deformity or fracture. White powder is also over the left knee and the right anterior leg.

The back is well-developed and without injury. The anus is atraumatic.

Rigor mortis is well-developed in the major muscle groups. Purple livor mortis is present posteriorly except over pressure points and blanches.

## EVIDENCE OF MEDICAL INTERVENTION

1) EKG pads with attached leads over the anterior torso
2) Single lumen catheters in the right and left antecubital fossae
3) Gauze with tape over left wrist with underlying puncture wound
4) Multiple wrist bands on right wrist including identification band with hospital alias, "Fall Risk" bracelet and "Allergy" bracelet
5) Foley catheter with attached plastic tubing and urinary retention device in place in the urethra and secured to left thigh
6) Cushioned bandage over the sacrum

DF

ME15-1353

## IDENTIFYING MARKS, SCARS AND TATTOOS

1) Multiple monochromatic and polychromatic tattoos over the following body regions: right forehead; right temple; right zygomatic arch; surrounding the left eye and involving the left forehead, left supraorbital ridge, left temple, left zygomatic arch and midline of the nasal bridge; traversing the anterior neck; traversing the posterior neck; lateral right and left neck; traversing the upper chest; traversing the upper back; right and left mid chest; traversing the mid and lower back; right flank; midline upper abdomen; traversing the mid abdomen; upper lateral left arm; surrounding the mid right and left arms; along the length of the dorsal right and left arms; right elbow; along the length of the dorsal right and left forearms; upper ventral left forearm; ventral right and left wrists; dorsal right and left hands; dorsal surface of proximal phalanges 2-5 on each hand

2) Multiple irregular scars measuring up to 1" over the right antecubital fossa

3) 1/2" linear scar on the mid left arm

4) Multiple parallel obliquely oriented linear scars measuring from 1" up to 1 1/4" over the ventromedial left forearm

5) 3/4" well-healed linear scar on the mid lateral left forearm

## INJURIES

There is a 1" x 3/8" area of irregular red scabbed abrasions over the left cheek

## INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 4cm through, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. Anteriorly, the liver edge is sharp and the diaphragm displays no abnormality. The appendix is present.

The mediastinum is midline. The pleural cavities contain 200ml of serosanguinous fluid, bilaterally.

## CARDIOVASCULAR

The heart is of the normal configuration and weighs 440 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The left ventricular free wall, interventricular septum, and right ventricular free wall measure 1.0cm, 1.2cm and 0.3cm in thickness, respectively. The mural and valvular endocardia are smooth and glistening. The papillary muscles and projecting myocardial muscle bundles are of slightly increased prominence. The chordae tendineae display no abnormality. The sinotubular junction demonstrates slight atherosclerosis. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. There is approximately 75% atherosclerotic narrowing of both the proximal left circumflex artery and proximal left anterior descending artery, and approximately 50% atherosclerotic narrowing of the mid right coronary artery. On section, the firm, brown myocardium is of normal consistency without hemorrhage or fibrosis.

The systemic aorta is of normal caliber. The intimal surface of the ascending aorta reveals few mild atherosclerotic plaques. The ostia of the large branches are of normal

GB003091

ME15-1353

distribution and dimension. Exploration and inspection of the large veins reveals no evidence of antemortem clot.

## RESPIRATORY

The lungs are of the usual lobation and weigh 1040 and 990 grams, right and left respectively. The lungs are normally inflated. The pleural surfaces are gray-red and predominantly smooth. There are two yellow pleural plaques, one over the left lower lobe measuring up to 1.0 cm, and one over the right lower lobe measuring up to 2.5cm. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The bronchi are of normal distribution and dimension. They are lined by a smooth, tan epithelium and contain thick, opaque white mucoid material. The pulmonary vasculature is of normal distribution and dimension. The vessels show a smooth, glistening intimal lining and no antemortem clot. On section, the lungs are firm and exude moderate amounts of tan frothy fluid. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER

The liver weighs 2330 grams. The capsule is intact, smooth and shiny. Sectioning the hepatic parenchyma reveals a brown and soft cut surface with a vague nutmeg-like appearance.

The gallbladder contains approximately 5 mL of bile and no stones. The large bile ducts are patent and of normal caliber and distribution.

## PANCREAS

The pancreas is tan-yellow with a normal lobulated appearance. There is no fibrosis or calcification. The ducts are patent and of normal caliber.

## ADRENALS

The adrenal glands are of normal size and shape. They are composed of yellow outer cortical rims overlying deeper brown cortical zones and gray medulla.

## GENITOURINARY

The kidneys are of similar size and shape and together they weigh 400 grams. The renal capsules are removed with ease to reveal smooth, red-brown cortical surfaces. The cortices are sharply delineated from the underlying medullary pyramids. The usual arcuate markings are preserved. The calyces, pelves and ureters are unremarkable.

The urinary bladder contains no urine.

The prostate gland is of normal size and shape. Sectioning reveals a firm, tan-white, unremarkable cut surface.

GB003092

ME15-1353

## SPLEEN

The spleen weighs 220 grams. The capsule is intact. The parenchyma is red-purple with easily discernible red and white pulp.

## ALIMENTARY TRACT

The intact esophagus is lined by gray-white, smooth mucosa with normal longitudinal folds. The gastroesophageal junction is unremarkable. The gastric wall is intact and of usual thickness. The gastric lumen contains approximately 25 mL of opaque tan liquid; no pills or capsules are identified. The gastric mucosa is tan-pink and arranged in the usual rugal folds. The small and large intestines are unremarkable.

## MUSCULOSKELETAL

Examination and palpation of the sternum, ribs, spine and pelvis reveals no fractures.

## NECK

There is no soft tissue hemorrhage within the neck. The hyoid bone and thyroid cartilages are intact. The airway contains a copious amount of white frothy, mucoid fluid along its length. The mucosal surfaces of the larynx and trachea are otherwise unremarkable. The vocal cords display no abnormality.

The lingual mucosa is intact, and the underlying firm red-brown musculature is without hemorrhage.

## THYROID

The thyroid gland is unremarkable.

## HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1360 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are unremarkable.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, reveals no fractures.

## DISPOSITION OF EVIDENCE

The following items are maintained at the OCME:
1) Photographic documentation
2) Diagrammatic documentation
3) Tissue for stock and histology
4) DNA standard card
5) Cardiac blood for short term storage

The following items are collected by Kelly Richardson of LMPD/CSU:
1) Photographic documentation
2) Pulled head hair
3) Blood standard card

GB003094

ME15-1353

## MICROSCOPIC

HEART: Myocyte hypertrophy.

LUNGS: Focal alveolar collections of neutrophils. Areas of alveolar chronic inflammation with increased numbers of fibroblasts. Diffuse alveolar edema. Abundant pigment-laden alveolar macrophages. Vascular congestion with focal red cell extravasation and atelectasis.

PLEURAL PLAQUE: Collection of acute and chronic inflammatory cells with admixed fibrin and cellular debris.

LIVER: Focal nonspecific portal inflammation. Sinusoidal congestion.

KIDNEY: Arteriolosclerosis with glomerulosclerosis. Vascular congestion with focal red cell extravasation. Focal interstitial chronic inflammation.

BRAIN: Focal neuronal cytoplasmic eosinophilia with nuclear pyknosis, loss of nucleoli and surrounding parenchymal edema.

GB003095



# JUSTICE AND PUBLIC SAFETY CABINET

**Office of the Chief Medical Examiner**
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587    Fax (502) 852-1767
www.kentucky.gov

**Steven L. Beshear**
Governor

**J. Michael Brown**
Secretary

## FINAL DIAGNOSIS

### ASHBY, JAMES  ME-15-1353

I.     Findings consistent with asphyxia via ligature hanging
    A.  Per deputy coroner report, police investigation and review of available medical records:
        1.  36-year-old male found hanging by bed sheet in jail cell; last seen alive approximately 10 minutes prior.
        2.  Status post cardiopulmonary resuscitation with return of cardiac activity and post-injury in-hospital survival of 17 days
    B.  Hypoxic/ischemic encephalopathy (see microscopic description)
    C.  Acute bronchopneumonia, with early organizing pneumonia (see microscopic description)

II.    Hypertensive and atherosclerotic cardiovascular disease
    A.  Cardiomegaly
    B.  Arteriolonephrosclerosis (see microscopic description)
    C.  Coronary artery disease, moderate to severe
    D.  Aortic atherosclerosis

III.   Postmortem toxicology not performed due to post-injury survival interval

OPINION:  Death in this case is due to asphyxia via ligature hanging. (E953.0J)

Randall K. Falls, Jr., DO

Lauren Lippincott, DO

DATE PERFORMED: October 22, 2015
DATE COMPLETED: November 23, 2015
COUNTY OF JURISDICTION: Jefferson

KentuckyUnbridledSpirit.com



An Equal Opportunity Employer M/F/D

COMMONWEALTH OF KENTUCKY
OFFICE OF THE CHIEF MEDICAL EXAMINER
LOUISVILLE, KENTUCKY

Name _____ Ashby, James _____ 36 w/m

Number _____ 15-1363 _____ Date _____ 10/22/15

Height _____ 66 _____ Weight _____ 136

H- 440

RL- 1040

LL- 990

L- 2330

K- 400

S- 220

B- 1360

I. Findings consistent to with asphyxia via ligature hanging
   A. Per scene and police report, 36 y/o wh male hanging in jail cell by bedsheet last seen alive ~ 1 h intake prior
   B. Recent hospital course
      i. cerebral encephalitis
      ii. anoxic brain injury per clinical report
      iii. pulmonary congestion and (edema), visceral prexia, pending histology

II. Clinical and other contributing disease
   A. remote [...] coronary artery atherosclerosis moderate
   B. multiple organ atherosclerosis
   C. Cardiomegaly

III. Toxicology not taken due to prolonged hospital course

Toxicology    BA    BDS    CO    UDS    VA    Ref Lab    (Histo)

Manner    A    H    N    U    (S)    Pending

ICD Code _____

Opinion  (I) _____

Resident _____ LL _____ Staff _____ RF _____ Attendant _____ NL

County/Coroner _____ Jefferson Co - w _____

GB0030907
525709 - 12/12

| Division: 1 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat: 123 | | |
| Agency: LMPD   Case Number: 80-15-079719 | | Case Status: INVESTIGATION COMPLETED |

## Incident Information

| Date/Time Reported | Date/Time From | Date/Time To | Officer |
|---|---|---|---|
| 10/04/2015  18:00 | 10/04/2015  18:00 | 10/04/2015  18:00 | (2091) RIVERA, ARNOLD F |
| **Incident Location** | | | |
| 400 S 6TH ST, LOUISVILLE, KY 40202 | | | |

## Charges

| 1 | Charge Type | Description | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|
| | | SUICIDE INVESTIGTION - CORRECTIONS - IN FACILITY | | | | SU004 | 999 | ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | JAIL / PENITENTARY | | ☐ Yes ☑ No | 1. |

| Entry | Exit | Criminal Activity | 2. |
|---|---|---|---|
| | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq # | Type | Injuries | | Residency Status | Ethnicity |
|---|---|---|---|---|---|
| 1 | INDIVIDUAL | None | | Resident | Non-Hispanic |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| ASHBY, JAMES E | W | M | | 36 |

| Address | Home Phone |
|---|---|
| ███████████████ | |
| **Employer Name/Address** | **Business Phone** |
| | |
| **Victim of Crimes** | **Cell Phone** |
| 1 | |

GB003098

| Division: | 1 DISTRICT | | Incident/Investigation Report | **UNAPPROVED** |
| Beat: | 123 | | | |
| Agency: | LMPD | Case Number: 80-15-079719 | Case Status: INVESTIGATION COMPLETED | |

## Property

| Seq. # 1 | Description | | | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|---|---|
| Owner | | | | | | License / State | | Color | |
| Status | | | Status Officer | | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | | Finish | | Grip | | Gun Stock | |
| Condition | | Gun Test   Yes   No | | Test Type | | Sight Test   Yes   No | Sight Type | | |
| Property Notes | | | | | | | | | |

| Seq. # 1 | Description | | | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|---|---|
| Owner | | | | | | License / State | | Color | |
| Status | | | Status Officer | | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | | Finish | | Grip | | Gun Stock | |
| Condition | | Gun Test   Yes   No | | Test Type | | Sight Test   Yes   No | Sight Type | | |
| Property Notes | | | | | | | | | |

| Seq. # 2 | Description | | | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|---|---|
| Owner | | | | | | License / State | | Color | |
| Status | | | Status Officer | | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | | Finish | | Grip | | Gun Stock | |
| Condition | | Gun Test   Yes   No | | Test Type | | Sight Test   Yes   No | Sight Type | | |
| Property Notes | | | | | | | | | |

GB003099

| Division: | 1 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|---|
| Beat: | 123 | | |
| Agency: | LMPD | Case Number: 80-15-079719 | Case Status: INVESTIGATION COMPLETED |

## Property

| Seq. # **3** | Description | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|
| Owner | | | | License / State | | Color | |
| Status | | Status Officer | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | Finish | Grip | | Gun Stock | |
| Condition | | Gun Test   Yes   No | Test Type | Sight Test   Yes   No | Sight Type | | |
| Property Notes | | | | | | | |

| Seq. # **4** | Description | | | Serial Number | | Make/Model | |
|---|---|---|---|---|---|---|---|
| Owner | | | | License / State | | Color | |
| Status | | Status Officer | | Quantity | Units of Measure | Value | |
| Gun Type | | Caliber | Finish | Grip | | Gun Stock | |
| Condition | | Gun Test   Yes   No | Test Type | Sight Test   Yes   No | Sight Type | | |
| Property Notes | | | | | | | |

GB003100

| Division: 1 DISTRICT | Incident/Investigation Report | **UNAPPROVED** |
|---|---|---|
| Beat:     123 | | |
| Agency:     LMPD | Case Number: 80-15-079719 | Case Status: INVESTIGATION COMPLETED |

## Notes/Narratives

### PUBLIC NARRATIVE

Victim was found by Corrections personnel hanging from metal bars within his cell. Victim used his bed sheet to complete the act. CPR was conducted by LMDC and LFD. Victim was revived and transported to UL Hospital. Victim remained alive on life support till 10/21/15 at which time the family decided to turn off support and the victim passed on the same day.

### INVESTIGATIVE NARRATIVE

GB003101

*[handwritten notes in margin: "12-068 Called John Johnson @ 0823 Left msg." and "80-15-6109"]*

# Event Chronology

**Event Number:** E15087866

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| 10/04/15 | 16:25:24 | 911ms06 | 13144 | EVENT CREATED: Location= 400 S 6TH ST LVIL : @JAIL SALLYPORT , Cross Streets= W LIBERTY ST / CEDAR ST , Name= OFFCIER HOLDEN , Call Source= 2-Phone<br>Agency= EMS , Group= EMS , Beat= 202 , Status= P , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>Current= F , Open = T, Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE)<br>Agency= LFD , Group= LFD , Beat= 22 , Status= P , Priority= 4 , ETA= 0 , Hold Type= 0 ,<br>Current= F , Open = T, Type Code= MEDICAL - MEDICAL , SubType Code= DELTA - Medical - Delta<br>EVENT COMMENT= UNCONS/UNRESPONSIVE PT- PERFORMING CPR |
| 10/04/15 | 16:25:27 | 911ms22 | 36992 | Agency= EMS , Group= EMS , Beat= 202 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>Current= F , Open = T, Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE) |
| 10/04/15 | 16:25:30 | 911ms18 | 32354 | Agency= LFD , Group= LFD , Beat= 22 , Status= A , Priority= 4 , ETA= 0 , Hold Type= 0 ,<br>Current= F , Open = T, Type Code= MEDICAL - MEDICAL , SubType Code= DELTA - Medical - Delta |
| 10/04/15 | 16:25:43 | 911ms23 | 9678 | Unit= E255 , Status= DP , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 16:25:54 | $E255 | 38529 | Unit= E255 , Status= ER , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 16:26:06 | 911ms06 | 13144 | EVENT UPDATED: Location= 400 S 6TH ST LVIL : @JAIL SALLYPORT , Cross Streets= W LIBERTY ST / CEDAR ST , Name= OFFCIER HOLDEN- LMDC , Call Source= 2-Phone<br>Agency= EMS , Group= EMS , Beat= 202 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>Current= F , Open = T, Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE)<br>EVENT COMMENT= UNDER THE COURTHOUSE |
| 10/04/15 | 16:26:47 | 911ms06 | 13144 | EVENT UPDATED: Location= 400 S 6TH ST LVIL : @JAIL SALLYPORT , Cross Streets= W LIBERTY ST / CEDAR ST , Name= OFFICER HOLDEN- LMDC , Call Source= 2-Phone , Phone Number= (502) 574-7500 |

GB003102

*(handwritten annotations)*
4 guys made Run
3 are not usually assigned Oct. 7,
08:00 - 0800 * Capt. Roberts 13:26 LFD Engine

Firefighters
Anderson, Tom — Oct. 8th
Ensw. xNick Eschenbach — Today
Bowman field Frank Vaxter —
After 7:00 Truck 10

Capt. Roberts

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| | | | | , Phone 1 = (502) 574-7500 |
| | | | | Agency= EMS , Group= EMS , Beat= 202 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , |
| | | | | Current= F , Open = T, Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE) |
| 10/04/15 | 16:28:51 | 911ms18 | 32354 | Agency= LFD , Group= LFD , Beat= 22 , Status= A , Priority= 4 , ETA= 0 , Hold Type= 0 , |
| | | | | Primary Unit= FE02, Current= F , Open = T, Type Code= MEDICAL - MEDICAL , SubType Code= DELTA - Medical - Delta |
| 10/04/15 | 16:32:20 | $E255 | 38529 | Unit= E255 , Status= AR , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 38529 , |
| | | | | Employee= 33792 |
| 10/04/15 | 16:32:21 | $E255 | 38529 | Agency= EMS , Group= EMS , Beat= 202 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , |
| | | | | Primary Unit= E255 , Primary Member= 38529 , Current= F , Open = T, Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE) |
| 10/04/15 | 16:39:38 | 911ms23 | 9678 | Unit= E920 , Status= DP , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 29503 |
| 10/04/15 | 16:39:41 | 911ms23 | 9678 | Unit= E920 , Status= AR , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 29503 |
| 10/04/15 | 16:41:20 | 911ms23 | 9678 | EVENT COMMENT= HANGING - RESUSCITATED FULL ARREST |
| 10/04/15 | 16:50:02 | 911ms18 | 32354 | Agency= LFD , Group= LFD , Beat= 22 , Status= A , Priority= 4 , ETA= 0 , Hold Type= 0 , |
| | | | | Primary Unit= FE02 , Current= T , Open = F , Type Code= MEDICAL - MEDICAL , SubType Code= DELTA - Medical - Delta |
| | | | | EVENT CLOSED: |
| 10/04/15 | 16:52:20 | 911orr02 | 9313 | Unit= E255 , Status= ~ , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 38529 , |
| | | | | Employee= 33792 |
| 10/04/15 | 16:52:40 | 911ms23 | 9678 | Unit= E255 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 16:59:41 | 911ms44 | 30173 | Unit= E920 , Status= ~ , Location= 400 S 6TH ST LVIL: @JAIL SALLYPORT , Employee= 29503 |
| 10/04/15 | 17:06:57 | 911ms22 | 36992 | EVENT COMMENT= LINE TO UNIVERSITY PH Y 156 |
| 10/04/15 | 17:07:09 | $E255 | 38529 | Unit= E255 , Status= TR , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 17:07:39 | 911ms23 | 9678 | Unit= E920 , Status= TR , Comment= Code 1 , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 29503 |
| 10/04/15 | 17:12:08 | $E255 | 38529 | Unit= E255 , Status= TA , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 17:27:39 | 911jcso10 | 89 | Unit= E920 , Status= ~ , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 29503 |

GB003103

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| 10/04/15 | 17:30:33 | 911ms22 | 36992 | Unit= E920 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 29503 |
| 10/04/15 | 17:42:08 | 911ms41 | 9712 | Unit= E255 , Status= ~ , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 17:44:35 | 911ms22 | 36992 | Unit= E255 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 530 S JACKSON ST LVIL: @UNIVERSITY HOSPITAL , Employee= 38529 , Employee= 33792 |
| 10/04/15 | 18:12:48 | $E255 | 38529 | Unit= E255 , Status= AM , Location= ENGINE 15 , Employee= 38529 , Employee= 33792 Disposition Assigned= CFHOSP |
| 10/04/15 | 18:21:12 | 911ms23 | 9678 | Agency= EMS , Group= EMS , Beat= 202 , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 , Primary Unit= E255 , Primary Member= 38529 , Current= T , Open= F , Type Code= 09D00 - DUAL-CARDIAC OR RESP. ARREST/DEATH (DELTA OVERRIDE) EVENT CLOSED: Unit= E920 , Status= AM , Location= BROADWAY & CAMPBELL , Employee= 29503 |

GB003104

**Gootee, Scott**

| | |
|---|---|
| From: | Johnson, John A |
| Sent: | Tuesday, October 06, 2015 1:16 PM |
| To: | Banta, Robert |
| Cc: | Gootee, Scott |
| Subject: | RE: PIU CASE # 15-068 |

Crew involved was:  Paramedic Angie Brown, Technician John Saar, Technician Teresa Kitchens.  They all work the following days 1000-2200hrs.
October 7th, 8th, 12th, 13th, 16th,17[th], 18th.  Just let me know when you would like to speak with them and I will make sure they are aware.

John

**From:** Banta, Robert
**Sent:** Tuesday, October 06, 2015 9:59 AM
**To:** Johnson, John A
**Cc:** Gootee, Scott
**Subject:** PIU CASE # 15-068

Capt. Johnson,
I got your information from Lt. Col. Dennison.  He advised you would be the point of contact for information needed regarding  PIU cases when we need to interview LMEMS regarding responding to scenes.  Sgt. Gootee is a new investigator with PIU and he is investigating a Louisville Metro Corrections In Custody death of an inmate that occurred on Sunday, October 4, 2015.  According to MetroSafe CAD, Unit FE02, E255, and E920 responded to LMDC, 400 South 6th street at approximately 1628 hours.  We would like to conduct an interview with all involved and would like to get schedules and contact information.  Thank you for your assistance.

Respectfully,
Robert

*Sgt. Robert Banta*
**Louisville Metro Police Department**
**SPECIAL INVESTIGATIONS DIVISION**
**Public Integrity Unit**
810 Barret Avenue (4th Floor)
Louisville, Kentucky 40204
(502) 817-3157

NOTICE OF CONFIDENTIALITY:  This e-mail, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosures under applicable law.  I the reader of this message is not the intended recipient, you are notified that any review, use, disclosures, distribution or copying of the communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original.

1

GB003105

# **Death Report**

## Inmate James Earl Ashby

## Cin # 431177

## Booking # 201523918

Prepared by:   Lt. Nicholas Angelini
Crisis Intervention Team Commander
10/28/15

GB003106

# TABLE OF CONTENTS

Photo — 1

Chronological Report — 2

Medical Report — 3

Incident Report — 4

Records Folder — 5

Classification — 6

Shift Reports — 7

PDL Entries — 8

Property — 9

Outside Agency — 10

© Copyright

GB003107



GB003108



GB003109

To:    Deputy Director Dwayne Clark
        Chief of Staff

Fr:    Lieutenant Nicholas Angelini
        Crisis Intervention Team Commander

Re:    Inmate James Earl Ashby CIN # 431177
        Chronological Report

Dt:    October 28, 2015

On October 28, 2015 a chronological report was completed for the death of Inmate James Earl Ashby CIN # 431177. Inmate Ashby was booked into the custody of Louisville Metro Department of Corrections on September 3, 2015 at 1525hrs. On October 4, 2015 at 1620hrs, Inmate Ashby was found by L.M.D.C. staff, in his cell, after a suicide attempt. Inmate Ashby expired at University of Louisville Hospital on October 21, 2015. The following is a chronological report of events for Inmate Ashby while he was in custody on the current arrest.

## September 3, 2015

**1321** – Inmate James Earl Ashby was arrested by Officer Brian Bailey with the Louisville Metro Police Department on the following charges:

Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
Drug Paraphernalia – Buy/Possess

Inmate Ashby had no bail on his fresh charges and was to go to Arraignment Court 008 on September 4, 2015 at 0900 hours.

**1525** – Inmate Ashby was booked into the custody of Louisville Metro Department of Corrections.

**1549** – Inmate Ashby received the additional charge of:

Possession of Firearm by Convicted Felon

After a Narcotics Search Warrant was executed at his residence by LMPD Officer Bailey.

**1552** – Booking fee of $35.00 applied to Inmate Ashby's account.

**1800 -** Inmate Ashby received a Bond of $1,000.00 full cash on his original charges by Judge Gina Calvert.

**2012 –** Initial medical intake was completed on Inmate Ashby.

**2032–** Inmate Ashby secured to Unit 1, Rear Security Dorm 1.  Booking process completed.

**2044 –** Inmate Ashby was moved from Unit 1, Rear Security Dorm 1, to Unit 1, Rear Security Dorm 3.

**2200 -** Inmate Ashby received a Bond of $2,500.00 full cash on his charges by Judge Gina Calvert.


**September 4, 2015**

**0900 –** Inmate Ashby was seen by medical staff for COWS monitor.

**0944 –** Inmate Ashby appeared in Arraignment Court 008 for the charges of:

> Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
> Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
> Drug Paraphernalia – Buy/Possess
> Possession of Firearm by Convicted Felon

> Inmate Ashby was ordered to remain in custody and received a return to court date of September 14, 2015 at 0900 hours in Courtroom 304 by Judge David Bowles.

**1208 –** Inmate Ashby was moved from Unit 1, Rear Security Dorm 3 to Unit 3, Dorm 4B.

**1934 –** Inmate Ashby was seen by medical staff for COWS monitor.


**September 5, 2015**

**0130 –** Inmate Ashby was seen by medical staff for COWS monitor.

**0845 –** Inmate Ashby was seen by medical staff for COWS monitor.

**1000 –** Inmate Ashby was seen by medical staff and releases from COWS monitoring.

GB003111

**September 6, 2015**

**0027** – Inmate Ashby was moved from Unit 3, Dorm 4B to C.C.C. Dorm 3 North 1.


**September 7, 2015**

**Unk** – Inmate Ashby attended gym.


**September 8, 2015**

**1125** – Inmate Ashby received a new court date of September 10, 2015 at 0900 hours in Criminal Courtroom 301 for all charges.


**September 10, 2015**

**0748** – Inmate Ashby signed out for his court appearance in Criminal Courtroom 301.

**0900** – Inmate Ashby appeared in Criminal Courtroom 301 for the charges of:

Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
Drug Paraphernalia – Buy/Possess
Possession of Firearm by Convicted Felon

Inmate Ashby was ordered to remain in custody and received a return to court date of September 14, 2015 at 0900 hours in Courtroom 304 by Judge Jennifer B. Wilcox.

**1426** – Inmate Ashby was signed in from his appearance in Criminal Courtroom 301.

**1501** – An Indictment Warrant #E05610002280613 was issued to Inmate Ashby for the charges of:

Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
Drug Paraphernalia – Buy/Possess
Possession of Firearm by Convicted Felon

Inmate was granted a bond of $2,500.00 full cash.

**1841** – Inmate Ashby's cases were presented to the Grand Jury.

**September 11, 2015**

**0628** – Inmate Ashby was signed out for his court appearance in Circuit Court Division 2.

**Unk** – Inmate Ashby appeared in Circuit Court Division 2 for the charges of:

> Complicity to Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
> Complicity to Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
> Complicity to Drug Paraphernalia – Buy/Possess
> Possession of Firearm by Convicted Felon

> Inmate Ashby received a $2,500.00 full cash bond and received a return to court date of September 14, 2015 at 0900 hours in Circuit Court Division 2.

**1352** – Inmate Ashby was signed in from his appearance in Circuit Court Division 2.

**Unk** – Inmate Ashby attended gym.


**September 14, 2015**

**0805**– Inmate Ashby was signed out for his court appearance in Circuit Court Division 2.

**0945**– Inmate Ashby appeared in Circuit Court Division 2 for the charges of:

> Complicity to Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
> Complicity to Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
> Complicity to Drug Paraphernalia – Buy/Possess
> Possession of Firearm by Convicted Felon

> Inmate Ashby received a $2,500.00 full cash bond and received a return to court date of October 2, 2015 at 0945 hours in Circuit Court Division 2 by Judge James M. Shake.

**1146** – Inmate Ashby was released custody on the following charges:

> Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
> Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
> Drug Paraphernalia – Buy/Possess
> Possession of Firearm by Convicted Felon

> Inmate Ashby was released on these charges due to Indictment by Grand Jury by

GB003113

Judge Eric J. Haner.

**1420** – Inmate Ashby was signed in from his appearance in Circuit Court Division 2.

**Unk** – Inmate Ashby attended gym.


### September 16, 2015

**Unk** – Inmate Ashby attended gym.


### September 25, 2015

**Unk** – Inmate Ashby attended gym.

**2321** – Inmate Ashby was paid $2.00 for a work detail.


### September 27, 2105

**1543** – inmate Ashby was paid $2.00 for a work detail.


### September 28, 2015

**Unk** – Inmate Ashby attended gym.


### September 29, 2015

**2000** – Inmate Ashby received medication from medical staff.


### September 30, 2015

**2000** – Inmate Ashby received medication from medical staff.

**2249** – Inmate Ashby was paid $2.00 for a work detail.


### October 1, 2015

**0800** – Inmate Ashby received medication from medical staff.

**Unk** – Inmate Ashby received an X-Ray from medical staff.

GB003114

**2000 –** Inmate Ashby received medication from medical staff.

**October 2, 2015**

**0454 –** Inmate Ashby was signed out for his appearance in Circuit Court Division 2.

**0800 –** Inmate Ashby received medication from medical staff.

**0945–** Inmate Ashby appeared in Circuit Court Division 2 for the charges of:

Complicity to Trafficking in Controlled Substance, 1st Offense (> 2 GMS Methamphetamine)
Complicity to Trafficking in Controlled Substance, 1st Offense (> 2GMS But <100GMS Heroin)
Complicity to Drug Paraphernalia – Buy/Possess
Possession of Firearm by Convicted Felon

Inmate Ashby received a $2,500.00 full cash bond and received a return to court date of October 23, 2015 at 0845 hours in Circuit Court Division 2 by Judge James M. Shake.

**1415 –** Inmate Ashby was signed in from his appearance in Circuit Court Division 2.

**1850 –** Inmate Ashby and an Inmate Sean Hiser (528313) were involved in a physical altercation.  See Incident # 00066290.

**2000 –** Inmate Ashby received medication from medical staff.

**2137 –** Inmate Ashby was moved from C.C.C., Dorm 3 North 1 to Unit 6, Dorm 9, Cell 1.

**October 4, 2015**

**1616 -** Inmate Ashby was found by L.M.D.C. staff hanging in his cell an apparent suicide attempt. Officer J. Horn and Officer C. Marbrey began C.P.R.  See Incident # 00066317.

**1620 –** Medical Staff arrived on scene.

**1623 –** Main Control notified to contact Emergency Medical Services.

**1627 -** A.E.D. applied to Inmate Ashby.  No shock advised, start C.P.R.

**1629 –** A.E.D. reassess' Inmate Ashby.  Shock advised.  Shock delivered, start C.P.R.  m

Louisville Fire and Rescue arrived on scene.

**1632** – A.E.D. reassess' Inmate Ashby.  No shock advised, start C.P.R.

**1634** – A.E.D. reassess' Inmate Ashby.  No shock advised, start C.P.R.
E.M.S arrived on scene.

**1636** – A.E.D. removed from Inmate Ashby.

**1706** – E.M.S departed the Jail Complex with Inmate Ashby en-route to University
of Louisville Hospital.  Officer Davidson escorting.

**Unk** – Inmate Ashby arrived at University of Louisville Hospital.  Inmate Ashby
was taken to Emergency Room 9.

**1751**– Inmate Ashby was secured out to the hospital.


**October 5, 2015**

**1733** – Inmate Ashby was visited by his mother and 2 sisters.


**October 6, 2015**

**1634** – Inmate Ashby was released on the following charges due to his medical condition:

Complicity to Trafficking in Controlled Substance, 1st Offense (> 2 GMS
Methamphetamine)
Complicity to Trafficking in Controlled Substance, 1st Offense (> 2GMS But
<100GMS Heroin)
Complicity to Drug Paraphernalia – Buy/Possess
Possession of Firearm by Convicted Felon

Inmate Ashby received a return to court date of October 23, 2015 at 0845 hours in
Circuit Court Division 2.

**1717** – Final release ran on Inmate Ashby.

**1748** – Staff departed University of Louisville Hospital.


**October 21, 2015**

**Unk** – Inmate Ashby was pronounced deceased at University of Louisville Hospital.

GB003116

## October 22, 2015

**Unk** - L.M.D.C.'s Internal Affairs Unit was notified of Inmate Ashby's death.

## Additional Notes:

Inmate Ashby did not have any attorney visits.
Inmate Ashby did not have any visits.
Inmate Ashby did not purchase any Commissary.

# Inmate James Earl Ashby

# Case Report Review

# Signature Page

_H. Nichol... #227_           11/3/15

_____

*Lt. Nicholas Angelini, LMDC CIT Commander*       *Review Date*

*Have reviewed Case Report – Inmate James Earl Ashby*

_____

*Steve Durham, LMDC Assistant Director*       *Review Date*

*Have reviewed Case Report – Inmate James Earl Ashby*

_____

*Lt. Arthur Eggers, LMDC PSU*       *Review Date*

*Have reviewed Case Report – Inmate James Earl Ashby*

_____

*Dwayne Clark, LMDC Chief of Staff*       *Review Date*

*Have reviewed Case Report – Inmate James Earl Ashby*

_____

*Mark E. Bolton, LMDC Director*       *Review Date*

GB003118

Timeline line for Ashby, James #431177 DOB 9/22/79                                    1

9/3/15 20:12 Intake: Medical Screening and Detox Packed started

9/4/15 09:00 COWS  Monitor

9/4/15 19:34 COWS Monitor

9/5/15 01:30 COWS Monitor

9/5/15 08:45 COWS Monitor

9/5/15 10:00 Detox D/C

9/29/15 20:00 nurse administered medication

9/30/15 20:00 nurse administered medication

10/1/15 08:00 nurse administered medication

10/1/15 20:00 nurse administered medication

10/1/15 X-Ray of R Hand R Wrist ap/lat and R forearm ap/lap

10/2/15 08:00 nurse administrated medications

10/2/15 20:00 nurse administered medication

10/4/15 16:16 Nurse responds to scene of incident

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00066290**            Incident Type  **FIGHT**            Incident DateTime  **10/02/2015 18:50**

Location Type  **CCC**                                    Location      **3N1**

Reporting Officer  **COVINGTON, RAMONDA**

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00528313 | HISER, SEAN |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name   **OSERTAG**

### ☑ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|
| HISER, SEAN | HandCuffs | |
| ASHBY, JAMES EARL | HandCuffs | |

### ☑ Use of Force Required

## Type of Force

| Name | Force | Note |
|------|-------|------|
| HISER, SEAN | Verbal | |
| ASHBY, JAMES EARL | Physical | |

Narrative    At 1850 hrs. Ofc. Joshua Badgely called for medical and I, Sgt. Ramonda Covington to come to 3N1. When I arrived Ofc. Badgely informed me that he observed Inmate Ashby, James cin #431177 choking Inmate Hiser, Sean cin #528313. Ofc. Badgely went in the dorm, pulled Inmate Ashby off Inmate Hiser, handcuffed him and escorted him to the attorney booth. He then went to the dorm where Inmate Hiser complied with instructions to put his hands behind his back so he could be handcuffed and escorted to the attorney booth. Both inmates stated that Inmate Ashby told Inmate Hiser to stop sitting on the cooler while he was on the phone. Inmate Ashby states that Inmate Hiser then hit him so he choked him. Inmate Hiser states that Inmate Ashby immediately started choking him. Other inmates in the dorm stated that they both took it to the back of the dorm and began to fight. Nurse Ostertag assessed both inmates. Inmate Hiser has redness to his neck and Inmate Ashby had no visible injuries even though he reported getting hit in the mouth. Both inmates were written up. Samantha Arriaga in classification was notified and housed Inmate Ashby in HOJ 6D9#1 and Inmate Hiser in HOJ 5D9#5. Pictures were taken and forwarded to the appropriate parties.

*B. Covington*

_____                    10/02/2015
24020 COVINGTON                                  Date
Employee Signature

23634 ANGELINI                    10/26/2015 12:00

GB003120

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066290(a) | Incident Type | FIGHT | Incident DateTime | 10/02/2015 18:50 |

| | | | |
|---|---|---|---|
| tion Type | | Location | 3N1 |
| Reporting Officer | BADGLEY, JOSHUA | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00415569 | WEST, CHRISTOPHER MICHAEL |

Video Recorded? Type?       Medical Responders Name

[ ] Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-2-14, I Officer Badgley was walking into dorm 3n1 to conduct a security check and that is when I noticed inmate Ashby, James (431177) choking inmate Hiser, Sean (528313). I went over and pulled Ashby off of Hiser and placed him in handcuffs and escorted him to the attorney booth. I then called for medical and Sgt. Covington to respond to dorm 3n1 and then went back in the dorm and placed inmate Hiser in handcuffs and escorted him to the attorney booth. Both inmates were check by medical, then written up for fighting and transported back to the Main Jail Complex. This concludes my involvement in the situation.
End of Report.
Ofc. Badgley #707

Employee Signature       Date

GB003121

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066290(b) | Incident Type | FIGHT | | Incident DateTime | 10/02/2015 18:50 |
|---|---|---|---|---|---|---|

| Location Type | | | Location | 3N1 | | |
|---|---|---|---|---|---|---|
| Reporting Officer | BADGLEY, JOSHUA | | | | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00415569 | WEST, CHRISTOPHER MICHAEL |

Video Recorded? Type? [        ]   Medical Responders Name [        ]

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-2-14, I Officer Badgley was walking into dorm 3n1 to conduct a security check and that is when I noticed inmate Ashby, James (431177) choking inmate Hiser, Sean (528313). I went over and pulled Ashby off of Hiser and placed him in handcuffs and escorted him to the attorney booth. I then called for medical and Sgt. Covington to respond to dorm 3n1 and then went back in the dorm and placed inmate Hiser in handcuffs and escorted him to the attorney booth. Both inmates were check by medical, then written up for fighting and transported back to the Main Jail Complex. This concludes my involvement in the situation.
End Of Report.
Ofc. Badgley #707

Employee Signature                Date

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066290(c) | Incident Type | FIGHT | Incident DateTime | 10/02/2015 18:50 |

| ation Type | | Location | 3N1 |
|---|---|---|---|

Reporting Officer OSTERTAG, SARAH C

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00528313 | HISER, SEAN |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?  NO    Medical Responders Name  S.OSTERTAG

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

At 1850 I was called to respond to 3S that there was a fight. I assessed both inmates
Hiser, Sean (# 528313) and Ashby, James (# 431177). Both inmates stated that they
were fine and did not need medical. Hiser, Sean had a red neck and no other injuries.
Ashby, James had no visible injuries.
This concludes my involvement
Sarah Ostertag, LPN

Employee Signature                           Date

GB003123

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066317 | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Location Type   SINGLE C                                     Location        H6 DORM 9 CELL # 1

Reporting Officer   Goff, Ernest

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name   BROWN, BOHR,SUMMERFIELD, NICHOLS, CRAWFO

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| ASHBY, JAMES EARL | Other | SHACKLES |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On October 4, 2015 at approximately 1620 a call came out over the radio to 1059 H6. When Sgt. Goff arrived on H6 dorm 9 Officers J. Horn and C. Marbrey was giving CPR to inmate Ashby, James cin # 431177. Nurse Brown was in dorm 9 assisting with inmate Ashby, James. Main control was contacted to notify EMS at approximately 1623. Lt. Roy arrives on scene at approximately 1624along with Nurse Bohr, Summerfield, Nichols, Crawford, and Lachamelle. Ems notified by main control 1625, Fire arrives on floor at 1629, ems arrives at 1632, ems arrives on the floor at 1634,ems departs the floor at 1644, Lt. Eggers notified at 1644, ems departs facility at 1706. Sgt. Goff spoke with Officer Stigall and was informed that while he was serving chow he saw inmate Ashby, James cin # 431177 was hanging from the bars with a sheet tied to his neck. Officer Stigall tried to use the knife for life to cut him down but was unable to get it done so he tried to untie him from the bars and was able to get him down that way. Pictures were taken and shift command was notified of the incident. A copy of this incident report will be sent to shift command, upper command, PSU, and to critical care unit.

Sgt. Goff 319

*E. Goff*

10/04/2015

GB003124

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | 00066317(a) | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Action Type [ ]   Location [ H6 DORM 9 CELL # 1 ]

Reporting Officer [ Horn, Jeffrey ]

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? [ ]   Medical Responders Name [ ]

[ ] Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-4-2015, at about 1620hrs. I Ofc. J. Horn was working the east side of H6 when a radio transmission came through for additional Ofcs. to come to H6 dorm #9. When I arrived Ofc. Stegal was laying inmate Ashby, James on the floor in front of cell #1. The inmate attempted suicide by hanging himself with a sheet from the bars. The inmate was unresponsive and unconscious and his skin color was a grayish blue. I checked and there was no pulse at which time I began CPR chest compressions. Ofc. Marbry began assisting with rescue breath through his CPR face mask and we continued CPR for several minutes. Ofc. C. Horn arrived with the AED machine and we applied the pads to the inmates chest and abdomen in between chest compressions. The AED machine analyzed the inmate once and recomended CPR continue. The second time the machine analyzed it advised a shock which was delivered. CPR was continued for several more minutes by myself and Ofc. Marbry until Fire EMS arrived and took over. I then assisted with the scene until EMS departed with the inmate. I secured the scene

Employee Signature     Date

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066317(b) | Incident Type | | Incident DateTime | 10/04/2015 16:20 |
|---|---|---|---|---|---|

| Location Type | | Location | H6 DORM 9 CELL # 1 |
|---|---|---|---|

| Reporting Officer | FERGUSON, KYLE |
|---|---|

## Inmates Involved

Inmate #     Name

Video Recorded? Type? _____     Medical Responders Name _____

[ ] Use of Restraints Required

## Type of Restraints

Name          Restraint          Note

[ ] Use of Force Required

## Type of Force

Name          Force          Note

Narrative

On 10/04/15 around 1620 I was in J1R when I heard a radio transmission requesting additional officers to H6D9. I ran over to the requested location and upon my arrival I saw several officers and nurse performing CPR on I/m Ashby. There appeared to be adequate assistance so I asked Lt. Roy if he wanted me to go wait for EMS by the old sallyport doors. He stated he did so I went down to the kitchen. LFD arrived first and I escorted them inside where Sgt. Dearinger said he would take them the rest of the way upstairs. EMS then arrived and I escorted them up to H6. Once there I asked Lt. Roy if he wanted me return to my post and he stated that he did. This concludes my involvement with the incident.
K. Ferguson #461

Employee Signature          Date

GB003126

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00066317(c)**          Incident Type [                    ]          Incident DateTime **10/04/2015 16:20**

~~ation Type [                    ]          Location **H6 DORM 9 CELL # 1**

Reporting Officer **O'Bannon, Edwin**

## Inmates Involved

Inmate #          Name

Video Recorded? Type? [          ]          Medical Responders Name [          ]

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative

On 20151004 while working Unit 6 control room, I (Ofc. O'Bannon ) was notified by Ofc. Stigall of an inmate suicide attempt at 1616hrs in Dorm 9 Cell 1. I immediately called for additional Officers to come to the incident area. I then notified the Assigned Sergeant to come to the area as well. Afterwards I notified the shift Lieutenant to come to the area also. I then immediately begin writing down time frames of events that had occured and those to happen. I was updated from Officers in close with inmate Ashby, James that we will need EMS due to his then current state. I contacted outter control to contact EMS by radio. I continued to write down time frame of events until the area of interest was cleared from higher command. This concludes my involvement in the incident.

End of Report

Employee Signature          Date

GB003127

# Louisville Metro Department of Corrections Incident Report

Incident Report # `00066317(d)`     Incident Type     Incident DateTime `10/04/2015 16:20`

Location Type     Location `H6 DORM 9 CELL # 1`

Reporting Officer `Schmitt, Eric`

## Inmates Involved

Inmate #     Name

Video Recorded? Type?     Medical Responders Name

[ ] Use of Restraints Required

## Type of Restraints

Name     Restraint     Note

[ ] Use of Force Required

## Type of Force

Name     Force     Note

Narrative

On 10/4/15 at around 1620 hrs. I heard radio transmission for additional officers to H6. When I arrived I helped secure the scene until EMS arrived. Once EMS arrived I returned to my floor. This concludes my involvement in this s incident.
EOR

Sgt. E. Schmitt #356

Employee Signature     Date

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066317(e) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |

...tion Type [ ]    Location [ H6 DORM 9 CELL # 1 ]

Reporting Officer [ Hornback, Christopher ]

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? [ H5 AND H6 BODY CAMERA ]   Medical Responders Name [ ]

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Employee Signature     Date

GB003129

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066317(f) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |
|---|---|---|---|---|---|

| Location Type | | Location | H6 DORM 9 CELL # 1 |
|---|---|---|---|

| Reporting Officer | STIGALL, TIMOTHY M |
|---|---|

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?     Medical Responders Name

[ ] Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-4-15, at 1616 I had entered H6 Dorm 9 to serve dinner chow. It was at that time I found inmate Ashby, James (cin# 431177) had hung himself and attempted suicide with his bed sheet tied to the bars on his window. I immediately ran out of the dorm to grab the knife for life and notified the control room officer (Ofc. O'Bannon) to call for additional officers. On my way back into the dorm I ran into my partner Ofc. Simpson and notified him of the situation. We immediately enter inmate Ashbys cell, while Ofc. Simpson is holding up inmate Ashbys body to relieve the pressure from his neck, I (Ofc Stigall) attempted to cut the bed sheet that was tied around the bars with the knife for life. After about 30 seconds of the knife for life not working, I then decided to untie the knot around the bars. Ofc. Simpson and I then carried inmate Ashby to the ground on his back in the dayroom in Dorm 9. At that point backup arrived and they started performing CPR on inmate Ashby. I was the Officer who had the body cam. I then turned on the body cam and recorded the rest of the incident. After several minutes of

_____        _____
Employee Signature                    Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # `00066317(g)`    Incident Type `SUICIDE ATTEMPT`    Incident DateTime `10/04/2015 16:20`

tion Type `                    `    Location `H6 DORM 9 CELL # 1`

Reporting Officer `OLSON, CARL`

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? `            `    Medical Responders Name `            `

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On Oct. 4, 2015 at around 1619 I heard a call for additional officers to H6 dorm 9. When I arrived they had Inmate Ashby, James (431177) lying on the ground outside of cell 1 with a sheet tied around his neck. I/M was unresponsive and unconscious. Officer Horn had started CPR and I, Officer Olson #424 was getting the sheet off the I/M's neck. I attempted to cut the sheet off of his neck using the knife for life but the knife was not cutting the sheet so I untied the knot. I activated the body cam and had it pointed down on them. I had it on until another officer came over with his body cam and took over. Fire EMS arrived and took over. I stayed at the scene until EMS left with him. This ends my involvement of the situation.

Officer C. Olson #424

Employee Signature          Date

GB003131

# Louisville Metro Department of Corrections Incident Report

Incident Report # | 00066317(h) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20

Location Type | | Location | H6 DORM 9 CELL # 1

Reporting Officer | Marbrey, Clifford

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? | | Medical Responders Name |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative

On 4 October, 2015, I (Ofc. Marbrey) was involved in the following incident.  At approx. 1620hrs, while working on H5. I responded to a net call for "additional Officers, report to H6 Dorm 9". Once I reached the H6/D#9 I saw Ofc. Stigall and Ofc. Simpson in cell #1 untying the bed sheets from the window bars of the cell that were tied around I/M Ashby, James (cin # 431177) neck. I ran to the Control room to tell Control Room Office to start EMS to the Jail for an unresponsive white male and to also retrieve the knife for life. I then went back to Dorm 9 and started assisting Ofc. Horn with CPR. While he did the chest compressions I did the rescue breath. After a few cycles of chest compressions and rescue breaths, Ofc. Ramey arrived with the AED and place the pads on the inmate's chest.  The AED analyzed the inmate and advised us to continue CPR. The second time the AED advised us to shock the inmate. The order was given for everyone to stand clear, Ofc. Ramey administered the shock, Ofc. Horn checked for a pulse and then CPR was continued. CPR was continued for several

_____          _____
Employee Signature                      Date

GB003132

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066317(i) | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

| | | | |
|---|---|---|---|
| ation Type | | Location | H6 DORM 9 CELL # 1 |
| Reporting Officer | RAMEY, RANDELL TODD | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? [ ]     Medical Responders Name [ ]

[ ] Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-4-15 I, Ofc. R. Ramey #824, responded to a call for additional officers on H6 Dorm 9. When I arrived Inmate Ashby, James #431177 was laying on the ground with a bluish color to his skin. I saw Ofc. J. Horn giving chest compressions. I took my CPR face shield out and handed it to Ofc. Marbery so he could give rescue breaths. I picked up an AED machine that had been placed on the table beside of inmate Ashby and prepared it to be used. I applied the AED pads to inmate Ashby and it analyzed him and advised no shock. CPR was continued by Ofc. J. Horn and Ofc Marbrey. The second time the AED analyzed inmate Ashby a shock was advised. I advised everyone to not touch inmate Ashby and administered a shock through the AED. After the shock the AED analyzed inmate Ashby again and advised to continue CPR. Ofc. J. Horn and Ofc. Marbrey continued CPR. When Fire and EMS arrived, I stayed at the scene to assist until inmate Ashby was taken from the dorm. This ends my involvement with this incident.

Employee Signature                    Date

GB003133

# Louisville Metro Department of Corrections Incident Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Incident Report # | 00066317(j) | Incident Type | SUICIDE ATTEMPT | | Incident DateTime | 10/04/2015 16:20 |

| | | | |
|---|---|---|---|
| Location Type | | Location | H6 DORM 9 CELL # 1 |

| | |
|---|---|
| Reporting Officer | SIMPSON, DEVAN |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? | | Medical Responders Name | |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative | On 9/4/15 at approximately 1618 I was walking back to the control room after completing accuchecks, when Officer Stigall came out of Dorm 9 stating that an inmate Ashby James (CIN 431177) had hung himself. While Officer Stigall grabbed the knife for life I ran into the dorm and opened up cell one where I/M Ashby was housed. I ran into the cell and picked up I/M Ashby so that Officer Stigall could get the sheet off of the Inmates neck. The knife for life would not cut the sheet so Officer Stigall untied it from the bars. Once the sheet was untied off of the bars of the cell I dragged I/M Ashby out into the dayroom of Dorm 9 so that CPR could be administered by other responding officers. I then began getting names of responding medical staff and officers. This ends my involvement.

| | |
|---|---|
| Employee Signature | Date |

GB003134

# Louisville Metro Department of Corrections Incident Report

Incident Report # | 00066317(k) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20

ation Type | | Location | H6 DORM 9 CELL # 1

Reporting Officer | LACHALMELLE, CRYSTAL

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? | | Medical Responders Name |

[ ] Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative | THIS NOTE WAS TYPED UNDER C.LACHALMELLE/RN FOR S.BOHR, LPN...@ APPROX. 1620, MEDICAL WAS NOTIFIED OF EMERGENCY SITUATION IN H6. @ APPROX. 1624, MEDICAL ARRIVED TO H6 & NOTED IM LYING OUTSIDE OF CELL WITH TWO SECURITY STAFF NOTED USING AED/PERFORMING CPR. @ APPROX. 1628, AED WAS ALERTED TO NO SHOCK ADVISED. @ APPROX. 1629, CPR WAS INITIATED AND SHOCK WAS ADVISED, SHOCK RECEIVED. @ APPROX. 1631, EMS ARRIVED AND IM WAS NOTED WITH A BLOOD PRESSURE OF 110/66 WITH A PULSE. EMS LEF AREA WITH IM ON STRETCHER AND NO FURTHER NEEDS WERE NOTED REQUIRING MEDICAL ATTENTION................................................................ EOR/SDBOHR, LPN

Employee Signature | Date

# Louisville Metro Department of Corrections Incident Report

Incident Report #  `00066317(I)`    Incident Type    Incident DateTime  `10/04/2015 16:20`

Location Type    Location  `H6 DORM 9 CELL # 1`

Reporting Officer  `ARNOLD, MEGAN B`

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-04-2015 at around 1620 hrs I, Ofc. M. Arnold responded to H6 Dorm 9 due to radio transmission. Upon arrival I seen Officers actively doing CPR on inmate Ashby. Medical was already advised as well as EMS. I stood by in case my help was needed until I was dismissed to be back on my floor. This concludes my involvement with this incident.

Ofc. M. Arnold #617

Employee Signature                    Date

GB003136

# Louisville Metro Department of Corrections Incident Report

Incident Report #  `00066317(m)`     Incident Type  `SUICIDE ATTEMPT`     Incident DateTime  `10/04/2015 16:20`

( ation Type  `                    `     Location  `H6 DORM 9 CELL # 1`

Reporting Officer  `Nichols, Courtney`

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?  `          `     Medical Responders Name  `NICHOLS`

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

This writer arrived with medical to H6d9 at approx 1624. I/m Ashby, James CIN#431177 was laying on the floor outside of Cell #1. CPR had been initiated by corrections. This writer stayed to assist if needed. This writer remained in H6d9 until EMS arrived and Pt was transported via EMS to ER. --- EOR-----C.Nichols LPN

Employee Signature                              Date

GB003137

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066317(n) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |
| --- | --- | --- | --- | --- | --- |

| Location Type | | Location | H6 DORM 9 CELL # 1 |
| --- | --- | --- | --- |

| Reporting Officer | DEARINGER, TIMOTHY |
| --- | --- |

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00431177 | ASHBY, JAMES EARL |

| Video Recorded? Type? | | Medical Responders Name | |
| --- | --- | --- | --- |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative

On 10-4-15 at approximately 1618 hrs I, Sgt T Dearinger heard a radio transmission calling for EMS and the need for medical staff on H6. Currently being on J2, I immediately went to the nurse's station to inform medical staff that an emergency was underway on H6 and EMS was being called. I then assisted in transporting medical equipment to H6 for medical staff. Upon hearing the transmission that LFD had arrived, I went to the kitchen and was finished escorting LFD to H6 in order for Ofc Ferguson to remain in the old sally port to await the arrival of EMS. This ends my involvement in the incident EOR
Sgt T Dearinger #304

| Employee Signature | | Date |
| --- | --- | --- |

# Louisville Metro Department of Corrections Incident Report

Incident Report # | 00066317(o) | Incident Type | | Incident DateTime | 10/04/2015 16:20

...tion Type | | Location | H6 DORM 9 CELL # 1

Reporting Officer | HORN, KRISTOPHER

## Inmates Involved

Inmate #       Name

Video Recorded? Type? | | Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name            Restraint            Note

☐ Use of Force Required

## Type of Force

Name            Force            Note

Narrative

On October 4, 2015 at approximately 1620 I (Officer K. Horn#445) responded to a
back up call to H6 Dorm 9. When I arrived the scene was secure so I returned to my
assigned post. This concludes my involvement.

E.O.R.

Officer K. Horn #445

Employee Signature                    Date

GB003139

# Louisville Metro Department of Corrections Incident Report

Incident Report #  | 00066317(p) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20

Location Type | | Location | H6 DORM 9 CELL # 1

Reporting Officer | CRAWFORD, DANYELLE

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? | | Medical Responders Name |

[ ] Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

Called to H6 at approx. 16:21 to attempted suicide of I/M Ashby. When i arrived CPR had already been started. Stayed in the room to assist as needed.

Nurse Crawford

Employee Signature | Date

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | 00066317(q) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |

| | | | |
|---|---|---|---|
| ation Type | | Location | H6 DORM 9 CELL # 1 |
| Reporting Officer | SOMMERFELD, ABIGAYLE | | |

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? [ ]     Medical Responders Name [ ]

[ ] Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

**Narrative**

Patient #431177 was found hanging in cell with sheet tied around neck on H6W-9. CPR was started and AED was utilized and CPR continued, EMS arrived and patient was taken with EMS responders. EOR Nurse Brown-Hayes

Employee Signature     Date

GB003141

# Louisville Metro Department of Corrections Incident Report

Incident Report # `00066317(r)`   Incident Type `SUICIDE ATTEMPT`   Incident DateTime `10/04/2015 16:20`

Location Type `[                    ]`   Location `H6 DORM 9 CELL # 1`

Reporting Officer `LACHALMELLE, CRYSTAL`

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? `[          ]`   Medical Responders Name `[          ]`

[ ] Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

[ ] Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10/04/2015 I (Crystal Lachalmelle RN) with medical arrived to H6D9 approximately 1624. Inmate Ashby, James #431177 was lying on floor outside of cell door #1. CPR was being performed by corrections. Medical stayed to assist if need. EMS arrived approximately 1631 and I stayed until inmate Ashby, James #431177 was transported to ER by EMS.
EOR
Crystal Lachalmelle RN

_____     Date
Employee Signature

GB003142

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066317(s) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |

| Location Type | | Location | H6 DORM 9 CELL # 1 |

Reporting Officer | SOMMERFELD, ABIGAYLE

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?          Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative

Responded to emergency on H6 west hold for patient James Ashby 431177 @ 16:24. Patient was lying on the floor outside of his cell #1, CPR was being performed by corrections officers. Stayed to assist if needed. EMS arrived and continued CPR till transport to the hospital ER.....EOR ASommerfeld

Employee Signature                          Date

GB003143

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00066317(t) | Incident Type | SUICIDE ATTEMPT | Incident DateTime | 10/04/2015 16:20 |
|---|---|---|---|---|---|

| Location Type | | Location | H6 DORM 9 CELL # 1 |
|---|---|---|---|

Reporting Officer | DAVIDSON, ERIC

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? | | Medical Responders Name |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

At approx 16:20 on 4 October 2015 I (Ofc. E. Davidson) responded to a backup call at H6 Dorm 9 where I/M Ashby, James had hung himself. I was one of the last to arrive on scene with multiple medical personnel. Shortly after my arrival Lt. Roy instructed me to get my gear and that I was going to the hospital with the I/M. I went back, gathered my gear, and waited outside the old sally port for the I/M to be loaded into the ambulance and rode with him and EMS in the ambulance to University Hospital. I/M was transported without further incident.

Ofc. E. Davidson #867

Employee Signature | Date

GB003144

# Louisville Metro Department of Corrections Incident Report

Incident Report # `00066317(u)`    Incident Type `SUICIDE ATTEMPT`    Incident DateTime `10/04/2015 16:20`

( ation Type `                              ` Location `H6 DORM 9 CELL # 1`

Reporting Officer `SIMMONS, HENRY`

## Inmates Involved

| Inmate # | Name |
|----------|------|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type? `          `    Medical Responders Name `          `

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative `I(Ofc Simmons) responded to call for addition officer to H6 Dorm 9.When I arrived I saw several officers performing cpr on I/M Ashby. Once I saw the situation under control I return back to floor`

Employee Signature      Date

GB003145

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Release Report

| Inmate #<br>00431177 | Inmate Name<br>ASHBY, JAMES EARL | Sex<br>MALE | Race<br>White/Eurp/ N.Afr/Mid Eas | |
|---|---|---|---|---|
| Booking Number<br>201523918 | Date/Time<br>09/03/2015 15:25 | Hair Color<br>Brown | Eye Color<br>Brown |  |
| Committed By<br>LOUISVILLE METRO POLICE | SSN | DOB | Height<br>5'09" | Weight<br>155 |
| Address: | | Drivers License #<br>KY | FBI #:<br>SID #: A0052853 | |

| Phone:<br>Resident:<br>County:<br>Bag #: ()- | Scars, Marks, Tattoos |
|---|---|
| | Type          Location          Description |
| | Aliases / SSN |
| | Name                    DOB          AliasSSN |
| | ASHBY, JAMES E |

## Release Information

| Release Date/Time: | Reason for Release: |
|---|---|
| Releasing Officer: | Length of Stay: |
| Transfer To Agency: | Transportation: |
| Comments:   COURT ORDER | |

Sgt. Gibson #364

## Arrest Information

Arrest Date/Time: 09/03/2015 15:49

Location: 2426 W MAIN ST. LOU, KY

Arresting Agency: LOUISVILLE METRO POLICE

Arresting Officer: BAILEY

## Additional Information

Sentence Status:     Cell Assignment: H6W-09/001     Classification: MI/GP

Emergency Contact: KELLEY JOHNSON     Booking Officer: EGGLESTON, MAGGIE

## Charges

| Reference #<br>Case Nbr | Statute<br>Description | Category | Charge DtTm<br>Court DtTm | DispositionDtTm<br>Disposition | Document<br>Bond/Sentence | Court | Bond Type<br>Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992<br>15F009541 | 50031<br>TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | FELONY | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Bond: $2,500.00 | 304 | CASH<br>$   2,500.00 |
| 05993<br>15F009541 | 161.164(3)<br>TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | FELONY | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Comp w/05992 | 304 | |
| 05994<br>15F009541 | 00436<br>DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2). | MISDEMEANOR | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Comp w/05992 | 304 | |

| 06072 15F009543 | 52196   FELONY POSSESSION OF FIREARM BY CONVICTED FELON | 09/14/2015 | 09/14/2015 13:45 INDICTMENT GRAND JURY | Added Charge Comp w/05992 | 304 |  |
| 08510 15CR002386 | 50031   FELONY COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | 10/23/2015 | 10/06/2015 16:56 COURT ORDER | Added Charge Bond: $2,500.00 | CR02 | CASH $   2,500.00 |
| 08511 15CR002386 | 161.164(3)   FELONY COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | 10/23/2015 | 10/06/2015 16:56 COURT ORDER | Added Charge No Bond has been set | CR02 |  |
| 08512 15CR002386 | 52196   FELONY POSSESSION OF FIREARM BY CONVICTED FELON | 10/23/2015 | 10/06/2015 16:57 COURT ORDER | Added Charge No Bond has been set | CR02 |  |
| 08513 15CR002386 | 00436   MISDEMEANOR COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | 10/23/2015 | 10/06/2015 16:57 COURT ORDER | Added Charge No Bond has been set | CR02 |  |

## Holds

| ORI | Agency Name Statute | Bond Amount Description | Status | Bond Denied | WarrantNbr |
|---|---|---|---|---|---|

By signing below I acknowledge the receipt of my property.

_I/M unable to sign_          10/6/15
Inmate Signature                        Date

_Ferguson 461_
Officer Signature                        Date

_C. Olson #924_          _10/6/15_

AOC- 385.1   Doc. Code: RFC
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. NA
Case No. 15-CR-002386-001
Court: Circuit
Div: _____
County: Jefferson

COMMONWEALTH OF KENTUCKY                                     PLAINTIFF

V.

**ASHBY, JAMES E**                                          DEFENDANT

Alias: _____

Jail ID: _____

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | ▓▓▓▓▓ | 509 | 150 | ▓▓▓▓▓▓ | OLKY | | |

To the Jailer/Department of Corrections of __ Jefferson                              , Kentucky:

You are hereby commanded to release from custody the above-named Defendant who is charged with:
1   UOR:0423655 COMPLICITY TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMINE) ( F) ( C )

2   UOR:0423775 COMPLICITY *OBS* TICS, 1ST DEGREE, 1ST OFFENSE (>= 2GMS HEROIN) ( F) ( C )

3   UOR:0521960 Convicted Felon in Possession of a Firearm ( F) ( D )

4   UOR:0420815 COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS ( M) ( A )

Next Court Date: 10/23/2015                    08:45 AM                    Courtroom DIVISION 2

Further Orders:

/s/ electronically signed by    10/6/15

10/06/2015 at 4:34:24 PM
Date                                        Signature of Judge
                                                                        Div _____

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

OCT 06 2015

BY _____
DEPUTY CLERK
Clerk

Entered

_____, D.C.

**Distribution:** Jail/Corrections          Court File

GB003148

**ASHBY, JAMES EARL**

Bk Dt: **09/03/2015 15:25**   DOB: **09/22/1979**
Inmate #: **00431177**
Booking #: **201523918**

Address

Date of Birth                  Social Security #

Charges: TICS, TICS, PDP

Charges:

Charges: PFHGF

Charges:

Added Charges: 4-10-15 (CCBW) TICS, TICS, POFCF, PDP

Added Charges:

Added Charges:

Added Charges:

| Months | Days | Pen Time | Hold Information | |
|---|---|---|---|---|
| | 20 | | 20 | Housing Area | Bond |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | | |
| | 20 | | 20 | Time Out Date | Move Date |
| | 20 | | 20 | | |
| | 20 | | 20 | | |

GB003149



GB003150

NO.    15CR2386                                          JEFFERSON CIRCUIT COURT

                                                         DIVISION TWO (2)

COMMONWEALTH OF KENTUCKY                                                PLAINTIFF

V.                            **A G R E E D   O R D E R**

**JAMES ASHBY**                                                        DEFENDANT

                        *   *   *   *   *   *

      Motion having been made, all parties being in agreement, and this Court being sufficiently advised;

      **IT IS HEREBY ORDERED** that James Ashby be released on his own recognizance.

_____

JUDGE, JEFFERSON CIRCUIT COURT

All charges

DATE: ____10/6/15_____

HAVE SEEN AND AGREED TO:

_____
ASSISTANT COMMONWEALTH'S ATTORNEY

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
OCT 0 6 2015
BY_____
DEPUTY CLERK

_____
ERIN MELCHIOR
ASSISTANT PUBLIC DEFENDER

cc: LMDC

| AOC- 385.1 Doc. Code: RFC | | Citation No. NA |
| Rev. 11-10 | | Case No. 15-CR-002386-001 |
| Page 1 of 1 | | Court: Circuit |
| Commonwealth of Kentucky | | Div: _____ |
| Court of Justice | Release From Custody | County: Jefferson |
| www.courts.ky.gov | | |

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

V.

**ASHBY, JAMES E**                                                        DEFENDANT

Alias: _____

Jail ID: _____

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | ▓▓▓▓▓ | 509 | 150 | ▓▓▓▓▓ | ▓KY | | |

**To the Jailer/Department of Corrections of** __Jefferson__ , **Kentucky:**

You are hereby commanded to release from custody the above-named Defendant who is charged with:

1  UOR:0423655  COMPLICITY TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMINE) ( F) ( C )

2  UOR:0423775  COMPLICITY *OBS* TICS, 1ST DEGREE, 1ST OFFENSE (>= 2GMS HEROIN) ( F) ( C )

3  UOR:0521960  Convicted Felon in Possession of a Firearm ( F) ( D )

4  UOR:0420815  COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS ( M) ( A )

Next Court Date: 10/23/2015                    08:45 AM                    Courtroom DIVISION 2

**Further Orders:**

10/06/2015 at 4:34:24 PM                    /s/ electronically signed by
Date                                        Signature of Judge                    Div _____

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

OCT 0 6 2015

BY_____
DEPUTY CLERK
Clerk

Entered

_____, D.C.

**Distribution:** Jail/Corrections        Court File

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Release Report

| Inmate #<br>00431177 | Inmate Name<br>ASHBY, JAMES EARL | | Sex<br>MALE | Race<br>White/Eurp/ N.Afr/Mid Eas | |
|---|---|---|---|---|---|
| Booking Number<br>201523918 | Date/Time<br>09/03/2015 15:25 | | Hair Color<br>Brown | Eye Color<br>Brown | |
| Committed By<br>LOUISVILLE METRO POLICE | SSN<br>▓▓▓▓ | DOB<br>▓▓▓▓ | Height<br>5'09" | Weight<br>155 | |
| Address ▓▓▓▓ | | Drivers License #<br>KY ▓▓▓▓ | FBI #:<br>SID #: A0052853 | | |

| Phone: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| Resident: | Type | Location | Description |
| County: | | | |
| Bag #: ()- | Aliases / SSN | | |
| | Name | DOB | AliasSSN |
| | ASHBY, JAMES E | | |

## Release Information

| Release Date/Time: | Reason for Release: |
|---|---|
| Releasing Officer: | Length of Stay: |
| Transfer To Agency: | Transportation: |
| Comments: COURT ORDER | |

## Arrest Information

| Arrest Date/Time: 09/03/2015 15:49 | Arresting Agency: LOUISVILLE METRO POLICE |
|---|---|
| Location: 2426 W MAIN ST. LOU, KY | Arresting Officer: BAILEY |

## Additional Information

| Sentence Status: | Cell Assignment: H6W-09/001 | Classification: MI/GP |
|---|---|---|
| Emergency Contact: KELLEY JOHNSON ▓▓▓▓ | | Booking Officer: EGGLESTON, MAGGIE |

## Charges

| Reference #<br>Case Nbr | Statute<br>Description | Category | Charge DtTm<br>Court DtTm | DispositionDtTm<br>Disposition | Document<br>Bond/Sentence | Court | Bond Type<br>Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992<br>15F009541 | 50031<br>TRAFF IN CONT SUB, 1ST<br>DEGREE, 1ST OFF - (> OR = 2<br>GMS METHAMPHETAMINE) | FELONY | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Bond: $2,500.00 | 304 | CASH<br>$   2,500.00 |
| 05993<br>15F009541 | 161.164(3)<br>TRAFF IN CONT SUB, 1ST<br>DEGREE, 1ST OFF - (> OR = 2<br>GMS HEROIN) | FELONY | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Comp w/05992 | 304 | |
| 05994<br>15F009541 | 00436<br>DRUG PARAPHERNALIA -<br>BUY/POSSESS 218A.500(2) | MISDEMEANOR | 09/14/2015 | 09/14/2015 13:45<br>INDICTMENT<br>GRAND JURY | Fresh Arrest<br>Comp w/05992 | 304 | |

| 0601 2 15F009543 | 52196        FELONY POSSESSION OF FIREARM BY CONVICTED FELON | 09/14/2015 | 09/14/2015 13:45 INDICTMENT GRAND JURY | Added Charge      304 Comp w/05992 | |
| 08510 15CR002386 | 50031        FELONY COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | 10/23/2015 | 10/06/2015 16:56 COURT ORDER | Added Charge      CR02 Bond: $2,500.00 | CASH $    2,500.00 |
| 08511 15CR002386 | 161.164(3)      FELONY COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | 10/23/2015 | 10/06/2015 16:56 COURT ORDER | Added Charge      CR02 No Bond has been set | |
| 08512 15CR002386 | 52196        FELONY POSSESSION OF FIREARM BY CONVICTED FELON | 10/23/2015 | 10/06/2015 16:57 COURT ORDER | Added Charge      CR02 No Bond has been set | |
| 08513 15CR002386 | 00436        MISDEMEANOR COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | 10/23/2015 | 10/06/2015 16:57 COURT ORDER | Added Charge      CR02 No Bond has been set | |

## Holds

| ORI | Agency Name Statute | Bond Amount Description | Status | Bond Denied | WarrantNbr |
|-----|---------------------|------------------------|--------|-------------|------------|

**By signing below I acknowledge the receipt of my property.**

_____          _____
Inmate Signature                                         Date

_____          _____
Officer Signature                                        Date

| AOC- 385.1    Doc. Code: RFC | | |
| Rev. 11-10 | | |
| Page 1 of 1 | | |

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. NA
Case No. 15-CR-002386-001
Court: Circuit
Div: _____
County: Jefferson

COMMONWEALTH OF KENTUCKY                                                    PLAINTIFF

V.

**ASHBY, JAMES E**                                                         DEFENDANT

Alias: _____

Jail ID: _____

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|------------------------|-------|-------------|------|
| M | W | | 509 | 150 | | KY | | |

To the Jailer/Department of Corrections of _ Jefferson                                        , Kentucky:

You are hereby commanded to release from custody the above-named Defendant who is charged with:

1   UOR:0423655 COMPLICITY TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMINE) ( F) ( C )

2   UOR:0423775 COMPLICITY *OBS* TICS, 1ST DEGREE, 1ST OFFENSE (>= 2GMS HEROIN) ( F) ( C )

3   UOR:0521960 Convicted Felon in Possession of a Firearm ( F) ( D )

4   UOR:0420815 COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS ( M) ( A )


Next Court Date: 10/23/2015              08:45 AM                Courtroom DIVISION 2


Further Orders:


10/06/2015 at 4:34:24 PM                                    /s/ electronically signed by
Date                                                       Signature of Judge
                                                                                Div _____

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
OCT 0 6 2015
BY _____
          Clerk

Entered

_____, D.C.

**Distribution:**  Jail/Corrections          Court File

GB003155

NO.   15CR2386                                      JEFFERSON CIRCUIT COURT

                                                           DIVISION TWO (2)

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

V.                        **A G R E E D   O R D E R**

**JAMES ASHBY**                                             DEFENDANT

                    *     *     *     *     *     *

        Motion having been made, all parties being in agreement, and this Court being
sufficiently advised;

        **IT IS HEREBY ORDERED** that James Ashby be released on his own
recognizance.

                                          JUDGE, JEFFERSON CIRCUIT COURT

All charges                               DATE:  10/6/15

HAVE SEEN AND AGREED TO:

ASSISTANT COMMONWEALTH'S ATTORNEY

                                          ENTERED IN COURT
                                          DAVID L. NICHOLSON, CLERK
                                          OCT 0 6 2015
                                          BY
                                          DEPUTY CLERK

ERIN MELVANOR
ASSISTANT PUBLIC DEFENDER

cc: LMDC

GB003156

| JEF-056-66<br>Rev. 6-06<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov | **ORDER OF COMMITMENT<br>(MITTIMUS)** | Case No. **15CR2386**<br><br>Court : Circuit #2<br><br>County: **JEFFERSON** |

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

8/22/79

**2361**

Defendant **JAMES ASHBY**

Alias _____

Case Number **15CR2386-001**

Charges **COMP TICS I (METH), COMP OBS TICS I (HEROIN), CFPOH, COMP PDP**

Return Date **10/23/15**          _____

Time **8:45**                    Bond **2,500**

OR

Safely keep defendant having been sentenced to _____

**10/2/15**
Date

**JAMES M. SHAKE**
Judge, Jefferson Circuit Court

**ENTERED IN COURT**

BY M. GORDON
**Deputy Clerk**

GB003157

701 #1

| JEF-056-66<br>Rev. 6-06<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov | ORDER OF COMMITMENT<br>(MITTIMUS) | Case No. **15CR2386**<br><br>Court : Circuit #2<br><br>County: **JEFFERSON** |

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

8/22/79

**2361**

Defendant **JAMES ASHBY**

Alias _____

Case Number **15CR2386-001**

Charges **COMP TICS I (METH), COMP OBS TICS I (HEROIN), CFPOH, COMP PDP**

Return Date  10-2-15

Time  9:45                                              Bond **2,500**

OR

Safely keep defendant having been sentenced to _____

**9/14/15**
Date

**JAMES M. SHAKE**
Judge, Jefferson Circuit Court

**ENTERED IN COURT**

BY M. GORDON
        **Deputy Clerk**

GB003158

JBF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**ORDER OF COMMITMENT**
**(MITTIMUS)**

Case No. 13CR2336-001

Circuit Court Div.

County        Jefferson

**JEFFERSON CIRCUIT COURT**
To Jefferson County Department of Corrections

Defendant    James Ashby

Alias

Case Number

Charges    Comp. TICS I (Meth)
Comp Obs TICS I (Heroin)
CrFOH
Comp PFP

Return Date    9-14-15

Time    8:00          Bond    3,500

OR

Safely keep defendant having been sentenced to

9-11-15
Date          Judge, Jefferson Circuit Court

**ENTERED IN COURT**

BY    M Gordon
Deputy Clerk

GB003169

AOC-E-??5 WarCode: WAI
Rev. 1-08
Commonwealth of Kentucky
Court of Justice

?OCr 6.52; RCr 6.54, Form 5



| Case Number: | 15-CR-002386-001 |
| County: | JEFFERSON |
| Court: | CIRCUIT COURT |
| Warrant Number: | E05610002280613 |
| Generated: | 9/10/2015  3:02:15PM |

**Warrant of Arrest**
# Indictment Warrant

Page 1 of 1

*Plaintiff:* COMMONWEALTH VS. JAMES E ASHBY *Defendant*

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:** You are commanded to arrest the person named below and bring him/her forthwith before the JEFFERSON COUNTY - CIRCUIT COURT. If Court is not in session, you shall deliver him/her to the Jailer of JEFFERSON County.

JAMES E ASHBY
2426 WEST MAIN STREET
LOUISVILLE, KY 40212

| Gender | Race | Date of Birth | Height | Weight | Operator License# | State |
|---|---|---|---|---|---|---|
| M | WHITE | ▓▓▓▓▓▓ | 5'9 | 150 | E98076569 | OLKY |

[X] To answer charges that he/she committed the offense(s) of:

| Chg# | UOR Code | KRS | Type | Description | ASCF | Counts | Disp Dt | Disp |
|---|---|---|---|---|---|---|---|---|
| 1 | 42365 | 218A.1412 | (F) | TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS | COMPLICITY | 1 | | |
| 2 | 42377 | 218A.1412 | (F) | TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS | COMPLICITY | 1 | | |
| 3 | 52196 | 527.040 | (F) | POSSESSION OF FIREARM BY CONVICTED FELON | N/A | 1 | | |
| 4 | 42081 | 218A.500(2) | (M) | DRUG PARAPHERNALIA - BUY/POSSESS | COMPLICITY | 1 | | |

The defendant may post bail in the amount of $2,500.00, secured by CASH.

[ ] The defendant may not post bail.

Indictment/Information ASSIGNED TO DIV 2: CHARGES PENDING IN DIST CT

## EXECUTION

[✓] Executed on Defendant named herein this _10_ day of _Sept_ , 2_015_

[ ] Not executed because _____

_(signature)_
Signature of Peace Officer

Electronically signed by Circuit Court Clerk C.Clerk (JEFFERSON COUNTY - CIRCUIT COURT) on 9/10/2015 at 3:01:08PM.

Date printed:  Thursday, September 10, 2015

GB003160

CCC   3N1

COMMONWEALTH OF KENTUCKY

23918

# UNIFORM CITATION

KSP 206 (REV 2/1/06)

DETENTION

| | | |
|---|---|---|
| AGENCY  C A J | | ORI  KY 0560154 |

| NAME (L-F-M)   SKIP A SPACE BETWEEN NAMES  ASHBY   James E | ATTN: ☐ | HOME PHONE |
|---|---|---|
| ALIAS | | EMERGENCY PHONE |

| ADDRESS (RFD/STREET/APT. NO., ETC.)   In Custody | |
|---|---|
| CITY | STATE: | ZIP: | KENTUCKY RESIDENT STATUS |

F. ☐ FULL TIME  P. ☐ PART TIME  N.☐ NON RESIDENT

| CITY | STATE: | ZIP: | MARITAL STATUS |
|---|---|---|---|

| I.D. TYPE/STATE | I.D. NUMBER ████████ | VICTIM'S RELATIONSHIP TO OFFENDER |
|---|---|---|

| DATE OF BIRTH ████ | SEX  ☑MALE ☐FEMALE | RACE  ☑WHITE ☐BLACK ☐AM. INDIAN OR ALASKAN ☐ASIAN | ETHNIC ORIGIN |
|---|---|---|---|

☐ HISPANIC  ☐ NON HISPANIC

| PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE | HEIGHT 5'7" | WEIGHT 135 | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|

VEHICLE

| VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR TOP/BOTTOM | ALCOHOL/DRUG INVOLVEMENT (SPECIFY) ☐NO ☐YES ☐UNK |
|---|---|---|---|---|
| REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VOL. KEY |

DATE / TIME

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION / ARREST  CMDC | B.A. RESULTS |
|---|---|---|---|
| DATE OF ARREST 9 10 15 | TIME OF ARREST 1500 | MILES | DIRECTION | CITY Louisville | COUNTY OF VIOLATION Jeff | SECTOR |

CHARGES

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISP. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42385 | | 218A.1412 | TICS A M | 1 | | | | | | | | | |
| 42577 | | 218A.1412 | TICS M | 2 | | | | | | | | | |
| 52600 | | 527.040 | PHBC F | 3 | | | | | | | | | |
| 42089 | | 218A.500 | PDP | 4 | | | | | | | | | |

COURT

| COURT DATE | COURT TIME ☐AM ☐PM | PAYABLE ☐ COURT ☐ | COURT LOCATION | COURT CASE NO. | DISPN. DATE | TRIAL ☐B ☐J ☐N | CLERKS INITIALS |
|---|---|---|---|---|---|---|---|

## POST-ARREST COMPLAINT

Hold on
Indictment # 15CR2386

CDL

| CDL LICENSE ☐No ☐Yes | PLACARDED HAZARDOUS VEHICLE ☐No ☐Yes | YEAR |
|---|---|---|
| COMMERCIAL VEHICLE ☐No ☐Yes | CDL CLASS ☐A ☐B ☐C | |

CASE

| NAME OF WITNESS | ADDRESS CITY/STATE |
|---|---|
| NAME OF WITNESS | ADDRESS |

| CASE NO. | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

| CARRIED FOR UCR BY CONTRIBUTOR: ☐  OTHER AGENCY: ☐ SPECIFY | ☐IN-CAR VIDEO | ☐FINGER PRINTS ☐PHOTOS | EVIDENCE HELD |
|---|---|---|---|

GB003161

| OFFICER'S SIGNATURE | BADGE / I.D. NUMBER | ASSIGNMENT |
|---|---|---|

2015-09-10 18:41          Jefferson Cir Admin 5025953472 >> JEFFERSON CO          P 1/9

# GRAND JURY PRESENTATIONS

## Date: September 9 2015

**McCorkle, Ryan Scott**     DOB:          SSN:          Circuit Court Case Number: **15CR2384**     *117417*

Bond: Full Cash          Bond Amount $5,000.00     District Court Case Number: 15F007090A-G

District Court Case Type: P/C

Division #: **10**

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 527.040 | 521960 | POSSESSION OF A FIREARM BY CONVICTED FELON - CLASS D FELONY | 1 | TB |
| 2 | KRS 218A.1415, 2 | 422036 | ILLEGAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE FIRST DEGREE WHILE IN POSSESSION OF A FIREARM SCHEDULE II COCAINE | 1 | TB |
| 3 | KRS 524.100 | 502300 | TAMPERING WITH PHYSICAL EVIDENCE | 1 | TB |
| 4 | KRS 186.020 | 004050 | IMPROPER REGISTRATION PLATE | 1 | NTB |
| 5 | KRS 514.120(1)(b) | 232300 | OBSCURING THE IDENTITY OF A MACHINE OVER $10,000 | 1 | TB |
| 6 | KRS 186.620(2) | 004030 | OPERATION OF A MOTOR VEHICLE BY A PERSON WHOSE OPERATOR'S LICENSE HAS BEEN REVOKED, SUSPENDED, CANCELLED OR DENIED | 1 | TB |
| 7 | KRS 527.020(a) | 015010 | CARRYING A CONCEALED DEADLY WEAPON (SUBSEQUENT OFFENDER) | 1 | TB |

**Lewis, Rimeko Quantez**     DOB:          SSN:          Circuit Court Case Number: **15CR2385**     *117746*

Bond: Full Cash          Bond Amount $10,000.00     District Court Case Number: 15F-008261A

District Court Case Type: W/C

Division #: **6**

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 520.030 | 490120 | ESCAPE IN THE SECOND DEGREE | 1 | TB |

**Ashby, James Earl**     DOB:          SSN:          Circuit Court Case Number: **15CR2386**     *118657*

Bond:          Bond Amount $0.00     District Court Case Number:

District Court Case Type: D/S          BW~$2,500 - issued     (cont. DC. Bond)

Division #: **2**

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 218A.1412, 5 | 423655 | TRAFFICKING IN A CONTROLLED SUBSTANCE IN THE FIRST DEGREE SCHEDULE II METHAMPHETAMINE TWO GRAMS OR MORE (COMPLICITY) | 1 | TB |
| 2 | KRS 218A.1412, 5 | 423775 | TRAFFICKING IN A CONTROLLED SUBSTANCE IN THE FIRST DEGREE SCHEDULE I HEROIN TWO GRAMS OR MORE (COMPLICITY) | 1 | TB |
| 5 | KRS 527.040 | 521960 | POSSESSION OF A FIREARM BY CONVICTED FELON - CLASS D FELONY | 1 | TB |
| 6 | KRS 218A.500, 50 | 420615 | ILLEGAL USE OR POSSESSION OF DRUG PARAPHERNALIA (COMPLICITY) | 1 | TB |

**Henson, Christina**     DOB:          SSN:          Circuit Court Case Number: **15CR2386**     *118657*

Bond:          Bond Amount $0.00     District Court Case Number:

District Court Case Type: L/S

Division #: **2**

| Cnt No. | KRS | UOR | Statute | Cnts | Disposition |
|---|---|---|---|---|---|
| 1 | KRS 218A.1412, 5 | 423655 | TRAFFICKING IN A CONTROLLED SUBSTANCE IN THE FIRST DEGREE SCHEDULE II METHAMPHETAMINE TWO GRAMS OR MORE (COMPLICITY) | 1 | TB |
| 2 | KRS 218A.1412, 5 | 423775 | TRAFFICKING IN A CONTROLLED SUBSTANCE IN THE FIRST DEGREE SCHEDULE I HEROIN TWO GRAMS OR MORE (COMPLICITY) | 1 | TB |
| 3 | KRS 524.100 | 502300 | TAMPERING WITH PHYSICAL EVIDENCE | 1 | TB |
| 4 | KRS 520.050 | 490310 | PROMOTING CONTRABAND IN THE FIRST DEGREE | 1 | TB |
| 6 | KRS 218A.500, 50 | 420615 | ILLEGAL USE OR POSSESSION OF DRUG PARAPHERNALIA (COMPLICITY) | 1 | TB |

M. MITCHELL
GB003162

056300000303
N119326

431.77/523918
E ✓ NCIC
Criminal

ASHBY,   JAMES



KYA0052853          09/22/1979          M          W          509          165          BRO          BR

PT 50X50G4-3000N  #1                              LXMK          #060000          20150903-15:56



GB003163

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

*Added Charges*                    Booking Report

| Inmate # | Inmate Name | Sex | Race |
|---|---|---|---|
| 00431177 | ASHBY, JAMES EARL | MALE | White/Eurp/ N.Afr/Mid Eas |
| Booking Number | Date/Time | Hair Color | Eye Color |
| 201523918 | 09/03/2015 15:25 | Brown | Brown |

| Drivers License # | SSN | DOB | Ethnicity: | Height | Weight |
|---|---|---|---|---|---|
| KY ███ | ███ | ███ | Not of Hispanic Origin | 5'09" | 155 |

Address: ███     Phone:     FBI #:

SID #: A0052853

Resident:

County:

Birth State:

Citizenship: United States of America

Scars, Marks, Tattoos
Type     Location     Description

Aliases / SSN
Name                         DOB          AliasSSN

ASHBY, JAMES E

## Additional Information

Classification: MI/GP

Cell Assignment: 3N1/025

Sentence Status:

Occupation: UNEMPLOYED

Employer: NONE

Emergency Contact: REFUSED

## Arrest Information

Committed By: LOUISVILLE METRO POLICE

Arrest Date/Time: 09/03/2015 15:49

Arresting Agency: LOUISVILLE METRO POLICE

Arresting Officer: BAILEY

Booking Officer: EGGLESTON, MAGGIE

Location: 2426 W MAIN ST.  LOU, KY

Arrest Note: DETS EXECUTED NARCOTICS SEARCH WARRANT ON TIME DATE
AND LOCATION WHICH ABOVE SUBJECT WAS PRESENT. FURTHER
DETS RECOVERED BAGGIES OF METH AND HEROIN PACKAGED
AND READY FOR SALE ALONG WITH DRUG PARA AND A
REMINGTON .290 RIFLE

****ADDC********DETS EXECUTED NARCOTICS SEARCH WARRANT AT
LOCATION WHERE SUBJECT LIVES. UPON SEARCH DETS REMOVED
A .270 LONG RIFLE . SUBJECT IS A CONVICTED FELON ON CASE
01CR062120. DETS ALSO REMOVED LARGE AMOUNT OF NARCOTICS

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992 15F009541 | 50031 TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | FELONY | 09/14/2015 | (none) | Fresh Arrest Bond: $2500.00 | 304 | CASH $   2,500.00 |
| 05993 15F009541 | 161.164(3) TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | FELONY | 09/14/2015 | (none) | Fresh Arrest | 304 | |
| 05994 15F009541 | 00436 DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | MISDEMEANOR | 09/14/2015 | (none) | Fresh Arrest | 304 | |
| 06072 15F009543 | 52196 POSSESSION OF FIREARM BY | FELONY | 09/14/2015 | (none) | Added Charge | 304 | |

GB003164

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report



| Inmate # | Inmate Name | Sex | Race |
|---|---|---|---|
| 00431177 | ASHBY, JAMES EARL | MALE | White/Eurp/ N.Afr/Mid Eas |
| **Booking Number** | **Date/Time** | **Hair Color** | **Eye Color** |
| 201523918 | 09/03/2015 15:25 | Brown | Brown |

| Drivers License # | SSN | DOB | Ethnicity: Not of Hispanic Origin | Height 5'09" | Weight 155 |
|---|---|---|---|---|---|
| KY | ██████ | ██████ | | | |

| Address | Phone: | FBI #: |
|---|---|---|
| ██████████ | | SID #: A0052853 |

| Resident: | Scars, Marks, Tattoos | | |
|---|---|---|---|
| County: | Type | Location | Description |
| Birth State: | | | |
| Citizenship: United States of America | | | |

| | Aliases / SSN | | |
|---|---|---|---|
| | Name | DOB | AliasSSN |
| | ASHBY, JAMES E | | |

## Additional Information

Classification: PRE-ARRAIGNMENT
Cell Assignment: PASSIVE/J1-P-030
Sentence Status:

Occupation: UNEMPLOYED
Employer: NONE
Emergency Contact: REFUSED

## Arrest Information

Committed By: LOUISVILLE METRO POLICE

Arrest Date/Time: 09/03/2015 15:49

Arresting Agency: LOUISVILLE METRO POLICE

Arresting Officer: BAILEY

Booking Officer: EGGLESTON, MAGGIE

Location: 2426 W MAIN ST. LOU, KY

Arrest Note: DETS EXECUTED NARCOTICS SEARCH WARRANT ON TIME DATE
AND LOCATION WHICH ABOVE SUBJECT WAS PRESENT. FURTHER
DETS RECOVERED BAGGIES OF METH AND HEROIN PACKAGED
AND READY FOR SALE ALONG WITH DRUG PARA AND A
REMINGTON .290 RIFLE

****ADDC*********DETS EXECUTED NARCOTICS SEARCH WARRANT AT
LOCATION WHERE SUBJECT LIVES. UPON SEARCH DETS REMOVED
A .270 LONG RIFLE. SUBJECT IS A CONVICTED FELON ON CASE
01CR062120. DETS ALSO REMOVED LARGE AMOUNT OF NARCOTICS

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992 | 50031 TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | FELONY | 09/04/2015 | (none) | Fresh Arrest | 008 | |
| 05993 | 161.164(3) TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | FELONY | 09/04/2015 | (none) | Fresh Arrest | 008 | |
| 05994 | 00436 DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | MISDEMEANOR | 09/04/2015 | (none) | Fresh Arrest | 008 | |
| 06072 | 52196 POSSESSION OF FIREARM BY | FELONY | 09/04/2015 | (none) | Added Charge | 008 | |

GB003165

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

## Booking Report

| | | | |
|---|---|---|---|
| **Inmate #** 00431177 | **Inmate Name** ASHBY, JAMES EARL | **Sex** MALE | **Race** White/Eurp/ N.Afr/Mid Eas |
| **Booking Number** 201523918 | **Date/Time** 09/03/2015 15:25 | **Hair Color** Brown | **Eye Color** Brown |

| **Drivers License #** KY ████ | **SSN** ████ | **DOB** ████ | **Ethnicity:** Not of Hispanic Origin | **Height** 5'09" | **Weight** 155 |
|---|---|---|---|---|---|

| **Address:** ████ | **Phone:** | **FBI #:** **SID #:** A0052853 |
|---|---|---|

**Resident:**

**County:**

**Birth State:**

**Citizenship:** United States of America

**Scars, Marks, Tattoos**

| Type | Location | Description |
|---|---|---|

**Aliases / SSN**

| Name | DOB | AliasSSN |
|---|---|---|

## Additional Information

**Classification:** PRE-ARRAIGNMENT

**Cell Assignment:** PASSIVE/J1-P-030

**Sentence Status:**

**Occupation:**

**Employer:**

**Emergency Contact:**

## Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arrest Date/Time:** 09/03/2015 15:49

**Arresting Agency:** LOUISVILLE METRO POLICE

**Arresting Officer:** BAILEY

**Booking Officer:** EGGLESTON, MAGGIE

**Location:** 2426 W MAIN ST. LOU, KY

**Arrest Note:** DETS EXECUTED NARCOTICS SEARCH WARRANT ON TIME DATE AND LOCATION WHICH ABOVE SUBJECT WAS PRESENT. FURTHER DETS RECOVERED BAGGIES OF METH AND HEROIN PACKAGED AND READY FOR SALE ALONG WITH DRUG PARA AND A REMINGTON .290 RIFLE

## Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992 | 50031 TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | FELONY | 09/04/2015 | (none) | Fresh Arrest | 008 | |
| 05993 | 161.164(3) TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | FELONY | 09/04/2015 | (none) | Fresh Arrest | 008 | |
| 05994 | 00436 DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | MISDEMEANOR | 09/04/2015 | (none) | Fresh Arrest | 008 | |

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

**Holds**

GB003166

AOC- 385.1    Doc. Code: ~~RC~~
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. 5N1193262-1
Case No. 15-F-009541
Court: District
Div: _____
County: Jefferson

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

V.

**ASHBY, JAMES EARL**                                        DEFENDANT

Alias: _____

Jail ID: 431177 _____

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | ▆▆▆▆ | 509 | 165 | ▆▆▆▆ | KY | | |

To the Jailer/Department of Corrections of ___Jefferson_____, Kentucky:

You are hereby commanded to release from custody the above-named Defendant who is charged with:

1  UOR:0423650  TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMINE) ( F ) ( C )  Disp:09/14/2015  INDICTMENT BY GRAND JURY / INFORMATION
2  UOR:0424830  TICS, 1ST DEG, 1ST OFF(>=2GMS BUT<100 GMS HEROIN) ( F ) ( C )  Disp:09/14/2015  INDICTMENT BY GRAND JURY / INFORMATION
3  UOR:0420810  DRUG PARAPHERNALIA - BUY/POSSESS ( M ) ( A )  Disp:09/14/2015  INDICTMENT BY GRAND JURY / INFORMATION

Next Court Date:                                          Courtroom

**Further Orders:**

09/14/2015 at 11:45:25 AM                    /s/ electronically signed by HON. ERIC J. HANER
Date                                         Signature of Judge

                                                                Div _____

_____
Clerk

| Entered |
|---------|
| _____, D.C. |

**Distribution:**  Jail/Corrections    Court File

GB003167

3327

30/5



| AOC-390 Doc. Code: OAP<br>Rev. 1-05<br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov<br>KRS 421.600-.690 | **ORDER FOR APPEARANCE<br>OF PRISONER** | Case No. 15-F-009541<br>Court District<br>County Jefferson |

## COMMONWEALTH OF KENTUCKY

## VS

## ASHBY, JAMES EARL

DEFENDANT

To the Warden/Jailer of Jefferson                County

On the motion of the _____ Commonwealth _____, it appearing that

**ASHBY, JAMES EARL**

(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
|-----|------|--------------|--------|--------|---------------|-------|
| M | W | ███████ | 509 | 165 | 431177█ | OLKY |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby

**ORDERED** to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
|------|------|-----------|
| 09/14/2015 | 9:00 am | hj304 |

there to remain, subject to further orders of this Court.

09/10/2015 at 10:58:26 AM
Date

/s/ electronically signed by HON. JENNIFER B. WILCOX
Judge's Signature



ENTERED

Date
Clerk
By                                    D.C.

GB003168

RONESHIA MERRITT

| AOC-390          Doc. Code: OAP<br>Rev. 1-05<br><br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov<br>KRS 421.600-.690 | ORDER FOR APPEARANCE<br>OF PRISONER | Case No. 15-F-009541<br><br>Court  District<br><br>County  Jefferson |
| --- | --- | --- |

**COMMONWEALTH OF KENTUCKY**

**VS**

**ASHBY, JAMES EARL** _____ **DEFENDANT**

To the Warden/Jailer of  Jefferson                          County

On the motion of the _____ Commonwealth _____, it appearing that

**ASHBY, JAMES EARL**

(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
| --- | --- | --- | --- | --- | --- | --- |
| M | W | ████████ | 509 | 165 | 431177 | OLKY |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby

ORDERED to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
| --- | --- | --- |
| 09/10/2015 | 09:00 AM | (CRIMINAL COURTROOM 301) |

there to remain, subject to further orders of this Court.

_____
09/08/2015 at 11:25:53 AM
Date

_____
/s/ electronically signed by
Judge's Signature

| ENTERED |
| --- |
| Date _____ |
| Clerk _____ |
| By _____ D.C. |

GB003169

AOC-425.1        Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER,
JUDGMENT AND ORDER
RELEASING**

Citation No.
Case No: 15-F-009541
Court: District
Div:
County:  Jefferson

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

V.

**ASHBY, JAMES EARL**                                            DEFENDANT

Alias:  earl, ashby
Jail ID: 431177

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | | 509 | 165 | | OLKY | 2,500.00 | CA |

**To the Jailer/Department of Corrections of**  Jefferson                              **, Kentucky:**

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date:  09/14/2015        09:00 AM    (CRIMINAL COURTROOM 304)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____ See sentence details above _____ . On Motion of the Defendant and the Court being sufficiently advised, **IT IS HEREBY ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

☐  1.  Working at his/her employment.                    ☐  2.  Seeking employment.

☐  3.  Attendance at an educational institution.          ☐  4.  Medical treatment.

☐  5.  Other   Bail Conds:NO USE/POSSESS FIREARM OR OTHER WEAPON;  {DANGER A/C }

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

09/04/2015 at 9:44:06 AM                          /s/ electronically signed by HON. DAVID BOWLES
Date                                                Signature of Judge          Div _____

_____
Clerk

**Distribution:**  Transporting Officer
                    Jail/Corrections
                    Court File

Entered

_____, D.C.

GB003170

3330

 

## Conditions of Release and Judicial Decision

**County :** JEFFERSON | **Judge :** CALVERT, GINA K

**Defendant's Name :** ASHBY, JAMES EARL | **Interpreter Language :** NONE

**Next Court Date :** | **ASL Needed :** NO

**Court Type :** | **Courtroom :**

**Jail ID# :** 431177

**Charge County:** JEFFERSON | **Holding County:** JEFFERSON

### Bail Credit

Bail Credit Amount: **$0.00**

Bail Credit: **NO** | Reason Ineligible: **Judicial Discretion**

### Release Decision

Bond Amount **$1,000.00 - CASH** on **09/03/2015 06:00 PM**

**Judicial Discretion**

DANGER

### Conditions

- NOT TO VIOLATE ANY LOCAL, STATE, OR FEDERAL LAWS
- NOT TO POSSESS ANY WEAPONS
- MAKE ALL SCHEDULED COURT APPEARANCES

### Case(s)

Booking Date: **09/03/15 03:25 PM**
JEFFERSON

| | | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0423650 | TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMIN | 5N1193262 | C | F | 1 |
| 0424830 | TICS, 1ST DEG, 1ST OFF(>=2GMS BUT<100 GMS HEROIN) | 5N1193262 | C | F | 1 |
| 0420810 | DRUG PARAPHERNALIA - BUY/POSSESS | 5N1193262 | A | M | 1 |

_____ Date | _____ Judge's / Pretrial Officer's Signature

Created On **09/03/15 6:33 pm** by **George_Powell**

M.MITCHELL
GB003171

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

KSP 206 (REV 2/1/06)

☐ JUVENILE OFFENDER

**DETENTION**

| | |
|---|---|
| AGENCY | ORI: **KY** 0565000 |
| NAME (L-F-M)   SKIP A SPACE BETWEEN NAMES | ATTN: ☐   HOME PHONE |
| ALIAS  *Ashby James Earl* * | EMERGENCY PHONE |
| ADDRESS (RFD/STREET/APT. NO. ETC.) | KENTUCKY RESIDENT STATUS  F. ☑ FULL TIME  P.☐ PART TIME  N.☐ NON RESIDENT |
| CITY   Louisville   STATE:   ZIP: | MARITAL STATUS |
| I.D. TYPE/STATE   I.D. NUMBER | VICTIM'S RELATIONSHIP TO OFFENDER |
| DATE OF BIRTH   SEX   RACE | ETHNIC ORIGIN |
| ☑ MALE ☐ FEMALE  ☐ WHITE ☐ BLACK  ☐ AM. INDIAN OR ALASKAN ☐ ASIAN | ☐ HISPANIC ☐ NON HISPANIC |
| PLACE OF EMPLOYMENT / OCCUPATION   CITY   STATE | HEIGHT   WEIGHT   HAIR COLOR/EYE COLOR  5'11  185  Bro |

**VEHICLE**

| | | | | |
|---|---|---|---|---|
| VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR   TOP/BOTTOM | ALCOHOL/DRUG INVOLVEMENT (SPECIFY)  ☐ NO ☐ YES ☐ UNK |
| REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH   IN MPH ZONE   VOL. KEY |

**DATE / TIME**

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION / ARREST  2426 W Main St | B.A. RESULTS |
|---|---|---|---|
| DATE OF ARREST  9 3 15 | TIME OF ARREST  1321 | MILES   DIRECTION   CITY  Lou | COUNTY OF VIOLATION  Jeff   SECTOR |

**Ch.**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

| COURT DATE | COURT TIME  ☐ AM  ☐ PM | PAYABLE ☐ ☐ COURT | COURT LOCATION | COURT CASE NO. | DISPN. DATE | TRIAL ☐ B ☐ J ☐ N | CLERKS INITIALS |
|---|---|---|---|---|---|---|---|

**POST-ARREST COMPLAINT**

POST-ARREST COMPLAINT

**CDL**

| CDL LICENSE ☐ No ☐ Yes | PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes | YEAR |
|---|---|---|
| COMMERCIAL VEHICLE ☐ No ☐ Yes | CDL CLASS ☐ A ☐ B ☐ C | |
| NAME OF WITNESS | ADDRESS CITY/STATE | CONTROL NUMBER |
| NAME OF WITNESS | ADDRESS | |

**CAS**

| CASE NO.   1   2   3   4 | |
|---|---|
| CARRIED FOR UCR BY CONTRIBUTOR: ☐  ☐ IN-CAR VIDEO  ☐ FINGER PRINTS  EVIDENCE HELD | |
| OTHER AGENCY: ☐ SPECIFY   ☐ PHOTOS | |
| OFFICER'S SIGNATURE | BADGE / I.D. NUMBER   ASSIGNMENT |

GB003172

AOC- 385.1      Doc. Code:
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov

**Release From Custody**

Citation No. 5N1193322-1
Case No. 15-F-009543
Court: District
Div: _____
County: Jefferson

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

V.

**ASHBY, JAMES EARL**                                       DEFENDANT

Alias: _____

Jail ID: 431177

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|--------------------------|-------|-------------|------|
| M   | W    | ▇▇▇▇▇         | 509    | 165    | ▇▇▇▇▇                    |       |             |      |

**To the Jailer/Department of Corrections of** Jefferson _____, Kentucky:

You are hereby commanded to release from custody the above-named Defendant who is charged with:
  1   UOR:0521960  Convicted Felon in Possession of a Firearm ( F ) ( D )  Disp:09/14/2015  INDICTMENT BY GRAND JURY / INFORMATION

Next Court Date:                                              Courtroom

**Further Orders:**

09/14/2015 at 11:46:17 AM                    /s/ electronically signed by HON. ERIC J. HANER
Date                                          Signature of Judge

                                                                          Div _____

_____
            Clerk

                                                           | Entered |
                                                           |         |
                                                           | _____, D.C. |

**Distribution:** Jail/Corrections

GB003173

| | | |
|---|---|---|
| AOC-390  Doc. Code: OAP<br>Rev. 1-05<br><br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov<br>KRS 421.600-.690 | <br>**ORDER FOR APPEARANCE**<br>**OF PRISONER** | Case No. 15-F-009543<br><br>Court  District<br><br>County  Jefferson |

**COMMONWEALTH OF KENTUCKY**

**VS**

**ASHBY, JAMES EARL**

**DEFENDANT**

To the Warden/Jailer of ___Jefferson___ County

On the motion of the _____ Commonwealth _____, it appearing that

**ASHBY, JAMES EARL**

(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
|-----|------|---------------|--------|--------|---------------|-------|
| M | W | ▓▓▓▓▓▓ | 509 | 165 | 431177 | |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby

**ORDERED** to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
|------|------|-----------|
| 09/14/2015 | 9:00 am | hj304 |

there to remain, subject to further orders of this Court.

<br>

| | |
|---|---|
| _09/10/2015 at 10:59:02 AM_<br>Date | /s/ electronically signed by HON. JENNIFER B. WILCOX<br>Judge's Signature |



ENTERED

Date _____

Clerk _____

By _____ D.C.

GB003174

RONESHIA MERRITT

| AOC-390<br>Rev. 1-05<br><br>Commonwealth of Kentucky<br>Court of Justice<br>www.courts.ky.gov<br>KRS 421.600-.690 | Doc. Code: OAP | ORDER FOR APPEARANCE<br>OF PRISONER | Case No. 15-F-009543<br><br>Court   District<br><br>County   Jefferson |
| --- | --- | --- | --- |

**COMMONWEALTH OF KENTUCKY**

**VS**

**ASHBY, JAMES EARL**

_____ **DEFENDANT**

To the Warden/Jailer of ___Jefferson_____ County

On the motion of the _____ Commonwealth _____, it appearing that

**ASHBY, JAMES EARL**

(Prisoner's Name)

| Sex | Race | Date of Birth | Height | Weight | Inmate Number | State |
| --- | --- | --- | --- | --- | --- | --- |
| M | W | ~~████~~ | 509 | 165 | 431177 | |

is essential to the proper prosecution of this action and that he/she is presently an inmate; you are hereby

ORDERED to have him/her before this Court on or before the following:

| Date | Time | Courtroom |
| --- | --- | --- |
| 09/10/2015 | 09:00 AM | (CRIMINAL COURTROOM 301) |

there to remain, subject to further orders of this Court.

| 09/08/2015 at 11:26:18 AM | /s/ electronically signed by |
| --- | --- |
| Date | Judge's Signature |

| ENTERED | |
| --- | --- |
| Date | 9/8/15 |
| Clerk | |
| By | _____ D.C. |

GB003175

AOC-425.1    Doc. Code: OCOM
Rev. 11-10
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.courts.ky.gov
KRS 439.179

**COMMITMENT ORDER,
JUDGMENT AND ORDER
RELEASING**

Citation No.
Case No. 15-F-009543
Court: District
Div:
County: Jefferson

COMMONWEALTH OF KENTUCKY                                      PLAINTIFF

V.

**ASHBY, JAMES EARL**

                                                             DEFENDANT

Alias:    earl, ashby

Jail ID:  431177

| Sex | Race | Date of Birth | Height | Weight | Operator License Number | State | Bond Amount | Type |
|-----|------|---------------|--------|--------|-------------------------|-------|-------------|------|
| M | W | | 509 | 165 | | | 2,500.00 | CA |

To the Jailer/Department of Corrections of  Jefferson                                      , Kentucky:

You are hereby commanded to receive the above-named Defendant who has been found guilty of the following:

Next Court Date:  09/14/2015     09:00 AM    (CRIMINAL COURTROOM 304)

**JUDGMENT AND ORDER RELEASING MISDEMEANANTS FROM JAIL**

It is the Judgment of this Court that the Defendant be sentenced to serve _____See sentence details above_____. On Motion of the Defendant and the Court being sufficiently advised, **IT IS HEREBY ORDERED**, pursuant to KRS 439.179, that the Defendant is granted the privilege of leaving the jail during the hours of: _____ am/pm to _____ am/pm _____ through _____, for one or more of the following purposes:

☐  1.  Working at his/her employment.                ☐  2.  Seeking employment.

☐  3.  Attendance at an educational institution.     ☐  4.  Medical treatment.

☐  5.  Other    Bail Conds:NO USE/POSSESS FIREARM OR OTHER WEAPON;  {DANGER A/C }

Every prisoner gainfully employed and released herein is hereby **ordered** to pay a reasonable amount not to exceed forty dollars ($40.00) per day KRS 439.179 (4) for the cost of his/her board. If he/she defaults, the privilege hereby granted may be forfeited by the Court.

The Court further directs that the Jailer/Department of Corrections of _____ perform the functions under KRS 439.179 (3) and (5).

09/04/2015 at 9:44:29 AM                          /s/ electronically signed by HON. DAVID BOWLES
Date                                              Signature of Judge
                                                                          Div _____

Clerk

**Distribution:**  Transporting Officer
                   Jail/Corrections
                   Court File

Entered

_____, D.C.

GB003176

 

## Conditions of Release and Judicial Decision

| | |
|---|---|
| **County :** JEFFERSON | **Judge :** CALVERT, GINA K |
| **Defendant's Name :** ASHBY, JAMES EARL | **Interpreter Language :** NONE |
| **Next Court Date :** | **ASL Needed :** NO |
| **Court Type :** | **Courtroom :** |
| **Jail ID# :** 431177 | |
| **Charge County:** JEFFERSON | **Holding County:** JEFFERSON |

### Bail Credit

Bail Credit Amount: **$0.00**

Bail Credit: **NO**                    Reason Ineligible: **Judicial Discretion**

### Release Decision

Bond Amount **$2,500.00 - CASH**  on  09/03/2015  10:00 PM

**Judicial Discretion**

DANGER

### Conditions

- NOT TO VIOLATE ANY LOCAL, STATE, OR FEDERAL LAWS
- NOT TO POSSESS ANY WEAPONS
- MAKE ALL SCHEDULED COURT APPEARANCES

### Case(s)

Booking Date: **09/03/15  03:25 PM**
**15-F-009541** JEFFERSON

| | | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0423650 | TICS, 1ST DEGREE, 1ST OFFENSE (>= 2 GMS METHAMPHETAMIN | 5N1193262 | C | F | 1 |
| 0424830 | TICS, 1ST DEG, 1ST OFF(>=2GMS BUT<100 GMS HEROIN) | 5N1193262 | C | F | 1 |
| 0420810 | DRUG PARAPHERNALIA - BUY/POSSESS | 5N1193262 | A | M | 1 |

Booking Date: **09/03/15  03:25 PM**
**15-F-009543** JEFFERSON

| | | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0521960 | CONVICTED FELON IN POSSESSION OF A FIREARM | | D | F | 1 |

_____
Date

_____
Judge's / Pretrial Officer's Signature

COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION
KSP 206 (REV 2/1/06)

ACASM U31M

DETENTION

| AGENCY | LMPD | ORI: | KY |
|---|---|---|---|

**OFFENDER / VIOLA**

| NAME (L-F-M) SKIP A SPACE BETWEEN NAMES | ATTN: | HOME PHONE |
|---|---|---|

| ALIAS | EMERGENCY PHONE |
|---|---|

| ADDRESS (RED/STREET/APT. NO. ETC.) | KENTUCKY RESIDENT STATUS F. ☒ FULL TIME  P. ☐ PART TIME  N. ☐ NON RESIDENT |
|---|---|

| CITY | STATE: | ZIP: | MARITAL STATUS |
|---|---|---|---|

| I.D. TYPE/STATE | I.D. NUMBER | S.S. NUMBER | VICTIM'S RELATIONSHIP TO OFFENDER |
|---|---|---|---|

| DATE OF BIRTH | SEX | RACE | ETHNIC ORIGIN |
|---|---|---|---|
| | ☒ MALE ☐ FEMALE | ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN | ☐ HISPANIC ☒ NON HISPANIC |

| PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|

**VEHICLE**

| VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR  TOP/BOTTOM | ALCOHOL/DRUG INVOLVEMENT (SPECIFY) ☐ NO ☐ YES ☐ UNK |
|---|---|---|---|---|

| REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VOL. KEY |
|---|---|---|---|---|---|---|

**DATE / TIME**

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION / ARREST  2426 W Main | B.A. RESULTS |
|---|---|---|---|

| DATE OF ARREST | TIME OF ARREST | MILES | DIRECTION | CITY | COUNTY OF VIOLATION | SECTOR |
|---|---|---|---|---|---|---|
| 9 2 13 | 1321 | | | Louisville | Jefferson | 11 |

**CH (S)**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52196 | | 520 010 | PEACE | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

| COURT DATE | COURT TIME ☐ AM ☐ PM | PAYABLE ☐ ☐ COURT | COURT LOCATION  Arrested | COURT CASE NO. | DISPN. DATE | TRIAL ☐ B ☐ J ☐ N | CLERKS INITIALS |
|---|---|---|---|---|---|---|---|

**POST-ARREST COMPLAINT**

Detectives Executed Narcotics Search Warrant in Area
where subject lives. Upon search but founded
in Residence  750 Grey Rattle  Jasper Sam.
with OP Police website  OT-GL 083170
Defendant was charged under Section in Relation
to trafficking.

**CDL**

| CDL LICENSE ☐ No ☐ Yes | PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes |
|---|---|
| COMMERCIAL VEHICLE ☐ No ☐ Yes | CDL CLASS ☐ A ☐ B ☐ C |

YEAR

| NAME OF WITNESS | ADDRESS CITY/STATE |
|---|---|
| AME OF WITNESS | ADDRESS |

**CA**

| CASE NO.  Su.S. 070204 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

CONTROL NUMBER  N148982

| CARRIED FOR UCR BY CONTRIBUTOR: ☐ | ☐ IN-CAR VIDEO | ☐ FINGER PRINTS | EVIDENCE HELD |
|---|---|---|---|
| OTHER AGENCY: ☐ SPECIFY | | ☐ PHOTOS | GB003178 |

| OFFICER'S SIGNATURE  X | BADGE / I.D. NUMBER | ASSIGNMENT |
|---|---|---|



**Inmate Number : 00431177   Inmate Name : ASHBY, JAMES EARL**

| Name | ASHBY, JAMES EARL | | DOB | | ge | 35 | Sex | MALE | Height | 509 | | | Weight | 155 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | Brown | Eye | Brown | | Race | White/Eurp/ N.Afr/Mid Eas | | Ethnicity | Not of Hispanic Origin | | | SSN | | |
| Resident | | County | | | SID | | FBI | | | | Phone | | | |
| Homeless | N | Out of State run away | N | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | | | E-Mail | | |
| Address | | | | | | | | | | | | | | |

### Additional Info

| Birth Country | United States of America | State | | City | | | County | |
|------|------|------|------|------|------|------|------|------|
| Marital Status | Single | #.Children | 1 | Military Veteran | N | | Military Service | |
| Religion | NON-RELIGIOUS | # Sisters | | Caution | N | | Comments | |
| Handedness | | # Brothers | | Deceased | N | | Date | |
| | | | | Disabled | N | | | |

### Aliases / SSNs

| Last Name | First Name | Middle Name | Suffix | DOB |
|------|------|------|------|------|
| ASHBY | JAMES | E | | |

### Addresses

| Address From | Address To | Address Type | Location | Non-US |
|------|------|------|------|------|
| 09/03/2015 15:25 | 09/03/2015 15:52 | Permanent | | N |
| | | Alternate | | N |

### Contacts

| Contact Type | Name | Phone | Address |
|------|------|------|------|
| Sibling | KELLEY JOHNSON | | |
| Parent | DONNA HENDRICKS | | |

GB003179

Inmate Number : 00451177   Inmate Name : ASHBY, JAMES EARL

## Incompatible Details

| mate # | Inmate Name | Cell | SID # | Note | Waived |
|---|---|---|---|---|---|
| J528313 | HISER, SEAN | | | FIGHT - SEE EI 10/2/15 | N |
| 00546009 | BRYANT, MICHAEL D | | | | N |
| 00457919 | COLLINS, ROBERT H | | | | N |

## Appearance info

| Facial Shape | | Complexion | | Glasses | NONE |
|---|---|---|---|---|---|
| Facial Hair1 | | Distinct Feature1 | | Contacts | N |
| Facial Hair2 | | Distinct Feature2 | | Hair Style | |
| Facial Oddity1 | | Body Build | | Hair Length | |
| Facial Oddity2 | | Teeth | | Hair Shade | |
| Facial Oddity3 | | | | | |

## Employer Details

| Employer Name | Occupation | Phone | Address | | Status | |
|---|---|---|---|---|---|---|
| NONE | UNEMPLOYED | | | | | |

## Languages

| Language | Spoken | Written | Read |
|---|---|---|---|
| ENGLISH | Y | Y | Y |

## Education Details

| Education Level | Area of Study | Other Area of Study | School Name | Address |
|---|---|---|---|---|
| 8TH GRADE | | | | |

## al Insurance

| Medical Insurance Type | | Medical Insurance Company | |
|---|---|---|---|

## Public Assistance

| Food Stamp | N | SSI | N | Cash Assistance | N | Disability | N |
|---|---|---|---|---|---|---|---|

GB003180

# Additional Information

**Classification:** MI/GP

**Cell Assignment:**

**Sentence Status:**

**Occupation:** UNEMPLOYED

**Employer:** NONE

**Emergency Contact:** KELLEY JOHNSON



# Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arrest Date/Time:** 09/03/2015 15:49

**Arresting Agency:** LOUISVILLE METRO POLICE

**Arresting Officer:** BAILEY

**Booking Officer:** EGGLESTON, MAGGIE

**Location:** 2426 W MAIN ST. LOU, KY

**Arrest Note:** DETS EXECUTED NARCOTICS SEARCH WARRANT ON TIME DATE AND LOCATION WHICH ABOVE SUBJECT WAS PRESENT. FURTHER DETS RECOVERED BAGGIES OF METH AND HEROIN PACKAGED AND READY FOR SALE ALONG WITH DRUG PARA AND A REMINGTON .280 RIFLE

****ADDC*********DETS EXECUTED NARCOTICS SEARCH WARRANT AT LOCATION WHERE SUBJECT LIVES. UPON SEARCH DETS REMOVED A .270 LONG RIFLE . SUBJECT IS A CONVICTED FELON ON CASE 01CR0S2120. DETS ALSO REMOVED LARGE AMOUNT OF NARCOTICS

# Charges

| Reference # Case Nbr | Statute Description | Category | Charge DtTm Court DtTm | DispositionDtTm Disposition | Document Bond/Sentence | Court | Bond Type Bond Amount |
|---|---|---|---|---|---|---|---|
| 05992 15F009541 | 50031 TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | FELONY | 09/14/2015 | 09/14/2015 13:45 Fresh Arrest INDICTMENT GRAND JURY | Bond: $2500.00 | 304 | CASH $ 2,500.00 |
| )93 .5F009541 | 161.164(3) TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | FELONY | 09/14/2015 | 09/14/2015 13:45 Fresh Arrest INDICTMENT GRAND JURY | | 304 | |
| 05994 15F009541 | 00436 DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | MISDEMEANOR | 09/14/2015 | 09/14/2015 13:45 Fresh Arrest INDICTMENT GRAND JURY | | 304 | |
| 06072 15F009543 | 52196 POSSESSION OF FIREARM BY CONVICTED FELON | FELONY | 09/14/2015 | 09/14/2015 13:45 Added Charge INDICTMENT GRAND JURY | | 304 | |



| 08510 | 50031 | FELONY | | 10/06/2015 16:56 | Added Charge | CR02 | CASH |
|---|---|---|---|---|---|---|---|
| 15CR002386 | COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | | 10/23/2015 | COURT ORDER | Bond: $2500.00 | | $ 2,500.00 |
| 0511 | 161.164(3) | FELONY | | 10/06/2015 16:56 | Added Charge | CR02 | |
| 5CR002386 | COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | | 10/23/2015 | COURT ORDER | | | |
| 08512 | 52196 | FELONY | | 10/06/2015 16:57 | Added Charge | CR02 | |
| 15CR002386 | POSSESSION OF FIREARM BY CONVICTED FELON | | 10/23/2015 | COURT ORDER | | | |
| 08513 | 00436 | MISDEMEANOR | | 10/06/2015 16:57 | Added Charge | CR02 | |
| 15CR002386 | COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | | 10/23/2015 | COURT ORDER | | | |

**Active Bond Total:** $0.00

**Bonds Total:** $5000.00

## Arrest Information

**Committed By:** LOUISVILLE METRO POLICE

**Arresting Officer:** WILLIAMS

**Arrest Date/Time:** 09/10/2015 15:00 Inmate Signature

**Booking Officer:** EGGLESTON, MAGGIE

**Arresting Agency:** COUNTY ATTORNEY OFFICE

**Location:** LMDC LOUISVILLE KY

**Arrest Note:** ****ADDED CHARGES**** Officer Signature

Date

SUBJECT HELD ON WARRANT OF ARREST INDICTMENT WARRANT

## Charges

| .ierence #
Case Nbr | Statute
Description | Category | Charge DtTm
Court DtTm | Disposition DtTm
Disposition | Document
Bond/Sentence | Court | Bond Type
Bond Amount |
|---|---|---|---|---|---|---|---|

**Active Bond Total:** $0.00

**Bonds Total:** $0.00

**James Ashby was booked into LMDC on 9-3-15 @ 1525hrs. During Classification pre-screening interview, inmate stated she did not fear for his safety and he did not declare any medical or mental health issues.**

# Housing Movement and Cell Transfers     James Ashby #431177

### Movement Logs

| Location | Activity | Start DtTm | End DtTm | Note | Scheduled By |
|---|---|---|---|---|---|
| ► J3N-8 | | 10/04/2015 23:14 | | | |
| J3N-8 | | 10/04/2015 16:48 | 10/04/2015 23:14 | | ADAMS, ASHLEY M |
| H6W-09 | | 10/04/2015 16:00 | 10/04/2015 16:48 | | |
| H6W-09 | | 10/02/2015 19:19 | 10/02/2015 21:37 | | ARRIAGA, SAMANTHA |
| PASSIVE | | 10/02/2015 19:19 | 10/02/2015 19:19 | | |
| PASSIVE | | 10/02/2015 19:17 | 10/02/2015 19:19 | | ARRIAGA, SAMANTHA |

GB003182

# Incident Reports

## Incidents during this booking

### Incident History

| Incident Date | Incident Type | Booking # | Reporting Officer | Form Name |
|---|---|---|---|---|
| | | | | |

# Inmate Notes

## James Ashby # 431177

| | | | | | |
|---|---|---|---|---|---|
| | INMATE MOVEMENT | J3/4B #27 DETOX BB X7 DAYS PER NURSE STONE | | 09/03/2015 20:14 | BURNS, RESHAYLA |
| | ORIENTATION NOTES | orientation complete mi/gp | | 09/03/2015 21:30 | BURNS, RESHAYLA |
| | INMATE MOVEMENT | 3N1 FROM J3D4B PER NURSE M. COLE OFF DETOX MOVE TO GP | | 09/05/2015 13:40 | Thomas, Ella |

| Inmate Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|---|---|---|---|---|---|
| | | INMATE SERVICES NOTES | From: Kilkelly, Meagan<br>Sent: Tuesday, September 08, 2015 10:19 AM<br>To: Mitchell, Cindy C<br>Subject: W/A<br><br>I/M JAMES ASHBY #431177 (CCC/3N1) has requested to be reviewed for W/A status.<br><br><br>Meagan Kilkelly<br>Louisville Metro Department of Corrections<br>PCI - Community Corrections Center<br>316 East Chestnut Street<br>Louisville, Kentucky 40202<br>Office: (502)574-8012 Fax: (502)574-6986<br>MEAGAN.KILKELLY@LOUISVILLEKY.GOV<br><mailto:MEAGAN.KILKELLY@LOUISVILLEKY.GOV><br><br>Please consider the environment before printing this e-mail. P | 09/08/2015 10:19 | KILKELLY, Meagan |
| | | GENERAL INMATE NOTES | DENIED CCC Workaide status at this time: Inmate Ashby, James Earl #431177 has 301 court for Trafficking charges, 9-10-15 @ 9am. | 09/08/2015 12:28 | Mitchell, Cindy |

| Inmate Name | Inmate # | Note Type | Inmate Notes | Date of Note | Created By User |
|---|---|---|---|---|---|
| | | INMATE SERVICES NOTES | From: Kilkelly, Meagan<br>Sent: Thursday, September 17, 2015 1:11 PM<br>To: Mitchell, Cindy C<br>Subject: W/A<br><br>I/M JAMES ASHBY #431177 (CCC/3N1) has requested to be reviewed for W/A status.<br><br><br>Meagan Kilkelly<br>Louisville Metro Department of Corrections<br>PCI - Community Corrections Center<br>316 East Chestnut Street<br>Louisville, Kentucky 40202<br>Office: (502)574-8012 Fax: (502)574-6986<br>MEAGAN.KILKELLY@LOUISVILLEKY.GOV<br><mailto:MEAGAN.KILKELLY@LOUISVILLEKY.GOV><br><br>Please consider the environment before printing this e-mail. P | 09/17/2015 13:11 | KILKELLY, Meagan |
| | | INMATE MOVEMENT | H6/W9#1 FROM CCC/3N1 - PER SGT COVINGTON I/M IS RECEIVING A WRITE-UP FOR FIGHTING - K/F ADDED - HISER, SEAN - PHD ALERT ADDED - S/C MOVE CLEARED BY NURSE SCHINDLER | 10/02/2015 21:02 | ARRIAGA, SAMANTHA |
| | | INMATE MOVEMENT | PER SGT GOFF THERE IS AN EXTREME EMERGENCY ON H6 SO EVERYONE IN H609 NEEDS TO BE MOVED OUT. PLACED ON ML TO J3-8 | 10/04/2015 16:50 | ADAMS, ASHLEY M |
| | | INMATE MOVEMENT | MOVE CANCELED PER SGT GOFF | 10/04/2015 23:14 | ADAMS, ASHLEY M |

o Inmate Grievances filed

# Inmate Discipline

1 write-up for fighting 10-2-15

# Inmate Visitation

## Inmate Visitor

**Inmate Name : ASHBY, JAMES EARL     Inmate # : 00431177**

| Visitor Name | Visitor Number | Visit Date | Start Time | End Time | Booth Type | Booth |
|---|---|---|---|---|---|---|
| | | | | | | |

GB003184

 **LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone:  5025742167      Fax:

## Inmate Report

**Inmate Number : 00431177     Inmate Name : ASHBY, JAMES EARL**

| Name | ASHBY, JAMES EARL | | DOB | ░░░░░ | Age | 35 | Sex | MALE | Height | 509 | | Weight | 155 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair | Brown | Eye | Brown | | Race | | White/Eurp/ N.Afr/Mid Eas | | Ethnicity | Not of Hispanic Origin | | SSN | |
| Resident | | County | | | SID | N | | FBI | | | Phone | | |
| Homeless | N | Out of State run away | | N | US Citizen | Y | Illegal Alien | N | Citizenship | United States of America | | E-Mail | |
| Address | | | | | | | | | | | | | |

### Additional Info

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Birth Country | United States of America | State | | City | | County | |
| Marital Status | Single | # Children | 1 | Military Veteran | N | Military Service | |
| Religion | NON-RELIGIOUS | # Sisters | | Caution | N | Comments | |
| Handedness | | # Brothers | | Deceased | N | Date | |
| | | | | Disabled | N | | |

### Aliases / SSNs

| Last Name | First Name | Middle Name | Suffix | DOB |
|---|---|---|---|---|
| ASHBY | JAMES | E | | |

### Addresses

| Address From | Address To | Address Type | Location | Non-US |
|---|---|---|---|---|
| 09/03/2015 15:25 | 09/03/2015 15:52 | Permanent | ░░░░░ | N |
| | | Alternate | ░░░░░ | N |

### Contacts

| Contact Type | Name | Phone | Address |
|---|---|---|---|
| Sibling | KELLEY JOHNSON | ░░░░░ | |
| Parent | DONNA HENDRICKS | ░░░░░ | |

Printed By ANGELINI, NICHOLAS On 10/26/2015 12:58

GB003185

Inmate Number : 00431177    Inmate Name : ASHBY, JAMES EARL

## Booking Details

| | |
|---|---|
| Booking # | 201523918 |
| Booking Type | Standard |
| Facility | 1- MAIN JAIL COMPLEX |
| Arrival DtTm | |
| Commited Agency | LOUISVILLE METRO POLICE |

| | |
|---|---|
| Juvenile | N |
| Booking DtTm | 09/03/2015 15:25 |
| Medical Alert | |

| | |
|---|---|
| Sex Offender | N |
| SORNA | |
| SOR Level | |

| | |
|---|---|
| Search By | |
| Sentence Status | |
| SSA Status | |
| DOC Compliance | |
| Pride Date | |
| Cell | H6W-09 |

| | |
|---|---|
| Search Type | |
| Sentence Status Dt | |
| SSA Date | |
| DOC Compliance Dt | |
| Video Rights | N |
| Bed | 001 |

| | |
|---|---|
| Confinement | |
| Booking Officer | EGGLESTON, MAGGIE |
| Eligible For Parole | N |
| Cell Note | |

## Arrest Details

| | |
|---|---|
| Arrest Number | 92381 |
| Arresting Agency | LOUISVILLE METRO POLICE |

| | |
|---|---|
| Arrest DtTm | 09/03/2015 15:49 |
| Vehical Disp | |

| | |
|---|---|
| Arrest Officer | Pratik Ramani |

## Booking Charge Details

| | |
|---|---|
| Reference Nbr | 05992 |
| Warrant # | N119326 |
| Docket # | |
| Court Case # | 15F009541 |
| Judge Name | |
| Statute | 42365 |
| Category | FELONY |
| Offence DtTm | |
| Arrest DtTm | |
| Arresting Agency | |

| | |
|---|---|
| Document Type | Fresh Arrest |
| Citation # | |
| Docket # 2 | |
| Court | 304 |

| | |
|---|---|
| Description | TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) |
| Charge Status DtTm | |
| Class | CLASS C FELONY |
| Charge DtTm | |
| Charge Status | |

| | |
|---|---|
| CAD Case # | |
| OBTS # | |
| Modifier | |

| | |
|---|---|
| Disposition Dttm | 09/14/2015 13:45 |
| Charge Disposition | INDICTMENT GRAND JURY |
| Dispose By | |

Printed By ANGELINI, NICHOLAS On 10/26/2015 12:58

GB003186

Inmate Number : 00431177    Inmate Name : ASHBY, JAMES EARL

## Booking Charge Details

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Reference Nbr | 06072 | Document Type | Added Charge | CAD Case # | |
| Warrant # | N119332 | Citation # | | OBTS # | |
| Docket # | | Docket # 2 | | Modifier | |
| Court Case # | 15F009543 | Court | 304 | | |
| Judge Name | | | | | |
| Statute | 52196 | Description | POSSESSION OF FIREARM BY CONVICTED FELON | | |
| Category | FELONY | Charge Status DtTm | | Disposition Dttm | 09/14/2015 13:45 |
| Offence DtTm | | Class | CLASS D FELONY | Charge Disposition | INDICTMENT GRAND JURY |
| Arrest DtTm | | Charge DtTm | | Dispose By | |
| Arresting Agency | | Charge Status | | | |

## Booking Charge Details

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Reference Nbr | 08510 | Document Type | Added Charge | CAD Case # | |
| Warrant # | N257010 | Citation # | 280613 | OBTS # | |
| Docket # | | Docket # 2 | | Modifier | COMPLICITY |
| Court Case # | 15CR002386 | Court | CR02 | | |
| Judge Name | | | | | |
| Statute | 42365 | Description | COMPLICITY TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | | |
| Category | FELONY | Charge Status DtTm | | Disposition Dttm | 10/06/2015 16:56 |
| Offence DtTm | | Class | CLASS C FELONY | Charge Disposition | COURT ORDER |
| Arrest DtTm | | Charge DtTm | | Dispose By | Wheeler, Anna |
| Arresting Agency | | Charge Status | | | |

Inmate ~~er : 00431177   Inmate Name : ASHBY, JAMES EARL

## Booking Charge Details

| | | | | | |
|---|---|---|---|---|---|
| Reference Nbr | 08513 | Document Type | Added Charge | CAD Case # | |
| Warrant # | N257010 | Citation # | 280613 | OBTS # | |
| Docket # | | Docket # 2 | | Modifier | COMPLICITY |
| Court Case # | 15CR002386 | Court | CR02 | | |
| Judge Name | | | | | |
| Statute | 42081 | Description | COMPLICITY DRUG PARAPHERNALIA - BUY/POSSESS 218A.500(2) | | |
| Category | MISDEMEANOR | Charge Status DtTm | | Disposition Dttm | 10/06/2015 16:57 |
| Offence DtTm | | Class | CLASS A MISDEMEANOR | Charge Disposition | COURT ORDER |
| Arrest DtTm | | Charge DtTm | | Dispose By | Wheeler, Anna |
| Arresting Agency | | Charge Status | | | |

## Cell Transfer Details

| Cell Name | Assign Date Time | End Date Time | Reason | Cell Transfer By | Comments |
|---|---|---|---|---|---|
| PASSIVE | 09/03/2015 15:25 | 09/03/2015 20:32 | | Grieser, Mark | |
| J1-R-1 | 09/03/2015 20:32 | 09/03/2015 20:44 | | TRAYNOR, EVERLENE | |
| J1-R-3 | 09/03/2015 20:44 | 09/04/2015 12:08 | | TRAYNOR, EVERLENE | |
| J3S-4B | 09/04/2015 12:08 | 09/06/2015 00:27 | | Harris, Pamela | |
| 3N1 | 09/06/2015 00:27 | 10/02/2015 21:37 | Movelist | ROBINSON, JACOB E | |
| H6W-09 | 10/02/2015 21:37 | 10/06/2015 17:17 | | HOUSE, STEPHEN | |

## Activity Details

| Activity | Location | Note | Start Date Time | End Date Time |
|---|---|---|---|---|
| CRT | SHERIFF COURT HOLD | | 09/10/2015 07:48 | 09/10/2015 14:26 |
| CRT | TRANS STAGE AREA | | 09/11/2015 06:28 | 09/11/2015 13:52 |
| CRT | SHERIFF COURT HOLD | | 09/14/2015 08:05 | 09/14/2015 14:20 |
| CRT | TRANS STAGE AREA | | 10/02/2015 04:54 | 10/02/2015 14:15 |
| HOSP | Hosp-ER | | 10/04/2015 17:51 | 10/06/2015 17:17 |

GB003188

**Louisville Metro Department Of Corrections**
**Community Corrections Center**
**Shift Commanders Report**

Shift: 2nd
Date: 10/2/15
Day: Friday

| | Staff on Duty | | Staff off Duty | |
|---|---|---|---|---|
| Captain | A. Walker | | Lt. A. Fugate | R |
| Lieutenant | N/A | | Sgt. D. Gentry | R |
| Lieutenant | N/A | | Ofc. Joshua Story | R |
| Sergeant | N/A | | Ofc. W. Moore | R |
| Sergeant | R. Covington | | Ofc. M. Graves | R |
| 1 South | Ofc. Jn. Story | | Ofc. E. O'Bannon | R |
| 2 North | Ofc. J. Myers | | Ofc. B. Smith | R |
| 2 South | Ofc. J. Woolen | | Ofc. A. Sabet | R |
| 3 North | Ofc. J. Badgely | | Ofc. J. Knoop | FMLA |
| 3 South | Closed | | | |
| 4 North | Ofc. N. Hammons | | | |
| 4 South | Ofc. M. Hughes | | | |
| Control | Ofc. G. Cooper | | | |
| Ctr. Relief | N/A | | | |
| Rear Desk | N/A | | | |
| Front Desk | Ofc. J. Gibson | | | |
| Searcher | Ofc. P. Ianke | | | |
| Searcher | N/A | | | |
| Intake | A. Combs | | Searches: | 54 |
| Rec/Dis | N/A | | P.B.T.: | 20 |
| Hospital | N/A | | Perimeter Checks: | 4 |
| 808 | Ofc. B. Kenney | | Security Checks: | 1 |
| 854 | N/A | | Incident Reports: | 1 |
| Trans | Ofc. T. Warden | | | |
| Sanitation | N/A | | **Job Checks** | |
| Dental | N/A | | None | |
| Nurse | Lucas/Ostertag | | **Relieving Shift Sick/Late** | |

Hospitals/Clinics    Room#    Officer    Ofc. McCoomer-1st-S

None

---

**COUNTS: Beginning- IN- 300, OUT-72 , Total =372      Ending- IN-345 , OUT- 18, Total= 363**

**Overtime Summary Explanation**

Overtime Used:    Rank:    How Many:    Why:

**None**

| Equipment | Beginning | Ending |
|---|---|---|
| Camera | 1500 | 2300 |
| Laptop | 1500 | 2300 |
| Thermo | 1500 | 2300 |

**Prepared by Sgt. R. Covington**

# Community Corrections Center

## *)0 hrs. – 2300 hrs.  (October 2, 2015)*

**On Duty Command: Sgt. Covington**

At 1850 hrs. Ofc. Joshua Badgely called for medical and I, Sgt. Ramonda Covington to come to 3N1.  When I arrived Ofc. Badgely informed me that he observed Inmate Ashby, James cin #431177 choking Inmate Hiser, Sean cin #528313.  Ofc. Badgely went in the dorm, pulled Inmate Ashby off Inmate Hiser, handcuffed him and escorted him to the attorney booth.  He then went to the dorm where Inmate Hiser complied with instructions to put his hands behind his back so he could be handcuffed and escorted to the attorney booth.  Both inmates stated that Inmate Ashby told Inmate Hiser to stop sitting on the cooler while he was on the phone.  Inmate Ashby states that Inmate Hiser then hit him so he choked him.  Inmate Hiser states that inmate Ashby immediately started choking him. Other inmates in the dorm stated that they both took it to the back of the dorm and began to fight.  Nurse Ostertag assessed both inmates.  Inmate Hiser has redness to his neck and Inmate Ashby had no visible injuries even though he reported getting hit in the mouth.  Both inmates were written up.  Samantha Arriaga in classification was notified and housed Inmate Ashby in HOJ 6D9#1 and Inmate Hiser in HOJ 5D9#5.  Pictures were taken and forwarded to the appropriate parties. EI#66290

**Sanitation Detail:** 1S-Mopped and swept floors, wiped down walls other side of 1 south, cleaned visiting booths

**4S**-Floors swept and mopped, mop closet organized, windows cleaned and jugs refilled

**Searches:**

Smith Jr., Rickey, 2N2, 509036

Chisholm, Charles, 2N2, 395113

Hinkle, Timothy, 2N2, 487794

Whaley, Willie, 2N2, 441620

Salter, Quinton, 2S4, 449665

Fluhr, Justin, 2N1, 536427

Cape, Robert, 2N1, 387802

Sellers, Donna, 1S1, 577717

Alonzo, Joseph, 2N1, 561663

Henderson, Joseph, 2N1, 465447

Curtis, Elmer, 2N2, 552203

## Floor Security

### Unit 2 (SGT-1221)

| | |
|---|---|
| SERGEANT | Dearinger |
| Co | Pennington |
| D   -3 | Henderson |
| Dorms 4-7 | Cy. Smith |
| PSYCH | Phenix |
| PSYCH | Davidson |
| Medical | K. Horn |
| Dental | |

### Unit 3 (SGT-1321)

| | |
|---|---|
| SERGEANT | Wilson |
| Control | Lynch |
| North | Scruggs |
| North | Leyva |
| South | Ochoa |
| South | Cooper |
| North/South | |

### Unit 4 (SGT-T421)

| | |
|---|---|
| SERGEANT | Hornback |
| Control | Stimphil |
| North | Sharpe |
| North | W. Jones |
| South | Ennis III |
| South | A. Jones |
| North/South | |

### Unit 5 (SGT-1521)

| | |
|---|---|
| SERGEANT | Goff |
| Control | Weatherington - FOT |
| West M-4 | Olson |
| West 5-8 | Ramey |
| East | Barth |
| East | Marbrey |
| West/East | |

### Unit 6 (SGT-1621)

| | |
|---|---|
| SERGEANT | Goff |
| Control | Obannon |
| West M-4 | Stigall |
| West 5-8 | Simpson |
| East | Kirk - FOT |
| East | J. Horn - FOT |
| West/East | |

### Unit 7 (SGT-1721)

| | |
|---|---|
| SERGEANT | Closed |
| Control | Closed |
| Dorms | Closed |
| Walk 1 | Closed |
| N | Closed |
| | Closed |

## Booking Floor

### Unit 1 (SGT-1121)
(SGT-1121A)

| | |
|---|---|
| SERGEANT | Schmitt |
| SERGEANT | |
| Grill | Popp |
| Grill | Wilburn |
| Grill | Johnson |
| Passive | Stephens |
| Livescan | |
| Livescan | Traynor |
| Trans (751) | Simmons |
| Trans (752) | Ferguson |
| Rear Security | Harper |
| J5 Court Holds | |
| Releases | |
| | |
| B.A. / Movement | |
| B.A. Lab | Arnold |
| | |
| Main Control | Thomas |
| Main Control | Holman |
| Outer Control | D. Skaggs |
| | |
| Front Desk | McNeese |
| Magnometer | |
| | |
| Sanitation (784) | |
| Laundry (1134) | Vincent |
| Kitchen/Laundry | |
| Kitchen | Laird |
| Kitchen | Carnes |
| Kitchen | |
| | |
| Property Lt (732) | |
| Prop Sgt (1119) | |
| Property (1118) | Buchannan |
| Property | Clark |
| Property | Warden |
| Property | |
| Property | |
| | |
| Gym Ofc (1330) | |
| Gym Ofc (1530) | |

### Special Details

## Shift / Date / Day

| | |
|---|---|
| Shift | 2nd |
| Date: | October 4, 2015 |
| Day: | Sunday |

| | |
|---|---|
| Captain | |
| Lieutenant | C. Roy |
| Lieutenant | |
| Lieutenant | |

### Staff Off Duty / Reason

Sgt. Cline - VAC
Sgt. Brockbank - VAC
Ofc. D. Miller - MIL
Ofc. Briles - SCK
Ofc. T. Doolin - SCK

### Sick Calls for next shift

R. Anthony
Boykin
Sgt. P. Miller
Wiggins
M. Moore

### Overtime

FOT: Weatherington, Kirk, Horn

### Hospital Runs/Other

| Inmate | Room/Bed | Officer |
|---|---|---|
| B. Mulford | JH #783 | Crowe |
| G. McCarty | BHE 2229 | House |
| J. Ashby | ER#6 | Davidson |

### Clinic Runs

| Inmate | Location | Officer |
|---|---|---|
| | | |

### Shift Activity:

Prepared by: Lt. Chris Roy #209

01-1.08-3  9/15

GB003191

# Daily Incidents
## 10/4/2015

## Commanders on Duty:
Lt. C. Roy

## Body Camera assignments:
J1 - Stephens
J2 - Henderson
J2W - Horn
J3 - Leyva
J4S - A. Jones
J4N - W. Jones
H5 - Olson
H6 - Stigall

## Perimeter Checks :
Sgt. Schmitt - 1640hrs
Sgt. Dearinger - 1930hrs
Sgt. Wilson - 1810hrs
Sgt. Hornback - 2200hrs
Sgt. Goff - 1948hrs

## Additional Checks:
Sgt. Schmitt - Dock - 1630hrs / Lobby - 1650hrs
Sgt. Dearinger -  Dock - 1927hrs / Lobby - 1924hrs
Sgt. Wilson - Dock - 1813hrs / Lobby - 1815hrs
Sgt. Hornback - Dock - 2141hrs / Lobby - 2146hrs
Sgt. Goff - Dock - 1943hrs / Lobby - 1941hrs

## Movelist:
J1 - 1640hrs
J2 - none
J3 - 2130hrs
J4 - 1832hrs
H5 - 2200hrs
H6 - Locked down due to incident

## Hospitals / Clinics:
Brandon Muldford - Jewish Hospital - 783
Gerald McCarty - Baptist hospital east - 2229
James Ashby - ER #6

## Incidents:
*66317 - Suicide Attempt -* 1620hrs;  a call came out over the radio to 1059 H6. When Sgt. Goff arrived on H6 dorm 9 Officers J. Horn and C. Marbrey was giving CPR to inmate Ashby, James cin # 431177. Nurse Brown was in dorm 9 assisting with inmate Ashby, James. Main control was contacted to notify EMS at approximately 1623. Lt. Roy arrives on scene at approximately 1624along with Nurse Bohr, Summerfield, Nichols, Crawford, and Lachamelle.  Ems notified by main control 1625, Fire arrives on floor at 1629, ems arrives at 1632, ems arrives on the floor at 1634,ems departs the floor at 1644, Lt. Eggers notified at 1644, ems departs facility at 1706. Sgt. Goff spoke with Officer Stigall and was informed that while he was serving chow he saw inmate Ashby, James cin # 431177 was hanging from the bars with a sheet tied to his neck.  Officer Stigall tried to use the knife for life to cut him down but was unable to get it done so he tried to untie him from the bars and was able to get him down that way.  Pictures were taken and shift command was notified of the incident. A copy of this incident report will be sent to shift command, upper command, PSU, and to critical care unit.

*66318 - Suicide Prevention -1612hrs;*  Sgt. B. Wilson was conducting a Walk and Talk on J3 in dorm 6B. I/M Newton, John (437438) came up to Sgt. Wilson and asked if he could talk to a mental health nurse. Sgt. Wilson had a short conversation about what the I/M was thinking about and if he felt like hurting himself. I/M Newton wasn't sure what his feelings were and that he just wanted someone to talk to. Sgt. Wilson notified Mental Health Nurse Nichols about the I/M and the history of the I/M. The I/M has a history of self-abusive behavior and making threats of suicide. Sgt. Wilson had to leave the floor to respond to a medical emergency incident that was happening on H6. While Sgt. Wilson was off of the floor Mental Health Nurse Ellis come to the floor and spoke with the I/M. The I/M stated that he didn't want to commit suicide but was having feelings of hurting himself and that he should not be around sharp objects. Nurse Ellis had the I/M placed on the move list to go to J2 Obs. 1 on suicide observation. Sgt. Wilson arrived back to the floor at approximately 1700 hours and the I/M was sitting in west hold with observation sheets hanging on the bars. Sgt. Wilson escorted the I/M to the 2nd floor and placed the I/M into west hold until a suicide smock could be located. Sgt. Wilson placed a J2

GEO 003492

escorted the I/M to the 2nd floor and placed the I/M into west hold until a suicide smock could be located. Sgt. Wilson placed a 1x1 work-aid to watch the I/M in west hold. Sgt. Wilson obtained a suicide smock and escorted the I/M to Obs. 1 and dressed the I/M out into a suicide smock. Sgt. Wilson secured the property of the I/M and took it to the property room to be placed on the I/M's property. Sgt. Wilson notified Lt. Roy of this incident. Reports were forwarded to 2nd Shift Command, Senior Staff, PSU, CCT, and all Sergeants.

**66319 - Assault** - 1752hrs;  a fight was called outside of H6 dorm 2. When Sgt. Goff arrived Officer Barth and Officer Woods and Sgt. McNeese were struggling with inmate Bradshaw, Jejuan cin# 447419. Sgt. Goff spoke with Officer Barth about what had happened, and he stated that while serving chow inmate Bradshaw refused to show his armband to Officer Barth so Officer Barth had inmate Bradshaw step out of dorm 3. Inmate Bradshaw was verbally aggressive so Officer Barth went to place him in wrist restraints and inmate Bradshaw went and pulled away so Officer Barth took inmate Bradshaw to the ground. Inmate Bradshaw continued to resist Officers so Officer Barth struck inmate Bradshaw to the body with no affect so he sprayed inmate Bradshaw with a short burst of O.C.. Inmate Bradshaw was escorted to west hold and medical was notified. Nurse Junk came up and assessed inmate for injuries. Pictures were taken and shift command was notified of the incident. Inmate was written up for assaulting staff and placed on the move list to go to J2 walk 2 cell # 3.

**66322 - Pre-Existing Injury** - 2037hrs;  Sgt. E. Schmitt was informed that inmate Spencer, Christopher Cin#605084 was coming in with a preexisting injury. He had cuts and scrapes above his right eye. When Sgt. Schmitt asked him where the injury came from inmate Spencer stated that he got jumped 3 days ago at Shorty's. He was arrested by LMPD Ofc. Williams #7231 for a bench warrant. He was brought in and will be screened by medical during the booking process. Pictures were taken and will be sent to senior command, PSU and second shift command. Lt. Roy was advised. EOR

**66323 - Suicide prevention** - 2045hrs;  Ofc. J. Ochoa was putting the visitation inmates back into their dorms. When Ofc. Ochoa got to dorm 5B I/M Johnson, Greg (484333) walked out of the dorm and told Ofc. Ochoa that he was having thoughts of hurting himself. The I/M was placed in Central Hold and Mental Health was notified. Sgt. Wilson was notified at 2047 and Nurse Crawford responded to central hold at 2050. I/M Johnson made statements to the nurse that he was feeling like hurting himself. Nurse Crawford informed Sgt. Wilson that the I/M needed to be moved to J2 Obs. 1 on Level 1 suicide observation. Ofc. Ochoa immediately escorted the I/M back to his dorm so that he could back up his own belongings and Sgt. Wilson escorted the I/M to J2. Sgt. Wilson escorted the I/M to Obs. 1 and dressed the I/M out into a suicide smock. The inmates' property was secured by Sgt. Wilson and taken to the property room at 2110 hours. Lt. Roy was notified of the incident and all reports were forwarded to 2nd Shift Command, Senior Staff, PSU, CCT, and all Sergeants.

**66324 - Suicide prevention** - 2030hrs;  Sgt. C. Hornback#333 was notified by Officer R. Ramey that Inmate Hiser, Sean cin#528313 housed in H5D9#5 had made statements to Mental Health Professional M. Krank that he wanted to commit suicide and was being placed on the move list to J2OBS-1 and placed on level one observation. Inmate Hiser was then secured in wrist restraints and escorted from H5D9 to J2 OBS-1 and secured without further incident. He was issued a level one suicide smock and all personal property was escorted to and secured in the J1 LMDC property room by Officer C. Olson. All necessary observation paperwork was posted on his cell door and a one on one watcher was assigned to his cell. Shift Command was notified.

**66325 - Suicide threat** - 2130hrs;  Sgt. E. Schmitt was informed by Nurse Denning that inmate Spencer, Christopher cin#605084 was going on level 1 suicide observation. He made several statements that he wanted to kill himself to nurse Denning. He was moved up to J2W obs1 and dressed out in a suicide smock by Ofc. Simmons. His property was taken to the LMDC property room by Ofc. Simmons for storage. Senior command, CCT and second shift command will be notified. Lt. Roy was also advised. EOR

**66326 - Complaint - Inmate** - 2140hrs;  Sgt. E. Schmitt was called dot rear security while back there he was informed by inmate Moeller, Guillermo cin#605048 who was in single cell#3 that he was punched in the face by inmate Lay, Christopher Cin#580025. Ofc. Harper informed me that inmate Moeller asked to leave the dorm because he didn't feel safe approx. 3 hours before his complaint. I talked some more with inmate Moeller and his story seemed to change and jump around and he couldn't give me a straight answer about the incident. I then talked to inmate Lay and he stated that inmate Moeller was walking around the dorm bragging about his sexual assault charges and the dorm made him check out and he doesn't know why inmate Moeller singled him out. Inmate Moeller had no signs of an assault and in my opinion he was making the story up. The inmates will be made keep forms pictures were taken and inmate Moeller was seen by Nurse Denning and had no injury's to report. Senior staff, PSU and second shift command will be notified. Lt. Roy was advised. EOR

**66327 - Suicide prevention** - 2000hrs;  Sgt T Dearinger was notified that I/M Spriggs, Ashley (592861) had been temporarily placed in J2 Central hold until a single cell could be made available as the inmate was being placed on Level 1 Suicide Observation. I/M Spriggs had stated to Officers during detox rounds that she wanted to harm herself and had attempted the suicide in the past. MH Nurse Nichols responded to speak to the inmate about her comments.
The inmate was placed in J2 Central hold until mental health could clear a single cell to move her too. A 1x1 inmate watcher was also seated outside of Central Hold to keep watch on I/M Spriggs. At approximately 2100 I/M Spriggs stated to Officers and the Sergeant that she had eaten paint off of the walls of central hold. After inspection, there were no areas on the walls that could be found were paint was chipped or missing. I/M Spriggs then stated that she had thought about sticking her finger in the outlet adjacent to the elevator.
I/M Spriggs was immediately moved into J2 Dorm 7 and placed into Cell 8. The inmate that was currently housed in Cell 8 had been relayed to Officers by mental health as the inmate that would be returning to GP. I/M Spriggs was placed in an suicide smock and her property confiscated. Her clothing was taken to the property room by Officer Smith. The inmate that was removed GB00003193 was

Date   10/4/2015   Shift   2

## Officers

Total number of officers on forced overtime                           3

Total number of officers on volunteer overtime                        0

Total number of officers on scheduled overtime                        0

**Grand total of Officers on overtime**                               3

**List reason for use of overtime**
2 - Hospitals
3 - Sick calls

1 - military

## Sergeants

Total number of sergeants on forced overtime                          0

Total number of sergeants on volunteer overtime                       0

Total number of sergeants on scheduled overtime                       0

**Grand total of Sergeants on overtime**                              0

**List reason for Sergeant overtime and note if an Officer post was worked**

**Grand total of staff on overtime**                                  3

Prepared by:            _Lt. Chris Roy #209_

GB003194

**Angelini, Nicholas**

| | |
|---|---|
| **From:** | Bolton, Mark |
| **Sent:** | Thursday, October 22, 2015 3:11 PM |
| **To:** | Eggers, Arthur |
| **Subject:** | RE: James Ashby |

10 4

Mark E. Bolton, Director
Louisville Metro Department of Corrections
Mark.bolton@louisvilleky.gov
502-574-2181

**From:** Eggers, Arthur
**Sent:** Thursday, October 22, 2015 2:27 PM
**To:** Bolton, Mark
**Cc:** Clark, Dwayne A.; Durham, Steve P; Eubanks, Jennifer L.
**Subject:** James Ashby

FYI,

I received a call from PIU today that ex-inmate James Ashby passed away at the hospital last night. Apparently they pulled the plug around 7pm and he passed a few hours later.

October 4, 2015 Inmate Ashby was found hanging in his cell on 6D9 cell #1. He was released from our custody on 10/6/2015.

Thanks,

*Lieutenant Arthur C. Eggers*
*Louisville Metro Department of Corrections*
*Commander of Professional Standards Unit*
*Intelligence Unit*
*400 S. 6th Street*
*Louisville, KY 40202*
*Tele: (502) 574-2021*
*Fax: (502) 574-2239*

*CONFIDENTIALITY NOTICE: The information contained in this transmission is intended only for the person or entity to which it is directly essed or copied. It may contain material of confidential and/or private nature. Any review, retransmission, dissemination or other use of, or king of any action in reliance upon, this information by persons or entities other than the intended recipient is not allowed. If you received this message and the information contained therein by error, please contact the sender and delete the material from your/any storage medium.*

1

GB003195

## Angelini, Nicholas

| | |
|---|---|
| **From:** | June, Jordan |
| **Sent:** | Tuesday, October 27, 2015 9:12 AM |
| **To:** | Angelini, Nicholas; Green, Samuel |
| **Cc:** | Lewis, Brenda |
| **Subject:** | RE: Can you please check |

The only date that was found was September 28th.

**From:** June, Jordan
**Sent:** Tuesday, October 27, 2015 7:37 AM
**To:** Angelini, Nicholas; Green, Samuel
**Cc:** Lewis, Brenda
**Subject:** RE: Can you please check

Sorry add Sep 11 also

**From:** June, Jordan
**Sent:** Tuesday, October 27, 2015 7:36 AM
**To:** Angelini, Nicholas; Green, Samuel
**Cc:** Lewis, Brenda
**Subject:** RE: Can you please check

Dates Sep 7, 14, 16, 25, and 28.

**From:** June, Jordan
**Sent:** Tuesday, October 27, 2015 7:24 AM
**To:** Angelini, Nicholas; Green, Samuel
**Cc:** Lewis, Brenda
**Subject:** RE: Can you please check

Ms. Lewis, I will check the gym office for copies, but since Matthews left we have just been putting the list in our shift log/paper work. I will give you better dates than the ones listed below.

**From:** Angelini, Nicholas
**Sent:** Monday, October 26, 2015 1:16 PM
**To:** June, Jordan; Green, Samuel
**Subject:** Can you please check
**Importance:** High

Sirs,
Could either of you please check to see if Inmate James Ashby attended any gym while in custody at CCC on the below time frame? If so, I need a copy of the gym log for the dates he attended. Please advise either way due to this being for a death report that I must finish this week. Thanks,

9/6/15 – 10/2/15 - 3N1

*Nicholas Angelini*
Crisis Intervention Team Commander
PREA Coordinator

1

GB003196

Louisville Metro Department of Corrections
400 South 6th Street
Louisville, KY 40202
Office – 502-574-8757
Dept. Cell – 502-797-3502
Cell – 502-442-3121

GB003197

## LMDC/CCC Recreation Roster

Date 9/20/15
Housing unit 3N01-3N2
Recreation time period 1250 -140

| Name and CIN | Name and CIN |
|---|---|
| 1 Antwan Carter 460237 | 16 Eric O'Kildoo 501537 |
| 2 Kalvin Irvin 415422 | 17 James Harvey 598365 |
| 3 Nicholas Slaughter 591934 | 18 Jacob Cremper 558337 |
| 4 John Hash 446628 | 19 James Ashley 431717 |
| 5 Walters 505605 | 20 DuJuan Barger 436331 |
| 6 Seargent 482099 | 21 Manuel Winston 425307 |
| 7 Eiah 536465 | 22 David Hacker 538062 |
| 8 Cornelius 376208 | 23 Joseph Moxley 602925 |
| 9 Childress 463757 | 24 Rudy Nixon 473411 |
| 10 Thompson 520232 | 25 Aaron Cox 594900 |
| 11 Stice 442013 | 26 Corey Lutz 536184 |
| 12 Rains 00494561 | 27 Brandon Ferguson 476295 |
| 13 Matt Senior 00397659 | 28 Adam Satterley 431355 |
| 14 Gilstrap 00554335 | 29 Phillip Talbert 465301 |
| 15 Brandon Joy 519442 | 30 JP Cunningham 418663 |

GB003198

0000
0000 - arrived 2348 moved to room 2 6th floor MICU
0005 - Nurses getting him cleaned up
0024 - All Appeared Secured

| Time | Note |
|---|---|
| 0036 | Nurses finished |
| 0049 | Drs arrive to examine |
| 0052 | Drs leave |
| 0053 | All Appeared Secured |
| 00.59 | Nurses Arrive to put more Ives in |
| 0140 | All Appeared Secure |
| 0141 | Blood drawn Nurse arrives |
| 0145 | Nurses leave Blood drawn still in |
| 0156 | Nurses arrive All Appeared Secured |
| 0216 | Blood drawn nurse done |
| 0220 | All Appeared Secured |
| 0243 | Nurses depart |
| 0250 | BREAK BY OFC PERKINS /011 C |
| 0305 | Nurse Arrived + DR. |
| 0315 | Returned for Break |
| 0350 | Nurse + Dr still working |
| 0351 | All Appeared Secured |
| 0414 | Nurse + Dr. still working |
| 0437 | Drs finish |
| 0452 | Nurse leaves. |
| 0454 | All Appeared Secured |
| 0458 | Chest x ray |
| 0504 | xray complete |
| 0517 | Nurse arrives |
| 0531 | All Appeared Secur |
| 0550 | Nurse arrives and departs 0550 |
| 0617 | Nurse arrives to check monitors |
| 0620 | All Appeared secured |
| 0628 | New to the at time this |

1ˢᵗ Shift —

05/15

59

OFC STIMPHIL

| | |
|---|---|
| 10 | Morning Nurse arrives |
| 15 | All Appeared Secured |
| 3 | Relieved 3ʳᵈ Shift ofc. RN checking on I/M |
|  | Hospital Security Guard check - RN still In Room |
|  | Nurses Leaves the Room |
|  | Nurse In Room checking on TV |
| 3 | All Sec / Removed shackles briefly to assist Nurse in |
|  | putting socks on |
|  | gave update to Lt. Troutman on I/M Status |
|  | All Sec |
|  | Nurse In For Blood Draw |
|  | Dr. Checking on I/M |
|  | Nurse In |
|  | Nurse In checking BP |
|  | All Sec |
|  | on Break |
|  | on floor for Break    TWC47 |
|  | ofc Stemphill Beck    TUG47 |
|  | Nurse In for EKG |
|  | All Sec (270-562-3043 N station) |
|  | All Sec |
|  | All Sec |
|  | All Sec |
|  | All Sec / Hospital Chaplain Visited |
|  | Sgt Banta R. & Sgt Gooton with PLU New |
|  | # 2655        # 2471   out @ 1408 |
|  | All Sec |
|  | All Sec |
|  | All Sec / Nurse In to check on the |
|  | All Sec   Ofc Relieve by ofc Holman |

80

| Time | Entry | | |
|---|---|---|---|
| | 10/5/15    2nd Shift              Ofc. Holman | | 10-5 |
| 30 | Roll Call - Lt. Roy | 2337 | Ar |
| 1536 | Arrived @ ULH - Relieved Ofc. Stimphil | | reli |
| | ↳ 1 PDL, 1 Security Set, Radio # 111 | | to |
| | ↳ I/M Ashby Secure - Chemically Sedated Per RN | 2354 | RN |
| 1540 | RN advised that I/M has MRSA on his nose and to | | As |
| | utilize PPE when dealing w/ I/M. | 0001 | RN |
| 1613 | All Appears Secure | 0033 | RN |
| 1655 | All Appears Secure | | bo |
| 1658 | Received Call from Lt. Roy - Family of I/M were | 0043 | Clea |
| | approved by Command for 40 minute visit. Mother/2 Sisters | 0050 | Ad |
| 1712 | Hospital Chaplin "Chad" stated the family was | | uita |
| | here and that he would bring them to the room shortly | 100 | All |
| 1733 | Family arrived at room, Mother & 2 Sisters were approved only | 0126 | All |
| 1748 | Sgt. Schmidt/Ofc. Simmons arrived due to other people | 0150 | All |
| | Showing up @ hospital. | 0213 | RN |
| 1750 | Sgt. Schmidt/Ofc. Simmons relieved me for a break | | pro |
| 1810 | Returned from break, family had departed/AAS. | 0220 | All S |
| 1817 | Nurse Came-in to draw blood. | 0250 | All S |
| 1821 | Nurse Departs. | 0315 | All S |
| 1900 | All Appears Secure | 330 | RN |
| 1954 | Nurses enter room - Shift Change for RNs | 0400 | All S |
| 2010 | Nurses depart - All Appears Secure | 0420 | All S |
| 2037 | Nurse Enters Room - All Appears Secure | 0440 | All |
| 2105 | Nurse Departs Room - All Appears Secure | 0502 | RN |
| 2200 | All Appears Secure | 0524 | X-R |
| 2245 | All Appears Secure. | 0538 | RN |
| 2300 | End of Shift | 0610 | RN |
| | ↳ 1 PDL, 1 Security Set, Radio # 111 | 0615 | Dr o |
| | ↳ I/M Ashby Secure | 0638 | Dr i |
| 2335 | Ofc. Holman relieved by Ofc. Marbry | 0700 | All S |

GB003201

| | |
|---|---|
| 10-5-15 | 3RD Ofc Marbrey |
| | Arrived on site. 6th floor ICU # 2 relived ofc. Holman. Inmate is secured to bed and radio is here. |
| 354 | RN in the room to check on inmate Ashley. |
| 01 | RN in the room checking vitals |
| 33 | RN in the room; updated the tracking/info board. Changing fluids taking reading |
| 43 | Cleaning crew in the room changing out trash |
| 50 | Additional RN in the room to assist with vitals check |
| 00 | All Secure |
| 20 | All Secure |
| 10 | All Secure |
| | RN in the room. Starting the rewarming process on the inmate |
| 20 | All Secure |
| 50 | All Secure |
| 15 | All Secure |
| 0 | RN in room doing checks |
| 30 | All Secure |
| 30 | All Secure |
| 40 | All Secure |
| 2 | RN in room doing checks |
| 4 | X-Ray techs in room taking x-Rays |
| 38 | RN in room taking notes & vitals |
| 0 | RN in the room taking vitals |
| 5 | Dr and RN in the room discussing I/M |
| | Dr in the room checking I/M and vitals |
| 0 | All Secure / End of Shift |

GB6

62

|  | 2nd shift | Ofc. Olson |
|---|---|---|
| 1544 | relieved officer on first shift | 2335 |
|  | sitting on I/M Ashby in the MICU Bed #2 | — |
| 1601 | AIS | 0031 |
| 1609 | nurse arrives to suction out I/M mouth + do assessment | — |
| 1646 | AIS | 0042 |
| 1715 | AIS nurse arrives | 0057 |
| 1741 | AIS nurse changes linen | 0118 |
| 1748 | Ofc. Fereson Releases I/M Ashby | 0152 |
|  |  | 0203 |
|  |  | 0225 |
|  |  | — |
|  |  | 0238 |
|  |  | — |
|  |  | 0237 |
|  |  | — |
|  |  | 0243 |
|  |  | 0245 |
|  |  | 0314 |
|  |  | 0319 |
|  |  | 0345 |
|  |  | 0413 |
|  |  | 0448 |
|  |  | 0511 |
|  |  | 0531 |
|  |  | 0602 |
|  |  | 0631 |
|  |  | 0642 |
|  |  | 0647 |
|  |  | 0705 |
|  |  | 0718 |

GB003203

| Name | ASHBY, JAMES EARL | | | Booking # 201523918 | Facility |
|---|---|---|---|---|---|
| Inmate # | 00431177 | Sex MALE | DOB | Book Dt/Tm 09/03/2015 15:25 | Building |
| Race | White/Eurp/ N.Afr/Mid Eas | | Age 36 | Release Dt/Tm 10/06/2015 17:17 | Dorm |
| Status | | Released | | Classification MI/GP | Cell |

## Property Items

| Item Type | Description |
|---|---|
| CELL PHONE | CRACKED |
| BELT | . |
| WALLET | . |
| ID | KY |
| PANTS | . |
| SHIRT | . |
| DORM PROP | * |
| HYGIENE | 0 |

## Property Movements

| Original Location/Bin | New Location/Bin | DateTime of the Move | Moved By |
|---|---|---|---|
| J-BAG/J-BAG-0065 | J-BIN/0777 | 09/04/2015 16:58 | Hinton, Kevin |
| J-BIN/0777 | C-BIN/C-BIN 077 | 09/06/2015 00:21 | BUMPHUS, JAMES |
| C-BIN/C-BIN 077 | C-SHELF/550235 | 10/02/2015 20:17 | COMBS, STANLEY |
| C-SHELF/550235 | J-BIN/0198 | 10/02/2015 20:47 | Hinton, Kevin |
| J-BIN/0198 | J-SHELF/J-S 550405 | 10/04/2015 18:38 | WARDEN, CASSANDRA |



23634 ANGELINI                    10/26/2015 13:46                    GB003204    Page: 1



**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**
400 S. Sixth Street
Phone: 5025742167    Fax:

## Inmate Account Transactions

**Date From : 09/03/2015    Date To : 10/07/2015**

| | | |
|---|---|---|
| **Inmate # :** 00431177 | **Inmate Name:** ASHBY, JAMES EARL | **Race:** White/Eurp/ N.Afr/Mid Eas |
| **Booking # :** 201523918 | **Sex:** MALE | **DOB:** ▬▬▬ |
| **Account balance:** $0.00 | **Payable balance:** $368.04 | **Hold Funds :** $0.00 |

| Trans Type | Amount | Check No | Receipt No | Description | Balance | A/R Balance | Trans DtTm | Emp ID |
|---|---|---|---|---|---|---|---|---|
| BKFee | $35.00 | | | BOOKING FEE | $0.00 | $374.04 | 09/03/2015 15:52 | 25718 |
| Comm | $0.00 | | | Received from Canteen Interface, Trans ID:978325 | $0.00 | $374.04 | 09/10/2015 11:10 | ADM1 |
| Comm | $0.00 | | | Received from Canteen Interface, Trans ID:981462 | $0.00 | $374.04 | 09/24/2015 15:40 | ADM1 |
| wap | $2.00 | | | SANITATION | $0.00 | $372.04 | 09/25/2015 23:21 | 24020 |
| wap | $2.00 | | | WORK AIDE | $0.00 | $370.04 | 09/27/2015 15:43 | 25799 |
| wap | $2.00 | | | WORK AIDE | $0.00 | $368.04 | 09/30/2015 22:49 | 25799 |

Total :    6

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Jail ORI: KY0568000

## PERSONAL INFORMATION

ASHBY, JAMES EARL

| | | | | |
|---|---|---|---|---|
| **Alias:** | ASHBY, JAMES E | | **Height:** | 5'09" |
| **Race:** | W | **Sex:** M | **Weight:** | 155 |
| **Address:** | ██████████ | | **Comp:** | |
| **Hair:** | BRO | **Eyes:** BRO | | |
| **Glasses:** | NONE | **SSN:** ██████ | **DL#:** ██████ | |
| **Phone No:** | | **Inmate Nbr:** 00431177 | **DOB:** ██████ | (Age: Arrest-35 Now-36) |
| **FBI:** | | **SID:** A0052853 | | |

| | | | |
|---|---|---|---|
| **Citizenship:** | United States of America | **US Marshall Number:** | **Religion:** NON-RELIGIOUS |
| **Education Level:** | 8TH GRADE | **Body Build:** | **Ethnicity:** Not of Hispanic Origin |
| **POB:** | United States of America | **Birth State:** | **Birth City:** |
| **Marital Status:** | Single | **Militry Veteran:** | |

## DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|
| | | |

Total Number of Rows: 0

## ARREST INFORMATION

| | | | |
|---|---|---|---|
| **Booking #:** 201523918 | **Arresting Agency:** LOUISVILLE METRO POLICE | **Arresting Officer:** BAILEY | **Case #:** 15F009541 |
| **Booking Officer:** EGGLESTON, MAGGIE | **Inmate Account Balance:** $ 0.00 | **Booking Date/Time:** 09/03/2015 15:25 | **Release Date/Time:** | **Housed:** H6W-09/001 |

**Arrest Note:** DETS EXECUTED NARCOTICS SEARCH WARRANT ON TIME DATE AND LOCATION WHICH ABOVE SUBJECT WAS PRESENT. FURTHER DETS RECOVERED BAGGIES OF METH AND HEROIN PACKAGED AND READY FOR SALE ALONG WITH DRUG PARA AND A REMINGTON .290 RIFLE

****ADDC********DETS EXECUTED NARCOTICS SEARCH WARRANT AT LOCATION WHERE SUBJECT LIVES. UPON SEARCH DETS REMOVED A .270 LONG RIFLE . SUBJECT IS A CONVICTED FELON ON CASE 01CR062120. DETS ALSO REMOVED LARGE AMOUNT OF NARCOTICS

## CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | N257010 | | $ 2,500.00 | CASH | 10/23/2015 | | | |
| | N | | | CIRCUIT COURT DIV 02 | | | | |
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | N257010 | | | | 10/23/2015 | | | |
| | N | | | CIRCUIT COURT DIV 02 | | | | |
| POSSESSION OF FIREARM BY CONVICTED FELON | N257010 | | | | 10/23/2015 | | | |
| | N | | | CIRCUIT COURT DIV 02 | | | | |
| DRUG PARAPHERNALIA - BUY/POSSESS 218A.500 (2) | N257010 | | | | 10/23/2015 | | GB003206 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | N119326 | | $    2,500.00 | CASH | 09/14/2015 | | | |
| | Y | INDICTMENT GRAND JURY | | FELONY/MISD CT-304 | | | | |
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | N119326 | | | Composite | 09/14/2015 | | | |
| | Y | INDICTMENT GRAND JURY | | FELONY/MISD CT-304 | | | | |
| DRUG PARAPHERNALIA - BUY/POSSESS 218A.500 (2) | N119326 | | | Composite | 09/14/2015 | | | |
| | Y | INDICTMENT GRAND JURY | | FELONY/MISD CT-304 | | | | |
| POSSESSION OF FIREARM BY CONVICTED FELON | N119332 | | | Composite | 09/14/2015 | | | |
| | Y | INDICTMENT GRAND JURY | | FELONY/MISD CT-304 | | | | |

Total Number of Rows:        8

## BOOKING NOTES

| Date/Time | Notes |
|---|---|
| | |

Total Number of Rows:        0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|
| | | | | | | |

Total Number of Rows:        0

Total Bond:      $ 5,000.00

## SUPPLEMENTAL INFORMATION

Classification:  MI/GP                    Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| NONE | UNEMPLOYED | | |

Total Number of Rows:        1

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|
| | |

Total Number of Rows:        0

GB003207

| Name ASHBY, JAMES EARL | | Booking # 201523918 | Facility 1 |
| Inmate # 00431177   Sex MALE   DOB ███████ | | Book Dt/Tm 09/03/2015 15:25 | Wing H6W |
| Race White/Eurp/ N.Afr/Mid Eas | Age 36 | Release Dt/Tm | Dorm H6W-09 |
| **Status** | In Jail | Classification MI/GP | Cell H6W-09 |

---

**Note Entry**

Inmate Note Type INMATE SERVICES
NOTES

Inmate Note From: Kilkelly, Meagan
To: Mitchell, Cindy C

Louisville Metro Department of Corrections
316 East Chestnut Street
Office: (███████████████
<mailto:MEAGAN.KILKELLY@LOUISVILLEKY.GOV>

Created By User KILKELLY, Meagan        Created Dt/Tm 09/17/2015 13:11

---

**Notes**

Inmate Note Type

From Date/Time                    To Date/Time

**Inmate Notes**

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 10/04/2015 16:50 | PER SGT GOFF THERE IS AN EXTREME EMERGENCY ON H6 SO EVERYONE IN H609 NEEDS TO BE MOVED OUT. PLACED ON ML TO J3-8 | INMATE MOVEMENT | ADAMS, ASHLEY M |
| 10/02/2015 21:02 | H6/W9#1 FROM CCC/3N1 - PER SGT COVINGTON I/M IS RECEIVING A WRITE-UP FOR FIGHTING - K/F ADDED - HISER, SEAN - PHD ALERT ADDED - S/C MOVE CLEARED BY NURSE SCHINDLER | INMATE MOVEMENT | ARRIAGA, SAMANTHA |
| 09/17/2015 13:11 | FROM: KILKELLY, MEAGAN SENT: THURSDAY, SEPTEMBER 17, 2015 1:11 PM TO: MITCHELL, CINDY C SUBJECT: W/A  I/M JAMES ASHBY #431177 (CCC/3N1) HAS REQUESTED TO BE REVIEWED FOR W/A STATUS.  MEAGAN KILKELLY LOUISVILLE METRO DEPARTMENT OF CORRECTIONS PCI - COMMUNITY CORRECTIONS CENTER 316 EAST CHESTNUT STREET LOUISVILLE, KENTUCKY 40202 OFFICE: ███████████FAX: (502)574-6986 MEAGAN.KILKELLY@LOUISVILLEKY.GOV <MAILTO:MEAGAN.KILKELLY@LOUISVILLEKY.GOV>  PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL. P | INMATE SERVICES NOTES | KILKELLY, Meagan |

---

| | | | |
|---|---|---|---|
| 09/08/2015<br>12:28 | DENIED CCC WORKAIDE STATUS AT THIS TIME:<br>INMATE ASHBY, JAMES EARL #431177 HAS 301 COURT<br>FOR TRAFFICKING CHARGES, 9-10-15 @ 9AM. | GENERAL INMATE<br>NOTES | Mitchell, Cindy |
| 09/08/2015<br>10:19 | FROM: KILKELLY, MEAGAN<br>SENT: TUESDAY, SEPTEMBER 08, 2015 10:19 AM<br>TO: MITCHELL, CINDY C<br>SUBJECT: W/A<br><br>I/M JAMES ASHBY #431177 (CCC/3N1) HAS<br>REQUESTED TO BE REVIEWED FOR W/A STATUS.<br><br><br>MEAGAN KILKELLY<br>LOUISVILLE METRO DEPARTMENT OF CORRECTIONS<br>PCI - COMMUNITY CORRECTIONS CENTER<br>316 EAST CHESTNUT STREET<br>LOUISVILLE, KENTUCKY 40202<br>OFFICE: (5██████████FAX: (502)574-6986<br>MEAGAN.KILKELLY@LOUISVILLEKY.GOV<br><MAILTO:MEAGAN.KILKELLY@LOUISVILLEKY.GOV><br><br>PLEASE CONSIDER THE ENVIRONMENT BEFORE<br>PRINTING THIS E-MAIL. P | INMATE<br>SERVICES NOTES | KILKELLY, Meagan |
| 09/05/2015<br>13:40 | 3N1 FROM J3D4B PER NURSE M. COLE OFF DETOX<br>MOVE TO GP | INMATE<br>MOVEMENT | Thomas, Ella |

| | | | |
|---|---|---|---|
| 09/03/2015 21:30 | ORIENTATION COMPLETE MI/GP | ORIENTATION NOTES | BURNS, RESHAYLA |
| 09/03/2015 20:14 | J3/4B #27 DETOX BB X7 DAYS PER NURSE STONE | INMATE MOVEMENT | BURNS, RESHAYLA |
| 01/23/2013 01:3 | WM 33 PRESCREEN COMPLETE | OLD NOTES | |
| 12/30/2011 01:52 | PER STACY IN THE RECORDS DEPT, INMATE HAS ADDED CHARGES/BW, AN OUT OF COUNTY HOLD. INMATE IS BEING RETURNED TO THE NJC, H5-D3 FROM CCC/4S1 | OLD NOTES | |
| 12/20/2011 22:2 | PLACED ON MOVELIST FROM J1R2 TO CCC/3S2 | OLD NOTES | |
| 12/20/2011 17:52 | ORIENTATION COMPLETE&#X0D; PREA FORM COMPLETE&#X0D; NO ALERT CODES&#X0D; NO PROPERTY RELEASE&#X0D; RECEIVED INMATE HANDBOOK &AMP; PREA BROCHURE&#X0D; &#X0D; 301 12/29/11 0900&#X0D; BURG 2ND DEG, TBUT&#X0D; BOND: $5,000.00&#X0D; &#X0D; WILL HOUSE ACCORDING TO I/M ROSTER | OLD NOTES | |
| 12/19/2011 09:5 | 32 W/M PRESCREENING COMPLETED | OLD NOTES | |
| 11/17/2011 11:2 | 32 W/M PRESCREENING COMPLETED | OLD NOTES | |
| 06/20/2011 10:41 | RECEIVED A WRITE UP ON 6-19-11 FOR CAT. 3-K ASSAULTING ANY INMATE, CAT. 3-A DISRUPTIVE BEHAVIOR. HE RECEIVED TEN DAYS DIS. SEG., TO BE RELEASED 6-29-11. | OLD NOTES | |
| 06/19/2011 20:34 | PER SGT MUMFORD, INMATE REC WRITE UP FOR FIGHTING. MOVED FROM H5/D1 TO H5/D4/05 DUE TO NO OTHER SC IN JAIL. KF ADDED BRYANT, MICHAEL (546009). | OLD NOTES | |
| 06/16/2011 16:38 | THIS INMATE IS MOVING FROM J1R2 TO H5W01 (019). SEE PRIOR NOTES. | OLD NOTES | |
| 06/14/2011 13:52 | WM 31, ORIENTATION IS COMPLETE - NO PROPERTY RELEASE - HE HAS 6 DTS/RIP/335; HOLD FOR GRAYSON CO TR 6/21 2500 - PREA FORM COMPLETE, NO ALERT CODES NOTED - HE ASK FOR ME TO CALL ROBIN @1/502/492-5107 AND GAVE HER INFORMATION FOR EVERCOM | OLD NOTES | |
| 06/13/2011 20:1 | WM31,PRESCREENING COMPLETE. | OLD NOTES | |
| 12/18/2008 14:32 | INMATE ASKED ABOUT HIS HOLD FOR MADISON CO, THEY HAVE BEEN NOTIFIED. | OLD NOTES | |

| Date/Time | Note | Category |
|---|---|---|
| 12/16/2008 09:07 | ORIENTATION COMPLETED ON TODAY'S DATE; PACKET WAS GIVEN AND SIGNED ACKNOWLEDGMENT FORM; WAS COOPERATIVE; IN CUSTODY FOR A HOLD FROM MADISON COUNTY; STATES HE GOES TO CT 12/19 ON HIS JEFF CO CHARGES HE WAS ROR'D ON; CONTACTED RECORDS AND SPOKE TO VICKY RAY WHO STATED SHE WOULD PUT A NOTE ON THE FOLDER TO WAIT TO CONTACT MADISON COUNTY SO HE CAN GO AHEAD AND GO TO COURT HERE BEFORE GOING THERE; NO PROP TO RELEASE; GOING TO J3D5A | OLD NOTES |
| 12/16/2008 04:4 | PRE-SCREENING COMPLETE, 29 W/M | OLD NOTES |
| 01/19/2008 14:48 | **REQUESTING TO BE WORK AID ** E-MAIL SENT.... MARIA | OLD NOTES |
| 01/18/2008 16:06 | W,M 28 NO RELGIOUS PREF. 37 TATOOS, NO GANG - CONTEMPT OF COURT - INMATE WAS COOPERATIVE AND HE COMPLETED A PHONE CALL. | OLD NOTES |
| 09/14/2007 04:13 | WM, 27 YRS OLD, SLENDER BUILD, VISIBLE TATTOOS ON BOTH ARMS, BOTH SIDE NECK, NO GANGS, COOPERATIVE DURING INTERVIEW, CHARGE WITH ** BW OSL, *** PEN EXP, JAIL EXP, RECEIVED PHONE CALL, CLASS MIN===RP IS NONE=== | OLD NOTES |
| 05/03/2007 12:1 | MOVED FROM H3W1 TO J31B FOR WA STATUS. | OLD NOTES |
| 05/02/2007 13:10 | ELIGIBLE FOR WA STATUS WITH OUTSIDE CLEARANCE. WILL MOVE TO WA DORM WHEN SPACE IS AVAILABLE. NAME SENT TO MEDICAL FOR SCREENI | OLD NOTES |
| 05/01/2007 08:5 | WTSD | OLD NOTES |
| 04/29/2007 01:2 | MOVELIST FROM J1R-D1 TO H3 WALK1#7...MARIA | OLD NOTES |
| 04/28/2007 13:1 | LATRICIA POSEY | OLD NOTES |
| 04/28/2007 07:5 | CRT FM01/4-30-07 NO BOND.. NO SPACE. | OLD NOTES |
| 04/27/2007 09:14 | WM 27, NO RELIGIOUS PREFERENCE, 32 TATTOOS, HE HAS PRIOR JAIL AND PRISON EXPERIENCE AND WAS COOPERATIVE AND HE HAS RECEIVED HIS PHONE CALL HE HAS A COURT DATE IN 101 ON 4/30 AND FAMILY COURT ON 4/30 @1300 AND A BOND OF 150 | OLD NOTES |
| 02/12/2007 22:03 | W/M, 27, CLAIMS JAIL AND PEN. TIME FOR FUCC. HE IS CURRENTLY CHARGED WITH CC AND IS TO APPEAR IN FM01 TOMORROW AT 1300. (HE STATES THAT HE FAILED TO ATTEND HIS COURT-ORDERED CLASSES ). HIS BOND IS 500.00.   RELIG. PREF. - "NONE"   I AM HOUSING HIM IN REAR SEC. OVERNIGHT. | OLD NOTES |
| 09/05/2006 16:01 | STATED NO RELIGIOUS PREFERENCES;26 YR/OLD, WHT/MALE,TATTOOS, FACE,BOTH ARMS AND FACIAL PIERCING'S. MANNERABLE, ALLOWED TELEPHONE USAGE. $204.00 FOR CONTEMPT OF COURT/ | OLD NOTES |

| | | |
|---|---|---|
| 06/18/2006 13:43 | W/M 26 SLIM BUILD  HAS HAIR IS CUT CLOSE HAS FACIAL HAIR APPEARANCE NEAT AND CLEAN.HE WAS COOP DURING INTERVIEW, HE HAS NO RELIGION PREF,  HAS TATTOO'S ALL OVER HIS BODY  NOSE , LIPS, EARS, PIERCE HE HAS A CRT DATE FOR 06-19-06 FM08 COC CASE #05D50357 , HE CLASSED AS A LOW MEDIUM, HE HAS PENTIME EXP, FOR CREDIT CARD FRAUD, HE HAS A BOND FOR  250.00 FULL CASH, HE ANSWERED ALL QUESTIONS. REFUSE TO GIVE ANY EMERGENCY CONTACT NUMBERS.. | OLD NOTES |
| 12/22/2005 00:01 | SO SORRY FROM THE FIRST NOTES, I/M HAS A 600.00 BOND. | OLD NOTES |
| 12/21/2005 23:57 | W/M 26 SLIM BUILD HE WAS COOP DURING INTERVIEW, HE HAS NO RELIGION PREF, HE HAS A CRT DATE FOR 12/22/05, HE CLASSED AS A LOW MEDIUM, HE HAS PENTIME EXP, FOR CREDIT CARD FRAUD, HE HAS A BOND FOR 100.00 FULL CASH, HE ANSWERED ALL QUESTIONS. | OLD NOTES |

| Name | ASHBY, JAMES EARL | |  | | Booking # | 201523918 | Facility | 1 |
|---|---|---|---|---|---|---|---|---|
| Inmate # | 00431177 | Sex | MALE | | Book Dt/Tm | 09/03/2015 15:25 | Wing | H6W |
| Race | White/Eurp/ N.Afr/Mid Eas | | | Age 36 | Release Dt/Tm | | Dorm | H6W-09 |
| **Status** | | | In Jail | | Classification | MI/GP | Cell | H6W-09 |

Booking #201523918

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 10/02/2015 21:37 | | H6W-09 | 001 | | |
| 09/06/2015 00:27 | 10/02/2015 21:37 | 3N1 | 025 | Movelist | |
| 09/04/2015 12:08 | 09/06/2015 00:27 | J3S-4B | 027 | | |
| 09/03/2015 20:44 | 09/04/2015 12:08 | J1-R-3 | | | |
| 09/03/2015 20:32 | 09/03/2015 20:44 | J1-R-1 | 030 | | |
| 09/03/2015 15:25 | 09/03/2015 20:32 | PASSIVE | J1-P-030 | | |

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00066290**          Incident Type   **FIGHT**          Incident DateTime   10/02/2015 18:50

Location Type   CCC                                 Location   3N1

Reporting Officer   COVINGTON, RAMONDA

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00528313 | HISER, SEAN |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name   OSERTAG

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |
| HISER, SEAN | HandCuffs | |
| ASHBY, JAMES EARL | HandCuffs | |

☑ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |
| HISER, SEAN | Verbal | |
| ASHBY, JAMES EARL | Physical | |

Narrative    At 1850 hrs. Ofc. Joshua Badgely called for medical and I, Sgt. Ramonda Covington to Ashby, James cin #431177 choking Inmate Hiser, Sean cin #528313. Ofc. Badgely w him to the attorney booth. He then went to the dorm where inmate Hiser complied wit escorted to the attorney booth. Both inmates stated that Inmate Ashby told Inmate His that Inmate Hiser then hit him so he choked him. Inmate Hiser states that inmate Ash both took it to the back of the dorm and began to fight. Nurse Ostertag assessed both injuries even though he reported getting hit in the mouth. Both inmates were written u 6D9#1 and Inmate Hiser in HOJ 5D9#5. Pictures were taken and forwarded to the ap

*B. Covington*

_____                    10/02/2015
24020 COVINGTON                                      Date
Employee Signature

25207 EGGERS                              10/04/2015 17:38                    GB003214   Page: 1

**LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS**

400 S. Sixth Street

Phone: 5025742167      Fax:

## POD Roster

Date : 10/04/2015 00:00

| Inmate Name | Inmate # | Booking # | Race | Sex | Classification | Cell / Bed | Location |
|---|---|---|---|---|---|---|---|
| Facility :  1 | | | | | | | |
| Floor : H6 | | | | | | | |
| Wing : H6W | | | | | | | |
| Dorm : H6W-09 | | | | | | | |
| ASHBY, JAMES EARL | 00431177 | 201523918 | W | M | MI/GP | H6W-09/001 | |
| BRENTS, CHRISTOPHER JEROME | 00281024 | 201434661 | B | M | MX/HB | H6W-09/004 | |
| KILGORE-ODOM, DAVONTAY | 00595466 | 201515552 | B | M | ME/AB | H6W-09/005 | |
| LAWLESS, KEVON T | 00603690 | 201524358 | B | M | MX/GP | H6W-09/002 | |

Totals for Facility : - 1   In Cell : **4**      Out Of Cell : **0**      Total : **4**

## Eggers, Arthur

| | |
|---|---|
| **From:** | Goff, Ernest L |
| **Sent:** | Sunday, October 04, 2015 5:49 PM |
| **To:** | Eggers, Arthur; Eubanks, Jennifer L.; Roy, Christopher D; Gilbert, Steven E; Hogan, Michael; Joyner, Gregory; Cole, Donna; Clark, Dwayne A.; Davis, Endora; Troutman, Eric; Metro Corrections Critical Care Team |
| **Subject:** | suicide attempt |



On October 4, 2015 at approximately 1620 a call came out over the radio to 1059 H6. When Sgt. Goff arrived on H6 dorm 9 Officers J. Horn and C. Marbrey was giving CPR to inmate Ashby, James cin # 431177. Nurse Brown was in dorm 9 assisting with inmate Ashby, James. Main control was contacted to notify EMS at approximately 1623. Lt. Roy arrives on scene at approximately 1624along with Nurse Bohr, Summerfield, Nichols, Crawford, and Lachamelle.  Ems notified by main control 1625, Fire arrives on floor at 1629, ems arrives at 1632, ems arrives on the floor at 1634,ems departs the floor at 1644, Lt. Eggers notified at 1644, ems departs facility at 1706.

1

GB003216

Sgt. Goff spoke with Officer Stigall and was informed that while he was serving chow he saw inmate Ashby, James cin # 431177 was hanging from the bars with a sheet tied to his neck.  Officer Stigall tried to use the knife for life to cut him down but was unable to get it done so he tried to untie him from the bars and was able to get him down that way. Pictures were taken and shift command was notified of the incident. A copy of this incident report will be sent to shift command, upper command, PSU, and to critical care unit.

EI# 66317

Sgt. Goff 319

2

GB003217



GB003218

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00066317** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

| | | | |
|---|---|---|---|
| Location Type | SINGLE C | Location | H6 DORM 9 CELL # 1 |

Reporting Officer   Goff, Ernest

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

| | |
|---|---|
| Video Recorded? Type? | Medical Responders Name   BROWN, BOHR,SUMMERFIELD, NICHOLS, CRAWFO |

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| ASHBY, JAMES EARL | Other | SHACKLES |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

**Narrative**

On October 4, 2015 at approximately 1620 a call came out over the radio to 1059 H6. When Sgt. Goff arrived on H6 dorm 9 Officers J. Horn and C. Marbrey was giving CPR to inmate Ashby, James cin # 431177. Nurse Brown was in dorm 9 assisting with inmate Ashby, James. Main control was contacted to notify EMS at approximately 1623. Lt. Roy arrives on scene at approximately 1624along with Nurse Bohr, Summerfield, Nichols, Crawford, and Lachamelle. Ems notified by main control 1625, Fire arrives on floor at 1629, ems arrives at 1632, ems arrives on the floor at 1634,ems departs the floor at 1644, Lt. Eggers notified at 1644, ems departs facility at 1706. Sgt. Goff spoke with Officer Stigall and was informed that while he was serving chow he saw inmate Ashby, James cin # 431177 was hanging from the bars with a sheet tied to his neck.  Officer Stigall tried to use the knife for life to cut him down but was unable to get it done so he tried to untie him from the bars and was able to get him down that way. Pictures were taken and shift command was notified of the incident. A copy of this incident report will be sent to shift command, upper command, PSU, and to critical care unit.

Sgt. Goff 319

*E. Goff*

10/04/2015

GB003219

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00066317(a)**    Incident Type    **SUICIDE ATTEMPT**    Incident DateTime    10/04/2015 16:20

Location Type                                                    Location    H6 DORM 9 CELL # 1

Reporting Officer   Horn, Jeffrey

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 10-4-2015, at about 1620hrs. I Ofc. J. Horn was working the east side of H6 when a radio transmission came through for additional Ofcs. to come to H6 dorm #9. When I arrived Ofc. Stegal was laying Inmate Ashby, James on the floor in front of cell #1. The inmate attempted suicide by hanging himself with a sheet from the bars. The inmate was unresponsive and unconscious and his skin color was a grayish blue. I checked and there was no pulse at which time I began CPR chest compressions. Ofc. Marbry began assisting with rescue breath through his CPR face mask and we continued CPR for several minutes. Ofc. C. Horn arrived with the AED machine and we applied the pads to the inmates chest and abdomen in between chest compressions. The AED machine analyzed the inmate once and recomended CPR continue. The second time the machine analyzed it advised a shock which was delivered. CPR was continued for several more minutes by myself and Ofc. Marbry until Fire EMS arrived and took over. I then assisted with the scene until EMS departed with the inmate. I secured the scene until PSU and LMPD detectives arrived and cleared it. I then gave an interview to LMPD detectives explaining my involvement in the incident. This ended my involvement in this incident.

Ofc. J. Horn #705

EOR——

GB003220

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00066317(b)**          Incident Type                              Incident DateTime   10/04/2015 16:20

Location Type                                                      Location   H6 DORM 9 CELL # 1

Reporting Officer  FERGUSON, KYLE

### Inmates Involved

Inmate #        Name

Video Recorded? Type?                            Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

Name                        Restraint                    Note

☐ Use of Force Required

### Type of Force

Name                        Force                        Note

Narrative   On 10/04/15 around 1620 I was in J1R when I heard a radio transmission requesting
additional officers to H6D9. I ran over to the requested location and upon my arrival I
saw several officers and nurse performing CPR on I/m Ashby. There appeared to be
adequate assistance so I asked Lt. Roy if he wanted me to go wait for EMS by the old
sallyport doors. He stated he did so I went down to the kitchen. LFD arrived first and I
escorted them inside where Sgt. Dearinger said he would take them the rest of the
way upstairs. EMS then arrived and I escorted them up to H6. Once there I asked Lt.
Roy if he wanted me return to my post and he stated that he did. This concludes my
involvement with the incident.
K. Ferguson #461

_____              _____
Employee Signature                        Date

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00066317(c)**    Incident Type    Incident DateTime **10/04/2015 16:20**

Location Type    Location **H6 DORM 9 CELL # 1**

Reporting Officer  O'Bannon, Edwin

## Inmates Involved

Inmate #    Name

Video Recorded? Type?    Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

Name    Restraint    Note

☐ Use of Force Required

## Type of Force

Name    Force    Note

Narrative    On 20151004 while working Unit 6 control room, I (Ofc. O'Bannon ) was notified by Ofc. Stigall of an inmate suicide attempt at 1616hrs in Dorm 9 Cell 1. I immediately called for additional Officers to come to the incident area. I then notified the Assigned Sergeant to come to the area as well. Afterwards I notified the shift Lieutenant to come to the area also. I then immediately begin writing down time frames of events that had occured and those to happen. I was updated from Officers in close with inmate Ashby, James that we will need EMS due to his then current state. I contacted outter control to contact EMS by radio. I continued to write down time frame of events until the area of interest was cleared from higher command. This concludes my involvement in the incident.

End of Report

Ofc. O'Bannon II, #842

Employee Signature    Date

GB003222

# Louisville Metro Department of Corrections Incident Report

| | | |
|---|---|---|
| Incident Report # **00066317(d)** | Incident Type | Incident DateTime **10/04/2015 16:20** |

Location Type .                                    Location    H6 DORM 9 CELL # 1

Reporting Officer  Schmitt, Eric

## Inmates Involved

| Inmate # | Name |
|---|---|

Video Recorded? Type?                      Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On 10/4/15 at around 1620 hrs. I heard radio transmission for additional officers to H6. When I arrived I helped secure the scene until EMS arrived. Once EMS arrived I returned to my floor. This concludes my involvement in this s incident.
EOR

Sgt. E. Schmitt #356

Employee Signature                          Date

GB003223

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | **00066317(f)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | **10/04/2015 16:20** |
|---|---|---|---|---|---|

Location Type                                          Location     H6 DORM 9 CELL # 1

Reporting Officer   STIGALL, TIMOTHY M

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On 10-4-15, at 1616 I had entered H6 Dorm 9 to serve dinner chow. It was at that time I found inmate Ashby, James (cin# 431177) had hung himself and attempted suicide with his bed sheet tied to the bars on his window. I immediately ran out of the dorm to grab the knife for life and notified the control room officer (Ofc. O'Bannon) to call for additional officers. On my way back into the dorm I ran into my partner Ofc. Simpson and notified him of the situation. We immediately enter inmate Ashbys cell, while Ofc. Simpson is holding up inmate Ashbys body to relieve the pressure from his neck, I (Ofc Stigall) attempted to cut the bed sheet that was tied around the bars with the knife for life. After about 30 seconds of the knife for life not working, I then decided to untie the knot around the bars. Ofc. Simpson and I then carried inmate Ashby to the ground on his back in the dayroom in Dorm 9. At that point backup arrived and they started performing CPR on inmate Ashby. I was the Officer who had the body cam. I then turned on the body cam and recorded the rest of the incident. After several minutes of CPR, Fire EMS arrived and took over. I then followed EMS as they departed the facility with the body cam on with no further incident. I reported to PSU and interviewed with LMPD detectives explaining my involvement with this incident. This concludes on involvement with this incident.
EOR
Ofc. Stigall #404

GB003224

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00066317(g)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Location Type                         Location    H6 DORM 9 CELL # 1

Reporting Officer   OLSON, CARL

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                  Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On Oct. 4, 2015 at around 1619 I heard a call for additional officers to H6 dorm 9. When I arrived they had Inmate Ashby, James (431177) lying on the ground outside of cell 1 with a sheet tied around his neck. I/M was unresponsive and unconscious. Officer Horn had started CPR and I, Officer Olson #424 was getting the sheet off the I/M's neck. I attempted to cut the sheet off of his neck using the knife for life but the knife was not cutting the sheet so I untied the knot. I activated the body cam and had it pointed down on them. I had it on until another officer came over with his body cam and took over. Fire EMS arrived and took over. I stayed at the scene until EMS left with him. This ends my involvement of the situation.

Officer C. Olson #424

_____         Date

Employee Signature

24976 EUBANKS                 10/05/2015 12:42                Page: 1

GB003225

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00066317(h)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | **10/04/2015 16:20** |

Location Type                          Location       **H6 DORM 9 CELL # 1**

Reporting Officer    **Marbrey, Clifford**

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                       Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 4 October, 2015, I (Ofc. Marbrey) was involved in the following incident.  At approx. 1620hrs, while working on H5. I responded to a net call for "additional Officers, report to H6 Dorm 9". Once I reached the H6/D#9 I saw Ofc. Stigall and Ofc. Simpson in cell #1 untying the bed sheets from the window bars of the cell that were tied around I/M Ashby, James (cin # 431177) neck. I ran to the Control room to tell Control Room Office to start EMS to the Jail for an unresponsive white male and to also retrieve the knife for life. I then went back to Dorm 9 and started assisting Ofc. Horn with CPR. While he did the chest compressions I did the rescue breath. After a few cycles of chest compressions and rescue breaths, Ofc. Ramey arrived with the AED and place the pads on the inmate's chest.  The AED analyzed the inmate and advised us to continue CPR. The second time the AED advised us to shock the inmate. The order was given for everyone to stand clear, Ofc. Ramey administered the shock, Ofc. Horn checked for a pulse and then CPR was continued.  CPR was continued for several more minutes by Ofc. Horn and I until Fire EMS arrived. Once they were on scene they took over CPR.

I stayed on scene until EMS took I/M Ashby off the floor. This concludes my involvement in this incident.

Ofc. C. Marbrey #721

                                                   Date

GB003226

# Louisville Metro Department of Corrections Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Incident Report # | **00066317(i)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | **10/04/2015 16:20** |

| Location Type | | Location | H6 DORM 9 CELL # 1 |
|---|---|---|---|

Reporting Officer  RAMEY, RANDELL TODD

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                     Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    On 10-4-15 I, Ofc. R. Ramey #824, responded to a call for additional officers on H6 Dorm 9. When I arrived inmate Ashby, James #431177 was laying on the ground with a bluish color to his skin. I saw Ofc. J. Horn giving chest compressions. I took my CPR face shield out and handed it to Ofc. Marbery so he could give rescue breaths. I picked up an AED machine that had been placed on the table beside of inmate Ashby and prepared it to be used. I applied the AED pads to inmate Ashby and it analyzed him and advised no shock. CPR was continued by Ofc. J. Horn and Ofc Marbrey. The second time the AED analyzed inmate Ashby a shock was advised. I advised everyone to not touch inmate Ashby and administered a shock through the AED. After the shock the AED analyzed inmate Ashby again and advised to continue CPR. Ofc. J. Horn and Ofc. Marbrey continued CPR. When Fire and EMS arrived, I stayed at the scene to assist until inmate Ashby was taken from the dorm. This ends my involvement with this incident.

R. Ramey #824

_____          _____
Employee Signature                      Date

24976 EUBANKS                    10/05/2015 12:42                    Page: 1

GB003227

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # **00066317(j)** | Incident Type **SUICIDE ATTEMPT** | Incident DateTime **10/04/2015 16:20** | |

Location Type      Location   H6 DORM 9 CELL # 1

Reporting Officer   SIMPSON, DEVAN

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?      Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative

On 9/4/15 at approximately 1618 I was walking back to the control room after completing accuchecks, when Officer Stigall came out of Dorm 9 stating that an inmate Ashby James (CIN 431177) had hung himself. While Officer Stigall grabbed the knife for life I ran into the dorm and opened up cell one where I/M Ashby was housed. I ran into the cell and picked up I/M Ashby so that Officer Stigall could get the sheet off of the inmates neck. The knife for life would not cut the sheet so Officer Stigall untied it from the bars. Once the sheet was untied off of the bars of the cell I dragged I/M Ashby out into the dayroom of Dorm 9 so that CPR could be administered by other responding officers. I then began getting names of responding medical staff and officers. This ends my involvement.

Employee Signature      Date

GB003228

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # **00066317(k)** | Incident Type **SUICIDE ATTEMPT** | Incident DateTime **10/04/2015 16:20** | |

Location Type                                            Location    H6 DORM 9 CELL # 1

Reporting Officer  LACHALMELLE, CRYSTAL

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    THIS NOTE WAS TYPED UNDER C.LACHALMELLE/RN FOR S.BOHR, LPN...@ APPROX. 1620, MEDICAL WAS NOTIFIED OF EMERGENCY SITUATION IN H6. @ APPROX. 1624, MEDICAL ARRIVED TO H6 & NOTED IM LYING OUTSIDE OF CELL WITH TWO SECURITY STAFF NOTED USING AED/PERFORMING CPR. @ APPROX. 1628, AED WAS ALERTED TO NO SHOCK ADVISED. @ APPROX. 1629, CPR WAS INITIATED AND SHOCK WAS ADVISED, SHOCK RECEIVED. @ APPROX. 1631, EMS ARRIVED AND IM WAS NOTED WITH A BLOOD PRESSURE OF 110/66 WITH A PULSE. EMS LEF AREA WITH IM ON STRETCHER AND NO FURTHER NEEDS WERE NOTED REQUIRING MEDICAL ATTENTION.................................................................... EOR/SDBOHR, LPN

_____                    _____
Employee Signature                                Date

GB003229

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00066317(I)** | Incident Type | Incident DateTime   10/04/2015 16:20 |

Location Type                                          Location   H6 DORM 9 CELL # 1

Reporting Officer  ARNOLD, MEGAN B

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative   On 10-04-2015 at around 1620 hrs I, Ofc. M. Arnold responded to H6 Dorm 9 due to radio transmission. Upon arrival I seen Officers actively doing CPR on inmate Ashby. Medical was already advised as well as EMS. I stood by in case my help was needed until I was dismissed to be back on my floor. This concludes my involvement with this incident.

Ofc. M. Arnold #617

_____                    _____
Employee Signature                                   Date

GB003230

# Louisville Metro Department of Corrections Incident Report

| | | | |
|---|---|---|---|
| Incident Report # | **00066317(m)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Location Type                                          Location    H6 DORM 9 CELL # 1

Reporting Officer    Nichols, Courtney

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name   NICHOLS

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative    This writer arrived with medical to H6d9 at approx 1624. I/m Ashby, James CIN#431177 was laying on the floor outside of Cell #1. CPR had been initiated by corrections. This writer stayed to assist if needed. This writer remained in H6d9 until EMS arrived and Pt was transported via EMS to ER. --- EOR-----C.Nichols LPN

_____                    _____

                                                         Date
        Employee Signature

GB003231

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00066317(n)**          Incident Type   **SUICIDE ATTEMPT**          Incident DateTime   10/04/2015 16:20

Location Type                                          Location   H6 DORM 9 CELL # 1

Reporting Officer   DEARINGER, TIMOTHY

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                    Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

Narrative       On 10-4-15 at approximately 1618 hrs I, Sgt T Dearinger heard a radio transmission calling for EMS and the need for medical staff on H6. Currently being on J2, I immediately went to the nurse's station to inform medical staff that an emergency was underway on H6 and EMS was being called. I then assisted in transporting medical equipment to H6 for medical staff. Upon hearing the transmission that LFD had arrived, I went to the kitchen and was finished escorting LFD to H6 in order for Ofc Ferguson to remain in the old sally port to await the arrival of EMS. This ends my involvement in the incident EOR
Sgt T Dearinger #304

                                                                    Date

Employee Signature

24976 EUBANKS                          10/05/2015 12:43                          Page: 1

# Louisville Metro Department of Corrections Incident Report

Incident Report #   **00066317(o)**          Incident Type                              Incident DateTime   10/04/2015 16:20

Location Type                                                    Location   H6 DORM 9 CELL # 1

Reporting Officer   HORN, KRISTOPHER

## Inmates Involved

| Inmate # | Name |
| --- | --- |

Video Recorded? Type?                          Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative    On October 4, 2015 at approximately 1620 I (Officer K. Horn#445) responded to a
back up call to H6 Dorm 9. When I arrived the scene was secure so I returned to my
assigned post. This concludes my involvement.

E.O.R.

Officer K. Horn #445

Date

**Employee Signature**

GB003233

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | 00086317(p) | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Location Type                                           Location      H6 DORM 9 CELL # 1

Reporting Officer   CRAWFORD, DANYELLE

### Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                     Medical Responders Name

☐ Use of Restraints Required
### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required
### Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative    Called to H6 at approx. 16:21 to attempted suicide of I/M Ashby. When I arrived CPR
had already been started. Stayed in the room to assist as needed.

Nurse Crawford

_____                  _____
Employee Signature                               Date

GB003234

# Louisville Metro Department of Corrections Incident Report

| Incident Report # | **00066317(q)** | Incident Type | **SUICIDE ATTEMPT** | Incident DateTime | 10/04/2015 16:20 |

Location Type    Location   H6 DORM 9 CELL # 1

Reporting Officer   SOMMERFELD, ABIGAYLE

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?              Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
|---|---|---|

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
|---|---|---|

Narrative   Patient #431177 was found hanging in cell with sheet tied around neck on H6W-9. CPR was started and AED was utilized and CPR continued, EMS arrived and patient was taken with EMS responders. EOR Nurse Brown-Hayes

Employee Signature                                    Date

GB003235

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00066317(r)**          Incident Type   **SUICIDE ATTEMPT**          Incident DateTime    10/04/2015 16:20

Location Type                                                    Location      H6 DORM 9 CELL # 1

Reporting Officer   LACHALMELLE, CRYSTAL

### Inmates Involved

| Inmate # | Name |
|----------|------|
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|------|-----------|------|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|------|-------|------|

Narrative       On 10/04/2015 I (Crystal Lachalmelle RN) with medical arrived to H6D9 approximately 1624. Inmate Ashby, James #431177 was lying on floor outside of cell door #1. CPR was being performed by corrections. Medical stayed to assist if need. EMS arrived approximately 1631 and I stayed until Inmate Ashby, James #431177 was transported to ER by EMS.
EOR
Crystal Lachalmelle RN

_____          _____
Employee Signature                              Date

GB003236

# Louisville Metro Department of Corrections Incident Report

Incident Report # **00066317(s)**      Incident Type   **SUICIDE ATTEMPT**      Incident DateTime   10/04/2015 16:20

Location Type                                            Location     H6 DORM 9 CELL # 1

Reporting Officer   SOMMERFELD, ABIGAYLE

## Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                          Medical Responders Name

☐ Use of Restraints Required

## Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

## Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative   Responded to emergency on H6 west hold for patient James Ashby 431177 @ 16:24. Patient was lying on the floor outside of his cell #1, CPR was being performed by corrections officers. Stayed to assist if needed. EMS arrived and continued CPR till transport to the hospital ER.....EOR ASommerfeld

                                                                        Date

Employee Signature

GB003237

# Louisville Metro Department of Corrections Incident Report

Incident Report #  **00066317(t)**         Incident Type  **SUICIDE ATTEMPT**         Incident DateTime   10/04/2015 16:20

Location Type                                       Location     H6 DORM 9 CELL # 1

Reporting Officer  DAVIDSON, ERIC

### Inmates Involved

| Inmate # | Name |
| --- | --- |
| 00431177 | ASHBY, JAMES EARL |

Video Recorded? Type?                              Medical Responders Name

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
| --- | --- | --- |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
| --- | --- | --- |

Narrative   At approx 16:20 on 4 October 2015 I (Ofc. E. Davidson) responded to a backup call at
H6 Dorm 9 where I/M Ashby, James had hung himself. I was one of the last to arrive
on scene with multiple medical personnel. Shortly after my arrival Lt. Roy instructed
me to get my gear and that I was going to the hospital with the I/M. I went back,
gathered my gear, and waited outside the old sally port for the I/M to be loaded into
the ambulance and rode with him and EMS in the ambulance to University Hospital.
I/M was transported without further incident.

Ofc. E. Davidson #867

_____          _____

                                          Date
Employee Signature

24976 EUBANKS                        10/05/2015 12:45                        Page: 1

GB003238

Ofc. Timoth Stigall — Faund inmate

Ofc. Chad Simpson — helped get dow

Ofc. Clifford Marbry — CPR

Ofc. Jeffrey Horn — CPR

Nurse Brown

    "       Nichols

    "       Lachamele

    "       Bohr

    "       Crawford

GB003239

Clark ▓▓▓▓▓▓▓

1620- found
1624- medical
  - CPR in session
      Horn/maulberry
1628 -AED Alerted
      & Shock Ad.
1629- CPR Started
      Shocke Advised
1631- EMS Arved
1640- B|p 110|06
      C Pulse
Officer Davidson
    1625-
  Intubated C
    Pulse

Whitney    1840
Critical but Stable
GCS 5
R+L pupil 3 Reactive
Intubated
Equal Breath Sounds
P 88  BP 138/91   RR 22

10/3/15

Supervisor
on - none
to
umd at
6v1. mtsad -

At 1850 hrs. Ofc. Joshua Badgely called for medical and I, Sgt. Ramonda Covington to come to 3N1. When I arrived Ofc. Badgely informed me that he observed Inmate Ashby, James cin #431177 choking Inmate Hiser, Sean cin #528313. Ofc. Badgely went in the dorm, pulled Inmate Ashby off Inmate Hiser, handcuffed him and escorted him to the attorney booth. He then went to the dorm where Inmate Hiser complied with instructions to put his hands behind his back so he could be handcuffed and escorted to the attorney booth. Both inmates stated that Inmate Ashby told Inmate Hiser to stop sitting on the cooler while he was on the phone. Inmate Ashby states that Inmate Hiser then hit him so he choked him. Inmate Hiser states that inmate Ashby immediately started choking him. Other inmates in the dorm stated that they both took it to the back of the dorm and began to fight. Nurse Ostertag assessed both inmates. Inmate Hiser has redness to his neck and Inmate Ashby had no visible injuries even though he reported getting hit in the mouth. Both inmates were written up. Samantha Arriaga in classification was notified and housed Inmate Ashby in HOJ 6D9#1 and Inmate Hiser in HOJ 5D9#5. Pictures were taken and forwarded to the appropriate parties. EI#66290

Inmate Ashby, James cin #431177



Inmate Hiser, Sean cin #528313 (redness to neck)



GB003241



## Louisville Metro Dept. of Corrections
### Hall of Justice
### H6 OBSERVATION SHEET

Date: 10/4/15
Shift: Steams
Dorm/Walk: H6-04

| TIME | OBSERVATION | OFC. INITI |
|------|-------------|------------|
| 1445 | All Secur | |
| 1515 | All Secured | TS |
| 1545 | All Secure | B8 |
| 1603 | All Secured | TS |
| 1630 | All Secure | B8 |
| 1639 | El Rec Cell Nic S/s B/d/ | |

Officer: T. ____ 404

Officer: D. ____ #511

T. Kox #732

Sergeant: ____

GB003242

# Louisville Metro Dept. of Corrections
## Hall of Justice
### H6 OBSERVATION SHEET

Date: 10/4/15
Shift: 3to11
Dorm/Walk: H6-D2

| TIME | OBSERVATION | OFC. INIT. |
|------|-------------|------------|
| 1443 | All Secured | TB |
| 1513 | All Secured | TB |
| 1535 | All Secured | TB |
| 1544 | All Secure | OS |
| 1603 | All secured | TB |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Officer: T. ___ # 404

Sergeant: _____

Officer: _____

GB003243

## JAIL COMPLEX SIXTH FLOOR
## OBSERVATION SHEET



WALK _S_

| TIME | OBSERVATION | INT |
|------|-------------|-----|
| 1445 | All secure | |
| 1510 | | |
| 1536 | | |
| 1555 | | |
| 1659 | New Seals Perked | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE     DATE

OFFICERS SIGNATURE     DATE

SUPERVISORS SIGNATURE     DATE

*****GP 6/6/01

GB003244

## JAIL COMPLEX SIXTH FLOOR
## OBSERVATION SHEET

WALK _E_

| TIME | OBSERVATION | INT |
|------|-------------|-----|
| 1444 | All Secure | |
| 1500 | N̄ Sec | |
| 1530 | A Sec | |
| 1555 | N | |
| 1657 | New Shift Posted | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE                    DATE 10/4/15

OFFICERS SIGNATURE                    DATE

SUPERVISORS SIGNATURE                 DATE

****GP 6/6/01

GB003245

## JAIL COMPLEX SIXTH FLOOR
## OBSERVATION SHEET



WALK _N_

| TIME | OBSERVATION | INT |
|------|-------------|-----|
| 1444 | All secure | 2D |
| 1500 | A | D |
| 1530 | A | D |
| 1553 | | |
| 1656 | New Sheets Posted | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OFFICERS SIGNATURE                    DATE  10/4/15

OFFICERS SIGNATURE                    DATE

SUPERVISORS SIGNATURE               DATE

*****GP 6/6/01

GB003246



# Louisville Metro Dept. of Corrections
## Hall of Justice
### H6 OBSERVATION SHEET

Date: 10/4/16
Shift: Second
Dorm/Walk: H6-08

| TIME | OBSERVATION | OFC. INIT |
|------|-------------|-----------|
| 1446 | All Secure | |
| 1514 | All Secure | |
| 1541 | All Secur | |
| 1603 | All Secured | |
| 1630 | All Secur | |
| 1810 | Sgt Sec Checklist Above Jash Valid | |

Officer: T. ____ 484

Officer: ____ #59

T. King #132

Sergeant: ____

GB003247