1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF KENTUCKY
2


3


4   STEPHANIE TROUTMAN,              )
    Administratrix of the Estate     )
5   of CHARLES R. TROUTMAN, JR.,     )
    deceased                         )
6                                    )
               PLAINTIFF             )
7                                    )
    vs.                              )  CASE NO.
8                                    )  3:16-cv-000742-DJH
    LOUISVILLE METRO DEPARTMENT      )
9   OF CORRECTIONS, et al.           )
                                     )
10             DEFENDANTS            )

11

12                   *          *          *

13             The deposition of **OFFICER RANDELL T. RAMEY**,

14   taken pursuant to notice by the Plaintiff on January

15   22, 2018, in the law offices of Mr. Larry Simon, 239

16   South Fifth Street, Suite 1700, Louisville, Jefferson

17   County, Kentucky.

18

19

20

21             JENNIFER R. JANES, RPR, CRR
                 McLendon-Kogut Reporting
22                 Anchorage Office Park
           2525 Nelson Miller Parkway, Suite 204
23            Louisville, Kentucky 40223-3153
                     (502) 585-5634
24             jjanes@mclendon-kogut.com
                www.mclendon-kogut.com
25

1                    C O N T E N T S

2                                                     Page
     Appearances                                         2
3    Examination By Mr. Simon                            3
     Notary Certificate                                 88
4
     Exhibits
5    Plaintiff's Exhibit 1                              27
     Plaintiff's Exhibit 2                              29
6    Plaintiff's Exhibit 3                              30
     Plaintiff's Exhibit 4                              32
7    Plaintiff's Exhibit 5                              33
     Plaintiff's Exhibit 6                              45
8    Plaintiff's Exhibit 7                              47
     Plaintiff's Exhibit 8                              57
9    Plaintiff's Exhibit 9                              70
     Plaintiff's Exhibit 10                             75
10   Plaintiff's Exhibit 11                             76

11                    APPEARANCES

12   FOR PLAINTIFF:
     Mr. Larry Simon
13   Simon Law Office
     239 South Fifth Street, Suite 1700
14   Louisville, Kentucky  40202
     (502) 589-4566
15   larrysimonlawoffice@gmail.com

16   FOR DEFENDANT CORRECT CARE SOLUTIONS:
     Ms. Megan P. O'Reilly
17   Blackburn Domene & Burchett PLLC
     614 West Main Street, Suite 3000
18   Louisville, Kentucky  40202
     (502) 584-1600
19   moreilly@bdblawky.com

20   FOR DEFENDANTS LOUISVILLE METRO DEPARTMENT OF
     CORRECTIONS, ET AL:
21   Mr. J. Denis Ogburn
     Assistant Jefferson County Attorney
22   531 Court Place, Suite 900
     Louisville, Kentucky  40202
23   (502) 574-6312
     denis.ogburn@louisvilleky.gov

24

25

1          OFFICER RANDELL T. RAMEY, called by the

2     Plaintiff, having been first duly sworn, testified as

3     follows:

4                          EXAMINATION

5     By Mr. Simon:

6          (Deposition commenced at 1:59 p.m.)

7     Q.    Sir, can you state your full name and spell

8     your first and last name?

9     A.    Randell Todd Ramey, R-A-N-D-E-L-L, R-A-M-E-Y.

10    Q.    Thank you.  And your professional address?  If

11    we were going to send correspondence to you and it

12    would reach you where you work, where should we send

13    it?

14    A.    That would be 5200 Shepherdsville Road.

15    Q.    What's located at that address?

16    A.    It is Louisville Metro Police Department, Sixth

17    Division.

18    Q.    And it's Officer Ramey?

19    A.    Yes.

20    Q.    All right.  Officer, what's your date of birth?

21    A.    January 18, 1980.

22    Q.    Thank you.

23          MR. OGBURN:  Happy birthday.

24    Q.    Oh, it is, happy birthday.

25    A.    Not too long past.

4

1    Q.    All right.  And, Officer Ramey, have you been

2    informed that you're a defendant in this civil

3    action?

4    A.    Yes.

5    Q.    And in preparation of your deposition -- for

6    your deposition today, have you reviewed any

7    documents?

8    A.    I looked over a -- a sheet from the thing.  I

9    just kind of glanced at it, though.

10   Q.    Did you look at any of the pleadings in the

11   case, any of the filings that are in the court file,

12   any other documents, photographs?

13   A.    No, not that I know of.

14   Q.    Have you ever given a deposition before?

15   A.    No, sir.

16   Q.    Well, a deposition is a legal proceeding where

17   the lawyers get to ask you questions, and you are

18   duty bound to answer them under oath, but your

19   attorney is here, so it's fair.

20   A.    Okay.

21   Q.    The point being that if you have a question, if

22   I ask you a question and you don't understand it,

23   then tell me, and then I'll rephrase it or ask it

24   another way.  Otherwise I'm going to assume that you

25   understand my question when you answer it.

1    A.    Okay.

2    Q.    All right?  This is not an endurance contest,

3    so if you need to take a break, you need to get some

4    water or something like that, just let us know, and

5    we'll take a break.

6    A.    Okay.

7    Q.    Besides your attorney, Mr. Ogburn, have you

8    spoken to anyone else about this case, the fact that

9    there's a lawsuit pending against you and others?

10    A.    I spoke with PSU and PIU the night that it

11    happened.

12    Q.    All right.  And PSU is what?

13    A.    I'm sorry, Professional Standards Unit.

14    Q.    All right.  And that is with the LMDC?

15    A.    Yes, sir, Louisville Metro Corrections.

16    Q.    All right.  And the other -- the other unit

17    that you spoke with, is that with Louisville Metro?

18    A.    Yes.

19    Q.    All right.  Because they investigate jail

20    deaths as well?

21    A.    Yes.

22    Q.    Okay.  But other than them, from that point up

23    until today you haven't had a conversation, other

24    than with your lawyer, with anyone else about the

25    topic of the lawsuit?

1   A.   Not that I can remember.

2   Q.   Can you give us, starting with high school,

3   your educational history?

4   A.   I went to North Bullitt High School in Bullitt

5   County.  I graduated in 1998.  I attended college

6   Western Kentucky University.  I graduated with a

7   bachelor of arts in sociology in 2002.

8   Q.   And after graduating from Western, did you

9   attend any other college courses?

10  A.   No.

11  Q.   During the time that you were out of high

12  school and going to school at Western, I take it did

13  you go four years straight through after graduating?

14  Take any time off?

15  A.   To Western?

16  Q.   Yeah.  Well, you graduated in '98, and -- you

17  graduated high school in '98, and then you got your

18  BA from Western Kentucky in 2002, so am I assuming

19  that you went straight through through school?

20  A.   Yeah, yeah.

21  Q.   Okay.  While you were in school did you have

22  any jobs, any employment that you participated in?

23  A.   Over the summer.

24  Q.   Yeah.

25  A.   I would work -- I worked at Meijer's a few

1    years, I don't even remember what years, and one year

2    I worked at UPS over the summer.

3    Q.    Now, of course now you're in a law enforcement

4    capacity.  Were either of the jobs that you had at

5    Meijer's or UPS associated with anything like law

6    enforcement?

7    A.    No.

8    Q.    Did you do any kind of security work or

9    anything like that?

10   A.    No, sir.

11   Q.    What kind of work did you do for them?

12   A.    I was a package handler at UPS, and I stocked,

13   or I actually did shipping and receiving at Meijer's.

14   Q.    Now, you graduated Western in 2002.

15   A.    Yes.

16   Q.    Tell us what types of employment that you had

17   between that time and I believe the time you started

18   at Louisville Metro Corrections in 2013?

19   A.    Yes.  It took me a little while to get a job,

20   so I hung garage doors for a week with my cousin

21   before I got on at Kentucky State Corrections.  I

22   worked at -- while I was with Kentucky State

23   Corrections I worked at Kentucky Correctional

24   Institution for Women in 2004, January 2004 to

25   January 2005.

1          In January 2005 I started with Probation &

2     Parole.  I believe it was District 16, but I can't

3     remember.  It was the West End of Louisville.  I

4     worked there from 2005 to 2008.

5          In 2008 I moved to Probation & Parole in

6     Bullitt County.  I worked there until 2012.  After I

7     left Probation & Parole I worked for a private --

8     worked as private security at a company doing

9     security for shipments.  I started at the jail in May

10    of 2013, I believe.

11    Q.    Okay.  Now, let's go back a little bit.  The --

12    when you started working for state corrections in

13    2002?

14    A.    No, 2004.

15    Q.    2004.

16    A.    Uh-huh.

17    Q.    How did you apply for that?

18    A.    I went online and filled out an application.

19    Q.    And what -- what interested you about doing

20    that type of work?

21    A.    I'd taken courses in college that were law

22    enforcement specific courses.  I was interested in

23    that line of work my whole life.

24    Q.    Now, when you started working, you said the

25    first place that you worked was at KCIW?

1    A.    Yes.

2    Q.    And tell us, if you would, about your training

3    before you began working as a correctional officer

4    with the state.

5    A.    To be honest, I don't really remember much of

6    it.  As I've told you, I've had a few different jobs.

7    Policies are different at each one I go to, so I

8    can't really keep up on ones that I had before.

9    Q.    Well, before you started at Probation & Parole,

10   okay, you would have been in a position, as a

11   correctional officer, to be responsible for, I guess,

12   the protection, the care of inmates and staff at a

13   institution like KCIW?

14   A.    Generally, yes.

15   Q.    Okay.  And the types of training that you would

16   have, the best you can remember regarding those job

17   responsibilities, would have been what?

18   A.    Best I can remember, we had firearms training.

19   We had at that job some light physical training.  I

20   really don't remember much more.

21   Q.    Then you said you moved on with the Department

22   of Probation & Parole.

23   A.    Yes.

24   Q.    First in Western Kentucky and then in Bullitt

25   County.

1    A.    Uh-huh.

2    Q.    So what was your position with the Division of

3    Probation & Parole?

4    A.    I was a probation officer.

5    Q.    So you would have a list of clients or

6    probationers, parolees, that they would come and

7    report to you?

8    A.    Yeah.

9    Q.    Okay.  And what other supervisory

10   responsibilities did you have for probationers and

11   parolees?

12   A.    Just have to perform urine tests, we would have

13   to do -- we had to file court file for revocation

14   filings, we'd have to do stuff like that, notify the

15   court of any violations that they had.

16   Q.    Okay.  Administratively were you required to

17   fill out reports, daily logs of different activities,

18   interviews with parolees?

19   A.    I don't remember the logs that we had to fill

20   out then, I'm sorry.

21   Q.    As a result of you being a probation and parole

22   officer in both Western Louisville and Bullitt County

23   during that time period, did you ever appear in court

24   to testify?

25   A.    Yes.

1   Q.    Can you tell me on about how many occasions?

2   A.    A lot.  I don't remember, I'm sorry.

3   Q.    And these would be like probation revocation

4   proceedings or parole revocation hearings, the

5   preliminary hearings?

6   A.    Yes, sir.

7   Q.    And that would be in both counties, you'd have

8   experience in testifying in both counties?

9   A.    Yes, sir.

10  Q.    Now, tell me again, if you would, remind me

11  when did you finish, was it 2012 when you finished

12  working with Probation & Parole in Bullitt County?

13  A.    Yes.

14  Q.    And then you said you moved on to private

15  security?

16  A.    Yes.

17  Q.    And who was that with?

18  A.    It was with a company called Off-Duty Police

19  Services.

20  Q.    Off-Duty?

21  A.    Yes.

22  Q.    And where are they located?

23  A.    I don't remember the address.

24  Q.    Are they in Bullitt County?

25  A.    No, Jefferson.

1    Q.    And what did you do with that private security

2    company?

3    A.    We did security for transportation, packages

4    on -- that came in through UPS.

5    Q.    So what, would you pick them up at one

6    facility, take them to another place, or what did

7    you --

8    A.    No, they would come in on an airplane.  We

9    would pick them up from an airplane, sort them to be

10   sent back out, and then we would take them out to the

11   plane.

12   Q.    And what type of items would have been shipped

13   that you were doing security for?

14   A.    They didn't tell us.

15   Q.    Did you have any idea what they were?

16   A.    No clue.

17   Q.    How long did you do that?

18   A.    I did it, I worked there for -- I actually

19   worked there while I was at Probation & Parole as

20   well, so I was there probably eight, nine years

21   maybe.  I don't know exactly when I started.

22   Q.    But you would have been doing other jobs as

23   well at some point in time, working this off-duty

24   police --

25   A.    I had two -- I had two jobs while I was with

1   Probation & Parole, yes.

2   Q.    Now, did you rise to any level, any supervisory

3   capacity when you were with the off-duty services?

4   A.    No.

5   Q.    And about how many employees were with that

6   company from the time that you were there?

7   A.    I really wouldn't have an idea.

8   Q.    Well, I mean, was it like more than ten or --

9   A.    Yeah, it was more than ten.

10  Q.    Bigger operation than that?

11  A.    Yeah.

12  Q.    Now, you had said in May of 2013 you came and

13  started working at Louisville Metro Corrections?

14  A.    Yes.

15  Q.    And what -- what was the process of obtaining

16  that employment?  How did you find out about an

17  opening, or was that -- how did you go into that?

18  A.    On the Internet, the website, you could go, and

19  at the time I was actually trying to get on at the

20  police department, but I saw that there was an

21  opening there.

22        I wanted to get back into something so that my

23  retirement would kick back in, and I would be able to

24  retire with my -- with my hazardous duty, so I saw

25  that, and I went ahead and applied for that and got

1   the job.

2   Q.    Okay.  Are you saying -- tell me if I'm just

3   guessing at it, but when you worked at KCIW and you

4   worked for the corrections department, did you get

5   hazardous, like hazardous duty time that would go

6   toward your retirement?

7   A.    Yes, sir.

8   Q.    Okay.  Did that also apply with the probation

9   and parole division?

10  A.    Yes.

11  Q.    Okay.  All right.  So if you worked -- you may

12  have been trying to get on at LMPD, but there was an

13  opening in LMDC, and you took advantage of that.

14  A.    Yes.

15  Q.    And once you were hired, do you remember going

16  through a training regimen?

17  A.    Yes, there was training.

18  Q.    All right.  Tell us what you remembered about

19  your training.

20  A.    We had firearms training, more extensive

21  physical training.  Other than that, I can't really

22  tell you anything specific about it.  I don't

23  remember.

24  Q.    Do you remember about how long it lasted?

25  A.    It was a nine-week academy, if I remember

1    correctly.

2    Q.    And do you remember where the classes were

3    located?

4    A.    They were located at, I believe it's 2900

5    Taylor Boulevard.  It's the same place the police

6    academy is.

7    Q.    Do you remember, did you have live instructors

8    as opposed to being instructed online?

9    A.    Yes.

10   Q.    Or was it a --

11   A.    We had live instructors.

12   Q.    Were there all live instructors?

13   A.    As far as I can remember, yes.

14   Q.    During the course of your training with LMDC,

15   did you familiarize yourself with their policies and

16   procedures?

17   A.    Yeah, we would have had to have done that.

18   Q.    And would that also require you to familiarize

19   yourself with the civilian employees, their policy

20   and procedures with the department?

21   A.    No.

22   Q.    All right.  So it was primarily or exclusively

23   the corrections staff?

24   A.    Yeah, yeah.

25   Q.    Is it a fair statement to say that the

1    corrections staff operates like a paramilitary

2    organization, you have a chain of command?

3    A.    They have a chain of command, yes.

4    Q.    All right.  And you were in the position of a

5    corrections officer?

6    A.    Yeah.

7    Q.    Okay.  And normally you're working, any detail

8    that you're assigned to in Metro Corrections, who

9    would be your immediate supervisor, what would be the

10   rank of that person?

11   A.    Sergeant.

12   Q.    And then what are the ranks going up the line

13   of command?

14   A.    There would have been, if I remember correctly,

15   it would have been officer, sergeant, lieutenant, I

16   believe they had captains there, and then after the

17   captain it would have been the deputy director and on

18   so forth.  Like I say, it's been a while, so --

19   Q.    That's fine.  During the course of your

20   employment at LMDC, did you have any on-the-job

21   training or continuing training while you were

22   working there?

23   A.    Yes.  They have a program for new officers that

24   start so that they're with another officer to learn

25   how to do the job in the jail.

1    Q.    Okay.  So that would be like a field training

2    officer?

3    A.    Yes.

4    Q.    All right.  And during that period of time

5    where you were, say, being supervised or whatever the

6    word is, you were being broken in by a field --

7    A.    Trained.

8    Q.    -- training officer, would you have different

9    assignments throughout the jail?

10    A.    You would be -- you would be basically floor

11    security.  There are different assignments within

12    that as in different floors to work, and you're

13    either on the floor or in a control room, but it's

14    always the same, you're always a floor officer.

15    Q.    The status of being a trainee with a field

16    training officer, do you know about how long that

17    lasted?

18    A.    I really can't remember.

19    Q.    Can you estimate how long?

20    A.    Maybe a -- maybe four weeks, something like

21    that.

22    Q.    Now, during the time that you went through

23    training, your initial training at LMDC, and also

24    including your on-the-job training, did you receive

25    any training particular to suicides, inmate suicide?

1    A.    I honestly don't remember.  I will say as far

2    as it relates to suicide, I did receive training in

3    CPR, first aid.

4    Q.    All right.  Was that through Corrections?

5    A.    Yes.

6    Q.    When you worked previously at KCIW as a

7    corrections officer, do you remember receiving any

8    training there on recognizing suicides in dealing

9    with inmates that may be suicidal?

10   A.    I don't remember.

11   Q.    Did you do any type of -- have you done any

12   self-instruction on that topic, suicidal inmates,

13   people that would show indications of suicide, other

14   than your training?

15   A.    I have not done anything on my own, no.

16   Q.    Can you tell us, as a correctional officer --

17   well, let's go on a little bit.  You were -- you were

18   employed at Metro Corrections from May of 2013 until

19   approximately when?

20   A.    June of 2016.

21   Q.    And when you left the employment of LMDC, where

22   did you go?

23   A.    Louisville Metro Police Department.

24   Q.    So you applied for and obtained the position of

25   a officer with the LMDC?

```
 1   A.     No --

 2   Q.     LMPD, excuse me.

 3   A.     Yes, sir.

 4   Q.     And that was in June of 2016?

 5   A.     Yes.

 6   Q.     Okay.  And have you been there ever since?

 7   A.     Yes.

 8   Q.     And did you get any additional training to be a

 9   police officer with the police department?

10   A.     From LMPD?

11   Q.     Yes.

12   A.     Like any in general training?

13   Q.     Yes.

14   A.     Yeah, I received more training.

15   Q.     Okay.  Tell us the type of training that you

16   received.

17   A.     We received training obviously in firearms and

18   physical attributes.  Every LMPD officer that goes

19   through now is CIT trained.

20   Q.     What is CIT?

21          (Cell phone rang.)

22   A.     I'm sorry, let me turn this off.  Wasn't

23   thinking about this.

24          MR. SIMON:  We can go off record.

25          (Off-the-record discussion.)
```

1    Q.    I asked you about CIT training.  What is that?

2    A.    Yes, sir.  It's training to deal with people

3    who are mentally -- have maybe mental issues like

4    schizophrenia, or whatever it is that they have.  It

5    may be depression, it may be, you know, whatever it

6    is that they have.  It's training at an officer

7    level, when we show up on the scene, you know, the

8    best way to deal with that.

9    Q.    All right.  Do you know what CIT stands for?

10   A.    I believe it's critical incident training.

11   Q.    And do you remember how long the training was,

12   how many sessions or how many days were devoted to

13   CIT training?

14   A.    Not exactly.  I couldn't tell you.

15   Q.    Would a portion of that be for people out, you

16   know, on the street where you would have interaction

17   with them, people that were -- showed signs of

18   suicide, would that be included?

19   A.    Yes.

20   Q.    Now, from that training would you be able to

21   identify for us today some risk factors that might

22   contribute to a person being suicidal?

23   A.    I mean, obviously if someone says they're

24   suicidal, if someone would act the way that would

25   indicate they were suicidal, someone said things,

1   maybe didn't say they were suicidal, but said stuff

2   like, you know, that they have a dead relative, like

3   "I'm going to be with my dead relative," stuff like

4   that.

5   Q.    When you say somebody is acting suicidal, what

6   type of conduct, what type of things would indicate

7   to you that they were acting suicidal?

8   A.    I mean, obviously the things that I just said.

9   I mean, making statements, showing any type of

10  physical indicator.

11  Q.    Now, when you were in Corrections between May

12  of 2013 and June of 2016, were there any types of

13  factors that you might have been on the lookout for,

14  as a corrections officer dealing with inmates, to

15  determine whether somebody was suicidal or not?

16  A.    I mean, even though, like I say, I don't

17  remember the training, I think it's pretty common

18  sense that if someone tells you they are, someone

19  makes statements like I just said, you know, stuff

20  like that.

21       I mean, you know, if they're saying that

22  they're wanting to go be with dead relatives or

23  they're saying, you know, that they won't be there

24  tomorrow, stuff like that, you know, making all those

25  statements.

1    Q.    And what -- would you tell us what's the job

2    description of a corrections officer?

3    A.    The safety and security of inmates to -- are

4    you talking about at LMPD, right?

5    Q.    Well, Louisville Metro Corrections.

6    A.    Or, I'm sorry, LMDC.

7    Q.    That's okay.

8    A.    Obviously safety and security of inmate

9    population.  Make rounds, check on people.  You feed

10   people food, you give -- walk around and provide

11   security for medical staff when they're on the floor,

12   things like that.

13   Q.    The prime directive is?

14   A.    Safety and security.

15   Q.    Of?

16   A.    Of inmates and staff.

17   Q.    Correct.  In doing so, let me -- let me give

18   you some potential factors that might -- might have

19   been something familiar to you in your training or

20   your experience of increased risk of suicides, and

21   ask you if you have ever received this type of

22   training for somebody in this, or been notified in

23   training of this type of characteristic: an inmate

24   that gets bad news regarding their sentence or their

25   continued incarceration, could that be a sign of an

1   increased risk of suicide?

2   A.      Are you asking me as far as being trained?

3   Q.      Yes.

4   A.      Because I don't remember being trained on that,

5   no.

6   Q.      In terms of your common sense as a corrections

7   officer --

8   A.      It makes sense, yes.

9   Q.      -- could that be something that you would take

10  into consideration?

11  A.      Yes, it makes sense.

12  Q.      All right.  Someone that was going to court for

13  a court appearance, could that be in the same

14  category?

15  A.      Potentially, yes.

16  Q.      Someone that is in a situation where they're

17  fighting with other inmates.

18  A.      Uh-huh.

19  Q.      Could that be a sign of an increased risk of

20  suicide?

21  A.      Potentially.

22  Q.      Someone that would -- an inmate that would be

23  fighting with corrections staff, would that also be

24  in the same category potentially?

25  A.      It could potentially be, yes.

1  Q.    Say an inmate that learns that an anticipated

2  bond reduction hasn't come about, and they're still

3  going to be held in lieu of bond, would that be a

4  potential factor as well?

5  A.    Potential.

6  Q.    Now, are you saying that these types of things

7  are -- maybe you don't remember from your training,

8  but it's something that was apparent to you as a

9  corrections officer to be on the lookout for?

10 A.    There are things that, along with other

11 factors, could have been -- you know, all those

12 things in and of themselves, inmates fight every day,

13 you know.  Inmates get bad news every day, so, you

14 know, the entirety of the situation I would take into

15 account.

16 Q.    And would it be a fair statement that as a

17 member of the corrections staff it is one of your

18 duties to observe inmates for these signs to see if

19 there are any kind of warning signs or red flags that

20 would indicate they might commit some type of

21 self-harm?

22 A.    Yes.

23 Q.    And if that was apparent to you in the

24 hypothetical sense, or in the hypothetical case, as a

25 corrections officer what would your duty be at that

1    point in time?

2    A.    If I thought someone was suicidal I would try

3    to, depending on where they were at, remove them from

4    the situation that they're in, if that situation is

5    something that's causing it or I feel like there's a

6    danger there.

7         Have someone sit and watch that person.

8    Call -- I would call medical, told them that we had

9    someone who was making statements, and after they

10   come up and assess them, if they decided that he

11   needed to be moved, we would move them.

12   Q.    Now, let me switch gears a little bit.  I want

13   to ask you about when you started work at LMDC, where

14   in the jail were you assigned?  Where were your

15   assignments during the, I guess, a little bit more

16   than a three-year period?

17   A.    Yeah.  I can't remember all of them.  When I

18   started I was on the third floor, and then --

19   Q.    What's on the third floor?  This is of the jail

20   complex?

21   A.    Yes, sir.  There's general population inmates,

22   there are some inmates there that are -- call them --

23   they called them CIT inmates, and I explained that

24   earlier, they had been diagnosed with some sort of --

25   or been decided by staff, I don't know how they did

1    that, but that they had some sort of a mental health

2    issue, and that's all I can really remember on the

3    floor.

4    Q.    When you were there on the third floor, do you

5    remember what shift you worked?

6    A.    Yeah, I worked second shift.  It would have

7    been 3:00 to 11:00.

8    Q.    And then after your assignment on the third

9    floor, do you remember where you went after that?

10   A.    I don't.

11   Q.    Do you remember what other areas in the jail,

12   maybe not chronologically, but do you remember what

13   other areas in the jail you worked as a corrections

14   officer?

15   A.    I worked -- as far as assignments, I don't

16   remember where I was assigned except I know I was

17   assigned to the fifth floor when I left.  Well, no, I

18   take that back.  I was assigned to the fifth floor

19   when this incident happened for that period of time,

20   and I moved from the fifth floor, I moved to the

21   booking floor, but I worked on probably, I mean, most

22   of the floors in there.  I don't -- I can't think of

23   a floor that I didn't work on at least a day, you

24   know.

25   Q.    Now, when you say the floors, are you talking

1    about both the jail complex as well as the Hall of

2    Justice?

3    A.    Yes, sir.

4    Q.    In November of 2015 is when Mr. Troutman, the

5    decedent in the lawsuit, was on the fifth floor and

6    committed suicide, or put himself in a position that

7    he eventually lost his life, and this was on the

8    fifth floor in dorm 9.

9    A.    Yes, sir.

10   Q.    All right.  And do you have a memory of that

11   day or what happened?

12   A.    Yes, sir.

13   Q.    All right.  And let me ask you, first of all,

14   I'm going to show you, we'll mark it Exhibit number

15   1.

16        (Plaintiff's Exhibit 1 was marked for

17   identification and is filed with this transcript.)

18   Q.    I'm going to show you a document marked

19   Plaintiff's Exhibit Number 1, ask you if you

20   recognize that document?

21   A.    It looks like a -- looks like an incident

22   report that I did.

23   Q.    Okay.  Regarding the suicide of Mr. Troutman on

24   11/24/15?

25   A.    That's what it looks like.

1   Q.    Other than when you -- well, let me ask you

2   this:  How do you generate this report?

3   A.    Physically, like what program do you use or --

4   Q.    Yeah.  Well, you're in the jail, you have an

5   incident happen that obviously has to be reported, so

6   what do you do?  How does this document get

7   generated?

8   A.    If I remember correctly -- I'll be honest with

9   you, I don't remember what system it is that you do

10  it in.

11  Q.    That's okay.  Would you utilize like a computer

12  and type out on a keyboard?

13  A.    Yeah, yeah.  I believe -- I believe it was

14  called XJail, but I can't remember -- I can't

15  remember if there were two different systems there or

16  not.  Yeah, would have been just a computer-generated

17  document, though.

18  Q.    All right.  And what was the policy, you have

19  what's -- this is in the category of an extraordinary

20  incident.  What's the policy, or what was the policy

21  at LMDC at that time when an incident similar to this

22  would happen, you know, on your floor during your

23  shift?

24  A.    I honestly don't remember.  I don't remember

25  the policy on it at all.

1   Q.   All right.  Well, was it anticipated or

2   expected that you as a witness to this incident would

3   provide supervisors with a narrative of what

4   happened?

5   A.   Yes, I would always try to complete it before I

6   left, left that shift.

7   Q.   While it was fresh in your mind?

8   A.   Uh-huh.

9   Q.   And the document that you've seen here today,

10  Exhibit Number 1, does that seem to be a fair and

11  accurate representation of your report from that day?

12  A.   Give me a minute, let me read it.

13  Q.   Sure.

14  A.   Yes, it does.

15  Q.   All right.  Now, I'm going to show you another

16  exhibit, and we'll mark this Exhibit Number 2.

17       (Plaintiff's Exhibit 2 was marked for

18  identification and is filed with this transcript.)

19  Q.   And go ahead, and you can get familiar with

20  that.  It's a number of pages, take your time.

21  A.   All right.

22  Q.   All right.  That is, that exhibit, is that a

23  fair representation of your tape-recorded statement,

24  the best you remember it, when you gave that to

25  Professional Standards Unit?

1    A.    Yes, sir.

2    Q.    Okay.  And your -- well, I'll ask you some

3    questions about it in a minute, but your answers to

4    Sergeant Callahan's questions about what happened up

5    on H5 dorm 9 that day, is that consistent with your

6    memory --

7    A.    Yes.

8    Q.    -- of what happened?

9          I will show you another exhibit, and this will

10   be Number 3.

11         (Plaintiff's Exhibit 3 was marked for

12   identification and is filed with this transcript.)

13   Q.    If you would take a look at that, and when

14   you're ready, if you could tell us what it is.

15   A.    Looks like a set of post orders from

16   November 24th, 2015.

17   Q.    And post orders means what?

18   A.    It's a lineup for the day.  It tells who's --

19   what sergeant is on the floor, and who's working on

20   the floor and where they're working.

21   Q.    And on Exhibit 3 that's in front of you or that

22   you're holding, what day is that for?

23   A.    It is for November 24, 2015.

24   Q.    Which shift?

25   A.    Excuse me?

1   Q.    Which shift?

2   A.    Oh, second.

3   Q.    And your name indicated on that document?

4   A.    Yes, sir.

5   Q.    All right.  Tell us what Unit 5 is and the

6   other individuals that are -- whose last names are

7   listed on that document.

8   A.    Sergeant, Goff; Control, Taylor; West M through

9   4, Ramey; West 5 through 8, Miller; East, Maubrey and

10  Pierce; East, Santiago; and West/East was NA.

11  Q.    All right.  So basically this is a roster of

12  corrections officers, when we're talking about Unit 5

13  that is, it's a roster of corrections officers that

14  were on duty that day?

15  A.    Yes.

16  Q.    And on that shift?

17  A.    Yes.

18  Q.    And this would be for what, the entire fifth

19  floor in the Hall of Justice?

20  A.    Yes.

21  Q.    And that would be the list of the corrections

22  staff.

23  A.    Yes.

24  Q.    Officer, let me, if I can, let me ask you, and

25  we're going to put this -- going to give you a blank

1    piece of paper rather than a piece with lines on it,

2    and I'm going to ask you if you can draw for us a

3    diagram of how the fifth floor in the Hall of Justice

4    is laid out, as best you can.

5    A.    Sir, I really -- like I don't remember exactly

6    how it's laid out.  It's been a while.

7    Q.    I get you.

8    A.    Okay.

9    Q.    Do the best you can and take your time, and

10   then we can examine it.

11         (Plaintiff's Exhibit 4 was marked for

12   identification and is filed with this transcript.)

13   A.    Okay.  I'm also not the best artist, so.  I

14   drew this, and I realized I only drew the west side,

15   the side that we were on that night.

16   Q.    Okay.  I tell you what.

17   A.    Give me another sheet and I'll do the other

18   side.

19   Q.    I'll give you another piece of paper and you

20   can do that.

21   A.    There you go.

22   Q.    Go ahead and do that, and then we'll start

23   labeling stuff.  So I'll put another sticker on that

24   when you're ready.

25   A.    I think that's about it.

1   Q.    All right.  I'm going to put sticker of Exhibit

2   5 on the second drawing.

3         (Plaintiff's Exhibit 5 was marked for

4   identification and is filed with this transcript.)

5   Q.    I'll put it in an area that doesn't come into

6   play.  And, Officer Ramey, if you don't mind, if you

7   could just put your initials on top of Plaintiff's

8   Exhibit 4?

9   A.    Right here on the sticker?

10  Q.    Put it on top, above the sticker.

11  A.    My initials?

12  Q.    Yes.  All right.  And do the same on Exhibit 5.

13        All right.  So if Exhibit 4 is a diagram that

14  you drew to show the west side of the Hall of Justice

15  on the fifth floor, and Exhibit 5 is the east side.

16  A.    Yeah.

17  Q.    Okay.  So tell us, you made different

18  indications, you've indicated one section of this,

19  this is on Exhibit 4, is the control room.  So is

20  there like one control room for the entire floor, or

21  is there one for each side?

22  A.    No, there's only one for the floor.

23  Q.    Okay.  And is that located centrally in the

24  middle?

25  A.    Yes, it would be -- well, it's located on the

1    west side, but it's close to the east side.  It's

2    centrally -- it's fairly central.

3    Q.    Okay.  Now tell us the other portions of your

4    drawing, what do they represent?  Let's start with

5    this.  There's -- you have like an L-shaped thing

6    over there?

7    A.    Yeah.

8    Q.    What would that be?

9    A.    That's dorm 9.

10   Q.    And can you label that and put dorm 9 on it?

11   A.    (Witness complied).

12   Q.    Okay.  And if you would go around the, I guess

13   the perimeter of your drawing, would that be where

14   the other dorms and other holding cells are located?

15   A.    Yes.

16   Q.    Okay.

17   A.    Yeah.

18   Q.    Let me ask -- let's strike that.

19         Let me ask the question this way.  On your

20   Exhibit 4, which is the west side of the fifth floor

21   of the Hall of Justice, on your roster, or the

22   roster, not your roster, but on the roster it says

23   west M-4 and west 5 to 8, and then there's two

24   indications of east.  What -- what does that mean?

25   A.    The two west side officers would work this side

1    of the floor.  The two east side officers would work

2    where Exhibit 5 is.

3    Q.     So on the west side where it has M-4, what does

4    that represent?

5    A.     Med through 4.

6    Q.     "Med" meaning medical?

7    A.     That's what they called it, yes.

8    Q.     Okay.  What was it really?

9    A.     They used it for single cell housing.  Not

10   everyone in there had medical issues, not that I

11   remember anyway.  I could be mistaken on that.

12   Q.     That's fine.  Do you remember where med, the

13   med single cells were located?

14   A.     Yeah, that was dorm 9.

15   Q.     Okay.  That was dorm 9.

16   A.     Uh-huh.

17   Q.     Okay.  Now, the 4, does that mean there were 1,

18   2, 3, 4 different dorms?

19   A.     Yes.

20   Q.     On the west side?

21   A.     Yeah.  No, on the west -- on the west side

22   there's a total of nine, yeah, total of nine dorms.

23   Med through 4 there's med and then 1, 2, 3, and 4, so

24   would be a total of five.

25   Q.     And those are single cell dorms?

1    A.    Not all of them, just dorm 9 and dorm 4.

2    Q.    Could you show us where dorm 4 would be located

3    on your drawing?

4    A.    Dorm 4 would be down here.

5    Q.    Okay.  Want to write dorm 4?

6    A.    (Witness complied).

7    Q.    How many -- how many cells would be in dorm 4,

8    do you remember?

9    A.    No, I don't remember.

10   Q.    Now, dorms 1 through 3, where would they be

11   located?

12   A.    Do you want me to write it on here?

13   Q.    Yes.

14   A.    (Witness complied).

15   Q.    And as you indicated, these are all single cell

16   dorms?

17   A.    No.

18   Q.    No.  Which of these besides dorm 9 are single

19   cell dorms?

20   A.    Only dorm 4.

21   Q.    All right.  And you want to put an S/C

22   underneath 9?

23   A.    Underneath 9?

24   Q.    I thought you said -- oh, I'm reading that

25   wrong.  It's dorm 4.

1    A.    (Witness complied).

2    Q.    And then you have dorms 5 through 8 on the west

3    side.  Where are they located?

4    A.    Do you want me to write them?

5    Q.    Yes.  Are any of those dorms 5, 6, 7, or 8, are

6    they single cell?

7    A.    Dorm 8.

8    Q.    Okay.  Could you put S/C under 8?

9    A.    (Witness complied).

10   Q.    Now, on this side of the building, I know

11   you're saying it's the west side of the Hall of

12   Justice, does that look due west, or do you know?

13   A.    I don't know.

14   Q.    Okay.

15   A.    No clue.

16   Q.    Can you tell -- I know you can access this, at

17   least the public can access it by elevators from

18   inside the Hall of Justice.  Do you know where the

19   elevators would be?

20   A.    The elevators for the public?

21   Q.    Yes.

22   A.    That would be over here (indicating).  Hard to

23   draw them with the thing there.

24   Q.    So about where the exhibit sticker was, that

25   would be the elevators in what, would that come up

1    into a room of some type?

2    A.    Yeah.  There was like a little, like a waiting

3    room, I guess.

4    Q.    And would that bump up next to the control room

5    in the center of that floor?

6    A.    Yeah, you could see the control room through

7    there.

8    Q.    And where would be -- I know there are like

9    visiting booths up there?

10   A.    Uh-huh.

11   Q.    With -- they're noncontact booths.  Where would

12   those be located?

13   A.    Right here by the control room.  Do you want me

14   to label them?

15   Q.    Yes, you could put "Visiting booth."

16   A.    (Witness complied).

17   Q.    And this area here, what -- what would be found

18   in that area?

19   A.    It's just a big open space.

20   Q.    Are there bars there?

21   A.    I don't remember, to be honest.  I don't think

22   so.

23   Q.    Would inmates be allowed to be in that area

24   during different times of the day?

25   A.    Yeah, they can walk through there.

1    Q.    And in this area, this is a large area toward

2    the bottom of that drawing, what does that represent?

3    A.    This is just a little elevator where the

4    elevators come up.  It's a room.  I don't know what

5    you would call it.

6    Q.    Okay.  But it's an area, would inmates have

7    access to that area as well?

8    A.    Yeah, they would go -- they would have -- some

9    inmates would have access to that area.

10   Q.    So what you have in this drawing is that

11   inmates would be housed in the med, what was

12   designated as the med dorm, but 1 through 9 in this

13   position on the fifth floor.

14   A.    Uh-huh.

15   Q.    All right.  And that's where -- that's where

16   they would be housed?

17   A.    As best I can remember.

18   Q.    Three of them being single cells?

19   A.    Uh-huh.

20         THE REPORTER:  Is that yes?

21   A.    Excuse me?  Yes, it's single cells.

22   Q.    All right.  Now, let's move over to Plaintiff's

23   Exhibit Number 5, and that would be the east side of

24   the Hall of Justice?

25   A.    Yes.

40

1    Q.    All right.  Now, is any part of that, would

2    that be able to butt up next to the west side that

3    you drew?

4    A.    Yes, there's a door leading from the west to

5    the east that came through there.

6    Q.    So go ahead, and if you would, label the

7    portions of Exhibit Number 5 for us.  So the control

8    room, is that depicted in that, or is it really found

9    on Exhibit 4?

10   A.    No, it's on Exhibit 4.

11   Q.    And do you -- go ahead and show us where the

12   control room would be closest to on this exhibit.

13   A.    It would be -- it would be up this way.

14   Q.    Okay.  Let me ask you this:  Would that be the

15   proper way to look at it?  If this was a continuation

16   of the control room, or is that accurate?

17   A.    No.

18   Q.    Okay.

19   A.    Are you talking about in relation to this,

20   correct?

21   Q.    Yeah, yeah.

22   A.    It would be like that, so it would be the

23   elevators and the control room (indicating).

24   Q.    Okay.  And what would this area be, and I'm

25   pointing to Plaintiff's Exhibit Number 5.

1    A.    That was a gym.

2    Q.    Oh, okay, so you have the gym on the fifth

3    floor.  Can you write "Gym" in that space?

4    A.    (Witness complied).

5    Q.    And this area, you have a fairly large area

6    there.  What is that?

7    A.    It is just open space that was never used.

8    Q.    All right.  Would any inmates hang out in

9    there, would they be allowed to be in that area?

10   A.    Not when I worked there.

11   Q.    Very good.  Now, you have indications, hash

12   marks all around the perimeter on the east side of

13   your drawing on Exhibit 5.  What do they represent?

14   A.    Those are single cells.  I would like to point

15   out that I'm not positive that these are the accurate

16   amount of single cells.  I don't remember how many

17   cells there were.

18   Q.    All right.  In looking at the roster where it

19   has, this again is the east side, it has looks like a

20   total of three corrections officers that would have

21   been assigned there?

22   A.    Yeah.

23   Q.    Do you have any -- can you estimate the number

24   of dorms?

25   A.    The number of dorms?

1    Q.    Yes.

2    A.    There were five.  Five dorms there.

3    Q.    Okay.

4    A.    Are you talking about just on the east side?

5    Q.    Yes.

6    A.    Yeah, there were five different dorms.

7    Q.    And did any of those include single cells?

8    A.    They were all single cells.

9    Q.    They were all single cells?

10   A.    Uh-huh.

11   Q.    All right.  And do you have an idea where they

12   would have been located, the five dorms on that side?

13   A.    I know where they were located, but I cannot

14   remember for the life of me their numbers.  They were

15   numbered, and I can't remember that.

16   Q.    That's fine.  Just put "Dorm" in the locations

17   that you believe they existed.

18   A.    (Witness complied).

19   Q.    And that's five dorms.  And would all those

20   dorms have the same number of cells, or would they be

21   different numbers?

22   A.    No, they were different.

23   Q.    All right.  Now, Mr. Troutman was located on

24   November 24 of 2015 when he had the suicide, he was

25   on H5D9C2.  Does that sound right?

1    A.    That sounds right to me, yes.

2    Q.    Okay.  Well, it should be indicated in your

3    report.

4    A.    Yeah.  He was in cell 2.  You said C.  It kind

5    of threw me off.

6    Q.    Oh, I'm sorry, cell 2.  Now, show me again

7    where dorm 9 is on the west side?

8    A.    (Indicating).

9    Q.    Okay.  And dorm 9 were single cell dorms?

10   A.    Yes.

11   Q.    Now, in relation of the dorm to the control

12   room, on the -- you called this document a post

13   order.

14   A.    Yeah.

15   Q.    Okay.  On the post order, you and Officer

16   Miller were the two officers on the west side?

17   A.    Yes.

18   Q.    And were you responsible for all the inmates,

19   checking on all the inmates in the nine dorms --

20   A.    Yes, sir.

21   Q.    -- that were listed?

22   A.    Yes, sir.

23   Q.    Okay.  And were there really -- tell me again,

24   straighten me out, I know one was designated as med,

25   so was there ten dorms or nine?

1   A.     It's -- let's see.  It would be one, two,

2   three, four, five, six, seven, eight, nine total.

3   Q.     Okay.  And the post order indicates an Officer

4   Taylor was assigned to control.  What does that mean?

5   A.     There's an officer that sits in control room,

6   and there are certain doors that are worked by the

7   control room.  On -- on different days different

8   officers would work in the control room, so they

9   would work -- in dorm 5, or in H5, the doors that

10  they worked, they didn't work all the doors, they

11  only worked a couple of them.  I don't remember which

12  ones, though.

13  Q.     And what was the reason they only worked some

14  of the doors?

15  A.     I don't know.  I couldn't tell you.

16  Q.     Would you -- when you were working with Officer

17  Miller that day, would you have had personal contact

18  with Officer Taylor who is designated as the control

19  officer?

20  A.     Yes.

21  Q.     So when you go into the control room, you know,

22  you could have face-to-face contact, he's right there

23  in front of you if you wanted him to be.

24  A.     Yes.

25  Q.     Okay.  Same thing with Officer Miller?

1    A.    Yes.

2    Q.    I'm going to show you what I'm going to mark

3    Plaintiff's Exhibit Number 6, and ask you if you

4    recognize this document.

5         (Plaintiff's Exhibit 6 was marked for

6    identification and is filed with this transcript.)

7    A.    Yeah, it looks like an observation sheet.

8    Q.    Okay.  And what would an observation sheet be?

9    Tell us what the purpose of an observation sheet is.

10   A.    Single cell dorms, we put observation sheets in

11   single cell dorms.  On 5 they were only in the single

12   cell dorms because that counted as the walk, but it

13   was so that you would make rounds, check the sheet

14   saying the time that you made your round to check on

15   the people that were being housed there.

16   Q.    Now, on Exhibit Number 6 in front of you, can

17   you determine where the date and the shift and the

18   location of that observation sheet?

19   A.    It was 11/24/15 was the date.  It would have

20   been 3:00 to 11:00, and it was walk 9.  Second shift

21   3:00 to 11:00.

22   Q.    And do you see your signature on that document?

23   A.    Yes.

24   Q.    All right.  And would you have made any of the

25   notations on the sheet indicating the observations

1    you made during your shift?

2    A.     Yeah, I would have made a few.

3    Q.     All right.  I'm going to ask you, if you would,

4    just put a mark, you could put a red X next to the --

5    the times that you've marked on that sheet.

6    A.     Next to the time?

7    Q.     Yes.

8    A.     (Witness complied).

9    Q.     It appears that you made ten marks at varying

10   times on that sheet, correct?

11   A.     Yes.

12   Q.     And what was the procedure then while you were

13   working that floor?  How often were you required to

14   check on the status of the inmates in a single --

15   single cell dorm?

16   A.     It was 30 minute rotation.

17   Q.     And tell us what was the procedure that you

18   would use when you would do that?  How would you

19   check on the welfare of an inmate in a single cell

20   dorm at that point in time for that walk?

21   A.     On a single cell dorm?

22   Q.     Uh-huh.

23   A.     I would walk into the dorm, I would look in

24   each window to make sure that I could see the inmate

25   and that he was all right.  Go do that for every one

1    of them and sign the sheet.

2    Q.    I'm going to -- you doing okay?  You need a

3    break?  We've been about an hour and 15 minutes.

4    A.    I might say I might take a cup of water.

5         MR. SIMON:  Let's take a little break, go off

6    the record.

7         (Recess from 3:06 p.m. to 3:13 p.m.)

8    By Mr. Simon:

9    Q.    All right.  Officer Ramey, I'm going to show

10   you, and maybe you think this would be helpful, but

11   I'm going to show you a diagram that Officer Miller

12   drew during the course of his deposition, and ask you

13   to take a look at that, and of course it's marked

14   Officer Miller, and we're going to mark this as our

15   own deposition -- I think we're up to 7?  I think

16   that's right.

17        THE REPORTER:  Yes.

18        (Plaintiff's Exhibit 7 was marked for

19   identification and is filed with this transcript.)

20   Q.    And take a look at that, and I want to ask you

21   if you think that is a good representation of dorm 9

22   on the fifth floor of the Hall of Justice when you

23   worked there in November of 2015.

24   A.    I believe so, yes.

25   Q.    No reflection on your --

1    A.    You say the Hall of Justice?  This looks like

2    only the control room and dorm 9, I'm sorry.

3    Q.    All right.  Dorm 9 and the control room.

4    A.    Okay.

5    Q.    That section of the fifth floor Hall of

6    Justice.

7    A.    Yeah.

8    Q.    Okay.  And you've given us a representation of

9    the east and west side in your Exhibits 4 and 5.

10   This is more of a close-up or an isolated view of

11   that single cell dorm?

12   A.    Yes.

13   Q.    All right.  And you tell me, does that appear

14   to be an accurate representation of the dorm 9 on the

15   fifth floor?

16   A.    Yes.

17   Q.    All right.  And of course this was drawn by

18   Officer Miller.  He was your partner that day.

19   A.    Yes.

20   Q.    And he's identified the number of cells and

21   different areas within his exhibit, which is your

22   Exhibit 7.  Can you -- can you name those portions of

23   the single cell and see if they match up with Officer

24   Miller's description?

25   A.    I'm not sure I understand the question.

1   Q.    Okay.  Well, he has labeled here "Common Area."

2   A.    Uh-huh.

3   Q.    Was that your -- did you consider that a common

4   area for the individuals in that particular dorm?

5   A.    Yes.

6   Q.    And would there be some tables or furniture or

7   something in that area for those inmates to sit on or

8   to lay out newspapers on or something like that?

9   A.    There were, but honestly I don't remember where

10  it was or how -- I couldn't tell you anything about

11  it right now.  I don't remember.

12  Q.    Okay.

13  A.    I do know where he has the -- he has a TV here,

14  I remember the TV.

15  Q.    He has one of these blocks labeled "Shower."

16  Did that dorm, to your memory, have its own shower

17  for the inmates?

18  A.    Yes, sir.

19  Q.    And he has different cells labeled 1, 2, 3, 4,

20  5, and closet.  Is that -- is that consistent with

21  your memory of that dorm?

22  A.    Looks right to me.

23  Q.    And he also has made an indication with this

24  arrow at both ends saying "Outside wall of the Hall

25  of Justice."

1    A.    Yeah.

2    Q.    So cells 1 through 4 in the shower would be up

3    against the outside wall of the Hall of Justice?

4    A.    I believe that's correct.

5    Q.    Now, do you know what direction this would be

6    pointing in?  If you were looking out one of the

7    windows in one of the cells in dorm 9, do you know

8    whether you'd be looking west or south or east or

9    north, do you know?

10   A.    I don't know.

11   Q.    Now, in relation to the control room, Officer

12   Miller's diagram indicates that the control room was

13   basically right across from the entrance of dorm 9.

14   Was that your recollection?

15   A.    Yes.

16   Q.    And is that so indicated on your Exhibit 4?

17   A.    Yes.

18   Q.    And tell us the approximate distance it was

19   from the door coming out of the control room to the

20   door going into dorm 9.

21   A.    To the door going in to dorm 9?

22   Q.    Yes.

23   A.    God, it wasn't much.  It was maybe six feet.

24   Q.    Now, what -- what type of mechanism -- well,

25   strike that.

1    The door to the control room, is that the only

2    door into and out of the control room on the fifth

3    floor?

4    A.    There are two other doors in the control room,

5    but I never saw them opened, so I don't know if they

6    opened or not, but that door is the only one that we

7    used.

8    Q.    All right.  So really at that point in time you

9    only used one door.

10   A.    Yes.

11   Q.    And was that door controlled with the control

12   being opened or closed, either electronically or with

13   a key, or both?

14   A.    You could -- you can use both.  You could use a

15   key or electronic, but if I remember correctly, the

16   control room officer was the one who unlocked that

17   door.

18   Q.    And is it normal for that door to be locked?

19   A.    Yes.

20   Q.    So as a matter of policy, protocol, standard

21   operating procedures, the control room doors on,

22   let's just say, floors 5 and 6, which are designed

23   similarly?  Did you ever work up on 6?

24   A.    I worked up there, but like I say, I can't

25   remember exactly how 6, I didn't work up there very

1   often.

2   Q.    Well, let me rephrase that question.  The

3   normal standard operating procedure when you worked

4   there on the fifth floor of the Hall of Justice, is

5   that the one control room door that you-all used,

6   that the corrections officers used for entering and

7   existing the control room, was a secure door, it was

8   locked?

9   A.    Yes, yeah, it was to be locked by policy, yes.

10  Q.    Now, across the hall is a door that's

11  indicated, that you indicated to dorm 9?

12  A.    Yes.

13  Q.    Okay.  What kind of door would that be?

14  A.    A big metal one?  Like is -- is that what

15  you're looking for, what it's made of?

16  Q.    Yeah, describe the type of door.

17  A.    Yeah, it was just a metal door.  You could open

18  it with a key.  Control room officer could open that

19  door.

20  Q.    All right.  So it could be opened with a key or

21  electronically?

22  A.    Yes.

23  Q.    Did it have a window in it?

24  A.    I believe it could be opened electronically.

25  It had -- every cell had windows in it, yeah.  I

1    think the shower might have too.

2    Q.    So the door to the dorm --

3    A.    Actually, I take that back.

4    Q.    Go ahead.

5    A.    So 5 did not have one.  It was on the inside.

6    Q.    All right.  And would that line up with cell 5

7    on Officer Miller's drawing?

8    A.    Yes, sir.

9    Q.    And I take it the closet wasn't used for

10   housing anyone?

11   A.    No.

12   Q.    Do you remember what was in there?

13   A.    If I remember correctly, cleaning supplies,

14   garbage bags, things like that, we kept them locked

15   back there.

16   Q.    Now, there's a window, you said, with the

17   exception of cell 5 in dorm 9, there's a window on

18   the door, I take it the metal door to each of those

19   single cells?

20   A.    Yes, to each of the -- each of the cells there

21   was a separate door.

22   Q.    And how big would the window be to those single

23   celled -- single cells?

24   A.    I honestly -- I don't remember, to be honest.

25   Q.    Do you remember whether -- would they be --

1   would you be able to look through them and see inside

2   the cell?

3   A.    Are you talking about the window on the door?

4   Q.    Yeah, on the door to each cell.

5   A.    I thought you were talking about the window to

6   the outside.

7   Q.    No, no, no, the window to the cell.

8   A.    The window to the door would probably be about

9   maybe, I guess, like a foot and a half, two foot tall

10  by about six inches wide maybe, if that.  I don't

11  really know, but --

12  Q.    Otherwise there was a solid metal door.

13  A.    Yeah.

14  Q.    Now, you did mention the windows to the outside

15  of the cells.  Where were they located in each of

16  those single cells that ran up against the wall, the

17  outside wall of the Hall of Justice?

18  A.    They would have been on the outside wall.

19  Q.    All right.  Where on the outside wall?

20  A.    Like I say, I can't remember exactly where

21  those were.  I don't --

22  Q.    Do you remember bars being on these single

23  cells or bars being in these single cells as part of

24  that?

25  A.    Yes, sir.

1    Q.    Where would the bars be?

2    A.    Over the windows.

3    Q.    All right.  And how long --

4    A.    In all of them but 5.  Cell 5 I don't think had

5    any, but I can't remember, so not a hundred percent.

6    Q.    But as far as you know, the cells that are

7    numbered 1, 2, 3, 4, had bars.

8    A.    Uh-huh.

9    Q.    Near the windows?

10    A.    Yes.

11    Q.    And the windows, would they be on the floor, or

12    would they be above the floor?

13    A.    No, they were -- they were high on the wall.

14    Q.    All right.  Can you estimate how high they were

15    on the wall?

16    A.    I really -- I wouldn't be able to -- I can't

17    remember how they would have been.

18    Q.    What other items would have been in these

19    single cells, items being for the inmates?

20    A.    There would have been their personal

21    belongings, there was -- there was a bed, the frame.

22    There would have been a mattress on that.  There was

23    a desk like built into a wall, I believe.  Stool

24    that, if I remember correctly, was made out of

25    concrete.

1    There were toilet and like a sink, like a

2  little metal toilet and sink.  I really can't

3  remember.  There was a light in there, I believe, but

4  other than that I can't remember anything.

5  Q.    When -- when an inmate would be assigned to

6  your -- to a dorm that you were responsible for.

7  A.    Uh-huh.

8  Q.    And that inmate would appear on the floor --

9  A.    Uh-huh.

10  Q.    -- for a cell assignment in one of the dorms

11  that you're responsible for.

12  A.    Uh-huh.

13  Q.    What was the procedure that you-all went

14  through to have that inmate put in that cell?

15  A.    He would be put on a move list from -- I assume

16  classification did that, and he was put on that move

17  list.  Whatever floor that that inmate was coming

18  from, they would see that, have him collect his stuff

19  and bring him to the floor that I'm on.  I see -- I

20  look at the move sheet, see what cell he's going

21  into, and put him in that cell.

22  Q.    When you say he comes with his stuff, what are

23  you talking about?

24  A.    Their personal property.  They have property

25  that they bring with them when they come.

1    Q.    Now, the bed that's located in these single

2    cells, is there a mattress that remains in there, or

3    do they pick one up at another location, or what?

4    A.    It's not always necessarily the same, but

5    what's supposed to happen, they'll leave their

6    mattress at the floor that they leave, and they'll

7    get a new mattress when they come up.  Did that

8    always happen?  Not necessarily.  Sometimes they

9    would bring it from there, or you'd have to go

10   somewhere to find a mattress if you didn't have any

11   that were available to you.

12   Q.    Now, you said that an individual inmate come up

13   off the move list and be -- and you would be told or

14   informed by classification that that person was on

15   their way?

16   A.    They would -- there would be a common move list

17   that you could look at for the floor.  So they

18   wouldn't physically call me.  They would put it in a

19   sheet, and that sheet would be what you would look at

20   to see where that inmate went on your floor.

21   Q.    Okay.

22         (Plaintiff's Exhibit 8 was marked for

23   identification and is filed with this transcript.)

24   Q.    I'm going to show you what I've marked as

25   Plaintiff's Exhibit 8 and ask you if you recognize

1    this document.

2    A.    I don't think I've ever seen this.

3    Q.    All right.  Do you know what it is?

4    A.    No.

5    Q.    The document has a name of Charles Troutman and

6    his inmate number and other personal information, and

7    then for Note Entry it says, "Inmate Note Type,

8    Inmate Movement."  All right?

9          And do you know whether or not the information

10   that would be on this form would be similar to the

11   information that you would receive when you were

12   working on the floor and an inmate was moved to a

13   dorm on your floor?

14   A.    Like I say, I've never seen this, couldn't tell

15   you what it is.

16   Q.    All right.  So let's go back, and maybe

17   referring to your previous answer.  You said you

18   would get some kind of document telling you that an

19   inmate was coming up and was being moved onto your

20   floor?

21   A.    Yes.

22   Q.    Okay.  And that document was -- would come from

23   where?

24   A.    It's a -- like I believe it's XJail that it was

25   in, but I can't remember their systems, but you would

1    go in, and you would put in the move list for your

2    floor, and it would be right there, so they could put

3    in information and you could see it, but the

4    information they put in, as far as I can remember,

5    only pertained to where they were at and where they

6    were going, so --

7    Q.    All right.  So when you say XJail, what is

8    XJail?

9    A.    It's a computer system that they used.

10   Q.    When you were working at Corrections?

11   A.    Yes.

12   Q.    And as a corrections officer did you have

13   access to it?

14   A.    Yes.

15   Q.    All right.  And where would you access XJail?

16   A.    From any computer.

17   Q.    Like in the control room?

18   A.    You could do it in the control room, yeah.

19   Q.    Okay.  Were there any other computers on the

20   fifth floor besides the ones in the control room?

21   A.    There were two.

22   Q.    Where were they?

23   A.    There was one just outside of dorm 8.  You want

24   me to show you where it's at?

25   Q.    Yes.  Thanks.

1    A.    That's not the right one.  So it would have

2    been right here.

3    Q.    All right.  Let's make a note of that.  Do you

4    still have that pen?

5    A.    The red one I gave back to you.  Right there.

6    Q.    All right.  We'll use the red pen.

7    A.    I have a pen if you'd rather --

8    Q.    No, let's use this big bad red pen.

9    A.    I think I do have your pen.  There we go.

10   Q.    That's okay.  You want to write "Computer"?

11   A.    (Witness complied).

12   Q.    Okay.  And that's outside dorm --

13   A.    8.

14   Q.    -- 8?  Okay.  Would it be like a little stand

15   there that you could access it, or what?

16   A.    If I remember correctly, it was a desk.  Then

17   there was one more computer on the floor, and it was

18   on the east side for the east side officers.

19   Q.    All right.  And if you go to the east side,

20   that would be Exhibit 5, can you show us where the

21   computer would be there?

22   A.    Computer would have been here (indicating).

23   Q.    All right.  So those written orders you could

24   see by logging onto XJail at any of the three

25   computers that were available to you on the floor.

1   A.     Yeah, I believe so.  If XJail is the system I'm

2   thinking of.

3   Q.     And as a corrections officer on that floor, I

4   mean, how would you know that an inmate was coming

5   up?  I understand what you're saying, you could look

6   on XJail and see if somebody was coming.  Okay.  How

7   were you alerted that an inmate was being moved onto

8   your floor?

9   A.     What we would normally do is we would show up,

10  print out the move list.  That's what they called it,

11  was move list.  We'd have that in front of us so when

12  people would bring people up we would like keep it

13  wherever, in our pocket or wherever, and look at it

14  and see where they went whenever they come up.

15  Q.     So it may have been a list that was printed out

16  for the officers that were on duty that day?

17  A.     We would print it out when we got there.

18  Nobody printed it out for us.  It was just in the

19  computer.  We would go in and look it up, print it

20  out, and then we would have it.

21  Q.     So would that be something that you would

22  normally do at the beginning of a shift?

23  A.     I don't remember when we did it, but it would

24  be toward the beginning.  That way you could get the

25  people who are leaving your floor together.

1    Q.    Let me ask you a more general question.  Back

2    during that period of time when you were working that

3    floor, you come on duty, and at that time you were

4    second shift, right?

5    A.    Uh-huh.

6    Q.    You'd come on duty.  Would you get a briefing

7    from the officers that were on duty on the first

8    shift before you come on, a briefing about what had

9    been going on on that floor that day?

10   A.    Sometimes they would, sometimes they wouldn't.

11   At that particular day I can't remember if they did

12   or didn't.  Can't remember any particular day.

13   Q.    So would it depend on what staff you happened

14   to be working with?

15   A.    Usually it would depend on that.  It would

16   depend on, you know, if something in particular

17   happened that day that they thought that we needed to

18   be made aware of, so, you know, anything that they

19   thought would benefit us for that shift.

20   Q.    When an inmate would come up to the fifth floor

21   and be assigned to a single cell, would there be a

22   particular reason for that to happen?

23   A.    For them to be put in a single cell?

24   Q.    Right.

25   A.    There are a few different reasons that they

1    could be put in a single cell.

2    Q.    What reasons would there be?

3    A.    There's disciplinary, and I can't remember if

4    on the fifth floor we had -- yeah, we had people who

5    were disciplinary and who were pending disciplinary.

6         It could be someone who had a medical condition

7    who needed to have medical sheets on them, but I

8    think those were all in the east, if I remember

9    correctly.  Those are the main two that I can

10   remember.

11   Q.    Inmates that were for administrative

12   segregation, what's -- what's the definition of that?

13   How would somebody qualify for administrative

14   segregation?  If you know.

15   A.    It's been a minute.  It's been a while.

16   Q.    Take your time.

17   A.    I can't -- I think they were like certain

18   things would -- like if they had an issue with like

19   somebody else, or if they were -- like if they felt

20   like -- I think like if they felt like their life was

21   in danger, like somebody threatening them or

22   something, I believe is what that was for.

23   Q.    Did you have any memory of any inmate in that

24   category being on the fifth floor of the Hall of

25   Justice while you were there?

1    A.    I don't have any particular memory of any

2    particular person.  I'm sure there was someone there

3    who was on admin seg.

4    Q.    You testified just a little bit ago, if I got

5    it right, that you could have an inmate that was

6    placed in a single cell on the move list who was

7    either disciplinary or pending disciplinary.  Did I

8    hear that right?

9    A.    I believe so, yes.

10    Q.    Okay.  What's the difference between inmate

11    moved for disciplinary reasons or an inmate moved for

12    pending disciplinary reasons?

13    A.    Like I say, it's been a while, so I believe

14    disciplinary, they couldn't have certain things in

15    their cells because they were on disciplinary.

16          Pending disciplinary, let's say an inmate did

17    something, like maybe they got into a fight with

18    somebody.  They couldn't be left in that dorm

19    obviously.  They had to be removed until disciplinary

20    officer could see them.  Those people, if they hadn't

21    been given disciplinary yet, so I think they could

22    still have all -- most of their belongings.

23    Q.    So if somebody is pending disciplinary, what --

24    what do you anticipate would happen as it pertained

25    to the disciplinary investigation, what would

1    normally happen?

2    A.    I don't know.  I wasn't involved in

3    disciplinary investigation part.

4    Q.    Well, would they be interviewed by anybody,

5    would they get a hearing from anybody, or do you

6    know?

7    A.    Like I say, I'm pretty sure a disciplinary

8    officer would come around and talk to them, but I

9    wasn't involved in that, so I don't know for sure.

10   Q.    Now, let me ask you in this time period in

11   November of 2015, were you aware of Corrections

12   policy that an inmate being investigated for fighting

13   with others, and being in the category of pending

14   disciplinary, could be placed in a single cell barred

15   cell temporarily before the disciplinary officer

16   interviewed them?

17   A.    Can you repeat that?

18   Q.    Yes.

19        MR. SIMON:  Well, let me ask the court reporter

20   to repeat that.

21        (The Reporter read the requested material.)

22   A.    I'm not sure about the specific policy.  There

23   could have been one, yes.

24   Q.    Was that something that you were aware of

25   happening during that period of time?

1    A.    Yeah, that's -- yeah, that's what I just was

2    saying, that they would put them in there pending

3    disciplinary, but I'm not aware of the policy.  I

4    couldn't tell you anything about the policy.

5    Q.    And were inmates in that category that were

6    pending disciplinary, were they housed in that

7    particular dorm, dorm 9?

8    A.    I believe they were.  I'm not a hundred percent

9    sure.  It's been a long time.

10   Q.    You've had a chance to review during your

11   deposition your extraordinary incident report and

12   your statement that you made to PSU?

13   A.    Yes.

14   Q.    All right.  Tell us, if you would, in your own

15   words, what do you remember happening the day that

16   you had to go into Mr. Troutman's cell when he was in

17   the situation he was in on November 24, 2015.

18   A.    I was in the control room.  It was the end of

19   shift.  We had to collect papers for our sergeant to

20   turn in.  So I was working on some of that.  Then I

21   was getting papers ready for the next shift.  DC went

22   into dorm 9 while I was doing that, come back out.

23   Q.    All right.  Who is DC?

24   A.    I'm sorry, Officer Miller.  I apologize.

25   Q.    That's okay.  Did you call him DC?

1    A.     I did call him DC.  I'm sorry.

2    Q.     That's okay.  Just needed to know who it was.

3    A.     Yeah.  He went into dorm 9.  He ran out, opened

4    the control room door, said that we had an inmate

5    that was hanging himself.  I grabbed the knife for

6    life from the control room, and I told control room

7    officer to call -- to call for backup.

8         I went out the door behind Miller.  He was --

9    he was actually in the room before I was.  He was

10   holding him up.  I was trying to cut the ligature.

11   The knife wouldn't work.

12        It got to a certain point where I felt like it

13   would be less time consuming to just untie the rope,

14   or the -- not the rope, the sheet from the bar.  So I

15   untied the sheet.

16        We laid him on the ground.  I began chest

17   compressions.  While I was doing chest compressions,

18   I don't know who the other officer was, but there was

19   another officer that removed the sheet from around

20   his neck while I was doing the chest compressions.

21        At that time I believe officer -- another

22   officer had shown up and had taken his mask out and

23   started rescue breaths, so we were doing team CPR,

24   two-person CPR.

25        I can't remember -- I can't remember who that

1    is right now, though, but anyway, we were doing CPR

2    on him.  We did -- you know, I don't know the amount

3    of time that we took to do CPR.  We had someone get

4    the -- or someone got the AED, brought it to the

5    room.

6    Q.    What's the AED?

7    A.    I'm sorry, automated -- or automatic

8    defibrillator.  I can't remember the exact term for

9    it.

10         So they came back.  Someone ended up cutting

11   his shirt to put the AED pads on him.  I don't

12   remember who that was either.  They placed the AED

13   pads on.  At that point I quit doing compressions so

14   that it could analyze.

15         When it was done and compressions started back

16   it was another officer that started compressions, so

17   that officer was doing compressions, and after that I

18   didn't have any more contact with Mr. Troutman as far

19   as like physical, like trying life saving means for

20   him.

21   Q.    Okay.  Because other, what, medical people came

22   up eventually?

23   A.    There -- we continued until fire and EMS

24   arrived.  I don't remember exactly who all was in the

25   room.  There were -- there were a few people by the

1    time it was over with, but fire and EMS came up, and

2    they ended up they were the ones that took over.

3    Q.    Now, was that your first contact with

4    Mr. Troutman, to your knowledge, in the jail?

5    A.    That -- that day, I believe, was.  Now, I had

6    contact with him obviously after he came up, but me

7    actually, like after he had hung himself and we

8    started working on him, that wasn't the first time

9    that day.

10   Q.    Okay.  Well, maybe let me rephrase the

11   question.  That -- that occurred later on in your

12   shift.  That was approximately 22:47 hours?

13   A.    Yeah.

14   Q.    There's documents that say that's when he was

15   found by Officer Miller, and that's when you came in

16   and assisted him.

17   A.    Uh-huh.

18   Q.    Do you remember Mr. Troutman coming up maybe an

19   hour, hour and a few minutes earlier?  I should take

20   that back.  Coming up about two hours earlier?

21   A.    I remember him coming up.  I don't remember

22   exactly when it was.

23   Q.    Do you remember being the officer that placed

24   him in the cell?

25   A.    I believe I was, yeah.

1    Q.    And any -- anything that you remember

2    specifically about him at that time, the way he was

3    acting, anything that he said to you?

4    A.    No, nothing stood out.

5    Q.    When Mr. Troutman came up off the move list,

6    did you receive -- do you remember receiving any

7    special instructions or any type of alerts that

8    accompanied that particular inmate?

9    A.    I do not.

10         (Plaintiff's Exhibit 9 was marked for

11   identification and is filed with this transcript.)

12   Q.    I'm going to show you -- we're up to 9.  I'm

13   going to show you Plaintiff's Exhibit Number 9, and

14   this had been another previous exhibit, so I put the

15   sticker on top of my writing at the lower right-hand

16   corner.

17         I'm just going to ask you to read that,

18   Officer, and when you're ready after you've read it,

19   let us know.

20   A.    Okay.

21   Q.    Tell us, do you recognize what this document

22   is?

23   A.    It looks like the narrative of an incident

24   report from an incident that I was not involved in.

25   Q.    Okay.  And this is an incident report that

MCLENDON-KOGUT REPORTING SERVICE, LLC  (502) 585-5634

1    involved that particular inmate, Charles Troutman?

2    A.    It appears to be, yes.

3    Q.    And it's dated November 13, 2015?

4    A.    Yes, sir.

5    Q.    All right.  When you were at -- working your

6    shift on the fifth floor of the Hall of Justice, did

7    you have access to this information?

8    A.    Are you asking did someone hand it to me?  No.

9    Q.    And would you -- well, strike that.

10         Would this be information that you would be

11   able to access as a corrections officer back in

12   that -- back at that time period?

13   A.    I don't remember if we could see incident

14   reports that were -- I really can't recall.  I'm

15   sorry for that.  I --

16   Q.    That's okay if you can't remember.

17   A.    Don't remember.

18   Q.    But the manner in which you would access it, if

19   you think you had access to it, how would you access

20   it?

21   A.    I would assume it would have been somewhere on

22   XJail, I believe is what it is, but I'm not sure.

23   Q.    Now, on the date that you had contact with

24   Mr. Troutman, on November 24th of that year, would

25   having this information, would that have been helpful

1   to you in evaluating that particular inmate?

2        MR. OGBURN:  Objection to form.  There's not a

3   foundation, there's no basis that he even saw this

4   information prior to the incident on the 24th.

5   Q.    You can go ahead and answer.

6   A.    What was the question again?

7        MR. SIMON:  Ms. Court Reporter, do you mind

8   reading that back for the deponent?

9        (The Reporter read the requested material.)

10       MR. OGBURN:  Objection.  Calls for speculation

11  as well.

12  Q.    You can go ahead and answer.

13  A.    Am I still answering it?

14  Q.    Sure.

15  A.    All right.  We didn't do any formal evaluations

16  on him.  We wouldn't have evaluated him one way or

17  the other.  Knowing what I have here, might I have

18  done something different?  I don't know.  I just

19  don't know, I didn't have the information.

20  Q.    Well, would you say that it's part of your duty

21  when you worked at Corrections as a corrections

22  officer, to constantly evaluate an inmate's state of

23  mind for the purpose of evaluating the safety of the

24  inmate?

25  A.    Informally, yes, and I would have done that

1    with him as well when he came up, just talking to

2    him.  It wouldn't have been a formal evaluation.

3    Q.    That's understood.  My question is whether or

4    not if that was part of your duty as a corrections

5    officer, for the purpose of protecting the inmate,

6    the type of information that was contained in this

7    daily incident report, would that have been an

8    important piece of information for you as a

9    corrections officer to know about before that

10   individual came on your floor?

11        MR. OGBURN:  Objection to form.

12   Q.    You can go ahead and answer.

13   A.    I mean, it would have been an important piece

14   of information, yes, but as far as an evaluation what

15   I would have done, I couldn't tell you because I

16   didn't have the opportunity to do it because I didn't

17   have the information.

18   Q.    Why would that be -- why would the information

19   contained in this report be an important piece of

20   information?

21   A.    Because of him having a history of -- having a

22   history of trying to kill himself.

23   Q.    Would that be a risk factor that you recognize

24   as contributing to the indicia of an inmate

25   contemplating suicide?

1          MR. OGBURN:  Objection to form.

2    A.    Do I still answer?

3    Q.    Go ahead and answer.

4    A.    Would it be -- I'm sorry, can you --

5    Q.    Let me restate it.

6    A.    Yeah.

7    Q.    Let me restate it.  Would that type of

8    information be important to you as a corrections

9    officer in protecting the inmate?

10   A.    Let me -- it would be important as to maybe

11   paying a little bit more attention to him, but we

12   didn't do evaluations.  We didn't do evaluations like

13   we were -- we weren't medical staff, so we would

14   not -- we would not go in and do a medical evaluation

15   on him unless something seemed like it was not how it

16   was supposed to be.

17   Q.    Would you agree that a previous suicide attempt

18   by an inmate within a two-week period would be a red

19   flag, would be something that you would pay

20   particular attention to?

21         MR. OGBURN:  Objection to form.

22         MS. O'REILLY:  Objection to form and

23   foundation.

24   Q.    Go ahead and answer.

25   A.    Possibly, yes.  Possibly would have been a red

1    flag.

2    Q.    Let's see.  Officer Ramey, were you -- do you

3    have a memory of an inmate who was lodged in the same

4    dorm with Mr. Troutman that day named Mitchem?

5    A.    I don't.

6    Q.    Okay.  Well, I'm going to show you some

7    documents and see if they help refresh your

8    recollection, and we're going to be up to 10, I

9    think.

10        (Plaintiff's Exhibit 10 was marked for

11   identification and is filed with this transcript.)

12   Q.    All right.  Officer Ramey, I'm going to -- have

13   you had enough time to look at that document?

14   A.    Yes.

15   Q.    Okay.  Do you know what it is?

16   A.    Looks like a pod roster.

17   Q.    What's a pod roster?

18   A.    It's just a list of inmates that are in the --

19   in the dorm and what cell they're in.

20   Q.    All right.  And so the inmates listed for

21   November 25th of 2015, it doesn't have a time, or it

22   has 00:00 hours, but it includes Mr. Troutman and

23   three other inmates of taking up, what, four of the

24   cells that were in dorm 9?

25   A.    Yes.

1    Q.    And the fact that there were four inmates,

2    including Mr. Troutman, in that dorm on the day that

3    we had this emergency with Mr. Troutman, is that

4    consistent with your memory?

5    A.    I don't remember at all, so I believe you.

6    Q.    Okay.  And then were you acquainted with any

7    statement made to any investigating agency by

8    Mr. Mitchem?

9    A.    No.

10    Q.    Okay.

11         (Plaintiff's Exhibit 11 was marked for

12    identification and is filed with this transcript.)

13    Q.    I'm going so show you what I'm going to mark

14    Plaintiff's Exhibit 11.  This is a three-page

15    exhibit.

16         I'm going to ask you, because it's all part of

17    one report, but I'm going to ask you to look at the

18    information pertaining to Inmate Mitchem on the

19    second page.  But for the purpose of showing you,

20    yeah, I'm showing you those other pages so you know

21    where the report came from.

22    A.    Okay.  Okay.  You just wanted me to look at --

23    Q.    Yeah, I just asked you to look at Mitchell --

24    Mitchem, rather, his portion of this report.

25    A.    Okay.

1    Q.    Do you have any memory of Mr. Mitchem from that

2    day?

3    A.    I don't.

4    Q.    Okay.  Or at all?

5    A.    I don't, yeah, I was going to say, we saw so

6    many people.

7    Q.    Sure.  And Mr. Mitchem provided a statement

8    shortly after this event to the PSU officers that

9    were investigating the case.

10   A.    Uh-huh.

11   Q.    Does -- does the information that Mr. Mitchem

12   talked about, is any of that familiar to you?  Is

13   that consistent with your memory, or do you have a

14   memory of that?

15   A.    I remember him asking me about his bond.

16   Q.    That's Mr. Troutman.

17   A.    Yeah, Mr. Troutman, yeah, I remember him asking

18   me about the bond.  I don't even remember what the

19   bond was or what I told him.  As far as the rest of

20   the kicking and punching doors, I don't remember that

21   at all.  I don't -- he didn't do that while I was in

22   there.

23   Q.    Very good.  Let me ask, the best you can

24   remember, at some point in time Troutman gets moved

25   on your floor, he's moved into that cell.  He asks

1    you about his bond being posted.

2    A.    Yes.

3    Q.    Okay.  What can you do --

4    A.    I don't know if it was about it being posted.

5    I can't remember exactly what it was.  I just

6    remember he asked something about his bond.

7    Q.    Something about his bond.  I'm sorry to

8    interrupt.  Something about his bond.

9    A.    Uh-huh.

10    Q.    All right.  So what can you do -- what can you

11    do as a corrections officer on the fifth floor to get

12    him an answer about his bond?

13    A.    It's been so long ago I don't remember how we

14    did it.  I think we -- I really don't remember.  If

15    I'm not mistaken, we had to make a phone call, but I

16    can't be sure of that.  Or maybe it was just in notes

17    or something, but I don't remember a hundred percent.

18    Q.    All right.  But are you telling us that yes, if

19    you make the effort as a corrections officer you

20    could probably find out and get an answer to the

21    inmate?  Would you have the ability to communicate

22    with somebody in records to find that out?

23    A.    Not always, but most of the time, yeah.

24    Q.    Okay.

25    A.    Like I would -- because it seems to me -- well,

1    I say not always, but it seems to me like -- it seems

2    to me like it was a situation where you had to call.

3    I can't remember a hundred percent, but I think like

4    sometimes -- I know anytime you had to call somebody

5    it wasn't a hundred percent that they would answer.

6    Q.    Call, when you say "call," to records?

7    A.    I don't remember.

8    Q.    Or whoever you would call?

9    A.    Yeah, I'm sorry, I can't remember.

10   Q.    All right.  So when Mr. Mitchem says in this

11   statement that he gave that Mr. Troutman was asking

12   you to check on his bond, and you came back and

13   returned and said, you know, it's still the same, or

14   you're basically not going to be released, do you

15   have any memory that contradicts that?

16   A.    I don't remember what it was that was said, so

17   I couldn't tell you if it contradicted it or not.

18   Q.    Very good.

19   A.    I just remember him asking something about his

20   bond.

21   Q.    Now, Mr. Mitchem attributes some yelling to

22   Mr. Troutman after that point?

23   A.    Yeah, looks like he yelled.

24   Q.    And you're saying, to the best of your memory,

25   you don't remember hearing Mr. Troutman say any of

1   that stuff?

2   A.    Absolutely not.

3   Q.    Okay.  And you don't have any memory of

4   Mr. Troutman kicking the door?

5   A.    Absolutely not.

6   Q.    All right.  Let me ask you, after you make the

7   rounds of that particular door -- dorm, and you're

8   back in the control room?

9   A.    Uh-huh.

10  Q.    Okay.  When it comes to an inmate -- well,

11  strike that.

12        You go back into the control room before --

13  when you leave the dorm you're going to close the

14  door to each individual cell.

15  A.    Yes.

16  Q.    And you're going to close the door to the dorm.

17  A.    Yes.

18  Q.    All right.  And those are doors that are locked

19  or unlocked either electronically or with a key?

20  A.    The doors -- I don't know about the doors to

21  the cell.  The doors to the cell, I believe, were

22  just keys.  The doors to the dorm 9 was electric, and

23  then the control room was electric.  Or either or.

24  Q.    And then if you're inside the control room, the

25  question is if you have an inmate that's kicking on

1   one of these cell doors inside the closed door of a

2   dorm like dorm 9 with single cells, can you hear that

3   in the control room?

4   A.    I mean, I guess it depends on how hard he's

5   doing it.  I couldn't -- couldn't say.

6   Q.    Do you have any memory of another inmate or

7   another instance where a person in that dorm or in

8   another single cell dorm with all the doors closed,

9   whether you have a memory of hearing an inmate, you

10  know, carrying on like that?

11  A.    A specific memory?

12  Q.    Yeah.

13  A.    No, not a specific one.  I mean, that's not to

14  say you couldn't hear him.  I just don't remember

15  specifically.

16  Q.    Let me ask you this:  If you were outside of

17  the control room and like walking down the hall and,

18  you know, on the other side of the locked door to

19  dorm 9, do you think you would have been able to hear

20  it?  It's one less door basically.

21  A.    Yeah.  You'd be more likely to hear it, yes.

22  Q.    All right.  Could you say whether or not you'd

23  be sure to hear it, or you don't know?

24  A.    No.  I mean, I can't say for sure.  I mean --

25  Q.    And is it a fair statement to say, I'm going by

1   your drawing, okay, on Exhibit 4, is it your

2   testimony, based upon your memory of what the fifth

3   floor looked like, that dorm 9 was actually closer to

4   the control room than these other dorms?

5   A.    Yes.

6   Q.    Do you know if -- well, strike that.

7         While you were at Corrections, before you left

8   in 2016?

9   A.    Yeah.

10  Q.    Do you remember hearing or -- hearing about or

11  being involved in any other inmates' suicide or

12  suicide attempt?

13  A.    I was involved in one that occurred before

14  Mr. Troutman.

15  Q.    Okay.  Which one was that?

16  A.    I don't remember his name.

17  Q.    Okay.  There was a man named Hindi who hung

18  himself.  He was in administrative segregation on the

19  fifth floor in October, it was October 19th of 2013.

20  A.    It was not Hindi.

21  Q.    Okay.  And one of the -- but it was not Hindi,

22  as far as you --

23  A.    No, it definitely was not Hindi.

24  Q.    Okay.  Let me go chronologically since while

25  you were there and see if any of these other --

1    A.    This may help you.  It wasn't very long before,

2    so it was probably like -- it might have been like --

3    it could have been the month before.

4    Q.    Okay.  Well, let me ask it this way.  Have you

5    heard anything about any of the following suicides at

6    LMDC?  On Mr. Hindi's case, do you remember hearing

7    about that?

8    A.    I -- just hearing that he did it.

9    Q.    Okay.  Do you know any details about that?

10   A.    Absolutely not.

11   Q.    Next there was a man named Laron Moore on

12   January 3rd of 2014.  He hung himself.  He was on the

13   fifth floor in dorm 4.

14   A.    No, I don't.

15   Q.    Do you know whether dorm 4 on the fifth floor

16   was a single cell barred door, or barred cell,

17   rather?

18   A.    Yes, it is.

19   Q.    Next was a Jonathan Wright October 27, 2014.

20   He hung -- he hanged himself.  He was on the fifth

21   floor of the Hall of Justice, and I believe it's

22   south 1.

23   A.    Yeah, I don't know anything about that one

24   either.

25   Q.    Is that a single cell with bars?

1    A.    It's a single cell.  I don't remember, I'm

2    pretty sure there are bars there, but I don't

3    remember real well.

4    Q.    Now, on the list that I have there's a Franklin

5    Bolton who committed suicide in the jail on

6    February 16 of 2015 by hanging.  That was on the

7    fifth floor of the Hall of Justice, looks like the

8    same cell, S1.  "Same" being as Mr. Wright.

9    A.    Yeah, I don't know nothing about that one.

10   Q.    Then there was a James Ashby who hanged himself

11   on October 4th of 2015, so that would have been close

12   in time.

13   A.    I think Ashby sounds right.

14   Q.    Okay.  He was on the -- that was on the sixth

15   floor on west 9.

16   A.    Yes.

17   Q.    All right.  And is that -- is that a single

18   cell with bars, consistent with your memory, or do

19   you know?

20   A.    I don't know if it had bars or not.  I didn't

21   work on the sixth floor very often, but it was a

22   single cell.

23   Q.    And did you have any kind of personal

24   involvement with Mr. Ashby's suicide?

25   A.    I did.

1    Q.     You did?

2    A.     I did.

3    Q.     Okay.  Tell us about it.

4    A.     It came out as a backup call, so I believe I

5    was on H5, but I can't remember.  We went upstairs to

6    H6.  I don't remember, I don't even remember what the

7    dorm is called that he was in, but when we went in --

8    when I went in they were already doing CPR on him.

9    So I got the AED.  And I worked the AED machine.

10   Q.     And was that the extent of your involvement?

11   A.     Yeah, yeah, that was the extent of my

12   involvement at that.

13   Q.     Officer Ramey, during the time that you worked

14   in Corrections, do you remember any people coming in

15   to sit with any particular inmate, they might have

16   been designated holiday watchers, they would come in

17   at certain times of the year?

18   A.     Yes.  We would have to bring in people to

19   watch.

20   Q.     Okay.  And why -- why did you have that program

21   at that time?

22   A.     I wasn't the one that instituted it, so I

23   wouldn't know.  I just know that we had to do it.

24   Q.     Okay.  Well, where did these people come from,

25   do you know?  Were they other inmates or were they

1    people outside the jail, or what?

2    A.    No, they were -- they were other inmates.  They

3    would be people who were cleared to work mostly.

4    Q.    Okay.  And what would they be doing if they

5    were holiday watchers?

6    A.    They'd just be watching people in cells, and

7    honestly, the entire time I was there I don't think

8    we had them on our shift, so I couldn't tell you

9    exactly what they did.  That was something that I

10   believe third had -- the third shift officers dealt

11   with.

12   Q.    All right.  And to your knowledge, were they

13   there for the purpose of watching inmates that may

14   have been determined to have an increased risk of

15   suicide?

16        MR. OGBURN:  Objection to form.

17   Q.    If you know.

18   A.    It could have been, I don't know.

19   Q.    When they say they were holiday watchers, it

20   would be during the time of year like around

21   Thanksgiving or Christmas, those types of holidays?

22   A.    Like I say, I don't remember if we ever did it

23   on our shift, so I don't know when they started doing

24   it in particular, but, yeah, I really can't say when

25   they did it.

1    Q.    All right.

2         MR. SIMON:  I tell you what, if you-all can

3    give me just a few minutes, let me review my notes

4    privately, and I'll let you know, Officer, if we're

5    finished up.  All right?

6         (Recess from 4:12 p.m. to 4:19 p.m.)

7         MR. SIMON:  All right.  I'm concluding the

8    deposition, and, Officer, I appreciate -- I

9    appreciate your attendance.

10        THE WITNESS:  Yes, sir.

11        MR. SIMON:  It was nice to meet you too.

12        MR. OGBURN:  No questions.

13        MR. SIMON:  Any questions?

14        MS. O'REILLY:  None for me.

15        (Deposition concluded at 4:20 p.m.)

16                    *          *          *

17

18

19

20

21

22

23

24

25

1  STATE OF KENTUCKY          )
                             )    SS.
2  COUNTY OF JEFFERSON        )

3       I, Jennifer R. Janes, a Notary Public within

4  and for the State at Large, my commission as such

5  expiring 1 May 2019, do hereby certify that the

6  foregoing deposition of OFFICER RANDELL T. RAMEY was

7  taken before me at the time and place stated and for

8  the purpose in the caption stated; that the said

9  witness was first duly sworn to tell the truth, the

10 whole truth, and nothing but the truth; that the

11 deposition was reduced by me to shorthand writing in

12 the presence of the witness; that the foregoing is a

13 full, true and correct transcript of the said

14 deposition so given; that there was no request that

15 the witness read and sign the deposition; that the

16 appearances were as stated in the caption.

17      I further certify that I am neither of counsel

18 nor of kin to any of the parties to this action and

19 am in nowise interested in the outcome of said

20 action.

21      WITNESS my hand this 29th day of January 2018.

22

23                    _____
                      Registered Professional Reporter
                      Certified Realtime Reporter
24                    Notary Public, State at Large

25

**MR. OGBURN:** [8]
3/22 72/1 72/9
73/10 73/25 74/20
86/15 87/11
**MR. SIMON:** [8]
19/23 47/4 65/18
72/6 87/1 87/6
87/10 87/12
**MS. O'REILLY:** [2]
74/21 87/13
**THE REPORTER:** [2]
39/19 47/16
**THE WITNESS:** [1]
87/9

**'**

**'98** [2]   6/16 6/17

**0**

**00:00** [1]   75/22

**1**

**10** [2]   75/8 75/10
**11** [2]   76/11 76/14
**11/24/15** [1]   27/24
**11/24/15 was** [1]
45/19
**11:00** [3]   26/7
45/20 45/21
**13** [1]   71/3
**15** [2]   27/24 47/3
**16** [2]   8/2 84/6
**1600** [1]   2/18
**1700** [2]   1/16 2/13
**18** [1]   3/21
**1980** [1]   3/21
**1998** [1]   6/5
**19th** [1]   82/19
**1:59** [1]   3/6

**2**

**2002** [4]   6/7 6/18
7/14 8/13
**2004** [4]   7/24 7/24
8/14 8/15
**2005** [3]   7/25 8/1
8/4
**2008** [2]   8/4 8/5
**2012** [2]   8/6 11/11
**2013** [6]   7/18 8/10
13/12 18/18 21/12
82/19
**2014** [2]   83/12
83/19
**2015** [11]   27/4
30/16 30/23 42/24
47/23 65/11 66/17
71/3 75/21 84/6
84/11
**2016** [4]   18/20 19/4
21/12 82/8
**2018** [2]   1/15 88/21
**2019** [1]   88/5
**204** [1]   1/22
**22** [1]   1/15
**22:47** [1]   69/12
**239** [2]   1/15 2/13
**24** [3]   30/23 42/24
66/17
**24th** [3]   30/16
71/24 72/4
**2525** [1]   1/22
**25th** [1]   75/21
**27** [1]   83/19
**2900** [1]   15/4
**29th** [1]   88/4

**3**

**30** [1]   46/16
**3000** [1]   2/17
**3153** [1]   1/23
**3:00** [2]   26/7 45/21
**3:00 to** [1]   45/20
**3:06** [1]   47/7
**3:13** [1]   47/7
**3:16-cv-000742-DJH**
**[1]**   1/8
**3rd** [1]   83/12

**4**

**40202** [3]   2/14 2/18
2/22
**40223-3153** [1]   1/23
**4566** [1]   2/14
**4:12** [1]   87/6
**4:19** [1]   87/6
**4:20** [1]   87/15
**4th** [1]   84/11

**5**

**502** [4]   1/23 2/14
2/18 2/23
**5200** [1]   3/14
**531** [1]   2/22
**5634** [1]   1/23
**574-6312** [1]   2/23
**584-1600** [1]   2/18
**585-5634** [1]   1/23
**589-4566** [1]   2/14

**6**

**614** [1]   2/17
**6312** [1]   2/23

**9**

**900** [1]   2/22

**A**

**ability** [1]   78/21
**able** [7]   13/23
20/20 40/2 54/1
55/16 71/11 81/19
**above** [2]   33/10
55/12
**Absolutely** [3]   80/2
80/5 83/10
**academy** [2]   14/25
15/6
**access** [12]   37/16
37/17 39/7 39/9
59/13 59/15 60/15
71/7 71/11 71/18
71/19 71/19
**accompanied** [1]
70/8
**account** [1]   24/15
**accurate** [4]   29/11
40/16 41/15 48/14
**acquainted** [1]   76/6
**across** [2]   50/13
52/10
**act** [1]   20/24
**acting** [3]   21/5
21/7 70/3
**action** [3]   4/3
88/18 88/20
**activities** [1]
10/17
**additional** [1]   19/8
**address** [3]   3/10
3/15 11/23
**admin** [1]   64/3
**administrative** [3]
63/11 63/13 82/18
**Administratively** [1]
10/10

**Administratrix** [1]
1/4
**advantage** [1]   14/13
**AED** [6]   68/4 68/6
68/11 68/12 85/9
85/9
**after** [14]   6/8 6/13
8/6 16/16 25/9 26/8
26/9 68/17 69/6
69/7 70/18 77/8
79/22 80/6
**again** [5]   11/10
41/19 43/6 43/23
72/6
**against** [3]   5/9
50/3 54/16
**agency** [1]   76/7
**ago** [2]   64/4 78/13
**agree** [1]   74/17
**ahead** [11]   13/25
29/19 32/22 40/6
40/11 53/4 72/5
72/12 73/12 74/3
74/24
**aid** [1]   18/3
**airplane** [2]   12/8
12/9
**al** [2]   1/9 2/20
**alerted** [1]   61/7
**alerts** [1]   70/7
**allowed** [2]   38/23
41/9
**along** [1]   24/10
**already** [1]   85/8
**always** [7]   17/14
17/14 29/5 57/4
57/8 78/23 79/1
**amount** [2]   41/16
68/2
**analyze** [1]   68/14
**Anchorage** [1]   1/22
**another** [16]   4/24
12/6 16/24 29/15
30/9 32/17 32/19
32/23 57/3 67/19
67/21 68/16 70/14
81/6 81/7 81/8
**answer** [12]   4/18
4/25 58/17 72/5
72/12 73/12 74/2
74/3 74/24 78/12
78/20 79/5
**answering** [1]   72/13
**answers** [1]   30/3
**anticipate** [1]
64/24
**anticipated** [2]
24/1 29/1
**anybody** [2]   65/4
65/5
**anyone** [3]   5/8 5/24
53/10
**anything** [17]   7/5
7/9 14/22 18/15
49/10 56/4 62/18
66/4 70/1 70/3 83/5
83/23
**anytime** [1]   79/4
**anyway** [2]   35/11
68/1
**apologize** [2]   66/24
24/23
**apparent** [2]   24/8
24/23
**appear** [3]   10/23
48/13 56/8
**appearance** [1]
23/13
**appearances** [2]
2/11 88/16

**appears** [2]   46/9
71/2
**application** [1]
8/18
**applied** [2]   13/25
18/24
**apply** [2]   8/17 14/8
**appreciate** [2]   87/8
87/9
**approximate** [1]
50/18
**approximately** [2]
18/19 69/12
**area** [16]   33/5
38/17 38/18 38/23
39/1 39/1 39/6 39/7
39/9 40/24 41/5
41/5 41/9 49/1 49/4
49/7
**areas** [3]   26/11
26/13 48/21
**around** [6]   22/10
34/12 41/12 65/8
67/19 86/20
**arrived** [1]   68/24
**arrow** [1]   49/24
**artist** [2]   32/13
**arts** [1]   6/7
**Ashby** [2]   84/10
84/13
**Ashby's** [1]   84/24
**ask** [29]   4/17 4/22
4/23 22/21 25/13
27/13 27/19 28/1
30/2 31/24 32/2
34/18 34/19 40/14
45/3 46/3 47/12
47/20 57/25 62/1
65/10 65/19 70/17
76/16 76/17 77/23
80/6 81/16 83/4
**asked** [3]   20/1
76/23 78/6
**asking** [6]   23/2
71/8 77/15 77/17
79/11 79/19
**asks** [1]   77/25
**assess** [1]   25/10
**assigned** [9]   16/8
25/14 26/16 26/17
26/18 41/21 44/4
56/5 62/21
**assignment** [2]   26/8
56/10
**assignments** [4]
17/9 17/11 25/15
26/15
**Assistant** [1]   2/21
**assisted** [1]   69/16
**associated** [1]   7/5
**assume** [4]   4/24
56/15 71/21
**assuming** [1]   6/18
**attempt** [2]   74/17
82/12
**attend** [1]   6/9
**attendance** [1]   87/9
**attended** [1]   6/5
**attention** [2]   74/11
74/20
**attorney** [3]   2/21
4/19 5/7
**attributes** [2]
19/18 79/21
**automated** [1]   68/7
**automatic** [1]   68/7
**available** [2]   57/11
60/25
**aware** [4]   62/18

65/11 65/24 66/3

**B**

**BA** [1]   6/18
**bachelor** [1]   6/7
**back** [20]   8/11
12/10 13/22 13/23
26/18 53/3 53/15
58/16 60/5 62/1
66/22 68/10 68/15
69/20 71/11 71/12
72/8 79/12 80/8
80/12
**backup** [2]   67/7
85/4
**bad** [3]   22/24 24/13
60/8
**bags** [1]   53/14
**bar** [1]   67/14
**barred** [1]   65/14
83/16 83/16
**bars** [9]   38/20
54/22 54/23 55/1
55/7 83/25 84/2
84/18 84/20
**based** [1]   82/2
**basically** [5]   17/10
31/11 50/13 79/14
81/20
**basis** [1]   72/3
**bdblawky.com** [1]
2/19
**bed** [2]   55/21 57/1
**before** [16]   4/14
7/21 9/3 9/8 9/9
29/5 62/8 65/15
67/9 73/9 80/12
82/7 82/13 83/1
83/3 88/7
**began** [2]   9/3 67/16
**beginning** [2]   61/22
61/24
**behind** [1]   67/8
**believe** [29]   7/17
8/2 8/10 15/4 16/16
20/10 28/13 28/13
42/17 47/24 50/4
52/24 55/23 56/3
58/24 61/1 63/22
64/9 64/13 66/8
67/21 69/5 69/25
71/22 76/5 80/21
83/21 85/4 86/10
**belongings** [2]
55/21 64/22
**benefit** [1]   62/19
**besides** [3]   5/7
36/18 59/20
**best** [5]   9/16 9/18
20/8 29/24 32/4
32/9 32/13 39/17
77/23 79/24
**between** [3]   7/17
21/11 64/10
**big** [4]   38/19 52/14
53/22 60/8
**Bigger** [1]   13/10
**birth** [1]   3/20
**birthday** [2]   3/23
3/24
**bit** [6]   8/11 18/17
25/12 25/15 64/4
74/11
**Blackburn** [1]   2/17
**blank** [1]   31/25
**blocks** [1]   49/15
**Bolton** [1]   84/5
**bond** [12]   24/2 24/3
77/15 77/18 77/19

**B**

bond... [7]  78/1
78/6 78/7 78/8
78/12 79/12 79/20
booking [1]  26/21
booth [1]  38/15
booths [2]  38/9
38/11
both [7]  10/22 11/7
11/8 27/1 49/24
51/13 51/14
bottom [1]  39/2
Boulevard [1]  15/5
bound [1]  4/18
break [4]  5/3 5/5
47/3 47/5
breaths [1]  67/23
briefing [2]  62/6
62/8
bring [5]  56/19
56/25 57/9 61/12
85/18
broken [1]  17/6
brought [1]  68/4
building [1]  37/10
built [1]  55/23
Bullitt [7]  6/4 6/4
8/6 9/24 10/22
11/12 11/24
bump [1]  38/4
Burchett [1]  2/17
butt [1]  40/2

**C**

call [16]  25/8 25/8
25/22 39/5 57/18
66/25 67/1 67/7
67/7 78/15 79/2
79/4 79/6 79/6 79/8
85/4
Callahan's [1]  30/4
called [8]  3/1
11/18 25/23 28/14
35/7 43/12 61/10
85/7
Calls [1]  72/10
came [14]  12/4
13/12 40/5 68/10
68/21 69/1 69/6
69/15 70/5 73/1
73/10 76/21 79/12
85/4
capacity [2]  7/4
13/3
captain [1]  16/17
captains [1]  16/16
caption [2]  88/8
88/16
care [2]  2/16 9/12
carrying [1]  81/10
case [6]  1/7 4/11
5/8 24/24 77/9 83/6
category [6]  23/14
23/24 28/19 63/24
65/13 66/5
causing [1]  25/5
cell [50]  19/21
35/9 35/25 36/15
36/19 37/6 43/4
43/6 43/9 45/10
45/11 45/12 46/15
46/19 46/21 48/11
48/23 52/25 53/6
53/17 54/2 54/4
54/7 55/4 56/10
56/14 56/20 56/21
62/21 62/23 63/1
64/6 65/14 65/15

66/16 69/24 75/19
77/25 80/14 80/21
80/21 81/1 81/8
83/16 83/16 83/25
84/1 84/8 84/18
84/22
celled [1]  53/23
cells [30]  34/14
35/13 36/7 39/18
39/21 41/14 41/16
41/17 42/7 42/8
42/9 42/20 48/20
49/19 50/2 50/7
53/19 53/20 53/23
54/15 54/16 54/23
54/23 55/6 55/19
57/2 64/15 75/24
81/2 86/6
center [1]  38/5
central [1]  34/2
centrally [2]  33/23
34/2
certain [5]  44/6
63/17 64/14 67/12
85/17
Certified [1]  88/23
certify [2]  88/5
88/17
chain [2]  16/2 16/3
chance [1]  66/10
characteristic [1]
22/23
CHARLES [1]  1/5
58/5 71/1
check [6]  22/9
45/13 45/14 46/14
46/19 79/12
checking [1]  43/19
chest [3]  67/16
67/17 67/20
Christmas [1]  86/21
chronologically [2]
26/12 82/24
CIT [6]  19/19 19/20
20/1 20/9 20/13
25/23
civil [1]  4/2
civilian [1]  15/19
classes [1]  15/2
classification [2]
56/16 57/14
cleaning [1]  53/13
cleared [1]  86/3
clients [1]  10/5
close [5]  34/1
48/10 80/13 80/16
84/11
close-up [1]  48/10
closed [3]  51/12
81/1 81/8
closer [1]  82/3
closest [1]  40/12
closet [2]  49/20
53/9
clue [2]  12/16
37/15
collect [1]  56/18
66/19
college [3]  6/5 6/9
8/21
come [20]  10/6 12/8
24/2 25/10 33/5
37/25 39/4 56/25
57/7 57/12 58/22
61/14 62/3 62/6
62/8 62/20 65/8
66/22 85/16 85/24
comes [2]  56/22
80/10

com... [9]  50/19
56/17 58/19 61/4
61/6 69/18 69/20
69/21 85/14
command [3]  16/2
16/3 16/13
commenced [1]  3/6
commission [1]  88/4
commit [1]  24/20
committed [2]  27/6
84/5
common [5]  21/17
23/6 49/1 49/3
57/16
communicate [1]
78/21
company [4]  8/8
11/18 12/2 13/6
complete [1]  29/5
complex [2]  25/20
27/1
complied [10]  34/11
36/6 36/14 37/1
37/9 38/16 41/4
42/18 46/8 60/11
compressions [7]
67/17 67/17 67/20
68/13 68/15 68/16
68/17
computer [9]  28/11
28/16 59/9 59/16
60/10 60/17 60/21
60/22 61/19
computer-generated
[1]  28/16
computers [2]  59/19
60/25
concluded [1]  87/15
concluding [1]  87/7
concrete [1]  55/25
condition [1]  63/6
conduct [1]  21/6
consider [1]  49/3
consideration [1]
23/10
consistent [5]  30/5
49/20 76/4 77/13
84/18
constantly [1]
72/22
consuming [1]  67/13
contact [6]  44/17
44/22 68/18 69/3
69/6 71/23
contained [2]  73/6
73/19
contemplating [1]
73/25
contest [1]  5/2
continuation [1]
40/15
continued [2]  22/25
68/23
continuing [1]
16/21
contradicted [1]
79/17
contradicts [1]
79/15
contribute [1]
20/22
contributing [1]
73/24
control [46]  17/13
31/8 33/19 33/20
38/4 38/6 38/13
40/7 40/10 40/16
40/23 43/11 44/4
44/5 44/7 44/8

44/18 44/21 48/2
48/3 50/11 50/12
50/19 51/1 51/2
51/4 51/11 51/16
51/21 52/5 52/7
52/18 59/17 59/18
59/20 66/18 67/4
67/6 67/6 80/8
80/12 80/23 80/24
81/3 81/17 82/4
controlled [1]
51/11
conversation [1]
5/23
corner [1]  70/16
correctional [4]
7/23 9/3 9/11 18/16
corrections [45]
1/9 2/20 5/15 7/18
7/21 7/23 8/12
13/13 14/4 15/23
16/1 16/5 16/8 18/4
18/7 18/18 21/11
21/14 22/2 22/5
23/6 23/23 24/9
24/17 24/25 26/13
31/12 31/13 31/21
41/20 52/6 59/10
59/12 61/3 65/11
71/11 72/21 72/21
73/4 73/9 74/8
78/11 78/19 82/7
85/14
correctly [8]  15/1
16/14 28/8 51/15
53/13 55/24 60/16
63/9
correspondence [1]
3/11
counsel [1]  88/17
counted [1]  45/12
counties [2]  11/7
11/8
County [9]  1/17
2/21 6/5 8/6 9/25
10/22 11/12 11/24
88/2
couple [1]  44/11
course [6]  7/3
15/14 16/19 47/12
47/18 47/21
courses [3]  6/9
8/21 8/22
court [10]  1/1 2/22
4/11 10/13 10/15
10/23 23/12 23/13
65/19 72/7
cousin [1]  7/20
CPR [6]  18/3 67/23
67/24 68/1 68/3
85/8
critical [1]  20/10
CRR [1]  1/21
cup [1]  47/4
cut [1]  67/10
cutting [1]  68/10
cv [1]  1/8

**D**

daily [2]  10/17
73/7
danger [2]  25/6
63/21
date [4]  3/20 45/17
45/19 71/23
dated [1]  71/3
day [24]  24/12
24/13 26/23 27/11
29/11 30/5 30/18

30/22 31/14 38/24
44/17 48/18 61/16
62/9 62/11 62/12
62/17 66/15 69/5
69/9 75/4 76/2 77/2
88/21
days [2]  20/12 44/7
DC [4]  66/21 66/23
66/25 67/1
dead [3]  21/2 21/3
21/22
deal [2]  20/2 20/8
dealing [2]  18/8
21/14
dealt [1]  86/10
deaths [1]  5/20
deceased [1]  1/5
decedent [1]  27/5
decided [2]  25/10
25/25
defendant [2]  2/16
4/2
DEFENDANTS [1]  1/10
2/20
defibrillator [1]
68/8
definitely [1]
82/23
definition [1]
63/12
Denis [1]  2/21
denis.ogburn [1]
2/23
department [9]  1/8
2/20 3/16 9/21
13/20 14/14 15/20
18/23 19/9
depend [3]  62/13
62/15 62/16
depending [1]  25/3
depends [1]  81/4
depicted [1]  40/8
deponent [1]  72/8
deposition [15]
1/13 3/6 4/5 4/6
4/14 4/16 47/12
47/15 66/11 87/8
87/15 88/6 88/11
88/14 88/15
depression [1]  20/5
deputy [1]  16/17
describe [1]  52/16
description [2]
22/2 48/24
designated [4]
39/12 43/24 44/18
85/16
designed [1]  51/22
desk [2]  55/23
60/16
detail [1]  16/7
details [1]  83/9
determine [2]  21/15
45/17
determined [1]
86/14
devoted [1]  20/12
diagnosed [1]  25/24
diagram [4]  32/3
33/13 47/11 50/12
difference [1]
64/10
different [19]  9/6
9/7 10/17 17/8
17/11 17/12 28/15
33/17 35/18 38/24
42/6 42/21 42/22
44/7 44/7 48/21
49/19 62/25 72/18

**D**

direction [1]  50/5
directive [1]  22/13
director [1]  16/17
disciplinary [20]
 63/3 63/5 63/5 64/7
 64/7 64/11 64/12
 64/14 64/15 64/16
 64/19 64/21 64/23
 64/25 65/3 65/7
 65/14 65/15 66/3
 66/6
discussion [1]
 19/25
distance [1]  50/18
DISTRICT [3]  1/1
 1/1 8/2
division [3]  3/17
 10/2 14/9
DJH [1]  1/8
document [16]  27/18
 27/20 28/6 28/17
 29/9 31/3 31/7
 43/12 45/4 45/22
 58/1 58/5 58/18
 58/22 70/21 75/13
documents [4]  4/7
 4/12 69/14 75/7
Domene [1]  2/17
done [7]  15/17
 18/11 18/15 68/15
 72/18 72/25 73/15
door [36]  40/4
 50/19 50/20 50/21
 51/1 51/2 51/6 51/9
 51/11 51/17 51/18
 52/5 52/7 52/10
 52/13 52/16 52/17
 52/19 53/2 53/18
 53/18 53/21 54/3
 54/4 54/8 54/12
 67/4 67/8 80/4 80/7
 80/14 80/16 81/1
 81/18 81/20 83/16
doors [15]  7/20
 44/6 44/9 44/10
 44/14 51/4 51/21
 77/20 80/18 80/20
 80/20 80/21 80/22
 81/1 81/8
dorm [67]  27/8 30/5
 34/9 34/10 35/14
 35/15 36/1 36/1
 36/2 36/4 36/5 36/7
 36/18 36/20 36/25
 37/7 39/12 42/16
 43/7 43/9 43/11
 44/9 46/15 46/20
 46/21 46/23 47/21
 48/2 48/3 48/11
 48/14 49/4 49/16
 49/21 50/7 50/13
 50/20 50/21 52/11
 53/2 53/17 56/6
 58/13 59/23 60/12
 64/18 66/7 66/7
 66/22 67/3 75/4
 75/19 75/24 76/2
 80/7 80/13 80/16
 80/22 81/2 81/2
 81/7 81/8 81/19
 82/3 83/13 83/15
 85/7
dorms [24]  34/14
 35/18 35/22 35/25
 36/10 36/16 36/19
 37/2 37/5 41/24
 41/25 42/2 42/6

**E**

each [9]  9/7 33/21
 46/24 53/18 53/20
 53/20 54/4 54/15
 80/14
earlier [3]  25/24
 69/19 69/20
east [18]  31/9
 31/10 31/10 33/15
 34/1 34/24 35/1
 39/23 40/5 41/12
 41/19 42/4 48/9
 50/8 60/18 60/18
 60/19 63/8
educational [1]  6/3
effort [1]  78/19
eight [2]  12/20
 44/2
either [8]  7/4
 17/13 51/12 64/7
 68/12 80/19 80/23
 83/24
electric [2]  80/22
 80/23
electronic [1]
 51/15
electronically [4]
 51/12 52/21 52/24
 80/19
elevator [1]  39/3
elevators [6]  37/17
 37/19 37/20 37/25
 39/4 40/23
emergency [1]  76/3
employed [1]  18/18
employees [2]  13/5
 15/19
employment [5]  6/22
 7/16 13/16 16/20
 18/21
EMS [2]  68/23 69/1
end [2]  8/3 66/18
ended [2]  68/10
 69/2
ends [1]  49/24
endurance [1]  5/2
enforcement [3]  7/3
 7/6 8/22
enough [1]  75/13

entitled [1]  52/6
entire [3]  31/18
 33/20 86/7
entirety [1]  24/14
entrance [1]  50/13
Entry [1]  58/7
Estate [1]  1/4
estimate [3]  17/19
 41/23 55/14
et [2]  1/9 2/20
evaluate [1]  48/17
evaluated [1]  72/16
evaluating [2]  72/1
 72/23
evaluation [3]  73/2
 73/14 74/14
evaluations [3]
 72/15 74/12 74/12
even [5]  7/1 21/16
 72/3 77/18 85/6
event [1]  77/8
eventually [2]  27/7
 68/22
ever [7]  4/14 10/23
 19/6 22/21 51/23
 58/2 86/22
every [5]  19/18
 24/12 24/13 46/25
 52/25
everyone [1]  35/10
exact [1]  68/8
exactly [9]  12/21
 20/14 32/5 51/25
 54/20 68/24 69/22
 78/5 86/9
EXAMINATION [1]  3/4
examine [1]  32/10
except [1]  26/16
exception [1]  53/17
exclusively [1]
 15/22
excuse [3]  19/2
 30/25 39/21
exhibit [47]  27/14
 27/16 27/19 29/10
 29/16 29/16 29/17
 29/22 30/9 30/11
 30/21 32/11 33/1
 33/3 33/8 33/12
 33/13 33/15 33/19
 34/20 35/2 37/24
 39/23 40/7 40/9
 40/10 40/12 40/25
 41/13 45/3 45/5
 45/16 47/18 48/21
 48/22 50/16 57/22
 57/25 60/20 70/10
 70/13 70/14 70/15
 76/11 76/14 76/15
 82/1
Exhibits [2]  2/4
 48/9
existed [1]  42/17
existing [1]  52/7
expected [1]  29/2
experience [2]  11/8
 22/20
expiring [1]  88/5
explained [1]  25/23
extensive [1]  14/20
extent [1]  85/10
 85/11
extraordinary [2]
 28/19 66/11

**F**

face [2]  44/22
 44/22
face-to-face [1]

44/22
facility [1]  12/6
fact [2]  5/8 76/1
factor [2]  24/4
 73/23
factors [4]  20/21
 21/13 22/18 24/11
fair [6]  4/19 15/25
 24/16 29/10 29/23
 81/25
fairly [2]  34/2
 41/5
familiar [3]  22/19
 29/19 77/12
familiarize [2]
 15/15 15/18
far [10]  15/13 18/1
 23/2 26/15 55/6
 59/4 68/18 73/14
 79/19 82/22
February [1]  84/6
February 16 [1]
 84/6
feed [1]  22/9
feel [1]  25/5
feet [1]  50/23
felt [3]  63/19
 63/20 67/12
few [7]  6/25 9/6
 46/2 62/25 68/25
 69/19 87/3
field [3]  17/1 17/6
 17/15
fifth [30]  1/16
 2/13 26/17 26/18
 26/20 27/5 27/8
 31/18 32/3 33/15
 34/20 39/13 41/2
 47/22 48/5 48/15
 51/2 52/4 59/20
 62/20 63/4 63/24
 71/6 78/11 82/2
 82/19 83/13 83/15
 83/20 84/7
fight [2]  24/12
 64/17
fighting [3]  23/17
 23/23 65/12
file [3]  4/11 10/13
 10/13
filed [11]  27/17
 29/18 30/12 32/12
 33/4 45/6 47/19
 57/23 70/11 75/11
 76/12
filings [2]  4/11
 10/14
fill [2]  10/17
 10/19
filled [1]  8/18
find [4]  13/16
 57/10 78/20 78/22
fine [3]  16/19
 35/12 42/16
finish [1]  11/11
finished [2]  11/11
 87/5
fire [2]  68/23 69/1
firearms [3]  9/18
 14/20 19/17
first [10]  3/2 3/8
 8/25 9/24 18/3
 27/13 62/7 69/3
 69/8 88/9
five [7]  35/24 42/2
 42/2 42/6 42/12
 42/19 44/2
flag [2]  74/19 75/1
flags [1]  24/19

floor [70]  17/10
 17/13 17/14 22/11
 25/18 25/19 26/3
 26/4 26/9 26/17
 26/18 26/20 26/21
 26/23 27/5 27/8
 28/22 30/19 30/20
 31/19 32/3 33/15
 33/20 33/22 34/20
 35/1 38/5 39/13
 41/3 46/13 47/22
 48/5 48/15 51/3
 52/4 55/11 55/12
 56/8 56/17 56/19
 57/6 57/17 57/20
 58/12 58/13 58/20
 59/2 59/20 60/17
 60/25 61/3 61/8
 61/25 62/3 62/9
 62/20 63/4 63/24
 71/6 73/10 77/25
 78/11 82/3 82/19
 83/13 83/15 83/21
 84/7 84/15 84/21
floors [4]  17/12
 26/22 26/25 51/22
following [1]  83/5
follows [1]  3/3
food [1]  22/10
foot [2]  54/9 54/9
foregoing [2]  88/6
 88/12
form [7]  58/10 72/2
 73/11 74/1 74/21
 74/22 86/16
formal [2]  72/15
 73/2
forth [1]  16/18
found [3]  38/17
 40/8 69/15
foundation [2]  72/3
 74/23
four [5]  6/13 17/20
 44/2 75/23 76/1
frame [1]  55/21
Franklin [1]  84/4
fresh [1]  29/7
front [4]  30/21
 44/23 45/16 61/11
full [2]  3/7 88/13
furniture [1]  49/6
further [1]  88/17

**G**

garage [1]  7/20
garbage [1]  53/14
gave [3]  29/24 60/5
 79/11
gears [1]  25/12
general [3]  19/12
 25/21 62/1
Generally [1]  9/14
generate [1]  28/2
generated [2]  28/7
 28/16
give [8]  6/2 22/10
 22/17 29/12 31/25
 32/17 32/19 87/3
given [4]  4/14 48/8
 64/21 88/14
glanced [1]  4/9
gmail.com [1]  2/15
God [1]  50/23
Goff [1]  31/8
good [4]  41/11
 47/21 77/23 79/18
grabbed [1]  67/5
graduated [5]  6/5
 6/6 6/16 6/17 7/14

**G**

graduating [2]   6/8
6/13
ground [1]   67/16
guess [6]   9/11
25/15 34/12 38/3
54/9 81/4
guessing [1]   14/3
gym [3]   41/1 41/2
41/3

**H**

H5 [3]   30/5 44/9
85/5
H5D9C2 [1]   42/25
H6 [1]   85/6
half [1]   54/9
hall [21]   27/1
31/19 32/3 33/14
34/21 37/11 37/18
39/24 47/22 48/1
48/5 49/24 50/3
52/4 52/10 54/17
63/24 71/6 81/17
83/21 84/7
hand [3]   70/15 71/8
88/21
handler [1]   7/12
hang [1]   41/8
hanged [2]   83/20
84/10
hanging [2]   67/5
84/6
happening [2]   65/25
66/15
happy [2]   3/23 3/24
hard [2]   37/22 81/4
harm [1]   24/21
hash [1]   41/11
hasn't [1]   24/2
hazardous [3]   13/24
14/5 14/5
health [1]   26/1
hear [6]   64/8 81/2
81/14 81/19 81/21
81/23
heard [1]   83/5
hearing [7]   65/5
79/25 81/9 82/10
82/10 83/6 83/8
hearings [2]   11/4
11/5
held [1]   24/3
help [2]   75/7 83/1
helpful [2]   47/10
71/25
hereby [1]   88/5
high [6]   6/2 6/4
6/11 6/17 55/13
55/14
himself [8]   27/6
67/5 69/7 73/22
82/18 83/12 83/20
84/10
Hindi [4]   82/17
82/20 82/21 82/23
Hindi's [1]   82/25
hired [1]   14/15
history [3]   6/3
73/21 73/22
holding [3]   30/22
34/14 67/10
holiday [3]   85/16
86/5 86/19
holidays [1]   86/21
honest [4]   9/5 28/8
38/21 53/24
honestly [5]   18/1

28/24 49/9 53/24
86/7
hour [3]   47/3 69/19
69/19
hours [3]   69/12
69/20 75/22
housed [4]   39/11
39/16 45/15 66/6
housing [2]   35/9
53/10
hundred [5]   55/5
66/8 78/17 79/3
79/5
hung [5]   7/20 69/7
82/17 83/12 83/20
hypothetical [2]
24/24 24/24

**I**

I'd [1]   8/21
I'll [8]   4/23 28/8
30/2 32/17 32/19
32/23 33/5 87/4
I'm [56]   4/24 5/13
10/20 11/2 14/22
19/22 21/3 22/6
27/14 27/18 29/15
32/3 32/13 33/1
36/24 40/24 41/15
43/6 45/2 45/2 46/3
47/2 47/9 47/11
48/2 48/25 56/19
57/24 61/1 64/2
65/7 65/22 66/3
66/8 66/24 67/1
68/7 70/12 70/12
70/17 71/14 71/22
74/4 75/6 75/12
76/17 76/20 78/7
78/15 79/9 81/25
84/1 87/7
I've [5]   9/6 9/6
57/24 58/2 58/14
idea [3]   12/15 13/7
42/11
identification [11]
27/17 29/18 30/12
32/12 33/4 45/6
47/19 57/23 70/11
75/11 76/12
identified [1]
48/20
identify [1]   20/21
immediate [1]   16/9
important [5]   73/8
73/13 73/19 74/8
74/10
incarceration [1]
22/25
inches [1]   54/10
incident [14]   20/10
26/19 27/21 28/5
28/20 28/21 29/2
66/11 70/23 70/24
70/25 71/13 72/4
73/7
include [1]   42/7
included [1]   20/18
includes [1]   75/22
including [2]   17/24
76/2
increased [4]   22/20
23/1 23/19 86/14
indicate [3]   20/25
21/6 24/20
indicated [7]   31/3
33/18 36/15 43/2
50/16 52/11 52/11

indicates [2]   44/3
50/12
indicating [5]
37/22 40/23 43/8
45/25 60/22
indication [1]
49/23
indications [4]
18/13 33/18 34/24
41/11
indicator [1]   21/10
indicia [1]   73/24
individual [3]
57/12 73/10 80/14
individuals [2]
31/6 49/4
Informally [1]
72/25
information [19]
58/6 58/9 58/11
59/3 59/4 71/7
71/10 71/25 72/4
72/19 73/6 73/8
73/14 73/17 73/18
73/20 74/8 76/18
77/11
informed [2]   4/2
57/14
initial [1]   17/23
initials [2]   33/7
33/11
inmate [44]   17/25
22/8 22/23 23/22
24/1 46/19 46/24
56/5 56/8 56/14
56/17 57/12 57/20
58/6 58/7 58/8
58/12 58/19 61/4
61/7 62/20 63/23
64/5 64/10 64/11
64/16 65/12 67/4
70/8 71/1 72/1
72/24 73/5 73/24
74/9 74/18 75/3
76/18 78/21 80/10
80/25 81/6 81/9
85/15
inmate's [1]   72/22
inmates [33]   9/12
18/9 18/12 21/14
22/3 22/16 23/17
24/12 24/13 24/18
25/21 25/22 25/23
38/23 39/6 39/9
39/11 41/8 43/18
43/19 46/14 49/7
49/17 55/19 63/11
66/5 75/18 75/20
75/23 76/1 85/25
86/2 86/13
inmates' [1]   82/11
inside [5]   37/18
53/5 54/1 80/24
81/1
instance [1]   81/7
instituted [1]
85/22
institution [2]
7/24 9/13
instructed [1]   15/8
instruction [1]
18/12
instructions [1]
70/7
instructors [3]
15/7 15/11 15/12
interaction [1]
20/16
interested [3]   8/19

8/22 88/19
Internet [1]   13/18
interrupt [1]   78/8
interviewed [2]
65/4 65/16
interviews [1]
10/18
investigate [1]
5/19
investigated [1]
65/12
investigating [2]
76/7 77/9
investigation [2]
64/25 65/3
involved [6]   65/2
65/9 70/24 71/1
82/11 82/13
involvement [3]
84/24 85/10 85/12
isolated [1]   48/10
issue [2]   26/2
63/18
issues [2]   20/3
35/10
items [3]   12/12
55/18 55/19

**J**

jail [13]   5/19 8/9
16/25 17/9 25/14
25/19 26/11 26/13
27/1 28/4 69/4 84/5
86/1
James [1]   84/10
JANES [2]   1/21 88/3
January [7]   1/14
3/21 7/24 7/25 8/1
83/12 88/21
January 18 [1]   3/21
January 2004 [1]
7/24
January 2005 [2]
7/25 8/1
January 3rd [1]
83/12
Jefferson [4]   1/16
2/21 11/25 88/2
JENNIFER [2]   1/21
88/3
jjanes [1]   1/24
job [8]   7/19 9/16
9/19 14/1 16/20
16/25 17/24 22/1
jobs [5]   6/22 7/4
9/6 12/22 12/25
Jonathan [1]   83/19
JR [1]   1/5
June [3]   18/20 19/4
21/12
Justice [19]   27/2
31/19 32/3 33/14
34/21 37/12 37/18
39/24 47/22 48/1
48/6 49/25 50/3
52/4 54/17 63/25
71/6 83/21 84/7

**K**

KCIW [4]   8/25 9/13
14/3 18/6
keep [2]   9/8 61/12
KENTUCKY [13]   1/1
1/17 1/23 2/14 2/18
2/22 6/6 6/18 7/21
7/22 7/23 9/24 88/1
kept [1]   81/9
key [5]   51/13 51/15
52/18 52/20 80/19

8/22 88/19
keyboard [1]   28/12
keys [1]   80/22
kick [1]   13/23
kicking [3]   77/20
80/4 80/25
kill [1]   73/22
kin [8]   88/18
kind [8]   4/9 7/8
7/11 24/19 43/4
52/13 53/18 84/23
knife [2]   67/5
67/11
Knowing [1]   72/17
knowledge [2]   69/4
86/12
Kogut [1]   1/21
kogut.com [2]   1/24
1/24

**L**

L-shaped [1]   34/5
label [3]   34/10
38/14 40/6
labeled [2]   49/1
49/15 49/19
labeling [1]   32/23
laid [2]   32/4 32/6
67/16
large [4]   39/1 41/5
88/4 88/24
Laron [1]   83/11
Larry [2]   1/15 2/12
larrysimonlawoffice
[1]   2/15
last [2]   3/8 31/6
lasted [2]   14/24
17/17
later [1]   69/11
law [5]   1/15 2/13
7/3 7/5 8/21
lawsuit [3]   5/9
5/25 27/5
lawyer [1]   5/24
lawyers [1]   4/17
lay [1]   49/8
leading [1]   40/4
learn [1]   16/24
learns [1]   24/1
least [2]   26/23
37/17
leave [3]   57/5 57/6
80/13
leaving [1]   61/25
left [7]   8/7 18/21
26/17 29/6 29/6
64/18 82/7
legal [1]   4/16
less [2]   67/13
81/20
level [2]   13/2 20/7
lieu [1]   24/3
lieutenant [1]
16/15
life [6]   8/23 27/7
42/14 63/20 67/6
68/19
ligature [1]   67/10
light [2]   9/19 56/3
likely [1]   81/21
line [3]   8/23 16/12
53/6
lines [1]   32/1
lineup [1]   30/18
list [14]   10/5
31/21 56/15 56/17
57/13 57/16 59/1
61/10 61/11 61/15
64/6 70/5 75/18
84/4

**L**

listed [3]   31/7
43/21 75/20
little [12]   7/19
8/11 18/17 25/12
25/15 38/2 39/3
47/5 56/2 60/14
64/4 74/11
live [3]   15/7 15/11
15/12
LMDC [11]   5/14
14/13 15/14 16/20
17/23 18/21 18/25
22/6 25/13 28/21
83/6
LMPD [5]   14/12 19/2
19/10 19/18 22/4
located [17]   3/15
11/22 15/3 15/4
33/23 33/25 34/14
35/13 36/2 36/11
37/3 38/12 42/12
42/13 42/23 54/15
57/1
location [2]   45/18
57/3
locations [1]   42/16
locked [6]   51/18
52/8 52/9 53/14
80/18 81/18
lodged [1]   75/3
logging [1]   60/24
logs [2]   10/17
10/19
long [10]   3/25
12/17 14/24 17/16
17/19 20/11 55/3
66/9 78/13 83/1
look [18]   4/10
30/13 37/12 40/15
46/23 47/13 47/20
54/1 56/20 57/17
57/19 61/5 61/13
61/19 75/13 76/17
76/22 76/23
looked [2]   4/8 82/3
looking [4]   41/18
50/6 50/8 52/15
lookout [2]   21/13
24/9
looks [12]   27/21
27/21 27/25 30/15
41/19 45/7 48/1
49/22 70/23 75/16
79/23 84/7
lost [1]   27/7
lot [1]   11/2
LOUISVILLE [16]   1/8
1/16 1/23 2/14 2/18
2/20 2/22 3/16 5/15
5/17 7/18 8/13 10/22
13/13 18/23 22/5
louisvilleky.gov [1]
2/23
lower [1]   70/15

**M**

M-4 [2]   34/23 35/3
machine [1]   85/9
main [2]   2/17 63/9
makes [3]   21/19
23/8 23/11
making [3]   21/9
21/24 25/9
man [2]   82/17 83/11
manner [1]   71/18
many [8]   11/1 13/5
20/12 20/12 36/7

36/7 41/16 77/6
mark [6]   27/14
29/16 45/2 46/4
47/14 76/13
marked [15]   27/16
27/18 29/17 30/11
32/11 33/3 45/5
46/5 47/13 47/18
57/22 57/24 70/10
75/10 76/11
marks [2]   41/12
46/9
mask [1]   67/22
match [1]   48/23
material [2]   65/21
72/9
matter [1]   51/20
mattress [5]   55/22
57/2 57/6 57/7
57/10
Maubrey [1]   31/9
mclendon [2]   1/21
1/24
McLendon-Kogut [1]
1/21
mclendon-kogut.com
[1]   1/24
meaning [1]   35/6
means [2]   30/17
68/19
mechanism [1]   50/24
med [9]   35/5 35/6
35/12 35/13 35/23
35/23 39/11 39/12
43/24
medical [9]   22/11
25/8 35/6 35/10
63/6 63/7 68/21
74/13 74/14
meet [1]   87/11
Megan [1]   2/16
Meijer's [3]   6/25
7/5 7/13
member [1]   24/17
memory [19]   27/10
30/6 49/16 49/21
63/23 64/1 75/3
76/4 77/1 77/13
77/14 79/15 79/24
80/3 81/6 81/9
81/11 82/2 84/18
mental [2]   20/3
26/1
mentally [1]   20/3
mention [1]   54/14
metal [5]   52/14
52/17 53/18 54/12
56/2
METRO [11]   1/8 2/20
3/16 5/15 5/17 7/18
13/13 16/18 18/18
18/23 22/5
middle [1]   33/24
might [11]   20/21
21/13 22/18 22/18
24/20 47/4 47/4
53/1 72/17 83/2
85/15
Miller [1]   1/22
31/9 43/16 44/17
44/25 47/11 47/14
48/18 66/24 67/8
69/15
Miller's [3]   48/24
50/12 53/7
mind [4]   29/7 33/6
72/7 72/23
minute [4]   29/12
30/3 46/16 63/15

min [3]   47/3
69/19 87/3
mistaken [2]   35/11
78/15
Mitchell [1]   76/23
Mitchem [9]   75/4
76/8 76/18 76/24
77/1 77/7 77/11
79/10 79/21
month [1]   83/3
Moore [1]   83/11
more [12]   9/20 13/8
13/9 14/20 19/14
25/15 48/10 60/17
62/1 68/18 74/11
81/21
moreilly [1]   2/19
most [3]   26/21
64/22 78/23
mostly [1]   86/3
move [2]   25/11
39/22 56/15 56/16
56/20 57/13 57/16
59/1 61/10 61/11
64/6 70/5
moved [13]   8/5 9/21
11/14 25/11 26/20
26/20 58/12 58/19
61/7 64/11 64/11
77/24 77/25
Movement [1]   58/8
Mr [5]   1/15 2/12
2/21 3/5 47/8
Mr. [30]   5/7 27/4
27/23 42/23 66/16
68/18 69/4 69/18
70/5 71/24 75/4
75/22 76/2 76/3
76/8 77/1 77/7
77/11 77/16 77/17
79/10 79/11 79/21
79/22 79/25 80/4
82/14 83/6 84/8
84/24
Mr. Ashby's [1]
84/24
Mr. Hindi's [1]
83/6
Mr. Mitchem [6]
76/8 77/1 77/7
77/11 79/10 79/21
Mr. Ogburn [1]   5/7
Mr. Troutman [19]
27/4 27/23 42/23
68/18 69/4 69/18
70/5 71/24 75/4
75/22 76/2 76/3
77/16 77/17 79/11
79/22 79/25 80/4
82/14
Mr. Troutman's [1]
66/16
Mr. Wright [1]   84/8
Ms [1]   2/16
Ms. [1]   72/7
Ms. Court [1]   72/7
much [3]   9/5 9/20
50/23

**N**

NA [1]   31/10
name [6]   3/7 3/8
31/3 48/22 58/5
82/16
named [5]   75/4
82/17 83/11
names [1]   31/6
narrative [2]   29/3
70/23

Near [1]   55/9
necessarily [2]
57/4 57/8
neck [1]   67/20
need [3]   5/3 5/3
47/2
needed [4]   25/11
62/17 63/7 67/2
neither [1]   88/17
Nelson [1]   1/22
never [3]   41/7 51/5
58/14
new [2]   16/23 57/7
news [2]   22/24
24/13
newspapers [1]   49/8
next [7]   38/4 40/2
46/4 46/6 66/21
83/11 83/19
nice [1]   87/11
night [2]   5/10
32/15
nine [7]   12/20
14/25 35/22 35/22
43/19 43/25 44/2
nine-week [1]   14/25
Nobody [1]   61/18
noncontact [1]
38/11
None [1]   87/14
normal [2]   51/18
52/3
normally [4]   16/7
61/9 61/22 65/1
north [2]   6/4 50/9
Notary [2]   88/3
88/24
notations [1]   45/25
note [3]   58/7 58/7
60/3
notes [2]   78/16
87/3
nothing [3]   70/4
84/9 88/10
notice [1]   1/14
notified [1]   22/22
notify [1]   10/14
November [10]   27/4
30/16 30/23 42/24
47/23 65/11 66/17
71/3 71/24 75/21
November 13 [1]
71/3
November 24 [3]
30/23 42/24 66/17
November 24th [2]
30/16 71/24
November 25th [1]
75/21
nowise [1]   88/19
number [11]   27/14
27/19 29/10 29/16
40/7 40/25 41/23
41/25 42/20 45/5
45/16 48/20 58/6
70/13
numbered [2]   42/15
55/7
numbers [2]   42/14
42/21

**O**

O'Reilly [1]   2/16
oath [1]   4/18
Objection [7]   72/2
72/10 73/11 74/1
74/21 74/22 86/16
observation [5]

45/7 45/8 45/9
45/10 45/18
observations [1]
45/25
observe [2]   24/18
obtained [1]   18/24
obtaining [1]   13/15
obviously [7]   19/17
20/23 21/8 22/8
28/5 64/19 69/6
occasions [1]   11/1
occurred [2]   69/11
82/13
October [4]   82/19
82/19 83/19 84/11
October 19th [1]
82/19
October 27 [1]
83/19
October 4th [1]
84/11
off-duty [4]   11/18
11/20 12/23 13/3
Off-the-record [1]
19/25
Office [2]   1/22
2/13
officer [75]   1/13
3/1 3/18 3/20 4/1
9/3 9/11 10/4 10/22
16/5 16/15 16/24
17/2 17/8 17/14
17/16 18/7 18/16
18/25 19/9 19/18
20/6 21/14 22/2
23/7 24/9 24/25
26/14 31/24 33/6
43/15 44/3 44/5
44/16 44/18 44/19
44/25 47/9 47/11
47/14 48/18 48/23
50/11 51/16 52/18
53/7 59/12 61/3
64/20 65/8 65/15
66/24 67/7 67/18
67/19 67/21 67/22
68/16 68/17 69/15
69/23 70/18 71/11
72/22 73/5 73/9
74/9 75/2 75/12
78/11 78/19 85/13
87/4 87/8 88/6
officers [14]   16/23
31/12 31/13 34/25
35/1 41/20 43/16
44/8 52/6 60/18
61/16 62/7 77/8
86/10
offices [1]   1/15
often [3]   46/13
52/1 84/21
Ogburn [2]   2/21 5/7
on-the-job [2]
16/20 17/24
once [1]   14/15
one [38]   7/1 9/7
12/5 24/17 33/18
33/20 33/21 33/22
43/24 44/1 46/25
49/15 50/6 50/7
51/6 51/9 51/16
52/5 52/14 53/5
56/10 57/3 59/23
60/1 60/5 60/17
65/23 72/16 76/17
81/1 81/13 81/20
82/13 82/15 83/22
83/23 84/9 85/22
ones [4]   9/8 44/12

**O**

ones... [2]  59/20
69/2
online [2]  8/18
15/8
only [11]  32/14
33/22 36/20 44/11
44/13 45/11 48/2
51/1 51/6 51/9 59/5
open [4]  38/19 41/7
52/17 52/18
opened [6]  51/5
51/6 51/12 52/20
52/24 67/3
opening [3]  13/17
13/21 14/13
operates [1]  16/1
operating [2]  51/21
52/3
operation [1]  13/10
opportunity [1]
73/16
opposed [1]  15/8
order [3]  43/13
43/15 44/3
orders [3]  30/15
30/17 60/23
organization [1]
16/2
others [2]  5/9
65/13
Otherwise [2]  4/24
54/12
outcome [1]  88/19
outside [11]  49/24
50/3 54/6 54/14
54/17 54/18 54/19
59/23 60/12 81/16
86/1
own [4]  18/15 47/15
49/16 66/14

**P**

p.m [6]  3/6 47/7
47/7 87/6 87/6
87/15
package [1]  7/12
packages [1]  12/3
pads [2]  68/11
68/13
pages [2]  29/20
76/20
paper [2]  32/1
32/19
papers [2]  66/19
66/21
paramilitary [1]
16/1
Park [1]  1/22
Parkway [1]  1/22
parole [2]  8/2 8/5
8/7 9/9 9/22 10/3
10/21 11/4 11/12
12/19 13/1 14/9
parolees [3]  10/6
10/11 10/18
part [6]  40/1 54/23
65/3 72/20 73/4
76/16
participated [1]
6/22
particular [16]
17/25 49/4 62/11
62/12 62/16 62/22
64/1 64/2 66/7 70/8
71/1 72/1 74/20
80/7 85/15 86/24
parties [1]  88/18

partner [1]  48/18
past [1]  3/25
pay [1]  74/19
paying [1]  74/11
pen [5]  60/4 60/6
60/7 60/8 60/9
pending [9]  5/9
63/5 64/7 64/12
64/16 64/23 65/13
66/2 66/6
people [21]  18/13
20/2 20/15 20/17
22/9 22/10 45/15
61/12 61/12 61/25
63/4 64/20 68/21
68/25 77/6 85/14
85/18 85/24 86/1
86/3 86/6
percent [1]  55/5
66/8 78/17 79/3
79/5
perform [1]  10/12
perimeter [2]  34/13
41/12
period [9]  10/23
17/4 25/16 26/19
62/2 65/10 65/25
71/12 74/18
person [7]  16/10
20/22 25/7 57/14
64/2 67/24 81/7
personal [5]  44/17
55/20 56/24 58/6
84/23
pertained [2]  59/5
64/24
pertaining [1]
76/18
phone [2]  19/21
78/15
photographs [1]
4/12
physical [5]  9/19
14/21 19/18 21/10
68/19
physically [2]  28/3
57/18
pick [3]  12/5 12/9
57/3
piece [6]  32/1 32/1
32/19 73/8 73/13
73/19
Pierce [1]  31/10
PIU [1]  5/10
place [5]  2/22 8/25
12/6 15/5 88/7
placed [4]  64/6
65/14 68/12 69/23
PLAINTIFF [4]  1/6
1/14 2/12 3/2
Plaintiff's [19]
27/16 27/19 29/17
30/11 32/11 33/3
33/7 39/22 40/25
45/3 45/5 47/18
57/22 57/25 70/10
70/13 75/10 76/11
76/14
plane [1]  12/11
play [1]  33/6
pleadings [1]  4/10
PLLC [1]  2/17
pocket [1]  61/13
pod [2]  75/16 75/17
point [11]  4/21
5/22 12/23 25/1
41/14 46/20 51/8
67/12 68/13 77/24
79/22

point[...] [2]  40/25
50/6
police [8]  3/16
11/18 12/24 13/20
15/5 18/23 19/9
19/9
policies [2]  9/7
15/15
policy [11]  15/19
28/18 28/20 28/20
28/25 51/20 52/9
65/12 65/22 66/3
66/4
population [2]  22/9
25/21
portion [2]  20/15
76/24
portions [3]  34/3
40/7 48/22
position [6]  9/10
10/2 16/4 18/24
27/6 39/13
positive [1]  41/15
Possibly [2]  74/25
74/25
post [5]  30/15
30/17 43/12 43/15
44/3
posted [2]  78/1
78/4
potential [2]
24/4 24/5
potentially [4]
23/15 23/21 23/24
23/25
preliminary [1]
11/5
preparation [1]  4/5
presence [1]  88/12
pretty [3]  21/17
65/7 84/2
previous [3]  58/17
70/14 74/17
previously [1]  18/6
primarily [1]  15/22
prime [1]  22/13
print [1]  61/10
61/17 61/19
printed [2]  61/15
61/18
prior [1]  72/4
private [4]  8/7 8/8
11/14 12/1
privately [1]  87/4
probably [5]  12/20
26/21 54/8 78/20
83/2
probation [13]  8/1
8/5 8/7 9/9 9/22
10/3 10/4 10/21
11/3 11/12 12/19
13/1 14/8
probationers [2]
10/6 10/10
procedure [4]  46/12
46/17 52/3 56/13
procedures [3]
15/16 15/20 51/21
proceeding [1]  4/16
proceedings [1]
11/4
process [1]  13/15
professional [4]
3/10 5/13 29/25
88/23
program [3]  16/23
28/3 85/20
proper [1]  40/15
property [2]  56/24

56/24
protecting [2]  73/5
74/9
protection [1]  9/12
protocol [1]  51/20
provide [2]  22/10
29/3
provided [1]  77/7
PSU [4]  5/10 5/12
66/12 77/8
public [4]  37/17
37/20 88/3 88/24
punching [1]  12/12
purpose [6]  45/9
72/23 73/5 76/19
86/13 88/8
pursuant [1]  1/14

**Q**

qualify [1]  63/13
question [11]  4/21
4/22 4/25 34/19
48/25 52/2 62/1
69/11 72/6 73/3
80/25
questions [5]  4/17
30/3 30/4 87/12
87/13
quit [1]  68/13

**R**

R-A-M-E-Y [1]  3/9
R-A-N-D-E-L-L [1]
3/9
RAMEY [12]  1/13 3/1
3/9 3/18 4/1 31/9
33/6 47/9 75/2
75/12 85/13 88/6
RAN [2]  54/16 67/3
RANDELL [4]  1/13
3/1 3/9 88/6
rang [1]  19/21
rank [1]  16/10
ranks [1]  16/12
rather [4]  32/1
60/7 76/24 83/17
reach [1]  3/12
read [6]  29/12
65/21 70/17 70/18
72/9 88/15
reading [2]  36/24
72/8
ready [4]  30/14
32/24 66/21 70/18
real [1]  84/3
realized [1]  32/14
Realtime [1]  88/23
reason [2]  44/13
62/22
reasons [4]  62/25
63/2 64/11 64/12
recall [1]  71/14
receive [4]  17/24
18/2 58/11 70/6
received [4]  46/12
19/16 19/17 22/21
receiving [3]  7/13
18/7 70/6
Recess [2]  47/7
87/6
recognize [5]  27/20
45/4 57/25 70/21
73/23
recognizing [1]
18/8
recollection [2]
50/14 75/8
record [3]  19/24
19/25 47/6

recorded [1]  29/23
records [2]  78/22
79/6
red [7]  24/19 46/4
60/5 60/6 60/8
74/18 74/25
reduced [1]  88/11
reduction [1]  24/2
referring [1]  58/17
reflection [1]
47/25
refresh [1]  75/7
regarding [3]  9/16
22/24 27/23
regimen [1]  14/16
Registered [1]
88/23
relates [1]  18/2
relation [3]  40/19
43/11 50/11
relative [2]  21/2
21/3
relatives [1]  21/22
released [1]  79/14
remains [1]  57/2
remember [119]
remembered [1]
14/18
remind [1]  11/10
remove [1]  25/3
removed [2]  64/19
67/19
repeat [2]  65/17
65/20
rephrase [3]  4/23
52/2 69/10
report [13]  10/17
27/22 28/22 29/11
43/3 66/11 70/24
70/25 73/7 73/19
76/17 76/21 76/24
reported [1]  28/5
reporter [6]  65/19
65/21 72/7 72/9
88/23 88/23
Reporting [1]  1/21
reports [2]  10/17
71/14
represent [4]  34/4
35/4 39/2 41/13
representation [5]
29/11 29/23 47/21
48/8 48/14
request [1]  88/14
requested [2]  65/21
72/9
require [1]  10/16
required [2]  10/16
46/13
rescue [1]  67/23
responsibilities [2]
9/17 10/10
responsible [4]
9/11 43/18 56/6
56/11
rest [1]  77/19
restate [2]  74/5
74/7
result [1]  10/21
retire [1]  13/24
retirement [2]
13/23 14/6
returned [1]  79/13
review [2]  66/10
87/3
reviewed [1]  4/6
revocation [3]
10/13 11/3 11/4
right-hand [1]

**R**

right-hand... [1]
70/15
rise [1]  13/2
risk [6]  20/21
22/20 23/1 23/19
73/23 86/14
Road [1]  3/14
room [48]  17/13
33/19 33/20 38/1
38/3 38/4 38/6
38/13 39/4 40/8
40/12 40/16 40/23
43/12 44/5 44/7
44/8 44/21 48/2
48/3 50/11 50/12
50/19 51/1 51/2
51/4 51/16 51/21
52/5 52/7 52/18
59/17 59/18 59/20
66/18 67/4 67/6
67/6 67/9 68/5
68/25 80/8 80/12
80/23 80/24 81/3
81/17 82/4
rope [2]  67/13
67/14
roster [9]  31/11
31/13 34/21 34/22
34/22 34/22 41/18
75/16 75/17
rotation [1]  46/16
round [1]  45/14
rounds [3]  22/9
45/13 80/7
RPR [1]  1/21

**S**

S/C [2]  36/21 37/8
S1 [1]  84/8
safety [4]  22/3
22/8 22/14 72/23
same [12]  15/5
17/14 23/13 23/24
33/12 42/20 44/25
57/4 75/3 79/13
84/8 84/8
Santiago [1]  31/10
saving [1]  68/19
saw [5]  13/20 13/24
51/5 72/3 73/5
scene [1]  20/7
schizophrenia [1]
20/4
school [7]  6/2 6/4
6/12 6/12 6/17 6/19
6/21
second [6]  26/6
31/2 33/2 45/20
62/4 76/19
section [2]  33/18
48/5
secure [1]  52/7
security [12]  7/8
8/8 8/9 11/15 12/1
12/3 12/13 17/11
22/3 22/8 22/11
22/14
seem [1]  29/10
seemed [1]  74/15
seems [3]  78/25
79/1 79/1
seg [1]  64/3
segregation [3]
63/12 63/14 82/18
self [2]  18/12
24/21
self-harm [1]  24/21

self-instruction [1]
18/12
send [2]  3/11 3/12
sense [5]  21/18
23/6 23/8 23/11
24/24
sent [1]  12/10
sentence [1]  22/24
separate [1]  53/21
sergeant [6]  16/11
16/15 30/4 30/19
31/8 66/19
services [2]  11/19
13/3
sessions [1]  20/12
set [1]  30/15
seven [1]  44/2
shaped [1]  34/5
sheet [17]  4/8
32/17 45/7 45/8
45/9 45/13 45/18
45/25 46/5 46/10
47/1 56/20 57/19
57/19 67/14 67/15
67/19
sheets [2]  45/10
63/7
Shepherdsville [1]
3/14
shift [21]  26/5
26/6 28/23 29/6
30/24 31/1 31/16
45/17 45/20 46/1
61/22 62/4 62/8
62/19 66/19 66/21
69/12 71/6 86/8
86/10 86/23
shipments [1]  8/9
shipped [1]  12/12
shipping [1]  7/13
shirt [1]  68/11
shorthand [1]  88/11
shortly [1]  77/8
should [3]  3/12
43/2 69/19
show [21]  18/13
20/7 27/14 27/18
29/15 30/9 33/14
36/2 40/11 43/6
45/2 47/9 47/11
57/24 59/24 60/20
61/9 70/12 70/13
75/6 76/13
showed [1]  20/17
shower [4]  49/15
49/16 50/2 53/1
showing [3]  21/9
76/19 76/20
shown [1]  67/22
side [31]  32/14
32/15 32/18 33/14
33/15 33/21 34/1
34/1 34/20 34/25
34/25 35/1 35/3
35/20 35/21 37/3
37/10 37/11 39/23
40/2 41/12 41/19
42/4 42/12 43/7
43/16 48/9 60/18
60/18 60/19 81/18
sign [4]  22/25
23/19 47/1 88/15
signature [1]  45/22
signs [3]  20/17
24/18 24/19
similar [2]  28/21
58/10
similarly [1]  51/23
Simon [5]  1/15 2/12

2/15 47/8
since [2]  19/6
82/24
single [43]  35/9
35/13 35/25 36/15
36/18 37/6 39/18
39/21 41/14 41/16
42/7 42/8 42/9 43/9
45/10 45/11 45/11
46/14 46/15 46/19
46/21 48/11 48/23
53/19 53/22 53/23
54/16 54/22 54/23
55/19 57/1 62/21
62/23 63/1 64/6
65/14 81/2 81/8
83/16 83/25 84/1
84/17 84/22
sink [2]  56/1 56/2
sit [3]  25/7 49/7
85/15
sits [1]  44/5
situation [6]  23/16
24/14 25/4 25/4
66/17 79/2
six [3]  44/2 50/23
54/10
sixth [3]  3/16
84/14 84/21
sociology [1]  6/7
solid [1]  54/12
SOLUTIONS [1]  2/16
some [19]  5/3 9/19
12/23 20/21 22/18
24/20 25/22 25/24
26/1 30/2 38/1 39/8
44/13 49/6 58/18
66/20 75/6 77/24
79/21
somebody [11]  21/5
21/15 22/22 61/6
63/13 63/19 63/21
64/18 64/23 78/22
79/4
someone [17]  20/20
20/24 20/25 21/18
21/18 23/12 23/16
23/22 25/2 25/7
25/9 63/6 64/2 68/3
68/4 68/10 71/8
something [23]  5/4
13/22 17/20 22/19
23/9 24/8 25/5 49/7
49/8 61/21 62/16
63/22 64/17 65/24
72/18 74/15 74/19
78/6 78/7 78/8
78/17 79/19 86/9
sometimes [4]  57/8
62/10 62/10 79/4
somewhere [2]  57/10
71/21
sort [3]  12/9 25/24
26/1
sound [1]  42/25
sounds [2]  43/1
84/13
south [4]  1/16 2/13
50/8 83/22
space [3]  38/19
41/3 41/7
special [1]  70/7
specific [5]  8/22
14/22 65/22 81/11
81/13
specifically [2]
70/2 81/15
speculation [1]
72/10

spell [1]  3/7
spoke [2]  5/10 5/17
spoken [1]  5/8
SS [1]  88/1
staff [11]  9/12
15/23 16/1 22/11
22/16 23/23 24/17
25/25 31/22 62/13
74/13
stand [1]  60/14
standard [2]  51/20
52/3
Standards [2]  5/13
29/25
stands [1]  20/9
start [3]  16/24
32/22 34/4
started [15]  7/17
8/1 8/9 8/12 8/24
9/9 12/21 13/13
25/13 25/18 67/23
68/15 68/16 69/8
86/23
starting [1]  6/2
state [9]  3/7 7/21
7/22 8/12 9/4 72/22
88/1 88/4 88/24
stated [3]  88/7
88/8 88/16
statement [8]  15/25
24/16 29/23 66/12
76/7 77/7 79/11
81/25
statements [4]  21/9
21/19 21/25 25/9
STATES [1]  1/1
status [2]  17/15
46/14
STEPHANIE [1]  1/4
sticker [6]  32/23
33/1 33/9 33/10
37/24 70/15
stocked [1]  7/12
stood [1]  70/4
Stool [1]  55/23
straight [2]  6/13
6/19
straighten [1]
43/24
street [4]  1/16
2/13 2/17 20/16
strike [5]  34/18
50/25 71/9 80/11
82/6
stuff [9]  10/14
21/1 21/3 21/19
21/24 22/23 56/18
56/22 80/1
suicidal [10]  18/9
18/12 20/22 20/24
20/25 21/1 21/5
21/7 21/15 25/2
suicide [16]  17/25
18/13 18/13 20/18
23/1 23/20 27/6
27/23 42/24 73/25
74/17 82/11 82/12
84/5 84/24 86/15
suicides [4]  17/25
18/8 22/20 83/5
Suite [5]  1/16 1/22
2/13 2/17 2/22
summer [2]  6/23 7/2
supervised [1]  17/5
supervisor [1]  16/9
supervisors [1]
29/3
supervisory [2]
10/9 13/2

supplies [1]  53/13
supposed [2]  57/5
74/16
switch [1]  25/12
sworn [2]  3/2 88/9
system [3]  28/9
59/9 61/1
systems [2]  28/15
58/25

**T**

tables [1]  49/6
taken [4]  1/14 8/21
67/22 88/7
tall [1]  54/9
tape [1]  29/23
tape-recorded [1]
29/23
Taylor [4]  15/5
31/8 44/4 44/18
team [1]  67/23
telling [2]  58/18
78/18
tells [2]  21/18
30/18
temporarily [1]
65/15
ten [4]  13/8 13/9
43/25 46/9
term [1]  68/8
terms [1]  23/6
testified [2]  3/2
64/4
testify [1]  10/24
testifying [1]  11/8
testimony [1]  82/2
tests [1]  10/12
Thanksgiving [1]
86/21
themselves [1]
24/12
They'd [1]  86/6
they'll [2]  57/5
57/6
thinking [2]  19/23
61/2
third [6]  25/18
25/19 26/4 26/8
86/10 86/10
thought [5]  25/2
36/24 54/5 62/17
62/19
threatening [1]
63/21
three [7]  25/16
39/18 41/20 44/2
60/24 75/23 76/14
three-page [1]
76/14
three-year [1]
25/16
threw [1]  43/5
through [21]  6/13
6/19 6/19 12/4
14/16 17/22 18/4
19/19 31/8 31/9
35/5 35/23 36/10
37/2 38/6 38/25
39/12 40/5 50/2
54/1 56/14
throughout [1]  17/9
times [4]  38/24
46/5 46/10 85/17
today [4]  4/6 5/23
20/21 29/9
Todd [1]  3/9
together [1]  61/25
toilet [2]  56/1
56/2

Dragon v 00742-DJH-CHL   3:16-cv-00742   Officer Randolph Ramey

**T**

tomorrow [1]   21/24
took [4]   7/19 14/13
68/3 69/2
top [3]   33/7 33/10
70/15
topic [2]   5/25
18/12
total [5]   35/22
35/22 35/24 41/20
44/2
toward [3]   14/6
39/1 61/24
trained [4]   17/7
19/19 23/2 23/4
trainee [1]   17/15
training [39]   9/2
9/15 9/18 9/19
14/16 14/17 14/19
14/20 14/21 15/14
16/21 16/21 17/1
17/8 17/16 17/23
17/23 17/24 17/25
18/2 18/8 18/14
19/8 19/12 19/14
19/15 19/17 20/1
20/2 20/6 20/10
20/11 20/13 20/20
21/17 22/19 22/22
22/23 24/7
transcript [12]
27/17 29/18 30/12
32/12 33/4 45/6
47/19 57/23 70/11
75/11 76/12 88/13
transportation [1]
12/3
TROUTMAN [24]   1/4
1/5 27/4 27/23
42/23 58/5 68/18
69/4 69/18 70/5
71/1 71/24 75/4
75/22 76/2 76/3
77/16 77/17 77/24
79/11 79/22 79/25
80/4 82/14
Troutman's [1]
66/16
true [1]   88/13
truth [3]   88/9
88/10 88/10
try [2]   25/2 29/5
trying [5]   13/19
14/12 67/10 68/19
73/22
turn [2]   19/22
66/20
TV [2]   49/13 49/14
two [15]   12/25
12/25 28/15 34/23
34/25 35/1 43/16
44/1 51/4 54/9
59/21 63/9 67/24
69/20 74/18
two-person [1]
67/24
two-week [1]   74/18
type [18]   8/20
12/12 18/11 19/15
21/6 21/6 21/9
22/21 22/23 24/20
28/12 38/1 50/24
52/16 58/7 70/7
73/6 74/7
types [5]   7/16 9/15
21/12 24/6 86/21

**U**

Uh [20]   8/16 10/1
23/18 29/8 35/16
38/10 39/14 39/19
42/10 46/22 49/2
55/8 56/7 56/9
56/12 62/5 69/17
77/10 78/9 80/9
Uh-huh [20]   8/16
10/1 23/18 29/8
35/16 38/10 39/14
39/19 42/10 46/22
49/2 55/8 56/7 56/9
56/12 62/5 69/17
77/10 78/9 80/9
under [2]   4/18 37/8
underneath [2]
36/22 36/23
understand [4]   4/22
4/25 48/25 61/5
understood [1]   73/3
unit [5]   5/13 5/16
29/25 31/5 31/12
UNITED [1]   1/1
University [1]   6/6
unless [1]   74/15
unlocked [2]   51/16
80/19
untie [1]   67/13
untied [1]   67/15
until [5]   5/23 8/6
18/18 64/19 68/23
up [49]   5/22 9/8
12/5 12/9 16/12
20/7 25/10 30/4
37/25 38/4 38/9
39/4 40/2 40/13
47/15 48/10 48/23
50/2 51/23 51/24
51/25 53/6 54/16
57/3 57/7 57/12
58/19 61/5 61/9
61/12 61/14 61/19
62/20 67/10 67/22
68/10 68/22 69/1
69/2 69/6 69/18
69/20 69/21 70/5
70/12 73/1 75/8
75/23 87/5
upon [1]   82/2
UPS [4]   7/2 7/5
7/12 12/4
upstairs [1]   85/5
urine [1]   10/12
Usually [1]   62/15
utilize [1]   28/11

**V**

varying [1]   46/9
very [6]   41/11
51/25 77/23 79/18
83/1 84/21
view [1]   48/10
violations [1]
10/15
visiting [2]   38/9
38/15

**W**

waiting [1]   38/2
walk [6]   22/10
38/25 45/12 45/20
46/20 46/23
walking [1]   81/17
wall [9]   49/24 50/3
54/16 54/17 54/18
54/19 55/13 55/15
55/23

wan [5]   25/12 36/5
36/12 36/21 37/4
38/13 47/20 59/23
60/10
wanted [3]   13/22
44/23 76/22
wanting [1]   21/22
warning [1]   24/19
watch [2]   25/7
85/19
watchers [3]   85/16
86/5 86/19
watching [2]   86/6
86/13
water [2]   5/4 47/4
way [11]   4/24 20/8
20/24 34/19 40/13
40/15 57/15 61/24
70/2 72/16 83/4
we'll [5]   5/5 27/14
29/16 32/22 60/6
website [1]   13/18
week [3]   7/20 14/25
74/18
weeks [1]   17/20
welfare [1]   46/19
went [15]   6/4 6/19
8/18 13/25 17/22
26/9 56/13 57/20
61/14 66/21 67/3
67/8 85/5 85/7 85/8
west [26]   2/17 8/3
31/8 31/9 31/10
32/14 33/14 34/1
34/20 34/23 34/23
34/25 35/3 35/20
35/21 35/21 37/2
37/11 37/12 40/2
40/4 43/7 43/16
48/9 50/8 84/15
West/East [1]   31/10
WESTERN [9]   1/1 6/6
6/8 6/12 6/15 6/18
7/14 9/24 10/22
whatever [4]   17/5
20/4 20/5 56/17
wherever [2]   61/13
61/13
whole [2]   8/23
88/10
wide [1]   54/10
window [9]   46/24
52/23 53/16 53/17
53/22 54/3 54/5
54/7 54/8
windows [6]   50/7
52/25 54/14 55/2
55/9 55/11
witness [15]   29/2
34/11 36/6 36/14
37/1 37/9 38/16
41/4 42/18 46/8
60/11 88/9 88/12
88/15 88/21
Women [1]   7/24
word [1]   17/6
words [1]   66/15
work [19]   3/12 6/25
7/8 7/11 8/20 8/23
17/12 25/13 26/23
34/25 35/1 44/8
44/9 44/10 51/23
51/25 67/11 84/21
86/3
worked [31]   6/25
7/2 7/22 7/23 8/4
8/6 8/7 8/8 8/25
12/18 12/19 14/3
14/4 14/11 18/6

26/5 26/6 26/13
26/15 26/21 41/10
44/6 44/10 44/11
44/13 47/23 51/24
52/3 72/21 85/9
85/13
working [19]   8/12
8/24 9/3 11/12
12/23 13/13 16/7
16/22 30/19 30/20
44/16 46/13 58/12
59/10 62/2 62/14
62/6 62/9 71/5
Wright [2]   83/19
84/8
write [5]   36/5
36/12 37/4 41/3
60/10
writing [2]   70/15
88/11
written [1]   60/23
wrong [1]   36/25
www.mclendon [1]
1/24
www.mclendon-kogut.c
om [1]   1/24

**X**

XJail [9]   28/14
58/24 59/7 59/8
59/22 59/24 60/1
61/6 71/22

**Y**

year [5]   7/1 25/16
71/24 85/17 86/20
years [4]   6/13 7/1
7/1 12/20
yelled [1]   79/23
yelling [1]   79/21
yes [125]
yet [1]   64/21
you'd [7]   11/7 50/8
57/9 60/7 62/6
81/21 81/22
you-all [3]   52/5
56/13 87/2
yourself [2]   15/15
15/19