

**LOUISVILLE METRO DEPARTMENT OF CORRECTIONS**
**PROFESSIONAL STANDARDS UNIT**

**CASE REPORT # 2015-037**

On November 24, 2015 at approximately 2247 hours, Officer Dustin Miller was conducting a security check on the 5th Floor of the Hall of Justice when discovered Inmate Charles Troutman CIN#296168 in his cell (H5 Dorm 9 Cell 2) hanging by a bed sheet, which was tied around his neck. Officer Miller called for additional officers, who relayed the message to medical staff, and immediately rendered aid to Inmate Troutman. The responding officers started cardiopulmonary resuscitation (CPR) and deployed an automatic external defibrillator (AED). Charge Nurse Joseph Schindler directed security staff to contact EMS and assisted the officers with lifesaving efforts until he was relieved by Louisville Metro Fire and Rescue (LMFR) and Louisville Metro Emergency Medical Services (LMEMS). Inmate Troutman was transported to University of Louisville Hospital by LMEMS. Inmate Troutman never regained consciousness and continued to be treated at U of L Hospital until he was pronounced deceased on November 28, 2015.

Inmate Troutman had a prior suicide attempt on November 13, 2015 following his arrest on charges of trafficking methamphetamine, trafficking heroin, possession of drug paraphernalia, and possession of marijuana. After officers intervened, Inmate Troutman reportedly told the officers he did not feel he had any reason to live because he would likely be sent to prison for 20 years. In response to the incident, Inmate Troutman was placed on suicide observation until November 17, 2015, when he was cleared by Mental Health to be placed in the general inmate population. According to Inmate Troutman's LMDC medical record, he was also placed on a protocol to monitor symptoms of detox when he was initially screened; this protocol was also discontinued on November 17, 2015.

After Inmate Troutman was cleared from detox / suicide observation on November 17, 2015, he was moved to H6 Dorm 6. On November 19, 2015, Inmate Troutman was moved to the Community Corrections Center (CCC) 4 North 1 after he was involved a verbal altercation with another inmate in H6 Dorm 6. Inmate Troutman remained in CCC 4 North 1 until November 21, 2015, when he was issued disciplinary and moved back to the Main Jail Complex for his involvement in a physical altercation with another inmate. Inmate Troutman was assigned to Rear Security Dorm 2, until November 24, 2015 when he was placed on a movelist, by PCI James Cox, to go to H5 Dorm 9 Cell 2 due to his pending disciplinary.

On November 28, 2015 Director Mark Bolton instructed the Louisville Metro Department of Corrections (LMDC) Professional Standards Unit (PSU) to initiate an administrative investigation into the events surrounding the incident.

1

GB002715

*Note: A criminal investigation into Inmate Troutman's death was conducted by Sergeant Marcus Laytham of the Louisville Metro Police Department (LMPD) Public Integrity Unit (PIU). Sergeant Laytham concluded that Inmate Troutman died from an apparent suicide via ligature hanging. While he did not suspect foul play, Sgt. Laytham did question why Inmate Troutman was placed in a single cell with bars only 11 days after a prior suicide attempt.*

<u>Nurse Jessica Price</u> gave a sworn statement to LMPD PIU on November 25, 2015 at 0244 hours. Nurse Price stated she became aware of the situation when a call for "back up" came over the radio. Nurse Price stated she, Nurse Temple and Nurse Woods gathered medical supplies and responded. Nurse Price stated when she arrived at H5 Dorm 9, Nurse Schindler and several officers were conducting CPR. Nurse Price noted a valve bag mask was being used to deliver oxygen to Inmate Troutman and an AED was deployed. Nurse Price stated she did not perform CPR because Nurse Schindler and the officers were rotating those responsibilities; she stood by in case her assistance was necessary. Nurse Price advised that Inmate Troutman never gained consciousness.

<u>Nurse Joseph Schindler</u> gave a sworn statement to LMPD PIU on November 25, 2015 at 0216 hours. Nurse Schindler stated he was in the Nurses' Station on J2 when he heard the call for back up over the radio. Nurse Schindler stated Medical then received a phone call requesting immediate medical response to H5 Dorm 9. Nurse Schindler stated he observed officers performing CPR on Inmate Troutman when he arrived at H5 Dorm 9 Cell 2. Nurse Schindler stated the officers were cutting off Inmate Troutman's shirt in order to apply the AED. Nurse Schindler stated he set up the oxygen and bag mask and handed it to an officer performing CPR. Nurse Schindler stated he directed the officers to call EMS. Nurse Schindler stated he assisted with CPR and oversaw what was going on inside the cell.

<u>Nurse Barbara Wood</u> gave a sworn statement to LMPD PIU on November 25, 2015 at 0243 hours. Nurse Wood stated she was in the Nurses' Station on J2. Nurse Wood stated her supervisor, Nurse Schindler, was the first person from medical to arrive on scene. Nurse Wood stated when she arrived at H5 Dorm 9, Nurse Schindler was counting chest compressions and officers were performing CPR on Inmate Troutman. Nurse Wood stated she filled out the paperwork and handed to EMS when they arrived on scene.

<u>Nurse Teresa Temple</u> gave a sworn statement to LMPD PIU on November 25, 2015. Nurse Temple stated she was responded to H5 from the Nurses' Station on J2 after she heard a call over the radio. Nurse Temple stated she followed Nurse Schindler to H5 and observed CPR being performed on Inmate Troutman and noticed the AED was deployed. Nurse Temple stated she did not go in the cell, but started preparing the paperwork for transport. Nurse Temple stated she then returned to the Nurses' Station on J2 to pull up a list of Inmate Troutman's medications.

<u>Inmate Donell Mitchem</u> gave a sworn statement to LMPD PIU on November 25, 2016. Inmate Mitchem was housed in H5 Dorm 9 Cell 1 at the time of the incident. Inmate Mitchem stated he heard Inmate Troutman ask an officer to check if his bond had been paid; then heard Officer Ramey advise him the bond had not been paid. Inmate Mitchem stated Inmate Troutman started to punch or kick his cell door and cussed because his bond was not paid. Inmate Mitchem

2

stated the inmate in cell 3 tried to speak to Inmate Troutman, but Inmate Troutman said,"I don't got fucking nothing to say to nobody."

Inmate Mitchem stated, about five minutes later he heard a sheet ripping then heard shower shoes hit the ground, but is not positive about hearing the sheet. Inmate Mitchem stated, 6 or 7 minutes later Officer Ramey returned to the dorm and tried to get Inmate Troutman down. Inmate Mitchem stated he could not see Inmate Troutman's cell and could only hear what happened. Inmate Mitchem stated he did not believe Inmate Troutman gave any indication he planned to kill himself and he felt it was "nobody's fault."

**Inmate Derrick Todd** gave a sworn statement to LMPD PIU on November 25, 2015. Inmate Todd was assigned to H5 Dorm 9 Cell 4 at the time of the incident. Inmate Todd stated he did not know Inmate Troutman and had no communication or interaction with him. Inmate Todd stated he was unaware of the situation until he heard the responding officers.

**Inmate Norman Williams** gave a sworn statement to LMPD PIU on November 25, 2015. Inmate Williams was assigned to H5 Dorm 9 Cell 3 at the time of the incident. Inmate Williams stated he did not know Inmate Troutman and never spoke to him. Inmate Williams stated he is a deep sleeper and did not hear anyone say anything. Inmate Williams stated he was not aware anyone was in Cell 2, until he heard loud noises and saw officers running into the cell.

**Ofc. Randell Ramey** gave a sworn statement to LMDC PSU on July 5, 2016 at 1029 hours. Officer Ramey stated he and Officer Dustin Miller were assigned to H5 West at the time of the incident. Officer Ramey stated he believed Inmate Troutman came to H5 on a movelist late in the shift, but was unsure of the exact time and did not know what floor he came from. Officer Ramey stated he was in H5 Control when Officer Miller, who was conducting a security check, came in and informed him of the situation with Inmate Troutman. Officer Ramey stated he retrieved the "knife for life" and instructed Officer Ryan Taylor (H5 Control) to call for back up on the radio.

Officer Ramey stated he entered H5 Dorm 9 Cell 2 with Officer Miller and attempted to cut the ligature from the bars over the window, but the knife would not cut through the ligature. Officer Ramey stated he untied the ligature from the bar it was tied to, placed Inmate Troutman on the ground and started chest compressions. Officer Ramey stated there was another officer in the cell who untied the ligature from around Inmate Troutman's neck, but he did not recall who the officer was. Officer Ramey stated he instructed another officer to retrieve the AED from H5 Control, as he continued to perform CPR while Officer Clifford Marbrey, who had arrived from H5 East, gave rescue breaths. Officer Ramey stated that once the AED was in the cell and prepared, Officer Kristopher Horn used the "knife for life" to cut Inmate Troutman's shirt off in order to apply the AED pads. Officer Ramey stated he continued giving chest compressions until Officer Horn relieved him. Officer Ramey stated other officers and medical staff continued CPR until relieved by LMFR and LMEMS.

Officer Ramey stated he stayed at the cell until Inmate Troutman was taken out by EMS. Officer Ramey stated he retrieved the "Knife for Life" and two radios from the cell and secured them in H5 Control, at the instruction of Sergeant Ernest Goff. Officer Ramey stated he believed

3

DUPLICATE

Sergeant Goff instructed him to secure the items because, at that time, there were still inmates housed in other cells in Dorm 9.

**Officer Dustin Miller** gave a sworn statement to LMDC PSU on June 16, 2016 at 0334 hours. Officer Miller was assigned to H5 West at the time of the incident. Officer Miller stated Inmate Troutman had arrived on H5 sometime between 2000 hours and 2030 hours as part of a 3 or 4 person movelist. Officer Miller stated nothing seemed out of the ordinary when Inmate Troutman arrived and he gave no indication he was planning to hurt himself.

Officer Miller stated he was conducting his last security check of the night, before he turned in his keys for the next shift, and entered H5 Dorm 9 sometime between 2245 hours and 2250 hours. Officer Miller stated he started his check in Dorm 9 at Cell 1 and intended to work his way around before he signed the observation sheet. Officer Miller stated he saw Inmate Troutman hanging as he looked in Cell 2. Officer Miller advised he, at first, thought Inmate Troutman was standing with his knees on his bunk, but then noticed a bedsheet around his neck. Officer Miller advised that Inmate Troutman was hanging facing the door, with his body in an upright position and his knees approximately 6 inches off the bunk. Officer Miller stated he ran to H5 Control to notify Officer Ramey of the situation, then returned to Dorm 9 and made entry into Cell 2. Officer Miller explained, H5 Dorm 9 is a few feet away from H5 Control.

Officer Miller stated he entered Cell 2 and tried to relieve pressure on the ligature by picking Inmate Troutman up by the waist as Officer Ramey removed the ligature form the bars of the window. Officer Miller stated they put Inmate Troutman down on his bunk, then moved him to the floor of the cell. Officer Miller stated he and Officer Horn cut Inmate Troutman's shirt off and placed the AED on him as Officer Ramey and Officer Marbrey performed CPR. Officer Miller stated he exited the dorm after Medical staff, Fire, and EMS personnel arrived on scene. Officer Miller stated he briefed Sergeant Goff and Lieutenant Gilbert about the situation and did not reenter Dorm 9.

**Nurse Joseph Schindler** gave a sworn statement to LMDC PSU on November 4, 2016 at 1117 hours. Nurse Schindler was the on duty supervisor (Charge Nurse) for Medical at the time of the incident. Nurse Schindler stated he responded to the back up call, assisted with CPR on Inmate Troutman, and stayed with Inmate Troutman until he was placed in the ambulance. Nurse Troutman described his impression of the staff response to the incident as "well done" and advised and the officers conducted themselves with professionalism.

Nurse Schindler stated his shift had started at 1800 hours on the day of the incident. Nurse Schindler stated he was advised, after the fact, that Classification had left a message for the dayshift Charge Nurse (Supervisor) when Inmate Troutman was placed on the movelist, but had not received a call back. Nurse Schindler stated he believed the requirement to have the Charge Nurse clear inmates being placed in single cells had started approximately a year and a half before November 2015, in response to a prior inmate death. Nurse Schindler stated the procedure he used was to direct the requesting Classification Staff Member to send him the request in an email, and he would always specify that the inmate not be moved until Classification received an email response from him.

GB002718

<u>Prisoner Classification Interviewer James Cox</u> gave a sworn statement to LMDC PSU on November 11, 2016 at 1549 hours. Mr. Cox stated on November 24, 2015 he placed Inmate Troutman on the movelist from Rear Security Dorm 2 to H5 Dorm 9 Cell 2. Mr. Cox stated he placed Inmate Troutman in a single cell because of his pending disciplinary for fighting on November 21, 2016. Mr. Cox stated that at the time, almost all inmates who had pending disciplinary were placed in single cells if the room was available. Mr. Cox stated this practice has since changed and inmates are now only placed in single cells for due cause.

Mr. Cox stated he had called Medical and left a message for the Charge Nurse advising them Inmate Troutman was going to be moved to a single cell. Mr. Cox advised, at the time, he would call Medical and notify them an inmate was being moved to a single cell; if the Charge Nurse was not available he would leave a message and place the inmate on the movelist. Mr. Cox stated the Charge Nurse would usually call back if there was a problem with the inmate being moved to a single cell, such as if the inmate needed a one on one watcher or was a suicide risk. Mr. Cox stated he was informed of the practice of notifying Medical verbally during on the job training and did not recall ever seeing it in writing. Mr. Cox advised, at one time, any nurse could approve the move, but that it was later changed to the Charge Nurse being notified.

Mr. Cox advised that since this incident he has changed how he notifies Medical, and no longer places an inmate on a movelist to a single cell until he hears back from the Charge Nurse. Mr. Cox stated approval from the Charge Nurse may be in person, by phone, or by email, depending on the preference of the nurse. Mr. Cox stated other people in Classification do things differently and he is not aware of any additional direction from his supervisors, following the incident, mandating Classification staff wait to place an inmate on the movelist until they receive clearance from Medical.

Mr. Cox stated the practice of Classification Staff placing a "No Bars" alert on inmates following suicide attempts was not put into place until after this incident; he believed Medical was responsible for that alert at the time. Mr. Cox clarified that current practice is for Classification Staff to apply the "No Bars" alert following any suicide attempt and that alert is to remain in effect for the life of the inmate.

*Note: Offender Services Manager Martin Baker provided PSU with an email sent to all Classification Staff on January 13, 2014, which outlined the procedure for clearing single cell use with Medical. Mr. Cox did not move to Classification until September 14, 2014.*

## CONCLUSION

Based on information gathered through interviews and supporting documentation, all responding Officers and Medical Staff reacted to the incident appropriately and per policy. The rapid and coordinated response to this tragic event was a testament to the dedication, training, and professionalism of these men and women.

Based on information gathered through interviews and supporting documentation, a finding of <u>Not Sustained</u> is being returned on <u>Prisoner Classification Interviewer James Cox</u>. There is insufficient evidence either to prove or disprove the allegation.

GB002719

The only written direction pertaining to a requirement for Classification Staff to gain Medical clearance prior to placing an inmate in a single cell, was an email sent to all classification personnel on January 13, 2014. This email was sent seven months prior to Mr. Cox receiving a bid to Classification; there was no evidence that Mr. Cox was provided with this information during his training.

Anything else needed pertaining to Case Report# 2015-037, please advise.

*[signature]* 12/29/16
Sergeant Michael Callahan   Date
Professional Standards Unit

Have Read Case Report # 2015-037

*[signature]* 12/30/16
Major Arthur Eggers   Date

*[signature]* 12/30/2016
Asst. Director Steve Durham   Date

*[signature]* 1-3-17
Director Mark Bolton   Date




**LOUISVILLE METRO DEPARTMENT OF CORRECTIONS
PROFESSIONAL STANDARDS UNIT**

### ADDENDUM 2015-037

TO: Director Mark Bolton
Louisville Metro Corrections

FR: Lieutenant Michael Callahan
Professional Standards Unit

RE: Case Report 2015-037
Officer Charles Troutman

DT: April 28, 2017

On January 13, 2017 Director Mark Bolton returned PSU Case # 2015-037 and requested additional information be included in the case report. The information was requested in order to clarify the process by which Inmate Troutman was returned to general population following a suicide attempt on November 13, 2015.

Inmate Troutman was cleared to be placed in general population following a psychiatric evaluation by Dr. Donna Smith on November 16, 2015. Dr. Smith reported Inmate Troutman denied the incident on November 13, 2015 was an actual suicide attempt; she stated he told her he was angry with an officer and wanted out of the holding cell and off the Booking Floor. Dr. Smith also noted Inmate Troutman adamantly denied suicidal ideations, homicidal ideations, or auditory hallucinations at the time of the evaluation and appeared calm and cooperative.

PSU conducted an interview with Dr. Smith on January 13, 2017. Dr. Smith was asked to explain what criteria are used to make the determination to remove an inmate from suicide observation and clear them to return to the general inmate population. Dr. Smith explained the decision is based on the inmate's statements and the observations of the doctor. Dr. Smith advised the inmate must deny any current suicidal or homicidal ideations and present no current symptoms of depression or psychosis.

Name: Troutman, Charles 47-W-M
Number: 15-1545 Date: 11-29-15
Height: 73" Weight: 205

H- 470
RL- 1280
LL- 1160
L- 2550
K- 600
S- 350
B- 1820

GPD

1) Delayed death - Asphyxia via ligature hanging
   A) Found suspended from bedsheet via nuchal ligature (per coroner)
   B) Nuchal ligature abrasion
   C) 4 day post-event survival in hospital

2) Tox not performed - hospital blood not available

3) Death in Custody - Jail Inmate

Toxicology: BA  BDS  CO  UDS  VA  Ref Lab  Histo
Manner: A  H  N  U  [S]  Pending

ICD Code: E953.1

Opinion: Complications of Asphyxia via ligature hanging

Resident: ___  Staff: TSC  Attendant: JR

County/Coroner: Jeff Po - RT

## LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

Jail ORI: KY0568000

### PERSONAL INFORMATION

TROUTMAN, CHARLES RALPH JR

| | | | |
|---|---|---|---|
| Alias: | | Height: | 6'01" |
| Race: | W | Sex: M | Weight: 200 |
| Address: | 2918 bank ST LOUISVILLE, KY 40212 | | |
| Hair: | BRO | Eyes: BRO | Comp: |
| Glasses: | | SSN: 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 | DL#: T92446985 |
| Phone No: | | Inmate Nbr: 00296168 | DOB: 07/05/1968 (Age: Arrest-47 Now-47) |
| FBI: | 224328TA4 | SID: 00375864 | |
| Citizenship: | United States of America | US Marshall Number: | Religion: NON-RELIGIOUS |
| Education Level: | 9TH GRADE | Body Build: | Ethnicity: Not of Hispanic Origin |
| POB: | United States of America | Birth State: KY | Birth City: |
| Marital Status: | Single | Military Veteran: | |

### DISTINGUISHING CHARACTERISTICS

| Type | Location | Description |
|---|---|---|

Total Number of Rows: 0

### ARREST INFORMATION

| Booking #: | Arresting Agency: | Arresting Officer: | Case #: |
|---|---|---|---|
| 201530890 | LOUISVILLE METRO POLICE | ALVEY | 15F012025 |

| Booking Officer: | Inmate Account Balance: | Booking Date/Time: | Release Date/Time: | Housed: |
|---|---|---|---|---|
| Graham, Dianne | $ 0.00 | 11/13/2015 00:48 | | H5W-09/002 |

Arrest Note: DET'S CONDUCTING A LONG TERM NARCOTICS INVESTIGATION UTILIZED LMPD SWAT TEAM EXECUTED A SEARCH WARRANT AT ABOVE LOCATION. UPON ENTRY SUBJECT AND CO DEFENDANTS WERE AT THE LOCATION SEARCH OF RESIDENCE YIELDED A LARGE BAG OF SUSPECTED CRYSTAL METHAMPHETAMINE, A LARGE BAG OF SUSPECTED HEROIN, A BAG OF MARIJUANA, DIGITAL SCALES, BAGGIES, ??? LEDGERS, NEEDLES, TELEPHONES, A LARGE AMOUNT OF US CURRENCY IN DIFFERENT DENOMINATIONS AND A LOADED BERSA .380 HANDGUN

SUBJECT WAS WEARING LONG SLEEVE BLK T SHIRT (NOTORIUS BIG) BLUE JEANS, CAMO JACKET TAN WORK BOOTS

### CHARGES

Sentence Status:

| Charge | Warrant # | Indict # | Bond Amt | Bond Type | Court Date | Sentence Date | Sentence | Release Date |
|---|---|---|---|---|---|---|---|---|
| | Disp | Disp Resn | | Court | Judge Name | Docket | Comments | |
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS HEROIN) | M676243 | | $ 25,000.00 | 10% BOND | 11/23/2015 | | | |
| | N | GRAND JURY | | TRAFFIC COURT-103 | | | | |
| TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE) | M676243 | | | Composite | 11/23/2015 | | | |
| | N | GRAND JURY | | TRAFFIC COURT-103 | | | | |
| POSS OF MARIJUANA | M676243 | | | Composite | 11/23/2015 | | | |
| | N | GRAND JURY | | TRAFFIC COURT-103 | | | | |
| DRUG PARAPHERNALIA - BUY/POSSESS 218A.500 (2) | M676243 | | | Composite | 11/23/2015 | | | |

GB002723

DUPLICATE

DUPLICATE

Total Number of Rows: 4

## BOOKING NOTES

| Date/Time | Notes |
|---|---|

Total Number of Rows: 0

## HOLDS

| Hold For | Hold Contact | Hold Contact Phone | Hold Status | Docket Number | Hold Amount | Comments |
|---|---|---|---|---|---|---|

Total Number of Rows: 0

Total Bond: $ 2,500.00

## SUPPLEMENTAL INFORMATION

Classification: MI/GP          Search Type:

## EMPLOYER INFORMATION

| Employer Name | Occupation | Phone Number | Address |
|---|---|---|---|
| DRYWALL, ADVANCE | | | |
| EMPLOYED, SELF | | | |

Total Number of Rows: 2

## IDENTIFICATION NUMBERS

| Identification Type | Identification Number |
|---|---|

Total Number of Rows: 0

| | | | | | |
|---|---|---|---|---|---|
| Name TROUTMAN, CHARLES RALPH JR | | | Booking # 201530890 | | Facility 1 |
| Inmate # 00296168 | Sex MALE | DOB 07/05/1968 | Book Dt/Tm 11/13/2015 00:48 | | Wing H5W |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 47 | Release Dt/Tm | | Dorm H5W-09 |
| Status | | In Jail | Classification MI/GP | | Cell H5W-09 |

DUPLICATE

## Note Entry

Inmate Note Type INMATE MOVEMENT

Inmate Note INMATE MOVED TO H5D9 PENDING DISCIPLINARY. NOTIFIED NURSE BROWN OF

Created By User COX, JAMES        Created Dt/Tm 11/24/2015 15:58

## Notes

Inmate Note Type

From Date/Time        To Date/Time

### Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 11/24/2015 15:58 | INMATE MOVED TO H5D9 PENDING DISCIPLINARY. NOTIFIED NURSE BROWN OF SINGLE CELL USE AND WAITING TO HERE BACK FROM MEDICAL ON THAT. | INMATE MOVEMENT | COX, JAMES |
| 11/24/2015 12:58 | INMATE HAS A WRITE UP FOR FIGHTING PENDING | DISCIPLINARY OFC NOTES | Kassinger, Jeffrey |
| 11/21/2015 22:15 | PER LT FUGATE THIS I/M IS RECIEVING A WRITE-UP AND NEEDS TO BE MOVED BACK TO MJC. PLACED ON ML TO PASSIVE | INMATE MOVEMENT | ADAMS, ASHLEY M |
| 11/18/2015 21:37 | INMATE PER OFC BARTH INVOLVED IN A VERBAL ALTERCATION WITH ANOTHER INMATE. THAT INMATE MADE KEEP FROM AND THIS INMATE MOVED TO CCC 4N1 | INMATE MOVEMENT | COX, JAMES |
| 11/17/2015 08:46 | INMATE'S DAUGHTER, STEPHANIE, CALLED AND WAS ASKING FOR HER NUMBER TO BE GIVEN TO THIS INMATE. INMATE GIVEN THE INFORMATION 938-9205 | INMATE SERVICES NOTES | AYERS, STACEY |
| 11/17/2015 02:46 | PER TEMPLE INMATE IS CLEAR FROM DETOX AND FOR GP. MOVED FROM J2W/OB1 TO H6/D6 | INMATE MOVEMENT | BAILEY, VENUS |
| 11/13/2015 18:06 | INMATE TRIED TO HANG HIMSELF ON BOOKING FLOOR HOLD 2. BECAUSE OF THIS INMATE MENTAL HEALTH PER NURSE STITH AND DENNING AND MOVED TO OBS 1. INMATE ALSO DETOX PER NURSE DENNING | INMATE MOVEMENT | COX, JAMES |
| 11/13/2015 07:04 | ORIENTATION COMPLETED MI/GP | ORIENTATION NOTES | Holt, Vinese |

25207 EGGERS        11/25/2015 00:03        Page: 1

GB002725

| Date/Time | Note | Category | Inmate |
|---|---|---|---|
| 06/07/2014 05:21 | PER CLASSIFICATION NOTICE SIGNED BY NURSE MCCARTNEY I/M IS A DETOX. PLACED ON ML TO J3-4B 025 ADDED DETOX ALERTS | INMATE MOVEMENT | ADAMS, ASHLEY M |
| 06/07/2014 01:24 | I/M DOES NOT HAVE ANY EMERGENCY CONTACTS | INMATE SERVICES NOTES | ADAMS, ASHLEY M |
| 02/15/2012 09:03 | PRE-SCREEN/ORIENTATION COMPLETE: #12000701 30 DTS W/WORK RELEASE, SEEKING EMPLOYMENT BOTH, W/EXT. HRS. PER JUDGE DONALD ARMSTRONG 2/8/12 TO REPORT 2/15/12 @ 0700. J1P1 TO CM2S1. FAXED/SCANNED OOC TO CCC. | OLD NOTES | |
| 01/18/2012 19:1 | WM 43 PRESCREEN COMPLETE. | OLD NOTES | |
| 11/16/2011 18:4 | WM43,PRESCREENING COMPLETE | OLD NOTES | |
| 01/07/2011 07:4 | 4N1 FROM J5D2 | OLD NOTES | |
| 01/06/2011 15:32 | ORIENTATION COMPLETE. DECLINED TO RELEASE PROPERTY/MONEY TO ANYONE..PREA FORM COMMMPLETED WITH NO ISSUES OR HAZARDS..., WILL HOUSE ACCORDING TO ROSTER IF NOT RELEASED IN COURT... MARIA | OLD NOTES | |
| 01/05/2011 17:5 | PRESCREENING COMPLETE.  W/M, 42 | OLD NOTES | |
| 12/08/2009 13:4 | ADDED CHARGE NO CHANGE IN CLASS | OLD NOTES | |
| 12/07/2009 10:23 | RECEIVED A WRITE UP ON 12-5-09 FOR CAT. 1-M FAILURE TO MAKE BED, CAT. 3-G REFUSING TO FOLLOW ORDERS. HE RECEIVED ONE WEEK LOSS OF GYM, TO BE RESTORED 12-13-09. | OLD NOTES | |
| 11/29/2009 05:04 | PER A MEDICAL/MENTAL HEALTH MOVE LIST RECEIVED FROM NURSE J. REESE THE INMATE SHOULD BE MOVED FROM J2W D12 TO GP. THE INMATE WILL BE HOUSED IN J3 D2B. MEDICAL HAZARD REMOVED. | OLD NOTES | |
| 11/25/2009 17:52 | PRE-SCREENING/ORIENTATION COMPLETE:J1P1 TO J2WWD12 11-30-09 @ 0900 W/$10K BOND ASLT-2. REFUSED EMERGENCY CONTACT NUMBERS. STATED; "CALL 911" W/A SARCASTIC TONE. CLASS/OVERRIDE 3 HMED TO 2 LMED *LEVEL DECREASE* | OLD NOTES | |
| 07/07/2009 13:03 | ORIENTATION COMPLETE&#X0D; RECEIVED ASSESSMENT MATERIALS&#X0D; NO PROPERTY RELEASE&#X0D; CALLED LOUIE 812-948-9622; HE STATED HE WILL MOST LIKE HAVE THIS INMATE'S BOND POSTED. &#X0D; CLASS OVERRIDE FROM HIGH MED TO LOW MED. &#X0D; INMATE WAS PASSIVE AND COOPERATIVE DURING INTERVIEW&#X0D; &#X0D; NOT PLACED ON HANDWRITTEN MOVE LIST DUE TO BOND POSSIBLY BEING POSTED | OLD NOTES | |

| Date/Time | Note | Category |
|---|---|---|
| 07/06/2009 04:1 | PRESCREEN COMPLETE. W/M 41 YRS. OLD. | OLD NOTES |
| 07/19/2007 15:5 | ID RETURNED. | OLD NOTES |
| 07/16/2007 08:48 | I/M WAS WRITTEN UP ON 071307 FOR CAT. 3-4.&#X0D; I/M WAS GIVEN 5 DAYS SUSPENDED WORK RELEASE.&#X0D; ID BACK ON 072007. | OLD NOTES |
| 07/13/2007 15:30 | INMATE WAS WRITTEN UP FOR CAT III RULE 4. INMATE WAS OUT TO WORK FOR 36 HOURS AND WAS PAID FOR 12 HOURS. INMATE WAS ALSO TERMINATED FROM HIS JOB ON 6-27-07 AND CLOCKED OUT AS IF HE WAS GOING TO WORK ON THE 29TH. INMATE WAS UNACCOUNTED FOR FOR 24 | OLD NOTES |
| 07/11/2007 16:21 | INMATE FAILED TO PROVIDE A CHECK STUB FOR WEEK ENDING 6-30-07. | OLD NOTES |
| 07/06/2007 10:10 | INMATE PROVIDED A CHECK STUB AND ALLOWED TO GO TO WORK. | OLD NOTES |
| 07/05/2007 14:47 | PER D. LUCKETT, I/M FAILED TO TURN IN A CHECK STUB WEEK ENDING 06/18 TO 06/22/07. ID CONFISCATED AND WR SUSPENDED. | OLD NOTES |
| 04/02/2007 15:06 | CCC/2N1 FROM CCC/4N2 - PER OOC ON CASE(S) 04J503705 AND 04J503706 - CONTEMPT - BAL OF SENT - RE-REFER TIA - WORK REL AND JOB SEARCH - PER JUDGE BOWLES ON 4/2/2007 | OLD NOTES |
| 03/14/2007 13:48 | INMATE WILL BE MOVED TO A JUMPSUIT AND HAVE TO REDOCKET HIS CASE. | OLD NOTES |
| 03/14/2007 12:13 | INMATE WAS RETURNED ON 2-27-07 FOR A HIP VIOLATION INMATE HAS NOT WENT TO COURT SINCE HIS VIOLATION WAIITNG ON INMATES OOC TO SEE IF HE WILL NEED TO BE MOVED TO A JUMPSUIT. | OLD NOTES |
| 03/13/2007 12:1 | PER CHUCK HE WILL SPEAK WITH INMATE TONIGHT. | OLD NOTES |
| 02/27/2007 07:40 | CCC/3N1 FROM J1R1 - HIP RETURN FOR TIA - CHUCK OR PAT WILL NEED TO SPEAK TO THIS INMATE | OLD NOTES |
| 02/26/2007 17:47 | PER FAXED NOTICE OF VIOLATION: &#X0D; MR. TROUTMAN IS BEING RETURNED TO JAIL THIS DATE FOR NOT HAVING MADE ANY TIA OR HIP PAYMENTS SINCE BEING PLACED ON THE PROGRAM.&#X0D; I/M IS A MINIMUM CLASS AND WILL BE HOUSED IN H3/308/04&#X0D; | OLD NOTES |
| 02/10/2007 10:13 | TIA TO HIP PER C. TRIBELY..MOVING FROM CCC/3N2 TO HIP..COPY FAXED CCC/HIP. | OLD NOTES |
| 01/31/2007 13:58 | CCC/3N2 FROM J3D1B PER OOC 04J503705 - CONTEMPT INMATE HAS 180 DTS - REFER TIA DATED 1/29/2007 | OLD NOTES |

DUPLICATE

| Date/Time | Note | Type |
|---|---|---|
| 01/29/2007 14:27 | ELIGIBLE FOR WA STATUS WITH INSIDE CLEARANCE. MOVED FROM H3W3 TO J31B. NAME SENT TO MEDICAL FOR SCREENING. | OLD NOTES |
| 01/26/2007 13:36 | W/M AGE 38 YRS OLD HEIGHT 6'1 WEIGHT 180 LBS.. POLITE DURING INTERVIEW HERE FOR COC CASE # 04J503205, COC CASE # 04J503206 GOES TO FM06 1-29-07 @ 1300 HRS.. HIS CLASS IS MIN HAS BEEN HOUSED IN H3W 310 #2  HIS RELIGIOUS PREFERENCE IS CATHOLIC APPEARANCE OK HYGIENE OK.. WAS OFFERED A PHONE CALL HE DECLINED..HAS SERVED TIME FOR TBUT  NO PRISON EXPERIENCE..///HE IS INTERESTED IN BEEN A WORK AIDE SENT E-MAIL TO R. RASPBERRY | OLD NOTES |

DUPLICATE

| Name | TROUTMAN, CHARLES RALPH JR | | | Booking # | 201530890 | Facility | 1 |
|---|---|---|---|---|---|---|---|
| Inmate # | 00296168 | Sex | MALE | DOB 07/05/1968 | Book Dt/Tm 11/13/2015 00:48 | Wing | H5W |
| Race | White/Eurp/ N.Afr/Mid Eas | | | Age 47 | Release Dt/Tm | Dorm | H5W-09 |
| Status | | In Jail | | | Classification MI/GP | Cell | H5W-09 |

*DUPLICATE*

Booking # 201530890

| Start Date/Time | End Date/Time | Cell | Bed | CellTransfer Reason | Comments |
|---|---|---|---|---|---|
| 11/24/2015 20:32 | | H5W-09 | 002 | | |
| 11/21/2015 23:48 | 11/24/2015 20:32 | J1-R-2 | | | |
| 11/21/2015 21:57 | 11/21/2015 23:48 | PASSIVE | J1-P-010 | Movelist | |
| 11/19/2015 00:38 | 11/21/2015 21:57 | 4N1 | 003 | | |
| 11/17/2015 03:40 | 11/19/2015 00:38 | H6W-06 | 014 | Movelist | |
| 11/13/2015 18:13 | 11/17/2015 03:40 | J2W-OBS1 | 003 | | |
| 11/13/2015 14:07 | 11/13/2015 18:13 | HOLD 2 | | | |
| 11/13/2015 00:48 | 11/13/2015 14:07 | PASSIVE | J1-P-044 | | |

25207 EGGERS                    11/25/2015 00:15                    Page: 1

GB002729

# LOUISVILLE METROPOLITAN DEPARTMENT OF CORRECTIONS

400 S. Sixth Street
Phone: 5025742167   Fax:

DUPLICATE

## Alert History

Date From : 11/12/2015 00:00   Date To : 12/01/2015 00:00   Alert Name :

| Inmate Name | Inmate # | Cell/Bed | Alert |
|---|---|---|---|
| TROUTMAN, CHARLES RALPH JR | 00296168 | | CLASSIFICATION OVERRIDE |
| Alert Note | | Start Date 11/29/2009 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | DETOX |
| Alert Note | | Start Date 11/13/2015 | End Date 11/17/2015 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | ID CARD CONFISCATED |
| Alert Note | | Start Date 07/11/2007 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | INMATE OWES MONEY |
| Alert Note | | Start Date 07/09/2007 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | JOB SEARCH / EXTENDED |
| Alert Note | | Start Date 02/15/2012 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | KEEP FROM / EFI |
| Alert Note | | Start Date 02/15/2012 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | MEDICAL WARD |
| Alert Note | | Start Date 11/25/2009 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | MENTAL HEALTH |
| Alert Note | | Start Date 11/13/2015 | End Date 11/17/2015 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | NO BARS SINGLE CELL |
| Alert Note | | Start Date 11/25/2015 | End Date |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | PRE-HEARING DETENTION |
| Alert Note | | Start Date 11/24/2015 | End Date |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | SUSPENDED WORK-RELEASE |
| Alert Note | | Start Date 07/11/2007 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | WORK RELEASE / EXTENDED |
| Alert Note | | Start Date 02/15/2012 | End Date 07/03/2013 |
| TROUTMAN, CHARLES RALPH JR | 00296168 | | WORKAID |
| Alert Note | | Start Date 01/29/2007 | End Date 07/03/2013 |

Printed By 32128 CALLAHAN On 12/23/2016 08:55     GB002730   1 of 2

Total: 1

DUPLICATE

Printed By 32128 CALLAHAN On 12/23/2016 08:55

DUPLICATE

Name TROUTMAN, CHARLES RALPH JR
Inmate # 00296168  Sex MALE  DOB 07/05/1968
Race White/Eurp/ N.Afr/Mid Eas  Age 47

Booking # 201530890
Book Dt/Tm 11/13/2015 00:48
Release Dt/Tm
Classification MI/GP

Facility 1
Wing H5W
Dorm H5W-09
Cell H5W-09

## Booking History

| Booking # | Booking Date/Time | Release Date/Time | Release Type | Booking Name | Booking Facility | Committed By Agency | Days | Case Nbr |
|---|---|---|---|---|---|---|---|---|
| 201530890 | 11/13/2015 00:48 | | In Jail | | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 12 | 15 F0 12 |
| 201416751 | 06/07/2014 01:10 | 06/10/2014 08:03 | RIP CREDIT: TIME SERVED | 1 | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 4 | |
| 201334377 | 11/02/2013 15:53 | 11/04/2013 18:48 | COURT ORDER | 1 | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO CORRECTIONS DEPT | 29 | 3 13 TO 51 |
| 201200529S | 02/15/2012 08:08 | 03/15/2012 07:31 | TIME OUT | 1 | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | | |
| 201200197 | 01/18/2012 17:02 | 01/19/2012 13:34 | COURT ORDER | | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 1 | |
| 201103856S | 11/16/2011 16:53 | 11/17/2011 12:58 | COURT ORDER | | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 1 | |
| 201100057 | 01/05/2011 16:39 | 01/18/2011 16:31 | COURT ORDER | | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 13 | |
| 200904296 | 11/25/2009 14:06 | 01/07/2010 20:14 | COURT ORDER | | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 44 | |

25207 EGG

11/25/2015 00:15

GB002732

DUPLICATE

| Case Number | Date 1 | Date 2 | Status | Name | Agency | Count |
|---|---|---|---|---|---|---|
| 20090023763 | 07/06/2009 02:50 | 07/08/2009 12:11 | POST FULL CASH BOND | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 3 |
| 20070003176 | | | | | | 179 |
| 20070003176 | 01/26/2007 11:10 | 07/24/2007 07:55 | TIME OUT | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | |
| 200402050B | 07/05/2004 18:10 | 07/07/2004 00:09 | STATE CLASS D PROGRAM | TROUTMAN, CHARLES RALPH JR | LOUISVILLE METRO POLICE | 2 |
| 200300934Z | 03/30/2003 22:07 | 03/31/2003 14:37 | RELEASED ON OWN RECOGNIZANCE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 200203109I | 10/01/2002 03:24 | 10/01/2002 07:41 | PAID FINE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 199772363O | 07/06/1997 17:23 | 07/06/1997 17:24 | PAID FINE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 199552333G | 06/29/1995 21:05 | 06/30/1995 00:00 | STATE CLASS D PROGRAM | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 199330603G | 02/12/1993 18:36 | 02/13/1993 00:00 | DID NOT RETURN | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 199107701Z | 02/28/1991 21:03 | 03/01/1991 00:00 | DID NOT RETURN | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 199004141S | 06/23/1990 20:52 | 06/24/1990 00:00 | FULL CASH | TROUTMAN, CHARLES RALPH JR | JEFFERSON COUNTY POLICE | 1 |
| 199002433G | 03/08/1990 11:11 | 03/08/1990 11:12 | RELEASED ON OWN RECOGNIZANCE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |

| Case # | Time In | Time Out | Disposition | Officer | Agency | Days |
|---|---|---|---|---|---|---|
| 198881962? | 01/25/1988 11:30 | 02/13/1988 00:00 | TIME OUT | TROUTMAN, CHARLES RALPH JR | DISTRICT COURT PICKUP | 19 |
| 198771434? | 12/02/1987 15:03 | 12/02/1987 15:04 | RELEASED ON OWN RECOGNIZANCE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |
| 198665538? | 08/14/1986 03:46 | 08/14/1986 03:47 | RELEASED ON OWN RECOGNIZANCE | TROUTMAN, CHARLES RALPH JR | LOUISVILLE PD | 1 |

Total Days In Jail: 320

DUPLICATE

25207 EGGERS
11/25/2015 00:15

GB002734