TROUTMAN, CHARLES

7/5/1968

403045215

LMDC 0001



REPORT GENERATED BY DPS AT 3/22/2016 10:55:23 PM                    ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Louisville Metro Department of Corrections
**Jail Complex**
400 S. 6th St.
Louisville, KY40202

**Behavioral Health Psychiatric
Provider Initial Evaluation**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201630890 | 7/5/1968 | 11/16/2015 |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

**Presenting Issue:**

*I/m seen and evaluated while on level one. While in holding I/m had wrapped curlex, hand had been bandaged with it, around his neck in a suicide attempt. I/m said he did it on purpose because the guard was mean to him and he wanted out of holding and up to gp. He denied it was an actual sicide attempt and adamantly denies SI/HI/AH currently and was calm and cooperative during evaluation.*

**Current Psychotropic Medications:**

*never treated with psych meds either inpt or outpt*

---

### Current Status:

History of Prior Treatment?                                          ○ Yes ● No

*none*

Family Psychiatric History?                                          ○ Yes ● No

*none*

Relevant Past Medical HX and Medications                            ● Yes ○ No

*in a coma x 9 days last yr after a blow to the head. Says he now stutters sometimes. HTN as well*

Prior Self Harm Attempt?                                            ● Yes ○ No

*age 13 took few asa when angry*

Prior Violence Toward Others?                                       ○ Yes ● No

*denies*

History of Substance Abuse?                                         ● Yes ○ No

Last Date of Use

*long hx of drug abuse. Yrs ago severe hx of alcohol and cocaine addiction. Heroin x 2 yrs and meth as well as some weed for yrs*

---

### Mental Status Exam:

Appearance:

☐ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☑ *Other*

Explain:    *turtle wrap*

Speech:

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

Explain:

LMDC 0003

| Louisville Metro Department of Corrections<br>*Jail Complex*<br>*400 S. 6th St.*<br>*Louisville , KY40202* | **Behavioral Health Psychiatric<br>Provider Initial Evaluation** |  **CCS**<br>CORRECT CARE<br>SOLUTIONS |

| *Patient Name*<br>CHARLES R TROUTMAN | *Inmate Number*<br>00298168 | *Booking Number*<br>201530890 | *Birth Date*<br>7/5/1968 | *Date Of Service*<br>11/16/2015 |
|---|---|---|---|---|

*Patient Allergies:*
Explain:

Mood:

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

Explain:

Affect:

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Explain:

Thought Form:

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

Explain:

Thought Content:

☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor*

Judgment:

☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor*

Behavior:

☐ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☑ *Cooperative* ☐ *Uncooperative*

---

**Diagnosis (include mental disorders and relevant medical conditions):**

---

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

Page 2 of 3

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville, KY 40202

**Behavioral Health Psychiatric
Provider Initial Evaluation**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/16/2015 |

Patient Allergies:
11-13-2015  Acute        External        Suicide and Self-Inflicted Injury Not
                         Causes          Otherwise Specified

*polysub dep., opiates, methamphetamines, cannabis, cocaine, alcohol*

**Plan:**

1. Medication:
*no meds indicated*
2. Labs:
*none*
3. Other:
*d/c level 1, release to gp*
4. Follow Up Date:    *none*

E-Signed by Donna Smith on 11/16/2015 11:56 PM EST                    Page 3 of 3

LMDC 0005

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville, KY40202

**Mental Health Progress Notes**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/14/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

**Enter Date/Time for every Progress Note.**

Added 11/14/2015 09:28 PM EST by ttemple LPN

*11/14/2015 9:27:48 PM*

*Wellness check on pt.  Pt was calm and cooperative no complaints or concerns at this time.  Pt was med compliant.*

E-Signed by Theresa Temple on 11/14/2015 09:28 PM EST

Page 1 of 1

## Mental Health Provider Orders



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Charles Troutman | 296/68 | | | 11-6-15 |

| Date/Time | Allergies: |
|---|---|
| 11/7/15 @ 0040 | d/c level 1 |
| | Send to GP |
| | & psych f/u |
| | *signature* |

©2007 Correct Care Solutions, LLC
CGS-MH01



Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville , KY40202

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201630890 | 7/5/1968 | 11/16/2015 |

STATUS:     ⦿ *Self Harm Watch*   ○ *MH Observation*

REASON FOR VISIT:     ⦿ *Daily*   ○ *S/P SW 24 hrs.*   ○ *S/P SW D7*   ○ *S/P SW D30*

FREQUENCY:     ○ *Close Observation*   ○ *15/min*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

## Mental Status

Sensorium:     ☐ *Alert* ☐ *Oriented x 3* ☐ *Distractible* ☐ *Poor concentration* ☐ *Other*
Explain:

Behavior:     ☐ *Calm* ☐ *Agitated* ☐ *Slowed* ☐ *Other*
Explain:

Mood:     ☐ *Euthymic* ☐ *Depressed* ☐ *Anxious* ☐ *Elevated* ☐ *Irritable* ☐ *Other*
Explain:

Thought Process:     ☐ *Goal-Directed* ☐ *Disorganized* ☐ *Loose Associations* ☐ *Tangential* ☐ *Other*
Explain:

Thought Content:     ☐ *Homicidal* ☐ *Suicidal* ☐ *Paranoid* ☐ *Hallucinations* ☐ *Delusions* ☐ *Other*
Explain:

Appearance:     ☐ *Well kept* ☐ *Self-neglect* ☐ *Other*
Explain:

Speech:     ☐ *Clear/Coherent* ☐ *Spontaneous* ☐ *Pressured* ☐ *Poverty* ☐ *Other*
Explain:

Affect:     ☐ *Appropriate* ☐ *Inappropriate* ☐ *Constricted* ☐ *Blunted* ☐ *Other*
Explain:

Memory:     ☐ *Recent Intact* ☐ *Remote Intact* ☐ *Impaired* ☐ *Other*
Explain:

Cognitive Estimate:     ☐ *High* ☐ *Average* ☐ *Low*

### Risk Assessment

Current Ideation:     ○ *Yes* ⦿ *No* ○ *Refuses to Answer*

Current Plan:     ○ *Yes* ⦿ *No* ○ *Refuses to answer*

Page 1 of 2

Louisville Metro Department of Corrections · **Self Harm Watch/Mental Health**
Jail Complex                                   **Observation Follow-Up Note**
400 S. 6th St.
Louisville, KY40202



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/16/2015 |

Current Ideation:            ⊙ Yes ● No ⊙ Refuses to Answer

Current Plan:             ⊙ Yes ● No ⊙ Refuses to answer

Any self harm since last MHP visit?    ⊙ Yes ● No

Describe:

Review status of factors that lead to placement on watch/observation:

*pt allegedly expressed S/I*

Medication:         ⊙ Yes ● No

Compliant:         ⊙ Yes ⊙ No ⊙ N/A

Client's subjective report:

*I/m denies making any self harm statements. "They told me I'd see the doctor and get out of here today". He denies any self harm ideations*

Interventions utilized during meeting:

*discusses safety, coping skills and the process to be cleared from the unit, assess risks*

---

**Plan** ☑ **Complete this Section for Visits completed while Client on Watch or Observation Status**

    ☑ *Continue watch - daily follow-up*

    ☐ *Discontinue watch - (complete discharge form)*

    ☐ *Refer to Psychiatry*

    ☐ *Consult with MH Supervisor*

    ☐ *Refer for Special Needs Program*

    ☐ *Change Property/Clothing to:*

    ☐ *Change Meals*

    ☐ *Changes to Recreation Status*

    ☐ *Changes in Sharps Restrictions*

    ☐ *Other*

---

**Plan** ☐ **Complete this Section for Post Release Visits**

---

E-Signed by Mark Krank on 11/16/2015 03:39 PM EST                        Page 2 of 2

LMDC 0009

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville , KY40202

**Self Harm Watch/Mental Health Observation Follow-up Note**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/15/2015 |

STATUS:           ⦿ Self Harm Watch   ○ MH Observation

REASON FOR VISIT:   ⦿ Daily   ○ S/P SW 24 hrs.   ○ S/P SW D7   ○ S/P SW D30

FREQUENCY:        ○ Close Observation   ⦿ 15/min

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

## Mental Status

Sensorium:         ☐ Alert ☐ Oriented x 3 ☑ Distractible ☐ Poor concentration ☐ Other
Explain:

Behavior:          ☐ Calm ☑ Agitated ☐ Slowed ☐ Other
Explain:

Mood:             ☐ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☑ Irritable ☐ Other
Explain:

Thought Process:    ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other
Explain:

Thought Content:    ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☑ Other
Explain: WNL

Appearance:        ☐ Well kept ☐ Self-neglect ☑ Other
Explain: WNL

Speech:           ☐ Clear/Coherent ☐ Spontaneous ☑ Pressured ☐ Poverty ☐ Other
Explain:

Affect:            ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other
Explain:

Memory:           ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other
Explain:

Cognitive Estimate:  ☐ High ☑ Average ☐ Low

### Risk Assessment

Current Ideation:                    ○ Yes ⦿ No ○ Refuses to Answer

Current Plan:                        ○ Yes ⦿ No ○ Refuses to answer

Page 1 of 2

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville , KY40202

**Self Harm Watch/Mental Health Observation Follow-Up Note**



CCS
CORRECT CARE
SOLUTIONS

| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/15/2015 |

Current Ideation:      ( Yes (• No (  Refuses to Answer

Current Plan:     ( Yes (• No ( Refuses to answer

Any self harm since last MHP visit?    ( Yes (• No

Describe:

Review status of factors that lead to placement on watch/observation:

*History of suicidal/self-harming behaviors.*

Medication:     ( Yes (• No

Compliant:     ( Yes ( No ( N/A

Client's subjective report:

*Patient presented to MHP stating "I wanna file a grievance! I haven't been out of here since Friday, and I wanna a shower and go to the day room". Patient denied HI or SI, stating "absolutely not; I love myself the most". Patient reported positive appetite and interactions with peers. Patient noted significant sleep disturbance, likely related to detox.*

Interventions utilized during meeting:

*Assessment of safety and current functioning; supportive therapy; review of positive coping and stress management skills.s*

---

**Plan** ☑ **Complete this Section for Visits completed while Client on Watch or Observation Status**

    ☑ *Continue watch - daily follow-up*

    ☐ *Discontinue watch - (complete discharge form)*

    ☐ *Refer to Psychiatry*

    ☐ *Consult with MH Supervisor*

    ☐ *Refer for Special Needs Program*

    ☐ *Change Property/Clothing to:*

    ☐ *Change Meals*

    ☐ *Changes to Recreation Status*

    ☐ *Changes in Sharps Restrictions*

    ☐ *Other*

---

**Plan** ☐ **Complete this Section for Post Release Visits**

---

E-Signed by Earl Ellis on 11/15/2015 03:04 PM EST        Page 2 of 2

LMDC 0011

| Louisville Metro Department of Corrections Jail Complex 400 S. 6th St. Louisville , KY40202 | **Self Harm Watch/Mental Health Observation Follow-Up Note** | | |  |

| Patient Name CHARLES R TROUTMAN | Inmate Number 00296168 | Booking Number 201530890 | Birth Date 7/5/1968 | Date Of Service 11/14/2015 |

STATUS:  ⦿ Self Harm Watch ◯ MH Observation

REASON FOR VISIT:  ⦿ Daily ◯ S/P SW 24 hrs. ◯ S/P SW D7 ◯ S/P SW D30

FREQUENCY:  ◯ Close Observation ⦿ 15/min

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

## Mental Status

| | |
|---|---|
| Sensorium: | ☐ Alert ☐ Oriented x 3 ☑ Distractible ☐ Poor concentration ☐ Other |
| Explain: | |
| Behavior: | ☐ Calm ☑ Agitated ☐ Slowed ☐ Other |
| Explain: | |
| Mood: | ☐ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☑ Irritable ☐ Other |
| Explain: | |
| Thought Process: | ☐ Goal-Directed ☐ Disorganized ☐ Loose Associations ☑ Tangential ☐ Other |
| Explain: | |
| Thought Content: | ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☑ Other |
| Explain: WNL | |
| Appearance: | ☐ Well kept ☐ Self-neglect ☑ Other |
| Explain: WNL | |
| Speech: | ☐ Clear/Coherent ☐ Spontaneous ☑ Pressured ☐ Poverty ☐ Other |
| Explain: | |
| Affect: | ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other |
| Explain: | |
| Memory: | ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other |
| Explain: | |
| Cognitive Estimate: | ☐ High ☑ Average ☐ Low |

### Risk Assessment

Current Ideation:  ◯ Yes ⦿ No ◯ Refuses to Answer

Current Plan:  ◯ Yes ⦿ No ◯ Refuses to answer

LMDC 0012

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville, KY40202

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/14/2015 |

Current Ideation:                          ( Yes (• No (  Refuses to Answer

Current Plan:                              ( Yes (• No ( Refuses to answer

Any self harm since last MHP visit?       ( Yes (• No

Describe:

Review status of factors that lead to placement on watch/observation:

*History of self-harm/suicidal ideations or behaviors.*

Medication:              ( Yes (• No

Compliant:               ( Yes ( No ( N/A

Client's subjective report:

*Patient presented to MHP for Observation F/U. Patient stated "I'm not good at all, I'm dying! The nurses don't like me because I'm a junkie". Patient reported sleep disturbance and minimal appetite. Patient denied current SI or HI and stated "I just wanna get out of this room".*

Interventions utilized during meeting:

*Assessment of safety and current functioning; supportive therapy; solution-focused/problem-solving techniques.*

---

**Plan** ☑ **Complete this Section for Visits completed while Client on Watch or Observation Status**

☑ *Continue watch - daily follow-up*

☐ *Discontinue watch - (complete discharge form)*

☐ *Refer to Psychiatry*

☐ *Consult with MH Supervisor*

☐ *Refer for Special Needs Program*

☐ *Change Property/Clothing to:*

☐ *Change Meals*

☐ *Changes to Recreation Status*

☐ *Changes in Sharps Restrictions*

☐ *Other*

---

**Plan** ☐ **Complete this Section for Post Release Visits**

---

E-Signed by Earl Ellis on 11/14/2015 03:06 PM EST

Page 2 of 2

LMDC 0013

**Louisville Metro Department of Corrections**
*Jail Complex*
*400 S. 6th St.*
*Louisville, KY 40202*

**Staff Referral Form**
Mental Health



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/13/2015 |

Type: ○ Emergent ● Urgent ○ Routine

Mental Health: ☐ Psychiatric Provider ☑ MH Professional ☐ MH Nurse ☐ Other

Other:

Reason for Referral:

*Suicide Attempt on booking floor, detox*

Additional Information (including interim actions taken):

*na*

E-Signed by Heather Denning on 11/13/2015 06:34 PM EST

E-Signed by Sequoia Young on 11/16/2015 10:58 AM EST

Page 1 of 1

LMDC 0014

Louisville Metro Department of Corrections
*Jail Complex*
*400 S. 6th St.*
*Louisville , KY 40202*

**Staff Referral Form**
Medical - Chronic Care



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/13/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych · | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

**Medical:**       **Chronic Care**

- ☐ *Asthma*
- ☐ *COPD/Pulmonary*
- ☐ *Cardiac*
- ☐ *Diabetic*
- ☐ *NID Diabetic*
- ☑ *Hypertension*
- ☐ *HIV/AIDS*
- ☐ *Pregnancy*
- ☐ *Seizures*
- ☐ *Coumadin*
- ☐ *Hepatitis*
- ☐ *Kidney Disease*
- ☐ *Lipids*
- ☐ *TB*
- ☐ *Other (noted below)*

Other:

Reason for Referral:
*Pt reports HTN*

Additional Information (including interim actions taken):
*NA*

E-Signed by Heather Denning on 11/13/2015 06:30 PM EST          Page 1 of 1
E-Signed by Amanda Hopkins on 11/16/2015 05:05 PM EST

**CCS**
CORRECT CARE SOLUTIONS
**ERMA**

*ENTERED*
11-25-15

## Emergency Room / Inpatient Referral Request

Patient Number: 28648                                    Date: 11/24/15

Site:

Location: LMDC        Patient Type:  ☐ None  ☐ State  ☐ Interstate Compact  ☑ Federal  ☐ ICE/INS

Patient Name (First) Charles Trouthan    (Middle)                (Last) Trauthan

Birthdate: 07/05/68          Social Security # 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

☐ Deceased          ☐ Is Juvenile          ☐ Is Infirmary Housed

Alias:                                                        Gender:  ☑ Male  ☐ Female

Custody Date: 11/13/15          Anticipated Release Date:

Requesting Provider:          Provider Signature:

☐ Workers Comp          ☐ Confirmed due to Patient Violence     ☐ Suspected due to Patient Violence     ☐ Pre-Existing Condition
☐ Inpatient Stay          ☐ Prebooking Event     ○ Not Financially Liable     ○ Financially Liable
☐ Pre-Sentenced          ☐ Sentenced

Category of Service:  ☑ Emergency Room          ☐ Direct Admission          Hospital: ✓

Means of Transportation: ☐ Custody Car  ☑ Ambulance:  ○ 911  ○ Non-Emergency     ☐ Air Ambulance

Date of Service / Admission:                    Discharge Date:

Chief Complaint / Diagnosis:

Reason for ER visit: *Include date of onset, present treatment, history of injury or illness, include all x-rays and lab results with consultation*

Patient found hanging At change of shift. He was hanging by sheet. CPR & AED initiated per staff. MAR Attached.

Current Medications:

Allergies:

Vital Signs:  BP: /    P:        R:        T:        °F   O₂ Sat:        %  Accu Check:

Nurse Signature / Title: BWood LPN

### ER Physician's Report
*Please attach actual Emergency Room evaluation*

Significant Findings, Including Tests Done:

Diagnosis:

Orders / Recommendations:

ER Physician Signature:                                        Date:

**Please include copy of ER Treatment Sheet upon release.**

PATIENTS PLAN ESCAPES! DO NOT inform patients of the date/time of revisits or impending hospitalizations.

CCS-HE02 ERMA                    Revised 10/24/13                    2-part form

LMDC 0016

☐ VETERAN

☐ JUVENILE OFFENDER

**TROUTMAN, CHARLES RALPH JR**
Bk Dt: 11/13/2015 00:48   DOB: 07/05/1968
Inmate #:00296168
Booking #:201530890

KSP 206 (REV 2/1/06)

KY 0568000

COURT

| | | | |
|---|---|---|---|
| AGENCY | LMPD | | |
| NAME (L-F-M) | TROUTMAN, CHARLES R. | SKIP A SPAC | |

HOME PHONE

EMERGENCY PHONE

ALIAS

ADDRESS (RED/STREET/APT, NO., ETC.)
2918 Bank St

CITY Louisville   STATE: KY   ZIP: 40212

KENTUCKY RESIDENT STATUS
F.☒ FULL TIME  P.☐ PART TIME  N.☐ NON RESIDENT

MARITAL STATUS

I.D. TYPE/STATE   I.D. NUMBER   S.S. NUMBER 403 04 5215

VICTIM'S RELATIONSHIP TO OFFENDER

DATE OF BIRTH  7 5 68
SEX  ☒ MALE  ☐ FEMALE
RACE  ☒ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKAN  ☐ ASIAN

ETHNIC ORIGIN
☐ HISPANIC  ☒ NON HISPANIC

PLACE OF EMPLOYMENT / OCCUPATION   CITY   STATE
HEIGHT 600  WEIGHT 200  HAIR COLOR RED  EYE COLOR BLU

| | | | | | |
|---|---|---|---|---|---|
| VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR TOP/BOTTOM | | |

ALCOHOL/DRUG INVOLVEMENT (SPECIFY)
☐ NO. ☒ YES  ☐ UNK (HEROIN / METH-MARIJUANA)

| REG. STATE | REG. YEAR | REGISTRATION NO. | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VOL. KEY |
|---|---|---|---|---|---|---|

VIOLATION DATE   VIOLATION TIME   EXACT LOCATION OF VIOLATION / ARREST
2920 Bank St

B.A. RESULTS

DATE OF ARREST 11 12 15   TIME OF ARREST 1930   MILES   DIRECTION   CITY Lou   COUNTY OF VIOLATION Jeff   SECTOR 4

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42377 | E | 218A.1412 | TICS Heroin | | | GUN | | | | | | | |
| 42365 | E | 218A.1412 | TICS Meth | | | | | | | | | | |
| 42330 | | 218A.1422 | PSM | 3 | | | | | | | | | |
| 42006 | | 218A.500(2) | PDP | 4 | | | | | | | | | |

COURT DATE   COURT TIME ☐ AM ☐ PM   ☐ PAYABLE / ☐ COURT   COURT LOCATION ARRESTED   COURT CASE NO.   DISPN. DATE   TRIAL ☐ B ☐ N   CLERK'S INITIALS

**POST-ARREST COMPLAINT**

Det's conducting a long term narcotics investigation
Utilized LMPD SWAT team and executed a search warrant
at above location. Upon entry subject and co-defendant
were at the location. Search of residence yielded a
large bag of suspected crystal methamphetamine, a large
bag of suspected heroin a bag of marijuana, digital
scales, baggies, drug ledgers, needles, telephones, a
large amount of US currency in different denominations
and a loaded Bersa .380 handgun

Subject was wearing - long sleeve blk t-shirt (Notorious Big), blue jeans, camo jacket,
tan work boots

| | | | | | |
|---|---|---|---|---|---|
| CDL LICENSE ☒ No ☐ Yes | | PLACARDED HAZARDOUS VEHICLE ☒ No ☐ Yes | | | 15 YEAR |
| COMMERCIAL VEHICLE ☒ No ☐ Yes | | CDL CLASS ☐ A ☐ B ☐ C | | | |
| NAME OF WITNESS CO-DEF Wilson, Antoni 08151983 | ADDRESS CIT# M676242 | | | | M676243 |
| NAME OF WITNESS Shinkle, Steven 09 14 85 | CITY/STATE   ADDRESS CIT# M676241 | | | | CONTROL NUMBER |
| CASE NO. do see 80-15-092225 | 1 | 2 | 3 | 4 | |
| CARRIED FOR UCR BY CONTRIBUTOR ☒ | ☐ IN-CAR VIDEO | ☒ FINGER PRINTS | EVIDENCE HELD YES | | |
| OTHER AGENCY ☐ SPECIFY | | ☐ PHOTOS | | | TYPE |
| OFFICER'S SIGNATURE X Alvey Burley | BADGE / I.D. NUMBER 2940/2850 | ASSIGNMENT 15b/13S | | 2 | |

 

SCANNED @ 12-10-15

# Health Coverage & Help Paying Costs
## Application for One Person

**kynect**
Kentucky's Healthcare Connection

## STEP 1 — Tell Us about Yourself

If someone else is helping you fill out this application, use **Appendix B** to give us that person's information.)

| 1. First Name, Middle Initial, Last name, Suffix (as it appears on your Social Security card) |
|---|
| Charles Troutman |

| 2. Social Security Number (SSN) | We need your SSN if you want coverage and have a SSN. We use SSNs to check income and other information to see if you are eligible for help with health coverage costs. |
|---|---|
| 403 04 5215 | |

3. If you **want** coverage and SSN is not provided, select reason for not providing it.
- ☐ Religious Objection
- ☐ Not eligible to receive SSN due to alien status
- ☐ Applied for SSN
- ☐ Does not have an SSN and may only be issued an SSN for a valid non-work reason
- ☐ Refuse to provide SSN

| 4. Date of Birth (mm/dd/yyyy) | 5. Gender |
|---|---|
| 7-5-1968 | ☒ Male  ☐ Female |

| 6. Do you live in Kentucky and plan to stay in Kentucky? | ☒ Yes  ☐ No |
|---|---|

7. Home Address - ☐ Check here if you do not have a Home Address. You will still have to enter a Mailing Address below.
400 S. 6th Street

| 8. City | 9. State | 10. Zip Code | 11. County |
|---|---|---|---|
| Louisville | Ky | 40202 | Jefferson |

12. Mailing Address (Only required if different from home address)

| 13. City | 14. State | 15. Zip Code | 16. County |
|---|---|---|---|
| N/A | | | |

| 17. Primary Phone Number  ☐ Home ☐ Work ☐ Cell | 18. Secondary Phone Number  ☐ Home ☐ Work ☐ Cell |
|---|---|
| (502) 574- 2088 | (   )  N/A |
| 19. ☐ Check here to allow kynect to send text message alerts to your primary phone number. | 20. ☐ Check here to allow kynect to send text message alerts to your secondary phone number. |
| 21. Preferred Spoken Language (if not English) | 22. Preferred Written Language (if not English) |

23. **Form 1095-A** is sent by kynect to you and the IRS to report enrollment information and the amount of payment assistance a household has received during the coverage year, if any. This form will be sent to you via postal mail, or if you create an account on kynect, we can notify you via email instead that the form is ready for viewing. If you would like to be notified via email, enter your email address: _____

24. Have you had a pregnancy end (giving birth or losing a pregnancy) in the past three months or are you currently pregnant?   ☐ Yes. **If yes,** answer questions a–c.   ☒ No
a. What is the due date or the last date of pregnancy? (mm/dd/yyyy) _____
b. How many children are/were expected with this pregnancy? _____
c. Would you like to be referred to the program that offers food to Women, Infants and Children (WIC)?  ☐ Yes  ☐ No

25. Are you offered health coverage from a job (including someone else's job, like a parent's job)?
☐ Yes. If yes, you will need to complete and include Appendix A with this application.   ☒ No

26. Do you want help paying for medical bills from the last 3 months?  ☐ Yes  ☒ No
If yes, which month(s)? _____



If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call **1-855-4kynect (459-6328)**. Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-I11         Rev. 11-01-14         Page 2 of 5

LMDC 0018

27. Do you plan to file a federal income tax return NEXT YEAR?
   *(You can apply for health insurance even if you don't file a federal income tax return.)*

   ☐YES. If yes, answer questions a & b.      ☐NO. If **no**, go to question b.

   a.  Will you file as a single person with no dependents?   ☐Yes   ☐ No
       If No, **stop using this form.** Use the *Health Coverage & Help Paying Costs Application for More Than One Person* to include your tax dependents (even if you do not want to apply for health coverage for them.)

   b.  Are you claimed as a dependent on someone else's tax return?   ☐Yes   ☐ No
       If Yes, **stop using this form.** You will need to apply for coverage with the person claiming you on their tax return (even if that person does not want coverage.)

| 28. Are you a U.S. citizen or national? | 29. If you are not a U.S. citizen or national, do you have immigration status? |
|---|---|
| ☒ Yes   ☐ No | ☐ **Yes.** Answer questions a–d below. <br> a.   Immigration Document Type: _____ <br> b.   Document ID Number: _____ <br> c.   Have you lived in the U.S. since 1996?   ☐ Yes   ☐ No <br> d.   Are you a veteran or active-duty member of the U.S. military?   ☐ Yes   ☐ No |

30. Are you of Hispanic, Latino or Spanish origin? (OPTIONAL)   ☐ Yes   ☐No

31. Race **(OPTIONAL)**

| ☒ White | ☐ American Indian | ☐ Filipino | ☐ Vietnamese | ☐ Guamanian or Chamorro |
|---|---|---|---|---|
| ☐ Black or African American | ☐ Alaska Native | ☐ Japanese | ☐ Other Asian | ☐ Samoan |
| ☐ Chinese | ☐ Asian Indian | ☐ Korean | ☐ Native Hawaiian | ☐ Other Pacific Islander |

32. Are you American Indian or Alaska Native?
   ☐Yes. If yes, complete Appendix C and mail it with this application.      ☐No

33. Are you currently in prison or jail or have you been released in the past three months?
   ☒Yes. If yes, answer questions a–c.      ☐No
   a. When did you enter prison? (mm/dd/yyyy) 11-13-2015
   b. When did you leave prison? (mm/dd/yyyy) N/A
   c. Are you currently waiting for a decision on charges?   ☐Yes   ☒No

33. Do you need help with activities of daily living (like bathing, dressing, etc.) or live in a medical facility or nursing home?
   ☐ Yes   ☐ No

34. Are you blind or permanently disabled?   ☐ Yes   ☐ No

35. Were you receiving Medicaid when you became too old to be eligible for foster care placement?   ☐ Yes   ☐ No
   **If yes,** in what state were you living? _____   How old were you? _____

36. If you are filling out this application on behalf of a person who recently passed away, enter the deceased person's date of death: _____

If you need help with your application or to apply faster online, go to **www.kynect.ky.gov** or call **1-855-4kynect (459-6328).** Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-I11                     Rev. 11-01-14                     Page 3 of 5

LMDC 0019

## STEP 2    Current Job and Income Information

Use additional sheets of paper if you need to add more than two jobs.

| Income from Job 1 | 1. Who earns this income? N/A | | 2. Who is this person's employer? | |
|---|---|---|---|---|
| 3. What is the **gross** amount this person makes (**before taxes**)? $ | | 4. How often? ☐ Weekly ☐ Every two weeks | ☐ Twice a month ☐ Monthly | |
| 5. IF SELF-EMPLOYED a. Type of work _____ | b. Gross Income _____ | | | e. How often? _____ |
| | c. Self-employment Expenses _____ | | | |
| | d. NET Income (Gross minus expenses) _____ | | | |

| Income from Job 2 | 6. Who earns this income? | | 7. Who is this person's employer? | |
|---|---|---|---|---|
| 8. What is the **gross** amount this person makes (**before taxes**)? $ | | 9. How often? ☐ Weekly ☐ Every two weeks | ☐ Twice a month ☐ Monthly | |
| 10. IF SELF-EMPLOYED a. Type of work _____ | b. Gross Income _____ | | | e. How often? _____ |
| | c. Self-employment Expenses _____ | | | |
| | d. NET Income (Gross minus expenses) _____ | | | |

**11. Additional Income:** List here any additional income you may receive, give the amount and how often you get it. Do not include income from child support, Supplemental Security Income (SSI), veteran's income, or Worker's Compensation. If none, leave blank.

| Type of Income | How Much? | How Often? | | |
|---|---|---|---|---|
| ☐ Social Security | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Pensions | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Interest or Dividend | $ ____ N/A ____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Disability Payments | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Unemployment | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Other _____ | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |

**12. Household Deductions:** Give us information about things that you pay, and that can be deducted on an income tax return. Giving us this information could make the cost of health insurance lower.

| Type of Deduction | How Much? | How Often? | | |
|---|---|---|---|---|
| ☐ Alimony Paid | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |
| ☐ Student Loan Interest | $ _____ | ☐ Weekly | ☐ Twice a month | ☐ Monthly |

**13. Yearly Income:** What is your estimated yearly income for the coverage year, including any monthly changes, bonuses, seasonal income, etc.?



If you need help with your application or to apply faster online, go to **www.kynect.ky.gov** or call **1-855-4kynect (459-6328).** Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-I11                    Rev. 11-01-14                    Page 4 of 5

LMDC 0020

27. Do you plan to file a federal income tax return NEXT YEAR?
*(You can apply for health insurance even if you don't file a federal income tax return.)*

☐YES. If yes, answer questions a & b.      ☐NO. If no, go to question b.

a.  Will you file as a single person with no dependents?   ☐ Yes   ☐ No
    **If No, stop using this form.** Use the *Health Coverage & Help Paying Costs Application for More Than One Person* to include your tax dependents (even if you do not want to apply for health coverage for them.)

b.  Are you claimed as a dependent on someone else's tax return?   ☐ Yes   ☐ No
    **If Yes, stop using this form.** You will need to apply for coverage with the person claiming you on their tax return (even if that person does not want coverage.)

| 28. Are you a U.S. citizen or national? | 29. If you are not a U.S. citizen or national, do you have immigration status? |
|---|---|
| ☒ Yes   ☐ No | ☐ Yes. Answer questions a–d below. |
| | a.  Immigration Document Type: _____ |
| | b.  Document ID Number: _____ |
| | c.  Have you lived in the U.S. since 1996?   ☐ Yes   ☐ No |
| | d.  Are you a veteran or active-duty member of the U.S. military?   ☐ Yes   ☐ No |

30. Are you of Hispanic, Latino or Spanish origin? (OPTIONAL)   ☐Yes   ☐No

31. Race  (OPTIONAL)

| ☒ White | ☐ American Indian | ☐ Filipino | ☐ Vietnamese | ☐ Guamanian or Chamorro |
| ☐ Black or African American | ☐ Alaska Native | ☐ Japanese | ☐ Other Asian | ☐ Samoan |
| ☐ Chinese | ☐ Asian Indian | ☐ Korean | ☐ Native Hawaiian | ☐ Other Pacific Islander |

32. Are you American Indian or Alaska Native?
☐Yes. **If yes, complete Appendix C and mail it with this application.**        ☐No

33. Are you currently in prison or jail or have you been released in the past three months?
☒Yes. **If yes, answer questions a–c.**        ☐No
a. When did you enter prison? (mm/dd/yyyy)   11-13-2015
b. When did you leave prison? (mm/dd/yyyy)   N/A
c. Are you currently waiting for a decision on charges?   ☐Yes   ☒No

33. Do you need help with activities of daily living (like bathing, dressing, etc.) or live in a medical facility or nursing home?
☐ Yes   ☐ No

34. Are you blind or permanently disabled?        ☐ Yes   ☐ No

35. Were you receiving Medicaid when you became too old to be eligible for foster care placement?   ☐ Yes   ☐ No
If yes, in what state were you living? _____   How old were you? _____

36. If you are filling out this application on behalf of a person who recently passed away, enter the deceased person's date of death: _____

If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call **1-855-4kynect (459-6328)**. Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-I11                    Rev. 11-01-14                    Page 3 of 5

LMDC 0021

## STEP 3   Other Healthcare Coverage

Do you have health coverage now, including dental and major medical coverage that is not Medicaid or KCHIP?

☐ YES. If yes, complete the information below.   ☒ NO.

Type of coverage ——————————————   Policy Number ————————————————

Name of policy holder ———————————   Coverage start date ———————————

Name of insurance company ——————   Coverage end date ————————————

Insurance Company's Address ————————————————————————————————

## STEP 4   Sign and Date this Application

- I am signing this application under penalty of perjury which means I have given true answers to all the questions on this form to the best of my knowledge and belief. I know that I may be subject to penalties under federal law if I provide false and/or untrue information.
- I know that I must tell kynect if anything changes from what I wrote on this application within 30 days of the change. I can visit kynect.ky.gov or call 1-855-4kynect (459-6328) to report any changes.
- If I think kynect has made a mistake, I can appeal its decision. To appeal means to tell someone at kynect that I think the action is wrong, and ask for a fair review of the action. I know that I can be represented in the process by someone other than myself. My eligibility and other important information will be explained to me.
- I know that under federal law, discrimination is not permitted on the basis of race, color, national origin, sex, age, sexual orientation, gender identity, or disability. I can file a complaint of discrimination by visiting www.hhs.gov/ocr/office/file.
- I understand that kynect will check my answers using information in databases from the Internal Revenue Service (IRS), Social Security, the Department of Homeland Security, and/or any other trusted source. If the information does not match, I may be asked to send proof.

Renewal of coverage in future years: To make it easier to determine my eligibility for help paying for health coverage in future years, I agree to allow kynect to use income data, including information from tax returns and other trusted data sources. kynect will send me a notice, let me make any changes, and I can opt out at any time.
Yes, renew my eligibility automatically for the next: (select one)
☐ 5 years (maximum allowed)   ☐ 4 years   ☐ 3 years   ☐ 2 years   ☐ 1 year
☐ Do not use information from tax returns or other data sources to renew my coverage.

Voter Registration: If I am not registered to vote or not registered where I currently live, I can choose to register to vote by checking yes below. If I check yes, I will receive a voter registration application in the mail. Checking yes or no below does not affect the outcome of this application.
☐ Yes, I want to apply to register to vote. An application will be mailed to me.   ☐ No, I don't want to register to vote.

If I am eligible for Medicaid:
- I understand that if Medicaid pays for a medical expense, any other health insurance or legal settlement payments will go to Medicaid to reimburse it for the expense.
- I understand that my application may be reviewed to make sure that eligibility was determined correctly. If my application is reviewed, I must cooperate with the review.

| Signature | Date (mm/dd/yyyy) |
|---|---|

If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call 1-855-4kynect (459-6328). Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-111          Rev. 8-30-13          Page 3 of 5

LMDC 0022



**kynect**
Kentucky's Healthcare Connection

# APPENDIX B
## Assistance with Completing Application

Case Number: _____

## You Can Choose an Authorized Representative.

You can give a person that you trust permission to make decisions for you about your healthcare coverage. You may need this person if you are unable to fill out your insurance application form, have given someone your Power of Attorney, or for any other reason. This person is called an "authorized representative". You don't have to have an authorized representative, but if you want one, you can choose someone to be your authorized representative by completing and signing this form.

Check all of the things you would like your authorized representative to do for you:
☐ Submit and update my application for me, or respond to a change in my eligibility
☐ Act for me on all matters related to my account and application

X

| 1. Name of Authorized Representative (First name, Middle initial, Last name) | 2. Relationship to Applicant *LMDC Rep.* |
|---|---|
| 3. Address *400 S. 6th St.* | |

| 4. City *Louisville* | 5. State *KY* | 6. Zip Code *40202* | 7. County *Jefferson* |
|---|---|---|---|

| 8. Primary Phone Number ☐ Home ☐ Work ☐ Cell *(502) 574-2088* | 9. Secondary Phone Number ☐ Home ☐ Work ☐ Cell ( ) *N/A* |
|---|---|

| 10. Organization Name (if applicable) *Lou. Metro Dept. of Corrections* | 11. ID Number (if applicable) |
|---|---|

12. Email Address

| 13. Signature of Applicant X *[signature]* | 14. Date (mm/dd/yyyy) |
|---|---|

## You Can Choose an Insurance Agent or kynector.

Insurance agents and kynectors are people who are specifically trained to help you find a healthcare plan. Their services do not cost you anything extra. **Insurance agents** are licensed expert insurance professionals who can advise you on all types of insurance coverage and can recommend an insurance plan for you. **kynectors** are individuals and groups in your community that can tell you about kynect and can help you apply for coverage through kynect. kynectors are *not* insurance agents and cannot give advice or recommend a plan for you. You don't have to have an insurance agent or kynector. If you want one, you can choose someone to be your insurance agent or kynector by completing and signing below.

I authorize the kynector or Agent listed below as well as their licensed and kynect certified staff to access my records and to act on my behalf with kynect.

1. Name of Insurance Agent or kynector (First name, Middle initial, Last name)

| 2. Organization Name (if applicable) | 3. ID Number (if applicable) |
|---|---|

| 4. Signature of Applicant X *[signature]* | 5. Date (mm/dd/yyyy) |
|---|---|

If you need help with your application or to apply faster online, go to **www.kynect.ky.gov** or call **1-855-4kynect (459-6328)**. Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-B01                    Rev. 11-01-14

LMDC 0023

## CHANGE TO AUTHORIZED REPRESENTATIVE

Effective immediately I, _____ am

(Name of Applicant/Recipient)

notifying Kentucky Healthcare Connection that I no longer authorize the Louisville/Jefferson

County Metro Corrections

AUTHORIZED REPRESENTATIVE:     <u>Edie M. Underwood or Designee</u>

to represent me in matters pertaining to my Kynect application, including getting information
about my application and signing my application on my behalf.

(X) _Brenna Martin_____        _11-25-15_
(SIGNATURE OF DESIGNEE)                          (DATE)

A) Inmate Number:        002961168
B) Booking Number:       201530890
C) Birth Date:           7-5-1968
D) Social Security Number: 403045215

LMDC 0024

Louisville Metro Department of Corrections
*Jail Complex*
*400 S. 6th St.*
*Louisville, KY40202*

**Patient Education Record**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/13/2015 |

Arthritis     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Asthma     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Cardiac Disease     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Community Resources     ☑ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Constipation     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

COPD     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Coping Skills     ☑ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Dental Care     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Diabetes     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Drug Abuse     ☑ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Elevated BP at Screen     ☑ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

ETOH Abuse     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Fungal Disease     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Gyn Problems     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Hygiene     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Hypertension     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Infectious Disease     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Medications     ☑ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Muscular Problems     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Nutrition     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Ortho Problems     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Ostomy Care     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Pregnancy     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

STD     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Thyroid Disease     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Wound Care     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Other (Specify)     ☐ Verbal ☐ Printed Materials ☐ Demonstrated ☐ Return Demonstration

Other Education

E-Signed by Heather Denning on 11/13/2015 06:31 PM EST         Page 1 of 1

LMDC 0025

Louisville Metro Department of Corrections
*Jail Complex*
*400 S. 6th St.*
*Louisville, KY 40202*

**Problem List**

**CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/13/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

**Diets**

☐ ** No Items Selected **

**Appliances**

☐ ** No Items Selected **

**Special Needs**

☑ *Housing: Detox*  ☑ *Housing: Bottom Bunk*  ☑ *Mental Health: Level 1 Suicide Watch*

**Chronic (Long Term) Problems**   ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

Date Identified                                    Problem 1

Treatment
Plan

**Temporary (Usually Self-Limiting) Problems**   ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

Problem 1

Date of Each Occurrence:   ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

4                                    5                                    6

E-Signed by Heather Denning on 11/13/2015 06:32 PM EST                    Page 1 of 1

LMDC 0026

# Medical History & Screening Signature Form

| Inmate Name | TROUTMAN, CHARLES RALPH JR | CIN | 00296168 | Date Of Birth | 07/05/ |

1. I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine ca by the facility healthcare professionals.  I understand that any medications not picked up within 3 days of release will be destroyed.

2. I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

3. I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to and have the officer call medical.  I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

4. If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the offi to have it read; or I can go to the Health Department or my primary care physician to have it read.

5. I have been told that I have the right to refuse care.  My refusal of care at any given time does not jeopardize future medical care.

6. I hvae been told that I will receive a History & Physical Exam within the next 14 days free of charge.

7. I have been given the opportunity to ask questions.

8. The name I use at my pharmacy is:  N

_____     _____
Inmate Signature                                          Date

If diabetic, Accucheck reading is: N                    If asthmatic, peak flow is: N

_____     _____
Employee Signature                                       11/13/2015
                                                                      Date

LPN71 STONE                          11/13/2015 18:09                          Page: 1

# Medical History & Screening Signature Form

| Inmate Name | TROUTMAN, CHARLES RALPH JR | CIN | 00296168 | Date Of Birth | 07/05/1968 |
|---|---|---|---|---|---|

1. I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care pr by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

2. I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

3. I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to the e and have the officer call medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

4. If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the officer t to have it read; or I can go to the Health Department or my primary care physician to have it read.

5. I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

6. I hvae been told that I will receive a History & Physical Exam within the next 14 days free of charge.

7. I have been given the opportunity to ask questions.

8. The name I use at my pharmacy is:  N

_____     _____
Inmate Signature                                    Date

If diabetic, Accucheck reading is: N                    If asthmatic, peak flow is: N

_____     _____
Employee Signature                                Date

LMDC 0028

# Louisville Metro Dept. of Corrections

### Initial Medical

| IN 00296168 | SSN 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 | Inmate Screening # 00275656 | Screening Date Time | 11/13/2015 18:01 |
|---|---|---|---|---|

| Inmate Name TROUTMAN, CHARLES RALPH JR | Date Of Birth 07/05/1968 | Race White/Eurp/ N.Afr/Mid Eas | Sex MALE |
|---|---|---|---|

Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? (Y or N)  N

If yes, explain:  N

Do you have a serious medical condition that may require attention while you are here? (Y or N)   N

If yes, explain:  N

Have you had any past serious infectious disease? (Y or N)   N

If yes, explain:  N

## Vital Signs:

| Blood Pressure : | Reading: 148/95 |
|---|---|

| Pulse: | Reading: 93 |
|---|---|

| Respirations: | Reading: 18 |
|---|---|

| Temperature: | Reading: UTO |
|---|---|

| SPO2 - Sat: | Reading: 100 |
|---|---|

Do you have any medical problems that we should know about? (Y or N)   Y

If yes, explain:

*heroin 2gm daily*
*Meth*
*HTN doesn't know*
*meds*

# Louisville Metro Dept. of Corrections

| Inmate Name | TROUTMAN, CHARLES RALPH JR | | Inmate Number | 00296168 |

## Current Medical Condition:

| | | | |
|---|---|---|---|
| Intoxicated? (Y or N) | N | If yes, explain: | N |
| Lesions? (Y or N) | N | If yes, explain: | N |
| Obvious pain? (Y or N) | N | If yes, explain: | N |
| Bruises? (Y or N) | N | If yes, explain: | N |
| Fever? (Y or N) | N | If yes, explain: | N |
| Nausea? (Y or N) | N | If yes, explain: | N |
| Skin infestation? (Y or N) | N | If yes, explain: | |
| Skin rash? (Y or N) | N | If yes, explain: | N |
| Jaundice? (Y or N) | N | If yes, explain: | N |
| Needle marks? (Y or N) | N | If yes, explain: | N |
| Swollen glands? (Y or N) | N | If yes, explain: | N |
| Active cough? (Y or N) | N | If yes, explain: | NN |

Other issues not covered above? (Y or N)   N

If yes, explain

# Louisville Metro Dept. of Corrections
Initial Medical

| Inmate Name | TROUTMAN, CHARLES RALPH JR | | Inmate Number | 00296168 |

f yes, Explain:   N

Are you currently taking a presciption that may need continuation while you are here? (Y or N)   Y

                                     If yes,

                    Med/Dose/Freq  :

                 Pharmacy:    CVS PORTLAND

                   Doctor:   N

Do you require a special diet? (Y or N)   N   Religious?.  ☐   Medical?   ☐

If yes, Explain:   N

Have you fainted or had a head injury within the past 6 months? (Y or N)   N

If yes, Explain:   Nn

Have you been seen by a doctor in the last 6 months? (Y or N)   N

If yes, Explain:   N

Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid? (Y or N)   N

If yes, Explain:   N

Do you have a prosthesis, a splint, crutches, a cast, or a brace? (Y or N)   N

If yes, Explain:   NN

# Louisville Metro Dept. of Corrections

Medical Detox

Inmate Name   TROUTMAN, CHARLES RALPH JR                  Inmate Number   00296168

Have you taken potentially dangerous levels of drugs or alcohol? (Y or N)   N

If yes:

When:      N

What:      N

How much:

Do you drink alcohol? (Y or N)     N

If yes:
How often:  N
How much:  N
Last time:  N

Do you use street drugs? (Y or N)    Y

If yes:
What type:  HEROIN AND METH
How often:  DAILY
Last time:  11/12/2015

Do you use intraveinous drugs? (Y or N)    Y

If yes:
What type:  HEROIN
How often:  DAILY
Last time:  11/12/22015

Have you ever experienced DT's or other serious withdrawel from drugs or alcohol? (Y or N)    N

Blackouts? (Y or N)     N
Seizures? (Y or N)     N
Tremors? (Y or N)     N
Nausea? (Y or N)     N
Vomiting? (Y or N)     N
Other? (Y or N)     N
Explain:  N

If a program is available for you to attend a free substance abuse treatment program as soon as you were released from jail, would you be willing to attend? (Y or N)    N

# Louisville Metro Dept. of Corrections

### Current Medical

| | | | |
|---|---|---|---|
| CIN: 00296168 | SSN: 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 | Inmate Screening # 00275857 | Screening Date Time 11/13/2015 18:01 |
| Inmate Name TROUTMAN, CHARLES RALPH JR | Date Of Birth 07/05/1968 | Race White/Eurp/ N.Afr/Mid Eas | Sex MALE |

Do you know the date of your last tetanus shot? (Y or N)   N   If yes, Date received:

Have you had a TB skin test? (Y or N)   Y   If yes, Date received:   Where:

Was it positive? (Y or N)   Y

Do you have any of the following problems?

Chronic Cough/blood? (Y or N)   N   If yes, explain: N

Recent weight loss? (Y or N)   N   If yes, explain: N

Recent appetite loss? (Y orN)   N   If yes, explain: N

Fever? (Y or N)   N   If yes, explain: N

Night sweats? (Y or N)   N   If yes, explain: N

Fatigue? (Y or N)   N   If yes, explain: N

Have you ever been treated with TB drugs? (Y or N)   N

If yes, explain: N

Do you use tobacco products? (Y or N)   N   Type: N

How often: N

# Louisville Metro Dept. of Corrections
### Current Medical

Inmate Name   TROUTMAN, CHARLES RALPH JR                    Inmate Number   00296168

# Female Questions:

Are you pregnant? (Y or N)   N   If yes
- Where: N
- When: N
- Treatment: N

Have you recently given birth? (Y or N)   N
If yes:
- Where: N
- When: N
- Treatment: N

Have you recently miscarried? (Y or N)   N
If yes:
- Where: N
- When: N
- Treatment: N

Are you on birth control pills? (Y or N)   N
If yes:
- Where: N
- When: N
- Treatment: N

Are you taking any post natal medications? (Y or N)   N
- Med/Dose/Freq: N
- Pharmacy: N
- Doctor: N

Do you have any of the following?

False teeth? (Y or N)   N
If Yes:
- Where: N
- When: N
- Treatment: N

Caps, Crowns, or Bridges? (Y or N)   N
If Yes:
- Where: N
- When: N
- Treatment: N

# Louisville Metro Dept. of Corrections
Current Medical

Inmate Name   TROUTMAN, CHARLES RALPH JR                    Inmate Number   00296168

|  |  |  |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| Diabetes? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| Accu-Check: N | | Treatment: N |

| Seizure Disorder? (Y or N) | N | Where: NN |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| Asthma? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| Peak flow: N | | Treatment: N |

| Other lung problems? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| Heart Condition? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| Hypertension? (Y or N) | Y | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: DOESN'T KNOW NAME OF MEDS |

| Cancer? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| Sickle Cell Anemia? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

# Louisville Metro Dept. of Corrections

Current Medical

| Inmate Name | TROUTMAN, CHARLES RALPH JR | Inmate Number | 00296168 |
|---|---|---|---|

| STDs? (Y or N) | N | Where: N |
|---|---|---|
| | If Yes: | When: N |
| | | Treatment: N |

| | If Yes: | When: | N |
| | | Treatment: | N |

| Hepatitis? (Y or N) | N | Where: | N |
| | If Yes: | When: | N |
| | | Treatment: | N |

| HIV? (Y or N) | N | Where: | N |
| | If Yes: | When: | N |
| | | Treatment: | N |

| Persistent sore throat? (Y or N) | N | where: | N |
| | If Yes: | When: | N |
| | | Treatment: | N |

| Surgeries: (Y or N) | N | Where: | N |
| | If Yes: | When: | N |
| | | Treatment: | N |

| Chest pain? (Y or N) | N | Where: | N |
| | If Yes: | When: | N |
| | | Treatment: | N |

The inmate has been told that they may be given a three day supply of medication at their time of release. (Y or N)  Y

Do you understand that you may request a health care provider at any time while you are here? (Y or N)  Y

The inmate has been told that this facility charges a fee for services. (Y or N)  Y

# Louisville Metro Dept. of Corrections
## Current Medical

| Inmate Name | TROUTMAN, CHARLES RALPH JR | | Inmate Number | 00296168 |

**Disposition**

| Emergency room - pre-booking injury: (Y or N) | N | Explain all yes answers below: |
| Emergency room - Acute condition: (Y or N) | N | n |
| Physician: (Y or N) | N | |
| Sick call (Y or N) | N | |
| Mental Health (Y or N) | N | |

Placement in:

General population - ChkBox ☐

Detox - ChkBox ☑

Medical - ChkBox ☐

Mental health - ChkBox ☐

Explain:

LMDC 0037

# Louisville Metro Dept. of Corrections
### Psychiatric Questions

CIN   00296168          SSN   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          Inmate Screening #   00275658          Screening Date Time   11/13/2015 18:01

Inmate Name   TROUTMAN, CHARLES RALPH JR          Date Of Birth   07/05/1968          Race   White/Eurp/ N.Afr/Mid Eas          Sex   MALE

Do you have a serious mental health condition that may need attention while you are here? (Y or N)   N

If yes, explain the condition and then call mental health:

Have you been hospitalized for emotional problems within the last year? (Y or N)   N   If yes, call mental health

Where: N

When: N

Meds: N

Are you currently being treated by an out patient community mental health center? (Y or N)   N

Doctor/Agency:   N

Pharmacy/Meds: N

Explain: N

Have you recently taken or been prescribed medications for emotional problems? (Y or N)   N

If yes, explain: N

Have you ever had a closed head injury that resulted in permanent disability? (Y or N)   N

If yes, explain: N

Do you have learning or other disabilities that will impact your ability to understand instructions while you are here? (Y or N) N

If yes, explain: N

Are you aware of any reason you should be seperated from another inmate while you are here? (Y or N)   N

If yes, explain: N

Have you required separation from another inmate while incarcerated in another facility? (Y or N)   N

If yes, explain: N

Have you ever attempted suicide? (Y or N)   Y   If yes, call mental health

Method:   N

When:   2015

# of times: 3-4

# Louisville Metro Dept. of Corrections
### Psychiatric Questions

Inmate Name   TROUTMAN, CHARLES RALPH JR                                    Inmate Number   00296168

re you currently thinking about suicide? (Y or N)      Y    If yes, call mental health

Explain:  TRIED TO STRANGLE SELF IN HOLDING CELL T

loes subject have a plan or suicide instrument in their possession? (Y or N)    Y

Explain:

loes subject show signs of depression? (Y or N)    Y

Explain:

loes subject express feelings of hopelessness? (Y or N)    Y

Explain:

loes subject appear anxious, afraid, or angry? (Y or N)    Y

Explain:

loes subject appear embarrassed or ashamed? (Y or N)    Y

Explain:

loes subject talk or act in a strange manner? (Y or N)    N

Explain:

s subject apparently under the influence of alcohol or drugs? (Y or N)    N

Explain:

Does subject show signs of withdrawal or mental illness? (Y or N)    N

Explain:

Does officer/staff believe subject may be a suicide risk? (Y or N)    Y

Explain:  TRIED TO STANGLE SELF IN HOLDING CELL

Does subject lack family or friends in the community? (Y or N)    N

Explain: N

Has subject experienced a significant loss within the last 6 months? (Y or N)    N

Explain: N

s subject preoccupied with major problems other than their legal situation? (Y or N)    N

Explain: N

## Louisville Metro Dept. of Corrections
### Psychiatric Questions

Inmate Name   TROUTMAN, CHARLES RALPH JR                                    Inmate Number   00296168

Has a family member or significant other attempted or committed suicide? (Y or N)    N

Explain:

Have you understood all the questions I have asked you? (Y or N)    N

Explain: N

Have you provided us with all the information that you want us to be aware of while you are here? (Y or N)    N

Explain: N

Does the screener feel that the subject is capable of understanding all questions being asked? (Y or N)    N

Explain: N

Does this subject have any institutional history alerts? (Y or N)    N    Call mental health if any alerts are related to mental health, suicide, MR, etc

Does the screener feel that this subject should be referred to a supervisor for review? (Y or N)    N

Explain: N

Is there any indication that the subject is reacting so negatively toward their charges that they may engage in self harm? (Y or N)  N   Call mental health

Explain: NN

History of psychiatric treatment? (Y or N)    N

Where: N

When:  N

Meds:  NN

Did you answer yes to 6 or more questions? (Y or N)    N

If yes, Mandatory mental health notification.  Include name of person contacted and housing location of subject.

Name of staff:  N

Housing location:  N

## STEP 3    Other Healthcare Coverage

Do you have health coverage now, including dental and major medical coverage that is not Medicaid or KCHIP?

☐ YES.  If yes, complete the information below.        ☐ NO.

Type of coverage _____        Policy Number _____

Name of policy holder _____        Coverage start date _____

Name of insurance company _____        Coverage end date _____

Insurance Company's Address _____

## STEP 4    Sign and Date this Application

- I am signing this application under penalty of perjury which means I have given true answers to all the questions on this form to the best of my knowledge and belief. I know that I may be subject to penalties under federal law if I provide false and/or untrue information.
- I know that I must tell kynect if anything changes from what I wrote on this application within 30 days of the change. I can visit kynect.ky.gov or call 1-855-4kynect (459-6328) to report any changes.
- If I think kynect has made a mistake, I can appeal its decision. To appeal means to tell someone at kynect that I think the action is wrong, and ask for a fair review of the action.  I know that I can be represented in the process by someone other than myself. My eligibility and other important information will be explained to me.
- I know that under federal law, discrimination is not permitted on the basis of race, color, national origin, sex, age, sexual orientation, gender identity, or disability.  I can file a complaint of discrimination by visiting www.hhs.gov/ocr/office/file.
- I understand that kynect will check my answers using information in databases from the Internal Revenue Service (IRS), Social Security, the Department of Homeland Security, and/or any other trusted source. If the information does not match, I may be asked to send proof.

Renewal of coverage in future years: To make it easier to determine my eligibility for help paying for health coverage in future years, I agree to allow kynect to use income data, including information from tax returns and other trusted data sources. kynect will send me a notice, let me make any changes, and I can opt out at any time.

Yes, renew my eligibility automatically for the next: (select one)

☐ 5 years (maximum allowed)    ☐ 4 years    ☐ 3 years    ☐ 2 years    ☐ 1 year

☐ Do not use information from tax returns or other data sources to renew my coverage.

Voter Registration: If I am not registered to vote or not registered where I currently live, I can choose to register to vote by checking yes below.  If I check yes, I will receive a voter registration application in the mail. Checking yes or no below does not affect the outcome of this application.

☐ Yes, I want to apply to register to vote.  An application will be mailed to me.        ☐ No, I don't want to register to vote.

I am eligible for Medicaid:
- I understand that if Medicaid pays for a medical expense, any other health insurance or legal settlement payments will go to Medicaid to reimburse it for the expense.
- I understand that my application may be reviewed to make sure that eligibility was determined correctly.  If my application is reviewed, I must cooperate with the review.

Signature X _____        Date (mm/dd/yyyy) _____

If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call 1-855-4kynect (459-6328). Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-111        Rev. 8-30-13        Page 5 of 5



TROUTMAN, CHARLES RALPH JR
Bk Dt: **11/13/2015 00:48**   DOB: **07/05/1968**
Inmate #:**00298168**
Booking #:**201530890**

INMATE RETURNED TO NJC

This inmate has been returned to the Jail Complex for the following reasons:

Check all that apply:

HIR
CCC
KSR
KIPC
CSU

ADDED CHARGES:
PENDING DISCIPLINARY
RETURNING TRANSFER
VIOLATION
INFRACTION
OTHER



11/13/2015

Sapphire eMAR

DENNING, HEATHER
LOUISVILLE METRO JAIL
COMPLEX
LOUISVILLE, KY

**Patient Chart**

Home     Queues     Inventory     Order Entry

*PATIENT SEARCH*

Viewed Patients ▼    ▶    TROUTMAN, CHARLES    Administration    CHARLES RALPH JR    SEARCH    YD, LISA M    X
#296168                                      #00296168                                  #00263348

# TROUTMAN, CHARLES #296168

## Demographics

**DOB:** 07/05/1968 (47y)   **Race:** Race Declined   **Ethnicity:** Ethnicity Declined

**Height:** 0ft 0in   **Weight:** 0lbs   **BMI:** N/A

**Medpass Notes:**

## Chronic Problems

| Medications | Vitals/Treatments | Problem List |
|---|---|---|

LMDC 0043

11/13/2015

Sapphire eMAR

SEARCH VITALS/LABS/TX ◁ SEARCH

All Active (1) | Vitals (1)

## VITALS/TREATMENTS

| VITALS/LABS | DIRECTIONS | PRESCRIBER | VALUE | START DATE▼ | STOP DATE | LA: FO |
|---|---|---|---|---|---|---|
| **BLOOD PRESSURE** | TAKE/PERFORM ONCE DAILY | MOTAYNE, TONYA - [MEDICAL] | mmHg | 11/13/2015 | 11/19/2015 | |

LMDC 0044

**△ CCS**
**CORRECT CARE**
**SOLUTIONS**

PROBLEM LIST

Name: _Trootman Charles_

Site Name: _Louisville Metro Department of Corrections_     ID # _296168_

D.O.B. _7/5/68_

Medication Allergies _NKDA_

| Date Idenitified | | Date Resolved | Health Care Practitioner Signature |
|---|---|---|---|
| 6/7/14 | Detox | | |
| | Heroin | | |
| | Methadone | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date | Results | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|---|---|
| PPD | | | | | | | | |
| TETNUS | | | | | | | | |
| Physical | | | | | | | | |

LMDC 0045

**CCS**
CORRECT CARE
SOLUTIONS

## INMATE EDUCATION RECORD

INMATE NAME: _Troutman Charles_   CIN # _296168_

Education Codes:
V - Verbal
P - Printed Materials
D - Demonstrated
RD - Return Demonstration

| Topic | Date/Initial | Topic | Date/Initial |
|---|---|---|---|
| Arthritis | | Hygiene | |
| Asthma | | Hypertension | |
| Cardiac Disease | | Infectious Disease | v 6/7/14 M |
| Community Resources | | Medications | v 6/7/14 M |
| Constipation | | Muscular Problems | |
| COPD | | Nutrition | |
| Coping Skills | v 6/7/14 M | Ortho Problems | |
| Dental Care | | Ostomy Care | |
| Diabetes | | Pregnancy | |
| Drug Abuse | v 6/7/14 M | STD | |
| Elevated BP at Screen | | Thyroid Disease | |
| ETOH Abuse | | Wound Care | |
| Fungal Disease | | Other (Specify) | |
| Gyn Problems | | | |

Signature _____  Initial _____

Signature _____  Initial _____

Signature _____  Initial _____

Signature _____  Initial _____



# CCS
CORRECT CARE
SOLUTIONS

## NURSING NOTE

| NAME | CIN# | ALLERGIES: |
|---|---|---|
| Troutman Charles | 296165 | NKD A |

| Date | Time | Notes | Signature |
|---|---|---|---|
| 6/7/14 | 0415 | I/m is a 43 Mo w male A+0x3, V/S 134/82 81, 14, U, 98%. I/M denied any medical or Mental health issues, I/M reports he abuses heroin, & Methadone. Detox protocol started — [signature] | |
| | | | |

Nursing Note
Revised 12/2014 ad

LMDC 0047

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy
645 Kolter Drive
Indiana, PA 15701

**FAX:** 800-523-0008

**FROM:** KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:** 502-574-2145

SUBMITTED BY: MCCARTHY, DAVID

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:** NOT TO EXCEED 16MG/24HR*DETOX MEDS

**RX:** 5173231

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

*LOUISVILLE, KY 40202*

EVERSON, MD (BCC-EKC, RONALD J
BE4878736

**NAME:** TROUTMAN, CHARLES     **MRN:** 296168

**ADDRESS:** - - -     **DOB:** 07/05/1968

**ALLERGIES:** NO KNOWN DRUG ALLERGY

| Loperamide 2mg Capsule (IMODIUM) -- DOT/COT ORDER |
| --- |
| QUANTITY: 24.0000 |
| TAKE 1 CAPSULE(S) ORALLY FOUR TIMES DAILY AS NEEDED  NOT TO EXCEED 16MG/24HR*DETOX MEDS |
| |
| ORDER TYPE: **Profile** |

**WRITTEN:** 08/07/14   **REFILLS:** 1   **RX:** 5173231
**START:** 08/07/14   **STOP:** 08/09/14
**DIAMOND:** 12   **STOCK:** 0   **BACKUP:** 0

EVERSON, MD (BCC-EKC, RONALD J
BE4878736

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT

**Sapphire** eMAR
ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

LMDC 0048

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy
645 Kolter Drive
Indiana, PA 15701

**FAX:** 800-523-0008

**FROM:** KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:** 502-574-2145

SUBMITTED BY: MCCARTHY, DAVID

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 5173232

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

*LOUISVILLE, KY 40202*

EVERSON, MD (BCC-EKC, RONALD J
BE4878736

| | | | |
|---|---|---|---|
| **NAME:** | TROUTMAN, CHARLES | **MRN:** | 296168 |
| **ADDRESS:** | - - - | **DOB:** | 07/05/1968 |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |

| **Meclizine 25mg Chew Tab (ANTIVERT) -- DOT/COT ORDER** |
|---|
| QUANTITY: 15.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED |
| |
| ORDER TYPE: Profile |

| **WRITTEN:** 06/07/14 | **REFILLS:** 1 | **RX:** 5173232 |
|---|---|---|
| **START:** 06/07/14 | **STOP:** 08/11/14 | |
| **DIAMOND:** 15 | **STOCK:** 0 | **BACKUP:** 0 |

EVERSON, MD (BCC-EKC, RONALD J
BE4878736

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT

Sapphire

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

# INTAKE REFERRAL

| Name: Throutman Charles | CIN # 296168 | Location: Intake | DOB: 7|5|68 |
|---|---|---|---|

## MENTAL HEALTH

**Crisis Intervention:**
_____ Family Problems
_____ Recent Stress
_____ Problems with peer's
_____ Other:_____

X Completion of DETOX
_____ Evaluation psychiatric intervention
_____ History of psychotropic meds prior to intake

**Evaluation of Mental Condition:**
_____ Suicidal      _____ Depressed     _____ Mutilative      _____ Poor hygiene
_____ Homicidal     _____ Withdrawn     _____ Suspicious      _____ Hostile/ Angry
_____ Hallucinations/Delusion           _____ Physical complaints
_____ Sleep disturbance                 _____ Other:_____

Comments: Heroin / Methadone

## CHRONIC CARE CLINIC

| | | |
|---|---|---|
| ASTHMA/ RESPIRATORY | HTN | |
| CARDIAC | KIDNEY DISEASE | |
| COUMADIN | LIPIDS | |
| DIABETES | PREGNANCY | |
| HEPATITIS | SEIZURES | |
| HIV | TB | |

B/P 134/82      P 81      R 14      T ✓      02 Sat 98%      Blood Glucose 117

Comments:

Protocol Initiated: YES or NO
Referral originating from: X Booking _____ Sick call _____ Other:_____
Armband for Bottom Bunk/Detox Issued: ___ (initials)

Referred by: David McTonny      Date: 6/7/14

APPOINTMENT DATE:_____      DATE SEEN:_____

SEEN BY:

SIGNATURE                                      DATE

Revised 03/2014 ad

LMDC 0050

## INTAKE SCREENING REVIEW FORM

INMATE NAME: _Thortman, Charles_    CIN #: _296168_

| TASK | NURSING TASK COMPLETED | | | COMMENTS |
|------|------|------|------|----------|
| Release of Information: | YES:____ | NO:____ | N/A ✓ | _____ |
| Medication(s) Bridged: | YES: ✓ | NO:____ | N/A____ | _____ |
| Detox Packet Completed & added to Detox Log | YES: ✓ | NO:____ | N/A____ | _____ |
| Classification Notifed w/ Appropriate Housing | YES: ✓ | NO:____ | N/A____ | _____ |
| Blood Pressure Protocol | YES:____ | NO:____ | N/A ✓ | _____ |
| Chronic Care Referral: | YES:____ | NO:____ | N/A ✓ | _____ |
| Mental Health Referral: | YES: ✓ | NO:____ | N/A____ | _____ |
| Dressing Changes Initiated: | YES:____ | NO:____ | N/A ✓ | _____ |
| Neuro Checks initiated: | YES:____ | NO:____ | N/A ✓ | _____ |
| Medical/Dental Sickcall: | YES:____ | NO:____ | N/A ✓ | _____ |
| Mental Health Sickcall: | YES:____ | NO:____ | N/A ✓ | _____ |
| Problem List Attached: | YES: ✗ | NO:____ | N/A____ | _____ |
| Education Sheet Attached: | YES: ✓ | NO:____ | N/A____ | _____ |
| Nurses Note Attached: | YES: ✓ | NO:____ | N/A____ | _____ |
| Diet Order Sheet Faxed: | YES:____ | NO:____ | N/A ✓ | _____ |
| OTHER: | YES:____ | NO:____ | N/A____ | _____ |

LPN SCREENING INITIAL INTAKE: _____

RN SIGNATURE: _____    DATE: _6/7/14_

9/2012

LMDC 0051

# CLASSIFICATION NOTICE

NAME _Troutman Charles_

INMATE # _296168_          D.O.B. _7/5/68_

MEDICAL _____          PSYCH _X_

LOCATION _304B Detox b-bunk x 7 days_

TB TEST IMPLANT: _6/7/14_

MOVE REQUESTED BY _D. McCarthy_

DATE _6/7/14_          TIME _0430_

CLASSIFICATION NOTICE GIVEN TO _Ashley_

***NOTE: Please remember that all inmates whom are being monitored for possible withdrawal is to remain in the Main Jail Complex with a bottom bunk for 7 days***

Per Corrections inmates with the following conditions are approved for General Population: canes, casts, braces with metal & prosthetic limbs. Crutches are still housed in single cells. Always remember to use your best judgment when housing inmates.

## PLEASE REMEMBER TO KEEP A COPY FOR THE INMATE'S CHART!

Revised 2/2014: Medical Classification Notice

LMDC 0052



# APPENDIX B

## Assistance with Completing Application

### You Can Choose an Authorized Representative.

If you can give a person that you trust permission to make decisions for you about your healthcare coverage. You may need this person if you are unable to fill out your insurance application form, have given someone your Power of Attorney or for any other reason. This person is called an "authorized representative". You don't have to have an authorized representative, but if you want one, you can choose someone to be your authorized representative by completing and signing this form.

Check all of the things you would like your authorized representative to do for you:

X Submit and update my application for me, or respond to a change in my eligibility
☐ Act for me on all matters related to my account and application.

| 1. Name of Authorized Representative (First name, Middle Initial, Last name) | 2. Relationship to Applicant |
|---|---|
| Edith M Underwood or Designee | Corrections Coordinator |

| 3. Address |
|---|
| 400 South 6ᵗʰ Street |

| 4. City | 5. State | 6. Zip Code | 7. County |
|---|---|---|---|
| Louisville | KY | 40202 | Jefferson City |

| 8. Primary Phone Number  ☐ Home  X Work  ☐ Cell | 9. Secondary Phone Number  ☐ Home  X Work  ☐ Cell |
|---|---|
| (502) 574-2167 | (502) 574-2189 |

| 10. Organization Name (if applicable) | 11. ID Number (if applicable) |
|---|---|
| Louisville/ Jefferson County Metro Corrections | |

| 12. Email Address |
|---|
| Edie.underwood@louisvilleky.gov |

| 13. Signature of Applicant | 14. Date (mm/dd/yyyy) |
|---|---|
| | |

### You Can Choose an Insurance Agent or kynector.

Insurance agents and kynectors are people who are specifically trained to help you find a healthcare plan. Their services do not cost you anything extra. **Insurance agents** are licensed expert insurance professionals who can advise you on all types of insurance coverage and can recommend an insurance plan for you. **kynectors** are individuals and groups in your community that can tell you about kynect and can help you apply for coverage through kynect. kynectors are *not* insurance agents and cannot give advice or recommend a plan for you. You don't have to have an insurance agent or kynector. If you want one, you can choose someone to be your insurance agent or kynector by completing and signing below.

| 1. Name of Insurance Agent or kynector (First name, Middle Initial, Last name) |
|---|
| |

| 2. Organization Name (if applicable) | 3. ID Number (if applicable) |
|---|---|
| | |

| 4. Signature of Applicant | 5. Date (mm/dd/yyyy) |
|---|---|
| | |

If you need help with your application or to apply faster online, go to www.kynect.ky.gov or call 1-855-4kynect (459-6328). Para ayuda en Español, llame gratis al 1-855-4kynect (459-6328).

Form KHBE-001                                          Rev. 8-30-13

## CHANGE TO AUTHORIZED REPRESENTATIVE

Effective immediately I, _____, am notifying Kentucky

(Name of Applicant/Recipient)


Healthcare Connection that I no longer authorize the Louisville/Jefferson County Metro Corrections

AUTHORIZED REPRESENTATIVE:            Edie M. Underwood or Designee

to represent me in matters pertaining to my Kynect application, including getting information about my application and signing my application on my behalf.


_____            _____

(Signature)                                              (Date)


A) Inmate Number:         _____
B) Booking Number:       _____
C) Birth Date:                _____
D) Social Security Number _____

LMDC 0054

Page 1 of 1

TROUTMAN CHARLES RALPH JR
Bk Dt: 06/07/2014 01:10     DOB: 07/05/1968
Inmate #:00296168
Booking #: 20 416751

**TION**
**TUCKY**

| | | |
|---|---|---|
| AGENCY: LOUISVILLE METRO POLICE DEPT | | ORI: 0568000 |

| NAME: LAST, FIRST, MI, FILIAL | AT IN | HOME PHONE |
|---|---|---|
| TROUTMAN JR, CHARLES R. | | UNKNOWN |

ALIAS NAME: LAST, FIRST, MI, FILIAL
EMERGENCY PHONE UNKNOWN

ADDRESS (NUMBER, NAME, SUFFIX)
4804 SWALLOW RD

KENTUCKY RESIDENT STATUS
☑ F: FULL-TIME   ☐ P: PART-TIME   ☐ N: NON-RESIDENT

| CITY | STATE | ZIP CODE/EXTENSION | MARITAL STATUS SINGLE | VICTIM'S RELATIONSHIP TO OFFENDER |
|---|---|---|---|---|
| LOUISVILLE | KY | 40213 | | |

| ID TYPE | ID STATE | ID NUMBER | S. S. NUMBER | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|---|
| ID | KY | T92446985 | 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 | 6'00" | 250 | BROWN | BLUE |

☐ COMMERCIAL VEHICLE   ☐ PLACARDED HAZARDOUS VEHICLE

ETHNIC ORIGIN
☐ HISPANIC   ☑ NON HISPANIC

ALCOHOL /DRUG INVOLVEMENT

| DATE OF BIRTH | SEX | RACE | B.A. RESULTS | |
|---|---|---|---|---|
| 07 05 1968 | ☑ MALE ☐ FEMALE | ☑ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN | ☐ BREATH ☐ BLOOD ☐ URINE | ☐ ALCOHOL ☐ DRUGS ☑ UNKNOWN |

PLACE OF EMPLOYMENT/OCCUPATION | CITY | STATE

| VEHICLE MAKE | VEHICLE MODEL | VEH. YEAR | VEHICLE COLOR |
|---|---|---|---|
| | | | |

| VEH. TYPE | REGISTRATION: STATE, YEAR, NUMBER | VEHICLE IDENTIFIERS | MPH | IN MPH ZONE | VIOL. KEY |
|---|---|---|---|---|---|
| | KY. | | | | |

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY LOUISVILLE |
|---|---|---|---|---|---|
| 06 07 2014 | 12:25AM | PRESTON HWY // PIGEON PASS RD | | | COUNTY JEFFERSON   SECTOR 612 |

| ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | MILES | DIRECTION | CITY LOUISVILLE |
|---|---|---|---|---|---|
| 06 07 2014 | 12:47AM | PRESTON HWY // PIGEON PASS RD | | | COUNTY JEFFERSON   SECTOR 612 |

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 02906 | 0 | 186.510 | | 8014041257 | | |
| of | | | | | | | |
| of | | | | | | | |
| of | | | | | | | |

POST-ARREST COMPLAINT.
Charge 1: EXECUTION OF BENCH WARRANT FOR LICENSE TO BE IN POSSESSION (00435).

Subject arrested on outstanding ewarrant #1810696.

| COURT DATE ARRESTED | COURT TIME | ☐ PAYABLE ☑ COURT | COURT LOCATION JEFFERSON COUNTY DISTRICT COURT - W. Jefferson |
|---|---|---|---|
| COURT CASE NUMBER | | TOTAL PREPAYABLE AMOUNT | NOT PREPAYABLE |

| WITNESS 1 NAME: LAST, FIRST, MI, FILIAL | STATE | ZIP CODE |
|---|---|---|
| WITNESS 1 ADDRESS (NUMBER, STREET, SUFFIX) | CITY | |
| WITNESS 2 NAME: LAST, FIRST, MI, FILIAL | STATE | ZIP CODE |
| WITNESS 2 ADDRESS (NUMBER, STREET, SUFFIX) | CITY | |

☐ CARRIED FOR UCR BY OTHER AGENCY   SPECIFY: _____

☑ MILITARY REQ ☑ FINGERPRINTS ☐ PHOTOS ☐ EVIDENCE HELD

| OFFICER SIGNATURE HILLERICH, D. | BADGE/I.D. NUMBER 7948 | ASSIGNMENT 612C |
|---|---|---|

YEAR 14
CONTROL NUMBER BG62078
TYPE 3

COURT

OFFENDER/VIOLATOR

VEHICLE

DATE/TIME

CHARGES AND POST-ARREST COMPLAINT

COURT

CASE

# Louisville Metro Dept. of Corrections

### Initial Medical

| | | | |
|---|---|---|---|
| CIN   00296168 | SSN   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 | Inmate Screening #   00128147 | Screening Date Time   06/07/2014 04:03 |

Inmate Name   TROUTMAN, CHARLES RALPH JR       Date Of Birth   07/05/1968     Race   White/Eurp/ N.Afr/Mid Eas       Sex   MALE

Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? (Y or N)   N

If yes, explain:   N

Do you have a serious medical condition that may require attention while you are here? (Y or N)   N

If yes, explain:   N

Have you had any past serious infectious disease? (Y or N)   N

If yes, explain:   N

## Vital Signs:

| | |
|---|---|
| Blood Pressure : | Reading:  134/82 |
| Pulse: | Reading:  81 |
| Respirations: | Reading:  14 |
| Temperature: | Reading:  N |
| SPO2 - Sat: | Reading:  98 |

Do you have any medical problems that we should know about? (Y or N)   Y

If yes, explain:

DETOX   BS 117   BLUE ARMBAND GIVEN
HEROIN 1/2GM DAY FOR 1YR LAST TIME 12 HOUR
METHADONE 55MG DAY FOR 6 MONTHS LAST DO
16 HOURS

TRACK MARKS ON LEFT ARM   NO SIGNS OF
INFECTION

LPN27 Stith                            06/07/2014 04:05                            Page: 1

LMDC 0056

# Louisville Metro Dept. of Corrections

Initial Medical

Inmate Name   TROUTMAN, CHARLES RALPH JR                                    Inmate Number   0029616

## Current Medical Condition:

| | | |
|---|---|---|
| Intoxicated? (Y or N) | N | If yes, explain: N |
| Lesions? (Y or N) | N | If yes, explain: N |
| Obvious pain? (Y or N) | N | If yes, explain: N |
| Bruises? (Y or N) | N | If yes, explain: N |
| Fever? (Y or N) | N | If yes, explain: N |
| Nausea? (Y or N) | N | If yes, explain: N |
| Skin infestation? (Y or N) | N | If yes, explain: N |
| Skin rash? (Y or N) | N | If yes, explain: N |
| Jaundice? (Y or N) | N | If yes, explain: N |
| Needle marks? (Y or N) | Y | If yes, explain: SEE ABOVE |
| Swollen glands? (Y or N) | N | If yes, explain: N |
| Active cough? (Y or N) | N | If yes, explain: N |

Other issues not covered above? (Y or N)   N

If yes,   N
explain

LPN27 Stith                          06/07/2014 04:05                          Page: 2

LMDC 0057

# Louisville Metro Dept. of Corrections

Initial Medical

| | |
|---|---|
| Inmate Name   TROUTMAN, CHARLES RALPH JR | Inmate Number   00296169 |

Are you allergic to any medications? (Y or N)   N

If yes, Explain:   N

Are you currently taking a presciption that may need continuation while you are here? (Y or N)   N

If yes,

Med/Dose/Freq  :   N

Pharmacy:   N

Doctor:   N

Do you require a special diet? (Y or N)   N   Religious? ☒   Medical? ☒

If yes, Explain:

Have you fainted or had a head injury within the past 6 months? (Y or N)   N

If yes, Explain:   N

Have you been seen by a doctor in the last 6 months? (Y or N)   N

If yes, Explain:   N

Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid? (Y or N)   N

If yes, Explain:   N

Do you have a prosthesis, a splint, crutches, a cast, or a brace? (Y or N)   N

If yes, Explain:   N

LPN27 Stith                          06/07/2014 04:05                          Page: 3

LMDC 0058

# Louisville Metro Dept. of Corrections

### Medical Detox

Inmate Name   TROUTMAN, CHARLES RALPH JR                                     Inmate Number   0029616

Have you taken potentially dangerous levels of drugs or alcohol? (Y or N)   N

If yes:

When:          N

What:          N

How much:      N

---

Do you drink alcohol? (Y or N)   N

|              | How often:  | N |
|--------------|-------------|---|
| If yes:      | How much:   | N |
|              | Last time:  | N |

---

Do you use street drugs? (Y or N)   Y

|              | What type:  | SEE ABOVE |
|--------------|-------------|-----------|
| If yes:      | How often:  | N |
|              | Last time:  | N |

---

Do you use intravenous drugs? (Y or N)   Y

|              | What type:  | SEE ABOVE |
|--------------|-------------|-----------|
| If yes:      | How often:  | N |
|              | Last time:  | N |

---

Have you ever experienced DT's or other serious withdrawal from drugs or alcohol? (Y or N)   N

Blackouts? (Y or N)   N

Seizures? (Y or N)   N

Tremors? (Y or N)   N

Nausea? (Y or N)   N

Vomiting? (Y or N)   N

Other? (Y or N)   N

Explain:   N

---

LPN27 Stith                          06/07/2014 04:05                          Page: 4

LMDC 0059

# Louisville Metro Dept. of Corrections

### Current Medical

| | | | |
|---|---|---|---|
| CIN: 00296168 | SSN: 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 | Inmate Screening # 00128148 | Screening Date Time   06/07/2014 04:03 |

Inmate Name   TROUTMAN, CHARLES RALPH JR        Date Of Birth   07/05/1968     Race   White/Eurp/ N.Afr/Mid Eas        Sex   MALE

Do you know the date of your last tetanus shot? (Y or N)        N        If yes, Date received:  N

Have you had a TB skin test? (Y or N)     N     If yes, Date received:  N            Where:  N

Was it positive? (Y or N)     N

Do you have any of the following problems?

Chronic Cough/blood? (Y or N)        N        If yes, explain:  N

Recent weight loss? (Y or N)        N        If yes, explain:  N

Recent appetite loss? (Y or N)   ·   N        If yes, explain:  N

Fever? (Y or N)        N        If yes, explain:  N

Night sweats? (Y or N)        N        If yes, explain:  N

Fatigue? (Y or N)        N        If yes, explain:  N

Have you ever been treated with TB drugs? (Y or N)·     N

If yes, explain:  N

Do you use tobacco products? (Y or N)        N        Type:  N

How often:  N

LPN27 Stith                            06/07/2014 04:07                            Page: 1

LMDC 0060

# Louisville Metro Dept. of Corrections

Current Medical

Inmate Name   TROUTMAN, CHARLES RALPH JR                          Inmate Number   00296168

## Female Questions:

Are you pregnant? (Y or N)   N   If yes

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Have you recently given birth? (Y or N)   N

If yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Have you recently miscarried? (Y or N)   N

If yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Are you on birth control pills? (Y or N)   N

If yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Are you taking any post natal medications? (Y or N)   N

| | |
|---|---|
| Med/Dose/Freq: | N |
| Pharmacy: | N |
| Doctor: | N |

Do you have any of the following?

False teeth? (Y or N)   N

If Yes:

| | |
|---|---|
| Where: | N |
| When: | N |
| Treatment: | N |

Caps, Crowns, or Bridges? (Y or N)   N

If Yes:

| | |
|---|---|
| Where: | N |
| When: | NN |
| Treatment: | |

LPN27 Stith                          06/07/2014 04:07                          Page: 2

LMDC 0061

# Louisville Metro Dept. of Corrections

Current Medical

| | |
|---|---|
| Inmate Name   TROUTMAN, CHARLES RALPH JR | Inmate Number   00296168 |

| | | |
|---|---|---|
| Arthritis? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Diabetes? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| Accu-Check:  N | Treatment: | N |

| | | |
|---|---|---|
| Seizure Disorder? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Asthma? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| Peak flow:  N | Treatment: | N |

| | | |
|---|---|---|
| Other lung problems? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Heart Condition? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Hypertension? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Cancer? (Y or N)   N | Where: | N |
| If Yes: | When: | N |
| | Treatment: | N |

| | | |
|---|---|---|
| Sickle Cell Anemia? (Y or N)   N | Where: | N |
| If Yes: | When: | N |

LMDC 0062

Treatment:

# Louisville Metro Dept. of Corrections

Current Medical

| Inmate Name | TROUTMAN, CHARLES RALPH JR | | | Inmate Number | 00296168 |
|---|---|---|---|---|---|

| STDs? (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| Vaginal or penile discharge? (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| Hepatitis? (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| HIV? (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| Persistent sore throat? (Y or N) | N | where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| Surgeries: (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

| Chest pain? (Y or N) | N | Where: | N |
|---|---|---|---|
| If Yes: | | When: | N |
| | | Treatment: | N |

The inmate has been told that they may be given a three day supply of medication at their time of release. (Y or N)  Y

Do you understand that you may request a health care provider at any time while you are here? (Y or N)  Y

The inmate has been told that this facility charges a fee for services. (Y or N)  Y

LPN27 Stlth                06/07/2014 04:07                Page: 4

LMDC 0063

# Louisville Metro Dept. of Corrections

Current Medical

| | |
|---|---|
| Inmate Name   TROUTMAN, CHARLES RALPH JR | Inmate Number   00296168 |

Disposition

| | | |
|---|---|---|
| Emergency room - pre-booking injury: (Y or N) | N | Explain all yes answers below: |
| Emergency room - Acute condition: (Y or N) | N | N |
| Physician: (Y or N) | N | |
| Sick call (Y or N) | N | |
| Mental Health (Y or N) | N | |

Placement in:

| | |
|---|---|
| General population - ChkBox | ☒ |
| Detox - ChkBox | ☑ |
| Medical - ChkBox | ☒ |
| Mental health - ChkBox | ☒ |

Explain:   BLUE ARMBAND GIVEN

LMDC 0064

# Louisville Metro Dept. of Corrections

### Psychiatric Questions

CIN  00296168                 SSN  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        Inmate Screening #  00128149        Screening Date Time   06/07/2014 04:03

Inmate Name   TROUTMAN, CHARLES RALPH JR        Date Of Birth   07/05/1968      Race    White/Eurp/ N.Afr/Mid Eas  .  Sex  . MALE

Do you have a serious mental health condition that may need attention while you are here? (Y or N)  N

If yes, explain the condition and then call mental health: N

---

Have you been hospitalized for emotional problems within the last year? (Y or N)    N      If yes, call mental health

Where: N

When:  N

Meds:  N

---

Are you currently being treated by an out patient community mental health center? (Y or N)   N

Doctor/Agency:  N

Pharmacy/Meds: N

Explain: N

---

Have you recently taken or been prescribed medications for emotional problems? (Y or N)   N

If yes, explain: N

---

Have you ever had a closed head injury that resulted in permanent disability? (Y or N)   N

If yes, explain: N

---

Do you have learning or other disabilities that will impact your ability to understand instructions while you are here? (Y or N)N

If yes, explain: N

---

Are you aware of any reason you should be separated from another inmate while you are here? (Y or N)  N

If yes, explain: N

---

Have you required seperation from another inmate while incarcerated in another facility? (Y or N)  N

If yes, explain: N

---

Have you ever attempted suicide? (Y or N)   N   If yes, call mental health

Method:   N

When:   N

# of times: N

---

LPN27 Stith                      06/07/2014 04:08                        Page: 1

LMDC 0065

# Louisville Metro Dept. of Corrections

Psychiatric Questions

Inmate Name   TROUTMAN, CHARLES RALPH JR                                    Inmate Number   00296168

Are you currently thinking about suicide? (Y or N)    N    If yes, call mental health

Explain: N

Does subject have a plan or suicide instrument in their possession? (Y or N)    N

Explain: N

Does subject show signs of depression? (Y or N)    N

Explain: N

Does subject express feelings of hopelessness? (Y or N)    N

Explain: N

Does subject appear anxious, afraid, or angry? (Y or N)    N

Explain: N

Does subject appear embarrassed or ashamed? (Y or N)    N

Explain: N

Does subject talk or act in a strange manner? (Y or N)    N

Explain: N

Is subject apparently under the influence of alcohol or drugs? (Y or N)    N

Explain: N

Does subject show signs of withdrawal or mental illness? (Y or N)    N

Explain: N

Does officer/staff believe subject may be a suicide risk? (Y or N)    N

Explain: N

Does subject lack family or friends in the community? (Y or N)    N

Explain: N

Has subject experienced a significant loss within the last 6 months? (Y or N)    N

Explain: N

Is subject preoccupied with major problems other than their legal situation? (Y or N)    N

Explain: N

LPN27 Stith                                    06/07/2014 04:08                                    Page: 2

LMDC 0066

# Louisville Metro Dept. of Corrections

Psychiatric Questions

| Inmate Name   TROUTMAN, CHARLES RALPH JR | Inmate Number   00296168 |
|---|---|

Has a family member or significant other attempted or committed suicide? (Y or N)   N

Explain: N

Have you understood all the questions I have asked you? (Y or N)   Y

Explain: Y

Have you provided us with all the information that you want us to be aware of while you are here? (Y or N)   Y

Explain: Y

Does the screener feel that the subject is capable of understanding all questions being asked? (Y or N)   Y

Explain: Y

Does this subject have any institutional history alerts? (Y or N)   N   Call mental health if any alerts are related to mental health, suicide, MR, etc

Does the screener feel that this subject should be referred to a supervisor for review? (Y or N)   N

Explain: N

Is there any indication that the subject is reacting so negatively toward their charges that they may engage in self harm? (Y or N) N - Call mental health

Explain: N

History of psychiatric treatment? (Y or N)   N

Where: N

When: N

Meds: N

Did you answer yes to 6 or more questions? (Y or N)   N

If yes, Mandatory mental health notification.  Include name of person contacted and housing location of subject.

Name of staff:  N

Housing location:  N

LPN27 Stith                          06/07/2014 04:08                          Page: 3

LMDC 0067

# Medical History & Screening Signature Form

| Inmate Name | TROUTMAN, CHARLES RALPH JR | CIN | 00296168 | Date Of Birth | 07/05 |

1. I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine c by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

2. I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

3. I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to and have the officer call medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

4. If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the off to have it read; or I can go to the Health Department or my primary care physician to have it read.

5. I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

6. I hvae been told that I will receive a History & Physical Exam within the next 14 days free of charge.

7. I have been given the opportunity to ask questions.

8. The name I use at my pharmacy is: N

| _Charles Troutman_ | 06/07/2014 |
| Inmate Signature | Date |

If diabetic, Accucheck reading is: N

If asthmatic, peak flow is: N

| _KKStifford_ | 06/07/2014 |
| Employee Signature | Date |

LMDC 0068

INMATE NAME: Troutman Charles

CIN #: 296168

DOB: 7-5-68

## SEARCH FOR SIGNATURE FORM

COMPLETED BY: KBaxxe

DATE: 2-16-12

RESULT: _____ **NO FORM FOUND**

LMDC 0069

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168    Book #: 2012005295    Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | Do you have a Medical Problem such as bleeding or injuries that requires immediate medical attention? |
| | Explain: |
| N | Do you have a serious medical condition that may require attention while you are here? |
| | Explain: |
| N | Have you had any past serious infectious disease? |
| | List: |

**Vital Signs**

| | |
|---|---|
| Y | Blood Pressure: |
| | Explain: 132/84 |
| Y | Pulse: |
| | Explain: 66 |
| Y | Respiration: |
| | Explain: 18 |
| Y | Temperature: |
| | Explain: 98.8 |
| N | Do you have any Medical Problems that we should know about? |

Current Medical Con.

Intoxicated?

Explain:

Lesions?

Explain:

Obvious Pain?

Explain:

Bruises?

Explain:

LMDC 0070

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Initial Medical

CIN: 296168      Book #: 2012005295      Book Dt/Tm: 02-15-2012 0808
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

N      Fever?

    Explain:
Nausea?

    Explain:
Skin Infestation?

    Explain:
Skin Rash?

    Explain:
Jaundice?

    Explain:
Needle Marks?

    Explain:
Swollen Glands?

    Explain:
Active Cough?

    Explain:
Other?

    Explain:

N      Are you allergic to any medications?

    Explain:

N      Are you currently taking a prescription that may need continuation while you are here?
    Med/Dose/Freq:
      Pharmacy:
      Doctor:

N      Do you require a special diet?

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168    Book #: 2012005295    Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

Religious?

Medical?

Explain:

| N | Have you fainted or had a head injury within the past 6 months? |

Explain:

| N | Have you been seen by a doctor in the last 6 months? |

Explain:

| N | Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid? |

Explain:

| N | Do you have a prosthesis, a splint, crutches, a cast, or a brace? |

Explain:

LMDC 0072

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Medical Detox

CIN: 296168      Book #: 2012005295      Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1988   Age: 43   Race: W   Sex: M   SSN: 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

---

N      Have you taken potentially dangerous levels of drugs or alcohol?

      Explain:

---

N      Do you drink alcohol?

      How Often:

      How Much:

      Last Time:

---

N      Do you use street drugs?

      What Type:

      How Often:

      Last Time:

---

N      Have you ever experienced DT's or other serious withdrawal from drugs or alcohol?

      Blackouts?

      Seizures?

      Tremors?

      Nausea?

      Vomiting?

      Other?

      Explain:

---

LMDC 0073

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN: 296168     Book #: 2012005295     Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

| | |
|---|---|
| N | Are you covered by Medical Insurance? |
| | Explain: |
| N | Do you know the date of your last tetanus shot? |
| | Explain: |
| N | Have you had a TB skin test? |
| | Was it positive? |
| | When: |
| | Where: |

**Do you have any of the following problems?**

| | |
|---|---|
| N | Chronic cough/blood? |
| | Explain: |
| N | Recent weight loss? |
| | Explain: |
| N | Recent appetite loss? |
| | Explain: |
| N | Fever? |
| | Explain: |
| N | Night sweats? |
| | Explain: |
| N | Fatigue? |
| | Explain: |
| N | Have you ever been treated with TB drugs? |
| | Explain: |
| N | Do you use tobacco products? |
| | Explain: |

Facility: 2
161B MED

Page 1 of 4

Printed:  02-16-2012 0205
Printed By: AESMILLER, SMITH MILLER

LMDC 0074

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168     Book #: 2012005295     Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

Are you pregnant?

Explain:

Do you use birth control?

Explain:

Have you recently had a baby/miscarriage/abortion?

Explain:

Do you have any of the following:

N     Arthritis?

Explain:

N     Diabetes?

Explain:

N     Seizure disorder?

Explain:

N     Asthma?

Explain:

N     Other lung problems?

Explain:

N     Heart condition?

Explain:

N     Hypertension?

Explain:

N     Cancer?

Explain:

N     Sickle Cell Anemia?

Explain:

LMDC 0075

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168     Book #: 2012005295     Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

| | | |
|---|---|---|
| N | STDs? | |
| | Explain: | |
| N | Vaginal or penile discharge? | |
| | Explain: | |
| N | Hepatitis? | |
| | Explain: | |
| N | HIV? | |
| | Explain: | |
| N | TB? | |
| | Explain: | |
| N | Persistent sore throat? | |
| | Explain: | |
| N | Dental problems? | |
| | Explain: | |
| N | Surgeries? | |
| | Explain: | |
| N | Chest pain? | |
| | Explain: | |
| Y | The inmate has been told that this facility charges a fee for services | |
| Y | The inmate has been told that they may be given a three day supply of medication at time of release. | |
| **Disposition** | | |
| N | Emergency room (pre-booking injury) | |
| N | Emergency room (acute condition) | |
| N | Physician | |

LMDC 0076

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN: 296168    Book #: 2012005295    Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| N | Sick call |
|---|---|
| N | Mental Health |
| Y | Do you understand that you may request a health care provider at any time while you are here? |
| GEN | Placement in: |
| | Explain: |

LMDC 0077

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168     Book #:  2012005295     Book Dt/Tm: 02-15-2012 0808
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 43  Race:  W  Sex: M  SSN: 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

N     Do you have a serious mental health condition that may need attention while you are here?

  Explain:

  Call Mental Health

N     Have you been hospitalized for emotional problems within the last year?

  Where:
  When:
  Meds:

  Call Mental Health

N     Are you currently being treated by an Out Patient Community Mental Health Center?

  Explain:
  Doctor/Agency:
  Pharmacy/Meds:

N     Have you recently taken or been prescribed medications for emotional problems?

  Explain:

N     Have you ever had a closed head injury that resulted in permanent disability?

  Explain:

N     Do you have learning or other disability that will impact your ability to understand instructions while you are here?

  Explain:

N     Are you aware of any reason you should be separated from another inmate while you are here?

  Explain:

N     Have you required separation from another inmate while incarcerated in another facility?

  Explain:

N     Have you ever attempted suicide?

  Method:
  When:
  # Of Times:

LMDC 0078

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168      Book #: 2012005295      Book Dt/Tm: 02-15-2012 0808
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

---

Call Mental Health

| | |
|---|---|
| N | Are you currently thinking about suicide? |

Explain:
Call Mental Health

| | |
|---|---|
| N | Does subject have a plan or suicide instrument in possession? |

Explain:

| | |
|---|---|
| N | Does subject show signs of depression? |

Explain:

| | |
|---|---|
| N | Does subject express feelings of hopelessness? |

Explain:

| | |
|---|---|
| N | Does subject appear anxious, afraid, or angry? |

Explain:

| | |
|---|---|
| N | Does subject appear embarrassed or ashamed? |

Explain:

| | |
|---|---|
| N | Does subject talk or act in a strange manner? |

Explain:

| | |
|---|---|
| N | Is subject apparently under the influence of alcohol or drugs? |

Explain:

| | |
|---|---|
| N | Does subject show signs of mental illness or withdrawal? |

Explain:

| | |
|---|---|
| N | Does officer believe subject may be a suicide risk? |

Explain:

| | |
|---|---|
| N | Does subject lack family or friends in the community? |

Explain:

---

LMDC 0079

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### PSYCHIATRIC QUESTIONS

CIN: 296168      Book #: 2012005295      Book Dt/Tm: 02-15-2012 0808

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | Has subject experienced a significant loss with in the last 6 months? |
| | Explain: |
| N | Is subject preoccupied with major problems other than legal situation? |
| | Explain: |
| N | Has a family member or significant other attempted or committed suicide? |
| | Explain: |
| Y | Have you understood all the questions that I have asked you? |
| | Explain: |
| Y | Have you provided us with all the information that you want us to be aware of while you are here? |
| | Explain: |
| Y | Does the screener feel that the arrestee is capable of understanding all questions asked? |
| | If No: |
| N | Does this arrestee have any institutional history alerts? |
| | Call Mental Health if alerts are related to mental health, suicide, MR, etc.... |
| N | Does the screener feel that this arrestee should be referred to a supervisor for review? |
| | Explain: |
| N | Is there any indication that the arrestee is reacting so negatively toward their charges that they may engage in self harming behavior? |
| | Call Mental Health |
| N | History of psychiatric treatment? |
| | Where: |
| | When: |
| | Meds: |
| N | Did you answer yes to 6 or more questions? |

Facility: 2
166B MED

Page 3 of 3

Printed:  02-16-2012 0205
Printed By: AESMILLER, SMITH MILLER

LMDC 0080

Correctional Medical Services
PROBLEM LIST

Name: _Troutman Charles_
ID# _296 168_
D.O.B. _7/5/68_

Medication Allergies _NFA_

| Date Identified | Chronic Condition (long term problems) | Date Resolved | Health Care Practioner Initial |
|---|---|---|---|
| 1/18/12 | Detox | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date | Results | Date | Results | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|---|---|---|---|
| PPD | | | | | | | | | | |
| Tetanus | | | | | | | | | | |
| Physical | | | | | | | | | | |

CMS 7189 REV 1/2003

LMDC 0081

## CORRECTIONAL MEDICAL SERVICES INMATE EDUCATION RECORD

INMATE NAME _Trostman Charles_   CIN# _296168_

EDUCATION CODES:   V- VERBAL   P- PRINTED MATERIALS   D- DEMONSTRAED
                   RD- RETURNED DEMONSTRATION

| TOPIC | DATE/INITIAL | TOPIC | DATE/INITIAL |
|-------|--------------|-------|--------------|
| ARTHRITIS | | HYGIENE | |
| ASTHMA | | HYPERTENSION | |
| CARDIAC DISEASE | | INFECTIOUS DISEASE | |
| COMMUNITY RESOURCES | | MEDICATIONS | |
| CONSTIPATION | | MUSCULAR PROBLEMS | |
| COPD | | NUTRITION | |
| COPING SKILLS | | ORTHO PROBLEMS | |
| DENTAL CARE | | OSTOMY CARE | |
| DIABETES | | PREGNANCY | |
| DRUG ABUSE | 1 18 12 MBTD | STD | |
| ELEVATED BP/ SCREENING | | THYROID DISEASE | |
| ETOH ABUSE | | WOUND CARE | |
| FUNGAL DISEASE | | OTHER | |
| GYN PROBLEMS | | SEIZURES | |

_Mike Cuakle LPN_          _MG_
SIGNATURE                   INITIAL


SIGNATURE                   INITIAL


SIGNATURE                   INITIAL


SIGNATURE                   INITIAL

Correctional Medical Services
WITHDRAWAL FLOWSHEET

ate Name: _Troutman Charles_          ID# _296168_

drawal Observation Started: Date: _1/18/00_   Time: _1750_
late date and time observation was discontinued by entering a notation across the appropriate row.
contact physician if severity rating increases or patient condition warrants (such as continued vomiting, etc)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/8 | 1750 | □Y □N | 145 | 77 | 16 | 98.4 | 0 | □Y □N | □Y □N | □Y □N |
| 1/19/18 | 0065 | □Y □N | 148/86 | 92 | 16 | 98.2 | 0 | □Y □N | □Y □N | □Y □N |
| 1/19/12 | 1110 | □Y □N | — | Refused | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |
| | | □Y □N | | | | | | □Y □N | □Y □N | □Y □N |

everity Rating:   Asymptomatic: 0   Mild: 1   Moderate: 2   Moderate/Severe: 3   Severe: 4

712 Rev 03/04

LMDC 0083

## MEDICAL HISTORY & SCREENING SIGNATURE FORM

| Inmate Name | CIN | DOB |
|---|---|---|
| Troutman Charles | 296 168 | 7 5/ 68 |

- I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

- I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

- I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to the front desk in the lobby and have the officer call Medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

- If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the officer to call Medical to have it read; or I can go to the Health Department or my primary care physician to have it read.

- I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

- I have been told that I will receive a History & Physical Exam within the next 14 days free of charge.

- I have been given the opportunity to ask questions.

- The name I use at my pharmacy is _____

| Inmate Signature: | Date: |
|---|---|
| X Charles Troutman | 1/18/12 |

If diabetic, Accucheck_____ If asthmatic, peak flow_____

| Screening Nurse Signature and Time | Date: | Time: |
|---|---|---|
| Mike Crutll LPN | 1/18/12 | |

LMDC 0084

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168      Book #: 2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | Do you have a Medical Problem such as bleeding or injuries that requires immediate medical attention? |
| | Explain: |
| N | Do you have a serious medical condition that may require attention while you are here? |
| | Explain: |
| N | Have you had any past serious infectious disease? |
| | List: |

**Vital Signs**

| | |
|---|---|
| Y | Blood Pressure: |
| | Explain: 145/68 |
| Y | Pulse: |
| | Explain: 77 |
| Y | Respiration: |
| | Explain: 16 |
| Y | Temperature: |
| | Explain: 98.4 |
| N | Do you have any Medical Problems that we should know about? |

Current Medical Con.

Intoxicated?

   Explain:

Lesions?

   Explain:

Obvious Pain?

   Explain:

Bruises?

   Explain:

LMDC 0085

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168    Book #: 2012001997    Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

N      Fever?

    Explain:

Nausea?

    Explain:

Skin Infestation?

    Explain:

Skin Rash?

    Explain:

Jaundice?

    Explain:

Needle Marks?

    Explain:

Swollen Glands?

    Explain:

Active Cough?

    Explain:

Other?

    Explain:

N    Are you allergic to any medications?

    Explain:

N    Are you currently taking a prescription that may need continuation while you are here?

    Med/Dose/Freq:

    Pharmacy:

    Doctor:

N    Do you require a special diet?

LMDC 0086

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Initial Medical

CIN: 296168     Book #: 2012001997     Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

Religious?

Medical?

Explain:

N     Have you fainted or had a head injury within the past 6 months?

Explain:

N     Have you been seen by a doctor in the last 6 months?

Explain:

N     Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid?

Explain:

N     Do you have a prosthesis, a splint, crutches, a cast, or a brace?

Explain:

LMDC 0087

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Medical Detox

CIN: 296168      Book #:  2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S):  TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race:  W   Sex: M  SSN: 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

---

N      Have you taken potentially dangerous levels of drugs or alcohol?

    Explain:

N      Do you drink alcohol?

    How Often:

    How Much:

    Last Time:

---

Y      Do you use street drugs?

    What Type: opana methadone

    How Often: 3 xs wk

    Last Time: today

---

N      Have you ever experienced DT's or other serious withdrawal from drugs or alcohol?

    Blackouts?

    Seizures?

    Tremors?

    Nausea?

    Vomiting?

    Other?

    Explain:

---

LMDC 0088

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN: 296168    Book #: 2012001997    Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

---

N    Are you covered by Medical Insurance?

   Explain:

N    Do you know the date of your last tetanus shot?

   Explain:

N    Have you had a TB skin test?

      Was it positive?

         When:
         Where:

Do you have any of the following problems?

N    Chronic cough/blood?

   Explain:

N    Recent weight loss?

   Explain:

N    Recent appetite loss?

   Explain:

N    Fever?

   Explain:

N    Night sweats?

   Explain:

N    Fatigue?

   Explain:

N    Have you ever been treated with TB drugs?

   Explain:

N    Do you use tobacco products?

   Explain:

---

LMDC 0089

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168      Book #: 2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

Are you pregnant?

Explain:

Do you use birth control?

Explain:

Have you recently had a baby/miscarriage/abortion?

Explain:

Do you have any of the following:

N   Arthritis?

Explain:

N   Diabetes?

Explain:

N   Seizure disorder?

Explain:

N   Asthma?

Explain:

N   Other lung problems?

Explain:

N   Heart condition?

Explain:

N   Hypertension?

Explain:

N   Cancer?

Explain:

N   Sickle Cell Anemia?

Explain:

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168      Book #: 2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968   Age: 43   Race: W   Sex: M   SSN: 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

| | |
|---|---|
| N | STDs? |
| | Explain: |
| N | Vaginal or penile discharge? |
| | Explain: |
| N | Hepatitis? |
| | Explain: |
| N | HIV? |
| | Explain: |
| N | TB? |
| | Explain: |
| N | Persistent sore throat? |
| | Explain: |
| N | Dental problems? |
| | Explain: |
| N | Surgeries? |
| | Explain: |
| N | Chest pain? |
| | Explain: |
| Y | The inmate has been told that this facility charges a fee for services |
| Y | The inmate has been told that they may be given a three day supply of medication at time of release. |

**Disposition**

| | |
|---|---|
| N | Emergency room (pre-booking injury) |
| N | Emergency room (acute condition) |
| N | Physician |

Facility: 1
161B NBKG

Page 3 of 4

Printed:   01-18-2012 1749
Printed By: MGRUBBS, GRUBBS

LMDC 0091

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN: 296168      Book #: 2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Sick call | |
| N | Mental Health | |
| N | Chronic Care | |
| N | ROI Signed and Faxed | |
| Y | Do you understand that you may request a health care provider at any time while you are here? | |
| GEN | Placement in: | |
| | Explain: | |

LMDC 0092

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168    Book #: 2012001997    Book Dt/Tm: 01-18-2012 1702
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

N   Do you have a serious mental health condition that may need attention while you are here?

    Explain:

    Call Mental Health

N   Have you been hospitalized for emotional problems within the last year?

    Where:

    When:

    Meds:

    Call Mental Health

N   Are you currently being treated by an Out Patient Community Mental Health Center?

    Explain:

    Doctor/Agency:

    Pharmacy/Meds:

N   Have you recently taken or been prescribed medications for emotional problems?

    Explain:

N   Have you ever had a closed head injury that resulted in permanent disability?

    Explain:

N   Do you have learning or other disability that will impact your ability to understand instructions while you are here?

    Explain:

N   Are you aware of any reason you should be separated from another inmate while you are here?

    Explain:

N   Have you required separation from another inmate while incarcerated in another facility?

    Explain:

N   Have you ever attempted suicide?

    Method:

    When:

    # Of Times:

LMDC 0093

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 298168     Book #: 2012001997     Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968   Age: 43   Race: W   Sex: M   SSN: 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

Call Mental Health

N     Are you currently thinking about suicide?

        Explain:
        Call Mental Health

N     Does subject have a plan or suicide instrument in possession?

        Explain:

N     Does subject show signs of depression?

        Explain:

N     Does subject express feelings of hopelessness?

        Explain:

N     Does subject appear anxious, afraid, or angry?

        Explain:

N     Does subject appear embarrassed or ashamed?

        Explain:

N     Does subject talk or act in a strange manner?

        Explain:

N     Is subject apparently under the influence of alcohol or drugs?

        Explain:

N     Does subject show signs of mental illness or withdrawal?

        Explain:

N     Does officer believe subject may be a suicide risk?

        Explain:

N     Does subject lack family or friends in the community?

        Explain:

LMDC 0094

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296166      Book #: 2012001997      Book Dt/Tm: 01-18-2012 1702

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Has subject experienced a significant loss with in the last 6 months? | |
| | Explain: | |
| N | Is subject preoccupied with major problems other than legal situation? | |
| | Explain: | |
| N | Has a family member or significant other attempted or committed suicide? | |
| | Explain: | |
| Y | Have you understood all the questions that I have asked you? | |
| | Explain: | |
| Y | Have you provided us with all the information that you want us to be aware of while you are here? | |
| | Explain: | |
| Y | Does the screener feel that the arrestee is capable of understanding all questions asked? | |
| | If No: | |
| N | Does this arrestee have any institutional history alerts? | |
| | Call Mental Health if alerts are related to mental health, suicide, MR, etc.... | |
| N | Does the screener feel that this arrrestee should be referred to a supervisor for review? | |
| | Explain: | |
| N | Is there any indication that the arrestee is reacting so negatively toward their charges that they may engage in self harming behavior? | |
| | Call Mental Health | |
| N | History of psychiatric treatment? | |
| | Where: | |
| | When: | |
| | Meds: | |
| N | Did you answer yes to 6 or more questions? | |

LMDC 0095

**Correctional Medical Services**
**PROBLEM LIST**

Name: _Troutman, Charles_

ID#: _296168_

D.O.B. _7-5-68_

Medication Allergies _NKDA_

| Date Identified | Chronic Condition (long term problems) | Date Resolved | Health Care Practioner Initial |
|---|---|---|---|
| 11-16-11 | DRUG ABUSE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date | Results | Date | Results | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|---|---|---|---|
| PPD | | | | | | | | | | |
| Tetanus | | | | | | | | | | |
| Physical | | | | | | | | | | |

CMS 7189 REV 1/2003

CORRECTIONAL MEDICAL SERVICES INMATE EDUCATION RECORD

INMATES NAME _Troutman, Charles_   CIN# _296168_

EDUCATION CODES:   V- VERBAL   P- PRINTED MATERIALS   D- DEMONSTRAED

RD- RETURNED DEMONSTRATION

| TOPIC | DATE/INITIAL | TOPIC | DATE/ INITIAL |
|-------|--------------|-------|---------------|
| ARTHRITIS | | HYGIENE | |
| ASTHMA | | HYPERTENSION | |
| CARDIAC DISEASE | | INFECTIOUS DISEASE | |
| COMMUNITY RESOURCES | | MEDICATIONS | |
| CONSTIPATION | | MUSCULAR PROBLEMS | |
| COPD | | NUTRITION | |
| COPING SKILLS | | ORTHO PROBLEMS | |
| DENTAL CARE | | OSTOMY CARE | |
| DIABETES | | PREGNANCY | |
| DRUG ABUSE | 11-16-11 | STD | |
| ELEVATED BP/ SCREENING | | THYROID DISEASE | |
| ETOH ABUSE | | WOUND CARE | |
| FUNGAL DISEASE | | OTHER | |
| GYN PROBLEMS | | SEIZURE | |

_____

SIGNATURE                          INITIAL

_____

SIGNATURE                          INITIAL

_____

SIGNATURE                          INITIAL

_____

SIGNATURE                          INITIAL

LMDC 0097

CORRECTIONAL MEDICAL SERVICES, Inc.          PHYSICIANS' ORDERS

Name Troutman Charles          D.O.B. 7-3-68

Location 4S1          ID# 296168     Allergies

| Check box as order is noted: | (Date & Time) 1-11-11 1100 |
|---|---|
| Noted by: | ver Dr Smith - standing order: |
| SAO | CXR 2ndary ① PPD results |
| Date: 1-11-11 | sad lawien |
| Time: 1100 | ☒ 01/13/11 3PM |
| | M.D. Signature          Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature          Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature          Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature          Date/Time |

LMDC 0098

## Correctional Medical Services
### Multidisciplinary Referral

| Name: | CIN #: | Location: | DOB: |
|-------|--------|-----------|------|
| Troutman Charles | 296168 | R 3 | 7/5/68 |

## ☉ MENTAL HEALTH

**Crisis Intervention:**

_____ Family Problems          _____ Recent stress
_____ Problems with peer's     ✓ Other: _Detox_

**Evaluation of Mental Condition:**

_____ Suicidal          _____ Depressed      _____ Mutilative          _____ Poor hygiene
_____ Homicidal         _____ Withdrawn      _____ Suspicious          _____ Hostile/Angry
_____ Hallucinations/Delusion                _____ Physical complaints
_____ Sleep disturbance      _____ other: _____

_____ Evaluation for need of psychiatric intervention
_____ History of psychotropic medication prior to intake
_____ Other: _____

Comments: _____
_____
_____

## ☉ CHRONIC CARE CLINIC

| | | |
|---|---|---|
| Cardiovascular | Hepatitis | |
| Hypertension | Infectious Disease | |
| Diabetes/Endocrine | Liver Disease | |
| Neurological | GERD | |
| Pulmonary | General Medicine | |

B/P _____     Blood Glucose _____     02 Sat _____     Protocol Initiated: YES or NO

Referred originating from: ✓ Booking      _____ Sick call      _____ Other: _____

Comments: _____
_____
_____

Referred by: _Mike Crabbe_          Date: _____

## Correctional Medical Services
### Multidisciplinary Referral

| Name: Troutman, Charles | CIN # 296168 | Location | DOB: 7-5-68 |
|---|---|---|---|

## MENTAL HEALTH

**Crisis Intervention:**
___ Family Problems     ___ Recent stress
___ Problems with peer's     ✓ Other: _DRUG ABUSE_

**Evaluation of Mental Condition:**
___ Suicidal    ___ Depressed    ___ Mutilative    ___ Poor hygiene
___ Homicidal    ___ Withdrawn    ___ Suspicious    ___ Hostile/Angry
___ Hallucinations/Delusion    ___ Physical complaints
___ Sleep disturbance    ___ other: _____

___ Evaluation for need of psychiatric intervention
___ History of psychotropic medication prior to intake
___ Other: _____

Comments: _____

## CHRONIC CARE CLINIC

| | |
|---|---|
| Cardiovascular | Hepatitis |
| Hypertension | Infectious Disease |
| Diabetes/Endocrine | Liver Disease |
| Neurological | GERD |
| Pulmonary | General Medicine |

B/P _____    Blood Glucose _____    02 Sat _____    Protocol Initiated: No

Referred originating from: [___] Booking   [___] Sick call   [___] Other: _____

Comments: _____

Referred by: _S. MMc____ LPN_    Date: _11-16-11_

LMDC 0100

WITHDRAWAL INITIAL SCREENING & TREATMENT PLAN

Name: _Troutman Charles_  ID#: _296168_

**ective:**

Last ETOH drink: _____ hours ago  Amount: _____  Type: _____
Last Opiate use: _____ hours ago  Amount: _____  Type: ⓇOpana Methadone
Other drug use: _____ hours ago  Amount: _____  Type: _____

History of withdrawal:

| | | | | | |
|---|---|---|---|---|---|
| Blackouts: | ☐ Yes | ☐ No | Nausea: | ☑ Yes ☐ No | |
| Hallucinations: | ☐ Yes | ☐ No | Vomiting: | ☑ Yes ☐ No | |
| Tremors: | ☐ Yes | ☐ No | Sweating: | ☑ Yes ☐ No | |
| Seizures: | ☐ Yes | ☐ No | | | |
| Other: | ☐ Yes | ☐ No | Describe: _____ | | |

Complaints of pain/injury:  ☐ Yes  ☐ No   Describe: _____

**ective:**

T _99.4_ P _77_ R _16_, BP _145/68_   PERL: ☐ Yes  ☐ No

Circle appropriate answer:

Alert & responsive   Lethargic but responsive   Responsive to painful stimuli   Comatose

Oriented to time, person & place:  ☐ Yes  ☐ No
Signs of head injury or other trauma: ☐ Yes  ☐ No  Describe: _____

Finger Stick Blood Sugar: _____   Initial Severity score: _____  (see back of form)

**ssessment:**

**bsent/Mild withdrawal symptoms (0 or 1)**
otify physician if severity rating increases

Plan:
☐ Physician _____ notified Time: _____
☐ Orders received
☐ flowsheet q. 12 hrs. X _____ days
☐ Multivitamin one daily
☐ Antacid P.O. pc & hs prn
☐ Encourage fluids
☑ Bottom bunk
☑ Referral to MH
☐ Schedule for next physician sick call
☐ Notify Security Potential Withdrawal

**Moderate withdrawal symptoms (2)**
Notify physician if severity rating increases

Plan:
☐ Physician _____ notified  Time: _____
☐ Notify physician if severity rating increases
☐ Orders received
☐ Flowsheet q. _____ hrs X _____ days
☐ Thiamin 100mg daily x 10 days; IM or PO
☐ Librium _____ mg. q _____ hrs PO or IM x _____ days
☐ Ativan _____ mg. q _____ hrs PO or IM. X _____ days
☐ Tegan 250mg. PO or 200mg. Rectal SUPP. q. 8 hrs. prn
☐ Encourage fluids, monitor intake & voiding
☐ Bottom bunk
☐ Assign to special monitor
☐ Referral to MH
☐ Schedule for next physician sick call
☐ Notify Security Potential Withdrawal

**evere withdrawal symptoms: Phys. immediately notified**
**urse's signature _____    Time: _____**

Nurse signature: _____ _____    Date: _11/8/20_  Time: _1750_
Physician signature: _____    Date: _____  Time: _____

Sample of CMS-7711 Revision 08/2007
CMS § 7811- Jail Generic Policy & Procedures Manual – Section G-05.10z-Revision 2007
Copyright © 2007 by Correctional Medical Services, Inc., All Rights Reserved.

LMDC 0101

## WITHDRALWAL SYMPTOM SEVERITY SCORE

**ERITY SCORE:  0**

sible sweats
nxiety, at ease
al activity
ausea & No vomiting
emor
olic BP between 90-150 Diastolic less than 90
t rate between 50-100
ted to time and date

**ERITY SCORE:  1** (score this category if two or more are present)

ly perceptible sweating, palms moist
ly anxious
ewhat more than normal activity (mildly agitated)
 nausea with No vomiting
nor not visible but can be felt fingertip to fingertip
tolic BP less than 90 or between 150-200
astolic BP is 90-100
rt rate less than 50 or more than 100
n not do serial additions or is uncertain about date

**ERITY SCORE:  2** (score this category if two or more are present) Notify Provider

ds of sweat obvious on forehead
derately anxious, or guarded (moderately agitated pacing, etc)
derately fidgety & restless
rmittent nausea with dry heaves
derate tremor with patients arms extended
derate itching, pins & needles, burning or numbness
omnia
tolic BP less than 90 or between 150-200
stolic BP 100-140
art rate less than 50 or between 110-140
oriented for date by more than 2 calendar days

**ERITY SCORE:  3** (score this category if any of the below are present) * Emergency Notify MD

enching sweats
xiety equivalent to acute panic state
cing back & forth or constantly thrashing about
nstant nausea, frequent dry heaves & vomiting
vere tremor, even with arms not extended
llucinations, visual or auditory
ry severe headache
stolic BP greater than 200
astolic BP greater than 140
eart rate greater than 140
isoriented for place and/or person

verity Rating:     Asymptomatic: 0     Mild: 1     Moderate: 2     Moderately Severe/Severe: 3

imple at CMS # 7716-Severity Scale (use as back of 7711 and 7712)
MS # 7814-Jail Generic Policy & Procedures Manual – Section 608.00c-Revision 2007
opyright © 2007 by Correctional Medical Services, Inc., All Rights Reserved.

LMDC 0102

01/19/2011  12:00   50257           MEDICAL RECORDS                    PAGE  02/02

Procedure:1

Facility: LOUISVILLE METRO CORRECTIONS
Station:
Ordering Physician: SMITH
Date of Exam: 13 January 2011
Reason for Exam: +PPD
Type of Exam: CHEST
Patient Name: TROUTMAN CHARLES
Patient ID: 298168
Patient D.o.B.: 7/5/1968
Reading MD: Vince Lombardi AS

Impression:
NO ACTIVE DISEASE

Comment:
THERE IS NO EVIDENCE OF AN ACTIVE PULMONARY PARENCHYMAL OR PLEURAL DISEASE PROCESS, THE
CARDIOVASCULAR SILHOUETTE IS WITHIN NORMAL LIMITS, THERE IS NO EVIDENCE OF ACTIVE TB.

Reading MD

Vince Lombardi AS, MD

The Protected Health Information contained in this fax is highly confidential. It is intended for the exclusive use of the addressee. It is to be used only to aid in
providing specific healthcare service to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as much.

Inter
RADIOLOGY

Released

This fax was sent via a medical online management system

LMDC 0103

## MEDICAL HISTORY & SCREENING SIGNATURE FORM

| Inmate Name | CIN | DOB |
|---|---|---|
| Troutman, Charles | 296168 | 7-5-68 |

○ I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

○ I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

○ I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to the front desk in the lobby and have the officer call Medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

○ If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the officer to call Medical to have it read; or I can go to the Health Department or my primary care physician to have it read.

○ I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

○ I have been told that I will receive a History & Physical Exam within the next 14 days free of charge.

○ I have been given the opportunity to ask questions.

○ The name I use at my pharmacy is _____

| Inmate Signature: | Date: |
|---|---|
| Charles Troutman | 11-16-11 |

If diabetic, Accucheck _____ If asthmatic, peak flow _____

| Screening Nurse Signature and Title: | Date: | Time: |
|---|---|---|
| [signature] LPN | 11-16-11 | |

LMDC 0104

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168     Book #: 2011038565     Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

---

N     Do you have a Medical Problem such as bleeding or injuries that requires immediate medical attention?

        Explain:

N     Do you have a serious medical condition that may require attention while you are here?

        Explain:

N     Have you had any past serious infectious disease?

        List:

**Vital Signs**

Y     Blood Pressure:

        Explain: 134/84

Y     Pulse:

        Explain: 84

Y     Respiration:

        Explain: 14

Y     Temperature:

        Explain: 98.6

N     Do you have any Medical Problems that we should know about?

Current Medical Con.

   Intoxicated?

        Explain:

   Lesions?

        Explain:

   Obvious Pain?

        Explain:

   Bruises?

        Explain:

---

LMDC 0105

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168     Book #: 2011038565     Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

N    Fever?

   Explain:
   Nausea?

   Explain:
   Skin Infestation?

   Explain:
   Skin Rash?

   Explain:
   Jaundice?

   Explain:
   Needle Marks?

   Explain:
   Swollen Glands?

   Explain:
   Active Cough?

   Explain:
   Other?

   Explain:

N    Are you allergic to any medications?

   Explain:

N    Are you currently taking a prescription that may need continuation while you are here?

   Med/Dose/Freq:
   Pharmacy:
   Doctor:

N    Do you require a special diet?

LMDC 0106

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Initial Medical

CIN: 296168      Book #: 2011038565      Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

Religious?

Medical?

Explain:

N      Have you fainted or had a head injury within the past 6 months?

Explain:

N      Have you been seen by a doctor in the last 6 months?

Explain:

N      Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid?

Explain:

N      Do you have a prosthesis, a splint, crutches, a cast, or a brace?

Explain:

LMDC 0107

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Medical Detox

CIN: 296168     Book #: 2011038565    Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

Y     Have you taken potentially dangerous levels of drugs or alcohol?

         Explain: xanax opanna

N     Do you drink alcohol?

         How Often:

         How Much:

         Last Time:

Y     Do you use street drugs?

         What Type: xanax opanna

         How Often: daily

         Last Time: yesterday

Y     Have you ever experienced DT's or other serious withdrawal from drugs or alcohol?

     Y     Blackouts?

     Y     Seizures?

     N     Tremors?

     N     Nausea?

     N     Vomiting?

     N     Other?

         Explain:

LMDC 0108

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN: 296168       Book #: 2011038565       Book Dt/Tm: 11-16-2011 1653
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Are you covered by Medical Insurance? | |
| | Explain: | |
| N | Do you know the date of your last tetanus shot? | |
| | Explain: | |
| N | Have you had a TB skin test? | |
| | Was it positive? | |
| | When: | |
| | Where: | |

Do you have any of the following problems?

| | | |
|---|---|---|
| N | Chronic cough/blood? | |
| | Explain: | |
| N | Recent weight loss? | |
| | Explain: | |
| N | Recent appetite loss? | |
| | Explain: | |
| N | Fever? | |
| | Explain: | |
| N | Night sweats? | |
| | Explain: | |
| N | Fatigue? | |
| | Explain: | |
| N | Have you ever been treated with TB drugs? | |
| | Explain: | |
| Y | Do you use tobacco products? | |
| | Explain: daily | |

Facility: 1
161B NBKG

Page 1 of 4

Printed:  11-16-2011 1832
Printed By: SMCCUBBINS, MCCUBBINS

LMDC 0109

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168     Book #: 2011038565     Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

Are you pregnant?

Explain:

Do you use birth control?

Explain:

Have you recently had a baby/miscarriage/abortion?

Explain:

Do you have any of the following:

N     Arthritis?

Explain:

N     Diabetes?

Explain:

N     Seizure disorder?

Explain:

N     Asthma?

Explain:

N     Other lung problems?

Explain:

N     Heart condition?

Explain:

N     Hypertension?

Explain:

N     Cancer?

Explain:

N     Sickle Cell Anemia?

Explain:

LMDC 0110

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168      Book #: 2011038565      Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | STDs? |
| | Explain: |
| N | Vaginal or penile discharge? |
| | Explain: |
| N | Hepatitis? |
| | Explain: |
| N | HIV? |
| | Explain: |
| N | TB? |
| | Explain: |
| N | Persistent sore throat? |
| | Explain: |
| N | Dental problems? |
| | Explain: |
| N | Surgeries? |
| | Explain: |
| N | Chest pain? |
| | Explain: |
| Y | The inmate has been told that this facility charges a fee for services |
| Y | The inmate has been told that they may be given a three day supply of medication at time of release. |

**Disposition**

| | |
|---|---|
| N | Emergency room (pre-booking injury) |
| N | Emergency room (acute condition) |
| N | Physician. |

LMDC 0111

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN: 296168     Book #: 2011038565     Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Sick call | |
| Y | Mental Health | |
| N | Chronic Care | |
| N | ROI Signed and Faxed | |
| Y | Do you understand that you may request a health care provider at any time while you are here? | |
| GEN | Placement in: | |
| | Explain: | |

LMDC 0112

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168   Book #: 2011038565   Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 43   Race: W   Sex: M   SSN: 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

| | |
|---|---|
| N | Do you have a serious mental health condition that may need attention while you are here? |
| | Explain: |
| | Call Mental Health |
| N | Have you been hospitalized for emotional problems within the last year? |
| | Where: |
| | When: |
| | Meds: |
| | Call Mental Health |
| N | Are you currently being treated by an Out Patient Community Mental Health Center? |
| | Explain: |
| | Doctor/Agency: |
| | Pharmacy/Meds: |
| N | Have you recently taken or been prescribed medications for emotional problems? |
| | Explain: |
| N | Have you ever had a closed head injury that resulted in permanent disability? |
| | Explain: |
| N | Do you have learning or other disability that will impact your ability to understand instructions while you are here? |
| | Explain: |
| N | Are you aware of any reason you should be separated from another inmate while you are here? |
| | Explain: |
| N | Have you required separation from another inmate while incarcerated in another facility? |
| | Explain: |
| N | Have you ever attempted suicide? |
| | Method: |
| | When: |
| | # Of Times: |

Facility: 1
166B NBKG.

Page 1 of 3

Printed:  11-16-2011 1832
Printed By: SMCCUBBINS, MCCUBBINS

LMDC 0113

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

**CIN:** 296168   **Book #:** 2011038565   **Book Dt/Tm:** 11-16-2011 1653
**Name(L,F,M,S):** TROUTMAN, CHARLES, RALPH JR
**DOB:** 07-05-1968  **Age:** 43   **Race:** W   **Sex:** M   **SSN:** 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

Call Mental Health

N    Are you currently thinking about suicide?

Explain:
Call Mental Health

N    Does subject have a plan or suicide instrument in possession?

Explain:

N    Does subject show signs of depression?

Explain:

N    Does subject express feelings of hopelessness?

Explain:

N    Does subject appear anxious, afraid, or angry?

Explain:

N    Does subject appear embarrassed or ashamed?

Explain:

N    Does subject talk or act in a strange manner?

Explain:

Y    Is subject apparently under the influence of alcohol or drugs?

Explain: no eye contact

N    Does subject show signs of mental illness or withdrawal?

Explain:

N    Does officer believe subject may be a suicide risk?

Explain:

N    Does subject lack family or friends in the community?

Explain:

LMDC 0114

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168    Book #: 2011038565    Book Dt/Tm: 11-16-2011 1653

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968   Age: 43   Race: W   Sex: M   SSN: 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

---

N    Has subject experienced a significant loss with in the last 6 months?

     Explain:

N    Is subject preoccupied with major problems other than legal situation?

     Explain:

N    Has a family member or significant other attempted or committed suicide?

     Explain:

Y    Have you understood all the questions that I have asked you?

     Explain:

Y    Have you provided us with all the information that you want us to be aware of while you are here?

     Explain:

Y    Does the screener feel that the arrestee is capable of understanding all questions asked?

     If No:

N    Does this arrestee have any institutional history alerts?

       Call Mental Health if alerts are related to mental health, suicide, MR, etc....

N    Does the screener feel that this arrrestee should be referred to a supervisor for review?

     Explain:

N    Is there any indication that the arrestee is reacting so negatively toward their charges that they may engage in self harming behavior?

     Call Mental Health

N.    History of psychiatric treatment?

     Where:

     When:

     Meds:

N    Did you answer yes to 6 or more questions?

---

LMDC 0115

## CORRECTIONAL MEDIAL SERVICES

### TUBERCULIN SKIN TEST FOR INMATES

#### INITIAL SKIN TEST & SKIN ASSESSMENT DOCUMENTATION FORM

| Known Reactor: | Symptomatic | Asymptomatic | CXR Ordered |
|---|---|---|---|

Date Given: 1 | 9 | 2011          Time Given: 0800

Site Given: (L)FA

Lot#: C3587AA

Nurse who Implanted: F. mattingly hos/Ben

Nurse who performed Skin Assessment:
**** Skin Assessment within normal limits unless additional documentation is provided.

Date Read: 1-11-11          Time Read: 0900

Size: _____ 11mm mm

Nurse: _____ Wilson Lpw

CXR ordered for 1-17-11

I have received a fact sheet and have had the opportunity to have my questions answered. I agree to TB testing by skin test. I understand the skin test must be read within 48-72 hors after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

X Charles Scott          1 | 9 | 2011
Inmate Signature          Date


F. mattingly hos/Ben          1 | 9 | 2011
Witness Signature          Date

| INMATE NAME: | CIN# | LOCATION: |
|---|---|---|
| Troutman, Charles | 296168 | 431 |

## MEDICAL HISTORY & SCREENING SIGNATURE FORM

| Inmate Name | CIN | DOB |
|---|---|---|
| Troutman, Charles | 296108 | 7/5/68 |

- I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

- I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

- I have been told that if I am taking medications or have been told that I have an off-site while incarcerated, upon release I should report to the front desk in the lobby and have the officer call Medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

- If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the officer to call Medical to have it read; or I can go to the Health Department or my primary care physician to have it read.

- I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

- I have been told that I will receive a History & Physical Exam within the next 14 days free of charge.

- I have been given the opportunity to ask questions.

- The name I use at my pharmacy is _____

| Inmate Signature: | Date: |
|---|---|
| X Charles Troutman | 1/5/11 |

If diabetic, Accucheck _____   If asthmatic, peak flow _____

| Screening Nurse Signature and Title: | Date: | Time: |
|---|---|---|
| T Perry RN | 1/5/11 | 1753 |

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168     Book #: 2011000570     Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Do you have a Medical Problem such as bleeding or injuries that requires immediate medical attention? | |
| | Explain: | |
| N | Do you have a serious medical condition that may require attention while you are here? | |
| | Explain: | |
| N | Have you had any past serious infectious disease? | |
| | List: | |

**Vital Signs**

| | | |
|---|---|---|
| Y | Blood Pressure: | |
| | Explain: 136/76 | |
| Y | Pulse: | |
| | Explain: 78 | |
| Y | Respiration: | |
| | Explain: 16 | |
| Y | Temperature: | |
| | Explain: 97.4 | |
| N | Do you have any Medical Problems that we should know about? | |

Current Medical Con.

Intoxicated?

Explain:

Lesions?

Explain:

Obvious Pain?

Explain:

Bruises?

Explain:

LMDC 0118

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168     Book #: 2011000570     Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race: W   Sex: M   SSN: 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

N     Fever?

Explain:

Nausea?

Explain:

Skin Infestation?

Explain:

Skin Rash?

Explain:

Jaundice?

Explain:

Needle Marks?

Explain:

Swollen Glands?

Explain:

Active Cough?

Explain:

Other?

Explain:

N     Are you allergic to any medications?

Explain:

N     Are you currently taking a prescription that may need continuation while you are here?

Med/Dose/Freq:

Pharmacy:

Doctor:

N     Do you require a special diet?

LMDC 0119

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 296168      Book #: 2011000570      Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race: W   Sex: M   SSN: 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

Religious?

Medical?

Explain:

| N | Have you fainted or had a head injury within the past 6 months? |

Explain:

| N | Have you been seen by a doctor in the last 6 months? |

Explain:

| N | Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid? |

Explain:

| N | Do you have a prosthesis, a splint, crutches, a cast, or a brace? |

Explain:

Facility: 2
160B MED

Page 3 of 3

Printed:   01-07-2011 1153
Printed By: MCOOPER, COOPER

LMDC 0120

# LOUIS◯LE METRO DEPT. OF COR◯CTIONS

## Current Medical

CIN: 296168    Book #: 2011000570    Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Are you covered by Medical Insurance? | |
| | Explain: | |
| N | Do you know the date of your last tetanus shot? | |
| | Explain: | |
| N | Have you had a TB skin test? | |
| | Was it positive? | |
| | When: | |
| | Where: | |
| **Do you have any of the following problems?** | | |
| N | Chronic cough/blood? | |
| | Explain: | |
| N | Recent weight loss? | |
| | Explain: | |
| N | Recent appetite loss? | |
| | Explain: | |
| N | Fever? | |
| | Explain: | |
| N | Night sweats? | |
| | Explain: | |
| N | Fatigue? | |
| | Explain: | |
| N | Have you ever been treated with TB drugs? | |
| | Explain: | |
| N | Do you use tobacco products? | |
| | Explain: | |

LMDC 0121

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Medical Detox

CIN: 296168      Book #: 2011000570      Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race: W   Sex: M   SSN: 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

N      Have you taken potentially dangerous levels of drugs or alcohol?

      Explain:

N      Do you drink alcohol?

      How Often:
      How Much:
      Last Time:

N      Do you use street drugs?

      What Type:
      How Often:
      Last Time:

N      Have you ever experienced DT's or other serious withdrawal from drugs or alcohol?

      Blackouts?

      Seizures?

      Tremors?

      Nausea?

      Vomiting?

      Other?

      Explain:

LMDC 0122

## LOUIS⬤LE METRO DEPT. OF CORR⬤CTIONS

### Current Medical

CIN: 296168        Book #: 2011000570        Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race: W   Sex: M   SSN: 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

---

Are you pregnant?

Explain:

Do you use birth control?

Explain:

Have you recently had a baby/miscarriage/abortion?

Explain:

Do you have any of the following:

N    Arthritis?

Explain:

N    Diabetes?

Explain:

N    Seizure disorder?

Explain:

N    Asthma?

Explain:

N    Other lung problems?

Explain:

N    Heart condition?

Explain:

N    Hypertension?

Explain:

N    Cancer?

Explain:

N    Sickle Cell Anemia?

Explain:

---

LMDC 0123

# LOUISV◯E METRO DEPT. OF CORR◯TIONS

## Current Medical

CIN: 296168       Book #: 2011000570       Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | STDs? | |
| | Explain: | |
| N | Vaginal or penile discharge? | |
| | Explain: | |
| N | Hepatitis? | |
| | Explain: | |
| N | HIV? | |
| | Explain: | |
| N | TB? | |
| | Explain: | |
| N | Persistent sore throat? | |
| | Explain: | |
| N | Dental problems? | |
| | Explain: | |
| N | Surgeries? | |
| | Explain: | |
| N | Chest pain? | |
| | Explain: | |
| Y | The inmate has been told that this facility charges a fee for services | |
| Y | The inmate has been told that they may be given a three day supply of medication at time of release. | |

**Disposition**

| | | |
|---|---|---|
| N | Emergency room (pre-booking injury) | |
| N | Emergency room (acute condition) | |
| N | Physician | |

LMDC 0124

# LOUISⵔLE METRO DEPT. OF CORⵔCTIONS

### Current Medical

CIN: 296168     Book #:  2011000570     Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42   Race:  W   Sex: M   SSN: 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

| | |
|---|---|
| N | Sick call |
| N | Mental Health |
| Y | Do you understand that you may request a health care provider at any time while you are here? |
| GEN | Placement in: |

   Explain:

LMDC 0125

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168    Book #: 2011000570    Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 42  Race: W  Sex: M  SSN: 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

---

N    Do you have a serious mental health condition that may need attention while you are here?

   Explain:

   Call Mental Health

---

N    Have you been hospitalized for emotional problems within the last year?

   Where:
   When:
   Meds:

   Call Mental Health

---

N    Are you currently being treated by an Out Patient Community Mental Health Center?

   Explain:
   Doctor/Agency:
   Pharmacy/Meds:

---

N    Have you recently taken or been prescribed medications for emotional problems?

   Explain:

---

N.   Have you ever had a closed head injury that resulted in permanent disability?

   Explain:

---

N    Do you have learning or other disability that will impact your ability to understand instructions while you are here?

   Explain:

---

N    Are you aware of any reason you should be separated from another inmate while you are here?

   Explain:

---

N    Have you required separation from another inmate while incarcerated in another facility?

   Explain:

---

N    Have you ever attempted suicide?

   Method:
   When:
   # Of Times:

---

LMDC 0126

# LOUIS🔵LE METRO DEPT. OF COR🔵CTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168      Book #: 2011000570      Book Dt/Tm: 01-05-2011 1639
Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR
DOB: 07-05-1968  Age: 42   Race: W   Sex: M   SSN: 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

|   | Call Mental Health |
|---|---|
| N | Are you currently thinking about suicide? |
|   | Explain: |
|   | Call Mental Health |
| N | Does subject have a plan or suicide instrument in possession? |
|   | Explain: |
| N | Does subject show signs of depression? |
|   | Explain: |
| N | Does subject express feelings of hopelessness? |
|   | Explain: |
| N | Does subject appear anxious, afraid, or angry? |
|   | Explain: |
| N | Does subject appear embarrassed or ashamed? |
|   | Explain: |
| N | Does subject talk or act in a strange manner? |
|   | Explain: |
| N | Is subject apparently under the influence of alcohol or drugs? |
|   | Explain: |
| N | Does subject show signs of mental illness or withdrawal? |
|   | Explain: |
| N | Does officer believe subject may be a suicide risk? |
|   | Explain: |
| N | Does subject lack family or friends in the community? |
|   | Explain: |

LMDC 0127

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN: 296168    Book #: 2011000570    Book Dt/Tm: 01-05-2011 1639

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968 Age: 42   Race: W.  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | Has subject experienced a significant loss with in the last 6 months? | |
| | Explain: | |
| N | Is subject preoccupied with major problems other than legal situation? | |
| | Explain: | |
| N | Has a family member or significant other attempted or committed suicide? | |
| | Explain: | |
| Y | Have you understood all the questions that I have asked you? | |
| | Explain: | |
| Y | Have you provided us with all the information that you want us to be aware of while you are here? | |
| | Explain: | |
| Y | Does the screener feel that the arrestee is capable of understanding all questions asked? | |
| | If No: | |
| N | Does this arrestee have any institutional history alerts? | |
| | Call Mental Health if alerts are related to mental health, suicide, MR, etc.... | |
| N | Does the screener feel that this arrrestee should be referred to a supervisor for review? | |
| | Explain: | |
| N | Is there any indication that the arrestee is reacting so negatively toward their charges that they may engage in self harming behavior? | |
| | Call Mental Health | |
| N | History of psychiatric treatment? | |
| | Where: | |
| | When: | |
| | Meds: | |
| N | Did you answer yes to 6 or more questions? | |

LMDC 0128

**Correctional Medical Services**

**PROBLEM LIST**

| | |
|---|---|
| | Name: TROUTMAN, CHARLES |
| Site Name: **LMDC** | ID # 296168 |
| | D.O.B. 7/5/1968 |

Medication Allergies   NKA

| Date Idenitified | | Date Resolved | Health Care Practitioner Signature |
|---|---|---|---|
| 11/25/2009 | OPIATE ABUSE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Test | Date | Results | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|---|---|
| PPD | | | | | | | | |
| TETNUS | | | | | | | | |
| Physical | | | | | | | | |

# CORRECTIONAL MEDICAL SERVICES

## INMATE EDUCATION RECORD

INMATE NAME:  TROUTMAN, CHARLES                    CIN #      296168

Education Codes:            V - Verbal
                           P - Printed Materials
                           D - Demonstrated
                           RD - Return Demonstration

| Topic | Date/Initial | Topic | Date/Initial |
|-------|--------------|-------|--------------|
| Arthritis | | Hygiene | |
| Asthma | | Hypertension | |
| Cardiac Disease | | Infectious Disease | |
| Community Resources | | Medications | |
| Constipation | | Muscular Problems | |
| COPD | | Nutrition | |
| Coping Skills | | Ortho Problems | |
| Dental Care | | Ostomy Care | |
| Diabetes | | Pregnancy | |
| Drug Abuse | V 11/25/09 BP | STD | |
| Elevated BP at Screen | | Thyroid Disease | |
| ETOH Abuse | | Wound Care | |
| Fungal Disease | | Other (Specify) | |
| Gyn Problems | | | |
| | | | |

B. Rykken, RN                          BP
_____                    _____
Signature                              Initial

_____                    _____
Signature                              Initial

_____                    _____
Signature                              Initial

_____                    _____
Signature                              Initial

CORRECTIONAL MEDICAL SERVICES, Inc.   PHYSICIANS' ORDERS

Name _Charles Troutman_   D.O.B. _7-5-68_

Location _J23B   3D2D_ ID# _296168_ Allergies _NKA_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | 12-8-09 |
| | Motrin 800mg PO BID PRN x 14 x days |
| | Augmentin 875mg PO BID x 7days |
| Date: | |
| Time: | FAX |
| M.D. Signature | Date/Time 12-8-09 |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | RECEIVED |
| Time: | DEC 10 2009 |
| M.D. Signature | By | Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| M.D. Signature | Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| M.D. Signature | Date/Time |

CMS 7193 Rev 03/04

LMDC 0131

### Correctional Medical Services
### Release of Responsibility

Trautman, Charles                    12-7-09
Name of Inmate                       Date/Time

        2 No.1 68                    7.5.68
CIN #                                DOB

I hereby refuse to accept the following examination/treatment:

H&P____   TB Test ____   MH Evaluation ____   Annual Dental Examination ____

I acknowledge I have been fully informed of and understand the above examinations/treatment and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect which may result from this action.

X Charles Trautman                   12-7-09
Inmate Signature                     Date

   L. Hudson RN
Witness

The aforementioned inmate has refused the examination/treatment and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

08/24/09

PCA CORRECTIONS

**MEDICATION ADMINISTRATION RECORD**

A. MED GIVEN - INITIAL    B    .R - REFUSED   C.A - ABSENT   D. CIRCLE - NO MED AVAILABLE   E. W - WRIT

| NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS |
|------|-----------|----------|------|-----------|----------|------|-----------|----------|------|-----------|----------|

Medications

Ibuprofen 200 mg po tid prn x 5 days
12-28 — 1-2

Tylenol 325mg- 2 tablets po tid prn
x 5 days
12-28 — 1-2

FROM Dec/Jan 09+10   PULSE RATE
                      BLOOD PRESSURE

HT 5-8   WT.   SEX

PHYSICIAN   NUSC

RESIDENT NAME  Troutman, Charles

RESIDENT NO.   X NKDA
ALLERGIES   296/68

HEALTH CARE FACILITY  LMDC   3-2B

RESIDENT ADMISSION NO.

REVIEWED BY SUPERVISING NURSE

PCI CENTER

## MEDICATION ADMINISTRATION RECORD

PCA CORRECTIONS

A. MED GIVEN - INITIAL   B   R - REFUSED   C. A - ABSENT   D. CIRCLE - NO MED AVAILABLE   S. W - WRIT

| NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS |
|------|-----------|----------|------|-----------|----------|------|-----------|----------|
| May | | AC | WM | | mg | Johnson | D | Morgan LPN | SM |

Medications:

**Tylenol 325mg ₮ PO**
BID prn x 5 days
12-2 — 12-7

**Motrin 800mg ₮ PO**
BID prn x 5 days
12-2 — 12-7

**Motrin 800mg ₮ PO**
BID X 14 DAYS P.R.N.
12-9-09 - 12-24-09 Smith

**Augmentin 875mg PO**
BID X 7 DAYS
12-9-09 - 12-17-09 Smith

FROM: Dec 09   PULSE RATE
BLOOD PRESSURE

HT.   WT.   SEX

RESIDENT NO. 296168   RESIDENT ADMISSION NO.

REVIEWED BY SUPERVISING NURSE
PCI CENTER

PHYSICIAN: NSG
ALLERGIES: NKDA

RESIDENT: Trautman, Charles
HEALTH CARE FACILITY: LMDC   3-2B

INJECTION SITES:
1. RIGHT DORSO GLUTEAL
2. LEFT BUTTOCKS GLUTEAL
3. R/ARM DELTOID RIGHT
4. L/ARM DELTOID LEFT
5. R/THIGH SQ/ANTERIOR
6. L/THIGH SQ/ANTERIOR

LMDC 0134

**MEDICATION ADMINISTRATION RECORD**

PCA CORRECTIONS

A. MED GIVEN - INITIAL   B   ..R - REFUSED   C.A - ABSENT   O.CIRCLE - NO MED AVAILABLE   E.W - WRT

| NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS | NAME | SIGNATURE | INITIALS |
|------|-----------|----------|------|-----------|----------|------|-----------|----------|

Tylenol 325 mg, ii PO
Bus pm X5 day — 1·2·10
12·28 — 14·2·22

Motrin 200 mg PO
X5 day
12·28 — 22 1·2·10

| FROM | Jan -09 | PULSE RATE | | | |
|------|---------|------------|--|--|--|
| SE | 7·5·68 | WT. | SEX | | |
| PHYSICIAN | NSC | | ALLERGIES | NKDA | |
| RESIDENT NAME | Trautman, Charles | HEALTH CARE FACILITY | Lmdc | 3·2·13 | |

BLOOD PRESSURE
RESIDENT NO.   RESIDENT ADMISSION NO.
REVIEWED BY SUPERVISING NURSE
PCI CENTER

INJECTION SITES
1. LEFT DORSO GLUTEUS
2. RT DORSO GLUTEUS
3. LEFT ARM
4. RT ARM
5. LEFT ANTERIOR THIGH
6. RT THIGH
7. RT THIGH

# CORRECTIONAL MEDICAL SERVICES
## Minor HEENT Problems

Nursing Protocol Documentation
Minor HEENT Complaints

| Inmate Name Trautman, Charles | Date 12-28-07 |

**Subjective:**

This 41 year old ☑ Male ☐ Female
Presents with a chief complaint of Pain
Date of onset: 12-20
Previous history? ☑Yes ☐No   If yes explain X 8 months
C/O headache? ☐Yes ☑No   If yes any change in frequency, duration or severity compared to previous headaches?
☐Yes ☐No   If yes explain _____
Previous treatment? ☐Yes ☑No   If yes explain _____
Result of an injury? ☐Yes ☑No   If yes explain _____

Associated complaints of :
Pain: ☑Yes ☐No   Burning: ☐Yes ☑No   Itching: ☐Yes ☐No   Blurred vision: ☐Yes ☑No
Vertigo / dizziness: ☐Yes ☑No   Other ☐Yes ☐No   Explain any Yes responses:

Swelling lower (R) jaw.

**Objective:**
Vital Signs BP 120 / 84   T 98.6   P 84   R 18

Eye ☑Not applicable to complaint
Vision change?   ☐Yes ☐No   If yes explain _____
Foreign body?   ☐Yes ☐No   If yes explain _____
Conjunctiva normal   ☐Yes ☐No   If yes explain _____
PERLA WNL   ☐Yes ☐No   If yes explain _____
Sclera normal   ☐Yes ☐No   If yes explain _____
Visual acuity:   Pre-treatment   RT _____ LT _____   Post-treatment  RT _____ LT _____

Ear ☑Not applicable to complaint
Both external ears normal   ☐Yes ☐No   Both ear canals normal   ☐Yes ☐No
Both tympanic membranes   Visualize ☐Yes ☐No   Erythema   ☐Yes ☐No   Bulging ☐Yes ☐No
Able to hear fingers rubbed together or watch ticking ☐Yes ☐No
Explain any abnormal

Nose ☑Not applicable to complaint
Active bleeding   ☐Yes ☐No   Signs of trauma   ☐Yes ☐No

Throat ☑Not applicable to complaint
Enlarged tonsils .  ☐Yes ☐No   Inflamed, red throat   ☐Yes ☐No   Exudate ☐Yes ☐No

Mouth ☑Not applicable to complaint
Swollen gums   ☑Yes ☐No   Broken tooth / teeth ☐Yes ☐No   Signs of trauma   ☐Yes ☐No
Condition of teeth ☐ poor ☑fair ☐ good

Cervical Lymph Nodes   ☐Not applicable to complaint
Enlarged   ☑Yes ☐No   Tender ☑Yes ☐No

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

## CORRECTIONAL MEDICAL SERVICES
### Minor HEENT Problems

**Assessment (Check applicable boxes)**

☒ Alteration in comfort   ☐ Potential for altered sensory perception

Related to
☐ Earache   ☐ Excess ear wax   ☐ Headache   ☒ Dental pain
☐ Nosebleed   ☐ Sore throat   ☐ Eye injury or problem

**Plan (Check applicable boxes)**

☐ Physician contacted for same for same day treatment and orders

☐ Referred to Physician/Mid-level due to:
   ☐ Mechanism of injury suggesting additional trauma   ☐ Condition not responding to protocol
   ☐ Impaired eye status   ☐ Impaired ear status   ☐ Signs of infection

☒ Referred to dentist due to
   ☒ Dental pain/problem

The following nursing interventions were completed (Check applicable boxes)
   ☐ Medication allergies and other contraindications to medications reviewed & pregnancy ruled out prior to treatment
   ☐ OTC ear wax softener instilled in _____ ear(s)
   ☐ OTC ear wax softener issued to inmate with instructions for use.
   ☐ Ear irrigation completed
   ☐ Inmate to return in _____ days for ear irrigation
   ☐ Eyes flushed with _____ X _____ minutes
   ☐ Foreign body removed
   ☐ Eye patch applied/ issued
   ☒ Acetaminophen 325mg _2_ tabs _2_ times/day for _5_ days   ☐ Issued ___ tabs for KOP
   ☒ Ibuprofen 200mg _2_ tab _2_ times/day for _5_ days   ☐ Issued ___ tabs for KOP
   ☒ Education: Patient education provided
   ☐ Activity restriction:   ☐Not indicated   ☐Yes x _____ days and security notified

Follow up:
   ☐Return to clinic in _____ days for ear irrigation
   ☐Sick call if signs and symptoms of infection develop or symptoms do not subside
   ☐Physician/Midlevel referral if indicated

Additional Comments   NKDA

| Signature / Title | Date | Time |
|---|---|---|
| Reith Coye | 12-28-09 | 0815 |

CMS 7835 NP-HEENT-Doc Form 05/2005

LMDC 0137

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

FOR MEDICAL USE ONLY
Date Received: _____ RECEIVED
Time Received: _____ DEC 28 2009

Print Name: Charles Troutman          Date of Request: 12-26-09

ID #: 296168     Date of Birth: 7-5-68   Housing Location: 3N-2B

Nature of problem or request: Tooth Pain + swelling

I consent to be treated by health staff for the condition described.

SIGNATURE          Charles Troutman

PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Triaged by: _____     Referred to: (Circle ONE)   NSC   Mid-level SC   Physician SC   MH   Dental
          Initials                              Other: _____
CMS #7141 Health Services Request Rev. 601. Reviewed 09/2008
Copyright 2008 by Correctional Medical Services, Inc. All Rights Reserved.

### Medical Co-Payments

Louisville Metro Department of Corrections will impose a medical co-payment fee for inmates.
The co-payment schedule for all inmates shall be as follows:

| | |
|---|---|
| Physician/Nurse Practitioner Visit | $6.00 |
| Dental Visit | $6.00 |
| Nurse (RN or LPN) visit | $4.00 |
| Lab Fees | $4.00 |
| Prescription Handling | $2.00 |
| Over-the-Counter Medication | $0.75 (indigent inmates only) |
| Follow-up Services | $ No Charge |

### How you can protect yourself from MRSA

Wash hands frequently and any time something wet is touched.
Use soap and water when washing hands and a clean towel or paper towel that can be thrown away.
Do not let another inmate borrow soap or a used towel.
Wash towels, linens and clothes often.
Hang wet towels and wash clothes out to dry each time they are used.
After working out, wipe down benches and equipment with a dry towel.
Shower frequently
Keep all areas as clean as possible.
See the nurse for any unusual wounds, boils or pimples that do not heal
If the doctor orders antibiotics, take all the prescribed medication.
Keep open wounds covered and change bandages frequently.

LMDC 0138

# CORRECTIONAL MEDICAL SERVICE
## Minor HEENT Problems

Nursing Protocol Documentation
Minor HEENT Complaints

| Inmate Name Trautman, Charles | Date 12-2-09 |
|---|---|

**Subjective:**

This 41 year old ☑Male ☐Female
Presents with a chief complaint of Dental pain
Date of onset: 11-23
Previous history? ☑Yes ☐No    If yes explain "Bad teeth"
C/O headache? ☐Yes ☑No    If yes any change in frequency, duration or severity compared to previous headaches?
☐Yes ☐No    If yes explain _____
Previous treatment? ☐Yes ☐No    If yes explain _____
Result of an injury? ☐Yes ☑No    If yes explain _____

Associated complaints of :
Pain: ☑Yes ☐No    Burning: ☐Yes ☑No    Itching: ☐Yes ☑No    Blurred vision: ☐Yes ☑No
Vertigo / dizziness: ☐Yes ☑No    Other ☑Yes ☐No    Explain any Yes responses:

pain = "lots", Swelling

**Objective:**
Vital Signs BP 120 /82    T 97.9    P 60    R ____

Eye ☑ Not applicable to complaint
Vision change?    ☐Yes ☐No    If yes explain _____
Foreign body?    ☐Yes ☐No    If yes explain _____
Conjunctiva normal    ☐Yes ☐No    If yes explain _____
PERLA WNL.    ☐Yes ☐No    If yes explain _____
Sclera normal    ☐Yes ☐No    If yes explain _____
Visual acuity:    Pre-treatment    RT____LT____    Post-treatment    RT____LT____

Ear ☑Not applicable to complaint
Both external ears normal    ☐Yes ☐No    Both ear canals normal    ☐Yes ☐No
Both tympanic membranes    Visualize ☐Yes ☐No    Erythema    ☐Yes ☐No    Bulging ☐Yes ☐No
Able to hear fingers rubbed together or watch ticking ☐Yes ☐No
Explain any abnormal

Nose ☑Not applicable to complaint
Active bleeding    ☐Yes ☐No    Signs of trauma    ☐Yes ☐No

Throat ☑Not applicable to complaint
Enlarged tonsils ☐Yes ☐No    Inflamed, red throat    ☐Yes ☐No    Exudate ☐Yes ☐No

Mouth ☐Not applicable to complaint
Swollen gums ☑Yes ☐No    Broken tooth / teeth ☐Yes ☑No    Signs of trauma ☐Yes ☑No
Condition of teeth ☑poor ☐fair ☐good

Cervical Lymph Nodes ☑Not applicable to complaint
Enlarged    ☐Yes ☐No    Tender ☐Yes ☐No

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

## CORRECTIONAL MEDICAL SERVICES
### Minor HEENT Problems

**Assessment (Check applicable boxes)**

☒ Alteration in comfort     ☐ Potential for altered sensory perception

Related to
☐ Earache        ☐ Excess ear wax        ☐ Headache        ☒ Dental pain
☐ Nosebleed      ☐ Sore throat           ☐ Eye injury or problem

**Plan (Check applicable boxes)**

☐ Physician contacted for same for same day treatment and orders

☐ Referred to Physician/Mid-level due to:
   ☐ Mechanism of injury suggesting additional trauma    ☐ Condition not responding to protocol
   ☐ Impaired eye status        ☐ Impaired ear status        ☐ Signs of infection

☒ Referred to dentist due to
   ☒ Dental pain/problem

The following nursing interventions were completed (Check applicable boxes)
   ☐ Medication allergies and other contraindications to medications reviewed & pregnancy ruled out prior to treatment
   ☐ OTC ear wax softener instilled in _____ ear(s)
   ☐ OTC ear wax softener issued to inmate with instructions for use
   ☐ Ear irrigation completed
   ☐ Inmate to return in _____ days for ear irrigation
   ☐ Eyes flushed with _____ X _____ minutes
   ☐ Foreign body removed
   ☐ Eye patch applied/ issued
   ☒ Acetaminophen 325mg _2_ tabs _2_ times/day for _5_ days     ☐ Issued ___ tabs for KOP
   ☒ Ibuprofen 200mg _1_ tab _2_ times/day for _5_ days     ☐ Issued ____ tabs for KOP
   ☒ Education: Patient education provided
   ☐ Activity restriction:     ☐Not Indicated     ☐Yes x _____ days and security notified

Follow up:
   ☐Return to clinic in _____ days for ear irrigation
   ☐Sick call if signs and symptoms of infection develop or symptoms do not subside
   ☐Physician/Midlevel referral if indicated

**Additional Comments**

| Signature / Title | Date | Time |
|---|---|---|
| _K. Clough RN_ | 12-2-09 | |

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc, All Rights Reserved

LMDC 0140

3.2B

**FOR MEDICAL USE ONLY**

Date Received: **RECEIVED**

Time Received: **NOV 3 0 2009**

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

296169

Print Name: Charles Troutman Jr   Date of Request: _____

B4#

ID #: 200904 2966   Date of Birth: 7-5-68   Housing Location: J 3 2 B

Nature of problem or request: Bad Tooth Swelling Pain

_____

_____

I consent to be treated by health staff for the condition described.   Charles Troutman Jr

SIGNATURE

PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Triaged by: _____   Referred to: (Circle ONE)   NSC   Mid-level SC   Physician SC   MH   Dental
Initials                                                Other: _____

CMS #7141 Health Services Request-Rev. 6/01, Reviewed 09/2008
Copyright©2008 by Correctional Medical Services, Inc., All Rights Reserved.

### Medical Co-Payments

Louisville Metro Department of Corrections will impose a medical co-payment fee for inmates.
*The co-payment schedule for all inmates shall be as follows:*

| | |
|---|---|
| Physician/Nurse Practitioner Visit | $6.00 |
| Dental Visit | $6.00 |
| Nurse (RN or LPN) visit | $4.00 |
| Lab Fees | $4.00 |
| Prescription Handling | $2.00 |
| Over-the-Counter Medication | $0.75 (indigent inmates only) |
| Follow-up Services | $ No Charge |

### How you can protect yourself from MRSA

Wash hands frequently and any time something wet is touched.
Use soap and water when washing hands and a clean towel or paper towel that can be thrown away.
Do not let another inmate borrow soap or a used towel.
Wash towels, linens and clothes often.
Hang wet towels and wash clothes out to dry each time they are used.
After working out, wipe down benches and equipment with a dry towel.
Shower frequently.
Keep all areas as clean as possible.
See the nurse for any unusual wounds, boils or pimples that do not heal.
If the doctor orders antibiotics, take all the prescribed medication.
Keep open wounds covered and change bandages frequently.

LMDC 0141

## DENTAL HISTORY

NAME: Charles Troutman   CIN# 296168

LOCATION: J23B   D.O.B. 7/5/68

Physician's Name: _____   Date of Last Visit: _____

Place a mark on "Yes" or "No" to indicate if you have had any of the following:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIDS | Yes No | Epilepsy | Yes No | Psychiatric Care | | Yes No |
| Anemia | Yes No | Fainting or dizziness | Yes No | Radiation Treatment | | Yes No |
| Arthritis, Rheumatism | Yes No | Glaucoma | Yes No | Respiratory Disease | | Yes No |
| Artificial Heart Valves | Yes No | Headaches | Yes No | Rheumatic Fever | | Yes No |
| Artificial Joints | Yes No | Heart Murmur | Yes No | Scarlet Fever | | Yes No |
| Asthma | Yes No | Heart Problems | Yes No | Shortness of Breath | | Yes No |
| Back Problems | Yes No | Hepatitis | Yes No | Sinus Trouble | | Yes No |
| Bleeding abnormally, with | | Type: | | Skin Rash | | Yes No |
| extractions or surgery | Yes No | Herpes | Yes No | Special Diet | | Yes No |
| Blood Disease | Yes No | High Blood Pressure | Yes No | Stroke | | Yes No |
| Cancer | Yes No | HIV Positive | Yes No | Swelling of Feet or | | |
| Chemical Dependency | Yes No | Jaundice | Yes No | Ankles | | Yes No |
| Chemotherapy | Yes No | Jaw Pain | Yes No | Swollen Neck Glands | | Yes No |
| Circulatory Problems | Yes No | Kidney Disease | Yes No | Thyroid Problems | | Yes No |
| Congenital Heart Lesions | Yes No | Liver Disease | Yes No | Tonsillitis | | Yes No |
| Cortisone Treatments | Yes No | Low Blood Pressure | Yes No | Tuberculosis | | Yes No |
| Cough, persistent or | | Mitral Valve Prolapse | Yes No | Tumor or growth on | | |
| bloody | Yes No | Nervous Problems | Yes No | head or neck | | Yes No |
| Diabetes | Yes No | Pacemaker | Yes No | Ulcer | | Yes No |
| Emphysema | Yes No | Women: | | Venereal Disease | | Yes No |
| Do you wear | | Are you pregnant? | Yes No | Weight Loss, | | |
| contact lenses? | Yes No | Due Date: | | unexplained | | Yes No |
| | | Are you nursing? | Yes No | | | |

### MEDICATIONS
List any medications you are currently taking:

_____
_____
_____

Pharmacy Name: _____
Phone: _____

### ALLERGIES

| | |
|---|---|
| Aspirin | Local Anesthetic |
| Barbiturates (Sleeping pills) | Penicillin |
| Codeine | Sulfa |
| Iodine | Other |
| Latex | |

### DENTAL HISTORY

Reason for today's visit: Pain & Swelling

Former Dentist: _____

City/State: _____

Date of last dental visit: 1993

Date of last dental x-rays: _____

Place a mark on "Yes" or "No" to indicate if you have had any of the following:

| | | |
|---|---|---|
| Bad Breath | Yes No | |
| Bleeding gums | Yes No | |
| Blisters on lips or mouth | Yes No | |

| | | |
|---|---|---|
| Burning Sensation on tongue | Yes No | |
| Chew on one side of mouth | Yes No | |
| Cigarette, pipe, or cigar smoking | Yes No | |
| Clicking or popping jaw | Yes No | |
| Dry mouth | Yes No | |
| Fingernail biting | Yes No | |
| Food collection between the teeth | Yes No | |
| Foreign objects | Yes No | |
| Grinding teeth | Yes No | |
| Gums swollen or tender | Yes No | |
| Jaw Pain or tiredness | Yes No | |
| Lip or cheek biting | Yes No | |

| | | |
|---|---|---|
| Loose teeth or broken fillings | Yes No | |
| Mouth breathing | Yes No | |
| Mouth pain, brushing | Yes No | |
| Orthodontic treatment | Yes No | |
| Pain around ear | Yes No | |
| Periodontal treatment | Yes No | |
| Sensitivity to cold | Yes No | |
| Sensitivity to heat | Yes No | |
| Sensitivity to sweets | Yes No | |
| Sensitivity when biting | Yes No | |
| Sores or growths in your mouth | Yes No | |

How often do you floss? never

How often do you brush? almost never intill now

SIGNATURE: Charles Troutman   DATE 12-8-09

LMDC 0142

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Charles Troutman_    ID#: _296168_    Institution: _____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 12/8/89 | | Toothache pain LL | |
| | | PA-18 | |
| | | 18, 19, 20 | |
| | | severe decay — non dental?? | |
| | | draining fistula | |
| | | Dr. Help periodontosis here e abscess | |
| | | 3x1.8ml sept/Lp | |
| | | Simple Ext #18, 19, 20 | |
| | | Post Gm | |
| | | B?? Motrin charge d/c | |
| | | | |

CMS 7113 –Inter Disciplinary Progress Notes -- Rev 08/2008
Copyright©2008 by Correctional Medical Services, Inc., All Rights Reserved

LMDC 0143

## Correctional Medical Services
### Inter Disciplinary Progress Notes

Patient
Name:_____   ID#:_____   Institution:_____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

CMS 7113 – Inter Disciplinary Progress Notes – Rev 08/2008
Copyright©2008 by Correctional Medical Services, Inc., All Rights Reserved

LMDC 0144

## Dental Treatment Plan and Treatment Record

Inmate Name _Charles Troutman_   ID#: _29668_

Overall Diagnosis: _Pulovecsior_

Caries: Tooth Number and Surfaces: _5, 6, 7, 8, 9 10 11, 14, 15, 16_
_17-20, 30, 31_

Faulty Restorations: Tooth Number and Surfaces: _____

Missing Teeth: _1, 3, 23, 24_

Non-restorable Teeth: _7, 16, 18-20, 30_

Periodontal Diagnosis: _✓_ Gingivitis   _✓_ Chronic Periodontitis

_____ Aggressive Periodontitis   _____ Other

Other Diagnosis: _____

| Problem Number | Problem | Treatment | Date Completed | Dentist |
|---|---|---|---|---|
| 1 | J.v | Exam, Ext | 12/8/05 | L. Burn |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dentist Signature _____   Date of Treatment Plan _12/8/05_

Date of Recall: _____

CMS 7701 (05/04)

LMDC 0145

# DENTAL INMATE REGISTRATION AND HISTORY CARD

|  | NO | YES |
|---|---|---|
| 1. Have you ever had severe bleeding or other complication following extraction of teeth? | | |
| 2. Has a physician ever said you had heart trouble? | | |
| 3. Are you allergic or sensitive to any drugs or penicillin? | | |
| 4. Have you ever had high or low blood pressure? | | |
| 5. Have you ever had fainting spells? | | |
| 6. Have you ever had diabetes or sugar in your urine? | | |
| 7. Have you ever had rheumatic fever? | | |
| 8. Have you ever had "Yellow Jaundice" or Hepatitis? | | |
| 9. Have you been under care of a physician recently? | | |
| 10. Do you take any medicine daily? | | |
| 11. Do your gums bleed when you brush your teeth? | | |
| 12. Do you have Tuberculosis (T.B.)? | | |
| Have you ever had Tuberculosis (T.B.)? | | |
| 13. Are you HIV or AIDS positive? | | |
| 14. Are you a member of a high risk group: | | |
| (A) Present or past user of I.V. drugs | | |
| (B) Hemophiliac | | |
| (C) Recieved Blood Transfusions | | |

UPPER

RIGHT _____ LINGUAL _____ LEFT

LOWER

| DATE | | | | DESCRIPTION OF WORK | | |
|---|---|---|---|---|---|---|
| MO. | DAY | YR. | | | | |
| | | | SCRN | LDV= | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7702 Rev 04/04

Name _____
MDOC NO. _____
UNIT NO. _____
DOB _____
DENTAL CLASSIFICATION _____
AGE _____
RACE _____
SEX _____

LMDC 0146

**INFORMED CONSENT**
*DENTAL*

*Charles Troutman*
INMATE NAME

*7-5/68*
DATE OF BIRTH

*296168*
CIN#

*12-8-09*
DATE OF PROCEDURE

I hereby authorize Dr. Labordeaux, Dr. Brown, Dr. Vance or their associate(s) and qualified Correctional Medical Services employees and its agents to perform the following procedure(s):

Extraction(s) # *#7 8*

I understand the above procedure(s) is/are necessary in order to treat my condition. I have received and fully understand the explanation provided of the planned procedure(s) as well as alternative treatment(s) options that could save my tooth/teeth. I also understand there are certain risks associated with the above treatment. These risk include but are not limited to:

- ✓ Possible increased bleeding and infection at the surgical site
- ✓ Possible dry socket
- ✓ Lower jaw fracture and/or nerve damage
- ✓ Injury to adjacent teeth and/or fillings
- ✓ Root tip remnants
- ✓ Swelling
- ✓ Sinus exposure (limited to upper teeth being removed)

I have received the post-surgery instructions and I fully understand these post-surgery instructions.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made as to the result of this/these procedure(s).

I sign this willingly and voluntarily in full understanding of the above, and I release Prison Health Services, its employees and agents from any and all liability, which may arise from this action.

*Charles Troutman*
INMATE SIGNATURE

*Cj Wellams*
WITNESS

*12-08-09*
DATE

## MENTAL HEALTH UNIT ADMISSION

**DATE** 6/28/9   **NAME** Montmin Chad

**SEX/RACE** M/B   **CIN** 296169   **DOB** 7/5/76   **LOCATION** 2D12

○ New Arrest ☐ Inter-facility Transfer ☐ Hospital Return ☐ HIP Return ☐ Other

Previous Housing Location: _____   Classification: _____

**Reason for Admission:** ☐ OBS ☑ Detox Monitor ☐ Further Evaluation ☐ Other

- ☐ Meds transferred from another cart _____
- ☐ Release of Info Obtained and faxed _____
- ☐ Outside Mental Health Provider _____

☐ Doctor _____   ☐ Therapist/Case Worker

Last Visit/Comments: _____

| **Current Mental Status:** ☐ Alert, Oriented x ____ ☐ Disoriented | | | |
|---|---|---|---|
| **Affect** | **Mood** | **Appearance** | **Thought Process** |
| ☐ Approp | ☐ Approp | ☐ Neat/Clean | ☐ Clear ☐ Hall (A,V,O,T) |
| ☐ Flat | ☐ Depressed | ☐ Dirty | ☐ Paranoid ☐ Loose Assoc |
| ☐ Inappro | ☐ Elated | ☐ Disheveled | ☐ Delusional ☐ Other |
| ☐ Other | ☐ Other | ☐ Other | ☐ Poor Concentration |
| **Insight** | **Speech** | **Activity** | **Memory** | **Ideation** |
| ☐ Poor | ☐ Approp | ☐ Approp | ☐ Recent Imp | ☐ Approp |
| ☐ Fair | ☐ Pressured | ☐ Restless/Fidgety | ☐ Long Term Imp | ☐ Suic. |
| ○ Good | ☐ Slowed | ☐ Slow | ☐ Recent Int | ☐ Homic |
| | ☐ Other | ☐ No Contact | ☑ Long Term Int | |

**Vitals:**

B/P 138/72   Pulse 64   Respirations 15   Temperature 97

☐ Vitals Taken During Medical Screening   ☐ Unable to obtain Vitals at this time

Explain: _____

☐ Inmate has visible Injury:   ∅
Explain: _____

☐ Inmate complains of pain, bleeding, injury, other   d
Explain: _____

☐ Inmate reports current and/or hx of Medical Condition:   Denies

☐ Intervention Note Completed   ☐ Record pulled and/or new record initiated
☐ Transfer/Discharge Papers Obtained   ☐ OBS Sheets Initiated
☑ Inmate logged into Admits Log   ☐ Detox Flowsheet Initiated
☐ Referral made to MH Professional
☐ Orders Obtained

☐ Explain: _____

_____   11/28/09 9/12
**Mental Health Worker**   **Date/Time**

LMDC 0148

**Correctional Medical Services**
**WITHDRAWAL FLOWSHEET**

2DR

Inmate Name: Troutman Charles   ID# 9916 0603

Withdrawal Observation Started: Date: 11·25·09   Time: 1714

- Note date and time observation was discontinued by entering a notation across the appropriate row.
- Contact physician if severity rating increases or patient condition warrants (such as continued vomiting, etc)

| Date | Time | Pupils L/R | BP | Pulse | Resp. | Temp. | Severity | Oriented | Taking Fluids? | Voiding? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/09 | 1714 | Y N | 120/84 | 64 | 17 | 97.4 | 0 | Y N | Y N | Y N | M. Mahoney RN |
| 11/25/09 | 0841 | Y N | 146/82 | 74 | 17 | 97.0 | 0 | Y N | | Y N | M. Mahoney |
| 11/26/09 | 05/15 | Y N | 124/74 | 78 | 16 | 97.6 | 0 | Y N | Y N | Y N | Shah |
| 11/26/09 | 1605 | Y N | 130/83 | 82 | 16 | 97.8 | 0 | Y N | | Y N | Whalzer RN |
| 11/27/09 | 0036 | Y N | 140/96 | 63 | 16 | 97.0 | 0 | Y N | Y N | Y N | Reese RN |
| 11/27/09 | 0830 | Y N | 110/76 | 80 | 16 | 97.0 | 0 | Y N | Y N | Y N | Fletcher LR |
| 11/27/09 | 1545 | Y N | 102/74 | 74 | 16 | 97.4 | 0 | Y N | Y N | Y N | Whalzer |
| 11/28/09 | 0112 | Y N | 108/72 | 64 | 16 | 98.4 | 0 | Y N | Y N | Y N | Stern |
| 11/28/09 | 0840 | Y N | 106/62 | 64 | 15 | 96.8 | 0 | Y N | Y N | Y N | S. M. Katheiser RN |
| 11/28/09 | 1540 | Y N | 110/68 | 66 | 16 | 98.0 | | Y N | Y N | Y N | Shah |
| 11/29/09 | 0105 | Y N | 136/87 | 88 | 16 | 98.4 | 0 | Y N | Y N | Y N | Reese RN |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |
| | | Y N | | | | | | Y N | Y N | Y N | |

4140 detox from 1 class of substance score 0 x 3½ day Reese RN

Severity Rating:   Asymptomatic: 0   Mild: 1   Moderate: 2   Moderately Severe/Severe: 3

7712 Rev 03/04

pulse irr   ^4/11

LMDC 0149

LMDC 0150

## WITHDRAWAL INITIAL SCREENING & TREATMENT PLAN

Inmate Name: Trontman, Charles      ID# 296108

### Subjective:

Last ETOH drink: ___ hours ago    Amount: _____ Type: _____
Last Opiate use: 24 hours ago    Amount: unknown Type: Lortab, Vicodin, Percocet
Other drug use: ___ hours ago    Amount: _____ Type: _____

History of withdrawal:

| | | | | | |
|---|---|---|---|---|---|
| Blackouts: | ☐ Yes | ☑ No | Nausea: | ☑ Yes | ☐ No |
| Hallucinations: | ☐ Yes | ☑ No | Vomiting: | ☑ Yes | ☐ No |
| Tremors: | ☐ Yes | ☑ No | Sweating: | ☑ Yes | ☐ No |
| Seizures: | ☐ Yes | ☑ No | | | |
| Other: | ☑ Yes | ☐ No | Describe: diarrhea, headaches, cramps |

Complaints of pain/injury:   ☐ Yes  ☑ No    Describe: _____

### Objective:

T 97.4°  P 64  R 17  BP 138/02    PERL: ☑ Yes   ☐ No

Circle appropriate answer:

(Alert & responsive)      Lethargic but responsive      Responsive to painful stimuli      Comatose

Oriented to time, person & place: ☑ Yes  ☐ No
Signs of head injury or other trauma: ☐ Yes  ☑ No  Describe: _____

Finger Stick Blood Sugar: _____    Initial Severity score: __0__ (see back of form)

### Assessment:

| Absent/Mild withdrawal symptoms (0 or 1) | Moderate withdrawal symptoms (2) |
|---|---|
| Notify physician if severity rating increases | Notify physician if severity rating increases |
| **Plan:** | **Plan:** |
| ☐ Physician _____ notified Time: _____ | ☐ Physician _____ notified Time: _____ |
| ☐ Orders received | ☐ Notify physician if severity rating increases |
| ☐ Flowsheet q. 12 hrs. X ___ days | ☐ Orders received |
| ☐ Multivitamin: one daily | ☐ Flowsheet q. ___ hrs.x ___ days |
| ☐ Antacid P.O: pc & hs prn | ☐ Thiamine 100mg. daily x. 10 days. IM or PO |
| ☑ Encourage fluids | ☐ Librium ___ mg. q. ___ hrs.PO or IM x ___ days |
| ☑ Bottom bunk | ☐ Ativan ___ mg. q. ___ hrs PO or IM. X ___ days |
| ☐ Referral to MH | ☐ Tigan 250mg. PO or 200mg. Rectal SUPP. q. 6 hrs. prn |
| ☐ Schedule for next physician sick call | ☐ Encourage fluids, monitor intake & voiding |
| ☑ Notify Security Potential Withdrawal | ☐ Bottom bunk |
| | ☐ Assign to special housing: _____ |
| | ☐ Referral to MH |
| | ☐ Schedule for next physician sick call |
| | ☐ Notify Security Potential Withdrawal |

Refer to withdrawal flowsheets for subsequent monitoring.    Time: _____
Physician Name: _____

Nurse signature: Robinson RN       Date: 11/30/09  Time: 1714
Physician signature: _____       Date: 11-30-9  Time: ____

Sample of CMS 7711 Revision 08/2007
CMS # 7811- Jail Generic Policy & Procedures Manual - Section G-06 IW Revision 2007
Copyright © 2007 by Correctional Medical Services, Inc., All Rights Reserved

## RELEASE OF RESPONSIBILITY

Trautman, Charles                    12/13/09 am

Name of Inmate                                Date/Time

296(68

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Am mees

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_____                    _____
Inmate Signature                              Date/Time

_____
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

OFC AMichl  #726

Witness

12/13/09

_____
Date/Time

7120 Rev 09/01/2004

LMDC 0151

## MEDICAL HISTORY & SCREENING SIGNATURE FORM

| Inmate Name | CIN | DOB |
|---|---|---|
| Trontman, Charles | 296160 | 7/5/08 |

- I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by the facility healthcare professionals. I understand that any medications not picked up within 3 days of release will be destroyed.

- I have received instruction on dental/oral hygiene and was given the opportunity to ask questions.

- I have been told that if I am taking medications or have been told that I have an off-site while incarcerated; upon release I should report to the front desk in the lobby and have the officer call Medical. I can receive a 3 day supply of medicine and will be told my off-site appointment date and time.

- If I receive a TB skin test but am released prior to it being read, I understand that I can report to the front desk in the lobby and ask the officer to call Medical to have it read; or I can go to the Health Department or my primary care physician to have it read.

- I have been told that I have the right to refuse care. My refusal of care at any given time does not jeopardize future medical care.

- I have been given the opportunity to ask questions.

- The name I use at my pharmacy is _____

| Inmate Signature: | Date: |
|---|---|
| X  *Charles Trontman* | 11-25-09 |

If diabetic, Accucheck_____ If asthmatic, peak flow_____

| Screening Nurse Signature and Title: | Date: | Time: |
|---|---|---|
| D. Peyton, RN | 11/25/09 | 1714 |

LMDC 0152

<u>SWINE INFLUENZA INFECTION (H1N1) SCREENING TOOL</u>

Instructions: Every new inmate is to be medically screened for Swine Influenza  The following symptoms/ questions are to be asked:

<u>Name:</u>  Trentman Charler  CIN 2961168

| <u>Symptom</u> | Yes | No | |
|---|---|---|---|
| 1. Fever over 100 F | | Ø | Temp: |
| 2. Cough | | | |
| 3. Sore Throat | | | |
| 4. Runny or congested nose | | | |
| 5. Generalized Aches/Pain | | | |

Have you traveled outside of the country or to any of the US states which border Mexico (California, Arizona, Texas, New Mexico)?  Ø

Where did you travel? _____  Ø

Have you had known contact with any individuals who had flu-like symptoms in the past 7 days or who were diagnosed with the flu by a medical professional?  Ø

Nurse Screening Signature: B. Peyton, RN

Date Completed: 11/25/09          Time: _____

\*\*\*Staff should notify the medical provider on call for anyone who answers yes to any of the questions above.  Immediately place a mask on the patient and move the patient to an area away from other individuals (not a single cell) until the entire intake screening is completed.  After speaking with a provider, classifications should be contacted immediately if isolation is recommended.

4/30/2009

LMDC 0153

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN: 000296168  Book #: 2009042966    Book Dt/Tm: 11-25-2009 1406

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41   Race: W   Sex: M  SSN: 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

| | |
|---|---|
| N | Do you have a Medical Problem such as bleeding or injuries that requires immediate medical attention? |
| | Explain: |
| N | Do you have a serious medical condition that may require attention while you are here? |
| | Explain: |
| N | Have you had any past serious infectious disease? |
| | List: |

**Vital Signs**

| | |
|---|---|
| Y | Blood Pressure: |
| | Explain: 138/82 |
| Y | Pulse: |
| | Explain: 84 |
| Y | Respiration: |
| | Explain: 17 |
| Y | Temperature: |
| | Explain: 97.4 |
| N | Do you have any Medical Problems that we should know about? |

Current Medical Con.

Intoxicated?

Explain:

Lesions?

Explain:

Obvious Pain?

Explain:

Bruises?

Explain:

LMDC 0154

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

CIN:   000296168   Book #: 2009042966      Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W   Sex: M  SSN: 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

N      Fever?

    Explain:
Nausea?

    Explain:
Skin Infestation?

    Explain:
Skin Rash?

    Explain:
Jaundice?

    Explain:
Needle Marks?

    Explain:
Swollen Glands?

    Explain:
Active Cough?

    Explain:
Other?

    Explain:

N      Are you allergic to any medications?

    Explain:

N      Are you currently taking a prescription that may need continuation while you are here?

    Med/Dose/Freq:
    Pharmacy:
    Doctor:

N      Do you require a special diet?

LMDC 0155

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Initial Medical

**CIN:** 000296168  **Book #:** 2009042966    **Book Dt/Tm:** 11-25-2009 1406

**Name(L,F,M,S):** TROUTMAN, CHARLES, RALPH JR

**DOB:** 07-05-1968  **Age:** 41  **Race:** W   **Sex:** M  **SSN:** 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

Religious?

Medical?

Explain:

N    Have you fainted or had a head injury within the past 6 months?

Explain:

N    Have you been seen by a doctor in the last 6 months?

Explain:

N    Do you wear dentures, a partial plate, glasses, contact lenses, or a hearing aid?

Explain:

N    Do you have a prosthesis, a splint, crutches, a cast, or a brace?

Explain:

LMDC 0156

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Medical Detox

CIN:  000296168  **Book #:** 2009042966    **Book Dt/Tm:** 11-25-2009 1406

**Name(L,F,M,S):** TROUTMAN, CHARLES, RALPH JR

**DOB:** 07-05-1968  **Age:** 41  **Race:** W  **Sex:** M  **SSN:** 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

---

N    Have you taken potentially dangerous levels of drugs or alcohol?

   Explain:

---

N    Do you drink alcohol?

   How Often:
   How Much:
   Last Time:

---

Y    Do you use street drugs?

   **What Type:** LORTAB, VICODIN, PERCOCET
   How Often: EVERYDAY
   Last Time: 11/24/09

---

Y    Have you ever experienced DT's or other serious withdrawal from drugs or alcohol?

   N    Blackouts?

   N    Seizures?

   N    Tremors?

   Y    Nausea?

   Y    Vomiting?

   Y    Other?

      Explain: DIARRHEA, HEADACHES, LEG CRAMPS

---

LMDC 0157

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN:  000296168  Book #: 2009042966     Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S):  TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | Are you covered by Medical Insurance? |
| | Explain: |
| N | Do you know the date of your last tetanus shot? |
| | Explain: |
| Y | Have you had a TB skin test? |
| N | Was it positive? |
| | When: 2009 |
| | Where: LMDC |

Do you have any of the following problems?

| | |
|---|---|
| N | Chronic cough/blood? |
| | Explain: |
| N | Recent weight loss? |
| | Explain: |
| N | Recent appetite loss? |
| | Explain: |
| N | Fever? |
| | Explain: |
| N | Night sweats? |
| | Explain: |
| N | Fatigue? |
| | Explain: |
| N | Have you ever been treated with TB drugs? |
| | Explain: |
| Y | Do you use tobacco products? |
| | Explain: 1 PPD |

LMDC 0158

# LOUISVILLE METRO DEPT. OF CORRECTIONS

### Current Medical

CIN:  000296168  Book #: 2009042966      Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S):  TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race:  W  Sex:  M  SSN: 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

| | | |
|---|---|---|
| | Are you pregnant? | |
| | Explain: | |
| | Do you use birth control? | |
| | Explain: | |
| | Have you recently had a baby/miscarriage/abortion? | |
| | Explain: | |
| Do you have any of the following: | | |
| N | Arthritis? | |
| | Explain: | |
| N | Diabetes? | |
| | Explain: | |
| N | Seizure disorder? | |
| | Explain: | |
| N | Asthma? | |
| | Explain: | |
| N | Other lung problems? | |
| | Explain: | |
| N | Heart condition? | |
| | Explain: | |
| N | Hypertension? | |
| | Explain: | |
| N | Cancer? | |
| | Explain: | |
| N | Sickle Cell Anemia? | |
| | Explain: | |

LMDC 0159

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN:  000296168  Book #:  2009042966     Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S):  TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W  Sex: M  SSN: 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

| | | |
|---|---|---|
| N | STDs? | |
| | Explain: | |
| N | Vaginal or penile discharge? | |
| | Explain: | |
| N | Hepatitis? | |
| | Explain: | |
| N | HIV? | |
| | Explain: | |
| N | TB? | |
| | Explain: | |
| N | Persistent sore throat? | |
| | Explain: | |
| N | Dental problems? | |
| | Explain: | |
| N | Surgeries? | |
| | Explain: | |
| N | Chest pain? | |
| | Explain: | |
| Y | The inmate has been told that this facility charges a fee for services | |
| Y | The inmate has been told that they may be given a three day supply of medication at time of release. | |
| **Disposition** | | |
| N | Emergency room (pre-booking injury) | |
| N | Emergency room (acute condition) | |
| N | Physician | |

LMDC 0160

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## Current Medical

CIN:   000296168   Book #: 2009042966      Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41   Race: W   Sex: M   SSN: 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

| | |
|---|---|
| N | Sick call |
| N | Mental Health |
| N | Chronic Care |
| N | ROI Signed and Faxed |
| Y | Do you understand that you may request a health care provider at any time while you are here? |
| DTX | Placement in: |

Explain: TO BE HOUSED IN DETOX

LMDC 0161

# LOUISVILLE METRO DEPT. OF CORRECTIONS

## PSYCHIATRIC QUESTIONS

CIN:  000296168  Book #:  2009042966      Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W  Sex: M  SSN: 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

---

N    Do you have a serious mental health condition that may need attention while you are here?

      Explain:

    Call Mental Health

---

N    Have you been hospitalized for emotional problems within the last year?

      Where:

      When:

      Meds:

    Call Mental Health

---

N    Are you currently being treated by an Out Patient Community Mental Health Center?

      Explain:

    Doctor/Agency:

    Pharmacy/Meds:

---

N    Have you recently taken or been prescribed medications for emotional problems?

      Explain:

---

N    Have you ever had a closed head injury that resulted in permanent disability?

      Explain:

---

N    Do you have learning or other disability that will impact your ability to understand instructions while you are here?

      Explain:

---

N    Are you aware of any reason you should be separated from another inmate while you are here?

      Explain:

---

N    Have you required separation from another inmate while incarcerated in another facility?

      Explain:

---

N    Have you ever attempted suicide?

      Method:

      When:

      # Of Times:

---

LMDC 0162

## LOUISVILLE METRO DEPT. OF CORRECTIONS

### PSYCHIATRIC QUESTIONS

CIN:  000296168  Book #:  2009042966    Book Dt/Tm:  11-25-2009 1406

Name(L,F,M,S):  TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W  Sex: M  SSN: 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

|   | | |
|---|---|---|
| | Call Mental Health | |
| N | Are you currently thinking about suicide? | |
| | Explain: | |
| | Call Mental Health | |
| N | Does subject have a plan or suicide instrument in possession? | |
| | Explain: | |
| N | Does subject show signs of depression? | |
| | Explain: | |
| N | Does subject express feelings of hopelessness? | |
| | Explain: | |
| N | Does subject appear anxious, afraid, or angry? | |
| | Explain: | |
| N | Does subject appear embarrassed or ashamed? | |
| | Explain: | |
| N | Does subject talk or act in a strange manner? | |
| | Explain: | |
| N | Is subject apparently under the influence of alcohol or drugs? | |
| | Explain: | |
| N | Does subject show signs of mental illness or withdrawal? | |
| | Explain: | |
| N | Does officer believe subject may be a suicide risk? | |
| | Explain: | |
| N | Does subject lack family or friends in the community? | |
| | Explain: | |

LMDC 0163

# LOUISV␣␣E METRO DEPT. OF CORP␣␣TIONS

## PSYCHIATRIC QUESTIONS

CIN:  000296168  Book #: 2009042966      Book Dt/Tm: 11-25-2009 1406

Name(L,F,M,S): TROUTMAN, CHARLES, RALPH JR

DOB: 07-05-1968  Age: 41  Race: W  Sex: M  SSN: 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

| | |
|---|---|
| N | Has subject experienced a significant loss with in the last 6 months? |
| | Explain: |
| N | Is subject preoccupied with major problems other than legal situation? |
| | Explain: |
| N | Has a family member or significant other attempted or committed suicide? |
| | Explain: |
| Y | Have you understood all the questions that I have asked you? |
| | Explain: |
| Y | Have you provided us with all the information that you want us to be aware of while you are here? |
| | Explain: |
| Y | Does the screener feel that the arrestee is capable of understanding all questions asked? |
| | If No: |
| N | Does this arrestee have any institutional history alerts? |
| | Call Mental Health if alerts are related to mental health, suicide, MR, etc.... |
| N | Does the screener feel that this arrrestee should be referred to a supervisor for review? |
| | Explain: |
| N | Is there any indication that the arrestee is reacting so negatively toward their charges that they may engage in self harming behavior? |
| | Call Mental Health |
| N | History of psychiatric treatment? |
| | Where: |
| | When: |
| | Meds: |
| N | Did you answer yes to 6 or more questions? |

LMDC 0164

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:** 502-574-2145

SUBMITTED BY: DENNING, HEATHER

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 8646320

*KYLM - LOUISVILLE METRO JAIL, COMPLEX*
*400 SOUTH SIXTH STREET*

MOTAYNE, TONYA
MM3251965

*LOUISVILLE, KY 40202*

**NAME:** TROUTMAN, CHARLES          **MRN:** 296168

**ADDRESS:** - - -          **DOB:** 07/06/1968

**ALLERGIES:** NO KNOWN DRUG ALLERGY

| Meclizine 25mg Chew Tab (ANTIVERT) -- DOT/COT ORDER |
| --- |
| QUANTITY: 15.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED |
| |
| ORDER TYPE: Profile |

| | | | |
| --- | --- | --- | --- |
| *WRITTEN:* 11/13/15 | *REFILLS:* 1 | *RX:* 8646320 | |
| *START:* 11/13/15 | *STOP:* 11/17/15 | | |
| *DIAMOND:* 15 | *STOCK:* 0 | *BACKUP:* 0 | |

11/18/15

MOTAYNE, TONYA
MM3251965

***CONTROLS ONLY***
**Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008**
**Per your state policy the original hard copy should be mailed to:**
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

Sapphire©MAR

LMDC 0165

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   KYLM - LOUISVILLE METRO JAIL COMPLEX
400 SOUTH SIXTH STREET

LOUISVILLE, KY 40202

**PHONE:**   502-574-2145

SUBMITTED BY:   DENNING, HEATHER

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:** NOT TO EXCEED 16MG/24HR*DETOX MEDS

**RX:** 8646319

*KYLM - LOUISVILLE METRO JAIL COMPLEX*
*400 SOUTH SIXTH STREET*

MOTAYNE, TONYA
MM3251965

*LOUISVILLE, KY 40202*

**NAME:**   TROUTMAN, CHARLES          **MRN:**   296168

**ADDRESS:**   - - -                        **DOB:**   07/05/1968

**ALLERGIES:**   NO KNOWN DRUG ALLERGY

| Loperamide 2mg Capsule (IMODIUM) -- DOT/COT ORDER |
|---|
| QUANTITY: 24.0000 |
| TAKE 1 CAPSULE(S) ORALLY FOUR TIMES DAILY AS NEEDED  NOT TO EXCEED 16MG/24HR*DETOX MEDS |
| |
| ORDER TYPE: Profile |

**WRITTEN:** 11/13/16    **REFILLS:** 1    **RX:** 8646319
**START:** 11/13/15    **STOP:** 11/15/16
**DIAMOND:** 12    **STOCK:** 0    **BACKUP:** 0

MOTAYNE, TONYA
MM3251965

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire BMAR

Louisville Metro Department of Corrections
Hall of Justice
400 S 6th Street
Louisville , KY40202

**Progress Notes**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/25/2015 |

No Applicable Data Found For Patient

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

*Added 11/26/2015 12:09 AM EST by ttemple LPN*

*11/25/2015 @ approx. 2247 this nurse responded to back up call on HOJ. I gathered equipment and proceeded to HOJ upon arrival this nurse noticed officers in cell performing CPR on Patient. This Nurse was instructed to gather transport paperwork and patients Mar. This Nurse then went to get paperwork and to telephone HSA, DON, ADON, NP and inform them of this incident. After the other inmates in the dorm was moved to new locations this nurse went to assess inmates for any mental distress in which all denied.*

E-Signed by Theresa Temple on 11/26/2015 12:09 AM EST

Page 1 of 1

LMDC 0167

Louisville Metro Department of Corrections
*Hall of Justice*
*400 S 6th Street*
*Louisville , KY40202*

**Progress Notes**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530690 | 7/5/1968 | 11/25/2015 |

No Applicable Data Found For Patient

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

| **Notes / History:** |
|---|

Added 11/26/2015 12:06 AM EST by jprice LPN

*Late entry for 11/24/15 2247: while I was in the nursing station on J2W I overheard a backup call on the radio for 5th floor HOJ. Charge Nurse Schindler answered the phone then took off running. When I arrived the charge nurse was already getting the oxygen tank fixed for rescue breaths. He stated to call EMS and get the paperwork ready for EMS. I did not have any contact with the I/M but was there standing by to render aid if someone was tired from performing chest compressions. Fire and then EMS arrived and took over care and escorted I/M out of the building. EOR. J. Price, LPN \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

E-Signed by Jessica Price on 11/26/2015 12:06 AM EST

Page 1 of 1

Louisville Metro Department of Corrections
*Hall of Justice*
*400 S 6th Street*
*Louisville , KY40202*

**Progress Notes**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201630890 | 7/5/1968 | 11/25/2015 |

No Applicable Data Found For Patient

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

*Added 11/25/2015 04:33 PM EST by bwood LPN*

*ON 11/24/15 AT 2247 I HEARD A BACK UP CALL FOR HOJ CALLING FOR OFFICERS. NURSE PRICE, TEMPLE AND MYSELF RESPONDED AND WHEN WE ARRIVED ON THE SCENE CPR WAS ALREADY IN PROGRESS AND THE AED WAS BEING UTILIZED. THE CELL WAS CROWDED BUT, I COULD SEE PATIENT CHARLES TROUTMAN # 296168 LYING ON THE FLOOR OF HIS CELL AND CPR WAS IN PROGRESS. I FILLED OUT THE E.R. PAPER AS REQUESTED PER NURSE SCHINDLER AND LOUISVILLE FIRE AND RESCUE CAME ONTO THE SCENE FOLLOWED BY LOUISVILLE EMS. THIS CONCLUDES MY INVOLVEMENT. BARBIE WOOD LPN*

E-Signed by Barbara Wood on 11/25/2015 04:33 PM EST

Page 1 of 1

LMDC 0169

Louisville Metro Department of Corrections
*Hall of Justice*
*400 S 6th Street*
*Louisville , KY40202*

**Progress Notes**



| Patient Name CHARLES R TROUTMAN | Inmate Number 00296168 | Booking Number 201530890 | Birth Date 7/5/1968 | Date Of Service 11/25/2015 |
|---|---|---|---|---|

No Applicable Data Found For Patient

### Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

### Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

□ **Vital Signs Taken**

### Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

### Notes / History:

Added 11/25/2015 08:11 AM EST by jschindler RN

*11/24/15 2247 this nurse heard a backup call to respond to HOJ 5th floor. When I responded to the call I observed an officer bringing an oxygen tank and emergency bag into the room. I saw this I/M laying in the floor unconscious with several officers in the room. I hooked up the ambu bag and gave it to the officer that was doing rescue breaths on the I/M. I instructed the other nurses who responded to get the paperwork ready and alerted corrections to call EMS STAT. I then made my way into the room and prepared to take over for the chest compressions when the officer was ready to get a break. I started to do compressions and check for a pulse when prompted by the AED. When I was tired another officer switched with me and started performing compressions. Louisville fire department arrived and took over the compressions and applied another tank of oxygen with a better regulator. We continued to perform CPR and assess for a pulse when EMS arrived. We attained a pulse and stabilized him on a backboard. After getting him on the backboard they placed him on the stretcher and transported him out to UofL. Will call for report near the end of my shift at 0500.*

*This nurse called for report @ 0500 to check on this inmate. When I talked to the nurse from UofL I received the following status update. Critical condition, GCS 3 out of 15, Pupils Non-Reactive, intubated, 150/102, 80, 25, 99%, N/S 100 drops/min, Profrol drip, no plans on d/c, 9th floor CVA unit. Informed the nurse that the DON, ADON, or the Nurse Supervisor will be calling for report later on in the morning.*

E-Signed by Joseph Schindler on 11/25/2015 08:11 AM EST

Page 1 of 1

LMDC 0170

Louisville Metro Department of Corrections
Jail Complex
400 S. 6th St.
Louisville , KY40202

**Progress Notes**



| Patient Name | Inmate Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| CHARLES R TROUTMAN | 00296168 | 201530890 | 7/5/1968 | 11/13/2015 |

No Applicable Data Found For Patient

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-13-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 11-13-2015 | Acute | Psych | Drug Withdrawal | |
| 11-13-2015 | Acute | External Causes | Suicide and Self-Inflicted Injury Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 11-13-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 11-13-2015 06:25 PM EST | 148/95 | 91 | 18 | - | 100 | 200 | 20.9 |

**Notes / History:**

Added 11/13/2015 06:29 PM EST by HDenning RN

*47yo WM presents to booking. Hx HTN, back pain, and drug abuse. Pt states he takes medication twice daily for HTN, but does not know name or dosages. ROI faxed to CVS in Portland. Pt denies etoh abuse. Pt uses heroin 2 grams daily x 2 years, also uses amphetamines. While on the booking floor, pt tied kerlix around his neck in an attempt to strangle himself. Due to incident, inmate was placed on Level One OBS for patient safety.*

E-Signed by Heather Denning on 11/13/2015 06:29 PM EST                Page 1 of 1

LMDC 0171

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11-17-15

Age: 47   Sex: M   Race: W        DOB: 7-5-68   LOCATION: OBS 1

Medical/Mental Health Supervisor: _____   Area Sergeant: McCloud   Shift: 11-7

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other_____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2304 | | ~ | | | | | | | |
| 2 | 2315 | | ~ | | | | | | | |
| 3 | 2326 | | ~ | | | | | | | |
| 4 | 2345 | | ~ | | | | | | SGT _____ | |
| 5 | 2353 | | ~ | | | | | | | |
| 6 | 6010 | | ~ | | | | | | | |
| 7 | 0032 | | ~ | | | | | | | |
| 8 | 0052 | | ~ | | | | | | | |
| 9 | 0110 | | ~ | | | | | | | |
| 10 | 0122 | | ~ | | | | | | | |
| 11 | 0145 | | | | | | | | | |
| 12 | 0204 | | | | | | | | | |
| 13 | 0234 | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |

LMDC 0172

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11/16/15

Age: 47   Sex: M   Race: W   DOB: 7-5-68   LOCATION: OBS 1

Medical/Mental Health Supervisor: _____   Area Sergeant: Dean   Shift: 3-11

Inmate Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other _____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1541 | | — | | | | | | | |
| 1554 | | — | | | | | | | |
| 1603 | | ✗ | | | | | | | 73 |
| 1618 | | ✗ | | | | | | | |
| 1632 | | ✗ | | | | | | | |
| 1647 | | — | | | | | | | |
| 1708 | | — | | | | | | | |
| 1725 | | ✗ | | | | | | | |
| 1754 | | ✗ | | | | | | | |
| 1813 | | — | | | | | | | |
| 1922 | | — | | | | | | | |
| 1841 | | — | | | | | | | |
| 1857 | | — | | | | | | | |
| 1912 | | — | | | | | | | |
| 1924 | | — | | | | | | | |
| 1941 | | — | | | | | | | |
| 1950 | | ✗ | | | | | | | |
| 2004 | | ✗ | | | | | | | |
| 2024 | | ✗ | | | | | | | |
| 2054 | | — | | | | | | | |
| 2108 | | ✗ | U | | | | | | |
| 2128 | | ✗ | | | | | | | |
| 2141 | | — | | | | | | | |
| 2227 | | — | | | | | | | |
| 2240 | | — | | | | | | | |
| 2256 | | — | | | | | | | |
| ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |

LMDC 0173

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11/5/16

Age: 47    Sex: M    Race: W    DOB: 7-5-68    LOCATION: OBS 1

Medical/Mental Health Supervisor: _____    Area Sergeant: Juggens    Shift: 1

Inmate Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other: _____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 0827 | | ✓ | New Shirt | | | | | | DS |
| 0849 | | | | | | | | | DS |
| 0905 | | ✓ | | | | | | | NW |
| 0920 | | ✓ | | | | | | | NW |
| 0952 | | ✓ | | | | | | | e |
| 0715 | | ✓ | | | | | | | e |
| 0735 | | ✓ | | | | | | | e |
| 0750 | | ✓ | | | | | | | |
| 0803 | | ✓ | | | | | | | |
| 0820 | | ✓ | | | | | | | |
| 0845 | | ✓ | | | | | | | |
| 0850 | | ✓ | | | | | | | |
| 0905 | | ✓ | | | | | | | |
| 0925 | | ✓ | | | | | | | |
| 0940 | | ✓ | | | | | | | |
| 0955 | | ✓ | | | | | | | |
| 1025 | | ✓ | | | | | | | |
| 1031 | | ✓ | | | | | | | |
| 1047 | | ✓ | | | | | | | |
| 1115 | | | | | | | | | |
| 1130 | | ✓ | | | | | | | |
| 1145 | | ✓ | | | | | | | |
| 1200 | | ✓ | | | | | | | |
| 1202 | | ✓ | | | | | | | |
| 1226 | | ✓ | | | | | | | |
| 1241 | | | | | | | | | |
| 1300 | | ✓ | | | | | | | |
| 1310 | | ✓ | | | | | | | |
| 855 | | ✓ | | | | | | | |
| 1348 | | ✓ | | | | | | | |
| 1405 | | ✓ | | | | | | | |
| 1428 | | ✓ | | | | | | | |
| 1443 | | ✓ | | | | | | | |
| 1501 | | | | | | | | | |
| 1513 | | X | | | | | | | |
| 1530 | | | | | | | | | |
| | | Removed @ 15:20, No Behavior Noted | | | | | | | |

LMDC 0174

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: _Troutman, Charles_   Date: _11-15-15_

Age: _47_   Sex: _M_   Race: _W_   DOB: _7-5-68_   LOCATION: _OBS 1_

Medical/Mental Health Supervisor: _C. Lachalmelle RN_   Area Sergeant: _McEulof_   Shift: _3rd_

Acute Housing Status (Circle One):  (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other____

Security Checks Every (Circle One):  (15 Minutes)   20 Minutes   30 Minutes   Other____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2320 | | | New Sheet | | | | | | |
| 2 | 2340 | | ✓ | | | | | | | |
| 3 | 2358 | | ✓ | | | | | | | |
| 4 | 0014 | | ✓ | | | | | | | |
| 5 | 0033 | | ✓ | | | | | | | |
| 6 | 0048 | | ✓ | | | | | | | |
| 7 | 0103 | | ✓ | | | | | | | |
| 8 | 0123 | | ✓ | | | | | | | |
| 9 | 0145 | | ✓ | | | | | | | |
| 10 | 1204 | | ✓ | | | | | | | |
| 11 | 0224 | | ✓ | | | | | | | |
| 12 | 0248 | | ✓ | | | | | | | |
| 13 | 030 | | ✓ | | | | | | | |
| 14 | 0315 | | ✓ | | | | | | | |
| 15 | 0325 | | ✓ | | | | | | | |
| 16 | 0405 | | ✓ | | | | | | | |
| 17 | 0427 | | ✓ | | | | | | | |
| 18 | 0437 | | ✓ | | | | | | | |
| 19 | 0452 | | ✓ | | | | | | | |
| 20 | 0510 | | ✓ | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |

LMDC 0175

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11-15-15

Age: 47    Sex: M    Race: W    DOB: 7-5-68    LOCATION: OBS 1

Medical/Mental Health Supervisor: J. Owens, RN    Area Sergeant: Deany    Shift: 2nd

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other ___

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: ___

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1929 | | ✓ | | | | | | | |
| 2 | 1940 | | ✓ | | | | | | | |
| 3 | 1455 | | ✓ | | | | | | | |
| 4 | 1516 | | | | | | | | | |
| 5 | 1532 | | ✓ | | | | | | | |
| 6 | 1548 | | ✓ | | | | | | | |
| 7 | 1604 | | | | | | | | | |
| 8 | 1622 | | | | | | | | | |
| 9 | 1634 | | ✓ | | | | | | | |
| 10 | 1644 | | | | | | | | | |
| 11 | 1656 | | ✓ | | | | | | | |
| 12 | 1708 | | ✓ | | | | | | | |
| 13 | 1715 | | | | | | | | | |
| 14 | 1730 | | ✓ | | | | | | | |
| 15 | 1740 | | | | | | | | | |
| 16 | 1756 | | ✓ | | | | | | | |
| 17 | 1806 | | ✓ | | | | | | | |
| 18 | 1826 | | | | | | | | | |
| 19 | 1838 | | ✓ | | | | | | | |
| 20 | 1853 | | ✓ | | | | | | | |
| 21 | 1907 | | ✓ | | | | | | | |
| 22 | 1944 | | ✓ | | | | | | | |
| 23 | 1959 | | ✓ | | | | | | | |
| 24 | 2007 | | ✓ | | | | | | | |
| 25 | 2018 | | | | | | | | | |
| 26 | 2032 | | | | | | | | | |
| 27 | 2053 | | ✓ | | | | | | | |
| 28 | 2104 | | | | | | | | | |
| 29 | 2117 | | ✓ | | | | | | | |
| 30 | 2134 | | ✓ | | | | | | | |
| 31 | 2145 | | ✓ | | | | | | | |
| 32 | 2203 | | ✓ | | | | | | | |
| 33 | 2226 | | ✓ | | | | | | | |
| 34 | 2241 | | ✓ | | | | | | | |
| 35 | 2258 | | ✓ | | | | | | | |
| 36 | 2307 | | | | | | | | | |
| 37 | 2310 | | | | | | | | | |
| 38 | | | | | | | | | | |

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11/15/15

Age: 47   Sex: M   Race: W   DOB: 7-5-68   LOCATION: OBS 1

Medical/Mental Health Supervisor: _____   Area Sergeant: Joggers   Shift: 1

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other ____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0630 | | ✓ | New Sheet | | | | | | NM |
| 2 | 0645 | | ✓ | | | | | | | NM |
| 3 | 0700 | | ✓ | | | | | | | RM |
| 4 | 0715 | | ✓ | | | | | | | CW |
| 5 | 0730 | | ✓ | | | | | | | CW |
| 6 | 0743 | | ✓ | | | | | | | RA |
| 7 | 0758 | | ✓ | | | | | | | RA |
| 8 | 0807 | | ✓ | | | | | | | RA |
| 9 | 0820 | | ✓ | | | | | | | RA |
| 10 | 0843 | | ✓ | | | | | | | CW |
| 11 | 0855 | | ✓ | | | | | | | CW |
| 12 | 0910 | | ✓ | | | | | | | CW |
| 13 | 0925 | | ✓ | | | | | | | CW |
| 14 | 0940 | | ✓ | | | | | | | CW |
| 15 | 0955 | | ✓ | | | | | | | CW |
| 16 | 1010 | | ✓ | | | | | | | CW |
| 17 | 1031 | | ✓ | | | | | | | CW |
| 18 | 1045 | | ✓ | | | | | | | CW |
| 19 | 1100 | | ✓ | | | | | | | RA |
| 20 | 1115 | | ✓ | | | | | | | RA |
| 21 | 1125 | | ✓ | | | | | | | RA |
| 22 | 1140 | | ✓ | | | | | | | CW |
| 23 | 1155 | | ✓ | | | | | | | CW |
| 24 | 1210 | | ✓ | | | | | | | CW |
| 25 | 1224 | | ✓ | | | | | | | RA |
| 26 | 1245 | | ✓ | | | | | | | CW |
| 27 | 1300 | | ✓ | | | | | | | CW |
| 28 | 1315 | | ✓ | | | | | | | CW |
| 29 | 1330 | | ✓ | | | | | | | CW |
| 30 | 1345 | | ✓ | | | | | | | CW |
| 31 | | Removed @ 1400 N Butler LPN | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |



## MENTAL HEALTH HOUSING UNIT - DAILY ASSESSMENT FORM

| Patient Name | ID# | DOB | | Date |
|---|---|---|---|---|
| Troutman Charles | 296168 | 7/5/1968 | | |

DATE PLACED IN MH HOUSING: _____  PRESCRIBED PSYCHOTROPIC MEDS?  Y  N

BEHAVIORAL CODE:  1 - No Complaints 2 - Concerns Noted; Psych Nurse Progress Note Completed and Referred to MHP

| DAY | DATE | SHIFT/TIME | BEHAVIORAL CODE | | REF. MADE TO MHP | SIGNATURE |
|---|---|---|---|---|---|---|
| SUNDAY | 11/9/2015 | 1ST - | 1 | 2 | Y / N | |
| SUNDAY | 11/9/2015 | 2ND - | 1 | 2 | Y / N | |
| MONDAY | 11/10/2015 | 1ST - | 1 | 2 | Y / N | |
| MONDAY | 11/10/2015 | 2ND - | 1 | 2 | Y / N | |
| TUESDAY | 11/11/2015 | 1ST - | 1 | 2 | Y / N | |
| TUESDAY | 11/11/2015 | 2ND - | 1 | 2 | Y / N | |
| WEDNESDAY | 11/12/2015 | 1ST - | 1 | 2 | Y / N | |
| WEDNESDAY | 11/12/2015 | 2ND - | 1 | 2 | Y / N | |
| THURSDAY | 11/13/2015 | 1ST - | 1 | 2 | Y / N | |
| THURSDAY | 11/13/2015 | 2ND - | 1 | 2 | Y / N | |
| FRIDAY | 11/14/2015 | 1ST - | 1 | 2 | Y / N | |
| FRIDAY | 11/14/2015 | 2ND 0300 | (1) | 2 | Y /(N) | |
| SATURDAY | 11/15/2015 | 1ST - 080.0 | (1) | 2 | Y /(N) | |
| SATURDAY | 11/15/2015 | 2ND - 1930 | (1) | 2 | Y /(N) | |
| SUNDAY | 11/16/2015 | 1ST - | 1 | 2 | Y / N | |
| SUNDAY | 11/16/2015 | 2ND - | 1 | 2 | Y / N | |

Louisville Metro Department of Corrections
Medical/Mental Health Observation Form

Inmate Name: _Troutman, Charles_   Date: _11-14-15_

Age: ___   Sex: _M_   Race: _W_   DOB: _07/05/68_ LOCATION: _OBS I_

Medical/Mental Health Supervisor: ___   Area Sergeant: ___   Shift: _1_

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   (Detox)   Other ___

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: ___

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0550 | | ✓ | | | | | | | MU |
| 2 | 0610 | | | | | | | | | ML |
| 3 | 0625 | | ✓ | | | | | | | ML |
| 4 | 0640 | | | | | | | | | MU |
| 5 | 0655 | | ✓ | | | | | | | MU |
| 6 | 0713 | | ✓ | | | | | | | |
| 7 | 0730 | | ✓ | | | | | | | |
| 8 | 0745 | | ✓ | | | | | | | |
| 9 | 0800 | | ✓ | | | | | | | |
| 10 | 0815 | | ✓ | | | | | | | |
| 11 | 0830 | | ✓ | | | | | | | |
| 12 | 0855 | | ✓ | | | | | | | |
| 13 | 0910 | | ✓ | | | | | | | |
| 14 | 0930 | | ✓ | | | | | | | |
| 15 | 0945 | | ✓ | | | | | | | |
| 16 | 1000 | | ✓ | | | | | | | |
| 17 | 1021 | | ✓ | | | | | | | |
| 18 | 1054 | | | | | | | | | |
| 19 | 116 | | ✓ | | | | | | | |
| 20 | 1125 | | ✓ | | | | | | | |
| 21 | 1140 | | | | | | | | | |
| 22 | 155 | | | | | | | | | |
| 23 | 205 | | | | | | | | | |
| 24 | 240 | | | | | | | | | |
| 25 | 255 | | | | | | | | | |
| 26 | 1315 | | | | | | | | | |
| 27 | 1334 | | ✓ | | | | | | | |
| 28 | 1346 | | ✓ | | | | | | | |
| 29 | 142 | | ✓ | | | | | | | |
| 30 | 1418 | | ✓ | | | | | | | |
| 31 | 1448 | | | | | | | | | |
| 32 | 1500 | | | | | | | | | 10 |
| 33 | 1506 | | ✓ | Shift Change | | | | | | |
| 34 | 1516 | | ✓ | | | | | | | |
| 35 | 1528 | | | | | | | | | AB |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles          Date: 11-14-15

Age: 47    Sex: M    Race: W    DOB: 7-5-68   LOCATION: OBS 1

Medical/Mental Health Supervisor: C. Lachatnell RN    Area Sergeant: Denny    Shift: 2

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other _____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1529 | | | | | | | | | |
| 2 | 1537 | | x | | | | | | | AB |
| 3 | 1548 | | — | | | | | | | CD |
| 4 | 1605 | | x | | | | | | | AB |
| 5 | 1607 | | — | | | | | | | |
| 6 | 1622 | | — | | | | | | | CD |
| 7 | 1637 | | — | | | | | | | CD |
| 8 | 1647 | | x | | | | | | | AB |
| 9 | 1654 | | x | | | | | | | AB |
| 10 | 1713 | | x | | | | | | | AB |
| 11 | 1722 | | — | | | | | | | CD |
| 12 | 1733 | | — | | | | | | | CD |
| 13 | 1738 | | — | | | | | | | CD |
| 14 | 1752 | | — | | | | | | | CD |
| 15 | 1810 | | — | | | | | | | CD |
| 16 | 1835 | | — | | | | | | | CD |
| 17 | 1850 | | — | | | | | | | CD |
| 18 | 1900 | | — | | | | | | | AB |
| 19 | 1924 | | — | | | | | | | AB |
| 20 | 1937 | | — | | | | | | | AB |
| 21 | 1957 | | — | | | | | | | AB |
| 22 | 2005 | | x | | | | | | | AB |
| 23 | 2030 | | x | | | | | | | AB |
| 24 | 2013 | | | | | | | | | AB |
| 25 | 2057 | | — | | | | | | | AB |
| 26 | 2110 | | x | | | | | | | AB |
| 27 | 2124 | | — | | | | | | | CD |
| 28 | 2138 | | — | | | | | | | AB |
| 29 | 2154 | | — | | | | | | | CD |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |

LMDC 0180

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles          Date: 11/4/10

Age: 47   Sex: M   Race: W   DOB: 7-5-68   LOCATION: OBS 1

Medical/Mental Health Supervisor: _____   Area Sergeant: McCloud   Shift: 3

Acute Housing Status (Circle One): (Level 1)   Level 2   Psych   Medical   Seizure   Detox   Other _____

Security Checks Every (Circle One): (15 Minutes)   20 Minutes   30 Minutes   Other: _____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2234 | | ✓ | | | | | | | |
| 2 | 2251 | | ✓ | | | | | | | |
| 3 | 2303 | | ✓ | | | | | | | |
| 4 | 232c | | ✓ | | | | | | | |
| 5 | 2328 | | ✓ | | | | | | SGT Arvil | |
| 6 | 2344 | | ✓ | | | | | | | |
| 7 | 2358 | | ✓ | | | | | | | nw |
| 8 | CC12 | | ✓ | | | | | | | |
| 9 | 0031 | | / | | | | | | | nw |
| 10 | 0046 | | / | | | | | | | nw |
| 11 | 0100 | | / | | | | | | | nw |
| 12 | 0115 | | ✓ | | | | | | | |
| 13 | 0130 | | ✓ | | | | | | | |
| 14 | 0145 | | ✓ | | | | | | | |
| 15 | 0156 | | ✓ | | | | | | | nw |
| 16 | 8 2c6 | | ✓ | | | | | | | |
| 17 | 0228 | | / | | | | | | | nw |
| 18 | 0149 | | / | | | | | | | nw |
| 19 | 0300 | | ✓ | | | | | | | nw |
| 20 | 0315 | | ✓ | | | | | | | |
| 21 | 0331 | | / | | | | | | | |
| 22 | 0346 | | / | | | | | | | nw |
| 23 | 0401 | | / | | | | | | | nw |
| 24 | 0424 | | ✓ | | | | | | | |
| 25 | 0439 | | ✓ | | | | | | | |
| 26 | 0455 | | ✓ | | | | | | | |
| 27 | 0515 | | ✓ | | | | | | | |
| 28 | 0530 | | ✓ | | | | | | | nw |
| 29 | 0554 | | ✓ | | | | | | | |
| 30 | 0615 | | / | | | | | | | nw |
| 31 | | | | | | | | | | |
| 32 | | Removed at 0615 Front desk | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |

LMDC 0181

**Louisville Metro Department of Corrections**
**Medical/Mental Health Observation Form**

Inmate Name: Troutman, Charles                    Date: 11-13-15

Age: _____  Sex: M  Race: C  DOB: 7/5/68  LOCATION: OBS I

Medical/Mental Health Supervisor: J Shuding     Area Sergeant: Wilson     Shift: _____

Acute Housing Status (Circle One): (Level 1)  Level 2  Psych  Medical  Seizure  (Detox)  Other _____

Security Checks Every (Circle One): (15 Minutes)  20 Minutes  30 Minutes  Other: _____

| | Time | ACTING OUT: Yelling, throwing things, flooding cell | Sitting quietly, standing at door or sleeping | DETOX SIGNS: Sweating, vomiting, shaking, hallucinations | Using bathroom | Talking to others | Laughing | Crying | SELF STIMULATING: Rocking, masturbating, talking to self, singing | OFFICER's INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1813 | | — | | | | | | | CD |
| 2 | 1928 | | — | | | | | | | HP |
| 3 | 1853 | | — | | | | | | | CD |
| 4 | 1906 | | — | | | | | | | HP |
| 5 | 1920 | | — | | | | | | | CD |
| 6 | 1939 | | — | | | | | | | CD |
| 7 | 1956 | | — | | | | | | | CD |
| 8 | 2009 | | — | | | | | | | HP |
| 9 | 2019 | | — | | | | | | | HP |
| 10 | 2023 | | — | | | | | | | CD |
| 11 | 2045 | | — | | | | | | | CD |
| 12 | 2104 | | — | | | | | | | CD |
| 13 | 2120 | | — | | | | | | | HP |
| 14 | 2135 | \ | — | | | | | | | HP |
| 15 | 2149 | | — | | | | | | | HP |
| 16 | 2159 | | — | | | | | | | CD |
| 17 | 2216 | | — | | | | | | | CD |
| 18 | 2233 | | — | | | | | | | CD |
| 19 | 2252 | | — | | | | | | | HP |
| 20 | 2305 | | — | | | | | | | HP |
| 21 | 2316 | | / | | | | | | | HP |
| 22 | 2337 | | | | | | | | SGT | |
| 23 | 0000 | | / | | | | | | | nu |
| 24 | 0040 | | | | | | | | | nu |
| 25 | 0105 | | | | | | | | | Rm |
| 26 | 0135 | | / | | | | | | | |
| 27 | 0202 | | / | | | | | | | |
| 28 | 0215 | | | | | | | | | |
| 29 | 0230 | | | | | | | | | |
| 30 | 0245 | | | | | | | | | |
| 31 | 0257 | | / | | | | | | | |
| 32 | 0315 | | | | | | | | | iu |
| 33 | 0330 | | | | | | | | | nu |
| 34 | 0345 | | | | | | | | | nu |
| 35 | 0400 | | | | | | | | | nu |
| 36 | 0414 | | | > | | | | | | nu |
| 37 | 0430 | | | | | | | | | nu |
| 38 | 0445 | | | | | | | | | nu |

△ **CCS**
CORRECT CARE
S O L U T I O N S
Page 1 of 1

| Medical/Mental Health<br>**Acute Housing Status Face Sheet** | | | Status: ☑ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name<br>Tartman, Charles | Patient Number<br>296168 | Booking Number | Date of Birth<br>7/5/68 | Today's Date<br>11/13/18 |

### INMATE ONLY ALLOWED ITEMS LISTED PER LEVEL WHEN ON SUICIDE PRECAUTIONS

| Security Checks: | Every 15 minutes | I/M Watcher (1:1) | Other | |
|---|---|---|---|---|
| Date/Time | Initials | Circle One | Item Allowed: | |
| 11/13/18 1800 | ✓ | (Level I) | Suicide smock, Suicide blanket, mattress, phone w/supervision, I/M Watcher (1:1) | |
| | | Level II | Jumpsuit, blanket, mattress, shoes without strings, phone w/supervision & I/M Watcher (1:1) | |
| Comments: | | | | |

### Circle applicable Precaution   (Suicide)   Psychiatric   (Detox)   Medical

| **\*Initial all that apply\*** | |
|---|---|
| Meals:   ___Finger foods   ✓Styrofoam Tray   ___Normal meal w/spoon | |
| Allowable:   **No Sharps! (i.e., no razors, pens, pencils, etc.) for Level I, Level 2 and/or Psychiatric** | |
| ✓No property Allowed   ___Restricted from Commissary   ___Razors   ___Pens/Pencils | |
| ___Paper   ___Books   ___Hygiene   ___Glasses   ___Mail   ___Other. | |
| Shower:   ✓Taken on scheduled hour out   ___Hygiene bag and towel secured | |
| Recreation:   ___Rec restricted   ___Rec Alone   ___Rec w/others   ___Other | |
| Visits: ✓Yes   ___No   Comments: | |
| Additional Info: | |

### INMATES ARE NOT TO RECEIVE SHEETS, PILLOWCASES, TOWELS, UNDERGARMENTS OR SOCKS ON LEVEL 1 & LEVEL 2

| Name: | Initials: | |
|---|---|---|
| Name: | Initials: | |
| Name: | Initials: | |

### D/C'd by                          Date/Time





**CCS**
CORRECT CARE
SOLUTIONS

## MENTAL HEALTH HOUSING UNIT - DAILY ASSESSMENT FORM

| Patient Name | ID# | DOB | Date |
|---|---|---|---|
| Troutman, Charles | 296168 | 07/05/68 | |

DATE PLACED IN MH HOUSING:_____ PRESCRIBED PSYCHOTROPIC MEDS?  Y  N

BEHAVIORAL CODE:  1 - No Complaints  2 - Concerns Noted; Psych Nurse Progress Note Completed and Referred to MHP

| DAY | DATE | SHIFT/TIME | BEHAVIORAL CODE | | REF. MADE TO MHP | SIGNATURE |
|---|---|---|---|---|---|---|
| SUNDAY | 11/15/2015 | 1ST - 0730 | ① | 2 | Y / Ⓝ | |
| SUNDAY | 11/15/2015 | 2ND - 1900 | ① | 2 | Y / Ⓝ | |
| MONDAY | 11/16/2015 | 1ST - 0800 | ① | 2 | Y / Ⓝ | |
| MONDAY | 11/16/2015 | 2ND - 2000 | ① | 2 | Y / Ⓝ | |
| TUESDAY | 11/17/2015 | 1ST - | 1 | 2 | Y / N | |
| TUESDAY | 11/17/2015 | 2ND - | 1 | 2 | Y / N | |
| WEDNESDAY | 11/18/2015 | 1ST - | 1 | 2 | Y / N | |
| WEDNESDAY | 11/18/2015 | 2ND - | 1 | 2 | Y / N | |
| THURSDAY | 11/19/2015 | 1ST - | 1 | 2 | Y / N | |
| THURSDAY | 11/19/2015 | 2ND - | 1 | 2 | Y / N | |
| FRIDAY | 11/20/2015 | 1ST - | 1 | 2 | Y / N | |
| FRIDAY | 11/20/2015 | 2ND - | 1 | 2 | Y / N | |
| SATURDAY | 11/21/2015 | 1ST - | 1 | 2 | Y / N | |
| SATURDAY | 11/21/2015 | 2ND - | 1 | 2 | Y / N | |
| SUNDAY | 11/22/2015 | 1ST - | 1 | 2 | Y / N | |
| SUNDAY | 11/22/2015 | 2ND - | 1 | 2 | Y / N | |

J2W – OBS 1

| NAME: | Troutman, Charles | CIN: 2916/168 | DOB: 7/5/68 |
|---|---|---|---|
| DETOX INITIATED: 11/13/15 | | MEDICATION ALLERGIES: nkda | DOI: 11/13/15 |

| HISTORY | | | | |
|---|---|---|---|---|
| DRUG/ETOH: | heroin | Urtab | Meth | |
| AMOUNT: | 2gm | 10/325 x8 daily | hj | |
| FREQUENCY: | Daily | Daily | | |
| DURATION: | 2 years | 2 years | | |
| LAST USE: | 11/13/15 | 11/12/15 | | |

**PAST WITHDRAWAL SYMPTOMS: C I W A**

| | | |
|---|---|---|
| N/V/D | TACTILE DISTURBANCES | ANXIETY |
| TREMORS | AUDITORY DISTURBANCES | HEADACHE |
| PAROXYSMAL SWEATING | VISUAL DISTURBANCES | SEIZURES |
| AGITATION | | DT'S |

**PAST WITHDRAWAL SYMPTOMS: C O W S**

| | | |
|---|---|---|
| SWEATING | RUNNY NOSE/TEARING | YAWNING |
| RESTLESSNESS | GI UPSET | ANXIETY |
| BONE/JOINT ACHES | TREMOR | IRRITABILITY |

**MEDICAL HISTORY:**
HTN: Y/N    DM: (n)    SEIZURES: Y/N    OTHER:_____
medications: none

**INITIAL VITAL SIGNS:** BP: 148/93  P: 93  R: 18  O2: 100  T  GLUCOSE:_____

**DETOX ASSESSMENT INITIAL SCORE:**    CIWA: 0    COWS: 0

**COMMENTS:**

M47W

**D/C:**

| DATE | TIME | ORDER | PER MD: | NURSE SIGNATURE |
|---|---|---|---|---|
| 11/27/15 | 2400 | V/O TO D/C DETOX MONITOR | Motayne | OMCal |
| | | DC DETOX MONITOR | | |

_____ RN
NURSE SIGNATURE

11/13/15
DATE

_____
MD SIGNATURE

11/27/15
DATE

LMDC 0185

**△CCS**
**CORRECT CARE**
**S O L U T I O N S**
Page 1 of 2

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| Troutman, C. | 29668 | | | |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch  ☐Yes ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

**Complete each section of score sheet every TID until <12 for 72 hours**

| Date | 11/16/15 | 11/16/15 | 11/6/15 | 11/7/15 | | | |
|---|---|---|---|---|---|---|---|
| Time | 0420 | 1915 | 5530 | 1204 | | | |

**Vital Signs**

| Blood Pressure | (S) >180 or (D) >120 call HCP (S) <90 or (D)<60 call HCP | 129/80 | 118/41 | 120/90 | 102/96 | | | |
|---|---|---|---|---|---|---|---|---|
| Resting Pulse | >120 or <60 call HCP | 97 | 90 | 90 | 98 | | | |
| Temperature | >101.1F call HCP | | 96.7 | 97.5 | 982 | | | |
| Respirations | <10 or >24 call HCP | 14 | 12 | 12 | 14 | | | |

**COWS Scoring**

| Resting pulse rate | 1 | | | 1 | | | |
|---|---|---|---|---|---|---|---|
| Tremor | 0 | 0 | 0 | | | | |
| Sweating | 0 | 0 | 0 | | | | |
| GI Upset | 0 | 1 | 0 | | | | |
| Restlessness | 0 | 0 | 0 | | | | |
| Yawning | 0 | 0 | 0 | | | | |
| Pupil Size | 0 | 0 | 0 | | | | |
| Anxiety /Irritability | 0 | 0 | 0 | | | | |
| Bone/Joint Aches | 0 | 0 | 0 | | | | |
| Skin | 0 | 0 | 0 | | | | |
| Runny Nose/Tearing | 0 | 1 | 0 | | | | |
| **Total Score** (max score 48) | 1 | 2 | 3 | | | | |

**Behavioral Health Screen**

| Expresses thoughts about self-harm? | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
|---|---|---|---|---|---|---|---|
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future?  (Feelings of hopelessness/helplessness) | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| **Clinical Staff Initial** | Bu | | M | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | Bu |  |
| | | | | | |
| | | | | | |

© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014

*D1340180P37813PN1N*



**CCS**
CORRECT CARE
S O L U T I O N S
Page 2 of 2

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| | | | | |

### COWS Clinical Opiate Withdrawal Scale

| | |
|---|---|
| **Resting Pulse Rate:** measured after the pt. is sitting or lying for one minute<br><br>0 pulse rate 80 or below<br>1 pulse rate 81-100<br>2 pulse rate 101-120<br>4 pulse rate greater than 120 | **Tremor:** observation of outstretched hands<br><br>0 no tremor<br>1 tremor can be felt but not observed<br>2 slight tremor observable<br>4 gross tremor or muscle twitching |
| **Sweating:** over past ½ hour not accounted for by room temperature or patient activity<br><br>0 no report of chills or flushing<br>1 pt. reports chills or flushing<br>2 flushed or observable moisture on face<br>3 beads of sweat on brow or face<br>4 sweat streaming off face | **GI Upset:** over the last ½ hour<br><br>0 no GI symptoms<br>1 stomach cramps<br>2 nausea or loose stool<br>3 vomiting or diarrhea<br>5 multiple episodes of vomiting or diarrhea |
| **Restlessness:** observation during assessment<br><br>0 able to sit still<br>1 reports difficulty sitting still, but is able to do so<br>3 frequent shifting or extraneous movements of legs/arms<br>5 unable to sit still for more than a few seconds | **Yawning:** observation on assessment<br><br>0 no yawning<br>1 yawning once or twice during assessment<br>2 yawning 3 or more times during assessment<br>4 yawning several times/minute |
| **Pupil Size:**<br><br>0 pupils pinned or normal size for room light<br>1 pupils possibly larger than normal for room light<br>2 pupils moderately dilated<br>5 pupils so dilated that only the rim of the iris is visible | **Anxiety or Irritability:**<br><br>0 none<br>1 pt. reports increasing irritability or anxiousness<br>2 pt. obviously irritable or anxious<br>4 pt. so irritable or anxious that participation in the assessment is difficult |
| **Bone or Joint Aches:** if pt. was having pain previously, only the additional component attributed to opiate withdrawal is scored.<br><br>0 not present<br>1 mild diffuse discomfort<br>2 pt. reports severe diffuse aching of joints/muscles<br>4 pt. is rubbing joints or muscles & is unable to sit still because of discomfort | **Skin:**<br><br>0 skin is smooth<br>3 gooseflesh can be felt or hairs standing up on arms<br>5 prominent gooseflesh |
| **Runny Nose or Tearing:** not accounted for by cold symptoms or allergies<br><br>0 not present<br>1 nasal stuffiness or unusually moist eyes<br>2 nose running or tearing<br>4 nose constantly running or tears streaming down cheeks | |

| 5-12 Mild Withdrawal | 13-24 Moderate Withdrawal | 25-36 Moderately Severe Withdrawal | >36 Severe Withdrawal |
|---|---|---|---|

© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014





**CCS**
CORRECT CARE
SOLUTIONS
Page 1 of 2

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| Trautman | 2966168 | | | |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

### Complete each section of score sheet every TID until <12 for 72 hours

| Date | 11-14-15 | 11/14/15 | 11/14/15 | 11/14/15 | 11/15/15 | 11/15/15 | 11/15/15 |
|---|---|---|---|---|---|---|---|
| Time | 0130 | 1630 | 2000 | 0130 | 1000 | 2130 | 0005 |

#### Vitals Signs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >120 call HCP (S) <90 or (D) <60 call HCP | 125/74 | 111/83 | 123/84 | 129/79 | 122/78 | 126/83 | 123/76 |
| Resting Pulse | >120 or <60 call HCP | 98 | 108 | 98 | 108 | 92 | 97 | 108 |
| Temperature | >101.1F call HCP | 98.6 | 98 | | 108 | 98 | | |
| Respirations | <10 or >24 call HCP | 16 | 14 | 14 | 12 | 14 | 12 | 12 |

#### COWS Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Resting pulse rate | 1 | 2 | | 2 | 1 | 1 | 2 |
| Tremor | 0 | | 0 | 0 | | 0 | 0 |
| Sweating | 1 | | 0 | 0 | | 0 | 0 |
| GI Upset | 1 | | | 1 | | 1 | 0 |
| Restlessness | 1 | | 0 | 0 | | 0 | 0 |
| Yawning | 0 | | 0 | 0 | | 0 | 0 |
| Pupil Size | 0 | | 0 | 0 | | | |
| Anxiety /Irritability | 1 | | 0 | 0 | | | |
| Bone/Joint Aches | 0 | 1 | | 1 | | 1 | 1 |
| Skin | 0 | | 0 | 0 | | 0 | 0 |
| Runny Nose/Tearing | 0 | | 0 | 0 | | 0 | 0 |
| **Total Score (max score 48)** | 6 | 5 | 3 | 4 | 4 | 3 | 3 |

#### Behavioral Health Screen

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Clinical Staff Initial | AH | R | Bu | Bu | M | Bu | By |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| AH | | | | Bu | |
| | | | | Bu | Bridgeman |
| | | | | JM | |

© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014

*D15401B0P5710PN1N*



**CCS**
CORRECT CARE
S O L U T I O N S
Page 2 of 2

| COWS SCORE SHEET Opiate Withdrawal | | | | |
|---|---|---|---|---|
| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |

### COWS Clinical Opiate Withdrawal Scale

| | |
|---|---|
| **Resting Pulse Rate:** measured after the pt. is sitting or lying for one minute<br><br>0 pulse rate 80 or below<br>1 pulse rate 81-100<br>2 pulse rate 101-120<br>4 pulse rate greater than 120 | **Tremor:** observation of outstretched hands<br><br>0 no tremor<br>1 tremor can be felt but not observed<br>2 slight tremor observable<br>4 gross tremor or muscle twitching |
| **Sweating:** over past ½ hour not accounted for by room temperature or patient activity<br><br>0 no report of chills or flushing<br>1 pt. reports chills or flushing<br>2 flushed or observable moisture on face<br>3 beads of sweat on brow or face<br>4 sweat streaming off face | **GI Upset:** over the last ½ hour<br><br>0 no GI symptoms<br>1 stomach cramps<br>2 nausea or loose stool<br>3 vomiting or diarrhea<br>5 multiple episodes of vomiting or diarrhea |
| **Restlessness:** observation during assessment<br><br>0 able to sit still<br>1 reports difficulty sitting still, but is able to do so<br>3 frequent shifting or extraneous movements of legs/arms<br>5 unable to sit still for more than a few seconds | **Yawning:** observation on assessment<br><br>0 no yawning<br>1 yawning once or twice during assessment<br>2 yawning 3 or more times during assessment<br>4 yawning several times/minute |
| **Pupil Size:**<br><br>0 pupils pinned or normal size for room light<br>1 pupils possibly larger than normal for room light<br>2 pupils moderately dilated<br>5 pupils so dilated that only the rim of the iris is visible | **Anxiety or Irritability:**<br><br>0 none<br>1 pt. reports increasing irritability or anxiousness<br>2 pt. obviously irritable or anxious<br>4 pt. so irritable or anxious that participation in the assessment is difficult |
| **Bone or Joint Aches:** if pt. was having pain previously, only the additional component attributed to opiate withdrawal is scored.<br><br>0 not present<br>1 mild diffuse discomfort<br>2 pt. reports severe diffuse aching of joints/muscles<br>4 pt. is rubbing joints or muscles & is unable to sit still because of discomfort | **Skin:**<br><br>0 skin is smooth<br>3 gooseflesh can be felt or hairs standing up on arms<br>5 prominent gooseflesh |
| **Runny Nose or Tearing:** not accounted for by cold symptoms or allergies<br><br>0 not present<br>1 nasal stuffiness or unusually moist eyes<br>2 nose running or tearing<br>4 nose constantly running or tears streaming down cheeks | |

| 5-12 Mild Withdrawal | 13-24 Moderate Withdrawal | 26-36 Moderately Severe Withdrawal | >36 Severe Withdrawal |
|---|---|---|---|

© 2010 Correct Care Solutions, LLC
CCS TX29 Revised 2014

